OFFICIAL COMMITTEE OF TALC CLAIMANTS
FOR LTL MANAGEMENT LLC

November 8, 2021

Shelley K. Abel
U.S. Bankruptcy Administrator
Western District of North Carolina
402 W. Trade Street, Suite 200
Charlotte, NC 28207

    re:    Pending Venue Motions in LTL Management LLC, W.D.N.C. Case No. 21-30589

Dear Ms. Abel:

This letter will inform you that the Official Committee of Talc Claimants has met and conferred and unanimously supports the transfer of venue of the referenced case to the District of New Jersey.

Our engagement of counsel will not be complete in time to meet the extended deadline. We request that you docket this correspondence on our behalf. Thank you for your prompt attention to this matter.

Official Committee of Talc Claimants
for LTL Management LLC

| | |
|---|---|
| /s/ Michelle Parfitt<br>Ashcraft & Gerel LLP<br>Counsel for Rebecca Love | /s/ Leigh O'Dell<br>Beasley Allen Law Firm<br>Counsel for Alishia Landrum |
| /s/ Majed Nachawati<br>Fears Nachawati Law Firm<br>Counsel for Kellie Brewer | /s/ Elizabeth Carter<br>Hill Hill Carter Franco Cole & Black, PC<br>Counsel for Blue Cross Blue Shield of Massachusetts |
| /s/ Eric Karst<br>Karst von Oiste LLP<br>Counsel for Tonya Whetsel | /s/ Steve Kazan<br>Kazan, McClain, Satterley & Greenwood PLC<br>Counsel for Kristie Doyle |
| /s/ Christopher Tisi<br>Levin Papantonio Rafferty<br>Counsel for William A. Henry | /s/ Audrey Raphael<br>Levy Konigsberg LLP<br>Counsel for Randy Derouen |
| /s/ James Onder<br>OnderLaw, LLC<br>Counsel for Darlene Evans | /s/ Mark Robinson, Jr.<br>Robinson Calcagnie, Inc.<br>Counsel for April Fair |
| s/ Perry Weitz<br>Weitz & Luxenberg, P.C.<br>Counsel for Patricia Cook | |