**EXHIBIT RECORD**

| Date: November 10, 2021 | Courtroom Deputy: M. Williams | | |
|---|---|---|---|
| Case Name(s):   LTL Management, LLC | | | |
| Case Numbers(s):  21-30589/AP 21-3032 | | | |
| Attorney for Debtor:  Greg Gordon/Jim Jones | | | |

| Exhibit | Description | ID | ADM |
|---|---|---|---|
| | | | |
| Exhibit 1 | *Affidavit Declaration of Shelley K. Abel in Support of Motion to Transfer Venue - Docket Number 206* | X | X |
| Exhibit 2 | *Docket Number 235 - Declaration & Exhibits* | X | X |
| Exhibit 3 | *Docket Number 135 – Declaration of Lori Davis Jones* | X | X |

Location: Charlotte