Case 208042:

# U.S. Bankruptcy Court
## Western District of North Carolina (Charlotte)
## Bankruptcy Petition #: 21–30589

*Date filed:* 10/14/2021

*Assigned to:* J. Craig Whitley
Chapter 11
Voluntary
Asset
<u>Show Associated Cases</u>

| | |
|---|---|
| ***Debtor***<br>**LTL Management LLC**<br>501 George Street<br>New Brunswick, NJ 08933<br>MIDDLESEX–NJ<br>Tax ID / EIN: 87–3056622<br>*fka* **Chenango One LLC** | represented by **Caitlin K. Cahow**<br>Jones Day<br>77 West Wacker, Suite 3500<br>Chicago, IL 60601<br>(312) 782–3939<br>Fax : (312) 782–8585<br>Email: <u>ccahow@jonesday.com</u><br><br>**Brad B. Erens**<br>Jones Day<br>77 West Wacker<br>Suite 3500<br>Chicago, IL 60601<br>(312) 782–3939<br>Fax : (312) 782–8585<br>Email: <u>bberens@jonesday.com</u><br><br>**Kristen R. Fournier**<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>34th Floor<br>New York, NY 10036<br>(212) 556–5100<br>Fax : (212) 556–2222<br>Email: <u>kfournier@kslaw.com</u><br><br>**Kathleen A Frazier**<br>Shook, Hardy & Bacon L.L.P<br>JPMorgan Chase Tower<br>600 Travis Street<br>Suite 3400<br>Houston, TX<br>(713) 227–8008<br>Fax : (713) 227–9508<br>Email: <u>kfrazier@shb.com</u><br><br>**Gregory M. Gordon**<br>Jones Day<br>2727 North Harwood Street<br>Suite 500<br>Dallas, TX 75201<br>214–220–3939<br>Fax : 214–969–5100<br>Email: <u>gmgordon@jonesday.com</u><br><br>**Robert W. Hamilton** |

Jones Day
325 John H. McConnell Blvd.
Suite 600
Columbus, OH 43215
(614) 469–3939
Fax : (614) 461–4198
Email: rwhamilton@jonesday.com

**James M. Jones**
Jones Day
250 Vesey Street
New York, NY 10281
(212) 326–3939
Fax : (212) 755–7306
Email: jmjones@jonesday.com

**Glenn M. Kurtz**
White & Case LLP
1221 Avenue of the America
New York, NY 10020
212–819–8252

**Jessica Lauria**
White & Case LLP
1221 Avenue of the America
New York,, NY 10020
212–819–7097

**John R. Miller, Jr.**
RAYBURN COOPER & DURHAM,
P.A.
1200 The Carillon
227 West Trade Street
Charlotte, NC 28202
704–334–0891
Email: jmiller@rcdlaw.net

**Daniel B. Prieto**
Jones Day
2727 North Harwood Street
Suite 500
Dallas, TX 75201
214–220–3939
Fax : (214) 969–5100
Email: dbprieto@jonesday.com

**Mark W. Rasmussen**
Jones Day
2727 North Harwood Stret
Dallas, TX 75201
(214) 220–3939
Fax : (214) 969–5100
Email: mrasmussen@jonesday.com

**C. Richard Rayburn, Jr.**
Rayburn Cooper Durham P.A.
Ste. 1200
227 West Trade Street
Charlotte, NC 28202
(704) 334–0891
Email: rrayburn@rcdlaw.net

**Rayburn, Cooper & Durham, P.A.**

1200 Carillon
227 W. Trade Street
Charlotte, NC 28202

**Amanda Rush**
Jones Day
2727 North Harwood
Suite 500
Dallas, TX 75201
214.220.3939
Fax : 214.969.5100
Email: asrush@jonesday.com

**Matthew L Tomsic**
Rayburn Cooper Durham P.A.
227 West Trade St.
Suite 1200
Charlotte, NC 28202
704−334−0891
Fax : 704−337−1897
Email: mtomsic@rcdlaw.net

*U.S. Trustee*
**U.S. Bankruptcy Administrator Office**
402 W. Trade Street
Suite 200
Charlotte, NC 28202−1669
(704)350−7587

*Interested Party*
**Johnson & Johnson**
One Johnson & Johnson Plaza
New Brunswick, NJ 08933−7001

represented by **Hillary B. Crabtree**
Moore & Van Allen PLLC
100 N. Tryon Street, Suite 4700
Charlotte, NC 28202−4003
(704) 331−3571
Fax : (704) 335−5968
Email: hillarycrabtree@mvalaw.com

**Laura L. Femino**
White & Case LLP
200 South Biscayne Blvd.
Suite 4900
Miami, FL 33131−2352
305−995−521

**Glenn M. Kurtz**
(See above for address)

**Jessica Lauria**
(See above for address)

**Ricardo Pasianotto**
White & Case LLP
1221 Avenue of the America,
New York, NY 10020
212−819−7593

**Michael C. Shepherd**
White & Case LLP
200 South Biscayne Blvd.
Suite 4900
Miami, FL 33131−2352
305−925−4790

**Blair Warner**
White & Case LLP
111 South Wacker Drive
Suite 5100
Chicago, IL 60606–4302
312–881–5374

| | | |
|---|---|---|
| *Interested Party* **State of Texas** c/o the Office of the Attorney General Bankruptcy & Collections Division P. O. Box 12548– MC 008 Austin, TX 78711–2548 | represented by | **Autumn D. Highsmith** Texas Office of Attorney General 12221 Merit Drive Suite 650 Dallas, TX 75251 214–290–8802 Email: autumn.highsmith@oag.texas.gov |
| | | **Rachel R Obaldo** Texas Office of Attorney General 300 West 15th Street Ste 8th Floor Austin, TX 78701 512–475–4551 Fax : 512–936–1409 Email: bk–robaldo@texasattorneygeneral.gov |
| *Interested Party* **Maune Raichle Hartley French & Mudd, LLC** | represented by | **Thomas W. Waldrep, Jr.** Waldrep Wall Babcock & Bailey PLLC 370 Knollwood Street Suite 600 Winston–Salem, NC 27103 336–717–1280 Fax : 336–722–1993 Email: notice@waldrepwall.com |
| *Interested Party* **The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Multi–District Litigation** | represented by | **John Bougiamas** Otterbourg P.C 230 Park Avenue New York, NY 10169 212–905–3608 Email: jbougiamas@otterbourg.com |
| | | **Daniel H. Charest** Burns Charest LLP 900 Jackson Street Suite 500 Dallas, TX 75202 469–904–4550 Fax : 469–444–5002 Email: dcharest@burnscharest.com |
| | | **Melanie Louise Cyganowski** Otterbourg P.C 230 Park Avenue New York, NY 10169 212–905–3677 Fax : 212–682–6104 Email: mcyganowski@otterbourg.com |
| | | **Jennifer S. Feeney** Otterbourg P.C 230 Park Avenue New York, NY 10169 |

Email: jfeeney@otterbourg.com

**James Francis Green**
Ashcraft & Gerel
1825 K Street
Suite 700
Washington, DC 20006
202–783–6400
Email: jgreen@ashcraftlaw.com

**Cole Hayes**
601 S. Kings Drive
Suite F PMB #411
Charlotte, NC 28204
704–490–4247
Email: cole@colehayeslaw.com

**Michelle A. Parfitt**
Ashcraft & Gerel, LLP
1825 K Street, NW
Suite 700
Washington, DC 20006
(202) 783–6400
Fax : (202) 416–6392
Email: mparfitt@ashcraftlaw.com

**Adam C. Silverstein**
Otterbourg P.C.
230 Park Avenue
New York, NY 11050
212–905–3628
Email: asilverstein@otterbourg.com

**Christopher Vincent Tisi**
Levin Papantonio Rafferty
316 Baylen Street
Pensacola, FL 32502
Email: ctisis@levinlaw.com

**Interested Party**                    represented by **Jason D Angelo**
**Cyprus Mines Corporation**            Reed Smith LLP
                                        1201 North Market Street
                                        Suite 1500
                                        Wilmington, DE 19801
                                        302–778–7500
                                        Email: jangelo@reedsmith.com

**John Paul H. Cournoyer**
Northen Blue LLP
1414 Raleigh Road
Suite 435
Chapel Hill, NC 27517
919–968–4441
Fax : 919–942–6603
Email: jpc@nbfirm.com

**Andrew Golden**
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
212–506–1700
Email: agolden@kasowitz.com

**Michael Hutchins**
Kasowitz Benson Torres LLP
1230 Peachtree Street, NE
Suite 2445
Atlanta, GA 30309
404–260–6100
Email: mhutchins@kasowitz.com

**JOHN A NORTHEN**
Northen Blue LLP
P O Box 2208
Chapel Hill, NC 27515–2208
919–968–4441
Fax : 919–942–6603
Email: jan@nbfirm.com

**Robert Novick**
Kasowitz, Benson, Torres LLP
1633 Broadway
New York, NY 10019
212–506–1700
Email: rnovick@kasowitz.com

**Vicki L. Parrott**
Northen Blue LLP
PO Box 2208
Chapel Hill, NC 27515–2208
919–968–4441
Fax : 919–942–6603
Email: vlp@nbfirm.com

**David Rosner**
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
212–506–1700
Email: drosner@kasowitz.com

**Paul M. Singer**
Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
(412) 288–3131
Fax : (412) 288–3063
Email: psinger@reedsmith.com

*Interested Party*
**RheinLand Versicherungen,** *(as successor in interest only to the subscriptions of the former Dutch company Rheinland Verzekeringen)*

represented by **Paul A. Fanning**
Ward and Smith, P.A.
120 West Fire Tower Road
Post Office Box 8088
Greenville, NC 28735–8088
(252) 215–4000
Fax : (252) 215–4077
Email: paf@wardandsmith.com

**Norman J Leonard**
Ward and Smith P.A.
Post Office Box 2020
Asheville, NC 28802–2020
828–348–6070

Fax : 828–348–6077
Email: njl@wardandsmith.com

**Lance P. Martin**
Ward and Smith, P.A.
Post Office Box 2020
Asheville, NC 28802–2020
(828) 348–6070
Fax : (828) 348–6077
Email: lpm@wardandsmith.com

**Eileen McCabe**
Mendes & Mount LLP
750 Seventh Avenue
New York, NY 10019
(212) 261–8283
Fax : (212) 261–8750
Email: eileen.mccabe@mendes.com

**Kelsey Panizzolo**
Katten Muchin Rosenman LLP
550 S. Tryon Street
Suite 2900
Charlotte, NC 28202
704–344–3157
Email: kelsey.panizzolo@katten.com

**Katherine Scherling**
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022
(212) 940–8565
Fax : (212) 940–8776
Email: katherine.scherling@katten.com

| | | |
|---|---|---|
| *Interested Party*<br>**N.V. Schadeverzekeringsmaatschappij Maas Lloyd,** *(individually and as successor in interest to policies subscribed in favor of Johnson & Johnson by N.V. Rotterdamse Assurantiekas n/k/a De Ark)* | represented by | **Paul A. Fanning**<br>(See above for address)<br><br>**Norman J Leonard**<br>(See above for address)<br><br>**Lance P. Martin**<br>(See above for address)<br><br>**Eileen McCabe**<br>(See above for address)<br><br>**Kelsey Panizzolo**<br>(See above for address)<br><br>**Katherine Scherling**<br>(See above for address) |
| *Interested Party*<br>**Starr Indemnity & Liability Company,** *(as successor in interest to Republic Insurance Company)* | represented by | **Paul A. Fanning**<br>(See above for address)<br><br>**Norman J Leonard**<br>(See above for address)<br><br>**Lance P. Martin**<br>(See above for address) |

**Eileen McCabe**
(See above for address)

**Kelsey Panizzolo**
(See above for address)

**Katherine Scherling**
(See above for address)

*Interested Party*
**The North River Insurance Company**

represented by **Lance P. Martin**
(See above for address)

**Eileen McCabe**
(See above for address)

**Kelsey Panizzolo**
(See above for address)

**Katherine Scherling**
(See above for address)

*Interested Party*
**New Hampshire Insurance Company**

represented by **Paul A. Fanning**
(See above for address)

**Norman J Leonard**
(See above for address)

**Lance P. Martin**
(See above for address)

**Eileen McCabe**
(See above for address)

**Kelsey Panizzolo**
(See above for address)

**Katherine Scherling**
(See above for address)

*Interested Party*
**National Union Fire Insurance Company of Pittsburgh PA**

represented by **Paul A. Fanning**
(See above for address)

**Norman J Leonard**
(See above for address)

**Lance P. Martin**
(See above for address)

**Eileen McCabe**
(See above for address)

**Kelsey Panizzolo**
(See above for address)

**Katherine Scherling**
(See above for address)

*Interested Party*
**Lexington Insurance Company**

represented by **Paul A. Fanning**
(See above for address)

**Norman J Leonard**
(See above for address)

**Lance P. Martin**
(See above for address)

**Eileen McCabe**
(See above for address)

**Kelsey Panizzolo**
(See above for address)

**Katherine Scherling**
(See above for address)

*Interested Party*
**The Insurance Company of the State of Pennsylvania**

represented by **Paul A. Fanning**
(See above for address)

**Norman J Leonard**
(See above for address)

**Lance P. Martin**
(See above for address)

**Eileen McCabe**
(See above for address)

**Kelsey Panizzolo**
(See above for address)

**Katherine Scherling**
(See above for address)

*Interested Party*
**Granite State Insurance Company**

represented by **Paul A. Fanning**
(See above for address)

**Norman J Leonard**
(See above for address)

**Lance P. Martin**
(See above for address)

**Eileen McCabe**
(See above for address)

**Kelsey Panizzolo**
(See above for address)

**Katherine Scherling**
(See above for address)

*Interested Party*
**ASR Schadeverzekering N.V.,** *(as successor in interest to Assurantiekoor Van Wijk & Co.)*

represented by **Paul A. Fanning**
(See above for address)

**Norman J Leonard**
(See above for address)

**Lance P. Martin**
(See above for address)

**Eileen McCabe**
(See above for address)

**Kelsey Panizzolo**

(See above for address)

**Katherine Scherling**
(See above for address)

*Interested Party*                          represented by   **Paul A. Fanning**
**AIU Insurance Company**                                    (See above for address)

**Norman J Leonard**
(See above for address)

**Lance P. Martin**
(See above for address)

**Eileen McCabe**
(See above for address)

**Kelsey Panizzolo**
(See above for address)

**Katherine Scherling**
(See above for address)

*Interested Party*                          represented by   **Paul A. Fanning**
**AIG Europe S.A.,** *(as successor in interest to*          (See above for address)
*Union Atlantique d'Assurances S.A.)*

**Norman J Leonard**
(See above for address)

**Lance P. Martin**
(See above for address)

**Eileen McCabe**
(See above for address)

**Kelsey Panizzolo**
(See above for address)

**Katherine Scherling**
(See above for address)

*Interested Party*                          represented by   **Paul A. Fanning**
**AIG Property Casualty Company,** *(f/k/a*                   (See above for address)
*Birmingham Fire Insurance Company of*
*Pennsylvania)*

**Norman J Leonard**
(See above for address)

**Lance P. Martin**
(See above for address)

**Eileen McCabe**
(See above for address)

**Kelsey Panizzolo**
(See above for address)

**Katherine Scherling**
(See above for address)

*Interested Party*                          represented by   **Paul A. Fanning**
**Atlanta International Insurance Company**                   (See above for address)

**Norman J Leonard**
(See above for address)

**Lance P. Martin**
(See above for address)

**Eileen McCabe**
(See above for address)

**Kelsey Panizzolo**
(See above for address)

**Katherine Scherling**
(See above for address)

*Interested Party*
**Bestwall LLC**
100 Peachtree Street, N.W.
Atlanta, GA 30303
Tax ID / EIN: 37−1865815

represented by **Chelsea Corey**
King & Spalding
300 South Tryon Street, Suite 1700
Charlotte, NC 28202
704−503−2575
Email: ccorey@kslaw.com

**Richard A. Schneider**
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, GA 30309
404−572−4889
Fax : 404−572−5100
Email: dschneider@kslaw.com

*Interested Party*
**Rio Tinto America Inc.**

represented by **Salvatore Daniele**
Wilmer Cutler Pickering Hale and Dorr
LLP
7 World Trade Center
250 Greenwich Street
Ste 44120
New York, NY 10007
212−295−6292
Email: Sal.Daniele@wilmerhale.com

**Isley M. Gostin**
Wilmer Cutler Pickering Hale & Dorr
LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Email: Isley.Gostin@wilmerhale.com

**John D. Green**
Farella Braun & Martel LLP
235 Montgomery Street
17th Floor
San Francisco, CA 94104
Email: JGreen@fbm.com

**Christine L. Myatt**
P. O. Box 3463
Greensboro, NC 27402
(336) 373−1600
Email: cmyatt@nexsenpruet.com

**Danielle Spinelli**
Wilmer Cutler Pickering Hale & Dorr

LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Email: Danielle.Spinelli@wilmerhale.com

**Erica Villanueva**
Farella Braun & Martel LLP
235 Montgomery Street
17th Floor
San Francisco, CA 94101
Email: EVillanueva@fbm.com

**Harris M. Watkins**
Nexsen Pruet, LLC
701 Green Valley Road
Suite 100
Greensboro, NC 27408
336–387–5119
Email: mwatkins@nexsenpruet.com

| | | |
|---|---|---|
| *Interested Party*<br>**Three Crowns Insurance Company** | represented by | **Salvatore Daniele**<br>(See above for address) |
| | | **Isley M. Gostin**<br>(See above for address) |
| | | **John D. Green**<br>(See above for address) |
| | | **Christine L. Myatt**<br>(See above for address) |
| | | **Danielle Spinelli**<br>(See above for address) |
| | | **Erica Villanueva**<br>(See above for address) |
| | | **Harris M. Watkins**<br>(See above for address) |
| *Interested Party*<br>**Talc Claimants** | represented by | **Robert A. Cox, Jr.**<br>Hamilton Stephens Steele & Martin,<br>PLLC<br>525 N. Tryon Street<br>Suite 1400<br>Charlotte, NC 28202<br>704–227–1069<br>Fax : 704–344–1483<br>Email: rcox@lawhssm.com |
| | | **Mark P. Robinson, Jr**<br>Robinson Calcagnie, Inc.<br>19 Corporate Plaza Drive<br>Newport Beach, CA 92660<br>(949) 720–1288<br>Fax : (949) 720– 1292<br>Email: mrobinson@robinsonfirm.com |
| *Interested Party*<br>**Westchester Fire Insurance Company** | represented by | **Michael E. Collins**<br>Manier & Herod, P.C.<br>1201 Demonbreun Street |

Suite 900
Nashville, TN 37203
(615) 742–9350
Fax : (615) 742–4203
Email: mcollins@manierherod.com

**Robert William Miller**
Manier Herod
1201 Demonbreun Street, Suite 900
Nashville, TN 37203
6152440030
Fax : 6152424203
Email: RMiller@ManierHerod.com

| | | |
|---|---|---|
| *Interested Party*<br>**Imerys Talc Canada Inc.** | represented by | **Andrew Ambruoso**<br>Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>212–906–1200<br>Email: andrew.ambruoso@lw.com |
| *Interested Party*<br>**Imerys Talc Vermont, Inc.** | represented by | **Andrew Ambruoso**<br>(See above for address) |
| *Interested Party*<br>**Imerys Talc America, Inc.** | represented by | **Andrew Ambruoso**<br>(See above for address)<br><br>**Ashley S. Rusher**<br>Blanco,Tackabery,Combs &<br>Matamoros,P.A.<br>P.O. Drawer 25008<br>Winston–Salem, NC 27114–5008<br>(336) 761–1250<br>Email: asr@blancolaw.com |
| *Interested Party*<br>**Levy Konigsberg LLP** | represented by | **Jerome Block**<br>Levy Konigsberg LLP<br>605 Third Avenue<br>33rd Floor<br>New York, NY 10158<br>212–605–6200<br>Email: jblock@levylaw.com<br><br>**Thomas W. Waldrep, Jr.**<br>(See above for address) |
| *Interested Party*<br>**Aylstock, Witkin, Kreis & Overholtz, PLLC** | represented by | **Paul R. Baynard**<br>Offit Kurman<br>301 S. College Street<br>Suite 2600<br>Charlotte, NC 28202<br>704–377–2500<br>Email: paul.baynard@offitkurman.com<br><br>**Samuel M. Kidder**<br>KTBS Law LLP<br>1801 Century Park Eas<br>26th Floor<br>Los Angeles, CA 90067<br>Email: skidder@ktbslaw.com |

**Nir Maoz**
KTBS Law LLP
1801 Century Park East
26th Floor
Los Angeles, CA 90067
310–407–4010
Fax : 310–407–9090
Email: nmaoz@ktbslaw.com

**Robert J Pfister**
KTBS Law LLP
1801 Century Park East
26th Floor
Los Angeles, CA 90067
310–407–4065
Fax : 310–407–9090
Email: rpfister@ktbslaw.com

**Michael L. Tuchin**
KTBS Law LLP
l80l Century Park East
26th Floor
Los Angeles, CA 90067
Email: mtuchin@ktbslaw.com

*Interested Party*                                    represented by  **Clinton E. Cameron**
**The Continental Insurance Company**                                Clyde Co US LLP
                                                                     55 West Monroe Street
                                                                     Suite 3000
                                                                     IL
                                                                     Chicago, IL 60603
                                                                     312 635 6938
                                                                     Fax : 312 635 6950
                                                                     Email: Clinton.Cameron@clydeco.us

                                                                     **David Christian**
                                                                     David Christian Attorneys LLC
                                                                     3515 West 75th Street, Suite 208
                                                                     Prairie Village, KS 66208
                                                                     913–674–8215
                                                                     Email: dchristian@dca.law

                                                                     **Ashley A Edwards**
                                                                     Parker Poe Adams & Bernstein LLP
                                                                     620 South Tryon Street, Suite 800
                                                                     Charlotte, NC 28202
                                                                     704–335–6632
                                                                     Email: ashleyedwards@parkerpoe.com

*Interested Party*                                    represented by  **John Paul H. Cournoyer**
**Cyprus Amax Minerals Company**                                     (See above for address)

                                                                     **Paul E. Heath**
                                                                     Vinson & Elkins LLP
                                                                     1001 Fannin Street
                                                                     Suite 2500
                                                                     Houston, TX 77002
                                                                     713–758–3313
                                                                     Fax : 713–758–2346
                                                                     Email: pheath@velaw.com

                                                                     **Emil A. Kleinhaus**

Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
212−403−1332
Fax : 212−403−2332
Email: EAKleinhaus@WLRK.com

**JOHN A NORTHEN**
Northen Blue LLP
P O Box 2208
Chapel Hill
NC
Chapel Hill, NC 27515−2208
919−968−4441
Fax : 919−942−6603
Email: jan@nbfirm.com

**Vicki L. Parrott**
(See above for address)

*Interested Party*
**Fears Nachawati PLLC**
Fears Nachawati PLLC
5489 Blair Road
Dallas, TX 75231

represented by **Darren McDowell**
Fears Nachawati, PLLC
5473 Blair Road
Dallas, TX 75231
972−581−9778
Email: dmcdowell@fnlawfirm.com

**Nabil Majed Nachawati, II**
Fears Nachawati PLLC
5489 Balir Road
Dallas, TX 75231
214−461−6170
Fax : 214−890−0712
Email: MN@fnlawfirm.com

*Interested Party*
**Kazan, McClain, Satterley & Greenwood, PLC**
55 Harrison St #400
Oakland, CA 94607

represented by **Denyse F. Clancy**
Kazan, McClain, Satterley & Greenwood
55 Harrison Street
Suite 400
Oakland, CA 94607
510−302−1000
Fax : 510−835−4913
Email: dclancy@kazanlaw.com

**Joseph Satterley**
Kazan, McClain, Satterley & Greenwood
55 Harrison Street
Suite 400
Oakland, CA 94607
510−302−1000
Fax : 510−835−4913
Email: jsatterley@kazanlaw.com

**Thomas W. Waldrep, Jr.**
(See above for address)

*Interested Party*
**Barnes Law Group**

represented by **Judy D. Thompson**
JD Thompson Law
PO Box 33127
Suite 4000
Charlotte, NC 28233
828−489−6578

Fax : 704–943–1152
Email: jdt@jdthompsonlaw.com

**Interested Party**
**Travelers Casualty and Surety Company**
**(f/k/a The Aetna Casualty and Surety**
**Company)**
Deborah L. Fletcher
FisherBroyles LLP
338 Sharon Amity Road, #518
Charlotte, NC 28211
7044427263

represented by **Deborah L. Fletcher**
FisherBroyles LLP
6000 Fairview Rd
Suite 1200
Charlotte, NC 28210
(704) 442–7263
Fax : (704) 731–0694
Email: deborah.fletcher@fisherbroyles.com

**Andrew T. Frankel**
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
(212) 455–2000
Fax : (212) 455–2502
Email: afrankel@stblaw.com

**Kathrine A. McLendon**
King & Spalding
191 Peachtree Street, N.W.
Atlanta, GA 30303–1763
(404) 572–4600

**Jonathan T. Menitove**
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
(212) 455–2000
Fax : (212) 455–2502
Email: jonathan.menitove@stblaw.com

**Michael H. Torkin**
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
(212) 455–2000
Fax : (212) 455–2502
Email: michael.torkin@stblaw.com

**Interested Party**
**Steering Committee in the In re: Johnson &**
**Johnson Talcum Powder Products**
**Marketing, Sales Practices and Products**
**Liability Multi District Litigation**

represented by **John Bougiamas**
(See above for address)

**Melanie Louise Cyganowski**
(See above for address)

**Cole Hayes**
(See above for address)

**P. Leigh O'Dell**
Beasley, Allen, Crow, Methvin, Portis &
218 Commerce Street
Montgomery, AL 36104
Email: leigh.odell@beasleyallen.com

**Adam C. Silverstein**
(See above for address)

**Interested Party**
**Clients of Clifford Law Offices, P.C., and**

represented by **Joel Rhine**
Rhine Law Firm, PC

**Taft Stettinius & Hollister, LLP**

1612 Military Cutoff Rd.
Ste 300
Wilmington, NC 28403
910−772−9960
Email: slc@rhinelawfirm.com

*Interested Party*
**Ruckdeschel Law Firm, LLC**
8357 Main Street
Ellicott City, MD 21043
4107507825

represented by **Thomas W. Waldrep, Jr.**
(See above for address)

*Interested Party*
**Massey & Gail LLP**
The Wharf
1000 Maine Ave
Suite 450
Washington, DC 20024

represented by **Alan Buford Felts**
Tuggle Duggins P.A.
P.O. Box 2888
Greensboro, NC 27402
336−378−1431
Fax : 336−274−6590
Email: afelts@tuggleduggins.com

**Jonathan S Massey**
Massey & Gail LLP
1000 Maine Ave., S.W.
Suite 450
Washington, DC 20024
202−650−5452
Fax : 312−379−0467
Email: jloper@masseygail.com

*Interested Party*
**Blue Cross Blue Shield of Massachusetts,
Inc.**

represented by **Elizabeth Brannen Carter**
Hill, Hill, Carter, Franco, Cole & Black
425 South Perry Street
Montgomery, AL 36104

**Stacy C. Cordes**
Cordes Law, PLLC
1800 East Boulevard
Charlotte, NC 28207
704−332−3565
Email: stacy@cordes−law.com

**Pamela B. Slate**
Hill, Hill, Carter, Franco, Cole & Black
425 South Perry Street
Montgomery, AL 36104

**Meghan Van Vynckt**
Cordes Law, PLLC
1800 East Boulevard
Charlotte, NC 28203
704−332−3565
Email: mabernathy@burtcordeslaw.com

*Interested Party*
**Joseph McGovern**
c/o Cohen, Placitella & Roth, P.C.
127 Maple Ave.
Red Bank, NJ 07701

represented by **Rashad Blossom**
Blossom Law PLLC
301 S. McDowell St.
Suite 1103
Charlotte, NC 28204
704−256−7766
Email: rblossom@blossomlaw.com

**Interested Party**
**Sue Sommer–Kresse**

represented by **Sara W. Higgins**
Higgins & Owens, PLLC
524 East Boulevard
Charlotte, NC 28203
(704) 366–4607
Fax : (704) 749–9451
Email: shiggins@higginsowens.com

**Interested Party**
**Kirk Smith**
c/o Maune Raichle Hartley French & Mudd
1015 Locust Street #1200
St. Louis, MO 63101

represented by **Thomas W. Waldrep, Jr.**
(See above for address)

**Interested Party**
**Williams Hart Boundas Easterby, LLP, on behalf of certain personal injury claimants (Williams Hart Plaintiffs)**

represented by **Christopher Damon Layton**
The Layton Law Firm PLLC
2701 Coltsgate Road
Suite 210
Charlotte, nc 28211
704–749–7747
Fax : 704–612–7039
Email: chris@thelaytonlawfirm.com

**Lisa M. Norman**
Andrews Myers, PC
1885 Saint James Place
15th Floor
Houston, TX 77056

**Edward L. Ripley**
Andrews Myers, P.C.
1885 Saint James Place
15th Floor
Houston, TX 77056

**Interested Party**
**Cohen, Placitella & Roth, P.C.**
127 Maple Ave
Red Bank, NJ 07701

represented by **Christopher M. Placitella**
Cohen, Placitella & Roth, P.C.
127 Maple Ave
Red Bank, NJ
Email: cplacitella@cprlaw.com

**Interested Party**
**Margaret Watson**

represented by **Glenn C. Thompson**
Hamilton Stephens Steele & Martin
525 North Tryon Street
Suite 1400
Charlotte, NC 28202
(704) 227–1067
Fax : (704) 344–1483
Email: gthompson@lawhssm.com

**Interested Party**
**Golomb Spirt Grunfeld**
1835 Market Street
Suite 2900
Philadelphia, PA 19103

represented by **Richard M. Golomb**
Golomb Spirt Grunfeld
1835 Market Street
Suite 2900
Philadelphia, PA 19103
Email: rgolomb@golombhonik.com

**Interested Party**
**Employers Mutual Casualty Company**

represented by **Janet Adele Shapiro**
The Shapiro Law Firm
325 N. Maple Drive
Ste 15186

Beverly Hills, CA 90210
323–852–0333
Email: jshapiro@shapirolawfirm.com

**Interested Party**
**Employers Ins. of Wausau**

represented by **Janet Adele Shapiro**
(See above for address)

**Interested Party**
**Nationwide Indemnity**
Attn: Dan K. Myhrer
PO Box 8102
Wausau, WI 54402–8102

represented by **Janet Adele Shapiro**
(See above for address)

**Interested Party**
**Scottsdale Insurance**
Dan K. Myhrer
PO Box 8102
Wausau, WI 54402–8102

represented by **Janet Adele Shapiro**
(See above for address)

**Interested Party**
**Employers Ins. Company of Wausau**

represented by **Janet Adele Shapiro**
(See above for address)

**Interested Party**
**Roger Frankel, as Legal Representative for Future Personal Injury Claimants appointed in the Chapter 11 bankruptcy case of Cyprus Mines Corporation**

represented by **Albert Togut**
Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119
212–594–5000
Fax : 212–967–4258
Email: altogut@teamtogut.com

**Interested Party**
**Motley Rice LLC**
210 Lake Drive East
210 Lake Drive East
Cherry Hill, NJ 08002

represented by **John A. Baden, IV**
Motley Rice, LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
(843) 216–9124
Fax : (843) 216–9430
Email: jbaden@motleyrice.com

**Nathan David Finch**
Motley Rice LLC
401 9th Street, NW
Washington, DC 20004
202– 232–5507
Email: nfinch@motleyrice.com

**Daniel Lapinski**
Motley Rice LLC
210 Lake Drive East
210 Lake Drive East
Cherry Hill, NJ 08002
856–382–4670
Email: dlapinski@motleyrice.com

**Joseph F. Rice**
Motley Rice, LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
(843) 216–9000
Fax : (843) 216–9290
Email: jrice@motleyrice.com

| *Interested Party* | represented by | **Stephen T. Roberts** |
| **Clients of Mendes & Mount, LLP** | | Mendes & Mount, LLP |
| | | 750 Seventh Avenue |
| | | New York, NY 10019 |
| | | (212) 261–8168 |
| | | Fax : (212) 261– 8750 |
| | | Email: stephen.roberts@mendes.com |

| *Interested Party* | represented by | **Thomas W. Waldrep, Jr.** |
| **Weitz & Luxenberg P.C.** | | (See above for address) |
| 700 Broadway | | |
| New York, NY 10003 | | |

| *Interested Party* | represented by | **Christopher K. Kiplok** |
| **Imerys SA** | | Hughes Hubbard & Reed, LLP |
| | | One Battery Park Plaza |
| | | Ste 16th Floor |
| | | New York, NY 10004 |
| | | 212–837–6000 |
| | | Fax : 212–422–4726 |
| | | Email: kiplok@hugheshubbard.com |

| *Interested Party* | represented by | **Alan Buford Felts** |
| **Bailey & Glasser LLP** | | (See above for address) |

| *Interested Party* | represented by | **Alan Buford Felts** |
| **Brown Rudnick LLP** | | (See above for address) |

| *Interested Party* | represented by | **Alan Buford Felts** |
| **Otterbourg P.C** | | (See above for address) |

| *Interested Party* | represented by | **Alan Buford Felts** |
| **Parkins Lee & Rubio LLP** | | (See above for address) |

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 10/14/2021 | | 1 | Voluntary Petition Under Chapter 11 – (Miller, John) Modified on 10/15/2021 (mdw). CORRECTIVE ENTRY: Filing Fee Amount $1,738.00. (Entered: 10/14/2021) |
| 10/14/2021 | | 2 | Ex Parte Motion *Debtor's Ex Parte Motion for an Order Suspending Entry and Service of Standard Notice fo Commencement.* filed by Matthew L Tomsic on behalf of LTL Management LLC. (Tomsic, Matthew) (Entered: 10/14/2021) |
| 10/14/2021 | | 3 | Brief *Informational Brief of LTL Management LLC* filed by John R. Miller Jr. on behalf of LTL Management LLC. (Miller, John) (Entered: 10/14/2021) |
| 10/14/2021 | | 4 | List of Creditors. filed by John R. Miller Jr. on behalf of LTL Management LLC. (Miller, John) (Entered: 10/14/2021) |
| 10/14/2021 | | 5 | *Declaration of John K. Kim in Support of First Day Pleadings* filed by C. Richard Rayburn Jr. on behalf of LTL Management LLC. (Rayburn, C.) (Entered: 10/14/2021) |
| 10/14/2021 | | 6 | |

| | | | |
|---|---|---|---|
| | | | Application w/Affidavit to Employ Professional *Debtor's Application for an Order Authorizing the Retention and Employment of Epiq Corporate Restructuring, LLC as Claims, Noticing and Ballot Agent* filed by Matthew L Tomsic on behalf of LTL Management LLC. (Tomsic, Matthew) (Entered: 10/14/2021) |
| 10/14/2021 | | 7 | Motion *Debtor's Motion for an Order: (I) Authorizing It to File a List of the Top Law Firms with Talc Cases Against the Debtor in Lieu of the List of the 20 Largest Unsecured Creditors; (II) Approving Certain Notice Procedures for Talc Claimants; and (III) Approving the Form and Manner of Notice of Commencement of this Case.* filed by John R. Miller Jr. on behalf of LTL Management LLC. (Miller, John) (Entered: 10/14/2021) |
| 10/14/2021 | | 8 | Motion *Debtor's Motion for an Order Authorizing Establishment of a Qualified Settlement Fund for Payment of Talc Claims.* filed by John R. Miller Jr. on behalf of LTL Management LLC. (Miller, John) (Entered: 10/14/2021) |
| 10/14/2021 | | 9 | Motion *Debtor's Motion for an Order (A) Authorizing the Filing Under Seal of Certain Confidential Commercial Information in Connection with the Debtor's Motion for an Order Authorizing Establishment of a Qualified Settlement Fund for Payment of Talc Claims and (B) if Necessary, In Camera Hearing.* filed by John R. Miller Jr. on behalf of LTL Management LLC. (Miller, John) (Entered: 10/14/2021) |
| 10/14/2021 | | 10 | Motion *Debtor's Motion for Entry of an Order Establishing Certain Notice, Case Management and Administrative Procedures.* filed by John R. Miller Jr. on behalf of LTL Management LLC. (Miller, John) (Entered: 10/14/2021) |
| 10/14/2021 | | 11 | Motion *Debtor's Motion for an Order: (I) Approving the Continued Use of Its Bank Account and Business Forms; (II) Granting a Waiver of the Requirements of Section 345(b) of the Bankruptcy Code; and (III) Authorizing the Debtor's Bank to Charge Certain Fees and Other Amounts.* filed by Matthew L Tomsic on behalf of LTL Management LLC. (Tomsic, Matthew) (Entered: 10/14/2021) |
| 10/14/2021 | | 12 | Motion *Debtor's Motion for an Order Authorizing the Retention and Compensation of Professionals Utilized by the Debtor in the Ordinary Course of Business.* filed by Matthew L Tomsic on behalf of LTL Management LLC. (Tomsic, Matthew) (Entered: 10/14/2021) |
| 10/14/2021 | | 13 | Ex Parte Motion *Debtor's Ex Parte Motion for an Order Extending the Time Within Which It Must File Its (A) Schedules of Assets and Liabilities and (B) Statement of Financial Affairs.* filed by Matthew L Tomsic on behalf of LTL Management LLC. (Tomsic, Matthew) (Entered: 10/14/2021) |
| 10/14/2021 | | 14 | Motion to Appear Pro Hac Vice *for Gregory M. Gordon* (Fee Amount $ 281) filed by Matthew L Tomsic on behalf of LTL Management LLC. (Tomsic, Matthew) (Entered: 10/14/2021) |
| 10/14/2021 | | 15 | Motion to Appear Pro Hac Vice *for Dan B. Prieto* (Fee Amount $ 281) filed by Matthew L Tomsic on behalf of LTL Management LLC. (Tomsic, Matthew) (Entered: 10/14/2021) |
| 10/14/2021 | | 16 | Motion to Appear Pro Hac Vice *for Amanda Rush* (Fee Amount $ 281) filed by Matthew L Tomsic on behalf of LTL Management LLC. (Tomsic, Matthew) (Entered: 10/14/2021) |

| 10/14/2021 | | 17 | Notice of Appearance and Request for Notice filed by Hillary B. Crabtree on behalf of Johnson & Johnson. (Crabtree, Hillary) (Entered: 10/14/2021) |
|---|---|---|---|
| 10/14/2021 | | 18 | Motion to Appear Pro Hac Vice *for Brad B. Erens* (Fee Amount $ 281) filed by Matthew L Tomsic on behalf of LTL Management LLC. (Tomsic, Matthew) (Entered: 10/14/2021) |
| 10/14/2021 | | 19 | Motion to Appear Pro Hac Vice *for Caitlin K. Cahow* (Fee Amount $ 281) filed by Matthew L Tomsic on behalf of LTL Management LLC. (Tomsic, Matthew) (Entered: 10/14/2021) |
| 10/14/2021 | | 20 | Motion to Appear Pro Hac Vice *for Jessica Lauria* (Fee Amount $ 281) filed by Hillary B. Crabtree on behalf of Johnson & Johnson. (Crabtree, Hillary) (Entered: 10/14/2021) |
| 10/14/2021 | | 21 | Motion to Appear Pro Hac Vice *for Glenn M. Kurtz* (Fee Amount $ 281) filed by Hillary B. Crabtree on behalf of Johnson & Johnson. (Crabtree, Hillary) (Entered: 10/14/2021) |
| 10/14/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21−30589) [motion,mprohac] ( 281.00). Receipt number A9167734, amount $ 281.00. (U.S. Treasury) (Entered: 10/14/2021) |
| 10/14/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21−30589) [motion,mprohac] ( 281.00). Receipt number A9167734, amount $ 281.00. (U.S. Treasury) (Entered: 10/14/2021) |
| 10/14/2021 | | 22 | Ex Parte Motion *Debtor's Ex Parte Motion for Entry of an Order (I) Scheduling an Emergency Hearing on Certain First Day Pleadings and (II) Approving the Form and Manner of Limited Notice Thereof*. filed by Matthew L Tomsic on behalf of LTL Management LLC. (Tomsic, Matthew) (Entered: 10/14/2021) |
| 10/14/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21−30589) [motion,mprohac] ( 281.00). Receipt number A9167744, amount $ 281.00. (U.S. Treasury) (Entered: 10/14/2021) |
| 10/14/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21−30589) [motion,mprohac] ( 281.00). Receipt number A9167744, amount $ 281.00. (U.S. Treasury) (Entered: 10/14/2021) |
| 10/14/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21−30589) [motion,mprohac] ( 281.00). Receipt number A9167744, amount $ 281.00. (U.S. Treasury) (Entered: 10/14/2021) |
| 10/14/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21−30589) [motion,mprohac] ( 281.00). Receipt number A9167744, amount $ 281.00. (U.S. Treasury) (Entered: 10/14/2021) |
| 10/14/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21−30589) [motion,mprohac] ( 281.00). Receipt number A9167744, amount $ 281.00. (U.S. Treasury) (Entered: 10/14/2021) |
| 10/14/2021 | | 23 | Request for Notice filed by Hillary B. Crabtree on behalf of Johnson & Johnson. (Crabtree, Hillary) (Entered: 10/14/2021) |
| 10/15/2021 | | | |

| | | | |
|---|---|---|---|
| | | | Receipt of Filing Fee for Receipt of Fee Payment( 21–30589) ( 1.00). Receipt number A9167920, amount $1738.00. (U.S. Treasury) (Entered: 10/15/2021) |
| 10/15/2021 | | 24 | Ex Parte Order Suspending Entry and Service of Standard Notice of Commencement (Related Doc # 2) (cet) (Entered: 10/15/2021) |
| 10/15/2021 | | 25 | Court Notice of Deficient Filing (RE: related document(s)1 Voluntary Petition Under Chapter 11 filed by Debtor LTL Management LLC). (mdw) (Entered: 10/15/2021) |
| 10/15/2021 | | 26 | Ex Parte Order Extending the Time Within Which It Must File Its (A) Schedules of Assets and Liabilities and (B) Statement of Financial Affairs (Related Doc # 13) (cet) (Entered: 10/15/2021) |
| 10/15/2021 | | 27 | Order Granting Motion of Gregory M. Gordon to Appear Pro Hac Vice (Related Doc # 14) (cet) (Entered: 10/15/2021) |
| 10/15/2021 | | 28 | Order Granting Motion of Dan B. Prieto to Appear Pro Hac Vice (Related Doc # 15) (cet) (Entered: 10/15/2021) |
| 10/15/2021 | | 29 | Order Granting Motion of Amanda Rush Appear Pro Hac Vice (Related Doc # 16) (cet) (Entered: 10/15/2021) |
| 10/15/2021 | | 30 | Order Granting Motion of Brad B. Erens to Appear Pro Hac Vice (Related Doc # 18) (cet) (Entered: 10/15/2021) |
| 10/15/2021 | | 31 | Order Granting Motion of Caitlin K. Cahow to Appear Pro Hac Vice (Related Doc # 19) (cet) (Entered: 10/15/2021) |
| 10/15/2021 | | 32 | Order Granting Motion of Jessica Lauria to Appear Pro Hac Vice (Related Doc # 20) (cet) (Entered: 10/15/2021) |
| 10/15/2021 | | 33 | Order Granting Motion of Glenn M. Kurtz to Appear Pro Hac Vice (Related Doc # 21) (cet) (Entered: 10/15/2021) |
| 10/15/2021 | | 34 | Order Granting Debtor's Ex Parte Motion for Entry of an Order (I) Scheduling an Emergency Hearing on Certain First Day Pleadings and (II) Approving the Form and Manner of Limited Notice Thereof. Hearing to be Held October 20, 2021 at 9:30 a.m. JCW Courtroom 2–B, Charlotte. (Related Doc # 22) (cet) (Entered: 10/15/2021) |
| 10/15/2021 | | 35 | Notice of Hearing *on First Day Pleadings* (RE: related document(s)6 Application to Employ filed by Debtor LTL Management LLC, 7 Motion (Other) filed by Debtor LTL Management LLC, 8 Motion (Other) filed by Debtor LTL Management LLC, 9 Motion (Other) filed by Debtor LTL Management LLC, 10 Motion (Other) filed by Debtor LTL Management LLC, 11 Motion (Other) filed by Debtor LTL Management LLC, 12 Motion (Other) filed by Debtor LTL Management LLC) filed by Matthew L Tomsic on behalf of LTL Management LLC. Hearing scheduled for 10/20/2021 at 09:30 AM at 3–JCW Courtroom 2B. (Tomsic, Matthew) Modified on 10/18/2021 (cet). CORRECTIVE ENTRY: Please Disregard; See Docket Entry 37 for Correct Notice. (Entered: 10/15/2021) |
| 10/15/2021 | | 36 | Notice of Appearance and Request for Notice filed by Rachel R Obaldo on behalf of State of Texas. (Obaldo, Rachel) (Entered: 10/15/2021) |

| | | | |
|---|---|---|---|
| 10/15/2021 | | 37 | Amended Notice of Hearing *on First Day Pleadings* (RE: related document(s)6 Application to Employ filed by Debtor LTL Management LLC, 7 Motion (Other) filed by Debtor LTL Management LLC, 10 Motion (Other) filed by Debtor LTL Management LLC, 11 Motion (Other) filed by Debtor LTL Management LLC, 35 Notice of Hearing filed by Debtor LTL Management LLC) filed by Matthew L Tomsic on behalf of LTL Management LLC. Hearing scheduled for 10/20/2021 at 09:30 AM at 3–JCW Courtroom 2B. (Tomsic, Matthew) (Entered: 10/15/2021) |
| 10/15/2021 | | 38 | Notice of Solicitation of Parties Interested in Serving on the Official Committee of Talc Claimants (RE: related document(s)1 Voluntary Petition Under Chapter 11 filed by Debtor LTL Management LLC) filed by U.S. Bankruptcy Administrator Office . (Attachments: # 1 Certificate of Service)(Scholz, BA) (Entered: 10/15/2021) |
| 10/15/2021 | | 39 | Motion to Appear Pro Hac Vice *for James M. Jones* (Fee Amount $ 281) filed by Matthew L Tomsic on behalf of LTL Management LLC. (Tomsic, Matthew) (Entered: 10/15/2021) |
| 10/15/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9168654, amount $ 281.00. (U.S. Treasury) (Entered: 10/15/2021) |
| 10/15/2021 | | 40 | Notice of Appearance and Request for Notice filed by Ashley A Edwards on behalf of The Continental Insurance Company. (Edwards, Ashley) (Entered: 10/15/2021) |
| 10/17/2021 | | 41 | BNC Certificate of Mailing (RE: related document(s)25 Notice of Deficient/Defective Filing). No. of Notices: 1. Notice Date 10/17/2021. (Admin.) (Entered: 10/18/2021) |
| 10/18/2021 | | 42 | Order Granting Motion of James M. Jones to Appear Pro Hac Vice (Related Doc # 39) (cet) (Entered: 10/18/2021) |
| 10/18/2021 | | 43 | *Debtor's Ex Parte Motion Requesting Authority to Exceed Maximum Page Limit* filed by John R. Miller Jr. on behalf of LTL Management LLC. (Miller, John) (Entered: 10/18/2021) |
| 10/18/2021 | | 44 | Motion *Debtor's Emergency Motion to Enforce the Automatic Stay Against Talc Claimants who Seek to Pursue Their Claims Against the Debtor and Its Non–Debtor Affiliates.* filed by John R. Miller Jr. on behalf of LTL Management LLC. Hearing scheduled for 10/20/2021 at 09:30 AM at 3–JCW Courtroom 2B. (Attachments: # 1 Notice of Interim Hearing) (Miller, John) (Entered: 10/18/2021) |
| 10/18/2021 | | 45 | Ex Parte Motion to Shorten Notice *Debtor's Ex Parte Motion for Entry of an Order Scheduling an Emergency Hearing on the Motion to Enforce the Automatic Stay* (RE: related document(s)44 Motion (Other) filed by Debtor LTL Management LLC) filed by John R. Miller Jr. on behalf of LTL Management LLC. (Miller, John) (Entered: 10/18/2021) |
| 10/18/2021 | | 46 | Ex Parte Order Granting the Debtor Authority to Exceed Maximum Page Limit. (RE: related document(s)43 Other Document filed by Debtor LTL Management LLC) (cet) (Entered: 10/18/2021) |
| 10/18/2021 | | 47 | Ex Parte Motion to Appear Pro Hac Vice *for Kristen R. Fournier* (Fee Amount $ 281) filed by Matthew L Tomsic on behalf of LTL Management LLC. (Tomsic, Matthew) (Entered: 10/18/2021) |

| | | | |
|---|---|---|---|
| 10/18/2021 | | [48](#) | Ex Parte Motion to Appear Pro Hac Vice *for Kathleen A. Frazier* (Fee Amount $ 281) filed by Matthew L Tomsic on behalf of LTL Management LLC. (Tomsic, Matthew) (Entered: 10/18/2021) |
| 10/18/2021 | | [49](#) | Ex Parte Motion to Appear Pro Hac Vice *for Robert W. Hamilton* (Fee Amount $ 281) filed by Matthew L Tomsic on behalf of LTL Management LLC. (Tomsic, Matthew) (Entered: 10/18/2021) |
| 10/18/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21−30589) [motion,mprohac] ( 281.00). Receipt number A9169488, amount $ 281.00. (U.S. Treasury) (Entered: 10/18/2021) |
| 10/18/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21−30589) [motion,mprohac] ( 281.00). Receipt number A9169488, amount $ 281.00. (U.S. Treasury) (Entered: 10/18/2021) |
| 10/18/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21−30589) [motion,mprohac] ( 281.00). Receipt number A9169488, amount $ 281.00. (U.S. Treasury) (Entered: 10/18/2021) |
| 10/18/2021 | | [50](#) | *Notice of Agenda of Matters Scheduled for Hearing on October 20, 2021* filed by John R. Miller Jr. on behalf of LTL Management LLC. (Miller, John) (Entered: 10/18/2021) |
| 10/18/2021 | | [51](#) | Objection to Other Document (RE: related document(s)[7](#) Motion (Other) filed by Debtor LTL Management LLC, [10](#) Motion (Other) filed by Debtor LTL Management LLC) filed by Thomas W. Waldrep Jr. on behalf of Maune Raichle Hartley French & Mudd, LLC. (Waldrep, Thomas) (Entered: 10/18/2021) |
| 10/18/2021 | | [52](#) | Objection to Other Document (RE: related document(s)[8](#) Motion (Other) filed by Debtor LTL Management LLC) filed by Thomas W. Waldrep Jr. on behalf of Maune Raichle Hartley French & Mudd, LLC. (Waldrep, Thomas) (Entered: 10/18/2021) |
| 10/18/2021 | | [53](#) | Objection to Other Document (RE: related document(s)[44](#) Motion (Other) filed by Debtor LTL Management LLC) filed by Thomas W. Waldrep Jr. on behalf of Maune Raichle Hartley French & Mudd, LLC. (Waldrep, Thomas) (Entered: 10/18/2021) |
| 10/18/2021 | | [54](#) | Notice of Appearance and Request for Notice filed by James H. Henderson on behalf of Blue Cross Blue Shield Association. (Henderson, James) (Entered: 10/18/2021) |
| 10/19/2021 | | [55](#) | Motion to Appear Pro Hac Vice *Melanie L. Cyganowski* (Fee Amount $ 281) filed by Cole Hayes on behalf of The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Multi−District Litigation. (Hayes, Cole) (Entered: 10/19/2021) |
| 10/19/2021 | | [56](#) | Motion to Appear Pro Hac Vice *Jennifer S. Feeney* (Fee Amount $ 281) filed by Cole Hayes on behalf of The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Multi−District Litigation. (Hayes, Cole) (Entered: 10/19/2021) |
| 10/19/2021 | | [57](#) | Motion to Appear Pro Hac Vice *John Bougiamas* (Fee Amount $ 281) filed by Cole Hayes on behalf of The Plaintiffs Steering Committee in the |

| | | | |
|---|---|---|---|
| | | | In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Multi–District Litigation. (Hayes, Cole) (Entered: 10/19/2021) |
| 10/19/2021 | | 58 | Motion to Appear Pro Hac Vice *Adam C. Silverstein* (Fee Amount $ 281) filed by Cole Hayes on behalf of The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Multi–District Litigation. (Hayes, Cole) (Entered: 10/19/2021) |
| 10/19/2021 | | 59 | Certificate of Service *by Diane Streany* (RE: related document(s)2 Motion (Other) filed by Debtor LTL Management LLC, 3 Brief filed by Debtor LTL Management LLC, 5 Other Document filed by Debtor LTL Management LLC, 6 Application to Employ filed by Debtor LTL Management LLC, 7 Motion (Other) filed by Debtor LTL Management LLC, 8 Motion (Other) filed by Debtor LTL Management LLC, 9 Motion (Other) filed by Debtor LTL Management LLC, 10 Motion (Other) filed by Debtor LTL Management LLC, 11 Motion (Other) filed by Debtor LTL Management LLC, 12 Motion (Other) filed by Debtor LTL Management LLC, 13 Motion (Other) filed by Debtor LTL Management LLC, 22 Motion (Other) filed by Debtor LTL Management LLC, 24 Order on Motion (Other), 26 Order on Motion (Other), 34 Order on Motion (Other), 37 Notice of Hearing filed by Debtor LTL Management LLC) filed by Sid Garabato on behalf of Epiq Corporate Restructuring, LLC. (Garabato, Sid) (Entered: 10/19/2021) |
| 10/19/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9170044, amount $ 281.00. (U.S. Treasury) (Entered: 10/19/2021) |
| 10/19/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9170044, amount $ 281.00. (U.S. Treasury) (Entered: 10/19/2021) |
| 10/19/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9170044, amount $ 281.00. (U.S. Treasury) (Entered: 10/19/2021) |
| 10/19/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9170044, amount $ 281.00. (U.S. Treasury) (Entered: 10/19/2021) |
| 10/19/2021 | | 60 | Ex Parte Motion to Appear Pro Hac Vice *Darren P. McDowell* (Fee Amount $ 281) filed by John C. Woodman on behalf of John C. Woodman. (Woodman, John) Modified on 10/28/2021 (cet). CORRECTIVE ENTRY: Please Disregard; See Docket Entry 63 for Correct Application. (Entered: 10/19/2021) |
| 10/19/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9170100, amount $ 281.00. (U.S. Treasury) (Entered: 10/19/2021) |
| 10/19/2021 | | 61 | Ex Parte Motion to Appear Pro Hac Vice *Joseph Satterley* (Fee Amount $ 281) filed by John C. Woodman on behalf of John C. Woodman. (Woodman, John) (Entered: 10/19/2021) |
| 10/19/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9170111, amount $ 281.00. (U.S. Treasury) (Entered: 10/19/2021) |

| 10/19/2021 | | 62 | Ex Parte Motion to Appear Pro Hac Vice *Nabil Majed Nachawati II* (Fee Amount $ 281) filed by John C. Woodman on behalf of John C. Woodman. (Woodman, John) (Entered: 10/19/2021) |
|---|---|---|---|
| 10/19/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9170131, amount $ 281.00. (U.S. Treasury) (Entered: 10/19/2021) |
| 10/19/2021 | | 63 | Ex Parte Motion to Appear Pro Hac Vice *Darren P. McDowell* (Fee Amount $ 281) filed by John C. Woodman on behalf of John C. Woodman. (Woodman, John) (Entered: 10/19/2021) |
| 10/19/2021 | | 67 | Omnibus Objection to Other Document (RE: related document(s)7 Motion (Other) filed by Debtor LTL Management LLC, 11 Motion (Other) filed by Debtor LTL Management LLC) filed by Cole Hayes on behalf of The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Multi–District Litigation. (Attachments: # 1 Exhibit Scheduling Order) (Hayes, Cole) (Entered: 10/19/2021) |
| 10/19/2021 | | 68 | Order Granting Motion of Kristen R. Fournier to Appear Pro Hac Vice (Related Doc # 47) (cet) (Entered: 10/19/2021) |
| 10/19/2021 | | 69 | Order Granting Motion of Kathleen A. Frazier to Appear Pro Hac Vice (Related Doc # 48) (cet) (Entered: 10/19/2021) |
| 10/19/2021 | | 70 | Order Granting Motion of Robert W. Hamilton to Appear Pro Hac Vice (Related Doc # 49) (cet) (Entered: 10/19/2021) |
| 10/19/2021 | | 71 | Order Granting Motion of Melanie L. Cyganowski to Appear Pro Hac Vice (Related Doc # 55) (cet) (Entered: 10/19/2021) |
| 10/19/2021 | | 72 | Response *Limited Objection and Reservation of Rights* Hearing scheduled for 10/20/2021 at 9:30 AM at 3–JCW–Charlotte Courtroom (RE: related document(s)7 Motion (Other) filed by Debtor LTL Management LLC) Filed by James H. Henderson on behalf of Blue Cross Blue Shield Association. (Henderson, James) (Entered: 10/19/2021) |
| 10/19/2021 | | 73 | Order Granting Motion of Jennifer S. Feeney to Appear Pro Hac Vice (Related Doc # 56) (cet) (Entered: 10/19/2021) |
| 10/19/2021 | | 74 | Order Granting Motion of John Bougiamas to Appear Pro Hac Vice (Related Doc # 57) (cet) (Entered: 10/19/2021) |
| 10/19/2021 | | 75 | Order Granting Motion of Adam C. Silverstein to Appear Pro Hac Vice (Related Doc # 58) (cet) (Entered: 10/19/2021) |
| 10/19/2021 | | 76 | Motion *of the MDL Plaintiffs Steering Committee to Strike Debtors Emergency Motion to Enforce the Automatic Stay, Objection to Scheduling an Emergency Hearing, and in the alternative, Motion to Reconsider Order Scheduling an Emergency Hearing.* filed by Cole Hayes on behalf of The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Multi–District Litigation. Hearing scheduled for 10/20/2021 at 09:30 AM at 3–JCW Courtroom 2B. (Attachments: # 1 Notice of Hearing) (Hayes, Cole) (Entered: 10/19/2021) |
| 10/19/2021 | | 77 | |

| | | | |
|---|---|---|---|
| | | | Motion to Shorten Notice (RE: related document(s)76 Motion (Other) filed by Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Multi–District Litigation) filed by Cole Hayes on behalf of The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Multi–District Litigation. (Hayes, Cole) (Entered: 10/19/2021) |
| 10/19/2021 | | 78 | Certificate of Service *by Diane Streany* (RE: related document(s)27 Order on Motion to Appear Pro Hac Vice, 28 Order on Motion to Appear Pro Hac Vice, 29 Order on Motion to Appear Pro Hac Vice, 30 Order on Motion to Appear Pro Hac Vice, 31 Order on Motion to Appear Pro Hac Vice, 42 Order on Motion to Appear Pro Hac Vice) filed by Sid Garabato on behalf of Epiq Corporate Restructuring, LLC. (Garabato, Sid) (Entered: 10/19/2021) |
| 10/19/2021 | | 79 | Certificate of Service *by Diane Streany* (RE: related document(s)43 Other Document filed by Debtor LTL Management LLC, 44 Motion (Other) filed by Debtor LTL Management LLC, 45 Motion to Shorten Notice filed by Debtor LTL Management LLC, 46 Order (other), 50 Other Document filed by Debtor LTL Management LLC) filed by Sid Garabato on behalf of Epiq Corporate Restructuring, LLC. (Garabato, Sid) (Entered: 10/19/2021) |
| 10/19/2021 | | 81 | Notice of Appearance and Request for Notice filed by JOHN A NORTHEN on behalf of Cyprus Mines Corporation. (NORTHEN, JOHN) (Entered: 10/19/2021) |
| 10/19/2021 | | 82 | Motion to Appear Pro Hac Vice *(Paul M. Singer)* (Fee Amount $ 281) filed by JOHN A NORTHEN on behalf of Cyprus Mines Corporation. (NORTHEN, JOHN) (Entered: 10/19/2021) |
| 10/19/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9170497, amount $ 281.00. (U.S. Treasury) (Entered: 10/19/2021) |
| 10/19/2021 | | 83 | *Amended Notice of Agenda of Matters Scheduled for Hearing on October 20, 2021* (RE: related document(s)50 Other Document filed by Debtor LTL Management LLC) filed by John R. Miller Jr. on behalf of LTL Management LLC. (Miller, John) (Entered: 10/19/2021) |
| 10/19/2021 | | 84 | *Notice of Appearance* filed by Kelsey R. Meuret on behalf of RheinLand Versicherungen, N.V. Schadeverzekeringsmaatschappij Maas Lloyd, Starr Indemnity & Liability Company, The North River Insurance Company, New Hampshire Insurance Company, National Union Fire Insurance Company of Pittsburgh PA, Lexington Insurance Company, The Insurance Company of the State of Pennsylvania, Granite State Insurance Company, ASR Schadeverzekering N.V., AIU Insurance Company, AIG Europe S.A., AIG Property Casualty Company, Atlanta International Insurance Company. (Meuret, Kelsey) (Entered: 10/19/2021) |
| 10/19/2021 | | 85 | Notice of Appearance and Request for Notice filed by Chelsea Corey on behalf of Bestwall LLC. (Corey, Chelsea) (Entered: 10/19/2021) |
| 10/19/2021 | | 86 | Notice of Appearance and Request for Notice filed by Christine L. Myatt on behalf of Rio Tinto America Inc., Three Crowns Insurance Company. (Myatt, Christine) (Entered: 10/19/2021) |
| 10/19/2021 | | 87 | Ex Parte Motion to Appear Pro Hac Vice *for Mark P. Robinson, Jr.* (Fee Amount $ 281) filed by Robert A. Cox Jr. on behalf of Talc Claimants. |

| | | | |
|---|---|---|---|
| | | | (Cox, Robert) (Entered: 10/19/2021) |
| 10/19/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9170662, amount $ 281.00. (U.S. Treasury) (Entered: 10/19/2021) |
| 10/19/2021 | | 88 | Motion to Appear Pro Hac Vice *Motion for Admission Pro Hac Vice for Richard A. Schneider* (Fee Amount $ 281) filed by Chelsea Corey on behalf of Bestwall LLC. (Attachments: # 1 Exhibit A: Declaration of Richard A. Schneider # 2 Exhibit B: Proposed Order) (Corey, Chelsea) (Entered: 10/19/2021) |
| 10/19/2021 | | 89 | Notice of Appearance and Request for Notice filed by Harris M. Watkins on behalf of Rio Tinto America Inc., Three Crowns Insurance Company. (Watkins, Harris) (Entered: 10/19/2021) |
| 10/19/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9170673, amount $ 281.00. (U.S. Treasury) (Entered: 10/19/2021) |
| 10/19/2021 | | 90 | Notice of Appearance and Request for Notice filed by Robert William Miller on behalf of Westchester Fire Insurance Company. (Miller, Robert) (Entered: 10/19/2021) |
| 10/19/2021 | | 91 | Motion to Appear Pro Hac Vice *for Kimberly A. Posin* (Fee Amount $ 281) filed by Andrew Ambruoso on behalf of Imerys Talc Canada Inc., Imerys Talc Vermont, Inc., Imerys Talc America, Inc.. (Ambruoso, Andrew) (Entered: 10/19/2021) |
| 10/19/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9170693, amount $ 281.00. (U.S. Treasury) (Entered: 10/19/2021) |
| 10/19/2021 | | 92 | Motion to Appear Pro Hac Vice *for Jeffrey E. Bjork* (Fee Amount $ 281) filed by Andrew Ambruoso on behalf of Imerys Talc America, Inc., Imerys Talc Canada Inc., Imerys Talc Vermont, Inc.. (Ambruoso, Andrew) (Entered: 10/19/2021) |
| 10/19/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9170703, amount $ 281.00. (U.S. Treasury) (Entered: 10/19/2021) |
| 10/19/2021 | | 93 | Motion to Appear Pro Hac Vice *for Amy C. Quartarolo* (Fee Amount $ 281) filed by Andrew Ambruoso on behalf of Imerys Talc America, Inc., Imerys Talc Canada Inc., Imerys Talc Vermont, Inc.. (Ambruoso, Andrew) (Entered: 10/19/2021) |
| 10/19/2021 | | 94 | Order on Debtor's Ex Parte Motion for Entry of an Order Scheduling an Emergency Hearing on the Motion to Enforce the Automatic Stay and MDL Plaintiffs Steering Committee Ex Parte Motion to Shorten Notice. (Related Doc 45), Motion to Shorten Notice (Related Doc 77) (cet). Related document(s) 44 Motion *Debtor's Emergency Motion to Enforce the Automatic Stay Against Talc Claimants who Seek to Pursue Their Claims Against the Debtor and Its Non–Debtor Affiliates.* filed by Debtor LTL Management LLC, 76 Motion *of the MDL Plaintiffs Steering Committee to Strike Debtors Emergency Motion to Enforce the Automatic Stay, Objection to Scheduling an Emergency Hearing, and in the alternative, Motion to Reconsider Order Scheduling an Emergency* |

| | | | |
|---|---|---|---|
| | | | *Hearing.* filed by Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Multi–District Litigation. (Entered: 10/19/2021) |
| 10/19/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9170709, amount $ 281.00. (U.S. Treasury) (Entered: 10/19/2021) |
| 10/19/2021 | | 99 | Notice of Appearance and Request for Notice filed by Sandy Qusba on behalf of Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International, Inc., Bausch Health Americas, Inc. f/k/a Valeant Pharmaceuticals International, Bausch Health US, LLC f/k/a Valeant Pharmaceuticals North America LLC. (Qusba, Sandy) (Entered: 10/19/2021) |
| 10/19/2021 | | 100 | Response *Reservation of Rights and Preliminary Objection* Hearing scheduled for 10/20/2021 at 9:30 AM at 3–JCW–Charlotte Courtroom (RE: related document(s)44 Motion (Other) filed by Debtor LTL Management LLC) Filed by JOHN A NORTHEN on behalf of Cyprus Mines Corporation. (NORTHEN, JOHN) (Entered: 10/19/2021) |
| 10/19/2021 | | 101 | Ex Parte Motion to Appear Pro Hac Vice *for Jerome Block* (Fee Amount $ 281) filed by Thomas W. Waldrep Jr. on behalf of Levy Konigsberg LLP. (Waldrep, Thomas) (Entered: 10/19/2021) |
| 10/19/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9170823, amount $ 281.00. (U.S. Treasury) (Entered: 10/19/2021) |
| 10/19/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9170823, amount $ 281.00. (U.S. Treasury) (Entered: 10/19/2021) |
| 10/19/2021 | | 102 | Response *to Stay Motion with Exhibit* Hearing scheduled for 10/20/2021 at 9:30 AM at 3–JCW–Charlotte Courtroom (RE: related document(s)44 Motion (Other) filed by Debtor LTL Management LLC) Filed by Heather W. Culp on behalf of Heather W. Culp. (Culp, Heather) Modified on 10/29/2021 (cet). CORRECTIVE ENTRY: Changed to Indicate Filed by Heather W. Culp on behalf of Nedelka Vanklive. (Entered: 10/19/2021) |
| 10/19/2021 | | 103 | Objection to Other Document (RE: related document(s)44 Motion (Other) filed by Debtor LTL Management LLC, 45 Motion to Shorten Notice filed by Debtor LTL Management LLC, 53 Objection filed by Interested Party Maune Raichle Hartley French & Mudd, LLC, 76 Motion (Other) filed by Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Multi–District Litigation) filed by Robert J Pfister on behalf of Aylstock, Witkin, Kreis & Overholtz, PLLC. (Pfister, Robert) (Entered: 10/19/2021) |
| 10/20/2021 | | 104 | Order Granting Motion of Mark P. Robinson, Jr. to Appear Pro Hac Vice (Related Doc # 87) (cet) (Entered: 10/20/2021) |
| 10/20/2021 | | 105 | Certificate of Service *by Diane Streany* (RE: related document(s)68 Order on Motion to Appear Pro Hac Vice, 69 Order on Motion to Appear Pro Hac Vice, 70 Order on Motion to Appear Pro Hac Vice, 83 Other Document filed by Debtor LTL Management LLC, 94 Order on Motion to Shorten Notice, Order on Motion to Shorten Notice) filed by Sid Garabato |

| | | | |
|---|---|---|---|
| | | | on behalf of Epiq Corporate Restructuring, LLC. (Garabato, Sid) (Entered: 10/20/2021) |
| 10/20/2021 | | 106 | Motion to Appear Pro Hac Vice *for Jason D. Angelo* (Fee Amount $ 281) filed by JOHN A NORTHEN on behalf of Cyprus Mines Corporation. (NORTHEN, JOHN) (Entered: 10/20/2021) |
| 10/20/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9171014, amount $ 281.00. (U.S. Treasury) (Entered: 10/20/2021) |
| 10/20/2021 | | 107 | *Second Amended Notice of Agenda of Matters Scheduled for Hearing on October 20, 2021* (RE: related document(s)83 Other Document filed by Debtor LTL Management LLC) filed by Matthew L Tomsic on behalf of LTL Management LLC. (Tomsic, Matthew) (Entered: 10/20/2021) |
| 10/20/2021 | | 108 | Notice of Appearance and Request for Notice filed by Autumn D. Highsmith on behalf of State of Texas. (Highsmith, Autumn) (Entered: 10/20/2021) |
| 10/20/2021 | | 109 | Notice of Appearance and Request for Notice filed by Vicki L. Parrott on behalf of Cyprus Mines Corporation. (Parrott, Vicki) (Entered: 10/20/2021) |
| 10/20/2021 | | 110 | Notice of Appearance and Request for Notice filed by John Paul H. Cournoyer on behalf of Cyprus Mines Corporation. (Cournoyer, John Paul) (Entered: 10/20/2021) |
| 10/20/2021 | | 111 | Request For Transcript for hearing on DATE: 10/20/2021 by Janice Russell. (cet) (Entered: 10/20/2021) |
| 10/20/2021 | | 112 | Notice of Withdrawal of Document (RE: related document(s)91 Appear Pro Hac Vice filed by Interested Party Imerys Talc America, Inc., Interested Party Imerys Talc Vermont, Inc., Interested Party Imerys Talc Canada Inc., 92 Appear Pro Hac Vice filed by Interested Party Imerys Talc America, Inc., Interested Party Imerys Talc Vermont, Inc., Interested Party Imerys Talc Canada Inc., 93 Appear Pro Hac Vice filed by Interested Party Imerys Talc America, Inc., Interested Party Imerys Talc Vermont, Inc., Interested Party Imerys Talc Canada Inc.) filed by Andrew Ambruoso on behalf of Imerys Talc America, Inc., Imerys Talc Canada Inc., Imerys Talc Vermont, Inc.. (Ambruoso, Andrew) (Entered: 10/20/2021) |
| 10/20/2021 | | 113 | Order Granting Motion of Joseph Satterley to Appear Pro Hac Vice (Related Doc # 61) (cet) (Entered: 10/20/2021) |
| 10/20/2021 | | 114 | Request For Transcript for hearing on DATE: 10/20/2021 by Dipti Patel. (cet) Modified on 10/21/2021 (cet). CORRECTIVE ENTRY: Transcript Order Canceled per Dipti Patel. (Entered: 10/20/2021) |
| 10/20/2021 | | 115 | Order Granting Motion of Nabil Majed Nachawati II to Appear Pro Hac Vice (Related Doc # 62) (cet) (Entered: 10/20/2021) |
| 10/20/2021 | | 116 | Order Granting Motion of Darren P. McDowell to Appear Pro Hac Vice (Related Doc # 63) (cet) (Entered: 10/20/2021) |
| 10/20/2021 | | 117 | Order Granting Motion of Jerome Block to Appear Pro Hac Vice (Related Doc # 101) (cet) (Entered: 10/20/2021) |

| | | | |
|---|---|---|---|
| 10/20/2021 | | | Disposition of Hearing Held before the Honorable J. Craig Whitley: GRANTED (RE: related document(s)6 Application to Employ filed by Debtor LTL Management LLC). (ea) (Entered: 10/20/2021) |
| 10/20/2021 | | | Disposition of Hearing Held before the Honorable J. Craig Whitley: GRANTED (RE: related document(s)7 Motion (Other) filed by Debtor LTL Management LLC). (ea) (Entered: 10/20/2021) |
| 10/20/2021 | | | Disposition of Hearing Held before the Honorable J. Craig Whitley: APPROVED (RE: related document(s)10 Motion (Other) filed by Debtor LTL Management LLC). (ea) (Entered: 10/20/2021) |
| 10/20/2021 | | | Disposition of Hearing Held before the Honorable J. Craig Whitley: APPROVED (RE: related document(s)11 Motion (Other) filed by Debtor LTL Management LLC). (ea) (Entered: 10/20/2021) |
| 10/20/2021 | | | Disposition of Hearing Held before the Honorable J. Craig Whitley: DENIED (RE: related document(s)44 Motion (Other) filed by Debtor LTL Management LLC, 45 Motion to Shorten Notice filed by Debtor LTL Management LLC). (ea) Modified on 10/20/2021 (ea).CORRECTIVE ENTRY: Changed to exclude related document #44. (Entered: 10/20/2021) |
| 10/20/2021 | | 118 | Clerk's Entry to Denote Correction to Docket. CORRECTIVE ENTRY: Changed to exclude related document #44. (RE: related document(s) Disposition of Hearing/Trial). (ea) (Entered: 10/20/2021) |
| 10/20/2021 | | | Disposition of Hearing before the Honorable J. Craig Whitley: CONTINUED (Number of Times Continued: 1) (RE: related document(s)44 Motion (Other) filed by Debtor LTL Management LLC). Hearing scheduled for 11/4/2021 at 09:30 AM at 3–JCW Courtroom 2B. (ea) (Entered: 10/20/2021) |
| 10/20/2021 | | | Disposition of Hearing Held before the Honorable J. Craig Whitley: DENIED (RE: related document(s)77 Motion to Shorten Notice filed by Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Multi–District Litigation). (ea) (Entered: 10/20/2021) |
| 10/20/2021 | | | Disposition of Hearing before the Honorable J. Craig Whitley: CONTINUED (Number of Times Continued: 1) (RE: related document(s)76 Motion (Other) filed by Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Multi–District Litigation). Hearing scheduled for 11/4/2021 at 09:30 AM at 3–JCW Courtroom 2B. (ea) (Entered: 10/20/2021) |
| 10/20/2021 | | 119 | Courtroom Recording. Court Date & Time [ 10/20/2021 09:14:45 AM ]. (Entered: 10/20/2021) |
| 10/20/2021 | | 120 | Courtroom Recording. Court Date & Time [ 10/20/2021 09:14:46 AM ]. (Entered: 10/20/2021) |
| 10/20/2021 | | 121 | Courtroom Recording. Court Date & Time [ 10/20/2021 09:14:47 AM ]. (Entered: 10/20/2021) |
| 10/20/2021 | | 122 | |

| | | | |
|---|---|---|---|
| | | | Courtroom Recording. Court Date & Time [ 10/20/2021 09:14:48 AM ]. (Entered: 10/20/2021) |
| 10/20/2021 | | 123 | Courtroom Recording. Court Date & Time [ 10/20/2021 2:06:07 PM ]. (Entered: 10/20/2021) |
| 10/20/2021 | | 124 | Courtroom Recording. Court Date & Time [ 10/20/2021 3:08:41 PM ]. (Entered: 10/20/2021) |
| 10/20/2021 | | 125 | Notice of Appearance and Request for Notice filed by Jason D Angelo on behalf of Cyprus Mines Corporation. (Attachments: # 1 Certificate of Service)(Angelo, Jason) (Entered: 10/20/2021) |
| 10/21/2021 | | 126 | Request For Transcript for hearing on DATE: 10/20/2021 by Ilene Watson. (cet) (Entered: 10/21/2021) |
| 10/21/2021 | | 127 | Motion to Appear Pro Hac Vice *for Michael E. Collins* (Fee Amount $ 281) filed by Robert William Miller on behalf of Westchester Fire Insurance Company. (Miller, Robert) (Entered: 10/21/2021) |
| 10/21/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9171892, amount $ 281.00. (U.S. Treasury) (Entered: 10/21/2021) |
| 10/21/2021 | | 128 | Adversary case 21–03032. Complaint 71 *Debtor's Complaint for Declaratory and Injunctive Relief (I) Declaring That the Automatic Stay Applies to Certain Actions Against Non–Debtors or, (II) Preliminarily Enjoining Such Actions and (II) Granting a Temporary Restraining Order Pending a Final Hearing* by LTL Management LLC, LTL Management LLC against Those Parties Listed on Appendix A to the Complaint and John and Jane Does 1–1000 –. Pre–Trial Order due by 02/18/2022. (Miller, John) (Entered: 10/21/2021) |
| 10/21/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9172116, amount $ 281.00. (U.S. Treasury) (Entered: 10/21/2021) |
| 10/21/2021 | | 129 | Ex Parte Motion to Appear Pro Hac Vice *Denyse F. Clancy* (Fee Amount $ 281) filed by John C. Woodman on behalf of John C. Woodman. (Woodman, John) (Entered: 10/21/2021) |
| 10/21/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9172120, amount $ 281.00. (U.S. Treasury) (Entered: 10/21/2021) |
| 10/21/2021 | | 130 | Motion to Appear Pro Hac Vice *for David Christian* (Fee Amount $ 281) filed by Ashley A Edwards on behalf of The Continental Insurance Company. (Edwards, Ashley) (Entered: 10/21/2021) |
| 10/21/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9172147, amount $ 281.00. (U.S. Treasury) (Entered: 10/21/2021) |
| 10/21/2021 | | 131 | Motion to Appear Pro Hac Vice *for Michael E. Hutchins* (Fee Amount $ 281) filed by Vicki L. Parrott on behalf of Cyprus Mines Corporation. (Parrott, Vicki) (Entered: 10/21/2021) |

| | | | |
|---|---|---|---|
| 10/21/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9172179, amount $ 281.00. (U.S. Treasury) (Entered: 10/21/2021) |
| 10/21/2021 | | 132 | Motion to Appear Pro Hac Vice *for Andrew S. Golden* (Fee Amount $ 281) filed by Vicki L. Parrott on behalf of Cyprus Mines Corporation. (Parrott, Vicki) (Entered: 10/21/2021) |
| 10/21/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9172328, amount $ 281.00. (U.S. Treasury) (Entered: 10/21/2021) |
| 10/21/2021 | | 133 | Order Granting Motion of Michael E. Hutchins to Appear Pro Hac Vice (Related Doc # 131) (cet) (Entered: 10/21/2021) |
| 10/21/2021 | | 134 | Notice of Appearance and Request for Notice filed by Richard S. Wright on behalf of Arnold & Itkin LLP. (Wright, Richard) (Entered: 10/21/2021) |
| 10/21/2021 | | 135 | Ex Parte Motion to Appear Pro Hac Vice *Laura Davis Jones, Pachulski Stang Ziehl & Jones LLP* (Fee Amount $ 281) filed by Richard S. Wright on behalf of Arnold & Itkin LLP. (Attachments: # 1 Exhibit A – Declaration of Laura Davis Jones in Support of Motion for Admission Pro Hac Vice # 2 Exhibit B – Proposed Order) (Wright, Richard) (Entered: 10/21/2021) |
| 10/21/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9172453, amount $ 281.00. (U.S. Treasury) (Entered: 10/21/2021) |
| 10/21/2021 | | 137 | Notice of Appearance and Request for Notice filed by Andrew T. Houston on behalf of Arnold & Itkin LLP. (Houston, Andrew) (Entered: 10/21/2021) |
| 10/21/2021 | | 138 | Notice of Appearance and Request for Notice filed by Caleb Brown on behalf of Arnold & Itkin LLP. (Brown, Caleb) (Entered: 10/21/2021) |
| 10/21/2021 | | 139 | Motion to Appear Pro Hac Vice *for Clinton Cameron* (Fee Amount $ 281) filed by Ashley A Edwards on behalf of The Continental Insurance Company. (Edwards, Ashley) (Entered: 10/21/2021) |
| 10/21/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9172545, amount $ 281.00. (U.S. Treasury) (Entered: 10/21/2021) |
| 10/21/2021 | | 140 | Motion to Appear Pro Hac Vice *for Katherine Scherling* (Fee Amount $ 281) filed by Kelsey Panizzolo on behalf of AIG Europe S.A., AIG Property Casualty Company, AIU Insurance Company, ASR Schadeverzekering N.V., Atlanta International Insurance Company, Granite State Insurance Company, Lexington Insurance Company, N.V. Schadeverzekeringsmaatschappij Maas Lloyd, National Union Fire Insurance Company of Pittsburgh PA, New Hampshire Insurance Company, RheinLand Versicherungen, Starr Indemnity & Liability Company, The Insurance Company of the State of Pennsylvania, The North River Insurance Company. (Attachments: # 1 Exhibit A– Declaration of Scherling # 2 Proposed Order B– Proposed Order– Scherling) (Panizzolo, Kelsey) (Entered: 10/21/2021) |

| | | | |
|---|---|---|---|
| 10/21/2021 | | [141](#) | Motion to Appear Pro Hac Vice *for Eileen McCabe* (Fee Amount $ 281) filed by Kelsey Panizzolo on behalf of AIG Europe S.A., AIG Property Casualty Company, AIU Insurance Company, ASR Schadeverzekering N.V., Atlanta International Insurance Company, Granite State Insurance Company, Lexington Insurance Company, N.V. Schadeverzekeringsmaatschappij Maas Lloyd, National Union Fire Insurance Company of Pittsburgh PA, New Hampshire Insurance Company, RheinLand Versicherungen, Starr Indemnity & Liability Company, The Insurance Company of the State of Pennsylvania, The North River Insurance Company. (Attachments: # [1](#) Exhibit A– Declaration of McCabe # [2](#) Proposed Order) (Panizzolo, Kelsey) (Entered: 10/21/2021) |
| 10/21/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( [21–30589](#)) [motion,mprohac] ( 281.00). Receipt number A9172550, amount $ 281.00. (U.S. Treasury) (Entered: 10/21/2021) |
| 10/21/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( [21–30589](#)) [motion,mprohac] ( 281.00). Receipt number A9172550, amount $ 281.00. (U.S. Treasury) (Entered: 10/21/2021) |
| 10/22/2021 | | [142](#) | Notice of Appearance and Request for Notice filed by JOHN A NORTHEN on behalf of Cyprus Amax Minerals Company. (NORTHEN, JOHN) (Entered: 10/22/2021) |
| 10/22/2021 | | [143](#) | Notice of Appearance and Request for Notice filed by Vicki L. Parrott on behalf of Cyprus Amax Minerals Company. (Parrott, Vicki) (Entered: 10/22/2021) |
| 10/22/2021 | | [144](#) | Notice of Appearance and Request for Notice filed by John Paul H. Cournoyer on behalf of Cyprus Amax Minerals Company. (Cournoyer, John Paul) (Entered: 10/22/2021) |
| 10/22/2021 | | [145](#) | Order Granting Motion of Paul M. Singer to Appear Pro Hac Vice (Related Doc # [82](#)) (cet) (Entered: 10/22/2021) |
| 10/22/2021 | | [146](#) | Order Granting Motion of Jason D. Angelo to Appear Pro Hac Vice (Related Doc # [106](#)) (cet) (Entered: 10/22/2021) |
| 10/22/2021 | | [147](#) | Order Granting Motion of Michael E. Collins to Appear Pro Hac Vice (Related Doc # [127](#)) (cet) (Entered: 10/22/2021) |
| 10/22/2021 | | [148](#) | Order Granting Motion of Denyse F. Clancy to Appear Pro Hac Vice (Related Doc # [129](#)) (cet) (Entered: 10/22/2021) |
| 10/22/2021 | | [149](#) | Order Granting Motion of David Christian to Appear Pro Hac Vice (Related Doc # [130](#)) (cet) (Entered: 10/22/2021) |
| 10/22/2021 | | [150](#) | Order Granting Motion of Andrew S. Goldento Appear Pro Hac Vice (Related Doc # [132](#)) (cet) (Entered: 10/22/2021) |
| 10/22/2021 | | [151](#) | Motion to Appear Pro Hac Vice (Fee Amount $ 281) filed by Christine L. Myatt on behalf of Rio Tinto America Inc., Three Crowns Insurance Company. (Attachments: # [1](#) Exhibit A) (Myatt, Christine) (Entered: 10/22/2021) |
| 10/22/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( [21–30589](#)) [motion,mprohac] ( 281.00). Receipt number A9172811, amount $ |

| | | | |
|---|---|---|---|
| | | | 281.00. (U.S. Treasury) (Entered: 10/22/2021) |
| 10/22/2021 | | 152 | Notice of Appearance and Request for Notice filed by Judy D. Thompson on behalf of Barnes Law Group. (Thompson, Judy) (Entered: 10/22/2021) |
| 10/22/2021 | | 153 | Motion to Appear Pro Hac Vice (Fee Amount $ 281) filed by Christine L. Myatt on behalf of Rio Tinto America Inc., Three Crowns Insurance Company. (Attachments: # 1 Exhibit A) (Myatt, Christine) (Entered: 10/22/2021) |
| 10/22/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9172861, amount $ 281.00. (U.S. Treasury) (Entered: 10/22/2021) |
| 10/22/2021 | | 154 | Motion to Appear Pro Hac Vice (Fee Amount $ 281) filed by Christine L. Myatt on behalf of Rio Tinto America Inc., Three Crowns Insurance Company. (Attachments: # 1 Exhibit A) (Myatt, Christine) (Entered: 10/22/2021) |
| 10/22/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9172909, amount $ 281.00. (U.S. Treasury) (Entered: 10/22/2021) |
| 10/22/2021 | | 155 | Motion to Appear Pro Hac Vice (Fee Amount $ 281) filed by Christine L. Myatt on behalf of Rio Tinto America Inc., Three Crowns Insurance Company. (Attachments: # 1 Exhibit A) (Myatt, Christine) (Entered: 10/22/2021) |
| 10/22/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9172932, amount $ 281.00. (U.S. Treasury) (Entered: 10/22/2021) |
| 10/22/2021 | | 156 | Motion to Appear Pro Hac Vice (Fee Amount $ 281) filed by Christine L. Myatt on behalf of Rio Tinto America Inc., Three Crowns Insurance Company. (Attachments: # 1 Exhibit A) (Myatt, Christine) (Entered: 10/22/2021) |
| 10/22/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9173071, amount $ 281.00. (U.S. Treasury) (Entered: 10/22/2021) |
| 10/22/2021 | | 157 | Order Granting Motion of Laura Davis Jones to Appear Pro Hac Vice (Related Doc # 135) (cet) (Entered: 10/22/2021) |
| 10/22/2021 | | 158 | Order Granting Motion of Clinton Cameron to Appear Pro Hac Vice (Related Doc # 139) (cet) (Entered: 10/22/2021) |
| 10/22/2021 | | 159 | Order Granting Motion of Salvatore M. Daniele to Appear Pro Hac Vice (Related Doc # 151) (cet) (Entered: 10/22/2021) |
| 10/22/2021 | | 160 | Order Granting Motion of John D. Green to Appear Pro Hac Vice (Related Doc # 153) (cet) (Entered: 10/22/2021) |
| 10/22/2021 | | 161 | Motion to Appear Pro Hac Vice *for David S. Rosner* (Fee Amount $ 281) filed by Vicki L. Parrott on behalf of Cyprus Mines Corporation. (Parrott, Vicki) (Entered: 10/22/2021) |

| | | | |
|---|---|---|---|
| 10/22/2021 | | 162 | Motion to Appear Pro Hac Vice *for Robert M. Novick* (Fee Amount $ 281) filed by Vicki L. Parrott on behalf of Cyprus Mines Corporation. (Parrott, Vicki) (Entered: 10/22/2021) |
| 10/22/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9173233, amount $ 281.00. (U.S. Treasury) (Entered: 10/22/2021) |
| 10/22/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9173233, amount $ 281.00. (U.S. Treasury) (Entered: 10/22/2021) |
| 10/22/2021 | | 163 | Order Granting Motion of Isley M. Gostin to Appear Pro Hac Vice (Related Doc # 154) (cet) (Entered: 10/22/2021) |
| 10/22/2021 | | 164 | Motion to Appear Pro Hac Vice *for Emil A. Kleinhaus* (Fee Amount $ 281) filed by JOHN A NORTHEN on behalf of Cyprus Amax Minerals Company. (NORTHEN, JOHN) (Entered: 10/22/2021) |
| 10/22/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9173247, amount $ 281.00. (U.S. Treasury) (Entered: 10/22/2021) |
| 10/22/2021 | | 165 | Order Granting Motion of Danielle Spinelli to Appear Pro Hac Vice (Related Doc # 155) (cet) (Entered: 10/22/2021) |
| 10/22/2021 | | 166 | Order Granting Motion of Erica Villanueva to Appear Pro Hac Vice (Related Doc # 156) (cet) (Entered: 10/22/2021) |
| 10/22/2021 | | 169 | Motion to Appear Pro Hac Vice (Fee Amount $ 281) filed by Paul R. Baynard on behalf of Aylstock, Witkin, Kreis & Overholtz, PLLC. (Attachments: # 1 Exhibit A–Declaration of Robert J. Pfister in Support of Motion for Admission # 2 Exhibit B–Order Admitting Robert J. Pfister Pro Hav Vice) (Baynard, Paul) (Entered: 10/22/2021) |
| 10/22/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number B9173412, amount $ 281.00. (U.S. Treasury) (Entered: 10/22/2021) |
| 10/22/2021 | | 170 | Motion to Appear Pro Hac Vice (Fee Amount $ 281) filed by Paul R. Baynard on behalf of Aylstock, Witkin, Kreis & Overholtz, PLLC. (Attachments: # 1 Exhibit A–Declaration of Samuel M. Kidder in Support of Motion for Admission # 2 Exhibit B–Order Admitting Samuel M. Kidder Pro Hac Vice) (Baynard, Paul) (Entered: 10/22/2021) |
| 10/22/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9173438, amount $ 281.00. (U.S. Treasury) (Entered: 10/22/2021) |
| 10/22/2021 | | 171 | Motion to Appear Pro Hac Vice (Fee Amount $ 281) filed by Paul R. Baynard on behalf of Aylstock, Witkin, Kreis & Overholtz, PLLC. (Attachments: # 1 Exhibit A–Declaration of Michael L. Tuchin in Support of Motion for Admission # 2 Exhibit B–Order Admitting Michael L. Tuchin Pro Hac Vice) (Baynard, Paul) (Entered: 10/22/2021) |
| 10/22/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9173474, amount $ 281.00. (U.S. Treasury) (Entered: 10/22/2021) |

| | | | |
|---|---|---|---|
| 10/22/2021 | | 172 | Motion to Appear Pro Hac Vice (Fee Amount $ 281) filed by Paul R. Baynard on behalf of Aylstock, Witkin, Kreis & Overholtz, PLLC. (Attachments: # 1 Exhibit A–Declaration of Nir Maoz in Support of Motion for Admission # 2 Exhibit B–Order Admitting Nir Maoz Pro Hac Vice) (Baynard, Paul) (Entered: 10/22/2021) |
| 10/22/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9173501, amount $ 281.00. (U.S. Treasury) (Entered: 10/22/2021) |
| 10/22/2021 | | 173 | Notice of Appearance and Request for Notice filed by Paul R. Baynard on behalf of Aylstock, Witkin, Kreis & Overholtz, PLLC. (Baynard, Paul) (Entered: 10/22/2021) |
| 10/22/2021 | | 174 | Courtroom Recording. Court Date & Time [ 10/22/2021 1:24:11 PM ]. (Entered: 10/22/2021) |
| 10/22/2021 | | 175 | Courtroom Recording. Court Date & Time [ 10/22/2021 1:24:12 PM ]. (Entered: 10/22/2021) |
| 10/22/2021 | | 176 | Courtroom Recording. Court Date & Time [ 10/22/2021 1:24:13 PM ]. (Entered: 10/22/2021) |
| 10/22/2021 | | 177 | Courtroom Recording. Court Date & Time [ 10/22/2021 1:24:14 PM ]. (Entered: 10/22/2021) |
| 10/23/2021 | | 178 | Transcript for Hearing/Trial held on 10/20/2021. For a copy of the Transcript, contact the Transcriber Janice Russell, 1418 Red Fox Circle, Severance, CO. 80550, 757–422–9089 email:trussell31@tdsmail.com. Transcript access will be restricted through 01/21/2022. (Russell, Janice) (Entered: 10/23/2021) |
| 10/25/2021 | | 179 | Order Granting Motion of David S. Rosner to Appear Pro Hac Vice (Related Doc # 161) (cet) (Entered: 10/25/2021) |
| 10/25/2021 | | 180 | Order Granting Motion of Robert M. Novick to Appear Pro Hac Vice (Related Doc # 162) (cet) (Entered: 10/25/2021) |
| 10/25/2021 | | 181 | Order Granting Motion of Emil A. Kleinhaus to Appear Pro Hac Vice (Related Doc 164) (cet) (Entered: 10/25/2021) |
| 10/25/2021 | | 182 | Order Granting Motion of Robert J. Pfister to Appear Pro Hac Vice (Related Doc # 169) (cet) (Entered: 10/25/2021) |
| 10/25/2021 | | 183 | Order Granting Motion of Samuel M. Kidder to Appear Pro Hac Vice (Related Doc # 170) (cet) (Entered: 10/25/2021) |
| 10/25/2021 | | 184 | Order Granting Motion of Michael L. Tuchin to Appear Pro Hac Vice (Related Doc # 171) (cet) (Entered: 10/25/2021) |
| 10/25/2021 | | 185 | Order Granting Motion of Nir Maozto Appear Pro Hac Vice (Related Doc # 172) (cet) (Entered: 10/25/2021) |
| 10/25/2021 | | 186 | Notice of Transcript Filing and of Deadlines Related to Restriction and Redaction. (RE: related document(s)178 Transcript). (cet) (Entered: 10/25/2021) |

| | | | |
|---|---|---|---|
| 10/25/2021 | | 187 | Motion to Appear Pro Hac Vice *for Paul E. Heath* (Fee Amount $ 281) filed by JOHN A NORTHEN on behalf of Cyprus Amax Minerals Company. (NORTHEN, JOHN) (Entered: 10/25/2021) |
| 10/25/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21-30589) [motion,mprohac] ( 281.00). Receipt number A9173916, amount $ 281.00. (U.S. Treasury) (Entered: 10/25/2021) |
| 10/25/2021 | | 188 | Notice of Appearance and Request for Notice filed by James C White on behalf of OnderLaw, LLC. (White, James) (Entered: 10/25/2021) |
| 10/25/2021 | | 189 | Motion to Appear Pro Hac Vice (Fee Amount $ 281) filed by James C White on behalf of OnderLaw, LLC. (Attachments: # 1 Affidavit Declaration of James G. Onder in Support of Motion for Admission Pro Hac Vice) (White, James) (Entered: 10/25/2021) |
| 10/25/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21-30589) [motion,mprohac] ( 281.00). Receipt number A9173975, amount $ 281.00. (U.S. Treasury) (Entered: 10/25/2021) |
| 10/25/2021 | | 190 | Motion to Appear Pro Hac Vice (Fee Amount $ 281) filed by James C White on behalf of OnderLaw, LLC. (Attachments: # 1 Affidavit Declaration of Charles M. Rubio in Support of Motion for Admission Pro Hac Vice) (White, James) (Entered: 10/25/2021) |
| 10/25/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21-30589) [motion,mprohac] ( 281.00). Receipt number A9174025, amount $ 281.00. (U.S. Treasury) (Entered: 10/25/2021) |
| 10/25/2021 | | 191 | Motion to Appear Pro Hac Vice (Fee Amount $ 281) filed by James C White on behalf of OnderLaw, LLC. (Attachments: # 1 Affidavit Declaration of Lenard M. Parkins in Support of Motion for Admission Pro Hac Vice) (White, James) (Entered: 10/25/2021) |
| 10/25/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21-30589) [motion,mprohac] ( 281.00). Receipt number A9174041, amount $ 281.00. (U.S. Treasury) (Entered: 10/25/2021) |
| 10/25/2021 | | 192 | Order Granting Motion of Katherine Scherling to Appear Pro Hac Vice (Related Doc # 140) (cet) (Entered: 10/25/2021) |
| 10/25/2021 | | 193 | Order Granting Motion of Eileen McCabeto Appear Pro Hac Vice (Related Doc # 141) (cet) (Entered: 10/25/2021) |
| 10/25/2021 | | 194 | Order Granting Motion of Paul E. Heath to Appear Pro Hac Vice (Related Doc # 187) (cet) (Entered: 10/25/2021) |
| 10/25/2021 | | 195 | Notice of Appearance and Request for Notice filed by Andrew Golden on behalf of Cyprus Mines Corporation. (Golden, Andrew) (Entered: 10/25/2021) |
| 10/25/2021 | | 196 | Order Granting Motion of James G. Onder to Appear Pro Hac Vice (Related Doc # 189) (cet) (Entered: 10/25/2021) |
| 10/25/2021 | | 197 | Notice of Appearance and Request for Notice filed by Robert Novick on behalf of Cyprus Mines Corporation. (Novick, Robert) (Entered: 10/25/2021) |

| | | | |
|---|---|---|---|
| 10/25/2021 | | 198 | Order Granting Motion of Charles M. Rubio to Appear Pro Hac Vice (Related Doc # 190) (cet) (Entered: 10/25/2021) |
| 10/25/2021 | | 199 | Notice of Appearance and Request for Notice filed by David Rosner on behalf of Cyprus Mines Corporation. (Rosner, David) (Entered: 10/25/2021) |
| 10/25/2021 | | 200 | Notice of Appearance and Request for Notice filed by Michael Hutchins on behalf of Cyprus Mines Corporation. (Hutchins, Michael) (Entered: 10/25/2021) |
| 10/25/2021 | | 201 | Order Granting Motion of Lenard M. Parkins to Appear Pro Hac Vice (Related Doc # 191) (cet) (Entered: 10/25/2021) |
| 10/25/2021 | | 202 | Courtroom Recording. Court Date & Time [ 10/25/2021 1:55:46 PM ]. (Entered: 10/25/2021) |
| 10/25/2021 | | 203 | Request for Notice filed by Charles Michael Rubio on behalf of OnderLaw, LLC. (Rubio, Charles) (Entered: 10/25/2021) |
| 10/25/2021 | | 204 | Notice of Appearance and Request for Notice filed by Lenard Parkins on behalf of OnderLaw, LLC. (Parkins, Lenard) (Entered: 10/25/2021) |
| 10/25/2021 | | 205 | Motion to Transfer Case To *District of New Jersey* filed by U.S. Bankruptcy Administrator Office. Hearing scheduled for 11/10/2021 at 09:30 AM at 3–JCW Courtroom 2B. (Abel, Shelley) (Entered: 10/25/2021) |
| 10/25/2021 | | 206 | Affidavit *Declaration of Shelley K. Abel in Support of Motion to Transfer Venue* (RE: related document(s)205 Motion to Transfer Case filed by U.S. Trustee U.S. Bankruptcy Administrator Office) filed by U.S. Bankruptcy Administrator Office. (Abel, Shelley) (Entered: 10/25/2021) |
| 10/26/2021 | | 207 | Request For Transcript for hearing on DATE: 10/25/2021 by Janice Russell. (cet) (Entered: 10/26/2021) |
| 10/26/2021 | | 208 | Order to Appear and Show Cause Why Venue Should Not be Transferred to Another District. Show Cause hearing to be held on 11/10/2021 at 09:30 AM at 3–JCW Courtroom 8. (cet) (Entered: 10/26/2021) |
| 10/26/2021 | | 209 | Notice of Appearance and Request for Notice filed by Robert A. Mays on behalf of Allstate Insurance Company. (Mays, Robert) (Entered: 10/26/2021) |
| 10/26/2021 | | 210 | Ex Parte Motion to Appear Pro Hac Vice *: Andrew K. Craig* (Fee Amount $ 281) filed by Robert A. Mays on behalf of Allstate Insurance Company. (Mays, Robert) (Entered: 10/26/2021) |
| 10/26/2021 | | 211 | Ex Parte Motion to Appear Pro Hac Vice *: Stefano Calogero* (Fee Amount $ 281) filed by Robert A. Mays on behalf of Allstate Insurance Company. (Mays, Robert) (Entered: 10/26/2021) |
| 10/26/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9175545, amount $ 281.00. (U.S. Treasury) (Entered: 10/26/2021) |
| 10/26/2021 | | | |

| | | | |
|---|---|---|---|
| | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9175545, amount $ 281.00. (U.S. Treasury) (Entered: 10/26/2021) |
| 10/26/2021 | | 212 | Order Granting Motion of Andrew K. Craig to Appear Pro Hac Vice (Related Doc # 210) (cet) (Entered: 10/26/2021) |
| 10/26/2021 | | 213 | Order Granting Motion of Stefano Calogero to Appear Pro Hac Vice (Related Doc # 211) (cet) (Entered: 10/26/2021) |
| 10/27/2021 | | 214 | Notice of Appearance and Request for Notice filed by Deborah L. Fletcher on behalf of Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company). (Fletcher, Deborah) (Entered: 10/27/2021) |
| 10/27/2021 | | 215 | Motion to Appear Pro Hac Vice *For Kathrine A. McLendon (Exhibit A – Declaration; Exhibit B Proposed Order)* (Fee Amount $ 281) filed by Deborah L. Fletcher on behalf of Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company). (Fletcher, Deborah) (Entered: 10/27/2021) |
| 10/27/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9176265, amount $ 281.00. (U.S. Treasury) (Entered: 10/27/2021) |
| 10/27/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9176265, amount $ 281.00. (U.S. Treasury) (Entered: 10/27/2021) |
| 10/27/2021 | | 216 | Motion to Appear Pro Hac Vice *For Andrew T. Frankel (Exhibit A – Declaration; Exhibit B Proposed Order)* (Fee Amount $ 281) filed by Deborah L. Fletcher on behalf of Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company). (Fletcher, Deborah) (Entered: 10/27/2021) |
| 10/27/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9176275, amount $ 281.00. (U.S. Treasury) (Entered: 10/27/2021) |
| 10/27/2021 | | 217 | Motion to Appear Pro Hac Vice *For Jonathan T. Menitove (Exhibit A – Declaration; Exhibit B Proposed Order)* (Fee Amount $ 281) filed by Deborah L. Fletcher on behalf of Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company). (Fletcher, Deborah) (Entered: 10/27/2021) |
| 10/27/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9176282, amount $ 281.00. (U.S. Treasury) (Entered: 10/27/2021) |
| 10/27/2021 | | 221 | BNC Certificate of Mailing (RE: related document(s)186 Notice of Transcript Filing and Redaction). No. of Notices: 40. Notice Date 10/27/2021. (Admin.) (Entered: 10/28/2021) |
| 10/28/2021 | | 222 | Notice of Appearance and Request for Notice filed by John Bougiamas on behalf of Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Multi District Litigation. (Bougiamas, John) (Entered: 10/28/2021) |

| | | | |
|---|---|---|---|
| 10/28/2021 | | 223 | Notice of Appearance and Request for Notice filed by Melanie Louise Cyganowski on behalf of Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Multi District Litigation. (Cyganowski, Melanie) (Entered: 10/28/2021) |
| 10/28/2021 | | 224 | Notice of Appearance and Request for Notice filed by Adam C. Silverstein on behalf of Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Multi District Litigation. (Silverstein, Adam) (Entered: 10/28/2021) |
| 10/28/2021 | | 225 | Order Granting Motion of Kathrine A. McLendon to Appear Pro Hac Vice (Related Doc # 215) (cet) (Entered: 10/28/2021) |
| 10/28/2021 | | 226 | Order Granting Motion of Andrew T. Frankel to Appear Pro Hac Vice (Related Doc # 216) (cet) (Entered: 10/28/2021) |
| 10/28/2021 | | 227 | Motion of the Bankruptcy Administrator to Appoint an Official Committee of Talc Claimants. filed by U.S. Bankruptcy Administrator Office . Hearing scheduled for 11/4/2021 at 09:30 AM at 3–JCW Courtroom 2B. (Scholz, BA) (Entered: 10/28/2021) |
| 10/28/2021 | | 228 | Order Granting Motion of Jonathan T. Menitove to Appear Pro Hac Vice (Related Doc # 217) (cet) (Entered: 10/28/2021) |
| 10/28/2021 | | 229 | Motion to Appear Pro Hac Vice *for Shannon McNulty* (Fee Amount $ 281) filed by Joel Rhine on behalf of Oshunna Williams, Sharon Wildman, May Virata, Christine NMN Torres, Isabel Spano, Valerie Schultz, Maraldine Schmidt, Lisa Sabatine, Cora Robinson, Lisa O'Neal, Kathleen O'Halloran, Pamela Morrill, Bernadette McGinnis, Nancy Lyman, Jo Ellen Luster, Mary Leinen, Susan Leach, Julie Lamore, Mildred Kirk–Brown, Shelly King, Amanda Joyce, Voncile Jones, Darlene Holland, Christine Loretta Hodge, Tabitha Henry, Charlette Hein, Andrea Harris, Victoria Gomes, Debra Fugiel, Ann Frye–Moragne, Patricia Dunbar, Dawn Dispensa, Gloria Davis, Elaine Cook, Lillian Cohn–sharon, Bridget Coates, Tarshwa Carter, Monica Cambron, Beatriz Cabeza, Edna Sue Brown, Barbara Busch, Wanda Allen. (Rhine, Joel) Modified on 11/2/2021 (cet). CORRECTIVE ENTRY: Changed to Indicate Filed by Joel Rhine on Behalf of Clients of Clifford Law Offices, P.C., and Taft Stettinius & Hollister, LLP (Entered: 10/28/2021) |
| 10/28/2021 | | 230 | Motion to Appear Pro Hac Vice *for Michael O'Neil* (Fee Amount $ 281) filed by Joel Rhine on behalf of Wanda Allen, Edna Sue Brown, Barbara Busch, Beatriz Cabeza, Monica Cambron, Tarshwa Carter, Bridget Coates, Lillian Cohn–sharon, Elaine Cook, Gloria Davis, Dawn Dispensa, Patricia Dunbar, Ann Frye–Moragne, Debra Fugiel, Victoria Gomes, Andrea Harris, Charlette Hein, Tabitha Henry, Christine Loretta Hodge, Darlene Holland, Voncile Jones, Amanda Joyce, Shelly King, Mildred Kirk–Brown, Julie Lamore, Susan Leach, Mary Leinen, Jo Ellen Luster, Nancy Lyman, Bernadette McGinnis, Pamela Morrill, Kathleen O'Halloran, Lisa O'Neal, Cora Robinson, Lisa Sabatine, Maraldine Schmidt, Valerie Schultz, Isabel Spano, Christine NMN Torres, May Virata, Sharon Wildman, Oshunna Williams. (Rhine, Joel) Modified on 11/2/2021 (cet). CORRECTIVE ENTRY: Changed to Indicate Filed by Joel Rhine on Behalf of Clients of Clifford Law Offices, P.C., and Taft Stettinius & Hollister, LLP (Entered: 10/28/2021) |
| 10/28/2021 | | | |

| | | | |
|---|---|---|---|
| | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9177899, amount $ 281.00. (U.S. Treasury) (Entered: 10/28/2021) |
| 10/28/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9177899, amount $ 281.00. (U.S. Treasury) (Entered: 10/28/2021) |
| 10/28/2021 | | 231 | Motion *Debtor's Motion for an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals.* filed by John R. Miller Jr. on behalf of LTL Management LLC. Hearing scheduled for 11/10/2021 at 09:30 AM at 3–JCW Courtroom 2B. (Attachments: # 1 Notice of Hearing) (Miller, John) (Entered: 10/28/2021) |
| 10/28/2021 | | 232 | Ex Parte Motion to Shorten Notice (RE: related document(s)231 Motion (Other) filed by Debtor LTL Management LLC) filed by John R. Miller Jr. on behalf of LTL Management LLC. (Miller, John) (Entered: 10/28/2021) |
| 10/28/2021 | | 233 | BNC Certificate of Mailing (RE: related document(s)208 Order to Show Cause). No. of Notices: 11. Notice Date 10/28/2021. (Admin.) (Entered: 10/29/2021) |
| 10/29/2021 | | 234 | Order Granting Motion to Shorten Notice (Related Doc # 232) (cet) (Entered: 10/29/2021) |
| 10/29/2021 | | 235 | Motion *of the MDL Plaintiffs Steering Committee to Transfer Venue Pursuant to 28 U.S.C. § 1412 and Joinder in Bankruptcy Administrators Motion to Transfer Venue.* filed by Cole Hayes on behalf of Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Multi District Litigation. Hearing scheduled for 11/10/2021 at 09:30 AM (check with court for location). (Attachments: # 1 Declaration of Melanie L. Cyganowski # 2 Notice of Hearing) (Hayes, Cole) (Entered: 10/29/2021) |
| 10/29/2021 | | 236 | Notice of Hearing (RE: related document(s)8 Motion (Other) filed by Debtor LTL Management LLC, 9 Motion (Other) filed by Debtor LTL Management LLC, 12 Motion (Other) filed by Debtor LTL Management LLC) filed by John R. Miller Jr. on behalf of LTL Management LLC. Hearing scheduled for 11/10/2021 at 09:30 AM at 3–JCW Courtroom 2B. (Miller, John) (Entered: 10/29/2021) |
| 10/29/2021 | | 237 | Motion to Appear Pro Hac Vice *Daniel H. Charest* (Fee Amount $ 281) filed by Cole Hayes on behalf of The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Multi–District Litigation. (Hayes, Cole) (Entered: 10/29/2021) |
| 10/29/2021 | | 238 | Ex Parte Motion to Appear Pro Hac Vice *for Jonathan Ruckdeschel* (Fee Amount $ 281) filed by Thomas W. Waldrep Jr. on behalf of Ruckdeschel Law Firm, LLC. (Waldrep, Thomas) (Entered: 10/29/2021) |
| 10/29/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9178950, amount $ 281.00. (U.S. Treasury) (Entered: 10/29/2021) |
| 10/29/2021 | | 239 | |

| | | | |
|---|---|---|---|
| | | | Order Granting Motion of Daniel H. Charest to Appear Pro Hac Vice (Related Doc # 237) (cet) (Entered: 10/29/2021) |
| 10/29/2021 | | 240 | Objection to Other Document (RE: related document(s)227 Motion (Other) filed by U.S. Trustee U.S. Bankruptcy Administrator Office) filed by Rochelle Guiton on behalf of Aleathea Goodins. (Guiton, Rochelle) (Entered: 10/29/2021) |
| 10/29/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9179098, amount $ 281.00. (U.S. Treasury) (Entered: 10/29/2021) |
| 10/29/2021 | | 241 | Motion to Appear Pro Hac Vice *Christopher V. Tisi* (Fee Amount $ 281) filed by Cole Hayes on behalf of Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Multi District Litigation. (Hayes, Cole) (Entered: 10/29/2021) |
| 10/29/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9179127, amount $ 281.00. (U.S. Treasury) (Entered: 10/29/2021) |
| 10/30/2021 | | 242 | Motion to Appear Pro Hac Vice *Michelle A. Parfitt* (Fee Amount $ 281) filed by Cole Hayes on behalf of Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Multi District Litigation. (Hayes, Cole) (Entered: 10/30/2021) |
| 10/30/2021 | | 243 | Motion to Appear Pro Hac Vice *James F. Green* (Fee Amount $ 281) filed by Cole Hayes on behalf of Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Multi District Litigation. (Hayes, Cole) (Entered: 10/30/2021) |
| 10/30/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9179177, amount $ 281.00. (U.S. Treasury) (Entered: 10/30/2021) |
| 10/30/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9179177, amount $ 281.00. (U.S. Treasury) (Entered: 10/30/2021) |
| 11/01/2021 | | 244 | Order Granting Motion of Christopher V. Tisi to Appear Pro Hac Vice (Related Doc # 241) (cet) (Entered: 11/01/2021) |
| 11/01/2021 | | 245 | Order Granting Motion of Michelle A. Parfitt to Appear Pro Hac Vice (Related Doc # 242) (cet) (Entered: 11/01/2021) |
| 11/01/2021 | | 246 | Order Granting Motion of James F. Green to Appear Pro Hac Vice (Related Doc # 243) (cet) (Entered: 11/01/2021) |
| 11/01/2021 | | 247 | Ex Parte Motion to Appear Pro Hac Vice *Jonathan S. Massey* (Fee Amount $ 281) filed by Thomas W. Waldrep Jr. on behalf of Levy Konigsberg LLP. (Waldrep, Thomas) (Entered: 11/01/2021) |
| 11/01/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9179717, amount $ 281.00. (U.S. Treasury) (Entered: 11/01/2021) |

| | | | |
|---|---|---|---|
| 11/01/2021 | | 248 | Certificate of Service *by Panagiota Manatakis* (RE: related document(s)205 Motion to Transfer Case filed by U.S. Trustee U.S. Bankruptcy Administrator Office, 227 Motion (Other) filed by U.S. Trustee U.S. Bankruptcy Administrator Office) filed by Sid Garabato on behalf of Epiq Corporate Restructuring, LLC. (Garabato, Sid) (Entered: 11/01/2021) |
| 11/01/2021 | | 249 | Response Hearing scheduled for 11/04/2021 at 9:30 AM at 3–JCW–Charlotte Courtroom (RE: related document(s)44 Motion (Other) filed by Debtor LTL Management LLC) Filed by Paul R. Baynard on behalf of Aylstock, Witkin, Kreis & Overholtz, PLLC. (Baynard, Paul) (Entered: 11/01/2021) |
| 11/01/2021 | | 250 | Motion to Appear Pro Hac Vice *for Mark W. Rasmussen* (Fee Amount $ 281) filed by Matthew L Tomsic on behalf of LTL Management LLC. (Tomsic, Matthew) (Entered: 11/01/2021) |
| 11/01/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9179891, amount $ 281.00. (U.S. Treasury) (Entered: 11/01/2021) |
| 11/01/2021 | | 251 | Order Granting Motion of Jonathan S. Massey to Appear Pro Hac Vice (Related Doc # 247) (cet) (Entered: 11/01/2021) |
| 11/01/2021 | | 252 | Order Granting Motion of Mark W. Rasmussen to Appear Pro Hac Vice (Related Doc # 250) (cet) (Entered: 11/01/2021) |
| 11/01/2021 | | 253 | Certificate of Service *by Panagiota Manatakis* (RE: related document(s)231 Motion (Other) filed by Debtor LTL Management LLC, 232 Motion to Shorten Notice filed by Debtor LTL Management LLC) filed by Sid Garabato on behalf of Epiq Corporate Restructuring, LLC. (Garabato, Sid) (Entered: 11/01/2021) |
| 11/01/2021 | | 254 | Ex Parte Motion *for Admission Pro Hac Vice*. filed by R. Keith Johnson on behalf of Richard M. Golomb. (Johnson, R.) Modified on 11/2/2021 (cet). CORRECTIVE ENTRY: Please Disregard; See Docket Entry 255 for Correct Motion. (Entered: 11/01/2021) |
| 11/01/2021 | | 255 | Amended Motion to Appear Pro Hac Vice *, amended due to first attempt was filed under other, and was unable to pay fee. No change to document text.* (Fee Amount $ 281) filed by R. Keith Johnson on behalf of Richard M. Golomb. (Johnson, R.) (Entered: 11/01/2021) |
| 11/01/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9180237, amount $ 281.00. (U.S. Treasury) (Entered: 11/01/2021) |
| 11/01/2021 | | 256 | Response and Request for Hearing (RE: related document(s)227 Motion (Other) filed by U.S. Trustee U.S. Bankruptcy Administrator Office) Filed by R. Keith Johnson on behalf of Brandi Carl. Hearing scheduled for 11/4/2021 at 09:30 AM at 3–JCW Courtroom 2B. (Johnson, R.) (Entered: 11/01/2021) |
| 11/01/2021 | | 257 | Notice of Appearance and Request for Notice filed by Stacy C. Cordes on behalf of Blue Cross Blue Shield of Massachusetts, Inc.. (Cordes, Stacy) (Entered: 11/01/2021) |
| 11/01/2021 | | 258 | |

| | | | |
|---|---|---|---|
| | | | Response Hearing scheduled for 11/04/2021 at 9:30 AM at 3–JCW–Charlotte Courtroom11/04/2021 (RE: related document(s)227 Motion (Other) filed by U.S. Trustee U.S. Bankruptcy Administrator Office) Filed by Rashad Blossom on behalf of Joseph McGovern. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Blossom, Rashad) (Entered: 11/01/2021) |
| 11/02/2021 | | 259 | Motion to Appear Pro Hac Vice *for Michael H. Torkin* (Fee Amount $ 281) filed by Deborah L. Fletcher on behalf of Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company). (Fletcher, Deborah) (Entered: 11/02/2021) |
| 11/02/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9180282, amount $ 281.00. (U.S. Treasury) (Entered: 11/02/2021) |
| 11/02/2021 | | 260 | Notice of Appearance and Request for Notice filed by Deborah L. Fletcher on behalf of Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company). (Fletcher, Deborah) (Entered: 11/02/2021) |
| 11/02/2021 | | 262 | Notice of Appearance and Request for Notice filed by Meghan Abernathy on behalf of Blue Cross Blue Shield of Massachusetts, Inc.. (Abernathy, Meghan) (Entered: 11/02/2021) |
| 11/02/2021 | | 263 | *Notice of Agenda of Matters Scheduled for Hearing on November 4 and 5, 2021* filed by Matthew L Tomsic on behalf of LTL Management LLC. (Tomsic, Matthew) (Entered: 11/02/2021) |
| 11/02/2021 | | 264 | Order Granting Motion of Michael H. Torkin to Appear Pro Hac Vice (Related Doc # 259) (cet) (Entered: 11/02/2021) |
| 11/02/2021 | | 265 | Certificate of Service *by Diane Streany* (RE: related document(s)234 Order on Motion to Shorten Notice) filed by Sid Garabato on behalf of Epiq Corporate Restructuring, LLC. (Garabato, Sid) (Entered: 11/02/2021) |
| 11/02/2021 | | 266 | Ex Parte Motion to Appear Pro Hac Vice *Christopher M. Placitella* (Fee Amount $ 281) filed by Rashad Blossom on behalf of Christopher M. Placitella. (Blossom, Rashad) (Entered: 11/02/2021) |
| 11/02/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9180971, amount $ 281.00. (U.S. Treasury) (Entered: 11/02/2021) |
| 11/02/2021 | | 267 | Ex Parte Motion to Appear Pro Hac Vice *Elizabeth Brannen Carter* (Fee Amount $ 281) filed by Stacy C. Cordes on behalf of Blue Cross Blue Shield of Massachusetts, Inc.. (Attachments: # 1 Declaration in Support of Ex Parte Motion for Admission Pro Hac Vice) (Cordes, Stacy) (Entered: 11/02/2021) |
| 11/02/2021 | | 268 | Ex Parte Motion to Appear Pro Hac Vice *Pamela B. Slate* (Fee Amount $ 281) filed by Stacy C. Cordes on behalf of Blue Cross Blue Shield of Massachusetts, Inc.. (Attachments: # 1 Declaration in Support of Motion to Appear Pro Hac Vice) (Cordes, Stacy) (Entered: 11/02/2021) |
| 11/02/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9180981, amount $ |

| | | | |
|---|---|---|---|
| | | | 281.00. (U.S. Treasury) (Entered: 11/02/2021) |
| 11/02/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9180981, amount $ 281.00. (U.S. Treasury) (Entered: 11/02/2021) |
| 11/02/2021 | | 269 | Certificate of Service *by Diane Streany* (RE: related document(s)236 Notice of Hearing filed by Debtor LTL Management LLC) filed by Sid Garabato on behalf of Epiq Corporate Restructuring, LLC. (Garabato, Sid) (Entered: 11/02/2021) |
| 11/02/2021 | | 274 | Amendment to *correct name of parties being represented, and to clarify information regarding attorney Richard Golomb* (RE: related document(s)255 Appear Pro Hac Vice filed by Attorney Richard M. Golomb) filed by R. Keith Johnson on behalf of Linda Rabasca, Brandi Carl. (Johnson, R.) (Entered: 11/02/2021) |
| 11/02/2021 | | 275 | Notice of Appearance and Request for Notice filed by Daniel H. Charest on behalf of The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Multi–District Litigation. (Charest, Daniel) (Entered: 11/02/2021) |
| 11/02/2021 | | 276 | Notice of Appearance and Request for Notice filed by R. Keith Johnson on behalf of Brandi Carl, Linda Rabasca. (Johnson, R.) (Entered: 11/02/2021) |
| 11/02/2021 | | 277 | Notice of Appearance and Request for Notice filed by Sara W. Higgins on behalf of Sue Sommer–Kresse. (Higgins, Sara) (Entered: 11/02/2021) |
| 11/02/2021 | | 278 | Response *to Motion to Appoint Official Committee of Talc Claimants* Hearing scheduled for 11/04/2021 at 9:30 AM at 3–JCW–Charlotte Courtroom11/04/2021 (RE: related document(s)227 Motion (Other) filed by U.S. Trustee U.S. Bankruptcy Administrator Office) Filed by Sara W. Higgins on behalf of Sue Sommer–Kresse. (Attachments: # 1 Declaration of Joseph F. Rice # 2 Exhibit A to Rice Declaration) (Higgins, Sara) (Entered: 11/02/2021) |
| 11/02/2021 | | 279 | Response *to Motion to Appoint Official Committee of Talc Claimants* Hearing scheduled for 11/04/2021 at 9:30 AM at 3–JCW–Charlotte Courtroom11/04/2021 (RE: related document(s)227 Motion (Other) filed by U.S. Trustee U.S. Bankruptcy Administrator Office) Filed by Daniel H. Charest on behalf of Daniel Mercer, Julia Lathrop. (Attachments: # 1 Exhibit A) (Charest, Daniel) (Entered: 11/02/2021) |
| 11/02/2021 | | 280 | Response Hearing scheduled for 11/04/2021 at 9:30 AM at 3–JCW–Charlotte Courtroom11/04/2021 (RE: related document(s)227 Motion (Other) filed by U.S. Trustee U.S. Bankruptcy Administrator Office) Filed by Thomas W. Waldrep Jr. on behalf of Kirk Smith. (Waldrep, Thomas) (Entered: 11/02/2021) |
| 11/03/2021 | | 282 | Certificate of Service (RE: related document(s)235 Motion (Other) filed by Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Multi District Litigation) filed by Cole Hayes on behalf of Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Multi District Litigation. (Hayes, Cole) (Entered: 11/03/2021) |

| | | | |
|---|---|---|---|
| 11/03/2021 | | 283 | Motion to Appear Pro Hac Vice *P. Leigh O'Dell* (Fee Amount $ 281) filed by Cole Hayes on behalf of Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Multi District Litigation. (Hayes, Cole) (Entered: 11/03/2021) |
| 11/03/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21−30589) [motion,mprohac] ( 281.00). Receipt number A9181295, amount $ 281.00. (U.S. Treasury) (Entered: 11/03/2021) |
| 11/03/2021 | | 284 | Notice of Appearance and Request for Notice filed by Christopher Damon Layton on behalf of Williams Hart Boundas Easterby, LLP, on behalf of certain personal injury claimants (Williams Hart Plaintiffs). (Layton, Christopher) (Entered: 11/03/2021) |
| 11/03/2021 | | 285 | Ex Parte Motion to Appear Pro Hac Vice *Lisa M. Norman* (Fee Amount $ 281) filed by Christopher Damon Layton on behalf of Williams Hart Boundas Easterby, LLP, on behalf of certain personal injury claimants (Williams Hart Plaintiffs). (Attachments: # 1 Declaration of Lisa M. Norman) (Layton, Christopher) (Entered: 11/03/2021) |
| 11/03/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21−30589) [motion,mprohac] ( 281.00). Receipt number A9181363, amount $ 281.00. (U.S. Treasury) (Entered: 11/03/2021) |
| 11/03/2021 | | 286 | Order Granting Motion of Christopher M. Placitella to Appear Pro Hac Vice (Related Doc # 266) (cet) (Entered: 11/03/2021) |
| 11/03/2021 | | 287 | Order Granting Motion of Elizabeth Brannen Carter to Appear Pro Hac Vice (Related Doc # 267) (cet) (Entered: 11/03/2021) |
| 11/03/2021 | | 288 | Order Granting Motion of Pamela B. Slate to Appear Pro Hac Vice (Related Doc # 268) (cet) (Entered: 11/03/2021) |
| 11/03/2021 | | 289 | Order Granting Motion OF P. Leigh O'Dell to Appear Pro Hac Vice (Related Doc # 283) (cet) (Entered: 11/03/2021) |
| 11/03/2021 | | 290 | Order Granting Motion of Lisa M. Norman to Appear Pro Hac Vice (Related Doc # 285) (cet) (Entered: 11/03/2021) |
| 11/03/2021 | | 291 | Response *and Application of Margaret Watson to the Motion of the Bankruptcy Administrator to Appoint Official Committee of Talc Claimants* Hearing scheduled for 11/04/2021 at 9:30 AM at 3−JCW−Charlotte Courtroom11/04/2021 (RE: related document(s)227 Motion (Other) filed by U.S. Trustee U.S. Bankruptcy Administrator Office) Filed by Glenn C. Thompson on behalf of Margaret Watson. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Thompson, Glenn) (Entered: 11/03/2021) |
| 11/03/2021 | | 292 | Brief − *Debtor's Omnibus Reply in Support of (I) Motion to Enforce the Automatic Stay and (II) Motion for an Order (A) Declaring that the Automatic Stay Applies to Certain Actions Against Non−Debtors or (B) Preliminarily Enjoining Such Actions and (C) Granting a Temporary Restraining Order Pending a Final Hearing* (RE: related document(s)44 Motion (Other) filed by Debtor LTL Management LLC) filed by Matthew L Tomsic on behalf of LTL Management LLC. (Tomsic, Matthew) (Entered: 11/03/2021) |

| | | | |
|---|---|---|---|
| 11/03/2021 | | <u>293</u> | *Debtor's Ex Parte Motion Requesting Authority to Exceed the Maximum Page Limit* filed by Matthew L Tomsic on behalf of LTL Management LLC. (Tomsic, Matthew) (Entered: 11/03/2021) |
| 11/03/2021 | | <u>294</u> | Motion to Appear Pro Hac Vice *Edward L. Ripley* (Fee Amount $ 281) filed by Christopher Damon Layton on behalf of Williams Hart Boundas Easterby, LLP, on behalf of certain personal injury claimants (Williams Hart Plaintiffs). (Attachments: # <u>1</u> Declaration) (Layton, Christopher) (Entered: 11/03/2021) |
| 11/03/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( <u>21–30589</u>) [motion,mprohac] ( 281.00). Receipt number A9181680, amount $ 281.00. (U.S. Treasury) (Entered: 11/03/2021) |
| 11/03/2021 | | <u>295</u> | Motion to Appear Pro Hac Vice *Daniel Lapinski* (Fee Amount $ 281) filed by Sara W. Higgins on behalf of Sue Sommer–Kresse. (Attachments: # <u>1</u> Exhibit A) (Higgins, Sara) (Entered: 11/03/2021) |
| 11/03/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( <u>21–30589</u>) [motion,mprohac] ( 281.00). Receipt number A9181697, amount $ 281.00. (U.S. Treasury) (Entered: 11/03/2021) |
| 11/03/2021 | | <u>296</u> | Motion to Appear Pro Hac Vice *Nathan David Finch* (Fee Amount $ 281) filed by Sara W. Higgins on behalf of Sue Sommer–Kresse. (Attachments: # <u>1</u> Exhibit A) (Higgins, Sara) (Entered: 11/03/2021) |
| 11/03/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( <u>21–30589</u>) [motion,mprohac] ( 281.00). Receipt number A9181705, amount $ 281.00. (U.S. Treasury) (Entered: 11/03/2021) |
| 11/03/2021 | | <u>299</u> | Motion to Appear Pro Hac Vice *John A. Baden IV* (Fee Amount $ 281) filed by Sara W. Higgins on behalf of Sue Sommer–Kresse. (Attachments: # <u>1</u> Exhibit A) (Higgins, Sara) (Entered: 11/03/2021) |
| 11/03/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( <u>21–30589</u>) [motion,mprohac] ( 281.00). Receipt number A9181881, amount $ 281.00. (U.S. Treasury) (Entered: 11/03/2021) |
| 11/03/2021 | | <u>300</u> | Motion to Appear Pro Hac Vice *Joseph F. Rice* (Fee Amount $ 281) filed by Sara W. Higgins on behalf of Sue Sommer–Kresse. (Attachments: # <u>1</u> Exhibit A) (Higgins, Sara) (Entered: 11/03/2021) |
| 11/03/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( <u>21–30589</u>) [motion,mprohac] ( 281.00). Receipt number A9181895, amount $ 281.00. (U.S. Treasury) (Entered: 11/03/2021) |
| 11/03/2021 | | <u>301</u> | Order Granting Motion Requesting Authority to Exceed the Maximum Page Limit . (RE: related document(s)<u>293</u> Other Document filed by Debtor LTL Management LLC) (cet) (Entered: 11/03/2021) |
| 11/03/2021 | | <u>302</u> | Order Granting Motion of Edward L. Ripley to Appear Pro Hac Vice (Related Doc # <u>294</u>) (cet) (Entered: 11/03/2021) |
| 11/03/2021 | | <u>303</u> | Notice of Appearance and Request for Notice filed by Ashley S. Rusher on behalf of Imerys Talc America, Inc.. (Rusher, Ashley) (Entered: 11/03/2021) |

| | | | |
|---|---|---|---|
| 11/03/2021 | | [304](#) | Motion to Appear Pro Hac Vice *for Kimberly A. Posin* (Fee Amount $ 281) filed by Ashley S. Rusher on behalf of Imerys Talc America, Inc.. (Rusher, Ashley) (Entered: 11/03/2021) |
| 11/03/2021 | | [305](#) | Motion to Appear Pro Hac Vice *for Jeffrey E. Bjork* (Fee Amount $ 281) filed by Ashley S. Rusher on behalf of Imerys Talc America, Inc.. (Rusher, Ashley) (Entered: 11/03/2021) |
| 11/03/2021 | | [306](#) | Motion to Appear Pro Hac Vice *for Amy C. Quartarolo* (Fee Amount $ 281) filed by Ashley S. Rusher on behalf of Imerys Talc America, Inc.. (Rusher, Ashley) (Entered: 11/03/2021) |
| 11/03/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( [21–30589](#)) [motion,mprohac] ( 281.00). Receipt number Void – Fee paid prev, amount $ 281.00. (asw) (Entered: 11/03/2021) |
| 11/03/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( [21–30589](#)) [motion,mprohac] ( 281.00). Receipt number Void – Fee paid prev, amount $ 281.00. (asw) (Entered: 11/03/2021) |
| 11/03/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( [21–30589](#)) [motion,mprohac] ( 281.00). Receipt number Void – Fee paid prev, amount $ 281.00. (asw) (Entered: 11/03/2021) |
| 11/03/2021 | | [307](#) | Response *and Limited Objection of the Williams Hart Plaintiffs to the Bankruptcy Administrator's Motion to Appoint an Official Committee of Talc Claimants* Hearing scheduled for 11/04/2021 at 9:30 AM at 3–JCW–Charlotte Courtroom11/04/2021 (RE: related document(s)[227](#) Motion (Other) filed by U.S. Trustee U.S. Bankruptcy Administrator Office) Filed by Christopher Damon Layton on behalf of Williams Hart Boundas Easterby, LLP, on behalf of certain personal injury claimants (Williams Hart Plaintiffs). (Layton, Christopher) (Entered: 11/03/2021) |
| 11/03/2021 | | [308](#) | Notice of Appearance and Request for Notice filed by Bill Graham on behalf of Wallace & Graham P.A.. (Graham, Bill) (Entered: 11/03/2021) |
| 11/03/2021 | | [309](#) | Response Hearing scheduled for 11/04/2021 at 9:30 AM at 3–JCW–Charlotte Courtroom11/04/2021 (RE: related document(s)[227](#) Motion (Other) filed by U.S. Trustee U.S. Bankruptcy Administrator Office) Filed by Thomas W. Waldrep Jr. on behalf of Maune Raichle Hartley French & Mudd, LLC. (Waldrep, Thomas) (Entered: 11/03/2021) |
| 11/03/2021 | | [310](#) | Notice of Appearance and Request for Notice filed by Janet Adele Shapiro on behalf of Employers Ins Co of Wausau. (Shapiro, Janet) (Entered: 11/03/2021) |
| 11/03/2021 | | [311](#) | *Amended Notice of Agenda of Matters Scheduled for Hearing on November 4 and 5, 2021* filed by Matthew L Tomsic on behalf of LTL Management LLC. (Tomsic, Matthew) (Entered: 11/03/2021) |
| 11/03/2021 | | [312](#) | Brief *Response to Order to Show Cause and Motion of Arnold & Itkin LLP on Behalf of Certain TALC Personal Injury Claimants to Transfer Venue of this Chapter 11 Case to the District of Delaware or, if not to that District, the District of New Jersey Pursuant to 28 U.S.C. § 1412 and Rule 1014 of The Federal Rules of Bankruptcy Procedure* (RE: related document(s)[208](#) Order to Show Cause) filed by Andrew T. Houston on behalf of Arnold & Itkin LLP. (Attachments: # [1](#) Exhibit) (Houston, Andrew) (Entered: 11/03/2021) |

| | | | |
|---|---|---|---|
| 11/03/2021 | | [313](#) | Order Granting Motion of Richard M. Golomb to Appear Pro Hac Vice (RE: related document(s)[274](#) Amended Document filed by Creditor Brandi Carl, Creditor Linda Rabasca) (cet) (Entered: 11/03/2021) |
| 11/03/2021 | | [314](#) | Notice of Appearance and Request for Notice filed by Lance P. Martin on behalf of N.V. De Ark, AIG Europe S.A., AIG Property Casualty Company, AIU Insurance Company, ASR Schadeverzekering N.V., Atlanta International Insurance Company, Granite State Insurance Company, Lexington Insurance Company, N.V. Schadeverzekeringsmaatschappij Maas Lloyd, National Union Fire Insurance Company of Pittsburgh PA, New Hampshire Insurance Company, RheinLand Versicherungen, Starr Indemnity & Liability Company, The Insurance Company of the State of Pennsylvania, The North River Insurance Company. (Martin, Lance) (Entered: 11/03/2021) |
| 11/03/2021 | | [315](#) | Notice of Appearance and Request for Notice filed by Albert Togut on behalf of Roger Frankel, as Legal Representative for Future Personal Injury Claimants appointed in the Chapter 11 bankruptcy case of Cyprus Mines Corporation. (Togut, Albert) (Entered: 11/03/2021) |
| 11/03/2021 | | [316](#) | *Joinder of Arnold & Itkin LLP on Behalf of Certain Talc Personal Injury Claimants to Limited Objection of The William Hart Plaintiffs to the Bankruptcy Administrators Motion to Appoint an Official Committee of Talc Claimants, and Request of Arnold & Itkin LLP on Behalf of Certain Talc Personal Injury Claimants for Adjournment of the Bankruptcy Administrators Motion to Appoint an Official Committee of Talc Claimants Pending Resolution of The Venue OSC* (RE: related document(s)[307](#) Response filed by Interested Party Williams Hart Boundas Easterby, LLP, on behalf of certain personal injury claimants (Williams Hart Plaintiffs)) filed by Andrew T. Houston on behalf of Arnold & Itkin LLP. (Houston, Andrew) (Entered: 11/03/2021) |
| 11/04/2021 | | | Disposition of Hearing Held before the Honorable J. Craig Whitley: APPROVED WITHOUT PREJUDICE (RE: related document(s)[227](#) Motion (Other) filed by U.S. Trustee U.S. Bankruptcy Administrator Office). (jlb) (Entered: 11/04/2021) |
| 11/04/2021 | | [320](#) | Order Authorizing the Retention and Employment of Epiq Corporate Restructuring, LLC as Claims, Noticing and Ballot Agent Professional (Related Doc # [6](#)) (cet) (Entered: 11/04/2021) |
| 11/04/2021 | | [321](#) | Order (I) Authorizing the Debtor to File a List of the Top Law Firms with Talc Cases Against the Debtor in Lieu of the List of the 20 Largest Unsecured Creditors; (II) Approving Certain Notice Procedures for Talc Claimants; and (III) Approving the Form and Manner of Notice of Commencement of this Case. (Related Doc # [7](#)) (cet) (Entered: 11/04/2021) |
| 11/04/2021 | | [322](#) | Order Establishing Certain Notice, Case Management and Administrative Procedures (Related Doc # [10](#)) (cet) (Entered: 11/04/2021) |
| 11/04/2021 | | [323](#) | Order Granting Motion of Daniel Lapinski to Appear Pro Hac Vice (Related Doc # [295](#)) (cet) (Entered: 11/04/2021) |
| 11/04/2021 | | [324](#) | Order Granting Motion of Nathan David Finch to Appear Pro Hac Vice (Related Doc # [296](#)) (cet) (Entered: 11/04/2021) |
| 11/04/2021 | | [325](#) | Order Granting Motion to Appear Pro Hac Vice (Related Doc # [299](#)) (cet) (Entered: 11/04/2021) |

| | | | |
|---|---|---|---|
| 11/04/2021 | | 326 | Order Granting Motion of Joseph F. Rice to Appear Pro Hac Vice (Related Doc # 300) (cet) (Entered: 11/04/2021) |
| 11/04/2021 | | 327 | Notice of Appearance and Request for Notice filed by Bill Graham on behalf of Wallace & Graham P.A.. (Graham, Bill) (Entered: 11/04/2021) |
| 11/04/2021 | | | Disposition of Hearing before the Honorable J. Craig Whitley: CONTINUED (Number of Times Continued: 2) (RE: related document(s)44 Motion (Other) filed by Debtor LTL Management LLC, 76 Motion (Other) filed by Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Multi–District Litigation). Hearing scheduled for 11/5/2021 at 09:00 AM at 3–JCW Courtroom 2B. (jlb) (Entered: 11/04/2021) |
| 11/05/2021 | | 328 | Courtroom Recording. Court Date & Time [ 11/04/2021 08:53:01 AM ]. Modified on 11/5/2021 (tes). CORRECTIVE ENTRY: Changed to indicate – Part 7 of 7 audio recording. (Entered: 11/05/2021) |
| 11/05/2021 | | 329 | Courtroom Recording. Court Date & Time [ 11/04/2021 08:53:02 AM ]. Modified on 11/5/2021 (tes). CORRECTIVE ENTRY: Changed to indicate – Part 1 of 7 audio recording. (Entered: 11/05/2021) |
| 11/05/2021 | | 330 | Courtroom Recording. Court Date & Time [ 11/04/2021 08:53:03 AM ]. Modified on 11/5/2021 (tes). CORRECTIVE ENTRY: Changed to indicate – Part 2 of 7 audio recording. (Entered: 11/05/2021) |
| 11/05/2021 | | 331 | Courtroom Recording. Court Date & Time [ 11/04/2021 08:53:04 AM ]. Modified on 11/5/2021 (tes). CORRECTIVE ENTRY: Changed to indicate – Part 3 of 7 audio recording. (Entered: 11/05/2021) |
| 11/05/2021 | | 332 | Courtroom Recording. Court Date & Time [ 11/04/2021 08:53:05 AM ]. Modified on 11/5/2021 (tes). CORRECTIVE ENTRY: Changed to indicate – Part 4 of 7 audio recording. (Entered: 11/05/2021) |
| 11/05/2021 | | 333 | Courtroom Recording. Court Date & Time [ 11/04/2021 08:53:06 AM ]. Modified on 11/5/2021 (tes). CORRECTIVE ENTRY: Changed to indicate – Part 5 of 7 audio recording. (Entered: 11/05/2021) |
| 11/05/2021 | | 334 | Courtroom Recording. Court Date & Time [ 11/04/2021 08:53:07 AM ]. Modified on 11/5/2021 (tes). CORRECTIVE ENTRY: Changed to indicate – Part 6 of 7 audio recording. (Entered: 11/05/2021) |
| 11/05/2021 | | 335 | Request For Transcript for hearing on DATE: 11/4/2021 by Janice Russell. (cet) (Entered: 11/05/2021) |
| 11/05/2021 | | 336 | Request For Transcript for hearing on DATE: 11/5/2021 by Janice Russell. (cet) (Entered: 11/05/2021) |
| 11/05/2021 | | 337 | Response *Onderlaw, LLCs Joinder To (I) Bankruptcy Administrators Motion To Transfer Venue and (II) Motion of the MDL Plaintiffs Steering Committee To Transfer Venue Pursuant To 28 U.S.C. § 1412* Hearing scheduled for 11/10/2021 at 9:30 AM at 3–JCW–Charlotte Courtroom (RE: related document(s)205 Motion to Transfer Case filed by U.S. Trustee U.S. Bankruptcy Administrator Office) Filed by Charles Michael Rubio on behalf of OnderLaw, LLC. (Rubio, Charles) (Entered: |

| | | | |
|---|---|---|---|
| | | | 11/05/2021) |
| 11/05/2021 | | 338 | Motion to Appear Pro Hac Vice *for Stephen T. Roberts, Esq.* (Fee Amount $ 281) filed by Lance P. Martin on behalf of AIG Europe S.A., AIG Property Casualty Company, AIU Insurance Company, ASR Schadeverzekering N.V., Atlanta International Insurance Company, Granite State Insurance Company, Lexington Insurance Company, N.V. De Ark, N.V. Schadeverzekeringsmaatschappij Maas Lloyd, National Union Fire Insurance Company of Pittsburgh PA, New Hampshire Insurance Company, RheinLand Versicherungen, Starr Indemnity & Liability Company, The Insurance Company of the State of Pennsylvania. (Martin, Lance) Modified on 11/5/2021 (cet). CORRECTIVE ENTRY: Changed to Indicate Motion to Appear Pro Hac Vice *for Stephen T. Roberts, Esq.* filed by Lance P. Martin on behalf of Clients of Mendes & Mount, LLP. (Entered: 11/05/2021) |
| 11/05/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9183635, amount $ 281.00. (U.S. Treasury) (Entered: 11/05/2021) |
| 11/05/2021 | | 339 | Certificate of Service *by Diane Streany* (RE: related document(s)320 Order on Application to Employ, 321 Order on Motion (Other), 322 Order on Motion (Other)) filed by Sid Garabato on behalf of Epiq Corporate Restructuring, LLC. (Garabato, Sid) (Entered: 11/05/2021) |
| 11/05/2021 | | 340 | Response *Kellie Brewer's Response In Support Of Motion Of Bankruptcy Administrator To Transfer Venue Of Bankruptcy Case Pursuant To 28 U.S.C. Sec. 1412 And Fed. R. Bankr. P. 1014(A)(1) In The Interest Of Justice Or For The Convenience Of Parties* Hearing scheduled for 11/10/2021 at 9:30 AM at 3–JCW–Charlotte Courtroom (RE: related document(s)205 Motion to Transfer Case filed by U.S. Trustee U.S. Bankruptcy Administrator Office) Filed by John C. Woodman on behalf of John C. Woodman. (Woodman, John) (Entered: 11/05/2021) |
| 11/05/2021 | | 341 | Order Granting Motion of Richard A. Schneider to Appear Pro Hac Vice (Related Doc # 88) (cet) (Entered: 11/05/2021) |
| 11/05/2021 | | 342 | Order Granting Motion of Stephen T. Roberts, Esq. to Appear Pro Hac Vice (Related Doc # 338) (cet) (Entered: 11/05/2021) |
| 11/05/2021 | | | Disposition of Hearing before the Honorable J. Craig Whitley: CONTINUED FOR RULING (Number of Times Continued: 2) (RE: related document(s)44 Motion (Other) filed by Debtor LTL Management LLC, 76 Motion (Other) filed by Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Multi–District Litigation). Hearing scheduled for 11/10/2021 at 09:30 AM at 3–JCW Courtroom 2B. (cas) (Entered: 11/05/2021) |
| 11/05/2021 | | | Disposition of Hearing Held before the Honorable J. Craig Whitley: GRANTED WITHOUT PREJUDICE (RE: related document(s)291 Response filed by Interested Party Margaret Watson). (cas) (Entered: 11/05/2021) |
| 11/05/2021 | | 343 | *Debtor's Ex Parte Motion Requesting Authority to Exceed the Maximum Page Limit* filed by Matthew L Tomsic on behalf of LTL Management LLC. (Tomsic, Matthew) (Entered: 11/05/2021) |
| 11/05/2021 | | 344 | |

| | | | |
|---|---|---|---|
| | | | Exhibit List from Hearing Held on 11/05/2021. (cas) (Entered: 11/05/2021) |
| 11/05/2021 | | 345 | Objection to Other Document (RE: related document(s)205 Motion to Transfer Case filed by U.S. Trustee U.S. Bankruptcy Administrator Office, 235 Motion (Other) filed by Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Multi District Litigation, 312 Brief filed by Creditor Arnold & Itkin LLP) filed by Matthew L Tomsic on behalf of LTL Management LLC. Hearing scheduled for 11/10/2021 at 09:30 AM at 3–JCW Courtroom 2B. (Tomsic, Matthew) (Entered: 11/05/2021) |
| 11/05/2021 | | 346 | Response Hearing scheduled for 11/10/2021 at 9:30 AM at 3–JCW–Charlotte Courtroom (RE: related document(s)Related document(s) 208 Order to Show Cause. Filed by Paul R. Baynard on behalf of Aylstock, Witkin, Kreis & Overholtz, PLLC. (Baynard, Paul). (Entered: 11/05/2021) |
| 11/05/2021 | | 347 | Response *in Support of Motions to Transfer Venue* Hearing scheduled for 11/10/2021 at 9:30 AM at 3–JCW–Charlotte Courtroom (RE: related document(s)205 Motion to Transfer Case filed by U.S. Trustee U.S. Bankruptcy Administrator Office) Filed by Thomas W. Waldrep Jr. on behalf of Weitz & Luxenberg P.C., Kazan, McClain, Satterley & Greenwood, PLC, Levy Konigsberg LLP, Maune Raichle Hartley French & Mudd, LLC. (Waldrep, Thomas) (Entered: 11/05/2021) |
| 11/06/2021 | | 348 | Courtroom Recording. Court Date & Time [ 11/05/2021 08:24:46 AM ]. (Entered: 11/06/2021) |
| 11/06/2021 | | 349 | Courtroom Recording. Court Date & Time [ 11/05/2021 08:24:47 AM ]. (Entered: 11/06/2021) |
| 11/06/2021 | | 350 | Courtroom Recording. Court Date & Time [ 11/05/2021 08:24:48 AM ]. (Entered: 11/06/2021) |
| 11/06/2021 | | 351 | Courtroom Recording. Court Date & Time [ 11/05/2021 08:24:49 AM ]. (Entered: 11/06/2021) |
| 11/06/2021 | | 352 | Courtroom Recording. Court Date & Time [ 11/05/2021 08:24:50 AM ]. (Entered: 11/06/2021) |
| 11/06/2021 | | 353 | Courtroom Recording. Court Date & Time [ 11/05/2021 08:24:51 AM ]. (Entered: 11/06/2021) |
| 11/08/2021 | | 354 | Order Extending Deadline for Talc Claimants Committee to Respond to the Order to Appear and Show Cause why Venue Should Not be Transferred to Another District, Through and Including 12:00 p.m., November 9, 2021. (cet) (Entered: 11/08/2021) |
| 11/08/2021 | | 355 | Order Appointing the Official Committee of Talc Claimants (Related Doc # 227) (cet) (Entered: 11/08/2021) |
| 11/08/2021 | | 356 | *Notice of Agenda of Matters Scheduled for Hearing on November 10, 2021* filed by John R. Miller Jr. on behalf of LTL Management LLC. (Miller, John) (Entered: 11/08/2021) |

| | | | |
|---|---|---|---|
| 11/08/2021 | | <u>357</u> | *Letter from TCC Members re: Pending Motions to Transfer Venue* (RE: related document(s)<u>354</u> Order (other)) filed by U.S. Bankruptcy Administrator Office. (Abel, Shelley). Related document(s) <u>208</u> Order to Show Cause. (Entered: 11/08/2021) |
| 11/08/2021 | | <u>358</u> | Motion to Appear Pro Hac Vice *for Mark D. Fischer* (Fee Amount $ 281) filed by James Henderson on behalf of Blue Cross Blue Shield Association. (Henderson, James) (Entered: 11/08/2021) |
| 11/08/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice(<u>21–30589</u>) [motion,mprohac] ( 281.00). Receipt number A9185579, amount $ 281.00. (U.S. Treasury) (Entered: 11/08/2021) |
| 11/09/2021 | | <u>359</u> | Notice of Appearance and Request for Notice filed by Carolyn Lachman on behalf of Pension Benefit Guaranty Corporation. (Attachments: # <u>1</u> Certificate of Service)(Lachman, Carolyn) (Entered: 11/09/2021) |
| 11/09/2021 | | <u>360</u> | Notice of Appearance and Request for Notice filed by Christopher K. Kiplok on behalf of Imerys SA. (Kiplok, Christopher) (Entered: 11/09/2021) |
| 11/09/2021 | | <u>361</u> | *Amended Notice of Agenda of Matters Scheduled for Hearing on November 10, 2021* (RE: related document(s)<u>356</u> Other Document filed by Debtor LTL Management LLC) filed by John R. Miller Jr. on behalf of LTL Management LLC. (Miller, John) (Entered: 11/09/2021) |
| 11/09/2021 | | <u>362</u> | Response *Williams Hart Plaintiffs' Joinder to Arnold & Itkin, LLP's Motion to Transfer Venue of this Chapter 11 Case to the District of Delaware, or if not in that District, the District of New Jersey Pursuant to 28 U.S.C. 1412 and Rule 1014 of the Federal Rules of Bankruptcy Procedure* (RE: related document(s)<u>312</u> Brief filed by Creditor Arnold & Itkin LLP) Filed by Christopher Damon Layton on behalf of Williams Hart Boundas Easterby, LLP, on behalf of certain personal injury claimants (Williams Hart Plaintiffs). (Layton, Christopher) (Entered: 11/09/2021) |
| 11/09/2021 | | <u>363</u> | Order Granting Motion of Mark D. Fischer to Appear Pro Hac Vice (Related Doc # <u>358</u>) (cet) (Entered: 11/09/2021) |
| 11/09/2021 | | <u>364</u> | Certificate of Service *by Diane Streany* (RE: related document(s)<u>343</u> Other Document filed by Debtor LTL Management LLC, <u>345</u> Objection filed by Debtor LTL Management LLC) filed by Sid Garabato on behalf of Epiq Corporate Restructuring, LLC. (Garabato, Sid) (Entered: 11/09/2021) |
| 11/10/2021 | | 365 | Request For Transcript for hearing on DATE: 11/10/2021 by Janice Russell. (cet) (Entered: 11/10/2021) |
| 11/10/2021 | | <u>366</u> | Ex Parte Application w/Affidavit to Employ Attorney *Rayburn Cooper & Durham, P.A.* filed by John R. Miller Jr. on behalf of LTL Management LLC. (Miller, John) (Entered: 11/10/2021) |
| 11/10/2021 | | <u>367</u> | *Second Amended Notice of Agenda of Matters Scheduled for Hearing on November 10, 2021* (RE: related document(s)<u>356</u> Other Document filed by Debtor LTL Management LLC, <u>361</u> Other Document filed by Debtor LTL Management LLC) filed by John R. Miller Jr. on behalf of LTL Management LLC. (Miller, John) (Entered: 11/10/2021) |

| | | | |
|---|---|---|---|
| 11/10/2021 | | 368 | Notice of Appearance and Request for Notice filed by Simon J. Torres on behalf of Pension Benefit Guaranty Corporation. (Attachments: # 1 Certificate of Service)(Torres, Simon) (Entered: 11/10/2021) |
| 11/10/2021 | | 369 | Agreed Order Extending Time for Talc Committee to Seek Reconsideration of Certain Orders. (RE: related document(s)24 Order on Motion (Other), 26 Order on Motion (Other), 34 Order on Motion (Other), 46 Order (other)) (cet) (Entered: 11/10/2021) |
| 11/10/2021 | | 370 | Ex Parte Order Approving Employment of Rayburn, Cooper & Durham, P.A. as Attorneys for Debtor as of the Petition Date (Related Doc # 366) (cet) (Entered: 11/10/2021) |
| 11/10/2021 | | 371 | Ex Parte Motion to Continue Meeting of Creditors filed by John R. Miller Jr. on behalf of LTL Management LLC. (Miller, John) (Entered: 11/10/2021) |
| 11/10/2021 | | 373 | Courtroom Recording. Court Date & Time [ 11/10/2021 09:30:51 AM ]. (Entered: 11/10/2021) |
| 11/10/2021 | | 374 | Courtroom Recording. Court Date & Time [ 11/10/2021 09:30:52 AM ]. (Entered: 11/10/2021) |
| 11/10/2021 | | 375 | Courtroom Recording. Court Date & Time [ 11/10/2021 09:30:53 AM ]. (Entered: 11/10/2021) |
| 11/10/2021 | | 376 | Courtroom Recording. Court Date & Time [ 11/10/2021 09:30:54 AM ]. (Entered: 11/10/2021) |
| 11/10/2021 | | | Disposition of Hearing Held before the Honorable J. Craig Whitley: APPROVED (RE: related document(s)231 Motion for an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals filed by Debtor LTL Management LLC). (mdw) (Entered: 11/10/2021) |
| 11/10/2021 | | | Disposition of Hearing before the Honorable J. Craig Whitley: CONTINUED (Number of Times Continued: 1) (RE: related document(s)12 Motion for an Order Authorizing the Retention and Compensation of Professionals Utilized by the Debtor in the Ordinary Course of Business filed by Debtor LTL Management LLC). Hearing scheduled for 12/9/2021 at 09:30 AM at 3–JCW Courtroom 2B. (mdw) (Entered: 11/10/2021) |
| 11/10/2021 | | | Disposition of Hearing Held before the Honorable J. Craig Whitley: GRANTED – CASE TO BE TRANSFERRED TO DISTRICT OF NEW JERSEY. (RE: related document(s)205 Motion to Transfer Case filed by U.S. Bankruptcy Administrator Office, 208 Order to Show Cause, 235 Motion to Transfer Venue filed by Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Multi District Litigation). (mdw) (Entered: 11/10/2021) |
| 11/10/2021 | | | Disposition of Hearing before the Honorable J. Craig Whitley: CONTINUED OFF DOCKET (RE: related document(s)8 Motion for an Order Authorizing Establishment of a Qualified Settlement Fund for Payment of Talc Claims filed by Debtor LTL Management LLC, 9 Motion for an Order Authorizing the Filing Under Seal of Certain |

| | | | |
|---|---|---|---|
| | | | Confidential Commercial Information filed by Debtor LTL Management LLC). (mdw) (Entered: 11/10/2021) |
| 11/10/2021 | | | Disposition of Hearing Held before the Honorable J. Craig Whitley: MOOT (RE: related document(s)76 Motion to Strike filed by The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Multi–District Litigation). (mdw) (Entered: 11/10/2021) |
| 11/10/2021 | | | Disposition of Hearing Held before the Honorable J. Craig Whitley: GRANTED IN PART/DENIED IN PART (RE: related document(s)44 Motion to Enforce the Automatic Stay Against Talc Claimants who Seek to Pursue Their Claims Against the Debtor and Its Non–Debtor Affiliates filed by Debtor LTL Management LLC). (mdw) (Entered: 11/10/2021) |
| 11/10/2021 | | 408 | Clerk Acknowledgement of Disposal of Exhibits. (mdw). CORRECTIVE ENTRY: Changed to add Related document(s) 344 Exhibit List from Hearing Held on 11/05/2021. (Entered: 11/15/2021) |
| 11/10/2021 | | 409 | Exhibit(s) List from Hearing Held on 11/10/2021. (mdw) (Entered: 11/15/2021) |
| 11/12/2021 | | 377 | Order: (I) Approving the Continued Use of Its Bank Account and Business Forms; (II) Granting a Waiver of the Requirements of Section 345(b) of the Bankruptcy Code; and (III) Authorizing the Debtor's Bank to Charge Certain Fees and Other Amounts. (Related Doc # 11) (cet) (Entered: 11/12/2021) |
| 11/12/2021 | | 378 | Amended Order Granting Motion of John A. Baden IV to Appear Pro Hac Vice. (RE: related document(s)299 Appear Pro Hac Vice filed by Interested Party Sue Sommer–Kresse) (cet) (Entered: 11/12/2021) |
| 11/12/2021 | | 379 | Order Granting Motion To Continue Meeting of Creditors to December 1, 2021. (Related Doc # 371) (cet) (Entered: 11/12/2021) |
| 11/12/2021 | | 380 | Motion to Appear Pro Hac Vice *(Brian A. Glasser)* (Fee Amount $ 281) filed by Alan Buford Felts on behalf of Bailey & Glasser LLP. (Felts, Alan) (Entered: 11/12/2021) |
| 11/12/2021 | | 381 | Motion to Appear Pro Hac Vice *(Thomas B. Bennett)* (Fee Amount $ 281) filed by Alan Buford Felts on behalf of Bailey & Glasser LLP. (Felts, Alan) (Entered: 11/12/2021) |
| 11/12/2021 | | 382 | Motion to Appear Pro Hac Vice *(Maggie B. Burrus)* (Fee Amount $ 281) filed by Alan Buford Felts on behalf of Bailey & Glasser LLP. (Felts, Alan) (Entered: 11/12/2021) |
| 11/12/2021 | | 383 | Motion to Appear Pro Hac Vice *(Kevin W. Barrett)* (Fee Amount $ 281) filed by Alan Buford Felts on behalf of Bailey & Glasser LLP. (Felts, Alan) (Entered: 11/12/2021) |
| 11/12/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9189225, amount $ 281.00. (U.S. Treasury) (Entered: 11/12/2021) |
| 11/12/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9189225, amount $ 281.00. (U.S. Treasury) (Entered: 11/12/2021) |

| | | | |
|---|---|---|---|
| 11/12/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9189225, amount $ 281.00. (U.S. Treasury) (Entered: 11/12/2021) |
| 11/12/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9189225, amount $ 281.00. (U.S. Treasury) (Entered: 11/12/2021) |
| 11/12/2021 | | 384 | Motion to Appear Pro Hac Vice *(Sunni P. Beville)* (Fee Amount $ 281) filed by Alan Buford Felts on behalf of Brown Rudnick LLP. (Felts, Alan) (Entered: 11/12/2021) |
| 11/12/2021 | | 385 | Ex Parte Application w/Affidavit to Employ Attorney *(Bailey & Glasser LLP)* filed by Alan Buford Felts on behalf of Bailey & Glasser LLP. (Felts, Alan) (Entered: 11/12/2021) |
| 11/12/2021 | | 386 | Ex Parte Application w/Affidavit to Employ Attorney *(Brown Rudnick LLP)* filed by Alan Buford Felts on behalf of Brown Rudnick LLP. (Felts, Alan) (Entered: 11/12/2021) |
| 11/12/2021 | | 387 | Ex Parte Application w/Affidavit to Employ Attorney *(Otterbourg P.C.)* filed by Alan Buford Felts on behalf of Otterbourg P.C. (Felts, Alan) (Entered: 11/12/2021) |
| 11/12/2021 | | 388 | Ex Parte Application w/Affidavit to Employ Attorney *(Parkins Lee & Rubio LLP)* filed by Alan Buford Felts on behalf of Parkins Lee & Rubio LLP. (Felts, Alan) (Entered: 11/12/2021) |
| 11/12/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9189287, amount $ 281.00. (U.S. Treasury) (Entered: 11/12/2021) |
| 11/12/2021 | | 389 | Amendment to (RE: related document(s)385 Application to Employ filed by Interested Party Bailey & Glasser LLP) filed by Alan Buford Felts on behalf of Bailey & Glasser LLP. (Felts, Alan) (Entered: 11/12/2021) |
| 11/12/2021 | | 390 | Transcript for Hearing/Trial held on 11/4/2021. For a copy of the Transcript, contact the Transcriber Janice Russell, 1418 Red Fox Circle, Severance, CO. 80550, 757–422–9089 email:trussell31@tdsmail.com. Transcript access will be restricted through 02/10/2022. (Russell, Janice) (Entered: 11/12/2021) |
| 11/12/2021 | | 391 | Transcript for Hearing/Trial held on 11/5/2021. For a copy of the Transcript, contact the Transcriber Janice Russell, 1418 Red Fox Circle, Severance, CO. 80550, 757–422–9089 email:trussell31@tdsmail.com. Transcript access will be restricted through 02/10/2022. (Russell, Janice) (Entered: 11/12/2021) |
| 11/12/2021 | | 392 | Transcript for Hearing/Trial held on 11/10/2021. For a copy of the Transcript, contact the Transcriber Janice Russell, 1418 Red Fox Circle, Severance, CO. 80550, 757–422–9089 email:trussell31@tdsmail.com. Transcript access will be restricted through 02/10/2022. (Russell, Janice) (Entered: 11/12/2021) |
| 11/15/2021 | | 393 | Notice of Transcript Filing and of Deadlines Related to Restriction and Redaction. (RE: related document(s)390 Transcript). (cet) (Entered: 11/15/2021) |

| | | | |
|---|---|---|---|
| 11/15/2021 | | 394 | Ex Parte Application w/Affidavit to Employ Attorney (*Massey & Gail LLP*) filed by Alan Buford Felts on behalf of Massey & Gail LLP. (Felts, Alan) (Entered: 11/15/2021) |
| 11/15/2021 | | 395 | Motion to Appear Pro Hac Vice (*Jeffrey L. Jonas*) (Fee Amount $ 281) filed by Alan Buford Felts on behalf of Brown Rudnick LLP. (Felts, Alan) (Entered: 11/15/2021) |
| 11/15/2021 | | 396 | Amendment to (RE: related document(s)395 Appear Pro Hac Vice filed by Interested Party Brown Rudnick LLP) filed by Alan Buford Felts on behalf of Brown Rudnick LLP. (Felts, Alan) (Entered: 11/15/2021) |
| 11/15/2021 | | 397 | Motion to Appear Pro Hac Vice (*David J. Molton*) (Fee Amount $ 281) filed by Alan Buford Felts on behalf of Brown Rudnick LLP. (Felts, Alan) (Entered: 11/15/2021) |
| 11/15/2021 | | 398 | Motion to Appear Pro Hac Vice (*Gerard T. Cicero*) (Fee Amount $ 281) filed by Alan Buford Felts on behalf of Brown Rudnick LLP. (Felts, Alan) (Entered: 11/15/2021) |
| 11/15/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9189555, amount $ 281.00. (U.S. Treasury) (Entered: 11/15/2021) |
| 11/15/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9189555, amount $ 281.00. (U.S. Treasury) (Entered: 11/15/2021) |
| 11/15/2021 | | | Receipt of Filing Fee for Appear Pro Hac Vice( 21–30589) [motion,mprohac] ( 281.00). Receipt number A9189555, amount $ 281.00. (U.S. Treasury) (Entered: 11/15/2021) |
| 11/15/2021 | | 404 | Ex Parte Application w/Affidavit to Employ Attorney *Jones Day* filed by John R. Miller Jr. on behalf of LTL Management LLC. (Miller, John) (Entered: 11/15/2021) |
| 11/15/2021 | | 405 | Notice of Transcript Filing and of Deadlines Related to Restriction and Redaction. (RE: related document(s)391 Transcript). (cet) (Entered: 11/15/2021) |
| 11/15/2021 | | 406 | Notice of Transcript Filing and of Deadlines Related to Restriction and Redaction. (RE: related document(s)392 Transcript). (cet) (Entered: 11/15/2021) |
| 11/15/2021 | | 407 | Ex Parte Application w/Affidavit to Employ Attorney *King & Spalding LLP* filed by John R. Miller Jr. on behalf of LTL Management LLC. (Miller, John) (Entered: 11/15/2021) |
| 11/15/2021 | | 410 | Ex Parte Application w/Affidavit to Employ Professional *Bates White, LLC* filed by John R. Miller Jr. on behalf of LTL Management LLC. (Miller, John) (Entered: 11/15/2021) |
| 11/15/2021 | | 411 | Ex Parte Application w/Affidavit to Employ Attorney *Shook, Hardy & Bacon L.L.P.* filed by John R. Miller Jr. on behalf of LTL Management LLC. (Miller, John) (Entered: 11/15/2021) |
| 11/15/2021 | | 412 | |

| | | | |
|---|---|---|---|
| | | | Ex Parte Application w/Affidavit to Employ Professional *AlixPartners, LLP* filed by John R. Miller Jr. on behalf of LTL Management LLC. (Miller, John) (Entered: 11/15/2021) |
| 11/15/2021 | | <u>413</u> | Ex Parte Application w/Affidavit to Employ Attorney *Weil, Gotshal & Manges LLP* filed by John R. Miller Jr. on behalf of LTL Management LLC. (Miller, John) (Entered: 11/15/2021) |
| 11/15/2021 | | <u>414</u> | Ex Parte Application w/Affidavit to Employ Attorney *McCarter & Englilsh, LLP* filed by John R. Miller Jr. on behalf of LTL Management LLC. (Miller, John) (Entered: 11/15/2021) |
| 11/16/2021 | | <u>416</u> | Order Transferring Case to the District of New Jersey (Related Doc # <u>205</u>, <u>208</u>) (tes) (Entered: 11/16/2021) |