| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>GENOVA BURNS LLC<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ  07920<br>(973) 467-2700<br>*Proposed Local Counsel to Official Committee of Talc Claimants for LTL Management, LLC*<br>DANIEL M. STOLZ, ESQ.<br>DONALD W. CLARKE, ESQ.<br>MATTHEW I.W. BAKER, ESQ. | |
| In Re:<br><br>LTL MANAGEMENT, LLC,<br><br>Debtor. | Case No.:    21-30589<br><br>Chapter:    11<br><br>Judge:    Michael B. Kaplan |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Local Counsel to Official Committee of Talc Claimants for LTL Management, LLC.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Genova Burns LLC
Daniel M. Stolz, Esq.
110 Allen Road, Suite 304
Basking Ridge, NJ  07920
(973) 467-2700
Email:  dstolz@genovaburns.com

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: November 17, 2021        */s/   Daniel M. Stolz*
                                                                Signature

*new.8/1/15*