UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
The Kelly Firm, P.C.
Andrew J. Kelly, Esq.
1011 Highway 71, Suite 200
Spring Lake, NJ  07762
akelly@kbtlaw.com
732-449-0525
Attorneys/Local Counsel for BCBS of Massachusetts

In Re:
LTL Management, LLC

Case No.: 21-30589

Chapter: 11

Judge: MBK

# NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of __BCBS of Massachusetts__. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

Andrew J. Kelly, Esq.
The Kelly Firm, P.C.
1011 Highway 71, Suite 200
Spring Lake, NJ  07762
akelly@kbtlaw.com
732-449-0525

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 11/19/2021

/s/ Andrew J. Kelly
Signature

*new.8/1/15*