LAW OFFICES OF MITCHELL J. MALZBERG, LLC
Mitchell Malzberg, Esq.
PO Box 5122
6 E. Main Street, Suite 7
Clinton, NJ 08809
Telephone: (908) 323-2958
Facsimile: (908) 933-0808
Email: mmalzberg@mjmalzberglaw.com
*Local Counsel for Various Claimants*

| In the Matter of:<br><br>LTL MANAGEMENT, LLC<br><br>Debtor. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Chapter 11<br><br>Case No. 21-30589/MBK<br><br>Honorable Michael B. Kaplan |
|---|---|

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of various claimants. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

> Mitchell Malzberg, Esq.
> LAW OFFICES OF MITCHELL J. MALZBERG, LLC
> PO Box 5122
> 6 E. Main Street, Suite 7
> Clinton, NJ 08809
> Telephone: (908) 323-2958
> Facsimile: (908) 933-0808
> Email: mmalzberg@mjmalzberglaw.com

DOCUMENTS:

☒ All Notices entered pursuant to Fed.R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Dated: November 19, 2021        /s/ Mitchell Malzberg
                                                    Signature