GENOVA BURNS LLC
Daniel M. Stolz
Donald W. Clarke
110 Allen Road, Ste. 304
Basking Ridge, NJ 07920
Telephone: (973) 230-2095
Fax: (973) 533-1112
Email:  dstolz@genovaburns.com
        dclarke@genovaburns.com

*Proposed Local Counsel to the*
*Official Committee of Talc Claimants*

and

PARKINS LEE & RUBIO LLP
Lenard M. Parkins
Pennzoil Place
700 Milam Street, Ste. 1300
Houston, TX 77002
Email: lparkins@parkinslee.com
Phone: 713-715-1666

*Proposed Special Counsel to the*
*Official Committee of Talc Claimants*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: <br><br> LTL Management LLC <br><br> Debtor. | Case No. 21-30589 <br><br> Chapter 11 |

**APPLICATION FOR AN ORDER FOR ADMISSION**
***PRO HAC VICE* OF LENARD M. PARKINS**

Pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, for the District of New Jersey, the undersigned counsel hereby seeks entry of an order granting the admission *pro hac vice* of Lenard M. Parkins of Parkins Lee & Rubio LLP to represent the Official

Committee of Talc Claimants in the above-captioned chapter 11 case. In support of this application, counsel submits the attached Certification of Lenard M. Parkins, and requests that the proposed form of order submitted herewith be entered. Counsel certifies that he is admitted, practicing, and a member in good standing with the Bar of the State of New Jersey.

Dated: November 19, 2021

          */s/ Donald W. Clarke*
          Donald W. Clarke
          GENOVA BURNS
          110 Allen Road, Suite 304
          Basking Ridge, NJ 07920
          Telephone: (973) 230-2095
          Fax: (973) 533-1112
          Email: dclarke@genovaburns.com

          *Proposed Local Counsel to the*
          *Official Committee of Talc Claimants*