| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>PRYOR CASHMAN LLP<br>Seth H. Lieberman<br>(slieberman@pryorcashman.com)<br>7 Times Square<br>New York, NY 10036-6569<br>Tel. (212) 421-4100<br>Fax (212) 326-0806<br><br>*Counsel to Williams Hart Boundas Easterby, LLP,*<br>*on Behalf of Certain Personal Injury Claimants* |

| In re:<br><br>LTL MANAGEMENT LLC,<br><br>　　　　　　　　　　　　Debtor. | Case No. 21-30589 (MBK)<br><br>Chapter 11<br><br>Hon. Michael B. Kaplan |
|---|---|

## NOTICE OF APPEARANCE

Please take notice that, in accordance with Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of Williams Hart Boundas Easterby, LLP, on Behalf of Certain Personal Injury Claimants ("Williams Hart Plaintiffs"), creditors in this case. The undersigned requests that all documents filed in this case and identified below be served on the undersigned at this address.

　　　　ADDRESS:　　PRYOR CASHMAN LLP
　　　　　　　　　　　Seth H. Lieberman, Esq.
　　　　　　　　　　　7 Times Square
　　　　　　　　　　　New York, NY 10036-6569
　　　　　　　　　　　Tel. (212) 421-4100
　　　　　　　　　　　Fax. (212)326-0806
　　　　　　　　　　　Email: slieberman@pryorcashman.com

　　　　DOCUMENTS:

　　　　☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Please take further notice that Williams Hart Plaintiffs do not intend that this Notice of Appearance and Demand for Notices and Papers or any later appearance or pleading be deemed or construed to be a waiver of its right (1) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, or (2) to any other rights, claims actions, setoffs, or recoupments to which it is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Williams Hart Plaintiffs expressly reserves.

Date: November 22, 2021                                **PRYOR CASHMAN LLP**

By:  ___/s/ Seth H. Lieberman___
Seth H. Lieberman
7 Times Square
New York, NY 10036-6569
Tel. (212) 421-4100
Fax. (212) 326-0806
Email: slieberman@pryorcashman.com

*Counsel for Williams Hart Boundas Easterby, LLP, on Behalf of Certain Personal Injury Claimants*