**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-800
(201) 489-3000
(201) 489-1536 Facsimile
Felice R. Yudkin, Esq.
Email: FYudkin@coleschotz.com

*Counsel for Claimants Represented
by the Barnes Law Group*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC, f/k/a Chenango One LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 21-30589 (MBK) |

**TO:** All Interested Parties

**PLEASE TAKE NOTICE** that the undersigned hereby enters their appearance as bankruptcy counsel for the claimants represented by the Barnes Law Group (the "**BLG Claimants**"), a list of whom is attached hereto as **Exhibit A**, and requests that copies of all pleadings, other papers filed (however designated), and notices given be served upon the undersigned at the email addresses listed below:

> COLE SCHOTZ P.C.
> ATTN: Felice R. Yudkin, Esq.
> Court Plaza North
> 25 Main Street
> P.O. Box 800
> Hackensack, New Jersey 07602-0800
> Telephone: (201) 489-3000
> Facsimile: (201) 489-1536
> Email: fyudkin@coleschotz.com

63302/0001-42001556v1

        COLE SCHOTZ P.C.
        ATTN: Mark Tsukerman, Esq.
        1325 Avenue of the Americas
        19th Floor
        New York, New York 10019-6079
        Telephone: (212) 752-8000
        Facsimile: (646) 563-7948
        Email: mtsukerman@coleschotz.com

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance, and any subsequent appearance, pleading, claim, or suit, is not intended, nor shall be deemed, to waive the BLG Claimants' right: (i) to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) to have the reference withdrawn by the United States District Court Judge in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the BLG Claimants are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

**DATED:** November 24, 2021        **COLE SCHOTZ P.C.**
        *Counsel for Claimants Represented by the Barnes Law Group*

        By: */s/ Felice R. Yudkin*
        Felice R. Yudkin
        Court Plaza North
        25 Main Street
        P.O. Box 800
        Hackensack, N.J. 07602-0800
        201-489-3000
        201-489-1536 Facsimile

**EXHIBIT A**

| Claimant Name | State Filed | Docket Number |
|---|---|---|
| ABDUR-RASHEED, DAIMA | GA - State Court of Fayette County | CACE20002075 |
| ADAMS, ELIZABETH | GA - State Court of Gwinnett County | 20-C-01546-S5 |
| AMIN, SUSIE | GA - State Court of Spalding County | 19V-1210 |
| ARCHER, CHERYL | GA - State Court of Clayton County | 2019CV00656 |
| BARNES, MARTHA | GA - State Court of Fulton County | 20EV003751 |
| BIRTS, MARY ELLEN | Not yet filed | Not yet filed |
| BROOKINS, DEBBIE | GA - Superior Court of Seminole County | cv20-0080 |
| BRUCE, MINNIE | GA - State Court of Fulton County | 20EV003767 |
| BUCKLEY, ANNETTE | GA - State Court of Worth County | ST19CV0056 |
| CALDWELL, BARBARA | GA - State Court of Telfair County | 19-cv-143 |
| COX, MARTHA | NJ - USDC for the District of New Jersey | 3:20-cv-06779 |
| DELAMAR, BERNADETTE | NJ - USDC for the District of New Jersey | 3:20-cv-10385 |
| DENNEY, CONNIE | NJ - USDC for the District of New Jersey | 3:20-cv-06781 |
| EUBANKS, SHIRLEY | GA - State Court of DeKalb County | 19A78294 |
| EVANS, MARGIE | GA - State Court of Richmond County | 2018RCS01222 |
| FORT, BETTY | NJ - USDC for the District of New Jersey | 3:20-cv-10386 |
| FUST, CAROL | NJ - USDC for the District of New Jersey | 3:20-cv-12394 |
| GEORGE, MARY | GA – State Court of Paulding County | 19-cv-000974-P2 |
| GOLDBERG, SANDRA | GA - State Court of Forsyth County | 20SC-0670-A |
| GREGORY, SONNA | NJ - USDC for the District of New Jersey | 3:20-cv-10112 |
| HALL, CHARLIE | GA - State Court of Mitchell County | 21SC047 |
| HICKS, NANCY | NJ - USDC for the District of New Jersey | 3:16-cv-07428 |
| JACKSON, JUDITH | NJ - USDC for the District of New Jersey | 3:20-cv-10387 |
| JOHNSON, JUDITH | NJ - USDC for the District of New Jersey | 3:20-cv-10388 |
| JOHNSON-WHATLEY, JEANNE | GA - State Court of Fulton County | 20EV003754 |
| KENDRICK, ELIZABETH | NJ - USDC for the District of New Jersey | 3:20-cv-10391 |

**EXHIBIT A**

| | | |
|---|---|---|
| KESSLER, LYNNE | NJ - USDC for the District of New Jersey | 3:20-cv-10392 |
| KOWAL, BARBARA | GA - State Court of Fulton County | 20EV001600 |
| LEWIS, DIANA | GA - State Court of Coweta County | 19SV0641E |
| LOVETT-DURHAM, PATRICIA | NJ - USDC for the District of New Jersey | 3:20-cv-10446 |
| LOWERY, ELEANOR | GA - State Court of Sumter County | 20CV00103 |
| MARCHETTI, CAMMY | NJ – USDC for the District of New Jersey | 3:16-cv-08082 |
| MARTIN, LIZABETH | GA - State Court of Forsyth County | 19SC-1733-B |
| MORAITAKIS, LISA | GA - State Court of Cobb County | 21-A-1334 |
| READDY, SHELIA | GA - State Court of Clayton County | 2020CV00252 |
| SEE, BETTY | GA - State Court of DeKalb County | 20-A-78762 |
| SHIVER, IRENE | GA - State Court of Dougherty County | STSV2019000443 |
| SHRODES, CATHERINE | GA - State Court of Cobb County | 19-A-4350 |
| SNIPES, ELNORA | GA - State Court of DeKalb County | 19A78293 |
| STRICKLAND, NELL | NJ - USDC for the District of New Jersey | 3:16-cv-07337 |
| STUSAK, MARILYN | GA - State Court of DeKalb County | 20-A-79558 |
| SUMNER, CHERYL | NJ - USDC for the District of New Jersey | 3:20-cv-06825 |
| TARDIF, FRANCES | NJ - USDC for the District of New Jersey | 3:21-cv-11197 |
| THORNBURG, PEGGYE | GA - State Court of Clarke County | ST19CV0649 |
| TRIEGLAFF, VICKI | GA - State Court of Fulton County | 19EV003302 |
| WALKER, ALLISON | NJ - USDC for the District of New Jersey | 3:16-cv-07503 |
| WEAVER, TAMMY | NJ - USDC for the District of New Jersey | 3:20-cv-03744 |
| WESTBROOK, ELIZABETH | GA - State Court of Muscogee County | SC2021CV000562 |
| WILLIAMS, DIANNE | NJ – USDC for the District of New Jersey | 3:16-cv-10391 |

63302/0001-42031877v1