| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>BROWN RUDNICK LLP<br>Seven Times Square<br>New York, NY 10036<br>(212) 209-4800<br>*Proposed Counsel to Official Committee of TalcClaimants for LTL Management, LLC*<br>DAVID J. MOLTON, ESQ | |
| In Re:<br><br>LTL MANAGEMENT, LLC,<br><br>Debtor. | Case No.:     21-30589<br><br>Chapter:     11<br><br>Judge:     Michael B. Kaplan |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Counsel to Official Committee of Talc Claimants for LTL Management, LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

> Brown Rudnick LLP
> David J. Molton, Esq.
> Seven Time Square
> New York, NY 10036
> (212) 209-4800
> Email: dmolton@brownrudnick.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: November 29, 2021        */s/ David J. Molton*
                               Signature

*new.8/1/15*