WOLLMUTH MAHER & DEUTSCH LLP
Brad J. Axelrod
500 Fifth Avenue, 12th Floor
New York, New York 10110
-and-
90 Washington Valley Road
Bedminster, New Jersey 07921
Tel: (212) 382-3300
Fax: (212) 382-0050
Email: baxelrod@wmd-law.com

*Proposed Co-Counsel for LTL Management LLC*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>　　　　　　　　　　Debtor. | Case No.: 21-30589 (MBK)<br><br>Chapter 11 |

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF NOTICES
AND DOCUMENTS, AND REQUEST FOR ADDITION TO MATRIX**

**PLEASE TAKE NOTICE** that pursuant to section 1109 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.*, and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, LTL Management LLC, the above-captioned Debtor, appears through its proposed co-counsel, Wollmuth Maher & Deutsch LLP, and requests service of all notices and documents herein upon:

Brad J. Axelrod
Wollmuth Maher & Deutsch, LLP
500 Fifth Avenue, 12th Floor
New York, New York 10110
(212) 382-3300
baxelrod@wmd-law.com

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

Counsel also requests that all ECF/electronic notices be sent to baxelrod@wmd-law.com.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request for service includes all pleadings of any kind, including, without limitation, all notices, applications, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted or conveyed, related in any way to the above-captioned Debtor, its property, or its estate.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Appearance, Request for Service of Notices and Documents,* a*nd Request for Addition to Matrix* (the "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in noncore matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedies, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  December 1, 2021
       New York, New York

                      Respectfully submitted,

                      WOLLMUTH MAHER & DEUTSCH LLP

                          /s/ *Brad J. Axelrod*
                          Brad J. Axelrod
                          500 Fifth Avenue, 12th Floor
                          New York, New York 10110
                          -and-
                          90 Washington Valley Road
                          Bedminster, New Jersey 07921
                          Tel: (212) 382-3300
                          Fax: (212) 382-0050
                          Email: baxelrod@wmd-law.com

                          *Proposed Co-Counsel for LTL Management LLC*