| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**WOLLMUTH MAHER & DEUTSCH LLP**<br>Paul R. DeFilippo, Esq.<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>Facsimile: (212) 382-0050<br>pdefilippo@wmd-law.com<br><br>**JONES DAY**<br>Gregory M. Gordon, Esq.<br>Brad B. Erens, Esq.<br>Dan B. Prieto, Esq.<br>Amanda Rush, Esq.<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>gmgordon@jonesday.com<br>bberens@jonesday.com<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br>(Admissions *pro hac vice* pending**)**<br>PROPOSED ATTORNEYS FOR DEBTOR | Order Filed on November 29, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>                      Debtor. | Chapter 11<br><br>Case No.: 21-30589<br><br>Judge: Michael B. Kaplan |

**BRIDGE ORDER EXTENDING DEADLINE TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS PURSUANT TO SECTIONS 105(A) AND 521 OF THE BANKRUPTCY CODE AND FED. R. BANKR. P. 1007(c) AND 9006**

      The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: November 29, 2021**

                                      */s/ Michael B. Kaplan*
                                      Honorable Michael B. Kaplan
                                      United States Bankruptcy Judge

---

[1]     The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

(Page 2)
Debtor: LTL Management LLC
Case No. 21-30589-MBK
Caption: Bridge Order Extending Deadline to File Schedules and Statement of Financial Affairs Pursuant to Sections 105(a) and 521 of the Bankruptcy Code and Fed. R. Bankr. P. 1007(c) and 9006

**THIS MATTER** coming before the Court on the application (the "Application to Shorten") filed by the debtor in the above-captioned case (the "Debtor") for entry of an Order pursuant to Rules 9006(c)(1), 9007 and 2002(m) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Rule 9013-2 of the Local Rules of the United States Bankruptcy Court District of New Jersey (the "Local Rules"), shortening the notice period applicable to the motion for entry of an Order extending the deadline to file the Debtor's (a) schedules of assets and liabilities and (b) statement of financial affairs (collectively, the "Schedules") pursuant to sections 105(a) and 521 of the Bankruptcy Code (the "Motion");[2] and the current time within which the Debtor may file Schedules expires on November 29, 2021; and the Debtor requiring a Bridge Order pending the return date of the Motion; and good cause appearing for the entry of this Bridge Order;

It is **ORDERED** as follows:

1. The Motion be, and hereby is, **GRANTED** on a temporary basis pending final approval of the Motion by this Court.

2. The period for the Debtor to file Schedules is hereby extended through and including the date on which the Court enters an order with respect to the relief requested in the Motion.

3. A hearing on this motion shall be held on the date and time specified in the Order Shortening Time.

4. This Bridge Order is effective immediately upon entry.

---

[2] All capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to them in the Motion.

(Page 3)
Debtor: LTL Management LLC
Case No. 21-30589-MBK
Caption: Bridge Order Extending Deadline to File Schedules and Statement of Financial Affairs Pursuant to Sections 105(a) and 521 of the Bankruptcy Code and Fed. R. Bankr. P. 1007(c) and 9006

5. The Debtor's counsel shall serve a true copy of this Bridge Order on all interested parties within seven (7) days of the date hereof.

6. All parties in interest reserve any and all of their rights with respect to the final determination on the Motion.

7. This Bridge Order is without prejudice to the Debtor's right to seek further extensions of time within which to file Schedules.

8. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Bridge Order.

9. This Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation of this Bridge Order.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-30589-MBK |
| LTL Management LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Nov 29, 2021 | Form ID: pdf903 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | LTL Management LLC, 501 George Street, New Brunswick, NJ 08933-0001 |
| aty | + | Glenn M. Kurtz, White & Case LLP, 1221 Avenue of the America, New York, NY 10020-1001 |
| aty | + | Jessica Lauria, White & Case LLP, 1221 Avenue of the America, New York,, NY 10020-1001 |
| aty | + | Rayburn, Cooper & Durham, P.A., The Carillon, Suite 1200, 227 West Trade St., Charlotte, NC 28202-1672 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2021    Signature:    /s/Joseph Speetjens