**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

NANCY ISAACSON, ESQ. (NI/1325)
**GREENBAUM ROWE SMITH & DAVIS, LLP**
75 Livingston Avenue, Suite 301
Roseland, NJ 07068-3701
(973) 535-1600
Local counsel for Motley Rice LLC

| | |
|---|---|
| **In Re:** | **Case No. 21-30589 (MBK)** |
| **LTL MAMANGEMENT LLC** | **Chapter 11** |
| Debtor. | **Hon. Michael B. Kaplan** |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Motley Rice LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    **GREENBAUM, ROWE, SMITH & DAVIS LLP**
75 Livingston Avenue - Suite 301
Roseland, New Jersey 07068
Attention: Nancy Isaacson, Esq.
Telephone: (973) 577-1930
Telecopy:  (973-) 577-1931
Email: nisaacson@greenbaumlaw.com

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

7325939.1

-2-

                                **GREENBAUM, ROWE, SMITH & DAVIS LLP**
                                Local Counsel for Motley Rice LLC

Dated:  December 2, 2021        By:   */s/ **Nancy Isaacson***
                                        Nancy Isaacson, Esq.