Order Filed on December 2, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admissions *pro hac vice* pending)

PROPOSED ATTORNEYS FOR DEBTOR

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 21-30589 |
| Debtor. | Judge: Michael B. Kaplan |

### ORDER EXTENDING THE TIME WITHIN WHICH THE DEBTOR MUST FILE ITS (A) SCHEDULES OF ASSETS AND LIABILITIES AND (B) STATEMENT OF FINANCIAL AFFAIRS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 2, 2021**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

NAI-1523783031

Page (2)
Debtor: LTL Management LLC
Case No. 21-30589-MBK
Caption: Order Extending the Time Within Which the Debtor Must File Its (a) Schedules of Assets and Liabilities and (b) Statement of Financial Affairs

**THIS MATTER** coming before the Court on the *Motion of the Debtor for an Order Extending the Time Within Which It Must File its (A) Schedules of Assets and Liabilities and (B) Statement of Financial Affairs* (the "Motion"),[2] filed by the debtor in the above-captioned case (the "Debtor"); the Court having reviewed the Motion; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (c) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and (d) notice of the Motion was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

It is **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The time within which the Debtor must file its (a) schedules of assets and liabilities and (b) statement of financial affairs is extended through and including December 6, 2021, without prejudice to the Debtor's right to seek further extensions of such deadline upon a showing of cause therefor.

3. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

4. This Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation of this Order.

---

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

NAI-1523783031