PRYOR CASHMAN LLP
Seth H. Lieberman
Andrew S. Richmond
7 Times Square
New York, New York  10036
(212) 421-4100
(212) 326-0806 (fax)
slieberman@pryorcashman.com
arichmond@pryorcashman.com

*Counsel for Williams Hart Boundas Easterby, LLP,
on Behalf of Certain Personal Injury Claimants*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------x
In re:                                            :    Case No. 21-30589 (MBK)
                                                  :
      LTL MANAGEMENT LLC,             :    Chapter 11
                                                  :
                      Debtor.    :    Hon. Michael B. Kaplan
------------------------------------------------------------x

**APPLICATION FOR AN ORDER FOR ADMISSION
<u>*PRO HAC VICE*</u> FOR EDWARD L. RIPLEY**

Andrew S. Richmond, an attorney in the law firm of Pryor Cashman LLP, and a member in good standing of the state and federal courts of New Jersey, here moves for Entry of an Order for Admission Pro Hac Vice of Edward L. Ripley, Esq., to appear as counsel for Williams Hart Boundas Easterby, LLP, on Behalf of Certain Personal Injury Claimants ("Williams Hart Plaintiffs"), creditors in the above captioned case pursuant to D.N.J. L.B.R. 9010-1.  In further support hereof, the undersigned refers this Court to the Certification of Edward L. Ripley submitted herewith.

Unless requested by other parties, no oral argument is requested.  No further papers should be required because this application does not raise any complex legal issues.  A proposed form of

order for the requested relief is submitted herewith.

Dated: New York, New York
December 3, 2021

                            PRYOR CASHMAN LLP

                            By: /s/ Andrew S. Richmond
                                Andrew S. Richmond
                            7 Times Square
                            New York, New York 10036
                            Telephone: (212) 421-4100

                            *Counsel for Williams Hart Boundas Easterby, LLP,*
                            *on Behalf of Certain Personal Injury Claimants*

PRYOR CASHMAN LLP
Seth H. Lieberman
Andrew S. Richmond
7 Times Square
New York, New York  10036
(212) 421-4100
(212) 326-0806 (fax)
slieberman@pryorcashman.com
arichmond@pryorcashman.com

*Counsel for Williams Hart Boundas Easterby, LLP,
on Behalf of Certain Personal Injury Claimants*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------x
In re:                                              :    Case No. 21-30589 (MBK)
                                                    :
    LTL MANAGEMENT LLC,                      :    Chapter 11
                                                    :
                  Debtor.                :    Hon. Michael B. Kaplan
---------------------------------------------------------------x

**CERTIFICATION IN SUPPORT OF THE APPLICATION FOR
ADMISSION *PRO HAC VICE* OF EDWARD L. RIPLEY**

    I, Edward L. Ripley, certify the following in support of the Application for Admission Pro Hac Vice of Edward L. Ripley to Appear Pro Hac Vice on behalf of Williams Hart Boundas Easterby, LLP, on Behalf of Certain Personal Injury Claimants.

    1.    I am a shareholder of the law firm of Andrews Myers, P.C., which is located at 1885 Saint James Place, 15th Floor, Houston, Texas 77056.

    2.    I am admitted, practicing and in good standing as a member of the Bar of the State of Texas (admitted November 8, 1985 in active status), the U.S. District Courts for the Southern, Northern, Western and Eastern Districts of Texas, the U.S. Court of Appeals for the Second, Fourth and Fifth Circuit Courts, and the United States Supreme Court.

    3.    I am not now, nor have I ever been, the subject of a disciplinary proceeding.

I declare the above statements to be true and correct under penalty of perjury as set forth in 28 U.S.C § 1746 and the laws of the District of New Jersey.

Dated: December 3, 2021  
      New York, New York

Respectfully submitted,

      */s/ Edward l. Ripley*  
      Edward L. Ripley

Andrews Myers, P.C.  
1885 Saint James Place, 15th Fl.  
Houston, TX 77056  
(713) 850-4200  
(713) 850-4211 (fax)  
Eripley@andrewsmyers.com

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>PRYOR CASHMAN LLP<br>Seth H. Lieberman, Esq.<br>Andrew S. Richmond, Esq.<br>7 Times Square<br>New York, New York 10036<br>(212) 421-4100<br>(212) 326-0806 (fax)<br>slieberman@pryorcashman.com<br>arichmond@pryorcashman.com<br><br>*Counsel for Williams Hart Boundas Easterby LLP,*<br>*on Behalf of Certain Personal Injury Claimants* | |
| In Re:<br><br>LTL MANAGEMENT LLC,<br><br>Debtor. | Case No.:   21-30589 (MBK)<br><br>Adv. No.:   n/a<br><br>Chapter:   11<br><br>Judge:   Michael B. Kaplan |

## ORDER FOR ADMISSION PRO HAC VICE

The relief set forth on the following page is **ORDERED**.

―

This matter having been brought before the Court on application for an Order For Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed.R.Civ.Proc.78, D.N.J. L.Civ.R.101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

ORDERED that Edward L. Ripley be permitted to appear pro hac vice; provided that pursuant to D.N.J. L.Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt.  Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J.  L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $150.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, N.J. 07102
*Attention: Pro Hac Vice Admissions*

and it is further  ORDERED that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

*rev. 8/1/15*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>PRYOR CASHMAN LLP<br>Seth H. Lieberman, Esq.<br>Andrew S. Richmond, Esq.<br>7 Times Square<br>New York, New York 10036<br>(212) 421-4100<br>(212) 326-0806 (fax)<br>slieberman@pryorcashman.com<br>arichmond@pryorcashman.com<br><br>*Counsel for Williams Hart Boundas Easterby LLP,*<br>*on Behalf of Certain Personal Injury Claimants*<br><br>In Re:<br><br>LTL MANAGEMENT LLC,<br><br>Debtor. | Case No.:   21-30589 (MBK)<br><br>Adv. No.:   n/a<br><br>Chapter:    11<br><br>Judge:      Michael B. Kaplan |

## CERTIFICATION OF SERVICE

I hereby certify that on the date below I caused a true and correct copy of the foregoing APPLICATION FOR ADMISSION PRO HAC VICE PURSUANT TO RULE 9010-1(B) to be filed electronically and that the same is available for viewing through the Court's ECF system.

DATED: December 3, 2021              /s/ *Andrew S. Richmond*
                                                    Andrew S. Richmond