| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**Greenbaum, Rowe, Smith & Davis LLP**<br>Nancy Isaacson, Esq. (NI/1325)<br>75 Livingston Avenue<br>Roseland, New Jersey 07068<br>(973) 535-1600<br>nisaacson@greenbaumlaw.com<br>Attorneys for Motley Rice, LLC | Case No.: 21-30589<br><br>Chapter: 11<br><br>Judge: Michael B. Kaplan |
| In re:<br><br>LTL MANAGEMENT, LLC,<br><br>                               Debtor | |

## CERTIFICATION OF SERVICE

1. I, Nancy Isaacson:

☑ represents Motley Rice, LLC in this matter.

2. On December 6, I filed the following documents with the Clerk of the United States Bankruptcy Court using the CM/EFC System and sent a copy of the following pleadings and/or documents on December 7, 2021 to the parties listed in the chart below.

- Application for Admission of Nathan David Finch, Pro Hac Vice;

- Certification Of Nathan David Finch in Support of His Application for Admission Pro Hac Vice Pursuant to Rule 9010-1(B)(2);

- Order Granting Motion of Nathan David Finch to Appear Pro Hac Vice entered on November 4, 2021 in the United States Bankruptcy Court for the Western District of North Carolina; and

- Proposed Order to Admit Nathan David Finch Pro Hac Vice

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

*/s/ Nancy Isaacson*
NANCY ISAACSON

Dated: December 7, 2021

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| LTL Management, LLC<br>501 George Street<br>New Brunswick, NJ 08933 | Debtor | ☐ Hand Delivered<br>x Regular Mail<br>☐ Certified Mail/RRR<br>☐ Email<br>x Notice of Electronic Filing<br>☐ Other: _____<br>As authorized by the court* |
| Brad J. Axelrod, Esq.<br>Paul R. DeFilippo, Esq.<br>James N. Lawlor, Esq.<br>Joseph F. Pacelli, Esq.<br>Lyndon M. Tretter, Esq.<br>Wollmuth Maher & Deutsch, LLC<br>500 Fifth Avenue – 12th Floor<br>New York, NY 10110 | Counsel for Debtor | ☐ Hand Delivered<br>x Regular Mail<br>☐ Certified Mail/RRR<br>☐ Email<br>x Notice of Electronic Filing<br>☐ Other: _____<br>As authorized by the court* |
| Caitlin K. Cahow, Esq.<br>Gregory M. Gordon, Esq.<br>Robert W. Hamilton, Esq.<br>James M. Jones, Esq.<br>Daniel B. Prieto, Esq.<br>Amanda Rush, Esq.<br>Mark W. Rasmusson, Esq.<br>Jones Day<br>77 West Wacker, Suite 3500<br>Chicago, IL 60661 | Counsel for Debtor | ☐ Hand Delivered<br>x Regular Mail<br>☐ Certified Mail/RRR<br>☐ Email<br>x Notice of Electronic Filing<br>☐ Other: _____<br>As authorized by the court* |
| Brad B. Erens, Esq.<br>77 West Wacker<br>Chicago, IL 60601 | Counsel for Debtor | ☐ Hand Delivered<br>x Regular Mail<br>☐ Certified Mail/RRR<br>☐ Email<br>x Notice of Electronic Filing<br>☐ Other: _____<br>As authorized by the court* |

| | | |
|---|---|---|
| Kristen R. Fournier, Esq.<br>King & Spalding, LLP<br>1185 Avenue of the Americas<br>34th Floor<br>New York, NY 10036 | Counsel for Debtor | □ Hand Delivered<br>x Regular Mail<br>□ Certified Mail/RRR<br>□ Email<br>x Notice of Electronic Filing<br>□ Other: _____<br>As authorized by the court* |
| Kathleen A. Frazier, Esq.<br>Shook, Hardy & Bacon, LLP<br>JP Morgan Chase Tower<br>600 Travis Street – Suite 3400<br>Houston, TX 07003 | Counsel for Debtor | □ Hand Delivered<br>x Regular Mail<br>□ Certified Mail/RRR<br>□ Email<br>x Notice of Electronic Filing<br>□ Other: _____<br>As authorized by the court* |
| Glenn M. Kurtz, Esq.<br>Jessica Lauria, Esq.<br>White & Case LLP<br>1221 Avenue of the Americas<br>New York, NY 10020 | Counsel for Debtor | □ Hand Delivered<br>x Regular Mail<br>□ Certified Mail/RRR<br>□ Email<br>x Notice of Electronic Filing<br>□ Other: _____<br>As authorized by the court* |
| John R. Miller, Jr., Esq.<br>C. Richard Rayburn, Jr., Esq.<br>Matthew L. Tomsic, Esq.<br>Rayburn Cooper Durham, PA<br>The Carillon<br>227 West Trade Street – Suite 1200<br>Charlotte, NC 28202 | Counsel for Debtor | □ Hand Delivered<br>x Regular Mail<br>□ Certified Mail/RRR<br>□ Email<br>x Notice of Electronic Filing<br>□ Other: _____<br>As authorized by the court* |
| U.S. Trustee<br>U.S. Department of Justice<br>Office of the US Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102 | U.S. Trustee | □ Hand Delivered<br>x Regular Mail<br>□ Certified Mail/RRR<br>□ Email<br>x Notice of Electronic Filing<br>□ Other: _____ |

| | | |
|---|---|---|
| | | As authorized by the court* |
| Lauren Bielskie, Esq.<br>Mitchell Hausman, Esq.<br>Jeffrey M. Sponder, Esq.<br>Office of the US Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102 | Counsel for US Trustee | ☐   Hand Delivered<br>x   Regular Mail<br>☐   Certified Mail/RRR<br>☐   Email<br>x   Notice of Electronic Filing NEF<br>☐   Other: _____<br>         As authorized by the court* |
| Baily Glasser, Esq.<br>105 Thomas Jefferson St. NW<br>Suite 540<br>Washington, DC 20007 | Counsel for Creditor Committee of Talc Claimants | ☐   Hand Delivered<br>x   Regular Mail<br>☐   Certified Mail/RRR<br>☐   Email<br>x   Notice of Electronic Filing NEF<br>☐   Other: _____<br>         As authorized by the court* |
| David J. Molton, Esq. and<br>Brown Rudnick Berlack Israels, LLP<br>Brown Rudnick Berlack Isreals, LLP<br>Seven Times Square<br>New York, NY 10026 | Counsel for Creditor Committee of Talc Claimants | ☐   Hand Delivered<br>x   Regular Mail<br>☐   Certified Mail/RRR<br>☐   Email<br>x   Notice of Electronic Filing NEF<br>☐   Other: _____<br>         As authorized by the court* |
| David W. Clarke, Esq.<br>Daniel Stolz, Esq. and<br>Genova Burns, LLC<br>Genova Burns, LLC<br>110 Allen Road – Suite 304<br>Basking Ridge, NJ  07920 | Counsel for Creditor Committee of Talc Claimants | ☐   Hand Delivered<br>x   Regular Mail<br>☐   Certified Mail/RRR<br>☐   Email<br>x   Notice of Electronic Filing NEF<br>☐   Other: _____<br>         As authorized by the court* |

|  |  |  |
| --- | --- | --- |
|  |  |  |
| Otterbourg, P.C.<br>203 Park Avenue<br>New York, NY 10169 | Counsel for Creditor Committee of Talc Claimants | ☐ Hand Delivered<br>x Regular Mail<br>☐ Certified Mail/RRR<br>☐ Email<br>x Notice of Electronic Filing NEF<br>☐ Other: _____<br>As authorized by the court* |