## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 21-30589 (MBK)<br><br>**Ref. Docket Nos. 725-728** |

### <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK  )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1.  I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 6, 2021, I caused to be served the following:

    a.  "Declaration of Paul R. DeFilippo in Support of Application for Retention of Wollmuth Maher & Deutsch LLP," dated December 6, 2021 [Docket No. 725], (the "DeFilippo Declaration"),

    b.  "Debtor's Memorandum of Law in Support of Motion for an Order Appointing Joseph W. Grier, III as Legal Representative for Future Talc Claimants," dated December 6, 2021 [Docket No. 726], (the "Grier Memorandum"),

    c.  "Excerpt of Transcript from Hearing on March 29, 2019 in In re The Fairbanks Co.," filed on December 6, 2021 [Docket No. 727], (the "Hearing Excerpt"), and

    d.  "Schedules of Assets and Liabilities for LTL Management LLC," filed on December 6, 2021 [Docket No. 728], (the "Schedules"),

by causing true and correct copies of the:

    i.  DeFilippo Declaration, Grier Memorandum, and Hearing Excerpt to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, and

---

[1]  The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

  ii.  DeFilippo Declaration, Grier Memorandum, Hearing Excerpt, and Schedules to be
delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend:
"LEGAL DOCUMENTS ENCLOSED.  PLEASE DIRECT TO THE ATTENTION OF
ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                   */s/ Panagiota Manatakis*
                   Panagiota Manatakis

Sworn to before me this
7th day of December, 2021
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

**EXHIBIT A**

**LTL Management LLC**
**Service List**

| Claimant | Address Information |
|---|---|
| DRISCOLL FIRM, LLC | ATTN JOHN DRISCOLL 211 NORTH BROADWAY, 40TH FLOOR ST. LOUIS, MO 63102 |
| HILL HILL CARTER FRANCO COLE & | BLACK, PC ATTN ELIZABETH CARTER 425 PERRY STREET MONTGOMERY, AL 36104 |
| JOHNSON LAW GROUP | ATTN BLAKE TANASE & BASIL ADHAM 2925 RICHMOND AVE, STE 1700 HOUSTON, TX 77098 |
| LAW FIRM OF BRIAN W HOFMEISTER, LLC | (COUNSEL TO VARIOUS CLAIMANTS) ATTN: BRIAN W. HOFMEISTER 313 PRINCETON PIKE, BLDG 5, STE 110 LAWRENCEVILLE, NJ 08648 |
| LAW OFFICES OF R. KEITH JOHNSON, P.A. | (COUNSEL TO LINDA RABASCA AND BRANDI CARL) ATTN: R. KEITH JOHNSON 1275 S. NC BUS. HWY. 16 STANLEY, NC 28164 |
| LEVIN PAPANTONIO RAFFERTY | ATTN: CHRISTOPHER TISI 316 S BAYLEN STREET, SUITE 600 PENSACOLA, FL 325002 |
| ROBINSON, CALCAGNIE, ROBINSON, | SHAPIRO, DAVIS, INC. ATTN MARK P. ROBINSON, JR. 19 CORPORATE PLAZA DRIVE NEWPORT BEACH, CA 92660 |
| WILLIAMS HART LAW FIRM | ATN JOHN BOUNDAS, SEJAL BRAHMNHATT, WALT CUBBERLY & MARGOT TREVINO 8441 GULF FREEWAY, STE 600 HOUSTON, TX 77017 |

**Total Creditor count: 8**

**EXHIBIT B**

Claim Management Services

Case No. 21-30589

Master Service Email List

| Name | Email Address |
|------|---------------|
| ARNOLD & ITKIN LLP | cboatright@arnolditkin.com |
| ARNOLD & ITKIN LLP | rchristensen@arnolditkin.com |
| ARNOLD & ITKIN LLP | jitkin@arnolditkin.com |
| ASHCRAFT & GEREL, LLP | jgreen@ashcraftlaw.com |
| ASHCRAFT & GEREL, LLP | plyons@ashcraftlaw.com |
| ASHCRAFT & GEREL, LLP | mparfitt@ashcraftlaw.com |
| AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC | marybeth@putnicklegal.com |
| AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC | dthornburgh@awkolaw.com |
| BALLARD SPAHR LLP | daluzt@ballardspahr.com; heilmanl@ballardspahr.com; roglenl@ballardspahr.com |
| BARNES FIRM | joe.vazquez@thebarnesfirm.com |
| BEASLEY ALLEN LAW FIRM | charlie.stern@beasleyallen.com |
| BEASLEY ALLEN LAW FIRM | LEIGH.odell@beasleyallen.com |
| BLANCO TACKABERY & MATAMOROS, P.A. | asr@blancolaw.com |
| BROWN RUDNICK LLP | dmolton@brownrudnick.com |
| BURNS CHAREST LLP | dcharest@burnscharest.com |
| CELLINO LAW LLP | brian.goldstein@cellinolaw.com |
| COHEN, PLACITELLA & ROTH, P.C. | dgeier@cprlaw.com; cplacitella@cprlaw.com |
| COHEN, PLACITELLA & ROTH, P.C. | jmplacitella@cprlaw.com |
| COLE SCHOTZ P.C. | fyudkin@coleschotz.com; mtsukerman@coleschotz.com |
| CORDES LAW, PLLC | stacy@cordes-law.com |
| CORDES LAW, PLLC | meghan@cordes-law.com |
| CROWELL & MORING LLP | gplotko@crowell.com |
| CROWELL & MORING LLP | mplevin@crowell.com |
| CROWELL & MORING LLP | kcacabelos@crowell.com |
| CROWELL & MORING LLP | tyoon@crowell.com |
| CROWELL & MORING LLP | rjankowski@crowell.com |
| DALIMONTE RUEB STOLLER, LLP | john@drlawllp.com |
| DALIMONTE RUEB STOLLER, LLP | jorendi@drlawllp.com |
| DALIMONTE RUEB STOLLER, LLP | greg@drlawllp.com |
| DEAN OMAR BRANHAM SHIRLEY, LLP | jdean@dobslegal.com |
| DEAN OMAR BRANHAM SHIRLEY, LLP | tbranham@dobslegal.com; bsmith@dobslegal.com |
| DLA PIPER | aidan.mccormack@dlapiper.com |
| DLA PIPER | brian.seibert@us.dlapiper.com |
| DUANE MORRIS LLP | prmatthews@duanemorris.com; slross@duanemorris.com |
| FEARS NACHAWATI LAW FIRM | dmcdowell@fnlawfirm.com |
| FERRARO LAW FIRM | lbr@ferrarolaw.com |
| FERRARO LAW FIRM | jlb@ferrarolaw.com |
| FISHERBROYLES LLP | deborah.fletcher@fisherbroyles.com |
| FLINT LAW FIRM LLC | eflint@flintlaw.com |
| GENOVA BURNS LLC | dstolz@genovaburns.com |
| GENOVA BURNS LLC | dclarke@genovaburns.com |
| GENOVA BURNS LLC | mbaker@genovaburns.com |
| GIMIGLIANO MAURIELLO & MALONEY | rrabinowitz@lawgmm.com; jmaloney@lawgmm.com; sgimigliano@lawgmm.com; |

Case No. 21-30589
Master Service Email List

| Name | Email Address |
|------|---------------|
| GOLOMB SPIRIT GRUNFELD, P.C. | kgrunfeld@golombhonik.com |
| GOLOMB SPIRIT GRUNFELD, P.C. | rgolomb@golombhonik.com |
| GOLOMB SPIRIT GRUNFELD, P.C. | aspirt@golombhonik.com |
| GOLOMB SPIRIT GRUNFELD, P.C. | rgolomb@golomblegal.com |
| GREENBAUM, ROWE, SMITH & DAVIS LLP | nisaacson@greenbaumlaw.com |
| GREENBERG TRAURIG, LLP | brodya@gtlaw.com |
| HALPERIN BATTAGLIA BENZIJA LLP | ahalperin@halperinlaw.net; wbenzija@halperinlaw.net; dlieberman@halperinlaw.net |
| HIGGINS & OWENS, PLLC | shiggins@higginsowens.com |
| HONIK LLC | ruben@honiklaw.com |
| HONIK LLC | david@honiklaw.com |
| HUGHES HUBBARD | chris.kiplok@hugheshubbard.com |
| HUGHES HUBBARD | william.beausoleil@hugheshubbard.com |
| HUGHES HUBBARD | erin.diers@hugheshubbard.com |
| JC WHITE LAW GROUP PLC | jwhite@jcwhitelaw.com |
| JD THOMPSON LAW | jdt@jdthompsonlaw.com |
| KARST & VON OISTE LLP | epk@karstvonoiste.com |
| KASOWITZ BENSON TORRES LLP | agolden@kasowitz.com |
| KASOWITZ BENSON TORRES LLP | rnovick@kasowitz.com |
| KASOWITZ BENSON TORRES LLP | drosner@kasowitz.com |
| KASOWITZ BENSON TORRES LLP | mhutchins@kasowitz.com |
| KATTEN MUCHIN ROSENMAN LLP | shaya.rochester@katten.com |
| KATTEN MUCHIN ROSENMAN LLP | katherine.scherling@katten.com |
| KATTEN MUCHIN ROSENMAN LLP | kelsey.panizzolo@katten.com |
| KAZAN, MCCLAIN, SATTERLY & GREENWOOD PLC | jsatterley@kazanlaw.com |
| KIESEL LAW, LLP | zukin@kiesel.law; kiesel@kiesel.law; palmer@kiesel.law |
| KING & SPALDING LLP | ccorey@kslaw.com |
| KING & SPALDING LLP | dschneider@kslaw.com |
| KTBS LAW LLP | mtuchin@ktbslaw.com |
| KTBS LAW LLP | rpfister@ktbslaw.com |
| KTBS LAW LLP | skidder@ktbslaw.com |
| KTBS LAW LLP | nmaoz@ktbslaw.com |
| LANIER LAW FIRM | michael.akselrud@lanierlawfirm.com |
| LATHAM & WATKINS LLP | jeff.bjork@lw.com; kim.posin@lw.com; amy.quartarolo@lw.com; adam.ravin@lw.com |
| LAW OFF. OF MITCHELL J MALZBERG LLC | mmalzberg@mjmalzberglaw.com |
| LAWFIRM OF BRIAN W. HOFFMEISTER, LLC | bwh@hofmeisterfirm.com |
| LEVY KONIGSBERG LLP | mmaimon@levylaw.com |
| LEVY KONIGSBERG LLP | JBlock@levylaw.com |
| LOWENSTEIN SANDLER LLP | krosen@lowenstein.com; mseymour@lowenstein.com |
| MANIER & HEROD, P.C. | rmiller@manierherod.com |
| MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC | bfrench@mrhfmlaw.com |
| MAYS JOHNSON LAW FIRM | rmays@maysjohnsonlaw.com |
| MENDES & MOUNT LLP | eileen.mccabe@mendes.com |
| MENDES & MOUNT LLP | stephen.roberts@mendes.com |
| MILLER FIRM, LLC | choke@millerfirmllc.com |
| MOON WRIGHT & HOUSTON, PLLC | rwright@mwhattorneys.com |

Case No. 21-30589
Master Service Email List

| Name | Email Address |
|---|---|
| MOON WRIGHT & HOUSTON, PLLC | ahouston@mwhattorneys.com |
| MOON WRIGHT & HOUSTON, PLLC | cbrown@mwhattorneys.com |
| MOORE & VAN ALLEN PLLC | hillarycrabtree@mvalaw.com |
| MOTLEY RICE LLC | jhurst@motleyrice.com |
| MOTLEY RICE LLC | cscott@motleyrice.com |
| MOTLEY RICE LLC | dlapinski@motleyrice.com |
| NAPOLI SHKOLNIK PLLC | clopalo@napolibern.com |
| NEXSEN PRUET, PLLC | cmyatt@nexsenpruet.com |
| NEXSEN PRUET, PLLC | mwatkins@nexsenpruet.com |
| NORTHEN BLUE, LLP | jan@nbfirm.com |
| NORTHERN BLUE, LLP | vlp@nbfirm.com |
| NORTHERN BLUE, LLP | jpc@nbfirm.com |
| NORTHERN BLUE, LLP | jan@nbfirm.com |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | rachel.obaldo@oag.texas.gov |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | autumn.highsmith@oag.texas.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | lauren.bielskie@usdoj.gov; jeffrey.m.sponder@usdoj.gov; Mitchell.B.Hausman@usdoj.gov |
| OFFIT KURMAN, P.A. | paul.baynard@offitkurman.com |
| OFFIT KURMAN, P.A. | pwinterhalter@offitkurman.com |
| ONDERLAW, LLC | onder@onderlaw.com |
| OTTERBOURG P.C. | jbougiamas@otterbourg.com |
| OTTERBOURG P.C. | mcyganowski@otterbourg.com |
| OTTERBOURG P.C. | asilverstein@otterbourg.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ljones@pszjlaw.com; kdine@pszjlaw.com; crobinson@pszjlaw.com; pkeane@pszjlaw.com |
| PARKER POE ADAMS & BERNSTEIN LLP | |
| PARKINS LEE & RUBIO LLP | crubio@parkinslee.com |
| PARKINS LEE & RUBIO LLP | lparkins@parkinslee.com |
| PENSION BENEFIT GUARANTY CORP | lachman.carolyn@pbgc.gov |
| PENSION BENEFIT GUARANTY CORP | torres.simon@pbgc.gov |
| PENSION BENEFIT GUARANTY CORP | efile@pbgc.gov |
| PRYOR CASHMAN LLP | slieberman@pryorcashman.com; arichmond@pryorcashman.com |
| RAWLINGS & ASSOCIATES | mdf@rawlingsandassociates.com; rgl@rawlingsandassociates.com |
| REED SMITH LLP | jangelo@reedsmith.com |
| REED SMITH LLP | psinger@reedsmith.com |
| REED SMITH LLP | dbaker@reedsmith.com |
| SAIBER LLC | jaugust@saiber.com |
| SAIBER LLC | mwolin@saiber.com |
| SIMMONS HANLY CONROY LLC | jkramer@simmonsfirm.com |
| SIMON GREENSTONE PANATIERE BARTLETT, PC | cpanatier@sgpblaw.com |
| SIMPSON THACHER & BARTLETT LLP | squsba@stblaw.com |
| SIMPSON THACHER & BARTLETT LLP | cwaldman@stblaw.com |
| SIMPSON THACHER & BARTLETT LLP | jamie.fell@stblaw.com |
| SIMPSON THACHER & BARTLETT LLP | zachary.weiner@stblaw.com |

Case No. 21-30589
Master Service Email List

| Name | Email Address |
|---|---|
| SIMPSON THACHER & BARTLETT LLP | afrankel@stblaw.com; kmclendon@stblaw.com; jonathan.menitove@stblaw.com |
| SIMPSON THACHER & BARTLETT LLP | michael.torkin@stblaw.com |
| THE GORI LAW FIRM | beth@gorijulianlaw.com |
| THE GORI LAW FIRM | sara@gorijulianlaw.com |
| THE GORI LAW FIRM | todd@gorijulianlaw.com |
| THE HENDERSON LAW FIRM, PLLC | henderson@title11.com |
| THE KELLY FIRM, P.C. | akelly@kbtlaw.com |
| THE LAYTON LAW FIRM, PLLC | chris@thelaytonlawfirm.com |
| THE SHAPIRO LAW FIRM | jshapiro@shapirolawfirm.com |
| TOGUT, SEGAL & SEGAL LLP | altogut@teamtogut.com; frankoswald@teamtogut.com; bshaughnessy@teamtogut.com |
| TRAMMELL PC | fletch@trammellpc.com |
| TRIF & MODUGNO LLC | lmodugno@tm-firm.com |
| VINSON & ELKINS LLP | sabramowitz@velaw.com |
| WALLACE & GRAHAM PA | bgraham@wallacegraham.com |
| WARD AND SMITH, P.A. | lpm@wardandsmith.com; paf@wardandsmith.com; njl@wardandsmith.com; |
| WEITZ & LUXENBERG, P.C. | dkraftjr@weitzlux.com |
| WEITZ & LUXENBERG, P.C. | erelkin@weitzlux.com |
| WEITZ & LUXENBERG, P.C. | jdelaney@weitzlux.com |
| WEITZ & LUXENBERG, P.C. | lbusch@weitzlux.com |
| WHITE & CASE LLP | jessica.lauria@whitecase.com |
| WHITE & CASE LLP | ricardo.pasianotto@whitecase.com |
| WHITE & CASE LLP | blair.warner@whitecase.com |
| WHITE & CASE LLP | laura.femino@whitecase.com |
| WHITE & CASE LLP | gkurtz@whitecase.com |
| WHITE & CASE LLP | mshepherd@whitecase.com |
| WOLLMUTH MAHER & DEUTSCH, LLP | jlawlor@wmd-law.com |
| WOLLMUTH MAHER & DEUTSCH, LLP | pdefilippo@wmd-law.com |
| WOLLMUTH MAHER & DEUTSCH, LLP | ltretter@wmd-law.com |
| WOLLMUTH MAHER & DEUTSCH, LLP | jpacelli@wmd-law.com |
| WOLLMUTH MAHER & DEUTSCH, LLP | baxelrod@wmd-law.com |

188