| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>Laura Davis Jones<br>Karen B. Dine<br>Colin R. Robinson<br>Peter J. Keane<br>919 N. Market Street, 17th Floor<br>Wilmington, DE  19801<br>Telephone:  (302) 652-4100<br>Facsimile:   (302) 652-4400<br>Email: ljones@pszjlaw.com<br>         kdine@pszjlaw.com<br>         crobinson@pszjlaw.com<br>         pkeane@pszjlaw.com<br><br>*Counsel to Arnold & Itkin LLP* | |
| In re:<br><br>LTL MANAGEMENT LLC,<br><br>                    Debtor. [2] | Chapter 11<br><br>Case No. 21-30589 (MBK)<br><br>Judge: Michael Kaplan<br><br>Hearing Date and Time:<br>Feb. 15, 2022 at 10:00 a.m. (ET) |

## CERTIFICATION OF SERVICE

1. I, Colin R. Robinson, represent Arnold & Itkin LLP in this matter.

2. On December 9, 2021, I sent a copy of the following pleadings and/or documents

    to the parties on the attached service list.

    - Notice of Motion to Dismiss Bankruptcy Case;
    - Memorandum of Law In Support of Motion to Dismiss Bankruptcy Case;

---

[2] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

- Declaration of Laura Davis Jones In Support of Motion to Dismiss Bankruptcy Case; and
- Proposed Order to Motion to Dismiss Bankruptcy Case

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Dated: December 9, 2021    */s/ Colin R. Robinson*
                                                      Colin R. Robinson

LTL Management LLC Expedited
NJ Case No. 21-30589 (MBK)
Document No. 237265
07 – Overnight Delivery
196 - Electronic Mail (Email)

(Counsel for Arnold & Itkin)
Laura Davis Jones, Esq.
Karen B. Dine, Esq.
Peter J. Keane, Esq.
Colin R. Robinson, Esq.
Pachulski, Stang, Ziehl & Jones LLP
919 N. Market Street, 29th Floor
Wilmington, DE  19808
**Email: ljones@pszjlaw.com;
kdine@pszjlaw.com;
pkeane@pszjlaw.com;
crobinson@pszjlaw.com**

*OVERNIGHT DELIVERY*
(Counsel to Republic Indemnity)
Duane Morris LLP
Attn: Philip R. Matthews
Spear Tower
One Market Plaza, Ste 2200
Belleville, IL  62220

*OVERNIGHT DELIVERY*
(Counsel to Imerys Sa)
Hughes Hubbard & Reed LLP
Attn Christopher L. Kiplok, William J. Beausoleil
& Erin E. Diers
One Battery Park Plaza
Montgomery, AL  36104

*OVERNIGHT DELIVERY*
Levy Konigsberg LLP
Attn Jerome Block & Audrey Raphael
605 Third Ave., 33Rd Floor
Lawrenceville, NJ  08648

*OVERNIGHT DELIVERY*
(Debtor)
Ltl Management LLC
Atn John K Kim, Chief Legal Officer
501 George St
Stanley, NC  28164

*OVERNIGHT DELIVERY*
(Counsel to Westchester Fire Insurance Company)
Manier & Herod, P.C.
Attn: Robert W. Miller
1201 Demonbreun St.
Suite 900
Pensacola, FL  325002

*OVERNIGHT DELIVERY*
(Counsel to Travelers)
Simpson Thacher & Bartlett LLP
Attn Andrew T. Frankel
425 Lexington Avenue
Newport Beach, CA  92660

*OVERNIGHT DELIVERY*
Wollmuth Maher & Deutsch LLP
Atn John Boundas, Sejal Brahmnhatt,
Walt Cubberly & Margot Trevino
8441 Gulf Freeway, Ste 600
Houston, TX  77017

*ELECTRONIC MAIL*
Office of the Us Trustee
Attn Lauren Bielskie, Jeffrey M. Sponder
& Mitchell B. Hausman
One Newark Center, Ste 2100
Newark, NJ  07102
**Email:  lauren.bielskie@usdoj.gov;
jeffrey.m.sponder@usdoj.gov;
Mitchell.B.Hausman@usdoj.gov**

*ELECTRONIC MAIL*
Arnold & Itkin LLP
Attn Kurt B Arnold, Caj Boatright,
Roland Christensen & Jason Itkin
1401 Mckinney St, Ste 2250
Houston, TX  77010
**Email:  cboatright@arnolditkin.com;
christensen@arnolditkin.com;
jitkin@arnolditkin.com**

*ELECTRONIC MAIL*
Ashcraft & Gerel, LLP
Attn Michelle Parfitt, James F. Green &
Patrick Lyons
1825 K Street, Nw, Ste 70
Washington, DC  20006
**Email:  jgreen@ashcraftlaw.com;
plyons@ashcratlaw.com;
mparfitt@ashcraftlaw.com**

*ELECTRONIC MAIL*
Aylstock Witkin Kreis &
Overholtz Pllc; Atn Mary Putnick &
Daniel Thornburgh
17 E Main St, Ste 200; Po Box 12630
Pensacola, FL  32502
**Email:  marybeth@putnicklegal.com;
dthornburgh@awkolaw.com**

*ELECTRONIC MAIL*
*(Counsel Albertsons Companies, Inc)*
Ballard Spahr LLP
Attn: Tobey M. Daluz, Leslie C. Heilman,
Laurel D.
Roglen
919 N. Market Street, 11Th Floor
Wilmington, DE  19801
**Email:  daluzt@ballardspahr.com;
heilmanl@ballrdspahr.com;
roglenl@ballardspahr.com**

*ELECTRONIC MAIL*
Barnes Firm
Attn Joe Vazquez
420 Lexington Ave, Ste 2140
New York, NY  10170
**Email:  oe.vazquez@thebarnesfirm.com**

*ELECTRONIC MAIL*
Beasley Allen Law Firm
Attn: Charlie Stern & Leigh O'Dell
218 Commerce St
Po Box 4160
Montgomery, AL  36104
**Email:  charlie.stern@beasleyallen.com;
leigh.odell@beasleyallen.com**

*ELECTRONIC MAIL*
*(Counsel to Imerys Talc America, Inc)*
Blanco Tackabery & Matamoros, P.A.
Attn: Ashley S. Rusher
404 North Marshall St
Winston-Salem, NC  27101
**Email:  asr@blancolaw.com**

*ELECTRONIC MAIL*
*(Proposed Co-Counsel to The Committee of Talc
Claimants)* Attn Sunni P. Beville
Brown Rudnick LLP
One Financial Center
Boston, MA  02111
**Email:  sbeville@brownrudnick.com**

*ELECTRONIC MAIL*
*(Counsel to Official Committee of Talc
Claimants)*
Brown Rudnick LLP
Attn: David J. Molton
Seven Times Square
New York, NY  10036
**Email:  dmolton@brownrudnick.com**

***ELECTRONIC MAIL***
*(Counsel to Plaintiffs Steering Committee)* Attn: Daniel H Charest
Burns Charest LLP
900 Jackson Street, Suite 500
Dallas, TX  75202
**Email:  dcharest@burnscharest.com**

***ELECTRONIC MAIL***
Cellino Law LLP
Attn Brian Goldstein
800 Delaware Ave
Buffalo, NY  14209
**Email:  brian.goldstein@cellinolaw.com**

***ELECTRONIC MAIL***
Cohen, Placitella & Roth, P.C.
Attn Dennis M. Geier &
Christopher M. Placitella
127 Maple Ave
Red Bank, NJ  07701
**Email:  dgeier@cprlaw.com;
cplacitella@cprlaw.com**

***ELECTRONIC MAIL***
Cohen, Placitella & Roth, P.C.
Attn Jared M. Placitella
2001 Market St, Suite 2900
Philadelphia, PA  19103
**Email:  jmplacitella@cprlaw.com**

***ELECTRONIC MAIL***
*(Counsel to Claimants Represented By Barnes Law)*
Cole Schotz P.C.
Attn: Felice R. Yudkin
25 Main St, P.O. Box 800
Hackensack, NJ  07602-0800
**Email:  fyudkin@coleschotz.com**

***ELECTRONIC MAIL***
*(Counsel to Claimants Represented By Barnes Law)*
Cole Schotz P.C.
Attn: Mark Tsukerman
1325 Avenue Of The Americas
19th Floor
New York, NY  10019-6079
**Email:  mtsukerman@coleschotz.com**

***ELECTRONIC MAIL***
*(Counsel to Bcbs of Massachusetts, Inc.)*
Cordes Law, PLLC
Attn Stacy C. Cordes & Meghan A. Van Vynckt
1800 East Boulevard
Charlotte, NC  28203
**Email:  stacy@cordes-law.com;
meghan@cordes-law.com**

***ELECTRONIC MAIL***
*(Counsel to Century Insurers)*
Crowell & Moring LLP
Attn Gregory Gennady Plotko
590 Madison Avenue, 19Th Floor
New York, NY  10022-2524
**Email:  gplotko@crowell.com**

***ELECTRONIC MAIL***
*(Counsel to Century Insurers)*
Crowell & Moring LLP
Attn Mark D. Plevin & Kevin D. Cacabelos
Three Embarcadero Center, 26Th Floor
San Francisco, CA  94111
**Email:  mplevin@crowell.com;
kcacabelos@crowell.com**

***ELECTRONIC MAIL***
*(Counsel to Century Insurers)*
Crowell & Moring LLP
Attn Tacie H Yoon & Rachel Jankowski
1001 Pennsylvania Ave, N.W.
Washington, DC  20004
**Email:  tyoon@crowell.com;
rjankowski@crowell.com**

***ELECTRONIC MAIL***
Dalimonte Rueb Stoller, LLP
Attn John A Dalimonte,
Jennifer Orendi & Gregory Rueb
1250 Connecticut Ave Nw, Ste 200
Washington, DC  20036
**Email:  john@drlawll.com;
jorendi@drlawllp.com;
greg@drlawllp.com**

***ELECTRONIC MAIL***
Dean Omar Branham Shirley, LLC
Attn Jessica Dean, J Bradley Smith,
Charles W Branham Iii
302 N Market St, Ste 300
Dallas, TX  75202
**Email:  jdean@dobslegal.com;
tbranham@dobslegal.com;
bsmith@dobslegal.com**

***ELECTRONIC MAIL***
*(Counsel to Century Insurers)*
Dla Piper LLP (Us)
Atn Aidan Mccormack & Brian Seibert
1251 Avenue Of The Americas
New York, NY  10020
**Email:  aidan.mccormack@dlapiper.com;
brian.seibert@dlapiper.com**

***ELECTRONIC MAIL***
*(Counsel to Republic Indemnity)*
Duane Morris LLP
Attn: Sommer L. Ross
1940 Route 70 East, Ste 100
San Francisco, CA  94105-1127
**Email:  prmatthews@duanemorris.com**

***ELECTRONIC MAIL***
Epiq Corporate Restructuring, LLC
Attn Ltl Case Team
Po Box 4419
Cherry Hill, NJ  08003-2171
**Email:  slross@duanemorris.com**

***ELECTRONIC MAIL***
Fears Nachawati Law Firm
Attn Darren Mcdowel &
Majed Machawati
5473 Blair Rd
Beaverton, OR  97076-4419
**Email:  ltlinfo@epiqglobal.com**

***ELECTRONIC MAIL***
Ferraro Law Firm
Atn Leslie Rothenberg & Jose Becerr
600 Brickell Ave, Ste 3800
Dallas, TX  75231
**Email:  dmcdowell@fnlawfirm.com**

***ELECTRONIC MAIL***
*(Counsel to Travelers Casualty and Surety Co.)*
Fisherbroyles LLP
Attn: Deborah L Fletcher
338 Sharon Amity Road, #518
Miami, FL  33131
**Email:  lbr@ferrarolaw.com;
jlb@ferrarolaw.com**

***ELECTRONIC MAIL***
Flint Law Firm LLC
Attn Ethan Flint
222 E Park St, Ste 500, Po Box 189
Charlotte, NC  28211
**Email:  deborah.fletcher@fisherbroyles.com**

***ELECTRONIC MAIL***
*(Counsel to Offic. Commit. of Talc Claimants)*
Genova Burns LLC
Attn: Daniel M. Stolz, Esq, Donald W. Clarke, Esq,
Matthew I. W. Baker, Esq
110 Allen Road, Ste 304
Edwardsville, IL  62034
**Email:  eflint@flintlaw.com**

***ELECTRONIC MAIL***
*(Counsel to Travelers)*
Gimigliano Mauriello & Maloney
Attn Stephen V. Gimigliano, John Maloney &
Robin Rabinowitz
Po Box 1449
Basking Ridge, NJ  07920
**Email:  dstolz@genovaburns.com;
dclarke@genovaburns.com;
mbaker@genovaburns.com**

***ELECTRONIC MAIL***
Golomb Spirit Grunfeld, Pc
Atn Richard Golomb, Andrew Spirit & Kenneth Grunfeld
1835 Market St, Ste 2900
Morristown, NJ  07962-1449
**Email:  sgimigliano@lawgmm.com;
jmaloney@lawgmm.com;
rrabinowitz@lawgmm.com**

***ELECTRONIC MAIL***
*(Counsel to Bausch Health)*
Greenberg Traurig, LLP
Attn: Alan J. Brody
500 Campus Drive
Philadelphia, PA  19103
**Email:  kgrunfeld@golombhonik.com;
rgolomb@golombhonik.com;
aspirt@golombhonik.com;
kgolomb@golomblegal.com**

***ELECTRONIC MAIL***
*(Counsel to Blue Cross Blue Shield)*
Halperin Battaglia Benzija LLP
Attn: Alan D. Halperin, Donna H. Lieberman
40 Wall Street, 37Th Floor
Florham Park, NJ  07932
**Email:  brodya@tlaw.com**

***ELECTRONIC MAIL***
*(Counsel to Sue Sommer-Kresse)*
Higgins & Owens, PLLC
Attn: Sara W. Higgins, Esq.
524 East Blvd.
New York, NY  10005
**Email:  ahalperin@halperinlaw.net;
dlieberman@halperinlaw.net**

***ELECTRONIC MAIL***
Honik LLC
Attn Ruben Honik & David Stanoch
1515 Market St, Ste 1100
Charlotte, NC  28203
**Email:  shiggins@higginsowens.com**

***ELECTRONIC MAIL***
*(Counsel to Onderlaw, LLC)*
J.C. White Law Group PLLC
Attn: James C. White
100 Europa Drive, Suite 401
Philadelphia, PA  19102
**Email:  ruben@honiklaw.com;
david@honiklaw.com**

***ELECTRONIC MAIL***
*(Counsel to Barnes Law Group Plaintiffs)*
Jd Thompson Law
Attn Judy D. Thompson
P.O. Box 33127
New York, NY  10004
**Email:
chris.kiplok@hugheshubbard.com;
william.beausoleil@hugheshubbard.com;
erin.diers@hugheshubbard.com**

***ELECTRONIC MAIL***
Johnson Law Group
Attn Blake Tanase & Basil Adham
2925 Richmond Ave, Ste 1700
Chapel Hill, NC  27517
**Email:  jwhite@jcwhitelaw.com**

**ELECTRONIC MAIL**
*(Debtor's Proposed Counsel)*
Jones Day
Attn: Gregory M Gordon,
Dan B. Prieto & Amanda Rush
2727 N Harwood St
Charlotte, NC  28233
**Email:  jdt@jdthompsonlaw.com**

**ELECTRONIC MAIL**
*(Debtor's Proposed Counsel)*
Jones Day
Attn Brad B Erens
77 West Wacker
Houston, TX  77098
**Email:**

**ELECTRONIC MAIL**
Karst & Von Oiste LLP
Attn Eric Karst
23923 Gosling Rd, Ste A
Dallas, TX  75201
**Email:  gmgordon@jonesday.com;
dbprieto@jonesday.com;
asrush@jonesday.com**

**ELECTRONIC MAIL**
*(Counsel to Cyprus Mines Corporation)*
Kasowitz Benson Torres LLP
Attn: David S. Rosner, Robert M. Novick &
Andrew S. Golden
1633 Broadway
Chicago, IL  60601
**Email:  bberens@jonesday.com**

**ELECTRONIC MAIL**
*(Counsel to Cyprus Mines Corporation)*
Kasowitz Benson Torres LLP
Attn: Michael E. Hutchins
1230 Peachtree, Ne, Suite 2445
Spring, TX  77389
**Email:  epk@karstvonoiste.com**

**ELECTRONIC MAIL**
*(Counsel to Atlanta International Company, Etc)*
Katten Muchin Rosenman LLP
Attn: Shaya Rochester, Katherine A. Scherling
575 Madison Ave
New York, NY  10019
**Email:  drosner@kasowitz.com;
rnovick@kasowitz.com;
agolden@kasowitz.com**

**ELECTRONIC MAIL**
*(Counsel to Atlanta International Insurance, Etc)*
Katten Muchin Rosenman LLP
Attn: Kelsey R. Panizzolo
550 South Tryon Street
Ste 2900
Atlanta, GA  30309
**Email:  mhutchins@kasowitz.com**

**ELECTRONIC MAIL**
Kazan Mcclain Satterly &
Greenwood Plc
C/O Joseph Satterley, Steven Kazan &
Denyse F. Clancy
55 Harison St, Ste 400
New York, NY  10022-2585
**Email:  shaya.rochester@katten.com;
katherine.scherling@katten.com**

**ELECTRONIC MAIL**
Kiesel Law, LLP
Attn Paul R Kiesel & Melanie Palmer
8648 Wilshire Blvd
Charlotte, NC  28202-4213
**Email:  kelsey.panizzolo@katten.com**

**ELECTRONIC MAIL**
*(Counsel to Bestwall LLC)*
King & Spalding LLP
Attn: Chelsea Corey
300 South Tryon Street, Ste 1700
Oakland, CA  94607
**Email:  jsatterley@kazanlaw.com**

*ELECTRONIC MAIL*
*(Counsel to Bestwall LLC)*
King & Spalding LLP
Attn: Richard A. Schneider
1180 Peachtree Street, N.E.
Beverly Hills, CA  90211
**Email:  zukin@kiesel.law;
kiesel@kiesel.law; palmer@kiesel.law**

*ELECTRONIC MAIL*
*(Counsel to Aylstock, Witkin, Kreis &
Overholtz, Pllc)*
Ktbs Law LLP
Attn: Michael L. Tuchin, Esq., Robert J. Pfister,
Esq., Samuel M. Kidder, Esq. & Nir Maoz, Esq.
Charlotte, NC  28202
**Email:  ccorey@kslaw.com**

*ELECTRONIC MAIL*
Lanier Law Firm
Attn Michael A Akselrud
21550 Oxnard St, 3Rd Fl
Atlanta, GA  30309
**Email:  dschneider@kslaw.com**

*ELECTRONIC MAIL*
*(Counsel to Imerys Talc America, Inc., Etc)*
Latham & Watkins LLP
Attn Jeffrey E. Bjork, Kimberly A. Posin, Amy C.
Quartarolo
355 South Grand Avenue, Suite 100
1801 Century Park East, 26Th Floor
Los Angeles, CA  90067
**Email:  nmaoz@ktbslaw.com;
skidder@ktbslaw.com;
rpfister@ktbslaw.com;
mtuchin@ktbslaw.com**

*ELECTRONIC MAIL*
*(Counsel to Imerys Talc America, Inc. Etc.)*
Latham & Watkins LLP
Attn Adam S. Ravin
1271 Avenue Of The Americas
Woodlands Hills, CA  91367
**Email:
michael.akselrud@lanierlawfirm.com**

*ELECTRONIC MAIL*
*(Counsel to Various Claimants)*
Law Offices of Mitchell J. Malzberg, LLC
Attn: Mitchell Malzberg, Esq.
Po Box 5122
6 E Main Street, Ste 7
Los Angeles, CA  90071-1560
**Email:  jeff.bjork@lw.com;
kim.posin@lw.com;
amy.quartarolo@lw.com**

*ELECTRONIC MAIL*
Levy Konigsberg LLP
Attn Moshe Maimon
101 Grovers Mill Rd, Ste 105
New York, NY  10020-1401
**Email:  adam.ravin@lw.com**

*ELECTRONIC MAIL*
*(Counsel to Johnson & Johnson)*
Lowenstein Sandler LLP
Attn: Kenneth A. Rosen, Mary E. Seymour
One Lowenstein Dr
Clinton, NJ  08809
**Email:  mmalzberg@mjmalzberglaw.com**

*ELECTRONIC MAIL*
Maune Raichle Hartley French &
Mudd, LLC
Attn T Barton Frence
1015 Locust St, Ste 1200
Lawrence Twp, NJ  08648
**Email:  mmaimon@levylaw.com**

**ELECTRONIC MAIL**
*(Counsel to Allstate Insurance Company)*
Mays Johnson Law Firm
Attn: Robert A. Mays
21 Battery Park Avenue
Suite 201
New York, NY  10158
**Email:  jblock@levylaw.com**

**ELECTRONIC MAIL**
*(Counsel to Atlanta International Insurance Etc)*
Mendes & Mount LLP
Attn: Eileen T. Mccabe, Stephen T. Roberts
750 Seventh Avenue
Roseland, NJ  07068
**Email:  krosen@lowenstein.com;
mseymour@lowenstein.com**

**ELECTRONIC MAIL**
Miller Firm, LLC
Attn Curtis G Hoke
108 Railroad Ave
New Brunswick, NJ  08933
**Email:  jkim2@its.jnj.com**

**ELECTRONIC MAIL**
*(Counsel to Arnold & Itkin Plaintiffs)*
Moon Wright & Houston, PLLC
Attn Richard S Wright, Andrew T Houston &
Caleb Brown
121 W. Trade Street, Suite 1950
Nashville, TN  37203
**Email:  rmiller@manierherod.com**

**ELECTRONIC MAIL**
*(Counsel to J & J and J & J Consumer Inc.)*
Moore & Van Allen PLLC
Attn Hillary B Crabtree
100 N Tryon St, Ste 4700
St. Louis, MO  63101
**Email:  bfrench@mrhfmlaw.com**

**ELECTRONIC MAIL**
Motley Rice LLC
Attn John D Hurst
50 Clay St, Ste 1
Asheville, NC  28801
**Email:  rmays@maysjohnsonlaw.com**

**ELECTRONIC MAIL**
Motley Rice LLC
Attn Carmen S. Scott
28 Bridgeside Blvd
New York, NY  10019
**Email:  eileen.mccabe@mendes.com;
stephen.roberts@mendes.com**

**ELECTRONIC MAIL**
*(Counsel to Plaintiffs)*
Motley Rice LLC
Attn: Daniel R. Lapinski
210 Lake Drive East, Ste 101
Orange, VA  22960
**Email:  choke@millerfirmllc.com**

**ELECTRONIC MAIL**
Napoli Shkolnik PLLC
Attn James D Heisman &
Christopher R Lopalo
919 North Market St, Ste 1801
Charlotte, NC  28202
**Email:  rwright@mwhattorneys.com;
ahouston@mwhattorneys.com;
cbrown@mwhattorneys.com**

**ELECTRONIC MAIL**
*(Counsel to Rio Tinto America Inc. Etc)*
Nexsen Pruet, PLLC
Attn: Christine L. Myatt & Harris M. Watkins
Post Office Box 3463
Charlotte, NC  28202
**Email:  hillaryrcrabtree@mvalaw.com**

***ELECTRONIC MAIL***
*(Counsel to Cyprus Mines Corporation)*
Northern Blue, LLP
Attn: John A. Northen
1414 Raleigh Road, Suite 435
Morgantown, WV  26501
**Email:  jhurst@motleyrice.com**

***ELECTRONIC MAIL***
*(Counsel to Cyrpus Mines Corporation)*
Northern Blue, LLP
Attn: John Paul Cournoyer & Vicki L. Parrott
1414 Raleigh Road, Suite 435
Mount Pleasant, SC  29464
**Email:  cscott@motleyrice.com**

***ELECTRONIC MAIL***
*(Counsel to Cyprus Amax Minerals Company)*
Northern Blue, LLP
Attn: John A. Northen, John Paul H. Cournoyer &
Vicki L. Parrott
1414 Raleigh Road, Suite 435
Cherry Hill, NJ  08002
**Email:  dlapinski@motleyrice.com**

***ELECTRONIC MAIL***
*(Counsel for The State of Texas)*
Office of the Attorney General of Texas
Assistant Attorneys General
Attn: Rachel R Obaldo & Autumn D Highsmith
Po Box 12548- Mc 008
Wilmington, DE  19801
**Email:  clopalo@napolibern.com;**

***ELECTRONIC MAIL***
*(Counsel to Aylstock, Witkin, Kreis & Overholtz, Pllc)*
Offit Kurman, P.A.
Attn Paul R. Baynard, Esq.
301 South College St, Ste 2600
Greensboro, NC  27402
**Email:  cmyatt@nexsenpruet.com;
mwatkins@nexsenpruet.com**

***ELECTRONIC MAIL***
*(Counsel to Awko)*
Offit Kurman, P.A.
Attn Paul J. Winterhalter
99 Wood Avenue South, Suite 203
Chapel Hill, NC  27517
**Email:  jan@nbfirm.com**

***ELECTRONIC MAIL***
Onderlaw, LLC
Attn James Onder
110 East Lockwood, Second Fl
Chapel Hill, NC  27517
**Email:  jpc@nbfirm.com;
vlp@nbfirm.com**

***ELECTRONIC MAIL***
*(Counsel to Plantiff's Steering Committee)*
Otterbourg P.C.
Attn: John Bougiamas, Melanie L Cyganowski &
Adam C Silverstein
230 Park Avenue
Chapel Hill, NC  27517
**Email:  jan@nbfirm.com;
vlp@nbfirm.com; jpc@nbfirm.com**

***ELECTRONIC MAIL***
*(Counsel for The Continental Insurance Company)*
Parker Poe Adams & Bernstein LLP
Attn Ashley A Edwards, Esq
620 South Tryon St, Ste 800
Austin, TX  78711-2548
**Email:  rachel.obaldo@oag.texas.gov;
autumn.highsmith@oag.texas.gov**

*ELECTRONIC MAIL*
*(Counsel to Onderlaw, LLC)*
Parkins Lee & Rubio LLP
Attn: Charles M. Rubio, Lenard M. Parkins
Pennzoil Place
700 Milam Street
Charlotte, NC  28202
**Email:  paul.baynard@offitkurman.com**

*ELECTRONIC MAIL*
Pension Benefit Guaranty Corporation
Office Of The General Counsel
Attn Carolyn J Lachman
1200 K Street, Nw, Ste 340
Iselin, NJ  08830
**Email:  pwinterhalter@offitkurman.com**

*ELECTRONIC MAIL*
Pension Benefit Guaranty Corporation
Office Of The General Counsel
Attn Simon J Torres
1200 K Street, Nw
St Louis, MO  63119
**Email:  ONDER@ONDERLAW.COM**

*ELECTRONIC MAIL*
*(Counsel William Hart Plaintiffs)*
Pryor Cashman LLP
Attn: Seth H. Lieberman & Andrew S. Richmond
7 Times Square
New York, NY  10169
**Email:  jbougiamas@otterbourg.com;
mcyganowski@otterbourg.com;
asilverstein@otterbourg.com**

*ELECTRONIC MAIL*
*(Counsel to Blue Cross Blue Shield)*
Rawlings & Associates
Attn: Mark D Fischer, Robert C Griffiths
1 Eden Parkway
Charlotte, NC  28202
**Email: ashleyedwards@parkerpoe.com**

*ELECTRONIC MAIL*
*(Proposed Local Counsel to Debtor)*
Rayburn Cooper & Durham, P.A.
Attn Crichard Rayburn, Jr, John R Miller, Jr, Matthew L Tomsic
227 West Trade St, Ste 1200
Suite 1300
Houston, TX  77002
**Email:  crubio@parkinslee.com;
lparkins@parkinslee.com**

*ELECTRONIC MAIL*
*(Counsel to Cyprus Mines Corporation)*
Reed Smith LLP
Attn Paul M Singer, Esq
Reed Smith Centre
225 Fifth Avenue
Washington, DC  20005-4026
**Email:  lachman.carolyn@pbgc.gov;
efile@pbgc.gov**

*ELECTRONIC MAIL*
*(Counsel to Cyrus Mines Corporation)*
Reed Smith LLP
Attn Jason D Angelo, Esq
1201 Morth Market Street, Suite 1500
Washington, DC  20005
**Email:  torres.simon@pbgc.gov;
efile@pbgc.gov**

*ELECTRONIC MAIL*
*(Counsel to Cyprus Mines Corporation)*
Reed Smith LLP
Attn: Derek J. Baker, Esq.
506 Carnegie Center
Ste 300
New York, NY  10036-6569
**Email:  slieberman@pryorcashman.com;
arichmond@pryorcashman.com**

*ELECTRONIC MAIL*
*(Counsel to Kristie Lynn Doyle)*
Saiber LLC
Attn: John M. August & Marc E. Wolin
18 Columbia Turnpike, Ste 200
La Grange, KY  40031
**Email:  mdf@rawlingsandassociates.com; rcg@rawlingsandassociates.com**

*ELECTRONIC MAIL*
Simmons Hanly Conroy LLC
Attn James Kramer
112 Madison Ave
Charlotte, NC  28202
**Email:  rrayburn@rcdlaw.net;
jmiller@rcdlaw.net;
mtomsic@rcdlaw.net**

*ELECTRONIC MAIL*
Simon Greenstone Panatiere
Bartlett, Pc
Attn Chris Panatier
1201 Elm St, Ste 3400
Pittsburgh, PA  15222
**Email:  psinger@reedsmith.com**

*ELECTRONIC MAIL*
*(Counsel to Bausch Health)*
Simpson Thacher & Bartlett LLP
Attn: Sandeep Qusba, Craig S. Waldman, Jamie J. Fell, Zachary J. Weiner, Esqs
425 Lexington Ave
Wilmington, DE  19801
**Email:  jangelo@reedsmith.com**

*ELECTRONIC MAIL*
*(Counsel to Travelers Casualty and Surety Company)*
Simpson Thacher & Bartlett LLP
Attn: Michael H. Torkin, Andrew T. Frankel,
Kathrine A. Mclendon & Jonathan T. Menitove
425 Lexington Avenue
Princeton, NJ  08543
**Email:  dbaker@reedsmith.com;**

*ELECTRONIC MAIL*
The Gori Law Firm
Attn D Todd Matthews, Beth Gori & Sara Salger
156 N Main St
Florham Park, NJ  07932
**Email:  jaugust@saiber.com;
mwolin@saiber.com**

*ELECTRONIC MAIL*
*(Counsel to Blue Cross Blue Shield Association)*
The Henderson Law Firm, PLLC
2030 South Tryon St, Ste 3H
New York, NY  10016
**Email:  jkramer@simmonsfirm.com**

*ELECTRONIC MAIL*
*(Counsel to BCBS of Massachusetts)*
The Kelly Firm, P.C.
Attn: Andrew J. Kelly, Esq.
1011 Highway 71, Ste 200
Dallas, TX  75204
**Email:  cpanatier@sgpblaw.com**

*ELECTRONIC MAIL*
*(Counsel to "Williams Hart Plaintiffs")*
The Layton Law Firm, PLLC
Attn: Christopher D. Layton
2701 Coltsgate Rd, Suite 210
New York, NY  10017
**Email: squsba@stblaw.com;
cwaldman@stblaw.com;
jamie.fell@stblaw.com;
zachary.weiner@stblaw.com;**

**ELECTRONIC MAIL**
*(Counsel to Employers Ins Company of Wausau)*
The Shapiro Law Firm
Attn: Janet A. Shapiro
325 N. Maple Drive, #15186
New York, NY 10017
**Email: michael.torkin@stblaw.com;
afrankel@stblaw.com;
kmclendon@stblaw.com;
jonathan.menitove@stblaw.com**

**ELECTRONIC MAIL**
*(Counsel to Roger Frankel)*
Togut, Segal & Segal LLP
Attn: Albert Togut, Frank Oswald, Brian Shaughnessy
One Penn Plaza, Suite 3335
New York, NY 10017
**Email: afrankel@stblaw.com**

**ELECTRONIC MAIL**
Trammell PC
Attn Fletcher V Trammell
3262 Westheimer Rd, Ste 423
Edwardsville, IL 62025
**Email: beth@gorijulianlaw.com;
sara@gorijulianlaw.com;
todd@gorijulianlaw.com**

**ELECTRONIC MAIL**
*(Counsel to Atlanta International Company, Etc.)*
Trif & Modugno LLC
Attn Louis A. Modugno
89 Headquarters Plaza
North Tower, Suite 1201
Charlotte, NC 28203
**Email: henderson@title11.com**

**ELECTRONIC MAIL**
*(Counsel to Dean Omar Branham Shirley LLP)*
Wallace & Graham Pa
Attn: William M. Graham
525 N. Main Street
Spring Lake, NJ 07762
**Email: akelly@kbtlaw.com**

**ELECTRONIC MAIL**
Ward And Smith, P.A.
Attn: Lance P. Martin, Paul A. Fanning, Norman
J. Leonard
Post Office Box 2020
Charlotte, NC 28211
**Email: chris@thelaytonlawfirm.com**

**ELECTRONIC MAIL**
Weitz & Luxenberg, P.C.
Attn Ellen Relkin
220 Lake Dr East, Ste 210
Beverly Hills, CA 90209
**Email: jshapiro@shapirolawfirm.com**

**ELECTRONIC MAIL**
Weitz & Luxenberg, P.C.
Attn Danny Kraft, Lisa N. Busch, Justine Delaney & Perry Weitz
700 Broadway
New York, NY 10119
**Email: altogut@teamtogut.com;
frankoswald@teamtogut.com;
bshaughnessy@teamtogut.com**

**ELECTRONIC MAIL**
*(Counsel to J & J and J & J Consumer Inc.)*
White & Case LLP
Attn Fletcher V Trammell
Attn Jessica Lauria, Glenn M Kurtz & Ricardo Pasianotto
1221 Avenue Of The Americas
Houston, TX 77098
**Email: fletch@trammellpc.com**

**ELECTRONIC MAIL**
*(Counsel to J & J and J & J Consumer Inc.)*
White & Case LLP
Attn Michael C Shepherd & Laura L Femino
200 South Biscayne Blvd, Ste 4900
Morristown, NJ 07960
**Email: lmodugno@tm-firm.com**

**ELECTRONIC MAIL**
*(Counsel to J & J and J & J Consumer Inc.)*
White & Case LLP
Attn Blair Warner
111 South Wacker Dr, Ste 5100
Salisbury, NC 28144
**Email: bgraham@wallacegraham.com**

**ELECTRONIC MAIL**
*(Proposed Local Counsel to The Debtor)*
Wollmuth Maher & Deutsch LLP
Attn: Lance P. Martin, Paul A. Fanning, Norman
Attn: James N. Lawlor, Paul Defilippo
500 Fifth Avenue, 12Th Fl
Asheville, NC 28802-2020
**Email: lpm@wardandsmith.com;
paf@wardandsmith.com;
njl@wardandsmith.com**

**ELECTRONIC MAIL**
Weitz & Luxenberg, P.C.
Attn Ellen Relkin
220 Lake Dr East, Ste 210
Cherry Hill, NJ 08002
**Email: erelkin@weitzlux.com**

**ELECTRONIC MAIL**
Weitz & Luxenberg, P.C.
Attn Danny Kraft, Lisa N. Busch, Justine Delaney & Perry Weitz
700 Broadway
New York, NY 10003
**Email: dkraftjr@weitzlux.com;
jdelaney@weitzlux.com;
lbusch@weitzlux.com**

**ELECTRONIC MAIL**
*(Counsel to J & J and J & J Consumer Inc.)*
White & Case LLP
Attn Jessica Lauria, Glenn M Kurtz & Ricardo Pasianotto
1221 Avenue Of The Americas
New York, NY 10020-1095
**Email: jessica.lauria@whitecase.com;
gkurtz@whitecase.com;
ricardo.pasianotto@whitecase.com**

**ELECTRONIC MAIL**
*(Counsel to J & J and J & J Consumer Inc.)*
White & Case LLP
Attn Michael C Shepherd & Laura L Femino
200 South Biscayne Blvd, Ste 4900
Miami, FL 33131-2352
**Email: mshepherd@whitecase.com;
laura.femino@whitecase.com**

**ELECTRONIC MAIL**
*(Counsel to J & J and J & J Consumer Inc.)*
White & Case LLP
Attn Blair Warner
111 South Wacker Dr, Ste 5100
Chicago, IL 60606-4302
**Email: blair.warner@whitecase.com**

**ELECTRONIC MAIL**
*(Proposed Local Counsel to the Debtor)*
Wollmuth Maher & Deutsch LLP
Attn: James N. Lawlor, Paul Defilippo
500 Fifth Avenue, 12Th Fl
New York, NY 10110
**Email: jlawlor@wmd-law.com;
pdefilippo@wmd-law.com**