| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**PORZIO, BROMBERG & NEWMAN, P.C.**<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, New Jersey 07962<br>(973) 538-4006<br>Kelly D. Curtin, Esq. (kdcurtin@pbnlaw.com)<br>Rachel A. Parisi, Esq. (raparisi@pbnlaw.com)<br><br>*Local Counsel for Rio Tinto America Holdings Inc., Rio Tinto America Inc., Rio Tinto Services Inc., Three Crowns Insurance Company (formerly Three Crowns Insurance Company Limited), and Metals & Minerals Insurance Company Pte. Ltd.*<br><br>-and-<br><br>**WILMER CUTLER PICKERING HALE AND DORR LLP**<br>1875 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br>(202) 663-6000<br>Daniele Spinelli, Esq. (Danielle.Spinelli@wilmerhale.com)<br>Isley M. Gostin, Esq. (Isley.Gostin@wilmerhale.com)<br><br>7 World Trade Center<br>250 Greenwich St.<br>New York, New York 10007<br>(212) 230-8800<br>Salvatore M. Daniele, Esq. (Sal.Daniele@wilmerhale.com)<br><br>-and-<br><br>**FARELLA BRAUN + MARTEL LLP**<br>235 Montgomery Street, 17th Floor<br>San Francisco, California 94104<br>(415) 954-4400<br>John D. Green, Esq. (jgreen@fbm.com)<br>Erica Villanueva, Esq. (evillanueva@fbm.com)<br><br>*Co-Counsel for Rio Tinto America Holdings Inc., Rio Tinto America Inc., Rio Tinto Services Inc., Three Crowns Insurance Company (formerly Three Crowns Insurance Company Limited), and Metals & Minerals Insurance Company Pte. Ltd.* |

| | |
|---|---|
| In Re:<br><br>LTL MANAGEMENT LLC,<br><br>Debtor. | Chapter: 11<br><br>Case No.: 21-30589 (MBK) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

6639642

**PLEASE TAKE NOTICE** that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Rio Tinto America Holdings Inc., Rio Tinto America Inc., Rio Tinto Services Inc., Three Crowns Insurance Company (formerly Three Crowns Insurance Company Limited), and Metals & Minerals Insurance Company Pte. Ltd. (collectively, "Rio Tinto") in the above-captioned chapter 11 case. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS        Kelly D. Curtin, Esq.
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
Morristown, New Jersey 07962
(973) 538-4006
(973) 538-5146 Facsimile
kdcurtin@pbnlaw.com

DOCUMENTS:

☒All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒All documents and pleadings of any nature.

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of an application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

6639642

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Rio Tinto's: (i) right to have a final order in non-core matters entered only after de novo review by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Rio Tinto is or may be entitled to under agreements, in law, or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Dated:  December 13, 2021                **PORZIO, BROMBERG & NEWMAN, P.C.**

By   */s/ Kelly D. Curtin*
       Kelly D. Curtin

*Local Counsel for Rio Tinto America Holdings Inc., Rio Tinto America Inc., Rio Tinto Services Inc., Three Crowns Insurance Company (formerly Three Crowns Insurance Company Limited), and Metals & Minerals Insurance Company Pte. Ltd.*

6639642