**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*PROPOSED ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 21-30589 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON DECEMBER 15, 2021 AT 10:00 A.M.**

*Parties are directed to https://www.njb.uscourts.gov/LTL*
*for appearing via Court-Solutions or in-person, or observing via zoom*

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

NAI-1524415442

**CONTESTED MATTERS BEING ADJOURNED**

1. Debtor's Motion for an Order Authorizing Establishment of a Qualified Settlement Fund for Payment of Talc Claims [Dkt. 8] (the "QSF Motion").

   **Status:  This matter has been adjourned to February 18, 2022 by agreement with the Official Committee of Talc Claimants (the "Talc Committee") and with permission of the Court.**

2. Debtor's Motion for an Order (A) Authorizing the Filing Under Seal of Certain Confidential Commercial Information in Connection With the QSF Motion and (B), If Necessary, In Camera Hearing [Dkt. 9].

   **Status:  This matter has been adjourned to February 18, 2022 by agreement with the Talc Committee and with permission of the Court.**

**UNCONTESTED MATTERS GOING FORWARD**

3. Application of the Official Committee of Talc Claimants to Retain and Employ Brown Rudnick LLP as Co-Counsel Effective as of November 12, 2021 [Dkts. 386, 501].

   **Status:  This matter is going forward.**

   Objection Deadline:  December 8, 2021

   Related Documents:  None.

   Objections Received:   None.

4. Application to Retain and Employ Parkins Lee & Rubio LLP as Special Counsel for the Official Committee of Talc Claimants as of November 12, 2021 [Dkts. 388, 505].

   **Status:  This matter is going forward.**

   Objection Deadline:  December 8, 2021

   Related Documents:

   A. Supplemental Certification of Professional in Support of Application For Retention of Professional [Dkt. 742].

   B. Second Supplemental Certification of Professional in Support of Application For Retention of Professional [Dkt. 794].

   Objections Received:   None.

5. Application of the Official Committee of Talc Claimants to Retain and Employ Bailey & Glasser LLP as Co-Lead Counsel Effective as of November 12, 2021 [Dkts. 385, 389, 502].

    **Status: This matter is going forward.**

    Objection Deadline: December 8, 2021

    Related Documents:

    A. Supplemental Declaration of Thomas B. Bennett in Support of the Application of the Official Committee of Talc Claimants to Retain and Employ Bailey & Glasser LLP as Co-Lead Counsel Effective as of November 11, 2021 [Dkt. 781].

    Objections Received: None.

6. Application for Retention of Professional Massey & Gail LLP as Special Counsel to the Official Committee of Talc Claimants, Effective as of November 15, 2021 [Dkts. 394, 504].

    **Status: This matter is going forward.**

    Objection Deadline: December 8, 2021

    Related Documents:

    A. Supplemental Certification of Professional in Support of Amended Application for Retention of Special Counsel, Massey & Gail LLP, Effective as of November 15, 2021 [Dkt. 741].

    B. Supplemental Certification Of Professional In Support Of Amended Application For Retention Of Special Counsel, Massey & Gail LLP, Effective as of November 15, 2021 [Dkt. 764].

    Objections Received: None.

7. Application for Retention of Genova Burns LLC as Local Counsel to Talc Committee [Dkt. 422].

    **Status: This matter is going forward.**

    Objection Deadline: December 8, 2021

    Related Documents:

    A. Supplemental Certification of Professional in Support of Application of Retention of Professional [Dkt. 796].

Objections Received:   None.

8. Application for Retention of Professional, Otterbourg P.C. as Co-Counsel to the Official Committee of Talc Claimants, Effective as of November 12, 2021 [Dkts. 387, 503].

    **Status:  This matter is going forward.**

    Objection Deadline:  December 8, 2021

    Related Documents:

    A.   Supplemental Certification of Professional in Support of Amended Application for Retention of Professional, Otterbourg P.C., Effective As of November 12, 2021 [Dkt. 775].

    Objections Received:   None.

9. The Miller Firm, LLC'S Application on Behalf of Certain Talc Personal Injury Claimants to Add Michael J. Miller to the Official Committee of Talc Claimants [Dkt. 466].

    **Status:  This matter is going forward.**

    Objection Deadline:  December 8, 2021

    Related Documents:

    A.   Application for Order Shortening Time [Dkt. 470].

    B.   Order Shortening Time Period for Notice, Setting Preliminary Hearing and Limiting Notice [Dkt. 474].

    Objections Received:   None.

10. Application for Retention of Wollmuth Maher & Deutsch LLP, as Co-Counsel for the Debtor, Nunc Pro Tunc to November 12, 2021 [Dkt. 483].

    **Status:  This matter is going forward.**

    Objection Deadline:  December 8, 2021

    Related Documents:

    A.   Declaration of Paul R. Defilippo in Support of Application for Retention of Wollmuth Maher & Deutsch LLP [Dkt. 725].

    Objections Received:   None.

**CONTESTED MATTERS GOING FORWARD**

11. Debtor's Motion for an Order Authorizing the Retention and Compensation of Professionals Utilized by the Debtor in the Ordinary Course of Business [Dkt. 12].

    **Status:  This matter is going forward.**

    Objection Deadline:  December 8, 2021

    Related Documents:

    A. Debtor's Omnibus Reply in Support of Professional Retention Applications and Motion Authorizing Retention and Compensation of Ordinary Course Professionals  [Dkt. 810] (the "Debtor's Reply").

    Objections Received:

    B. Talc Committee's Omnibus Limited Objection to Debtor's Retention Applications and Ordinary Course Professionals Motion [Dkt. 750] (the "Talc Committee Objection").

12. Debtor's Application for Retention of Jones Day as Counsel, Effective As Of October 14, 2021 [Dkts. 404, 541].

    **Status:  This matter is going forward.**

    Objection Deadline:  December 8, 2021

    Related Documents:

    A. The Debtor's Reply.

    Objections Received:

    B. The Talc Committee Objection.

    C. Objection of Aylstock, Witkin, Kreis & Overholtz, PLLC to Application for Retention of Jones Day  [Dkt. 753].

    D. Objection of the United States Trustee to Debtor's Application for Retention of Jones Day, Effective as of October 14, 2021 [Dkt. 758].

13. Debtor's Application for Retention of King & Spalding LLP as Special Counsel, Effective as of October 14, 2021 [Dkts. 407, 549].

    **Status:  This matter is going forward.**

    Objection Deadline:  December 8, 2021

Related Documents:

A. Declaration of Kristen Renee Fournier in Support of Application for Retention of King & Spalding LLP [Dkt. 779].

B. The Debtor's Reply.

Objections Received:

C. The Talc Committee Objection.

14. Debtor's Application for Retention of Bates White, LLC as Talc Consultants, Effective as of October 14, 2021 [Dkts. 410, 547].

**Status:  This matter is going forward.**

Objection Deadline:  December 8, 2021

Related Documents:

A. Supplemental Certification of Charles H. Mullin, Ph.D. in Support of Application for Retention of Bates White, LLC, Effective as of October 14, 2021 [Dkt. 803].

B. The Debtor's Reply.

Objections Received:

C. The Talc Committee Objection.

15. Debtor's Application for an Order Authorizing it to Retain and Employ Shook, Hardy & Bacon L.L.P. as Special Counsel as of the Petition Date [Dkts. 411, 550].

**Status:  This matter is going forward.**

Objection Deadline:  December 8, 2021

Related Documents:

A. Supplemental Declaration of Kathleen A. Frazier in Support of Application for Retention of Shook, Hardy & Bacon L.L.P., Effective As of October 14, 2021 [Dkt. 778].

B. The Debtor's Reply.

Objections Received:

C. The Talc Committee Objection.

16. Application for Retention of AlixPartners, LLP as Financial Advisor for the Debtor Effective as of the Petition Date [Dkts. 412, 551].

    **Status:  This matter is going forward.**

    Objection Deadline:  December 8, 2021

    Related Documents:

    A.  First Supplemental Certification of John R. Castellano in Support of Application for Retention of AlixPartners, LLP as Financial Advisor for the Debtor Effective as of the Petition Date [Dkt. 783].

    B.  The Debtor's Reply.

    Objections Received:

    C.  The Talc Committee Objection.

17. Debtor's Application For Retention of McCarter & English LLP as Special Counsel, Effective as of October 14, 2021 [Dkts. 414, 555].

    **Status:  This matter is going forward.**

    Objection Deadline:  December 8, 2021

    Related Documents:

    A.  Supplemental Certification of Thomas W. Ladd in Support of Application for Retention of McCarter & English, LLP, Effective as of October 14, 2021 [Dkt. 799].

    B.  The Debtor's Reply.

    Objections Received:

    C.  The Talc Committee Objection.

18. Debtor's Application for Retention of Weil, Gotshal & Manges LLP as Special Counsel as of the Petition Date [Dkt. 413, 552].

    **Status:  This matter is going forward.**

    Objection Deadline:  December 8, 2021

<u>Related Documents</u>:

A.  Supplemental Certification of Ronit J. Berkovich in Support of Application for Retention of Weil, Gotshal & Manges LLP as Special Counsel as of the Petition Date [Dkt. 782].

B.  The Debtor's Reply.

<u>Objections Received</u>:

C.  The Talc Committee Objection.

19. Debtor's Motion Pursuant to 11 U.S.C. § 1505 for an Order Authorizing It to Act as Foreign Representative on Behalf of the Debtor's Estate [Dkt. 546] (the "<u>Foreign Representative Motion</u>").

    **Status:  This matter is going forward.**

    <u>Objection Deadline</u>:  December 8, 2021

    <u>Related Documents</u>:

    A.  Debtor's Reply in Support of the Foreign Representative Motion [Dkt. 809].

    <u>Objections Received</u>:

    B.  Objection of the Talc Committee to the Foreign Representative Motion [Dkt. 747].

    C.  Aylstock, Witkin, Kreis & Overholtz, PLL Objection to the Foreign Representative Motion [Dkt. 752].

| | |
|---|---|
| Dated: December 13, 2021 | **WOLLMUTH MAHER & DEUTSCH LLP**<br><br>*/s/ Paul R. DeFilippo*<br>Paul R. DeFilippo, Esq.<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>Facsimile: (212) 382-0050<br>pdefilippo@wmd-law.com<br><br>**JONES DAY**<br>Gregory M. Gordon, Esq.<br>Brad B. Erens, Esq.<br>Dan B. Prieto, Esq.<br>Amanda Rush, Esq.<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>gmgordon@jonesday.com<br>bberens@jonesday.com<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br>(Admitted *pro hac vice*)<br>*PROPOSED ATTORNEYS FOR DEBTOR* |