UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PARKINS LEE & RUBIO LLP
700 Milam Street, Suite 1300
Houston, Texas 77002
713-715-1660
*Proposed Special Counsel to Official Committee of Talc Claimants of LTL Management LLC*
Lenard M. Parkins, Esq.
Charles M. Rubio, Esq.

Order Filed on December 16, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

LTL Management LLC

Debtor.

Case No.:   21-30589

Judge:   Michael B. Kaplan

Chapter:   11

## REVISED ORDER AUTHORIZING RETENTION OF

## PARKINS LEE & RUBIO LLP

The relief set forth on the following page is **ORDERED**.

**DATED: December 16, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain <u>Parkins Lee & Rubio LLP</u> ("PLR") as <u>Special Counsel to the Official Committee of Talc Claimants</u>, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is:   <u>700 Milam Street, Suite 1300</u>

   <u>Houston, Texas 77002</u>

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is  ☐ Granted   ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is November 11, 2021.

5. (i) PLR will only bill 50% for non-working travel and shall not seek the reimbursement of any fees or costs, including attorney fees and costs, arising from the defense of any of PLR's fee applications in this case; (ii) PLR will agree to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013 (the "U.S. Trustee Guidelines"); (iii) PLR will use the billing and expense categories set forth in the US Trustee Guidelines (Exhibit D-1 "Summary of Compensation Requested by Project Category); (iv) PLR will provide any and all monthly fee statements, interim fee applications, and final fee applications in "LEDES" format to the United States Trustee; and (v) any and all compensation to be paid to PLR for services rendered on the Committee's behalf shall be fixed by application to the Court in accordance with Sections 330 and 331 of the Bankruptcy Code, such Federal Rules and Local Rules as may then be applicable, and any orders entered in this case governing the compensation and reimbursement of professionals for services rendered and charges and disbursements incurred.