| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**KLEHR HARRISON HARVEY BRANZBURG, LLP**<br>Morton R. Branzburg, Esquire<br>Carol Ann Slocum, Esquire<br>10000 Lincoln Drive East, Suite 201<br>Marlton, New Jersey 08053<br>(856) 486-6961<br>cslocum@klehr.com<br>Attorneys for Ad Hoc Mesothelioma Committee | Case No.: 21-30589<br><br>Chapter: 11<br><br>Judge: Michael B. Kaplan |
| In re:<br><br>LTL MANAGEMENT, LLC,[1]<br><br>                              Debtor | |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of the Ad Hoc Mesothelioma Committee. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    Morton R. Branzburg, Esquire
            Klehr Harrison Harvey Branzburg, LLP
            1835 Market Street
            Philadelphia, PA  19103

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

                                        KLEHR HARRISON HARVEY
                                            BRANZBURG, LLP

Dated:  December 20, 2021               By:  /s/ Morton R. Branzburg

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey  08933.

PHIL1 8174117v.1