UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Martha R. Hildebrandt, Esq.
Jeffrey M. Sponder, Esq.
Mitchell B. Hausman, Esq.
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: Jeffrey.M.Sponder@usdoj.gov
Email: Mitchell.B.Hausman@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| LTL Management, LLC, | : | Case No. 21-30589 (MBK) |
| | : | |
| Debtor | : | The Honorable Michael B. Kaplan |
| | : | |

**NOTICE OF THE UNITED STATES TRUSTEE'S FILING OF RECONSTITUTED AND AMENDED: (i) NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF TALC CLAIMANTS I; AND (ii) NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF TALC CLAIMANTS II**

NOTICE is hereby given of the following:

On November 8, 2021, the Bankruptcy Court for the Western District of North Carolina filed an *Order Appointing the Official Committee of Talc Claimants*. *See* Dkt. 355.

On November 16, 2021, an order was entered transferring venue of this case to the District of New Jersey. *See* Dkt. 416.

Pursuant to his obligations under 11 U.S.C. § 1102(a), Andrew R. Vara, the United States Trustee for Region 3 ("U.S. Trustee"), hereby reconstitutes and amends the Official Committee of Talc Claimants and appoints the Official Committee of Talc Claimants I and the Official

Committee of Talc Claimants II as set forth in the attached Notices of Appointment. As the U.S. Trustee has taken action to expand membership, no member from the Official Committee of Talc Claimants as originally constituted has been removed from committee membership.

        ANDREW R. VARA
        UNITED STATES TRUSTEE
        Regions 3 & 9

By: */s/ Martha R. Hildebrandt*
        Martha R. Hildebrandt
        Assistant United States Trustee

        Jeffrey M. Sponder
        Trial Attorney
        Mitchell B. Hausman
        Trial Attorney

Date:   December 23, 2021