UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Martha R. Hildebrandt, Esq.
Jeffrey M. Sponder, Esq.
Mitchell B. Hausman, Esq.
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: Jeffrey.M.Sponder@usdoj.gov
Email: Mitchell.B.Hausman@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Chapter 11 |
| LTL Management, LLC, | Case No. 21-30589 (MBK) |
| Debtor | The Honorable Michael B. Kaplan |

**NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF TALC CLAIMANTS I**

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, the United States Trustee hereby appoints effective December 23, 2021, the below listed creditors to the Official Committee of Talc Claimants I[1] in the above captioned case.

| | | |
|---|---|---|
| Kellie Bewer<br>*Counsel*:<br>Majed Nachawati, Esq.<br>Fears Nachawati Law Firm<br>5473 Blair Road<br>Dallas, TX 75231<br>Tel: (214) 461-6170<br>Email: MN@fnlawfirm.com | Blue Cross Blue Shield of Massachusetts<br>*Counsel:*<br>Elizabeth Carter, Esq.<br>Hill Hill Carter Franco Cole & Black, PC<br>425 Perry Street<br>Montgomery, AL 36104<br>Tel: (334) 386-4337<br>Email: ecarter@hillhillcarter.com | **Brandi Carl**<br>*Counsel:*<br>**Richard Golomb, Esq.**<br>**Golomb Spirt Grunfeld**<br>**1835 Market Street**<br>**Suite 2900**<br>**Philadelphia, PA 19103**<br>**Tel: (215) 985-9177**<br>**Email: rgolomb@golomblegal.com** |

---

[1] Newly appointed members are reflected in bold.

Page 2
LTL Management, LLC
Appointment of Official Committee of Talc Claimants I

| | | |
|---|---|---|
| **Shirleeta Ellison**<br>*Counsel:*<br>**Daniel Lapinski, Esq.**<br>**Motley Rice, LLC**<br>**210 Lake Drive East, Suite 101,**<br>**Cherry, NJ 08002**<br>**Tel: (856) 382-4670**<br>**Email:**<br>**dlapinski@motleyrice.com** | Darlene Evans as estate representative of Eron Evans<br>*Counsel:*<br>James Onder, Esq.<br>OnderLaw, LLC<br>110 East Lockwood Avenue<br>St. Louis, MO 63119<br>Tel: (314) 963-9000<br>Email: Onder@onderlaw.com | April Fair<br>*Counsel:*<br>Mark Robinson, Jr., Esq.<br>Robinson Calcagnie, Inc.<br>19 Corporate Plaza Drive<br>Newport Beach, CA 92660<br>Tel.: (949) 720-1288<br>Email: mrobinson@robinsonfirm.com |
| William Henry as estate representative of Debra Henry<br>*Counsel:*<br>Christopher Tisi, Esq.<br>Levin Papantonio Rafferty<br>316 S Baylen Street, Suite 600<br>Pensacola, FL 32502<br>Tel: (850) 435-7000<br>Email: ctisis@levinlaw.com | Alisha Landrum<br>*Counsel:*<br>Leigh O'Dell, Esq.<br>Beasley Allen Law Firm<br>PO Box 4160<br>Montgomery, AL 36103<br>Tel.: (800) 898-2034<br>Email:<br>leigh.odell@beasleyallen.com | Rebecca Love<br>*Counsel:*<br>Michelle Parfitt, Esq.<br>Ashcraft & Gerel, LLP<br>1825 K Street, NW, Suite 700<br>Washington, DC 20006<br>Tel.: (202) 783-6400<br>Email: mparfitt@ashcraftlaw.com |

ANDREW R. VARA
UNITED STATES TRUSTEE
Regions 3 & 9


By: */s/ Martha R. Hildebrandt*
    Martha R. Hildebrandt
    Assistant United States Trustee

    Jeffrey M. Sponder
    Trial Attorney
    Mitchell B. Hausman
    Trial Attorney

Date:   December 23, 2021