UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Martha R. Hildebrandt, Esq.
Jeffrey M. Sponder, Esq.
Mitchell B. Hausman, Esq.
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: Jeffrey.M.Sponder@usdoj.gov
Email: Mitchell.B.Hausman@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Chapter 11 |
| LTL Management, LLC, | Case No. 21-30589 (MBK) |
| Debtor | The Honorable Michael B. Kaplan |

**NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF TALC CLAIMANTS II**

     Pursuant to Section 1102(a)(1) of the Bankruptcy Code, the United States Trustee hereby appoints effective December 23, 2021, the below listed creditors to the Official Committee of Talc Claimants II[1] in the above captioned case.

| | | |
|---|---|---|
| Patricia Cook<br>*Counsel*:<br>Perry Weitz, Esq.<br>Weitz & Luxenberg, P.C.<br>700 Broadway<br>New York, NY 10083<br>Tel: (212) 558-5500<br>Email: Pweitz@weitz.com | Randy Derouen<br>*Counsel:*<br>Audrey Raphael, Esq.<br>Levy Konigsberg LLP<br>605 Third Avenue, 33rd Fl<br>New York, NY 10158<br>Tel: (212) 605-6200<br>Email:<br>ARaphael@LevyLaw.com | Kristie Doyle as estate representative of Dan Doyle<br>*Counsel:*<br>Steven Kazan, Esq.<br>Kazan, McClain, Satterley & Greenwood PLC<br>55 Harrison St., Ste. 400<br>Oakland, CA 94607<br>Tel: (510) 302-1000<br>Email: SKazan@kazanlaw.com |

---

[1] Newly appointed members are reflected in bold.

Page 2
LTL Management, LLC
**Appointment of Official Committee of Talc Claimants II**

| **Evan Plotkin** | **Giovanni Sosa** | **Katherine Tollefson** |
|---|---|---|
| *Counsel:* | *Counsel:* | *Counsel:* |
| **Brad Smith, Esq.** | **John D. Cooney, Esq.** | **Jackie Rochelle, Esq.** |
| **Dean Omar Branham Shirley, LLP** | **Cooney & Conway** | **Maune Raichle Hartley French & Mudd, LLC** |
| 302 N. Market St. Suite 300, Dallas, TX 75202 | 120 North LaSalle, 30th Floor Chicago, IL 60602 | 1015 Locust Street St. Louis, MO 63191 |
| Tel: (214) 722-5990 | Tel: (312) 236-6166 | Tel: (314) 241-2003 |
| Email: **bsmith@dobslegal.com** | Email: **jcooney@cooneyconway.com** | Email: **cmckean@mrhfmlaw.com** |

Tonya Whetsel as estate representative of Brandon Whetsel
*Counsel:*
Erik Karst, Esq.
Karst von Oiste LLP
23923 Gosling Rd., Ste. A
Spring, TX 77389
Tel: (281) 970-9988

 

ANDREW R. VARA
UNITED STATES TRUSTEE
Regions 3 & 9

By: */s/ Martha R. Hildebrandt*
    Martha R. Hildebrandt
    Assistant United States Trustee

    Jeffrey M. Sponder
    Trial Attorney
    Mitchell B. Hausman
    Trial Attorney

Date:   December 23, 2021