

WILMINGTON, DE
LOS ANGELES, CA
SAN FRANCISCO, CA
NEW YORK, NY
HOUSTON, TX

919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

**TELEPHONE:** 302.652.4100
FACSIMILE: 302.652.4400

**LOS ANGELES**
10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067-4003

**TELEPHONE:** 310.277.6910
FACSIMILE: 310.201.0760

**SAN FRANCISCO**
ONE MARKET PLAZA, SPEAR TOWER
40th FLOOR, SUITE 4000
SAN FRANCISCO
CALIFORNIA 94105-1020

**TELEPHONE:** 415.263.7000
FACSIMILE: 415.263.7010

**NEW YORK**
780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

**TELEPHONE:** 212.561.7700
FACSIMILE: 212.561.7777

**TEXAS**
440 LOUISIANA STREET
SUITE 900
HOUSTON
TEXAS 77002-1062

**TELEPHONE:** 713.691.9385
FACSIMILE: 713.691.9407

WEB: www.pszjlaw.com

Laura Davis Jones        December 28, 2021        302.778.6401
                                                 ljones@pszjlaw.com

The Honorable Michael B. Kaplan
United States Bankruptcy Court
District of New Jersey
Clarkson S. Fisher US Courthouse
402 East State Street
Courtroom #8
Trenton, NJ  08608

      **Re:**    **LTL Management, LLC**
                **Case No. 21-30589 (MBK)**

Dear Chief Judge Kaplan:

      This Firm represents the law firm of Arnold & Itkin LLP ("Arnold & Itkin"), on behalf of certain personal injury claimants represented by Arnold & Itkin.  We reference the Court to the letter from Debtor's counsel dated December 27, 2021 [Docket Number 986].  We advise the Court and interested parties that Arnold & Itkin will also file a pleading in opposition to the Office of the United States Trustee's reconstitution of the official committee of talc claimants and the formation of a second committee, on additional grounds from the Debtor's stated opposition.

      We are available at the Court's convenience should Your Honor have any questions.

                Respectfully submitted,

                */s/ Laura Davis Jones*

                Laura Davis Jones