| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**SHERMAN, SILVERSTEIN,**<br>**KOHL, ROSE & PODOLSKY, P.A.**<br>308 Harper Drive, Suite 200<br>Moorestown, New Jersey 08057<br>856-662-0700<br>Arthur J. Abramowitz, Esq.<br>(aabramowitz@shermansilverstein.com)<br>Alan I. Moldoff, Esq.<br>(amoldoff@shermansilverstein.com)<br>Ross J. Switkes, Esq.<br>(rswitkes@shermansilverstein.com)<br>*Proposed Local Counsel to Official Committee of Talc Claimants II* | |
| In Re:<br><br>LTL MANAGEMENT LLC,<br><br>                     Debtor. | Case No. 21-30589 (MBK)<br><br>Chapter 11<br><br>Honorable Michael B. Kaplan, U.S.B.J., Chief |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of the Official Committee of Talc Claimants II. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:        Arthur J. Abramowitz, Esq.
                        Sherman, Silverstein, Kohl, Rose & Podolsky, P.A.
                        308 Harper Drive, Suite 200
                        Moorestown, New Jersey 08057
                        856-662-0700
                        aabramowitz@shermansilverstein.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: January 3, 2022                                     *s/ Arthur J. Abramowitz*
                                                                         Signature