| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Matthew I.W. Baker, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>mbaker@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ  07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br>*Proposed Local Counsel to Official Committee of Talc Claimants I* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Robert J. Stark, Esq.<br>Jeffrey L. Jonas, Esq.<br>Michael Winograd, Esq.<br>dmolton@brownrudnick.com<br>rstark@brownrudnick.com<br>jjonas@brownrudnick.com<br>mwinograd@brownrudnick.com<br>Seven Times Square<br>New York, NY  10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>and<br><br>Sunni P. Beville, Esq.<br>sbeville@brownrudnick.com<br>One Financial Center<br>Boston, MA  02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Proposed Co-Counsel for the*<br>*Official Committee of Talc Claimants I* |
| **PARKINS LEE & RUBIO LLP**<br>Leonard M. Parkins, Esq.<br>Charles M. Rubio, Esq.<br>lparkins@parkinslee.com<br>crubio@parkinslee.com<br>Pennzoil Place<br>700 Milan St., Suite 1300<br>Houston, TX  77002<br>Tel: (713) 715-1666<br>*Special Counsel for the Official Committee of Talc Claimants*<br>*Proposed Special Counsel for the*<br>*Official Committee of Talc Claimants I* | **OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Adam C. Silverstein, Esq.<br>Jennifer S. Feeney, Esq.<br>mcyganowski@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>230 Park Avenue<br>New York, NY  10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>*Proposed Co-Counsel for the*<br>*Official Committee of Talc Claimants I* |

| | |
|---|---|
| In re:<br><br>**LTL MANAGEMENT, LLC,**<br><br>                     Debtor. | Chapter 11<br><br>Case No.: 21-30589(MBK)<br><br>Honorable Michael B. Kaplan<br><br>**NOTICE OF DEPOSITION OF RICHARD DICKINSON** |

To:    RICHARD DICKINSON
        Chief Financial Officer, LTL Management LLC
        501 George Street
        New Brunswick, NJ 08933

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Bankruptcy Procedure 7026 and 7030 and Federal Rules of Civil Procedure 26 and 30, counsel for the Official Committee of Talc Claimants I, will take the testimony of Richard Dickinson at a deposition, under oath before a person authorized to administer such oaths, on **Thursday, January 24, 2022 at 9:00 a.m.**, by videotelephony conducted by Lexitas Legal with respect to all subject matter involved in this action. Testimony will be recorded by videotape and stenographer before an officer duly authorized by law to take testimony and administer oaths. This deposition will continue from day to day thereafter until completed, and it will be recorded and transcribed.

**PLEASE TAKE FURTHER NOTICE** that any persons wishing to attend may do so by sending an email to Jesse Weisfelner at Jesse.Weisfelner@lexitaslegal.com with a copy to Danielle A. D'Aquila at DDaquila@brownrudnick.com.

Dated: January 5, 2022                       **GENOVA BURNS LLC**

                                                               By: /s/ Donald W. Clarke     .
                                                               Donald W. Clarke, Esq.
                                                               *Proposed Local Counsel to the Official*
                                                               *Committee of Talc Claimants I*