UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-1(b)**

**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones
Karen B. Dine
Colin R. Robinson
Peter J. Keane
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
  kdine@pszjlaw.com
  crobinson@pszjlaw.com
  pkeane@pszjlaw.com

*Counsel to Arnold & Itkin LLP*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC, | Case No. 21-30589 (MBK) |
| Debtor.[1] | **Hearing Date and Time:**<br>January 19, 2022 at 10:00 a.m. (ET) |

**NOTICE OF MOTION FOR ORDER VACATING APPOINTMENT
OF SECOND OFFICIAL COMMITTEE OF TALC CLAIMANTS
AND ADDITION OF NEW COMMITTEE MEMBERS**

**PLEASE TAKE NOTICE** that, on January 19, 2022 at 10:00 a.m., or as soon thereafter as counsel may be heard, the law firm of Arnold & Itkin LLP ("Arnold & Itkin"), on behalf of certain personal injury claimants represented by Arnold & Itkin (the "Movants"), through its undersigned counsel, shall move before the Honorable Michael B. Kaplan, United States Bankruptcy Judge, at the United States Bankruptcy Court, Clarkson S. Fisher U.S. Courthouse,

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

DOCS_DE:237605.3 05471/002

402 East State Street, Trenton, New Jersey 08608, for the entry of an order vacating the appointment of a second official committee of talc claimants and the addition of new committee members pursuant to section 1102 of the Bankruptcy Code (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to D.N.J. LBR 9013-2, responsive papers, if any, must be filed with the Clerk of the Bankruptcy Court, Clarkson S. Fisher Courthouse, 402 East State Street, Trenton, New Jersey 08608, and served upon (a) Arnold & Itkin's undersigned counsel, (b) Debtor's counsel, (c) the proposed counsel to the Official Committee of Talc Claimants, and (d) any other party entitled to notice no later than January 14, 2022 at 5:00 p.m. EST.

**PLEASE TAKE FURTHER NOTICE** that, unless an objection is timely filed and served, the Motion will be deemed uncontested in accordance with D.N.J. LBR 9013-3(d) and the relief may be granted without a hearing.

Dated: January 5, 2022

**PACHULSKI STANG ZIEHL & JONES LLP**

By: */s/ Colin R. Robinson*
Laura Davis Jones
Karen B. Dine
Colin R. Robinson
Peter J. Keane
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
      kdine@pszjlaw.com
      crobinson@pszjlaw.com
      pkeane@pszjlaw.com

*Counsel for Arnold & Itkin LLP*