# **EXHIBIT B**

In re LTL Management, LLC  
Case No. 21-30589 (MBK)

Arnold & Itkin LLP Motion for Order Vacating Appointment  
Of Second Official Committee  
And Addition of New Committee Members

Exhibit B

| Case Name | Chapter | Case Number | Court | Type of Tort | Committee(s) Appointed | Docket Nos. |
|---|---|---|---|---|---|---|
| Cyprus Mines Corporation | 11 | 21-10398 | Delaware | Talc | Committee of Talc Claimants | 96 |
| Mallinckrodt plc | 11 | 20-12522 | Delaware | Opioids | Committee of Opioid Related Claimants/UCC | 306, 308 |
| Boy Scouts of America | 11 | 20-10343 | Delaware | Abuse | Committee of Tort Claimants/Committee of Trade Creditors | 142, 141` |
| In re Paddock Enterprises, LLC (O-I Glass, Inc.) | 11 | 20-10028 | Delaware | Asbestos | Committee of Personal Injury Asbestos Claimants | 47 |
| Insys Therapeutics, Inc. | 11 | 19-11292 | Delaware | Opioids | UCC - includes tort claimants | 88 |
| Imerys Talc America, Inc. | 11 | 19-10289 | Delaware | Talc | Committee of Tort Claimants/UCC | 132, 131 |
| Maremont Corporation | 11 | 19-10118 | Delaware | Asbestos | Committee of Asbestos Personal Injury Claimants | 47 |
| The Weinstein Company | 11 | 18-10601 | Delaware | Abuse | UCC- includes tort claimants | 112 |
| TK Holdings Inc. (Takata) | 11 | 17-11375 | Delaware | Airbags | Committee of Tort Claimants/Committee of Trade Creditors | 164, 167 |
| Maxus Energy Corporation | 11 | 16-11501 | Delaware | Asbestos | UCC/Retirees | 93, 641 |
| Reichhold Holdings | 11 | 14-12237 | Delaware | Asbestos | UCC/Retirees/Non-Union Retirees | 111, 588, 665 |
| NMBFiL Inc. | 11 | 14-11942 | Delaware | Asbestos | Committee of Asbestos Personal Injury Claimants | 75 |
| Energy Future Holdings | 11 | 14-10979 | Delaware | Asbestos | UCC (2) | 420, 2570 |
| Yarway Corp. | 11 | 13-11025 | Delaware | Asbestos | Committee of Asbestos Personal Injury Claimants | 43 |
| Overseas Shipholding Group | 11 | 12-20000 | Delaware | Asbestos | UCC | 97 |
| Blitz U.S.A. Inc. | 11 | 11-13603 | Delaware | Defective product (gas cans) | UCC - includes tort claimants | 63 |
| Leslie Controls | 11 | 10-12199 | Delaware | Asbestos | UCC - all tort claimants | 69 |
| Bondex Int'l | 11 | 10-11780 | Delaware | Asbestos | Committee of Asbestos Personal Injury Claimants | 75 |
| Catholic Diocese of Wilmington | 11 | 09-13560 | Delaware | Abuse | UCC - all tort claimants | 82 |
| Masonite Corporation | 11 | 09-10844 | Delaware | Asbestos | None | 115 |
| Federal Mogul | 11 | 01-10578 | Delaware | Asbestos | UCC/Asbestos Personal Injury/Asbestos Property Damage/Equity | 250, 248, 1874, 3671 |
| WR Grace | 11 | 01-01139 | Delaware | Asbestos | UCC/Asbestos PI/Asbestos PD/Equity (FCRS for both) | 94, 95, 96, 532 |
| Armstrong | 11 | 00-4471 | Delaware | Asbestos | UCC/Abestos PI/Asbestos PD | 90, 91, 1075 |
| Babcock & Wilcox | 11 | 00-10992 | Louisiana | Asbestos | Committee of Asbestos Claimants/UCC | 95, 305 |
| Kaiser Gypsum | 11 | 16-31602 | North Carolina | Asbestos | Committee of Asbestos Personal Injury Claimants | 100 |
| Sepco Corp. | 11 | 16-50058 | Ohio | Asbestos | Committee of Asbestos Claimants | 37 |
| Oakfabco | 11 | 15-27062 | Illinois | Asbestos | Committee of Asbestos Claimants | 51 |
| Montreal Maine | 11 | 13-10679 | Maine | Accident | Committee of Accident Victims | 391 |
| Hercules | 11 | 08-27822 | New Jersey | Asbestos | Committee of Unsecured Asbestos Claimants | 133 |
| Saint Vincents | 11 | 05-14945 | New York | Med Mal | UCC | 106 |
| Catholic Bishop | 11 | 04-08822 | Washington | Abuse | Committee of Tort Claimants/Committee of Prepetition Lawsuits Tort Litigants | 90, 206 |
| Owens Corning | 11 | 00-3837 | Delaware | Asbestos | UCC/Committee of Asbestos Claimants | 174, 175 |