UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-1(b)**

**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones
Karen B. Dine
Colin R. Robinson
Peter J. Keane
919 N. Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: ljones@pszjlaw.com
          kdine@pszjlaw.com
          crobinson@pszjlaw.com
          pkeane@pszjlaw.com

*Counsel to Arnold & Itkin LLP*

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 21-30589 (MBK) |

**ORDER VACATING APPOINTMENT OF SECOND
OFFICIAL COMMITTEE OF TALC CLAIMANTS
AND ADDITION OF NEW COMMITTEE MEMBERS**

The relief set forth on the following page is hereby **ORDERED**.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

DOCS_DE:237606.2 05471/002

*Debtor:*     LTL Management LLC
*Case No.:*   21-30589-MBK
*Caption:*    Order Vacating Appointment of Second Official Committee of Talc Claimants and Addition of New Committee Members

---

This matter having come before the Court upon the Motion of Arnold & Itkin LLP, on behalf of talc personal injury claimants represented by Arnold & Itkin LLP, seeking entry of an order vacating the appointment of a second official committee of talc claimants and new committee members, and the Court having reviewed the Motion and any opposition thereto, and finding good cause for the entry of the within Order;

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The notice filed by the Office of the United States Trustee ("UST") at Docket No. 965 appointing a second official committee of talc claimants and new committee members is hereby VACATED.

2. The *Order Appointing the Official Committee of Talc Claimants* filed at Docket No. 355 shall control and the Official Committee of Talc Claimants appointed thereby (comprised of the members appointed thereby) shall remain in place and be the only official committee of talc claimants in this case.

3. The within Order shall be deemed served on all parties upon its ECF filing.