UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-1(b)**

**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones
Karen B. Dine
Colin R. Robinson
Peter J. Keane
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
    kdine@pszjlaw.com
    crobinson@pszjlaw.com
    pkeane@pszjlaw.com

*Counsel to Arnold & Itkin LLP*

---

In re:

LTL MANAGEMENT LLC,

    Debtor.[2]

Chapter 11

Case No. 21-30589 (MBK)

Judge: Michael Kaplan

**Hearing Date and Time:**
Feb. 15, 2022 at 10:00 a.m. (ET)

## CERTIFICATION OF SERVICE

1. I, Colin R. Robinson, represent Arnold & Itkin LLP in this matter.

2. On January 5, 2022, I sent a copy of the following pleadings and/or documents to the parties on the attached service list.

   - Notice of Motion for Order Vacating Appointment of Second Official Committee of Talc Claimants and Addition of New Committee Members; and

---

[2] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

- Proposed Order on Motion for Order Vacating Appointment of Second Official Committee of Talc Claimants and Addition of New Committee Members

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: January 5, 2022    */s/ Colin R. Robinson*
Colin R. Robinson

LTL Management LLC Expedited
NJ Case No. 21-30589 (MBK)
Document No. 237265
05—Overnight Delivery
214—Electronic Mail (Email)

(Counsel for Arnold & Itkin)
Laura Davis Jones, Esq.
Karen B. Dine, Esq.
Peter J. Keane, Esq.
Colin R. Robinson, Esq.
Pachulski, Stang, Ziehl & Jones LLP
919 N. Market Street, 29th Floor
Wilmington, DE  19808
**Email: ljones@pszjlaw.com;**
**kdine@pszjlaw.com;**
**pkeane@pszjlaw.com;**
**crobinson@pszjlaw.com**

*OVERNIGHT DELIVERY*
Driscoll Firm, LLC
John Driscoll, Esq.
211 North Broadway, 40th Floor
St. Louis, MO  63102

*OVERNIGHT DELIVERY*
Johnson Law Group
Blake Tanase
Basil Adham
2925 Richmond Ave, Ste 1700
Houston, TX  77098

*OVERNIGHT DELIVERY*
(Counsel to Linda Rabasca and Brandi Carl)
Law Offices of R. Keith Johnson, P.A.
R. Keith Johnson, Esq.
1275 S. NC Bus. Hwy. 16
Stanley, NC  28164

*OVERNIGHT DELIVERY*
Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc.
Mark P. Robinson, Jr.
19 Corporate Plaza Drive
Newport Beach, CA  92660

*OVERNIGHT DELIVERY*
Williams Hart Law Firm
John Boundas, Esq.
Sejal Brahmnhatt, Esq.
Walt Cubberly, Esq.
Margot Trevino, Esq.
8441 Gulf Freeway, Ste 600
Houston, TX  77017

*ELECTRONIC DELIVERY*
Levin Papantonio Rafferty
Christopher Tisi, Esq.
316 S Baylen Street, Suite 600
Pensacola, Fl 325002
**Email:  ctisi@levinlaw.com**

*ELECTRONIC MAIL*
Arnold & Itkin LLP
Kurt B Arnold, Esq.
Caj Boatright, Esq.
Roland Christensen, Esq.
Jason Itkin, Esq.
6009 Memorial Drive
Houston, TX  77007
**Email:  cboatright@arnolditkin.com;**
**christensen@arnolditkin.com;**
**jitkin@arnolditkin.com**

*ELECTRONIC MAIL*
Hill Hill Carter Franco Cole & Black, PC
Elizabeth Carter, Esq.
425 Perry Street
Montgomery, AL  36104
**Email: ecarter@hillhillcarter.com**

*ELECTRONIC MAIL*
(Counsel To Various Claimants)
Law Firm of Brian W Hofmeister, LLC
Brian W. Hofmeister, Esq.
313 Princeton Pike, Bldg 5, Ste 110
Lawrenceville, NJ  08648
**Email:  bwh@hofmeisterfirm.com**

***ELECTRONIC MAIL***
Ashcraft & Gerel, LLP
Michelle Parfitt, Esq.
James F. Green, Esq.
Patrick Lyons, Esq.
1825 K Street, NW, Ste 70
Washington, DC 20006
**Email: jgreen@ashcraftlaw.com; plyons@ashcraftlaw.com; mparfitt@ashcraftlaw.com**

***ELECTRONIC MAIL***
Aylstock Witkin Kreis & Overholtz PLLC
Mary Putnick, Esq.
Daniel Thornburgh, Esq.
17 E. Main St, Ste 200
P.O. Box 12630
Pensacola, FL 32502
**Email: Marybeth@putnicklegal.com; Dthornburgh@awkolaw.com**

***ELECTRONIC MAIL***
(Counsel Albertsons Companies, Inc.)
Ballard Spahr LLP
Tobey M. Daluz, Esq.
Leslie C. Heilman, Esq.
Laurel D. Roglen, Esq.
919 N. Market Street, 11th Floor
Wilmington, DE 19801
**Email: daluzt@ballardspahr.com; heilmanl@ballardspahr.com; roglenl@ballardspahr.com**

***ELECTRONIC MAIL***
Barnes Firm
Joe Vazquez, Esq.
420 Lexington Ave, Ste 2140
New York, NY 10170
**Email: joe.vazquez@thebarnesfirm.com**

***ELECTRONIC MAIL***
Beasley Allen Law Firm
Charlie Stern, Esq.
Leigh O'Dell, Esq.
218 Commerce St
P.O. Box 4160
Montgomery, AL 36104
**Email: charlie.stern@beasleyallen.com; leigh.odell@beasleyallen.com**

***ELECTRONIC MAIL***
(Counsel To Imerys Talc America, Inc)
Blanco Tackabery & Matamoros, P.A.
Ashley S. Rusher, Esq.
404 North Marshall St
Winston-Salem, NC 27101
**Email: asr@blancolaw.com**

***ELECTRONIC MAIL***
(Proposed Co-Counsel To The Committee Of Talc Claimants)
Brown Rudnick LLP
Sunni P. Beville, Esq.
One Financial Center
Boston, Ma 02111
**Email: sbeville@brownrudnick.com**

***ELECTRONIC MAIL***
(Counsel to Official Committee of Talc Claimants)
Brown Rudnick LLP
: David J. Molton
Seven Times Square
New York, NY 10036
**Email: dmolton@brownrudnick.com**

***ELECTRONIC MAIL***
(Counsel To Plaintiffs Steering Committee)
Burns Charest LLP
Daniel H Charest
900 Jackson Street, Suite 500
Dallas, TX 75202
**Email: dcharest@burnscharest.com**

*ELECTRONIC MAIL*
Cellino Law LLP
Brian Goldstein, Esq.
800 Delaware Ave
Buffalo, NY  14209
**Email:  brian.goldstein@cellinolaw.com**

*ELECTRONIC MAIL*
Cohen, Placitella & Roth, P.C.
Dennis M. Geier, Esq.
Christopher M. Placitella, Esq.
127 Maple Ave
Red Bank, NJ  07701
**Email:  dgeier@cprlaw.com;
cplacitella@cprlaw.com**

*ELECTRONIC MAIL*
Cohen, Placitella & Roth, P.C.
Jared M. Placitella, Esq.
2001 Market St, Suite 2900
Philadelphia, PA  19103
**Email:  jmplacitella@cprlaw.com**

*ELECTRONIC MAIL*
(Counsel To Claimants Rep By Barnes Law)
Cole Schotz P.C.
Felice R. Yudkin
25 Main St, P.O. Box 800
Hackensack, NJ  07602-0800
**Email:  fyudkin@coleschotz.com**

*ELECTRONIC MAIL*
(Counsel To Claimants Represented By Barnes Law)
Cole Schotz P.C.
Mark Tsukerman, Esq.
1325 Avenue Of The Americas
19th Floor
New York, NY  10019-6079
**Email: mtsukerman@coleschotz.com**

*ELECTRONIC MAIL*
(Counsel To BCBS Of Massachusetts, Inc.)
Cordes Law, PLLC
Stacy C. Cordes, Esq.
Meghan A. Van Vynckt, Esq.
1800 East Boulevard
Charlotte, NC  28203
**Email:  stacy@cordes-law.com;
meghan@cordes-law.com**

*ELECTRONIC MAIL*
(Counsel To Century Insurers)
Crowell & Moring LLP
Gregory Gennady Plotko, Esq.
590 Madison Avenue, 19th Floor
New York, NY  10022-2524
**Email:  gplotko@crowell.com**

*ELECTRONIC MAIL*
(Counsel To Century Insurers)
Crowell & Moring LLP
Mark D. Plevin, Esq.
Kevin D. Cacabelos, Esq.
Three Embarcadero Center, 26th Floor
San Francisco, CA  94111
**Email:  mplevin@crowell.com;
kcacabelos@crowell.com**

*ELECTRONIC MAIL*
(Counsel To Century Insurers)
Crowell & Moring LLP
 Tacie Yoon & Rachel Jankowski
1001 Pennsylvania Ave, N.W.
Washington, DC  20004
**Email:  Tyoon@Crowell.Com;
Rjankowski@Crowell.Com**

*ELECTRONIC MAIL*
Dalimonte Rueb Stoller, LLP
John A Dalimonte, Esq.
Gregory Rueb, Esq.
1250 Connecticut Ave NW
Ste 200
Washington, DC  20036
**Email:  john@drlawllp.com;
greg@drlawllp.com**

*ELECTRONIC MAIL*
Dean Omar Branham Shirley, LLC
Jessica Dean, Esq.
J Bradley Smith, Esq.
Charles W Branham III, Esq.
302 N Market St, Ste 300
Dallas, TX 75202
**Email: jdean@jobslegal.com; tbranham@dobslegal.com; bsmith@dobslegal.com**

*ELECTRONIC MAIL*
DLA Piper LLP (US)
(Counsel To Century Insurers)
Aidan McCormack, Esq.
Brian Seibert, Esq.
1251 Avenue Of The Americas
New York, NY 10020
**Email: aidan.mccormack@dlapiper.com; brian.seibert@dlapiper.com**

*ELECTRONIC MAIL*
(Counsel To Republic Indemnity)
Duane Morris LLP
Philip R. Matthews, Esq.
Spear Tower
One Market Plaza, Ste 2200
San Francisco, CA 94105-1127
**EMAIL: prmatthews@duanemorris.com**

*ELECTRONIC MAIL*
(Counsel To Republic Indemnity)
Duane Morris LLP
: Sommer L. Ross
1940 Route 70 East, Ste 100
Cherry Hill, NJ 08003-2171
**Email: slross@duanemorris.com**

*ELECTRONIC MAIL*
(Counsel To Official Committee of Talc Claimants)
Epiq Corporate Restructuring, LLC
LTL Case Team
P.O. Box 4419
Beaverton, OR 97076-4419
**Email: ltlinfo@epiqglobal.com**

*ELECTRONIC MAIL*
Fears Nachawati Law Firm
Darren Mcdowell, Esq.
Majed Machawati, Esq.
5473 Blair Rd
Dallas, TX 75231
**Email: dmcdowell@fnlawfirm.com mmachawati@fnlawfirm.com**

*ELECTRONIC MAIL*
Ferraro Law Firm
Leslie Rothenberg, Esq.
Jose Becerr, Esq.
600 Brickell Ave, Ste 3800
Miami, FL 33131
**Email: lbr@ferrarolaw.com; jlb@ferrarolaw.com**

*ELECTRONIC MAIL*
(Counsel To Travelers Casualty And Surety Co.)
Fisherbroyles LLP
Deborah L Fletcher, Esq.
338 Sharon Amity Road, #518
Charlotte, NC 28211
**Email: deborah.fletcher@fisherbroyles.com**

*ELECTRONIC MAIL*
Flint Law Firm LLC
Ethan Flint, Esq.
222 E Park St, Ste 500
P.O. Box 189
Edwardsville, IL 62034
**Email: eflint@flintlaw.com**

*ELECTRONIC MAIL*
Genova Burns LLC.
Daniel M. Stolz, Esq.
Donald W. Clarke, Esq,
Matthew I. W. Baker, Esq
110 Allen Road, Ste 304
Basking Ridge, NJ  07920
**Email:  dstolz@genovaburns.com; dclarke@genovaburns.com; mbaker@genovaburns.com**

*ELECTRONIC MAIL*
(Counsel To Travelers)
Gimigliano Mauriello & Maloney
Stephen V. Gimigliano, Esq.
John Maloney, Esq.
Robin Rabinowitz, Esq.
P.O. Box 1449
Morristown, NJ  07962-1449
**Email:  sgimigliano@lawgmm.com; jmaloney@lawgmm.com; rrabinowitz@lawgmm.com**

*ELECTRONIC MAIL*
Golomb Spirit Grunfeld, PC
Richard Golomb, Esq.
Andrew Spirit, Esq.
Kenneth Grunfeld, Esq.
1835 Market St, Ste 2900
Philadelphia, PA  19103
**Email:  Kgrunfeld@Golombhonik.Com; Rgolomb@Golombhonik.Com; Aspirt@Golombhonik.Com; Kgolomb@Golomblegal.Com**

*ELECTRONIC MAIL*
(Counsel To Motley Rice LLC)
Greenbaum, Rowe, Smith & Davis LLP
Nancy Isaacson, Esq.
75 Livingston Avenue, Suite 301
Roseland, NJ  07068
**Email:  nisaacson@greenbaumlaw.com**

*ELECTRONIC MAIL*
(Counsel To Bausch Health)
Greenberg Traurig, LLP
Alan J. Brody. Esq.
500 Campus Drive
Florham Park, NJ  07932
**Email:  brodya@gtlaw.com**

*ELECTRONIC MAIL*
(Counsel To Blue Cross Blue Shield)
Halperin Battaglia Benzija LLP
Alan D. Halperin, Esq.
Donna H. Lieberman, Esq.
40 Wall Street, 37th Floor
New York, NY  10005
**Email:  ahalperin@halperinlaw.net; dlieberman@halperinlaw.net**

*ELECTRONIC MAIL*
Honik LLC
Ruben Honik, Esq.
David Stanoch, Esq.
1515 Market St, Ste 1100
Philadelphia, PA  19102
**Email:  Ruben@Honiklaw.Com; David@Honiklaw.Com**

*ELECTRONIC MAIL*
(Counsel To Imerys Sa)
Hughes Hubbard & Reed LLP
Christopher L. Kiplok, Esq.
William J. Beausoleil, Esq.
Erin E. Diers, Esq.
One Battery Park Plaza
New York, NY  10004
**Email: chris.kiplok@hugheshubbard.com; william.beausoleil@hugheshubbard.com; erin.diers@hugheshubbard.com**

*ELECTRONIC MAIL*
J.C. White Law Group PLLC
: James C. White
100 Europa Drive, Suite 401
Chapel Hill, NC  27517
**Email:  jwhite@jcwhitelaw.com**

**ELECTRONIC MAIL**
(Counsel To Onderlaw, LLC)
JD Thompson Law
Judy D. Thompson, Esq.
P.O. Box 33127
Charlotte, NC  28233
**Email:  jdt@jdthompsonlaw.com**

**ELECTRONIC MAIL**
(Debtor's Proposed Counsel)
Jones Day
Gregory M Gordon, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N Harwood St
Dallas, TX  75201
**Email:  gmgordon@jonesday.com;
dbprieto@jonesday.com;
asrush@jonesday.com**

**ELECTRONIC MAIL**
(Debtor's Proposed Counsel)
Jones Day
Brad B Erens, Esq.
77 West Wacker
Chicago, IL  60601
**Email:  bberens@jonesday.com**

**ELECTRONIC MAIL**
Karst & Von Oiste LLP
Eric Karst, Esq.
23923 Gosling Rd, Ste A
Spring, TX  77389
**Email:  epk@karstvonoiste.com**

**ELECTRONIC MAIL**
Kasowitz Benson Torres LLP
(Counsel To Cyprus Mines Corporation)
: David S. Rosner, Robert M. Novick &
Andrew S. Golden
1633 Broadway
New York, NY  10019
**Email:  drosner@kasowitz.com;
rnovick@kasowitz.com;
agolden@kasowitz.com**

**ELECTRONIC MAIL**
(Counsel To Cyprus Mines Corporation)
Kasowitz Benson Torres LLP
Michael E. Hutchins
1230 Peachtree, Ne, Suite 2445
Atlanta, GA  30309
**Email:  mhutchins@kasowitz.com**

**ELECTRONIC MAIL**
Katten Muchin Rosenman LLP
Shaya Rochester, Esq.
Katherine A. Scherling
575 Madison Ave
New York, NY  10022-2585
**Email:  shaya.rochester@katten.com;
katherine.scherling@katten.com**

**ELECTRONIC MAIL**
(Counsel To Atlanta International Insurance, etc)
Katten Muchin Rosenman LLP
Kelsey R. Panizzolo, Esq.
550 South Tryon Street
Ste 2900
Charlotte, NC  28202-4213
**Email:  kelsey.panizzolo@katten.com**

**ELECTRONIC MAIL**
Kazan Mcclain Satterly & Greenwood PLC
Joseph Satterley, Esq.
Steven Kazan, Esq.
Denyse F. Clancy, Esq.
55 Harison St, Ste 400
Oakland, CA  94607
**Email:  jsatterley@kazanlaw.com**

**ELECTRONIC MAIL**
Kiesel Law, LLP
Paul R Kiesel, Esq.
Melanie Palmer, Esq.
8648 Wilshire Blvd
Beverly Hills, CA  90211
**Email:  Kiesel@kiesel.law;
Palmer@kiesel.law**

***ELECTRONIC MAIL***
(Counsel To Bestwall LLC)
King & Spalding LLP
Chelsea Corey, Esq.
300 South Tryon Street, Ste 1700
Charlotte, NC  28202
**Email:  ccorey@kslaw.com**

***ELECTRONIC MAIL***
(Counsel To Bestwall LLC)
King & Spalding LLP
Richard A. Schneider, Esq.
1180 Peachtree Street, N.E.
Atlanta, GA  30309
**Email:  dschneider@kslaw.com**

***ELECTRONIC MAIL***
(Counsel To Aylstock, Witkin, Kreis & Overholtz, PLLC)
KTBS Law LLP
Michael L. Tuchin, Esq.
Robert J. Pfister, Esq.
Samuel M. Kidder, Esq.
Nir Maoz, Esq.
1801 Century Park East, 26th Floor
Los Angeles, CA  90067
**Email:  nmaoz@ktbslaw.com;
skidder@ktbslaw.com;
rpfister@ktbslaw.com;
mtuchin@ktbslaw.com**

***ELECTRONIC MAIL***
Lanier Law Firm
Michael A Akselrud, Esq.
21550 Oxnard St, 3rd Fl
Woodlands Hills, Ca  91367
**Email:
michael.akselrud@lanierlawfirm.com**

***ELECTRONIC MAIL***
(Counsel To Imerys Talc America, Inc.)
Latham & Watkins LLP
Jeffrey E. Bjork, Esq.
Kimberly A. Posin, Esq.
Amy C. Quartarolo, Esq.
355 South Grand Avenue, Suite 100
Los Angeles, CA  90071-1560
**Email:  jeff.bjork@lw.com;
kim.posin@lw.com;
amy.quartarolo@lw.com**

***ELECTRONIC MAIL***
(Counsel To Imerys Talc America, Inc. Etc.)
Latham & Watkins LLP
Adam S. Ravin, Esq.
1271 Avenue of the Americas
New York, NY  10020-1401
**Email:  adam.ravin@lw.com**

***ELECTRONIC MAIL***
(Counsel To Various Claimants)
Law Offices Of Mitchell J. Malzberg, LLC
Mitchell Malzberg, Esq.
P.O. Box 5122
6 E Main Street, Ste 7
Clinton, NJ  08809
**EMAIL:
mmalzberg@mjmalzberglaw.com**

***ELECTRONIC MAIL***
Levy Konigsberg LLP
Moshe Maimon, Esq.
101 Grovers Mill Rd, Ste 105
Lawrence Twp, NJ  08648
**Email:  mmaimon@levylaw.com**

***ELECTRONIC MAIL***
Levy Konigsberg LLP
Jerome Block, Esq.
Audrey Raphael, Esq.
605 Third Ave., 33rd Floor
New York, NY  10158
**Email:  jblock@levylaw.com
araphael@levylaw.com**

***ELECTRONIC MAIL***
(Counsel To Johnson & Johnson)
Lowenstein Sandler LLP
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
One Lowenstein Dr
Roseland, NJ 07068
**EMAIL: krosen@lowenstein.com; mseymour@lowenstein.com**

***ELECTRONIC MAIL***
(Debtor)
LTL Management LLC
John K Kim, Chief Legal Officer
501 George St
New Brunswick, NJ 08933
**Email: jkim2@its.jnj.com**

***ELECTRONIC MAIL***
(Counsel To Westchester Fire Insurance Company)
Manier & Herod, P.C.
Robert W. Miller
1201 Demonbreun St.
Suite 900
Nashville, TN 37203
**Email: rmiller@manierherod.com**

***ELECTRONIC MAIL***
Marshack Hays LLP
(Counsel to Various Talc Claimants)
Laila Masud, Esq.
870 Roosevelt
Irvine, CA 92620
**Email: lmasud@marshackhays.com**

***ELECTRONIC MAIL***
Maune Raichle Hartley French & Mudd, LLC
T. Barton French
1015 Locust St, Ste 1200
St. Louis, Mo 63101
**Email: bfrench@mrhfmlaw.com**

***ELECTRONIC MAIL***
(Counsel To Allstate Insurance Company)
Mays Johnson Law Firm
Robert A. Mays
21 Battery Park Avenue
Suite 201
Asheville, NC 28801
**Email: rmays@maysjohnsonlaw.com**

***ELECTRONIC MAIL***
(Counsel To Atlanta International Insurance etc)
Mendes & Mount LLP
Eileen T. McCabe, Esq.
Stephen T. Roberts. Esq.
750 Seventh Avenue
New York, NY 10019
**Email: eileen.mccabe@mendes.com; stephen.roberts@mendes.com**

***ELECTRONIC MAIL***
Miller Firm, LLC
Curtis G Hoke, Esq.
108 Railroad Ave
Orange, VA 22960
**Email: choke@millerfirmllc.com**

***ELECTRONIC MAIL***
(Counsel To Plaintiffs, Arnold & Itkin)
Moon Wright & Houston, PLLC
Richard S Wright, Esq.
Andrew T. Houston, Esq.
Caleb Brown, Esq.
121 W. Trade Street, Suite 1950
Charlotte, NC 28202
**Email: rwright@mwhattorneys.com; ahouston@mwhattorneys.com; cbrown@mwhattorneys.com**

***ELECTRONIC MAIL***
(Counsel To J & J And J & J Consumer Inc.)
Moore & Van Allen PLLC
Hillary B Crabtree, Esq.
100 N Tryon St, Ste 4700
Charlotte, NC  28202
**Email:  hillaryrcrabtree@mvalaw.com**

***ELECTRONIC MAIL***
Motley Rice LLC
John D Hurst, Esq.
50 Clay St, Ste 1
Morgantown, WV  26501
**Email:  jhurst@motleyrice.com**

***ELECTRONIC MAIL***
Motley Rice LLC
Carmen S. Scott, Esq.
28 Bridgeside Blvd
Mount Pleasant, SC  29464
**Email:  cscott@motleyrice.com**

***ELECTRONIC MAIL***
(Counsel To Plaintiffs)
Motley Rice LLC
Daniel R. Lapinski, Esq.
210 Lake Drive East, Ste 101
Cherry Hill, NJ  08002
**Email:  dlapinski@motleyrice.com**

***ELECTRONIC MAIL***
Napoli Shkolnik PLLC
James D Heisman, Esq.
Christopher R Lopalo, Esq.
919 North Market St, Ste 1801
Wilmington, DE  19801
**Email:  clopalo@napolibern.com;
jheisman@napolibern.com;**

***ELECTRONIC MAIL***
(Counsel To Rio Tinto America Inc. etc)
Nexsen Pruet, PLLC
Christine L. Myatt
Harris M. Watkins
Post Office Box 3463
Greensboro, NC  27402
**Email:  cmyatt@nexsenpruet.com;
mwatkins@nexsenpruet.com**

***ELECTRONIC MAIL***
(Counsel To Cyprus Mines Corporation)
John A. Northen, Esq.
John Paul Cournoyer, Esq.
Vicki L. Parrott, Esq.
1414 Raleigh Road, Suite 435
Chapel Hill, NC  27517
**Email: jan@nbfirm.com
jpc@nbfirm.com; vlp@nbfirm.com**

***ELECTRONIC MAIL***
Office of the Attorney General of Texas
Assistant Attorneys General
Rachel R Obaldo
Autumn D Highsmith
P.O. Box 12548- Mc 008
Austin, TX  78711-2548
**Email:  rachel.obaldo@oag.texas.gov;
autumn.highsmith@oag.texas.gov**

***ELECTRONIC MAIL***
Office of the U.S. Trustee
Lauren Bielskie, Esq.
Jeffrey M. Sponder, Esq.
Mitchell B. Hausman, Esq.
One Newark Center, Ste 2100
Newark, NJ  07102
**Email:  lauren.bielskie@usdoj.gov;
jeffrey.m.sponder@usdoj.gov;
mitchell.b.hausman@usdoj.gov**

***ELECTRONIC MAIL***
Offit Kurman, P.A.
Paul R. Baynard, Esq.
301 South College St, Ste 2600
Charlotte, NC  28202
**Email:  paul.baynard@offitkurman.com**

***ELECTRONIC MAIL***
(Counsel To Aylstock, Witkin, Kreis & Overholtz, PLLC)
Offit Kurman, P.A.
Paul J. Winterhalter, Esq.
99 Wood Avenue South, Suite 203
Iselin, NJ  08830
**Email:  pwinterhalter@offitkurman.com**

***ELECTRONIC MAIL***
Onderlaw, LLC
James Onder, Esq.
110 East Lockwood, Second Fl
St Louis, MO  63119
**Email:  onder@onderlaw.com**

***ELECTRONIC MAIL***
(Counsel To Plaintiff's Steering Committee)
Otterbourg P.C.
John Bougiamas, Esq.
Melanie L Cyganowski, Esq.
Adam C Silverstein, Esq.
230 Park Avenue
New York, NY  10169
**Email:  jbougiamas@otterbourg.com; mcyganowski@otterbourg.com; asilverstein@otterbourg.com**

***ELECTRONIC MAIL***
(Counsel For The Continental Insurance Company)
Parker Poe Adams & Bernstein LLP
Ashley A. Edwards, Esq
620 South Tryon St, Ste 800
Charlotte, NC  28202
**Email:  ashleyedwards@parkerpoe.com**

***ELECTRONIC MAIL***
(Counsel To Onderlaw, LLC)
Parkins Lee & Rubio LLP
Charles M. Rubio, Esq.
Lenard M. Parkins, Esq.
Pennzoil Place
700 Milam Street
Suite 1300
Houston, TX  77002
**Email:  crubio@parkinslee.com; lparkins@parkinslee.com**

***ELECTRONIC MAIL***
Pension Benefit Guaranty Corporation
Office Of The General Counsel
Carolyn J Lachman, Esq.
Simon J. Torres, Esq.
1200 K Street, NW, Ste 340
Washington, DC  20005-4026
**Email:  lachman.carolyn@pbgc.gov; efile@pbgc.gov; torres.simon@pbgc.gov**

***ELECTRONIC MAIL***
(Counsel To Rio Tinto America Holdings Inc.,)
Porzio, Bromberg & Newman, P.C.
Rachel A. Parisi, Esq.
Kelly D. Curtin, Esq.
100 Southgate Parkway
Morristown, NJ  07962
**Email:  raparisi@pbnlaw.com; kdcurtin@pbnlaw.com**

***ELECTRONIC MAIL***
Pryor Cashman LLP
Seth H. Lieberman
Andrew S. Richmond
7 Times Square
New York, NY  10036-6569
**Email:  slieberman@pryorcashman.com; arichmond@pryorcashman.com**

**ELECTRONIC MAIL**
(Counsel To Blue Cross Blue Shield)
Rawlings & Associates
Mark D Fischer, Esq.
Robert C. Griffith, Esq.
1 Eden Parkway
La Grange, KY  40031
**Email:  mdf@rawlingsandassociates.com; rgl@rawlingsandassociates.com**

**ELECTRONIC MAIL**
(Proposed Local Counsel To Debtor)
Rayburn Cooper & Durham, P.A.
C Richard Rayburn, Jr, Esq.
John R. Miller, Jr, Esq.
Matthew L. Tomsic, Esq.
227 West Trade St, Ste 1200
Charlotte, NC  28202
**Email:  rrayburn@rcdlaw.net; jmiller@rcdlaw.net; mtomsic@rcdlaw.net**

**ELECTRONIC MAIL**
(Counsel To Cyprus Mines Corporation)
Reed Smith LLP
Paul M. Singer, Esq
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA  15222
**Email:  psinger@reedsmith.com**

**ELECTRONIC MAIL**
Reed Smith LLP
Jason D Angelo, Esq
1201 North Market Street, Suite 1500
Wilmington, DE  19801
**Email:  jangelo@reedsmith.com**

**ELECTRONIC MAIL**
(Counsel To Cyprus Mines Corporation)
Reed Smith LLP
Derek J. Baker, Esq.
506 Carnegie Center
Ste 300
Princeton, NJ  08543
**Email:  dbaker@reedsmith.com;**

**ELECTRONIC MAIL**
Ross Feller Casey, LLP
Brian J. McCormick, Jr.
One Liberty Place
1650 Market St, 34th Fl
Philadelphia, PA  19103
**Email:  bmcccormick@rossfellercasey.com**

**ELECTRONIC MAIL**
(Counsel To Kristie Lynn Doyle)
Saiber LLC
John M August, Esq.
Marc E Wolin, Esq.
18 Columbia Turnpike, Ste 200
Florham Park, NJ  07932
**Email:  jaugust@saiber.com; mwolin@saiber.com**

**ELECTRONIC MAIL**
(Counsel To Jeanne Stephenson)
Savo, Schalk, Gillespie, O'Grodnick
& Fisher, P.A.
Charles S. Schalk, Esq.
John F. Bracaglia Jr., Esq.
56 East Main St, Ste 301
Somerville, NJ  08876
**Email:  schalk@centraljerseylaw.com; brokaw@centraljerseylaw.com**

**ELECTRONIC MAIL**
Simmons Hanly Conroy LLC
James Kramer, Esq.
112 Madison Ave
New York, NY  10016
**Email:  jkramer@simmonsfirm.com**

**ELECTRONIC MAIL**
Simon Greenstone Panatiere
Bartlett, PC
Chris Panatier, Esq.
1201 Elm St, Ste 3400
Dallas, TX  75204
**Email:  cpanatier@sgpblaw.com**

*ELECTRONIC MAIL*
(Counsel To Bausch Health)
Simpson Thacher & Bartlett LLP
Sandeep Qusba, Esq.
Craig S. Waldman, Esq.
Jamie J. Fell, Esq.
Zachary J. Weiner, Esq
425 Lexington Ave
New York, NY  10017
**Email:  squsba@stblaw.com;
cwaldman@stblaw.com;
jamie.fell@stblaw.com;
zachary.weiner@stblaw.com;**

*ELECTRONIC MAIL*
(Counsel to Travelers)
Simpson Thacher & Bartlett LLP
Michael H. Torkin, Esq.
Andrew T. Frankel, Esq.
Kathrine A. Mclendon, Esq.
Jonathan T. Menitove, Esq.
425 Lexington Avenue
New York, NY  10017
**Email:  michael.torkin@stblaw.com;
afrankel@stblaw.com;
kmclendon@stblaw.com;
jonathan.menitove@stblaw.com**

*ELECTRONIC MAIL*
The Gori Law Firm
D Todd Matthews, Esq.
Beth Gori, Esq.
Sara Salger, Esq.
156 N Main St
Edwardsville, IL  62025
**Email:  beth@gorijulianlaw.com;
sara@gorijulianlaw.com;
todd@gorijulianlaw.com**

*ELECTRONIC MAIL*
(Counsel To Blue Cross Blue Shield Association)
The Henderson Law Firm, PLLC
2030 South Tryon St, Ste 3H
Charlotte, NC  28203
**Email:  henderson@title11.com**

*ELECTRONIC MAIL*
(Counsel To BCBS Of Massachusetts)
The Kelly Firm, P.C.
Andrew J. Kelly, Esq.
1011 Highway 71, Ste 200
Spring Lake, NJ  07762
**Email:  akelly@kbtlaw.com**

*ELECTRONIC MAIL*
(Counsel To "Williams Hart Plaintiffs")
The Layton Law Firm, PLLC
Christopher D. Layton, Esq.
2701 Coltsgate Rd, Suite 210
Charlotte, NC  28211
**Email:  chris@thelaytonlawfirm.com**

*ELECTRONIC MAIL*
The Shapiro Law Firm
Janet A. Shapiro
325 N. Maple Drive, #15186
Beverly Hills, CA  90209
**EMAIL:  jshapiro@shapirolawfirm.com**

*ELECTRONIC MAIL*
Togut, Segal & Segal LLP
Albert Togut, Esq.
Frank Oswald, Esq.
Brian Shaughnessy, Esq.
One Penn Plaza, Suite 3335
New York, NY  10119
**Email:  altogut@teamtogut.com;
frankoswald@teamtogut.com;
bshaughnessy@teamtogut.com**

*ELECTRONIC MAIL*
Trammell PC
Fletcher V Trammell, Esq.
3262 Westheimer Rd, Ste 423
Houston, TX  77098
**Email:  fletch@trammellpc.com**

*ELECTRONIC MAIL*
(Counsel To Atlanta International Company, Etc.)
Trif & Modugno LLC
 Louis A. Modugno
89 Headquarters Plaza
North Tower, Suite 1201
Morristown, NJ  07960
**Email:  lmodugno@tm-firm.com**

*ELECTRONIC MAIL*
Vinson & Elkins LLP
Steven M. Abramowitz, Esq.
114 Avenue Of The Americas, 32nd Fl
New York, NY  10036
**Email:  sabramowitz@velaw.com**

*ELECTRONIC MAIL*
(Counsel To Dean Omar Branham Shirley LLP)
Wallace & Graham PA
William M. Graham
525 N. Main Street
Salisbury, NC  28144
**Email:  bgraham@wallacegraham.com**

*ELECTRONIC MAIL*
Ward And Smith, P.A.
Lance P. Martin, Esq.
Paul A. Fanning, Esq.
Norman J. Leonard, Esq.
P.O. Box 2020
Asheville, NC  28802-2020
**Email:  lpm@wardandsmith.com;
paf@wardandsmith.com;
njl@wardandsmith.com**

*ELECTRONIC MAIL*
Weitz & Luxenberg, P.C.
Ellen Relkin, Esq.
220 Lake Dr East, Ste 210
Cherry Hill, NJ  08002
**Email:  erelkin@weitzlux.com**

*ELECTRONIC MAIL*
Weitz & Luxenberg, P.C.
Danny Kraft, Esq.
Lisa N. Busch, Esq
Justine Delaney, Esq.
Perry Weitz, Esq.
700 Broadway
New York, NY  10003
**Email:  dkraftjr@weitzlux.com;
jdelaney@weitzlux.com;
lbusch@weitzlux.com;
pweitz@weitzlux.com**

*ELECTRONIC MAIL*
(Counsel To J & J And J & J Consumer Inc)
White & Case LLP
Jessica Lauria, Esq.
Glenn M. Kurtz, Esq.
Ricardo Pasianotto, Esq.
1221 Avenue Of The Americas
New York, NY  10020-1095
**Email:  jessica.lauria@whitecase.com;
gkurtz@whitecase.com;
ricardo.pasianotto@whitecase.com**

*ELECTRONIC MAIL*
(Counsel To J & J And J & J Consumer Inc)
White & Case LLP
Michael C. Shepherd, Esq.
Laura L Femino, Esq.
200 South Biscayne Blvd, Ste 4900
Miami, FL  33131-2352
**Email:  mshepherd@whitecase.com;
laura.femino@whitecase.com**

*ELECTRONIC MAIL*
(Counsel To J & J And J & J Consumer Inc.)
White & Case LLP
Blair Warner, Esq.
111 South Wacker Dr, Ste 5100
Chicago, IL  60606-4302
**Email:  blair.warner@whitecase.com**

***ELECTRONIC MAIL***
(Proposed Local Counsel To The Debtor)
Wollmuth Maher & Deutsch LLP
James N. Lawlor, Esq.
Paul Defilippo, Esq.
Lyndon M. Tretter, Esq.
Joseph F. Pacelli, Esq.
Brad J. Axelrod, Esq.
500 Fifth Avenue, 12th Fl
New York, NY 10110
**Email: jlawlor@wmd-law.com;
pdefilippo@wmd-law.com;
ltretter@wmd-law.com;
jpacelli@wmd-law.com;
baxelrod@wmd-law.com**

***ELECTRONIC MAIL***
(Attorneys for The Continental Insurance Company, as successor in interest to Harbor Insurance Company and London Guarantee and Accident Company of New York)
Konrad R. Krebs, Esq.
CLYDE & CO US LLP
200 Campus Drive, Suite 300
Florham Park, NJ 07932
**Email: konrad.krebs@clydeco.us**

***ELECTRONIC MAIL***
(Attorneys for The Continental Insurance Company, as successor in interest to Harbor Insurance Company and London Guarantee and Accident Company of New York)
Clinton E. Cameron, Esq.
Meghan Dalton, Esq.
CLYDE AND CO US LLP
55 West Monroe Street
Suite 3000
Chicago, IL 60603
**Email: clinton.cameron@clydeco.us
meghan.dalton@clydeco.us**

***ELECTRONIC MAIL***
(Attorneys for The Continental Insurance Company, as successor in interest to Harbor Insurance Company and London Guarantee and Accident Company of New York)

David Christian, Esq.
DAVID CHRISTIAN ATTORNEYS LLC
105 W. Madison St., Suite 1400
Chicago, IL 60602
**Email: dchristian@dca.law**

***ELECTRONIC MAIL***
(Attorneys for Aylstock, Witkin, Kreis & Overholtz, PLLC)
Paul J. Winterhalter, Esq.
**OFFIT KURMAN, P.A.**
99 Wood Avenue South, Suite 302
Iselin, NJ 08830
**Email: pwinterhalter@offitkurman.com**

***ELECTRONIC MAIL***
(Attorneys for Aylstock, Witkin, Kreis & Overholtz, PLLC)
Michael L. Tuchin, Esq.
**KTBS LAW LLP**
1801 Century Park East, 26th Floor
Los Angeles, CA 90067
**Email: mtuchin@ktbslaw.com**

***ELECTRONIC MAIL***
(Attorneys for Aylstock, Witkin, Kreis & Overholtz, PLLC)
Robert J. Pfister, Esq.
**KTBS LAW LLP**
1801 Century Park East, 26th Floor
Los Angeles, CA 90067
**Email: rpfister@ktbslaw.com**

***ELECTRONIC MAIL***
(Attorneys for Aylstock, Witkin, Kreis & Overholtz, PLLC)
Samuel M. Kidder, Esq.
**KTBS LAW LLP**
1801 Century Park East, 26th Floor
Los Angeles, CA 90067
**Email: skidder@ktbslaw.com**

***ELECTRONIC MAIL***
(Attorneys for Aylstock, Witkin, Kreis & Overholtz, PLLC)
Nir Maoz, Esq

**KTBS LAW LLP**
1801 Century Park East, 26th Floor
Los Angeles, CA 90067
**Email: nmaoz@ktbslaw.com**

*ELECTRONIC MAIL*
(Attorneys for Hartford Accident and Indemnity Company and First State Insurance Company)
STEVENS & LEE, P.C.
A PA Professional Corporation
Andreas D. Milliaressis
485 Madison Avenue, 20th Floor
New York, NY 10022
**Email: Andreas.milliaressis@stevenslee.com**

*ELECTRONIC MAIL*
(Attorneys for Hartford Accident and Indemnity Company and First State Insurance Company)
Joseph H. Huston, Jr., Esq.
919 North Market Street
Suite 1300
Wilmington, DE 19801
**Email: joseph.huston@stevenslee.com**

*ELECTRONIC MAIL*
(Attorneys for Official Committee of Tal Claimants II)
Arthur J. Abramowitz, Esq.
Alan I. Moldoff, Esq.
Ross J. Switkes, Esq.
Sherman, Silverstein, Kohl, Rose & Podolsky, P.A.
308 Harper Drive, Suite 200
Moorestown, NJ  08057
Email: aabramowitz@shermansilvertein.com; amoldoff@shermansilverstein.com; rswitkes@shermansilverstein.com