| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**COOLEY LLP**<br>Cullen D. Speckhart (pro hac vice pending)<br>Michael Klein (pro hac vice pending)<br>Erica J. Richards (pro hac vice to be filed)<br>Lauren A. Reichardt (pro hac vice to be filed)<br>Evan M. Lazerowitz<br>55 Hudson Yards<br>New York, NY 10001<br>Tel: (212) 479-6000<br>Fax: (212) 479-6275<br>Email: cspeckhart@cooley.com<br>        mklein@cooley.com<br>        erichards@cooley.com<br>        lreichardt@cooley.com<br>        elazerowitz@cooley.com<br><br>*Proposed Co-Counsel to the*<br>*Official Committee of Talc Claimants II* | **BAILEY GLASSER LLP**<br>Brian A. Glasser (admitted pro hac vice)<br>Thomas B. Bennett (admitted pro hac vice)<br>Kevin W. Barrett (admitted pro hac vice)<br>Maggie B. Burrus (admitted pro hac vice)<br>1055 Thomas Jefferson St. NW, Suite 540<br>Washington, DC 20007<br>Tel: (202) 463-2101<br>Fax: (202) 463-2103<br>Email: bglasser@baileyglasser.com<br>        tbennett@baileyglasser.com<br>        kbarrett@baileyglasser.com<br>        mburrus@baileyglasser.com<br><br>*Proposed Co-Counsel to the*<br>*Official Committee of Talc Claimants II* |
| **WALDREP WALL BABCOCK & BAILEY PLLC**<br>Thomas W. Waldrep, Jr. (admitted pro hac vice)<br>370 Knollwood Street, Suite 600<br>Winston-Salem, NC 27103<br>Tel: (336) 717-1280<br>Fax: (336) 717-1340<br>Email: notice@waldrepwall.com<br><br>*Proposed Co-Counsel to the Official Committee of Talc Claimants II* | **MASSEY & GAIL LLP**<br>Jonathan S. Massey (admitted pro hac vice)<br>100 Main Ave. SW, Suite 450<br>Washington, DC 20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>Email: jmassey@masseygail.com<br><br>*Proposed Co-Counsel to the*<br>*Official Committee of Talc Claimants II* |
| **SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.**<br>Arthur J. Abramowitz<br>Alan I. Moldoff<br>Ross J. Switkes<br>308 Harper Drive, Suite 200<br>Moorestown, NJ 08057<br>Tel: (856) 662-0700<br>Email: aabramowitz@shermansilverstein.com<br>        amoldoff@shermansivlerstein.com<br>        rswitkes@shermansilverstein.com<br><br>*Proposed Local Counsel to*<br>*the Official Committee of Talc Claimants II* | |

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,<br><br>　　　　　　　Debtor. | Chapter 11<br><br>Case No.: 21-30589 (MBK)<br><br>Honorable Michael B. Kaplan<br><br>Ref. Dkt. No. 966 |

**OBJECTION OF OFFICIAL COMMITTEE
OF TALC CLAIMANTS II TO DEBTOR'S APPLICATION FOR RETENTION OF
BLAKE, CASSELS & GRAYDON LLP, EFFECTIVE AS OF OCTOBER 14, 2021**

The Official Committee of Talc Claimants II (the "Committee"), by and through its proposed co-counsel, respectfully submits this Objection to the Debtor's *Application for Retention of Blake, Cassels & Graydon LLP, Effective as of October 14, 2021* [Dkt. No. 966] (the "Blake Application"). The Committee joins in, adopts, and incorporates herein by reference the *Objection of Official Committee I of Talc Claimants to Debtor's Application for Retention of Blake, Cassels & Gradon LLP, Effective as of October 14, 2021*.

WHEREFORE, the Committee respectfully requests that the Court enter an order denying the Debtor's application to retain Blake, Cassels & Gradon, LLP and grant it such other and further relief as is just.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**SHERMAN, SILVERSTEIN,
　　　　　　　　　　　　　　　　　　KOHL, ROSE & PODOLSKY, P.A.**

　　　　　　　　　　　　　　　　　　By:　*/s/ Arthur J. Abramowitz*
　　　　　　　　　　　　　　　　　　　　Arthur J. Abramowitz
　　　　　　　　　　　　　　　　　　　　Ross J. Switkes
　　　　　　　　　　　　　　　　　　　　Sherman, Silverstein,
　　　　　　　　　　　　　　　　　　　　Kohl, Rose & Podolsky, P.A.
　　　　　　　　　　　　　　　　　　　　308 Harper Drive, Suite 200
　　　　　　　　　　　　　　　　　　　　Moorestown, NJ 08057
　　　　　　　　　　　　　　　　　　　　Tel: (856) 662-0700
　　　　　　　　　　　　　　　　　　　　aabramowitz@shermansilverstein.com
　　　　　　　　　　　　　　　　　　　　rswitkes@shermansilverstein.com

　　　　　　　　　　　　　　　　　　*Proposed Local Counsel to the Official
　　　　　　　　　　　　　　　　　　Committee of Talc Claimants II*