**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 21-30589 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON JANUARY 19, 2022 AT 10:00 A.M.**

*Parties are directed to https://www.njb.uscourts.gov/LTL*
*for appearing via Court-Solutions or observing via Zoom*

**CONTESTED MATTERS GOING FORWARD**

1. Debtor's Motion for an Order Determining That the United States Trustee's Notice of "Reconstituted and Amended" Talc Claimants Committee Is Invalid and Reinstating That Committee [Dkt. 1047].

   **Status: This matter is going forward.**

   Objection Deadline: January 14, 2022

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

NAI-1525761152

Related Documents:

A. Notice of the United States Trustee's Filing of Reconstituted and Amended: (i) Notice of Appointment of Official Committee of Talc Claimants I; and (ii) Notice of Appointment of Official Committee of Talc Claimants II [Dkt. 965] (the "U.S. Trustee's Notice").

B. Jones Day Letter Regarding U.S. Trustee's Notice [Dkt. 986].

C. Jones Day Letter Regarding Discovery from U.S. Trustee [Dkt. 1137].

D. Notice of Motion by the United States Trustee for a Protective Order Quashing Debtor's Rule 30(b)(6) Notice of Deposition of the United States Trustee [Dkt. 1147].

Objections Received:

A. Cohen, Placitella & Roth Letter in Opposition [Dkt. 1084].

B. Objection of Official Committee of Talc Claimants II to (I) Debtor's Motion for an Order Determining That the United States Trustee's Notice of "Reconstituted and Amended" Talc Claimants Committee is Invalid and Reinstating That Committee; and (II) Arnold & Itkin LLP's Motion for Order Vacating Appointment of Second Official Committee of Talc Claimants and Addition of New Committee Members [Dkt. 1158] (the "TCC II Objection").

C. Objection of Official Committee of Talc Claimants I to Motions to Reinstate Initial TCC Filed by the Debtor and Arnold & Itkin LLP [Dkt. 1159] (the "TCC I Objection").

D. Objection of the United States Trustee to (I) Debtor's Motion for an Order Determining That the United States Trustee's Notice of "Reconstituted and Amended" Talc Claimants Committee Is Invalid and Reinstating That Committee and (II) Arnold & Itkin LLP's Motion for Order Vacating Appointment of Second Official Committee of Talc Claimants and Addition of New Committee Members [Dkt. 1161] (the "U.S. Trustee Objection").

2. Arnold & Itkin LLP Motion for Order Vacating Appointment of Second Official Committee of Talc Claimants and Addition of New Committee Members [Dkt. 1067].

**Status:  This matter is going forward.**

Objection Deadline:  January 14, 2022

Related Documents:

A. U.S. Trustee's Notice.

B. Pachulski Stang Ziehl & Jones Letter Regarding U.S. Trustee's Notice [Dkt. 1001].

<u>Objections Received</u>:

A. The TCC II Objection.

B. The TCC I Objection.

C. The U.S. Trustee Objection.

Dated: January 14, 2022

**WOLLMUTH MAHER & DEUTSCH LLP**

*/s/ Paul R. DeFilippo*
Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
Joseph F. Pacelli, Esq. (*pro hac vice*)
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com
jlawlor@wmd-law.com
jpacelli@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*