| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**COOLEY LLP**<br>Cullen D. Speckhart (admitted pro hac vice)<br>Michael Klein (admitted pro hac vice)<br>Erica J. Richards (pro hac vice to be filed)<br>Lauren A. Reichardt (pro hac vice to be filed)<br>Evan M. Lazerowitz<br>55 Hudson Yards<br>New York, NY 10001<br>Tel: (212) 479-6000<br>Fax: (212) 479-6275<br>Email:  cspeckhart@cooley.com<br>　　　　mklein@cooley.com<br>　　　　erichards@cooley.com<br>　　　　lreichardt@cooley.com<br>　　　　elazerowitz@cooley.com<br><br>*Proposed Co-Counsel to the*<br>*Official Committee of Talc Claimants II* | **BAILEY GLASSER LLP**<br>Brian A. Glasser (admitted pro hac vice)<br>Thomas B. Bennett (admitted pro hac vice)<br>Kevin W. Barrett (admitted pro hac vice)<br>Maggie B. Burrus (admitted pro hac vice)<br>1055 Thomas Jefferson St. NW, Suite 540<br>Washington, DC 20007<br>Tel: (202) 463-2101<br>Fax: (202) 463-2103<br>Email: bglasser@baileyglasser.com<br>　　　　tbennett@baileyglasser.com<br>　　　　kbarrett@baileyglasser.com<br>　　　　mburrus@baileyglasser.com<br><br>*Proposed Co-Counsel to the*<br>*Official Committee of Talc Claimants II* |
| **WALDREP WALL BABCOCK & BAILEY PLLC**<br>Thomas W. Waldrep, Jr. (admitted pro hac vice)<br>　Kevin L. Sink (admitted pro hac vice)<br>　James C. Lanik (admitted pro hac vice)<br>　Jennifer B. Lyday (admitted pro hac vice)<br>370 Knollwood Street, Suite 600<br>Winston-Salem, NC 27103<br>Tel: (336) 717-1280<br>Fax: (336) 717-1340<br>Email: notice@waldrepwall.com<br><br>*Proposed Co-Counsel to the*<br>*Official Committee of Talc Claimants II* | **MASSEY & GAIL LLP**<br>Jonathan S. Massey (admitted pro hac vice)<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC 20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>Email: jmassey@masseygail.com<br><br>*Proposed Co-Counsel to the*<br>*Official Committee of Talc Claimants II* |
| **SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.**<br>Arthur J. Abramowitz<br>Alan I. Moldoff<br>Ross J. Switkes<br>308 Harper Drive, Suite 200<br>Moorestown, NJ 08057<br>Tel: (856) 662-0700<br>Email: aabramowitz@shermansilverstein.com<br>　　　　amoldoff@shermansilverstein.com<br>　　　　rswitkes@shermansilverstein.com<br><br>*Proposed Local Counsel to the*<br>*Official Committee of Talc Claimants II* | |

2926300.1

| | |
|---|---|
| In re:<br><br>**LTL MANAGEMENT LLC,**<br><br>                Debtor. | Chapter 11<br><br>Case No.: 21-30589 (MBK)<br><br>Honorable Michael B. Kaplan |

**SUPPLEMENTAL CERTIFICATION OF PROFESSIONAL IN SUPPORT OF APPLICATION FOR RETENTION OF PROFESSIONAL**

Arthur J. Abramowitz, of full age, certifies as follows:

1. I am a shareholder with the law firm Sherman, Silverstein, Kohl, Rose & Podolsky, P.A. ("Sherman Silverstein"), proposed local counsel to the Official Committee of Tort Claimants II (the "Committee") in the chapter 11 proceedings of LTL Management, LLC. I respectfully submit this certification in further support of the Application for Retention of Professional Sherman Silverstein as Local Counsel to the Committee (the "Application"). Docket No. 1079.

2. The Committee intends to seek authorization to retain the following firms as its counsel: (i) Cooley LLP; (ii) Bailey Glasser LLP; (iii) Waldrep Wall Babcock & Bailey PLLC; (iv) Massey & Gail LLP; and (v) Sherman Silverstein.

3. Each of the firms the Committee has proposed to retain serves a distinct purpose from the others:

    (a) Cooley LLP serves as lead bankruptcy counsel, providing a deep bench of attorneys with core bankruptcy, bankruptcy litigation and mass tort bankruptcy experience;

    (b) Bailey & Glasser LLP serves as lead mass tort/litigation counsel, providing particular expertise in trial preparation, especially with respect to causes of action sounding in fraud;

    (c) Waldrep Wall Babcock & Bailey PLLC serves as special bankruptcy counsel, providing the unique perspective of a former bankruptcy judge and experience and expertise in connection with this Case and this Case's predecessor cases in the Western District of North Carolina;

2926300.1

(d)     Massey & Gail serves as special counsel, providing unparalleled mass tort and other complex case experience before trial and appellate courts, including the Supreme Court; and

(e)     Sherman, Silverstein, Kohl, Rose & Podolsky, P.A. serves as local counsel, with extensive experience and expertise in bankruptcy cases in the District of New Jersey.

4.     As part of the allocation of responsibilities of its proposed counsel, a multi-step system has been developed and implemented to determine the distribution of work relating to the bankruptcy case and related proceedings in an effort to avoid duplication of services. First, a small group of senior partners confers to determine the strategy in consultation with the Committee members and their designated representatives. Next, one firm is assigned primary responsibility for a task. Once a task has been preliminarily completed, it is reviewed by the other firms, allowing the firm to which the task was assigned to benefit from the extensive knowledge and varying perspectives of co-counsel. Once co-counsel has signed off on a particular task, it is circulated to the Committee members and their representatives for review and comment.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: January 18, 2022                    By:     /s/ Arthur J. Abramowitz
                                                   ARTHUR J. ABRAMOWITZ

2926300.1