**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 21-30589 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON JANUARY 25, 2022 AT 10:00 A.M.**

*Parties are directed to https://www.njb.uscourts.gov/LTL*
*for appearing via Court-Solutions or observing via zoom*

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

NAI-1525922617

**CONTESTED MATTERS GOING FORWARD**

1. Debtor's Application for Retention of Jones Day as Counsel, Effective as of October 14, 2021 [Dkts. 404, 541].

   **Status:  This matter is going forward.**

   Objection Deadline:  December 8, 2021.

   Related Documents:

   A. Debtor's Omnibus Reply in Support of Professional Retention Applications and Motion Authorizing Retention and Compensation of Ordinary Course Professionals [Dkt. 810] (the "Omnibus Reply").

   B. Order Authorizing Interim Retention of Jones Day [Dkt. 857].

   C. Adjournment Request [Dkt. 1019].

   D. Debtor's Reply in Support of Its Application to Retain Jones Day as Chapter 11 Counsel [Dkt. 1190].

   Objections Received:

   E. Omnibus Limited Objection of Official Committee of Talc Claimants to Debtor's Retention Applications and Ordinary Course Professionals Motion [Dkt. 750] (the "Talc Committee Objection").

   F. Objection of Aylstock, Witkin, Kreis & Overholtz, PLLC to Application for Retention of Jones Day  [Dkt. 753].

   G. Objection of the United States Trustee to Debtor's Application for Retention of Jones Day, Effective as of October 14, 2021 [Dkt. 758].

   H. Surreply of Official Committee of Talc Claimants I to Jones Day Retention Application [Dkt. 1227].

   I. Amended Surreply of Official Committee of Talc Claimants I to Jones Day Retention Application [Dkt. 1228].

   J. Sur-Reply of Aylstock, Witkin, Kreis & Overholtz, PLLC in Further Support of Its Objection to the Debtor's Application for Retention of Jones Day [Dkt. 1231].

2.     Debtor's Application for Retention of Bates White, LLC as Talc Consultants, Effective as of October 14, 2021 [Dkts. 410, 547].

    **Status: This matter is going forward.**

    Objection Deadline: December 8, 2021

    Related Documents:

    A.     Supplemental Certification of Charles H. Mullin, Ph.D. in Support of Application for Retention of Bates White, LLC, Effective as of October 14, 2021 [Dkt. 803].

    B.     The Omnibus Reply.

    C.     Order Authorizing Interim Retention of Bates White, LLC [Dkt. 858].

    D.     Adjournment Request [Dkt. 1019].

    E.     Debtor's Supplemental Reply in Support of the Retention of Bates White, LLC [Dkt. 1196].

    Objections Received:

    F.     The Talc Committee Objection.

3.     Debtor's Application for Retention of Weil, Gotshal & Manges LLP as Special Counsel as of the Petition Date [Dkt. 413, 552].

    **Status: This matter is going forward.**

    Objection Deadline: December 8, 2021

    Related Documents:

    A.     Supplemental Certification of Ronit J. Berkovich in Support of Application for Retention of Weil, Gotshal & Manges LLP as Special Counsel as of the Petition Date [Dkt. 782].

    B.     The Omnibus Reply.

    C.     Order Authorizing Interim Retention of Weil, Gotshal & Manges LLP as the Debtor's Special Counsel [Dkt. 863].

    D.     Amended Order Authorizing Interim Retention of Weil, Gotshal & Manges LLP as the Debtor's Special Counsel [Dkt. 866].

    E.     Adjournment Request [Dkt. 1019].

    F.    Debtor's Supplemental Reply in Support of Application to Retain Weil, Gotshal & Manges LLP [Dkt. 1197].

Objections Received:

    G.    The Talc Committee Objection.

4. Application for Retention of Skadden, Arps, Slate, Meagher & Flom LLP, Effective as of October 14, 2021 [Dkt. 832].

**Status:  This matter is going forward.**

Objection Deadline:  December 22, 2021.

Related Documents:

    A.    Second Supplemental Certification of Melanie L. Cyganowski [Dkt. 964].

    B.    Adjournment Request [Dkt. 1019].

    C.    Reply in Support Debtor's Application for Retention of Skadden, Arps, Slate, Meagher & Flom LLP, Effective as of October 14, 2021 [Dkt. 1235].

Objections Received:

    D.    Objection of Official Committee of Talc Claimants to Application for Retention of Skadden, Arps, Slate, Meager & Flom LLP [Dkt. 955].

    E.    Objection of Aylstock, Witkin, Kreis & Overholtz PLLC to Application for Retention of Skadden, Arps, Slate, Meager & Flom LLP [Dkt. 957].

    F.    Objection of the United States Trustee to Debtor's Application for Retention of Skadden, Arps, Slate, Meager & Flom LLP, Effective as of October 14, 2021 [Dkt. 961].

5. Application for Retention of FTI Consulting, Inc. as Financial Advisor for the Official Committee of Talc Claimants Effective December 31, 2021 [Dkt. 954].

**Status:  At the direction of the Court, this matter is continued to March 8, 2022.**

Objection Deadline:  December 29, 2021. Extended to January 10, 2022 for the U.S. Trustee.

Related Documents:

    A.    Genova Burns January 9, 2022 Letter to the Court [Dkt. 1100].

    B.    Supplemental Certification of Matthew Diaz in Support of Application for Retention of FTI Consulting, Inc. as Financial Advisor for the Official Committee of Talc Claimants II Effective December 13, 2021 [Dkt. 1111].

    C.    Order Authorizing Interim Retention of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Talc Claimants II Effective December 13, 2021 [Dkt. 1132].

    D.    Amended Order Authorizing Interim Retention of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Talc Claimants II Effective December 13, 2021 [Dkt. 1134].

Objections Received:

    E.    Debtor's Omnibus Objection to Application of the Official Committee of Talc Claimants for Retention of Houlihan Lokey Capital, Inc. as Investment Banker Under Bankruptcy Code Section 328(a) Effective as of December 17, 2021 and Application for Retention of FTI Consulting, Inc. as Financial Advisor for the Official Committee of Talc Claimants Effective December 13, 2021 [Dkt. 1087].

    F.    Objection of the United States Trustee to the Application of the Official Committee of Talc Claimants II for Retention of FTI Consulting, Inc., as Financial Advisor [Dkt. 1108].

6.    Debtor's Application for Retention of Blake, Cassels & Graydon LLP Effective as of October 14, 2021 [Dkt. 966].

**Status: This matter is going forward.**

Objection Deadline: December 30, 2021. Extended to January 11, 2022 for the U.S. Trustee.

Related Documents:

    A.    Supplemental Certification of Linc Rogers in Support of Application for Retention of Blake, Cassels & Graydon LLP, Effective as of October 14, 2021 [Dkt. 1125].

    B.    Debtor's Omnibus Reply in Support of Application To Retain Blake, Cassels & Graydon LLP, Effective As Of October 14, 2021 [Dkt. 1234].

Objections Received:

    C.    Objection of Official Committee I of Talc Claimants to Debtor's Application for Retention of Blake, Cassels & Graydon LLP Effective as of October 14, 2021 [Dkt. 1068].

    D.    Objection of Official Committee of Talc Claimants II to Debtor's Application for Retention of Blake, Cassels & Graydon LLP Effective as of October 14, 2021 [Dkt. 1077].

Dated: January 21, 2022

**WOLLMUTH MAHER & DEUTSCH LLP**

*/s/ Paul R. DeFilippo*
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*