Order Filed on January 26, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**WOLLMUTH MAHER & DEUTSCH LLP**<br>Paul R. DeFilippo, Esq.<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>Facsimile: (212) 382-0050<br>pdefilippo@wmd-law.com<br>**JONES DAY**<br>Gregory M. Gordon, Esq.<br>Brad B. Erens, Esq.<br>Dan B. Prieto, Esq.<br>Amanda Rush, Esq.<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>gmgordon@jonesday.com<br>bberens@jonesday.com<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br>(Admitted *pro hac vice*)<br>*ATTORNEYS FOR DEBTOR* | **PACHULSKI STANG ZIEHL & JONES LLP**<br>Laura Davis Jones<br>Karen B. Dine<br>Colin R. Robinson<br>Peter J. Keane<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email:  ljones@pszjlaw.com<br>       kdine@pszjlaw.com<br>       crobinson@pszjlaw.com<br>       pkeane@pszjlaw.com<br><br>*Counsel to Arnold & Itkin LLP* |
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>                              Debtor. | Chapter 11<br><br>Case No.:  21-30589 (MBK)<br><br>**Hearing Date: January 19, 2022 @ 10:00 a.m.** |

**ORDER REGARDING: (A) DEBTOR'S MOTION FOR AN ORDER DETERMINING THAT THE UNITED STATES TRUSTEE'S NOTICE OF "RECONSTITUTED AND AMENDED" TALC CLAIMANTS COMMITTEE IS INVALID AND REINSTATING THAT COMMITTEE; AND (B) MOTION FOR ORDER VACATING APPOINTMENT OF SECOND OFFICIAL COMMITTEE OF TALC CLAIMANTS AND ADDITION OF NEW COMMITTEE MEMBERS FILED BY ARNOLD & ITKIN LLP**

The relief set forth on the following pages, numbered two through three, is hereby **ORDERED**.

**DATED: January 26, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

NAI-1525923635v8

(Page 2)
Debtor: LTL Management LLC
Case No. 21-30589-MBK
Caption: Order Regarding: (A) Debtor's Motion for an Order Determining That the United States Trustee's Notice of "Reconstituted and Amended" Talc Claimants Committee Is Invalid and Reinstating that Committee; and (B) Motion for Order Vacating Appointment of Second Official Committee of Talc Claimants and Addition of New Committee Members Filed by Arnold & Itkin LLP

This matter coming before the Court on (a) the *Debtor's Motion for an Order Determining that the United States Trustee's Notice of "Reconstituted and Amended" Talc Claimants Committee is Invalid and Reinstating that Committee* [Dkt. 1047] (the "Debtor's Motion"), filed by the debtor in the above-captioned case (the "Debtor"), and (b) the *Motion for Order Vacating Appointment of Second Official Committee of Talc Claimants and Addition of New Committee Members* [Dkt. 1067] filed by Arnold & Itkin LLP (the "A&I Motion," together with the Debtor's Motion, the "Motions"); the Court having reviewed the Motions, the replies in support of the Motions [Dkts. 1175, 1176], the objections to the Motions [Dkts. 1158, 1159, 1161, 1164], and the letter to the Court submitted in connection with the Motions [Dkt. 1084], and having considered the statements of counsel with respect to the Motions at a hearing before the Court held on January 19, 2022 (the "Hearing"); the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (c) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (d) notice of the Motions and the Hearing was sufficient under the circumstances; and for the reasons set forth on the record at the Hearing and in the *Memorandum Opinion* issued by the Court on January 20, 2022 [Dkt. 1212];

IT IS HEREBY ORDERED THAT:

1. The Motions are GRANTED to the extent set forth below.

NAI-1525923635v8

(Page 3)
Debtor: LTL Management LLC
Case No. 21-30589-MBK
Caption: Order Regarding: (A) Debtor's Motion for an Order Determining That the United States Trustee's Notice of "Reconstituted and Amended" Talc Claimants Committee Is Invalid and Reinstating that Committee; and (B) Motion for Order Vacating Appointment of Second Official Committee of Talc Claimants and Addition of New Committee Members Filed by Arnold & Itkin LLP

2. The *Notice of the United States Trustee's Filing of Reconstituted and Amended: (i) Notice of Appointment of Official Committee of Talc Claimants I; and (ii) Notice of Appointment of Official Committee of Talc Claimants II* [Dkt. 965] (the "Committee Reconstitution Notice") is struck, without prejudice, and the committees formed thereunder shall be disbanded on March 9, 2022, subject to a further order of the Court.

3. The Official Committee of Talc Claimants created by the *Order Appointing the Official Committee of Talc Claimants* [Dkt. 355] entered by the United States Bankruptcy Court for the Western District of North Carolina is reinstated in its original form as of March 9, 2022, subject to further order of the Court.

4. This Order is without prejudice to the United States Trustee's or any party-in-interest's right to move for relief with respect to the Order Appointing the Official Committee of Talc Claimants [Dkt. 355] and/or the appointment of an additional claimants' committee or additional committee members.

5. Absent a further order of the Court, the Official Committee of Talc Claimants I and the Official Committee of Talc Claimants II appointed pursuant to the Committee Reconstitution Notice shall remain in full force and effect through March 8, 2022.

6. This Court shall retain exclusive jurisdiction over any and all matters arising from or related to the implementation, interpretation or enforcement of this Order.

NAI-1525923635v8