| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**COOLEY LLP**<br>Cullen D. Speckhart (admitted pro hac vice)<br>Michael Klein (admitted pro hac vice)<br>Erica J. Richards (admitted pro hac vice)<br>Lauren A. Reichardt (admitted pro hac vice)<br>Evan M. Lazerowitz<br>55 Hudson Yards<br>New York, NY 10001<br>Tel: (212) 479-6000<br>Fax: (212) 479-6275<br>Email: cspeckhart@cooley.com<br>    mklein@cooley.com<br>    erichards@cooley.com<br>    lreichardt@cooley.com<br>    elazerowitz@cooley.com<br><br>*Proposed Co-Counsel to the*<br>*Official Committee of Talc Claimants II* | **BAILEY GLASSER LLP**<br>Brian A. Glasser (admitted pro hac vice)<br>Thomas B. Bennett (admitted pro hac vice)<br>Kevin W. Barrett (admitted pro hac vice)<br>Maggie Burrus (admitted pro hac vice)<br>Katherine E. Charonko (admitted pro hac vice)<br>Cary Joshi<br>105 Thomas Jefferson St. NW, Suite 540<br>Washington, DC 20007<br>Tel: (202) 463-2101<br>Fax: (202) 463-2103<br>Email:    bglasser@baileyglasser.com<br>    tbennett@baileyglasser.com<br>    kbarrett@baileyglasser.com<br>    mburrus@baieyglasser.com<br>    kcharonko@baileyglasser.com<br>    cjoshi@baileyglasser.com<br><br>*Proposed Co-Counsel to the*<br>*Official Committee of Talc Claimants II* |
| **WALDREP WALL BABCOCK & BAILEY PLLC**<br>Thomas W. Waldrep, Jr. (admitted pro hac vice)<br>370 Knollwood Street, Suite 600<br>Winston-Salem, NC 27103<br>Tel: (336) 717-1280<br>Fax: (336) 717-1340<br>Email: notice@waldrepwall.com<br><br>*Proposed Co-Counsel to the Official Committee of Talc Claimants II* | **MASSEY & GAIL LLP**<br>Jonathan S. Massey (admitted pro hac vice)<br>100 Main Ave. SW, Suite 450<br>Washington, DC 20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>Email: jmassey@masseygail.com<br><br>*Proposed Co-Counsel to the*<br>*Official Committee of Talc Claimants II* |
| **SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.**<br>Arthur J. Abramowitz<br>Alan I. Moldoff<br>Ross J. Switkes<br>308 Harper Drive, Suite 200<br>Moorestown, NJ 08057<br>Tel: (856) 662-0700<br>Email: aabramowitz@shermansilverstein.com<br>    amoldoff@shermansivlerstein.com<br>    rswitkes@shermansilverstein.com<br><br>*Proposed Local Counsel to*<br>*the Official Committee of Talc Claimants II* | |

| | |
|---|---|
| In re: | Chapter 11 |
| **LTL MANAGEMENT LLC,** | Case No.: 21-30589 (MBK) |
| Debtor. | Honorable Michael B. Kaplan |

## SECOND AMENDED NOTICE OF DEPOSITION OF JOHN KIM

To: JOHN KIM
General Counsel, LTL Management LLC
501 George Street
New Brunswick, NJ 08933

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 7026 and 7030 and Federal Rules of Civil Procedure 26 and 30, proposed counsel for the Official Committee of Talc Claimants II, will take the testimony of John Kim at a deposition, under oath before a person authorized to administer such oaths, on Monday, January 31, 2022 at 9:00 a.m., by videotelephony conducted by Lexitas Legal with respect to all subject matter involved in this action. Testimony will be recorded by videotape and stenographer before an officer duly authorized by law to take testimony and administer oaths. This deposition will continue from day to day thereafter until completed, and it will be recorded and transcribed.

Date: January 27, 2022

**BAILEY GLASSER LLP**

*/s/ Cary Joshi*
Cary Joshi

*Proposed Local Counsel to the Official Committee of Talc Claimants II*