**RABINOWITZ, LUBETKIN & TULLY, LLC**
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
(973) 597-9100
Jonathan I. Rabinowitz
*Local Counsel to Professor J. Maria Glover,*
*Proposed Amicus Curiae*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re:<br><br>LTL MANAGEMENT LLC,<br><br>   Debtor. | Case No. 21-30589<br><br>Chapter 11 |
|---|---|

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

TO:   Clerk of Court
      United States Bankruptcy Court
      Clarkson S. Fisher US Courthouse
      402 East State Street
      Trenton, NJ 08608

**PLEASE TAKE NOTICE** that Professor J. Maria Glover, Proposed Amicus Curiae, hereby appears in this case by her local counsel:

Rabinowitz, Lubetkin & Tully, LLC
293 Eisenhower Parkway, Suite 100
Livingston, NJ  07039
Attention:  Jonathan I. Rabinowitz, Esq.
(973) 597-9100 phone
(973) 597-9119 fax
jrabinowitz@rltlawfirm.com

**REQUEST IS HEREBY MADE** pursuant to Bankruptcy Rules 2002 and 9010 that all notices given or required to be given in this case, and all papers, pleadings, motions or applications served or required to be served in this case or any adversary proceeding filed in connection therewith, shall be directed to and served upon the above-referenced counsel.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers filed in the proceeding specified above, but also includes without limitation orders and notices of any application, motion, pleading, request, suggestion, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted and conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which may affect or seek to affect in any way the rights or interests of Professor J. Maria Glover, Proposed Amicus Curiae, in this Chapter 11 case..

        **RABINOWITZ, LUBETKIN & TULLY, LLC**
        Local counsel for Professor J. Maria Glover,
        Proposed Amicus Curiae


        By:   /s/ Jonathan I. Rabinowitz
               JONATHAN I. RABINOWITZ

Dated:  January 31, 2022

F:\Client_Files\A-M\LTL Management\NOA - JIR.doc