**RABINOWITZ, LUBETKIN & TULLY, LLC**
293 Eisenhower Parkway, Suite 100
Livingston, N.J. 07039
(973) 597-9100
Jonathan I. Rabinowitz
John J. Harmon
jrabinowitz@rltlawfirm.com
jharmon@rltlawfirm.com
*Local Counsel for Professor J. Maria Glover,*
*Proposed Amicus Curiae*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No. 21-30589 (MBK) |
| LTL MANAGEMENT, LLC, | Chapter 11 |
| Debtor. | Hon. Michael B. Kaplan |

## <u>CERTIFICATION OF SERVICE</u>

1. I, Jennifer Coleman:

   ☐ represent the Chapter 7 Trustee in the above-captioned matter.

   ☒ I am the secretary/paralegal for Jonathan I. Rabinowitz, who represents J. Maria Glover, in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On February 1, 2022, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the annexed chart via E-mail:  (1) Order Shortening Time entered by the Court on February 1, 2022; (2) Application for Order Shortening Time; (3) Notice of Motion for Leave to File Amici Curiae Brief; (4) Certification in Support of Motion; (5) Memorandum of Law in Support of Motion; and (6) proposed form of Order.

3.  I certify under penalty of perjury that the above documents were sent using the mode of service

indicated.

Dated: February 1, 2022                    _____/s/ Jennifer Coleman_____
                                           JENNIFER COLEMAN

NOTICE OF APPEARANCE
E-MAIL SERVICE LIST

| Party | EMAIL |
|---|---|
| John R. Miller, Jr., Esq.<br>C. Richard Rayburn, Jr., Esq.<br>RAYBURN COOPER & DURHAM, P.A.<br>Counsel for Debtor | rrayburn@rcdlaw.net<br>jmiller@rcdlaw.net |
| Caitlin K. Cahow, Esq.<br>Brad B. Erens, Esq.<br>Gregory M. Gordon, Esq.<br>Daniel B. Prieto, Esq.<br>Amanda Rush, Esq.<br>Robert W. Hamilton, Esq.<br>James M. Jones, Esq.<br>JONES DAY<br>Brad Jeffrey Axelrod<br>Paul R. DeFilippo<br>James. N. Lawlor<br>Kathleen A. Frazier<br>Joseph Francis Pacelli<br>Mark W. Rasmussen<br>Matthew Tomsic<br>Co-Counsel for Debtor | ccahow@jonesday.com<br>bberens@jonesday.com<br>gmgordon@jonesday.com<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br>rwhamilton@jonesday.com<br>jmjones@jonesday.com<br>iperez@jonesday.com<br>baxelrod@wmdlaw.com<br>pdefilippo@wmd-law.com<br>jlawlor@wmd-law.com<br>kfrazier@shb.com<br>jpacelli@wmd-law.com<br>mrasmussen@jonesday.com<br>mtomsic@rcdlaw.net |
| Glenn M. Kurtz, Esq.<br>Jessica Lauria, Esq.<br>WHITE & CASE LLP<br>Co-Counsel for Debtor | gkurtz@whitecase.com<br>Jessica.boelter@whitecase.com |
| Kristen R. Fournier, Esq.<br>KING & SPALDING LLP.<br>Co-Counsel for Debtor | kfournier@kslaw.com |
| Hillary B. Crabtree<br>MOORE & VAN ALLEN PLLC<br>Counsel to Johnson & Johnson and Johnson & Johnson Consumer Inc. | hillarycrabtree@mvalaw.com |
| RACHEL R. OBALDO Asst. Attorney General Chief<br>JASON B. BINFORD<br>LAYLA D. MILLIGAN<br>Office of the Attorney General of Texas<br>Attorneys for the State of Texas | rachel.obaldo@oag.texas.gov<br>jason.binford@oag.texas.gov<br>layla.milligan@oag.texas.gov |
| Ashley A. Edwards, Esq.<br>Parker Poe Adams & Bernstein LLP<br>Attorney for The Continental Insurance Company | ashleyedwards@parkerpoe.com |
| James H. Henderson<br>THE HENDERSON LAW FIRM<br>Attorneys for Blue Cross Blue Shield Association | henderson@title11.com |
| Melanie L. Cyganowski<br>John Bourgiamas | mcyganowski@otterbourg.com<br>jbougiamas@otterbourg.com |

| | |
|---|---|
| Adam Silverstein<br>Otterbourg P.C.<br>Counsel for the Committee | asilverstein@otterbourg.com |
| John C. Woodman, Esq.<br>ESSEX RICHARDS P.C.<br>Local Counsel for Claimants represented by<br>Kazan McClain | jwoodman@essexrichards.com |
| John A. Northen, Esq.<br>Vicki L. Parrott, Esq,<br>John Paul H. Cournoyer, Esq.<br>Northen Blue, LLP<br>Counsel for Cyprus Mines Corporation and<br>Cyprus Amax Minerals Company | vlp@nbfirm.com<br>jpc@nbfirm.com |
| Shaya Rochester, Esq.<br>Katherine A. Scherling, Esq.<br>Kelsey R. Panizzolo, Esq.<br>KATTEN MUCHIN ROSENMAN LLP<br>and<br>Eileen T. McCabe, Esq.<br>Stephen T. Roberts, Esq.<br>MENDES & MOUNT LLP<br>and-<br>Louis A. Modugno, Esq.<br>TRIF & MODUGNO LLC<br>Counsel to Atlanta International Insurance Company (as successor in interest to Drake Insurance Company); AIG Property Casualty Company (f/k/a Birmingham Fire Insurance Company of Pennsylvania); AIG Europe S.A. (as successor in interest to Union Atlantique d'Assurances S.A); AIU Insurance Company; ASR Schadeverzekering N.V. (as successor in interest to Assurantiekoor Van Wijk & Co.); Granite State Insurance Company; The Insurance Company of the State of Pennsylvania; Lexington Insurance Company; National Union Fire Insurance Company of Pittsburgh, Pa.; New Hampshire Insurance Company; The North River Insurance Company; Starr Indemnity & Liability Company (as successor in interest to Republic Insurance Company); N.V. Schadeverzekeringsmaatschappij Maas Lloyd (individually and as successor in interest to policies subscribed in favor of Johnson & Johnson by N.V. Rotterdamse Assurantiekas, n/k/a De Ark).; and RheinLand Versicherungen (as successor in interest only to the subscriptions of the former Dutch company Rheinland Verzekeringen) (collectively, the "New Jersey Action Insurers") | shaya.rochester@katten.com<br>katherine.scherling@katten.com<br>kelsey.panizzolo@katten.com<br><br>eileen.mccabe@mendes.com<br>stephen.roberts@mendes.com<br><br>lmodugno@tm-firm.com |

| | |
|---|---|
| Chelsea Corey, Esq.<br>KING & SPALDING LLP<br>Richard A. Schneider, Esq. (pro hac vice application pending)<br>Attorneys for Bestwall LLC | ccorey@kslaw.com<br>dschneider@kslaw.com |
| Christine L. Myatt, Esq.<br>Harris M. Watkins, Esq.<br>NEXSEN PRUET, PLLC<br>Local counsel for Rio Tinto America Inc. and Three Crowns Insurance Company | cmyatt@nexsenpruet.com<br>mwatkins@nexsenpruet.com |
| Robert W. Miller, Esq.<br>Manier & Herod, P.C.<br>Counsel for Westchester Fire Insurance Company | rmiller@manierherod.com |
| Sandeep Qusba, Esq.<br>Craig S. Waldman, Esq.<br>Jamie J. Fell, Esq.<br>Zachary J. Weiner, Esq.<br>Katherine A. McLendon, Esq.<br>Jonathan T. Menitove, Esq.<br>Michael Torkin, Esq.<br>SIMPSON THACHER & BARTLETT LLP<br>Counsel to Bausch Health US, LLC f/k/a Valeant Pharmaceuticals North America LLC, Bausch Health Americas, Inc. f/k/a Valeant Pharmaceuticals International, and Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International, Inc. and all of their affiliates (collectively, "Bausch Health") | squsba@stblaw.com<br>cwaldman@stblaw.com<br>jamie.fell@stblaw.com<br>zachary.weiner@stblaw.com<br>kmclendon@stblaw.com<br>jonathan.menitove@stblaw.com<br>Michael.torkin@stblaw.com |
| RACHEL R. OBALDO, Esq.<br>AUTUMN D. HIGHSMITH, Esq.<br>Office of the Attorney General of Texas<br>Bankruptcy & Collections Division<br>Counsel for the State of Texas | rachel.obaldo@oag.texas.gov<br>autumn.highsmith@oag.texas.gov |
| Derek Baker, Esq.<br>REED SMITH LLP<br>Princeton, NJ<br>Paul M. Singer, Esq.<br>Luke A. Sizemore, Esq.<br>REED SMITH LLP<br>Pittsburgh, PA<br>Jason D. Angelo, Esq.<br>REED SMITH LLP<br>Wilmington, DE<br>Counsel to Cyprus Mines Corporation | dbaker@reedsmith.com<br>psinger@reedsmith.com<br>jangelo@reedsmith.com<br>lsizemore@reedsmith.com |
| Richard S. Wright, Esq.<br>Andrew T. Houston, Esq.<br>Caleb Brown, Esq.<br>Moon Wright & Houston, PLLC | rwright@mwhattorneys.com<br>ahouston@mwhattorneys.com<br>cbrown@mwhattorneys.com |

| | |
|---|---|
| Counsel to The Law Firm of Arnold & Itkin LLP ("Arnold & Itkin"), on behalf of certain personal injury claimants represented by Arnold & Itkin (the "Arnold & Itkin Plaintiffs") | |
| Judy D. Thompson, Esq.<br>JD Thompson Law<br>Counsel to the Barnes Law Group (BLG Plaintiffs) | jdt@jdthompsonlaw.com |
| Paul R. Baynard, Esq.<br>Paul J. Winterhalter, Esq.<br>OFFIT KURMAN, P.A.<br>and-<br>Michael L. Tuchin, Esq.<br>Robert J. Pfister, Esq.<br>Samuel M. Kidder, Esq.<br>Nir Maoz, Esq.<br>KTBS LAW LLP<br>Counsel to Aylstock, Witkin, Kreis & Overholtz, PLLC ("AWKO") | Paul.Baynard@offitkurman.com<br>pwinterhalter@offitkurman.com<br>mtuchin@ktbslaw.com<br>rpfister@ktbslaw.com<br>skidder@ktbslaw.com<br>nmaoz@ktbslaw.com |
| James C. White, Esq.<br>Attorney for OnderLaw, LLC | jwhite@jcwhitelaw.com |
| Andrew S. Golden, Esq.<br>Robert M. Novick, Esq.<br>David S. Rosner, Esq.<br>Michael E. Hutchins, Esq.<br>Kasowitz Benson Torres LLP<br>Counsel for Cyprus Mines Corporation | Agolden@kasowitz.com<br>Rnovick@kasowitz.com<br>Drosner@kasowitz.com<br>Mhutchins@kasowitz.com |
| Lenard M. Parkins, Esq.<br>Parkins Lee & Rubio LLP<br>Counsel to OnderLaw, LLC | lparkins@parkinslee.com |
| Robert A. Mays, Esq.<br>MAYS JOHNSON LAW FIRM<br>Local Counsel to Allstate Insurance Company, as successor in interest to Northbrook Excess & Surplus Insurance Company, formerly Northbrook Insurance Company ("Allstate") | rmays@maysjohnsonlaw.com |
| Deborah L. Fletcher, Esq.<br>FISHERBROYLES LLP<br>-and-<br>Andrew T. Frankel, Esq.<br>Kathrine A. McLendon, Esq.<br>Jonathan T. Menitove, Esq.<br>Michael H. Torkin, Esq. (pro hac vice pending)<br>SIMPSON THACHER & BARTLETT LLP<br>Counsel for Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) | deborah.fletcher@fisherbroyles.com<br>afrankel@stblaw.com<br>kmclendon@stblaw.com<br>jonathan.menitove@stblaw.com<br>Michael.torkin@stblaw.com |
| Stacy C. Cordes, Esq.<br>Meghan A. Van Vynckt, Esq. | stacy@cordes-law.com<br>meghan@cordes-law.com |

| | |
|---|---|
| Cordes Law, PLLC<br>Counsel to Blue Cross Blue Shield of Massachusetts, Inc. | |
| Daniel H. Charest, Esq.<br>BURNS CHAREST LLP<br>Counsel for Plaintiffs' Steering Committee in the In r Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability MultiDistrict Litigation | dcharest@burnscharest.com |
| Law Offices of R. Keith Johnson, P.A.<br>-and-<br>Richard M. Golomb, Esq.<br>Golomb Spirt Grunfeld<br>Counsel to Linda Rabasca and Brandi Carl | kjparalegal@bellsouth.net<br>rgolomb@GolombLegal.Com |
| Jeffrey M. Sponder, Esq.<br>Lauren Bielskie, Esq.<br>Mitchell B. Hausman, Esq.<br>Office of the US Trustee | lauren.bielskie@usdoj.gov<br>Jeffrey.m.sponder@usdoj.gov<br>Mitchell.b.hausman@usdoj.gov |
| Gregory Gennady Plotko Esq.<br>CROWELL & MORING LLP (NYC)<br>-AND-<br>Mark D. Plevin, Esq.<br>Kevin D. Cacabelos, Esq.<br>CROWELL & MORING LLP (San Francisco)<br>-AND-<br>Tacie H. Yoon, Esq.<br>Rachel Jankowski, Esq.<br>CROWELL & MORING LLP (DC)<br>-AND-<br> Aidan McCormack, Esq.<br>R. Brian Seibert<br>DLA PIPER LLP (US)<br>Counsel to Century Indemnity Company, Federal Insurance Company, Central National Insurance Company of Omaha and ACE Property and Casualty Insurance Company (f/k/a CIGNA Property & Casualty Insurance Company), Great Northern Insurance Company, Pacific Employers Insurance Company, and Westchester Fire Insurance Company | gplotko@crowell.com<br>mplevin@crowell.com<br>kcacabelos@crowell.com<br>tyoon@crowell.com<br>rjankowski@crowell.com<br>aidan.mccormack@dlapiper.com<br>brian.seibert@diapiper.com |
| Leslie C. Heilman, Esq.<br>Tobey M. Daluz, Esq.<br>Laurel D. Roglen, Esq.<br>BALLARD SPAHR LLP<br>Counsel for Albertsons Companies, Inc. | daluzt@ballardspahr.com<br>heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com |
| Brian W. Hofmeister, Esq.<br>LAW FIRM OF BRIAN W. HOFMEISTER, LLC<br>Local counsel for various claimants | bwh@hofmeisterfirm.com |

| | |
|---|---|
| Simon J. Torres Esq.<br>Carolyn J. Lachman, Esq.<br>Sarah Meiman, Esq.<br>Pension Benefit Guaranty Corporation<br>Office of the General Counsel<br>Counsel for Pension Benefit Guaranty Corporation<br>("PBGC")<br><br>Eamon O'Hagan, Esq.<br>Local Counsel Pension Benefit Guaranty<br>Corporation | torres.simon@pbgc.gov<br>efile@pbgc.gov<br>lachman.carolyn@pbgc.gov<br>meiman.sarah@pbgc.gov<br><br><br><br>eamonn.ohagan@usdoj.gov |
| Christopher K. Kiplok, Esq.<br>William J. Beausoleil, Esq.<br>Erin E. Diers, Esq.<br>Hughes Hubbard & Reed LLP<br>Counsel to counsel to Imerys SA | chris.kiplok@hugheshubbard.com<br>william.beausoleil@hugheshubbard.com<br>erin.diers@hugheshubbard.com |
| Charles W. Branham, III, Esq.<br>J. Bradley Smith, Esq.<br>Dean Omar Branham Shirley, LLC<br>-and-<br>William M. Graham, Esq<br>WALLACE & GRAHAM PA<br>Proposed Co-Counsel for Dean Omar Branham<br>Shirley, LLP | tbranham@dobslegal.com<br>bsmith@dobslegal.com<br>bgraham@wallacegraham.com |
| Albert Togut, Esq.<br>Frank A. Oswald, Esq.<br>Brian F. Shaughnessy, Esq.<br>TOGUT, SEGAL & SEGAL LLP<br>Counsel to counsel for Roger Frankel, as Legal<br>Representative for Future Personal Injury<br>Claimants appointed in the Chapter 11 bankruptcy<br>case of Cyprus Mines Corporation, Case No. 21-<br>10398-LSS (Bankr. D. Del) | altogut@teamtogut.com<br>frankoswald@teamtogut.com<br>bshaughnessy@teamtogut.com |
| Lance P. Martin, Esq.<br>Paul A. Fanning, Esq.<br>Norman J. Leonard, Esq.<br>Ward and Smith, P.A.<br>Counsel to Atlanta International Insurance<br>Company (as successor in interest to Drake<br>Insurance Company); AIG Europe S.A. (as<br>successor in interest to Union Atlantique d'<br>Assurances S.A.); AIG Property Casualty Company<br>(f/k/a Birmingham Fire Insurance Company of<br>Pennsylvania); AIU Insurance Company; ASR<br>Schadeverzekering N.V. (as successor in interest to<br>Assurantiekoor Van Wijk & Co.); Granite State<br>Insurance Company; the Insurance Company of<br>the State of Pennsylvania; Lexington Insurance<br>Company; N.V. De Ark (f/k/a N.V. Rotterdamse | LPM@wardandsmith.com<br>PAF@wardandsmith.com<br>NJL@wardandsmith.com |

| | |
|---|---|
| Assurantiekas); N.V. Schadeverzekeringsmaatschappij Maas Lloyd; National Union Fire Insurance Company of Pittsburgh, PA; New Hampshire Insurance Company; Rheinland Versicherungen (as successor in interest only to the subscriptions of the former Dutch company Rheinland Verzekeringen); and Starr Indemnity & Liability Company (as successor in interest to Republic Insurance Company) (collectively, the "Insurance Companies") | |
| Janet A. Shapiro, Esq. The Shapiro Law Firm Counsel for Employers Ins. Company of Wausau, Employers Ins. of Wausau, Employers Mutual Casualty Company, Nationwide Indemnity, and Scottsdale Insurance | jshapiro@shapirolawfirm.com |
| Jeffrey E. Bjork, Esq. Kimberly A. Posin, Esq. Amy C. Quartarolo, Esq. Adam S. Ravin, Esq. LATHAM & WATKINS LLP -and- Ashley S. Rusher, Esq. BLANCO TACKABERY & MATAMOROS, P.A. Counsel for Imerys Talc America, Inc., Imerys Talc Vermont, Inc., and Imerys Talc Canada Inc. | jeff.bjork@lw.com kim.posin@lw.com amy.quartarolo@lw.com asr@blancolaw.com adam.ravin@lw.com |
| Christopher D. Layton, Esq. The Layton Law Firm, PLLC Counsel to Williams Hart Boundas Easterby, LLP, on behalf of certain personal injury claimants ("Williams Hart Plaintiffs") | chris@thelaytonlawfirm.com |
| Brian A. Glasser, Esq. Kevin W. Barrett,Esq. Thomas B. Bennett, Esq. Maggie B. Burrus,Esq. Cary Joshi, Esq. BAILEY GLASSER LLP Proposed Co-Counsel for the Official Committee of Talc Claimants | bglasser@baileyglasser.com kbarrett@baileyglasser.com tbennett@baileyglasser.com mburrus@baileyglasser.com cjoshi@baileyglasser.com |
| Susan Sieger-Grimm, Esq. David Molton, Esq. BROWN RUDNICK LLP -and- Sunni P. Beville, Esq. Jeffrey L. Jonas, Esq. BROWN RUDNICK LLP (Boston) Proposed Co-Counsel for the Official Committee of Talc Claimants | ssieger-grimm@brownrudnick.com dmolton@brownrudnick.com sbeville@brownrudnick.com jjonas@brownrudnick.com |

| | |
|---|---|
| Melanie L. Cyganowski, Esq.<br>John Bourgiamas, Esq.<br>Adam Silverstein, Esq.<br>Jennifer S. Feeney, Esq.<br>Michael R. Maizel, Esq.<br>Otterbourg P.C.<br>Proposed Co-Counsel for the Official Committee of Talc Claimants and Counsel for the Plaintiffs' Steering Committee in the In r Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Multi-District Litigation (MDL No. 2738) | mcyganowski@otterbourg.com<br>jbougiamas@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>mmaizel@otterbourg.com |
| Nabil Majed Nachawati, II, Esq.<br>Darren P. McDowell, Esq.<br>Fears Nachawati Law Firm<br>Associated with Brian Hofmeister<br>Counsel to Various Claimants | MN@fnlawfirm.com<br>dmcdowell@fnlawfirm.com |
| Christopher M. Placitella, Esq.<br>Dennis M. Geier, Esq.<br>Cohen, Placitella & Roth, P.C.<br>Counsel to Mesothelioma and Ovarian Cancer Plaintiffs Represented by Cohen, Placitella & Roth P.C. | dgeier@cprlaw.com |
| Jonathan Standish Massey, Esq.<br>MASSEY & GAIL LLP (DC)<br>Rachel Morse, Esq.<br>MASSEY & GAIL LLP (Chicago)<br>Proposed Co-Counsel for the Official Committee of Talc Claimants | jmassey@masseygail.com<br>rmorse@masseygail.com |
| Stephen V. Gimigliano, Esq.<br>John Maloney, Esq.<br>Robin Rabinowitz, Esq.<br>GIMIGLIANO MAURIELLO & MALONEY<br>Attorneys for Travelers Casualty and Surety Company<br>(f/k/a The Aetna Casualty and Surety Company) | sgimigliano@lawgmm.com<br>jmaloney@lawgmm.com<br>rrabinowitz@lawgmm.com |
| Alan J. Brody, Esq.<br>GREENBERG TRAURIG, LLP<br>Counsel for Bausch Health US, LLC f/k/a Valeant Pharmaceuticals North America LLC, Bausch Health Americas, Inc. f/k/a Valeant Pharmaceuticals International and Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International, Inc. and all of their affiliates (collectively, "Bausch Health") | brodya@gtlaw.com |
| Donald W. Clarke, Esquire<br>Daniel Stolz, Esquire<br>  Counsel for Committee of Talc Claimants | dclarke@genovaburns.com<br>dstolz@genovaburns.com |

| | |
|---|---|
| David J. Molton, Esquire | dmolton@brownrudnick.com |
| Andrew J. Kelly, Esq.<br>The Kelly Firm, P.C.<br>Local counsel for Blue Cross Blue Shield of Massachusetts | akelly@kbtlaw.com |
| Mitchell Malzberg, Esq.<br>Law Offices of Mitchell J. Malzberg LLC<br>Local Counsel to Various Claimants | mmalzberg@mjmalzberglaw.com |
| John M. August, Esq.<br>Marc E. Wolin, Esq.<br>Saiber LLC<br>Local Counsel for Kristie Lynn Doyle, Member of the Official Committee of Talc Claimants | jaugust@saiber.com<br>mwolin@saiber.com |
| James N. Lawlor, Esq.<br>Paul R. DeFilippo, Esq.<br>Brad J. Axelrod, Esq.<br>Lyndon M. Tretter, Esq.<br>Joseph F. Pacelli, Esq.<br>Wollmuth Maher & Deutsch, LLP<br>Proposed Co-Counsel for LTL Management LLC | jlawlor@wmd-law.com<br>pdefilippo@wmd-law.com<br>baxelrod@wmd-law.com<br>ltretter@wmd-law.com<br>jpacelli@wmd-law.com |
| Sommer L. Ross, Esq.<br>Philip R. Matthews, Esq.<br>Duane Morris LLP<br>Counsel for Republic Indemnity Company of America | SLRoss@duanemorris.com<br>PRMatthews@duanemorris.com |
| Daniel R. Lapinski, Esq.<br>Motley Rice LLC<br>Counsel for Mesothelioma and Ovarian Cancer Plaintiffs | dlapinski@motleyrice.com |
| HALPERIN BATTAGLIA BENZIJA, LLP<br>Alan D. Halperin, Esq.<br>Donna H. Lieberman, Esq.<br>Walter Benzija<br>Co-Counsel to The Blue Cross Blue Shield Association | ahalperin@halperinlaw.net<br>dlieberman@halperinlaw.net<br>wbenzija@halperinlaw.net |
| RAWLINGS & ASSOCIATES<br>Mark D. Fischer, Esq.<br>Co-Counsel to The Blue Cross Blue Shield Association | mdf@rawlingsandassociates.com |
| LOWENSTEIN SANDLER LLP<br>Kenneth A. Rosen, Esq.<br>Mary E. Seymour, Esq.<br>Co-Counsel to Johnson & Johnson and Johnson & Johnson Consumer Inc. | krosen@lowenstein.com<br>mseymour@lowenstein.com |
| PRYOR CASHMAN LLP<br>Seth H. Lieberman, Esq.<br>Andrew S. Richmond, Esq. | slieberman@pryorcashman.com<br>arichmond@pryorcashman.com |

| | |
|---|---|
| Counsel to Williams Hart Boundas Easterby, LLP, on Behalf of Certain Personal Injury Claimants | |
| Lisa M. Morgan, Esq. <br> Andrews Myers, P.C. <br> Counsel to Williams Hart Boundas Easterby, LLP, on Behalf of Certain Personal Injury Claimants ("Williams Hart Plaintiffs") | lnorman@andrewsmyers.com |
| COLE SCHOTZ P.C. <br> Felice R. Yudkin, Esq. <br> Mark Tsukerman, Esq. <br> Counsel for Claimants Represented by the Barnes Law Group | fyudkin@coleschotz.com <br> mtsukerman@coleschotz.com |
| GREENBAUM, ROWE, SMITH & DAVIS LLP <br> Nancy Isaacson, Esq. <br> Local Counsel for Motley Rice LLC | nisaacson@greenbaumlaw.com |
| Steven M. Abramowitz, Esq. <br> VINSON & ELKINS LLP <br> Counsel for Cyprus Amax Minerals Company ("CAMC") | sabramowitz@velaw.com |
| STEPHEN M. PACKMAN, Esq. <br> ARCHER & GREINER <br> Local Counsel for Roger Frankel, as the Future Claimants' Representative in the Cyprus Mines Chapter 11 Case | spackman@archerlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP <br> Laura Davis Jones, Esq. <br> Karen B. Dine, Esq. <br> Colin R. Robinson, Esq. <br> Peter J. Keane, Esq. <br> Counsel to Arnold & Itkin LLP | ljones@pszjlaw.com <br> kdine@pszjlaw.com <br> crobinson@pszjlaw.com <br> pkeane@pszjlaw.com |
| Brian J. McCormick, Jr., Esq. <br> Ross Feller Casey LLP <br> Counsel for Multiple Talc Claimants | bmccormick@rossfellercasey.com |
| Laila Masud, Esq. <br> Marshack Hays LLP <br> Counsel for Various Talc Claimants | lmasud@marshackhays.com |
| Rachel Parisi, Esq. <br> Porzio, Bromberg & Newman, P.C. <br> Local Counsel for Rio Tinto America Holdings Inc., Rio Tinto America Inc., Rio Tinto Services Inc., Three Crowns Insurance Company (formerly Three Crowns Insurance Company Limited), and Metals & Minerals Insurance Company Pte. Ltd. | rparisi@pbnlaw.com <br> kdcurtin@pbnlaw.com |
| Charles S. Schalk, Esq. <br> John F. Bracaglia, Jr., Esq. <br> SAVO, SCHALK, Gillespie, O'Grodnick & Fisher, P.A. <br> Brett D. Kahn, Esq. <br> Thomas W. Ladd, Esq. | schalk@centraljerseylaw.com <br> brokaw@centraljerseylaw.com <br><br> bkahn@mccarter.com <br> tladd@mccarter.com |

| | |
|---|---|
| McCARTER & ENGLISH LLP<br>Attorneys for Creditor, Jeanne Stephenson | |
| Carol Ann Slocum, Esq.<br>Morton Branzburg, Esq.<br>Klehr Harrison Harvey Branzburg, LLP<br>Counsel for Ad Hoc Mesothelioma Committee | cslocum@klehr.com<br>mbranzburg@klehr.com |
| Andreas D. Milliaressis, Esq.<br>STEVENS & LEE, P.C.<br>Joseph H. Huston, Jr., Esq.<br>Attorney for Hartford Accident and Indemnity Company and First State Insurance Company | Andreas.milliaressis@stevenslee.com<br>joseph.huston@stevenslee.com |
| Konrad R. Krebs, Esq.<br>Clinton E. Cameron, Esq.<br>Meghan Dalton, Esq.<br>CLYDE & CO US LLP<br>David Christian, Esq. (pro hac vice pending)<br>DAVID CHRISTIAN ATTORNEYS LLC<br>Attorneys for The Continental Insurance Company, as successor in interest to Harbor Insurance Company and London Guarantee and Accident Company of New York | clinton.cameron@clydeco.us<br>meghan.dalton@clydeco.us<br>dchristian@dca.law |
| Arthur J. Abramowitz, Esq.<br>Alan I. Moldoff, Esq.<br>Ross J. Switkes, Esq.<br>Sherman, Silverstein, Kohl, Rose & Podolsky, P.A.<br>Local Counsel to Official Committee of Talc Claimants II | aabramowitz@shermansilverstein.com<br>amoldoff@shermansilverstein.com<br>rswitkes@shermansilverstein.com |
| Evan M. Lazerowitz, Esq.<br>Cullen Speckhart, Esq.<br>COOLEY LLP<br>Proposed Co-Counsel to Official Committee of Talc Claimants II | elazerowitz@cooley.com<br>cspeckhart@cooley.com |
| Heather Simpson, Esq.<br>Kennedys CMK LLP<br>Attorneys for Everest Reinsurance Company and TIG Insurance Company | heather.simpson@kennedyslaw.com |
| Joshua D. Weinberg (admitted pro hac vice)<br>Joshua P. Mayer (admitted pro hac vice)<br>RUGGERI PARKS WEINBERG LLP<br>Attorney for Hartford Accident and Indemnity Company and First State Insurance Company | jweinberg@ruggerilaw.com<br>jmayer@ruggerilaw.com |
| Jerome H. Block, Esq.<br>Levy Konigsberg, LLP<br>Attorneys for Talc Committee Claimant Randy Derouen | jblock@levylaw.com |
| Andrew K. Craig, Esq.<br>Stefano V. Calogero, Esq.<br>WINDELS MARX LANE & MITTENDORF, LLP | acraig@windelsmarx.com<br>scalogero@windelsmarx.com |

| | |
|---|---|
| Attorneys for Allstate Insurance Company, solely as successor in interest to Northbrook Excess & Surplus Insurance Company, formerly Northbrook Insurance Company | |
| Genova Burns LLC<br>Daniel M. Stolz<br>Donald W. CLarke<br>Counsel to Official Committee of Talc Claimants I | dstolz@genovaburns.com<br>dclarke@genovaburns.com |

| | |
|---|---|
| Anthony Sodono,III, Esq.<br>Sari B. Placona, Esq.<br>McMANIMON, SCOTLAND & BAUMANN, LLC<br>Proposed Local Counsel for Alishia Landrum, Committee Member | asodono@msbnj.com<br>splacona@msbnj.com |
| Thomas A. Pitta, Esq.<br>Emmet, Marvin & Martin LLP<br>Counsel to PTI Union LLC and PTI Royston LLC | tpitta@emmetmarvin.com |
| HERRICK, FEINSTEIN LLP<br>Steven B. Smith, Esq.<br>Rachel H. Ginzburg, Esq.<br>Counsel to the Amici Professors | ssmith@herrick.com<br>rginzburg@herrick.com |

4862-1001-8572, v. 1