**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 21-30589 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

## NOTICE OF AMENDED[2] AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON FEBRUARY 3, 2022 AT 11:30 A.M.

*Parties are directed to https://www.njb.uscourts.gov/LTL*
*for appearing via Court-Solutions or observing via Zoom*

---

[1]     The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is
501 George Street, New Brunswick, New Jersey 08933.

[2]     Amended agenda items appear in bold.

NAI-1526211535

## <u>CONTESTED MATTERS GOING FORWARD</u>

1.      Motion for Leave to File Brief of <u>Amici</u> <u>Curiae</u> by Certain Law Professors [Dkt. 1265] (the "<u>Certain Law Professors Motion</u>").

   **Status:  This matter is going forward.**

   <u>Objection Deadline</u>:  Pursuant to the Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice [Dkt. 1272], objections may be presented orally at the hearing.

   <u>Objections</u>:

   A.      **The Debtor's Objection to Motions For Leave to File Briefs of <u>Amici</u> <u>Curiae</u> [Dkt. 1344] (the "<u>Debtor's Objection</u>").**

   <u>Related Documents</u>:

   B.      Application for Order Shortening Time With Respect to the Certain Law Professors Motion [Dkt. 1266].

   C.      Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice [Dkt. 1272].

2.      Motion for Leave to File <u>Amici</u> <u>Curiae</u> Brief by Professor J. Maria Glover [Dkt. 1317] (the "<u>Glover Motion</u>").

   **Status:  This matter is going forward.**

   <u>Objection Deadline</u>:  Pursuant to the Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice [Dkt. 1326], objections may be presented orally at the hearing.

   <u>Objections</u>:

   A.      **The Debtor's Objection.**

   <u>Related Documents</u>:

   B.      Application for Order Shortening Time With Respect to the Glover Motion [Dkt. 1318].

   C.      Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice [Dkt. 1326].

3.      Motion by Erwin Chemerinsky for Leave to File <u>Amicus</u> <u>Curiae</u> Brief [Dkt. 1323]
        (the "<u>Chemerinsky Motion</u>").

        **Status:  This matter is going forward.**

        <u>Objection Deadline</u>:  Pursuant to the Order Shortening Time Period for Notice,
        Setting Hearing and Limiting Notice [Dkt. 1327], objections may be presented
        orally at the hearing.

        <u>Objections</u>:

        A.      **The Debtor's Objection.**

        <u>Related Documents</u>:

        B.      Application for Order Shortening Time With Respect to the Chemerinsky
                Motion [Dkt. 1324].

        C.      Order Shortening Time Period for Notice, Setting Hearing and Limiting
                Notice [Dkt. 1327].

Dated: February 2, 2022

**WOLLMUTH MAHER & DEUTSCH LLP**

*/s/ Paul R. DeFilippo*
Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
Joseph F. Pacelli, Esq. (*pro hac vice*)
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com
jlawlor@wmd-law.com
jpacelli@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*