|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**WOLLMUTH MAHER & DEUTSCH LLP**<br>Paul R. DeFilippo, Esq.<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>Facsimile: (212) 382-0050<br>pdefilippo@wmd-law.com<br><br>**JONES DAY**<br>Gregory M. Gordon, Esq.<br>Brad B. Erens, Esq.<br>Dan B. Prieto, Esq.<br>Amanda Rush, Esq.<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>gmgordon@jonesday.com<br>bberens@jonesday.com<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br>(Admitted *pro hac vice*)<br><br>*ATTORNEYS FOR DEBTOR* | **LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>Mary E. Seymour, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br>krosen@lowenstein.com<br>mseymour@lowenstein.com<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>Glenn M. Kurtz (admitted *pro hac vice*)<br>Gregory M. Starner (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>(212) 819-8200 (Telephone)<br>(212) 354-8113 (Facsimile)<br>jessica.lauria@whitecase.com<br>gkurtz@whitecase.com<br>gstarner@whitecase.com<br><br>*ATTORNEYS FOR JOHNSON & JOHNSON*<br>*AND JOHNSON & JOHNSON*<br>*CONSUMER, INC.* |
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>　　　　　　　Debtor. | Chapter 11<br><br>Case No.: 21-30589(MBK)<br><br>Honorable Michael B. Kaplan |

**NOTICE OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION TO PREVENT REUTERS FROM PUBLICIZING CONFIDENTIAL DOCUMENTS SUBJECT TO A PROTECTIVE ORDER**

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

**PLEASE TAKE NOTICE** that, on the date set by the Bankruptcy Court pursuant to a proposed Order Shortening Time ("OST") and Application therefor submitted simultaneously herewith, LTL Management LLC, the above-captioned debtor and its parent company, Johnson & Johnson (collectively, the "Movants") by and through their counsel, shall move before the Honorable Michael B. Kaplan, United States Bankruptcy Judge, at the United States Bankruptcy Court, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for a Temporary Restraining Order and Preliminary Injunction: (1) precluding the Reuters news agency from using or relying upon any documents designated as "Confidential" in this proceeding; (2) requiring the return of any such documents; and (3) ordering each attorney who has made an appearance in the above-captioned proceeding to submit to the Court a declaration under penalty of perjury stating whether he or she disclosed any materials designated as "Confidential" in this proceeding to Reuters (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to D.N.J. LBR 9013-2, responsive papers, if any, must be filed with the Clerk of the Bankruptcy Court, Clarkson S. Fisher Courthouse, 402 East State Street, Trenton, New Jersey 08608, and served upon (a) the Movants' undersigned counsel, (b) the counsel to the Official Committee of Talc Claimants I, (c) the counsel to the Official Committee of Talc Claimants II, (d) the Office of the United States Trustee for the District of New Jersey and (e) any other party entitled to notice in accordance with any OST entered by the Court.

**PLEASE TAKE FURTHER NOTICE** that, unless an objection is timely filed and served, the Motion will be deemed uncontested in accordance with D.N.J. LBR 9013-3(d) and the relief may be granted without a hearing.

1

Dated: February 3, 2022

| **WOLLMUTH MAHER & DEUTSCH LLP** | **LOWENSTEIN SANDLER LLP** |
|---|---|
| */s/ Paul R. DeFilippo* | */s/ Kenneth A. Rosen* |
| Paul R. DeFilippo, Esq. | Kenneth A. Rosen, Esq. |
| James N. Lawlor, Esq. | Mary E. Seymour, Esq. |
| Joseph F. Pacelli, Esq. (*pro hac vice*) | One Lowenstein Drive |
| 500 Fifth Avenue | Roseland, New Jersey 07068 |
| New York, New York 10110 | (973) 597-2500 (Telephone) |
| Telephone: (212) 382-3300 | (973) 597-2400 (Facsimile) |
| Facsimile: (212) 382-0050 | krosen@lowenstein.com |
| pdefilippo@wmd-law.com | mseymour@lowenstein.com |
| jlawlor@wmd-law.com | |
| jpacelli@wmd-law.com | **WHITE & CASE LLP** |
| | Jessica C. Lauria (admitted *pro hac vice*) |
| **JONES DAY** | Glenn M. Kurtz (admitted *pro hac vice*) |
| Gregory M. Gordon, Esq. | Gregory M. Starner (admitted *pro hac vice*) |
| Brad B. Erens, Esq. | 1221 Avenue of the Americas |
| David S. Torborg, Esq. | New York, New York 10020 |
| Dan B. Prieto, Esq. | (212) 819-8200 (Telephone) |
| Amanda Rush, Esq. | (212) 354-8113 (Facsimile) |
| 2727 N. Harwood Street | jessica.lauria@whitecase.com |
| Dallas, Texas 75201 | gkurtz@whitecase.com |
| Telephone: (214) 220-3939 | gstarner@whitecase.com |
| Facsimile: (214) 969-5100 | |
| gmgordon@jonesday.com | Jaime A. Bianchi (admitted *pro hac vice*) |
| bberens@jonesday.com | Michael C. Shepherd (admitted *pro hac vice*) |
| dstorborg@jonesday.com | Laura L. Femino (admitted *pro hac vice*) |
| dbprieto@jonesday.com | 200 South Biscayne Boulevard, Suite 4900 |
| asrush@jonesday.com | Miami, Florida 33131 |
| (Admitted *pro hac vice*) | (305) 371-2700 (Telephone) |
| | (305) 357-5744 (Facsimile) |
| *ATTORNEYS FOR DEBTOR* | jbianchi@whitecase.com |
| | mshepherd@whitecase.com |
| | laura.femino@whitecase.com |
| | |
| | *ATTORNEYS FOR JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER, INC.* |

2