| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**HERRICK, FEINSTEIN LLP**<br>Sean E. O'Donnell, Esq. (*pro hac vice* pending)<br>Stephen B. Selbst, Esq. (*pro hac vice* pending)<br>Steven B. Smith, Esq.<br>Rachel H. Ginzburg, Esq.<br>sodonnell@herrick.com<br>sselbst@herrick.com<br>ssmith@herrick.com<br>rginzburg@herrick.com<br>2 Park Avenue<br>New York, NY 10016<br>Tel: (212) 592-1400<br>Fax: (212) 592-1500<br>*Counsel to the Amici Professors* |

| | |
|---|---|
| In Re:<br><br>**LTL MANAGEMENT, LLC,**<br><br>Debtor. | Chapter 11<br><br>Case No. 21-30589 (MBK)<br><br>Honorable Michael B. Kaplan |

## ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* BY CERTAIN LAW PROFESSORS

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

*/s/ Michael B. Kaplan*
MICHAEL B. KAPLAN,
USBJ

2/4/22

1

| | |
|---|---|
| Debtor: | LTL MANAGEMENT, LLC, |
| Case No.: | 21-30589 (MBK) |
| Caption of Order: | Order Granting Motion for Leave to File Brief of *Amici Curiae* by Certain Law Professors |

THIS MATTER having been opened to the Court upon the filing of a motion by the Amici Professors for entry of an Order granting their Motion for Leave to File Brief of *Amici Curiae* by Certain Law Professors (the "Motion"); and the Court having considered the Motion and pleadings filed in support thereof and any objections to the Motion; and for good cause shown, it is hereby

ORDERED that the Motion is granted in its entirety; and

ORDERED that the Amici Professors are hereby granted leave to file a brief of *amici curiae*. ✱

✱ Debtor may file a reply brief no later than 2/22/22

(MBK)