| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**RABINOWITZ, LUBETKIN & TULLY, LLC**<br>293 Eisenhower Parkway, Suite 100<br>Livingston, N.J. 07039<br>(973) 597-9100<br>Jonathan I. Rabinowitz<br>John J. Harmon<br>jrabinowitz@rltlawfirm.com<br>*Local Counsel for Professor J. Maria Glover,*<br>*Proposed Amicus Curiae* |

| In re: | Case No. 21-30589 (MBK) |
|---|---|
| LTL MANAGEMENT, LLC, | Chapter 11 |
| Debtors. | Hon. Michael B. Kaplan |

**ORDER GRANTING MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

*/s/ Michael B. Kaplan*
MICHAEL B KAPLAN, USBJ

2/4/22

This Court having considered the motion (the "Motion") by J. Maria Glover, Professor of Law at Georgetown University Law Center ("Professor Glover") for leave to file a proposed amici curiae brief (the "Amici Brief") in support of the Motion of the Official Committee of Talc Claimants to Dismiss Debtor's Chapter 11 Case [ECF No. 632]; and this Court having considered any papers filed in opposition; and this Court having found that due and proper notice of the Motion was provided; and this Court having considered arguments at the hearing on the Motion, if any; and this Court having found good cause for the relief sought in the Motion; it is hereby

**ORDERED** that the Motion is hereby granted; and it is further

**ORDERED** that Professor Glover be and hereby is granted leave to file the Amici Brief. *

\* Debtor may file a reply brief no later than 2/22/22  (MBK)