| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>E. Richard Dressel, Esquire (ED 1793)<br>Lex Nova Law LLC<br>10 E. Stow Road, Suite 250<br>Marlton, NJ  08053<br>856.382.8211<br>rdressel@lexnovalaw.com<br>Attorneys for Erwin Chemerinsky,<br>    Proposed Amicus Curiae |

| In re:<br><br>LTL MANAGEMENT, LLC,<br><br>                              Debtors. | Case No. 21-30589 (MBK)<br><br>Chapter 11<br><br>Hon. Michael B. Kaplan |
|---|---|

**ORDER GRANTING MOTION BY DEAN CHEMERINSKY FOR LEAVE TO FILE AMICUS CURIAE BRIEF**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

_/s/ Michael B. Kaplan_
MICHAEL B. KAPLAN,
USBJ

2/4/22

Page (2)
LTL MANAGEMENT, LLC; Bankr. No. 21-30589(MBK)
ORDER GRANTING MOTION BY DEAN CHEMERINSKY FOR LEAVE TO FILE AMICUS
CURIAE BRIEF

This Court having considered the motion (the "Motion") of Erwin Chemerinsky, Dean of the University of California, Berkeley School of Law ("Dean Chemerinsky") for leave to file a proposed amicus curiae brief (the "Amicus Brief") in support of the Motion of the Official Committee of Talc Claimants to Dismiss Debtor's Chapter 11 Case [ECF No. 632]; and this Court having considered any papers filed in opposition; and this Court having found that due and proper notice of the Motion was provided; and this Court having considered arguments at the hearing on the Motion, if any; and this Court having found good cause for the relief sought in the Motion; it is hereby

**ORDERED** that the Motion shall be, and hereby is, GRANTED; and it is further

**ORDERED** that Dean Chemerinsky be and hereby is granted leave to file the Amicus Brief. *

\* Debtor may file a reply brief on or before 2/22/22

MBK