UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

In Re:

LTL MANAGEMENT LLC,[1]

Debtor.

Case No.: 21-30589 (MBK)

Chapter: 11

Adv. No.:

Hearing Date:

Judge: Michael B. Kaplan

## CERTIFICATION OF SERVICE

1. I, Dustin A. Pusch:

    ☒  represent Johnson & Johnson in this matter.

    ☐  am the secretary/paralegal for Click or tap here to enter text., who represents Click or tap here to enter text. in this matter.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

☐ am the Click or tap here to enter text. in this case and am representing myself.

2. On February 3, 2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

- Motion for Temporary Restraining Order and Preliminary Injunction to Prevent Reuters from Publicizing Confidential Documents Subjecet to a Protective Order [Dkt. No. 1359]

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   February 4, 2022                    /s/ Dustin A. Pusch
                                             Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Katharine Larsen<br>3 Times Square<br>New York, New York 10036<br>katharine.larsen@thomsonreuters.com | Chief Counsel for Reuters | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail |