| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-2(c)**<br><br>**Lite DePalma Greenberg & Afanador, LLC**<br>570 Broad Street, Suite 1201<br>Newark, New Jersey 07102<br>Direct Dial: (973) 877-3814<br>Main No.: (973) 623-3000<br>www.litedepalma.com<br>Counsel to *DiSanto Canadian Class Action Creditors*<br>Allen J. Underwood II, Esq.<br>Email: aunderwood@litedepalma.com | |
| In re:<br><br>LTL MANAGEMENT LLC<br><br>Debtor. | Case No. 21-30589 (MBK)<br>Chapter 11<br>Judge: Hon. Michael B. Kaplan, C.U.S.B.J. |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

TO:   Clerk of Court
      United States Bankruptcy Court
      Clarkson S. Fisher US Courthouse
      402 East State Street
      Trenton, NJ 08608

**PLEASE TAKE NOTICE** that in accordance with Fed. R. Bankr. P. 2002 and 9010(b) the undersigned counsel Allen J. Underwood II, Esq. enters an appearance in this case on behalf of the representative plaintiff in *DiSanto v. Johnson & Johnson*, Alberta Court of Queen's Bench (File Number 1901-11748) as represented by The Guardian Law Group LLP in Canada (the "*DiSanto Canadian Class Action Creditors*"). Request is made that all documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:
   Allen J. Underwood II, Esq.
   **LITE DEPALMA GREENBERG & AFANADOR, LLC**
   570 Broad Street, Suite 1201
   Newark, New Jersey 07102
   Telephone: (973) 623-3000
   Email: aunderwood@litedepalma.com

DOCUMENTS:

- ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

- ☒ All documents and pleadings of any nature, including but not limited to all papers, motions or applications served or required to be served in this case or any adversary proceeding filed in connection therewith.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers filed in the proceeding specified above, but also includes without limitation orders and notices of any application, motion, pleading, request, suggestion, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted and conveyed by mail, delivery, telephone, telegraph, telex, electronic means or otherwise, which may affect or seek to affect in any way the rights or interests of the above referenced creditor in this Chapter 11 case.

**PLEASE TAKE FURTHER NOTICE** that nothing contained herein shall constitute a waiver of any rights or remedies of the above referenced creditor under title 11 of the United States Code or applicable law, including, without limitation, the right to (i) amend, modify, or supplement this Notice, or (ii) raise any jurisdictional argument now or at a later date, including, but not limited to, the right to assert lack of subject matter jurisdiction.

Date: February 9, 2022      /s/ *Allen J. Underwoood, II*
ALLEN J. UNDERWOOD II