**EXHIBIT H**

```
 1              UNITED STATES BANKRUPTCY COURT
           FOR THE WESTERN DISTRICT OF NORTH CAROLINA
 2                      CHARLOTTE DIVISION
 3   IN RE:                           )   Chapter 11
                                      )
 4   LTL MANAGEMENT LLC,              )   CASE NO. 21-30589
                                      )
 5                      Debtor.       )
                                      )
 6   -------------------------------)
                                      )
 7   LTL MANAGEMENT LLC,              )
                                      )
 8              Plaintiff,            )
                                      )
 9         vs.                        ) Adversary Proceeding
                                      ) No. 21-03032
10   THOSE PARTIES LISTED ON          )
     APPENDIX A TO COMPLAINT          )
11   and JOHN AND JANE DOES 1-1000,)
                                      )
12              Defendants.           )
13                       - - -
                  C O N F I D E N T I A L
14              DEPOSITION OF ADAM LISMAN
                SATURDAY, OCTOBER 30, 2021
15                     2:00 p.m.
                         - - -
16
17         REMOTE TRANSCRIPT OF PROCEEDINGS had in
18   the above-entitled cause, on the above date, before
19   Juliana F. Zajicek, Registered Professional Reporter,
20   Certified Shorthand Reporter and Certified Realtime
21   Reporter.
22                       - - -
23             GOLKOW LITIGATION SERVICES
                      877.370.DEPS
24                 deps@golkow.com
```

 1   knowledge, JJCI did not make any cash payments to any

 2   third party in connection with any of the talc

 3   liabilities, as opposed to the daily sweeps that

 4   you've referred to by Johnson & Johnson?

 5       A.   Yeah, so that corporate main account is

 6   the primary, you know, account sending money out the

 7   door, so, yes, so I said the word "JJCI paid" if -- I

 8   can't definitively say for these four, like I could

 9   for the Ingham matter, if J&J the parent company

10   indeed made the payment for these items, they would

11   have been the first -- that would have been the first

12   account that the money came out of, but it is being

13   reflected as a payable back to the corporate parent to

14   JJCI via this journal entry that the expense and the

15   ultimate obligation to make -- make the payment is

16   with JJCI.  That's what this is.

17       Q.   And -- and that is from a GAAP

18   perspective?

19       A.   GAAP and economically of how it flowed

20   through the operating companies of Johnson & Johnson.

21       Q.   Well, economically how it flowed through,

22   every operating company pays Johnson & Johnson at the

23   end of each day, correct?

24       A.   Economically --

1       MR. RASMUSSEN:  Object.

2   BY THE WITNESS:

3       A.    -- is there money moving between,

4   absolutely, but money can't move between companies

5   without an offsetting entry, which is the importance

6   of a double entry.  If money goes between companies,

7   it creates either an intercompany receivable or

8   payable or a dividend or a debt obligation.  Money

9   can't move one way without an other side of the

10  transaction.

11  BY MR. SILVERSTEIN:

12      Q.    Right.  And each of these cases where

13  money went from JJCI to -- to the parent company, you

14  are unaware of what the legal obligation was, whether

15  it was a dividend or a loan or a -- some other form of

16  obligation or transfer, am I correct?

17      A.    Sorry.  Can you say -- can you say that

18  again?

19      Q.    Am I correct when you used the term

20  "owed," you are referring to it as a -- from an

21  accounting perspective and you are not referring to

22  any legal obligation from one company to the other.

23            Am I correct about that?

24      MR. RASMUSSEN:  Objection to the form of the

 1   question.

 2   BY THE WITNESS:

 3       A.    So an accounting perspective, I can't set

 4   up a payable between companies if there is no basis

 5   for it.

 6           So money can only be owed between two

 7   companies, because Company A is obliged to pay back

 8   Company B for some kind of a reason, accounting or, to

 9   your point, there is a loan or there is something like

10   that or Company B paid for something on behalf of

11   Company A.  There needs to be an underlying event in

12   order to create an accounting.

13           Accounting entries follow the substance of

14   a transaction.  Under GAAP, you can't create

15   artificial accounting entries for amounts and numbers

16   and reasons that we want to.  There needs to be an

17   underlying fact pattern.  Accounting follows the

18   business and the economics of the transaction.

19   BY MR. SILVERSTEIN:

20       Q.    Okay.  So what was the underlying event

21   that the accounting entries here followed?

22       A.    These would have been --

23       Q.    Specifically in Rows 2 through 5?

24       A.    Yep, from reading the description in

```
 1   Column J, these are talc product liability costs that
 2   JJCI was ultimately responsible for, which is why it
 3   is showing up as an expense on their account.
 4       Q.   And other than the fact that the entry is
 5   booked from JJCI to Johnson & Johnson, is there some
 6   other basis on which you can conclude that there is an
 7   underlying obligation by JJCI to have paid
 8   Johnson & Johnson or to have booked these entries to
 9   Johnson & Johnson?
10       MR. RASMUSSEN:   Objection to the form of the
11   question.
12   BY THE WITNESS:
13       A.   It would go back to the fundamental
14   concept that I've talked about, where if there are
15   costs associated with the product or a franchise that
16   is owned and managed by an operating company or sub,
17   those costs required by GAAP need to be recorded on
18   the ledgers of that company as a fundamental
19   accounting GAAP requirement.
20   BY MR. SILVERSTEIN:
21       Q.   Okay.  And that is -- that fundamental
22   GAAP requirement is at the root of these entries?
23       A.   Absolutely.
24       Q.   Okay.  So I'm going to now click on the
```