# **EXHIBIT I**

Case 21-30589-MBK    Doc 1444-10    Filed 02/09/22    Entered 02/09/22 20:22:56    Desc
Exhibit I    Page 2 of 4

OFFICE OF THE UNITED STATES TRUSTEE
FOR THE DISTRICT OF NEW JERSEY

IN RE:

LTL MANAGEMENT LLC              No. 21-30589 (MBK)

    Debtor.

    VIDEOTAPED DEPOSITION OF THIBAUT MONGON, produced, sworn, and examined on behalf of the Talc Creditor Committee, January 19, 2022, between the hours of 9:02 a.m. EST and 5:51 p.m. EST of that day, before Cheryl L. Sandecki, Certified Shorthand Reporter.

A P P E A R A N C E S:

    APPEARING VIRTUALLY:  New Jersey Action Insurers was represented by Ms. Wallis Granat of the law firm of Mendes & Mount, LLP, 750 7th Avenue, New York, NY 10019.

    APPEARING VIRTUALLY:  The Talc Creditor Committee was represented by Mr. John A. Bougiamas, as Co-Counsel, of Otterbourg PC, 230 Park Avenue, New York, NY 10169.

    APPEARING VIRTUALLY:  The Talc Creditor Committee was represented by Mr. Brian A. Glasser and Ms. Cary Joshi of the law firm of Bailey Glasser, LLP, 1055 Thomas Jefferson Street NW, Suite 540, Washington, DC 20007.

1  Do you see that on the screen?
2      **A.   Uh-huh.**
3      Q.   Yes?
4      **A.   Yes, I can see it.**
5      Q.   And you can go through the whole
6  document.  If I put "profit," we can see profit,
7  PROFI is mentioned 12 times -- you know, let's
8  see profits.  Profit.
9          If I put "revenue," you see there is
10 four times revenue comes up?
11     **A.   Uh-huh.**
12     Q.   Revenue growth, do you see that?
13     **A.   Yeah.**
14     Q.   Okay.  So if I put "talc" in, I don't
15 see any results or "litigation."  And you can
16 just read the whole document or if you are
17 comfortable answering the question, isn't that
18 true that in your September 2021 conference
19 statement that we can see here -- and we even
20 have a button that we can press to hear your
21 voice -- you don't mention to the investors any
22 litigation costs or expenses, right?
23     **A.   No.  When I present the Consumer Health**
24 **sector at this conference or in earnings call, I**
25 **always refer to the operational performance of**

1  **the business which is what I'm responsible for.**
2  **I never reference the impact of litigation on --**
3  **on the business.**
4      Q.   Okay.  As someone who is on the
5  Johnson & Johnson executive committee, have you
6  ever heard anyone at Johnson & Johnson either
7  internally or publicly say that litigation
8  expenses were causing Johnson & Johnson's
9  consumer sector to have financial problems?
10     MS. BROWN:  Objection, asked and answered.
11     THE WITNESS:  That's not how we talk about
12 it.  We talk about litigation.  That is part of
13 it, to make sure that it's very clear for
14 everyone, investors and others, what is very
15 clear about what is the exposure of Johnson &
16 Johnson in terms of litigation and we review the
17 different types of litigation that impact the
18 different businesses of Johnson & Johnson.
19     And then we talk separately about the
20 underlying operational performance of each
21 sector.  That allows the public and investors to
22 really understand what is the impact of
23 litigation specifically and what is the
24 underlying performance of the business.  And
25 then they can draw their own conclusions about