**Kazan, McClain, Satterley & Greenwood**<sup>SM</sup>
A Professional Law Corporation
KAZANLAW.COM

Joseph D. Satterley
jsatterley@kazanlaw.com

February 9, 2022

The Honorable Michael B. Kaplan
United States Bankruptcy Court, District of New Jersey
Clarkson S. Fisher Courthouse
402 East State Street, Courtroom #8
Trenton, NJ 08608

Re:      **LTL Management LLC, Case No. 21-30589 (MBK)**

Dear Chief Judge Kaplan:

     I write to inform you that Vincent Hill, who you allowed to testify at the hearing on January 11, 2022, passed away from his metastatic Malignant Mesothelioma last Sunday, February 6, 2022. I thought that Your Honor would want to know this information. Prior to his passing, Mr. Hill expressed his appreciation for Your Honor allowing him to testify last month.

     Respectfully submitted,

/s/ Joseph D. Satterley
Joseph D. Satterley

JS:IAR

cc:      All Counsel of Record

3150454.1

Jack London Market • 55 Harrison Street, Suite 400 • Oakland, CA 94607
(510) 302-1000 • Fax (510) 835-4913