**EXHIBIT "A"**

**GENOVA BURNS LLC**

February 4, 2022
Invoice No.:    467873

## PROFESSIONAL SERVICES RENDERED

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|----------------------------------|-------|------|--------|
| 1/01/22 | DMS | B110 | Emails with co-counsel regarding TCC retention of counsel and scheduling of meetings. | .50 | 750.00 | 375.00 |
| 1/01/22 | DMS | B110 | Email with Molton et al regarding TCC 2 retention of counsel. | .20 | 750.00 | 150.00 |
| 1/02/22 | LSS | B190 | Review correspondence from counsel regarding examiner motion. | .20 | 450.00 | 90.00 |
| 1/02/22 | LSS | B190 | Review proposed changes to examiner motion. | .10 | 450.00 | 45.00 |
| 1/02/22 | DMS | B110 | Emails regarding reorganization of TCCs and litigation strategy. | .70 | 750.00 | 525.00 |
| 1/02/22 | DMS | B110 | Email with Abramowitz regarding bringing him up to speed. | .30 | 750.00 | 225.00 |
| 1/03/22 | DMS | B110 | Call with Molton and Stark regarding process. | .30 | 750.00 | 225.00 |
| 1/03/22 | DMS | B110 | Call with TCC 1 and co-counsel. | .60 | 750.00 | 450.00 |
| 1/03/22 | DMS | B110 | Email with M. Cyganowski regarding FCR protocol. | .30 | 750.00 | 225.00 |
| 1/03/22 | DMS | B110 | Call with J. Sponder and emails to TCC. | .40 | 750.00 | 300.00 |
| 1/03/22 | DMS | B110 | Review Wolfson text order and send to TCC. | .30 | 750.00 | 225.00 |
| 1/03/22 | DMS | B110 | Call with Executive Committee and TCC 2 Executive Committee. | .70 | 750.00 | 525.00 |
| 1/03/22 | DMS | B110 | Email with Abramowitz and call with J. Sponder regarding adjournment. | .40 | 750.00 | 300.00 |
| 1/03/22 | DMS | B110 | Emails regarding Transcripts, retentions and deadlines. | .50 | 750.00 | 375.00 |
| 1/03/22 | DMS | B110 | Discovery conference and follow up. | 1.20 | 750.00 | 900.00 |
| 1/03/22 | DMS | B110 | Review Debtor's Motion regarding TCC split. | .30 | 750.00 | 225.00 |
| 1/03/22 | DMS | B110 | Emails with co-counsel regarding Debtor Motion. | .30 | 750.00 | 225.00 |

**GENOVA BURNS LLC**

February 4, 2022
Invoice No.:    467873

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 1/03/22 | DMS | B110 | Emails regarding preparation for January 11th hearing with Silverstein. | .30 | 750.00 | 225.00 |
| 1/03/22 | DMS | B110 | Emails with TCC regarding strategy call. | .30 | 750.00 | 225.00 |
| 1/03/22 | DMS | B110 | Emails with Reporting company regarding Transcripts. | .30 | 750.00 | 225.00 |
| 1/03/22 | DMS | B110 | Emails regarding preparation for discovery conference. | .30 | 750.00 | 225.00 |
| 1/03/22 | DMS | B110 | Call with Abramowitz regarding case background. | .60 | 750.00 | 450.00 |
| 1/03/22 | DMS | B110 | Review withdrawal of Grier Motion. | .10 | 750.00 | 75.00 |
| 1/03/22 | DMS | B110 | Emails to TCC regarding Grier withdrawal. | .20 | 750.00 | 150.00 |
| 1/03/22 | DMS | B110 | Email to Molton regarding concerns. | .20 | 750.00 | 150.00 |
| 1/03/22 | DMS | B110 | Conference with M. Sousa regarding December 30 Transcript. | .20 | 750.00 | 150.00 |
| 1/03/22 | DMS | B110 | Emails with Jones regarding Transcript. | .20 | 750.00 | 150.00 |
| 1/03/22 | DMS | B110 | Email wit Melanie C. regarding potential FCR candidates. | .30 | 750.00 | 225.00 |
| 1/03/22 | SSR | B110 | Reviewed email from Barrett with revised draft of objection to examiner. | .20 | 550.00 | 110.00 |
| 1/03/22 | SSR | B110 | Reviewed comments to objection to examiner. | .20 | 550.00 | 110.00 |
| 1/03/22 | DWC | B110 | Rvw multiple emails re withdrawal of discovery; debtor withdrawal of claims fiduciary | .40 | 550.00 | 220.00 |
| 1/03/22 | DWC | B110 | Email veritext re transcript | .20 | 550.00 | 110.00 |
| 1/03/22 | DWC | B110 | Talc Committee I meeting | .80 | 550.00 | 440.00 |
| 1/03/22 | DWC | B110 | Email from DMS re UST position and resolution to examiner motion | .20 | 550.00 | 110.00 |
| 1/03/22 | DWC | B110 | Rvw draft cover sheet for monthly professional fee statements | .30 | 550.00 | 165.00 |
| 1/03/22 | DWC | B110 | Multiple email re  amended retentions; adjournment of examiner motion | .40 | 550.00 | 220.00 |

GENOVA BURNS LLC

February 4, 2022
Invoice No.:   467873

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 1/03/22 | LD | B110 | File certificate of service regarding docket 869, 953, and 954 and certificate of service regarding docket 829. | .40 | 200.00 | 80.00 |
| 1/03/22 | LD | B160 | Prepare monthly fee statement cover sheet for GB. | 1.00 | 200.00 | 200.00 |
| 1/03/22 | LD | B160 | Prepare and file monthly fee statement cover sheet for Bailey Glasser, Parkins Lee, Massey, Otterbourg, Brown Rudnick and GB. | 2.80 | 200.00 | 560.00 |
| 1/03/22 | LD | B110 | Review docket and update service lists with new notices of appearance. | .60 | 200.00 | 120.00 |
| 1/04/22 | DMS | B110 | Emails with co-counsel regarding negotiation with TCC 2. | .60 | 750.00 | 450.00 |
| 1/04/22 | DMS | B110 | Review Ascena Decision and send to TCC. | .30 | 750.00 | 225.00 |
| 1/04/22 | DMS | B110 | Conference call with Executive Committee and co-counsel. | 1.40 | 750.00 | 1,050.00 |
| 1/04/22 | DMS | B110 | Review U.S. Trustee letters regarding concerns and send to Committee. | .30 | 750.00 | 225.00 |
| 1/04/22 | DMS | B110 | Call with J. Sponder regarding U.S. Trustee concerns. | .30 | 750.00 | 225.00 |
| 1/04/22 | DMS | B110 | Email with Silverstein regarding PI issues. | .30 | 750.00 | 225.00 |
| 1/04/22 | DMS | B110 | Emails with M. Cyganowski and Sunni regarding new retentions. | .40 | 750.00 | 300.00 |
| 1/04/22 | DMS | B110 | Calls with Abramowitz and Rabinowitz regarding counsel for Amicus. | .50 | 750.00 | 375.00 |
| 1/04/22 | DMS | B110 | Emails with Massi regarding counsel for Amicus. | .30 | 750.00 | 225.00 |
| 1/04/22 | DMS | B110 | Call with TCC 1 counsel regarding update and coordination. | .50 | 750.00 | 375.00 |
| 1/04/22 | DMS | B110 | Conference call with counsel from both TCCs. | .60 | 750.00 | 450.00 |
| 1/04/22 | DMS | B110 | Call with TCC 1 and counsel. | 1.50 | 750.00 | 1,125.00 |
| 1/04/22 | DWC | B110 | Call with RS for logistical issues on committee topics | .60 | 550.00 | 330.00 |
| 1/04/22 | DWC | B110 | Rvw term sheet | .30 | 550.00 | 165.00 |

GENOVA BURNS LLC

February 4, 2022
Invoice No.:    467873

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|----------------------------------|-------|------|--------|
| 1/04/22 | DWC | B110 | Rvw debtor motion to reject reconstitution | .30 | 550.00 | 165.00 |
| 1/04/22 | DWC | B110 | Email from UST with additional questions and requests; forward to canadian counsel with instruction | .40 | 550.00 | 220.00 |
| 1/04/22 | DWC | B110 | Joint committee zoom | .60 | 550.00 | 330.00 |
| 1/04/22 | DWC | B110 | Email DD'Aquilla re new dep notices | .30 | 550.00 | 165.00 |
| 1/04/22 | DWC | B110 | OC committee zoom to discuss potential framework for resolution | 1.90 | 550.00 | 1,045.00 |
| 1/04/22 | DWC | B110 | Multiple emails with co-counsel re new notice of depositions; rule 30 b2 | .80 | 550.00 | 440.00 |
| 1/04/22 | DWC | B110 | Multiple emails with CJ and DD from Committee I and II re additional dep notices and dates. | .40 | 550.00 | 220.00 |
| 1/04/22 | LD | B110 | Review bankruptcy and adversary dockets and update service lists with appearances filed. | .50 | 200.00 | 100.00 |
| 1/04/22 | LD | B110 | Phone call with Harriet at BR regarding format for monthly fee statements. | .20 | 200.00 | 40.00 |
| 1/04/22 | LD | B110 | File Reservation of Rights. | .30 | 200.00 | 60.00 |
| 1/05/22 | DMS | B110 | Review Debtor's response to Hill Stay Motion. | .20 | 750.00 | 150.00 |
| 1/05/22 | DMS | B110 | Review Stipulation regarding MTD testimony, etc. | .20 | 750.00 | 150.00 |
| 1/05/22 | DMS | B110 | Call with Brasell P regarding discovery and other issues. | .30 | 750.00 | 225.00 |
| 1/05/22 | DMS | B110 | Emails regarding MTD discovery. | .30 | 750.00 | 225.00 |
| 1/05/22 | DMS | B110 | Call with counsel for TCC 1. | .90 | 750.00 | 675.00 |
| 1/05/22 | DMS | B110 | Review and file objection to Examiner Motion. | .30 | 750.00 | 225.00 |
| 1/05/22 | DMS | B110 | Conference call with full TCC 1 and co-counsel. | .20 | 750.00 | 150.00 |
| 1/05/22 | DMS | B110 | Review U.S. Trustee withdrawal of Examiner and emails to TCC. | .30 | 750.00 | 225.00 |
| 1/05/22 | DMS | B110 | Review Transcripts of December 30 and January 3rd and send to TCC 1. | 1.20 | 750.00 | 900.00 |

**GENOVA BURNS LLC**

February 4, 2022
Invoice No.:    467873

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 1/05/22 | DMS | B110 | Call with Abramowitz regarding TCC coordination. | .40 | 750.00 | 300.00 |
| 1/05/22 | DMS | B110 | Emails with J. Sponder and Committees regarding extension for US Trustee to determine whether to withdraw Examiner Motion. | .30 | 750.00 | 225.00 |
| 1/05/22 | DMS | B110 | Review emails from Beville and Barrett regarding joint interest agreement. | .20 | 750.00 | 150.00 |
| 1/05/22 | DMS | B110 | Emails with TCC and co-counsel regarding FA interviews. | .30 | 750.00 | 225.00 |
| 1/05/22 | DMS | B110 | Review Pachelsky Motion regarding reconstitution of Committee and emails with co-counsel. | .40 | 750.00 | 300.00 |
| 1/05/22 | DMS | B110 | Review emails between Debtor's counsel and co-counsel regarding discovery issues. | .30 | 750.00 | 225.00 |
| 1/05/22 | DMS | B110 | Review TCC 2 Objection to Debtor's retention of special counsel. | .20 | 750.00 | 150.00 |
| 1/05/22 | DMS | B110 | Review Grimm chart regarding two Motions to reinstate Committee. | .20 | 750.00 | 150.00 |
| 1/05/22 | DMS | B110 | Review Debtor discovery to US Trustee and send to clients. | .30 | 750.00 | 225.00 |
| 1/05/22 | DMS | B110 | Emails with TCC and co-counsel regarding FCR candidates. | .40 | 750.00 | 300.00 |
| 1/05/22 | DWC | B110 | Multiple emails with Committee I and II re discovery | .30 | 550.00 | 165.00 |
| 1/05/22 | DWC | B110 | Email from debtor re scheduling and availability | .10 | 550.00 | 55.00 |
| 1/05/22 | DWC | B110 | Draft notice of deposition | .40 | 550.00 | 220.00 |
| 1/05/22 | DWC | B110 | Committee counsel call to discuss issues and status | 1.00 | 550.00 | 550.00 |
| 1/05/22 | DWC | B110 | Committee I member call; open issues and status | 2.10 | 550.00 | 1,155.00 |
| 1/05/22 | DWC | B110 | Multiple emails by nad between committee I and II members re open issues. | .80 | 550.00 | 440.00 |
| 1/05/22 | DWC | B110 | Email from interested party re deposition | .20 | 550.00 | 110.00 |

**GENOVA BURNS LLC**

February 4, 2022
Invoice No.:    467873

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|---------------------------------|-------|------|--------|
| 1/05/22 | LD | B110 | Prepare draft notice of deposition for Azevedo, Kim and Dickinson. | 1.00 | 200.00 | 200.00 |
| 1/05/22 | LD | B110 | Review docket and update service lists with new appearances filed. | .30 | 200.00 | 60.00 |
| 1/05/22 | LD | B110 | File Notice of Deposition for Dickinson and Kim and send to BMC Group for service by email to master service list. | .40 | 200.00 | 80.00 |
| 1/05/22 | LD | B110 | File Objection to Debtor's Application to retain Blake Cassels. | .30 | 200.00 | 60.00 |
| 1/06/22 | DMS | B110 | Review Debtor Reply on PI. | 1.10 | 750.00 | 825.00 |
| 1/06/22 | DMS | B110 | Email to co-counsel regarding Debtor reply. | .20 | 750.00 | 150.00 |
| 1/06/22 | DMS | B110 | Emails with co-counsel regarding Debtor reply. | .40 | 750.00 | 300.00 |
| 1/06/22 | DMS | B110 | Call with counsel to TCC 2 regarding January 11th hearing | .40 | 750.00 | 300.00 |
| 1/06/22 | DMS | B110 | Call with Silverstein and Melanie C. regarding January 11th hearing. | .30 | 750.00 | 225.00 |
| 1/06/22 | DMS | B110 | Call with Molton regarding PI hearing. | .30 | 750.00 | 225.00 |
| 1/06/22 | DMS | B110 | Conference call with Court regarding January 11th hearing. | 1.00 | 750.00 | 750.00 |
| 1/06/22 | DMS | B110 | Follow up calls with co-counsel. | .70 | 750.00 | 525.00 |
| 1/06/22 | DMS | B110 | Review draft letter to Court regarding agreement with TCC 2 on Bridgewater and emails with co-counsel. | .40 | 750.00 | 300.00 |
| 1/06/22 | DWC | B110 | Rvw status email memo from co counsel | .30 | 550.00 | 165.00 |
| 1/06/22 | DWC | B110 | Rvw multiple email from co counsel and committee members | .30 | 550.00 | 165.00 |
| 1/06/22 | DWC | B110 | Status conference re main case and adversary v Niss | .90 | 550.00 | 495.00 |
| 1/06/22 | DWC | B110 | Appear for courtcall on PI status and discovery issues | 1.00 | 550.00 | 550.00 |
| 1/06/22 | DWC | B110 | Rvw email summary to committee re hearings | .30 | 550.00 | 165.00 |

GENOVA BURNS LLC

February 4, 2022
Invoice No.:    467873

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|----------------------------------|-------|------|--------|
| 1/06/22 | DWC | B110 | Email from co counsel re exhibit to fti retention application | .20 | 550.00 | 110.00 |
| 1/07/22 | DMS | B110 | Email with co-counsel regarding fee application for second half of December. | .20 | 750.00 | 150.00 |
| 1/07/22 | DMS | B110 | Review J&J filing regarding removal and send to client. | .20 | 750.00 | 150.00 |
| 1/07/22 | DMS | B110 | Emails regarding carry date for PI. | .30 | 750.00 | 225.00 |
| 1/07/22 | DMS | B110 | Call with Molton regarding PI and coordination. | .30 | 750.00 | 225.00 |
| 1/07/22 | DMS | B110 | Review and edit fee statement for 12/16 to 12/31. | .40 | 750.00 | 300.00 |
| 1/07/22 | DMS | B110 | Email to co-counsel regarding monthly fees. | .20 | 750.00 | 150.00 |
| 1/07/22 | DMS | B110 | Review Transcript of January 6th and send to TCC. | .40 | 750.00 | 300.00 |
| 1/07/22 | DMS | B110 | Review Waldrep retention and email to co-counsel. | .30 | 750.00 | 225.00 |
| 1/07/22 | DMS | B110 | Emails with Abramowitz regarding fee procedures and other case background. | .40 | 750.00 | 300.00 |
| 1/07/22 | DMS | B110 | Call with US Trustee regarding HL issues. | .50 | 750.00 | 375.00 |
| 1/07/22 | DMS | B110 | Call with TCC 1 | 1.60 | 750.00 | 1,200.00 |
| 1/07/22 | DMS | B110 | Conference call with Debtor counsel and TCC counsel. | .80 | 750.00 | 600.00 |
| 1/07/22 | DMS | B110 | Call with Abramowitz regarding strategy. | .30 | 750.00 | 225.00 |
| 1/07/22 | DMS | B110 | Review information regarding claim valuation. | .40 | 750.00 | 300.00 |
| 1/07/22 | DMS | B110 | Email with Beville regarding letter to Court concerning HL retention. | .20 | 750.00 | 150.00 |
| 1/07/22 | DMS | B110 | Emails with co-counsel and TCC 2 counsel regarding proper manner of presenting issues to Judge for resolution. | .30 | 750.00 | 225.00 |
| 1/07/22 | DMS | B110 | Email to Molton and co-counsel regarding Judge availability for PI evidentiary hearing. | .20 | 750.00 | 150.00 |
| 1/07/22 | DWC | B110 | Call with canadian counsel re supplement and retention | .50 | 550.00 | 275.00 |

**GENOVA BURNS LLC**

February 4, 2022
Invoice No.:   467873

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 1/07/22 | DWC | B110 | Draft supp Houlihan cert re email corresp with co counsel and UST | .60 | 550.00 | 330.00 |
| 1/07/22 | DWC | B110 | Email from TCC II local re bill submission | .30 | 550.00 | 165.00 |
| 1/07/22 | DWC | B110 | Rvw UST list of proposed order edits; prep for edits | .40 | 550.00 | 220.00 |
| 1/07/22 | DWC | B110 | Rvw multiple emails re status of pleadings and response deadlines | .60 | 550.00 | 330.00 |
| 1/07/22 | DWC | B110 | Rvw proposed order for retention and make changes; circulate with request for input. | .60 | 550.00 | 330.00 |
| 1/07/22 | DWC | B110 | Rvw emails from multiple committee members re status of hearing and local practice for appearance and participation | .80 | 550.00 | 440.00 |
| 1/07/22 | LD | B110 | File letter to Chambers on docket and email to service list. | .40 | 200.00 | 80.00 |
| 1/07/22 | LD | B160 | Revise supplemental certification and proposed Order for Houlihan Lokey retention. | .40 | 200.00 | 80.00 |
| 1/07/22 | LD | B160 | Revise supplemental certification and proposed Order to Houlihan Lokey retention per UST comments. | .40 | 200.00 | 80.00 |
| 1/07/22 | LD | B160 | Prepare draft monthly fee statement for GB 12/16/21 thru 12/31/21. Email to DMS for review. | .60 | 200.00 | 120.00 |
| 1/07/22 | LD | B110 | Review dockets and update service lists for appearances filed. | .30 | 200.00 | 60.00 |
| 1/07/22 | LD | B110 | File and arrange service for GB monthly fee statement for 12/16/21 thru 12/31/21. | .30 | 200.00 | 60.00 |
| 1/08/22 | DMS | B110 | Draft letter to Court regarding HL retention. | .70 | 750.00 | 525.00 |
| 1/08/22 | DMS | B110 | Emails with co-counsel regarding letter to Judge and other pressing issues. | .60 | 750.00 | 450.00 |
| 1/08/22 | DMS | B110 | Call with Molton regarding pressing issues. | .30 | 750.00 | 225.00 |
| 1/08/22 | DMS | B110 | Email to US Trustee regarding call to discuss response to Debtor's subpoena. | .30 | 750.00 | 225.00 |

**GENOVA BURNS LLC**

February 4, 2022
Invoice No.:    467873

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 1/08/22 | DMS | B110 | Email to Rice and Golumb regarding Debtor's Subpoena. | .20 | 750.00 | 150.00 |
| 1/08/22 | DMS | B110 | Emails with Jonas and Glasser regarding discovery. | .40 | 750.00 | 300.00 |
| 1/08/22 | LD | B110 | Letter to Judge Kaplan regarding HL objection. | .80 | 200.00 | 160.00 |
| 1/09/22 | DMS | B110 | Email with U.S. Trustee and co-counsel regarding subpoena. | .30 | 750.00 | 225.00 |
| 1/09/22 | DMS | B110 | Review Stipulation from Cooley and comment. | .30 | 750.00 | 225.00 |
| 1/09/22 | DMS | B110 | Emails regarding conference call with the U.S. Trustee. | .50 | 750.00 | 375.00 |
| 1/09/22 | DMS | B110 | Emails with Stark et al regarding discovery on JD retention. | .30 | 750.00 | 225.00 |
| 1/09/22 | DMS | B110 | Review comments on letter to Judge and emails with Denson regarding filing same. | .50 | 750.00 | 375.00 |
| 1/09/22 | LD | B110 | Finalize and file letter to Judge Kaplan regarding HL retention; email to Chambers and cc's. | .70 | 200.00 | 140.00 |
| 1/10/22 | DMS | B110 | Review Jonas and Stark emails and respond regarding Kim | .40 | 750.00 | 300.00 |
| 1/10/22 | DMS | B110 | Review agenda from Grimm. | .20 | 750.00 | 150.00 |
| 1/10/22 | DMS | B110 | Emails with O'Dell et al regarding discussions. | .30 | 750.00 | 225.00 |
| 1/10/22 | DMS | B110 | Status Conference before Judge. | 1.00 | 750.00 | 750.00 |
| 1/10/22 | DMS | B110 | Follow up call with co-counsel. | .50 | 750.00 | 375.00 |
| 1/10/22 | DMS | B110 | Conference call with TCC and co-counsel. | 2.80 | 750.00 | 2,100.00 |
| 1/10/22 | DMS | B110 | Call with Molton regarding emerging issues. | .30 | 750.00 | 225.00 |
| 1/10/22 | DMS | B110 | Draft letter to Judge Wolfson. | .60 | 750.00 | 450.00 |
| 1/10/22 | DMS | B110 | Send draft Wolfson letter to co-counsel and emails. | .50 | 750.00 | 375.00 |
| 1/10/22 | DMS | B110 | Emails with Lapinski and Golumb regarding U.S. Trustee discovery. | .40 | 750.00 | 300.00 |

**GENOVA BURNS LLC**

February 4, 2022
Invoice No.:   467873

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 1/10/22 | DMS | B110 | Emails with Cisero regarding exhibits. | .20 | 750.00 | 150.00 |
| 1/10/22 | DWC | B110 | Court hearing on PI bridge order; retention of Houlihan; stay relief by satterly | 1.00 | 550.00 | 550.00 |
| 1/10/22 | DWC | B110 | Email from chambers and to co-counsel re zoom link | .20 | 550.00 | 110.00 |
| 1/10/22 | DWC | B110 | Rvw several emails from committee members re outstanding issues to be addressed by judge | .60 | 550.00 | 330.00 |
| 1/10/22 | LD | B110 | Review docket and update service lists as needed. | .50 | 200.00 | 100.00 |
| 1/11/22 | DMS | B110 | Review Law360 story and send to TCC. | .20 | 750.00 | 150.00 |
| 1/11/22 | DMS | B110 | Emails regarding FCR selection delay. | .20 | 750.00 | 150.00 |
| 1/11/22 | DMS | B110 | Review Bevillee mail and revised HL retention documents. | .20 | 750.00 | 150.00 |
| 1/11/22 | DMS | B110 | Emails regarding CMO. | .30 | 750.00 | 225.00 |
| 1/11/22 | DMS | B110 | Emails regarding HL retention. | .20 | 750.00 | 150.00 |
| 1/11/22 | DMS | B110 | Review JD letter regarding Satterly Slides and emails to Satterly and co-counsel. | .30 | 750.00 | 225.00 |
| 1/11/22 | DMS | B110 | Review Satterly slides and reply. | .30 | 750.00 | 225.00 |
| 1/11/22 | DMS | B110 | Emails regarding draft letter to Judge Wolfson. | .40 | 750.00 | 300.00 |
| 1/11/22 | DMS | B110 | Court Hearing on Hill Stay Motion etc. | 3.50 | 750.00 | 2,625.00 |
| 1/11/22 | DMS | B110 | Review Golumb and Lapinsky letters and send to U.S. Trustee. | .40 | 750.00 | 300.00 |
| 1/11/22 | DMS | B110 | Call with counsel to 2 TCC. | .70 | 750.00 | 525.00 |
| 1/11/22 | DMS | B110 | Call with Melanie C. | .20 | 750.00 | 150.00 |
| 1/11/22 | DMS | B110 | Emails regarding fee and retention chart. | .30 | 750.00 | 225.00 |
| 1/11/22 | DMS | B110 | Review Joint Stipulation by TCCs regarding previous pleadings and authorize signature. | .30 | 750.00 | 225.00 |
| 1/11/22 | DMS | B110 | Email with Placitella regarding letter to Wolfson. | .30 | 750.00 | 225.00 |

GENOVA BURNS LLC

February 4, 2022
Invoice No.:    467873

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 1/11/22 | DMS | B110 | Review Wolfson Order and email with co-counsel. | .40 | 750.00 | 300.00 |
| 1/11/22 | DMS | B110 | Call with Abramowitz regarding Wolfson Order. | .30 | 750.00 | 225.00 |
| 1/11/22 | DWC | B110 | Multiple email re houlihan retention; revisions to certs; proposed orders; redlines | .70 | 550.00 | 385.00 |
| 1/11/22 | DWC | B110 | Email chambers re redline proposed orders for houlihan | .20 | 550.00 | 110.00 |
| 1/11/22 | DWC | B110 | Hearing on stay relief; PI hearing; retention of Houlihan | 2.20 | 550.00 | 1,210.00 |
| 1/11/22 | DWC | B110 | Email with committee II re service of doc disco on the debtor | .30 | 550.00 | 165.00 |
| 1/11/22 | DWC | B110 | Reconvened hearing on discovery; Houlihan retention; ruling on stay relief. | .90 | 550.00 | 495.00 |
| 1/11/22 | LD | B160 | File Supplemental Certification to Houlihan Lokey retention application. | .20 | 200.00 | 40.00 |
| 1/11/22 | LD | B110 | Email proposed redline and clean orders for Houlihan retention to Chambers and cc's. | .20 | 200.00 | 40.00 |
| 1/11/22 | LD | B160 | File Brown Rudnick second monthly fee statement; send to BMC Group for service. | .40 | 200.00 | 80.00 |
| 1/12/22 | DMS | B110 | Emails regarding objection to TCC reconst. Motion. | .30 | 750.00 | 225.00 |
| 1/12/22 | DMS | B110 | Emails with Molton regarding call. | .20 | 750.00 | 150.00 |
| 1/12/22 | DMS | B110 | Email to co-counsel regarding derivative standing motion. | .30 | 750.00 | 225.00 |
| 1/12/22 | DMS | B110 | Review Transcript of January 11th hearing and email with co-counsel. | 1.40 | 750.00 | 1,050.00 |
| 1/12/22 | DMS | B110 | TCC 1 Meeting | 5.00 | 750.00 | 3,750.00 |
| 1/12/22 | DMS | B110 | Call with B. Hofmeister regarding status. | .30 | 750.00 | 225.00 |
| 1/12/22 | DMS | B110 | Review A & I discovery. | .20 | 750.00 | 150.00 |
| 1/12/22 | DMS | B110 | Review Judge Whitely 11/10 ruling and email with co-counsel. | .90 | 750.00 | 675.00 |

GENOVA BURNS LLC

February 4, 2022
Invoice No.:   467873

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 1/12/22 | DWC | B110 | Rvw multiple emails from TCC co-counsel and members re pleadings; deadlines; and draft docs | .80 | 550.00 | 440.00 |
| 1/12/22 | DWC | B110 | Rvw status memo re upcoming hearings and deadlines | .30 | 550.00 | 165.00 |
| 1/12/22 | DWC | B110 | Rvw multiple co counsel and member emails re status and timing of filing | .40 | 550.00 | 220.00 |
| 1/12/22 | DWC | B110 | Rvw agenda | .20 | 550.00 | 110.00 |
| 1/12/22 | LD | B160 | File certificate of service regarding Brown Rudnick 2nd monthly fee statement. | .20 | 200.00 | 40.00 |
| 1/12/22 | LD | B110 | File certificate of service regarding GB second monthly fee statement. | .20 | 200.00 | 40.00 |
| 1/13/22 | DMS | B110 | Review new Texas Two Step Decision and send to co-counsel. | .30 | 750.00 | 225.00 |
| 1/13/22 | DMS | B110 | Emails regarding new FCR submission date. | .40 | 750.00 | 300.00 |
| 1/13/22 | DMS | B110 | Email with BN and Otterbourg regarding Debtor exclusivity motion. | .30 | 750.00 | 225.00 |
| 1/13/22 | DMS | B110 | Review Houlihan Order and send to co-counsel. | .20 | 750.00 | 150.00 |
| 1/13/22 | DMS | B110 | Review draft TCC II objection to reconstitute and comment to co-counsel. | .30 | 750.00 | 225.00 |
| 1/13/22 | DMS | B110 | Emails regarding adjournment of PI hearing. | .40 | 750.00 | 300.00 |
| 1/13/22 | DMS | B110 | Emails regarding January 6thTranscript. | .20 | 750.00 | 150.00 |
| 1/13/22 | DMS | B110 | Review Debtor letter regarding US Trustee discovery and email to co-counsel. | .20 | 750.00 | 150.00 |
| 1/13/22 | DMS | B110 | Review and edit Jonas letter regarding discovery disputes. | .30 | 750.00 | 225.00 |
| 1/13/22 | DMS | B110 | Review Weil interim bill and emails to co-counsel. | .30 | 750.00 | 225.00 |
| 1/13/22 | DMS | B110 | Review, edit and file letter regarding adjournment of PI hearing. | .50 | 750.00 | 375.00 |
| 1/13/22 | DMS | B110 | Meeting with TCC I members. | 1.20 | 750.00 | 900.00 |

**GENOVA BURNS LLC**

February 4, 2022
Invoice No.:    467873

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|---------------------------------|-------|------|--------|
| 1/13/22 | DMS | B110 | Review and comment on TCC I statement on reconstitute. | .30 | 750.00 | 225.00 |
| 1/13/22 | DWC | B110 | Emails re pleading by TCCII; proposed response | .40 | 550.00 | 220.00 |
| 1/13/22 | DWC | B110 | Rvw first circuit opinion circulated by co counsel | .40 | 550.00 | 220.00 |
| 1/13/22 | DWC | B110 | Rvw agenda with deadlines and hearings | .30 | 550.00 | 165.00 |
| 1/13/22 | DWC | B110 | Rvw recent two step decisions | .40 | 550.00 | 220.00 |
| 1/13/22 | DWC | B110 | Emails from coCounsel re service of subpoenas | .20 | 550.00 | 110.00 |
| 1/13/22 | DWC | B110 | Multiple emails and calls with LD, and emails from DD re new notices and subpoenas | .70 | 550.00 | 385.00 |
| 1/13/22 | DWC | B110 | Email committee II re local and preferred forms | .20 | 550.00 | 110.00 |
| 1/13/22 | DWC | B110 | Multiple emails re ottorbourg fee statement cover sheet | .30 | 550.00 | 165.00 |
| 1/13/22 | LD | B110 | File letter from Brown Rudnick to Court on docket; email to all parties. | .30 | 200.00 | 60.00 |
| 1/13/22 | LD | B160 | File Parkins Lee second monthly fee application and send to BMC for service. | .30 | 200.00 | 60.00 |
| 1/13/22 | LD | B110 | File letter from Otterbourg to Court on docket; email to all parties. | .30 | 200.00 | 60.00 |
| 1/14/22 | DMS | B110 | Emails regarding preparation for hearing. | .40 | 750.00 | 300.00 |
| 1/14/22 | DMS | B110 | Emails regarding final edits to reconstitute response. | .30 | 750.00 | 225.00 |
| 1/14/22 | DMS | B110 | Review Debtor's comment to retention Orders. | .20 | 750.00 | 150.00 |
| 1/14/22 | DMS | B110 | More emails regarding objection to reconstitute motion. | .20 | 750.00 | 150.00 |
| 1/14/22 | DMS | B110 | Emails regarding hearing time confusion. | .30 | 750.00 | 225.00 |
| 1/14/22 | DMS | B110 | Review bridge Order redraft. | .20 | 750.00 | 150.00 |
| 1/14/22 | DMS | B110 | Review final objection to reconstitute for filing and emails with co-counsel. | .40 | 750.00 | 300.00 |
| 1/14/22 | DMS | B110 | Review Ascena Opinion and emails regarding impact. | .50 | 750.00 | 375.00 |

**GENOVA BURNS LLC**

February 4, 2022
Invoice No.:    467873

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 1/14/22 | DMS | B110 | Hearings before Court and follow up with co-counsel. | 2.20 | 750.00 | 1,650.00 |
| 1/14/22 | DMS | B110 | TCC interview of Brattle. | .40 | 750.00 | 300.00 |
| 1/14/22 | DMS | B110 | Emails regarding Brattle retention. | .40 | 750.00 | 300.00 |
| 1/14/22 | DMS | B110 | Calls and  emails regarding bridge Order. | .80 | 750.00 | 600.00 |
| 1/14/22 | DWC | B110 | Objection to unreconstitution | .40 | 550 | 220.00 |
| 1/14/22 | DWC | B110 | Rvw multiple emails from co counsel and member attys re proposed revisions to objection to un reconstitution | .30 | 550 | 165.00 |
| 1/14/22 | DWC | B110 | Several emails from co counsel and members re objection to reformation | .30 | 550 | 165.00 |
| 1/14/22 | DWC | B110 | Court hearing scheduling dispositive motions and discovery | 2.10 | 550 | 1,155.00 |
| 1/14/22 | DWC | B110 | Multiple emails with co-counsel re draft amended subpoenas | .30 | 550 | 165.00 |
| 1/14/22 | DWC | B110 | Multiple emails with proposed local Canadian counsel; email detailed hearing schedule | .60 | 550 | 330.00 |
| 1/14/22 | DWC | B110 | Assist coordination for talc II local counsel | .20 | 550 | 110.00 |
| 1/14/22 | LD | B110 | Prepare draft subpoenas for Thomas McCann and Chris Andrews. | .60 | 200.00 | 120.00 |
| 1/14/22 | LD | B160 | File certificate of service regarding PLR second monthly fee statement. | .20 | 200.00 | 40.00 |
| 1/14/22 | LD | B110 | Finalize and file Objection to motion to reinstate initial TCC. | .40 | 200.00 | 80.00 |
| 1/14/22 | LD | B110 | File and email to cc's objection to motion to reinstate initial TCC. | .40 | 200.00 | 80.00 |
| 1/14/22 | LD | B110 | Prepare draft notice of deposition of LTL Management; email to DWC. | .80 | 200.00 | 160.00 |
| 1/17/22 | DMS | B110 | Email to D. Molton regarding weekly agenda. | .20 | 750.00 | 150.00 |
| 1/17/22 | DMS | B110 | Calls with D. Molton regarding various issues. | .40 | 750.00 | 300.00 |

**GENOVA BURNS LLC**

February 4, 2022
Invoice No.:    467873

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 1/17/22 | DMS | B110 | Review several edited draft of Intervention Stipulation with Debtor and TCC. | .50 | 750.00 | 375.00 |
| 1/17/22 | DMS | B110 | Conference call with TCC counsel regarding claim issues. | 2.50 | 750.00 | 1,875.00 |
| 1/17/22 | DWC | B110 | Email co counsel re debtor hearing exhibits | .20 | 550.00 | 110.00 |
| 1/17/22 | DWC | B110 | Emails with tcc II local re expense submission | .20 | 550.00 | 110.00 |
| 1/18/22 | DMS | B110 | Review TCC II filings and emails with co-counsel. | .40 | 750.00 | 300.00 |
| 1/18/22 | DMS | B110 | Call with D.  Molton regarding January 19th hearing and other issues. | .30 | 750.00 | 225.00 |
| 1/18/22 | DMS | B110 | Review discovery Order and emails. | .20 | 750.00 | 150.00 |
| 1/18/22 | DMS | B110 | Review Intervention Stipulation and email to co-counsel. | .30 | 750.00 | 225.00 |
| 1/18/22 | DMS | B110 | Review JD email regarding Intervention Stipulation and send to co-counsel. | .30 | 750.00 | 225.00 |
| 1/18/22 | DMS | B110 | Emails with JD and TCC II regarding extension. | .20 | 750.00 | 150.00 |
| 1/18/22 | DMS | B110 | Conference call with two TCCs. | 1.00 | 750.00 | 750.00 |
| 1/18/22 | DMS | B110 | Review JD responses regarding Bates and Weil retentions. | .30 | 750.00 | 225.00 |
| 1/18/22 | DMS | B110 | Review agenda for January 19th hearing. | .10 | 750.00 | 75.00 |
| 1/18/22 | LD | B110 | Call with DWC regarding subpoenas to be served today. | .10 | 200.00 | 20.00 |
| 1/18/22 | LD | B110 | Finalize subpoenas of Azevedo, Ryan and Mongon and cover letters and serve on individuals and cc's by email, regular mail, UPS and Guaranteed Subpoena | 1.50 | 200.00 | 300.00 |
| 1/18/22 | LD | B160 | File Otterbourg second monthly fee statement and send to BMC Group for service. | .40 | 200.00 | 80.00 |
| 1/18/22 | LD | B110 | Prepare and file certificate of service regarding Azevedo, Ryan and Mongon subpoenas. | .50 | 200.00 | 100.00 |
| 1/19/22 | DMS | B110 | Review expert disclosure. | .20 | 750.00 | 150.00 |

**GENOVA BURNS LLC**

February 4, 2022
Invoice No.:    467873

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 1/19/22 | DMS | B110 | Review Rochelle article and send to co-counsel. | .30 | 750.00 | 225.00 |
| 1/19/22 | DMS | B110 | Call with Molton and emails regarding decision impact. | .60 | 750.00 | 450.00 |
| 1/19/22 | DMS | B110 | Emails regarding Court opening for February 14th. | .30 | 750.00 | 225.00 |
| 1/19/22 | DMS | B110 | Court Hearings on TCC split. | 2.70 | 750.00 | 2,025.00 |
| 1/19/22 | DMS | B110 | Calls with co-counsel, members and Abramowitz regarding impact of Decision. | 1.10 | 750.00 | 825.00 |
| 1/19/22 | DMS | B110 | Emails with Jonas regarding hearing. | .30 | 750.00 | 225.00 |
| 1/19/22 | DMS | B110 | Call with TCC. | 1.40 | 750.00 | 1,050.00 |
| 1/19/22 | DWC | B110 | Hearing on debtor's objection to committee reconstitution | 2.50 | 550.00 | 1,375.00 |
| 1/19/22 | DWC | B110 | Committee counsel call re outcome of reconstitution hearing | 1.50 | 550.00 | 825.00 |
| 1/19/22 | DWC | B110 | Call with committee I | 2.10 | 550.00 | 1,155.00 |
| 1/19/22 | DWC | B110 | Rvw emails with co-counsel re submission of member expenses | .60 | 550.00 | 330.00 |
| 1/19/22 | DWC | B110 | Multiple emails re service of multiple notice of dep and subpoenas | .30 | 550.00 | 165.00 |
| 1/19/22 | LD | B110 | File and serve Amended notice of deposition for Kim and Dickinson and email to BMC for service. | .50 | 200.00 | 100.00 |
| 1/20/22 | DMS | B110 | Review Parfitt email to new plaintiff. | .10 | 750.00 | 75.00 |
| 1/20/22 | DMS | B110 | Review and circulate articles regarding January 19th ruling. | .30 | 750.00 | 225.00 |
| 1/20/22 | DMS | B110 | Listen to audio of hearing and circulate. | .70 | 750.00 | 525.00 |
| 1/20/22 | DMS | B110 | Send audio of hearing to co-counsel with comments. | .30 | 750.00 | 225.00 |
| 1/20/22 | DWC | B110 | Multiple emails re exclusivity call with debtor | .30 | 550.00 | 165.00 |
| 1/20/22 | DWC | B110 | Multiple emails re service of new deps and subpoenas | .60 | 550.00 | 330.00 |

GENOVA BURNS LLC

February 4, 2022
Invoice No.:    467873

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|----------------------------------|-------|------|--------|
| 1/20/22 | DWC | B110 | Rvw draft proposed dep notice and subpoena | .40 | 550.00 | 220.00 |
| 1/20/22 | DWC | B110 | Conf call with Committee I and debtor counsel | .50 | 550.00 | 275.00 |
| 1/20/22 | DWC | B110 | Multiple emails re discovery | .40 | 550.00 | 220.00 |
| 1/20/22 | LD | B110 | File certificates of service regarding Otterbourg [dkt #1185] and Dickinson and Kim notices of subpoenas [dkt #1202 and 1203]. | .30 | 200.00 | 60.00 |
| 1/20/22 | LD | B110 | Finalize Andrew and J&J subpoenas and serve; finalize LTL notice of deposition, file and send to BMC for service. | 1.00 | 200.00 | 200.00 |
| 1/21/22 | DMS | B110 | Call with Molton regarding status. | .30 | 750.00 | 225.00 |
| 1/21/22 | DMS | B110 | Call with Abramowitz regarding next steps. | .30 | 750.00 | 225.00 |
| 1/21/22 | DMS | B110 | Call with TCC 1. | .90 | 750.00 | 675.00 |
| 1/21/22 | DMS | B110 | Conference call with Court and conference with co-counsel. | 1.00 | 750.00 | 750.00 |
| 1/21/22 | DMS | B110 | Call with TCC 1 regarding Judge Decision, etc. | .80 | 750.00 | 600.00 |
| 1/21/22 | DMS | B110 | Call with Abramowitz regarding coordination of efforts. | .30 | 750.00 | 225.00 |
| 1/21/22 | DMS | B110 | Call with TCC member with questions. | .30 | 750.00 | 225.00 |
| 1/21/22 | DMS | B110 | Review TCC II witness list and emails. | .40 | 750.00 | 300.00 |
| 1/21/22 | DMS | B110 | Review Wolfson Opinion and send to co-counsel. | .70 | 750.00 | 525.00 |
| 1/21/22 | DMS | B110 | Calls and emails regarding objection to Debtor professional including meet and confer with JD. | 1.40 | 750.00 | 1,050.00 |
| 1/21/22 | DMS | B110 | Follow up emails after meet and confer. | .50 | 750.00 | 375.00 |
| 1/21/22 | DWC | B110 | Member conf before court hearing on reconstitution | .80 | 550.00 | 440.00 |
| 1/21/22 | DWC | B110 | Video conf re outcome of court conference | 1.00 | 550.00 | 550.00 |
| 1/21/22 | DWC | B110 | Rvw file for houlihan order status | .30 | 550.00 | 165.00 |
| 1/21/22 | DWC | B110 | Email follow up re houlihan proposed order | .20 | 550.00 | 110.00 |

**GENOVA BURNS LLC**

February 4, 2022
Invoice No.:    467873

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 1/21/22 | DWC | B110 | Issues filing joint surreply | .40 | 550.00 | 220.00 |
| 1/21/22 | DWC | B110 | Email with committee III re transcripts | .20 | 550.00 | 110.00 |
| 1/21/22 | DWC | B110 | Email with co counsel re subpoena for Talc II witness | .30 | 550.00 | 165.00 |
| 1/21/22 | DWC | B110 | Email with Talc II atty re service of discovery | .30 | 550.00 | 165.00 |
| 1/21/22 | DWC | B110 | Draft discovery | .30 | 550.00 | 165.00 |
| 1/21/22 | DWC | B110 | Rvw file and docket for Houlihan Lokey retention order | .40 | 550.00 | 220.00 |
| 1/21/22 | DWC | B110 | Rvw and prep joint committee surrreply | .60 | 550.00 | 330.00 |
| 1/21/22 | DWC | B110 | Email re copy of transcript for committee II | .20 | 550.00 | 110.00 |
| 1/21/22 | DWC | B110 | Emails regarding prepping Danielle D PHV application | .30 | 550.00 | 165.00 |
| 1/21/22 | LD | B110 | Prepare draft subpoena for Robert Decker. | .30 | 200.00 | 60.00 |
| 1/21/22 | LD | B110 | Serve Decker subpoena by regular, UPS, and email on all parties. | .30 | 200.00 | 60.00 |
| 1/21/22 | LD | B110 | File surreply and amended surreply to Debtor's motion to retain Jones Day. | .40 | 200.00 | 80.00 |
| 1/21/22 | LD | B110 | Prepare and file certificate of service regarding Decker, Johnson and Johnson and Andrew subpoenas. | .30 | 200.00 | 60.00 |
| 1/22/22 | DMS | B110 | Emails regarding debtors retentions. | .50 | 750.00 | 375.00 |
| 1/22/22 | DMS | B110 | Emails regarding preparation for 1/25 hearings. | .40 | 750.00 | 300.00 |
| 1/23/22 | DMS | B110 | Emails regarding retentions. | .50 | 750.00 | 375.00 |
| 1/23/22 | DMS | B110 | Prepare argument on Skadden retention. | 1.70 | 750.00 | 1,275.00 |
| 1/23/22 | DMS | B110 | Email with counsel regarding preparation for discovery conference. | .50 | 750.00 | 375.00 |
| 1/23/22 | DMS | B110 | Review Debtor letter to Court  and send to Jonas regarding discovery. | .40 | 750.00 | 300.00 |
| 1/24/22 | DMS | B110 | Emails with Cooley and co-counsel regarding strategy on debtor retentions. | .40 | 750.00 | 300.00 |

GENOVA BURNS LLC

February 4, 2022
Invoice No.:    467873

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 1/24/22 | DMS | B110 | Call with Jonas regarding retention and discovery conference. | .30 | 750.00 | 225.00 |
| 1/24/22 | DMS | B110 | Call with Molton regarding hearings January 24th and 25th. | .20 | 750.00 | 150.00 |
| 1/24/22 | DMS | B110 | Court hearing. | 1.50 | 750.00 | 1,125.00 |
| 1/24/22 | DMS | B110 | Emails regarding exclusivity extension. | .30 | 750.00 | 225.00 |
| 1/24/22 | DMS | B110 | Call with Melanie C. and review slides regarding retention argument. | .40 | 750.00 | 300.00 |
| 1/24/22 | DMS | B110 | Call with Stark and Melanie C. regarding retention objection. | .30 | 750.00 | 225.00 |
| 1/24/22 | DMS | B110 | Meet and confer with Prieto regarding retentions. | .50 | 750.00 | 375.00 |
| 1/24/22 | DMS | B110 | Meet and confer with TCC 2 regarding retentions. | .50 | 750.00 | 375.00 |
| 1/24/22 | DMS | B110 | Draft letter to Court regarding retentions. | .60 | 750.00 | 450.00 |
| 1/24/22 | DMS | B110 | Edit letter to Court and send to chambers. | .40 | 750.00 | 300.00 |
| 1/24/22 | DMS | B110 | Revise Skadden argument. | 1.00 | 750.00 | 750.00 |
| 1/24/22 | DMS | B110 | JD email regarding Weil. | .10 | 750.00 | 75.00 |
| 1/24/22 | DWC | B110 | Court hearing on discovery issues; retention issues | 1.70 | 550.00 | 935.00 |
| 1/24/22 | DWC | B110 | Multiple emails with co-counsel re draft discovery | .80 | 550.00 | 440.00 |
| 1/24/22 | DWC | B110 | Emails re professional expenses | .30 | 550.00 | 165.00 |
| 1/24/22 | DWC | B110 | Multiple emails with co counsel and chambers re coordination of electronic exhibits; proposed extension of professional retention hearings | .40 | 550.00 | 220.00 |
| 1/24/22 | LD | B110 | Review docket for appearances filed and update service lists. | .30 | 200.00 | 60.00 |
| 1/24/22 | LD | B160 | Prepare and file Certification of no objection to GB second interim monthly fee statement. | .30 | 200.00 | 60.00 |
| 1/24/22 | LD | B110 | File COS regarding D'Aquilla pro hac vice. | .20 | 200.00 | 40.00 |

**GENOVA BURNS LLC**

February 4, 2022
Invoice No.:    467873

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 1/24/22 | LD | B110 | Prepare draft subpoena for Adam Lisman; email to DWC for review. | .40 | 200.00 | 80.00 |
| 1/24/22 | LD | B110 | File letter to Chambers on docket and email to Chambers and all parties. | .20 | 200.00 | 40.00 |
| 1/25/22 | DMS | B110 | Prepare for Skadden argument. | .50 | 750.00 | 375.00 |
| 1/25/22 | DMS | B110 | Email with O'Dell regarding bridge order. | .20 | 750.00 | 150.00 |
| 1/25/22 | DMS | B110 | Review Stark JD Presentation slides. | .30 | 750.00 | 225.00 |
| 1/25/22 | DMS | B110 | Court Hearing on retentions. | 1.10 | 750.00 | 825.00 |
| 1/25/22 | DMS | B110 | Follow up calls with Stark and Molton. | .40 | 750.00 | 300.00 |
| 1/25/22 | DMS | B110 | Conference call with counsel for TCC II. | .80 | 750.00 | 600.00 |
| 1/25/22 | DMS | B110 | Emails with Earl and TCC 1 regarding Courthouse reopening. | .30 | 750.00 | 225.00 |
| 1/25/22 | DMS | B110 | Emails with clients regarding preparation for trial. | .40 | 750.00 | 300.00 |
| 1/25/22 | DMS | B110 | Review Brattle draft retention and email with co-counsel. | .30 | 750.00 | 225.00 |
| 1/25/22 | DMS | B110 | Review revised Bates Order. | .20 | 750.00 | 150.00 |
| 1/25/22 | DMS | B110 | Review Stipulation regarding interv. and emails. | .50 | 750.00 | 375.00 |
| 1/25/22 | DMS | B110 | Review Amici Brief and Motion. | .90 | 750.00 | 675.00 |
| 1/25/22 | DMS | B110 | Review draft HL expert report and provide comments. | 1.50 | 750.00 | 1,125.00 |
| 1/25/22 | DWC | B110 | Rvw docket for bates retention app; forward to LD for BRattle retention preparation; multiple emails re same | .60 | 550.00 | 330.00 |
| 1/25/22 | DWC | B110 | Appearance at hearing on retention disputes. | 1.00 | 550.00 | 550.00 |
| 1/25/22 | DWC | B110 | Conference with co counsel talc committee I and II | 1.00 | 550.00 | 550.00 |
| 1/25/22 | DWC | B110 | Multiple emails re scheduling of conference calls | .30 | 550.00 | 165.00 |
| 1/25/22 | DWC | B110 | Rvw and revise draft retention application for brattle; circulate with requests for information and input | .80 | 550.00 | 440.00 |

**GENOVA BURNS LLC**

February 4, 2022
Invoice No.:    467873

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 1/25/22 | LD | B160 | Prepare rough draft of Brattle retention documents. | 1.00 | 200.00 | 200.00 |
| 1/26/22 | DMS | B110 | Emails with comments to HL draft report. | .40 | 750.00 | 300.00 |
| 1/26/22 | DMS | B110 | Deposition of Dickinson. | 3.20 | 750.00 | 2,400.00 |
| 1/26/22 | DMS | B110 | More emails regarding HL report edits. | .40 | 750.00 | 300.00 |
| 1/26/22 | DMS | B110 | Review January 25th Transcript and send to TCC I and II. | .80 | 750.00 | 600.00 |
| 1/26/22 | DMS | B110 | Call with Jonas regarding Dickinson Deposition. | .20 | 750.00 | 150.00 |
| 1/26/22 | DMS | B110 | Call with co-counsel regarding strategy and next steps. | .70 | 750.00 | 525.00 |
| 1/26/22 | DMS | B110 | Zoom call with full TCC I. | 1.00 | 750.00 | 750.00 |
| 1/26/22 | DMS | B110 | Review A&I exclusivity objection. | .20 | 750.00 | 150.00 |
| 1/26/22 | DMS | B110 | Review form of Order regarding reconstitution. | .20 | 750.00 | 150.00 |
| 1/26/22 | DMS | B110 | Review Order Shortening Time on Amici and send to clients. | .30 | 750.00 | 225.00 |
| 1/26/22 | DMS | B110 | Review text Order regarding minute redaction. | .20 | 750.00 | 150.00 |
| 1/26/22 | DMS | B110 | Email with Jonas and Glasser regarding litigation issues. | .30 | 750.00 | 225.00 |
| 1/26/22 | DMS | B110 | Email with co-counsel regarding Amici Motion. | .20 | 750.00 | 150.00 |
| 1/26/22 | DMS | B110 | Review revised Brattle retention documents and comment. | .30 | 750.00 | 225.00 |
| 1/26/22 | DWC | B110 | Email Talc committee II with cc of transcript | .20 | 550.00 | 110.00 |
| 1/26/22 | DWC | B110 | Email from Talc II re member expense reimbursement | .40 | 550.00 | 220.00 |
| 1/26/22 | DWC | B110 | Rvw and forward bratel retention app comments | .30 | 550.00 | 165.00 |
| 1/26/22 | DWC | B110 | Rwv several emails from co counsel and member counsel | .70 | 550.00 | 385.00 |
| 1/26/22 | DWC | B110 | Talc I co counsel strategy call | .50 | 550.00 | 275.00 |
| 1/26/22 | DWC | B110 | Talc I member counsel meeting | 1.00 | 550.00 | 550.00 |

**GENOVA BURNS LLC**

February 4, 2022
Invoice No.:    467873

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 1/26/22 | LD | B110 | Prepare and file certification of no objection to Brown Rudnick December 2021 monthly fee statement. | .30 | 200.00 | 60.00 |
| 1/26/22 | LD | B110 | Review dockets and update service lists with new appearances filed. | .50 | 200.00 | 100.00 |
| 1/27/22 | DMS | B110 | Email to co-counsel regarding Brattle retention. | .30 | 750.00 | 225.00 |
| 1/27/22 | DMS | B110 | Review Law360 article and send to TCC. | .30 | 750.00 | 225.00 |
| 1/27/22 | DMS | B110 | Review TCC expense request and email to all of TCC regarding expense reimbursement. | .40 | 750.00 | 300.00 |
| 1/27/22 | DMS | B110 | Emails with TCC II counsel regarding expenses of members. | .30 | 750.00 | 225.00 |
| 1/27/22 | DMS | B110 | More emails regarding Brattle. | .30 | 750.00 | 225.00 |
| 1/27/22 | DMS | B110 | Emails regarding Reply Brief limits. | .30 | 750.00 | 225.00 |
| 1/27/22 | DMS | B110 | Review text Order regarding Motions in limine and send to litigation counsel. | .30 | 750.00 | 225.00 |
| 1/27/22 | DMS | B110 | Emails regarding Aldrich hearings. | .30 | 750.00 | 225.00 |
| 1/27/22 | DMS | B110 | Review draft JD and Weil Orders from Prieto and email to co-counsel. | .40 | 750.00 | 300.00 |
| 1/27/22 | DMS | B110 | Review Transcript of Dickinson Deposition. | 1.90 | 750.00 | 1,425.00 |
| 1/27/22 | DMS | B110 | Emails regarding derivative standing. | .30 | 750.00 | 225.00 |
| 1/27/22 | DMS | B110 | Review Ingham Appellate Decision and emails with co-counsel. | 1.10 | 750.00 | 825.00 |
| 1/27/22 | DMS | B110 | Email regarding Skadden Order. | .20 | 750.00 | 150.00 |
| 1/27/22 | DWC | B110 | Miller Thomson billing and prep for monthly statement | .30 | 550.00 | 165.00 |
| 1/27/22 | DWC | B110 | Rvw expenses from members and member atty; prep for monthly expenses reimbursement | .40 | 550.00 | 220.00 |
| 1/27/22 | DWC | B110 | Email re member expenses | .20 | 550.00 | 110.00 |
| 1/27/22 | DWC | B110 | Rvw draft miller fee statement; circulate with comments | .60 | 550.00 | 330.00 |

GENOVA BURNS LLC

February 4, 2022
Invoice No.:    467873

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 1/27/22 | DWC | B110 | Coordinate member expenses request; rvw expenses for committee members | .30 | 550.00 | 165.00 |
| 1/27/22 | DWC | B110 | Rvw member expenses statement | .20 | 550.00 | 110.00 |
| 1/27/22 | DWC | B110 | Call with Asim re monthly fee statement | .40 | 550.00 | 220.00 |
| 1/27/22 | DWC | B110 | Henry member expenses; rvw draft and circulate | .30 | 550.00 | 165.00 |
| 1/27/22 | DWC | B110 | Emails with Miller Thomson re LEDES and fee statement | .30 | 550.00 | 165.00 |
| 1/27/22 | DWC | B110 | Rvw and coordinate revised dep notices per co counsel request | .60 | 550.00 | 330.00 |
| 1/27/22 | LD | B110 | Prepare draft supplemental declaration of DMS regarding rate increase. | .40 | 200.00 | 80.00 |
| 1/27/22 | LD | B160 | Prepare draft monthly fee statement for Miller Thomson and email for review. | 1.30 | 200.00 | 260.00 |
| 1/27/22 | LD | B110 | File and serve supplemental declaration of DMS regarding rate increase [dkt #1280]. | .30 | 200.00 | 60.00 |
| 1/27/22 | LD | B110 | Prepare draft expense reimbursement statement for William Henry, Committee Member. | 1.30 | 200.00 | 260.00 |
| 1/27/22 | LD | B110 | Amend Notice of Deposition of John Kim and Notice of Deposition of LTL Management and file both on docket. | 1.20 | 200.00 | 240.00 |
| 1/28/22 | DMS | B110 | Review Ascena Motion and emails with co-counsel. | .50 | 750.00 | 375.00 |
| 1/28/22 | DMS | B110 | Email to SSR regarding Cybergenics research. | .20 | 750.00 | 150.00 |
| 1/28/22 | DMS | B110 | Emails with SSR regarding Cybergenics research. | .40 | 750.00 | 300.00 |
| 1/28/22 | SSR | B110 | Email from and to DMS regarding derivative standing, cybergenics, Kaplan and NJ cases. | .30 | 550.00 | 165.00 |
| 1/28/22 | SSR | B110 | Westlaw research regarding derivative standing, cybergenics, Kaplan and NJ cases. | 2.50 | 550.00 | 1,375.00 |
| 1/28/22 | DWC | B110 | Multiple emails with co counsel re potential offer from debtor | .30 | 550.00 | 165.00 |

GENOVA BURNS LLC

February 4, 2022
Invoice No.:    467873

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|----------------------------------|-------|------|--------|
| 1/28/22 | DWC | B110 | Emails from co counsel and member counsel re info | .30 | 550.00 | 165.00 |
| 1/28/22 | DWC | B110 | Rvw daily status update from co counsel | .20 | 550.00 | 110.00 |
| 1/28/22 | DWC | B110 | Emails re service of recent filings | .20 | 550.00 | 110.00 |
| 1/28/22 | DWC | B110 | Multiple emails with C&R and UST re fee updates | .40 | 550.00 | 220.00 |
| 1/28/22 | DWC | B110 | Email re timing of expense statement filing | .10 | 550.00 | 55.00 |
| 1/28/22 | DWC | B110 | Multiple emails and comments to common interest agreement | .40 | 550.00 | 220.00 |
| 1/28/22 | DWC | B110 | Emails re examiner motion | .20 | 550.00 | 110.00 |
| 1/28/22 | DWC | B110 | Rvw parkins certification; prep additional for co counsel fee statement | .40 | 550.00 | 220.00 |
| 1/28/22 | DWC | B110 | Prep and coordinate brattle retention application | .30 | 550.00 | 165.00 |
| 1/28/22 | DWC | B110 | Rvw member (Henry) expenses request; forward to Chris Tisi | .40 | 550.00 | 220.00 |
| 1/28/22 | DWC | B110 | Email co counsel re expert report procedure | .20 | 550.00 | 110.00 |
| 1/28/22 | DWC | B110 | More emails with co counsel and member counsel re expenses. | .30 | 550.00 | 165.00 |
| 1/28/22 | LD | B110 | File certification of no objection regarding PLR second monthly fee statement. | .20 | 200.00 | 40.00 |
| 1/28/22 | LD | B110 | Finalize and file retention application for the Brattle Group and send to BMC for service. | .30 | 200.00 | 60.00 |
| 1/29/22 | DMS | B110 | Review FTI expert report. | .90 | 750.00 | 675.00 |
| 1/29/22 | DMS | B110 | Review HL final expert report. | 1.10 | 750.00 | 825.00 |
| 1/29/22 | DMS | B110 | Emails with co-counsel regarding reports. | .30 | 750.00 | 225.00 |
| 1/29/22 | DMS | B110 | Review Debtor's 3 expert reports. | 1.60 | 750.00 | 1,200.00 |
| 1/29/22 | DMS | B110 | Emails to co-counsel regarding Debtor's expert reports. | .30 | 750.00 | 225.00 |
| 1/29/22 | DMS | B110 | More emails with co-counsel regarding debtor reports. | .30 | 750.00 | 225.00 |

**GENOVA BURNS LLC**

February 4, 2022
Invoice No.:    467873

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 1/29/22 | DMS | B110 | Review Debtor discovery requests regarding reports and email to clients. | .40 | 750.00 | 300.00 |
| 1/30/22 | DMS | B110 | Email with Court regarding February 14th week. | .20 | 750.00 | 150.00 |
| 1/30/22 | DMS | B110 | Email to co-counsel regarding February 14th schedule. | .20 | 750.00 | 150.00 |
| 1/30/22 | DMS | B110 | Emails with Debtor's counsel regarding expert discovery. | .20 | 750.00 | 150.00 |
| 1/30/22 | DMS | B110 | Emails with co-counsel regarding case status. | .40 | 750.00 | 300.00 |
| 1/31/22 | DMS | B110 | Emails with Molton and Melanie regarding ongoing issues. | .40 | 750.00 | 300.00 |
| 1/31/22 | DMS | B110 | Email with Cooley regarding TCC member expenses. | .30 | 750.00 | 225.00 |
| 1/31/22 | DMS | B110 | Kim deposition (morning session). | 3.50 | 750.00 | 2,625.00 |
| 1/31/22 | DMS | B110 | Call with Abramowitz regarding motion to dismiss. | .30 | 750.00 | 225.00 |
| 1/31/22 | DMS | B110 | Emails with Jonas regarding motion to dismiss. | .30 | 750.00 | 225.00 |
| 1/31/22 | DMS | B110 | Kim deposition (afternoon session). | 5.00 | 750.00 | 3,750.00 |
| 1/31/22 | DMS | B110 | Email to clients regarding Court reopening. | .20 | 750.00 | 150.00 |
| 1/31/22 | DMS | B110 | Review professor's Amici brief and emails with co-counsel. | .80 | 750.00 | 600.00 |
| 1/31/22 | DMS | B110 | Review agenda for hearing and emails with co-counsel. | .20 | 750.00 | 150.00 |
| 1/31/22 | DWC | B110 | Email from Miller re fee statement format and contents | .40 | 550.00 | 220.00 |
| 1/31/22 | DWC | B110 | Email committee II local counsel re expenses | .30 | 550.00 | 165.00 |
| 1/31/22 | DWC | B110 | Email with LD and MIller Thomson re fee statement cover sheet | .30 | 550.00 | 165.00 |
| 1/31/22 | DWC | B110 | Email from co counsel and to HL re fee statement | .20 | 550.00 | 110.00 |
| 1/31/22 | DWC | B110 | Email frfom HL re fee statement requirements | .10 | 550.00 | 55.00 |
| 1/31/22 | DWC | B110 | Rvw local rules and retention order for Houlihan | .30 | 550.00 | 165.00 |

**GENOVA BURNS LLC**

February 4, 2022
Invoice No.:    467873

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|---------------------------------|-------|------|--------|
| 1/31/22 | LD | B110 | File certifications of service regarding dockets 1280, 1281, 1292, 1286, 1289. | .50 | 200.00 | 100.00 |
| 1/31/22 | LD | B110 | Emails with HL and DWC regarding monthly fee statement forms. | .20 | 200.00 | 40.00 |

**TOTAL PROFESSIONAL SERVICES**                          **$ 156,850.00**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|------|-------------|-------|------|-------|
| Leonard S. Spinelli | Senior Associate | .30 | 450.00 | 135.00 |
| Daniel M Stolz | Partner | 148.20 | 750.00 | 111,150.00 |
| Scott S Rever | Counsel | 3.20 | 550.00 | 1,760.00 |
| Donald W. Clarke | Counsel | 68.30 | 550.00 | 37,565.00 |
| Lorrie Denson | Paralegal | 31.20 | 200.00 | 6,240.00 |
| **TOTALS** | | **251.20** | | **$ 156,850.00** |