**EXHIBIT "B"**

GENOVA BURNS LLC

February 4, 2022
Invoice No.:    467873

**DISBURSEMENTS**

| | Description | Amount |
|---|---|---|
| 12/14/21 | UPS Delivery, Unishippers NJN, 1018990527 (Travelers, Scott Erikson) | 9.72 |
| 12/14/21 | UPS Delivery, Unishippers NJN, 1018990527 (Pachulski Stang Ziehl,& J Colin R. Robinson) | 9.72 |
| 12/14/21 | Subpoena Service, Guaranteed Subpoena Service, Inc., 20211207100039 - Dkt. 21 30589 MBK, subpoena service, Entity Served: Purple Strategies, LLC, Served With: Letter, Subpoena To Testitfy, Exhibit, Certification, Exhibit A. Declaration | 246.70 |
| 12/16/21 | UPS Delivery, Unishippers NJN, 1018990527 (Lowenstein Sandler, LLP, Kenneth Rosen, Esq.) | 9.72 |
| 12/16/21 | UPS Delivery, Unishippers NJN, 1018990527 (U.S. Trustee's Office, Jeffrey Sonder, Esq.) | 9.72 |
| 12/16/21 | UPS Delivery, Unishippers NJN, 1018990527 (Pachulski Stang Ziehl & J, Colin R. Robinson, Esq.) | 9.72 |
| 12/16/21 | UPS Delivery, Unishippers NJN, 1018990527 (Wollmuth, Maher, Deuts, James N. Lawlor, Esq.) | 9.72 |
| 12/16/21 | UPS Delivery, Unishippers NJN, 1019012146 (G.F. Bunting & Co., Records Custodian) | 16.79 |
| 12/16/21 | UPS Delivery, Unishippers NJN, 1019012146 (Jones Day, Gregory M. Gordon, Esq.) | 11.53 |
| 12/23/21 | Subpoena Service, Guaranteed Subpoena Service, Inc., 20211214152736 - Dkt. 23 30589 MBK, subpoena service, Entity Served: Scott Erikson, Served With: Letter, Subpoena to testify, Exhibit | 240.00 |
| 12/23/21 | WestLaw Research, Thomson Reuters - West Payment Center, 845679037 | 521.50 |
| 1/03/22 | Other Professional, CourtSolutions, LLC, 03-Jan.2022 - Case No.:21-30589, Fee for virtual hearing, Judge: Michael Kaplan, Participant: Daniel Stolz - Amex Period Ending 1-31-DMS | 50.00 |
| 1/04/22 | Court Reporter, Veritext Corp., 5495530 - Depositions Proceeding, Job #4997997, Job Date: 12/30/21, Witness: Affidavit of Nonappearance, fee includes: Orig. with 1 Cert. Transcript, Attendance (hourly) Exhibits  & Litigation Pkg | 224.15 |
| 1/05/22 | Court Reporter, J&J Court Transcribers, Inc., 2022-00006 - Case: 21-30589-MBK, 1 Copy 37 Pages, Federal Court Daily on 12/30/2021 & 1 Copy 42 Pages, Federal Court Daily on 1/3/2022, U.S. Bankruptcy Court , Trenton NJ | 94.80 |
| 1/06/22 | Subpoena Service, Guaranteed Subpoena Service, Inc., 20211227100332 - Dkt. # 21 30589 MBK, subpoena service, Entity Served: Jones Day c/o Gregory M. Gordon, Esq., Served With: Letter, Subpoena to testify, Exhibits, Request to Produce. | 245.00 |

GENOVA BURNS LLC

February 4, 2022
Invoice No.:    467873

| | Description | Amount |
|---|---|---:|
| 1/06/22 | Other Professional, CourtSolutions, LLC, 010622 - Case No.:21-30589, Judge: Michael Kaplan, Participant: Daniel Stolz - Amex Period Ending 1-31-DMS | 50.00 |
| 1/06/22 | Other Professional, CourtSolutions, LLC, Jan.06-2022 - Case No.: 21-30589, fee for virtual hearing, Judge: Michael Kaplan, Participant: Don Clarke - Amex Period Ending 1-31-DMS | 50.00 |
| 1/07/22 | Court Reporter, J&J Court Transcribers, Inc., 2022-00027 - Case: 21-30589-MBK, 1 Copy of 36 Pages, U.S. Bankruptcy Court , Trenton NJ | 43.20 |
| 1/10/22 | Other Professional, CourtSolutions, LLC, 011022 - Case No.:21-30589, Fee for virtual hearing, Judge: Michael Kaplan, Participant: Daniel Stolz - Amex Period Ending 1-31-DMS | 50.00 |
| 1/11/22 | Court Reporter, J&J Court Transcribers, Inc., 2022-00042 - Case: 21-30589-MBK, U.S. Bankruptcy Court , Trenton NJ, 1 Copy of 34 Pages, Federal Court Daily on 1/10/2022 | 40.80 |
| 1/11/22 | Other Professional, CourtSolutions, LLC, 11-Jan.-2022 - Case No.:21-03032, Fee for virtual hearing, Judge: Michael Kaplan, Participant: Don Clarke, Amex Period Ending 1-31-DMS | 50.00 |
| 1/11/22 | Other Professional, CourtSolutions, LLC, 2022-Jan.-11 - Case No.:21-30589, fee for virtual hearing, Judge: Michael Kaplan, Participant: Daniel Stolz - Amex Period Ending 1-31-DMS | 50.00 |
| 1/12/22 | Court Reporter, J&J Court Transcribers, Inc., 2022-00056 - Case: 21-30589-MBK, U.S. Bankruptcy Court , Trenton NJ, 1 Copy of 115 Pages, Federal Court Daily on 1/11/2022 | 138.00 |
| 1/14/22 | Other Professional, CourtSolutions, LLC, 14-Jan.-2022 - Case No.:21-30589, Fee for virtual hearing, Judge: Michael Kaplan, Participant: Daniel Stolz, Amex Period Ending 1-31-DMS | 50.00 |
| 1/18/22 | Photocopies .30 cents x 48 copies = $ 14.40.  16 copies of Subpoenas | 14.40 |
| 1/18/22 | Postage Expense - Mailing of Subpoenas (5 x $1.56 = $7.80; 3 x $1.36 = $4.08) | 11.88 |
| 1/18/22 | UPS Delivery, Unishippers NJN, 1019097425 (Johnson & Johnson Consumer, Michelle Ryan) | 28.46 |
| 1/18/22 | UPS Delivery, Unishippers NJN, 1019097425 (Janssen Pharmaceuticals, Jose Azevedo, Director) | 10.46 |
| 1/18/22 | UPS Delivery, Unishippers NJN, 1019097425 (Jounson & Johnson Consumer, Thibaut Mongon) | 28.46 |
| 1/18/22 | UPS Delivery, Unishippers NJN, 1019097425 (U.S. Trustee's Office, Jeffrey Sponder, Esq.) | 10.46 |
| 1/18/22 | UPS Delivery, Unishippers NJN, 1019097425 (Wollmuth Maher & Deuts, Paul R. DeFilippo, Esq.) | 10.46 |
| 1/18/22 | UPS Delivery, Unishippers NJN, 1019097425 (Pachulski Stang Ziehl & J, Colin R. Robinson, Esq.) | 10.46 |
| 1/18/22 | UPS Delivery, Unishippers NJN, 1019097425 (Sherman Silverstein Koh, Arthur J. Abramowitz) | 10.46 |

GENOVA BURNS LLC

February 4, 2022
Invoice No.:  467873

| | Description | Amount |
|---|---|---:|
| 1/19/22 | UPS Delivery, Unishippers NJN, 1019097425 (LTL Management, LLC, John Kim) | 28.46 |
| 1/19/22 | UPS Delivery, Unishippers NJN, 1019097425 (LTL Management, LLC, Richard Dickinson) | 28.46 |
| 1/19/22 | Court Reporter, J&J Court Transcribers, Inc., 2022-00087 - Case: 21-30589-MBK, Court: U.S. Bankruptcy Court , Trenton NJ, 1 Copy, 74 Pages, Federal Court Daily on 1/14/2022 | 88.80 |
| 1/19/22 | Other Professional, CourtSolutions, LLC, 19-Jan.-2022 - Case No.:21-30589, Fee for virtual hearing, Judge: Michael Kaplan, Participant: Daniel Stolz - Amex Period Ending 1-31-DMS | 50.00 |
| 1/20/22 | Other Professional, J&J Court Transcribers, Inc., 2022-00105 - 1 Copy of 95 Pages, Federal Court Daily on 1/19/2022, U.S. Bankruptcy Court , Trenton NJ, Dkt. 21-30589-MBK | 114.00 |
| 1/21/22 | Photocopies .30 cents x 240  copies = $ 72.00. Letters, Subpoenas with attachments to Decker, Andrew and J&J. | 72.00 |
| 1/21/22 | Postage Expense  Subpoenas to Decker, Andrew and J&J. (5 x $1.56; 1 x .53; 1 x $1.31) | 9.64 |
| 1/21/22 | Other Professional, CourtSolutions, LLC, 21-Jan.-2022 - Case No.:3:21-14286, Fee for virtual hearing, Judge: Michael Kaplan, Participant: Daniel Stolz - Amex Period Ending 1-31-DMS | 50.00 |
| 1/24/22 | Other Professional, CourtSolutions, LLC, 24-Jan.-2022 - Case No.:3:21-14286, Fee for virtual hearing, Judge: Michael Kaplan, Participant: Daniel Stolz - Amex Period Ending 1-31-DMS | 50.00 |
| 1/25/22 | Other Professional, J&J Court Transcribers, Inc., 2022-00138 - 1 Copy of 52 Pages, Federal Court Daily on 1/24/2022, U.S. Bankruptcy Court , Trenton NJ, Dkt. 21-30589-MBK | 62.40 |
| 1/25/22 | Other Professional, CourtSolutions, LLC, 25-Jan.-2022 - Case No.:21-30589, Fee for virtual hearing, Judge: Michael Kaplan, Participant: Don Clarke - Amex Period Ending 1-31-DMs | 50.00 |
| 1/25/22 | Other Professional, CourtSolutions, LLC, 012522 - Case No.:3:21-14286, Fee for virtual hearing, Judge: Michael Kaplan, Participant: Daniel Stolz - Amex Period Ending 1-31-DMS | 50.00 |
| 1/26/22 | Court Reporter, J&J Court Transcribers, Inc., 2022-00153 -  1 Copy of 34 Pages Federal Court Daily on 1/25/2022, U.S. Bankruptcy Court , Trenton NJ, Dkt. 21-30589-MBK | 40.80 |
| | **TOTAL DISBURSEMENTS** | **$ 3,060.85** |
| | **TOTAL THIS INVOICE** | **$ 159,910.85** |