UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on February 10, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

LLT MANAGEMENT, LLC,

          Debtor.

Case No. 21-30589 Chapter 11

Judge Michael B. Kaplan

## AMENDED ORDER IDENTIFYING NOMINEES FOR SELECTION AS FUTURE TALC CLAIMS REPRESENTATIVE[1]

The relief set forth on the following pages is hereby ORDERED.

**DATED: February 10, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The Order is amended for the sole purpose of correcting the name of one proposed Future Talc Claims Representative on the second page. The substance and body of this Order were not altered.

**THE COURT** having entered an Amended Order Amended Case Management Order setting selection protocol for Future Talc Claims Representative ("FTCR") directing the Debtor and the Official Committees of Talc Claimants I & II to each submit *ex parte* to the Court up to **three** (**3**) names [for a total of **six** names] of nominees for appointment as the FTCR (ECF No. 1135); and pursuant to the Amended Order, the Court adding its own nominees for consideration, and the Court having reviewed such submissions, and for good cause shown;

**IT IS ON THIS 10th DAY OF FEBRUARY, 2022, HEREBY ORDERED**

The following individuals have been nominated for possible appointment as a FTCR in this proceeding. Their background information accompanies this Order. (Names are listed alphabetically.)

- Marina Corodemus
- Randi S. Ellis
- Mark Falk
- Eric D. Green
- Joseph W. Grier, III
- Gary J. Russo
- Lawrence F. Stengel
- R. Scott Williams

Parties are directed to proceed with consideration consistent with the Court's Amended Case Management Order setting selection protocol for FTCR (ECF No. 1135).