UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on February 10, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Case No.: _____

Chapter: _____

Hearing Date: _____

Judge: _____

## ORDER DENYING MOTIONS IN LIMINE

The relief set forth on the following pages, numbered two (2) through _____ is **ORDERED**.

**DATED: February 10, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Pending before the Court are three (3) motions in limine: one filed on behalf of the Official Committee of Talc Claimants II (ECF No. 1416); one filed on behalf of LTL Management LLC (ECF No. 1417); and one filed on behalf of Arnold & Itkin LLP (ECF No. 1380). For the reasons set forth on the record during the hearing on February 10, 2022, it is hereby

ORDERED that the motions in limine are DENIED.