## EXHIBIT A

Certification of Robert Loeb
In Support of Application for Retention of
Orrick, Herrington & Sutcliffe LLP as Special
Appellate Counsel, Effective as of October 14, 2021

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.:  21-30589 (MBK) |
| Debtor. | Judge:  Michael B. Kaplan |
| | Hearing Date:  March 8, 2022 |

**CERTIFICATION OF ROBERT LOEB IN SUPPORT
OF APPLICATION FOR RETENTION OF ORRICK,
HERRINGTON & SUTCLIFFE LLP AS SPECIAL
APPELLATE COUNSEL, EFFECTIVE AS OF OCTOBER 14, 2021**

I, Robert Loeb, being of full age, certify as follows:

1.      Orrick, Herrington & Sutcliffe LLP ("Orrick") is seeking authorization to be retained as special appellate counsel to LTL Management LLC (the "Debtor") in the

---

[1]      The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

Chapter 11 Case and I make this certification in support of the *Application for Retention of Orrick, Herrington & Sutcliffe LLP as Special Appellate Counsel, Effective as of October 14, 2021* filed by the Debtor (the "Application").[2]

2.      My professional credentials include being admitted and in good standing to practice in the District of Columbia and before the United States Supreme Court, the United States District Court for the District of Columbia, and every United States Courts of Appeals.

3.      I am a partner at Orrick and am duly authorized to make this certification on behalf of Orrick.

4.      The proposed arrangement for compensation, including hourly rates, if applicable, is as follows:

Pursuant to the terms of the Engagement Letter between Orrick and the Debtor, and subject to the Court's approval of this Application, Orrick intends to: (a) charge for its legal services on an hourly basis in accordance with the ordinary and customary hourly rates in effect on the date services are rendered; and (b) seek reimbursement of actual and necessary out of pocket expenses.

In addition, to the extent that Orrick represents both the Debtor and J&J in a matter, Orrick will allocate 50% of its fees and expenses incurred in such joint representation to the Debtor and 50% to J&J. In matters in which Orrick represents solely the Debtor or J&J, Orrick will allocate 100% of the fees and expenses to the entity represented.

Orrick will be compensated at its hourly rates, which are based on the professionals' level of experience. The hourly rates charged by Orrick for this work fall within the following ranges:

| *Billing Category* | *Range* |
|---|---|
| Partners/Of Counsel | $805-$1,750 |
| Associates | $570-$1,025 |
| Paralegals | $225-$530 |

Orrick's hourly rates may change annually in accordance with the terms of the Engagement Letter and Orrick's established billing practices and procedures.

Orrick will maintain detailed, contemporaneous time records in six minute intervals and apply to the Court for payment of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Federal Rules of

---

[2]    Capitalized terms used herein but not defined shall have the meaning given to such terms in the Application.

Bankruptcy Procedure, the Local Rules of the United States Bankruptcy Court District of New Jersey, the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases*, and any additional procedures that may be established by the Court in the Chapter 11 Case.

☐ Pursuant to D.N.J. LBR 2014-3, I request a waiver of the requirements of D.N.J. LBR 2016-1.

5.     To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☐        None

☒        Describe connection:  <u>See</u> No. 6 below.

6.     To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☐        None

☒        Describe Connection:

To check and clear potential conflicts of interest in the Chapter 11 Case, as well as to determine all "connections" (as such term is used in Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>")) to the Debtor, its affiliates, its creditors, other parties in interest, their respective attorneys, the U.S. Trustee or any person employed in the office of the U.S. Trustee, Orrick researched its client database to determine whether it had any relationships with the list of names of individuals or institutions that are potential significant parties in interest (each, an "Interested Party," collectively, the "<u>Interested Parties</u>") that was provided to Orrick by the Debtor. <u>See</u> <u>Schedule 1</u> attached hereto.[3]  Once the database identified a potential connection between Orrick and an Interested Party, if necessary, I or someone working with me contacted the responsible attorney(s) to the extent he or she is still employed by Orrick, or otherwise elicited information to discern the nature and scope of the representation or connection for appropriate disclosure in this certification.

To the extent that Orrick's research of its relationships with the Interested Parties indicates that Orrick has represented in the past three years, or currently represents, any of these

---

[3]        Schedule 1 includes the list of Interested Parties prepared by the Debtor as of November 3, 2021, a list of additional Interested Parties prepared by the Debtor as of November 21, 2021, a list of additional Interested Parties prepared by Orrick as of January 19, 2022 for the purpose of making certain statements herein, and a list of additional Interested Parties prepared by the Debtor as of January 20, 2022.

3

entities in matters unrelated to the Chapter 11 Case, the identities of these entities and such entities' relationship to the Debtor and connection to Orrick, are set forth in <u>Schedule 2</u> hereto.[4]

This review is ongoing and, if any relevant fact or relationship not disclosed herein is discovered or arises, I will file a supplemental certification with the Court as soon as practicable.

To the best of my knowledge and belief, insofar as I have been able to ascertain after reasonable inquiry, neither I, nor Orrick, nor any partner, associate or other professional thereof has any connection with the Debtor, its creditors, the U.S. Trustee or any other party with an actual or potential interest in the Chapter 11 Case or their respective attorneys or accountants, except as set forth below and in <u>Schedule 2</u> hereto:

(a)    Orrick has not represented, and does not and will not represent, any entity in matters adverse to the Debtor or to the estate with respect to matters on which Orrick is to be employed.

(b)    Prior to the Petition Date, Orrick represented Old JJCI as counsel, including in *In re Imerys Talc America, Inc.*, Case No. 19-10289 (LSS) (Bankr. D. Del.) (the "<u>Imerys Case</u>") and as trial[5] and appellate counsel in certain talc-related litigation.

(c)    Prior to the Petition Date, Orrick represented the Debtor's parent company and non-debtor affiliate, J&J, as counsel, including in the Imerys Case and as trial and appellate counsel in certain talc-related litigation. Orrick continues to represent J&J in certain talc-related litigation, including on the appeals at issue in this litigation.

(d)    Orrick currently represents or formerly represented certain of the Debtor's non-debtor affiliates. Orrick, however, has not represented, and does not and will not represent, any of these entities in matters adverse to the Debtor or to the estate with respect to matters on which Orrick is to be employed.

(e)    Orrick currently represents the Debtor's depository and disbursement bank, certain of the parties to material contracts with the Debtor, certain of the significant co-defendants in talc-related litigation, certain of the Debtor's significant ordinary course professionals, consultants, and service providers, certain of the Debtor's material potentially indemnified parties, certain of the Debtor's insurers, certain of the Bankruptcy Rule 2002 appearing parties, and certain of the professionals

---

[4]    Schedule 2 includes Orrick's disclosures related to the list of Interested Parties prepared as of November 3, 2021, a list of additional Interested Parties prepared as of November 21, 2021, a list of additional Interested Parties prepared as of January 19, 2022, and a list of additional Interested Parties prepared as of January 20, 2022.

[5]    As set forth in the Application, Orrick currently serves as trial counsel in one stayed case and provides appellate guidance as needed in the stayed talc-related litigation and will continue to provide services in those matters on the same terms that services for such matters were provided to Old JJCI.

retained by the Official Committee of Talc Claimants.  In all instances, Orrick has not represented, and does not and will not represent, any of these entities in matters adverse to the Debtor or to the estate with respect to matters on which Orrick is to be employed.

In addition to the foregoing, Orrick's partners and employees may have business associations with, professional, social or familial relationships with, or interests aligned with or adverse to, creditors or parties in interest, or their attorneys, accountants or advisors.  As part of its practice, Orrick appears in cases, proceedings and transactions throughout the world involving many different parties, and works together with many different parties, which may include creditors or parties in interest, or attorneys, accountants or other professional firms or advisors who may represent creditors or parties in interest in the Chapter 11 Case.  To the best of my knowledge, none of these associations, relationships, or interests have any connection with the Debtor or the Chapter 11 Case.

Neither I nor, to the best of my knowledge, any partner or attorney employed by Orrick who is expected to render services to the Debtor in the Chapter 11 Case is related to any United States District Judge or United States Bankruptcy Judge for the District of New Jersey or to the U.S. Trustee for this district or to any known employees of her office.

Neither I nor, to the best of my knowledge, any partner or attorney employed by Orrick who is expected to render services to the Debtor in the Chapter 11 Case is a creditor, equity security holder or an insider of the Debtor or its estate.  Neither I nor, to the best of my knowledge, any partner or attorney employed by Orrick who is expected to render services to the Debtor in the Chapter 11 Case serves or served as an officer, director, or employee of the Debtor (or its predecessor entity) within 2 years before the date of the filing of the Chapter 11 Case.

Orrick has made reasonable efforts to discover and disclose the existence of any conflict of interest or connections based upon the information available to Orrick.  Orrick is unable to state, however, whether one or more of its clients or their affiliates that has not been identified as an Interested Party holds a claim or interest, or otherwise is a party in interest in the Chapter 11 Case.  Orrick intends to review periodically its database during the pendency of the Chapter 11 Case to insure, to the extent reasonably possible, that no conflict or other disqualifying circumstance exists or arises.

The Debtor's interest is fully aligned with that of J&J in the matters for which the Debtor seeks to retain Orrick as special appellate counsel.  In particular, the interests of the Debtor and J&J and are aligned in Orrick's joint representation of them in the ongoing talc-litigation appeals, because the Debtor and J&J are co-appellants or appellees in those cases and the claims are virtually identical in all material respects.  No cross claims have been made as between the Debtor and J&J.  Orrick has not given, and will not give, the Debtor or J&J advice on contribution or indemnity claims as between them in these cases.  Such matters would be outside the scope of the matters for which the Debtor is seeking to retain Orrick.  Accordingly, Orrick's joint representation of J&J and the Debtor in the ongoing talc-related appeals does not give rise to a conflict.

Orrick did not provide advice in relation to the 2021 Corporate Restructuring[6] (or any J&J restructuring).

The total combined gross income received from all J&J-related current clients in each of the last two years is less than 3% of Orrick's gross income.  The total gross income received from any individual client identified in Schedule 2 attached hereto, in each of the last two years, that is not a J&J-related entity, does not exceed 1% of Orrick's total income.

Orrick did not receive any compensation from the Debtor prior to the Petition Date.

As of the Petition Date, Orrick was owed approximately $2.6 million for services rendered and expenses incurred prior to the Petition Date in its role as talc-litigation trial and appellate counsel on behalf of Old JJCI and J&J.  As of the date of this Application, J&J has satisfied all but $228,197.34 of this amount consistent with J&J's engagement with Orrick.  Orrick has billed or will bill any unpaid fees and expenses actually incurred prior to the Petition Date to non-Debtor J&J, consistent with the terms of Orrick's engagement with J&J.

Orrick did not receive any payments, including a retainer, from the Debtor or any other party.

7.    To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

☐    do not hold an adverse interest to the estate.
☐    do not represent an adverse interest to the estate.
☐    are disinterested under 11 U.S.C. § 101(14).
☒    do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327(e).
☒    Other.  Explain:  <u>See</u> No. 6 above and Schedule 2 attached hereto.

8.    If the professional is an auctioneer,

    a.  The following are my qualifications and experience with the liquidation or sale of similar property: **N/A**
    b.  The proposed method of calculation of my compensation, including rates and formulas, is: **N/A**
        Pursuant to D.N.J. 2014-2, I ☐ do  or  ☐ do not request a waiver of the requirements of   D. N. J. LBR 2016-1.
    c.  The following is an estimate of all costs and expenses, including labor, security, advertising, delivery, mailing, and insurance, for which I will seek reimbursement from the sale proceeds: **N/A**

---

[6]    As defined in the *Declaration of John K. Kim in Support of First Day Pleadings* [Docket No. 5].

NAI-1526178169

    d.  Have you, or a principal of your firm, been convicted of a criminal offense?

        ☐ No        ☐ Yes (explain below)

    e.  I certify that a surety bond as described in D. N. J. LBR 2014-2(a)(6) is in effect and will remain so through the date of turnover of the auction proceeds.

9.      If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: **N/A**

I certify under penalty of perjury that the above information is true.

Date:  2/10/2022                    */s/ Robert Loeb*

                                          Robert Loeb

                                          **Orrick, Herrington & Sutcliffe LLP**

                                          Columbia Center

                                          1152 15th Street, N.W.

                                          Washington, D.C. 20005

                                          Telephone: (202) 339-8475

                                          Facsimile: (202) 339-8500

                                          Email: rloeb@orrick.com

NAI-1526178169

## **SCHEDULE 1**

Schedule of Potentially Interested Parties

**LTL Management LLC**
**Potentially Interested Parties as of November 3, 2021**

**Debtor**

LTL Management LLC

**Direct Equity Owner of Debtor**

Johnson and Johnson Consumer Inc.

**Debtor's Direct Non-Debtor Subsidiary**

Royalty A&M LLC

**Other Non-Debtor Affiliates**

3Dintegrated ApS
Acclarent, Inc.
Actelion Ltd
Actelion Manufacturing GmbH
Actelion Pharmaceuticals Australia
    Pty. Limited
Actelion Pharmaceuticals Korea Ltd.
Actelion Pharmaceuticals Ltd
Actelion Pharmaceuticals Mexico
    S.A. De C.V.
Actelion Pharmaceuticals Trading
    (Shanghai) Co., Ltd.
Actelion Pharmaceuticals UK Limited
Actelion Pharmaceuticals US, Inc.
Actelion Registration Limited
Actelion Treasury Unlimited Company
Akros Medical, Inc.
Albany Street LLC
ALZA Corporation
Alza Land Management, Inc.
AMO (Hangzhou) Co., Ltd.
AMO (Shanghai) Medical Devices
    Trading Co., Ltd.
AMO ASIA LIMITED
AMO Australia Pty Limited
AMO Canada Company
AMO Denmark ApS
AMO Development, LLC
AMO France
AMO Germany GmbH
AMO Groningen B.V.
AMO International Holdings
AMO Ireland

AMO Ireland Finance Unlimited Company
AMO Italy SRL
AMO Japan K.K.
AMO Manufacturing Spain S.L.
AMO Manufacturing USA, LLC
AMO Netherlands BV
AMO Nominee Holdings, LLC
AMO Norway AS
AMO Puerto Rico Manufacturing, Inc.
AMO Sales and Service, Inc.
AMO Singapore Pte. Ltd.
AMO Spain Holdings, LLC
AMO Switzerland GmbH
AMO U.K. Holdings, LLC
AMO United Kingdom, Ltd.
AMO Uppsala AB
AMO US Holdings, Inc.
AMO USA Sales Holdings, Inc.
AMO USA, LLC
Animas Diabetes Care, LLC
Animas LLC
Animas Technologies LLC
AorTx, Inc.
Apsis
Aragon Pharmaceuticals, Inc.
Asia Pacific Holdings, LLC
Atrionix, Inc.
AUB Holdings LLC
Auris Health, Inc.
Backsvalan 2 Aktiebolag
Backsvalan 6 Handelsbolag
Beijing Dabao Cosmetics Co., Ltd.
BeneVir BioPharm, Inc.
Berna Rhein B.V.
BioMedical Enterprises, Inc.
Biosense Webster (Israel) Ltd.
Biosense Webster, Inc.
C Consumer Products Denmark ApS
Calibra Medical LLC
Campus-Foyer Apotheke GmbH
Carlo Erba OTC S.r.l.
Centocor Biologics, LLC
Centocor Research & Development, Inc.
ChromaGenics B.V.
Ci:Labo Customer Marketing Co., Ltd.
Ci:z. Labo Co., Ltd.

Cilag AG
Cilag GmbH International
Cilag Holding AG
Cilag Holding Treasury Unlimited Company
Cilag-Biotech, S.L.
CNA Development GmbH
Codman & Shurtleff, Inc.
Coherex Medical, Inc.
ColBar LifeScience Ltd.
Company Store.com, Inc.
Cordis de Mexico, S.A. de C.V.
Cordis International Corporation
Corimmun GmbH
CoTherix Inc.
CSATS, Inc.
Darlain Trading S.A.
Debs-Vogue Corporation
    (Proprietary) Limited
DePuy France
DePuy Hellas SA
DePuy International Limited
DePuy Ireland Unlimited Company
DePuy Mexico, S.A. de C.V.
DePuy Mitek, LLC
DePuy Orthopaedics, Inc.
DePuy Products, Inc.
DePuy Spine, LLC
DePuy Synthes Gorgan Limited
DePuy Synthes Institute, LLC
DePuy Synthes Leto SARL
DePuy Synthes Products, Inc.
DePuy Synthes Sales, Inc.
DePuy Synthes, Inc.
Dr. Ci:Labo Co., Ltd.
DR. CI:LABO COMPANY LIMITED
Dutch Holding LLC
ECL7, LLC
EES Holdings de Mexico,
    S. de R.L. de C.V.
EES, S.A. de C.V.
EIT Emerging Implant Technologies GmbH
Ethicon Biosurgery Ireland
Ethicon Endo-Surgery (Europe) GmbH
Ethicon Endo-Surgery, Inc.
Ethicon Endo-Surgery, LLC
Ethicon Holding Sarl

Ethicon Ireland Unlimited Company
Ethicon LLC
Ethicon PR Holdings Unlimited Company
Ethicon Sarl
Ethicon US, LLC
Ethicon Women's Health & Urology Sarl
Ethicon, Inc.
Ethnor (Proprietary) Limited
Ethnor del Istmo S.A.
Ethnor Farmaceutica, S.A.
Ethnor Guatemala, Sociedad Anomina
Finsbury (Development) Limited
Finsbury (Instruments) Limited
Finsbury Medical Limited
Finsbury Orthopaedics International Limited
Finsbury Orthopaedics Limited
FMS Future Medical System SA
GH Biotech Holdings Limited
Global Investment Participation B.V.
GMED Healthcare BV
Guangzhou Bioseal Biotech Co., Ltd.
Hansen Medical Deutschland GmbH
Hansen Medical International, Inc.
Hansen Medical UK Limited
Hansen Medical, Inc.
Healthcare Services (Shanghai) Ltd.
I.D. Acquisition Corp.
Innomedic Gesellschaft für innovative
    Medizintechnik und Informatik mbH
Innovalens B.V.
Innovative Surgical Solutions, LLC
J & J Company West Africa Limited
J&J Pension Trustees Limited
J.C. General Services BV
Janssen Alzheimer Immunotherapy
    (Holding) Limited
Janssen Biologics (Ireland) Limited
Janssen Biologics B.V.
Janssen BioPharma, Inc.
Janssen Biotech, Inc.
Janssen Cilag Farmaceutica S.A.
Janssen Cilag S.p.A.
Janssen Cilag SPA
Janssen Cilag, C.A.
Janssen de Mexico, S. de R.L. de C.V.

Janssen Development Finance
   Unlimited Company
Janssen Diagnostics, LLC
Janssen Egypt LLC
Janssen Farmaceutica Portugal Lda
Janssen Global Services, LLC
Janssen Group Holdings Limited
Janssen Holding GmbH
Janssen Inc.
Janssen Irish Finance Company UC
Janssen Korea Ltd.
Janssen Oncology, Inc.
Janssen Ortho LLC
Janssen Pharmaceutica
   (Proprietary) Limited
Janssen Pharmaceutica NV
Janssen Pharmaceutica S.A.
Janssen Pharmaceutical
Janssen Pharmaceutical K.K.
Janssen Pharmaceutical Sciences
   Unlimited Company
Janssen Pharmaceuticals, Inc.
Janssen Products, LP
Janssen R&D Ireland
Janssen Research & Development, LLC
Janssen Sciences Ireland
   Unlimited Company
Janssen Scientific Affairs, LLC
Janssen Supply Group, LLC
Janssen Vaccines & Prevention B.V.
Janssen Vaccines Corp.
Janssen-Cilag
Janssen-Cilag (New Zealand) Limited
Janssen-Cilag A/S
Janssen-Cilag AG
Janssen-Cilag Aktiebolag
Janssen-Cilag AS
Janssen-Cilag B.V.
Janssen-Cilag de Mexico S. de R.L. de C.V.
Janssen-Cilag Farmaceutica Lda.
Janssen-Cilag Farmaceutica Ltda.
Janssen-Cilag GmbH
Janssen-Cilag International NV
Janssen-Cilag Kft.
Janssen-Cilag Limited
Janssen-Cilag Limited

Janssen-Cilag Manufacturing, LLC
Janssen-Cilag NV
Janssen-Cilag OY
Janssen-Cilag Pharma GmbH
Janssen-Cilag Pharmaceutical S.A.C.I.
Janssen-Cilag Polska, Sp. z o.o.
Janssen-Cilag Pty Ltd
Janssen-Cilag S.A.
Janssen-Cilag s.r.o.
Janssen-Cilag, S.A.
Janssen-Cilag, S.A. de C.V.
Janssen-Pharma, S.L.
J-C Health Care Ltd.
Jevco Holding, Inc.
JJ Surgical Vision Spain, S.L.
JJC Acquisition Company B.V.
JJHC, LLC
JJSV Belgium BV
JJSV Manufacturing Malaysia SDN. BHD.
JJSV Norden AB
JJSV Produtos Oticos Ltda.
JNJ Global Business Services s.r.o.
JNJ Holding EMEA B.V.
JNJ International Investment LLC
JNJ Irish Investments ULC
Johnson & Johnson
Johnson & Johnson - Societa' Per Azioni
Johnson & Johnson (Angola), Limitada
Johnson & Johnson (China) Investment Ltd.
Johnson & Johnson (Egypt) S.A.E.
Johnson & Johnson (Hong Kong) Limited
Johnson & Johnson (Ireland) Limited
Johnson & Johnson (Jamaica) Limited
Johnson & Johnson (Kenya) Limited
Johnson & Johnson (Middle East) Inc.
Johnson & Johnson (Mozambique),
   Limitada
Johnson & Johnson (Namibia)
   (Proprietary) Limited
Johnson & Johnson (New Zealand) Limited
Johnson & Johnson (Philippines), Inc.
Johnson & Johnson (Private) Limited
Johnson & Johnson (Thailand) Ltd.
Johnson & Johnson (Trinidad) Limited
Johnson & Johnson (Vietnam) Co., Ltd
Johnson & Johnson AB

Johnson & Johnson AG
Johnson & Johnson Belgium
    Finance Company BV
Johnson & Johnson Bulgaria EOOD
Johnson & Johnson China Ltd.
Johnson & Johnson Consumer
    (Hong Kong) Limited
Johnson & Johnson Consumer
    (Thailand) Limited
Johnson & Johnson Consumer B.V.
Johnson & Johnson Consumer
    Holdings France
Johnson & Johnson Consumer Inc.
Johnson & Johnson Consumer NV
Johnson & Johnson Consumer
    Saudi Arabia Limited
Johnson & Johnson Consumer Services
    EAME Ltd.
Johnson & Johnson d.o.o.
Johnson & Johnson de Argentina
    S.A.C. e. I.
Johnson & Johnson de Chile Limitada
Johnson & Johnson de Chile S.A.
Johnson & Johnson de Colombia S.A.
Johnson & Johnson de Costa Rica, S.A.
Johnson & Johnson de Mexico, S.A. de C.V.
Johnson & Johnson de Uruguay S.A.
Johnson & Johnson de Venezuela, S.A.
Johnson & Johnson del Ecuador, S.A.
Johnson & Johnson Del Paraguay, S.A.
Johnson & Johnson del Peru S.A.
Johnson & Johnson do Brasil Industria E
    Comercio de Produtos Para Saude Ltda.
Johnson & Johnson Dominicana, S.A.S.
Johnson & Johnson Enterprise
    Innovation Inc.
Johnson & Johnson European
    Treasury Company
Johnson & Johnson Finance Corporation
Johnson & Johnson Finance Limited
Johnson & Johnson Financial
    Services GmbH
Johnson & Johnson for Export and
    Import LLC
Johnson & Johnson Foundation Scotland
    (NON-PROFIT)

Johnson & Johnson Gateway, LLC
Johnson & Johnson Gesellschaft m.b.H.
Johnson & Johnson GmbH
Johnson & Johnson Guatemala, S.A.
Johnson & Johnson Health and
    Wellness Solutions, Inc.
Johnson & Johnson Health Care
    Systems Inc.
Johnson & Johnson Hellas Commercial and
    Industrial S.A.
Johnson & Johnson Hellas Consumer
    Products Commercial Societe Anonyme
Johnson & Johnson Hemisferica S.A.
Johnson & Johnson Holding GmbH
Johnson & Johnson Holdings K.K.
Johnson & Johnson Inc.
Johnson & Johnson Industrial Ltda.
Johnson & Johnson Innovation - JJDC, Inc.
Johnson & Johnson Innovation Limited
Johnson & Johnson Innovation LLC
Johnson & Johnson International
Johnson & Johnson International
    (Singapore) Pte. Ltd.
Johnson & Johnson International Financial
    Services Company
Johnson & Johnson Japan Inc.
Johnson & Johnson K.K.
Johnson & Johnson Kft.
Johnson & Johnson Korea Ltd.
Johnson & Johnson Korea Selling &
    Distribution LLC
Johnson & Johnson Limitada
Johnson & Johnson Limited
Johnson & Johnson LLC
Johnson & Johnson Luxembourg Finance
    Company Sarl
Johnson & Johnson Management Limited
Johnson & Johnson Medical (China) Ltd.
Johnson & Johnson Medical
    (Proprietary) Ltd
Johnson & Johnson Medical (Shanghai) Ltd.
Johnson & Johnson Medical (Suzhou) Ltd.
Johnson & Johnson Medical B.V.
Johnson & Johnson Medical Devices &
    Diagnostics Group - Latin America,
    L.L.C.

Johnson & Johnson Medical GmbH
Johnson & Johnson Medical Korea Ltd.
Johnson & Johnson Medical Limited
Johnson & Johnson Medical Mexico, S.A. de C.V.
Johnson & Johnson Medical NV
Johnson & Johnson Medical Products GmbH
Johnson & Johnson Medical Pty Ltd
Johnson & Johnson Medical S.A.
Johnson & Johnson Medical S.p.A.
Johnson & Johnson Medical SAS
Johnson & Johnson Medical Saudi Arabia Limited
Johnson & Johnson Medical Servicios Profesionales S. de R.L. de C.V.
Johnson & Johnson Medical Taiwan Ltd.
Johnson & Johnson Medical, S.C.S.
Johnson & Johnson Medikal Sanayi ve Ticaret Limited Sirketi
Johnson & Johnson Middle East FZ-LLC
Johnson & Johnson Morocco Societe Anonyme
Johnson & Johnson Nordic AB
Johnson & Johnson Pacific Pty Limited
Johnson & Johnson Pakistan (Private) Limited
Johnson & Johnson Panama, S.A.
Johnson & Johnson Personal Care (Chile) S.A.
Johnson & Johnson Poland Sp. z o.o.
Johnson & Johnson Private Limited
Johnson & Johnson Pte. Ltd.
Johnson & Johnson Pty. Limited
Johnson & Johnson Research Pty Ltd
Johnson & Johnson Romania S.R.L.
Johnson & Johnson S.E. d.o.o.
Johnson & Johnson S.E., Inc.
Johnson & Johnson Sante Beaute France
Johnson & Johnson SDN. BHD.
Johnson & Johnson Services, Inc.
Johnson & Johnson Servicios Corporativos, S. de R.L. de C.V.
Johnson & Johnson Surgical Vision India Private Limited
Johnson & Johnson Surgical Vision, Inc.

Johnson & Johnson Taiwan Ltd.
Johnson & Johnson UK Treasury Company Limited
Johnson & Johnson Ukraine LLC
Johnson & Johnson Urban Renewal Associates
Johnson & Johnson Vision Care (Shanghai) Ltd.
Johnson & Johnson Vision Care Ireland Unlimited Company
Johnson & Johnson Vision Care, Inc.
Johnson & Johnson, S.A.
Johnson & Johnson, S.A. de C.V.
Johnson & Johnson, s.r.o.
Johnson & Johnson, s.r.o.
Johnson and Johnson (Proprietary) Limited
Johnson and Johnson Sihhi Malzeme Sanayi Ve Ticaret Limited Sirketi
JOM Pharmaceutical Services, Inc.
La Concha Land Investment Corporation
Latam International Investment Company Unlimited Company
Lifescan
McNeil AB
McNeil Consumer Pharmaceuticals Co.
McNeil Denmark ApS
McNeil Healthcare (Ireland) Limited
McNeil Healthcare (UK) Limited
McNeil Healthcare LLC
McNeil Iberica S.L.U.
McNeil LA LLC
McNEIL MMP, LLC
McNeil Nutritionals, LLC
McNeil Panama, LLC
McNeil Products Limited
McNeil Sweden AB
MDS Co. Ltd.
Medical Device Business Services, Inc.
Medical Devices & Diagnostics Global Services, LLC
Medical Devices International LLC
Medical Industrial do Brasil Ltda.
Medos International Sarl
Medos Sarl
MegaDyne Medical Products, Inc.
Menlo Care De Mexico, S.A. de C.V.

Mentor B.V.
Mentor Deutschland GmbH
Mentor Medical Systems B.V.
Mentor Partnership Holding
    Company I, LLC
Mentor Texas GP LLC
Mentor Texas L.P.
Mentor Worldwide LLC
Micrus Endovascular LLC
Middlesex Assurance Company Limited
Momenta Ireland Limited
Momenta Pharmaceuticals, Inc.
NeoStrata Company, Inc.
NeoStrata UG (haftungsbeschränkt)
Netherlands Holding Company
Neuravi Inc.
Neuravi Limited
NeuWave Medical, Inc.
Novira Therapeutics, LLC
NuVera Medical, Inc.
Obtech Medical Mexico, S.A. de C.V.
OBTECH Medical Sarl
OGX Beauty AU Pty Ltd
OGX Beauty Limited
OMJ Holding GmbH
OMJ Ireland Unlimited Company
OMJ Pharmaceuticals, Inc.
Omrix Biopharmaceuticals Ltd.
Omrix Biopharmaceuticals NV
Omrix Biopharmaceuticals, Inc.
Ortho Biologics LLC
Ortho Biotech Holding LLC
Ortho-McNeil Pharmaceutical, LLC
Orthotaxy
Patriot Pharmaceuticals, LLC
Peninsula Pharmaceuticals, LLC
Penta Pty. Limited
Percivia LLC
Perouse Plastie
Pharmadirect Ltd.
Pharmedica Laboratories (Proprietary)
    Limited
PMC Holdings G.K.
Princeton Laboratories, Inc.
Productos de Cuidado Personal y de La
    Salud de Bolivia S.R.L.

Proleader S.A.
PT Integrated Healthcare Indonesia
PT. Johnson & Johnson Indonesia
Pulsar Vascular, Inc.
Regency Urban Renewal Associates
RespiVert Ltd.
RoC International
Rutan Realty LLC
Scios LLC
Sedona Enterprise Co., Ltd.
Sedona Singapore International Pte. Ltd.
Sedona Thai International Co., Ltd.
Serhum S.A. de C.V.
Shanghai Elsker For Mother & Baby
    Co., Ltd
Shanghai Johnson & Johnson Ltd.
Shanghai Johnson & Johnson
Pharmaceuticals Ltd.
Sightbox, LLC
Sodiac ESV
Spectrum Vision Limited Liability Company
Spectrum Vision Limited Liability Company
Spectrum Vision Limited Liability
    Partnership
Spine Solutions GmbH
SterilMed, Inc.
Sterilmed, Inc.
Surgical Process Institute Deutschland
    GmbH
Synthes Costa Rica S.C.R., Limitada
SYNTHES GmbH
Synthes GmbH
Synthes Holding AG
Synthes Holding Limited
SYNTHES Medical Immobilien GmbH
Synthes Medical Surgical Equipment &
    Instruments Trading LLC
Synthes Produktions GmbH
Synthes Proprietary Limited
Synthes S.M.P., S. de R.L. de C.V.
Synthes Tuttlingen GmbH
Synthes USA Products, LLC
Synthes USA, LLC
Synthes, Inc.
TARIS Biomedical LLC
TearScience, Inc.

The Anspach Effort, LLC
The Vision Care Institute, LLC
Tibotec, LLC
Torax Medical, Inc.
TriStrata, Incorporated
UAB "Johnson & Johnson"
Vania Expansion
Verb Surgical Inc.
Vision Care Finance Unlimited Company
Vogue International LLC
Vogue International Trading, Inc.
WH4110 Development Company, L.L.C.
Xian Janssen Pharmaceutical Ltd.
XO1 Limited
Zarbee's, Inc.

**Managers and Officers of the Debtor**

John Kim
Richard Dickinson
Robert Wuesthoff
Russell Deyo

**Major Current Business Affiliations of Debtor's Managers**

American Foundation for Opioid
    Alternatives
Lawyers for Civil Justice
Migration Policy Institute
Miller Center for Community Protection &
    Reliance, Eagleton Institute of Politics,
    Rutgers University
National Center for State Courts
National Council, McLean Hospital
New Jersey Civil Justice Institute
One Mind

**Depository and Disbursement Banks**

Bank of America, N.A.

**Major Sureties**

Chubb
Federal Insurance Company
Liberty Mutual Insurance Company

Travelers Casualty and Surety Company of
    America

**Parties to Material Contracts with the Debtor**

Johnson & Johnson
Johnson & Johnson Consumer Inc.
Johnson & Johnson Services, Inc.
U.S. Bank N.A.

**Significant Co-Defendants in Talc-Related Litigation**

3M Company
A.O. Smith Corporation
Albertsons Companies, Inc.
Avon Products, Inc.
Barretts Minerals, Inc.
BASF Catalysts LLC
Block Drug Company, Inc.
Borg Warner Morse Tec, Inc.
Brenntag North America
Brenntag Specialties, Inc.
Bristol-Myers Squibb Company
Carrier Corporation
Chanel, Inc.
Charles B. Chrystal Co., Inc.
Chattem, Inc.
Colgate-Palmolive Company
Conopco Inc.
Costco Wholesale Corporation
Coty, Inc.
Crane Co.
CVS Health Corporation
CVS Pharmacy, Inc.
Cyprus Amax Minerals Company
Cyprus Mines Corporation
Dana Companies, LLC
DAP Products, Inc.
Dollar General Corporation
Duane Reade Inc.
Eaton Corporation
Eli Lilly and Company
Elizabeth Arden, Inc.
Estee Lauder Inc.
Family Dollar Stores Inc.

Flowserve US, Inc.
FMC Corporation
Food 4 Less of California, Inc.
Ford Motor Company
Foster Wheeler, LLC
Gardner Denver, Inc.
General Electric Company
Genuine Parts Company
Goodyear Tire & Rubber Co.
Goulds Pumps, LLC
Grinnell LLC
Honeywell International, Inc.
Imerys Talc America, Inc.
Imerys USA, Inc.
IMO Industries Inc.
John Crane, Inc.
K&B Louisiana Corporation
Kaiser Gypsum Company, Inc.
Kmart Corporation
Kolmar Laboratories
Longs Drug Stores California
L'Oreal USA, Inc.
Lucky Stores, Inc.
Macy's, Inc.
Mary Kay Inc.
Maybelline LLC
Metropolitan Life Insurance Company
Noxell Corporation
Personal Care Products Council
Pfizer, Inc.
Pharma Tech Industries, Inc.
Pneumo Abex, LLC
PTI Royston, LLC
Publix Super Markets, Inc.
R.T. Vanderbilt Holding Company, Inc.
Ralphs Grocery Company
Revlon Consumer Products Corporation
Revlon, Inc.
Rite Aid Corporation
Safeway, Inc.
Sanofi-Aventis U.S. LLC
Shulton, Inc.
Specialty Minerals Inc.
Target Corporation
The Dow Chemical Company
The Estee Lauder Companies, Inc.

The Kroger Co.
The Procter & Gamble Company
Thrifty Payless, Inc.
Unilever Home & Personal Care USA
Union Carbide Corporation
Vanderbilt Minerals, LLC
ViacomCBS, Inc.
Walgreen Co.
Walmart, Inc.
Warren Pumps, LLC
Whittaker Clark & Daniels, Inc.
Wyeth Holdings LLC
Yves Saint Laurent America, Inc.

**Debtors' Retained Professionals and
Claims Agent**

AlixPartners LLP
Bates White LLC
Epiq Corporate Restructuring LLC
Jones Day
King & Spalding LLP
McCarter & English, LLP
Rayburn Cooper & Durham, P.A.
Shook, Hardy & Bacon L.L.P.
Weil Gotshal & Manges LLP

**Debtors' Significant Ordinary Course
Professionals, Consultants, and Service
Providers**

Adler Pollock & Sheehan PC
Bailey Glasser LLP
Barnes & Thornburg, LLP
Barrasso Usdin Kupperman
    Freeman & Sarver, L.L.C.
Blake, Cassels & Graydon LLP
Blank Rome LLP
Brown Greer PLC
Butler Snow LLP
Carlton Fields, P.A.
Chehardy, Sherman, Williams,
    Recile, & Hayes
Covington & Burling LLP
Damon Key Leong Kupchak Hastert
Davis Hatley Haffeman & Tighe
Dechert LLP

Elliott Law Offices, PA
Faegre Drinker Biddle & Reath LLP
Foliart, Huff, Ottaway & Bottom
Gibson, Dunn & Crutcher LLP
Goldman Ismail Tomaselli Brennan &
    Baum
Hartline Barger
HeplerBroom LLC
Irwin Fritchie Urquhart & Moore LLC
Johnson & Bell Ltd.
Jones, Skelton & Hochuli, P.L.C.
Kaplan, Johnson, Abate & Bird LLP
Kelley Jasons McGowan Spinelli
    Hanna & Reber, LLP
Kirkland & Ellis LLP
Kitch Drutchas Wagner
    Valitutti & Sherbrook
Lewis Brisbois Bisgaard & Smith, LLP
Manion Gaynor & Manning LLP
Miles & Stockbridge
Milligan & Herns
Morgan Lewis
Nelson Mullins Riley & Scarborough, LLP
Nutter McClennen & Fish LLP
Orrick, Herrington, & Sutcliffe, LLP
Patterson Belknap Webb & Tyler LLP
Proskauer Rose LLP
Quattlebaum, Grooms & Tull PLLC
Schnader Harrison Segal & Lewis
Schwabe Williamson & Wyatt
Sidley Austin LLP
Skadden, Arps, Slate, Meager & Flom LLP
Stoel Rives LLP
Sullivan Whitehead & Deluca LLP
Swartz Campbell LLC
The Weinhardt Law Firm
Tucker Ellis LLP
Willcox & Savage, P.C.

**Known Professionals for Certain
Non-Debtor Parties in Interest**

Cravath, Swaine & Moore
White & Case LLP

**Material Potentially Indemnified Parties**

Bausch Health Companies Inc.
Cyprus Mines Corporation
Cyprus Talc Corp.
Imerys Talc America, Inc.
Imerys Talc Vermont, Inc.
Luzenac America, Inc.
Pharma Tech Industries, Inc.
PTI Royston, LLC
Rio Tinto America, Inc.
RTZ America, Inc.
Valeant Pharmaceuticals International, Inc.
Windsor Minerals Inc.
Costco Wholesale Corporation
Publix Super Markets, Inc.
Rite Aid Corporation
Safeway Inc.
Walmart Inc.

**Law Firms with Significant
Representations of Talc Claimants**

Arnold & Itkin LLP
Ashcraft & Gerel, LLP
Aylstock, Witkin, Kreis & Overholtz, PLLC
Barnes Firm
Beasley Allen Law Firm
Cellino Law LLP
Dalimonte Rueb Stoller, LLP
Dean Omar Branham Shirley, LLP
Driscoll Firm, LLC
Fears Nachawati Law Firm
Ferraro Law Firm
Flint Law Firm LLC
Golomb Spirit Grunfeld, P.C.
Honik LLC
Johnson Law Group
Karst & von Oiste LLP
Kazan, McClain, Satterly
    & Greenwood PLC
Lanier Law Firm
Levy Konigsberg LLP
Maune Raichle Hartley French &
    Mudd, LLC
Miller Firm, LLC
Motley Rice LLC

Napoli Shkolnik PLLC
OnderLaw, LLC
Simmons Hanly Conroy LLC
Simon Greenstone Panatiere
    Bartlett, PC
The Gori Law Firm
Trammell PC
Weitz & Luxenberg, P.C.
Williams Hart Law Firm

**Key Parties in *Imerys Talc America, Inc.*
and *Cyprus Mines Corp.* Chapter 11 Cases**

Cyprus Amax Minerals Company
Cyprus Mines Corporation
Cyprus Talc Corporation
Imerys S.A.
Imerys Talc America, Inc.
Imerys Talc Vermont, Inc.
    (fka Windsor Minerals Inc.)
James L. Patton
Luzenac America, Inc.
Official Committee of Tort Claimants
    (*In re Imerys Talc America, Inc.*)
Official Committee of Tort Claimants
    (*In re Cyprus Mines Corp.*)
Roger Frankel

**Debtor's Insurers**

A.G. Securitas
ACE Property & Casualty Insurance
    Company
Aetna Casualty and Surety Company
Affiliated FM Ins. Company
AIG Europe S.A.
AIG Property and Casualty Company
AIU Ins. Company
Allianz Ins. Company
Allianz Global Risks US Insurance
    Company
Allstate Insurance Company
American Centennial Ins. Company
American Motorists Ins. Company
American Re-Insurance Company
Arrowood Indemnity Company

ASR Schadeverzekering N.V.
Assurances Generales De France
Assurantiekantoor VanWijk & Co.
Atlanta International Insurance Company
Birmingham Fire Ins. Company of
    Pennsylvania
Central National Ins. Company of Omaha
Century Indemnity Company
Champion Dyeing Allocation Year
Chubb
City Ins. Company
Colonia Versicherungs AG, Koln
Continental Insurance Company
Darag Deutsche Versicherungs-Und
    Rückversicherungs-AG
Drake Ins. Company of New York
Employers Ins. Company of Wausau
Employers Ins. of Wausau
Employers Mutual Casualty Company
Eurinco Allgemeine
    Versicherungs AG, Dusseldorf
Everest Reinsurance Company
Fireman's Fund Ins. Company
First State Ins. Company
GAP
Gibraltar Casualty Company
Granite State Ins. Company
Great American
Great Northern Ins. Company
Great Southwest Fire Ins. Company
Groupe Drouot
Harbor Ins. Company
Hartford Accident and Indemnity Company
Home Ins. Company
Ideal Mutual Ins. Company
Industrial Indemnity Company
Ins. Company of North America
Ins. Company of the State of Pennsylvania
Ins. Corporation of Singapore Limited
Integrity Ins. Company
International Ins. Company
International Surplus Lines Ins. Company
Lexington Ins. Company
London Guarantee and Accident
    Company of N.Y.
L'Union Atlantique S.A. d'Assurances

Mead Reinsurance Corporation
Middlesex Assurance Company
Midland Ins. Company
Midstates Reinsurance Corp.
Mission Ins. Company
Mission National Ins. Company
Munich Reinsurance America, Inc.
Mutual Fire, Marine, & Inland Ins.
    Company
N.V. De Ark
N.V. Rotterdamse Assurantiekas
N.V. Schadeverzekeringsmaatschappij
    Maas Lloyd
National Casualty Company
National Union Fire Ins. Company of
    Pittsburgh, PA
Nationwide
New Hampshire Ins. Company
North River Ins. Company
Northbrook Excess and Surplus
    Ins. Company
Northeastern Fire Ins. Company
    of Pennsylvania
Pacific Employers Ins. Company
ProSight
Prudential Reinsurance Company
Puritan Insurance Company
Republic Indemnity Company of America
Republic Ins. Company
Republic Western Ins. Company
Repwest Insurance Company
Resolute Management Inc.
Rheinland Versicherungen
Rheinland Verzekeringen
Riverstone Insurers
Royal Belge I.R., S.A. d'Assurances
Royal Indemnity Company
Royal Ins. Company
Safety Mutual Casualty Corporation
Safety National Casualty Corporation
Seguros La Republica SA
Sentry Insurance A Mutual Company
Southern American Ins. Company

Starr Indemnity & Liability Company
TIG Insurance Company
Transamerica Premier Insurance Company
Transit Casualty Company
Travelers Casualty and Surety Company
UAP
Union Atlantique d'Assurances S.A.
Union Indemnity Ins. Company
    of New York
Westchester Fire Insurance Company
Westport Insurance Corporation
XL Ins. Company

**Employees of the Bankruptcy
Administrator's Office for the Western
District of North Carolina**

Alexandria Kenny
Anne Whitley
David Shepherd
Katrina Adams
Sarah Scholz
Shelley K. Abel

**Bankruptcy Judges for the Western
District of North Carolina**

Judge George Hodges
Judge J. Craig Whitley
Judge Laura T. Beyer

**Bankruptcy Rule 2002 Appearances**[1]

AIG Europe S.A. (as successor in interest to
    Union Atlantique d'Assurances S.A)
AIG Property Casualty Company (f/k/a
    Birmingham Fire Insurance Company of
    Pennsylvania)
AIU Insurance Company
Wanda Allen
Allstate Insurance Company, as successor in
    interest to Northbrook Excess & Surplus

---

[1]    Where a Bankruptcy Rule 2002 appearance was filed by counsel on behalf of clients, the clients
have been listed herein to the extent identified and where certain clients have not been identified, the filing counsel is
listed, to the extent not otherwise listed herein.

Insurance Company, formerly
Northbrook Insurance Company
Atlanta International Insurance Company (as
successor in interest to Drake Insurance
Company)
Arnold & Itkin LLP
ASR Schadeverzekering N.V. (as successor
in interest to Assurantiekoor Van Wijk
& Co.)
Aylstock, Witkin, Kreis & Overholtz, PLLC
Barnes Law Group
Bausch Health Americas, Inc. f/k/a Valeant
Pharmaceuticals International
Bausch Health Companies Inc. f/k/a Valeant
Pharmaceuticals International, Inc.
Bausch Health US, LLC f/k/a Valeant
Pharmaceuticals North America LLC
Bestwall LLC
Blue Cross Blue Shield Association
Blue Cross Blue Shield of Massachusetts,
Inc
Edna Brown
Barbara Busch
Beatriz Cabeza
Monica Cambron
Tarshwa Carter
Bridget Coates
Cohen, Placitella & Roth P.C.
Lillian Cohn-Sharon
The Continental Insurance Company
Elaine Cook
Cyprus Amax Minerals Company
Cyprus Mines Corporation
Gloria Davis
Dawn Dispensa
Patricia Dunbar
Fears Nachawati PLLC
Ann Frye-Moragne
Debra Fugiel
Victoria Gomes
Granite State Insurance Company
Andrea Harris
Charlette Hein
Tabitha Henry
Christine Hodge
Darlene Holland

Imerys Talc America, Inc.
Imerys Talc Canada Inc.
Imerys Talc Vermont, Inc.
The Insurance Company of the State of
Pennsylvania
Johnson & Johnson
Johnson & Johnson Consumer Inc.
Voncile Jones
Amanda Joyce
Kazan, McClain, Satterley &
Greenwood, PLLC
Shelly King
Mildred Kirk-Brown
Julie Lamore
Susan Leach
Mary Leinen
Levy Konigsberg LLP
Lexington Insurance Company
Jo Ellen Luster
Nancy Lyman
Massey & Gail LLP
Bernadette McGinnis
Pamela Morrill
National Union Fire Insurance Company of
Pittsburgh, Pa.
New Hampshire Insurance Company
The North River Insurance Company
N.V. Schadeverzekeringsmaatschappij Maas
Lloyd (individually and as successor in
interest to policies subscribed in favor of
Johnson & Johnson by N.V.
Rotterdamse Assurantiekas, n/k/a De
Ark)
Kathleen O'Halloran
Lisa O'Neal
OnderLaw, LLC
The Plaintiffs Steering Committee in the In
re: Johnson & Johnson Talcum Powder
Products Marketing, Sales Practices and
Precuts Liability Multi-District
Litigation
RheinLand Versicherungen (as successor in
interest only to the subscriptions of the
former Dutch company Rheinland
Verzekeringen)
Rio Tinto America Inc.

Cora Robinson

Robinson Calcagnie, Inc.

Lisa Sabatine

Maraldine Schmidt

Valerie Schultz

Isabel Spano

Starr Indemnity & Liability Company (as successor in interest to Republic Insurance Company)

State of Texas, Attorney General of Texas

Three Crowns Insurance Company

Christine Torres

Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)

May Virata

Waldrep Wall Babcock & Bailey PLLC

Westchester Fire Insurance Company

Sharon Wildman

Oshunna Williams

**LTL Management LLC**
**Additional Potentially Interested Parties as of November 21, 2021**

NAI-1526178169

**Debtors' Retained Professionals**

Wollmuth Maher & Deutsch, LLP

**Employees of the Office of the United
States Trustee – Region 3 – District of
New Jersey**

Adela Alfaro
Kirsten K. Ardelean
Francyne D. Arendas
Michael Artis
Lauren Bielskie
Peter J. D'Auria
Neidy Fuentes
David Gerardi
Rosemarie Giles
Tia Green
Mitchell B. Hausman
Martha Hildebrandt
Joseph C. Kern
Daniel C. Kropiewnicki
Maggie McGee
Alexandria Nikolinos
Tina L. Oppelt
Angeliza Ortiz-Ng
Robert J. Schneider, Jr.
Jeffrey Sponder
Fran B. Steele
James Stives
William J. Ziemer

**Bankruptcy Judges for the District of
New Jersey**

Judge Andrew B. Altenburg, Jr.
Judge Christine M. Gravelle
Judge Jerrold N. Poslusny, Jr.
Judge John K. Sherwood
Judge Kathryn C. Ferguson
Judge Michael B. Kaplan
Judge Rosemary Gambardella
Judge Stacey L. Meisel

Judge Vincent F. Papalia

**Professionals Retained by Official
Committee of Talc Claimants**

Bailey & Glasser LLP
Brown Rudnick LLP
Genova Burns LLC
Massey & Gail LLP
Otterbourg P.C.
Parkins Lee & Rubio LLP

**Bankruptcy Rule 2002 Appearances[1]**

ACE Property and Casualty Insurance
    Company (f/k/a CIGNA Property
    & Casualty Insurance Company)
Albertsons Companies, Inc.
The Blue Cross Blue Shield Association
Brandi Carl
Central National Insurance Company of
    Omaha
Century Indemnity Company
Dean Omar Branham Shirley, LLP
Kristie Lynn Doyle
Employers Ins. Company of Wausau
Employers Ins. of Wausau
Employers Mutual Casualty Company
Federal Insurance Company
Roger Frankel
Great Northern Insurance Company
Imerys SA
Law Firm of Brian W.
    Hofmeister, LLC
The Miller Firm, LLC
Motley Rice LLC
Nationwide Indemnity
Pacific Employers Insurance Company
Pension Benefit Guaranty Corporation
Linda Rabasca
Republic Indemnity Company of America
Scottsdale Insurance
Sue Sommer-Kresse

---

[1]        Where a Bankruptcy Rule 2002 appearance was filed by counsel on behalf of clients, the clients
have been listed herein to the extent identified and where certain clients have not been identified, the filing counsel is
listed, to the extent not otherwise listed herein.

Westchester Fire Insurance Company
Williams Hart Boundas Easterby, LLP

**LTL Management LLC**
**Additional Potentially Interested Parties (as of January 19, 2022)**

**District Judges for the District of New Jersey**

Judge Anne E. Thompson
Judge Brian Martinotti
Judge Christine P. O'Hearn
Judge Claire C. Cecchi
Judge Esther Salas
Judge Freda L. Wolfson
Judge John Michael Vazquez
Judge Joseph H. Rodriguez
Judge Julien X. Neals
Judge Karen M. Williams
Judge Katharine S. Hayden
Judge Kevin McNulty
Judge Madeline Cox Arleo
Judge Michael A. Shipp
Judge Noel L. Hillman
Judge Peter G. Sheridan
Judge Renee Marie Bumb
Judge Robert B. Kugler
Judge Stanley R. Chesler
Judge Susan D. Wigenton
Judge William J. Martini
Judge Zahid N. Quraishi

**The United States Trustee – Region 3 – District of New Jersey**

Andrew R. Vara

**LTL Management LLC**
**Additional Potentially Interested Parties as of January 20, 2022**

**Debtor's Proposed Professionals**

Blake, Cassels & Graydon LLP
Skadden, Arps, Slate, Meager & Flom LLP

**Debtor's Proposed Future Claimants' Representative**

Joseph W. Grier, III

**Professionals Retained by Official Committee of Talc Claimants**

Miller Thomson LLP
Monzack Mersky and Browder  P.A.

**Proposed Professionals for the Official Committee of Talc Claimants**

FTI Consulting, Inc.

Houlihan Lokey Capital, Inc.

**Ad Hoc Committee of Mesothelioma Claimants**

Klehr Harrison Harvey Branzburg LLP

**Bankruptcy Rule 2002 Appearances**[1]

Cooley LLP
Jeanne Stephenson
Marshack Hays LLP
Metals & Minerals Insurance
   Company Ptd. Ltd.
Rio Tinto America Holdings Inc.
Rio Tinto Services Inc.
Ross Feller Casey, LLP
Sherman, Silverstein, Kohl, Rose
   & Podolsky, P.A.

---

[1]      Where a Bankruptcy Rule 2002 appearance was filed by counsel on behalf of clients, the clients have been listed herein to the extent identified and where certain clients have not been identified, the filing counsel is listed, to the extent not otherwise listed herein.

## **SCHEDULE 2**

Disclosure Schedule[1]

---

[1]    The disclosure of affiliate relationships among potentially related entities reflects only information known to Orrick through its conflicts reporting system.  Orrick has not performed independent research to identify other affiliate relationships with respect to the Interested Parties.

| Party | Connection to Debtor | Connection to Orrick |
|---|---|---|
| LTL Management LLC | Debtor | Current Client |
| Johnson and Johnson Consumer Inc. | Direct Equity Owner | Affiliate of Current Client |
| Royalty A&M LLC | Direct Non-Debtor Subsidiary | Affiliate of Current Client |
| 3Dintegrated ApS | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Acclarent, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Actelion Ltd | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Actelion Manufacturing GmbH | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Actelion Pharmaceuticals Australia Pty. Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Actelion Pharmaceuticals Korea Ltd. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Actelion Pharmaceuticals Ltd | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Actelion Pharmaceuticals Mexico S.A. De C.V. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Actelion Pharmaceuticals Trading (Shanghai) Co., Ltd. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Actelion Pharmaceuticals UK Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Actelion Pharmaceuticals US, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Actelion Registration Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Actelion Treasury Unlimited Company | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Akros Medical, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Albany Street LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| ALZA Corporation | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Alza Land Management, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| AMO (Hangzhou) Co., Ltd. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| AMO (Shanghai) Medical Devices Trading Co., Ltd. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| AMO ASIA LIMITED | Other Non-Debtor Affiliates | Affiliate of Current Client |
| AMO Australia Pty Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| AMO Canada Company | Other Non-Debtor Affiliates | Affiliate of Current Client |
| AMO Denmark ApS | Other Non-Debtor Affiliates | Affiliate of Current Client |
| AMO Development, LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| AMO France | Other Non-Debtor Affiliates | Affiliate of Current Client |
| AMO Germany GmbH | Other Non-Debtor Affiliates | Affiliate of Current Client |
| AMO Groningen B.V. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| AMO International Holdings | Other Non-Debtor Affiliates | Affiliate of Current Client |
| AMO Ireland | Other Non-Debtor Affiliates | Affiliate of Current Client |
| AMO Ireland Finance Unlimited Company | Other Non-Debtor Affiliates | Affiliate of Current Client |

| Party | Connection to Debtor | Connection to Orrick |
|---|---|---|
| AMO Italy SRL | Other Non-Debtor Affiliates | Affiliate of Current Client |
| AMO Japan K.K. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| AMO Manufacturing Spain S.L. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| AMO Manufacturing USA, LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| AMO Netherlands BV | Other Non-Debtor Affiliates | Affiliate of Current Client |
| AMO Nominee Holdings, LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| AMO Norway AS | Other Non-Debtor Affiliates | Affiliate of Current Client |
| AMO Puerto Rico Manufacturing, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| AMO Sales and Service, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| AMO Singapore Pte. Ltd. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| AMO Spain Holdings, LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| AMO Switzerland GmbH | Other Non-Debtor Affiliates | Affiliate of Current Client |
| AMO U.K. Holdings, LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| AMO United Kingdom, Ltd. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| AMO Uppsala AB | Other Non-Debtor Affiliates | Affiliate of Current Client |
| AMO US Holdings, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| AMO USA Sales Holdings, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| AMO USA, LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Animas Diabetes Care, LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Animas LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Animas Technologies LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| AorTx, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Apsis | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Aragon Pharmaceuticals, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Asia Pacific Holdings, LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Atrionix, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| AUB Holdings LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Auris Health, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Backsvalan 2 Aktiebolag | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Backsvalan 6 Handelsbolag | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Beijing Dabao Cosmetics Co., Ltd. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| BeneVir BioPharm, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Berna Rhein B.V. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| BioMedical Enterprises, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Biosense Webster (Israel) Ltd. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Biosense Webster, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| C Consumer Products Denmark ApS | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Calibra Medical LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Campus-Foyer Apotheke GmbH | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Carlo Erba OTC S.r.l. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Centocor Biologics, LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |

| Party | Connection to Debtor | Connection to Orrick |
|---|---|---|
| Centocor Research & Development, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| ChromaGenics B.V. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Ci:Labo Customer Marketing Co., Ltd. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Ci:z. Labo Co., Ltd. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Cilag AG | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Cilag GmbH International | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Cilag Holding AG | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Cilag Holding Treasury Unlimited Company | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Cilag-Biotech, S.L. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| CNA Development GmbH | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Codman & Shurtleff, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Coherex Medical, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| ColBar LifeScience Ltd. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Company Store.com, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Cordis de Mexico, S.A. de C.V. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Cordis International Corporation | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Corimmun GmbH | Other Non-Debtor Affiliates | Affiliate of Current Client |
| CoTherix Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| CSATS, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Darlain Trading S.A. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Debs-Vogue Corporation (Proprietary) Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| DePuy France | Other Non-Debtor Affiliates | Affiliate of Current Client |
| DePuy Hellas SA | Other Non-Debtor Affiliates | Affiliate of Current Client |
| DePuy International Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| DePuy Ireland Unlimited Company | Other Non-Debtor Affiliates | Affiliate of Current Client |
| DePuy Mexico, S.A. de C.V. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| DePuy Mitek, LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| DePuy Orthopaedics, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| DePuy Products, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| DePuy Spine, LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| DePuy Synthes Gorgan Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| DePuy Synthes Institute, LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| DePuy Synthes Leto SARL | Other Non-Debtor Affiliates | Affiliate of Current Client |
| DePuy Synthes Products, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| DePuy Synthes Sales, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| DePuy Synthes, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Dr. Ci:Labo Co., Ltd. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| DR. CI:LABO COMPANY LIMITED | Other Non-Debtor Affiliates | Affiliate of Current Client |

| Party | Connection to Debtor | Connection to Orrick |
|---|---|---|
| Dutch Holding LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| ECL7, LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| EES Holdings de Mexico, S. de R.L. de C.V. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| EES, S.A. de C.V. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| EIT Emerging Implant Technologies GmbH | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Ethicon Biosurgery Ireland | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Ethicon Endo-Surgery (Europe) GmbH | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Ethicon Endo-Surgery, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Ethicon Endo-Surgery, LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Ethicon Holding Sarl | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Ethicon Ireland Unlimited Company | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Ethicon LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Ethicon PR Holdings Unlimited Company | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Ethicon Sarl | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Ethicon US, LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Ethicon Women's Health & Urology Sarl | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Ethicon, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Ethnor (Proprietary) Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Ethnor del Istmo S.A. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Ethnor Farmaceutica, S.A. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Ethnor Guatemala, Sociedad Anonima | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Finsbury (Development) Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Finsbury (Instruments) Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Finsbury Medical Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Finsbury Orthopaedics International Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Finsbury Orthopaedics Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| FMS Future Medical System SA | Other Non-Debtor Affiliates | Affiliate of Current Client |
| GH Biotech Holdings Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Global Investment Participation B.V. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| GMED Healthcare BV | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Guangzhou Bioseal Biotech Co., Ltd. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Hansen Medical Deutschland GmbH | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Hansen Medical International, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |

| Party | Connection to Debtor | Connection to Orrick |
|---|---|---|
| Hansen Medical UK Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Hansen Medical, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Healthcare Services (Shanghai) Ltd. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| I.D. Acquisition Corp. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Innomedic Gesellschaft für innovative Medizintechnik und Informatik mbH | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Innovalens B.V. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Innovative Surgical Solutions, LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| J & J Company West Africa Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| J&J Pension Trustees Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| J.C. General Services BV | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen Alzheimer Immunotherapy (Holding) Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen Biologics (Ireland) Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen Biologics B.V. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen BioPharma, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen Biotech, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen Cilag Farmaceutica S.A. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen Cilag S.p.A. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen Cilag SPA | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen Cilag, C.A. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen de Mexico, S. de R.L. de C.V. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen Development Finance Unlimited Company | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen Diagnostics, LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen Egypt LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen Farmaceutica Portugal Lda | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen Global Services, LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen Group Holdings Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen Holding GmbH | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen Irish Finance Company UC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen Korea Ltd. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen Oncology, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen Ortho LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen Pharmaceutica (Proprietary) Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |

| Party | Connection to Debtor | Connection to Orrick |
|---|---|---|
| Janssen Pharmaceutica NV | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen Pharmaceutica S.A. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen Pharmaceutical | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen Pharmaceutical K.K. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen Pharmaceutical Sciences Unlimited Company | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen Pharmaceuticals, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen Products, LP | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen R&D Ireland | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen Research & Development, LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen Sciences Ireland Unlimited Company | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen Scientific Affairs, LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen Supply Group, LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen Vaccines & Prevention B.V. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen Vaccines Corp. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen-Cilag | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen-Cilag (New Zealand) Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen-Cilag A/S | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen-Cilag AG | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen-Cilag Aktiebolag | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen-Cilag AS | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen-Cilag B.V. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen-Cilag de Mexico S. de R.L. de C.V. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen-Cilag Farmaceutica Lda. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen-Cilag Farmaceutica Ltda. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen-Cilag GmbH | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen-Cilag International NV | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen-Cilag Kft. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen-Cilag Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen-Cilag Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen-Cilag Manufacturing, LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen-Cilag NV | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen-Cilag OY | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen-Cilag Pharma GmbH | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen-Cilag Pharmaceutical S.A.C.I. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen-Cilag Polska, Sp. z o.o. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen-Cilag Pty Ltd | Other Non-Debtor Affiliates | Affiliate of Current Client |

| Party | Connection to Debtor | Connection to Orrick |
|---|---|---|
| Janssen-Cilag S.A. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen-Cilag s.r.o. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen-Cilag, S.A. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen-Cilag, S.A. de C.V. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Janssen-Pharma, S.L. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| J-C Health Care Ltd. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Jevco Holding, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| JJ Surgical Vision Spain, S.L. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| JJC Acquisition Company B.V. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| JJHC, LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| JJSV Belgium BV | Other Non-Debtor Affiliates | Affiliate of Current Client |
| JJSV Manufacturing Malaysia SDN. BHD. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| JJSV Norden AB | Other Non-Debtor Affiliates | Affiliate of Current Client |
| JJSV Produtos Oticos Ltda. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| JNJ Global Business Services s.r.o. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| JNJ Holding EMEA B.V. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| JNJ International Investment LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| JNJ Irish Investments ULC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson | Other Non-Debtor Affiliates; Bankruptcy Rule 2002 Appearance; Parties to Material Contracts with the Debtor | Current Client |
| Johnson & Johnson - Societa' Per Azioni | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson (Angola), Limitada | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson (China) Investment Ltd. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson (Egypt) S.A.E. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson (Hong Kong) Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson (Ireland) Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson (Jamaica) Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson (Kenya) Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson (Middle East) Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson (Mozambique), Limitada | Other Non-Debtor Affiliates | Affiliate of Current Client |

| Party | Connection to Debtor | Connection to Orrick |
|---|---|---|
| Johnson & Johnson (Namibia) (Proprietary) Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson (New Zealand) Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson (Philippines), Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson (Private) Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson (Thailand) Ltd. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson (Trinidad) Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson (Vietnam) Co., Ltd | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson AB | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson AG | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Belgium Finance Company BV | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Bulgaria EOOD | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson China Ltd. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Consumer (Hong Kong) Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Consumer (Thailand) Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Consumer B.V. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Consumer Holdings France | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Consumer Inc. | Other Non-Debtor Affiliates; Bankruptcy Rule 2002 Appearance; Parties to Material Contracts with the Debtor | Affiliate of Current Client |
| Johnson & Johnson Consumer NV | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Consumer Saudi Arabia Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Consumer ServicesEAME Ltd. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson d.o.o. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson de Argentina S.A.C. e. I. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson de Chile Limitada | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson de Chile S.A. | Other Non-Debtor Affiliates | Affiliate of Current Client |

| Party | Connection to Debtor | Connection to Orrick |
|---|---|---|
| Johnson & Johnson de Colombia S.A. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson de Costa Rica, S.A. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson de Mexico, S.A. de C.V. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson de Uruguay S.A. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson de Venezuela, S.A. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson del Ecuador, S.A. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Del Paraguay, S.A. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson del Peru S.A. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson do Brasil Industria E Comercio de Produtos Para Saude Ltda. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Dominicana, S.A.S. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Enterprise Innovation Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson European Treasury Company | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Finance Corporation | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Finance Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Financial Services GmbH | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson for Export and Import LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Foundation Scotland (NON-PROFIT) | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Gateway, LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Gesellschaft m.b.H. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson GmbH | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Guatemala, S.A. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Health and Wellness Solutions, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Health Care Systems Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |

| Party | Connection to Debtor | Connection to Orrick |
|---|---|---|
| Johnson & Johnson Hellas Commercial and Industrial S.A. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Hellas Consumer Products Commercial Societe Anonyme | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Hemisferica S.A. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Holding GmbH | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Holdings K.K. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Industrial Ltda. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Innovation - JJDC, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Innovation Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Innovation LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson International | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson International (Singapore) Pte. Ltd. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson International Financial Services Company | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Japan Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson K.K. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Kft. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Korea Ltd. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Korea Selling & Distribution LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Limitada | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Luxembourg Finance Company Sarl | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Management Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Medical (China) Ltd. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Medical (Proprietary) Ltd | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Medical (Shanghai) Ltd. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Medical (Suzhou) Ltd. | Other Non-Debtor Affiliates | Affiliate of Current Client |

| Party | Connection to Debtor | Connection to Orrick |
|---|---|---|
| Johnson & Johnson Medical B.V. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Medical Devices & Diagnostics Group - Latin America, L.L.C. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Medical GmbH | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Medical Korea Ltd. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Medical Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Medical Mexico, S.A. de C.V. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Medical NV | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Medical  Products GmbH | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Medical Pty Ltd | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Medical S.A. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Medical S.p.A. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Medical SAS | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Medical Saudi Arabia Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Medical Servicios Profesionales S. de R.L. de C.V. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Medical Taiwan Ltd. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Medical, S.C.S. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Medikal Sanayi ve Ticaret Limited Sirketi | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Middle East FZ-LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Morocco Societe Anonyme | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Nordic AB | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Pacific Pty Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Pakistan (Private) Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Panama, S.A. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Personal Care (Chile) S.A. | Other Non-Debtor Affiliates | Affiliate of Current Client |

| Party | Connection to Debtor | Connection to Orrick |
|---|---|---|
| Johnson & Johnson Poland Sp. z o.o. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Private Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Pte. Ltd. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Pty. Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Research Pty Ltd | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Romania S.R.L. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson S.E. d.o.o. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson S.E., Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Sante Beaute France | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson SDN. BHD. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Services, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Servicios Corporativos, S. de R.L. de C.V. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Surgical Vision India Private Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Surgical Vision, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Taiwan Ltd. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson UK Treasury Company Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Ukraine LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Urban Renewal Associates | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Vision Care (Shanghai) Ltd. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Vision Care Ireland Unlimited Company | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson Vision Care, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson, S.A. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson, S.A. de C.V. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson, s.r.o. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson & Johnson, s.r.o. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson and Johnson (Proprietary) Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Johnson and Johnson Sihhi Malzeme Sanayi Ve Ticaret Limited Sirketi | Other Non-Debtor Affiliates | Affiliate of Current Client |
| JOM Pharmaceutical Services, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |

| Party | Connection to Debtor | Connection to Orrick |
|---|---|---|
| La Concha Land Investment Corporation | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Latam International Investment Company Unlimited Company | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Lifescan | Other Non-Debtor Affiliates | Affiliate of Current Client |
| McNeil AB | Other Non-Debtor Affiliates | Affiliate of Current Client |
| McNeil Consumer Pharmaceuticals Co. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| McNeil Denmark ApS | Other Non-Debtor Affiliates | Affiliate of Current Client |
| McNeil Healthcare (Ireland) Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| McNeil Healthcare (UK) Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| McNeil Healthcare LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| McNeil Iberica S.L.U. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| McNeil LA LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| McNEIL MMP, LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| McNeil Nutritionals, LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| McNeil Panama, LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| McNeil Products Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| McNeil Sweden AB | Other Non-Debtor Affiliates | Affiliate of Current Client |
| MDS Co. Ltd. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Medical Device Business Services, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Medical Devices & Diagnostics Global Services, LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Medical Devices International LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Medical Industrial do Brasil Ltda. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Medos International Sarl | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Medos Sarl | Other Non-Debtor Affiliates | Affiliate of Current Client |
| MegaDyne Medical Products, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Menlo Care De Mexico, S.A. de C.V. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Mentor B.V. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Mentor Deutschland GmbH | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Mentor Medical Systems B.V. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Mentor Partnership Holding Company I, LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Mentor Texas GP LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Mentor Texas L.P. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Mentor Worldwide LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Micrus Endovascular LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Middlesex Assurance Company Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |

13

| Party | Connection to Debtor | Connection to Orrick |
|---|---|---|
| Momenta Ireland Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Momenta Pharmaceuticals, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| NeoStrata Company, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| NeoStrata UG (haftungsbeschränkt) | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Netherlands Holding Company | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Neuravi Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Neuravi Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| NeuWave Medical, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Novira Therapeutics, LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| NuVera Medical, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Obtech Medical Mexico, S.A. de C.V. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| OBTECH Medical Sarl | Other Non-Debtor Affiliates | Affiliate of Current Client |
| OGX Beauty AU Pty Ltd | Other Non-Debtor Affiliates | Affiliate of Current Client |
| OGX Beauty Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| OMJ Holding GmbH | Other Non-Debtor Affiliates | Affiliate of Current Client |
| OMJ Ireland Unlimited Company | Other Non-Debtor Affiliates | Affiliate of Current Client |
| OMJ Pharmaceuticals, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Omrix Biopharmaceuticals Ltd. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Omrix Biopharmaceuticals NV | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Omrix Biopharmaceuticals, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Ortho Biologics LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Ortho Biotech Holding LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Ortho-McNeil Pharmaceutical, LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Orthotaxy | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Patriot Pharmaceuticals, LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Peninsula Pharmaceuticals, LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Penta Pty. Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Percivia LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Perouse Plastie | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Pharmadirect Ltd. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Pharmedica Laboratories (Proprietary)  Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| PMC Holdings G.K. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Princeton Laboratories, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Productos de Cuidado Personal y de La Salud de Bolivia S.R.L. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Proleader S.A. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| PT Integrated Healthcare Indonesia | Other Non-Debtor Affiliates | Affiliate of Current Client |
| PT. Johnson & Johnson Indonesia | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Pulsar Vascular, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |

| Party | Connection to Debtor | Connection to Orrick |
|---|---|---|
| Regency Urban Renewal Associates | Other Non-Debtor Affiliates | Affiliate of Current Client |
| RespiVert Ltd. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| RoC International | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Rutan Realty LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Scios LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Sedona Enterprise Co., Ltd. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Sedona Singapore International Pte. Ltd. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Sedona Thai International Co., Ltd. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Serhum S.A. de C.V. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Shanghai Elsker For Mother & Baby Co., Ltd | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Shanghai Johnson & Johnson Ltd. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Shanghai Johnson & Johnson Pharmaceuticals Ltd. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Sightbox, LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Sodiac ESV | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Spectrum Vision Limited Liability Company | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Spectrum Vision Limited Liability Company | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Spectrum Vision Limited Liability Partnership | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Spine Solutions GmbH | Other Non-Debtor Affiliates | Affiliate of Current Client |
| SterilMed, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Sterilmed, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Surgical Process Institute Deutschland GmbH | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Synthes Costa Rica S.C.R., Limitada | Other Non-Debtor Affiliates | Affiliate of Current Client |
| SYNTHES GmbH | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Synthes GmbH | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Synthes Holding AG | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Synthes Holding Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| SYNTHES Medical Immobilien GmbH | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Synthes Medical Surgical Equipment & Instruments Trading LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Synthes Produktions GmbH | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Synthes Proprietary Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Synthes S.M.P., S. de R.L. de C.V. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Synthes Tuttlingen GmbH | Other Non-Debtor Affiliates | Affiliate of Current Client |

| Party | Connection to Debtor | Connection to Orrick |
|---|---|---|
| Synthes USA Products, LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Synthes USA, LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Synthes, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| TARIS Biomedical LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| TearScience, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| The Anspach Effort, LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| The Vision Care Institute, LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Tibotec, LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Torax Medical, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| TriStrata, Incorporated | Other Non-Debtor Affiliates | Affiliate of Current Client |
| UAB "Johnson & Johnson" | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Vania Expansion | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Verb Surgical Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Vision Care Finance Unlimited Company | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Vogue International LLC | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Vogue International Trading, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| WH4110 Development Company, L.L.C. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Xian Janssen Pharmaceutical Ltd. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| XO1 Limited | Other Non-Debtor Affiliates | Affiliate of Current Client |
| Zarbee's, Inc. | Other Non-Debtor Affiliates | Affiliate of Current Client |
| John Kim | Managers and Officers of the Debtor | Manager/Officer of Current Client |
| Richard Dickinson | Managers and Officers of the Debtor | Manager/Officer of Current Client |
| Robert Wuesthoff | Managers and Officers of the Debtor | Manager/Officer of Current Client |
| Russell Deyo | Managers and Officers of the Debtor | Manager/Officer of Current Client |
| Lawyers for Civil Justice | Major Current Business Affiliations of Debtor's Managers | Former Client |
| Bank of America, N.A. | Depository and Disbursement Banks | Current Client; Former Client |
| Johnson & Johnson Services, Inc. | Parties to Material Contracts with the Debtor | Affiliate of Current Client |
| U.S. Bank N.A. | Parties to Material Contracts with the Debtor | Current Client; Former Client |
| 3M Company | Significant Co-Defendants in Talc-Related Litigation | Affiliate of Former Client |
| Albertsons Companies, Inc. | Significant Co-Defendants in Talc-Related Litigation; Bankruptcy Rule 2002 Appearance | Current Client; Former Client; Affiliate of Current Client; Affiliate of Former Client |

| Party | Connection to Debtor | Connection to Orrick |
|---|---|---|
| Chanel, Inc. | Significant Co-Defendants in Talc-Related Litigation | Current Client |
| Costco Wholesale Corporation | Significant Co-Defendants in Talc-Related Litigation | Current Client; Former Client |
| Crane Co. | Significant Co-Defendants in Talc-Related Litigation | Current Client |
| CVS Health Corporation | Significant Co-Defendants in Talc-Related Litigation | Current Client |
| CVS Pharmacy, Inc. | Significant Co-Defendants in Talc-Related Litigation | Former Client |
| Eli Lilly and Company | Significant Co-Defendants in Talc-Related Litigation | Current Client; Affiliate of Current Client; Affiliate of Former Client |
| Flowserve US, Inc. | Significant Co-Defendants in Talc-Related Litigation | Affiliate of Current Client |
| FMC Corporation | Significant Co-Defendants in Talc-Related Litigation | Current Client |
| Ford Motor Company | Significant Co-Defendants in Talc-Related Litigation | Affiliate of Current Client; Former Client |
| Foster Wheeler, LLC | Significant Co-Defendants in Talc-Related Litigation | Former Client; Potential Affiliate of Current Client; Potential Affiliate of Former Client |
| General Electric Company | Significant Co-Defendants in Talc-Related Litigation | Affiliate of Current Client; Former Client; Affiliate of Former Client |
| Goodyear Tire & Rubber Co. | Significant Co-Defendants in Talc-Related Litigation | Current Client |
| L'Oreal USA, Inc. | Significant Co-Defendants in Talc-Related Litigation | Affiliate of Current Client |
| Macy's, Inc. | Significant Co-Defendants in Talc-Related Litigation | Current Client |
| Safeway, Inc. | Significant Co-Defendants in Talc-Related Litigation | Current Client |
| Sanofi-Aventis U.S. LLC | Significant Co-Defendants in Talc-Related Litigation | Affiliate of Current Client |
| Target Corporation | Significant Co-Defendants in Talc-Related Litigation | Former Client |
| The Dow Chemical Company | Significant Co-Defendants in Talc-Related Litigation | Current Client; Affiliate of Former Client |
| Unilever Home & Personal Care USA | Significant Co-Defendants in Talc-Related Litigation | Affiliate of Current Client |
| Union Carbide Corporation | Significant Co-Defendants in Talc-Related Litigation | Current Client |
| Walmart, Inc. | Significant Co-Defendants in Talc-Related Litigation | Current Client |
| King & Spalding LLP | Debtors' Retained Professionals and Claims Agent | Former Client |

| Party | Connection to Debtor | Connection to Orrick |
|---|---|---|
| Barnes & Thornburg, LLP | Debtors' Significant Ordinary Course Professionals, Consultants, and Service Providers | Current Client |
| Blake, Cassels & Graydon LLP | Debtors' Significant Ordinary Course Professionals, Consultants, and Service Providers | Former Client |
| Kirkland & Ellis LLP | Debtors' Significant Ordinary Course Professionals, Consultants, and Service Providers | Current Client |
| Costco Wholesale Corporation | Material Potentially Indemnified Parties | Former Client; Affiliate of Former Client |
| Safeway Inc. | Material Potentially Indemnified Parties | Current Client |
| Walmart Inc. | Material Potentially Indemnified Parties | Current Client |
| Roger Frankel | Key Parties in Imerys Talc America, Inc. and Cyprus Mines Corp. Chapter 11 Cases; Bankruptcy Rule 2002 Appearance | Former Orrick Partner (Resigned in 2014) |
| AIG Europe S.A. | Debtor's Insurers | Current Client; Affiliate of Current Client |
| Allianz Global Risks US Insurance Company | Debtor's Insurers | Affiliate of Current Client; Affiliate of Former Client |
| Integrity Ins. Company | Debtor's Insurers | Affiliate of Current Client |
| Prudential Reinsurance Company | Debtor's Insurers | Affiliate of Current Client |
| Republic Ins. Company | Debtor's Insurers | Affiliate of Current Client |
| XL Ins. Company | Debtor's Insurers | Affiliate of Former Client |
| AIG Europe S.A. (as successor in interest to Union Atlantique d'Assurances S.A) | Bankruptcy Rule 2002 Appearance | Current Client; Affiliate of Current Client |
| Blue Cross Blue Shield Association | Bankruptcy Rule 2002 Appearance | Affiliate of Current Client |
| State of Texas, Attorney General of Texas | Bankruptcy Rule 2002 Appearance | Affiliate of Current Client; Affiliate of Former Client |
| Brown Rudnick LLP | Professionals Retained by Official Committee of Talc Claimants | Current Client |
| Joseph W. Grier, III | Debtor's Proposed Future Claimants' Representative | Current Client |