Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−30589−MBK
Chapter: 11
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 LTL Management LLC
 fka Chenango One LLC
 501 George Street
 New Brunswick, NJ 08933

Social Security No.:

Employer's Tax I.D. No.:
 87−3056622

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on February 8, 2022, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 1426 − 1289
Order Granting Application For Retention of Professional The Brattle Group, Inc. as Talc Consultants (Related Doc # 1289). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/8/2022. (dmi)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.


Dated: February 8, 2022
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 21-30589-MBK

LTL Management LLC  Chapter 11

　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　Page 1 of 14
Date Rcvd: Feb 08, 2022　　　　　　　　　　　Form ID: orderntc　　　　　　　　　　Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol　　Definition**

\+　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| op | + The Brattle Group, Inc., 7 Times Square, Suite 1700, New York, NY 10036-6557 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2022　　　　　　　　　　Signature:　　　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam C. Silverstein | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation asilverstein@otterbourg.com, awilliams@otterbourg.com |
| Adam C. Silverstein | on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi District Litigation asilverstein@otterbourg.com, awilliams@otterbourg.com |
| Adam S. Ravin | on behalf of Interested Party Imerys Talc Canada Inc. adam.ravin@lw.com |
| Adam S. Ravin | on behalf of Interested Party Imerys Talc America  Inc. adam.ravin@lw.com |
| Adam S. Ravin | on behalf of Interested Party Imerys Talc Vermont  Inc. adam.ravin@lw.com |

Case 21-30589-MBK    Doc 1459    Filed 02/10/22    Entered 02/11/22 00:14:38    Desc
Imaged Certificate of Notice    Page 3 of 15

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 14 |
| Date Rcvd: Feb 08, 2022 | Form ID: orderntc | Total Noticed: 1 |

Alan Buford Felts
        on behalf of Interested Party Otterbourg P.C afelts@tuggleduggins.com

Alan Buford Felts
        on behalf of Interested Party Massey & Gail LLP afelts@tuggleduggins.com

Alan Buford Felts
        on behalf of Interested Party Bailey & Glasser LLP afelts@tuggleduggins.com

Alan Buford Felts
        on behalf of Interested Party Brown Rudnick LLP afelts@tuggleduggins.com

Alan Buford Felts
        on behalf of Interested Party Parkins Lee & Rubio LLP afelts@tuggleduggins.com

Alan I. Moldoff
        on behalf of Creditor Committee Official Committee of Talc Claimants II amoldoff@shermansilverstein.com

Alan J. Brody
        on behalf of Creditor Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International  Inc. brodya@gtlaw.com,
        NJLitDock@gtlaw.com

Alan J. Brody
        on behalf of Creditor Bausch Health US  LLC f/k/a Valeant Pharmaceuticals North America LLC brodya@gtlaw.com,
        NJLitDock@gtlaw.com

Alan J. Brody
        on behalf of Creditor Bausch Health Americas  Inc. f/k/a Valeant Pharmaceuticals International brodya@gtlaw.com,
        NJLitDock@gtlaw.com

Albert Togut
        on behalf of Interested Party Roger Frankel  as Legal Representative for Future Personal Injury Claimants appointed in the
        Chapter 11 bankruptcy case of Cyprus Mines Corporation altogut@teamtogut.com,
        eozuna@teamtogut.com;seratner@teamtogut.com;dperson@teamtogut.com

Amanda Rush
        on behalf of Plaintiff LTL Management LLC asrush@jonesday.com

Amanda Rush
        on behalf of Debtor LTL Management LLC asrush@jonesday.com

Andreas Milliaressis
        on behalf of Interested Party Hartford Accident and Indemnity Company adm@stevenslee.com

Andreas Milliaressis
        on behalf of Interested Party First State Insurance Company adm@stevenslee.com

Andrew Ambruoso
        on behalf of Interested Party Imerys Talc Canada Inc. andrew.ambruoso@lw.com  andrew-ambruoso-6817@ecf.pacerpro.com

Andrew Ambruoso
        on behalf of Interested Party Imerys Talc America  Inc. andrew.ambruoso@lw.com, andrew-ambruoso-6817@ecf.pacerpro.com

Andrew Ambruoso
        on behalf of Interested Party Imerys Talc Vermont  Inc. andrew.ambruoso@lw.com, andrew-ambruoso-6817@ecf.pacerpro.com

Andrew Craig
        on behalf of Creditor Allstate Insurance Company acraig@windelsmarx.com

Andrew Golden
        on behalf of Interested Party Cyprus Mines Corporation agolden@kasowitz.com

Andrew J. Kelly
        on behalf of Interested Party Blue Cross Blue Shield of Massachusetts  Inc. akelly@kbtlaw.com,
        wsheridan@kbtlaw.com;saudino@kbtlaw.com;tgraga@kbtlaw.com;pschenke@kbtlaw.com

Andrew S. Richmond
        on behalf of Interested Party Williams Hart Boundas Easterby  LLP, on behalf of certain personal injury claimants (Williams Hart
        Plaintiffs) arichmond@pryorcashman.com

Andrew T. Frankel
        on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)
        afrankel@stblaw.com

Andy Frankel
        on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)
        afrankel@stblaw.com

Anthony Sodono, III
        on behalf of Creditor Alishia Landrum  Committee Member asodono@msbnj.com

Arthur Abramowitz
        on behalf of Interested Party Massey & Gail LLP aabramowitz@shermansilverstein.com

Case 21-30589-MBK    Doc 1459    Filed 02/10/22    Entered 02/11/22 00:14:38    Desc
Imaged Certificate of Notice    Page 4 of 15

| District/off: 0312-3 | User: admin | Page 3 of 14 |
|---|---|---|
| Date Rcvd: Feb 08, 2022 | Form ID: orderntc | Total Noticed: 1 |

| | |
|---|---|
| | jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com |
| Arthur Abramowitz | on behalf of Creditor Committee Official Committee of Talc Claimants II aabramowitz@shermansilverstein.com jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com |
| Arthur Abramowitz | on behalf of Interested Party Bailey & Glasser LLP aabramowitz@shermansilverstein.com jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com |
| Autumn D. Highsmith | on behalf of Interested Party State of Texas autumn.highsmith@oag.texas.gov |
| Bill Graham | on behalf of Attorney Wallace & Graham P.A. bgraham@wallacegraham.com |
| Brad B. Erens | on behalf of Debtor LTL Management LLC bberens@jonesday.com |
| Brad B. Erens | on behalf of Plaintiff LTL Management LLC bberens@jonesday.com |
| Brad Jeffrey Axelrod | on behalf of Debtor LTL Management LLC baxelrod@wmd-law.com |
| Brad Jeffrey Axelrod | on behalf of Plaintiff LTL Management LLC baxelrod@wmd-law.com |
| Brett Kahn | on behalf of Spec. Counsel McCarter & English LLP bkahn@mccarter.com |
| Brian J. McCormick, Jr. | on behalf of Interested Party Ross Feller Casey LLP bmccormick@rossfellercasey.com  earend@rossfellercasey.com |
| Brian W. Hofmeister | on behalf of Attorney Law Firm of Brian W. Hofmeister of behalf of various claimants bwh@hofmeisterfirm.com, j119@ecfcbis.com |
| C. Richard Rayburn, Jr. | on behalf of Plaintiff LTL Management LLC rrayburn@rcdlaw.net  jrobinson@rcdlaw.net |
| Caitlin K. Cahow | on behalf of Debtor LTL Management LLC ccahow@jonesday.com |
| Carol A. Slocum | on behalf of Creditor Ad Hoc Mesothelioma Committee cslocum@klehr.com  lclark@klehr.com |
| Carolyn Lachman | on behalf of Creditor Pension Benefit Guaranty Corporation lachman.carolyn@pbgc.gov  efile@pbgc.gov |
| Cary Joshi | on behalf of Creditor Committee Official Committee of Talc Claimants II cjoshi@baileyglasser.com |
| Charles Michael Rubio | on behalf of Interested Party OnderLaw  LLC crubio@parkinslee.com, 7485062420@filings.docketbird.com |
| Charles Michael Rubio | on behalf of Creditor OnderLaw  LLC crubio@parkinslee.com, 7485062420@filings.docketbird.com |
| Chelsea Corey | on behalf of Interested Party Bestwall LLC ccorey@kslaw.com |
| Christopher K. Kiplok | on behalf of Interested Party Imerys SA kiplok@hugheshubbard.com |
| Christopher M. Placitella | on behalf of Interested Party Cohen Placitella & Roth, P.C. cplacitella@cprlaw.com, cmcnelis@cprlaw.com |
| Christopher M. Placitella | on behalf of Attorney Christopher M. Placitella cplacitella@cprlaw.com  cmcnelis@cprlaw.com |
| Christopher M. Placitella | cplacitella@cprlaw.com  cmcnelis@cprlaw.com |
| Christopher Vincent Tisi | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation ctisis@levinlaw.com |
| Clinton E. Cameron | on behalf of Interested Party The Continental Insurance Company Clinton.Cameron@clydeco.us |
| Cole Hayes | on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales |

Case 21-30589-MBK    Doc 1459    Filed 02/10/22    Entered 02/11/22 00:14:38    Desc
Imaged Certificate of Notice    Page 5 of 15

| District/off: 0312-3 | User: admin | Page 4 of 14 |
|---|---|---|
| Date Rcvd: Feb 08, 2022 | Form ID: orderntc | Total Noticed: 1 |

| | |
|---|---|
| | Practices and Products Liability Multi District Litigation cole@colehayeslaw.com |
| Cole Hayes | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation cole@colehayeslaw.com |
| Colin R. Robinson | on behalf of Interested Party Arnold & Itkin LLP crobinson@pszjlaw.com |
| Colin R. Robinson | on behalf of Creditor Arnold & Itkin LLP crobinson@pszjlaw.com |
| Daniel Lapinski | on behalf of Interested Party Motley Rice LLC dlapinski@motleyrice.com |
| Daniel Stolz | on behalf of Interested Party Bailey & Glasser LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Spec. Counsel Massey & Gail LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Attorney Genova Burns LLC dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Spec. Counsel Parkins Lee & Rubio LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Creditor Committee Official Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Interested Party Otterbourg P.C dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Creditor Proposed Local Counsel to Official Committee of Talc Claimants for LTL Management  LLC dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Creditor Committee Official Committee of Talc Claimants I dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Interested Party Brown Rudnick LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Creditor Committee Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Interested Party Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel B. Prieto | on behalf of Debtor LTL Management LLC dbprieto@jonesday.com |
| Daniel B. Prieto | on behalf of Plaintiff LTL Management LLC dbprieto@jonesday.com |
| Daniel H. Charest | on behalf of Creditor Julia Lathrop dcharest@burnscharest.com  manderson@burnscharest.com;mkweik@burnscharest.com |
| Daniel H. Charest | on behalf of Creditor Daniel Mercer dcharest@burnscharest.com  manderson@burnscharest.com;mkweik@burnscharest.com |
| Daniel H. Charest | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation dcharest@burnscharest.com, manderson@burnscharest.com;mkweik@burnscharest.com |
| Daniel Robert Lapinski | on behalf of Interested Party Motley Rice LLC dlapinski@motleyrice.com  hfonseca@motleyrice.com,kdotson@motleyrice.com |
| Danielle Spinelli | on behalf of Interested Party Three Crowns Insurance Company Danielle.Spinelli@wilmerhale.com |
| Danielle Spinelli | on behalf of Interested Party Rio Tinto America Inc. Danielle.Spinelli@wilmerhale.com |

| | |
|---|---|
| Darren McDowell | on behalf of Interested Party Fears Nachawati PLLC dmcdowell@fnlawfirm.com mn@fnlawfirm.com;jwoodman@essexrichards.com;hculp@essexrichards.com;cbritton@fnlawfirm.com |
| David Christian | on behalf of Creditor The Continental Insurance Company dchristian@davodcjrostoamattprmeus.com |
| David Christian | on behalf of Interested Party The Continental Insurance Company dchristian@davodcjrostoamattprmeus.com |
| David Rosner | on behalf of Interested Party Cyprus Mines Corporation drosner@kasowitz.com  courtnotices@kasowitz.com |
| David J. Molton | on behalf of Creditor Committee Official Committee of Talc Claimants dmolton@brownrudnick.com hcohen@brownrudnick.com |
| David J. Molton | on behalf of Creditor Committee Committee of Talc Claimants dmolton@brownrudnick.com  hcohen@brownrudnick.com |
| Dennis Geier | on behalf of Interested Party Cohen  Placitella & Roth, P.C. dgeier@cprlaw.com, cmcnelis@cprlaw.com |
| Denyse F. Clancy | on behalf of Interested Party Kazan  McClain, Satterley & Greenwood, PLC dclancy@kazanlaw.com |
| Derek J. Baker | on behalf of Interested Party Cyprus Mines Corporation dbaker@reedsmith.com |
| Donald W Clarke | on behalf of Attorney Genova Burns LLC dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Interested Party Bailey & Glasser LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Interested Party Otterbourg P.C dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Spec. Counsel Parkins Lee & Rubio LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Creditor Proposed Local Counsel to Official Committee of Talc Claimants for LTL Management  LLC dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Creditor Committee Committee of Talc Claimants dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Creditor Committee Official Committee of Talc Claimants dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Interested Party Brown Rudnick LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Spec. Counsel Massey & Gail LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Interested Party Committee of Talc Claimants dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Creditor Committee Official Committee of Talc Claimants I dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Interested Party Massey & Gail LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Interested Party Parkins Lee & Rubio LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| E. Richard Dressel | on behalf of Interested Party Erwin Chemerinsky rdressel@lexnovalaw.com |
| Eamonn O'Hagan | on behalf of Creditor UNITED STATES OF AMERICA eamonn.ohagan@usdoj.gov |
| Eileen McCabe | on behalf of Interested Party Starr Indemnity & Liability Company eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party Lexington Insurance Company eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party ASR Schadeverzekering N.V. eileen.mccabe@mendes.com |

Case 21-30589-MBK    Doc 1459    Filed 02/10/22    Entered 02/11/22 00:14:38    Desc
Imaged Certificate of Notice    Page 7 of 15

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 6 of 14 |
| Date Rcvd: Feb 08, 2022 | Form ID: orderntc | Total Noticed: 1 |

| | |
|---|---|
| Eileen McCabe | on behalf of Interested Party The North River Insurance Company eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party AIG Property Casualty Company eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party AIG Europe S.A. eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party The Insurance Company of the State of Pennsylvania eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party AIU Insurance Company eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party RheinLand Versicherungen eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party Atlanta International Insurance Company eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party Granite State Insurance Company eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party New Hampshire Insurance Company eileen.mccabe@mendes.com |
| Emil A. Kleinhaus | on behalf of Interested Party Cyprus Amax Minerals Company EAKleinhaus@WLRK.com |
| Erica Villanueva | on behalf of Interested Party Rio Tinto America Inc. EVillanueva@fbm.com |
| Erica Villanueva | on behalf of Interested Party Three Crowns Insurance Company EVillanueva@fbm.com |
| Evan Lazerowitz | on behalf of Creditor Committee Official Committee of Talc Claimants II elazerowitz@cooley.com efiling-notice@ecf.pacerpro.com;jbrown@cooley.com;mklein@cooley.com;rkanowitz@cooley.com |
| Felice R. Yudkin | on behalf of Interested Party Claimants represented by the Barnes Law Group fyudkin@coleschotz.com  fpisano@coleschotz.com |
| Geoffrey S Brounell | on behalf of Unknown Role Type Reuters News & Media  Inc. geoffreybrounell@dwt.com |
| Gregory Plotko | on behalf of Interested Party Pacific Employers Insurance Company gplotko@crowell.com  mschneider@rkollp.com |
| Gregory Plotko | on behalf of Interested Party Westchester Fire Insurance Company gplotko@crowell.com  mschneider@rkollp.com |
| Gregory Plotko | on behalf of Interested Party Federal Insurance Company gplotko@crowell.com  mschneider@rkollp.com |
| Gregory Plotko | on behalf of Interested Party Great Northern Insurance Company gplotko@crowell.com  mschneider@rkollp.com |
| Gregory Plotko | on behalf of Interested Party ACE Property and Casualty Insurance Company gplotko@crowell.com  mschneider@rkollp.com |
| Gregory Plotko | on behalf of Interested Party Central National Insurance Company of Omaha gplotko@crowell.com  mschneider@rkollp.com |
| Gregory Plotko | on behalf of Interested Party Century Indemnity Company gplotko@crowell.com  mschneider@rkollp.com |
| Gregory M. Gordon | on behalf of Debtor LTL Management LLC gmgordon@jonesday.com |
| Gregory M. Gordon | on behalf of Plaintiff LTL Management LLC gmgordon@jonesday.com |
| Heather Elizabeth Simpson | on behalf of Interested Party TIG Insurance Company heather.simpson@kennedyscmk.com |
| Heather Elizabeth Simpson | |

Case 21-30589-MBK    Doc 1459    Filed 02/10/22    Entered 02/11/22 00:14:38    Desc
Imaged Certificate of Notice    Page 8 of 15

| District/off: 0312-3 | User: admin | Page 7 of 14 |
|---|---|---|
| Date Rcvd: Feb 08, 2022 | Form ID: orderntc | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Interested Party Everest Reinsurance Company heather.simpson@kennedyscmk.com |
| Isley M. Gostin | |
| | on behalf of Interested Party Three Crowns Insurance Company Isley.Gostin@wilmerhale.com |
| Isley M. Gostin | |
| | on behalf of Interested Party Rio Tinto America Inc. Isley.Gostin@wilmerhale.com |
| James Francis Green | |
| | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation jgreen@ashcraftlaw.com, tnguyen@ashcraftlaw.com;nparfitt@ashcraftlaw.com;plyons@ashcraft.com;twaters@ashcraftlaw.com |
| James M. Jones | |
| | on behalf of Debtor LTL Management LLC jmjones@jonesday.com |
| James N. Lawlor | |
| | on behalf of Spec. Counsel Patterson Belknap Webb & Tyler LLP jlawlor@wmd-law.com |
| James N. Lawlor | |
| | on behalf of Plaintiff LTL Management LLC jlawlor@wmd-law.com |
| James N. Lawlor | |
| | on behalf of Debtor LTL Management LLC jlawlor@wmd-law.com |
| Janet A. Shapiro | |
| | on behalf of Interested Party Scottsdale Insurance jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | |
| | on behalf of Interested Party Employers Mutual Casualty Company jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | |
| | on behalf of Interested Party Employers Ins. of Wausau jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | |
| | on behalf of Interested Party Nationwide Indemnity jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | |
| | on behalf of Interested Party Employers Ins Co of Wausau jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | |
| | on behalf of Interested Party Employers Ins. Company of Wausau jshapiro@shapirolawfirm.com |
| Jason D Angelo | |
| | on behalf of Interested Party Cyprus Mines Corporation jangelo@reedsmith.com |
| Jeffrey M. Sponder | |
| | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov |
| Jennifer S. Feeney | |
| | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation jfeeney@otterbourg.com |
| Jerome Howard Block | |
| | on behalf of Interested Party Levy Konigsberg LLP jblock@levylaw.com |
| Jerome Howard Block | |
| | on behalf of Interested Party Talc Claimants jblock@levylaw.com |
| Joel Rhine | |
| | on behalf of Interested Party Clients of Clifford Law Offices  P.C., and Taft Stettinius & Hollister, LLP slc@rhinelawfirm.com |
| John Bougiamas | |
| | on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi District Litigation jbougiamas@otterbourg.com, ryan@otterbourg.com;jfeeney@otterbourg.com;mmaizel@otterbourg.com;jhildebrandt@otterbourg.com |
| John Bougiamas | |
| | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation jbougiamas@otterbourg.com, ryan@otterbourg.com;jfeeney@otterbourg.com;mmaizel@otterbourg.com;jhildebrandt@otterbourg.com |
| John Maloney | |
| | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) jmaloney@lawgmm.com |
| John A. Baden, IV | |
| | on behalf of Interested Party Motley Rice LLC jbaden@motleyrice.com |
| John A. Baden, IV | |
| | on behalf of Other Prof. Epiq Corporate Restructuring  LLC jbaden@motleyrice.com |
| John A. Bougiamas | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 8 of 14 |
| Date Rcvd: Feb 08, 2022 | Form ID: orderntc | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Interested Party Committee of Talc Claimants jbougiamas@oshr.com jfeeney@otterbourg.com;awilliams@otterbourg.com;dfiorillo@otterbourg.com |
| John C. Woodman | on behalf of Attorney John C. Woodman jwoodman@essexrichards.com DDiMatteo@essexrichards.com;SMarak@essexrichards.com |
| John D. Green | on behalf of Interested Party Rio Tinto America Inc. JGreen@fbm.com |
| John D. Green | on behalf of Interested Party Three Crowns Insurance Company JGreen@fbm.com |
| John F. Bracaglia, Jr. | on behalf of Creditor Jeanne Stephenson brokaw@centraljerseylaw.com |
| John M. August | on behalf of Creditor Vincent Hill jaugust@saiber.com  cmiller@saiber.com |
| John M. August | on behalf of Creditor Kristie Lynn Doyle jaugust@saiber.com  cmiller@saiber.com |
| John R. Miller, Jr. | on behalf of Plaintiff LTL Management LLC jmiller@rcdlaw.net |
| John R. Miller, Jr. | on behalf of Debtor LTL Management LLC jmiller@rcdlaw.net |
| Jonathan I. Rabinowitz | on behalf of Attorney J. Maria Glover jrabinowitz@rltlawfirm.com  jcoleman@rltlawfirm.com |
| Jonathan S Massey | on behalf of Interested Party Massey & Gail LLP jloper@masseygail.com |
| Joseph Satterley | on behalf of Interested Party Kazan  McClain, Satterley & Greenwood, PLC jsatterley@kazanlaw.com |
| Joseph F. Rice | on behalf of Interested Party Motley Rice LLC jrice@motleyrice.com |
| Joseph Francis Pacelli | on behalf of Debtor LTL Management LLC jpacelli@wmd-law.com |
| Joseph Francis Pacelli | on behalf of Plaintiff LTL Management LLC jpacelli@wmd-law.com |
| Judy D. Thompson | on behalf of Interested Party Barnes Law Group  LLC jdt@jdthompsonlaw.com, sxb@jdthompsonlaw.com |
| Katherine Scherling | on behalf of Interested Party RheinLand Versicherungen katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party ASR Schadeverzekering N.V. katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party AIU Insurance Company katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party Lexington Insurance Company katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party The North River Insurance Company katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party AIG Property Casualty Company katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party Granite State Insurance Company katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party Atlanta International Insurance Company katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party New Hampshire Insurance Company katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party The Insurance Company of the State of Pennsylvania katherine.scherling@katten.com |
| Katherine Scherling | |

| | |
|---|---|
| | on behalf of Interested Party Starr Indemnity & Liability Company katherine.scherling@katten.com |
| Katherine Scherling | |
| | on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA katherine.scherling@katten.com |
| Katherine Scherling | |
| | on behalf of Interested Party AIG Europe S.A. katherine.scherling@katten.com |
| Kathleen A Frazier | |
| | on behalf of Debtor LTL Management LLC kfrazier@shb.com |
| Kelly D. Curtin | |
| | on behalf of Interested Party Rio Tinto America Inc. kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com |
| Kelly D. Curtin | |
| | on behalf of Interested Party Rio Tinto America Holdings Inc. kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com |
| Kelly D. Curtin | |
| | on behalf of Interested Party Rio Tinto Services Inc. kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com |
| Kelly D. Curtin | |
| | on behalf of Interested Party Three Crowns Insurance Company kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com |
| Kelly D. Curtin | |
| | on behalf of Interested Party Metals & Minerals Insurance Company Pte. Ltd. kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party Atlanta International Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party AIG Property Casualty Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party The Insurance Company of the State of Pennsylvania kelsey.panizzolo@katten.com courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party Starr Indemnity & Liability Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party The North River Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party Granite State Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party New Hampshire Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd kelsey.panizzolo@katten.com courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party RheinLand Versicherungen kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party Lexington Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA kelsey.panizzolo@katten.com courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party AIU Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party AIG Europe S.A. kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party ASR Schadeverzekering N.V. kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kenneth A. Rosen | |
| | on behalf of Interested Party Johnson & Johnson krosen@lowenstein.com  dclaussen@lowenstein.com |
| Kenneth A. Rosen | |
| | on behalf of Interested Party Johnson & Johnson and Johnson & Johnson Consumer Inc. krosen@lowenstein.com dclaussen@lowenstein.com |

Case 21-30589-MBK    Doc 1459    Filed 02/10/22    Entered 02/11/22 00:14:38    Desc
Imaged Certificate of Notice    Page 11 of 15

| District/off: 0312-3 | User: admin | Page 10 of 14 |
|---|---|---|
| Date Rcvd: Feb 08, 2022 | Form ID: orderntc | Total Noticed: 1 |

| Konrad Krebs | on behalf of Interested Party The Continental Insurance Company konrad.krebs@clydeco.us |
|---|---|
| Kristen R. Fournier | on behalf of Debtor LTL Management LLC kfournier@kslaw.com |
| Laila Masud | on behalf of Interested Party Talc Claimants lmasud@marshackhays.com |
| Laura Davis Jones | on behalf of Creditor Arnold & Itkin LLP ljones@pszjlaw.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Lenard Parkins | on behalf of Creditor OnderLaw LLC lparkins@parkinslee.com |
| Leslie Carol Heilman | on behalf of Creditor Albertsons Companies Inc. heilmanl@ballardspahr.com, carbonej@ballardspahr.com |
| Louis A. Modugno | on behalf of Interested Party Atlanta International Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Granite State Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party AIG Europe S.A. lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party New Hampshire Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party ASR Schadeverzekering N.V. lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party AIG Property Casualty Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party RheinLand Versicherungen lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Lexington Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Starr Indemnity & Liability Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party The Insurance Company of the State of Pennsylvania lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party AIU Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Objecting Insurers lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party The North River Insurance Company lmodugno@tm-firm.com |
| Lyndon Mitchell Tretter | on behalf of Plaintiff LTL Management LLC ltretter@wmd-law.com |
| Lyndon Mitchell Tretter | on behalf of Debtor LTL Management LLC ltretter@wmd-law.com |
| Marc E. Wolin | on behalf of Creditor Kristie Lynn Doyle mwolin@saiber.com  ccarfagno@saiber.com |
| Mark P. Robinson, Jr | on behalf of Interested Party Talc Claimants mrobinson@robinsonfirm.com |
| Mark W. Rasmussen | on behalf of Debtor LTL Management LLC mrasmussen@jonesday.com |
| Mary E. Seymour | on behalf of Interested Party Johnson & Johnson and Johnson & Johnson Consumer Inc. mseymour@lowenstein.com |

Case 21-30589-MBK    Doc 1459    Filed 02/10/22    Entered 02/11/22 00:14:38    Desc
Imaged Certificate of Notice    Page 12 of 15

| District/off: 0312-3 | User: admin | Page 11 of 14 |
|---|---|---|
| Date Rcvd: Feb 08, 2022 | Form ID: orderntc | Total Noticed: 1 |

jkimble@lowenstein.com

Matthew I. W. Baker
on behalf of Creditor Proposed Local Counsel to Official Committee of Talc Claimants for LTL Management LLC mbaker@genovaburns.com

Matthew L Tomsic
on behalf of Plaintiff LTL Management LLC mtomsic@rcdlaw.net

Matthew L Tomsic
on behalf of Debtor LTL Management LLC mtomsic@rcdlaw.net

Melanie Louise Cyganowski
on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi-District Litigation mcyganowski@otterbourg.com, awilliams@otterbourg.com

Melanie Louise Cyganowski
on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi District Litigation mcyganowski@otterbourg.com, awilliams@otterbourg.com

Michael Hutchins
on behalf of Interested Party Cyprus Mines Corporation mhutchins@kasowitz.com courtnotices@kasowitz.com

Michael E. Collins
on behalf of Interested Party Westchester Fire Insurance Company mcollins@manierherod.com

Michael H. Torkin
on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) michael.torkin@stblaw.com

Michael L. Tuchin
on behalf of Interested Party Aylstock Witkin, Kreis & Overholtz, PLLC mtuchin@ktbslaw.com

Michelle A. Parfitt
on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi-District Litigation mparfitt@ashcraftlaw.com

Mitchell Hausman
on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov

Mitchell Malzberg
on behalf of Interested Party Talc Claimants mmalzberg@mjmalzberglaw.com dlapham@mjmalzberglaw.com

Mitchell Malzberg
on behalf of Creditor Various Claimants mmalzberg@mjmalzberglaw.com dlapham@mjmalzberglaw.com

Morton R. Branzburg
on behalf of Creditor Ad Hoc Mesothelioma Committee mbranzburg@klehr.com jtaylor@klehr.com;nyackle@klehr.com

Nabil Majed Nachawati, II
on behalf of Interested Party Fears Nachawati PLLC MN@fnlawfirm.com

Nancy Isaacson
on behalf of Interested Party Motley Rice LLC nisaacson@greenbaumlaw.com

Nathan David Finch
on behalf of Interested Party Motley Rice LLC nfinch@motleyrice.com

Nir Maoz
on behalf of Interested Party Aylstock Witkin, Kreis & Overholtz, PLLC nmaoz@ktbslaw.com

P. Leigh O'Dell
on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi District Litigation leigh.odell@beasleyallen.com

Patricia M. Kipnis
on behalf of Interested Party Committee of Talc Claimants pkipnis@baileyglasser.com mchapman@baileyglasser.com

Paul E. Heath
on behalf of Interested Party Cyprus Amax Minerals Company pheath@velaw.com

Paul J. Winterhalter
on behalf of Interested Party Aylstock Witkin, Kreis & Overholtz, PLLC pwinterhalter@offitkurman.com, rbarnhart@offitkurman.com

Paul M. Singer
on behalf of Interested Party Cyprus Mines Corporation psinger@reedsmith.com

Paul R. Baynard
on behalf of Interested Party Aylstock Witkin, Kreis & Overholtz, PLLC paul.baynard@offitkurman.com, tonya.helms@offitkurman.com

Case 21-30589-MBK    Doc 1459    Filed 02/10/22    Entered 02/11/22 00:14:38    Desc
Imaged Certificate of Notice    Page 13 of 15

| District/off: 0312-3 | User: admin | Page 12 of 14 |
|---|---|---|
| Date Rcvd: Feb 08, 2022 | Form ID: orderntc | Total Noticed: 1 |

| | |
|---|---|
| Paul R. DeFilippo | on behalf of Debtor LTL Management LLC pdefilippo@wmd-law.com jgiampolo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Other Prof. Bates White  LLC pdefilippo@wmd-law.com, jgiampolo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Attorney Rayburn Cooper & Durham  P.A pdefilippo@wmd-law.com, jgiampolo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Attorney Jones Day pdefilippo@wmd-law.com jgiampolo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Attorney Wollmuth Maher & Deutsch LLP pdefilippo@wmd-law.com jgiampolo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Other Prof. AlixPartners  LLP pdefilippo@wmd-law.com, jgiampolo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Plaintiff LTL Management LLC pdefilippo@wmd-law.com jgiampolo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Spec. Counsel Weil  Gotshal, & Manges, LLP pdefilippo@wmd-law.com, jgiampolo@wmd-law.com |
| Rachel Ginzburg | on behalf of Unknown Role Type The Amici Professors rginzburg@herrick.com |
| Rachel A. Parisi | on behalf of Interested Party Rio Tinto America Holdings Inc. raparisi@pbnlaw.com mpdermatis@pbnlaw.com;cpmazza@pbnlaw.com;sakelly@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Rachel A. Parisi | on behalf of Interested Party Rio Tinto Services Inc. raparisi@pbnlaw.com mpdermatis@pbnlaw.com;cpmazza@pbnlaw.com;sakelly@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Rachel A. Parisi | on behalf of Interested Party Three Crowns Insurance Company raparisi@pbnlaw.com mpdermatis@pbnlaw.com;cpmazza@pbnlaw.com;sakelly@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Rachel A. Parisi | on behalf of Interested Party Rio Tinto America Inc. raparisi@pbnlaw.com mpdermatis@pbnlaw.com;cpmazza@pbnlaw.com;sakelly@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Rachel A. Parisi | on behalf of Interested Party Metals & Minerals Insurance Company Pte. Ltd. raparisi@pbnlaw.com mpdermatis@pbnlaw.com;cpmazza@pbnlaw.com;sakelly@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Rachel R Obaldo | on behalf of Interested Party State of Texas bk-robaldo@texasattorneygeneral.gov |
| Rashad Blossom | on behalf of Interested Party Joseph McGovern rblossom@blossomlaw.com pogando@blossomlaw.com;R41929@notify.bestcase.com;ecfnotices2018@gmail.com |
| Rashad Blossom | on behalf of Attorney Christopher M. Placitella rblossom@blossomlaw.com pogando@blossomlaw.com;R41929@notify.bestcase.com;ecfnotices2018@gmail.com |
| Richard A. Schneider | on behalf of Interested Party Bestwall LLC dschneider@kslaw.com |
| Richard Moss Golomb | on behalf of Interested Party Golomb Spirt Grunfeld rgolomb@golombhonik.com |
| Richard Moss Golomb | on behalf of Creditor Brandi Carl rgolomb@golombhonik.com |
| Robert Novick | on behalf of Interested Party Cyprus Mines Corporation rnovick@kasowitz.com |
| Robert J. Pfister | on behalf of Interested Party Aylstock  Witkin, Kreis & Overholtz, PLLC rpfister@ktbslaw.com |
| Robert W. Hamilton | on behalf of Debtor LTL Management LLC rwhamilton@jonesday.com |
| Robert William Miller | on behalf of Interested Party Westchester Fire Insurance Company RMiller@ManierHerod.com |
| Robin Rabinowitz | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) rrabinowitz@lawgmm.com |

Case 21-30589-MBK    Doc 1459    Filed 02/10/22    Entered 02/11/22 00:14:38    Desc
Imaged Certificate of Notice    Page 14 of 15

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 13 of 14 |
| Date Rcvd: Feb 08, 2022 | Form ID: orderntc | Total Noticed: 1 |

| | |
|---|---|
| Rochelle Guiton | on behalf of Creditor Aleathea Goodins rochelle@dmillerlaw.com |
| Ross J. Switkes | on behalf of Creditor Committee Official Committee of Talc Claimants II rswitkes@shermansilverstein.com |
| Salvatore Daniele | on behalf of Interested Party Rio Tinto America Inc. Sal.Daniele@wilmerhale.com isley.gostin@wilmerhale.com;danielle.spinelli@wilmerhale.com;yolande.thompson@wilmerhale.com |
| Salvatore Daniele | on behalf of Interested Party Three Crowns Insurance Company Sal.Daniele@wilmerhale.com isley.gostin@wilmerhale.com;danielle.spinelli@wilmerhale.com;yolande.thompson@wilmerhale.com |
| Samuel M. Kidder | on behalf of Interested Party Aylstock Witkin, Kreis & Overholtz, PLLC skidder@ktbslaw.com |
| Sandy Qusba | on behalf of Creditor Bausch Health US LLC f/k/a Valeant Pharmaceuticals North America LLC squsba@stblaw.com |
| Sandy Qusba | on behalf of Creditor Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International Inc. squsba@stblaw.com |
| Sandy Qusba | on behalf of Creditor Bausch Health Americas Inc. f/k/a Valeant Pharmaceuticals International squsba@stblaw.com |
| Sarah Meiman | on behalf of Creditor Pension Benefit Guaranty Corporation meiman.sarah@pbgc.gov |
| Sari Blair Placona | on behalf of Creditor Alishia Landrum Committee Member splacona@msbnj.com |
| Seth H. Lieberman | on behalf of Interested Party Williams Hart Boundas Easterby LLP, on behalf of certain personal injury claimants (Williams Hart Plaintiffs) slieberman@pryorcashman.com |
| Sid Garabato | on behalf of Other Prof. Epiq Corporate Restructuring LLC sgarabato@epiqglobal.com, rjacobs@ecf.epiqsystems.com |
| Simon J. Torres | on behalf of Creditor Pension Benefit Guaranty Corporation torres.simon@pbgc.gov efile@pbgc.gov |
| Sommer Leigh Ross | on behalf of Creditor Republic Indemnity Company of America slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Stephen M. Packman | on behalf of Interested Party Roger Frankel as Legal Representative for Future Personal Injury Claimants appointed in the Chapter 11 bankruptcy case of Cyprus Mines Corporation spackman@archerlaw.com, dleney@archerlaw.com,ahuber@archerlaw.com |
| Stephen T. Roberts | on behalf of Interested Party Clients of Mendes & Mount LLP stephen.roberts@mendes.com |
| Stephen V. Gimigliano | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) sgimigliano@lawgmm.com |
| Steven Abramowitz | on behalf of Interested Party Cyprus Amax Minerals Company sabramowitz@velaw.com mmoran@velaw.com;kgrissel@velaw.com;tmitsch@velaw.com;kduchesne@velaw.com |
| Steven B Smith | on behalf of Unknown Role Type The Amici Professors ssmith@herrick.com courtnotices@herrick.com;lporetsky@herrick.com |
| Thomas Pitta | on behalf of Creditor PTI Royston LLC tpitta@emmetmarvin.com |
| Thomas Pitta | on behalf of Creditor PTI Union LLC tpitta@emmetmarvin.com |
| Thomas W. Waldrep, Jr. | on behalf of Interested Party Kazan McClain, Satterley & Greenwood, PLC notice@waldrepwall.com, 8898@notices.nextchapterbk.com;khayden@waldrepwall.com |
| Thomas W. Waldrep, Jr. | on behalf of Interested Party Kirk Smith notice@waldrepwall.com 8898@notices.nextchapterbk.com;khayden@waldrepwall.com |
| Thomas W. Waldrep, Jr. | on behalf of Interested Party Kazan McClain, Satterley & Greenwood notice@waldrepwall.com, 8898@notices.nextchapterbk.com;khayden@waldrepwall.com |
| Thomas W. Waldrep, Jr. | on behalf of Interested Party Levy Konigsberg LLP notice@waldrepwall.com |

District/off: 0312-3     User: admin     Page 14 of 14
Date Rcvd: Feb 08, 2022     Form ID: orderntc     Total Noticed: 1

| | |
|---|---|
| | 8898@notices.nextchapterbk.com;khayden@waldrepwall.com |
| Thomas W. Waldrep, Jr. | on behalf of Interested Party Ruckdeschel Law Firm  LLC notice@waldrepwall.com, 8898@notices.nextchapterbk.com;khayden@waldrepwall.com |
| Thomas W. Waldrep, Jr. | on behalf of Interested Party Weitz & Luxenberg P.C. notice@waldrepwall.com 8898@notices.nextchapterbk.com;khayden@waldrepwall.com |
| Thomas W. Waldrep, Jr. | on behalf of Interested Party Maune Raichle Hartley French & Mudd  LLC notice@waldrepwall.com, 8898@notices.nextchapterbk.com;khayden@waldrepwall.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 316