| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) |

Order Filed on February 8, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

LTL Management LLC

Case No.:  21-30589

Adv. No.:

Hearing Date:

Judge:  Michael B. Kaplan

# ORDER AUTHORIZING RETENTION OF THE BRATTLE GROUP, INC. AS TALC CONSULTANTS TO THE OFFICIAL COMMITTEE OF TALC CLAIMANTS I

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 8, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| **GENOVA BURNS LLC** <br> Daniel M. Stolz, Esq. <br> Donald W. Clarke, Esq. <br> Matthew I.W. Baker, Esq. <br> dstolz@genovaburns.com <br> dclarke@genovaburns.com <br> mbaker@genovaburns.com <br> 110 Allen Road, Suite 304 <br> Basking Ridge, NJ  07920 <br> Tel: (973) 467-2700 <br> Fax: (973) 467-8126 <br> *Local Counsel to Official Committee of Talc Claimants I* | **BROWN RUDNICK LLP** <br> David J. Molton, Esq. <br> Robert J. Stark, Esq. <br> Jeffrey L. Jonas, Esq. <br> Michael Winograd, Esq. <br> dmolton@brownrudnick.com <br> rstark@brownrudnick.com <br> jjonas@brownrudnick.com <br> mwinograd@brownrudnick.com <br> Seven Times Square <br> New York, NY  10036 <br> Tel: (212) 209-4800 <br> Fax: (212) 209-4801 <br><br> and <br><br> Sunni P. Beville, Esq. <br> sbeville@brownrudnick.com <br> One Financial Center <br> Boston, MA  02111 <br> Tel: (617) 856-8200 <br> Fax: (617) 856-8201 <br> *Co-Counsel for the Official Committee of Talc Claimants I* |
| **PARKINS LEE & RUBIO LLP** <br> Leonard M. Parkins, Esq. <br> Charles M. Rubio, Esq. <br> lparkins@parkinslee.com <br> crubio@parkinslee.com <br> Pennzoil Place <br> 700 Milan St., Suite 1300 <br> Houston, TX  77002 <br> Tel: (713) 715-1666 <br> *Special Counsel for the Official Committee of Talc Claimants I* | **OTTERBOURG PC** <br> Melanie L. Cyganowski, Esq. <br> Adam C. Silverstein, Esq. <br> Jennifer S. Feeney, Esq. <br> mcyganowski@otterbourg.com <br> asilverstein@otterbourg.com <br> jfeeney@otterbourg.com <br> 230 Park Avenue <br> New York, NY  10169 <br> Tel: (212) 905-3628 <br> Fax: (212) 682-6104 <br> *Co-Counsel for the Official Committee of Talc Claimants I* |

| | |
|---|---|
| In re:<br><br>**LTL MANAGEMENT, LLC,**<br><br>                      Debtor. | Chapter 11<br><br>Case No.:  21-30589(MBK)<br><br>Honorable Michael B. Kaplan |

**ORDER AUTHORIZING RETENTION OF THE BRATTLE GROUP, INC. AS
TALC CONSULTANTS TO THE OFFICIAL COMMITTEE OF TALC CLAIMANTS I**

The relief set forth on the following page is **ORDERED**.

This Court, having considered (i) the *Application for Retention of The Brattle Group, Inc. as Talc Consultants for the Official Committee of Talc Claimants I* (the "Application") and (ii) the *Certification of Yvette Austin Smith in Support of Application for Retention of The Brattle Group, Inc. as Talc Consultants to the Official Committee of Talc Claimants I* (the "Austin Smith Certification") and is of the opinion that The Brattle Group, Inc. ("Brattle") does not hold or represent any interest adverse to the estates, that Brattle is a disinterested person within the definition of 11 U.S.C. § 101(14), that Brattle's employment is in the best interest of the Official Committee of Talc Claimants I (the "TCC I"), and that no further hearing on the Application is required. Upon the applicant's request for authorization to retain Brattle as Talc Consultants to TCC I, it is hereby ORDERED:

1.  The Application is GRANTED as set forth herein.

2.  Pursuant to sections 328(a) and 1103 of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of New Jersey (the "Local Rules"), TCC I is authorized and empowered to employ and retain, and the Debtor is authorized to compensate and reimburse Brattle as TCC I's talc consultant in the above-captioned chapter 11 case upon the terms and conditions set forth in the Application.

3.  Brattle shall keep its time records in tenth-of-an-hour increments in accordance with Local Rule 2016-2 of this Court and shall otherwise comply with the requirements of that Local Rule, as well as Bankruptcy Rule 2016(a), and the United States Trustee Fee Guidelines.

4.  Brattle shall apply for compensation in accordance with the procedures set forth in the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, Local Rules, this Order and any applicable orders of this Court. Brattle's services are subject to the standard of review set forth in section 330 of the Bankruptcy Code.

5.  Brattle is entitled to reimbursement of actual and necessary expenses, including legal fees related to this retention application and future fee applications as approved by this Court.

6.  The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. The Committee and Brattle are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

8. The Court retains jurisdiction with respect to all matters arising from our related to the implementation of this Order.

9. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is:

   > 7 Times Square
   > Suite 1700
   > New York, NY 10036

10. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

11. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

12. The effective date of retention is January 15, 2022.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-30589-MBK |
| LTL Management LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 14 |
| Date Rcvd: Feb 08, 2022 | Form ID: pdf903 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | LTL Management LLC, 501 George Street, New Brunswick, NJ 08933-0001 |
| aty | + | Glenn M. Kurtz, White & Case LLP, 1221 Avenue of the America, New York, NY 10020-1001 |
| aty | + | Jessica Lauria, White & Case LLP, 1221 Avenue of the America, New York,, NY 10020-1001 |
| aty | + | Rayburn, Cooper & Durham, P.A., The Carillon, Suite 1200, 227 West Trade St., Charlotte, NC 28202-1672 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2022         Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam C. Silverstein | |
| | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation asilverstein@otterbourg.com, awilliams@otterbourg.com |
| Adam C. Silverstein | |
| | on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi District Litigation asilverstein@otterbourg.com, awilliams@otterbourg.com |
| Adam S. Ravin | |
| | on behalf of Interested Party Imerys Talc Canada Inc. adam.ravin@lw.com |
| Adam S. Ravin | |

|                      |                                                                                                                                                                                                                   |
|----------------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| Adam S. Ravin        | on behalf of Interested Party Imerys Talc America Inc. adam.ravin@lw.com                                                                                                                                          |
|                      | on behalf of Interested Party Imerys Talc Vermont Inc. adam.ravin@lw.com                                                                                                                                          |
| Alan Buford Felts    | on behalf of Interested Party Otterbourg P.C afelts@tuggleduggins.com                                                                                                                                             |
| Alan Buford Felts    | on behalf of Interested Party Bailey & Glasser LLP afelts@tuggleduggins.com                                                                                                                                       |
| Alan Buford Felts    | on behalf of Interested Party Massey & Gail LLP afelts@tuggleduggins.com                                                                                                                                          |
| Alan Buford Felts    | on behalf of Interested Party Brown Rudnick LLP afelts@tuggleduggins.com                                                                                                                                          |
| Alan Buford Felts    | on behalf of Interested Party Parkins Lee & Rubio LLP afelts@tuggleduggins.com                                                                                                                                    |
| Alan I. Moldoff      | on behalf of Creditor Committee Official Committee of Talc Claimants II amoldoff@shermansilverstein.com                                                                                                           |
| Alan J. Brody        | on behalf of Creditor Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International Inc. brodya@gtlaw.com, NJLitDock@gtlaw.com                                                                         |
| Alan J. Brody        | on behalf of Creditor Bausch Health US LLC f/k/a Valeant Pharmaceuticals North America LLC brodya@gtlaw.com, NJLitDock@gtlaw.com                                                                                  |
| Alan J. Brody        | on behalf of Creditor Bausch Health Americas Inc. f/k/a Valeant Pharmaceuticals International brodya@gtlaw.com, NJLitDock@gtlaw.com                                                                               |
| Albert Togut         | on behalf of Interested Party Roger Frankel as Legal Representative for Future Personal Injury Claimants appointed in the Chapter 11 bankruptcy case of Cyprus Mines Corporation altogut@teamtogut.com, eozuna@teamtogut.com;seratner@teamtogut.com;dperson@teamtogut.com |
| Amanda Rush          | on behalf of Plaintiff LTL Management LLC asrush@jonesday.com                                                                                                                                                     |
| Amanda Rush          | on behalf of Debtor LTL Management LLC asrush@jonesday.com                                                                                                                                                        |
| Andreas Milliaressis | on behalf of Interested Party Hartford Accident and Indemnity Company adm@stevenslee.com                                                                                                                          |
| Andreas Milliaressis | on behalf of Interested Party First State Insurance Company adm@stevenslee.com                                                                                                                                    |
| Andrew Ambruoso      | on behalf of Interested Party Imerys Talc Canada Inc. andrew.ambruoso@lw.com andrew-ambruoso-6817@ecf.pacerpro.com                                                                                                |
| Andrew Ambruoso      | on behalf of Interested Party Imerys Talc America Inc. andrew.ambruoso@lw.com, andrew-ambruoso-6817@ecf.pacerpro.com                                                                                              |
| Andrew Ambruoso      | on behalf of Interested Party Imerys Talc Vermont Inc. andrew.ambruoso@lw.com, andrew-ambruoso-6817@ecf.pacerpro.com                                                                                              |
| Andrew Craig         | on behalf of Creditor Allstate Insurance Company acraig@windelsmarx.com                                                                                                                                           |
| Andrew Golden        | on behalf of Interested Party Cyprus Mines Corporation agolden@kasowitz.com                                                                                                                                       |
| Andrew J. Kelly      | on behalf of Interested Party Blue Cross Blue Shield of Massachusetts Inc. akelly@kbtlaw.com, wsheridan@kbtlaw.com;saudino@kbtlaw.com;tgraga@kbtlaw.com;pschenke@kbtlaw.com                                        |
| Andrew S. Richmond   | on behalf of Interested Party Williams Hart Boundas Easterby LLP, on behalf of certain personal injury claimants (Williams Hart Plaintiffs) arichmond@pryorcashman.com                                            |
| Andrew T. Frankel    | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) afrankel@stblaw.com                                                                             |
| Andy Frankel         | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) afrankel@stblaw.com                                                                             |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 14 |
| Date Rcvd: Feb 08, 2022 | Form ID: pdf903 | Total Noticed: 4 |

Anthony Sodono, III
    on behalf of Creditor Alishia Landrum  Committee Member asodono@msbnj.com

Arthur Abramowitz
    on behalf of Interested Party Massey & Gail LLP aabramowitz@shermansilverstein.com
    jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Arthur Abramowitz
    on behalf of Creditor Committee Official Committee of Talc Claimants II aabramowitz@shermansilverstein.com
    jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Arthur Abramowitz
    on behalf of Interested Party Bailey & Glasser LLP aabramowitz@shermansilverstein.com
    jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Autumn D. Highsmith
    on behalf of Interested Party State of Texas autumn.highsmith@oag.texas.gov

Bill Graham
    on behalf of Attorney Wallace & Graham P.A. bgraham@wallacegraham.com

Brad B. Erens
    on behalf of Debtor LTL Management LLC bberens@jonesday.com

Brad B. Erens
    on behalf of Plaintiff LTL Management LLC bberens@jonesday.com

Brad Jeffrey Axelrod
    on behalf of Debtor LTL Management LLC baxelrod@wmd-law.com

Brad Jeffrey Axelrod
    on behalf of Plaintiff LTL Management LLC baxelrod@wmd-law.com

Brett Kahn
    on behalf of Spec. Counsel McCarter & English  LLP bkahn@mccarter.com

Brian J. McCormick, Jr.
    on behalf of Interested Party Ross Feller Casey LLP bmccormick@rossfellercasey.com  earend@rossfellercasey.com

Brian W. Hofmeister
    on behalf of Attorney Law Firm of Brian W. Hofmeister  of behalf of various claimants bwh@hofmeisterfirm.com,
    j119@ecfcbis.com

C. Richard Rayburn, Jr.
    on behalf of Plaintiff LTL Management LLC rrayburn@rcdlaw.net  jrobinson@rcdlaw.net

Caitlin K. Cahow
    on behalf of Debtor LTL Management LLC ccahow@jonesday.com

Carol A. Slocum
    on behalf of Creditor Ad Hoc Mesothelioma Committee cslocum@klehr.com  lclark@klehr.com

Carolyn Lachman
    on behalf of Creditor Pension Benefit Guaranty Corporation lachman.carolyn@pbgc.gov  efile@pbgc.gov

Cary Joshi
    on behalf of Creditor Committee Official Committee of Talc Claimants II cjoshi@baileyglasser.com

Charles Michael Rubio
    on behalf of Interested Party OnderLaw  LLC crubio@parkinslee.com, 7485062420@filings.docketbird.com

Charles Michael Rubio
    on behalf of Creditor OnderLaw  LLC crubio@parkinslee.com, 7485062420@filings.docketbird.com

Chelsea Corey
    on behalf of Interested Party Bestwall LLC ccorey@kslaw.com

Christopher K. Kiplok
    on behalf of Interested Party Imerys SA kiplok@hugheshubbard.com

Christopher M. Placitella
    on behalf of Interested Party Cohen  Placitella & Roth, P.C. cplacitella@cprlaw.com, cmcnelis@cprlaw.com

Christopher M. Placitella
    on behalf of Attorney Christopher M. Placitella cplacitella@cprlaw.com  cmcnelis@cprlaw.com

Christopher M. Placitella
    cplacitella@cprlaw.com  cmcnelis@cprlaw.com

Christopher Vincent Tisi
    on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products
    Marketing  Sales Practices and Products Liability Multi-District Litigation ctisis@levinlaw.com

Case 21-30589-MBK    Doc 1460    Filed 02/10/22    Entered 02/11/22 00:14:38    Desc
Imaged Certificate of Notice    Page 9 of 19

| District/off: 0312-3 | User: admin | Page 4 of 14 |
|---|---|---|
| Date Rcvd: Feb 08, 2022 | Form ID: pdf903 | Total Noticed: 4 |

Clinton E. Cameron
    on behalf of Interested Party The Continental Insurance Company Clinton.Cameron@clydeco.us

Cole Hayes
    on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi District Litigation cole@colehayeslaw.com

Cole Hayes
    on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation cole@colehayeslaw.com

Colin R. Robinson
    on behalf of Interested Party Arnold & Itkin LLP crobinson@pszjlaw.com

Colin R. Robinson
    on behalf of Creditor Arnold & Itkin LLP crobinson@pszjlaw.com

Daniel Lapinski
    on behalf of Interested Party Motley Rice LLC dlapinski@motleyrice.com

Daniel Stolz
    on behalf of Interested Party Bailey & Glasser LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Spec. Counsel Massey & Gail LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Attorney Genova Burns LLC dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Spec. Counsel Parkins Lee & Rubio LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Creditor Committee Official Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Interested Party Otterbourg P.C dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Creditor Proposed Local Counsel to Official Committee of Talc Claimants for LTL Management  LLC dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Interested Party Brown Rudnick LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Creditor Committee Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Creditor Committee Official Committee of Talc Claimants I dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Interested Party Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel B. Prieto
    on behalf of Debtor LTL Management LLC dbprieto@jonesday.com

Daniel B. Prieto
    on behalf of Plaintiff LTL Management LLC dbprieto@jonesday.com

Daniel H. Charest
    on behalf of Creditor Julia Lathrop dcharest@burnscharest.com  manderson@burnscharest.com;mkweik@burnscharest.com

Daniel H. Charest
    on behalf of Creditor Daniel Mercer dcharest@burnscharest.com  manderson@burnscharest.com;mkweik@burnscharest.com

Daniel H. Charest
    on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation dcharest@burnscharest.com, manderson@burnscharest.com;mkweik@burnscharest.com

Daniel Robert Lapinski
    on behalf of Interested Party Motley Rice LLC dlapinski@motleyrice.com  hfonseca@motleyrice.com,kdotson@motleyrice.com

Danielle Spinelli

Case 21-30589-MBK    Doc 1460    Filed 02/10/22    Entered 02/11/22 00:14:38    Desc
Imaged Certificate of Notice    Page 10 of 19

| District/off: 0312-3 | User: admin | Page 5 of 14 |
|---|---|---|
| Date Rcvd: Feb 08, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| | on behalf of Interested Party Three Crowns Insurance Company Danielle.Spinelli@wilmerhale.com |
| Danielle Spinelli | |
| | on behalf of Interested Party Rio Tinto America Inc. Danielle.Spinelli@wilmerhale.com |
| Darren McDowell | |
| | on behalf of Interested Party Fears Nachawati PLLC dmcdowell@fnlawfirm.com mn@fnlawfirm.com;jwoodman@essexrichards.com;hculp@essexrichards.com;cbritton@fnlawfirm.com |
| David Christian | |
| | on behalf of Creditor The Continental Insurance Company dchristian@davodcjrostoamattprmeus.com |
| David Christian | |
| | on behalf of Interested Party The Continental Insurance Company dchristian@davodcjrostoamattprmeus.com |
| David Rosner | |
| | on behalf of Interested Party Cyprus Mines Corporation drosner@kasowitz.com  courtnotices@kasowitz.com |
| David J. Molton | |
| | on behalf of Creditor Committee Official Committee of Talc Claimants dmolton@brownrudnick.com hcohen@brownrudnick.com |
| David J. Molton | |
| | on behalf of Creditor Committee Committee of Talc Claimants dmolton@brownrudnick.com  hcohen@brownrudnick.com |
| Dennis Geier | |
| | on behalf of Interested Party Cohen  Placitella & Roth, P.C. dgeier@cprlaw.com, cmcnelis@cprlaw.com |
| Denyse F. Clancy | |
| | on behalf of Interested Party Kazan  McClain, Satterley & Greenwood, PLC dclancy@kazanlaw.com |
| Derek J. Baker | |
| | on behalf of Interested Party Cyprus Mines Corporation dbaker@reedsmith.com |
| Donald W Clarke | |
| | on behalf of Interested Party Parkins Lee & Rubio LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | |
| | on behalf of Attorney Genova Burns LLC dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | |
| | on behalf of Interested Party Bailey & Glasser LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | |
| | on behalf of Interested Party Otterbourg P.C dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | |
| | on behalf of Spec. Counsel Parkins Lee & Rubio LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | |
| | on behalf of Creditor Proposed Local Counsel to Official Committee of Talc Claimants for LTL Management  LLC dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com |
| Donald W Clarke | |
| | on behalf of Creditor Committee Committee of Talc Claimants dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | |
| | on behalf of Creditor Committee Official Committee of Talc Claimants dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | |
| | on behalf of Interested Party Brown Rudnick LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | |
| | on behalf of Spec. Counsel Massey & Gail LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | |
| | on behalf of Interested Party Committee of Talc Claimants dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | |
| | on behalf of Creditor Committee Official Committee of Talc Claimants I dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | |
| | on behalf of Interested Party Massey & Gail LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| E. Richard Dressel | |
| | on behalf of Interested Party Erwin Chemerinsky rdressel@lexnovalaw.com |
| Eamonn O'Hagan | |
| | on behalf of Creditor UNITED STATES OF AMERICA eamonn.ohagan@usdoj.gov |
| Eileen McCabe | |
| | on behalf of Interested Party Starr Indemnity & Liability Company eileen.mccabe@mendes.com |

| District/off: 0312-3 | User: admin | Page 6 of 14 |
|---|---|---|
| Date Rcvd: Feb 08, 2022 | Form ID: pdf903 | Total Noticed: 4 |

Eileen McCabe
    on behalf of Interested Party Lexington Insurance Company eileen.mccabe@mendes.com

Eileen McCabe
    on behalf of Interested Party ASR Schadeverzekering N.V. eileen.mccabe@mendes.com

Eileen McCabe
    on behalf of Interested Party The North River Insurance Company eileen.mccabe@mendes.com

Eileen McCabe
    on behalf of Interested Party AIG Property Casualty Company eileen.mccabe@mendes.com

Eileen McCabe
    on behalf of Interested Party AIG Europe S.A. eileen.mccabe@mendes.com

Eileen McCabe
    on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd eileen.mccabe@mendes.com

Eileen McCabe
    on behalf of Interested Party The Insurance Company of the State of Pennsylvania eileen.mccabe@mendes.com

Eileen McCabe
    on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA eileen.mccabe@mendes.com

Eileen McCabe
    on behalf of Interested Party AIU Insurance Company eileen.mccabe@mendes.com

Eileen McCabe
    on behalf of Interested Party RheinLand Versicherungen eileen.mccabe@mendes.com

Eileen McCabe
    on behalf of Interested Party Atlanta International Insurance Company eileen.mccabe@mendes.com

Eileen McCabe
    on behalf of Interested Party Granite State Insurance Company eileen.mccabe@mendes.com

Eileen McCabe
    on behalf of Interested Party New Hampshire Insurance Company eileen.mccabe@mendes.com

Emil A. Kleinhaus
    on behalf of Interested Party Cyprus Amax Minerals Company EAKleinhaus@WLRK.com

Erica Villanueva
    on behalf of Interested Party Rio Tinto America Inc. EVillanueva@fbm.com

Erica Villanueva
    on behalf of Interested Party Three Crowns Insurance Company EVillanueva@fbm.com

Evan Lazerowitz
    on behalf of Creditor Committee Official Committee of Talc Claimants II elazerowitz@cooley.com
    efiling-notice@ecf.pacerpro.com;jbrown@cooley.com;mklein@cooley.com;rkanowitz@cooley.com

Felice R. Yudkin
    on behalf of Interested Party Claimants represented by the Barnes Law Group fyudkin@coleschotz.com  fpisano@coleschotz.com

Geoffrey S Brounell
    on behalf of Unknown Role Type Reuters News & Media  Inc. geoffreybrounell@dwt.com

Gregory Plotko
    on behalf of Interested Party Pacific Employers Insurance Company gplotko@crowell.com  mschneider@rkollp.com

Gregory Plotko
    on behalf of Interested Party Westchester Fire Insurance Company gplotko@crowell.com  mschneider@rkollp.com

Gregory Plotko
    on behalf of Interested Party Federal Insurance Company gplotko@crowell.com  mschneider@rkollp.com

Gregory Plotko
    on behalf of Interested Party Great Northern Insurance Company gplotko@crowell.com  mschneider@rkollp.com

Gregory Plotko
    on behalf of Interested Party ACE Property and Casualty Insurance Company gplotko@crowell.com  mschneider@rkollp.com

Gregory Plotko
    on behalf of Interested Party Central National Insurance Company of Omaha gplotko@crowell.com  mschneider@rkollp.com

Gregory Plotko
    on behalf of Interested Party Century Indemnity Company gplotko@crowell.com  mschneider@rkollp.com

Gregory M. Gordon
    on behalf of Debtor LTL Management LLC gmgordon@jonesday.com

Gregory M. Gordon

| | |
|---|---|
| | on behalf of Plaintiff LTL Management LLC gmgordon@jonesday.com |
| Heather Elizabeth Simpson | |
| | on behalf of Interested Party TIG Insurance Company heather.simpson@kennedyscmk.com |
| Heather Elizabeth Simpson | |
| | on behalf of Interested Party Everest Reinsurance Company heather.simpson@kennedyscmk.com |
| Isley M. Gostin | |
| | on behalf of Interested Party Three Crowns Insurance Company Isley.Gostin@wilmerhale.com |
| Isley M. Gostin | |
| | on behalf of Interested Party Rio Tinto America Inc. Isley.Gostin@wilmerhale.com |
| James Francis Green | |
| | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation jgreen@ashcraftlaw.com, tnguyen@ashcraftlaw.com;nparfitt@ashcraftlaw.com;plyons@ashcraft.com;twaters@ashcraftlaw.com |
| James M. Jones | |
| | on behalf of Debtor LTL Management LLC jmjones@jonesday.com |
| James N. Lawlor | |
| | on behalf of Spec. Counsel Patterson Belknap Webb & Tyler LLP jlawlor@wmd-law.com |
| James N. Lawlor | |
| | on behalf of Plaintiff LTL Management LLC jlawlor@wmd-law.com |
| James N. Lawlor | |
| | on behalf of Debtor LTL Management LLC jlawlor@wmd-law.com |
| Janet A. Shapiro | |
| | on behalf of Interested Party Employers Mutual Casualty Company jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | |
| | on behalf of Interested Party Scottsdale Insurance jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | |
| | on behalf of Interested Party Employers Ins. of Wausau jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | |
| | on behalf of Interested Party Nationwide Indemnity jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | |
| | on behalf of Interested Party Employers Ins Co of Wausau jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | |
| | on behalf of Interested Party Employers Ins. Company of Wausau jshapiro@shapirolawfirm.com |
| Jason D Angelo | |
| | on behalf of Interested Party Cyprus Mines Corporation jangelo@reedsmith.com |
| Jeffrey M. Sponder | |
| | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov |
| Jennifer S. Feeney | |
| | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation jfeeney@otterbourg.com |
| Jerome Howard Block | |
| | on behalf of Interested Party Levy Konigsberg LLP jblock@levylaw.com |
| Jerome Howard Block | |
| | on behalf of Interested Party Talc Claimants jblock@levylaw.com |
| Joel Rhine | |
| | on behalf of Interested Party Clients of Clifford Law Offices  P.C., and Taft Stettinius & Hollister, LLP slc@rhinelawfirm.com |
| John Bougiamas | |
| | on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi District Litigation jbougiamas@otterbourg.com, ryan@otterbourg.com;jfeeney@otterbourg.com;mmaizel@otterbourg.com;jhildebrandt@otterbourg.com |
| John Bougiamas | |
| | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation jbougiamas@otterbourg.com, ryan@otterbourg.com;jfeeney@otterbourg.com;mmaizel@otterbourg.com;jhildebrandt@otterbourg.com |
| John Maloney | |
| | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) jmaloney@lawgmm.com |
| John A. Baden, IV | |

Case 21-30589-MBK    Doc 1460    Filed 02/10/22    Entered 02/11/22 00:14:38    Desc
Imaged Certificate of Notice    Page 13 of 19

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 8 of 14 |
| Date Rcvd: Feb 08, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| | on behalf of Interested Party Motley Rice LLC jbaden@motleyrice.com |
| John A. Baden, IV | |
| | on behalf of Other Prof. Epiq Corporate Restructuring  LLC jbaden@motleyrice.com |
| John A. Bougiamas | |
| | on behalf of Interested Party Committee of Talc Claimants jbougiamas@oshr.com jfeeney@otterbourg.com;awilliams@otterbourg.com;dfiorillo@otterbourg.com |
| John C. Woodman | |
| | on behalf of Attorney John C. Woodman jwoodman@essexrichards.com DDiMatteo@essexrichards.com;SMarak@essexrichards.com |
| John D. Green | |
| | on behalf of Interested Party Rio Tinto America Inc. JGreen@fbm.com |
| John D. Green | |
| | on behalf of Interested Party Three Crowns Insurance Company JGreen@fbm.com |
| John F. Bracaglia, Jr. | |
| | on behalf of Creditor Jeanne Stephenson brokaw@centraljerseylaw.com |
| John M. August | |
| | on behalf of Creditor Vincent Hill jaugust@saiber.com  cmiller@saiber.com |
| John M. August | |
| | on behalf of Creditor Kristie Lynn Doyle jaugust@saiber.com  cmiller@saiber.com |
| John R. Miller, Jr. | |
| | on behalf of Plaintiff LTL Management LLC jmiller@rcdlaw.net |
| John R. Miller, Jr. | |
| | on behalf of Debtor LTL Management LLC jmiller@rcdlaw.net |
| Jonathan I. Rabinowitz | |
| | on behalf of Attorney J. Maria Glover jrabinowitz@rltlawfirm.com  jcoleman@rltlawfirm.com |
| Jonathan S Massey | |
| | on behalf of Interested Party Massey & Gail LLP jloper@masseygail.com |
| Joseph Satterley | |
| | on behalf of Interested Party Kazan  McClain, Satterley & Greenwood, PLC jsatterley@kazanlaw.com |
| Joseph F. Rice | |
| | on behalf of Interested Party Motley Rice LLC jrice@motleyrice.com |
| Joseph Francis Pacelli | |
| | on behalf of Debtor LTL Management LLC jpacelli@wmd-law.com |
| Joseph Francis Pacelli | |
| | on behalf of Plaintiff LTL Management LLC jpacelli@wmd-law.com |
| Judy D. Thompson | |
| | on behalf of Interested Party Barnes Law Group  LLC jdt@jdthompsonlaw.com, sxb@jdthompsonlaw.com |
| Katherine Scherling | |
| | on behalf of Interested Party RheinLand Versicherungen katherine.scherling@katten.com |
| Katherine Scherling | |
| | on behalf of Interested Party ASR Schadeverzekering N.V. katherine.scherling@katten.com |
| Katherine Scherling | |
| | on behalf of Interested Party AIU Insurance Company katherine.scherling@katten.com |
| Katherine Scherling | |
| | on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd katherine.scherling@katten.com |
| Katherine Scherling | |
| | on behalf of Interested Party Lexington Insurance Company katherine.scherling@katten.com |
| Katherine Scherling | |
| | on behalf of Interested Party The North River Insurance Company katherine.scherling@katten.com |
| Katherine Scherling | |
| | on behalf of Interested Party AIG Property Casualty Company katherine.scherling@katten.com |
| Katherine Scherling | |
| | on behalf of Interested Party Atlanta International Insurance Company katherine.scherling@katten.com |
| Katherine Scherling | |
| | on behalf of Interested Party Granite State Insurance Company katherine.scherling@katten.com |
| Katherine Scherling | |

Case 21-30589-MBK    Doc 1460    Filed 02/10/22    Entered 02/11/22 00:14:38    Desc
Imaged Certificate of Notice    Page 14 of 19

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 9 of 14 |
| Date Rcvd: Feb 08, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| | on behalf of Interested Party New Hampshire Insurance Company katherine.scherling@katten.com |
| Katherine Scherling | |
| | on behalf of Interested Party The Insurance Company of the State of Pennsylvania katherine.scherling@katten.com |
| Katherine Scherling | |
| | on behalf of Interested Party Starr Indemnity & Liability Company katherine.scherling@katten.com |
| Katherine Scherling | |
| | on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA katherine.scherling@katten.com |
| Katherine Scherling | |
| | on behalf of Interested Party AIG Europe S.A. katherine.scherling@katten.com |
| Kathleen A Frazier | |
| | on behalf of Debtor LTL Management LLC kfrazier@shb.com |
| Kelly D. Curtin | |
| | on behalf of Interested Party Rio Tinto America Inc. kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com |
| Kelly D. Curtin | |
| | on behalf of Interested Party Rio Tinto America Holdings Inc. kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com |
| Kelly D. Curtin | |
| | on behalf of Interested Party Rio Tinto Services Inc. kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com |
| Kelly D. Curtin | |
| | on behalf of Interested Party Three Crowns Insurance Company kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com |
| Kelly D. Curtin | |
| | on behalf of Interested Party Metals & Minerals Insurance Company Pte. Ltd. kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party ASR Schadeverzekering N.V. kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party Atlanta International Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party AIG Europe S.A. kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party AIG Property Casualty Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party Starr Indemnity & Liability Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party The North River Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party The Insurance Company of the State of Pennsylvania kelsey.panizzolo@katten.com courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party Granite State Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party New Hampshire Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd kelsey.panizzolo@katten.com courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party RheinLand Versicherungen kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party Lexington Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA kelsey.panizzolo@katten.com courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party AIU Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kenneth A. Rosen | |

| | |
|---|---|
| Kenneth A. Rosen | on behalf of Interested Party Johnson & Johnson krosen@lowenstein.com  dclaussen@lowenstein.com |
| | on behalf of Interested Party Johnson & Johnson and Johnson & Johnson Consumer Inc. krosen@lowenstein.com dclaussen@lowenstein.com |
| Konrad Krebs | on behalf of Interested Party The Continental Insurance Company konrad.krebs@clydeco.us |
| Kristen R. Fournier | on behalf of Debtor LTL Management LLC kfournier@kslaw.com |
| Laila Masud | on behalf of Interested Party Talc Claimants lmasud@marshackhays.com |
| Laura Davis Jones | on behalf of Creditor Arnold & Itkin LLP ljones@pszjlaw.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Lenard Parkins | on behalf of Creditor OnderLaw  LLC lparkins@parkinslee.com |
| Leslie Carol Heilman | on behalf of Creditor Albertsons Companies  Inc. heilmanl@ballardspahr.com, carbonej@ballardspahr.com |
| Louis A. Modugno | on behalf of Interested Party Atlanta International Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party AIG Europe S.A. lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Granite State Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party New Hampshire Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party AIG Property Casualty Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party ASR Schadeverzekering N.V. lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party RheinLand Versicherungen lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Starr Indemnity & Liability Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Lexington Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party The Insurance Company of the State of Pennsylvania lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party AIU Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Objecting Insurers lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party The North River Insurance Company lmodugno@tm-firm.com |
| Lyndon Mitchell Tretter | on behalf of Plaintiff LTL Management LLC ltretter@wmd-law.com |
| Lyndon Mitchell Tretter | on behalf of Debtor LTL Management LLC ltretter@wmd-law.com |
| Marc E. Wolin | on behalf of Creditor Kristie Lynn Doyle mwolin@saiber.com  ccarfagno@saiber.com |
| Mark P. Robinson, Jr | on behalf of Interested Party Talc Claimants mrobinson@robinsonfirm.com |

Case 21-30589-MBK    Doc 1460    Filed 02/10/22    Entered 02/11/22 00:14:38    Desc
Imaged Certificate of Notice    Page 16 of 19

| District/off: 0312-3 | User: admin | Page 11 of 14 |
|---|---|---|
| Date Rcvd: Feb 08, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| Mark W. Rasmussen | on behalf of Debtor LTL Management LLC mrasmussen@jonesday.com |
| Mary E. Seymour | on behalf of Interested Party Johnson & Johnson and Johnson & Johnson Consumer Inc. mseymour@lowenstein.com jkimble@lowenstein.com |
| Matthew I. W. Baker | on behalf of Creditor Proposed Local Counsel to Official Committee of Talc Claimants for LTL Management LLC mbaker@genovaburns.com |
| Matthew L Tomsic | on behalf of Plaintiff LTL Management LLC mtomsic@rcdlaw.net |
| Matthew L Tomsic | on behalf of Debtor LTL Management LLC mtomsic@rcdlaw.net |
| Melanie Louise Cyganowski | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation mcyganowski@otterbourg.com, awilliams@otterbourg.com |
| Melanie Louise Cyganowski | on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi District Litigation mcyganowski@otterbourg.com, awilliams@otterbourg.com |
| Michael Hutchins | on behalf of Interested Party Cyprus Mines Corporation mhutchins@kasowitz.com courtnotices@kasowitz.com |
| Michael E. Collins | on behalf of Interested Party Westchester Fire Insurance Company mcollins@manierherod.com |
| Michael H. Torkin | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) michael.torkin@stblaw.com |
| Michael L. Tuchin | on behalf of Interested Party Aylstock  Witkin, Kreis & Overholtz, PLLC mtuchin@ktbslaw.com |
| Michelle A. Parfitt | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation mparfitt@ashcraftlaw.com |
| Mitchell Hausman | on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov |
| Mitchell Malzberg | on behalf of Interested Party Talc Claimants mmalzberg@mjmalzberglaw.com  dlapham@mjmalzberglaw.com |
| Mitchell Malzberg | on behalf of Creditor Various Claimants mmalzberg@mjmalzberglaw.com  dlapham@mjmalzberglaw.com |
| Morton R. Branzburg | on behalf of Creditor Ad Hoc Mesothelioma Committee mbranzburg@klehr.com  jtaylor@klehr.com;nyackle@klehr.com |
| Nabil Majed Nachawati, II | on behalf of Interested Party Fears Nachawati PLLC MN@fnlawfirm.com |
| Nancy Isaacson | on behalf of Interested Party Motley Rice LLC nisaacson@greenbaumlaw.com |
| Nathan David Finch | on behalf of Interested Party Motley Rice LLC nfinch@motleyrice.com |
| Nir Maoz | on behalf of Interested Party Aylstock  Witkin, Kreis & Overholtz, PLLC nmaoz@ktbslaw.com |
| P. Leigh O'Dell | on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi District Litigation leigh.odell@beasleyallen.com |
| Patricia M. Kipnis | on behalf of Interested Party Committee of Talc Claimants pkipnis@baileyglasser.com  mchapman@baileyglasser.com |
| Paul E. Heath | on behalf of Interested Party Cyprus Amax Minerals Company pheath@velaw.com |
| Paul J. Winterhalter | on behalf of Interested Party Aylstock  Witkin, Kreis & Overholtz, PLLC pwinterhalter@offitkurman.com, rbarnhart@offitkurman.com |
| Paul M. Singer | on behalf of Interested Party Cyprus Mines Corporation psinger@reedsmith.com |

Case 21-30589-MBK    Doc 1460    Filed 02/10/22    Entered 02/11/22 00:14:38    Desc
Imaged Certificate of Notice    Page 17 of 19

| District/off: 0312-3 | User: admin | Page 12 of 14 |
|---|---|---|
| Date Rcvd: Feb 08, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| Paul R. Baynard | on behalf of Interested Party Aylstock Witkin, Kreis & Overholtz, PLLC paul.baynard@offitkurman.com, tonya.helms@offitkurman.com |
| Paul R. DeFilippo | on behalf of Debtor LTL Management LLC pdefilippo@wmd-law.com jgiampolo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Other Prof. Bates White LLC pdefilippo@wmd-law.com, jgiampolo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Attorney Rayburn Cooper & Durham P.A pdefilippo@wmd-law.com, jgiampolo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Attorney Jones Day pdefilippo@wmd-law.com jgiampolo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Other Prof. AlixPartners LLP pdefilippo@wmd-law.com, jgiampolo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Attorney Wollmuth Maher & Deutsch LLP pdefilippo@wmd-law.com jgiampolo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Plaintiff LTL Management LLC pdefilippo@wmd-law.com jgiampolo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Spec. Counsel Weil Gotshal, & Manges, LLP pdefilippo@wmd-law.com, jgiampolo@wmd-law.com |
| Rachel Ginzburg | on behalf of Unknown Role Type The Amici Professors rginzburg@herrick.com |
| Rachel A. Parisi | on behalf of Interested Party Rio Tinto America Holdings Inc. raparisi@pbnlaw.com mpdermatis@pbnlaw.com;cpmazza@pbnlaw.com;sakelly@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Rachel A. Parisi | on behalf of Interested Party Rio Tinto Services Inc. raparisi@pbnlaw.com mpdermatis@pbnlaw.com;cpmazza@pbnlaw.com;sakelly@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Rachel A. Parisi | on behalf of Interested Party Three Crowns Insurance Company raparisi@pbnlaw.com mpdermatis@pbnlaw.com;cpmazza@pbnlaw.com;sakelly@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Rachel A. Parisi | on behalf of Interested Party Rio Tinto America Inc. raparisi@pbnlaw.com mpdermatis@pbnlaw.com;cpmazza@pbnlaw.com;sakelly@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Rachel A. Parisi | on behalf of Interested Party Metals & Minerals Insurance Company Pte. Ltd. raparisi@pbnlaw.com mpdermatis@pbnlaw.com;cpmazza@pbnlaw.com;sakelly@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Rachel R Obaldo | on behalf of Interested Party State of Texas bk-robaldo@texasattorneygeneral.gov |
| Rashad Blossom | on behalf of Interested Party Joseph McGovern rblossom@blossomlaw.com pogando@blossomlaw.com;R41929@notify.bestcase.com;ecfnotices2018@gmail.com |
| Rashad Blossom | on behalf of Attorney Christopher M. Placitella rblossom@blossomlaw.com pogando@blossomlaw.com;R41929@notify.bestcase.com;ecfnotices2018@gmail.com |
| Richard A. Schneider | on behalf of Interested Party Bestwall LLC dschneider@kslaw.com |
| Richard Moss Golomb | on behalf of Interested Party Golomb Spirt Grunfeld rgolomb@golombhonik.com |
| Richard Moss Golomb | on behalf of Creditor Brandi Carl rgolomb@golombhonik.com |
| Robert Novick | on behalf of Interested Party Cyprus Mines Corporation rnovick@kasowitz.com |
| Robert J. Pfister | on behalf of Interested Party Aylstock Witkin, Kreis & Overholtz, PLLC rpfister@ktbslaw.com |
| Robert W. Hamilton | on behalf of Debtor LTL Management LLC rwhamilton@jonesday.com |
| Robert William Miller | on behalf of Interested Party Westchester Fire Insurance Company RMiller@ManierHerod.com |

Case 21-30589-MBK    Doc 1460    Filed 02/10/22    Entered 02/11/22 00:14:38    Desc
Imaged Certificate of Notice    Page 18 of 19

| District/off: 0312-3 | User: admin | Page 13 of 14 |
|---|---|---|
| Date Rcvd: Feb 08, 2022 | Form ID: pdf903 | Total Noticed: 4 |

Robin Rabinowitz
    on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) rrabinowitz@lawgmm.com

Rochelle Guiton
    on behalf of Creditor Aleathea Goodins rochelle@dmillerlaw.com

Ross J. Switkes
    on behalf of Creditor Committee Official Committee of Talc Claimants II rswitkes@shermansilverstein.com

Salvatore Daniele
    on behalf of Interested Party Rio Tinto America Inc. Sal.Daniele@wilmerhale.com isley.gostin@wilmerhale.com;danielle.spinelli@wilmerhale.com;yolande.thompson@wilmerhale.com

Salvatore Daniele
    on behalf of Interested Party Three Crowns Insurance Company Sal.Daniele@wilmerhale.com isley.gostin@wilmerhale.com;danielle.spinelli@wilmerhale.com;yolande.thompson@wilmerhale.com

Samuel M. Kidder
    on behalf of Interested Party Aylstock  Witkin, Kreis & Overholtz, PLLC skidder@ktbslaw.com

Sandy Qusba
    on behalf of Creditor Bausch Health US  LLC f/k/a Valeant Pharmaceuticals North America LLC squsba@stblaw.com

Sandy Qusba
    on behalf of Creditor Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International  Inc. squsba@stblaw.com

Sandy Qusba
    on behalf of Creditor Bausch Health Americas  Inc. f/k/a Valeant Pharmaceuticals International squsba@stblaw.com

Sarah Meiman
    on behalf of Creditor Pension Benefit Guaranty Corporation meiman.sarah@pbgc.gov

Sari Blair Placona
    on behalf of Creditor Alishia Landrum  Committee Member splacona@msbnj.com

Seth H. Lieberman
    on behalf of Interested Party Williams Hart Boundas Easterby  LLP, on behalf of certain personal injury claimants (Williams Hart Plaintiffs) slieberman@pryorcashman.com

Sid Garabato
    on behalf of Other Prof. Epiq Corporate Restructuring  LLC sgarabato@epiqglobal.com, rjacobs@ecf.epiqsystems.com

Simon J. Torres
    on behalf of Creditor Pension Benefit Guaranty Corporation torres.simon@pbgc.gov  efile@pbgc.gov

Sommer Leigh Ross
    on behalf of Creditor Republic Indemnity Company of America slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Stephen M. Packman
    on behalf of Interested Party Roger Frankel  as Legal Representative for Future Personal Injury Claimants appointed in the Chapter 11 bankruptcy case of Cyprus Mines Corporation spackman@archerlaw.com, dleney@archerlaw.com,ahuber@archerlaw.com

Stephen T. Roberts
    on behalf of Interested Party Clients of Mendes & Mount  LLP stephen.roberts@mendes.com

Stephen V. Gimigliano
    on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) sgimigliano@lawgmm.com

Steven Abramowitz
    on behalf of Interested Party Cyprus Amax Minerals Company sabramowitz@velaw.com mmoran@velaw.com;kgrissel@velaw.com;tmitsch@velaw.com;kduchesne@velaw.com

Steven B Smith
    on behalf of Unknown Role Type The Amici Professors ssmith@herrick.com  courtnotices@herrick.com;lporetsky@herrick.com

Thomas Pitta
    on behalf of Creditor PTI Royston LLC tpitta@emmetmarvin.com

Thomas Pitta
    on behalf of Creditor PTI Union LLC tpitta@emmetmarvin.com

Thomas W. Waldrep, Jr.
    on behalf of Interested Party Kazan  McClain, Satterley & Greenwood, PLC notice@waldrepwall.com, 8898@notices.nextchapterbk.com;khayden@waldrepwall.com

Thomas W. Waldrep, Jr.
    on behalf of Interested Party Kirk Smith notice@waldrepwall.com  8898@notices.nextchapterbk.com;khayden@waldrepwall.com

Thomas W. Waldrep, Jr.
    on behalf of Interested Party Kazan  McClain, Satterley & Greenwood notice@waldrepwall.com,

District/off: 0312-3     User: admin     Page 14 of 14
Date Rcvd: Feb 08, 2022     Form ID: pdf903     Total Noticed: 4

| | |
|---|---|
| | 8898@notices.nextchapterbk.com;khayden@waldrepwall.com |
| Thomas W. Waldrep, Jr. | on behalf of Interested Party Levy Konigsberg LLP notice@waldrepwall.com 8898@notices.nextchapterbk.com;khayden@waldrepwall.com |
| Thomas W. Waldrep, Jr. | on behalf of Interested Party Ruckdeschel Law Firm  LLC notice@waldrepwall.com, 8898@notices.nextchapterbk.com;khayden@waldrepwall.com |
| Thomas W. Waldrep, Jr. | on behalf of Interested Party Weitz & Luxenberg P.C. notice@waldrepwall.com 8898@notices.nextchapterbk.com;khayden@waldrepwall.com |
| Thomas W. Waldrep, Jr. | on behalf of Interested Party Maune Raichle Hartley French & Mudd  LLC notice@waldrepwall.com, 8898@notices.nextchapterbk.com;khayden@waldrepwall.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 316