|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-2(c)**<br><br>**Lite DePalma Greenberg & Afanador, LLC**<br>570 Broad Street, Suite 1201<br>Newark, New Jersey 07102<br>Direct Dial: (973) 877-3814<br>Main No.: (973) 623-3000<br>www.litedepalma.com<br>Counsel to *DeSanto Canadian Class Action Creditors*<br>Allen J. Underwood II, Esq.<br>Email: aunderwood@litedepalma.com |  |
| In re:<br><br>LTL MANAGEMENT LLC<br><br>Debtor. | Case No. 21-30589 (MBK)<br>Chapter 11<br>Judge: Hon. Michael B. Kaplan, C.U.S.B.J. |

**VERIFIED STATEMENT OF LITE DEPALMA GREENBERG & AFANADOR, LLC PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Federal Rule of Bankruptcy Procedure 2019, Lite, DePalma, Greenberg & Afanador LLC ("LDGA") makes the following representations on its own behalf and with respect to the Canadian Class Action styled *Diane DiSanto v Johnson & Johnson*, Alberta Court of Queen's Bench (File Number 1901-11748), which is represented by The Guardian Law Group LLP in Canada.

1. The Guardian Law Group, LLP, is a Canadian law firm and is directly retained by the representative Plaintiff in the Canadian Class Action styled *Diane DiSanto v Johnson & Johnson*, Alberta Court of Queen's Bench (File Number 1901-11748). The address for the Guardian Law Group LLO is attn. Clint Docken, QC 342 – 4 Avenue S.E., Calgary, Alberta T2G 1C9.

2. The original class action statement of claim (complaint) was filed in Alberta, Canada on August 22, 2019. The class action statement of claim (complaint) was amended on December 17, 2021.

3. On the basis of the above Guardian Law Group LLC retention and representation, LDGA is party to an *Interjurisdictional International Litigation Collaboration and Co-Counsel Agreement* dated February 8, 2022, which provides that LDGA will provide certain US bankruptcy legal counsel and representation for The Guardian Law Group LLP with respect to its client Diane DiSanto in the above captioned LTL Management LLC Chapter 11 Bankruptcy.

4. The Guardian Law Group LLP and its co-counsel represent Diane DiSanto in her respective individual and putative capacities as proposed representatives of a Canadian class of individuals suffering from ovarian cancer as a result of talc products.

5. Under Alberta, Canada statute, the putative class is a nationwide opt out class. Nevertheless, Dian DiSanto is the only named Plaintiff. Upon information and belief, there are three other class actions pending in Canada as to talc liability. These four class actions under Canadian law are not necessarily mutually exclusive of each other, and may, but not certainly, be subject to joinder and allocation.

6. The matter *Diane DiSanto v Johnson & Johnson*, Alberta Court of Queen's Bench (File Number 1901-11748) has as of the date hereof not yet be certified as a class in Canada.

7. Nothing contained herein shall constitute a waiver of any rights or remedies of the above referenced creditor under title 11 of the United States Code or applicable law, including, without limitation, the right to (i) amend, modify, or supplement this Notice, or (ii) raise any jurisdictional argument now or at a later date, including, but not limited to, the right to assert lack of subject matter jurisdiction.

[continued on next page]

8. The undersigned hereby certifies that this verified statement is true and accurate to the best of his knowledge, information and belief, and subject to the penalties for perjury provided for in 28 U.S.C. § 1746. LDGA reserves its right to revise, amend and/or supplement this verified statement as may be necessary or appropriate. This statement is provided without prejudice to the right of LDGA and its clients to file any further statements, claims, adversary complaints, documents, notices or pleadings in these chapter 11 cases.

Date: February 11, 2022    /s/ *Allen J. Underwoood, II*
　　　　　　　　　　　　　　ALLEN J. UNDERWOOD II