| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**COOLEY LLP**<br>Cullen D. Speckhart (admitted pro hac vice)<br>Michael Klein (admitted pro hac vice)<br>Erica J. Richards (pro hac vice to be filed)<br>Lauren A. Reichardt (pro hac vice to be filed)<br>Evan Lazerowitz<br>55 Hudson Yards<br>New York, NY 10001<br>Tel: (212) 479-6000<br>Fax: (212) 479-6275<br>Email: cspeckhart@cooley.com<br>       mklein@cooley.com<br>       erichards@cooley.com<br>       lreichardt@cooley.com<br>       elazerowitz@cooley.com<br><br>*Proposed Co-Counsel to the Official Committee of Talc Claimants II* | **BAILEY GLASSER LLP**<br>Brian A. Glasser, Esq. (admitted pro hac vice)<br>Thomas B. Bennett, Esq. (admitted pro hac vice)<br>Kevin W. Barrett, Esq. (admitted pro hac vice)<br>Maggie B. Burrus, Esq. (admitted pro hac vice)<br>105 Thomas Jefferson St. NW, Suite 540<br>Washington, DC 20007<br>Tel: (202) 463-2101<br>Fax: (202) 463-2103<br>Email: bglasser@baileyglasser.com<br>       tbennett@baileyglasser.com<br><br>*Proposed Co-Counsel to the Official Committee of Talc Claimants II* |
| **WALDREP WALL BABCOCK & BAILEY PLLC**<br>Thomas W. Waldrep, Jr. (admitted pro hac vice)<br>Kevin L. Sink (admitted pro hac vice)<br>James C. Lanik (admitted pro hac vice)<br>Jennifer B. Lyday (admitted pro hac vice)<br>370 Knollwood Street,<br>Suite 600<br>Winston-Salem, NC 27103<br>Tel: (336) 717-1280<br>Fax: (336) 717-1340<br>Email: notice@waldrepwall.com<br><br>*Proposed Co-Counsel to the Official Committee of Talc Claimants II* | **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq. (admitted pro hac vice)<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC 20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>Email: jmassey@masseygail.com<br><br>*Proposed Co-Counsel to the Official Committee of Talc Claimants II* |
| **SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.**<br>Arthur J. Abramowitz<br>Alan I. Moldoff<br>Ross J. Switkes<br>308 Harper Drive, Suite 200<br>Moorestown, New Jersey 08057<br>Tel: (856) 662-0700<br>Email: aabramowitz@shermansilverstein.com<br>       amoldoff@shermansilverstein.com<br>       rswitkes@shermansilverstein.com<br><br>*Proposed Local Counsel to the Official Committee of Talc Claimants II* | |

| | |
|---|---|
| In re:<br><br>**LTL MANAGEMENT LLC,**<br><br>　　　　　　　　Debtor. | Chapter 11<br><br>Case No.:  21-30589 (MBK)<br><br>Honorable Michael B. Kaplan |
| **LTL MANAGEMENT, LLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT and JOHN AND JANE DOES 1-1000,**<br><br>　Defendants. | Adv. Pro. No.: 21-03032 (MBK) |

**CERTIFICATE OF CONSENT REGARDING JOINT STIPULATION AND AGREED ORDER BETWEEN THE OFFICIAL COMMITTEE OF TALC CLAIMANTS I, THE OFFICIAL COMMITTEE OF TALC CLAIMANTS II, AND THE DEBTOR REGARDING THE EVIDENTIARY RECORD IN PRELIMINARY INJUNCTION ADVERSARY PROCEEDING AND TRIAL ON MOTIONS TO DISMISS**

　　　　I certify that with respect to the proposed Joint Stipulation and Agreed Order Between the Official Committee of Talc Claimants I, the Official Committee of Talc Claimants II, and the Debtor Regarding the Evidentiary Record in Preliminary Injunction Adversary Proceeding and Trial on Motions to Dismiss (the "Stipulation"), the following conditions have been met:

　　(a)　The terms of the Stipulation are identical to those set forth in the original Stipulation;

　　(b)　The signatures represented by the /s/ Arthur J. Abramowitz, Daniel Stolz, Paul DeFilippo, and Paul J. Winterhalter on the Stipulation reference the signatures of consenting parties obtained on the original Stipulation;

　　(c)　I will retain the original Stipulation for a period of 7 years from the date of closing of the case or adversary proceeding.

　　(d)　I will make the original Stipulation available for inspection on request of the Court or any party in interest; and

2952961.1

Final paragraph options:

☐ (e) *If submitting the consent order and this certification to the Court conventionally,* I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and ink and the Court will scan);

☒ (e) *If submitting the consent order and this certification to the Court electronically via the presiding judge's e mail box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System,* I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011.

Dated: February 16, 2022                    */s/ Arthur J. Abramowitz*
                                            Signature of Attorney

2952961.1