UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

PACHULSKI STANG ZIEHL & JONES LLP
Laura Davis Jones
Karen B. Dine
Colin R. Robinson
Peter J. Keane
919 N. Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: ljones@pszjlaw.com
 kdine@pszjlaw.com

Order Filed on February 16, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

LTL MANAGEMENT LLC,

Debtor.

Case No.:     21-30589 (MBK)

Chapter:     11

Judge:     Michael B. Kaplan

# ORDER CONCERNING REQUEST TO SEAL DOCUMENTS

The relief set forth on the following page is **ORDERED**.

**DATED: February 16, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

On request of _____Arnold & Itkin LLP_____, to seal the following document(s),

Reply in Support of Motion to Dismiss Bankruptcy Case and the related Declaration of Laura Davis Jones for the Reply in Support of Motion to Dismiss Bankruptcy Case

and the court having considered the request and any objection there to, it is

☐ ORDERED that the request is denied and the underlying document(s) shall be deleted from the court's electronic filing system.

☒ ORDERED that the request is granted and the document(s) shall be sealed until the expiration of the judiciary records retention period at which time the document will be permanently deleted.

*rev.8/1/15*