Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−30589−MBK
Chapter: 11
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   LTL Management LLC
   fka Chenango One LLC
   501 George Street
   New Brunswick, NJ 08933

Social Security No.:

Employer's Tax I.D. No.:
   87−3056622

## NOTICE OF JUDGMENT OR ORDER
## Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on February 15, 2022, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 1483 − 410, 547
ORDER AUTHORIZING RETENTION OF BATES WHITE, LLC (related document:410 Ex Parte Application w/Affidavit to Employ Professional Bates White, LLC filed by John R. Miller Jr. on behalf of LTL Management LLC. (Miller, John) [Transferred from North Carolina Western on 11/16/2021.] filed by Debtor LTL Management LLC, 547 Application For Retention of Professional Bates White, LLC as Talc Consultants Filed by Paul R. DeFilippo on behalf of LTL Management LLC. (Attachments: # 1 Exhibit A − Engagement Letter # 2 Exhibit B − Certification of Charles H. Mullin, Ph.D. in Support of Application for Retention of Bates White, LLC # 3 Exhibit 1 to Certification of Charles H. Mullin, Ph.D. − Charles H. Mullin, Ph.D. Curriculum Vitae # 4 Exhibit 2 to Certification of Charles H. Mullin, Ph.D. − Interested Parties List # 5 Exhibit 3 to Certification of Charles H. Mullin, Ph.D. − Schedule of Affiliations # 6 Proposed Order) filed by Debtor LTL Management LLC). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/15/2022. (wir)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 15, 2022
JAN: wir

                                                         Jeanne Naughton
                                                         Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 21-30589-MBK

LTL Management LLC  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 14 |
| Date Rcvd: Feb 15, 2022 | Form ID: orderntc | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | LTL Management LLC, 501 George Street, New Brunswick, NJ 08933-0001 |
| op | + | Bates White, LLC, 2001 K Street NW, North Building, Suite 500, Washington, DC 20006-1040 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2022    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam C. Silverstein | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation asilverstein@otterbourg.com, awilliams@otterbourg.com |
| Adam C. Silverstein | on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi District Litigation asilverstein@otterbourg.com, awilliams@otterbourg.com |
| Adam S. Ravin | on behalf of Interested Party Imerys Talc Canada Inc. adam.ravin@lw.com |
| Adam S. Ravin | on behalf of Interested Party Imerys Talc America  Inc. adam.ravin@lw.com |
| Adam S. Ravin | |

Case 21-30589-MBK    Doc 1523    Filed 02/17/22    Entered 02/18/22 00:11:44    Desc
Imaged Certificate of Notice    Page 3 of 15

| District/off: 0312-3 | User: admin | Page 2 of 14 |
|---|---|---|
| Date Rcvd: Feb 15, 2022 | Form ID: orderntc | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Interested Party Imerys Talc Vermont Inc. adam.ravin@lw.com |
| Alan Buford Felts | on behalf of Interested Party Otterbourg P.C afelts@tuggleduggins.com |
| Alan Buford Felts | on behalf of Interested Party Massey & Gail LLP afelts@tuggleduggins.com |
| Alan Buford Felts | on behalf of Interested Party Bailey & Glasser LLP afelts@tuggleduggins.com |
| Alan Buford Felts | on behalf of Interested Party Brown Rudnick LLP afelts@tuggleduggins.com |
| Alan Buford Felts | on behalf of Interested Party Parkins Lee & Rubio LLP afelts@tuggleduggins.com |
| Alan I. Moldoff | on behalf of Creditor Committee Official Committee of Talc Claimants II amoldoff@shermansilverstein.com |
| Alan J. Brody | on behalf of Creditor Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International Inc. brodya@gtlaw.com, NJLitDock@gtlaw.com |
| Alan J. Brody | on behalf of Creditor Bausch Health US LLC f/k/a Valeant Pharmaceuticals North America LLC brodya@gtlaw.com, NJLitDock@gtlaw.com |
| Alan J. Brody | on behalf of Creditor Bausch Health Americas Inc. f/k/a Valeant Pharmaceuticals International brodya@gtlaw.com, NJLitDock@gtlaw.com |
| Albert Togut | on behalf of Interested Party Roger Frankel as Legal Representative for Future Personal Injury Claimants appointed in the Chapter 11 bankruptcy case of Cyprus Mines Corporation altogut@teamtogut.com, eozuna@teamtogut.com;seratner@teamtogut.com;dperson@teamtogut.com |
| Allen Joseph Underwood, II | on behalf of Creditor DeSanto Canadian Class Action Plaintiffs aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com |
| Allen Joseph Underwood, II | on behalf of Attorney Lite DePalma Greenberg & Afandaor LLC aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com |
| Allen Joseph Underwood, II | on behalf of Creditor DiSanto Canadian Class Action Creditors aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com |
| Amanda Rush | on behalf of Plaintiff LTL Management LLC asrush@jonesday.com |
| Amanda Rush | on behalf of Debtor LTL Management LLC asrush@jonesday.com |
| Andreas Milliaressis | on behalf of Interested Party Hartford Accident and Indemnity Company adm@stevenslee.com |
| Andreas Milliaressis | on behalf of Interested Party First State Insurance Company adm@stevenslee.com |
| Andrew Ambruoso | on behalf of Interested Party Imerys Talc Canada Inc. andrew.ambruoso@lw.com andrew-ambruoso-6817@ecf.pacerpro.com |
| Andrew Ambruoso | on behalf of Interested Party Imerys Talc America Inc. andrew.ambruoso@lw.com, andrew-ambruoso-6817@ecf.pacerpro.com |
| Andrew Ambruoso | on behalf of Interested Party Imerys Talc Vermont Inc. andrew.ambruoso@lw.com, andrew-ambruoso-6817@ecf.pacerpro.com |
| Andrew Craig | on behalf of Creditor Allstate Insurance Company acraig@windelsmarx.com |
| Andrew Golden | on behalf of Interested Party Cyprus Mines Corporation agolden@kasowitz.com |
| Andrew J. Kelly | on behalf of Interested Party Blue Cross Blue Shield of Massachusetts Inc. akelly@kbtlaw.com, wsheridan@kbtlaw.com;saudino@kbtlaw.com;tgraga@kbtlaw.com;pschenke@kbtlaw.com |
| Andrew S. Richmond | on behalf of Interested Party Williams Hart Boundas Easterby LLP, on behalf of certain personal injury claimants (Williams Hart Plaintiffs) arichmond@pryorcashman.com |

Case 21-30589-MBK    Doc 1523    Filed 02/17/22    Entered 02/18/22 00:11:44    Desc
Imaged Certificate of Notice    Page 4 of 15

| District/off: 0312-3 | User: admin | Page 3 of 14 |
|---|---|---|
| Date Rcvd: Feb 15, 2022 | Form ID: orderntc | Total Noticed: 2 |

| | |
|---|---|
| Andrew T. Frankel | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) afrankel@stblaw.com |
| Andy Frankel | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) afrankel@stblaw.com |
| Anthony Sodono, III | on behalf of Creditor Alishia Landrum  Committee Member asodono@msbnj.com |
| Arthur Abramowitz | on behalf of Interested Party Massey & Gail LLP aabramowitz@shermansilverstein.com jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com |
| Arthur Abramowitz | on behalf of Creditor Committee Official Committee of Talc Claimants II aabramowitz@shermansilverstein.com jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com |
| Arthur Abramowitz | on behalf of Interested Party Bailey & Glasser LLP aabramowitz@shermansilverstein.com jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com |
| Autumn D. Highsmith | on behalf of Interested Party State of Texas autumn.highsmith@oag.texas.gov |
| Bill Graham | on behalf of Attorney Wallace & Graham P.A. bgraham@wallacegraham.com |
| Brad B. Erens | on behalf of Debtor LTL Management LLC bberens@jonesday.com |
| Brad B. Erens | on behalf of Plaintiff LTL Management LLC bberens@jonesday.com |
| Brad Jeffrey Axelrod | on behalf of Debtor LTL Management LLC baxelrod@wmd-law.com |
| Brad Jeffrey Axelrod | on behalf of Plaintiff LTL Management LLC baxelrod@wmd-law.com |
| Brett Kahn | on behalf of Spec. Counsel McCarter & English  LLP bkahn@mccarter.com |
| Brian J. McCormick, Jr. | on behalf of Interested Party Ross Feller Casey LLP bmccormick@rossfellercasey.com   earend@rossfellercasey.com |
| Brian W. Hofmeister | on behalf of Attorney Law Firm of Brian W. Hofmeister  of behalf of various claimants bwh@hofmeisterfirm.com, j119@ecfcbis.com |
| C. Richard Rayburn, Jr. | on behalf of Plaintiff LTL Management LLC rrayburn@rcdlaw.net   jrobinson@rcdlaw.net |
| Caitlin K. Cahow | on behalf of Debtor LTL Management LLC ccahow@jonesday.com |
| Carol A. Slocum | on behalf of Creditor Ad Hoc Mesothelioma Committee cslocum@klehr.com   lclark@klehr.com |
| Carolyn Lachman | on behalf of Creditor Pension Benefit Guaranty Corporation lachman.carolyn@pbgc.gov   efile@pbgc.gov |
| Cary Joshi | on behalf of Creditor Committee Official Committee of Talc Claimants II cjoshi@baileyglasser.com |
| Charles Michael Rubio | on behalf of Interested Party OnderLaw  LLC crubio@parkinslee.com, 7485062420@filings.docketbird.com |
| Charles Michael Rubio | on behalf of Creditor OnderLaw  LLC crubio@parkinslee.com, 7485062420@filings.docketbird.com |
| Chelsea Corey | on behalf of Interested Party Bestwall LLC ccorey@kslaw.com |
| Christopher K. Kiplok | on behalf of Interested Party Imerys SA kiplok@hugheshubbard.com |
| Christopher M. Placitella | on behalf of Interested Party Cohen  Placitella & Roth, P.C. cplacitella@cprlaw.com, cmcnelis@cprlaw.com |
| Christopher M. Placitella | on behalf of Attorney Christopher M. Placitella cplacitella@cprlaw.com   cmcnelis@cprlaw.com |

Case 21-30589-MBK    Doc 1523    Filed 02/17/22    Entered 02/18/22 00:11:44    Desc
Imaged Certificate of Notice    Page 5 of 15

| District/off: 0312-3 | User: admin | Page 4 of 14 |
|---|---|---|
| Date Rcvd: Feb 15, 2022 | Form ID: orderntc | Total Noticed: 2 |

| | |
|---|---|
| Christopher M. Placitella | cplacitella@cprlaw.com cmcnelis@cprlaw.com |
| Christopher Vincent Tisi | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation ctisis@levinlaw.com |
| Clinton E. Cameron | on behalf of Interested Party The Continental Insurance Company Clinton.Cameron@clydeco.us |
| Cole Hayes | on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi District Litigation cole@colehayeslaw.com |
| Cole Hayes | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation cole@colehayeslaw.com |
| Colin R. Robinson | on behalf of Interested Party Arnold & Itkin LLP crobinson@pszjlaw.com |
| Colin R. Robinson | on behalf of Creditor Arnold & Itkin LLP crobinson@pszjlaw.com |
| Daniel Lapinski | on behalf of Interested Party Motley Rice LLC dlapinski@motleyrice.com |
| Daniel Stolz | on behalf of Interested Party Bailey & Glasser LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Spec. Counsel Massey & Gail LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Attorney Genova Burns LLC dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Spec. Counsel Parkins Lee & Rubio LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Creditor Committee Official Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Interested Party Otterbourg P.C dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Creditor Proposed Local Counsel to Official Committee of Talc Claimants for LTL Management  LLC dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Creditor Committee Official Committee of Talc Claimants I dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Interested Party Brown Rudnick LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Creditor Committee Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Interested Party Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel B. Prieto | on behalf of Debtor LTL Management LLC dbprieto@jonesday.com |
| Daniel B. Prieto | on behalf of Plaintiff LTL Management LLC dbprieto@jonesday.com |
| Daniel H. Charest | on behalf of Creditor Julia Lathrop dcharest@burnscharest.com  manderson@burnscharest.com;mkweik@burnscharest.com |
| Daniel H. Charest | on behalf of Creditor Daniel Mercer dcharest@burnscharest.com  manderson@burnscharest.com;mkweik@burnscharest.com |
| Daniel H. Charest | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products |

Case 21-30589-MBK    Doc 1523    Filed 02/17/22    Entered 02/18/22 00:11:44    Desc
Imaged Certificate of Notice    Page 6 of 15

| District/off: 0312-3 | User: admin | Page 5 of 14 |
|---|---|---|
| Date Rcvd: Feb 15, 2022 | Form ID: orderntc | Total Noticed: 2 |

| | |
|---|---|
| | Marketing Sales Practices and Products Liability Multi-District Litigation dcharest@burnscharest.com, manderson@burnscharest.com;mkweik@burnscharest.com |
| Daniel Robert Lapinski | on behalf of Interested Party Motley Rice LLC dlapinski@motleyrice.com  hfonseca@motleyrice.com,kdotson@motleyrice.com |
| Danielle Spinelli | on behalf of Interested Party Three Crowns Insurance Company Danielle.Spinelli@wilmerhale.com |
| Danielle Spinelli | on behalf of Interested Party Rio Tinto America Inc. Danielle.Spinelli@wilmerhale.com |
| Darren McDowell | on behalf of Interested Party Fears Nachawati PLLC dmcdowell@fnlawfirm.com mn@fnlawfirm.com;jwoodman@essexrichards.com;hculp@essexrichards.com;cbritton@fnlawfirm.com |
| David Christian | on behalf of Creditor The Continental Insurance Company dchristian@davodcjrostoamattprmeus.com |
| David Christian | on behalf of Interested Party The Continental Insurance Company dchristian@davodcjrostoamattprmeus.com |
| David Rosner | on behalf of Interested Party Cyprus Mines Corporation drosner@kasowitz.com  courtnotices@kasowitz.com |
| David J. Molton | on behalf of Creditor Committee Official Committee of Talc Claimants dmolton@brownrudnick.com hcohen@brownrudnick.com |
| David J. Molton | on behalf of Creditor Committee Committee of Talc Claimants dmolton@brownrudnick.com  hcohen@brownrudnick.com |
| Dennis Geier | on behalf of Interested Party Cohen Placitella & Roth, P.C. dgeier@cprlaw.com, cmcnelis@cprlaw.com |
| Denyse F. Clancy | on behalf of Interested Party Kazan McClain, Satterley & Greenwood, PLC dclancy@kazanlaw.com |
| Derek J. Baker | on behalf of Interested Party Cyprus Mines Corporation dbaker@reedsmith.com |
| Donald W Clarke | on behalf of Attorney Genova Burns LLC dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Interested Party Bailey & Glasser LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Interested Party Otterbourg P.C dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Spec. Counsel Parkins Lee & Rubio LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Creditor Proposed Local Counsel to Official Committee of Talc Claimants for LTL Management  LLC dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Creditor Committee Committee of Talc Claimants dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Creditor Committee Official Committee of Talc Claimants dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Interested Party Brown Rudnick LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Spec. Counsel Massey & Gail LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Interested Party Committee of Talc Claimants dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Creditor Committee Official Committee of Talc Claimants I dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Interested Party Massey & Gail LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Interested Party Parkins Lee & Rubio LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| E. Richard Dressel | on behalf of Interested Party Erwin Chemerinsky rdressel@lexnovalaw.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 6 of 14 |
| Date Rcvd: Feb 15, 2022 | Form ID: orderntc | Total Noticed: 2 |

Eamonn O'Hagan
    on behalf of Creditor UNITED STATES OF AMERICA eamonn.ohagan@usdoj.gov

Eileen McCabe
    on behalf of Interested Party Starr Indemnity & Liability Company eileen.mccabe@mendes.com

Eileen McCabe
    on behalf of Interested Party Lexington Insurance Company eileen.mccabe@mendes.com

Eileen McCabe
    on behalf of Interested Party ASR Schadeverzekering N.V. eileen.mccabe@mendes.com

Eileen McCabe
    on behalf of Interested Party The North River Insurance Company eileen.mccabe@mendes.com

Eileen McCabe
    on behalf of Interested Party AIG Property Casualty Company eileen.mccabe@mendes.com

Eileen McCabe
    on behalf of Interested Party AIG Europe S.A. eileen.mccabe@mendes.com

Eileen McCabe
    on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd eileen.mccabe@mendes.com

Eileen McCabe
    on behalf of Interested Party The Insurance Company of the State of Pennsylvania eileen.mccabe@mendes.com

Eileen McCabe
    on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA eileen.mccabe@mendes.com

Eileen McCabe
    on behalf of Interested Party AIU Insurance Company eileen.mccabe@mendes.com

Eileen McCabe
    on behalf of Interested Party RheinLand Versicherungen eileen.mccabe@mendes.com

Eileen McCabe
    on behalf of Interested Party Atlanta International Insurance Company eileen.mccabe@mendes.com

Eileen McCabe
    on behalf of Interested Party Granite State Insurance Company eileen.mccabe@mendes.com

Eileen McCabe
    on behalf of Interested Party New Hampshire Insurance Company eileen.mccabe@mendes.com

Emil A. Kleinhaus
    on behalf of Interested Party Cyprus Amax Minerals Company EAKleinhaus@WLRK.com

Erica Villanueva
    on behalf of Interested Party Rio Tinto America Inc. EVillanueva@fbm.com

Erica Villanueva
    on behalf of Interested Party Three Crowns Insurance Company EVillanueva@fbm.com

Evan Lazerowitz
    on behalf of Creditor Committee Official Committee of Talc Claimants II elazerowitz@cooley.com
    efiling-notice@ecf.pacerpro.com;jbrown@cooley.com;mklein@cooley.com;rkanowitz@cooley.com

Felice R. Yudkin
    on behalf of Interested Party Claimants represented by the Barnes Law Group fyudkin@coleschotz.com  fpisano@coleschotz.com

Geoffrey S Brounell
    on behalf of Unknown Role Type Reuters News & Media  Inc. geoffreybrounell@dwt.com

Gregory Plotko
    on behalf of Interested Party Pacific Employers Insurance Company gplotko@crowell.com  mschneider@rkollp.com

Gregory Plotko
    on behalf of Interested Party Westchester Fire Insurance Company gplotko@crowell.com  mschneider@rkollp.com

Gregory Plotko
    on behalf of Interested Party Federal Insurance Company gplotko@crowell.com  mschneider@rkollp.com

Gregory Plotko
    on behalf of Interested Party Great Northern Insurance Company gplotko@crowell.com  mschneider@rkollp.com

Gregory Plotko
    on behalf of Interested Party ACE Property and Casualty Insurance Company gplotko@crowell.com  mschneider@rkollp.com

Gregory Plotko
    on behalf of Interested Party Central National Insurance Company of Omaha gplotko@crowell.com  mschneider@rkollp.com

Gregory Plotko

| | |
|---|---|
| | on behalf of Interested Party Century Indemnity Company gplotko@crowell.com mschneider@rkollp.com |
| Gregory M. Gordon | on behalf of Debtor LTL Management LLC gmgordon@jonesday.com |
| Gregory M. Gordon | on behalf of Plaintiff LTL Management LLC gmgordon@jonesday.com |
| Heather Elizabeth Simpson | on behalf of Interested Party TIG Insurance Company heather.simpson@kennedyscmk.com |
| Heather Elizabeth Simpson | on behalf of Interested Party Everest Reinsurance Company heather.simpson@kennedyscmk.com |
| Isley M. Gostin | on behalf of Interested Party Three Crowns Insurance Company Isley.Gostin@wilmerhale.com |
| Isley M. Gostin | on behalf of Interested Party Rio Tinto America Inc. Isley.Gostin@wilmerhale.com |
| James Francis Green | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation jgreen@ashcraftlaw.com, tnguyen@ashcraftlaw.com;nparfitt@ashcraftlaw.com;plyons@ashcraft.com;twaters@ashcraftlaw.com |
| James M. Jones | on behalf of Debtor LTL Management LLC jmjones@jonesday.com |
| James N. Lawlor | on behalf of Spec. Counsel Patterson Belknap Webb & Tyler LLP jlawlor@wmd-law.com |
| James N. Lawlor | on behalf of Plaintiff LTL Management LLC jlawlor@wmd-law.com |
| James N. Lawlor | on behalf of Debtor LTL Management LLC jlawlor@wmd-law.com |
| Janet A. Shapiro | on behalf of Interested Party Scottsdale Insurance jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | on behalf of Interested Party Employers Mutual Casualty Company jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | on behalf of Interested Party Employers Ins. of Wausau jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | on behalf of Interested Party Nationwide Indemnity jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | on behalf of Interested Party Employers Ins Co of Wausau jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | on behalf of Interested Party Employers Ins. Company of Wausau jshapiro@shapirolawfirm.com |
| Jason D Angelo | on behalf of Interested Party Cyprus Mines Corporation jangelo@reedsmith.com |
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Jennifer S. Feeney | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation jfeeney@otterbourg.com |
| Jerome Howard Block | on behalf of Interested Party Levy Konigsberg LLP jblock@levylaw.com |
| Jerome Howard Block | on behalf of Interested Party Talc Claimants jblock@levylaw.com |
| Joel Rhine | on behalf of Interested Party Clients of Clifford Law Offices  P.C., and Taft Stettinius & Hollister, LLP slc@rhinelawfirm.com |
| John Bougiamas | on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi District Litigation jbougiamas@otterbourg.com, ryan@otterbourg.com;jfeeney@otterbourg.com;mmaizel@otterbourg.com;jhildebrandt@otterbourg.com |
| John Bougiamas | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation jbougiamas@otterbourg.com, ryan@otterbourg.com;jfeeney@otterbourg.com;mmaizel@otterbourg.com;jhildebrandt@otterbourg.com |

Case 21-30589-MBK    Doc 1523    Filed 02/17/22    Entered 02/18/22 00:11:44    Desc
Imaged Certificate of Notice    Page 9 of 15

| District/off: 0312-3 | User: admin | Page 8 of 14 |
|---|---|---|
| Date Rcvd: Feb 15, 2022 | Form ID: orderntc | Total Noticed: 2 |

John Maloney
    on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) jmaloney@lawgmm.com

John A. Baden, IV
    on behalf of Interested Party Motley Rice LLC jbaden@motleyrice.com

John A. Baden, IV
    on behalf of Other Prof. Epiq Corporate Restructuring  LLC jbaden@motleyrice.com

John A. Bougiamas
    on behalf of Interested Party Committee of Talc Claimants jbougiamas@oshr.com jfeeney@otterbourg.com;awilliams@otterbourg.com;dfiorillo@otterbourg.com

John C. Woodman
    on behalf of Attorney John C. Woodman jwoodman@essexrichards.com DDiMatteo@essexrichards.com;SMarak@essexrichards.com

John D. Green
    on behalf of Interested Party Rio Tinto America Inc. JGreen@fbm.com

John D. Green
    on behalf of Interested Party Three Crowns Insurance Company JGreen@fbm.com

John F. Bracaglia, Jr.
    on behalf of Creditor Jeanne Stephenson brokaw@centraljerseylaw.com

John M. August
    on behalf of Creditor Vincent Hill jaugust@saiber.com  cmiller@saiber.com

John M. August
    on behalf of Creditor Kristie Lynn Doyle jaugust@saiber.com  cmiller@saiber.com

John R. Miller, Jr.
    on behalf of Plaintiff LTL Management LLC jmiller@rcdlaw.net

John R. Miller, Jr.
    on behalf of Debtor LTL Management LLC jmiller@rcdlaw.net

Jonathan I. Rabinowitz
    on behalf of Attorney J. Maria Glover jrabinowitz@rltlawfirm.com  jcoleman@rltlawfirm.com

Jonathan S Massey
    on behalf of Interested Party Massey & Gail LLP jloper@masseygail.com

Joseph Satterley
    on behalf of Interested Party Kazan  McClain, Satterley & Greenwood, PLC jsatterley@kazanlaw.com

Joseph F. Rice
    on behalf of Interested Party Motley Rice LLC jrice@motleyrice.com

Joseph Francis Pacelli
    on behalf of Debtor LTL Management LLC jpacelli@wmd-law.com

Joseph Francis Pacelli
    on behalf of Plaintiff LTL Management LLC jpacelli@wmd-law.com

Judy D. Thompson
    on behalf of Interested Party Barnes Law Group  LLC jdt@jdthompsonlaw.com, sxb@jdthompsonlaw.com

Katherine Scherling
    on behalf of Interested Party RheinLand Versicherungen katherine.scherling@katten.com

Katherine Scherling
    on behalf of Interested Party ASR Schadeverzekering N.V. katherine.scherling@katten.com

Katherine Scherling
    on behalf of Interested Party AIU Insurance Company katherine.scherling@katten.com

Katherine Scherling
    on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd katherine.scherling@katten.com

Katherine Scherling
    on behalf of Interested Party Lexington Insurance Company katherine.scherling@katten.com

Katherine Scherling
    on behalf of Interested Party The North River Insurance Company katherine.scherling@katten.com

Katherine Scherling
    on behalf of Interested Party AIG Property Casualty Company katherine.scherling@katten.com

Katherine Scherling
    on behalf of Interested Party Granite State Insurance Company katherine.scherling@katten.com

Case 21-30589-MBK    Doc 1523    Filed 02/17/22    Entered 02/18/22 00:11:44    Desc
Imaged Certificate of Notice    Page 10 of 15

| District/off: 0312-3 | User: admin | Page 9 of 14 |
|---|---|---|
| Date Rcvd: Feb 15, 2022 | Form ID: orderntc | Total Noticed: 2 |

| | |
|---|---|
| Katherine Scherling | on behalf of Interested Party Atlanta International Insurance Company katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party New Hampshire Insurance Company katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party The Insurance Company of the State of Pennsylvania katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party Starr Indemnity & Liability Company katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party AIG Europe S.A. katherine.scherling@katten.com |
| Kathleen A Frazier | on behalf of Debtor LTL Management LLC kfrazier@shb.com |
| Kelly D. Curtin | on behalf of Interested Party Rio Tinto America Inc. kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com |
| Kelly D. Curtin | on behalf of Interested Party Rio Tinto America Holdings Inc. kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com |
| Kelly D. Curtin | on behalf of Interested Party Rio Tinto Services Inc. kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com |
| Kelly D. Curtin | on behalf of Interested Party Three Crowns Insurance Company kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com |
| Kelly D. Curtin | on behalf of Interested Party Metals & Minerals Insurance Company Pte. Ltd. kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com |
| Kelsey Panizzolo | on behalf of Interested Party Atlanta International Insurance Company kelsey.panizzolo@katten.com   courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party AIG Property Casualty Company kelsey.panizzolo@katten.com   courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party The Insurance Company of the State of Pennsylvania kelsey.panizzolo@katten.com   courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party Starr Indemnity & Liability Company kelsey.panizzolo@katten.com   courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party The North River Insurance Company kelsey.panizzolo@katten.com   courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party Granite State Insurance Company kelsey.panizzolo@katten.com   courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party New Hampshire Insurance Company kelsey.panizzolo@katten.com   courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd kelsey.panizzolo@katten.com   courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party RheinLand Versicherungen kelsey.panizzolo@katten.com   courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party Lexington Insurance Company kelsey.panizzolo@katten.com   courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA kelsey.panizzolo@katten.com   courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party AIU Insurance Company kelsey.panizzolo@katten.com   courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party AIG Europe S.A. kelsey.panizzolo@katten.com   courtalertclt@katten.com |

Case 21-30589-MBK    Doc 1523    Filed 02/17/22    Entered 02/18/22 00:11:44    Desc
Imaged Certificate of Notice    Page 11 of 15

| District/off: 0312-3 | User: admin | Page 10 of 14 |
|---|---|---|
| Date Rcvd: Feb 15, 2022 | Form ID: orderntc | Total Noticed: 2 |

| | |
|---|---|
| Kelsey Panizzolo | on behalf of Interested Party ASR Schadeverzekering N.V. kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kenneth A. Rosen | on behalf of Interested Party Johnson & Johnson krosen@lowenstein.com  dclaussen@lowenstein.com |
| Kenneth A. Rosen | on behalf of Interested Party Johnson & Johnson and Johnson & Johnson Consumer Inc. krosen@lowenstein.com  dclaussen@lowenstein.com |
| Konrad Krebs | on behalf of Interested Party The Continental Insurance Company konrad.krebs@clydeco.us |
| Kristen R. Fournier | on behalf of Debtor LTL Management LLC kfournier@kslaw.com |
| Laila Masud | on behalf of Interested Party Talc Claimants lmasud@marshackhays.com |
| Laura Davis Jones | on behalf of Creditor Arnold & Itkin LLP ljones@pszjlaw.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Lenard Parkins | on behalf of Creditor OnderLaw  LLC lparkins@parkinslee.com |
| Leslie Carol Heilman | on behalf of Creditor Albertsons Companies  Inc. heilmanl@ballardspahr.com, carbonej@ballardspahr.com |
| Louis A. Modugno | on behalf of Interested Party Atlanta International Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Granite State Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party AIG Europe S.A. lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party New Hampshire Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party ASR Schadeverzekering N.V. lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party AIG Property Casualty Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party RheinLand Versicherungen lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Lexington Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Starr Indemnity & Liability Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party The Insurance Company of the State of Pennsylvania lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party AIU Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Objecting Insurers lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party The North River Insurance Company lmodugno@tm-firm.com |
| Lyndon Mitchell Tretter | on behalf of Plaintiff LTL Management LLC ltretter@wmd-law.com |
| Lyndon Mitchell Tretter | on behalf of Debtor LTL Management LLC ltretter@wmd-law.com |
| Marc E. Wolin | |

Case 21-30589-MBK    Doc 1523    Filed 02/17/22    Entered 02/18/22 00:11:44    Desc
Imaged Certificate of Notice    Page 12 of 15

| District/off: 0312-3 | User: admin | Page 11 of 14 |
|---|---|---|
| Date Rcvd: Feb 15, 2022 | Form ID: orderntc | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Creditor Kristie Lynn Doyle mwolin@saiber.com ccarfagno@saiber.com |
| Mark P. Robinson, Jr | on behalf of Interested Party Talc Claimants mrobinson@robinsonfirm.com |
| Mark W. Rasmussen | on behalf of Debtor LTL Management LLC mrasmussen@jonesday.com |
| Mary E. Seymour | on behalf of Interested Party Johnson & Johnson and Johnson & Johnson Consumer Inc. mseymour@lowenstein.com jkimble@lowenstein.com |
| Matthew I. W. Baker | on behalf of Creditor Proposed Local Counsel to Official Committee of Talc Claimants for LTL Management LLC mbaker@genovaburns.com |
| Matthew L Tomsic | on behalf of Plaintiff LTL Management LLC mtomsic@rcdlaw.net |
| Matthew L Tomsic | on behalf of Debtor LTL Management LLC mtomsic@rcdlaw.net |
| Melanie Louise Cyganowski | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi-District Litigation mcyganowski@otterbourg.com, awilliams@otterbourg.com |
| Melanie Louise Cyganowski | on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi District Litigation mcyganowski@otterbourg.com, awilliams@otterbourg.com |
| Michael Hutchins | on behalf of Interested Party Cyprus Mines Corporation mhutchins@kasowitz.com courtnotices@kasowitz.com |
| Michael E. Collins | on behalf of Interested Party Westchester Fire Insurance Company mcollins@manierherod.com |
| Michael H. Torkin | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) michael.torkin@stblaw.com |
| Michael L. Tuchin | on behalf of Interested Party Aylstock Witkin, Kreis & Overholtz, PLLC mtuchin@ktbslaw.com |
| Michelle A. Parfitt | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi-District Litigation mparfitt@ashcraftlaw.com |
| Mitchell Hausman | on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov |
| Mitchell Malzberg | on behalf of Interested Party Talc Claimants mmalzberg@mjmalzberglaw.com dlapham@mjmalzberglaw.com |
| Mitchell Malzberg | on behalf of Creditor Various Claimants mmalzberg@mjmalzberglaw.com dlapham@mjmalzberglaw.com |
| Morton R. Branzburg | on behalf of Creditor Ad Hoc Mesothelioma Committee mbranzburg@klehr.com jtaylor@klehr.com;nyackle@klehr.com |
| Nabil Majed Nachawati, II | on behalf of Interested Party Fears Nachawati PLLC MN@fnlawfirm.com |
| Nancy Isaacson | on behalf of Interested Party Motley Rice LLC nisaacson@greenbaumlaw.com |
| Nathan David Finch | on behalf of Interested Party Motley Rice LLC nfinch@motleyrice.com |
| Nir Maoz | on behalf of Interested Party Aylstock Witkin, Kreis & Overholtz, PLLC nmaoz@ktbslaw.com |
| P. Leigh O'Dell | on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi District Litigation leigh.odell@beasleyallen.com |
| Patricia M. Kipnis | on behalf of Interested Party Committee of Talc Claimants pkipnis@baileyglasser.com mchapman@baileyglasser.com |
| Paul E. Heath | on behalf of Interested Party Cyprus Amax Minerals Company pheath@velaw.com |
| Paul J. Winterhalter | |

Case 21-30589-MBK    Doc 1523    Filed 02/17/22    Entered 02/18/22 00:11:44    Desc
Imaged Certificate of Notice    Page 13 of 15

| District/off: 0312-3 | User: admin | Page 12 of 14 |
|---|---|---|
| Date Rcvd: Feb 15, 2022 | Form ID: orderntc | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Interested Party Aylstock Witkin, Kreis & Overholtz, PLLC pwinterhalter@offitkurman.com, rbarnhart@offitkurman.com |
| Paul M. Singer | |
| | on behalf of Interested Party Cyprus Mines Corporation psinger@reedsmith.com |
| Paul R. Baynard | |
| | on behalf of Interested Party Aylstock Witkin, Kreis & Overholtz, PLLC paul.baynard@offitkurman.com, tonya.helms@offitkurman.com |
| Paul R. DeFilippo | |
| | on behalf of Debtor LTL Management LLC pdefilippo@wmd-law.com jgiampolo@wmd-law.com |
| Paul R. DeFilippo | |
| | on behalf of Other Prof. Bates White LLC pdefilippo@wmd-law.com, jgiampolo@wmd-law.com |
| Paul R. DeFilippo | |
| | on behalf of Attorney Rayburn Cooper & Durham P.A pdefilippo@wmd-law.com, jgiampolo@wmd-law.com |
| Paul R. DeFilippo | |
| | on behalf of Attorney Jones Day pdefilippo@wmd-law.com jgiampolo@wmd-law.com |
| Paul R. DeFilippo | |
| | on behalf of Attorney Wollmuth Maher & Deutsch LLP pdefilippo@wmd-law.com jgiampolo@wmd-law.com |
| Paul R. DeFilippo | |
| | on behalf of Other Prof. AlixPartners LLP pdefilippo@wmd-law.com, jgiampolo@wmd-law.com |
| Paul R. DeFilippo | |
| | on behalf of Plaintiff LTL Management LLC pdefilippo@wmd-law.com jgiampolo@wmd-law.com |
| Paul R. DeFilippo | |
| | on behalf of Spec. Counsel Weil Gotshal, & Manges, LLP pdefilippo@wmd-law.com, jgiampolo@wmd-law.com |
| Rachel Ginzburg | |
| | on behalf of Unknown Role Type The Amici Professors rginzburg@herrick.com |
| Rachel A. Parisi | |
| | on behalf of Interested Party Rio Tinto America Holdings Inc. raparisi@pbnlaw.com mpdermatis@pbnlaw.com;cpmazza@pbnlaw.com;sakelly@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Rachel A. Parisi | |
| | on behalf of Interested Party Rio Tinto Services Inc. raparisi@pbnlaw.com mpdermatis@pbnlaw.com;cpmazza@pbnlaw.com;sakelly@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Rachel A. Parisi | |
| | on behalf of Interested Party Three Crowns Insurance Company raparisi@pbnlaw.com mpdermatis@pbnlaw.com;cpmazza@pbnlaw.com;sakelly@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Rachel A. Parisi | |
| | on behalf of Interested Party Rio Tinto America Inc. raparisi@pbnlaw.com mpdermatis@pbnlaw.com;cpmazza@pbnlaw.com;sakelly@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Rachel A. Parisi | |
| | on behalf of Interested Party Metals & Minerals Insurance Company Pte. Ltd. raparisi@pbnlaw.com mpdermatis@pbnlaw.com;cpmazza@pbnlaw.com;sakelly@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Rachel R Obaldo | |
| | on behalf of Interested Party State of Texas bk-robaldo@texasattorneygeneral.gov |
| Rashad Blossom | |
| | on behalf of Interested Party Joseph McGovern rblossom@blossomlaw.com pogando@blossomlaw.com;R41929@notify.bestcase.com;ecfnotices2018@gmail.com |
| Rashad Blossom | |
| | on behalf of Attorney Christopher M. Placitella rblossom@blossomlaw.com pogando@blossomlaw.com;R41929@notify.bestcase.com;ecfnotices2018@gmail.com |
| Richard A. Schneider | |
| | on behalf of Interested Party Bestwall LLC dschneider@kslaw.com |
| Richard Moss Golomb | |
| | on behalf of Interested Party Golomb Spirt Grunfeld rgolomb@golombhonik.com |
| Richard Moss Golomb | |
| | on behalf of Creditor Brandi Carl rgolomb@golombhonik.com |
| Robert Novick | |
| | on behalf of Interested Party Cyprus Mines Corporation rnovick@kasowitz.com |
| Robert J. Pfister | |
| | on behalf of Interested Party Aylstock Witkin, Kreis & Overholtz, PLLC rpfister@ktbslaw.com |

Case 21-30589-MBK    Doc 1523    Filed 02/17/22    Entered 02/18/22 00:11:44    Desc
Imaged Certificate of Notice    Page 14 of 15

| District/off: 0312-3 | User: admin | Page 13 of 14 |
|---|---|---|
| Date Rcvd: Feb 15, 2022 | Form ID: orderntc | Total Noticed: 2 |

Robert W. Hamilton
    on behalf of Debtor LTL Management LLC rwhamilton@jonesday.com

Robert William Miller
    on behalf of Interested Party Westchester Fire Insurance Company RMiller@ManierHerod.com

Robin Rabinowitz
    on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) rrabinowitz@lawgmm.com

Rochelle Guiton
    on behalf of Creditor Aleathea Goodins rochelle@dmillerlaw.com

Ross J. Switkes
    on behalf of Creditor Committee Official Committee of Talc Claimants II rswitkes@shermansilverstein.com

Salvatore Daniele
    on behalf of Interested Party Rio Tinto America Inc. Sal.Daniele@wilmerhale.com isley.gostin@wilmerhale.com;danielle.spinelli@wilmerhale.com;yolande.thompson@wilmerhale.com

Salvatore Daniele
    on behalf of Interested Party Three Crowns Insurance Company Sal.Daniele@wilmerhale.com isley.gostin@wilmerhale.com;danielle.spinelli@wilmerhale.com;yolande.thompson@wilmerhale.com

Samuel M. Kidder
    on behalf of Interested Party Aylstock Witkin, Kreis & Overholtz, PLLC skidder@ktbslaw.com

Sandy Qusba
    on behalf of Creditor Bausch Health US LLC f/k/a Valeant Pharmaceuticals North America LLC squsba@stblaw.com

Sandy Qusba
    on behalf of Creditor Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International Inc. squsba@stblaw.com

Sandy Qusba
    on behalf of Creditor Bausch Health Americas Inc. f/k/a Valeant Pharmaceuticals International squsba@stblaw.com

Sarah Meiman
    on behalf of Creditor Pension Benefit Guaranty Corporation meiman.sarah@pbgc.gov

Sari Blair Placona
    on behalf of Creditor Alishia Landrum Committee Member splacona@msbnj.com

Seth H. Lieberman
    on behalf of Interested Party Williams Hart Boundas Easterby LLP, on behalf of certain personal injury claimants (Williams Hart Plaintiffs) slieberman@pryorcashman.com

Sid Garabato
    on behalf of Other Prof. Epiq Corporate Restructuring LLC sgarabato@epiqglobal.com, rjacobs@ecf.epiqsystems.com

Simon J. Torres
    on behalf of Creditor Pension Benefit Guaranty Corporation torres.simon@pbgc.gov efile@pbgc.gov

Sommer Leigh Ross
    on behalf of Creditor Republic Indemnity Company of America slross@duanemorris.com AutoDocketWILM@duanemorris.com

Stephen M. Packman
    on behalf of Interested Party Roger Frankel as Legal Representative for Future Personal Injury Claimants appointed in the Chapter 11 bankruptcy case of Cyprus Mines Corporation spackman@archerlaw.com, dleney@archerlaw.com,ahuber@archerlaw.com

Stephen T. Roberts
    on behalf of Interested Party Clients of Mendes & Mount LLP stephen.roberts@mendes.com

Stephen V. Gimigliano
    on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) sgimigliano@lawgmm.com

Steven Abramowitz
    on behalf of Interested Party Cyprus Amax Minerals Company sabramowitz@velaw.com mmoran@velaw.com;kgrissel@velaw.com;tmitsch@velaw.com;kduchesne@velaw.com

Steven B Smith
    on behalf of Unknown Role Type The Amici Professors ssmith@herrick.com courtnotices@herrick.com;lporetsky@herrick.com

Thomas Pitta
    on behalf of Creditor PTI Royston LLC tpitta@emmetmarvin.com

Thomas Pitta
    on behalf of Creditor PTI Union LLC tpitta@emmetmarvin.com

Thomas W. Waldrep, Jr.
    on behalf of Interested Party Kazan McClain, Satterley & Greenwood, PLC notice@waldrepwall.com, 8898@notices.nextchapterbk.com;khayden@waldrepwall.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 14 of 14 |
| Date Rcvd: Feb 15, 2022 | Form ID: orderntc | Total Noticed: 2 |

Thomas W. Waldrep, Jr.
    on behalf of Interested Party Kirk Smith notice@waldrepwall.com 8898@notices.nextchapterbk.com;khayden@waldrepwall.com

Thomas W. Waldrep, Jr.
    on behalf of Interested Party Kazan McClain, Satterley & Greenwood notice@waldrepwall.com,
    8898@notices.nextchapterbk.com;khayden@waldrepwall.com

Thomas W. Waldrep, Jr.
    on behalf of Interested Party Levy Konigsberg LLP notice@waldrepwall.com
    8898@notices.nextchapterbk.com;khayden@waldrepwall.com

Thomas W. Waldrep, Jr.
    on behalf of Interested Party Ruckdeschel Law Firm LLC notice@waldrepwall.com,
    8898@notices.nextchapterbk.com;khayden@waldrepwall.com

Thomas W. Waldrep, Jr.
    on behalf of Interested Party Weitz & Luxenberg P.C. notice@waldrepwall.com
    8898@notices.nextchapterbk.com;khayden@waldrepwall.com

Thomas W. Waldrep, Jr.
    on behalf of Interested Party Maune Raichle Hartley French & Mudd LLC notice@waldrepwall.com,
    8898@notices.nextchapterbk.com;khayden@waldrepwall.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 319