Order Filed on February 15, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**WOLLMUTH MAHER & DEUTSCH LLP**<br>Paul R. DeFilippo, Esq.<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>Facsimile: (212) 382-0050<br>pdefilippo@wmd-law.com<br><br>**JONES DAY**<br>Gregory M. Gordon, Esq.<br>Brad B. Erens, Esq.<br>Dan B. Prieto, Esq.<br>Amanda Rush, Esq.<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>gmgordon@jonesday.com<br>bberens@jonesday.com<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br>(Admitted *pro hac vice*)<br><br>*ATTORNEYS FOR DEBTOR* |

| In re: | Chapter 11 |
|---|---|
| LTL MANAGEMENT LLC,[1] | Case No.: 21-30589 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

# ORDER AUTHORIZING RETENTION OF BATES WHITE, LLC

The relief set forth on the following pages, numbered two (2) through five (5), is hereby **ORDERED**.

**DATED: February 15, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

(Page 2)
Debtor: LTL Management LLC
Case No. 21-30589-MBK
Caption:  Order Authorizing Retention of Bates White, LLC

Upon the applicant's, LTL Management LLC's (the "Debtor" or "LTL Management"),[2] request for authorization to retain Bates White, LLC ("Bates White") as talc consultant and expert for the Debtor, *nunc pro tunc* to October 14, 2021 [Dkts. 410, 547] (the "Application"), the Court having considered the Supplemental Certification of Charles H. Mullin, PH.D. in support of the Application [Dkt. 803] (the "Certification"), the replies in support of the Application [Dkts. 810, 1196] and the objection [Dkt. 750] (the "Objection") to the Application and having previously entered the *Order Authorizing Interim Retention of Bates White, LLC* [Dkt. 858], and the Objection having been resolved, it is hereby **ORDERED**:

1. The Application is granted as set forth herein.

2. Except as otherwise provided in this Order, the Debtor is authorized to retain Bates White as set forth in the Application and the documents attached thereto, including, but not limited to, the engagement letter attached to the Application as Exhibit A (the "Engagement Letter"), effective as of October 14, 2021.

3. Any additional services proposed to be provided by Bates White not described in the Application and the Engagement Letter shall require further Court approval.

4. Bates White shall file monthly, interim and final fee requests for allowance of compensation and reimbursement of expenses pursuant to the procedures set forth in Sections 330 and 331 of the Bankruptcy Code, applicable Bankruptcy Rules, the Local Bankruptcy Rules, the U.S. Trustee Guidelines, and any other applicable procedures and orders of this Court, including the Interim Compensation Order; provided, however, that if Bates White seeks to redact its time records to protect any privileges asserted it shall first apply to the Bankruptcy Court for permission to do so under Section 107 of the Bankruptcy Code, with the rights of all parties in interest with respect to any such relief fully preserved.  The Debtor shall be solely responsible for paying all amounts due under

---

[2] Capitalized terms used herein but not defined shall have the meaning given to such terms in the Application.

(Page 3)
Debtor: LTL Management LLC
Case No. 21-30589-MBK
Caption:  Order Authorizing Retention of Bates White, LLC

      this retention, subject to Court approval.  The rights of any party in interest to object to any such fee request, and the right of Bates White to respond to any such objection, are fully preserved.

5.    Notwithstanding anything to the contrary in the Application, all parties-in-interest have the right to object to any allocation of fees and expenses as between the Debtor and J&J and/or any non-Debtor affiliates.

6.    For the avoidance of doubt, no fees earned and payable to Bates White shall constitute a "success fee," "bonus" or "fee enhancement" under applicable law.

7.    Subject to the terms of the Interim Compensation Order, Bates White is authorized to hold the Retainer as security for payment of postpetition fees and expenses.  Bates White shall not apply any portion of the Retainer to fees and expenses incurred from and after the Petition Date unless and until authorized to do so by further order of the Bankruptcy Court, including the Interim Compensation Order.

8.    Notwithstanding any contrary provision of the Engagement Letter including but not limited to paragraph 16, the Bankruptcy Court shall have jurisdiction over, hear and adjudicate any dispute that may arise under the Engagement Letter among the parties to the Engagement Letter during the pendency of the Chapter 11 Case.

9.    The limitation of liability contained in paragraph 17 of the Engagement Letter is deemed to be of no force or effect during the pendency of this Chapter 11 Case with respect to the services to be provided pursuant to this Order.

10.    Paragraph 19 of the Engagement Letter is revised to reflect that termination will only be allowed upon entry of an Order by the Bankruptcy Court.

11.    Paragraphs 9 and 11 of the Engagement Letter are revised to reflect that no interest shall accrue on any invoices or payments and that Bates White may not withhold services unless upon entry of an Order by the Bankruptcy Court.

(Page 4)
Debtor: LTL Management LLC
Case No. 21-30589-MBK
Caption: Order Authorizing Retention of Bates White, LLC

12. Paragraph 20 of the Engagement Letter is revised to reflect that the survival of certain paragraphs of the Engagement Letter is subject to the revisions contained in this Order.

13. Paragraph 15 of the Engagement Letter is revised to reflect that the Bankruptcy Court shall hear and adjudicate any disputes arising between Bates White and Jones Day or the Debtor during the pendency of the Chapter 11 Case.

14. In the event Bates White seeks to use any of its affiliates to perform services for Jones Day or the Debtor, the Debtor shall seek the separate retention of any affiliates upon notice and a hearing, with the rights of all parties in interest preserved in respect of any such request.

15. To the extent Bates White uses the services of independent contractors (the "Contractors") in the Chapter 11 Case, Bates White shall: (a) pass through the cost of such Contractors to the Debtor at the same rate that Bates White pays the Contractors; (b) seek reimbursement for actual costs incurred; (c) require the Contractors to file Rule 2014 affidavits (copies of which shall be promptly provided to any official committee(s) of talc claimants appointed in this Chapter 11 Case (the "Committee")) indicating that the Contractors have reviewed the Parties in Interest List in this case, disclose the Contractors' relationships, if any, with Parties in Interest List and indicate that the Contractors are disinterested; (d) confirm that the Contractors remain disinterested during the time that Bates White is involved in providing services to the Debtor; (e) require the Contractors to represent that they will not provide services in this Chapter 11 Case to the Debtor or other parties in interest during the time Bates White is involved in providing services to the Debtor; and (f) Bates White shall attach any such Contractor invoices to its monthly fee statements, interim fee applications and/or final fee applications filed in this case. The rights of all parties in interest with respect to the use of any Contractors (including, without limitation, with respect to whether any

(Page 5)
Debtor: LTL Management LLC
Case No. 21-30589-MBK
Caption:  Order Authorizing Retention of Bates White, LLC

        Contractor is disinterested) and the payment of any Contractor invoices as set forth herein are fully preserved.

16.    To the extent that any party-in-interest, including the Committee and the U.S. Trustee, discovers any facts or circumstances indicating that Bates White's retention under section 327(a) of the Bankruptcy Code is not appropriate, the right of any party-in-interest, the Committee and the U.S. Trustee to seek at that time any appropriate relief is fully preserved.

17.    If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-30589-MBK |
| LTL Management LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 14 |
| Date Rcvd: Feb 15, 2022 | Form ID: pdf903 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | LTL Management LLC, 501 George Street, New Brunswick, NJ 08933-0001 |
| aty | + | Glenn M. Kurtz, White & Case LLP, 1221 Avenue of the America, New York, NY 10020-1001 |
| aty | + | Jessica Lauria, White & Case LLP, 1221 Avenue of the America, New York,, NY 10020-1001 |
| aty | + | Rayburn, Cooper & Durham, P.A., The Carillon, Suite 1200, 227 West Trade St., Charlotte, NC 28202-1672 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2022            Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam C. Silverstein | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation asilverstein@otterbourg.com, awilliams@otterbourg.com |
| Adam C. Silverstein | on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi District Litigation asilverstein@otterbourg.com, awilliams@otterbourg.com |
| Adam S. Ravin | on behalf of Interested Party Imerys Talc Canada Inc. adam.ravin@lw.com |
| Adam S. Ravin | |

Case 21-30589-MBK    Doc 1524    Filed 02/17/22    Entered 02/18/22 00:11:44    Desc
Imaged Certificate of Notice    Page 7 of 19

| District/off: 0312-3 | User: admin | Page 2 of 14 |
|---|---|---|
| Date Rcvd: Feb 15, 2022 | Form ID: pdf903 | Total Noticed: 4 |

Adam S. Ravin
on behalf of Interested Party Imerys Talc America Inc. adam.ravin@lw.com

on behalf of Interested Party Imerys Talc Vermont Inc. adam.ravin@lw.com

Alan Buford Felts
on behalf of Interested Party Otterbourg P.C afelts@tuggleduggins.com

Alan Buford Felts
on behalf of Interested Party Bailey & Glasser LLP afelts@tuggleduggins.com

Alan Buford Felts
on behalf of Interested Party Massey & Gail LLP afelts@tuggleduggins.com

Alan Buford Felts
on behalf of Interested Party Brown Rudnick LLP afelts@tuggleduggins.com

Alan Buford Felts
on behalf of Interested Party Parkins Lee & Rubio LLP afelts@tuggleduggins.com

Alan I. Moldoff
on behalf of Creditor Committee Official Committee of Talc Claimants II amoldoff@shermansilverstein.com

Alan J. Brody
on behalf of Creditor Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International Inc. brodya@gtlaw.com, NJLitDock@gtlaw.com

Alan J. Brody
on behalf of Creditor Bausch Health US LLC f/k/a Valeant Pharmaceuticals North America LLC brodya@gtlaw.com, NJLitDock@gtlaw.com

Alan J. Brody
on behalf of Creditor Bausch Health Americas Inc. f/k/a Valeant Pharmaceuticals International brodya@gtlaw.com, NJLitDock@gtlaw.com

Albert Togut
on behalf of Interested Party Roger Frankel as Legal Representative for Future Personal Injury Claimants appointed in the Chapter 11 bankruptcy case of Cyprus Mines Corporation altogut@teamtogut.com, eozuna@teamtogut.com;seratner@teamtogut.com;dperson@teamtogut.com

Allen Joseph Underwood, II
on behalf of Creditor DeSanto Canadian Class Action Plaintiffs aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com

Allen Joseph Underwood, II
on behalf of Attorney Lite DePalma Greenberg & Afandaor LLC aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com

Allen Joseph Underwood, II
on behalf of Creditor DiSanto Canadian Class Action Creditors aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com

Amanda Rush
on behalf of Plaintiff LTL Management LLC asrush@jonesday.com

Amanda Rush
on behalf of Debtor LTL Management LLC asrush@jonesday.com

Andreas Milliaressis
on behalf of Interested Party Hartford Accident and Indemnity Company adm@stevenslee.com

Andreas Milliaressis
on behalf of Interested Party First State Insurance Company adm@stevenslee.com

Andrew Ambruoso
on behalf of Interested Party Imerys Talc Canada Inc. andrew.ambruoso@lw.com andrew-ambruoso-6817@ecf.pacerpro.com

Andrew Ambruoso
on behalf of Interested Party Imerys Talc America Inc. andrew.ambruoso@lw.com, andrew-ambruoso-6817@ecf.pacerpro.com

Andrew Ambruoso
on behalf of Interested Party Imerys Talc Vermont Inc. andrew.ambruoso@lw.com, andrew-ambruoso-6817@ecf.pacerpro.com

Andrew Craig
on behalf of Creditor Allstate Insurance Company acraig@windelsmarx.com

Andrew Golden
on behalf of Interested Party Cyprus Mines Corporation agolden@kasowitz.com

Andrew J. Kelly
on behalf of Interested Party Blue Cross Blue Shield of Massachusetts Inc. akelly@kbtlaw.com, wsheridan@kbtlaw.com;saudino@kbtlaw.com;tgraga@kbtlaw.com;pschenke@kbtlaw.com

Case 21-30589-MBK    Doc 1524    Filed 02/17/22    Entered 02/18/22 00:11:44    Desc
Imaged Certificate of Notice    Page 8 of 19

| District/off: 0312-3 | User: admin | Page 3 of 14 |
|---|---|---|
| Date Rcvd: Feb 15, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| Andrew S. Richmond | on behalf of Interested Party Williams Hart Boundas Easterby  LLP, on behalf of certain personal injury claimants (Williams Hart Plaintiffs) arichmond@pryorcashman.com |
| Andrew T. Frankel | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) afrankel@stblaw.com |
| Andy Frankel | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) afrankel@stblaw.com |
| Anthony Sodono, III | on behalf of Creditor Alishia Landrum  Committee Member asodono@msbnj.com |
| Arthur Abramowitz | on behalf of Interested Party Massey & Gail LLP aabramowitz@shermansilverstein.com jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com |
| Arthur Abramowitz | on behalf of Creditor Committee Official Committee of Talc Claimants II aabramowitz@shermansilverstein.com jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com |
| Arthur Abramowitz | on behalf of Interested Party Bailey & Glasser LLP aabramowitz@shermansilverstein.com jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com |
| Autumn D. Highsmith | on behalf of Interested Party State of Texas autumn.highsmith@oag.texas.gov |
| Bill Graham | on behalf of Attorney Wallace & Graham P.A. bgraham@wallacegraham.com |
| Brad B. Erens | on behalf of Debtor LTL Management LLC bberens@jonesday.com |
| Brad B. Erens | on behalf of Plaintiff LTL Management LLC bberens@jonesday.com |
| Brad Jeffrey Axelrod | on behalf of Debtor LTL Management LLC baxelrod@wmd-law.com |
| Brad Jeffrey Axelrod | on behalf of Plaintiff LTL Management LLC baxelrod@wmd-law.com |
| Brett Kahn | on behalf of Spec. Counsel McCarter & English  LLP bkahn@mccarter.com |
| Brian J. McCormick, Jr. | on behalf of Interested Party Ross Feller Casey LLP bmccormick@rossfellercasey.com  earend@rossfellercasey.com |
| Brian W. Hofmeister | on behalf of Attorney Law Firm of Brian W. Hofmeister  of behalf of various claimants bwh@hofmeisterfirm.com, j119@ecfcbis.com |
| C. Richard Rayburn, Jr. | on behalf of Plaintiff LTL Management LLC rrayburn@rcdlaw.net  jrobinson@rcdlaw.net |
| Caitlin K. Cahow | on behalf of Debtor LTL Management LLC ccahow@jonesday.com |
| Carol A. Slocum | on behalf of Creditor Ad Hoc Mesothelioma Committee cslocum@klehr.com  lclark@klehr.com |
| Carolyn Lachman | on behalf of Creditor Pension Benefit Guaranty Corporation lachman.carolyn@pbgc.gov  efile@pbgc.gov |
| Cary Joshi | on behalf of Creditor Committee Official Committee of Talc Claimants II cjoshi@baileyglasser.com |
| Charles Michael Rubio | on behalf of Interested Party OnderLaw  LLC crubio@parkinslee.com, 7485062420@filings.docketbird.com |
| Charles Michael Rubio | on behalf of Creditor OnderLaw  LLC crubio@parkinslee.com, 7485062420@filings.docketbird.com |
| Chelsea Corey | on behalf of Interested Party Bestwall LLC ccorey@kslaw.com |
| Christopher K. Kiplok | on behalf of Interested Party Imerys SA kiplok@hugheshubbard.com |
| Christopher M. Placitella | |

Case 21-30589-MBK    Doc 1524    Filed 02/17/22    Entered 02/18/22 00:11:44    Desc
Imaged Certificate of Notice    Page 9 of 19

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 14 |
| Date Rcvd: Feb 15, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| | on behalf of Interested Party Cohen Placitella & Roth, P.C. cplacitella@cprlaw.com, cmcnelis@cprlaw.com |
| Christopher M. Placitella | on behalf of Attorney Christopher M. Placitella cplacitella@cprlaw.com cmcnelis@cprlaw.com |
| Christopher M. Placitella | cplacitella@cprlaw.com cmcnelis@cprlaw.com |
| Christopher Vincent Tisi | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi-District Litigation ctisis@levinlaw.com |
| Clinton E. Cameron | on behalf of Interested Party The Continental Insurance Company Clinton.Cameron@clydeco.us |
| Cole Hayes | on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi District Litigation cole@colehayeslaw.com |
| Cole Hayes | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi-District Litigation cole@colehayeslaw.com |
| Colin R. Robinson | on behalf of Interested Party Arnold & Itkin LLP crobinson@pszjlaw.com |
| Colin R. Robinson | on behalf of Creditor Arnold & Itkin LLP crobinson@pszjlaw.com |
| Daniel Lapinski | on behalf of Interested Party Motley Rice LLC dlapinski@motleyrice.com |
| Daniel Stolz | on behalf of Interested Party Bailey & Glasser LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Spec. Counsel Massey & Gail LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Attorney Genova Burns LLC dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Spec. Counsel Parkins Lee & Rubio LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Creditor Committee Official Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Interested Party Otterbourg P.C dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Creditor Proposed Local Counsel to Official Committee of Talc Claimants for LTL Management LLC dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Interested Party Brown Rudnick LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Creditor Committee Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Creditor Committee Official Committee of Talc Claimants I dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Interested Party Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel B. Prieto | on behalf of Debtor LTL Management LLC dbprieto@jonesday.com |
| Daniel B. Prieto | on behalf of Plaintiff LTL Management LLC dbprieto@jonesday.com |
| Daniel H. Charest | on behalf of Creditor Julia Lathrop dcharest@burnscharest.com manderson@burnscharest.com;mkweik@burnscharest.com |

Case 21-30589-MBK    Doc 1524    Filed 02/17/22    Entered 02/18/22 00:11:44    Desc
Imaged Certificate of Notice    Page 10 of 19

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 5 of 14 |
| Date Rcvd: Feb 15, 2022 | Form ID: pdf903 | Total Noticed: 4 |

Daniel H. Charest
    on behalf of Creditor Daniel Mercer dcharest@burnscharest.com manderson@burnscharest.com;mkweik@burnscharest.com

Daniel H. Charest
    on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi-District Litigation dcharest@burnscharest.com, manderson@burnscharest.com;mkweik@burnscharest.com

Daniel Robert Lapinski
    on behalf of Interested Party Motley Rice LLC dlapinski@motleyrice.com hfonseca@motleyrice.com,kdotson@motleyrice.com

Danielle Spinelli
    on behalf of Interested Party Three Crowns Insurance Company Danielle.Spinelli@wilmerhale.com

Danielle Spinelli
    on behalf of Interested Party Rio Tinto America Inc. Danielle.Spinelli@wilmerhale.com

Darren McDowell
    on behalf of Interested Party Fears Nachawati PLLC dmcdowell@fnlawfirm.com mn@fnlawfirm.com;jwoodman@essexrichards.com;hculp@essexrichards.com;cbritton@fnlawfirm.com

David Christian
    on behalf of Creditor The Continental Insurance Company dchristian@davodcjrostoamattprmeus.com

David Christian
    on behalf of Interested Party The Continental Insurance Company dchristian@davodcjrostoamattprmeus.com

David Rosner
    on behalf of Interested Party Cyprus Mines Corporation drosner@kasowitz.com courtnotices@kasowitz.com

David J. Molton
    on behalf of Creditor Committee Official Committee of Talc Claimants dmolton@brownrudnick.com hcohen@brownrudnick.com

David J. Molton
    on behalf of Creditor Committee Committee of Talc Claimants dmolton@brownrudnick.com hcohen@brownrudnick.com

Dennis Geier
    on behalf of Interested Party Cohen Placitella & Roth, P.C. dgeier@cprlaw.com, cmcnelis@cprlaw.com

Denyse F. Clancy
    on behalf of Interested Party Kazan McClain, Satterley & Greenwood, PLC dclancy@kazanlaw.com

Derek J. Baker
    on behalf of Interested Party Cyprus Mines Corporation dbaker@reedsmith.com

Donald W Clarke
    on behalf of Interested Party Parkins Lee & Rubio LLP dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
    on behalf of Attorney Genova Burns LLC dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
    on behalf of Interested Party Bailey & Glasser LLP dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
    on behalf of Interested Party Otterbourg P.C dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
    on behalf of Spec. Counsel Parkins Lee & Rubio LLP dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
    on behalf of Creditor Proposed Local Counsel to Official Committee of Talc Claimants for LTL Management LLC dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com

Donald W Clarke
    on behalf of Creditor Committee Committee of Talc Claimants dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
    on behalf of Creditor Committee Official Committee of Talc Claimants dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
    on behalf of Interested Party Brown Rudnick LLP dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
    on behalf of Spec. Counsel Massey & Gail LLP dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
    on behalf of Interested Party Committee of Talc Claimants dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
    on behalf of Creditor Committee Official Committee of Talc Claimants I dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
: on behalf of Interested Party Massey & Gail LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

E. Richard Dressel
: on behalf of Interested Party Erwin Chemerinsky rdressel@lexnovalaw.com

Eamonn O'Hagan
: on behalf of Creditor UNITED STATES OF AMERICA eamonn.ohagan@usdoj.gov

Eileen McCabe
: on behalf of Interested Party Starr Indemnity & Liability Company eileen.mccabe@mendes.com

Eileen McCabe
: on behalf of Interested Party Lexington Insurance Company eileen.mccabe@mendes.com

Eileen McCabe
: on behalf of Interested Party ASR Schadeverzekering N.V. eileen.mccabe@mendes.com

Eileen McCabe
: on behalf of Interested Party The North River Insurance Company eileen.mccabe@mendes.com

Eileen McCabe
: on behalf of Interested Party AIG Property Casualty Company eileen.mccabe@mendes.com

Eileen McCabe
: on behalf of Interested Party AIG Europe S.A. eileen.mccabe@mendes.com

Eileen McCabe
: on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd eileen.mccabe@mendes.com

Eileen McCabe
: on behalf of Interested Party The Insurance Company of the State of Pennsylvania eileen.mccabe@mendes.com

Eileen McCabe
: on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA eileen.mccabe@mendes.com

Eileen McCabe
: on behalf of Interested Party AIU Insurance Company eileen.mccabe@mendes.com

Eileen McCabe
: on behalf of Interested Party RheinLand Versicherungen eileen.mccabe@mendes.com

Eileen McCabe
: on behalf of Interested Party Atlanta International Insurance Company eileen.mccabe@mendes.com

Eileen McCabe
: on behalf of Interested Party Granite State Insurance Company eileen.mccabe@mendes.com

Eileen McCabe
: on behalf of Interested Party New Hampshire Insurance Company eileen.mccabe@mendes.com

Emil A. Kleinhaus
: on behalf of Interested Party Cyprus Amax Minerals Company EAKleinhaus@WLRK.com

Erica Villanueva
: on behalf of Interested Party Rio Tinto America Inc. EVillanueva@fbm.com

Erica Villanueva
: on behalf of Interested Party Three Crowns Insurance Company EVillanueva@fbm.com

Evan Lazerowitz
: on behalf of Creditor Committee Official Committee of Talc Claimants II elazerowitz@cooley.com
efiling-notice@ecf.pacerpro.com;jbrown@cooley.com;mklein@cooley.com;rkanowitz@cooley.com

Felice R. Yudkin
: on behalf of Interested Party Claimants represented by the Barnes Law Group fyudkin@coleschotz.com  fpisano@coleschotz.com

Geoffrey S Brounell
: on behalf of Unknown Role Type Reuters News & Media  Inc. geoffreybrounell@dwt.com

Gregory Plotko
: on behalf of Interested Party Pacific Employers Insurance Company gplotko@crowell.com  mschneider@rkollp.com

Gregory Plotko
: on behalf of Interested Party Westchester Fire Insurance Company gplotko@crowell.com  mschneider@rkollp.com

Gregory Plotko
: on behalf of Interested Party Federal Insurance Company gplotko@crowell.com  mschneider@rkollp.com

Gregory Plotko
: on behalf of Interested Party Great Northern Insurance Company gplotko@crowell.com  mschneider@rkollp.com

Gregory Plotko

Case 21-30589-MBK    Doc 1524    Filed 02/17/22    Entered 02/18/22 00:11:44    Desc
Imaged Certificate of Notice    Page 12 of 19

| District/off: 0312-3 | User: admin | Page 7 of 14 |
|---|---|---|
| Date Rcvd: Feb 15, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| Gregory Plotko | on behalf of Interested Party ACE Property and Casualty Insurance Company gplotko@crowell.com mschneider@rkollp.com |
| Gregory Plotko | on behalf of Interested Party Central National Insurance Company of Omaha gplotko@crowell.com mschneider@rkollp.com |
| Gregory Plotko | on behalf of Interested Party Century Indemnity Company gplotko@crowell.com mschneider@rkollp.com |
| Gregory M. Gordon | on behalf of Debtor LTL Management LLC gmgordon@jonesday.com |
| Gregory M. Gordon | on behalf of Plaintiff LTL Management LLC gmgordon@jonesday.com |
| Heather Elizabeth Simpson | on behalf of Interested Party TIG Insurance Company heather.simpson@kennedyscmk.com |
| Heather Elizabeth Simpson | on behalf of Interested Party Everest Reinsurance Company heather.simpson@kennedyscmk.com |
| Isley M. Gostin | on behalf of Interested Party Three Crowns Insurance Company Isley.Gostin@wilmerhale.com |
| Isley M. Gostin | on behalf of Interested Party Rio Tinto America Inc. Isley.Gostin@wilmerhale.com |
| James Francis Green | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation jgreen@ashcraftlaw.com, tnguyen@ashcraftlaw.com;nparfitt@ashcraftlaw.com;plyons@ashcraft.com;twaters@ashcraftlaw.com |
| James M. Jones | on behalf of Debtor LTL Management LLC jmjones@jonesday.com |
| James N. Lawlor | on behalf of Spec. Counsel Patterson Belknap Webb & Tyler LLP jlawlor@wmd-law.com |
| James N. Lawlor | on behalf of Plaintiff LTL Management LLC jlawlor@wmd-law.com |
| James N. Lawlor | on behalf of Debtor LTL Management LLC jlawlor@wmd-law.com |
| Janet A. Shapiro | on behalf of Interested Party Employers Mutual Casualty Company jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | on behalf of Interested Party Scottsdale Insurance jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | on behalf of Interested Party Employers Ins. of Wausau jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | on behalf of Interested Party Nationwide Indemnity jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | on behalf of Interested Party Employers Ins Co of Wausau jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | on behalf of Interested Party Employers Ins. Company of Wausau jshapiro@shapirolawfirm.com |
| Jason D Angelo | on behalf of Interested Party Cyprus Mines Corporation jangelo@reedsmith.com |
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov |
| Jennifer S. Feeney | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation jfeeney@otterbourg.com |
| Jerome Howard Block | on behalf of Interested Party Levy Konigsberg LLP jblock@levylaw.com |
| Jerome Howard Block | on behalf of Interested Party Talc Claimants jblock@levylaw.com |
| Joel Rhine | on behalf of Interested Party Clients of Clifford Law Offices  P.C., and Taft Stettinius & Hollister, LLP slc@rhinelawfirm.com |
| John Bougiamas | on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi District Litigation jbougiamas@otterbourg.com, |

Case 21-30589-MBK    Doc 1524    Filed 02/17/22    Entered 02/18/22 00:11:44    Desc
Imaged Certificate of Notice    Page 13 of 19

| District/off: 0312-3 | User: admin | Page 8 of 14 |
|---|---|---|
| Date Rcvd: Feb 15, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| | ryan@otterbourg.com;jfeeney@otterbourg.com;mmaizel@otterbourg.com;jhildebrandt@otterbourg.com |
| John Bougiamas | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi-District Litigation jbougiamas@otterbourg.com, ryan@otterbourg.com;jfeeney@otterbourg.com;mmaizel@otterbourg.com;jhildebrandt@otterbourg.com |
| John Maloney | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) jmaloney@lawgmm.com |
| John A. Baden, IV | on behalf of Interested Party Motley Rice LLC jbaden@motleyrice.com |
| John A. Baden, IV | on behalf of Other Prof. Epiq Corporate Restructuring LLC jbaden@motleyrice.com |
| John A. Bougiamas | on behalf of Interested Party Committee of Talc Claimants jbougiamas@oshr.com jfeeney@otterbourg.com;awilliams@otterbourg.com;dfiorillo@otterbourg.com |
| John C. Woodman | on behalf of Attorney John C. Woodman jwoodman@essexrichards.com DDiMatteo@essexrichards.com;SMarak@essexrichards.com |
| John D. Green | on behalf of Interested Party Rio Tinto America Inc. JGreen@fbm.com |
| John D. Green | on behalf of Interested Party Three Crowns Insurance Company JGreen@fbm.com |
| John F. Bracaglia, Jr. | on behalf of Creditor Jeanne Stephenson brokaw@centraljerseylaw.com |
| John M. August | on behalf of Creditor Vincent Hill jaugust@saiber.com cmiller@saiber.com |
| John M. August | on behalf of Creditor Kristie Lynn Doyle jaugust@saiber.com cmiller@saiber.com |
| John R. Miller, Jr. | on behalf of Plaintiff LTL Management LLC jmiller@rcdlaw.net |
| John R. Miller, Jr. | on behalf of Debtor LTL Management LLC jmiller@rcdlaw.net |
| Jonathan I. Rabinowitz | on behalf of Attorney J. Maria Glover jrabinowitz@rltlawfirm.com jcoleman@rltlawfirm.com |
| Jonathan S Massey | on behalf of Interested Party Massey & Gail LLP jloper@masseygail.com |
| Joseph Satterley | on behalf of Interested Party Kazan McClain, Satterley & Greenwood, PLC jsatterley@kazanlaw.com |
| Joseph F. Rice | on behalf of Interested Party Motley Rice LLC jrice@motleyrice.com |
| Joseph Francis Pacelli | on behalf of Debtor LTL Management LLC jpacelli@wmd-law.com |
| Joseph Francis Pacelli | on behalf of Plaintiff LTL Management LLC jpacelli@wmd-law.com |
| Judy D. Thompson | on behalf of Interested Party Barnes Law Group LLC jdt@jdthompsonlaw.com, sxb@jdthompsonlaw.com |
| Katherine Scherling | on behalf of Interested Party RheinLand Versicherungen katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party ASR Schadeverzekering N.V. katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party AIU Insurance Company katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party Lexington Insurance Company katherine.scherling@katten.com |
| Katherine Scherling | |

Case 21-30589-MBK    Doc 1524    Filed 02/17/22    Entered 02/18/22 00:11:44    Desc
Imaged Certificate of Notice    Page 14 of 19

| District/off: 0312-3 | User: admin | Page 9 of 14 |
| --- | --- | --- |
| Date Rcvd: Feb 15, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
| --- | --- |
| | on behalf of Interested Party The North River Insurance Company katherine.scherling@katten.com |
| Katherine Scherling | |
| | on behalf of Interested Party AIG Property Casualty Company katherine.scherling@katten.com |
| Katherine Scherling | |
| | on behalf of Interested Party Atlanta International Insurance Company katherine.scherling@katten.com |
| Katherine Scherling | |
| | on behalf of Interested Party Granite State Insurance Company katherine.scherling@katten.com |
| Katherine Scherling | |
| | on behalf of Interested Party New Hampshire Insurance Company katherine.scherling@katten.com |
| Katherine Scherling | |
| | on behalf of Interested Party The Insurance Company of the State of Pennsylvania katherine.scherling@katten.com |
| Katherine Scherling | |
| | on behalf of Interested Party Starr Indemnity & Liability Company katherine.scherling@katten.com |
| Katherine Scherling | |
| | on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA katherine.scherling@katten.com |
| Katherine Scherling | |
| | on behalf of Interested Party AIG Europe S.A. katherine.scherling@katten.com |
| Kathleen A Frazier | |
| | on behalf of Debtor LTL Management LLC kfrazier@shb.com |
| Kelly D. Curtin | |
| | on behalf of Interested Party Rio Tinto America Inc. kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com |
| Kelly D. Curtin | |
| | on behalf of Interested Party Rio Tinto America Holdings Inc. kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com |
| Kelly D. Curtin | |
| | on behalf of Interested Party Rio Tinto Services Inc. kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com |
| Kelly D. Curtin | |
| | on behalf of Interested Party Three Crowns Insurance Company kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com |
| Kelly D. Curtin | |
| | on behalf of Interested Party Metals & Minerals Insurance Company Pte. Ltd. kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party ASR Schadeverzekering N.V. kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party Atlanta International Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party AIG Europe S.A. kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party AIG Property Casualty Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party Starr Indemnity & Liability Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party The North River Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party The Insurance Company of the State of Pennsylvania kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party Granite State Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party New Hampshire Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party RheinLand Versicherungen kelsey.panizzolo@katten.com  courtalertclt@katten.com |

Case 21-30589-MBK    Doc 1524    Filed 02/17/22    Entered 02/18/22 00:11:44    Desc
Imaged Certificate of Notice    Page 15 of 19

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 10 of 14 |
| Date Rcvd: Feb 15, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| Kelsey Panizzolo | on behalf of Interested Party Lexington Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA kelsey.panizzolo@katten.com courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party AIU Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kenneth A. Rosen | on behalf of Interested Party Johnson & Johnson krosen@lowenstein.com  dclaussen@lowenstein.com |
| Kenneth A. Rosen | on behalf of Interested Party Johnson & Johnson and Johnson & Johnson Consumer Inc. krosen@lowenstein.com dclaussen@lowenstein.com |
| Konrad Krebs | on behalf of Interested Party The Continental Insurance Company konrad.krebs@clydeco.us |
| Kristen R. Fournier | on behalf of Debtor LTL Management LLC kfournier@kslaw.com |
| Laila Masud | on behalf of Interested Party Talc Claimants lmasud@marshackhays.com |
| Laura Davis Jones | on behalf of Creditor Arnold & Itkin LLP ljones@pszjlaw.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Lenard Parkins | on behalf of Creditor OnderLaw  LLC lparkins@parkinslee.com |
| Leslie Carol Heilman | on behalf of Creditor Albertsons Companies  Inc. heilmanl@ballardspahr.com, carbonej@ballardspahr.com |
| Louis A. Modugno | on behalf of Interested Party Atlanta International Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party AIG Europe S.A. lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Granite State Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party New Hampshire Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party ASR Schadeverzekering N.V. lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party AIG Property Casualty Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party RheinLand Versicherungen lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Lexington Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Starr Indemnity & Liability Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party The Insurance Company of the State of Pennsylvania lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party AIU Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Objecting Insurers lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party The North River Insurance Company lmodugno@tm-firm.com |

Case 21-30589-MBK    Doc 1524    Filed 02/17/22    Entered 02/18/22 00:11:44    Desc
Imaged Certificate of Notice    Page 16 of 19

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 11 of 14 |
| Date Rcvd: Feb 15, 2022 | Form ID: pdf903 | Total Noticed: 4 |

Lyndon Mitchell Tretter
    on behalf of Plaintiff LTL Management LLC ltretter@wmd-law.com

Lyndon Mitchell Tretter
    on behalf of Debtor LTL Management LLC ltretter@wmd-law.com

Marc E. Wolin
    on behalf of Creditor Kristie Lynn Doyle mwolin@saiber.com ccarfagno@saiber.com

Mark P. Robinson, Jr
    on behalf of Interested Party Talc Claimants mrobinson@robinsonfirm.com

Mark W. Rasmussen
    on behalf of Debtor LTL Management LLC mrasmussen@jonesday.com

Mary E. Seymour
    on behalf of Interested Party Johnson & Johnson and Johnson & Johnson Consumer Inc. mseymour@lowenstein.com jkimble@lowenstein.com

Matthew I. W. Baker
    on behalf of Creditor Proposed Local Counsel to Official Committee of Talc Claimants for LTL Management LLC mbaker@genovaburns.com

Matthew L Tomsic
    on behalf of Plaintiff LTL Management LLC mtomsic@rcdlaw.net

Matthew L Tomsic
    on behalf of Debtor LTL Management LLC mtomsic@rcdlaw.net

Melanie Louise Cyganowski
    on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi-District Litigation mcyganowski@otterbourg.com, awilliams@otterbourg.com

Melanie Louise Cyganowski
    on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi District Litigation mcyganowski@otterbourg.com, awilliams@otterbourg.com

Michael Hutchins
    on behalf of Interested Party Cyprus Mines Corporation mhutchins@kasowitz.com courtnotices@kasowitz.com

Michael E. Collins
    on behalf of Interested Party Westchester Fire Insurance Company mcollins@manierherod.com

Michael H. Torkin
    on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) michael.torkin@stblaw.com

Michael L. Tuchin
    on behalf of Interested Party Aylstock Witkin, Kreis & Overholtz, PLLC mtuchin@ktbslaw.com

Michelle A. Parfitt
    on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi-District Litigation mparfitt@ashcraftlaw.com

Mitchell Hausman
    on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov

Mitchell Malzberg
    on behalf of Interested Party Talc Claimants mmalzberg@mjmalzberglaw.com dlapham@mjmalzberglaw.com

Mitchell Malzberg
    on behalf of Creditor Various Claimants mmalzberg@mjmalzberglaw.com dlapham@mjmalzberglaw.com

Morton R. Branzburg
    on behalf of Creditor Ad Hoc Mesothelioma Committee mbranzburg@klehr.com jtaylor@klehr.com;nyackle@klehr.com

Nabil Majed Nachawati, II
    on behalf of Interested Party Fears Nachawati PLLC MN@fnlawfirm.com

Nancy Isaacson
    on behalf of Interested Party Motley Rice LLC nisaacson@greenbaumlaw.com

Nathan David Finch
    on behalf of Interested Party Motley Rice LLC nfinch@motleyrice.com

Nir Maoz
    on behalf of Interested Party Aylstock Witkin, Kreis & Overholtz, PLLC nmaoz@ktbslaw.com

P. Leigh O'Dell
    on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi District Litigation leigh.odell@beasleyallen.com

Case 21-30589-MBK    Doc 1524    Filed 02/17/22    Entered 02/18/22 00:11:44    Desc
Imaged Certificate of Notice    Page 17 of 19

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 12 of 14 |
| Date Rcvd: Feb 15, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| Patricia M. Kipnis | on behalf of Interested Party Committee of Talc Claimants pkipnis@baileyglasser.com mchapman@baileyglasser.com |
| Paul E. Heath | on behalf of Interested Party Cyprus Amax Minerals Company pheath@velaw.com |
| Paul J. Winterhalter | on behalf of Interested Party Aylstock Witkin, Kreis & Overholtz, PLLC pwinterhalter@offitkurman.com, rbarnhart@offitkurman.com |
| Paul M. Singer | on behalf of Interested Party Cyprus Mines Corporation psinger@reedsmith.com |
| Paul R. Baynard | on behalf of Interested Party Aylstock Witkin, Kreis & Overholtz, PLLC paul.baynard@offitkurman.com, tonya.helms@offitkurman.com |
| Paul R. DeFilippo | on behalf of Debtor LTL Management LLC pdefilippo@wmd-law.com jgiampolo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Other Prof. Bates White LLC pdefilippo@wmd-law.com, jgiampolo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Attorney Rayburn Cooper & Durham P.A pdefilippo@wmd-law.com, jgiampolo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Attorney Jones Day pdefilippo@wmd-law.com jgiampolo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Other Prof. AlixPartners LLP pdefilippo@wmd-law.com, jgiampolo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Attorney Wollmuth Maher & Deutsch LLP pdefilippo@wmd-law.com jgiampolo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Plaintiff LTL Management LLC pdefilippo@wmd-law.com jgiampolo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Spec. Counsel Weil Gotshal, & Manges, LLP pdefilippo@wmd-law.com, jgiampolo@wmd-law.com |
| Rachel Ginzburg | on behalf of Unknown Role Type The Amici Professors rginzburg@herrick.com |
| Rachel A. Parisi | on behalf of Interested Party Rio Tinto America Holdings Inc. raparisi@pbnlaw.com mpdermatis@pbnlaw.com;cpmazza@pbnlaw.com;sakelly@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Rachel A. Parisi | on behalf of Interested Party Rio Tinto Services Inc. raparisi@pbnlaw.com mpdermatis@pbnlaw.com;cpmazza@pbnlaw.com;sakelly@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Rachel A. Parisi | on behalf of Interested Party Three Crowns Insurance Company raparisi@pbnlaw.com mpdermatis@pbnlaw.com;cpmazza@pbnlaw.com;sakelly@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Rachel A. Parisi | on behalf of Interested Party Rio Tinto America Inc. raparisi@pbnlaw.com mpdermatis@pbnlaw.com;cpmazza@pbnlaw.com;sakelly@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Rachel A. Parisi | on behalf of Interested Party Metals & Minerals Insurance Company Pte. Ltd. raparisi@pbnlaw.com mpdermatis@pbnlaw.com;cpmazza@pbnlaw.com;sakelly@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Rachel R Obaldo | on behalf of Interested Party State of Texas bk-robaldo@texasattorneygeneral.gov |
| Rashad Blossom | on behalf of Interested Party Joseph McGovern rblossom@blossomlaw.com pogando@blossomlaw.com;R41929@notify.bestcase.com;ecfnotices2018@gmail.com |
| Rashad Blossom | on behalf of Attorney Christopher M. Placitella rblossom@blossomlaw.com pogando@blossomlaw.com;R41929@notify.bestcase.com;ecfnotices2018@gmail.com |
| Richard A. Schneider | on behalf of Interested Party Bestwall LLC dschneider@kslaw.com |
| Richard Moss Golomb | on behalf of Interested Party Golomb Spirt Grunfeld rgolomb@golombhonik.com |
| Richard Moss Golomb | on behalf of Creditor Brandi Carl rgolomb@golombhonik.com |

District/off: 0312-3     User: admin     Page 13 of 14
Date Rcvd: Feb 15, 2022     Form ID: pdf903     Total Noticed: 4

| Name | Notice |
|---|---|
| Robert Novick | on behalf of Interested Party Cyprus Mines Corporation rnovick@kasowitz.com |
| Robert J. Pfister | on behalf of Interested Party Aylstock  Witkin, Kreis & Overholtz, PLLC rpfister@ktbslaw.com |
| Robert W. Hamilton | on behalf of Debtor LTL Management LLC rwhamilton@jonesday.com |
| Robert William Miller | on behalf of Interested Party Westchester Fire Insurance Company RMiller@ManierHerod.com |
| Robin Rabinowitz | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) rrabinowitz@lawgmm.com |
| Rochelle Guiton | on behalf of Creditor Aleathea Goodins rochelle@dmillerlaw.com |
| Ross J. Switkes | on behalf of Creditor Committee Official Committee of Talc Claimants II rswitkes@shermansilverstein.com |
| Salvatore Daniele | on behalf of Interested Party Rio Tinto America Inc. Sal.Daniele@wilmerhale.com isley.gostin@wilmerhale.com;danielle.spinelli@wilmerhale.com;yolande.thompson@wilmerhale.com |
| Salvatore Daniele | on behalf of Interested Party Three Crowns Insurance Company Sal.Daniele@wilmerhale.com isley.gostin@wilmerhale.com;danielle.spinelli@wilmerhale.com;yolande.thompson@wilmerhale.com |
| Samuel M. Kidder | on behalf of Interested Party Aylstock  Witkin, Kreis & Overholtz, PLLC skidder@ktbslaw.com |
| Sandy Qusba | on behalf of Creditor Bausch Health US  LLC f/k/a Valeant Pharmaceuticals North America LLC squsba@stblaw.com |
| Sandy Qusba | on behalf of Creditor Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International  Inc. squsba@stblaw.com |
| Sandy Qusba | on behalf of Creditor Bausch Health Americas  Inc. f/k/a Valeant Pharmaceuticals International squsba@stblaw.com |
| Sarah Meiman | on behalf of Creditor Pension Benefit Guaranty Corporation meiman.sarah@pbgc.gov |
| Sari Blair Placona | on behalf of Creditor Alishia Landrum  Committee Member splacona@msbnj.com |
| Seth H. Lieberman | on behalf of Interested Party Williams Hart Boundas Easterby  LLP, on behalf of certain personal injury claimants (Williams Hart Plaintiffs) slieberman@pryorcashman.com |
| Sid Garabato | on behalf of Other Prof. Epiq Corporate Restructuring  LLC sgarabato@epiqglobal.com, rjacobs@ecf.epiqsystems.com |
| Simon J. Torres | on behalf of Creditor Pension Benefit Guaranty Corporation torres.simon@pbgc.gov  efile@pbgc.gov |
| Sommer Leigh Ross | on behalf of Creditor Republic Indemnity Company of America slross@duanemorris.com  AutoDocketWILM@duanemorris.com |
| Stephen M. Packman | on behalf of Interested Party Roger Frankel  as Legal Representative for Future Personal Injury Claimants appointed in the Chapter 11 bankruptcy case of Cyprus Mines Corporation spackman@archerlaw.com, dleney@archerlaw.com,ahuber@archerlaw.com |
| Stephen T. Roberts | on behalf of Interested Party Clients of Mendes & Mount  LLP stephen.roberts@mendes.com |
| Stephen V. Gimigliano | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) sgimigliano@lawgmm.com |
| Steven Abramowitz | on behalf of Interested Party Cyprus Amax Minerals Company sabramowitz@velaw.com mmoran@velaw.com;kgrissel@velaw.com;tmitsch@velaw.com;kduchesne@velaw.com |
| Steven B Smith | on behalf of Unknown Role Type The Amici Professors ssmith@herrick.com  courtnotices@herrick.com;lporetsky@herrick.com |
| Thomas Pitta | on behalf of Creditor PTI Royston LLC tpitta@emmetmarvin.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 14 of 14 |
| Date Rcvd: Feb 15, 2022 | Form ID: pdf903 | Total Noticed: 4 |

Thomas Pitta
    on behalf of Creditor PTI Union LLC tpitta@emmetmarvin.com

Thomas W. Waldrep, Jr.
    on behalf of Interested Party Kazan McClain, Satterley & Greenwood, PLC notice@waldrepwall.com, 8898@notices.nextchapterbk.com;khayden@waldrepwall.com

Thomas W. Waldrep, Jr.
    on behalf of Interested Party Kirk Smith notice@waldrepwall.com 8898@notices.nextchapterbk.com;khayden@waldrepwall.com

Thomas W. Waldrep, Jr.
    on behalf of Interested Party Kazan McClain, Satterley & Greenwood notice@waldrepwall.com, 8898@notices.nextchapterbk.com;khayden@waldrepwall.com

Thomas W. Waldrep, Jr.
    on behalf of Interested Party Levy Konigsberg LLP notice@waldrepwall.com 8898@notices.nextchapterbk.com;khayden@waldrepwall.com

Thomas W. Waldrep, Jr.
    on behalf of Interested Party Ruckdeschel Law Firm LLC notice@waldrepwall.com, 8898@notices.nextchapterbk.com;khayden@waldrepwall.com

Thomas W. Waldrep, Jr.
    on behalf of Interested Party Weitz & Luxenberg P.C. notice@waldrepwall.com 8898@notices.nextchapterbk.com;khayden@waldrepwall.com

Thomas W. Waldrep, Jr.
    on behalf of Interested Party Maune Raichle Hartley French & Mudd LLC notice@waldrepwall.com, 8898@notices.nextchapterbk.com;khayden@waldrepwall.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 319