**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

## D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

IN RE: LTL Management LLC.    APPLICANT: Otterbourg P.C.

CASE NO.: 21-30589 (MBK)    CLIENT: Co-Counsel for Official Committee of Talc Claimants I

CHAPTER: 11    CASE FILED: October 14, 2021

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER ATTACHED

### SECTION I
### FEE SUMMARY

**MONTHLY FEE STATEMENT COVERING THE PERIOD**
**JANUARY 1, 2022 THROUGH JANUARY 31, 2022**

|  | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED | $1,078,637.50 | $6,245.04 |
| TOTAL FEES ALLOWED TO DATE: | $0.00 | $0.00 |
| TOTAL RETAINER (IF APPLICABLE) | N/A | N/A |
| TOTAL HOLDBACK (IF APPLICABLE) | $215,727.50 | $0.00 |
| TOTAL RECEIVED BY APPLICANT | $862,910.00 | $6,245.04 |

6870105.1

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Melanie L. Cyganowski ("MLC") Partner | 1982 | $1,470.00 | 174.7 | $256,809.00 |
| Adam C. Silverstein ("ACS") Partner | 1985 | $1,045.00 | 75.7 | $79,106.50 |
| Jennifer S. Feeney ("JSF") Partner | 1998 | $940.00 | 91.9 | $86,386.00 |
| John Bougiamas ("JB") Associate | 1993 | $860.00 | 57.9 | $49,794.00 |
| Robert C. Yan ("RCY") Associate | 2002 | $700.00 | 11.4 | $7,980.00 |
| Michael R. Maizel ("MRM") Associate | 2017 | $475.00 | 36.2 | $17,195.00 |
| Jessica K. Hildebrandt ("JKH") Paralegal | N/A | $345.00 | 23.3 | $8,038.50 |
| **TOTAL FEES** | | | **471.1** | **$505,309.00** |
| **BLENDED RATE** | | **$1,072.62** | | |

Pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professionals, currently requested fees are net of a 20% holdback. A request for the holdback amount will be included in the next interim fee application:

| | |
|---|---|
| Fees | $505,309.00 |
| Less: Holdback (20%) | -$101,061.80 |
| Total Fees Currently Payable | $404,247.20 |
| Add: Disbursements | $1,787.08 |
| **Total Payable This Invoice** | **$406,034.28** |

# SECTION II
# SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Plan of Reorganization | 1.3 | $1,011.50 |
| Investigation/Asset Analysis & Recovery | 8.1 | $10,771.50 |
| Committee Meetings | 84.3 | $93,645.00 |
| Communications with Creditors' Committee | 48.4 | $61,273.50 |
| Preparation of Application for Allowance | 6.0 | $3,218.50 |
| Claims Objection Work/Claims Admin | 32.6 | $42,422.50 |
| Fee / Employment Objections | 3.4 | $3,302.50 |
| Stay Proceedings | 172.8 | $171,093.50 |
| Litigation/Adversary Proceedings | 49.3 | $53,361.00 |
| Case Administration/General Services | 64.9 | $65,209.50 |
| **TOTAL** | **471.1** | **$505,309.00** |

# SECTION III
# SUMMARY OF DISBURSEMENTS

| CATEGORY | AMOUNT |
|---|---|
| Conference Call(s) | $650.00 |
| Electronic Research | $952.59 |
| Transportation | $184.49 |
| **TOTAL DISBURSEMENTS** | **$1,787.08** |

6870105.1

# SECTION IV
# CASE HISTORY

(1) Date Case filed: October 14, 2021

(2) Chapter under which Case commenced: 11

(3) Date of retention: December 16, 2021, effective as of November 12, 2021 (*see* **Exhibit A**)

If limit on number of hours or other limitations to retention, set forth: None

(4) Summarize in brief the benefits to the estate and attach supplements as needed:[1]

  a) Applicant worked on matters in connection with the Debtor's request for preliminary injunctive relief and extension of the stay to hundreds of non-debtors, which work included taking lead in preparing strategy for Preliminary Injunction hearings and status conferences.

  b) Applicant participated in in-person meetings and frequent videoconference meetings with the Committee Member Representatives, as well as with the Committee Members, including communications with Committee Member Representatives on case activities and updates;

  c) Applicant was in frequent daily communications with co-counsel to strategize on motions, hearings, discovery and other matters in the case, and to coordinate the division of labor to avoid duplication;

  d) Reviewed and provided comments to other pleadings and communications with the Court drafted by co-counsel to the Committee;

  e) Attendance and participation at multiple hearings and status conferences; and

  f) All other services listed on the copy of computer-generated time detail reflecting time recorded, organized in project billing categories attached hereto as **Exhibit B**.

(5) Anticipated Distribution to Creditors:

  (A) Administration expense:           (unknown at this time)
  (B) Secured creditors:                (unknown at this time)
  (C) Priority creditors:               (unknown at this time)
  (D) General unsecured creditors:      (unknown at this time)

---

[1] The following summary is intended to highlight the general categories of services the Applicant rendered as co-counsel to the Committee; it is not intended to itemize each and every professional service which the Applicant performed.

4

6870105.1

(6)  Final disposition of case and percentage of dividend paid to creditors (if applicable):  Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the foregoing is true and correct.

/s/ *Melanie L. Cyganowski*
Melanie L. Cyganowski, Esq.

Dated:  February 18, 2022

6870105.1