

Arthur J. Abramowitz, Esq.
**Direct Dial 856.661.2081**
**Direct Fax 856.773.5308**
**aabramowitz@shermansilverstein.co**m

February 23, 2022

**VIA ECF & E-MAIL**
Honorable Michael B. Kaplan
United States Bankruptcy Judge, Chief
United States Bankruptcy Court
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      **Re:    LTL Management LLC**
             **Case No. 21-30589 (MBK)**

Dear Chief Judge Kaplan:

     As the Court is aware, this firm serves as proposed local counsel to TCC II in the above-referenced matter. We write to the Court to join in the letter sent to this Court by TCC I (Docket No. 1559). TCC II agrees that the Debtor's request for appointment of an examiner was procedurally infirm and should not be granted at this time.

     Thank you for the Court's consideration.

                                         Respectfully submitted,

                              SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.
                                  A Professional Corporation

                                     ARTHUR J. ABRAMOWITZ

cc:    Paul R. DeFilippo, Esq. (pdefilippo@wmd-law.com)
       Gregory M. Gordon, Esq. (gmgordon@jonesday.com)
       Brad B. Erens, Esq. (bberens@jonesday.com)

308 Harper Drive, Suite 200 • Moorestown, NJ 08057 • T: 856.662.0700 • F: 856.662.0165 • shermansilverstein.com
11 Bala Avenue • Bala Cynwyd, PA 19004 • T: 215.923.2513

**SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.**

2961450.1

February 23, 2022
Page 2

    Daniel B. Prieto, Esq. (dbprieto@jonesday.com)
    Amanda Rush, Esq. (asrush@jonesday.com)
    David Molton, Esq. (dmolton@brownrudnick.com)
    Robert J. Stark, Esq. (rstark@borwnrudnick.com)
    Jeffrey L. Jonas, Esq. (jjonas@brownrudnick.com)
    Lenard M. Parkins, Esq. (lparkins@parkinslee.com)
    Charles M. Rubio, Esq. (crubio@parkinslee.com)
    Melanie L. Cyganowski, Esq. (mcyganowski@otterbourg.com)
    Mitchell B. Hausman, Esq. (Mitchell.b.hausman@usdoj.gov)
    Jeffrey M. Sponder, Esq. (Jeffrey.m.sponder@usdoj.gov)
    Lauren Bielskie, Esq. (lauren.bielskie@usdoj.gov)
    Robert J. Pfister, Esq. (rpfister@ktbslaw.com)
    Nir Maoz, Esq. (nmaoz@ktbslaw.com)
    Samuel M. Kidder, Esq. (skidder@ktbslaw.com)
    Adam C. Silverstein, Esq. (asilverstein@otterbourg.com)
    Brian Glasser, Esq. (bglasser@baileyglasser.com)
    Jonathan Massey, Esq. (jmassey@masseygail.com)
    Cullen Speckhart, Esq. (cspeckhart@cooley.com)