

Genova Burns LLC
110 Allen Rd., Ste. 304
Basking Ridge, NJ 07920
Tel: 973.467.2700  Fax: 973.467.8126
Web: www.genovaburns.com

Daniel M. Stolz, Esq.
Partner
Member of the NJ Bar
dstolz@genovaburns.com
Direct: 973-230-2095

February 24, 2022

*Via ECF and Email*

Honorable Michael B. Kaplan
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

  **Re:** **LTL Management LLC**
    **Case no. 21-30589 MBK**

Dear Judge Kaplan:

  We write, on behalf of TCC I, in response to correspondence filed by counsel for the Debtor at docket #1562.

  We are disappointed, but unfortunately not surprised, that Mr. Gordon has failed to inform Your Honor that, less than two months ago, he took the <u>exact opposite</u> position with regard to the appointment of an examiner, in response to the motion of the United States Trustee. The U.S. Trustee's examiner motion was withdrawn at the suggestion of the Court.

  Attached hereto is Mr. Gordon's letter to the Court dated December 29, 2021 [docket #1002], in which he states "the appointment of an examiner is neither necessary nor appropriate". In his December 29th letter, Mr. Gordon continues "for these reasons and others, the appointment of an examiner would be duplicative and wasteful and would only delay the case."

  Mr. Gordon was (and remains) correct in his December 29th letter with respect to the appointment of an examiner and is absolutely wrong in his curious new position on the issue, which should be seen and understood for what it is, yet another "litigation tactic" by the Debtor.

Newark, NJ • New York, NY • Camden, NJ • Lambertville, NJ • Philadelphia, PA • Jersey City, NJ • Basking Ridge, NJ



Honorable Michael B. Kaplan
LTL Management, LLC
February 24, 2022

PAGE 2

We thank the Court for its consideration of the within correspondence.

Respectfully yours,

**GENOVA BURNS LLC**

DANIEL M. STOLZ

DMS:lld

cc: Paul R. DeFilippo, Esq. (pdefilippo@wmd-law.com)
cc: Gregory M. Gordon, Esq. (gmgordon@jonesday.com)
cc: Brad B. Erens, Esq. (bberens@jonesday.com)
cc: Daniel B. Prieto, Esq. (dbprieto@jonesday.com)
cc: Amanda Rush, Esq. (asrush@jonesday.com)
cc: David Molton, Esq. (dmolton@brownrudnick.com)
cc: Robert J. Stark, Esq. (rstark@borwnrudnick.com)
cc: Jeffrey L. Jonas, Esq. (jjonas@brownrudnick.com)
cc: Lenard M. Parkins, Esq. (lparkins@parkinslee.com)
cc: Charles M. Rubio, Esq. (crubio@parkinslee.com)
cc: Melanie L. Cyganowski, Esq. (mcyganowski@otterbourg.com)
cc: Mitchell B. Hausman, Esq. (Mitchell.b.hausman@usdoj.gov)
cc: Jeffrey M. Sponder, Esq. (Jeffrey.m.sponder@usdoj.gov)
cc: Lauren Bielskie, Esq. (lauren.bielskie@usdoj.gov)
cc: Robert J. Pfister, Esq. (rpfishter@ktbslaw.com)
cc: Nir Maoz, Esq. (nmaoz@ktbslaw.com)
cc: Samuel M. Kidder, Esq. (skidder@ktbslaw.com)
cc: Arthur J. Abramowitz, Esq. (aabramowitz@shermansilverstein.com)
cc: Adam C. Silverstein, Esq. (asilverstein@otterbourg.com)
cc: Brian Glasser, Esq. (bglasser@baileyglasser.com)
cc: Jonathan Massey, Esq. (jmassey@masseygail.com)
cc: Cullen Speckhart, Esq. (cspeckhart@cooley.com)
cc: Kenneth A. Rosen, Esq. (krosen@lowenstein.com)
cc: Jessica Lauria, Esq. (jessica.lauria@whitecase.com)