# JONES DAY

2727 NORTH HARWOOD STREET • DALLAS, TEXAS 75201.1515

TELEPHONE: +1.214.220.3939 • FACSIMILE: +1.214.969.5100

Direct Number: (214) 969-3759
gmgordon@jonesday.com

February 24, 2022

The Honorable Michael B. Kaplan
United States Bankruptcy Court, District of New Jersey
Clarkson S. Fisher US Courthouse
402 East State Street, Courtroom #8
Trenton, NJ 08608

Re: LTL Management LLC, Case No. 21-30589 (MBK)

Dear Chief Judge Kaplan:

This responds to Mr. Stolz's letter filed earlier today.

Counsel to TCC I accuses the Debtor of taking inconsistent positions with respect to the appointment of an examiner based on statements made in my December 29, 2021 letter to the Court. This allegation is incorrect.

As the Court knows, the United States trustee filed a motion for the appointment of an examiner to discover facts regarding the prepetition corporate restructuring "to facilitate the Court's ability to efficiently and expeditiously resolve [the motions to dismiss]." Dkt. 843 at 3. The Debtor opposed the appointment at that time because it would have needlessly delayed adjudication of the motions to dismiss and was unnecessary given the extensive discovery already undertaken by the parties in connection with the motions. In contrast, the appointment of an examiner in the event the Court determines to deny the motions to dismiss would not cause either duplication or delay and could facilitate a resolution of this case. There is no inconsistency in these positions.

Thank you for your consideration of this letter.

Respectfully submitted,

*/s/ Gregory M. Gordon*
Gregory M. Gordon

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DETROIT
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • SAN DIEGO • SAN FRANCISCO
SÃO PAULO • SAUDI ARABIA • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON