| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**PARKINS LEE & RUBIO LLP**<br>Lenard M. Parkins, Esq.<br>Charles M. Rubio, Esq.<br>lparkins@parkinslee.com<br>crubio@parkinslee.com<br>Pennzoil Place<br>700 Milan St., Suite 1300<br>Houston, TX  77002<br>Tel: (713) 715-1666<br><br>*Special Counsel to*<br>*Official Committee of Talc Claimants I* | |
| In re:<br><br>**LTL MANAGEMENT, LLC,**<br><br>　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No.: 21-30589 (MBK)<br><br>Honorable Michael B. Kaplan |

**MODIFIED LOCAL FORM CERTIFICATION OF NO OBJECTION REGARDING MONTHLY FEE STATEMENT OF PARKINS LEE & RUBIO LLP, SPECIAL COUNSEL TO TALC CLAIMANTS COMMITTEE I, FOR THE PERIOD OF JANUARY 1, 2022 THROUGH JANUARY 31, 2022 [DKT. 1469]**

---

The Court authorized, under D.N.J. LBR 2016-3(a), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professionals* [Dkt. No. 761] and the *Order Modifying Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professionals* [Dkt. No. 870] (Dkt. Nos. 761 and 870 together, the "Interim Compensation Procedures Order"), compensation to professionals on a monthly basis.  Under the Interim Compensation Procedures Order, parties have 14 days after service of a monthly fee statement to object to such statement.

On February 11, 2022, Parkins Lee & Rubio LLP caused to be filed its *Monthly Fee Statement of Parkins Lee & Rubio LLP, Special Counsel To Talc Claimants Committee I, For The*

*Period January 1, 2022 Through January 31, 2022* [Dkt. No. 1469] (the "Subject Monthly Fee Statement"). The Subject Monthly Fee Statement was served on the notice parties on February 11, 2022. See Certificate of Service [Dkt. No. 1476]. Accordingly, objections to the Subject Monthly Fee Statement were to be filed and served no later than February 25, 2022.

    I, Charles M. Rubio certify that, as of February 28, 2022, I have reviewed the court's docket in this case and no answer, objection, or other responsive pleading to the Subject Monthly Fee Statement has been filed. Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of this Certification.

Dated: February 28, 2022

**PARKINS LEE & RUBIO LLP**
*Special Counsel to the Talc Claimants Committee I*

By: */s/ Charles M. Rubio*
    Charles M. Rubio

2