**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

IN RE: <u>LTL Management LLC</u>          APPLICANT: <u>Massey & Gail LLP</u>

CASE NO.:  <u>21-30589 (MBK)</u>          CLIENT:    <u>Official Committee of Talc Claimants; Official Committee of Talc Claimants II</u>

CHAPTER: <u>11</u>                        CASE FILED: <u>October 14, 2021</u>

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
<u>PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746</u>

---

**SECTION I**
**FEE SUMMARY**

---

Monthly fee Statement Covering the Period
January 1, 2022 Through January 31, 2022

Interim Monthly Fee Statement No. 3

Summary of Accounts Requested for the Period from January 1, 2022 through January 31, 2022 (the "Third Statement Period"):

| | |
|---|---|
| Total fees: | $428,444.50 |
| Total disbursements: | $     200.00 |
| Minus 20% Holdback of Fees: | $ 85,688.90 |
| Amount Sought at this Time: | $342,995.60 |

6796259.1

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Suyash Agrawal | 2002 | 810 | 26 | 21,060.00 |
| Matthew Collette | 1991 | 935 | 50.3 | 47,030.50 |
| Ken Goldman | 1989 | 725 | 9.7 | 7,032.50 |
| Marc Goldman | 1996 | 735 | 72.3 | 53,140.50 |
| Jonathan Massey | 1992 | 1085 | 124.4 | 134,974.00 |
| Christopher May | 2002 | 690 | 72.1 | 49,749.00 |
| Rachel Morse | 2007 | 805 | 134.1 | 107,950.50 |
| Ilana Stark (legal asst.) | | 300 | 9.3 | 2,790.00 |
| Anne Swift | 2016 | 555 | 8.5 | 4,717.50 |
| **TOTAL FEES** | | | | 428,444.50 |
| **BLENDED RATE** | | 845.56 | | |

Pursuant to the Amended Fee Procedures Order, currently requested fees are net of a 20% holdback. A request for the holdback amount will be included in the next interim fee application:

| | |
|---|---|
| Fees | $428,444.50 |
| Less: Holdback (20%) | - 85,688.90 |
| Total Fees Currently Payable | $342,755.60 |
| Add: Disbursements | $200.00 |
| **Total Payable This Invoice** | **$342,995.60** |

2

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---:|---:|
| Case Administration (B110) | 16.0 | 17,360 |
| Relief from Stay/Opposition to Debtor's PI Motion to Extend the Stay (B140) | 172.8 | 141,919.50 |
| Meetings of and Communications with Creditors (B150) | 22.8 | 24,738.00 |
| Fee/Employment Application (B160) | 10.3 | 8,642.00 |
| Other Contested Matters, including Committee's Motion to Dismiss and Other Motions (B190) | 284.8 | 235,785.00 |
| TOTAL | **506.7** | **428,444.50** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| | AMOUNT |
|---|---:|
| Court Fees (E112) | **200.00** |
| | |
| | |
| **TOTAL DISBURSEMENTS** | **$0.00** |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ *Jonathan S. Massey*
Jonathan S. Massey

Dated: February 28, 2022

3