| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ  07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br>*Local Counsel to the Official Committee of Talc Claimants I* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Robert J. Stark, Esq.<br>Michael S. Winograd, Esq.<br>dmolton@brownrudnick.com<br>rstark@brownrudnick.com<br>mwinograd@brownrudnick.com<br>Seven Times Square<br>New York, NY  10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>and<br><br>Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>One Financial Center<br>Boston, MA  02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Co-Counsel for the Official Committee of Talc Claimants I* |
| **OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Adam C. Silverstein, Esq.<br>Jennifer S. Feeney, Esq.<br>mcyganowski@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>230 Park Avenue<br>New York, NY  10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>*Co-Counsel for the Official Committee of Talc Claimants I* | **PARKINS LEE & RUBIO LLP**<br>Leonard M. Parkins, Esq.<br>Charles M. Rubio, Esq.<br>lparkins@parkinslee.com<br>crubio@parkinslee.com<br>Pennzoil Place<br>700 Milan St., Suite 1300<br>Houston, TX  77002<br>Tel: (713) 715-1666<br>*Special Counsel to the Official Committee of Talc Claimants I* |

|  |  |
|---|---|
| In Re:<br><br>**LTL MANAGEMENT, LLC,**<br><br>Debtor. | Chapter 11<br><br>Case No.: 21-30589(MBK)<br><br>Honorable Michael B. Kaplan |

## NOTICE OF DEPOSITION OF MARK FALK

TO:   Hon. Mark Falk (Ret.)
      Walsh Pizzi O'Reilly Falanga LLP
      Three Gateway Center
      100 Mulberry Street, 15th Floor
      Newark, NJ 07102

**PLEASE TAKE NOTICE** that, pursuant to Rules 26, 30, and 34 of the Federal Rules of Civil Procedure (the "Federal Rules"), as made applicable hereto by Rules 7026, 7030, and 7034, and 9014 of the Federal Rules of Bankruptcy Procedure, the Official Committee of Talc Claimants I ("TCC I") appointed in the above-captioned chapter 11 case, by and through its undersigned counsel, will take the oral deposition of Mark Falk on **March 3, 2022**, beginning at 10:00 a.m. (prevailing Eastern Time), or at such other date and time as agreed to between the parties. The deposition will take place remotely by teleconference or by other appropriate means to ensure the health and safety of all parties. The deposition will proceed before an officer authorized by law to administer oaths, and will be recorded by audio, video, and/or stenographic means. Parties who wish to participate should contact Andrew Carty of Brown Rudnick LLP at acarty@brownrundick.com no fewer than 48 hours before the start of the deposition for more information on how to participate remotely.

Dated:  February 22, 2022

                                              GENOVA BURNS, LLC

By:    */s/ Daniel M. Stolz*
        Daniel M. Stolz, Esq.
        Donald W. Clarke, Esq.
        110 Allen Road, Suite 304
        Basking Ridge, NJ 07920
        Telephone: (973) 533-0777
        Facsimile: (973) 467-8126
        Email: dstolz@genovaburns.com
        Email: dclarke@genovaburns.com

        Local Counsel to the Official Committee of Talc Claimants I