|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>GENOVA BURNS LLC<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 467-2700<br>Proposed Local Counsel to Official Committee of<br>Talc Claimants I | |
| In Re:<br><br>LTL MANAGEMENT, LLC,<br><br>                Debtor. | Case No.: 21-30589<br><br>Adv. Pro. No.: <br><br>Chapter: 11<br><br>Subchapter V:  ☐ Yes  ☐ No<br><br>Hearing Date: 3/08/2022<br><br>Judge: MBK |

## ADJOURNMENT REQUEST

1. I, _____Donald Clarke_____,

    ☒ am the attorney for: _____Official Committee of Talc Claimants I ("TCC I")_____,

    ☐ am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Retention of financial advisors to TCC I & II [Docs 1134, 1244, and 1426]

    Current hearing date and time: March 8, 2022

    New date requested: March 30, 2022

    Reason for adjournment request: Issues affecting scope of retention to be addressed by Your Honor at the hearing scheduled for March 8, 2022.

2. Consent to adjournment:

    ☒ I have the consent of all parties.  ☐ I do not have the consent of all parties (explain below):

    This request is made with consent of the Debtor, the Office of the United States Trustee, and Official Committee of Talc Claimants II ("TCC II").

I certify under penalty of perjury that the foregoing is true.

Date: 3/2/2022

/s/Don Clarke
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: 3/30/2022 at 10:00 am    ❏ Peremptory

❏ Granted over objection(s)    New hearing date: _____    ❏ Peremptory

❏ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*