| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**MORITT HOCK & HAMROFF LLP**<br>Leslie A. Berkoff<br>Allison Arotsky<br>400 Garden City Plaza<br>Garden City, NY  11530<br>(516) 873-2000 (telephone)<br>lberkoff@moritthock.com<br>aarotsky@moritthock.com<br><br>*Attorneys for PTI Union, LLC, PTI Roytson, LLC and Broadview Investments LLC* | |
| In Re:<br><br>  LTL MANAGEMENT, LLC,<br><br><br><br>Debtor | Case No.:   21-30589 (MBK)<br><br>Chapter:    11<br><br>Judge:     Michael B. Kaplan |

### NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of PTI Union, LLC, PTI Roytson, LLC and Broadview Investments LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS**:**   MORITT HOCK & HAMROFF LLP
                          Leslie A. Berkoff
                          Allison Arotsky
                          400 Garden City Plaza
                          Garden City, NY  11530
                          (516) 873-2000 (telephone)
                          (516) 873-2010 (facsimile)
                          lberkoff@moritthock.com
                          aarotsky@moritthock.com

2891667v1

DOCUMENTS:

☐ All notices entered pursuant to Fed. R. Bankr. P. 2002

☒ All documents and pleadings of any nature.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, telephone, telegraph, facsimile transmission, telex or otherwise, which affects the Debtors or the property of their estates.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers, nor any later appearance, pleading, claim or suit, shall constitute an election of remedies or waiver of (i) the right to have a final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding relating to this case; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  March 4, 2022
       Garden City, New York

2891667v1

MORITT HOCK & HAMROFF LLP

*Attorneys for PTI Union, LLC, PTI Roytson, LLC and Broadview Investments LLC*

By: *s/Allison Arotsky*
Allison Arotsky, Esq.
400 Garden City Plaza
Garden City, NY 11530
(516) 873-2000 (telephone)
aarotsky@moritthock.com

Leslie A. Berkoff, Esq.
1407 Broadway 39th floor
New York, NY 10018
(212) 239-2000 (telephone)
lberkoff@moritthock.com

2891667v1