**MORITT HOCK & HAMROFF LLP**
400 Garden City Plaza
Garden City, NY 11530
(516) 873-2000
Allison Arotsky
aarotsky@moritthock.com

*Counsel for PTI Union, LLC, PTI Roytson, LLC and Broadview Investments LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LTL MANAGEMENT LLC, | : | Case No. 21-30589 (MBK) |
| | : | |
| Debtor. | : | |
| | : | |

## NOTICE OF APPLICATION FOR ADMISSION PRO HAC VICE

TO:   Counsel and Parties in Interest

PLEASE TAKE NOTICE THAT the undersigned, counsel for PTI Union, LLC, PTI Roytson, LLC and Broadview Investments LLC (collectively, "Movants"), hereby moves for an order in the form accompanying this notice admitting Leslie A. Berkoff, Esq. *pro hac vice* to appear in this case as counsel for Movants.

PLEASE TAKE FURTHER NOTICE that in support of the application, Movants shall rely upon the Certifications of Allison Arotsky, Esq. and Leslie A. Berkoff, Esq. submitted herewith.

Unless requested by other parties, no oral argument is requested.

2891129v1

Dated: Garden City, New York
March 4, 2022

                        **MORITT HOCK & HAMROFF LLP**
*Counsel for PTI Union, LLC, PTI Roytson, LLC and Broadview Investments LLC*

By:    *s/Allison Arotsky*
        Allison Arotsky

To:

| | |
|---|---|
| LTL Management LLC<br>501 George Street<br>New Brunswick, NJ 08933<br>(Debtor) | JONES DAY<br>Caitlin K. Cahow, Esq.<br>Brad B. Erens, Esq.<br>77 West Wacker, Suite 3500<br>Chicago, IL 60601<br>(Attorneys for the Debtor) |
| US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102<br>(United States Trustee) | JONES DAY<br>Robert W. Hamilton, Esq.<br>325 John H. McConnell Blvd.<br>Suite 600<br>Columbus, OH 43215<br>(Attorneys for the Debtor) |
| WOLLMUTH MAHER & DEUTSCH LLP<br>Paul R. DeFilippo, Esq.<br>Joseph Francis Pacelli, Esq.<br>James N. Lawlor, Esq.<br>Lyndon Mitchell Tretter, Esq.<br>Brad Jeffrey Axelrod, Esq.<br>500 Fifth Avenue<br>Ste 12th Floor<br>New York, NY 10110<br>(Attorneys for the Debtor) | KING & SPALDING LLP<br>Kristen R. Fournier, Esq.<br>1185 Avenue of the Americas<br>34th Floor<br>New York, NY 10036<br>(Attorneys for the Debtor) |
| JONES DAY<br>Daniel B. Prieto, Esq.<br>Mark W. Rasmussen, Esq.<br>Gregory M. Gordon, Esq.<br>Amanda Rush, Esq.<br>2727 North Harwood Street<br>Dallas, TX 75201-1515<br>(Attorneys for the Debtor) | SHOOK, HARDY & BACON LLP<br>Kathleen A Frazier, Esq.<br>JPMorgan Chase Tower<br>600 Travis Street<br>Suite 3400<br>Houston, TX 77002<br>(Attorneys for the Debtor) |
| JONES DAY<br>James M. Jones, Esq.<br>250 Vesey Street<br>New York, NY 10281<br>(Attorneys for the Debtor) | WHITE & CASE LLP<br>Glenn M. Kurtz, Esq.<br>Jessica Lauria, Esq.<br>1221 Avenue of the America<br>New York, NY 10020<br>(Attorneys for the Debtor) |

2891129v1

RAYBURN COOPER & DURHAM, P.A.
C. Richard Rayburn, Jr., Esq.
Matthew L Tomsic, Esq.
John R. Miller, Jr., Esq.
1200 The Carillon
227 West Trade Street
Charlotte, NC 28202
(Attorneys for the Debtor)

2891129v1

**MORITT HOCK & HAMROFF LLP**
400 Garden City Plaza
Garden City, NY 11530
(516) 873-2000
Allison Arotsky
aarotsky@moritthock.com

*Counsel for PTI Union, LLC, PTI Roytson, LLC and Broadview Investments LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LTL MANAGEMENT LLC, | : | Case No. 21-30589 (MBK) |
| | : | |
| Debtor. | : | |
| | : | |

**CERTIFICATION OF ALLISON AROTSKY**

ALLISON AROTSKY certify under penalty of perjury pursuant to 28 U.S.C. §1746.

1. I am an attorney-at-law authorized to practice before the United States District Court for the District of New Jersey. I am also an attorney with the law firm of Moritt Hock & Hamroff LLP ("MH&H"), counsel to PTI Union, LLC, PTI Roytson, LLC and Broadview Investments LLC in the above-captioned proceeding. I submit this Certification in Support of an application to admit Leslie A. Berkoff, Esq., *pro hac vice* in this matter.

2891129v1

2. I hereby acknowledge and agree that pursuant to General Rule 4 of the United States District Court for the District of New Jersey, I will, as an attorney-at-law in this Court, take responsibility for signing and filing pleadings with the Court in this matter.

I certify under penalty of perjury that the foregoing is true and correct. Executed on March 4, 2022.

*s/Allision Arotsky*
Allison Arotsky

2891129v1

**MORITT HOCK & HAMROFF LLP**
400 Garden City Plaza
Garden City, NY 11530
(516) 873-2000
Allison Arotsky
aarotsky@moritthock.com

*Counsel for PTI Union, LLC, PTI Roytson, LLC and Broadview Investments LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LTL MANAGEMENT LLC, | : | Case No. 21-30589 (MBK) |
| | : | |
| Debtor. | : | |
| | : | |

### CERTIFICATION OF LESLIE A BERKOFF, ESQ. IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE

LESLIE A. BERKOFF, certify under penalty of perjury pursuant to 28 U.S.C. §K1746:

1. I make and submit this Certification in support of the application for my admission *pro hac vice* in this action as counsel for PTI Union, LLC, PTI Roytson, LLC and Broadview Investments LLC.

2. I am of lawful age and a member in good standing of, and admitted to practice before, the New York State Court, the State Court of Connecticut and the United States District Court for the Eastern and Southern Districts of New York, as well as the Bankruptcy Courts for those Districts. I have no disciplinary or grievance proceedings or investigations that been initiated or are currently pending against me.

3. I am also a partner with the law firm of Moritt Hock & Hamroff LLP ("MH&H") with offices located at 1407 Broadway, Suite 3900, New York, NY 10018 and 400 Garden City

2891129v1

Plaza, Garden City, NY 11530 (telephone numbers: (212) 239-2000 or (516) 873-2000; E-mail address: lberkoff@moritthock.com).

4. I hereby consent to the jurisdiction of this Court in any matter arising out of my conduct in this proceeding and I understand that I will be bound by the Rules of Professional Conduct of the American Bar Association as revised by the New Jersey Supreme Court.

5. I hereby certify that I have received and am familiar with the Local Civil Rules for the United States District Court for the District of New Jersey.

I certify under penalty of perjury that the foregoing is true and correct. Executed on March 4, 2022.

*s/Leslie A. Berkoff*_____
Leslie A. Berkoff

2891129v1