**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No.: 21-30589 (MBK)<br><br>Judge: Michael B. Kaplan |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON MARCH 8, 2022 AT 10:00 A.M.**

*Parties are directed to https://www.njb.uscourts.gov/LTL*
*for appearing via Court-Solutions or in-person, or observing via zoom*

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

NAI-1527312105

**CONTESTED MATTERS BEING ADJOURNED**

1. Application of the Official Committee of Talc Claimants for Retention of Houlihan Lokey Capital, Inc. as Investment Banker Under Bankruptcy Code Section 328(a) Effective as of December 17, 2021 [Dkt. 953].

    **Status:  This matter has been adjourned to the March 30, 2022 hearing.**

2. Application for Retention of FTI Consulting, Inc. as Financial Advisor for the Official Committee of Talc Claimants Effective December 31, 2021 [Dkt. 954].

    **Status:  This matter has been adjourned to the March 30, 2022 hearing.**

3. Application of the Official Committee of Talc Claimants I for Retention of The Brattle Group, Inc. as Talc Consultants [Dkt. 1289].

    **Status:  This matter has been adjourned to the March 30, 2022 hearing.**

4. Travelers Casualty and Surety Company's Motion for an Order Granting Relief from the Automatic Stay to Allow the NJ Coverage Action to Proceed [Dkt. 1488].

    **Status:  This matter has been adjourned to the March 30, 2022 hearing.**

5. Motion by the New Jersey Coverage Action Plaintiff-Insurers for an Order (I) Confirming That the Automatic Stay Does Not Apply to the New Jersey Coverage Action Or, in the Alternative, (II) Granting Relief From the Automatic Stay to Allow the New Jersey Coverage Action to Proceed [Dkt. 1491].

    **Status:  This matter has been adjourned to the March 30, 2022 hearing.**

**CONTESTED MATTERS GOING FORWARD FOR SCHEDULING PURPOSES**

6. Official Committee of Talc Claimants II Application for Retention of Sherman, Silverstein, Kohl, Rose & Podolsky, P.C. [Dkt. 1079].

    **Status:  At the direction of the Court, this matter is going forward for scheduling purposes only.**

7. Official Committee of Talc Claimants II Application for Retention of Cooley LLP, Effective as of December 31, 2021 [Dkt. 1080].

    **Status:  At the direction of the Court, this matter is going forward for scheduling purposes only**

8. Official Committee of Talc Claimants II Application for Retention of Waldrep Wall Babcock & Bailey PLLC, Effective as of December 23, 2021 [Dkt. 1091].

   **Status: At the direction of the Court, this matter is going forward for scheduling purposes only.**

**UNCONTESTED MATTER GOING FORWARD**

9. Official Committee of Talc Claimants II Motion Requesting Redaction of Docket No. 1233 [Dkt. 1253].

   **Status: This matter is going forward.**

   Objection Deadline: March 1, 2022.

   Related Documents:

   A. Official Committee of Talc Claimants II Letter Regarding Discovery Dispute [Dkt. 1233].

   Objections Received: None.

**CONTESTED MATTERS GOING FORWARD**

10. Debtor's Application for Retention of Jones Day as Counsel, Effective as of October 14, 2021 [Dkts. 404, 541].

    **Status: This matter is going forward.**

    Objection Deadline: December 8, 2021.

    Related Documents:

    A. Debtor's Omnibus Reply in Support of Professional Retention Applications and Motion Authorizing Retention and Compensation of Ordinary Course Professionals [Dkt. 810] (the "Omnibus Reply").

    B. Order Authorizing Interim Retention of Jones Day [Dkt. 857].

    C. Adjournment Request [Dkt. 1019].

    D. Debtor's Reply in Support of Its Application to Retain Jones Day as Chapter 11 Counsel [Dkt. 1190].

    E. Order Amending Order Authorizing Interim Retention of Jones Day [Dkt. 1294].

    F. Notice of Jones Day Annual Rate Increase [Dkt. 1375].

    G.    Debtor's Supplemental Reply in Support of Retention Applications [Dkt. 1629] (the "Supplemental Reply").

Objections Received:

    H.    Omnibus Limited Objection of Official Committee of Talc Claimants to Debtor's Retention Applications and Ordinary Course Professionals Motion [Dkt. 750] (the "Talc Committee Objection").

    I.    Objection of Aylstock, Witkin, Kreis & Overholtz, PLLC to Application for Retention of Jones Day [Dkt. 753].

    J.    Objection of the United States Trustee to Debtor's Application for Retention of Jones Day, Effective as of October 14, 2021 [Dkt. 758].

    K.    Surreply of Official Committee of Talc Claimants I to Jones Day Retention Application [Dkt. 1227].

    L.    Amended Surreply of Official Committee of Talc Claimants I to Jones Day Retention Application [Dkt. 1228].

    M.    Sur-Reply of Aylstock, Witkin, Kreis & Overholtz, PLLC in Further Support of Its Objection to the Debtor's Application for Retention of Jones Day [Dkt. 1231].

    N.    Official Committee of Talc Claimants I's (I) Supplemental Objection to Debtor's Applications for Authority to Retain Certain Law Firms, and (II) Objection to Orrick's Retention [Dkt. 1600] (the "Talc Committee Supplemental Objection").

11.    Debtor's Application for Retention of Weil, Gotshal & Manges LLP as Special Counsel as of the Petition Date [Dkt. 413, 552].

**Status:  This matter is going forward.**

Objection Deadline:  December 8, 2021

Related Documents:

    A.    Supplemental Certification of Ronit J. Berkovich in Support of Application for Retention of Weil, Gotshal & Manges LLP as Special Counsel as of the Petition Date [Dkt. 782].

    B.    The Omnibus Reply.

    C.    Order Authorizing Interim Retention of Weil, Gotshal & Manges LLP as the Debtor's Special Counsel [Dkt. 863].

    D.    Amended Order Authorizing Interim Retention of Weil, Gotshal & Manges LLP as the Debtor's Special Counsel [Dkt. 866].

    E.    Adjournment Request [Dkt. 1019].

    F.    Debtor's Supplemental Reply in Support of Application to Retain Weil, Gotshal & Manges LLP [Dkt. 1197].

    G.    Order Amending Order Authorizing Interim Retention of Weil, Gotshal & Manges LLP as the Debtor's Special Counsel [Dkt. 1293].

Objections Received:

    H.    The Talc Committee Objection.

12.    Application for Retention of Skadden, Arps, Slate, Meagher & Flom LLP, Effective as of October 14, 2021 [Dkt. 832].

**Status: This matter is going forward.**

Objection Deadline: December 22, 2021.

Related Documents:

    A.    Second Supplemental Certification of Melanie L. Cyganowski [Dkt. 964].

    B.    Adjournment Request [Dkt. 1019].

    C.    Reply in Support Debtor's Application for Retention of Skadden, Arps, Slate, Meagher & Flom LLP, Effective as of October 14, 2021 [Dkt. 1235].

    D.    Order Authorizing Interim Retention of Skadden, Arps, Slate, Meagher & Flom LLP [Dkt. 1378].

    E.    The Supplemental Reply.

Objections Received:

    F.    Objection of Official Committee of Talc Claimants to Application for Retention of Skadden, Arps, Slate, Meager & Flom LLP [Dkt. 955].

    G.    Objection of Aylstock, Witkin, Kreis & Overholtz PLLC to Application for Retention of Skadden, Arps, Slate, Meager & Flom LLP [Dkt. 957].

    H.    Objection of the United States Trustee to Debtor's Application for Retention of Skadden, Arps, Slate, Meager & Flom LLP, Effective as of October 14, 2021 [Dkt. 961].

I. The Talc Committee Supplemental Objection.

| | |
|---|---|
| Dated: March 4, 2022 | **WOLLMUTH MAHER & DEUTSCH LLP** |
| | */s/ Paul R. DeFilippo*<br>Paul R. DeFilippo, Esq.<br>James N. Lawlor, Esq.<br>Joseph F. Pacelli, Esq. (*pro hac vice*)<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>Facsimile: (212) 382-0050<br>pdefilippo@wmd-law.com<br>jlawlor@wmd-law.com<br>jpacelli@wmd-law.com |
| | **JONES DAY**<br>Gregory M. Gordon, Esq.<br>Brad B. Erens, Esq.<br>Dan B. Prieto, Esq.<br>Amanda Rush, Esq.<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>gmgordon@jonesday.com<br>bberens@jonesday.com<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br>(Admitted *pro hac vice*) |
| | *ATTORNEYS FOR DEBTOR* |