UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KARST & von OISTE, LLP
David A. Chandler, Esq.
505 Main Street
Port Jefferson, NY 11777
dac@karstvonoiste.com

*Attorneys for Talc Committee Claimant*
TONYA WHETSEL, JAMES E. WHETSEL, KRISTEN
MARY WHETSEL, AVERY GRACE WHETSEL, and
KAYLEIGH KLEIN, as Representative of the Estate of
BRANDON WHETSEL, Deceased,

In Re:

   LTL Management LLC,

       Debtor.

Case No. 21-30589 (MBK)

Chapter 11

Honorable Michael B. Kaplan, U.S.B.J., Chief

## *CORRECTED* NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Talc Committee Claimant ***Tonya Whetsel, James E. Whetsel, Kristen Mary Whetsel, Avery Grace Whetsel, and Kayleigh Klein, as Representative of the Estate of BRANDON WHETSEL, Deceased***. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:    David A. Chandler, Esq.
                            KARST & von OISTE, LLP
                            505 Main Street
                            Port Jefferson, NY 11777
                            dac@karstvonoiste.com

    DOCUMENTS:

    X All notices entered pursuant to Fed. R. Bankr. P. 2002.

    X All documents and pleadings of any nature.

Date: March 7, 2022

                                                        *s/ David Chandler*
                                                            Signature