| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| **COOLEY LLP** <br> Cullen D. Speckhart (admitted pro hac vice) <br> Ian Shapiro (admitted pro hac vice) <br> Russell Capone (admitted pro hac vice) <br> Michael Klein (admitted pro hac vice) <br> 55 Hudson Yards <br> New York, NY 10001 <br> Tel: (212) 479-6000 <br> Fax: (212) 479-6275 <br> Email: cspeckhart@cooley.com <br> ishapiro@cooley.com <br> rcapone@cooley.com <br> mklein@cooley.com <br><br> Matthew Kutcher (admitted pro hac vice) <br> 444 W Lake Street, Suite 1700 <br> Chicago, IL 60606 <br> Tel: (312) 881-6500 <br> Fax: (312) 881-6598 <br> Email: mkutcher@cooley.com <br><br> Shamis Beckley (admitted pro hac vice) <br> 500 Boylston Street, 14th Floor <br> Boston, MA 02116-3736 <br> Tel: (617) 937-2300 <br> Fax: (617) 937-2400 <br> Email: sbeckley@cooley.com <br><br> Kathleen Hartnett (admitted pro hac vice) <br> Julie Veroff (admitted pro hac vice) <br> 3 Embarcadero Center, 20th Floor <br> San Francisco, CA 94111-4004 <br> Tel: (415) 693-2000 <br> Fax: (415) 693-2222 <br> Email: khartnett@cooley.com <br> jveroff@cooley.com <br><br> *Proposed Co-Counsel to the* <br> *Official Committee of Talc Claimants II* | **BAILEY GLASSER LLP** <br> Brian A. Glasser (admitted pro hac vice) <br> Thomas B. Bennett (admitted pro hac vice) <br> Kevin W. Barrett (admitted pro hac vice) <br> Maggie B. Burrus (admitted pro hac vice) <br> 1055 Thomas Jefferson St. NW, Suite 540 <br> Washington, DC 20007 <br> Tel: (202) 463-2101 <br> Fax: (202) 463-2103 <br> Email: bglasser@baileyglasser.com <br> tbennett@baileyglasser.com <br> kbarrett@baileyglasser.com <br> mburrus@baileyglasser.com <br><br> *Proposed Co-Counsel to the* <br> *Official Committee of Talc Claimants II* |

| | |
|---|---|
| **WALDREP WALL**<br>**BABCOCK & BAILEY PLLC**<br>Thomas W. Waldrep, Jr. (admitted pro hac vice)<br>Kevin L. Sink (admitted pro hac vice)<br>James C. Lanik (admitted pro hac vice)<br>Jennifer B. Lyday (admitted pro hac vice)<br>370 Knollwood Street, Suite 600<br>Winston-Salem, NC 27103<br>Tel: (336) 717-1280<br>Fax: (336) 717-1340<br>Email: notice@waldrepwall.com<br><br>*Proposed Co-Counsel to the*<br>*Official Committee of Talc Claimants II* | **MASSEY & GAIL LLP**<br>Jonathan S. Massey (admitted pro hac vice)<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC 20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>Email: jmassey@masseygail.com<br><br>*Proposed Co-Counsel to the*<br>*Official Committee of Talc Claimants II* |
| **SHERMAN, SILVERSTEIN,**<br>**KOHL, ROSE & PODOLSKY, P.A.**<br>Arthur J. Abramowitz<br>Alan I. Moldoff<br>Ross J. Switkes<br>308 Harper Drive, Suite 200<br>Moorestown, NJ 08057<br>Tel: (856) 662-0700<br>Email: aabramowitz@shermansilverstein.com<br>       amoldoff@shermansilverstein.com<br>       rswitkes@shermansilverstein.com<br><br>*Proposed Local Counsel to the*<br>*Official Committee of Talc Claimants II* | |
| In re:<br><br>**LTL MANAGEMENT LLC,**<br><br>                    Debtor. | Chapter 11<br><br>Case No.: 21-30589 (MBK)<br><br>Honorable Michael B. Kaplan |

**NOTICE OF MOTION OF OFFICIAL COMMITTEE OF TALC CLAIMANTS II FOR MODIFICATION OF THE COURT'S ORDER REGARDING: (A) DEBTOR'S MOTION FOR AN ORDER DETERMINING THAT THE UNITED STATES TRUSTEE'S NOTICE OF "RECONSTITUTED AND AMENDED" TALC CLAIMANTS COMMITTEE IS INVALID AND REINSTATING THAT COMMITTEE; AND (B) MOTION FOR ORDER VACATING APPOINTMENT OF SECOND OFFICIAL COMMITTEE OF TALC CLAIMANTS AND ADDITION OF NEW COMMITTEE MEMBERS FILED BY ARNOLD & ITKIN LLP [DOCKET NO. 1273], TO AUTHORIZE TCC II TO CONTINUE TO EXIST FOR PURPOSES OF PURSUING APPEALS OF THE MOTION TO DISMISS AND PRELIMINARY INJUNCTION ORDERS**

**PLEASE TAKE NOTICE** that the Official Committee of Talc Claimants II ("TCC II"), by and through its proposed undersigned local counsel, shall move before the Honorable Michael B. Kaplan, U.S.B.J., Chief, on **March 30, 2022 at 10:00 a.m.**, or as soon as counsel may be heard, at the U.S. Bankruptcy Court, District of New Jersey, 402 East State Street, Trenton, NJ 08608, for entry of an order modifying the Court's *Order Regarding: (A) Debtor's Motion For An Order Determining That The United States Trustee's Notice Of "Reconstituted And Amended" Talc Claimants Committee Is Invalid And Reinstating That Committee; And (B) Motion For Order Vacating Appointment Of Second Official Committee Of Talc Claimants And Addition Of New Committee Members Filed By Arnold & Itkin LLP* [Docket No. 1273], to authorize TCC II to continue to exist for purposes of prosecuting and participating in appeals of the Motion to Dismiss and Preliminary Injunction Orders (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that opposition to the relief requested and/or cross-motions, if any, shall be filed with the Clerk of the Bankruptcy Court and served upon all parties in interest at least seven (7) days before the hearing date of the Motion in accordance with D.N.J. LBR 9013-2(a).

**PLEASE TAKE FURTHER NOTICE** that unless objections are timely filed, the Motion shall be decided on the papers in accordance with D.N.J. LBR 9013-3(d), and the relief requested may be granted without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-3(a), in the event the Motion is contested, there is a duty to confer to determine whether a consent order may be entered disposing of the Motion or to stipulate to the resolution of as many issues as possible.

**PLEASE TAKE FURTHER NOTICE** that in accordance with D.N.J. LBR 9013-3(e), unless the Court authorizes otherwise prior to the hearing date hereof, no testimony shall be taken at the hearing except by certification or affidavit.

Date: March 7, 2022

Respectfully submitted,

**SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.**

By: /s/ *Arthur J. Abramowitz*
Arthur J. Abramowitz
Ross J. Switkes
Sherman, Silverstein,
Kohl, Rose & Podolsky, P.A.
308 Harper Drive, Suite 200
Moorestown, NJ 08057
Tel: (856) 662-0700
aabramowitz@shermansilverstein.com
rswitkes@shermansilverstein.com

*Proposed Local Counsel to the Official Committee of Talc Claimants II*