# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

| | |
|---|---|
| In re: LTL Management, LLC | Chapter: 11 |
| | Case Number: 21-30589 |
| | Civil Number: |
| | Adversary Number: |
| | Bankruptcy Judge: Kaplan |

## AMENDED TRANSMITTAL OF APPEAL DOCUMENT(S) TO:

☑ **DISTRICT COURT**    ☐ **CIRCUIT COURT OF APPEALS**

A Notice of Appeal was filed in our office on __March 7, 2022__. The parties to the appeal are:

| | | | |
|---|---|---|---|
| Appellant(s): | Aylstock, Witkin, Kreis & Overholtz, PLLC | Appellee(s): | LTL Management, LLC |
| Attorney: | Offit Kurman, P.A. | Attorney: | Brad Jeffrey Axelrod |
| Address: | 99 Wood Avenue South, Suite 3002 | Address: | 500 Fifth Avenue |
| | Iselin, New Jersey 08830 | | New York, NY 10110 |

Title of Order Appealed: #1603 ORDER DENYING MOTIONS TO DISMISS & #1635 Order (I) Declaring That The Automatic Stay Applies to Certain Actions Against Non-Debtors and (II) Preliminarily Enjoining Certain Actions.

Date Entered On Docket: 3/2/2022

The items indicated below are being transmitted together:

☑ Notice of Appeal    ☑ Order being Appealed    ☐ Designation of Record on Appeal
☐ Statement of Issues    ☐ Transcript    ☐ Transcript Ordered On: _____
☑ Other  Clerk's Certificate of Service

☑    An appeal has not previously been filed in this case.

☐    The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| **21-CV-20252-FLW** ** Motion to Withdraw Reference (not an appeal) | Chief Judge Freda L. Wolfson | 11/29/21 |
| | | |
| | | |

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____    Judge assigned: _____
By: _____    Date: _____

*rev. 12/15/14*