# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

| | |
|---|---|
| In re: | Chapter: 11 |
| LTL Management LLC | Case Number: 21-30589 |
| | Civil Number: 22-cv-01280 |
| | Adversary Number: |
| | Bankruptcy Judge: KAPLAN |

### TRANSMITTAL OF DOCUMENT(S) TO:
☒ DISTRICT COURT   ☐ CIRCUIT COURT OF APPEALS

The following items have been filed with our office, and are being transmitted:

☒ Notice of Appeal   ☒ Order being Appealed   ☐ Designation of Record on Appeal
☐ Statement of Issues   ☐ Transcript   ☐ Transcript Ordered On: _____
☐ Motion for Leave to Appeal   ☐ Certification of Failure to File Designation   ☐ Motion to Withdraw the Reference
☒ Other  Clerk's Certificate of Service

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on March 7, 2022. The parties to the appeal are:

Appellant(s): Official Committee of Talc Claimants, II, Patricia Cook, Evan Plotkin, Randy Derouen, Kristie Doyle, estate of Dan Doyle, Katherine Tollefson, Tonya Whetsel estate of Brandon Whetsel

Attorney: Sherman, Silverstein, Kohl, Rose & Podolsky, P.A.
Address: 308 Harper Drive, Suite 200
Moorestown, NJ 08057

Appellee(s): LTL Management, LLC
Attorney: Wollmuth Maher & Deutsch, LLP
Address: 500 Fifth Avenue
New York, NY 10110

Title of Order Appealed: #1603 Order Denying Motion to Dismiss
Date Entered On Docket: March 2, 2022

☐ An appeal has not previously been filed in this case.

☒ The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| 22-cv-01280 | Judge Freda L. Wolfson | March 9, 2022 |
| | | |
| | | |

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____   Judge assigned: _____
By: _____   Date: _____

*rev. 8/28/17*