UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-1(b)**

**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones
Karen B. Dine
Colin R. Robinson
Peter J. Keane
919 N. Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: ljones@pszjlaw.com
         kdine@pszjlaw.com
         crobinson@pszjlaw.com
         pkeane@pszjlaw.com

*Counsel to Arnold & Itkin LLP*

|  |  |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC, | Case No. 21-30589 (MBK) |
| Debtor. [1] | Hearing Date and Time:<br>March 30, 2022 at 10:00 a.m. (ET) |

## NOTICE OF REQUEST OF ARNOLD & ITKIN LLP
## FOR CERTIFICATION OF DIRECT APPEAL TO THE
## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**PLEASE TAKE NOTICE** that the *Request of Arnold & Itkin LLP for Certification of Direct of Appeal to the United States Court of Appeals for the Third Circuit* (the "Request") shall be heard on March 30, 2022 at 10:00 a.m., or as soon thereafter as counsel may be heard, the Honorable Michael B. Kaplan, United States Bankruptcy Judge, at the United States Bankruptcy Court, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

**PLEASE TAKE FURTHER NOTICE** that opposition to the Request, if any, shall be filed with the Clerk of the Bankruptcy Court, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, and served upon all parties in interest at least seven (7) days before the hearing date of the Request.

Dated: March 14, 2022        **PACHULSKI STANG ZIEHL & JONES LLP**

By: */s/ Colin R. Robinson* _____
Laura Davis Jones
Karen B. Dine
Colin R. Robinson
Peter J. Keane
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
      kdine@pszjlaw.com
      crobinson@pszjlaw.com
      pkeane@pszjlaw.com

*Counsel for Arnold & Itkin LLP*