**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Cohen, Placitella & Roth, P.C.
Christopher M. Placitella
Michael Coren
Dennis M. Geier
Eric S. Pasternack
cplacitella@cprlaw.com
mcoren@cprlaw.com
dgeier@cprlaw.com
jmplacitella@cprlaw.com
justinplacitella@cprlaw.com
127 Maple Avenue
Red Bank, NJ 07701
Telephone: (732) 747-9003
Facsimile: (732) 747-9004

Attorneys for Non-Party Movants Daniel Edley and
Roger Edley

| | |
|---|---|
| In re:<br>LTL MANAGEMENT LLC,<br>Debtor.[1]<br><br>Defendants. | Chapter 11<br>Case No. 21-30589 (MBK)<br><br>Hearing Date: April 12, 2022 |

**ORDER**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

**ORDERED**.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's
address is 501 George Street, New Brunswick, New Jersey 08933

Page 2 of 3
Debtor: LTL Management LLC
Case No. 21-30589 (MBK)
Caption: Order Granting Relief from Automatic Stay to allow a Class Action against
Johnson and Johnson to Proceed

This matter coming before the Court on the *NOTICE OF MOTION BY NON-PARTY MOVANTS DANIEL EDLEY AND ROGER EDLEY FOR AN ORDER (I) CONFIRMING THAT THE AUTOMATIC STAY AND PRELIMINARY INJUNCTION DO NOT APPLY TO AN INTENDED PUTATIVE CLASS ACTION TO BE FILED AGAINST JOHNSON AND JOHNSON AND OTHER NONDEBTOR DEFENDANTS, OR, IN THE ALTERNATIVE, (II) GRANTING RELIEF FROM THE AUTOMATIC STAY TO ALLOW THE INTENDED PUTATIVE CLASS ACTION TO PROCEED*, filed by Movants Daniel Edley and Roger Edley (the "Edleys") on March 14, 2022; the Court having reviewed the Motion and the Supporting Memorandum of Law and its attached exhibits; the Court finding that notice of the Motion was sufficient under the circumstances; and the Court having considered the moving papers and any papers filed in opposition to the Motion and in reply; and the Court having held a hearing on the Motion on April 12, 2022; and the Court having determined that there is good cause for the relief granted herein:

IT IS HEREBY ORDERED THAT:

1.  The Motion is granted;

2.  The Court declares that the claims to be asserted by the Edleys in the class action they intend to file are not "Enjoined Talc Claims."

3.  Relief from the automatic stay imposed by 11 U.S.C. § 362(a) is granted for cause under 11 U.S.C. § 362(d) to allow the Edleys to file the intended class action against Johnson and Johnson and other nondebtor defendants.

4.  The Edleys are authorized to take any action to effectuate this Order.

Page 3 of 3
Debtor: LTL Management LLC
Case No. 21-30589 (MBK)
Caption: Order Granting Relief from Automatic Stay to allow a Class Action against
Johnson and Johnson to Proceed

      5.      The fourteen-day stay of the effectiveness of this Order pursuant to

Bankruptcy Rule 4001(a)(3) is hereby waived and this Order shall be effective immediately upon

its entry.

      6.      This Court shall retain jurisdiction with respect to the implementation and

interpretation of this Order.