## UNITED STATES BANKRUPTCY COURT
### District of New Jersey

| | | |
|---|---|---|
| In re: | Chapter: | 11 |
| LTL Management LLC | Case Number: | 21-30589 |
| | Civil Number: | |
| | Adversary Number: | |
| | Bankruptcy Judge: | KAPLAN |

### TRANSMITTAL OF DOCUMENT(S) TO:
☒ **DISTRICT COURT**   ☐ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

- ☒ Notice of Appeal
- ☒ Order being Appealed
- ☐ Designation of Record on Appeal
- ☐ Statement of Issues
- ☐ Transcript
- ☐ Transcript Ordered On: _____
- ☐ Motion for Leave to Appeal
- ☐ Certification of Failure to File Designation
- ☐ Motion to Withdraw the Reference
- ☒ Other: Clerk's Certificate of Service

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on **March 16, 2022**. The parties to the appeal are:

| | |
|---|---|
| Appellant(s): Official Committee of Talc Claimants II, Patricia Cook, Evan Plotkin, Randy Derouen, Kristie Doyle as estate of Dan Doyle, Katherine Tollefson, Tonya Whetsel as estate of Brand Whetsel, Giovanni Sosa, Jan & Micheslon Boyle | Appellee(s): LTL Management LLC |
| Attorney: Sherman Silvertstein Kohl Rose, et al. | Attorney: Wollmuth Maher & Deutsch LLP |
| Address: 308 Harper Drive, Suite 200 | Address: 500 Fifth Avenue |
| Moorestown, NJ 08057 | New York, NY 10110 |

Title of Order Appealed: #1603 Order Denying Motion to Dismiss

Date Entered On Docket: March 2, 2022

☐ An appeal has not previously been filed in this case.

☒ The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| 22-cv-01280 | Judge Freda L. Wolfson | March 9, 2022 |
| 22-cv-01289 | Judge Freda L. Wolfson | March 10, 2022 |
| 22-cv-01303 | Judge Freda L. Wolfson | March 10, 2022 |
| 22-cv-01339 | Judge Freda L. Wolfson | March 11, 2022 |
| 22-cv-01387 | Judge Freda L. Wolfson | March 15, 2022 |

---

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____   Judge assigned: _____

By: _____   Date: _____

*rev. 8/28/17*