**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**OFFIT KURMAN, P.A.**
Paul J. Winterhalter, Esquire (006961986)
99 Wood Avenue South, Suite 302
Iselin, New Jersey 08830
Telephone:    (267) 338-1370
Facsimile:    (267) 338-1335
E-mail:        pwinterhalter@offitkurman.com

**KTBS LAW LLP**
Michael L. Tuchin, Esq. (*pro hac vice*)
Robert J. Pfister, Esq. (*pro hac vice*)
Samuel M. Kidder, Esq. (*pro hac vice*)
Nir Maoz, Esq. (*Pro Hac Vice*)
1801 Century Park East, 26th Floor
Los Angeles, California 90067
Telephone:    (310) 407-4000
Facsimile:    (310) 407-9090
Email:         mtuchin@ktbslaw.com
               rpfister@ktbslaw.com
               skidder@ktbslaw.com
               nmaoz@ktbslaw.com

*Attorneys for Aylstock, Witkin, Kreis & Overholtz,
PLLC*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.:  21-30589 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

**STATEMENT OF ISSUES, DESIGNATION OF ITEMS TO BE INCLUDED IN THE
RECORD ON APPEAL, AND CERTIFICATE REGARDING TRANSCRIPTS**

Aylstock, Witkin, Kreis & Overholtz, PLLC ("Appellant") hereby provides, pursuant to

Rule 8009 of the Federal Rules of Bankruptcy Procedure, the following statement of issues,

designation of the items to be included in the record, and certificate regarding transcripts in

---

[1]  The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is
501 George Street, New Brunswick, New Jersey 08933.

connection with AWKO's *Notice of Appeal* [Docket No. 1651]. As set forth in the Notice of

Appeal, Appellant appeals from: (i) the *Order Denying Motions to Dismiss* [Docket No. 1603]

(the "MTD Order"), entered on March 2, 2022, and the related *Memorandum Opinion* [Docket

No. 1572] (the "MTD Opinion"), entered on February 25, 2022 and (ii) the *Order (I) Declaring

that Automatic Stay Applies to Certain Actions Against Non-Debtors and (II) Preliminarily

Enjoining Certain Actions* [Docket No. 1635] ("Stay Order" and together with the MTD Order,

the "Orders"), entered on March 7, 2022, and the related *Memorandum Opinion* [Adv. Pro. No.

21-03032, Docket No. 184] (the "Stay Opinion" and together with the MTD Opinion, the

"Opinions"), entered on February 25, 2022.

## I.  STATEMENT OF ISSUES ON APPEAL

1.      Did the Bankruptcy Court err in the denying the motions to dismiss for cause

under 11 U.S.C. § 1112(b)?

2.      Did the Bankruptcy Court err in allowing the Debtor and the holder of the

Debtor's equity to utilize a divisional merger followed by a chapter 11 filing to isolate a specific

class of creditor claims to be dealt with in bankruptcy rather than litigated in the tort system,

when all other creditors of the enterprise remain outside of bankruptcy and are being paid in full

in the ordinary course?

3.      Did the Bankruptcy Court err in allowing the Debtor and the holder of the

Debtor's equity to utilize a divisional merger followed by a chapter 11 filing to benefit the

holders of equity interests at the expense of a specific class of creditors whose claims are

superior in priority?

4.      Did the Bankruptcy Court err in allowing the Debtor and the holder of the

Debtor's equity to utilize a divisional merger followed by a chapter 11 filing to circumvent the

ordinary and customary rules applicable to bankruptcy cases?

5.      Did the Bankruptcy Court err in ruling that it has the authority to issue a channeling injunction for an asbestos-related bankruptcy case under 11 U.S.C. § 105 if the specific requirements of 11 U.S.C. § 524(g) are not satisfied?

6.      Did the Bankruptcy Court err in ruling that the Debtor satisfies the requirements of 11 U.S.C. § 524(g)(2)(B)(i)(I) even though the Debtor was not "named as a defendant in personal injury, wrongful death, or property-damage actions" as of the petition date?

7.      When considering whether this case was filed in good faith, did the Bankruptcy Court err in considering the assets and liabilities of a no-longer-existent non-debtor?

8.      Did the Bankruptcy Court err in declaring that the automatic stay under 11 U.S.C. § 362 applies to non-debtors Johnson & Johnson and Johnson and Johnson Consumer Inc., as well as hundreds of other non-debtors?

9.      Did the Bankruptcy Court err in granting a preliminary injunction enjoining all talc-related suites against non-debtors Johnson & Johnson and Johnson and Johnson Consumer Inc., as well as hundreds of other non-debtors?

## II.  DESIGNATION OF RECORD ON APPEAL

Appellant hereby designates the following items to be included in the record on appeal, which includes all exhibits and addenda attached thereto and file therewith and all documents incorporated therein:

| Case No. 21-30589 | | |
|---|---|---|
| **Filing Date** | **Docket No.** | **Item** |
| 10/14/2021 | 1 | Voluntary Petition Under Chapter 11 |
| 10/14/2021 | 3 | Informational Brief of LTL Management LLC |
| 10/14/2021 | 5 | Declaration of John K. Kim in Support of First Day Pleadings |

| Case No. 21-30589 | | |
|---|---|---|
| **Filing Date** | **Docket No.** | **Item** |
| 10/14/2021 | 7 | Debtor's Motion for an Order: (I) Authorizing It to File a List of the Top Law Firms with Talc Cases Against the Debtor in Lieu of the List of the 20 Largest Unsecured Creditors; (II) Approving Certain Notice Procedures for Talc Claimants; and (III) Approving the Form and Manner of Notice of Commencement of this Case |
| 10/14/2021 | 8 | Debtor's Motion for an Order Authorizing Establishment of a Qualified Settlement Fund for Payment of Talc Claims |
| 10/18/2021 | 44 | Debtor's Emergency Motion to Enforce the Automatic Stay Against Talc Claimants who Seek to Pursue Their Claims Against the Debtor and Its Non-Debtor Affiliates |
| 10/18/2021 | 51 | Objection To (A) Debtor's Motion For An Order: (I) Authorizing It To File A List Of The Top Law Firms With Talc Cases Against The Debtor In Lieu Of The List Of The 20 Largest Unsecured Creditors; (II) Approving Certain Notice Procedures For Talc Claimants; And (III) Approving The Form And Manner Of Notice Of Commencement Of This Case; And (B) Debtor's Motion For Entry Of An Order Establishing Certain Notice, Case Management And Administrative Procedures filed by Thomas W. Waldrep Jr. on behalf of Maune Raichle Hartley French & Mudd, LLC |
| 10/18/2021 | 52 | Objection To Debtor's Motion For An Order Authorizing Establishment Of A Qualified Settlement Fund For Payment Of Talc Claims filed by Thomas W. Waldrep Jr. on behalf of Maune Raichle Hartley French & Mudd, LLC |
| 10/18/2021 | 53 | Objection To Debtor's Emergency Motion To Enforce The Automatic Stay Against Talc Claimants Who Seek To Pursue Their Claims Against The Debtor And Its Non-Debtor Affiliates filed by Thomas W. Waldrep Jr. on behalf of Maune Raichle Hartley French & Mudd, LLC |
| 10/19/2021 | 67 | Limited Omnibus Objection Of The MDL Plaintiffs' Steering Committee To The Debtor's First Day Motions filed by Cole Hayes on behalf of The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Multi-District Litigation |

| Case No. 21-30589 | | |
|---|---|---|
| **Filing Date** | **Docket No.** | **Item** |
| 10/19/2021 | 72 | Limited Objection And Reservation Of Rights Of The Blue Cross And Blue Shield Association To Debtor's Motion For An Order: (I) Authorizing It To File A List Of The Top Law Firms With Talc Cases Against The Debtor In Lieu Of The List Of 20 Largest Unsecured Creditors; (II Approving Certain Notice Procedures For Talc Claimants; And (III) Approving The Form And Manner Of Notice Of Commencement Of This Case [Dkt. 7] Filed by James H. Henderson on behalf of Blue Cross Blue Shield Association |
| 10/19/2021 | 76 | Motion of the MDL Plaintiffs Steering Committee to Strike Debtors Emergency Motion to Enforce the Automatic Stay, Objection to Scheduling an Emergency Hearing, and in the alternative, Motion to Reconsider Order Scheduling an Emergency Hearing. filed by Cole Hayes on behalf of The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Multi-District Litigation |
| 10/19/2021 | 94 | Order on Debtor's Ex Parte Motion for Entry of an Order Scheduling an Emergency Hearing on the Motion to Enforce the Automatic Stay and MDL Plaintiffs Steering Committee Ex Parte Motion to Shorten Notice |
| 10/19/2021 | 103 | Aylstock, Witkin, Kreis & Overholtz PLLC'S (I) Objection To Debtor's Ex Parte Motion For An Emergency Hearing; (II) Preliminary Response To Debtor's Emergency Motion To Enforce The Automatic Stay; And (III) Joinder In Related Filings |
| 10/21/2021 | 128 | Adversary case 21-03032. Complaint 71 Debtor's Complaint for Declaratory and Injunctive Relief (I) Declaring That the Automatic Stay Applies to Certain Actions Against Non-Debtors or, (II) Preliminarily Enjoining Such Actions and (II) Granting a Temporary Restraining Order Pending a Final Hearing by LTL Management LLC, LTL Management LLC against Those Parties Listed on Appendix A to the Complaint and John and Jane Does 1-1000 |
| 10/23/2021 | 178 | Transcript for Hearing/Trial held on 10/20/2021 |
| 10/25/2021 | 205 | Motion to Transfer Case To District of New Jersey filed by U.S. Bankruptcy Administrator Office |

| Case No. 21-30589 | | |
|---|---|---|
| **Filing Date** | **Docket No.** | **Item** |
| 10/25/2021 | 206 | Declaration of Shelley K. Abel in Support of Motion to Transfer Venue filed by U.S. Bankruptcy Administrator Office |
| 10/26/2021 | 208 | Order to Appear and Show Cause Why Venue Should Not be Transferred to Another District |
| 10/28/2021 | 227 | Motion Of The Bankruptcy Administrator To Appoint An Official Committee Of Talc Claimants filed by U.S. Bankruptcy Administrator Office |
| 10/29/2021 | 235 | Motion of the MDL Plaintiffs Steering Committee to Transfer Venue Pursuant to 28 U.S.C. § 1412 and Joinder in Bankruptcy Administrators Motion to Transfer Venue |
| 10/29/2021 | 240 | Limited Objection Of Aleathea Goodins To The Motion Of The Bankruptcy Administrator To Appoint An Official Committee Of Talc Claimants And Request To Be Appointed To The Official Committee Of Unsecured Creditors filed by Rochelle Guiton on behalf of Aleathea Goodins |
| 11/01/2021 | 249 | Opposition of Aylstock, Witkin, Kreis & Overholtz, PLLC to Debtor's Request for Preliminary Injunctive Relief |
| 11/02/2021 | 278 | Response to Motion to Appoint Official Committee of Talc Claimants |
| 11/03/2021 | 292 | Debtor's Omnibus Reply in Support of (I) Motion to Enforce the Automatic Stay and (II) Motion for an Order (A) Declaring that the Automatic Stay Applies to Certain Actions Against Non-Debtors or (B) Preliminarily Enjoining Such Actions and (C) Granting a Temporary Restraining Order Pending a Final Hearing filed by Debtor LTL Management LLC |
| 11/03/2021 | 293 | Debtor's Ex Parte Motion Requesting Authority to Exceed the Maximum Page Limit filed by Matthew L Tomsic on behalf of LTL Management LLC |
| 11/03/2021 | 301 | Order Granting Motion Requesting Authority to Exceed the Maximum Page Limit filed by Debtor LTL Management LLC |

| Case No. 21-30589 | | |
|---|---|---|
| **Filing Date** | **Docket No.** | **Item** |
| 11/03/2021 | 312 | Response to Order to Show Cause and Motion of Arnold & Itkin LLP on Behalf of Certain TALC Personal Injury Claimants to Transfer Venue of this Chapter 11 Case to the District of Delaware or, if not to that District, the District of New Jersey Pursuant to 28 U.S.C. § 1412 and Rule 1014 of The Federal Rules of Bankruptcy Procedure |
| 11/03/2021 | 316 | Joinder of Arnold & Itkin LLP on Behalf of Certain Talc Personal Injury Claimants to Limited Objection of The William Hart Plaintiffs to the Bankruptcy Administrators Motion to Appoint an Official Committee of Talc Claimants, and Request of Arnold & Itkin LLP on Behalf of Certain Talc Personal Injury Claimants for Adjournment of the Bankruptcy Administrators Motion to Appoint an Official Committee of Talc Claimants Pending Resolution of The Venue OSC |
| 11/05/2021 | 337 | Onderlaw, LLCs Joinder To (I) Bankruptcy Administrators Motion To Transfer Venue and (II) Motion of the MDL Plaintiffs Steering Committee To Transfer Venue Pursuant To 28 U.S.C. § 1412 |
| 11/05/2021 | 340 | Kellie Brewer's Response In Support Of Motion Of Bankruptcy Administrator To Transfer Venue Of Bankruptcy Case Pursuant To 28 U.S.C. Sec. 1412 And Fed. R. Bankr. P. 1014(A)(1) In The Interest Of Justice Or For The Convenience Of Parties |
| 11/05/2021 | 344 | Exhibit List from Hearing Held on 11/05/2021 |
| 11/05/2021 | 345 | Debtor's Objection to Transfer of Venue |
| 11/05/2021 | 346 | Response Of Aylstock, Witkin, Kreis & Overholtz, PLLC to Order to Show Cause Why Venue Should Not Be Transferred To Another District And Joinder In Certain Related Filings |
| 11/05/2021 | 347 | Response in Support of Motions to Transfer Venue  Filed by Thomas W. Waldrep Jr. on behalf of Weitz & Luxenberg P.C., Kazan, McClain, Satterley & Greenwood, PLC, Levy Konigsberg LLP, Maune Raichle Hartley French & Mudd, LLC |
| 11/08/2021 | 355 | Order Appointing the Official Committee of Talc Claimants |
| 11/08/2021 | 357 | Letter from TCC Members re: Pending Motions to Transfer Venue filed by U.S. Bankruptcy Administrator Office |

| | | Case No. 21-30589 |
|---|---|---|
| **Filing Date** | **Docket No.** | **Item** |
| 11/09/2021 | 362 | Williams Hart Plaintiffs' Joinder to Arnold & Itkin, LLP's Motion to Transfer Venue of this Chapter 11 Case to the District of Delaware, or if not in that District, the District of New Jersey Pursuant to 28 U.S.C. 1412 and Rule 1014 of the Federal Rules of Bankruptcy Procedure Filed by Christopher Damon Layton on behalf of Williams Hart Boundas Easterby, LLP, on behalf of certain personal injury claimants (Williams Hart Plaintiffs) |
| 11/10/2021 | 409 | Exhibit(s) List from Hearing Held on 11/10/2021 |
| 11/12/2021 | 390 | Transcript for Hearing/Trial held on 11/4/2021 |
| 11/12/2021 | 391 | Transcript for Hearing/Trial held on 11/5/2021 |
| 11/12/2021 | 392 | Transcript for Hearing/Trial held on 11/10/2021 |
| 11/15/2021 | 404 | Debtor's Ex Parte Application For An Order Authorizing It To Retain And Employ Jones Day As Counsel As Of The Petition Date |
| 11/16/2021 | 416 | Order Transferring Case to the District of New Jersey |
| 11/19/2021 | 489 | Initial Statement of Official Committee of Talc Claimants Respecting Chapter 11 Case filed by Daniel Stolz on behalf of Committee of Talc Claimants |
| 11/19/2021 | 495 | Amended Initial Statement of Official Committee of Talc Claimants Respecting Chapter 11 Case filed by Daniel Stolz on behalf of Committee of Talc Claimants |
| 11/23/2021 | 541 | Application For Retention of Professional Jones Day as Attorney Filed by Paul R. DeFilippo on behalf of LTL Management LLC |
| 11/24/2021 | 545 | Transcript Regarding Hearing Held 11/22/21 |
| 11/24/2021 | 546 | Debtor's Motion Pursuant to 11 U.S.C. § 1505 for an Order Authorizing it to Act as Foreign Representative on Behalf of the Debtor's Estate |
| 12/01/2021 | 632 | Motion To Dismiss Case For Other Reasons Re: For Cause Because It Was Not Filed In Good Faith Filed by Daniel Stolz on behalf of Committee of Talc Claimants |

| Case No. 21-30589 | | |
|---|---|---|
| **Filing Date** | **Docket No.** | **Item** |
| 12/06/2021 | 728 | Missing Document(s): Declaration Under Penalty For Non Individual Debtors, Statement of Financial Affairs For Non-Individuals, Schedules, Summary of Assets and Liabilities for Non-Individuals A/B,D,E/F,G,H, filed by Paul R. DeFilippo on behalf of LTL Management LLC |
| 12/07/2021 | 729 | Transcript regarding Hearing Held |
| 12/08/2021 | 746 | Objection of the Official Committee of Talc Claimants to The Debtor's QSF Motion and Motion to Seal |
| 12/08/2021 | 747 | Limited Objection to and Reservation of Rights of the Official Committee of Talc Claimants to the Debtor's Motion for Authorization to Act as the Estate's Foreign Representative |
| 12/08/2021 | 750 | Omnibus Limited Objection Of Official Committee Of Talc Claimants To Debtor's Retention Applications And Ordinary Course Professionals Motion filed by Daniel Stolz on behalf of Committee of Talc Claimants |
| 12/08/2021 | 751 | Joinder by AWKO Claimants to Objection of the Official Committee of Talc Claimants to the Debtor's QSF Motion |
| 12/08/2021 | 752 | Joinder by AWKO Claimants to Limited Objection and Reservation of Rights of the Official Committee of Talc Claimants to the Debtor's Motion for Authorization to Act as the Estate's Foreign Representative |
| 12/08/2021 | 753 | Objection of Aylstock, Witkin, Kreis & Overholtz, PLLC to Application for Retention of Jones Day |
| 12/08/2021 | 755 | Limited Objection to of the Blue Cross and Blue Shield Association to Debtor's Motion for an Order Authorizing Establishment of a Qualified Settlement Fund for Payment of Talc Claims |
| 12/08/2021 | 758 | Objection of the United States Trustee to Debtor's Application for Retention of Jones Day, Effective as of October 14, 2021 |
| 12/09/2021 | 761 | Order Establishing Procedures For Interim Compensation And Reimbursement Of Retained Professionals |
| 12/09/2021 | 765 | Transcript regarding Hearing Held 12/07/21 |

| Case No. 21-30589 | | |
| --- | --- | --- |
| **Filing Date** | **Docket No.** | **Item** |
| 12/09/2021 | 766 | Motion To Dismiss Case For Other Reasons Re: For Cause Because It Was Not Filed In Good Faith Filed by Colin R. Robinson on behalf of Arnold & Itkin LLP |
| 12/10/2021 | 768 | Application re: Entry of Agreed Protective Order Governing Confidential Information By and Between the Talc Creditors' Committee and the Debtor Pursuant to D.N.J. LBR 9021-1(b) Filed by Paul R. DeFilippo on behalf of LTL Management LLC |
| 12/13/2021 | 809 | Debtor's Reply in Support of Motion for an Order Authorizing It to Act as Foreign Representative on Behalf of the Debtor's Estate |
| 12/13/2021 | 810 | Debtor's Omnibus Reply in Support of Professional Retention Applications and Motion Authorizing Retention and Compensation of Ordinary Course Professionals |
| 12/15/2021 | 832 | Application For Retention of Professional Skadden, Arps, Slate, Meagher & Flom LLP as Special Counsel Filed by Paul R. DeFilippo on behalf of LTL Management LLC |
| 12/15/2021 | 843 | Motion to Appoint Examiner Filed by Jeffrey M. Sponder on behalf of U.S. Trustee |
| 12/16/2021 | 846 | Transcript Regarding Hearing Held 12/15/21 |
| 12/16/2021 | 854 | Order Authorizing The Debtor To Act As Foreign Representative On Behalf Of The Debtors Estate |
| 12/16/2021 | 857 | Order Authorizing Interim Retention Of Jones Day |
| 12/17/2021 | 870 | Order Modifying Order Establishing Procedures For Interim Compensation And Reimbursement Of Retained Professionals. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties |
| 12/21/2021 | 932 | Motion for Relief from Stay. Filed by John M. August on behalf of Vincent Hill |
| 12/21/2021 | 948 | Order For Entry of Agreed Protective Order Governing Confidential Information By and Between the Talc Creditors' Committee and the Debtor Pursuant to D.N.J. LBR 9021-1(b) |

| | | Case No. 21-30589 |
|---|---|---|
| **Filing Date** | **Docket No.** | **Item** |
| 12/22/2021 | 952 | Limited Objection and Reservation of Rights of the New Jersey Coverage Action Plaintiff-Insurers Regarding Debtor's Preliminary Injunction Motion Filing Error- Objection Should Be Docketed In Adversary Case |
| 12/22/2021 | 955 | Objection of Official Committee of Talc Claimants to Application for Retention of Skadden, Arps, Slate, Meager & Flom LLP |
| 12/22/2021 | 956 | Debtor's Objection to Motion to Dismiss Chapter 11 Case |
| 12/22/2021 | 957 | Objection of Aylstock, Witkin, Kreis & Overholtz PLLC to Application for Retention of Skadden Arps Slate Meager & Flom, LLP |
| 12/23/2021 | 961 | Objection of the United States Trustee to Debtor's Application for Retention of Skadden, Arps, Slate, Meagher & Flom LLP, Effective as of October 14, 2021 |
| 12/23/2021 | 965 | Notice Of The United States Trustee's Filing Of Reconstituted And Amended: (I) Notice Of Appointment Of Official Committee Of Talc Claimants I; And (II) Notice Of Appointment Of Official Committee Of Talc Claimants II |
| 12/29/2021 | 1003 | Notice of Motion of Aylstock, Witkin, Kreis & Overholtz, PLLC to Dismiss Bankruptcy Case and Joinder in Related Filings |
| 12/29/2021 | 1011 | Letter to the Honorable Michael B. Kaplan filed by Creditor Committee of Talc Claimants |
| 01/04/2022 | 1061 | Debtor's Objection to Vincent Hill's Motion for Order Lifting Preliminary Injunction |
| 01/05/2022 | 1070 | Transcript regarding Hearing Held 12/30/21 |
| 01/05/2022 | 1071 | Transcript regarding Hearing Held 01/03/22 |
| 01/07/2022 | 1090 | Transcript regarding Hearing Held 01/06/22 |
| 01/07/2022 | 1092 | Joinder of Claimants Represented by the Barnes Law Group to Motions Filed by Official Committee of Talc Claimants and Arnold & Itkin LLP to Dismiss the Debtor's Chapter 11 Case |

| | | Case No. 21-30589 |
|---|---|---|
| **Filing Date** | **Docket No.** | **Item** |
| 01/07/2022 | 1095 | Movant's Reply to Debtor's Objection to His Motion for Order Lifting Preliminary Injunction |
| 01/11/2022 | 1116 | Transcript regarding Hearing Held 01/10/22 |
| 01/11/2022 | 1117 | Application re: in Support of Entry of Joint Stipulation and Order Between The Official Committee of Talc Claimants I and The Official Committee of Talc Claimants II Regarding Pleadings Previously Filed by Arthur Abramowitz on behalf of Official Committee of Talc Claimants II |
| 01/12/2022 | 1118 | Transcript regarding Hearing Held 01/11/22 |
| 01/12/2022 | 1127 | Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement Filed by Paul R. DeFilippo on behalf of LTL Management LLC |
| 01/18/2022 | 1186 | Order Denying In Part And Granting In Part Vincent Hill's Motion For Order Lifting Preliminary Injunction |
| 01/18/2022 | 1190 | Debtor's Reply in Support of Its Application to Retain Jones Day as Chapter 11 Counsel |
| 01/19/2022 | 1199 | Transcript regarding Hearing Held 01/14/22 |
| 01/20/2022 | 1211 | Transcript regarding Hearing Held 01/19/22 |
| 01/21/2022 | 1226 | Joint Stipulation And Agreed Order Between The Official Committee Of Talc Claimants I And The Official Committee Of Talc Claimants II Regarding Pleadings |
| 01/21/2022 | 1227 | Surreply of Official Committee of Talc Claimants I to Jones Day Retention Application |
| 01/21/2022 | 1228 | Amended Surreply of Official Committee of Talc Claimants I to Jones Day Retention Application |
| 01/21/2022 | 1231 | Sur-Reply of Aylstock, Witkin, Kreis & Overholtz, PLLC in Further Support of Its Objection to the Debtor's Application for Retention of Jones Day |

| Case No. 21-30589 | | |
|---|---|---|
| **Filing Date** | **Docket No.** | **Item** |
| 01/21/2022 | 1235 | Reply in Support of Debtor's Application For Retention of Skadden, Arps, Slate, Meagher & Flom LLP, Effective As of October 14, 2021 |
| 01/25/2022 | 1255 | Transcript regarding Hearing Held 01/24/22 |
| 01/25/2022 | 1257 | Transcript regarding Hearing Held 01/24/22 Revised |
| 01/25/2022 | 1265 | Memorandum Of Law In Support Of Motion For Leave To File Brief Of *Amici Curiae* By Certain Law Professors |
| 01/26/2022 | 1269 | Arnold & Itkin LLP's Limited Objection to and Reservation of Rights with Regard to Debtor's Motion for Entry of an Order Pursuant to 11 U.S.C. § 1121(d) Extending the Exclusive Periods to File a Plan of Reorganization and Solicit Acceptances Thereof |
| 01/26/2022 | 1270 | Transcript regarding Hearing Held 01/25/22 |
| 01/28/2022 | 1294 | Order Amending Order Authorizing Interim Retention Of Jones Day |
| 01/31/2022 | 1317 | Motion re: For Leave To File *Amici Curiae* Brief Filed by Jonathan I. Rabinowitz on behalf of J. Maria Glover |
| 01/31/2022 | 1323 | Memorandum Of Law Of *Amicus Curiae* By Erwin Chemerinsky In Support Of Motion Of The Official Committee Of Talc Claimants To Dismiss Debtor's Chapter 11 Case. Interest Of *Amicus Curiae* Filed by E. Richard Dressel on behalf of Erwin Chemerinsky |
| 02/02/2022 | 1344 | Debtor's Objection To Motions For Leave To File Briefs Of *Amici Curiae* |
| 02/03/2022 | 1352 | Transcript regarding Hearing Held 02/02/22 |
| 02/03/2022 | 1354 | Reply in Support of Motion to Dismiss Bankruptcy Case [REDACTED] filed by Colin R. Robinson on behalf of Arnold & Itkin LLP |
| 02/03/2022 | 1356 | Motion to Seal re: Reply in Support of Motion to Dismiss Bankruptcy Case and Related Exhibits. Filed by Colin R. Robinson on behalf of Arnold & Itkin LLP |
| 02/03/2022 | 1357 | Reply of the Official Committee of Talc Claimants I in Support of Motion to Dismiss Debtor's Chapter 11 Case |

| | | **Case No. 21-30589** |
|---|---|---|
| **Filing Date** | **Docket No.** | **Item** |
| 02/03/2022 | 1358 | Official Committee of Talc Claimants II's Reply in Support of Motion to Dismiss |
| 02/03/2022 | 1359 | Motion for Temporary Restraining Order and Preliminary Injunction to Prevent Reuters from Publicizing Confidential Documents Subject to a Protective Order Filed by Kenneth A. Rosen, Paul R. DeFilippo on behalf of Johnson & Johnson, Johnson & Johnson and Johnson & Johnson Consumer Inc., LTL Management LLC |
| 02/04/2022 | 1365 | Objection of the United States of America to Debtor's Motion for an Order Authorizing Establishment of a Qualified Settlement Fund for Payment of Talc Claims |
| 02/04/2022 | 1371 | Transcript regarding Hearing Held 02/03/22 |
| 02/04/2022 | 1378 | Order Authorizing Interim Retention Of Skadden, Arps, Slate, Meagher & Flom LLP |
| 02/04/2022 | 1384 | Memorandum Of Law Of A*micus Curiae* By Certain Law Professors In Support Of Motion Of The Official Committee Of Talc Claimants To Dismiss Debtor's Chapter 11 Case |
| 02/06/2022 | 1396 | Memorandum of Law of Amicus Curiae by Erwin Chemerinsky in Support of Motion of the Official Committee of Talc Claimants to Dismiss Debtor's Chapter 11 Case filed by E. Richard Dressel on behalf of Erwin Chemerinsky |
| 02/07/2022 | 1405 | Order Extending The Exclusive Periods To File A Plan Of Reorganization And Solicit Acceptances Thereof |
| 02/07/2022 | 1410 | Memorandum of Law of Amici Curiae by Certain Complex Litigation Law Professors in support of filed by Jonathan I. Rabinowitz on behalf of J. Maria Glover |
| 02/08/2022 | 1432 | Canadian Class Action Plaintiffs' Opposition to Motions to Dismiss Chapter 11 Case |
| 02/09/2022 | 1444 | Debtor's Sur-Reply in Opposition to Motions to Dismiss Chapter 11 Case |
| 02/10/2022 | 1457 | Joint Response of TCC I & TCC II to the Canadian Class Action Plaintiffs' Opposition to Motions to Dismiss Chapter 11 Case |

| | | Case No. 21-30589 |
|---|---|---|
| **Filing Date** | **Docket No.** | **Item** |
| 02/11/2022 | 1464 | Transcript regarding Hearing Held 02/10/22 |
| 02/11/2022 | 1465 | Corrected Memorandum of Law of Amici Curiae in Support of Committee's Motion to Dismiss filed by Steven B Smith on behalf of The Amici Professors |
| 02/11/2022 | 1467 | Canadian Class Action Plaintiffs' Clarification Based Upon Committee Response |
| 02/15/2022 | 1481 | Transcript regarding Hearing Held 02/14/22 |
| 02/16/2022 | 1494 | Transcript regarding Hearing Held 02/15/22 |
| 02/17/2022 | 1516 | Joint Stipulation And Agreed Order Between The Official Committee Of Talc Claimants I, The Official Committee Of Talc Claimants II, And The Debtor Regarding The Evidentiary Record In Preliminary Injunction Adversary Proceeding And Trial On Motions To Dismiss filed by Creditor Committee Official Committee of Talc Claimants II |
| 02/17/2022 | 1518 | Transcript regarding Hearing Held 02/16/22 |
| 02/18/2022 | 1528 | Transcript regarding Hearing Held 02/17/22 - AM Session |
| 02/18/2022 | 1529 | Transcript regarding Hearing Held 02/17/22 - PM Session |
| 02/21/2022 | 1551 | Declaration of Amici Professors in Support of Amicus Brief filed by Steven B Smith on behalf of The Amici Professors |
| 02/22/2022 | 1553 | Transcript regarding Hearing Held 02/18/22 |
| 02/22/2022 | 1554 | Debtor's Omnibus Response to Amicus Briefs Supporting the Committee's Motion to Dismiss |
| 02/25/2022 | 1572 | Opinion Denying Motions to Dismiss |
| 02/25/2022 | 1573 | Opinion Granting Preliminary Injunction and Resolving Adversary Proceeding in Debtors Favor |
| 03/01/2022 | 1600 | TCC I's (I) Supplemental Objection to Debtor's Applications for Authority to Retain Certain Law Firms, and (II) Objection to Orrick's Retention |

| | | Case No. 21-30589 |
| --- | --- | --- |
| **Filing Date** | **Docket No.** | **Item** |
| 03/02/2022 | 1603 | Order Denying Motions To Dismiss |
| 03/04/2022 | 1629 | Debtor's Supplemental Reply in Support of Retention Applications |
| 03/07/2022 | 1635 | Order (I) Declaring That Automatic Stay Applies To Certain Actions Against Non-Debtors And (II) Preliminarily Enjoining Certain Actions |
| 03/07/2022 | 1651 | Notice of Appeal. Filed by Paul J. Winterhalter on behalf of Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 03/07/2022 | 1652 | Notice of Appeal. Filed by Arthur Abramowitz on behalf of Official Committee of Talc Claimants II. Appellant Designation due by 03/21/2022 |
| 03/07/2022 | 1653 | Notice of Appeal. Filed by Arthur Abramowitz on behalf of Official Committee of Talc Claimants II |
| 03/07/2022 | 1654 | Motion for Request for Certification of Direct Appeal to Circuit Court Filed by Arthur Abramowitz on behalf of Official Committee of Talc Claimants II |
| 03/07/2022 | 1656 | Adversary case 22-01073. Complaint by LTL Management LLC against San Diego County Employees Retirement Association, Individually and on Behalf of All Others Similarly Situated |
| 03/09/2022 | 1668 | Transcript regarding Hearing Held 03/08/22 |
| 03/10/2022 | 1687 | Order Granting Application to Employ Professional Skadden, Arps, Slate, Meagher & Flom LLP as Special Counsel. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties |
| 03/10/2022 | 1696 | Notice of Appeal. Filed by Daniel Stolz on behalf of Official Committee of Talc Claimants I |
| 03/11/2022 | 1709 | Motion for Request for Certification of Direct Appeal to Circuit Court Filed by Daniel Stolz on behalf of Official Committee of Talc Claimants I |
| 03/11/2022 | 1710 | Notice of Appeal. Filed by Colin R. Robinson on behalf of Arnold & Itkin LLP |

| Case No. 21-30589 | | |
|---|---|---|
| **Filing Date** | **Docket No.** | **Item** |
| 03/11/2022 | 1713 | Motion re: for Certification of Direct Appeal to the United States Court of Appeals for the Third Circuit Filed by Paul J. Winterhalter on behalf of Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 03/14/2022 | 1720 | Motion for Request for Certification of Direct Appeal to Circuit Court. Filed by Colin R. Robinson on behalf of Arnold & Itkin LLP |
| 03/16/2022 | 1736 | Amended Order Authorizing Retention of Skadden, Arps, Slate, Meagher & Flom LLP |
| 03/16/2022 | 1746 | Notice of Appeal.  Filed by Arthur Abramowitz on behalf of Official Committee of Talc Claimants II |
| 03/16/2022 | 1747 | Notice of Appeal.  Filed by Arthur Abramowitz on behalf of Official Committee of Talc Claimants II |

| Adv. Pro. Case No. 21-03032 | | |
|---|---|---|
| **Filing Date** | **Docket No.** | **Item** |
| 10/21/2021 | 1 | Debtor's Complaint for Declaratory and Injunctive Relief (I) Declaring That the Automatic Stay Applies to Certain Actions Against Non-Debtors or, (II) Preliminarily Enjoining Such Actions and (II) Granting a Temporary Restraining Order Pending a Final Hearing by LTL Management LLC, LTL Management LLC against Those Parties Listed on Appendix A to the Complaint and John and Jane Does 1-1000 |
| 10/21/2021 | 2 | Debtor's Motion for an Order (I) Declaring That the Automatic Stay Applies to Certain Actions Against Non-Debtors or (II) Preliminarily Enjoining Such Actions and (III) Granting a Temporary Restraining Order Pending a Final Hearing |
| 10/21/2021 | 3 | Supplemental Declaration of John K. Kim in Support of Debtor's Complaint for Declaratory and Injunctive Relief and Related Motions |
| 10/25/2021 | 17 | Transcript for Hearing/Trial held on 10/22/2021 |

| Adv. Pro. Case No. 21-03032 | | |
|---|---|---|
| **Filing Date** | **Docket No.** | **Item** |
| 10/26/2021 | 23 | Transcript for Hearing/Trial held on 10/25/2021 |
| 10/26/2021 | 28 | Order Regarding Debtor's Motion for an Order (I) Declaring the Automatic Stay Applies to Certain Actions Against Non-Debtors or (II) Preliminarily Enjoining Such Actions, and (III) Granting A Temporary Restraining Order Pending a Final Hearing |
| 11/01/2021 | 44 | Memorandum of Law of Certain Mesothelioma Claimants as Creditors Opposition to Debtor's Motion for an Order(I) Declaring That The Automatic Stay Applies to Certain Actions Against Non-Debtors or (II) Preliminarily Enjoining Such Actions and (III) Granting a Temporary Restraining Order Pending a Final Hearing |
| 11/01/2021 | 45 | Opposition of Aylstock, Witkin, Kreis & Overholtz PLLC to Debtor's Request for Preliminary Injunctive Relief |
| 11/01/2021 | 49 | The MDL Plaintiffs' Steering Committee's Memorandum of Law in Opposition to Debtor's Motion for an Order (I) Declaring that the Automatic Stay Applies to Certain Actions Against Nondebtors or (II) Preliminarily Enjoining Such Actions and (III) Granting a Temporary Restraining Order Pending a Final Hearing |
| 11/01/2021 | 50 | Onderlaw, LLCs Objection To Debtors (I) Emergency Motion Enforce the Automatic Stay and (II) Motion For Preliminary Injunction; and Joinder To MDL Plaintiffs Steering Committee Memorandum of Law |
| 11/02/2021 | 52 | Joinder of Claimants Represented by The Barnes Law Group to Responses Filed by the MDL Plaintiffs' Steering Committee and Certain Mesothelioma Claimants in Opposition to the Debtor's Motion for an Order (I) Declaring that the Automatic Stay Applies to Certain Actions Against Non-Debtors or (II) Preliminarily Enjoining Such Actions and (III) Granting a Temporary Restraining Order Pending a Final Hearing |
| 11/03/2021 | 58 | Debtor's Omnibus Reply in Support of (I) Motion to Enforce the Automatic Stay and (II) Motion for an Order (A) Declaring that the Automatic Stay Applies to Certain Actions Against Non-Debtors or (B) Preliminarily Enjoining Such Actions and (C) Granting a Temporary Restraining Order Pending a Final Hearing |

| Adv. Pro. Case No. 21-03032 | | |
|---|---|---|
| **Filing Date** | **Docket No.** | **Item** |
| 11/03/2021 | 60 | Notice of Filing Amended Appendix A to the Debtor's Complaint for Declaratory and Injunctive Relief |
| 11/02/2021 | 51 | Notice of Filing of Declarations in Support of Debtor's Motion for an Order (I) Declaring that the Automatic Stay Applies to Certain Actions Against Non-Debtors or (II) Preliminarily Enjoining Such Actions and (III) Granting a Temporary Restraining Order Pending a Final Hearing |
| 11/02/2021 | 52 | Joinder of Claimants Represented by The Barnes Law Group to Responses Filed by the MDL Plaintiffs' Steering Committee and Certain Mesothelioma Claimants in Opposition to the Debtor's Motion for an Order (I) Declaring that the Automatic Stay Applies to Certain Actions Against Non-Debtors or (II) Preliminarily Enjoining Such Actions and (III) Granting a Temporary Restraining Order Pending a Final Hearing |
| 11/03/2021 | 58 | Debtor's Omnibus Reply in Support of (I) Motion to Enforce the Automatic Stay and (II) Motion for an Order (A) Declaring that the Automatic Stay Applies to Certain Actions Against Non-Debtors or (B) Preliminarily Enjoining Such Actions and (C) Granting a Temporary Restraining Order Pending a Final Hearing |
| 11/03/2021 | 60 | Notice of Filing Amended Appendix A to the Debtor's Complaint for Declaratory and Injunctive Relief |
| 11/12/2021 | 95 | Transcript for Hearing/Trial held on 11/4/2021 |
| 11/12/2021 | 96 | Transcript for Hearing/Trial held on 11/5/2021 |
| 11/12/2021 | 97 | Transcript for Hearing/Trial held on 11/10/202 |
| 11/24/2021 | 109 | Stipulation And Agreed Order Authorizing The Official Committee Of Talc Claimants To Intervene In Preliminary Injunction Adversary |
| 11/24/2021 | 110 | Motion for Withdrawal of Reference |
| 12/08/2021 | 128 | Debtor's Supplemental Memorandum of Law in support of Preliminary Injunction Motion |

| | Adv. Pro. Case No. 21-03032 | |
|---|---|---|
| **Filing Date** | **Docket No.** | **Item** |
| 12/20/2021 | 135 | Declaration of Mark W. Rasmussen |
| 12/20/2021 | 136 | Exhibits (continued) to Declaration of Mark W. Rasmussen |
| 12/20/2021 | 137 | Exhibits (continued) to Declaration of Mark W. Rasmussen |
| 12/20/2021 | 138 | Exhibits (continued) to Declaration of Mark W. Rasmussen |
| 12/22/2021 | 141 | Limited Objection and Reservation of Rights of the New Jersey Coverage Action Plaintiff-Insurers Regarding Debtor's Preliminary Injunction Motion |
| 12/22/2021 | 142 | Objection of the Official Committee of Talc Claimants to Debtor's Motion for an Order (I) Declaring that the Automatic Stay Applies to Certain Actions Against Non-Debtors or (II) Preliminarily Enjoining Such Actions and (III) Granting a Temporary Restraining Order Pending a Final Hearing to Debtor's Motion for an Order (I) Declaring that the Automatic Stay Applies to Certain Actions Against Non-Debtors or (II) Preliminarily Enjoining Such Actions and (III) Granting a Temporary Restraining Order Pending a Final |
| 12/22/2021 | 143 | Opposition of Aylstock, Witkin, Kreis & Overholtz PLLC to Debtor's Request for Preliminary Injunctive Relief |
| 01/05/2022 | 146 | Debtor's Omnibus Reply in Support of Motion for an Order (A) Declaring that the Automatic Stay Applies to Certain Actions Against Non-Debtors or (B) Preliminary Enjoining Such Actions and (C) Granting A Temporary Restraining Order Pending a Final Hearing |
| 01/11/2022 | 153 | Copy Of District Court Order Denying Motion For Withdrawal Of The Reference |
| 01/12/2022 | 152 | Transcript regarding Hearing Held 01/11/22 |
| 01/15/2022 | 157 | Bridge Order Extending Termination Date Of Order Granting The Debtors Request For Preliminary Injunctive Relief |
| 01/19/2022 | 160 | Transcript regarding Hearing Held 01/14/22 |

| Adv. Pro. Case No. 21-03032 | | |
| --- | --- | --- |
| **Filing Date** | **Docket No.** | **Item** |
| 01/21/2022 | 162 | Copy Of District Court Opinion Of United States District Court Chief Judge Freda L. Wolfson Denying Motion For Withdrawal Of The Reference |
| 01/26/2022 | 164 | Joint Stipulation And Agreed Order Between The Official Committee Of Talc Claimants I, The Official Committee Of Talc Claimants II, And The Debtor Regarding Stipulation And Agreed Order Authorizing The Official Committee Of Talc Claimants To Intervene In Preliminary Injunction Adversary Proceeding. |
| 02/01/2022 | 166 | The Official Committee of Talc Claimants II Reply in Further Objection to Debtor's Motion for an Order (I) Declaring that the Automatic Stay Applies to Certain Actions Against Non-Debtors or (II) Preliminarily Enjoining Such Actions and (III) Granting a Temporary Restraining Order Pending a Final Hearing |
| 02/15/2022 | 171 | Transcript regarding Hearing Held 02/14/22 |
| 02/16/2022 | 173 | Transcript regarding Hearing Held 02/15/22 |
| 02/17/2022 | 176 | Joint Stipulation And Agreed Order Between The Official Committee Of Talc Claimants I, The Official Committee Of Talc Claimants II And The Debtor Regarding The Evidentiary Record In Preliminary Injunction Adversary Proceeding And Trial On Motions To Dismiss filed by Creditor Committee Official Committee of Talc Claimants II) |
| 02/17/2022 | 177 | Transcript regarding Hearing Held 02/16/22 |
| 02/18/2022 | 179 | Transcript regarding Hearing Held 02/17/22 - AM Session |
| 02/18/2022 | 180 | Transcript regarding Hearing Held 02/17/22 - PM Session |
| 02/22/2022 | 183 | Transcript regarding Hearing Held 02/18/22 |
| 02/25/2022 | 184 | Opinion Granting Preliminary Injunction and Resolving Adversary Proceeding in Debtors Favor |
| 03/04/2022 | 187 | Order (I) Declaring That Automatic Stay Applies To Certain Actions Against Non-Debtors And (II) Preliminary Enjoining Certain Actions |

| Adv. Pro. Case No. 21-03032 | | |
|---|---|---|
| **Filing Date** | **Docket No.** | **Item** |
| 03/07/2022 | 189 | Notice of Appeal. Filed by Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 03/07/2022 | 190 | Notice of Appeal. Filed by Official Committee of Talc Claimants II |
| 03/07/2022 | 191 | Motion for Request for Certification of Direct Appeal to Circuit Court Filed by Official Committee of Talc Claimants II |
| 03/10/2022 | 201 | Notice of Appeal. Filed by Official Committee of Talc Claimants I |
| 03/11/2022 | 202 | Exhibits C and D to Notice of Appeal filed by Daniel Stolz on behalf of Official Committee of Talc Claimants I |
| 03/11/2022 | 205 | Motion for Request for Certification of Direct Appeal to Circuit Court Filed by Official Committee of Talc Claimants I |
| 03/11/2022 | 206 | Motion re: to Certify direct Appeal to the United States Court of Appeals for the Third Circuit Filed by Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 03/16/2022 | 210 | Notice of Appeal.  Filed by Official Committee of Talc Claimants II |

| Adv. Pro. Case No. 22-01073 | | |
|---|---|---|
| **Filing Date** | **Docket No.** | **Item** |
| 03/07/2022 | 1 | Complaint by LTL Management LLC against San Diego County Employees Retirement Association, Individually and on Behalf of All Others Similarly Situated |
| 03/07/2022 | 2 | Motion for an Order (I) Preliminarily Enjoining the Prosecution of Putative Securities Class Action and (II) Granting a Temporary Restraining Order Pending a Further Hearing Filed by LTL Management LLC |

| Adv. Pro. Case No. 22-01073 | | |
|---|---|---|
| **Filing Date** | **Docket No.** | **Item** |
| 03/07/2022 | 3 | Exhibit B - Proposed Order Granting Debtor's Request for Temporary Restraining Order |
| 03/07/2022 | 4 | Declaration of John K. Kim |

### III.  CERTIFICATION REGARDING TRANSCRIPTS

Pursuant to Rule 8009(b)(1) of the Federal Rules of Bankruptcy Procedure, Appellant hereby certifies that it is not ordering any transcripts.  All transcripts have been prepared, are filed on the docket, and are designated in the foregoing designation of the record.

DATED:  March 21, 2022                 Respectfully submitted,

**OFFIT KURMAN, P.A.**

/s/ Paul J. Winterhalter
_____

Paul J. Winterhalter
99 Wood Avenue South, Suite 302
Iselin, New Jersey 08830
Telephone:      (267) 338-1370
Facsimile:      (267) 338-1335
E-mail:          pwinterhalter@offitkurman.com

- and -

**KTBS LAW LLP**
Michael L. Tuchin (*pro hac vice*)
Robert J. Pfister  (*pro hac vice*)
Samuel M. Kidder (*pro hac vice*)
Nir Maoz (*pro hac vice*)
1801 Century Park East, 26th Floor
Los Angeles, California 90067
Telephone:      (310) 407-4000
Facsimile:      (310) 407-9090
Email:          mtuchin@ktbslaw.com
                 rpfister@ktbslaw.com
                 skidder@ktbslaw.com
                 nmaoz@ktbslaw.com

*Attorneys for Aylstock, Witkin, Kreis & Overholtz, PLLC*