| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Matthew I.W. Baker, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>mbaker@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br>*Local Counsel to the Official Committee of Talc Claimants I* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Robert J. Stark, Esq.<br>Michael S. Winograd, Esq.<br>dmolton@brownrudnick.com<br>rstark@brownrudnick.com<br>mwinograd@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>and<br><br>Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>Shari I. Dwoskin, Esq.<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>sdwoskin@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Co-Counsel for the Official Committee of Talc Claimants I* |
| **OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Adam C. Silverstein, Esq.<br>Jennifer S. Feeney, Esq.<br>mcyganowski@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>*Co-Counsel for the Official Committee of Talc Claimants I* | **PARKINS LEE & RUBIO LLP**<br>Leonard M. Parkins, Esq.<br>Charles M. Rubio, Esq.<br>lparkins@parkinslee.com<br>crubio@parkinslee.com<br>Pennzoil Place<br>700 Milan St., Suite 1300<br>Houston, TX 77002<br>Tel: (713) 715-1666<br>*Special Counsel to the Official Committee of Talc Claimants I* |

| | |
|---|---|
| In Re:<br><br>**LTL MANAGEMENT, LLC,**[1]<br><br>　　　　　　　Debtor. | Chapter 11<br><br>Case No.: 21-30589 (MBK)<br><br>Honorable Michael B. Kaplan |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the Appellant(s)**

　　1.　　**Names(s) of appellant(s):**  The Official Committee of Talc Claimants I.[2]

　　2.　　**Position of appellant(s) in the bankruptcy case that is the subject of this appeal:**  Appellant is an official committee of tort claimants in the underlying bankruptcy case. Appellant is also an interested party and an objector with respect to the Debtor's *Application for Retention of Skadden, Arps, Slate, Meager & Flom LLP* (Dkt. No. 832).

**Part 2: Identify the subject of this appeal**

　　1.　　**Describe the judgment, order, or decree appealed from:**  Appellant, pursuant to 28 U.S.C. § 158(a) and Federal Rules of Bankruptcy Procedure 8001(a), hereby gives notice of appeal to the United States District Court for the District of New Jersey from each and every part

---

[1]　The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

[2]　The *Objection of Official Committee of Talc Claimants to Application for Retention of Skadden, Arps, Slate, Meager & Flom LLP* (Dkt. 955) was filed by the original Official Committee of Talc Claimants (the "Original TCC") on December 22, 2021. On December 23, 2021, the Official Committee of Talc Claimants I ("TCC I") and Talc Claimants II ("TCC II") were appointed in place of the Original TCC. Dkt. 965. All pleadings and motions filed by the Original TCC were deemed to be filed by each of TCC I and TCC II. Dkt. 1226. On January 26, 2022, the Bankruptcy Court reinstated the Original TCC and dissolved TCC I and TCC II, but stayed the effect of its order through March 8, 2022. Dkt. 1273. On March 8, 2022, the Court issued a bench ruling extending that stay through and including April 12, 2022. During the March 8 hearing, the parties agreed to stipulate that the filings by TCC I and TCC II will be deemed to have been filed by the Original TCC if the Original TCC is reinstated in the future.

of the *Order Authorizing Retention of Skadden, Arps, Slate, Meagher & Flom LLP* (Dkt. 1687) (the "Order", annexed hereto as **Exhibit A**) and the *Amended Order Authorizing Retention of Skadden, Arps, Slate, Meagher & Flom LLP* (Dkt. 1736) (the "Amended Order", annexed hereto as **Exhibit B**), entered by the United States Bankruptcy Court for the District of New Jersey.

2.     **State the date on which the judgment, order, or decree was entered:** The Order was entered on March 10, 2022 and the Amended Order was entered on March 16, 2022.

**Part 3: Identify the other parties to the appeal:**

**List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys:**

| Party | Attorneys |
|---|---|
| Appellant/interested party/objector: the Official Committee of Talc Claimants I | **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Matthew I.W. Baker, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>mbaker@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br><br>**BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Robert J. Stark, Esq.<br>Michael S. Winograd, Esq.<br>dmolton@brownrudnick.com<br>rstark@brownrudnick.com<br>mwinograd@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel : (212) 209-4800<br>Fax : (212) 209-4801<br><br>and<br><br>Jeffrey L. Jonas, Esq. |

| | |
|---|---|
| | Sunni P. Beville, Esq.<br>Shari I. Dwoskin, Esq.<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>sdwoskin@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br><br>**OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Adam C. Silverstein, Esq.<br>Jennifer S. Feeney, Esq.<br>mcyganowski@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br><br>**PARKINS LEE & RUBIO LLP**<br>Leonard M. Parkins, Esq.<br>Charles M. Rubio, Esq.<br>lparkins@parkinslee.com<br>crubio@parkinslee.com<br>Pennzoil Place<br>700 Milan St., Suite 1300<br>Houston, TX 77002<br>Tel: (713) 715-1666 |
| Appellee: LTL Management, LLC | **WOLLMUTH MAHER & DEUTSCH LLP**<br>Paul R. DeFilippo, Esq.<br>pdefilippo@wmd-law.com<br>500 Fifth Avenue<br>New York, NY 10110<br>Tel: (212) 382-3300<br>Fax: (212) 382-0050<br><br>**JONES DAY**<br>Gregory M. Gordon, Esq.<br>Brad B. Erens, Esq.<br>Dan B. Prieto, Esq.<br>Amanda Rush, Esq.<br>gmgordon@jonesday.com |

| | |
|---|---|
| | bberens@jonesday.com <br> dbprieto@jonesday.com <br> asrush@jonesday.com <br> 2727 N. Harwood Street <br> Dallas, TX 75201 <br> Tel: (214) 220-3939 <br> Fax: (214) 969-5100 |
| Interested party: Skadden, Arps, Slate, Meagher & Flom LLP | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** <br> Allison Meghan Brown, Esq. <br> allison.brown@skadden.com <br> One Manhattan West <br> New York, New York 10001 <br> Tel: (212) 735-3222 <br> Fax: (917) 777-3222 |
| Interested party/objector: Aylstock, Witkin, Kreis & Overholtz, PLLC, on behalf of certain claimants | **OFFIT KURMAN, P.A.** <br> Paul J. Winterhalter, Esq. <br> pwinterhalter@offitkurman.com <br> 99 Wood Avenue South, Suite 302 <br> Iselin, New Jersey 08830 <br> Tel: (267) 338-1370 <br> Fax: (267) 338-1335 <br><br> **KTBS LAW LLP** <br> Michael L. Tuchin, Esq. <br> Robert J. Pfister, Esq. <br> Samuel M. Kidder, Esq. <br> Nir Maoz, Esq. <br> mtuchin@ktbslaw.com <br> rpfister@ktbslaw.com <br> skidder@ktbslaw.com <br> nmaoz@ktbslaw.com <br> 1801 Century Park East, 26th Floor <br> Los Angeles, California 90067 <br> Tel: (310) 407-4000 <br> Fax: (310) 407-9090 |
| Interested party/objector: United States Trustee | **THE OFFICE OF THE UNITED STATES TRUSTEE, ANDREW R. VARA, UNITED STATES TRUSTEE, REGIONS 3 & 9** <br> Mitchell B. Hausman, Esq. <br> Jeffrey M. Sponder, Esq. <br> Lauren Bielskie, Esq. <br> Robert J. Schneider, Jr., Esq. |

| | |
|---|---|
| | mitchell.b.hausman@usdoj.gov<br>jeffrey.m.sponder@usdoj.gov<br>lauren.bielskie@usdoj.gov<br>robert.j.schneider@usdoj.gov<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Tel: (973) 645-3014<br>Fax: (973) 645-5993 |
| Interested party/objector: Official Committee of Talc Claimants II | **COOLEY LLP**<br>Cullen D. Speckhart, Esq.<br>Michael Klein, Esq.<br>Erica J. Richards, Esq.<br>Lauren A. Reichardt, Esq.<br>Evan Lazerowitz, Esq.<br>cspeckhart@cooley.com<br>mklein@cooley.com<br>erichards@cooley.com<br>lreichardt@cooley.com<br>elazerowitz@cooley.com<br>55 Hudson Yards<br>New York, NY 10001<br>Tel: (212) 479-6000<br>Fax: (212) 479-6275<br><br>**BAILEY GLASSER LLP**<br>Brian A. Glasser, Esq.<br>Thomas B. Bennett, Esq.<br>Kevin W. Barrett, Esq.<br>Maggie B. Burrus, Esq.<br>bglasser@baileyglasser.com<br>tbennett@baileyglasser.com<br>kbarrett@baileyglasser.com<br>mburrus@baileyglasser.com<br>105 Thomas Jefferson St. NW Suite 540<br>Washington, DC 20007<br>Tel: (202) 463-2101<br>Fax: (202) 463-2103<br><br>**MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>jmassey@masseygail.com<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC 20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467 |

|  | **WALDREP WALL BABCOCK & BAILEY PLLC**<br>Thomas W. Waldrep, Jr., Esq.<br>Kevin L. Sink, Esq.<br>James C. Lanik, Esq.<br>Jennifer B. Lyday, Esq.<br>notice@waldrepwall.com<br>370 Knollwood Street Suite 600<br>Winston-Salem, NC 27103<br>Tel: (336) 717-1280<br>Fax: (336) 717-1340<br><br>**SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.**<br>Arthur J. Abramowitz, Esq.<br>Alan I. Moldoff, Esq.<br>Ross J. Switkes, Esq.<br>abramowitz@shermansilverstein.com<br>amoldoff@shermansilverstein.com<br>rswitkes@shermansilverstein.com<br>308 Harper Drive, Suite 200<br>Moorestown, New Jersey 08057<br>Tel: (856) 662-0700 |
|---|---|

**Part 4: Not Applicable (No BAP in this District)**

**Part 5: Signature**

DATED this 16th day of March 2022.

Respectfully submitted,

**GENOVA BURNS, LLC**

By: _____
Daniel M. Stolz, Esq.
Donald W. Clark, Esq.
dstolz@genovaburns.com
dclarke@genovaburns.com
110 Allen Road, Suite 304
Basking Ridge, NJ 07920

Tel: (973) 533-0777
Fax: (973) 467-8126

*Local Counsel to the Official Committee of
Talc Claimants I*