| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Matthew I.W. Baker, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>mbaker@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br>*Local Counsel to the Official Committee of Talc Claimants I* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Robert J. Stark, Esq.<br>Michael S. Winograd, Esq.<br>dmolton@brownrudnick.com<br>rstark@brownrudnick.com<br>mwinograd@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel : (212) 209-4800<br>Fax : (212) 209-4801<br><br>and<br><br>Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>Shari I. Dwoskin, Esq.<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>sdwoskin@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Co-Counsel for the Official Committee of Talc Claimants I* |
| **OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Adam C. Silverstein, Esq.<br>Jennifer S. Feeney, Esq.<br>mcyganowski@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>*Co-Counsel for the Official Committee of Talc Claimants I* | **PARKINS LEE & RUBIO LLP**<br>Leonard M. Parkins, Esq.<br>Charles M. Rubio, Esq.<br>lparkins@parkinslee.com<br>crubio@parkinslee.com<br>Pennzoil Place<br>700 Milan St., Suite 1300<br>Houston, TX 77002<br>Tel: (713) 715-1666<br>*Special Counsel to the Official Committee of Talc Claimants I* |

| | |
|---|---|
| In Re:<br><br>**LTL MANAGEMENT, LLC,**[1]<br><br>Debtor. | Chapter 11<br><br>Case No.: 21-30589 (MBK)<br><br>Honorable Michael B. Kaplan |

# NOTICE OF APPEAL AND STATEMENT OF ELECTION[2]

**Part 1: Identify the Appellant(s)**

1.   **Names(s) of appellant(s):**  The Official Committee of Talc Claimants I.[3]

2.   **Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:**  Appellant is an official committee of tort claimants in the underlying bankruptcy case.  Appellant is an interested party and an objector in the adversary proceeding.

**Part 2: Identify the subject of this appeal**

1.   **Describe the judgment, order, or decree appealed from:**  Appellant, pursuant to 28 U.S.C. § 158(a) and Federal Rule of Bankruptcy Procedure 8001(a), hereby gives notice of

---

[1]  The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

[2]  Unless otherwise noted, "Dkt." refers to the docket in the main bankruptcy case, 21-30589 (MBK).

[3]  The *Objection of the Official Committee of Talc Claimants to Debtor's Motion for an Order (I) Declaring That the Automatic Stay Applies to Certain Actions Against Non-Debtors or (II) Preliminarily Enjoining Such Actions and (III) Granting a Temporarily Restraining Order Pending a Final Hearing* (Adv. Proc. No. 21-03032, Dkt. No. 142) (the "Objection") was filed by the original Official Committee of Talc Claimants (the "Original TCC") on December 22, 2021.  On December 23, 2021, the United States Trustee filed a notice (Dkt. No. 965) appointing the Official Committee of Talc Claimants I ("TCC I") and the Official Committee of Talc Claimants II ("TCC II") in place of the Original TCC.  By Stipulation and Order, entered January 21, 2022 (Dkt. 1226), all pleadings and motions filed by the Original TCC, including the Objection, were deemed to be filed by each of TCC I and TCC II, and each of TCC I and TCC II were permitted to prosecute all such pleadings and motions.  On January 26, 2022, the Bankruptcy Court entered an order (Dkt. No. 1273) reinstating the Original TCC but staying the effect of its ruling through March 8, 2022.  On March 8, 2022, the Court issued a bench ruling staying the reinstatement of the Original TCC and extending the existence of TCC I and TCC II through and including April 12, 2022.  As such, TCC I and TCC II have filed separate notices of appeal.  Also during the March 8 hearing, the parties agreed to stipulate that the filings by TCC I and TCC II will be deemed to have filed by the Original TCC if the Original TCC is reinstated in the future.

2

appeal to the United States District Court for the District of New Jersey from each and every part of the *Order (I) Declaring That Automatic Stay Applies to Certain Actions Against Non-Debtors and (II) Preliminarily Enjoining Certain Actions* (Dkt. No. 1635) (the "Order", annexed hereto as **Exhibit A**) entered by the United States Bankruptcy Court for the District of New Jersey.

2.  **State the date on which the judgment, order, or decree was entered:** The Order was entered on March 7, 2022.

**Part 3: Identify the other parties to the appeal:**

**List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys:**

| Party | Attorneys |
|---|---|
| Appellant: the Official Committee of Talc Claimants I | **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Matthew I.W. Baker, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>mbaker@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br><br>**BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Robert J. Stark, Esq.<br>Michael Winograd, Esq.<br>dmolton@brownrudnick.com<br>rstark@brownrudnick.com<br>mwinograd@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel : (212) 209-4800<br>Fax : (212) 209-4801<br><br>and |

| | |
|---|---|
| | Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>Shari I. Dwoskin, Esq.<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>sdwoskin@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br><br>**OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Adam C. Silverstein, Esq.<br>Jennifer S. Feeney, Esq.<br>mcyganowski@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br><br>**PARKINS LEE & RUBIO LLP**<br>Leonard M. Parkins, Esq.<br>Charles M. Rubio, Esq.<br>lparkins@parkinslee.com<br>crubio@parkinslee.com<br>Pennzoil Place<br>700 Milan St., Suite 1300<br>Houston, TX 77002<br>Tel: (713) 715-1666 |
| Appellee - Plaintiff: LTL Management, LLC | **WOLLMUTH MAHER & DEUTSCH LLP**<br>Paul R. DeFilippo, Esq.<br>pdefilippo@wmd-law.com<br>500 Fifth Avenue<br>New York, NY 10110<br>Tel: (212) 382-3300<br>Fax: (212) 382-0050<br><br>**JONES DAY**<br>Gregory M. Gordon, Esq.<br>Brad B. Erens, Esq.<br>Dan B. Prieto, Esq. |

4

|  | Amanda Rush, Esq.<br>gmgordon@jonesday.com<br>bberens@jonesday.com<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br>2727 N. Harwood Street<br>Dallas, TX 75201<br>Tel: (214) 220-3939<br>Fax: (214) 969-5100 |
|---|---|
| Defendants (See **Exhibit B**) | See **Exhibit B** |
| Interested party: the Protected Parties (see **Exhibit C**) |  |
| Interested party/objector: OnderLaw, LLC, on behalf of certain claimants | **PARKINS LEE & RUBIO LLP**<br>Lenard M. Parkins, Esq.<br>Charles M. Rubio, Esq.<br>lparkins@parkinslee.com<br>crubio@parkinslee.com<br>Pennzoil Place<br>700 Milam Street, Suite 1300<br>Houston, TX 77002<br>Tel: 713-715-1666<br><br>**J.C. WHITE LAW GROUP PLLC**<br>James C. White, Esq.<br>jwhite@jcwhitelaw.com<br>100 Europa Drive, Suite 401<br>Chapel Hill, NC 27517<br>Tel: (919) 246-4676<br>Fax: (919) 246-9113 |

| | |
|---|---|
| Interested party/objector: the Objecting Insurers, consisting of the following entities:<br><br>Atlanta International Insurance Company (as successor in interest to Drake Insurance Company); AIG Property Casualty Company (f/k/a Birmingham Fire Insurance Company of Pennsylvania); AIG Europe S.A. (as successor in interest to Union Atlantique d'Assurances S.A); AIU Insurance Company; ASR Schadeverzekering N.V. (as successor in interest to Assurantiekoor Van Wijk & Co.); Granite State Insurance Company; The Insurance Company of the State of Pennsylvania; Lexington Insurance Company; National Union Fire Insurance Company of Pittsburgh, Pa.; New Hampshire Insurance Company; The North River Insurance Company ("North River"); Starr Indemnity & Liability Company (as successor in interest to Republic Insurance Company); N.V. Schadeverzekeringsmaatschappij Maas Lloyd (individually and as successor in interest to policies subscribed in favor of Johnson & Johnson by N.V. Rotterdamse Assurantiekas, n/k/a De Ark); and Rheinland Versicherungen (as successor in interest only to the subscriptions of the former Dutch company Rheinland Verzekeringen). | **TRIF & MODUGNO, LLC**<br>Louis Modugno, Esq.<br>lmodugno@tm-firm.com<br>89 Headquarters Plaza, Suite 1201<br>Morristown, New Jersey 07960<br>Tel: (201) 874-4596<br><br>**KATTEN MUCHIN ROSENMAN LLP**<br>Shaya Rochester, Esq.<br>Katherine Scherling, Esq.<br>shaya.rochester@katten.com<br>katherine.scherling@katten.com<br>575 Madison Avenue<br>New York, NY 10022<br>Tel: (212) 940-8800<br><br>**MENDES & MOUNT LLP**<br>Eileen McCabe, Esq.<br>Stephen Roberts, Esq.<br>eileen.mccabe@mendes.com<br>stephen.roberts@mendes.com<br>750 Seventh Avenue<br>New York, NY 10019<br>Tel: (212) 261-8000 |

| Interested party/objector: Aylstock, Witkin, Kreis & Overholtz, PLLC, on behalf of certain claimants | **OFFIT KURMAN, P.A.**<br>Paul J. Winterhalter, Esq.<br>pwinterhalter@offitkurman.com<br>99 Wood Avenue South, Suite 302<br>Iselin, New Jersey 08830<br>Tel: (267) 338-1370<br>Fax: (267) 338-1335<br><br>**KTBS LAW LLP**<br>Michael L. Tuchin, Esq.<br>Robert J. Pfister, Esq.<br>Samuel M. Kidder, Esq.<br>Nir Maoz, Esq.<br>mtuchin@ktbslaw.com<br>rpfister@ktbslaw.com<br>skidder@ktbslaw.com<br>nmaoz@ktbslaw.com<br>1801 Century Park East, 26th Floor<br>Los Angeles, California 90067<br>Tel: (310) 407-4000<br>Fax: (310) 407-9090 |
|---|---|
| Interested party/objector: Official Committee of Talc Claimants II | **COOLEY LLP**<br>Cullen D. Speckhart, Esq.<br>Michael Klein, Esq.<br>Erica J. Richards, Esq.<br>Lauren A. Reichardt, Esq.<br>Evan Lazerowitz, Esq.<br>cspeckhart@cooley.com<br>mklein@cooley.com<br>erichards@cooley.com<br>lreichardt@cooley.com<br>elazerowitz@cooley.com<br>55 Hudson Yards<br>New York, NY 10001<br>Tel: (212) 479-6000<br>Fax: (212) 479-6275<br><br>**BAILEY GLASSER LLP**<br>Brian A. Glasser, Esq.<br>Thomas B. Bennett, Esq.<br>Kevin W. Barrett, Esq.<br>Maggie B. Burrus, Esq.<br>bglasser@baileyglasser.com<br>tbennett@baileyglasser.com<br>kbarrett@baileyglasser.com |

mburrus@baileyglasser.com
105 Thomas Jefferson St. NW Suite 540
Washington, DC 20007
Tel: (202) 463-2101
Fax: (202) 463-2103

**MASSEY & GAIL LLP**
Jonathan S. Massey, Esq.
jmassey@masseygail.com
1000 Maine Ave. SW, Suite 450
Washington, DC 20024
Tel: (202) 652-4511
Fax: (312) 379-0467

**WALDREP WALL BABCOCK & BAILEY PLLC**
Thomas W. Waldrep, Jr., Esq.
Kevin L. Sink, Esq.
James C. Lanik, Esq.
Jennifer B. Lyday, Esq.
notice@waldrepwall.com
370 Knollwood Street Suite 600
Winston-Salem, NC 27103
Tel: (336) 717-1280
Fax: (336) 717-1340

**SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.**
Arthur J. Abramowitz, Esq.
Alan I. Moldoff, Esq.
Ross J. Switkes, Esq.
abramowitz@shermansilverstein.com
amoldoff@shermansilverstein.com
rswitkes@shermansilverstein.com
308 Harper Drive, Suite 200
Moorestown, New Jersey 08057
Tel: (856) 662-0700

| Interested party: United States Trustee | **THE OFFICE OF THE UNITED STATES TRUSTEE, ANDREW R. VARA, UNITED STATES TRUSTEE, REGIONS 3 & 9** <br> Mitchell B. Hausman, Esq. <br> Jeffrey M. Sponder, Esq. <br> Lauren Bielskie, Esq. <br> Robert J. Schneider, Jr., Esq. <br> mitchell.b.hausman@usdoj.gov <br> jeffrey.m.sponder@usdoj.gov <br> lauren.bielskie@usdoj.gov <br> robert.j.schneider@usdoj.gov <br> One Newark Center, Suite 2100 <br> Newark, NJ 07102 <br> Tel: (973) 645-3014 <br> Fax: (973) 645-5993 |
|---|---|

**Part 4: Not Applicable (No BAP in this District)**

**Part 5: Signature**

DATED this 21st day of March 2022.

                                       Respectfully submitted,

                                       **GENOVA BURNS, LLC**

                                       By: _____
                                             Daniel M. Stolz, Esq.
                                             Donald W. Clark, Esq.
                                             dstolz@genovaburns.com
                                             dclarke@genovaburns.com
                                             110 Allen Road, Suite 304
                                             Basking Ridge, NJ 07920
                                             Tel: (973) 533-0777
                                             Fax: (973) 467-8126

                                         Local Counsel to the Official Committee of Talc Claimants I

10