**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com
**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)
*ATTORNEYS FOR DEBTOR*

Order Filed on March 23, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No.: 21-30589 (MBK)<br><br>Judge: Michael B. Kaplan |

**CONSENT ORDER REGARDING BRIEFING SCHEDULE FOR TCC II'S MOTION TO CONTINUE IN EXISTENCE, TCC II'S REQUESTS FOR CERTIFICATION AND TCC II'S MOTION FOR APPOINTMENT OF SEPARATE FTCR TO BE HEARD MARCH 30, 2022**

The relief set forth on the following pages, numbered two (2) through five (5), is hereby **ORDERED**.

**DATED: March 23, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

(Page 2)
Debtor:  LTL Management LLC
Case No. 21-30589-MBK
Caption:  Consent Order Regarding Briefing Schedule for TCC II'S Motion to Continue in Existence, TCC II's Requests for Certification and TCC II's Motion for Appointment of Separate FTCR to Be Heard March 30, 2022

This matter coming before the Court upon the joint application of LTL Management LLC, debtor and debtor in possession ("LTL" or the "Debtor"), and Official Committee of Talc Claimants II ("TCC II") to establish a briefing schedule with respect to TCC II's (a) *Motion to Modify January 26, 2022 Order to Authorize TCC II to Continue to Exist for Purposes of Pursuing Appeals* [Dkt. No. 1645] (the "TCC II Continuation Motion"), (b) (i) *Motion for Request for Certification of Direct Appeal to Circuit Court* [Dkt. No. 1654], and (ii) *Motion for Request for Certification of Direct Appeal to Circuit Court* [Adv. Proc. No. 21-03032, Dkt. No. 191] (together, the "Requests for Certification"), and (c) *letter motion to the Honorable Michael B. Kaplan, requesting the appointment of a separate Future Talc Claims Representative* [Dkt. No. 1650] (the "FTCR II Request"); and LTL and TCC II having agreed to a briefing schedule with respect to the above matters; and it appearing that absent an Order of the Court, Rule 8006(f)(3) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") requires that a response to a request for certification must be filed no later than fourteen (14) days after the request is filed; and the parties having agreed to request that the Court grant an extension of the time under Bankruptcy Rule 8006(f)(3) to file responses to the Requests for Certification as reflected in this Order; and the Court having determined that the legal and factual bases set forth above establish just cause for the relief granted herein:

IT IS HEREBY ORDERED THAT:

1.      All opposition related to the TCC II Continuation Motion, Requests for Certification and FTCR II Request must be filed and served no later than March 23, 2022.

(Page 3)
Debtor:  LTL Management LLC
Case No. 21-30589-MBK
Caption:  Consent Order Regarding Briefing Schedule for TCC II'S Motion to Continue in Existence, TCC II's Requests for Certification and TCC II's Motion for Appointment of Separate FTCR to Be Heard March 30, 2022

2. All replies related to the TCC II Continuation Motion, Requests for Certification and FTCR II Request must be filed and served no later than 3:00 p.m., prevailing Eastern Time, on March 28, 2022.

3. Nothing herein shall prejudice any party-in-interest from seeking extensions or relief as to the briefing or discovery schedule.

(Page 4)
Debtor:  LTL Management LLC
Case No. 21-30589-MBK
Caption:  Consent Order Regarding Briefing Schedule for TCC II'S Motion to Continue in Existence, TCC II's Requests for Certification and TCC II's Motion for Appointment of Separate FTCR to Be Heard March 30, 2022

**AGREED AND CONSENTED TO BY**:

*/s/ Paul R. DeFilippo*
JONES DAY
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 North Harwood Street
Dallas, Texas 75201
Telephone:  (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

-and-

WOLLMUTH MAHER & DEUTSCH LLP
Paul R. DeFilippo, Esq.
Brad J. Axelrod, Esq.
James N. Lawlor, Esq.
Lyndon M. Tretter, Esq.
Joseph F. Pacelli, Esq. (admitted *pro hac vice*)
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com
baxelrod@wmd-law.com
jlawlor@wmd-law.com
ltretter@wmd-law.com
jpacelli@wmd-law.com

**COUNSEL FOR THE DEBTOR**

*/s/ Arthur J. Abramowitz*
BAILEY GLASSER LLP
Brian A. Glasser, Esq.
Thomas B. Bennett, Esq.
Katherine E. Charonko, Esq. (admitted *pro hac vice*)
105 Thomas Jefferson St. NW, Suite 540
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103
bglasser@baileyglasser.com
tbennett@baileyglasser.com
kcharonko@baileyglasser.com

-and-

COOLEY LLP
Cullen D. Speckhart, Esq. (admitted *pro hac vice*)
Michael Klein, Esq. (admitted *pro hac vice*)
Erica J. Richards, Esq. (admitted *pro hac vice*)
Lauren A. Reichardt, Esq. (admitted *pro hac vice*)
Evan M. Lazerowitz, Esq.
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
cspeckhart@cooley.com
mklein@cooley.com
erichards@cooley.com
lreichardt@cooley.com
elazerowitz@cooley.com

-and-

(Page 5)
Debtor: LTL Management LLC
Case No. 21-30589-MBK
Caption: Consent Order Regarding Briefing Schedule for TCC II'S Motion to Continue in Existence, TCC II's Requests for Certification and TCC II's Motion for Appointment of Separate FTCR to Be Heard March 30, 2022

MASSEY & GAIL LLP
Jonathan S. Massey, Esq.
1000 Maine Avenue SW Suite 450
Washington, DC 20024
Telephone: (202) 652-4511
Facsimile: (312) 379-0467
jmassey@masseygail.com

-and-

SHERMAN, SILVERSTEIN,
KOHL, ROSE & PODOLSKY, P.A.
Arthur J. Abramowitz, Esq.
Alan I. Moldoff, Esq.
Ross J. Switkes, Esq.
308 Harper Drive, Suite 200
Moorestown, NJ 08057
Telephone: (856) 662-0700
aabramowitz@shermansilverstein.com
amoldoff@shermansilverstein.com
rswitkes@shermansilverstein.com

**COUNSEL FOR THE OFFICIAL COMMITTEE OF TALC CLAIMANTS II**