| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**WOLLMUTH MAHER & DEUTSCH LLP**<br>Paul R. DeFilippo, Esq.<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>Facsimile: (212) 382-0050<br>pdefilippo@wmd-law.com<br><br>**JONES DAY**<br>Gregory M. Gordon, Esq.<br>Brad B. Erens, Esq.<br>Dan B. Prieto, Esq.<br>Amanda Rush, Esq.<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>gmgordon@jonesday.com<br>bberens@jonesday.com<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br>(Admitted *pro hac vice*)<br>ATTORNEYS FOR DEBTOR | |
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>                       Debtor. | Chapter 11<br><br>Case No.: 21-30589 (MBK)<br><br>Judge: Michael B. Kaplan |

**MODIFIED LOCAL FORM**
**CERTIFICATION OF NO OBJECTION REGARDING MONTHLY FEE STATEMENT OF BLAKE, CASSELS & GRAYDON LLP FOR THE PERIOD OF JANUARY 1, 2022 THROUGH JANUARY 31, 2022**
**DOCUMENT NO. 1695**

The court authorized, under D.N.J. LBR 2016-3(a), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professionals* [Dkt. No. 761] and *Order Modifying Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professionals* [Dkt. No. 870], compensation to professionals on a monthly basis. Under the *Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professionals* [Dkt. No. 761], objections to the Monthly Fee Statement filed on March 10, 2022 were to be filed and served not later than March 24, 2022.

---

[1]     The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

I, Paul R. DeFilippo certify that, as of March 25, 2022, I have reviewed the court's docket in this case and no answer, objection, or other responsive pleading to the above Monthly Fee Statement has been filed.

Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of this Certification.

Date: March 25, 2022            ___/s/ Paul R. DeFilippo_____
                                               Signature

*rev.8/1/15*