# UNITED STATES BANKRUPTCY COURT

## District of New Jersey

| | |
|---|---|
| In re: | |
| LTL Management LLC | |

| | |
|---|---|
| Chapter: | 11 |
| Case Number: | 21-30589 |
| Civil Number: | |
| Adversary Number: | |
| Bankruptcy Judge: | Michael B. Kaplan |

## TRANSMITTAL OF DOCUMENT(S) TO:

☒ **DISTRICT COURT**    ☐ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

☒ Notice of Appeal    ☒ Order being Appealed    ☐ Designation of Record on Appeal

☐ Statement of Issues    ☐ Transcript    ☐ Transcript Ordered On: _____

☐ Motion for Leave to Appeal    ☐ Certification of Failure to File Designation    ☐ Motion to Withdraw the Reference

☒ Other  Certificate Of Service

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on  March 24, 2022 .   The parties to the appeal are:

| | | | |
|---|---|---|---|
| Appellant(s): | Aylstock, Witkin, Kreis & Overholtz, PLLC | Appellee(s): | LTL Management LLC |
| Attorney: | OFFIT KURMAN, P.A. | Attorney: | Wollmuth Maher & Deutsch LLP |
| Address: | 99 Wood Avenue South, Suite 302 | Address: | 500 Fifth Avenue |
| | Iselin, New Jersey 08830 | | New York, NY 10110 |

Title of Order Appealed:    #1736 Amended Order Authorizing Retention of Skadden, Arps, Slate, Meagher & Flom LLP

Date Entered On Docket:    March 16, 2022

☐    An appeal has not previously been filed in this case.

☒    The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| 22-cv-01621 | Judge Freda L. Wolfson | March 22, 2022 |
| | | |
| | | |

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____    Judge assigned: _____

By: _____    Date: _____

rev. 8/28/17