UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-1(b)**

**TRIF & MODUGNO LLC**
Louis Modugno, Esq.
89 Headquarters Plaza
North Tower, Suite 1201
Morristown, New Jersey 07960
Telephone: 973-547-3611
Facsimile: 973-554-1220
lmodugno@tm-firm.com

**KATTEN MUCHIN ROSENMAN LLP**
Steven J. Reisman
Shaya Rochester (*admitted pro hac vice*)
Terence P. Ross (*admitted pro hac vice*)
50 Rockefeller Plaza
New York, New York 10020
sreisman@katten.com
srochester@katten.com
tross@katten.com

**MENDES & MOUNT LLP**
Eileen McCabe (*admitted pro hac vice*)
Stephen Roberts (*admitted pro hac vice*)
750 Seventh Avenue
New York, New York 10019
eileen.mccabe@mendes.com
stephen.roberts@mendes.com

*Attorneys for the New Jersey Coverage Action Plaintiff-Insurers*

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 21-30589 (MBK)<br><br>**Hearing Date: March 30, 2022** |

**DECLARATION OF SHAYA ROCHESTER IN SUPPORT OF NEW
JERSEY COVERAGE ACTION PLAINTIFF-INSURERS' OMNIBUS REPLY
IN FURTHER SUPPORT OF MOTION FOR AN ORDER (I) CONFIRMING
THAT THE AUTOMATIC STAY DOES NOT APPLY TO THE NEW**

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

1

152403330

**JERSEY COVERAGE ACTION OR, IN THE ALTERNATIVE,
(II) GRANTING RELIEF FROM THE AUTOMATIC STAY TO
ALLOW THE NEW JERSEY COVERAGE ACTION TO PROCEED**

I, Shaya Rochester, declare as follows:

1. I am a partner at the firm Katten Muchin Rosenman, LLP. I submit this declaration in support of the *New Jersey Coverage Action Plaintiff-Insurers' Omnibus Reply in Further Support of Motion for an Order (I) Confirming that the Automatic Stay Does Not Apply to the New Jersey Coverage Action or, in the Alternative (II) Granting Relief from the Automatic Stay to Allow the New Jersey Coverage Action to Proceed* (the "Reply"),[2] filed on March 25, 2022.

2. This declaration and the statements made in the Reply are based on my personal knowledge and upon my review of the records of this and related matters.

3. Attached as Exhibit 1 is a true and correct copy of the email from Eileen McCabe to Thomas Ladd, dated September 8, 2021.

4. Attached as Exhibit 2 is a true and correct copy of the email from Thomas Ladd to Eileen McCabe, dated October 13, 2021.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 25, 2022
New York, NY

*/s/ Shaya Rochester*
Shaya Rochester

---

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Reply.