# EXHIBIT 2

**From:** Ladd, Thomas [mailto:TLadd@McCarter.com]
**Sent:** Wednesday, October 13, 2021 5:43 PM
**To:** McCabe, Eileen T.
**Cc:** Kahn, Brett; Roberts, Stephen T.; Farina, Jennifer
**Subject:** Re: [External] J&J

Eileen,  Further to our discussion from this morning, your proposed briefing schedule for the summary judgment motion is acceptable, assuming, of course, the motion is filed tomorrow or Friday. If it is, J&J's response will be due by November 15th and plaintiffs' reply, if any, will be due by December 3rd. Acceptance of this schedule should not be viewed as a waiver by J&J of any positions, including the timeliness of the motion, taken by J&J in response to the motion. Regards,  Tom

Sent from my iPhone


On Oct 13, 2021, at 8:34 AM, McCabe, Eileen T. <Eileen.McCabe@mendes.com> wrote:


> Tom - no problem. Same dial in. Eileen
>
> Sent with BlackBerry Work
> (www.blackberry.com)
>
> ---
>
> **From:** Ladd, Thomas <TLadd@McCarter.com>
> **Date:** Wednesday, Oct 13, 2021, 8:13 AM
> **To:** McCabe, Eileen T. <Eileen.McCabe@mendes.com>
> **Cc:** Kahn, Brett <bkahn@McCarter.com>, Roberts, Stephen T. <Stephen.Roberts@mendes.com>
> **Subject:** Re: [External] J&J
>
> Eileen,  Could we move our call today from noon to 11:30?  An unexpected scheduling conflict at noon has arisen.  Let me know if that works.  Thanks.  Tom
>
> Sent from my iPhone
>
>
> On Oct 11, 2021, at 5:03 PM, McCabe, Eileen T. <Eileen.McCabe@mendes.com> wrote:
>
>
>> **\*\*External Message\*\***
>>
>> Thanks Tom – let's shoot for Wednesday at noon. If something does open up for either of you tomorrow, please let us know.
>>
>> Dial In – 212 261 8001
>>
>> ID 7283

PIN 82837

**Eileen McCabe | Equity Partner**
**Mendes & Mount, LLP**
750 Seventh Avenue | New York, New York 10019
T: (212) 261-8283 |  F: (212) 261-8750
Eileen.Mccabe@Mendes.Com | www.Mendes.com

**From:** Ladd, Thomas [mailto:TLadd@McCarter.com]
**Sent:** Monday, October 11, 2021 4:50 PM
**To:** McCabe, Eileen T.
**Cc:** Kahn, Brett; Roberts, Stephen T.
**Subject:** Re: [External] J&J

Eileen,  Brett and I are tied up today and all day tomorrow, but we are available on Wednesday. Best time for us is between 12 pm and 2pm.  Let us know if that works for you.  Tom

Sent from my iPhone


On Oct 11, 2021, at 4:39 PM, McCabe, Eileen T. <Eileen.McCabe@mendes.com> wrote:

**\*\*External Message\*\***

Tom and Brett- hope this finds you well. Would you have some time today or tomorrow morning to discuss a briefing schedule on a proposed motion?  If so, let us know what works. Thanks Eileen and Steve



**Eileen McCabe | Equity Partner**
**Mendes & Mount, LLP**
750 Seventh Avenue | New York, New York 10019
T: (212) 261-8283 |  F: (212) 261-8750
Eileen.Mccabe@Mendes.Com | www.Mendes.com

=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-==-=-=-=-=-=-=-=-=-
This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential.If you are not the intended recipient, you are hereby notified that you have received this transmittal
in error and that any review, dissemination, distribution, or copying of this transmittal is strictly prohibited. If you have received this communication in error, please notify us immediately by reply or by telephone, (call us at 212-261-8000) and immediately delete this message

2

and all its attachments.
=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-==-=-=-=-=-=-=-=-=-=-

We are committed to helping you navigate the COVID-19 crisis. Please visit our Coronavirus Resource Center for important updates providing business guidance throughout this pandemic. For immediate questions, please email your McCarter contact or our COVID-19 Taskforce.

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-
This transmittal may be a confidential attorney-client communication or
may otherwise be privileged or confidential.If you are not the intended
recipient, you are hereby notified that you have received this transmittal
in error and that any review, dissemination, distribution, or copying
of this transmittal is strictly prohibited. If you have received this
communication in error, please notify us immediately by reply or by
telephone, (call us at 212-261-8000) and immediately delete this message
and all its attachments.
=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-

We are committed to helping you navigate the COVID-19 crisis. Please visit our Coronavirus Resource Center for important updates providing business guidance throughout this pandemic. For immediate questions, please email your McCarter contact or our COVID-19 Taskforce.

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**Eileen McCabe | Equity Partner**
**Mendes & Mount, LLP**
750 Seventh Avenue | New York, New York 10019
T: (212) 261-8283 |  F: (212) 261-8750
Eileen.Mccabe@Mendes.Com | www.Mendes.com

=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-==-=-=-=-=-=-=-=-=-=-
This transmittal may be a confidential attorney-client communication or
may otherwise be privileged or confidential.If you are not the intended
recipient, you are hereby notified that you have received this transmittal
in error and that any review, dissemination, distribution, or copying
of this transmittal is strictly prohibited. If you have received this
communication in error, please notify us immediately by reply or by
telephone, (call us at 212-261-8000) and immediately delete this message

and all its attachments.
=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-

**We are committed to helping you navigate the COVID-19 crisis. Please visit our Coronavirus Resource Center for important updates providing business guidance throughout this pandemic. For immediate questions, please email your McCarter contact or our COVID-19 Taskforce.**

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-
This transmittal may be a confidential attorney-client communication or
may otherwise be privileged or confidential.If you are not the intended
recipient, you are hereby notified that you have received this transmittal
in error and that any review, dissemination, distribution, or copying
of this transmittal is strictly prohibited. If you have received this
communication in error, please notify us immediately by reply or by
telephone, (call us at 212-261-8000) and immediately delete this message
and all its attachments.
=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-