Order Filed on March 25, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 21-30589 |
| Debtor. | Judge: Michael B. Kaplan |

**FINAL ORDER AUTHORIZING**
**RETENTION OF JONES DAY**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: March 25, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

NAI-1527748018

(Page 2)
Debtor: LTL Management LLC
Case No. 21-30589-MBK
Caption: Final Order Authorizing Retention of Jones Day

Upon the applicant's, LTL Management LLC's (the "Debtor's"),[2] request for authorization to retain Jones Day as counsel to the Debtor, *nunc pro tunc* to October 14, 2021 [Dkt. 541] (the "Application"); the Court having reviewed the reply and the supplemental reply in support of the Application [Dkts. 810, 1190, 1629], including the supplemental certification of Gregory M. Gordon, the supplemental declaration of John K. Kim, and the declaration of Johnson & Johnson filed therewith, and the objections [Dkts. 750, 753, 758, 1600] (collectively, the "Objections") and surreplies [Dkts. 1228, 1231] to the Application filed by the Official Committee of Talc Claimants, the Official Committee of Talc Claimants I, the U.S. Trustee, and Aylstock, Witkin, Kreis & Overholtz, PLLC, and the Court having previously entered the *Order Authorizing Interim Retention of Jones Day* [Dkt. 857] (the "Interim Order") and the *Order Amending Order Authorizing Interim Retention of Jones Day* [Dkt. 1294] (the "Amended Interim Order"); the Court having held hearings on January 25, 2022 and March 8, 2022; the Court having overruled the Objections as set forth herein; and for the reasons set forth at the March 8, 2022 hearing, it is hereby **ORDERED**:

1. The Debtor is authorized to retain Jones Day in the professional capacity noted in the Application. Such retention shall be effective as of October 14, 2021.

    The professional's address is:    JONES DAY
    2727 North Harwood Street
    Dallas, Texas  75201

2. Jones Day shall file monthly, interim and final fee requests for allowance of compensation and reimbursement of expenses pursuant to the procedures set forth in Sections 330 and 331 of the Bankruptcy Code, applicable Bankruptcy Rules and the Local Bankruptcy Rules, the U.S. Trustee Guidelines (as defined below), and any other applicable procedures and orders of this Court, including any order approving interim compensation procedures. The rights of any party in interest to object to any such fee

---

[2] Capitalized terms used herein but not defined shall have the meaning given to such terms in the Application.

NAI-1527748018

(Page 3)
Debtor: LTL Management LLC
Case No. 21-30589-MBK
Caption: Final Order Authorizing Retention of Jones Day

request, and the right of Jones Day to respond to any such objection, are fully preserved.

3. If any facts or circumstances develop or are discovered that render Jones Day ineligible under Bankruptcy Code section 327(a), the right of any party in interest to seek appropriate relief is preserved.

4. Jones Day shall bill only 50% for its services for non-working travel.

5. Jones Day shall not seek reimbursement of any fees or costs, including attorney fees and costs, arising from the defense of any of Jones Day's fee applications in this case.

6. Jones Day will agree to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013* (the "U.S. Trustee Guidelines"). The rights of any party in interest to seek information from Jones Day, including with respect to the Application, fee requests or any other matter or adversary proceeding arising in the case, are fully preserved.

7. Jones Day shall provide any and all monthly fee statements, interim fee applications, and final fee applications in "LEDES" format to the U.S. Trustee.

8. Jones Day shall not apply any portion of the Retainer to fees and expenses incurred from and after the Petition Date unless and until authorized to do so by a further order of this Court, including any interim compensation order entered in the Chapter 11 Case. The rights of any party in interest to object to any proposed application of the Retainer are fully preserved.

9. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

NAI-1527748018

(Page 4)
Debtor: LTL Management LLC
Case No. 21-30589-MBK
Caption: Final Order Authorizing Retention of Jones Day

☐  Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

NAI-1527748018

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-30589-MBK |
| LTL Management LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 15 |
| Date Rcvd: Mar 25, 2022 | Form ID: pdf903 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | LTL Management LLC, 501 George Street, New Brunswick, NJ 08933-0001 |
| aty | + | Glenn M. Kurtz, White & Case LLP, 1221 Avenue of the America, New York, NY 10020-1001 |
| aty | + | Jessica Lauria, White & Case LLP, 1221 Avenue of the America, New York,, NY 10020-1001 |
| aty | + | Rayburn, Cooper & Durham, P.A., The Carillon, Suite 1200, 227 West Trade St., Charlotte, NC 28202-1672 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/Text: jkim8@its.jnj.com | Mar 25 2022 20:44:00 | LTL Management LLC, 501 George Street, New Brunswick, NJ 08933-0001 |
| aty | + | Email/Text: tlindsay@rcdlaw.net | Mar 25 2022 20:44:00 | Rayburn, Cooper & Durham, P.A., The Carillon, Suite 1200, 227 West Trade St., Charlotte, NC 28202-1672 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2022          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam C. Silverstein | |
| | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products |

Case 21-30589-MBK    Doc 1873    Filed 03/27/22    Entered 03/28/22 00:14:03    Desc
Imaged Certificate of Notice    Page 6 of 19

| District/off: 0312-3 | User: admin | Page 2 of 15 |
|---|---|---|
| Date Rcvd: Mar 25, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| | Marketing Sales Practices and Products Liability Multi-District Litigation asilverstein@otterbourg.com, awilliams@otterbourg.com |
| Adam C. Silverstein | |
| | on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi District Litigation asilverstein@otterbourg.com, awilliams@otterbourg.com |
| Adam S. Ravin | |
| | on behalf of Interested Party Imerys Talc Canada Inc. adam.ravin@lw.com |
| Adam S. Ravin | |
| | on behalf of Interested Party Imerys Talc America Inc. adam.ravin@lw.com |
| Adam S. Ravin | |
| | on behalf of Interested Party Imerys Talc Vermont Inc. adam.ravin@lw.com |
| Alan I. Moldoff | |
| | on behalf of Creditor Committee Official Committee of Talc Claimants II amoldoff@shermansilverstein.com |
| Alan J. Brody | |
| | on behalf of Creditor Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International Inc. brodya@gtlaw.com, NJLitDock@gtlaw.com |
| Alan J. Brody | |
| | on behalf of Creditor Bausch Health US LLC f/k/a Valeant Pharmaceuticals North America LLC brodya@gtlaw.com, NJLitDock@gtlaw.com |
| Alan J. Brody | |
| | on behalf of Creditor Bausch Health Americas Inc. f/k/a Valeant Pharmaceuticals International brodya@gtlaw.com, NJLitDock@gtlaw.com |
| Albert Togut | |
| | on behalf of Interested Party Roger Frankel as Legal Representative for Future Personal Injury Claimants appointed in the Chapter 11 bankruptcy case of Cyprus Mines Corporation altogut@teamtogut.com, eozuna@teamtogut.com;seratner@teamtogut.com;dperson@teamtogut.com |
| Alexander Walker Cogbill | |
| | on behalf of Interested Party Nationwide Indemnity acogbill@zelle.com |
| Alexander Walker Cogbill | |
| | on behalf of Interested Party Employers Ins. of Wausau acogbill@zelle.com |
| Alexander Walker Cogbill | |
| | on behalf of Interested Party Employers Ins. Company of Wausau acogbill@zelle.com |
| Alexander Walker Cogbill | |
| | on behalf of Interested Party Employers Mutual Casualty Company acogbill@zelle.com |
| Alexander Walker Cogbill | |
| | on behalf of Interested Party Scottsdale Insurance acogbill@zelle.com |
| Allen Joseph Underwood, II | |
| | on behalf of Creditor DeSanto Canadian Class Action Plaintiffs aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com |
| Allen Joseph Underwood, II | |
| | on behalf of Attorney Lite DePalma Greenberg & Afandaor LLC aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com |
| Allen Joseph Underwood, II | |
| | on behalf of Creditor DiSanto Canadian Class Action Creditors aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com |
| Allison J. Arotsky | |
| | on behalf of Creditor PTI Union LLC aarotsky@moritthock.com |
| Allison J. Arotsky | |
| | on behalf of Creditor PTI Royston LLC aarotsky@moritthock.com |
| Allison J. Arotsky | |
| | on behalf of Creditor Broadview Investments LLC aarotsky@moritthock.com |
| Amanda Rush | |
| | on behalf of Plaintiff LTL Management LLC asrush@jonesday.com |
| Amanda Rush | |
| | on behalf of Debtor LTL Management LLC asrush@jonesday.com |
| Andreas Milliaressis | |
| | on behalf of Interested Party Hartford Accident and Indemnity Company adm@stevenslee.com |
| Andreas Milliaressis | |
| | on behalf of Interested Party First State Insurance Company adm@stevenslee.com |

Case 21-30589-MBK    Doc 1873    Filed 03/27/22    Entered 03/28/22 00:14:03    Desc
Imaged Certificate of Notice    Page 7 of 19

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 15 |
| Date Rcvd: Mar 25, 2022 | Form ID: pdf903 | Total Noticed: 4 |

Andrew Ambruoso
    on behalf of Interested Party Imerys Talc Canada Inc. andrew.ambruoso@lw.com andrew-ambruoso-6817@ecf.pacerpro.com

Andrew Ambruoso
    on behalf of Interested Party Imerys Talc America Inc. andrew.ambruoso@lw.com, andrew-ambruoso-6817@ecf.pacerpro.com

Andrew Ambruoso
    on behalf of Interested Party Imerys Talc Vermont Inc. andrew.ambruoso@lw.com, andrew-ambruoso-6817@ecf.pacerpro.com

Andrew Craig
    on behalf of Creditor Allstate Insurance Company acraig@windelsmarx.com

Andrew Golden
    on behalf of Interested Party Cyprus Mines Corporation agolden@kasowitz.com

Andrew J. Kelly
    on behalf of Interested Party Blue Cross Blue Shield of Massachusetts Inc. akelly@kbtlaw.com,
    wsheridan@kbtlaw.com;saudino@kbtlaw.com;tgraga@kbtlaw.com;pschenke@kbtlaw.com

Andrew S. Richmond
    on behalf of Interested Party Williams Hart Boundas Easterby LLP, on behalf of certain personal injury claimants (Williams Hart
    Plaintiffs) arichmond@pryorcashman.com

Andrew T. Frankel
    on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)
    afrankel@stblaw.com

Andy Frankel
    on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)
    afrankel@stblaw.com

Anthony Sodono, III
    on behalf of Creditor Alishia Landrum Committee Member asodono@msbnj.com

Anthony Sodono, III
    on behalf of Creditor Dr. Rebecca Love asodono@msbnj.com

Arthur Abramowitz
    on behalf of Interested Party Massey & Gail LLP aabramowitz@shermansilverstein.com
    jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Arthur Abramowitz
    on behalf of Creditor Committee Official Committee of Talc Claimants II aabramowitz@shermansilverstein.com
    jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Arthur Abramowitz
    on behalf of Attorney Waldrep Wall Babcock & Bailey PLLC aabramowitz@shermansilverstein.com
    jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Arthur Abramowitz
    on behalf of Interested Party Bailey & Glasser LLP aabramowitz@shermansilverstein.com
    jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Arthur Abramowitz
    on behalf of Attorney Sherman Silverstein, Kohl, Rose & Podolsky, P.A. aabramowitz@shermansilverstein.com,
    jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Arthur Abramowitz
    on behalf of Other Prof. FTI Consulting Inc. aabramowitz@shermansilverstein.com,
    jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Arthur Abramowitz
    on behalf of Attorney Cooley LLP aabramowitz@shermansilverstein.com
    jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Autumn D. Highsmith
    on behalf of Interested Party State of Texas autumn.highsmith@oag.texas.gov

Bill Graham
    on behalf of Attorney Wallace & Graham P.A. bgraham@wallacegraham.com

Brad B. Erens
    on behalf of Debtor LTL Management LLC bberens@jonesday.com

Brad B. Erens
    on behalf of Plaintiff LTL Management LLC bberens@jonesday.com

Brad Jeffrey Axelrod
    on behalf of Debtor LTL Management LLC baxelrod@wmd-law.com

Brad Jeffrey Axelrod
    on behalf of Plaintiff LTL Management LLC baxelrod@wmd-law.com

Case 21-30589-MBK    Doc 1873    Filed 03/27/22    Entered 03/28/22 00:14:03    Desc
Imaged Certificate of Notice    Page 8 of 19

| District/off: 0312-3 | User: admin | Page 4 of 15 |
|---|---|---|
| Date Rcvd: Mar 25, 2022 | Form ID: pdf903 | Total Noticed: 4 |

Brett Kahn
    on behalf of Spec. Counsel McCarter & English LLP bkahn@mccarter.com

Brian J. McCormick, Jr.
    on behalf of Interested Party Ross Feller Casey LLP bmccormick@rossfellercasey.com earend@rossfellercasey.com

Brian W. Hofmeister
    on behalf of Attorney Law Firm of Brian W. Hofmeister of behalf of various claimants bwh@hofmeisterfirm.com, j119@ecfcbis.com

C. Richard Rayburn, Jr.
    on behalf of Plaintiff LTL Management LLC rrayburn@rcdlaw.net jrobinson@rcdlaw.net

Caitlin K. Cahow
    on behalf of Debtor LTL Management LLC ccahow@jonesday.com

Carol A. Slocum
    on behalf of Creditor Ad Hoc Mesothelioma Committee cslocum@klehr.com lclark@klehr.com

Carolyn Lachman
    on behalf of Creditor Pension Benefit Guaranty Corporation lachman.carolyn@pbgc.gov efile@pbgc.gov

Cary Joshi
    on behalf of Creditor Committee Official Committee of Talc Claimants II cjoshi@baileyglasser.com

Charles Michael Rubio
    on behalf of Interested Party OnderLaw LLC crubio@parkinslee.com, 7485062420@filings.docketbird.com

Charles Michael Rubio
    on behalf of Creditor OnderLaw LLC crubio@parkinslee.com, 7485062420@filings.docketbird.com

Chelsea Corey
    on behalf of Interested Party Bestwall LLC ccorey@kslaw.com

Christopher K. Kiplok
    on behalf of Interested Party Imerys SA kiplok@hugheshubbard.com

Christopher M. Placitella
    on behalf of Interested Party Cohen Placitella & Roth, P.C. cplacitella@cprlaw.com, cmcnelis@cprlaw.com

Christopher M. Placitella
    on behalf of Unknown Role Type Daniel & Roger Edley cplacitella@cprlaw.com cmcnelis@cprlaw.com

Christopher M. Placitella
    on behalf of Attorney Christopher M. Placitella cplacitella@cprlaw.com cmcnelis@cprlaw.com

Christopher M. Placitella
    cplacitella@cprlaw.com cmcnelis@cprlaw.com

Christopher Vincent Tisi
    on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi-District Litigation ctisis@levinlaw.com

Clinton E. Cameron
    on behalf of Interested Party The Continental Insurance Company Clinton.Cameron@clydeco.us

Cole Hayes
    on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi District Litigation cole@colehayeslaw.com

Cole Hayes
    on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi-District Litigation cole@colehayeslaw.com

Colin R. Robinson
    on behalf of Interested Party Arnold & Itkin LLP crobinson@pszjlaw.com

Colin R. Robinson
    on behalf of Creditor Arnold & Itkin LLP crobinson@pszjlaw.com

Daniel Lapinski
    on behalf of Interested Party Motley Rice LLC dlapinski@motleyrice.com

Daniel Stolz
    on behalf of Interested Party Bailey & Glasser LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Spec. Counsel Massey & Gail LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Attorney Genova Burns LLC dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Case 21-30589-MBK    Doc 1873    Filed 03/27/22    Entered 03/28/22 00:14:03    Desc
Imaged Certificate of Notice    Page 9 of 19

| District/off: 0312-3 | User: admin | Page 5 of 15 |
|---|---|---|
| Date Rcvd: Mar 25, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| Daniel Stolz | on behalf of Spec. Counsel Parkins Lee & Rubio LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Creditor Committee Official Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Interested Party Otterbourg P.C dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Creditor Proposed Local Counsel to Official Committee of Talc Claimants for LTL Management LLC dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Creditor Committee Official Committee of Talc Claimants I dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Other Prof. Houlihan Lokey Capital Inc. dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Interested Party Brown Rudnick LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Creditor Committee Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Interested Party Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel B. Prieto | on behalf of Debtor LTL Management LLC dbprieto@jonesday.com |
| Daniel B. Prieto | on behalf of Plaintiff LTL Management LLC dbprieto@jonesday.com |
| Daniel H. Charest | on behalf of Creditor Julia Lathrop dcharest@burnscharest.com manderson@burnscharest.com;mkweik@burnscharest.com |
| Daniel H. Charest | on behalf of Creditor Daniel Mercer dcharest@burnscharest.com manderson@burnscharest.com;mkweik@burnscharest.com |
| Daniel H. Charest | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi-District Litigation dcharest@burnscharest.com, manderson@burnscharest.com;mkweik@burnscharest.com |
| Daniel Robert Lapinski | on behalf of Interested Party Motley Rice LLC dlapinski@motleyrice.com hfonseca@motleyrice.com,kdotson@motleyrice.com |
| Danielle Spinelli | on behalf of Interested Party Three Crowns Insurance Company Danielle.Spinelli@wilmerhale.com |
| Danielle Spinelli | on behalf of Interested Party Rio Tinto America Inc. Danielle.Spinelli@wilmerhale.com |
| Darren McDowell | on behalf of Interested Party Fears Nachawati PLLC dmcdowell@fnlawfirm.com mn@fnlawfirm.com;jwoodman@essexrichards.com;hculp@essexrichards.com;cbritton@fnlawfirm.com |
| David Chandler | on behalf of Interested Party Karst & von Oiste LLP dac@karstvonoiste.com akk@karstvonoiste.com |
| David Christian | on behalf of Creditor The Continental Insurance Company dchristian@davodcjrostoamattprmeus.com |
| David Christian | on behalf of Interested Party The Continental Insurance Company dchristian@davodcjrostoamattprmeus.com |
| David Rosner | on behalf of Interested Party Cyprus Mines Corporation drosner@kasowitz.com courtnotices@kasowitz.com |
| David J. Molton | on behalf of Creditor Committee Official Committee of Talc Claimants dmolton@brownrudnick.com hcohen@brownrudnick.com |
| David J. Molton | on behalf of Creditor Committee Committee of Talc Claimants dmolton@brownrudnick.com hcohen@brownrudnick.com |

Case 21-30589-MBK    Doc 1873    Filed 03/27/22    Entered 03/28/22 00:14:03    Desc
Imaged Certificate of Notice    Page 10 of 19

| District/off: 0312-3 | User: admin | Page 6 of 15 |
|---|---|---|
| Date Rcvd: Mar 25, 2022 | Form ID: pdf903 | Total Noticed: 4 |

Dennis Geier
    on behalf of Interested Party Cohen Placitella & Roth, P.C. dgeier@cprlaw.com, cmcnelis@cprlaw.com

Denyse F. Clancy
    on behalf of Interested Party Kazan McClain, Satterley & Greenwood, PLC dclancy@kazanlaw.com

Derek J. Baker
    on behalf of Interested Party Cyprus Mines Corporation dbaker@reedsmith.com

Donald W Clarke
    on behalf of Interested Party Parkins Lee & Rubio LLP dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
    on behalf of Attorney Genova Burns LLC dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
    on behalf of Interested Party Bailey & Glasser LLP dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
    on behalf of Interested Party Otterbourg P.C dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
    on behalf of Other Prof. Houlihan Lokey Capital Inc. dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com

Donald W Clarke
    on behalf of Spec. Counsel Parkins Lee & Rubio LLP dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
    on behalf of Creditor Proposed Local Counsel to Official Committee of Talc Claimants for LTL Management LLC dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com

Donald W Clarke
    on behalf of Creditor Committee Committee of Talc Claimants dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
    on behalf of Creditor Committee Official Committee of Talc Claimants dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
    on behalf of Interested Party Brown Rudnick LLP dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
    on behalf of Spec. Counsel Massey & Gail LLP dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
    on behalf of Spec. Counsel Miller Thomson LLP dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
    on behalf of Interested Party Committee of Talc Claimants dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
    on behalf of Creditor Committee Official Committee of Talc Claimants I dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
    on behalf of Interested Party Massey & Gail LLP dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

E. Richard Dressel
    on behalf of Creditor Evan Plotkin rdressel@lexnovalaw.com

E. Richard Dressel
    on behalf of Interested Party Erwin Chemerinsky rdressel@lexnovalaw.com

E. Richard Dressel
    on behalf of Creditor Giovanni Sosa rdressel@lexnovalaw.com

Eamonn O'Hagan
    on behalf of Creditor UNITED STATES OF AMERICA eamonn.ohagan@usdoj.gov

Eileen McCabe
    on behalf of Interested Party Starr Indemnity & Liability Company eileen.mccabe@mendes.com

Eileen McCabe
    on behalf of Interested Party Lexington Insurance Company eileen.mccabe@mendes.com

Eileen McCabe
    on behalf of Interested Party ASR Schadeverzekering N.V. eileen.mccabe@mendes.com

Eileen McCabe
    on behalf of Interested Party The North River Insurance Company eileen.mccabe@mendes.com

Eileen McCabe
    on behalf of Interested Party AIG Property Casualty Company eileen.mccabe@mendes.com

Eileen McCabe

Case 21-30589-MBK    Doc 1873    Filed 03/27/22    Entered 03/28/22 00:14:03    Desc
Imaged Certificate of Notice    Page 11 of 19

| District/off: 0312-3 | User: admin | Page 7 of 15 |
|---|---|---|
| Date Rcvd: Mar 25, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| | on behalf of Interested Party AIG Europe S.A. eileen.mccabe@mendes.com |
| Eileen McCabe | |
| | on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd eileen.mccabe@mendes.com |
| Eileen McCabe | |
| | on behalf of Interested Party The Insurance Company of the State of Pennsylvania eileen.mccabe@mendes.com |
| Eileen McCabe | |
| | on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA eileen.mccabe@mendes.com |
| Eileen McCabe | |
| | on behalf of Interested Party AIU Insurance Company eileen.mccabe@mendes.com |
| Eileen McCabe | |
| | on behalf of Interested Party RheinLand Versicherungen eileen.mccabe@mendes.com |
| Eileen McCabe | |
| | on behalf of Interested Party Atlanta International Insurance Company eileen.mccabe@mendes.com |
| Eileen McCabe | |
| | on behalf of Interested Party Granite State Insurance Company eileen.mccabe@mendes.com |
| Eileen McCabe | |
| | on behalf of Interested Party New Hampshire Insurance Company eileen.mccabe@mendes.com |
| Emil A. Kleinhaus | |
| | on behalf of Interested Party Cyprus Amax Minerals Company EAKleinhaus@WLRK.com |
| Erica Villanueva | |
| | on behalf of Interested Party Rio Tinto America Inc. EVillanueva@fbm.com |
| Erica Villanueva | |
| | on behalf of Interested Party Three Crowns Insurance Company EVillanueva@fbm.com |
| Ericka Fredricks Johnson | |
| | on behalf of Interested Party Ad Hoc Committee of States Holding Consumer Protection Claims ErJohnson@wcsr.com Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com |
| Evan Lazerowitz | |
| | on behalf of Creditor Committee Official Committee of Talc Claimants II elazerowitz@cooley.com efiling-notice@ecf.pacerpro.com;jbrown@cooley.com;mklein@cooley.com;rkanowitz@cooley.com |
| Felice R. Yudkin | |
| | on behalf of Interested Party Claimants represented by the Barnes Law Group fyudkin@coleschotz.com  fpisano@coleschotz.com |
| Geoffrey S Brounell | |
| | on behalf of Unknown Role Type Reuters News & Media  Inc. geoffreybrounell@dwt.com |
| Gregory Plotko | |
| | on behalf of Interested Party Pacific Employers Insurance Company gplotko@crowell.com  mschneider@rkollp.com |
| Gregory Plotko | |
| | on behalf of Interested Party Westchester Fire Insurance Company gplotko@crowell.com  mschneider@rkollp.com |
| Gregory Plotko | |
| | on behalf of Interested Party Federal Insurance Company gplotko@crowell.com  mschneider@rkollp.com |
| Gregory Plotko | |
| | on behalf of Interested Party Great Northern Insurance Company gplotko@crowell.com  mschneider@rkollp.com |
| Gregory Plotko | |
| | on behalf of Interested Party ACE Property and Casualty Insurance Company gplotko@crowell.com  mschneider@rkollp.com |
| Gregory Plotko | |
| | on behalf of Interested Party Central National Insurance Company of Omaha gplotko@crowell.com  mschneider@rkollp.com |
| Gregory Plotko | |
| | on behalf of Interested Party Century Indemnity Company gplotko@crowell.com  mschneider@rkollp.com |
| Gregory M. Gordon | |
| | on behalf of Debtor LTL Management LLC gmgordon@jonesday.com |
| Gregory M. Gordon | |
| | on behalf of Plaintiff LTL Management LLC gmgordon@jonesday.com |
| Heather Elizabeth Simpson | |
| | on behalf of Interested Party TIG Insurance Company heather.simpson@kennedyscmk.com |
| Heather Elizabeth Simpson | |
| | on behalf of Interested Party Everest Reinsurance Company heather.simpson@kennedyscmk.com |
| Isley M. Gostin | |

Case 21-30589-MBK    Doc 1873    Filed 03/27/22    Entered 03/28/22 00:14:03    Desc
Imaged Certificate of Notice    Page 12 of 19

| District/off: 0312-3 | User: admin | Page 8 of 15 |
|---|---|---|
| Date Rcvd: Mar 25, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| | on behalf of Interested Party Three Crowns Insurance Company Isley.Gostin@wilmerhale.com |
| Isley M. Gostin | |
| | on behalf of Interested Party Rio Tinto America Inc. Isley.Gostin@wilmerhale.com |
| James E. Cecchi | |
| | on behalf of Defendant San Diego County Employees Retirement Association Individually and on Behalf of All Others Similarly Situated jcecchi@carellabyrne.com |
| James Francis Green | |
| | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi-District Litigation jgreen@ashcraftlaw.com, tnguyen@ashcraftlaw.com;nparfitt@ashcraftlaw.com;plyons@ashcraft.com;twaters@ashcraftlaw.com |
| James M. Jones | |
| | on behalf of Debtor LTL Management LLC jmjones@jonesday.com |
| James N. Lawlor | |
| | on behalf of Spec. Counsel Patterson Belknap Webb & Tyler LLP jlawlor@wmd-law.com |
| James N. Lawlor | |
| | on behalf of Plaintiff LTL Management LLC jlawlor@wmd-law.com |
| James N. Lawlor | |
| | on behalf of Debtor LTL Management LLC jlawlor@wmd-law.com |
| Janet A. Shapiro | |
| | on behalf of Interested Party Employers Mutual Casualty Company jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | |
| | on behalf of Interested Party Scottsdale Insurance jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | |
| | on behalf of Interested Party Employers Ins. of Wausau jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | |
| | on behalf of Interested Party Nationwide Indemnity jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | |
| | on behalf of Interested Party Employers Ins Co of Wausau jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | |
| | on behalf of Interested Party Employers Ins. Company of Wausau jshapiro@shapirolawfirm.com |
| Jason D Angelo | |
| | on behalf of Interested Party Cyprus Mines Corporation jangelo@reedsmith.com |
| Jeffrey M. Sponder | |
| | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Jennifer S. Feeney | |
| | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi-District Litigation jfeeney@otterbourg.com |
| Jerome Howard Block | |
| | on behalf of Interested Party Levy Konigsberg LLP jblock@levylaw.com |
| Jerome Howard Block | |
| | on behalf of Interested Party Talc Claimants jblock@levylaw.com |
| Joel Rhine | |
| | on behalf of Interested Party Clients of Clifford Law Offices P.C., and Taft Stettinius & Hollister, LLP slc@rhinelawfirm.com |
| John Bougiamas | |
| | on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi District Litigation jbougiamas@otterbourg.com, ryan@otterbourg.com;jfeeney@otterbourg.com;mmaizel@otterbourg.com;jhildebrandt@otterbourg.com |
| John Bougiamas | |
| | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi-District Litigation jbougiamas@otterbourg.com, ryan@otterbourg.com;jfeeney@otterbourg.com;mmaizel@otterbourg.com;jhildebrandt@otterbourg.com |
| John Maloney | |
| | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) jmaloney@lawgmm.com |
| John A. Baden, IV | |
| | on behalf of Interested Party Motley Rice LLC jbaden@motleyrice.com |
| John A. Baden, IV | |
| | on behalf of Other Prof. Epiq Corporate Restructuring LLC jbaden@motleyrice.com |

| Name | Description |
|---|---|
| John A. Bougiamas | on behalf of Interested Party Committee of Talc Claimants jbougiamas@oshr.com jfeeney@otterbourg.com;awilliams@otterbourg.com;dfiorillo@otterbourg.com |
| John C. Woodman | on behalf of Attorney John C. Woodman jwoodman@essexrichards.com DDiMatteo@essexrichards.com;SMarak@essexrichards.com |
| John D. Green | on behalf of Interested Party Rio Tinto America Inc. JGreen@fbm.com |
| John D. Green | on behalf of Interested Party Three Crowns Insurance Company JGreen@fbm.com |
| John F. Bracaglia, Jr. | on behalf of Creditor Jeanne Stephenson brokaw@centraljerseylaw.com |
| John M. August | on behalf of Creditor Vincent Hill jaugust@saiber.com rtucker@saiber.com |
| John M. August | on behalf of Creditor Kristie Lynn Doyle jaugust@saiber.com rtucker@saiber.com |
| John R. Miller, Jr. | on behalf of Plaintiff LTL Management LLC jmiller@rcdlaw.net |
| John R. Miller, Jr. | on behalf of Debtor LTL Management LLC jmiller@rcdlaw.net |
| John Zachary Balasko | on behalf of Creditor UNITED STATES OF AMERICA john.z.balasko@usdoj.gov |
| Jonathan I. Rabinowitz | on behalf of Attorney J. Maria Glover jrabinowitz@rltlawfirm.com jcoleman@rltlawfirm.com |
| Jonathan S Massey | on behalf of Interested Party Massey & Gail LLP jloper@masseygail.com |
| Joseph Satterley | on behalf of Interested Party Kazan McClain, Satterley & Greenwood, PLC jsatterley@kazanlaw.com |
| Joseph F. Rice | on behalf of Interested Party Motley Rice LLC jrice@motleyrice.com |
| Joseph Francis Pacelli | on behalf of Debtor LTL Management LLC jpacelli@wmd-law.com |
| Joseph Francis Pacelli | on behalf of Plaintiff LTL Management LLC jpacelli@wmd-law.com |
| Judy D. Thompson | on behalf of Interested Party Barnes Law Group LLC jdt@jdthompsonlaw.com, sxb@jdthompsonlaw.com |
| Katherine Scherling | on behalf of Interested Party RheinLand Versicherungen katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party ASR Schadeverzekering N.V. katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party AIU Insurance Company katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party Lexington Insurance Company katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party The North River Insurance Company katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party Granite State Insurance Company katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party AIG Property Casualty Company katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party Atlanta International Insurance Company katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party New Hampshire Insurance Company katherine.scherling@katten.com |

Case 21-30589-MBK    Doc 1873    Filed 03/27/22    Entered 03/28/22 00:14:03    Desc
Imaged Certificate of Notice    Page 14 of 19

| District/off: 0312-3 | User: admin | Page 10 of 15 |
|---|---|---|
| Date Rcvd: Mar 25, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| Katherine Scherling | on behalf of Interested Party The Insurance Company of the State of Pennsylvania katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party Starr Indemnity & Liability Company katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party AIG Europe S.A. katherine.scherling@katten.com |
| Kathleen A Frazier | on behalf of Debtor LTL Management LLC kfrazier@shb.com |
| Kelly D. Curtin | on behalf of Interested Party Rio Tinto America Inc. kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com |
| Kelly D. Curtin | on behalf of Interested Party Rio Tinto America Holdings Inc. kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com |
| Kelly D. Curtin | on behalf of Interested Party Rio Tinto Services Inc. kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com |
| Kelly D. Curtin | on behalf of Interested Party Three Crowns Insurance Company kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com |
| Kelly D. Curtin | on behalf of Interested Party Metals & Minerals Insurance Company Pte. Ltd. kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com |
| Kelsey Panizzolo | on behalf of Interested Party ASR Schadeverzekering N.V. kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party Atlanta International Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party AIG Europe S.A. kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party AIG Property Casualty Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party The Insurance Company of the State of Pennsylvania kelsey.panizzolo@katten.com courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party Starr Indemnity & Liability Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party The North River Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party Granite State Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party New Hampshire Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd kelsey.panizzolo@katten.com courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party RheinLand Versicherungen kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party Lexington Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA kelsey.panizzolo@katten.com courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party AIU Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kenneth A. Rosen | on behalf of Interested Party Johnson & Johnson krosen@lowenstein.com  dclaussen@lowenstein.com |

Case 21-30589-MBK    Doc 1873    Filed 03/27/22    Entered 03/28/22 00:14:03    Desc
Imaged Certificate of Notice    Page 15 of 19

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 11 of 15 |
| Date Rcvd: Mar 25, 2022 | Form ID: pdf903 | Total Noticed: 4 |

Kenneth A. Rosen
    on behalf of Interested Party Johnson & Johnson and Johnson & Johnson Consumer Inc. krosen@lowenstein.com dclaussen@lowenstein.com

Konrad Krebs
    on behalf of Interested Party The Continental Insurance Company konrad.krebs@clydeco.us

Kristen R. Fournier
    on behalf of Debtor LTL Management LLC kfournier@kslaw.com

Laila Masud
    on behalf of Interested Party Talc Claimants lmasud@marshackhays.com

Laura Davis Jones
    on behalf of Creditor Arnold & Itkin LLP ljones@pszjlaw.com

Lauren Bielskie
    on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Lenard Parkins
    on behalf of Creditor OnderLaw LLC lparkins@parkinslee.com

Leslie Carol Heilman
    on behalf of Creditor Albertsons Companies Inc. heilmanl@ballardspahr.com, carbonej@ballardspahr.com

Liza M. Walsh
    on behalf of Unknown Role Type Randi S. Ellis lwalsh@walsh.law btroyan@walsh.law;sfalanga@walsh.law;mfalk@walsh.law

Louis A. Modugno
    on behalf of Interested Party Atlanta International Insurance Company lmodugno@tm-firm.com

Louis A. Modugno
    on behalf of Interested Party Granite State Insurance Company lmodugno@tm-firm.com

Louis A. Modugno
    on behalf of Interested Party AIG Europe S.A. lmodugno@tm-firm.com

Louis A. Modugno
    on behalf of Interested Party New Hampshire Insurance Company lmodugno@tm-firm.com

Louis A. Modugno
    on behalf of Interested Party ASR Schadeverzekering N.V. lmodugno@tm-firm.com

Louis A. Modugno
    on behalf of Interested Party AIG Property Casualty Company lmodugno@tm-firm.com

Louis A. Modugno
    on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA lmodugno@tm-firm.com

Louis A. Modugno
    on behalf of Interested Party RheinLand Versicherungen lmodugno@tm-firm.com

Louis A. Modugno
    on behalf of Interested Party Lexington Insurance Company lmodugno@tm-firm.com

Louis A. Modugno
    on behalf of Interested Party The Insurance Company of the State of Pennsylvania lmodugno@tm-firm.com

Louis A. Modugno
    on behalf of Interested Party Starr Indemnity & Liability Company lmodugno@tm-firm.com

Louis A. Modugno
    on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd lmodugno@tm-firm.com

Louis A. Modugno
    on behalf of Interested Party AIU Insurance Company lmodugno@tm-firm.com

Louis A. Modugno
    on behalf of Interested Party Objecting Insurers lmodugno@tm-firm.com

Louis A. Modugno
    on behalf of Interested Party The North River Insurance Company lmodugno@tm-firm.com

Lyndon Mitchell Tretter
    on behalf of Plaintiff LTL Management LLC ltretter@wmd-law.com

Lyndon Mitchell Tretter
    on behalf of Debtor LTL Management LLC ltretter@wmd-law.com

Marc E. Wolin
    on behalf of Creditor Kristie Lynn Doyle mwolin@saiber.com ccarfagno@saiber.com

Mark P. Robinson, Jr

Case 21-30589-MBK    Doc 1873    Filed 03/27/22    Entered 03/28/22 00:14:03    Desc
Imaged Certificate of Notice    Page 16 of 19

| District/off: 0312-3 | User: admin | Page 12 of 15 |
|---|---|---|
| Date Rcvd: Mar 25, 2022 | Form ID: pdf903 | Total Noticed: 4 |

|  |  |
|---|---|
|  | on behalf of Interested Party Talc Claimants mrobinson@robinsonfirm.com |
| Mark W. Rasmussen | on behalf of Debtor LTL Management LLC mrasmussen@jonesday.com |
| Mary E. Seymour | on behalf of Interested Party Johnson & Johnson and Johnson & Johnson Consumer Inc. mseymour@lowenstein.com jkimble@lowenstein.com |
| Matthew I. W. Baker | on behalf of Creditor Proposed Local Counsel to Official Committee of Talc Claimants for LTL Management  LLC mbaker@genovaburns.com |
| Matthew L Tomsic | on behalf of Plaintiff LTL Management LLC mtomsic@rcdlaw.net |
| Matthew L Tomsic | on behalf of Debtor LTL Management LLC mtomsic@rcdlaw.net |
| Melanie Louise Cyganowski | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation mcyganowski@otterbourg.com, awilliams@otterbourg.com |
| Melanie Louise Cyganowski | on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi District Litigation mcyganowski@otterbourg.com, awilliams@otterbourg.com |
| Michael Hutchins | on behalf of Interested Party Cyprus Mines Corporation mhutchins@kasowitz.com courtnotices@kasowitz.com |
| Michael E. Collins | on behalf of Interested Party Westchester Fire Insurance Company mcollins@manierherod.com |
| Michael H. Torkin | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) michael.torkin@stblaw.com |
| Michael L. Tuchin | on behalf of Interested Party Aylstock  Witkin, Kreis & Overholtz, PLLC mtuchin@ktbslaw.com |
| Michelle A. Parfitt | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation mparfitt@ashcraftlaw.com |
| Mitchell Hausman | on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov |
| Mitchell Malzberg | on behalf of Interested Party Talc Claimants mmalzberg@mjmalzberglaw.com dlapham@mjmalzberglaw.com |
| Mitchell Malzberg | on behalf of Creditor Various Claimants mmalzberg@mjmalzberglaw.com dlapham@mjmalzberglaw.com |
| Morton R. Branzburg | on behalf of Creditor Ad Hoc Mesothelioma Committee mbranzburg@klehr.com jtaylor@klehr.com;nyackle@klehr.com |
| Nabil Majed Nachawati, II | on behalf of Interested Party Fears Nachawati PLLC MN@fnlawfirm.com |
| Nancy Isaacson | on behalf of Interested Party Motley Rice LLC nisaacson@greenbaumlaw.com |
| Nathan David Finch | on behalf of Interested Party Motley Rice LLC nfinch@motleyrice.com |
| Nir Maoz | on behalf of Interested Party Aylstock  Witkin, Kreis & Overholtz, PLLC nmaoz@ktbslaw.com |
| P. Leigh O'Dell | on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi District Litigation leigh.odell@beasleyallen.com |
| Patricia M. Kipnis | on behalf of Interested Party Committee of Talc Claimants pkipnis@baileyglasser.com mchapman@baileyglasser.com |
| Paul E. Heath | on behalf of Interested Party Cyprus Amax Minerals Company pheath@velaw.com |
| Paul J. Winterhalter | on behalf of Interested Party Aylstock  Witkin, Kreis & Overholtz, PLLC pwinterhalter@offitkurman.com, rbarnhart@offitkurman.com |

| | |
|---|---|
| Paul M. Singer | on behalf of Interested Party Cyprus Mines Corporation psinger@reedsmith.com |
| Paul R. DeFilippo | on behalf of Spec. Counsel King & Spalding LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Spec. Counsel Skadden Arps, Slate, Meagher & Flom LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Spec. Counsel McCarter & English LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Debtor LTL Management LLC pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Other Prof. Bates White LLC pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Spec. Counsel Blake Cassels & Graydon LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Attorney Rayburn Cooper & Durham P.A pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Attorney Jones Day pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Other Prof. AlixPartners LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Attorney Wollmuth Maher & Deutsch LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Plaintiff LTL Management LLC pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Spec. Counsel Weil Gotshal, & Manges, LLP pdefilippo@wmd-law.com |
| Rachel Ginzburg | on behalf of Unknown Role Type The Amici Professors rginzburg@herrick.com |
| Rachel A. Parisi | on behalf of Interested Party Rio Tinto America Holdings Inc. raparisi@pbnlaw.com mpdermatis@pbnlaw.com;cpmazza@pbnlaw.com;sakelly@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Rachel A. Parisi | on behalf of Interested Party Rio Tinto Services Inc. raparisi@pbnlaw.com mpdermatis@pbnlaw.com;cpmazza@pbnlaw.com;sakelly@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Rachel A. Parisi | on behalf of Interested Party Three Crowns Insurance Company raparisi@pbnlaw.com mpdermatis@pbnlaw.com;cpmazza@pbnlaw.com;sakelly@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Rachel A. Parisi | on behalf of Interested Party Rio Tinto America Inc. raparisi@pbnlaw.com mpdermatis@pbnlaw.com;cpmazza@pbnlaw.com;sakelly@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Rachel A. Parisi | on behalf of Interested Party Metals & Minerals Insurance Company Pte. Ltd. raparisi@pbnlaw.com mpdermatis@pbnlaw.com;cpmazza@pbnlaw.com;sakelly@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Rachel R Obaldo | on behalf of Interested Party State of Texas bk-robaldo@texasattorneygeneral.gov |
| Rashad Blossom | on behalf of Interested Party Joseph McGovern rblossom@blossomlaw.com pogando@blossomlaw.com;R41929@notify.bestcase.com;ecfnotices2018@gmail.com |
| Rashad Blossom | on behalf of Attorney Christopher M. Placitella rblossom@blossomlaw.com pogando@blossomlaw.com;R41929@notify.bestcase.com;ecfnotices2018@gmail.com |
| Richard A. Schneider | on behalf of Interested Party Bestwall LLC dschneider@kslaw.com |
| Richard Moss Golomb | on behalf of Interested Party Golomb Spirt Grunfeld rgolomb@golomblegal.com |
| Richard Moss Golomb | on behalf of Creditor Brandi Carl rgolomb@golomblegal.com |
| Robert Novick | |

Case 21-30589-MBK    Doc 1873    Filed 03/27/22    Entered 03/28/22 00:14:03    Desc
Imaged Certificate of Notice    Page 18 of 19

| District/off: 0312-3 | User: admin | Page 14 of 15 |
|---|---|---|
| Date Rcvd: Mar 25, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| | on behalf of Interested Party Cyprus Mines Corporation rnovick@kasowitz.com |
| Robert J. Pfister | |
| | on behalf of Interested Party Aylstock Witkin, Kreis & Overholtz, PLLC rpfister@ktbslaw.com |
| Robert W. Hamilton | |
| | on behalf of Debtor LTL Management LLC rwhamilton@jonesday.com |
| Robert William Miller | |
| | on behalf of Interested Party Westchester Fire Insurance Company RMiller@ManierHerod.com |
| Robin Rabinowitz | |
| | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) rrabinowitz@lawgmm.com |
| Rochelle Guiton | |
| | on behalf of Creditor Aleathea Goodins rochelle@dmillerlaw.com |
| Ross J. Switkes | |
| | on behalf of Creditor Committee Official Committee of Talc Claimants II rswitkes@shermansilverstein.com |
| Ross J. Switkes | |
| | on behalf of Attorney Waldrep Wall Babcock & Bailey PLLC rswitkes@shermansilverstein.com |
| Salvatore Daniele | |
| | on behalf of Interested Party Rio Tinto America Inc. Sal.Daniele@wilmerhale.com isley.gostin@wilmerhale.com;danielle.spinelli@wilmerhale.com;yolande.thompson@wilmerhale.com |
| Salvatore Daniele | |
| | on behalf of Interested Party Three Crowns Insurance Company Sal.Daniele@wilmerhale.com isley.gostin@wilmerhale.com;danielle.spinelli@wilmerhale.com;yolande.thompson@wilmerhale.com |
| Samuel M. Kidder | |
| | on behalf of Interested Party Aylstock Witkin, Kreis & Overholtz, PLLC skidder@ktbslaw.com |
| Sandy Qusba | |
| | on behalf of Creditor Bausch Health US LLC f/k/a Valeant Pharmaceuticals North America LLC squsba@stblaw.com |
| Sandy Qusba | |
| | on behalf of Creditor Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International Inc. squsba@stblaw.com |
| Sandy Qusba | |
| | on behalf of Creditor Bausch Health Americas Inc. f/k/a Valeant Pharmaceuticals International squsba@stblaw.com |
| Sarah Meiman | |
| | on behalf of Creditor Pension Benefit Guaranty Corporation meiman.sarah@pbgc.gov |
| Sari Blair Placona | |
| | on behalf of Creditor Alishia Landrum Committee Member splacona@msbnj.com |
| Seth H. Lieberman | |
| | on behalf of Interested Party Williams Hart Boundas Easterby LLP, on behalf of certain personal injury claimants (Williams Hart Plaintiffs) slieberman@pryorcashman.com |
| Sid Garabato | |
| | on behalf of Other Prof. Epiq Corporate Restructuring LLC sgarabato@epiqglobal.com, rjacobs@ecf.epiqsystems.com |
| Simon J. Torres | |
| | on behalf of Creditor Pension Benefit Guaranty Corporation torres.simon@pbgc.gov efile@pbgc.gov |
| Sommer Leigh Ross | |
| | on behalf of Creditor Republic Indemnity Company of America slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Stephen M. Packman | |
| | on behalf of Interested Party Roger Frankel as Legal Representative for Future Personal Injury Claimants appointed in the Chapter 11 bankruptcy case of Cyprus Mines Corporation spackman@archerlaw.com, dleney@archerlaw.com,ahuber@archerlaw.com |
| Stephen T. Roberts | |
| | on behalf of Interested Party Clients of Mendes & Mount LLP stephen.roberts@mendes.com |
| Stephen V. Gimigliano | |
| | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) sgimigliano@lawgmm.com |
| Steven Abramowitz | |
| | on behalf of Interested Party Cyprus Amax Minerals Company sabramowitz@velaw.com mmoran@velaw.com;kgrissel@velaw.com;tmitsch@velaw.com;kduchesne@velaw.com |
| Steven B Smith | |
| | on behalf of Unknown Role Type The Amici Professors ssmith@herrick.com courtnotices@herrick.com;lporetsky@herrick.com |
| Thomas Pitta | |

| | |
|---|---|
| Thomas Pitta | on behalf of Creditor PTI Royston LLC tpitta@emmetmarvin.com |
| | on behalf of Creditor PTI Union LLC tpitta@emmetmarvin.com |
| Thomas W. Waldrep, Jr. | on behalf of Interested Party Kazan McClain, Satterley & Greenwood, PLC notice@waldrepwall.com, 8898@notices.nextchapterbk.com;khayden@waldrepwall.com |
| Thomas W. Waldrep, Jr. | on behalf of Interested Party Kirk Smith notice@waldrepwall.com 8898@notices.nextchapterbk.com;khayden@waldrepwall.com |
| Thomas W. Waldrep, Jr. | on behalf of Interested Party Kazan McClain, Satterley & Greenwood notice@waldrepwall.com, 8898@notices.nextchapterbk.com;khayden@waldrepwall.com |
| Thomas W. Waldrep, Jr. | on behalf of Interested Party Levy Konigsberg LLP notice@waldrepwall.com 8898@notices.nextchapterbk.com;khayden@waldrepwall.com |
| Thomas W. Waldrep, Jr. | on behalf of Interested Party Ruckdeschel Law Firm LLC notice@waldrepwall.com, 8898@notices.nextchapterbk.com;khayden@waldrepwall.com |
| Thomas W. Waldrep, Jr. | on behalf of Interested Party Weitz & Luxenberg P.C. notice@waldrepwall.com 8898@notices.nextchapterbk.com;khayden@waldrepwall.com |
| Thomas W. Waldrep, Jr. | on behalf of Interested Party Maune Raichle Hartley French & Mudd LLC notice@waldrepwall.com, 8898@notices.nextchapterbk.com;khayden@waldrepwall.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 342