UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Stephen V. Gimigliano
John Maloney
Robin Rabinowitz
**GIMIGLIANO MAURIELLO & MALONEY**
A Professional Association
163 Madison Avenue, Suite 500
P.O. Box 1449
Morristown, New Jersey 07962-1449
(973) 946-8360

Andrew T. Frankel
Kathrine A. McLendon (pro hac vice)
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, New York 10017
(212) 455-2000

Attorneys for Travelers Casualty and Surety
Company (f/k/a The Aetna Casualty and Surety
Company

| | |
|---|---|
| Case No.: | 21-30589 (MBK) |
| Chapter: | 11 |

In Re:

LTL Management LLC,

                Debtor.

| | |
|---|---|
| Adv. No.: | |
| Hearing Date: | March 30, 2022 |
| Judge: | Hon. Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1.  I, Robin Rabinowitz:

    ☒ represent Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) in this matter.

    ☐ am the secretary/paralegal for  , who represents   in this matter.

    ☐ am the  in this case and am representing myself.

2.       On March 28, 2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Reply Memorandum of Law in Support of Travelers Casualty and Surety Company's Motion for an Order Granting Relief From the Automatic Stay To Allow the NJ Coverage Action to Proceed

Supplemental Certification of John Maloney; Exhibit A to Supplemental Certification of John Maloney

3.       I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:    March 28, 2022          /s/Robin Rabinowitz_____
                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| See attached Exhibit A | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail |

| EXHIBIT A | |
|---|---|
| **NAME** | **EMAIL** |
| Kurt B. Arnold<br>Caj Boatright<br>Roland Christensen<br>Jason Itkin<br>ARNOLD & ITKIN LLP | CBOATRIGHT@ARNOLDITKIN.COM;<br>CHRISTENSEN@ARNOLDITKIN.COM;<br>JITKIN@ARNOLDITKIN.COM |
| Michelle Parfitt<br>James F. Green<br>Patrick Lyons<br>ASHCRAFT & GEREL, LLP | jgreen@ashcraftlaw.com;<br>plyons@ashcratlaw.com;<br>mparfitt@ashcraftlaw.com |
| Mary Putnick<br>Daniel Thornburgh<br>AYLSTOCK WITKIN KREIS &<br>OVERHOLTZ PLLC | MARYBETH@PUTNICKLEGAL.COM;<br>DTHORNBURGH@AWKOLAW.COM |
| Cary Joshi<br>BAILEY & GLASSER LLP<br>(Counsel to Official Committee of Talc<br>Claimants) | cjoshi@baileyglasser.com |
| Tobey M. Daluz<br>Leslie C. Heilman<br>Laurel D. Roglen<br>BALLARD SPAHR LLP<br>(Counsel to Albertsons Companies, Inc.) | daluzt@ballardspahr.com;<br>heilmanl@ballrdspahr.com;<br>roglenl@ballardspahr.com |
| Joe Vazques<br>BARNES FIRM | JOE.VAZQUEZ@THEBARNESFIRM.COM |
| Charlie Stern<br>Leigh O'Dell<br>BEASLEY ALLEN LAW FIRM | CHARLIE.STERN@BEASLEYALLEN.COM;<br>LEIGH.ODELL@BEASLEYALLEN.COM |
| Ashley S. Rusher<br>BLANCO TACKABERY &<br>MATAMOROS, P.A.<br>(Counsel to Imerys Talc America, Inc.) | asr@blancolaw.com |
| Sunni P. Beville<br>David J. Molton<br>Robert J. Stark<br>BROWN RUDNICK LLP<br>(Counsel to Official Committee of Talc<br>Claimants) | sbeville@brownrudnick.com;<br>dmolton@brownrudnick.com;<br>rstark@brownrudnick.com |
| Daniel H. Charest<br>BURNS CHAREST LLP<br>(Counsel to Plaintiffs Steering Committee) | dcharest@burnscharest.com |
| Brian Goldstein<br>CELLINO LAW LLP | BRIAN.GOLDSTEIN@CELLINOLAW.COM |

| | |
|---|---|
| Bruce Clark<br>CLARK MICHIE, LLP<br>(Counsel to Plaintiff Insurers in NJ Coverage Action) | bruce.clark@clarkmichie.com |
| Konrad R. Krebs<br>Clinton E. Cameron<br>Meghan Dalton<br>CLYDE & CO US LLP<br>(Counsel to The Continental Ins. Co.) | konrad.krebs@clydeco.us;<br>clinton.cameron@clydeco.us;<br>meghan.dalton@clydeco.us |
| Dennis M. Geier<br>Jared M. Placitella<br>Christopher M. Placitella<br>COHEN, PLACITELLA & ROTH, P.C. | DGEIER@CPRLAW.COM;<br>CPLACITELLA@CPRLAW.COM;<br>JMPLACITELLA@CPRLAW.COM |
| Felice R. Yudkin<br>Mark Tsukerman<br>COLE SCHOTZ P.C.<br>(Counsel to Claimants Represented by Barnes Law) | fyudkin@coleschotz.com;<br>mtsukerman@coleschotz.com |
| Evan M. Lazerowitz<br>COOLEY LLP<br>(Counsel to Official Committee of Talc Claimants) | elazerowitz@cooley.com |
| Stacy C. Cordes<br>Meghan A. Van Vynckt<br>CORDES LAW, PLLC<br>(Counsel to BCBS of Massachusetts, Inc.) | stacy@cordes-law.com; meghan@cordes-law.com |
| James Layman<br>Suzanne C. Midlige<br>Lorraine M. Armenti<br>COUGHLIN MIDLIGE<br>(Counsel to Arrowood Indemnity Company, Repwest Insurance Company and DARAG Deutsche Versicherungs-und-Ruckversicherungs-AG (as successor in interest to A.G. Securitas) in NJ Coverage Action) | jlayman@cmg.law; smidlige@cmg.law;<br>larmenti@cmg.law |
| Gregory Gennady Plotko<br>Mark D. Plevin<br>Kevin D. Cacabelos<br>Tacie Yoon<br>Rachel Jankowski<br>CROWELL & MORING LLP<br>(Counsel to Century Insurers) | gplotko@crowell.com; mplevin@crowell.com;<br>kcacabelos@crowell.com; tyoon@crowell.com;<br>rjankowski@crowell.com |

| John A. Dalimonte<br>Jennifer Orendi<br>Gregory Rueb<br>DALIMONTE RUEB STOLLER, LLP | JOHN@DRLAWLL.COM;<br>GREG@DRLAWLLP.COM |
|---|---|
| David Christian<br>DAVID CHRISTIAN ATTORNEYS LLC<br>(Counsel to The Continental Ins. Co.) | dchristian@dca.law |
| Jessica Dean<br>J. Bradley Smith<br>Charles W. Branham III<br>DEAN OMAR BRANHAM SHIRLEY, LLC | JDEAN@DOBSLEGAL.COM;<br>TBRANHAM@DOBSLEGAL.COM;<br>BSMITH@DOBSLEGAL.COM |
| William E. McGrath<br>Richard J. Orr<br>DILWORTH PAXSON<br>(Counsel to Affiliated FM Insurance<br>Company, Employers Mutual Casualty<br>Company, Munich Reinsurance America,<br>Inc., and Westport Insurance Corp. f/k/a<br>Puritan Ins. Co. in the NJ Coverage Action) | wmcgrath@dilworthlaw.com;<br>rorr@dilworthlaw.com |
| Aidan McCormack<br>Brian Seibert<br>DLA PIPER LLP (US)<br>(Counsel to Century Insurers) | aidan.mccormack@dlapiper.com;<br>brian.seibert@dlapiper.com |
| Philip R. Matthews<br>Sommer L. Ross<br>DUANE MORRIS LLP<br>(Counsel to Republic Indemnity) | prmatthews@duanemorris.com;<br>slross@duanemorris.com |
| Thomas A. Pitta<br>EMMET, MARVIN & MARTIN LLP<br>(Counsel to PTI Union LLC & PTI Royston<br>LLC) | tpitta@emmetmarvin.com |
| Attn:  LTL Case Team<br>EPIQ CORPORATE RESTRUCTURING,<br>LLC | ltlinfo@epiqglobal.com |
| Darren McDowel<br>Majed Machawati<br>FEARS NACHAWATI LAW FIRM | DMCDOWELL@FNLAWFIRM.COM |
| Leslie Rothenberg<br>Jose Becerr<br>FERRARO LAW FIRM | LBR@FERRAROLAW.COM;<br>JLB@FERRAROLAW.COM |
| Ethan Flint<br>FLINT LAW FIRM LLC | EFLINT@FLINTLAW.COM |

| | |
|---|---|
| Daniel M. Stoltz<br>Donald W. Clarke<br>Matthew I. W. Baker<br>GENOVA BURNS LLC<br>(Counsel to Offic. Commit. Of Talc Claimants) | dstolz@genovaburns.com;<br>dclarke@genovaburns.com;<br>mbaker@genovaburns.com |
| Richard Golomb<br>Andrew Spirit<br>Kenneth Grunfeld<br>GOLOMB SPIRIT GRUNFELD, PC | KGRUNFELD@GOLOMBHONIK.COM;<br>RGOLOMB@GOLOMBHONIK.COM;<br>ASPIRT@GOLOMBHONIK.COM;<br>KGOLOMB@GOLOMBLEGAL.COM |
| Nancy Isaacson<br>GREENBAUM, ROWE, SMITH & DAVIS LLP<br>(Counsel to Motley Rice LLC) | nisaacson@greenbaumlaw.com |
| Alan J. Brody<br>GREENBERG TRAURIG, LLP<br>(Counsel to Bausch Health) | brodya@tlaw.com |
| Alan D. Halperin<br>Donna H. Lieberman<br>HALPERIN BATTAGLIA BENZIJA LLP<br>(Counsel to Blue Cross Blue Shield) | ahalperin@halperinlaw.net;<br>dlieberman@halperinlaw.net |
| Steven Smith<br>Rachel Ginzburg<br>HERRICK FEINSTEIN LLP<br>(Counsel to the Amici Professors) | ssmith@herrick.com; rginzburg@herrick.com |
| Elizabeth Carter<br>HILL HILL CARTER FRANCO COLE & BLACK, PC | ecarter@hillhillcarter.com |
| John E. DeLascio<br>Scott M. Seaman<br>HINSHAW & CULBERTSON<br>(Counsel to Affiliated FM Insurance Company in NJ Coverage Action) | JDeLascio@hinshawlaw.com;<br>SSeaman@hinshawlaw.com |
| Ruben Honik<br>David Stanoch<br>HONIK LLC | RUBEN@HONIKLAW.COM;<br>DAVID@HONIKLAW.COM |
| Christopher L. Kiplok<br>William J. Beausoleil<br>Erin E. Diers<br>HUGHES HUBBARD & REED LLP<br>(Counsel to Imerys SA) | CHRIS.KIPLOK@HUGHESHUBBARD.COM;<br>WILLIAM.BEAUSOLEIL@HUGHESHUBBARD.COM;<br>ERIN.DIERS@HUGHESHUBBARD.COM |
| James C. White<br>J.C. WHITE LAW GROUP PLLC<br>(Counsel to Onderlaw, LLC) | jwhite@jcwhitelaw.com |

| | |
|---|---|
| Judy D. Thompson<br>JD THOMPSON LAW<br>(Counsel to Barnes Law Group Plaintiffs) | jdt@jdthompsonlaw.com |
| Gregory M. Gordon<br>Brad B. Erens<br>Dan B. Prieto<br>Amanda Rush<br>JONES DAY<br>(Counsel to Debtor) | gmgordon@jonesday.com;<br>dbprieto@jonesday.com;<br>asrush@jonesday.com; bberens@jonesday.com |
| Eric Karst<br>KARST & VON OISTE LLP | EPK@KARSTVONOISTE.COM |
| David S. Rosner<br>Robert M. Novick<br>Michael E. Hutchins<br>Andrew S. Golden<br>KASOWITZ BENSON TORRES LLP<br>(Counsel to Cyprus Mines Corporation) | drosner@kasowitz.com;<br>rnovick@kasowitz.com;<br>agolden@kasowitz.com;<br>mhutchins@kasowitz.com |
| Shaya Rochester<br>Katherin A. Scherling<br>Kelsey R. Panizzolo<br>KATTEN MUCHIN ROSENMAN LLP<br>(Counsel to Plaintiff Insurers) | shaya.rochester@katten.com;<br>katherine.scherling@katten.com;<br>kelsey.panizzolo@katten.com |
| Daniel Schilling<br>Brian Michael Sher<br>KAUFMAN BORGEEST & RYAN<br>(Counsel to Midstate Reinsurance Corp. in the NJ Coverage Action) | dschilling@kbrlaw.com; bsher@kbrlaw.com |
| Joseph Satterley<br>Steven Kazan<br>Denyse F. Clancy<br>KAZAN MCCLAIN SATTERLEY & GREENWOOD PLC | JSATTERLEY@KAZANLAW.COM |
| Heather E. Simpson<br>KENNEDYS CMK LLP<br>(Counsel to TIG Insurance Co. & Everest Reinsurance Co.) | heather.simpson@kennedyslaw.com |
| Paul R. Kiesel<br>Melanie Palmer<br>KIESEL LAW, LLP | ZUKIN@KIESEL.LAW;<br>KIESEL@KIESEL.LAW;<br>PALMER@KIESEL.LAW |
| Chelsea Corey<br>Richard A. Schneider<br>KING & SPALDING LLP<br>(Counsel to Bestwall LLC) | ccorey@kslaw.com; dschneider@kslaw.com |

| | |
|---|---|
| Carol A. Slocum<br>Morton R. Branzburg<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>(Counsel to Ad Hoc Mesothelioma Committee) | cslocum@klehr.com |
| Michael L. Tuchin<br>Robert J. Pfister<br>Samuel M. Kidder<br>Nir Maoz<br>KTBS LAW LLP<br>(Counsel to Aylstock, Witkin, Kries & Overholtz, PLLC) | nmaoz@ktbslaw.com; skidder@ktbslaw.com; rpfister@ktbslaw.com; mtuchin@ktbslaw.com |
| Michaela A. Akselrud<br>LANIER LAW FIRM | MICHAEL.AKSELRUD@LANIERLAWFIRM.COM |
| Jeffrey E. Bjork<br>Kimberly A. Posin<br>Amy C. Quartarolo<br>Adam S. Ravin<br>LATHAM & WATKINS LLP<br>(Counsel to Imerys Talc America, Inc., etc.) | jeff.bjork@lw.com; kim.posin@lw.com; amy.quartarolo@lw.com; adam.ravin@lw.com |
| Brian W. Hofmeister<br>LAW FIRM OF BRIAN W HOFMEISTER, LLC<br>(Counsel to Various Claimants) | bwh@hofmeisterfirm.com |
| Mitchell Malzberg<br>LAW OFFICES OF MITCHELL J. MALZBERG, LLC<br>(Counsel to Various Claimants) | mmalzberg@mjmalzberglaw.com |
| R. Keith Johnson<br>LAW OFFICES OF R. KEITH JOHNSON, P.A.<br>(Counsel to Linda Rabasca & Brandi Carl) | kjparalegal@bellsouth.net |
| Christopher Tisi<br>LEVIN PAPANTONIO RAFFERTY | ctisis@levinlaw.com |
| Moshe Maimon<br>Jerome Block<br>Audrey Raphael<br>LEVY KONIGSBERG LLP<br>(Counsel to Randy Derouen) | MMAIMON@LEVYLAW.COM; JBLOCK@LEVYLAW.COM |
| E. Richard Dressel<br>LEX NOVA LAW LLC<br>(Counsel to Erwin Chemerinsky) | rdressel@lexnovalaw.com |

| | |
|---|---|
| Jay Lavroff<br>LINDABURY, McCORMICK,<br>ESTABROOK & COOPER, P.C.<br>(Counsel to First State Ins. Co. and Hartford<br>Accident and Indemnity Co. in the NJ<br>Coverage Action) | jlavroff@liindabury.com |
| Allen J. Underwood II<br>LITE DEPALMA GREENBERG &<br>AFANADOR, LLC<br>(Counsel to DiSanto) | aunderwood@litedepalma.com |
| Kenneth A. Rosen<br>Mary E. Seymour<br>LOWENSTEIN SANDLER LLP<br>(Counsel to Johnson & Johnson) | krosen@lowenstein.com;<br>mseymour@lowenstein.com |
| John Kim<br>LTL MANAGEMENT LLC<br>(Debtor) | jkim2@its.jnj.com |
| Robert W. Miller<br>MANIER & HEROD, P.C.<br>(Counsel to Westchester Fire Insurance<br>Company) | rmiller@manierherod.com |
| Laila Masud<br>MARSHACK HAYS LLP<br>(Counsel to Various Talc Claimants) | lmasud@marshackhays.com |
| T. Barton Frence<br>MAUNE RAICHLE HARTLEY FRENCH<br>& MUDD, LLC | BFRENCH@MRHFMLAW.COM |
| Brett D. Kahn<br>Thomas W. Ladd<br>MCCARTER & ENGLISH LLP | bkahn@mccarter.com;<br>tladd@mccarter.com |
| Anthony Sodono<br>Sari Placona<br>MCMANIMON, SCOTLAND &<br>BAUMANN, LLC<br>(Counsel to Alishia Landrum) | asodono@msbnj.com;<br>splacona@msbnj.com |
| Eileen T. McCabe<br>Stephen T. Roberts<br>MENDES & MOUNT LLP<br>(Counsel to Plaintiff Insurers) | eileen.mccabe@mendes.com;<br>stephen.roberts@mendes.com |
| Curtis G. Hoke<br>MILLER FIRM, LLC | CHOKE@MILLERFIRMLLC.COM |

| | |
|---|---|
| Ellen Farrell<br>MINTZ, LEVIN, COHN, FERRIS,<br>GLOVSKY & POPEO, P.C.<br>(Counsel to Allianz Global Risks US Ins. Co.<br>(formerly Allianz Ins. Co.) and Firman's<br>Fund Ins. Co. in the NJ Coverage Action) | emfarrell@mintz.com |
| Richard S. Wright<br>Andrew T. Houston<br>Caleb Brown<br>MOON WRIGHT & HOUSTON, PLLC<br>(Counsel to Arnold & Itkin Plaintiffs) | rwright@mwhattorneys.com;<br>ahouston@mwhattorneys.com;<br>cbrown@mwhattorneys.com |
| Hillary B. Crabtree<br>MOORE & VAN ALLEN PLLC<br>(Counsel to J&J and J&J Consumer Inc.) | hillaryrcrabtree@mvalaw.com |
| John D. Hurst<br>Carmen S. Scott<br>Daniel R. Lapinski<br>MOTLEY RICE LLC<br>(Counsel to Plaintiffs) | JHURST@MOTLEYRICE.COM;<br>CSCOTT@MOTLEYRICE.COM;<br>dlapinski@motleyrice.com |
| Katharine Anne Lechleitner<br>Pamela J. Minetto<br>Lloyd A. Gura<br>MOUND COTTON WOLLAN &<br>GREENGRASS<br>(Counsel to The Continental Insurance Co. in<br>the NJ Coverage Action) | klechleitner@moundcotton.com;<br>pminetto@moundcotton.com;<br>lgura@moundcotton.com |
| James D. Heisman<br>Christopher Lopalo<br>NAPOLI SHKOLNIK PLLC | CLOPALO@NAPOLIBERN.COM |
| Robert I. Pettoni<br>Scott Ryskoski<br>NATIONWIDE<br>(Counsel to Employers Insurance Company<br>of Wausau and National Casualty Company<br>in the NJ Coverage Action) | Pettonr@nationwide.com;<br>ryskos1@nationwide.com |
| John A. Northern<br>John Paul Cournoyer<br>Vicki L. Parrott<br>NORTHERN BLUE, LLP<br>(Counsel to Cyprus Mines Corp. & Cyprus<br>Amax Minerals Company) | jan@nbfirm.com; jpc@nbfirm.com;<br>vlp@nbfirm.com; jan@nbfirm.com;<br>vlp@nbfirm.com; jpc@nbfirm.com |
| Rachel R. Obaldo<br>Autumn D. Highsmith<br>OFFICE OF THE ATTORNEY GENERAL<br>OF TEXAS<br>(Counsel for the State of Texas) | rachel.obaldo@oag.texas.gov;<br>autumn.highsmith@oag.texas.gov |

| | |
|---|---|
| Lauren Bielskie<br>Jeffrey M. Sponder<br>Mitchell B. Hausman<br>OFFICE OF THE US TRUSTEE | lauren.bielskie@usdoj.gov;<br>jeffrey.m.sponder@usdoj.gov;<br>Mitchell.B.Hausman@usdoj.gov |
| Paul J. Winterhalter<br>Paul R. Baynard<br>OFFIT KURMAN, P.A.<br>(Counsel to Aylstock, Witkin, Kreis &<br>Overholtz, PLLC) | paul.baynard@offitkurman.com;<br>pwinterhalter@offitkurman.com |
| James Onder<br>ONDERLAW, LLC | ONDER@ONDERLAW.COM |
| John Bougiamas<br>Melanie L. Cyanowski<br>Adam C. Silverstain<br>OTTERBOURG P.C.<br>(Counsel to Plaintiff's Steering Committee) | jbougiamas@otterbourg.com;<br>mcyganowski@otterbourg.com;<br>asilverstein@otterbourg.com |
| Laura Jones<br>Karen Dine<br>Colin Robinson<br>Peter Keane<br>PACHULSKI STANG ZIEHL & JONES<br>LLP<br>(Counsel to Arnold & Itkin) | ljones@pszjlaw.com;<br>kdine@pszjlaw.com;<br>crobinson@pszjlaw.com;<br>pkeane@pszjlaw.com |
| Ashley A. Edwards<br>PARKER POE ADAMS & BERNSTEIN<br>LLP<br>(Counsel to The Continental Insurance<br>Company) | ashleyedwards@parkerpoe.com |
| Charles M. Rubio<br>Lenard M. Parkins<br>PARKINS LEE & RUBIO LLP<br>(Counsel to Onderlaw, LLC) | crubio@parkinslee.com;<br>lparkins@parkinslee.com |
| Carolyn J. Lachman<br>Simon J. Torres<br>PENSION BENEFIT GUARANTY<br>CORPORATION | lachman.carolyn@pbgc.gov; efile@pbgc.gov;<br>torres.simon@pbgc.gov; efile@pbgc.gov |
| Rachel A. Parisi<br>PORZIO, BROMBERG & NEWMAN, P.C.<br>(Counsel to Rio Tinto America Holdings<br>Inc.) | raparisi@pbnlaw.com;<br>kdcurtin@pbnlaw.com |
| Joanna L. Crosby<br>POWELL & ROMAN<br>(Counsel to Safety National Casualty Corp.<br>in the NJ Coverage Action) | jcrosby@lawppl.com |

| | |
|---|---|
| Seth H. Leiberman<br>Andrew S. Richmons<br>PRYOR CASHMAN LLP<br>(Counsel to William Hart Plaintiffs) | slieberman@pryorcashman.com;<br>arichmond@pryorcashman.com |
| Jonathan Rabinowitz<br>RABINOWITZ, LUBETKIN & TULLY,<br>LLC<br>(Counsel to Professor J. Maria Glover) | jrabinowitz@rltlawfirm.com |
| Mark D. Fischer<br>Robert C. Griffith<br>RAWLINGS & ASSOCIATES<br>(Counsel to Blue Cross Blue Shield) | mdf@rawlingsandassociates.com;<br>rgl@rawlingsandassociates.com |
| Richard Rayburn, Jr.<br>John R. Miller, Jr.<br>Matthew L. Tomsic<br>RAYBURN COOPER & DURHAM, P.A.<br>(Counsel to Debtor) | rrayburn@rcdlaw.net; jmiller@rcdlaw.net;<br>mtomsic@rcdlaw.net |
| Paul M. Singer<br>Jason D'Angelo<br>Derek J. Baker<br>REED SMITH LLP<br>(Counsel to Cyprus Mines Corp.) | psinger@reedsmith.com;<br>jangelo@reedsmith.com;<br>dbaker@reedsmith.com |
| Paul Gorfinkel<br>RIVKIN RADLER LLP<br>(Counsel to Sentry Insurance a Mutual<br>Company as the Assumptive Reinsurer of<br>Great Southwest Fire Insurance Company in<br>the NJ Coverage Action) | Paul.gorfinkel@rivkin.com |
| Mark P. Robinson, Jr.<br>ROBINSON, CALCAGNIE, ROBINSON,<br>SHAPIRO, DAVIS INC. | mrobinson@robinsonfirm.com |
| Brian J. McCormick, Jr.<br>ROSS FELLER CASEY, LLP | bmcccormick@rossfellercasey.com |
| Joshua D. Weinberg<br>Joshua  P. Mayer<br>RUGGERI PARKS WEINBERG LLP<br>(Counsel to Hartford Accident and Indemnity<br>Co.) | jweinberg@ruggerilaw.com;<br>jmayer@ruggerilaw.com |
| John M. August<br>Marc E. Wolin<br>SAIBER LLC<br>(Counsel to Kristie Lyn Doyle) | jaugust@saiber.com;<br>mwolin@saiber.com |

| | |
|---|---|
| Charles S. Schalk<br>John . Bracaglia, Jr.<br>SAVO, SCHALK, GILLESPIE,<br>O'GRODNICK & FISHER, P.A.<br>(Counsel to Jeanne Stephenson) | schalk@centraljerseylaw.com;<br>brokaw@centraljerseylaw.com |
| Arthur J. Abramowitz<br>Alan I. Moldoff<br>Ross J. Switkes<br>SHERMAN SILVERSTEIN KOHL ROSE<br>& PODOLSKY, P.A.<br>(Counsel to Official Committee of Talc<br>Claimants) | aabramowitz@shermansilverstein.com;<br>amoldoff@shermansilverstein.com;<br>rswitkes@shermansilverstein.com |
| James P. Ruggeri<br>Joshua P. Mayer<br>SHIPMAN & GOODWIN<br>(Counsel to First State Ins. Co. and Hartford<br>Accident and Indemnity Co. in the NJ<br>Coverage Action) | jruggeri@goodwin.com; jmayer@goodwin.com |
| James Kramer<br>SIMMONS HANLY CONROY LLC | JKRAMER@SIMMONSFIRM.COM |
| Chris Panatier<br>SIMON GREENSTONE PANATIERE<br>BARTLETT, PC<br>(Counsel to Bausch Health) | CPANATIER@SGPBLAW.COM |
| Andreas D. Milliaressis<br>Joseph H. Huston, Jr.<br>STEVENS & LEE, P.C.<br>(Counsel to Hartford Accident and Indemnity<br>Co.) | andreas.milliaressis@stevenslee.com;<br>joseph.huston@stevenslee.com |
| D. Todd Matthews<br>Beth Gori<br>Sara Salger<br>THE GORI LAW FIRM | BETH@GORIJULIANLAW.COM;<br>SARA@GORIJULIANLAW.COM;<br>TODD@GORIJULIANLAW.COM |
| THE HENDERSON LAW FIRM, PLLC<br>(Counsel to Blue Cross Blue Shield<br>Association) | henderson@title11.com |
| Andrew J. Kelly<br>THE KELLY FIRM, P.C.<br>(Counsel to BCBS of Massachusetts) | akelly@kbtlaw.com |
| Christopher D. Layton<br>THE LAYTON LAW FIRM, PLLC<br>(Counsel to Williams Hart Plaintiffs) | chris@thelaytonlawfirm.com |
| Janet A. Shapiro<br>THE SHAPIRO LAW FIRM<br>(Counsel to Employers Ins. Co. of Wausau &<br>National Casualty Company) | jshapiro@shapirolawfirm.com |

| | |
|---|---|
| Albert Togut<br>Frank Oswald<br>Brian Shaughnessy<br>TOGUT, SEGAL & SEGAL LLP<br>(Counsel to Roger Frankel) | altogut@teamtogut.com;<br>frankoswald@teamtogut.com;<br>bshaughnessy@teamtogut.com |
| Fletcher V. Trammell<br>TRAMMELL PC | FLETCH@TRAMMELLPC.COM |
| Louis A. Modugno<br>TRIF & MODUGNO LLC<br>(Counsel to Plaintiff Insurers) | lmodugno@tm-firm.com |
| Steven M. Abramowitz<br>VINSON & ELKINS LLP<br>(Counsel to Cyprus Amax Minerals Co.) | sabramowitz@velaw.com |
| William M. Graham<br>WALLACE & GRAHAM PA<br>(Counsel to Dean Omar Branham Shirley<br>LLP) | bgraham@wallacegraham.com |
| Paula A. Fanning<br>Norman J. Leonard<br>WARD AND SMITH, P.A. | paf@wardandsmith.com;<br>njl@wardandsmith.com |
| Ellen Relkin<br>Danny Kraft<br>Lisa N. Busch<br>Justine Delany<br>Perry Weitz<br>WEITZ & LUXENBERG, P.C. | ERELKIN@WEITZLUX.COM;<br>DKRAFTJR@WEITZLUX.COM;<br>JDELANEY@WEITZLUX.COM;<br>LBUSCH@WEITZLUX.COM |
| Jessica Lauria<br>Glenn M. Kurtz<br>Michael C. Shepherd<br>Laura L. Femino<br>Blair Warner<br>Richard Pasainotto<br>WHITE & CASE LLP<br>(Counsel to J&J and J&J Consumer Inc.) | JESSICA.LAURIA@WHITECASE.COM;<br>GKURTZ@WHITECASE.COM;<br>RICARDO.PASIANOTTO@WHITECASE.CO<br>M; mshepherd@whitecase.com;<br>laura.femino@whitecase.com;<br>blair.warner@whitecase.com |
| Andrew K. Craig<br>Stefano Calogero<br>WINDELS MARX LANE &<br>MITTENDORF LLP<br>(Counsel to Allstate Insurance Co.) | acraig@windelsmarx.com;<br>scaloger@windelsmarx.com |
| James N. Lawlor<br>Paul DeFilippo<br>Lyndon M. Tretter<br>Joseph F. Pacello<br>WOLLMUTH MAHER & DEUTSCH LLP<br>(Local Counsel to Debtor) | jlawlor@wmd-law.com;<br>pdefilippo@wmd-law.com;<br>ltretter@wmd-law.com;<br>jpacelli@wmd-law.com;<br>baxelrod@wmd-law.com |

| | |
|---|---|
| W. Gerald McElroy, Jr.<br>ZELLE LLP<br>(Counsel to Employers Insurance Company of Wausau and National Casualty Company in the NJ Coverage Action) | wmcelroy@zelle.com |