UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                              : Case no.: 21-30589
LTL Management LLC                                  :
                                                    : Chapter: 11
                                                    :
            Debtor(s)                               : Adv. Pro. No.: _____
                                                    :

## CERTIFICATION OF SERVICE CONCERNING NOTICE OF APPEAL

I  Wendy I. Quiles , Deputy Clerk, hereby certify under penalty of perjury that the following is true.

On  March 25, 2022  a Notice of Appeal from the Bankruptcy Court's Order or Judgment dated  March 25, 2022  was filed.

A copy of the appeal was served on the following parties on  March 28, 2022 .

| Name of Party (relationship to appeal) | Address of Party | Method of Service |
|---|---|---|
| United States Trustee (UST) |  | Notice of Electronic Filing (NEF) |
| LTL Management, LLC | Wollmuth Maher & Deutsch LLP<br>500 Fifth Avenue<br>New York, NY 10110 | ☒ Notice of Electronic Filing (NEF)<br>☐ U. S. Mail |
| Official Committee of Talc Claimants I | Genova Burns LLC<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920 | ☒ Notice of Electronic Filing (NEF)<br>☐ U. S. Mail |
| Official Committee of Talc Claimants II | Cooley LLP<br>55 Hudson Yards<br>New York, NY 10001 | ☒ Notice of Electronic Filing (NEF)<br>☐ U. S. Mail |
|  |  | ☐ Notice of Electronic Filing (NEF)<br>☐ U. S. Mail |

JEANNE A. NAUGHTON, Clerk

Date: March 28, 2022              By: Wendy I. Quiles
                                      Deputy Clerk

*rev. 1/13/17*