UNITED STATES BANKRUPTCY COURT

District of New Jersey

| | | |
|---|---|---|
| In re: | Chapter: | 11 |
| LTL Management LLC | Case Number: | 21-30589 |
| | Civil Number: | |
| | Adversary Number: | |
| | Bankruptcy Judge: | Michael B. Kaplan |

### TRANSMITTAL OF DOCUMENT(S) TO:
☒ DISTRICT COURT    ☐ CIRCUIT COURT OF APPEALS

The following items have been filed with our office, and are being transmitted:

☒ Notice of Appeal    ☒ Order being Appealed    ☐ Designation of Record on Appeal

☐ Statement of Issues    ☐ Transcript    ☐ Transcript Ordered On: _____

☐ Motion for Leave to Appeal    ☐ Certification of Failure to File Designation    ☐ Motion to Withdraw the Reference

☒ Other  Clerk's Certificate of Service

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on  March 25, 2022 .    The parties to the appeal are:

Appellant(s): Ay1stock, Witkin Kreis & Overholtz, PLLC    Appellee(s): LTL Management

Attorney: OFFIT KURMAN, P.A.    Attorney: Wollmuth Maher & Deutsch LLP

Address: 99 Wood Avenue South, Suite 302    Address: 500 Fifth Avenue

Iselin, New Jersey 08830    New York, NY 10110

Title of Order Appealed:  #1855 Final Order Authorizing Retention of Jones Day

Date Entered On Docket:  March 25, 2022

☐   An appeal has not previously been filed in this case.

☒   The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| 22-cv-01696 | Judge Freda L. Wolfson | March 25, 2022 |
| | | |
| | | |

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____    Judge assigned: _____

By: _____    Date: _____

*rev. 8/28/17*