UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                    Case no.: 21-30589

LTL Management, LLC                      Chapter: 11

Debtor(s)                                  Adv. Pro. No.:

## CERTIFICATION OF SERVICE CONCERNING NOTICE OF APPEAL

I **Wendy I. Quiles**, Deputy Clerk, hereby certify under penalty of perjury that the following is true.

On **March 25, 2022** a Notice of Appeal from the Bankruptcy Court's Order or Judgment dated **March 25, 2022** was filed.

A copy of the appeal was served on the following parties on **March 28, 2022**.

| Name of Party (relationship to appeal) | Address of Party | Method of Service |
|---|---|---|
| United States Trustee (UST) | | Notice of Electronic Filing (NEF) |
| LTL Management, LLC | Wollmuth Maher & Deutsch, LLP<br>500 Fifth Avenue<br>New York, Ny 10110 | ☒ Notice of Electronic Filing (NEF)<br>☐ U. S. Mail |
| Jones Day | Jones Day<br>2727 N. Harwood Street<br>Dallas, Texas 75201 | ☒ Notice of Electronic Filing (NEF)<br>☐ U. S. Mail |
| Ay1stock, Witkin, Kreis & Overholtz, PLLC | Iffit Kurman, PA<br>99 Wood Ave. South, Suite 302<br>Iselin, NJ 08830 | ☒ Notice of Electronic Filing (NEF)<br>☐ U. S. Mail |
| Official Committee of Talc Claimants II | Cooley LLP<br>55 Hudson Yards<br>New York, NY 10001 | ☒ Notice of Electronic Filing (NEF)<br>☐ U. S. Mail |

JEANNE A. NAUGHTON, Clerk

Date: March 28, 2022                      By: Wendy I. Quiles
                                                                             Deputy Clerk

*rev. 1/13/17*