# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

| | |
|---|---|
| In re: | Chapter: 11 |
| LTL Managment, LLC | Case Number: 21-30589 |
| | Civil Number: |
| | Adversary Number: |
| | Bankruptcy Judge: Michael B. Kaplan |

## TRANSMITTAL OF DOCUMENT(S) TO:
☒ **DISTRICT COURT**    ☐ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

☒ Notice of Appeal    ☒ Order being Appealed    ☐ Designation of Record on Appeal

☐ Statement of Issues    ☐ Transcript    ☐ Transcript Ordered On: _____

☐ Motion for Leave to Appeal    ☐ Certification of Failure to File Designation    ☐ Motion to Withdraw the Reference

☒ Other  Clerk's Certificate of Service

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on  March 25, 2022 . The parties to the appeal are:

| | | | |
|---|---|---|---|
| Appellant(s): | Official Committee of Talc Claimants I | Appellee(s): | LTL Management LLC |
| Attorney: | GENOVA BURNS LLC | Attorney: | Wollmuth Maher & Deutsch LLP |
| Address: | 110 Allen Road, Suite 304 | Address: | 500 Fifth Avenue |
| | Basking Ridge, NJ 07920 | | New York, NY 10110 |

Title of Order Appealed:    #1855 FINAL ORDER AUTHORIZING RETENTION OF JONES DAY

Date Entered On Docket:    March 25, 2022

☐  An appeal has not previously been filed in this case.

☒  The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| 22-cv-01712 (most recent) | Judge Freda L. Wolfson | March 28, 2022 |
| | | |
| | | |

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____    Judge assigned: _____

By: _____    Date: _____

*rev. 8/28/17*