**UNITED STATES BANKRUPTCY COURT**
 **FOR THE DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**LEX NOVA LAW, LLC**
E. Richard Dressel
10 Stow Road, Suite 250
Marlton, NJ 08053
Tel: (856) 382-8550
rdressel@lexnovalaw.com
*Counsel to Giovanni Sosa*

| | |
|---|---|
| In re: | Chapter 11 |
| **LTL MANAGEMENT LLC,** | Case No.:  21-30589(MBK) |
| Debtor. | Honorable Michael B. Kaplan |

### JOINDER IN MOTION OF OFFICIAL COMMITTEE OF TALC CLAIMANTS II, PATRICIA COOK, EVAN PLOTKIN, RANDY DEROUEN, KRISTIE DOYLE AS ESTATE REPRESENTATIVE OF DAN DOYLE, KATHERINE TOLLEFSON, AND TONYA WHETSEL AS ESTATE REPRESENTATIVE OF BRANDON WHETSEL, FOR CERTIFICATION OF DIRECT APPEAL TO THE UNITED STATES COURT OF <u>APPEALS FOR THE THIRD CIRCUIT</u>

Giovanni Sosa confirms his joinder in the Motion of the Official Committee of Talc Claimants II, Patricia Cook, Evan Plotkin, Randy Derouen, Kristie Doyle as Estate Representative of Dan Doyle, Katherine Tollefson, and Tonya Whetsel as Estate Representative of Brandon Whetsel, for Certification of Direct Appeal to the United States Court of Appeals for the Third Circuit (the "Motion")  [Docket No. 1654].

WHEREFORE, for the reasons set forth in the Motion, Mr. Sosa respectfully requests that the Court grant the Motion.

Dated: March 28, 2022

**LEX NOVA LAW, LLC**

<u>/s/ E. Richard Dressel</u>
E. Richard Dressel
10 Stow Road, Suite 250
Marlton, NJ 08053
Tel: (856) 382-8550
rdressel@lexnovalaw.com
*Counsel to Giovanni Sosa*