**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
**MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC**
Suzanne M. Ratcliffe
150 West 30th Street, Suite 201
New York, NY 10001
Tel: (800) 358-5922
sratcliffe@mrhfmlaw.com

*Counsel to Jan Deborah Michelson-Boyle*

| | |
|---|---|
| In re: | Chapter 11 |
| **LTL MANAGEMENT LLC,** | Case No.: 21-30589 (MBK) |
| Debtor. | Honorable Michael B. Kaplan |

### JOINDER IN MOTION OF OFFICIAL COMMITTEE OF TALC CLAIMANTS II, PATRICIA COOK, EVAN PLOTKIN, RANDY DEROUEN, KRISTIE DOYLE AS ESTATE REPRESENTATIVE OF DAN DOYLE, KATHERINE TOLLEFSON, AND TONYA WHETSEL AS ESTATE REPRESENTATIVE OF BRANDON WHETSEL, FOR CERTIFICATION OF DIRECT APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Jan Deborah Michelson-Boyle confirms her joinder in the motion (the "Motion") of the Official Committee of Talc Claimants II, Patricia Cook, Evan Plotkin, Randy Derouen, Kristie Doyle as Estate Representative of Dan Doyle, Katherine Tollefson, and Tonya Whetsel as Estate Representative of Brandon Whetsel, for Certification of Direct Appeal to the United States Court of Appeals for the Third Circuit [Docket No. 1654].

WHEREFORE, for the reasons set forth in the Motion, Ms. Michelson-Boyle respectfully requests that the Court grant the Motion.

Dated: March 28, 2022    **MAUNE RAICHLE HARTLE FRENCH & MUDD LLC**

 */s/ Suzanne M. Ratcliffe*
Suzanne M. Ratcliffe
150 West 30th Street, Suite 201

New York, NY 10001
Tel: (800) 358-5922
sratcliffe@mrhfmlaw.com

*Counsel to Jan Deborah Michelson-Boyle*