# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

| | |
|---|---|
| In re: | Chapter: 11 |
| LTL Management LLC | Case Number: 21-30589 |
| | Civil Number: |
| | Adversary Number: |
| | Bankruptcy Judge: Michael B. Kaplan |

## TRANSMITTAL OF DOCUMENT(S) TO:
☒ **DISTRICT COURT**   ☐ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

☒ Notice of Appeal   ☒ Order being Appealed   ☐ Designation of Record on Appeal

☐ Statement of Issues   ☐ Transcript   ☐ Transcript Ordered On: _____

☐ Motion for Leave to Appeal   ☐ Certification of Failure to File Designation   ☐ Motion to Withdraw the Reference

☒ Other  Clerk's Certificate of Service

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on March 25, 2022. The parties to the appeal are:

| | | | |
|---|---|---|---|
| Appellant(s): | Aylstock, Witkin Kreis & Overholtz, PLLC | Appellee(s): | LTL Management |
| Attorney: | OFFIT KURMAN, P.A. | Attorney: | Wollmuth Maher & Deutsch LLP |
| Address: | 99 Wood Avenue South, Suite 302 | Address: | 500 Fifth Avenue |
| | Iselin, New Jersey 08830 | | New York, NY 10110 |

Title of Order Appealed: #1855 Final Order Authorizing Retention of Jones Day

Date Entered On Docket: March 25, 2022

☐ An appeal has not previously been filed in this case.

☒ The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| 22-cv-01696 | Judge Freda L. Wolfson | March 25, 2022 |
| | | |
| | | |

---

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____   Judge assigned: _____

By: _____   Date: _____

*rev. 8/28/17*