| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| **GENOVA BURNS LLC** <br> Daniel M. Stolz, Esq. <br> Donald W. Clarke, Esq. <br> Matthew I.W. Baker, Esq. <br> dstolz@genovaburns.com <br> dclarke@genovaburns.com <br> mbaker@genovaburns.com <br> 110 Allen Road, Suite 304 <br> Basking Ridge, NJ 07920 <br> Tel: (973) 467-2700 <br> Fax: (973) 467-8126 <br> *Local Counsel to Official Committee of Talc Claimants I* | **BROWN RUDNICK LLP** <br> David J. Molton, Esq. <br> Robert J. Stark, Esq. <br> Jeffrey L. Jonas, Esq. <br> Michael Winograd, Esq. <br> dmolton@brownrudnick.com <br> rstark@brownrudnick.com <br> jjonas@brownrudnick.com <br> mwinograd@brownrudnick.com <br> Seven Times Square <br> New York, NY 10036 <br> Tel: (212) 209-4800 <br> Fax: (212) 209-4801 <br> <br> and <br> <br> Sunni P. Beville, Esq. <br> sbeville@brownrudnick.com <br> One Financial Center <br> Boston, MA 02111 <br> Tel: (617) 856-8200 <br> Fax: (617) 856-8201 <br> *Co-Counsel for the* <br> *Official Committee of Talc Claimants I* |
| **PARKINS LEE & RUBIO LLP** <br> Leonard M. Parkins, Esq. <br> Charles M. Rubio, Esq. <br> lparkins@parkinslee.com <br> crubio@parkinslee.com <br> Pennzoil Place <br> 700 Milan St., Suite 1300 <br> Houston, TX 77002 <br> Tel: (713) 715-1666 <br> *Special Counsel for the* <br> *Official Committee of Talc Claimants I* | **OTTERBOURG PC** <br> Melanie L. Cyganowski, Esq. <br> Adam C. Silverstein, Esq. <br> Jennifer S. Feeney, Esq. <br> mcyganowski@otterbourg.com <br> asilverstein@otterbourg.com <br> jfeeney@otterbourg.com <br> 230 Park Avenue <br> New York, NY 10169 <br> Tel: (212) 905-3628 <br> Fax: (212) 682-6104 <br> *Co-Counsel for the* <br> *Official Committee of Talc Claimants I* |

| | |
|---|---|
| In re:<br><br>**LTL MANAGEMENT, LLC,**<br><br>Debtor. | Chapter 11<br><br>Case No.: 21-30589(MBK)<br><br>Honorable Michael B. Kaplan |

**APPLICATION FOR AN ORDER FOR ADMISSION *PRO HAC VICE* OF KAMI E. QUINN**

Pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey, the undersigned counsel hereby seeks entry of an order granting the admission *pro hac vice* of Kami E. Quinn of the law firm Gilbert LLP to represent the Official Committee of Talc Claimants I in the above-captioned case. In support of this application, counsel submits the attached Certification of Kami E. Quinn, Esq. and requests that the proposed form of order submitted herewith be entered. Counsel certifies that he is admitted is admitted, practicing, and a member in good standing with the Bar of the State of New Jersey.

Date: March 28, 2022

Respectfully Submitted,

 */s/ Daniel M. Stolz*
Daniel M. Stolz, Esq.
Donald W. Clarke, Esq.
Matthew I.W. Baker, Esq.
GENOVA BURNS LLC
dstolz@genovaburns.com
dclarke@genovaburns.com
mbaker@genovaburns.com
110 Allen Road, Suite 304
Basking Ridge, NJ  07920
Tel: (973) 467-2700
Fax: (973) 467-8126
*Local Counsel to the Official Committee of Talc Claimants I*