| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**OFFIT KURMAN, P.A.**<br>Paul J. Winterhalter, Esq. (006961986)<br>99 Wood Avenue South, Suite 302<br>Iselin, NJ 08830<br>Telephone: (267) 338-1370<br>Facsimile: (267) 338-1335<br>E-mail: pwinterhalter@offitkurman.com<br><br>**KTBS LAW LLP**<br>Michael L. Tuchin, Esq. (*pro hac vice*)<br>Robert J. Pfister, Esq. (*pro hac vice*)<br>Samuel M. Kidder, Esq. (*pro hac vice*)<br>Nir Maoz, Esq. (*pro hac vice*)<br>1801 Century Park East, 26th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 407-4000<br>Facsimile: (310) 407-9090<br>Email: mtuchin@ktbslaw.com<br>       rpfister@ktbslaw.com<br>       skidder@ktbslaw.com<br>       nmaoz@ktbslaw.com<br><br>*Attorneys for Aylstock, Witkin, Kreis & Overholtz, PLLC* | |
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No.: 21-30589<br><br>Judge: Michael B. Kaplan |

## CERTIFICATE OF SERVICE

I, Shanda D. Pearson, hereby certify that:

1.    I am over the age of eighteen years, am employed by KTBS Law LLP, and am not a party to the action herein.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

183888.1

2. On March 28, 2022, I served the *Reply of Aylstock, Witkin, Kreis & Overholtz, PLLC in Support of Its Motion for Certification of Direct Appeal to the United States Court of Appeals for the Third Circuit* (Docket No. 1887) by causing a true and correct copy to be served via electronic mail as set forth in Exhibit A.

Executed on the 28th day of March 2022.

*Shanda Pearson*
Shanda D. Pearson
KTBS Law LLP

183888.1

**EXHIBIT A**

<u>Served Via Electronic Mail</u>

Adam C. Silverstein - asilverstein@otterbourg.com
Alan I. Moldoff - amoldoff@shermansilverstein.com
Allen Underwood II - aunderwood@litedepalma.com
Amanda Rush - asrush@jonesday.com
Arthur J. Abramowitz - aabramowitz@shermansilverstein.com
Brad B. Erens - bberens@jonesday.com
Brian A. Glasser - bglasser@baileyglasser.com
Charles M. Rubio - crubio@parkinslee.com
Colin Robinson - crobinson@pszjlaw.com
Cullen D. Speckhart - cspeckhart@cooley.com
Dan B. Prieto - dbprieto@jonesday.com
Daniel M. Stolz - dstolz@genovaburns.com
David A. Chandler - dac@karstvonoiste.com
David J. Molton - dmolton@brownrudnick.com
Donald W. Clarke - dclarke@genovaburns.com
E. Richard Dressel - rdressel@lexnovalaw.com
Erica J. Richards - erichards@cooley.com
Evan Lazerowitz - elazerowitz@cooley.com
Gregory M. Gordon - gmgordon@jonesday.com
Jeffrey L. Jonas - jjonas@brownrudnick.com
Jeffrey M. Sponder - jeffrey.m.sponder@usdoj.gov
Jennifer S. Feeney - jfeeney@otterbourg.com
Jerome H. Block - jblock@levylaw.com
John M. August - jaugust@saiber.com
Karen B. Dine - kdine@pszjlaw.com
Laura Davis Jones - ljones@pszjlaw.com
Lauren A. Reichardt - lreichardt@cooley.com
Lauren Bielskie - lauren.bielskie@usdoj.gov
Leonard M. Parkins - lparkins@parkinslee.com
Lisa Nathanson Busch - lbusch@weitzlux.com
Marc E. Wolin - mwolin@saiber.com
Matthew I.W. Baker - mbaker@genovaburns.com
Melanie L. Cyganowski - mcyganowski@otterbourg.com
Michael Klein - mklein@cooley.com
Michael Winograd - mwinograd@brownrudnick.com
Mitchell B. Hausman - mitchell.b.hausman@usdoj.gov
Paul R. DeFilippo - pdefilippo@wmd-law.com
Peter J. Keane - pkeane@pszjlaw.com
Robert J. Schneider, Jr. - robert.j.schneider@usdoj.gov
Robert J. Stark - rstark@brownrudnick.com
Ross J. Switkes - rswitkes@shermansilverstein.com
Sunni P. Beville - sbeville@brownrudnick.com
Suzanne M. Ratcliffe - sratcliffe@mrhfmlaw.com
Thomas B. Bennett - tbennett@baileyglasser.com
Thomas W. Waldrep, Jr., Kevin L. Sink, James C. Lanik, Jennifer B. Lyday - notice@waldrepwall.com

183888.1