**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET**
**FOR THE PERIOD FEBRUARY 1 TO FEBRUARY 28, 2022**

| | |
|---|---|
| Debtor: LTL Management LLC | Applicant: **Blake, Cassels & Graydon LLP** |
| Case No.: 21-30589-MBK | Client: LTL Management LLC ("LTL") |
| Chapter: 11 | Case Filed: October 14, 2021 (the "Petition Date") |

**SECTION 1**
**FEE SUMMARY**

☐ Interim Fee Application No. _____    or    ☐ Final Fee Application

Summary of Amounts Requested for the Period from February 1 to February 28, 2022 (the "Fourth Statement Period").

| | USD |
|---|---:|
| Total Fees: | $71,327.68 |
| Total Disbursements: | $256.00 |
| Total Taxes: | $9,272.60 |
| Total Fees, Disbursements and Taxes: | $80,856.28 |
| Minus 20% Holdback of Fees: | ($14,265.54) |
| Amount Sought at this Time: | **$66,590.74** |

| | FEES | EXPENSES and TAXES |
|---|---:|---:|
| Total Previous Fees Requested: | $254,286.59 | $33,748.83 |
| Total Fees Allowed to Date: | $0.00 | $0.00 |
| Total Retainer (If Applicable): | N/A | N/A |
| Total Holdback (If Applicable): | $50,857.32 | N/A |
| Total Received by Applicant: | $0.00 | $0.00 |

-2-

| Name of Professional & Title | Year Admitted | Hours | Rate (CAD) | Fees (CAD) |
|---|---|---|---|---|
| Gordon McKee<br>Partner, Litigation & Dispute Resolution (Toronto) | 1988 | 2.4 | $964.00 | $2,313.60 |
| Linc Rogers<br>Partner, Restructuring & Insolvency (Toronto) | 2000 | 34.0 | $862.00 | $29,308.00 |
| Caitlin McIntyre<br>Associate, Restructuring & Insolvency (Toronto) | 2017 | 85.9 | $541.00 | $46,471.90 |
| Jake Harris<br>Articling Student, Restructuring & Insolvency (Toronto) | N/A | 4.1 | $281.00 | $1,152.10 |
| Nancy Thompson<br>Law Clerk, Restructuring & Insolvency (Toronto) | N/A | 27.4 | $360.00 | $9,864.00 |
| Carlo Amoroso<br>Filing Clerk (Toronto) | N/A | N/A | *Flat Rate* | $50.00 |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | | HOURS | FEES (USD) |
|---|---|---|---|
| 1. | **Litigation Consulting:  CCAA Recognition Proceedings**<br>Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | 133.8 | $65,166.64 |
| 2. | **Fee and Retention Application**<br>Preparation of employment and fee applications for self or others; motions to establish interim procedures | 20.0 | $6,161.04 |
| 3. | **Litigation:  Canadian Actions**<br>Other than Avoidance Action Litigation | | |
| 8. | **Litigation:  General / All Class Actions**<br>Other than Avoidance Action Litigation | | |
| **SERVICE TOTALS** | | **153.8** | **$71,327.68** |

*Note:  Fees for No. 3 are allocated 33.33% to LTL and 66.67% to J&J, which allocation is reflected in the breakdown of amounts set out on page 1*

## SECTION III
## SUMMARY OF DISBURSEMENTS

| Matter No. | DISBURSEMENTS SUBJECT TO HST | AMOUNT (CAD) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  | **DISBURSEMENTS NOT SUBJECT TO HST** | **AMOUNT (CAD)** |
| 1 | Court Fees | $320.00 |
|  |  |  |
|  |  |  |
|  | **DISBURSEMENTS TOTALS** | **$320.00** |

*Note: Disbursements for matter No. 3 are allocated 33.33% to LTL and 66.67% to J&J, which allocation is reflected in the breakdown of amounts set out on page 1*

# SECTION IV
# CASE HISTORY

1. Date of Retention: January 28, 2022, effective as of the Petition Date [Dkt. 1284] (the "Retention Order").[1]

2. Summary explaining the nature of the work performed and the results achieved:

- Updating Information Officer on progress in the proceedings, including a summary of events in the Chapter 11 proceedings;

- Observing hearing concerning preliminary injunction extension and dismissal motions in the Chapter 11 proceedings in order to fully inform the Canadian Court;

- Preparing materials for and attending hearing on February 25, 2022 before the Canadian Court for a short extension of the stay of proceedings in the Canadian CCAA proceedings;

- Preparing motion materials for recognition of the extension of the preliminary injunction in the Canadian CCAA proceedings on March 7, 2022;

- Reviewing and establishing billing guidelines, process and procedure and attending to implementing changes to ensure in compliance with all requirements; and

- Preparing monthly fee statements, for the periods from October 14 to December 15 2021 and from December 16 to December 31, 2021.

I certify under penalty of perjury that the above is true.

Date: March 28, 2022

/s/ Linc Rogers
Linc Rogers
**Blake, Cassels & Graydon LLP**

---

[1] The Retention Order is attached hereto as Exhibit A.