## **EXHIBIT B**

Invoices



Blake, Cassels & Graydon LLP
Barristers & Solicitors
Patent & Trademark Agents
199 Bay Street
Suite 4000, Commerce Court West
Toronto ON  M5L 1A9  Canada
Tel: 416-863-2400  Fax: 416-863-2653

# INVOICE
Please write invoice
number(s) on cheque

|  |  |
|---|---|
|  | March 24, 2022 |

| LTL MANAGEMENT LLC | Invoice: | 2301969 |
| 501 George Street | Billing Lawyer | McKee, Gordon |
| New Brunswick, NJ  08933 | HST/GST No.: | R119396778 |
| U.S.A. | Client: | 00028109 |
|  | Matter: | 000001 |
|  | Reference: | JJL2021019389 |

Attention:  John Kim
            Legal Counsel

Re:  Litigation Consulting - CCAA Recognition Proceedings

FOR PROFESSIONAL SERVICES RENDERED
as set out in the attached printout:

**BALANCE DUE IN CANADIAN CURRENCY**                    **$ 92,367.88**  CAD

*THIS INVOICE MAY BE PAID IN U.S. CURRENCY*             *$ 73,894.30*  USD







| Note - Our Banking Instructions have changed |
|---|
| * * * **Terms: Due and Payable Upon Receipt** * * * |
| If paying by cheque, please make cheque payable to **Blake, Cassels & Graydon LLP**. Please remit this page with payment. If wiring funds, please refer to the appropriate section below for instructions: |

**Canadian Funds Payment Instructions:**

| Canadian Imperial Bank of Commerce | Swiftcode: CIBCCATT |
| Main Branch, Commerce Court West | Beneficiary: Blake Cassels & Graydon LLP |
| Toronto, ON CA | Account No.: 1602012 |
| Institution No.: 0010 | Reference: Invoice No. 2301969 |
| Transit No.: 00002 |  |

**USD Funds Wiring Instructions:**

| **Intermediary Bank** | **For Further Credit to:** | Swiftcode: CIBCCATT |
| Wells Fargo Bank, N.A. | Canadian Imperial Bank of Commerce | Institution No.: 0010 |
| New York, NY US | Main Branch, Commerce Court West | Transit No.: 00002 |
| BIC/SWIFT: PNBPUS3NNYC | Toronto, ON CA | Final Beneficiary: Blake Cassels & Graydon LLP |
| CHIPS ID: 0509 |  | Account No.: 0235113 |
| ABA #026005092 |  | Reference: Invoice No. 2301969 |

For further instructions please email Accounts Receivable at AccountsReceivable@blakes.com or telephone 416-863-3865

Interest at the rate of 4.5% per annum will be charged on all amounts not paid within one month of delivery of this invoice.



Blake, Cassels & Graydon LLP
Barristers & Solicitors
Patent & Trademark Agents
199 Bay Street
Suite 4000, Commerce Court West
Toronto ON  M5L 1A9  Canada
Tel: 416-863-2400  Fax: 416-863-2653

# INVOICE
Please write invoice
number(s) on cheque

March 24, 2022

| | | |
|---|---|---|
| LTL MANAGEMENT LLC | Invoice: | 2301969 |
| 501 George Street | Billing Lawyer | McKee, Gordon |
| New Brunswick, NJ  08933 | HST/GST No.: | R119396778 |
| U.S.A. | Client: | 00028109 |
| | Matter: | 000001 |
| | Reference: | JJL2021019389 |

Attention:  John Kim
            Legal Counsel

**Re:  Litigation Consulting - CCAA Recognition Proceedings**

FOR PROFESSIONAL SERVICES RENDERED
during the period ended February 28, 2022, as follows:

| Description | CAD ($) | USD ($) |
|---|---:|---:|
| Fees | $ 81,458.30 | $ 65,166.64 |
| Disbursements | 320.00 | 256.00 |
| Harmonized Sales Tax (13.0%) | 10,589.58 | 8,471.66 |
| **Total** | **$ 92,367.88** | **$ 73,894.30** |

**TOTAL DUE IN CANADIAN CURRENCY**              $ 92,367.88  CAD

*THIS INVOICE MAY BE PAID IN U.S. CURRENCY*              $ 73,894.30  USD



Invoice: 2301969
Date: March 24, 2022
Page: 2

### Re: Litigation Consulting - CCAA Recognition Proceedings    (000001)

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| 02/01/22 | McIntyre, Caitlin | Reviewing and summarizing materials and events in Chapter 11 proceeding. | 1.9 | 541.00 | 1,027.90 |
| 02/01/22 | Rogers, Linc | Attending to matters in relation to discussion with Information Officer. | 0.5 | 862.00 | 431.00 |
| 02/02/22 | McIntyre, Caitlin | Reviewing and summarizing materials related to Chapter 11 proceeding. | 3.5 | 541.00 | 1,893.50 |
| 02/02/22 | McIntyre, Caitlin | Call with information officer and counsel, L. Rogers, D. Prieto and J. Kim and preparing for same. | 1.2 | 541.00 | 649.20 |
| 02/02/22 | McKee, Gordon | Attend part of call with LTL and Information Officer regarding questions. | 0.4 | 964.00 | 385.60 |
| 02/02/22 | Rogers, Linc | Preparing for and attending meeting with Information Officer and counsel and related follow up discussion with C. McIntyre. | 1.1 | 862.00 | 948.20 |
| 02/03/22 | McIntyre, Caitlin | Reviewing and summarizing materials and events in Chapter 11 proceeding. | 6.4 | 541.00 | 3,462.40 |
| 02/03/22 | Rogers, Linc | Attending to matters in connection with pending hearing regarding extension of preliminary injunction. | 1.1 | 862.00 | 948.20 |
| 02/04/22 | McIntyre, Caitlin | Reviewing and summarizing materials and events in Chapter 11 proceeding. | 2.8 | 541.00 | 1,514.80 |
| 02/07/22 | McIntyre, Caitlin | Drafting materials in relation to recognition of the extended injunction. | 4.2 | 541.00 | 2,272.20 |
| 02/08/22 | McIntyre, Caitlin | Drafting materials in relation to recognition of the extended injunction. | 0.4 | 541.00 | 216.40 |
| 02/09/22 | McIntyre, Caitlin | Drafting materials in relation to recognition of the extended injunction. | 0.6 | 541.00 | 324.60 |
| 02/09/22 | McKee, Gordon | Reviewing submission in Chapter 11 proceeding and related email message to A. Wein and K. Frazier. | 0.6 | 964.00 | 578.40 |
| 02/09/22 | Rogers, Linc | Reviewing court pleading in Chapter 11 proceeding and related email correspondence regarding same. | 2.0 | 862.00 | 1,724.00 |
| 02/10/22 | McIntyre, Caitlin | Drafting materials in relation to recognition of the extended injunction. | 0.7 | 541.00 | 378.70 |
| 02/11/22 | McIntyre, Caitlin | Drafting materials in relation to recognition of the extended injunction. | 1.6 | 541.00 | 865.60 |



Invoice: 2301969
Date: March 24, 2022
Page: 3

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| 02/11/22 | Rogers, Linc | Considering matters related to Chapter 11 dismissal/PI extension and implications for Canadian recognition hearing proceedings. | 2.0 | 862.00 | 1,724.00 |
| 02/14/22 | McIntyre, Caitlin | Drafting materials in relation to hearing for recognition of the extended injunction. | 1.0 | 541.00 | 541.00 |
| 02/14/22 | McIntyre, Caitlin | Observing hearing for extended injunction and motions for dismissal in the US. | 6.9 | 541.00 | 3,732.90 |
| 02/14/22 | Rogers, Linc | Attending virtual Chapter 11 dismissal motion. | 2.4 | 862.00 | 2,068.80 |
| 02/15/22 | McIntyre, Caitlin | Observing hearing for extended injunction and motions for dismissal in the US. | 6.0 | 541.00 | 3,246.00 |
| 02/15/22 | McIntyre, Caitlin | Drafting materials for motion for recognition of extended injunction. | 0.7 | 541.00 | 378.70 |
| 02/15/22 | Rogers, Linc | Attending portion of virtual hearing in preparation for Canadian recognition hearing. | 2.8 | 862.00 | 2,413.60 |
| 02/16/22 | McIntyre, Caitlin | Observing hearing for extended injunction and motions for dismissal in the US. | 5.6 | 541.00 | 3,029.60 |
| 02/16/22 | McIntyre, Caitlin | Preparing motion materials for recognition of extended injunction. | 0.4 | 541.00 | 216.40 |
| 02/16/22 | Rogers, Linc | Attending to matters in connection with preparation for recognition hearing. | 1.3 | 862.00 | 1,120.60 |
| 02/17/22 | McIntyre, Caitlin | Observing hearing for extended injunction and motions for dismissal in the US. | 5.5 | 541.00 | 2,975.50 |
| 02/17/22 | Rogers, Linc | Attending portions of dismissal motion in preparation for Canadian recognition hearing. | 2.0 | 862.00 | 1,724.00 |
| 02/18/22 | McIntyre, Caitlin | Observing hearing for extended injunction and motions for dismissal in the US. | 6.6 | 541.00 | 3,570.60 |
| 02/18/22 | McIntyre, Caitlin | Drafting materials related to recognition of extended injunction. | 0.4 | 541.00 | 216.40 |
| 02/18/22 | McIntyre, Caitlin | Call with L. Rogers and G. McKee. | 0.6 | 541.00 | 324.60 |
| 02/18/22 | McIntyre, Caitlin | Drafting letter to the Canadian service list. | 0.9 | 541.00 | 486.90 |
| 02/18/22 | McKee, Gordon | Call with L. Rogers and C. McIntyre regarding February 25 hearing preparation. | 0.4 | 964.00 | 385.60 |
| 02/18/22 | Rogers, Linc | Status meeting with working group to discuss next steps in Canadian recognition case and related review of correspondence. | 1.0 | 862.00 | 862.00 |
| 02/18/22 | Rogers, Linc | Attending Chapter 11 hearing on extension of preliminary injunction and related email | 2.5 | 862.00 | 2,155.00 |



Invoice: 2301969
Date: March 24, 2022
Page: 4

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| | | correspondence. | | | |
| 02/18/22 | Thompson, Nancy | E-mail messages to and from the Commercial List office regarding available dates and preparing request form, creating Zoom meeting, and circulating appointment for the new hearing date of March 7. | 0.5 | 360.00 | 180.00 |
| 02/22/22 | McIntyre, Caitlin | Drafting letter to service list and materials related to hearing on February 25 for extension of Canadian stay. | 3.1 | 541.00 | 1,677.10 |
| 02/22/22 | Rogers, Linc | Attending to matters related to upcoming recognition hearing. | 1.3 | 862.00 | 1,120.60 |
| 02/22/22 | Thompson, Nancy | Updating service list and e-mail messages circulating same for posting. | 0.3 | 360.00 | 108.00 |
| 02/22/22 | Thompson, Nancy | Reviewing draft supporting affidavit for February 25 hearing and preparing cover pages, index and initial outline of the notice of motion. | 1.0 | 360.00 | 360.00 |
| 02/23/22 | Amoroso, Carlo | Submitting Motion Record returnable February 25, 2022 through the e-portal. | | | 25.00 |
| 02/23/22 | McIntyre, Caitlin | Drafting materials related to hearing on February 25 for extension of Canadian stay. | 6.9 | 541.00 | 3,732.90 |
| 02/23/22 | Rogers, Linc | Preparing for upcoming hearing including discussions with Canadian counsel to Talc committee, review of draft documents, discussion with counsel to the information officer and related email correspondence. | 2.0 | 862.00 | 1,724.00 |
| 02/23/22 | Thompson, Nancy | Assembling affidavit together with all exhibits and cover pages, and e-mail messages to and from C. McIntyre regarding same. | 0.5 | 360.00 | 180.00 |
| 02/23/22 | Thompson, Nancy | Commissioning the affidavit of service and e-mail messages with the filing clerks arranging for the motion record to be filed with the court, and uploading the motion record to CaseLines. | 0.5 | 360.00 | 180.00 |
| 02/23/22 | Thompson, Nancy | Preparing documents for inclusion in the motion record including the sworn affidavit, cover pages and index, service list, notice of motion, and draft order, and assembling the motion record for service. | 1.5 | 360.00 | 540.00 |
| 02/23/22 | Thompson, Nancy | Reviewing updated supporting affidavit and revising cover pages and index accordingly. | 0.5 | 360.00 | 180.00 |

TORONTO   CALGARY   VANCOUVER   MONTRÉAL   OTTAWA   NEW YORK   LONDON
Blake, Cassels & Graydon LLP | blakes.com



| | | | | | Invoice: | 2301969 |
| | | | | | Date: | March 24, 2022 |
| | | | | | Page: | 5 |

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| 02/24/22 | Amoroso, Carlo | Submitting Factum of the Foreign Representative and affidavit of Service re: motion returnable Friday February 25, 2022 for filing through the e-portal. | | | 25.00 |
| 02/24/22 | Harris, Jake | Revising factum and citations for extension of injunction motion. | 2.9 | 281.00 | 814.90 |
| 02/24/22 | McIntyre, Caitlin | Preparing materials for hearing on February 25th. | 2.6 | 541.00 | 1,406.60 |
| 02/24/22 | Rogers, Linc | Preparing for attendance in court seeking short stay extension including reviewing and commenting on factum and related email correspondence. | 2.0 | 862.00 | 1,724.00 |
| 02/24/22 | Thompson, Nancy | E-mail messages confirming filing of motion record. | 0.1 | 360.00 | 36.00 |
| 02/24/22 | Thompson, Nancy | Assisting with finalizing the factum for service. | 0.5 | 360.00 | 180.00 |
| 02/24/22 | Thompson, Nancy | Commissioning affidavit of service, assembling materials and e-mail messages with the filing clerks arranging for the factum to be filed with the court, and uploading materials to CaseLines. | 0.5 | 360.00 | 180.00 |
| 02/24/22 | Thompson, Nancy | Drafting and updating the participant information form and e-mail messages to and from C. McIntyre regarding same. | 0.5 | 360.00 | 180.00 |
| 02/25/22 | Harris, Jake | Drafting notice of motion for extension of injunction. | 1.2 | 281.00 | 337.20 |
| 02/25/22 | McIntyre, Caitlin | Preparing materials for hearing on March 7. | 4.3 | 541.00 | 2,326.30 |
| 02/25/22 | McIntyre, Caitlin | Attending hearing for extension of Canadian stay. | 0.5 | 541.00 | 270.50 |
| 02/25/22 | Rogers, Linc | Preparing for and appearing in hearing regarding extension of Canadian Stay. | 0.9 | 862.00 | 775.80 |
| 02/25/22 | Rogers, Linc | Reviewing and considering Bankruptcy Court opinion on dismissal motion and injunction extension and discussion with C. McIntyre. | 4.1 | 862.00 | 3,534.20 |
| 02/25/22 | Thompson, Nancy | Attending hearing and providing technical support for the Zoom call. | 0.5 | 360.00 | 180.00 |
| 02/25/22 | Thompson, Nancy | Reviewing issued order and e-mail message to the Commercial List Office arranging for same to be stamped, entered and returned. | 0.1 | 360.00 | 36.00 |
| 02/25/22 | Thompson, Nancy | Updating the participant information form to | 0.5 | 360.00 | 180.00 |



Invoice: 2301969
Date: March 24, 2022
Page: 6

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| | | reflect recent changes and uploading to CaseLines. | | | |
| 02/25/22 | Thompson, Nancy | Assembling revised draft order and uploading same to CaseLines. | 0.4 | 360.00 | 144.00 |
| 02/26/22 | McIntyre, Caitlin | Drafting factum in respect of hearing on March 7. | 2.8 | 541.00 | 1,514.80 |
| 02/27/22 | McIntyre, Caitlin | Drafting factum in respect of hearing on March 7. | 2.0 | 541.00 | 1,082.00 |
| 02/28/22 | McIntyre, Caitlin | Drafting and revising order, notice of motion and factum in respect of hearing on March 7, 2022. | 5.7 | 541.00 | 3,083.70 |
| 02/28/22 | McKee, Gordon | Emails with L. Rogers regarding factum for extended injunction. | 0.2 | 964.00 | 192.80 |
| 02/28/22 | Rogers, Linc | Attending to matters in connection with pending hearing for the recognition of the Extended Injunction including reviewing and revising draft factum and reviewing and considering relevant case law. | 5.0 | 862.00 | 4,310.00 |
| 02/28/22 | Thompson, Nancy | Assembling copies of affidavits for use on the hearing on March 7 and drafting the motion record cover pages and index. | 0.4 | 360.00 | 144.00 |
| | | **Total Fees for this Matter** | | | **$ 81,458.30** |

| Matter Timekeeper Summary | ID | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|
| Amoroso, Carlo | CAMO | 0.0 | 0.00 | 50.00 |
| Harris, Jake | JKE | 4.1 | 281.00 | 1,152.10 |
| McIntyre, Caitlin | CAI | 85.8 | 541.00 | 46,417.80 |
| McKee, Gordon | SGM | 1.6 | 964.00 | 1,542.40 |
| Rogers, Linc | LCR | 34.0 | 862.00 | 29,308.00 |
| Thompson, Nancy | NAB | 8.3 | 360.00 | 2,988.00 |
| | Total | 133.8 | | $ 81,458.30 |

**Non-taxable Disbursement(s)**

Court Fees                                                                 $ 320.00

$ 320.00

**Blakes**

Invoice: 2301969
Date: March 24, 2022
Page: 7

| | |
|---|---:|
| **Harmonized Sales Tax (13.0%)** | 10,589.58 |
| **Total Due for this Matter in Canadian Currency** | **$ 92,367.88  CAD** |

TORONTO    CALGARY    VANCOUVER    MONTRÉAL    OTTAWA    NEW YORK    LONDON
Blake, Cassels & Graydon LLP | blakes.com



Blake, Cassels & Graydon LLP
Barristers & Solicitors
Patent & Trademark Agents
199 Bay Street
Suite 4000, Commerce Court West
Toronto ON  M5L 1A9  Canada
Tel: 416-863-2400  Fax: 416-863-2653

# INVOICE

Please write invoice
number(s) on cheque

March 24, 2022

| | | |
|---|---|---|
| LTL MANAGEMENT LLC | Invoice: | 2301948 |
| 501 George Street | Billing Lawyer | McKee, Gordon |
| New Brunswick, NJ  08933 | HST/GST No.: | R119396778 |
| U.S.A. | Client: | 00028109 |
| | Matter: | 000002 |
| | Reference: | JJL2021019389 |

Attention:  John Kim
            Legal Counsel

   Re:  **Fee and Retention Applications**

FOR PROFESSIONAL SERVICES RENDERED
as set out in the attached printout:

**BALANCE DUE IN CANADIAN CURRENCY**    **$ 8,702.47  CAD**

*THIS INVOICE MAY BE PAID IN U.S. CURRENCY*    *$ 6,961.98  USD*

| Note - Our Banking Instructions have changed |
|---|
| *** **Terms: Due and Payable Upon Receipt** *** |
| If paying by cheque, please make cheque payable to **Blake, Cassels & Graydon LLP**. Please remit this page with payment. If wiring funds, please refer to the appropriate section below for instructions: |

**Canadian Funds Payment Instructions:**

Canadian Imperial Bank of Commerce
Main Branch, Commerce Court West
Toronto, ON CA
Institution No.: 0010
Transit No.: 00002

Swiftcode: CIBCCATT
Beneficiary: Blake Cassels & Graydon LLP
Account No.: 1602012
Reference: Invoice No. 2301948

**USD Funds Wiring Instructions:**

| **Intermediary Bank** | **For Further Credit to:** | |
|---|---|---|
| Wells Fargo Bank, N.A. | Canadian Imperial Bank of Commerce | Swiftcode: CIBCCATT |
| New York, NY US | Main Branch, Commerce Court West | Institution No.: 0010 |
| BIC/SWIFT: PNBPUS3NNYC | Toronto, ON CA | Transit No.: 00002 |
| CHIPS ID: 0509 | | Final Beneficiary: Blake Cassels & Graydon LLP |
| ABA #026005092 | | Account No.: 0235113 |
| | | Reference: Invoice No. 2301948 |

For further instructions please email Accounts Receivable at AccountsReceivable@blakes.com or telephone 416-863-3865

Interest at the rate of 4.5% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

TORONTO    CALGARY    VANCOUVER    MONTRÉAL    OTTAWA    NEW YORK    LONDON
Blake, Cassels & Graydon LLP | blakes.com



Blake, Cassels & Graydon LLP
Barristers & Solicitors
Patent & Trademark Agents
199 Bay Street
Suite 4000, Commerce Court West
Toronto ON  M5L 1A9  Canada
Tel: 416-863-2400  Fax: 416-863-2653

# INVOICE
Please write invoice
number(s) on cheque

March 24, 2022

| | | |
|---|---|---|
| LTL MANAGEMENT LLC | Invoice: | 2301948 |
| 501 George Street | Billing Lawyer | McKee, Gordon |
| New Brunswick, NJ  08933 | HST/GST No.: | R119396778 |
| U.S.A. | Client: | 00028109 |
| | Matter: | 000002 |
| | Reference: | JJL2021019389 |

Attention:  John Kim
            Legal Counsel

**Re:  Fee and Retention Applications**

FOR PROFESSIONAL SERVICES RENDERED
during the period ended February 28, 2022, as follows:

| Description | CAD ($) | USD ($) |
|---|---:|---:|
| Fees | $ 7,701.30 | $ 6,161.04 |
| Harmonized Sales Tax (13.0%) | 1,001.17 | 800.94 |
| **Total** | **$ 8,702.47** | **$ 6,691.98** |

**TOTAL DUE IN CANADIAN CURRENCY**                     $ 8,702.47  CAD

THIS INVOICE MAY BE PAID IN U.S. CURRENCY               $ 6,961.98  USD



| | | |
|---|---|---|
| Invoice: | 2301948 | |
| Date: | March 24, 2022 | |
| Page: | 2 | |

Re: Fee and Retention Applications   (000002)

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| 02/01/22 | McIntyre, Caitlin | Reviewing internal correspondence from N. Thompson. | 0.1 | 541.00 | 54.10 |
| 02/01/22 | Thompson, Nancy | Completing review of prebills and noting required transfers, corrections and deletions in order to conform with US Guidelines. | 1.5 | 360.00 | 540.00 |
| 02/01/22 | Thompson, Nancy | E-mail messages to and from and conference call with M. Singh regarding revisions required to prebills, set up of invoices, etc. | 0.8 | 360.00 | 288.00 |
| 02/01/22 | Thompson, Nancy | Conference call with M. Singh and G. McKee to confirm instructions for prebills and transfers required. | 0.4 | 360.00 | 144.00 |
| 02/03/22 | Thompson, Nancy | Reviewing numerous revised prebills and all time entries to confirm in compliance with the US Trustee guidelines. | 1.0 | 360.00 | 360.00 |
| 02/03/22 | Thompson, Nancy | E-mail messages to and from M. Singh regarding required changes to prebills to ensure they comply with US Trustee guidelines. | 0.3 | 360.00 | 108.00 |
| 02/07/22 | Thompson, Nancy | E-mail message to M. Singh forwarding copy of form of monthly fee statement. | 0.1 | 360.00 | 36.00 |
| 02/08/22 | Thompson, Nancy | Reviewing e-mail message from J. Tersigni with additional billing instructions and e-mail messages to and from M. Singh to implement required changes and ensure still in compliance with US Trustee guidelines. | 0.4 | 360.00 | 144.00 |
| 02/09/22 | Thompson, Nancy | Reviewing revised invoices for all matters for the period to December 31, 2021 and new prebills for January 2022 and e-mail messages to M. Singh noting revisions required to comply with US Trustee guidelines and deadlines for submission. | 1.8 | 360.00 | 648.00 |
| 02/10/22 | Thompson, Nancy | Reviewing revised prebills for period up to December 31, 2021 and e-mail message to M. Singh and G. McKee forwarding final comments and additional questions for review and consideration. | 2.5 | 360.00 | 900.00 |
| 02/10/22 | Thompson, Nancy | Drafting monthly fee statement for period from October 14 to December 15, 2021 and from December 16 to December 31, 2021. | 1.5 | 360.00 | 540.00 |



Invoice: 2301948
Date: March 24, 2022
Page: 3

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| 02/11/22 | McKee, Gordon | Review draft bills and exchange email with N. Thompson regarding same. | 0.8 | 964.00 | 771.20 |
| 02/11/22 | Thompson, Nancy | E-mail messages from and to M. Singh regarding final questions for set up of invoices. | 0.2 | 360.00 | 72.00 |
| 02/14/22 | Thompson, Nancy | E-mail messages from and to M. Singh regarding final form of invoices and reviewing and commenting on same. | 0.4 | 360.00 | 144.00 |
| 02/15/22 | Thompson, Nancy | E-mail messages from and to M. Singh, final review of invoices for the period to December 15 and preparing the applicable monthly fee statement. | 0.5 | 360.00 | 180.00 |
| 02/16/22 | Thompson, Nancy | Calculating holdback and amounts owing by LTL and preparing and revising draft monthly fee statement for the period October 14 to December 15, including breakdown of fees and hours and description of services provided and results achieved. | 2.5 | 360.00 | 900.00 |
| 02/16/22 | Thompson, Nancy | E-mail message to L. Rogers and G. McKee forwarding draft first monthly fee statement for review and comment. | 0.5 | 360.00 | 180.00 |
| 02/17/22 | Thompson, Nancy | E-mail messages to and from L. Rogers and G. McKee regarding comments on the draft first monthly fee statement. | 0.4 | 360.00 | 144.00 |
| 02/18/22 | Thompson, Nancy | Reviewing and revising the draft first monthly fee statement and e-mail messages to and from L. Rogers regarding same. | 0.5 | 360.00 | 180.00 |
| 02/18/22 | Thompson, Nancy | Discussion with L. Rogers and G. McKee regarding requirements for fee statements. | 0.3 | 360.00 | 108.00 |
| 02/18/22 | Thompson, Nancy | Calculating holdback and amounts owing by LTL and drafting second monthly fee statement for the period December 16 to 31. | 0.8 | 360.00 | 288.00 |
| 02/18/22 | Thompson, Nancy | E-mail message to L. Rogers forwarding draft second monthly fee statement. | 0.2 | 360.00 | 72.00 |
| 02/22/22 | Thompson, Nancy | E-mail messages to and from and discussion with L. Rogers regarding final comments on the first and second monthly fee statements and revising same to incorporate all comments. | 0.8 | 360.00 | 288.00 |
| 02/22/22 | Thompson, Nancy | E-mail message to G. Ghaul forwarding first and second monthly fee statements for review and feedback. | 0.3 | 360.00 | 108.00 |



Invoice: 2301948
Date: March 24, 2022
Page: 4

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| 02/24/22 | Thompson, Nancy | Reviewing final January invoices, calculating holdback and amounts owing by LTL and drafting the third monthly fee statement for January. | 1.0 | 360.00 | 360.00 |
| 02/28/22 | Thompson, Nancy | E-mail messages from and to I. Perez regarding changes required for the first and second monthly fee applications in order to conform to US Trustee requirements and related e-mail messages regarding same. | 0.4 | 360.00 | 144.00 |
| | | **Total Fees for this Matter** | | | **$ 7,701.30** |

| Matter Timekeeper Summary | ID | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|
| McIntyre, Caitlin | CAI | 0.1 | 541.00 | 54.10 |
| McKee, Gordon | SGM | 0.8 | 964.00 | 771.20 |
| Thompson, Nancy | NAB | 19.1 | 360.00 | 6,876.00 |
| | Total | 20.0 | | $ 7,701.30 |

**Harmonized Sales Tax (13.0%)**          1,001.17

**Total Due for this Matter in Canadian Currency**          $ 8,702.47  CAD