**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**COOLEY LLP**
Cullen D. Speckhart (admitted pro hac vice)
Michael Klein (admitted pro hac vice)
Erica J. Richards (admitted pro hac vice)
Lauren A. Reichardt (admitted pro hac vice)
Evan M. Lazerowitz
55 Hudson Yards
New York, NY 10001
Tel: (212) 479-6000
Fax: (212) 479-6275
Email: cspeckhart@cooley.com
    mklein@cooley.com
    erichards@cooley.com
    lreichardt@cooley.com
    elazerowitz@cooley.com

*Co-Counsel to the Official Committee of Talc Claimants II*

**BAILEY GLASSER LLP**
Brian A. Glasser (admitted pro hac vice)
Thomas B. Bennett (admitted pro hac vice)
Kevin W. Barrett (admitted pro hac vice)
Maggie Burrus (admitted pro hac vice)
Cary Joshi
105 Thomas Jefferson St. NW, Suite 540
Washington, DC 20007
Tel: (202) 463-2101
Fax: (202) 463-2103
Email: bglasser@baileyglasser.com
    tbennett@baileyglasser.com
    kbarrett@baileyglasser.com
    mburrus@baieyglasser.com
    cjoshi@baileyglasser.com

*Co-Counsel to the Official Committee of Talc Claimants II*

**WALDREP WALL BABCOCK & BAILEY PLLC**
Thomas W. Waldrep, Jr. (admitted pro hac vice)
370 Knollwood Street, Suite 600
Winston-Salem, NC 27103
Tel: (336) 717-1280
Fax: (336) 717-1340
Email: notice@waldrepwall.com

*Co-Counsel to the Official Committee of Talc Claimants II*

**MASSEY & GAIL LLP**
Jonathan S. Massey (admitted pro hac vice)
1000 Maine Ave. SW, Suite 450
Washington, DC 20024
Tel: (202) 652-4511
Fax: (312) 379-0467
Email: jmassey@masseygail.com

*Co-Counsel to the Official Committee of Talc Claimants II*

**SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.**
Arthur J. Abramowitz
Alan I. Moldoff
Ross J. Switkes
308 Harper Drive, Suite 200
Moorestown, NJ 08057
Tel: (856) 662-0700
Email: aabramowitz@shermansilverstein.com
    amoldoff@shermansilverstein.com
    rswitkes@shermansilverstein.com

*Local Counsel to the Official Committee of Talc Claimants II*

**SECOND MONTHLY FEE STATEMENT OF COOLEY LLP FOR ALLOWANCE OF
COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF
EXPENSES AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF TALC
CLAIMANTS II FOR THE PERIOD FROM FEBRUARY 1, 2022 THROUGH
<u>FEBRUARY 28, 2022</u>**

Cooley LLP ("<u>Cooley</u>") submits this Second Monthly Fee Statement (the "<u>Second</u>

<u>Monthly Fee Statement</u>") for Services Rendered and Expenses Incurred as Co-Counsel to the

Official Committee of Talc Claimants II ("<u>TCC II</u>") for the period from February 1, 2022

through February 28, 2022 (the "<u>Second Statement Period</u>").

Cooley's invoice for the Second Statement Period is annexed hereto as "Exhibit A."  The

fees and expenses sought in the Second Statement Period are as follows:

| Fees | Less 20% | Fee Payment Requested | Expense Reimbursement (100%) |
|---|---|---|---|
| $4,817,849.00 | ($963,569.80) | $3,854,279.20 | $121,386.40 |

WHEREFORE, Cooley respectfully requests payment of fees for this Second Statement

Period in the sum of $3,854,279.20, together with expenses of $121,386.40, for a total requested

payment of $3,975,665.60.

Dated: March 30, 2022

COOLEY LLP
*Co-Counsel to Official Committee
of Talc Claimants II*


By: <u>*/s/ Cullen D. Speckhart*</u>
         Cullen D. Speckhart