UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Jeffrey M. Sponder, Esq.
Lauren Bielskie, Esq.
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
E-mail:      jeffrey.m.sponder@usdoj.gov
             lauren.bielskie@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 21-30589 (MBK) |
| LTL MANAGEMENT LLC,[1] |  |
|  | Hearing Date: |
| Debtor. |  |
|  | Honorable Michael B. Kaplan, Chief Judge |

**NOTICE OF UNITED STATES TRUSTEE'S MOTION PURSUANT TO FED. R. BANKR. P. 9023 AND 9024 SEEKING RELIEF WITH RESPECT TO THE ORDER ESTABLISHING MEDIATION PROTOCOL**

**PLEASE TAKE NOTICE** that the United States Trustee, by and through his counsel, shall move before the Honorable Michael B. Kaplan, Chief Judge, on such date as set forth by the Court in the Order Shortening Time, at the United States Bankruptcy Court, District of New Jersey, 402 East State Street, Trenton, New Jersey, for an Order Granting Motion Pursuant to Fed. R. Bankr. P. 9023 and 9024 Seeking Relief with Respect to the Order Establishing Mediation Protocol.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

**PLEASE TAKE FURTHER NOTICE** that the United States Trustee shall rely upon the Memorandum of Law and Certification submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to the Motion must be filed with the Court and served upon the United States Trustee as set forth in the Order Shortening Time.

        Respectfully submitted,

        ANDREW R. VARA
        UNITED STATES TRUSTEE
        REGIONS 3 & 9

By:   */s/ Jeffrey M. Sponder*
       Jeffrey M. Sponder
       Trial Attorney

Dated:  March 30, 2022