| | |
|---|---|
| UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>UNITED STATES TRUSTEE, REGION 3<br>Jeffrey M. Sponder, Esq.<br>Lauren Bielskie, Esq.<br>One Newark Center, Suite 2100<br>Newark, NJ  07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993<br>E-mail:     jeffrey.m.sponder@usdoj.gov<br>                 lauren.bielskie@usdoj.gov | |
| In re:<br><br>LTL MANAGEMENT LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 21-30589<br><br>Hearing Date:<br><br>Honorable Michael B. Kaplan, Chief Judge |

**ORDER GRANTING UNITED STATES TRUSTEE'S MOTION PURSUANT TO FED. R. BANKR. P. 9023 AND 9024 SEEKING RELIEF WITH RESPECT TO THE ORDER ESTABLISHING MEDIATION PROTOCOL**

The relief set forth on the following page(s), numbered two (2), is hereby **ORDERED**.

......

**(Page 2)**

LTL MANAGEMENT LLC

Chapter 11, Case No.: 21-30589 (MBK)

**Order Granting United States Trustee's Motion Pursuant to Fed. R. Bankr. P.9023 and 9024 Seeking Relief with Respect to the Order Establishing Mediation Protocol**

___

Upon consideration of the Motion of the United States Trustee, by and through counsel, to reconsider the Court's *Order Establishing Mediation Protocol* (Dkt. 1780); and the Court having considered any objection to the Motion, and for good cause shown, it is hereby

**ORDERED** that the United States Trustee's Motion Pursuant to Fed. R. Bankr. P. 9023 and 9024 Seeking Relief with Respect to the Order Establishing Mediation Protocol is **GRANTED**.