UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGION 3
Jeffrey M. Sponder, Esq.
Lauren Bielskie, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
E-mail: jeffrey.m.sponder@usdoj.gov
          lauren.bielskie@usdoj.gov

In Re:

LTL MANAGEMENT LLC,

Debtor.

Case No.: 21-30589
Chapter: 11
Hearing Date: TBD
Judge: Michael B. Kaplan

# APPLICATION FOR ORDER SHORTENING TIME

The applicant __Jeffrey M. Sponder__, on behalf of __U.S. Trustee, Andrew R. Vara__ requests that the time period to/for __notice, service and a hearing__ as required by __Fed. R. Bankr. P. 2002(a)__ be shortened pursuant to Fed. R. Bankr. P 9006(c)(1), for the reason(s) set forth below:

1. A shortened time hearing is requested because:
   U.S. Trustee is requesting the matter be heard at the next omnibus hearing.

2. State the hearing dates requested:
   April 12, 2022 at 10:00 a.m. to coincide with the scheduled omnibus hearing.

3. Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

The applicant requests entry of the proposed order shortening time.

Date: 03/30/2022

/s/ Jeffrey M. Sponder
Signature

rev.8/1/15