**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET FOR THE PERIOD FROM**
**FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

| | |
|---|---|
| Debtor: LTL Management LLC | Applicant: McCarter & English, LLP |
| Case No.: 21-30589-MBK | Client: LTL Management LLC |
| Chapter: 11 | Case Filed: October 14, 2021 (the "Petition Date") |

**SECTION 1**
**FEE SUMMARY**

☒ Interim Fee Application No. 4     or     ☐ Final Fee Application

Summary of Amounts Requested for the Period from February 1, 2022 through February 28, 2022 (the "Fourth Statement Period").

| | |
|---|---|
| Total Fees Owed by LTL: | $73,755.59 |
| Total Disbursements Owed by LTL: | $44.50 |
| Total Fees Plus Disbursements: | $73,800.09 |
| Minus 20% Holdback of Fees: | $14,751.12 |
| Amount Sought at this Time: | $59,048.97 |

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fees Requested to LTL: | $308,796.88 | $574.97 |
| Total Fees Allowed to Date: | $0 | $0 |
| Total Retainer (If Applicable): | $0 | $0 |
| Total Holdback (If Applicable): | $61,759.37 | |
| Total Received by Applicant: | $247,037.51 | $574.97 |

-2-

| Name of Professional & Title | Year Admitted | Hours | Rate (discounted from standard) | Fees |
|---|---|---|---|---|
| Thomas W. Ladd, Esq., Partner | 1986 | 50.10 | $688 | $34,468.80 |
| Brett Kahn, Esq., Partner | 2008 | 55.90 | $446 | $24,931.40 |
| Jennifer Farina, Esq., Partner | 2005 | 9.80 | $446 | $4,370.80 |
| Andrew G. Heckler, Esq., Associate | 2019 | 15.40 | $342 | $5,266.80 |
| Ashley D. McWilliams, Esq., Associate | 2019 | 56.30 | $303 | $17,058.90 |
| Darren Smolarski, Esq., Associate | 2019 | 83.80 | $342 | $28,659.60 |
| Georgia Bender, Esq., Associate | 2021 | 7.10 | $320 | $2,272.00 |
| Deborah Brown, Paralegal | | 2.50 | $248 | $620.00 |
| | | 280.9 | | $117,648.30 |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEES |
|---|---|---|
| a) Asset Analysis and Recovery: Identification and review of potential assets including causes of action and non-litigation recoveries. | | |
| b) Asset Disposition: Sales, leases, abandonment and related transaction work. | | |
| c) Avoidance Action Litigation: Preference and fraudulent transfer litigation. | | |
| d) Business Operations: Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| e) Case Administration: Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | | |
| f) Claims Administration and Objections: Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | | |
| g) Employee Benefits/Pensions: Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| h) Fee/Employment Applications: Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 15.10 | $8,417.60 |
| i) Fee/Employment Objections: Review of an objections to the employment and fee applications of others. | | |
| j) Financing: Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | | |
| k) Litigation: Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | | |
| l) Meetings of Creditors: Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | | |
| m) Plan and Disclosure Statement: Formulation, presentation and confirmation; compliance with the plan confirmation order, related | | |

-4-

| SERVICES RENDERED | HOURS | FEES |
|---|---|---|
| orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | | |
| n)  Relief from Stay Proceedings: Matters relating to termination or continuation of automatic stay under 362. | | |
| o)  Accounting/Auditing: Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p)  Business Analysis: Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q)  Corporate Finance: Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r)  Data Analysis: Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | | |
| s)  Litigation Consulting: Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | 265.8 | $109,230.70 |
| t)  Reconstruction Accounting: Reconstructing books and records from past transactions and brining accounting current. | | |
| u)  Tax Issues: Analysis of tax issues and preparation of state and federal tax returns. | | |
| v)  Valuation: Appraise or review appraisals of assets. | | |
| w)  Travel Time: Please note that non-working travel time must be billed at 50% of cost. | | |
| **SERVICE TOTALS** | 280.9 | $117,648.30 |

-5-

# SECTION III
# SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| Photocopies – @ $.07/page | $15.05 |
| UPS Shipping Charges | $61.34 |
| **DISBURSEMENTS TOTALS** | $76.39 |

# SECTION IV
# CASE HISTORY

1. Date of Retention: December 16, 2021, effective as of the Petition Date [Dkt. 861] (the "Retention Order").[1]

2. Summary explaining the nature of the work performed and the results achieved:[2]

    During the Fourth Statement Period, McCarter & English professionals and paraprofessionals performed the following work on behalf of the Debtor:

    - Assisted with preparations for hearings and of motions and other documents, as related to insurance coverage issues, in connection with this chapter 11 bankruptcy case;

    - Assisted with preparations for depositions and related discovery tasks in relation to insurance coverage issues;

    - Analyzed insurance policies and related case materials with respect to insurance coverage issues arising in bankruptcy;

    - Analyzed bankruptcy case materials with respect to issues impacting the New Jersey coverage litigation;

    - Analyzed insurer document productions with respect to issues impacting insurance coverage issues;

    - Communicated with other Debtor counsel as appropriate regarding various insurance coverage issues and related strategy; and

    - Conducted legal research on discrete insurance coverage issues arising in bankruptcy and issues impacting New Jersey coverage litigation.

I certify under penalty of perjury that the above is true.

Date: March 30, 2022                                                          */s/ Thomas W. Ladd*
                                                                              Thomas W. Ladd

---

[1] The Retention Order is attached hereto as Exhibit A.

[2] The summary set forth below is qualified in its entirety by reference to the time and services detail in the invoices attached hereto as Exhibit B.