## **EXHIBIT B**

Invoices



**Electronic Payment  Instructions**
Account Name:  McCarter & English, LLP
Account Number: 2020080016953
Financial Institution:  Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: WFBIUS6S  (International payments)
Please reference Invoice Number

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel  973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

March 17, 2022
Invoice 8438022

136731    LTL MANAGEMENT LLC
00001    INSURANCE COUNSELING

LTL MANAGEMENT LLC
501 GEORGE STREET
NEW BRUNSWICK, NJ 08933

## MULTIPAYOR BREAKDOWN

TOTAL DUE FOR HOLDBACK ...............................................................(20.00%) ........ $9,956.20
TOTAL DUE FOR LTL MANAGEMENT LLC...........................................(80.00%) ...... $39,838.03

Professional Services Recorded Through 02/28/2022

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|---|---|---|---|---|---|
| 02/02/22 | Evaluate insurance information in connection with call with insurer. | 05827/JOF | 0.30 | B120 | A104 |
| 02/02/22 | Communicated with D. Prieto of Jones Day regarding scheduling of and preparation for conference call with insurer. | 00038/TWL | 0.40 | B120 | A107 |
| 02/02/22 | Communicated with B. Kahn and J. Farina regarding preparation for insurer call and status of insurance coverage issues. | 00038/TWL | 0.50 | B120 | A105 |
| 02/02/22 | Study and evaluation of various filings regarding insurance issues. | 00038/TWL | 0.50 | B120 | A104 |

136731    LTL MANAGEMENT LLC
00001      INSURANCE COUNSELING

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|------|-------------|------|-------|-----------|----------|
| 02/03/22 | Meet and confer with insurer concerning insurance-related issues (.6), prepare for same and discuss potential options with T. Ladd and B. Kahn (.5), and follow up with T. Ladd and B. Kahn to identify next steps (.2). | 05827/JOF | 1.30 | B120 | A103 |
| 02/03/22 | Call with T. Ladd and J. Farina regarding automatic stay and insurance-related issues. | 04585/BDK | 0.60 | B120 | A105 |
| 02/03/22 | Review and consideration of case materials relating to automatic stay and insurance-related issues. | 04585/BDK | 0.70 | B120 | A104 |
| 02/03/22 | Call with insurer counsel, D. Prieto, T. Ladd and J. Farina regarding automatic stay and insurance-related issues. | 04585/BDK | 0.50 | B120 | A108 |
| 02/03/22 | Prepared for and participated in conference call with insurer counsel and D.Prieto regarding status of LTL bankruptcy and status of coverage litigation. | 00038/TWL | 1.20 | B120 | A108 |
| 02/03/22 | Communicated with B. Kahn and J. Farina regarding preparation for and issues raised in conference call with insurer counsel. | 00038/TWL | 0.60 | B120 | A105 |
| 02/03/22 | Examination of law regarding various issues relating to insurance coverage (1.0 hours); Study and evaluation of various filings in bankruptcy proceedings relating to insurance issues in preparation for insurer call (0.7 hours). | 00038/TWL | 1.70 | B120 | A104 |
| 02/04/22 | Prepared memorandum regarding insurance-related filings in bankruptcy court. | 05827/JOF | 0.20 | B120 | A103 |
| 02/04/22 | Communicated with D. Prieto regarding issues raised in insurer call. | 00038/TWL | 0.40 | B120 | A107 |

Page 3
Invoice 8438022

136731    LTL MANAGEMENT LLC
00001    INSURANCE COUNSELING

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|---|---|---|---|---|---|
| 02/04/22 | Receipt, review and analysis of deposition testimony of LTL witnesses in connection with evaluation of insurance-related issues. | 00038/TWL | 1.20 | B120 | A104 |
| 02/07/22 | Review and analysis of correspondence regarding insurance-related issues. | 06200/AGH | 0.50 | B120 | A104 |
| 02/07/22 | Draft Certification of No Objection with regard to M&E 2nd Monthly Fee Application. | 00535/D-B | 0.30 | B160 | A103 |
| 02/08/22 | Continued review of insurer correspondence, various policies, various filings in bankruptcy proceedings and case law in connection with coverage issues. | 00038/TWL | 1.00 | B120 | A104 |
| 02/08/22 | Conferred with B. Kahn regarding insurer correspondence regarding coverage issues. | 00038/TWL | 0.40 | B120 | A105 |
| 02/08/22 | Conferred with B. Kahn concerning preparation of monthly fee statement, preparation of interim fee application and related case management issues. | 00038/TWL | 0.50 | B160 | A105 |
| 02/09/22 | Conferring with T. Ladd regarding strategy in relation to coverage issues. | 04585/BDK | 0.50 | B160 | A105 |
| 02/09/22 | Preparing fee application. | 04585/BDK | 1.50 | B160 | A103 |
| 02/09/22 | Conferred with B. Kahn regarding monthly fee statement and interim fee application. | 00038/TWL | 0.50 | B160 | A105 |
| 02/09/22 | Conferred with Brett Kahn concerning analysis of insurance-related issues in bankruptcy proceedings. | 00038/TWL | 0.50 | B120 | A105 |
| 02/09/22 | Study and evaluation of insurer correspondence, LTL deposition testimony and various filings in connection with analysis of insurance-related issues. | 00038/TWL | 0.80 | B120 | A104 |

Page 4
Invoice 8438022

136731    LTL MANAGEMENT LLC
00001    INSURANCE COUNSELING

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|------|-------------|------|-------|-----------|----------|
| 02/09/22 | Commenced preparation of interim fee application. | 00038/TWL | 0.60 | B160 | A103 |
| 02/10/22 | Attending to issues relating to fee applications. | 04585/BDK | 0.50 | B160 | A104 |
| 02/10/22 | Analysis of bankruptcy case materials with respect to insurance coverage issues and issues impacting recovery. | 04585/BDK | 2.60 | B120 | A104 |
| 02/10/22 | Attended to preparation and review of monthly fee statement and interim fee application. | 00038/TWL | 1.00 | B160 | A101 |
| 02/10/22 | Conferred with B. Kahn regarding preparation and service of monthly fee statement and interim fee application. | 00038/TWL | 0.50 | B160 | A105 |
| 02/10/22 | Communicated with client regarding insurance strategy issues. | 00038/TWL | 0.40 | B120 | A106 |
| 02/11/22 | Conferred with J. Lawlor concerning review and filing fee-application-related documents. | 00038/TWL | 0.40 | B160 | A108 |
| 02/11/22 | Review of various filings and related correspondence relating to insurance coverage issues. | 00038/TWL | 0.70 | B120 | A104 |
| 02/14/22 | Drafting fee applications and preparing exhibits to same. | 04585/BDK | 1.70 | B160 | A103 |
| 02/14/22 | Study and evaluation of various filings in connection with insurance coverage issues. | 00038/TWL | 0.80 | B120 | A104 |
| 02/14/22 | Attended to finalization of monthly fee statement and related filings. | 00038/TWL | 0.60 | B160 | A103 |
| 02/14/22 | Communicated with I. Perez and J. Lawlor regarding administrative issues relating to monthly fee statement and interim fee application. | 00038/TWL | 0.50 | B160 | A107 |

Invoice 8438022

136731    LTL MANAGEMENT LLC
00001    INSURANCE COUNSELING

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|------|-------------|------|-------|-----------|----------|
| 02/15/22 | Evaluate insurer filings regarding automatic stay and consider potential responses. | 05827/JOF | 0.40 | B120 | A104 |
| 02/15/22 | Preparing fee application and exhibits (0.5) and communicating with T. Ladd regarding same (0.3) and I. Perez regarding same (0.1). | 04585/BDK | 0.90 | B160 | A103 |
| 02/15/22 | Review of insurer motions to lift automatic stay and related case materials and consideration of insurance strategy. | 04585/BDK | 0.80 | B120 | A104 |
| 02/15/22 | Commenced review and analysis of insurer motions to lift automatic stay, accompanying exhibits, and related correspondence. | 00038/TWL | 1.20 | B120 | A104 |
| 02/15/22 | Communicated with B. Kahn and J. Farina regarding receipt and review of insurer motions to lift automatic stay. | 00038/TWL | 0.40 | B120 | A105 |
| 02/15/22 | Attended to various issues regarding preparation, filing and service of monthly fee statement. | 00038/TWL | 0.70 | B160 | A101 |
| 02/16/22 | Evaluate insurer motions to lift automatic stay and consider potential responses and ramifications (1.2), including related discussion with T. Ladd and B. Kahn (1.4). | 05827/JOF | 2.60 | B120 | A104 |
| 02/16/22 | Review of insurer motions to lift automatic stay and related case materials and consideration of strategy. | 04585/BDK | 1.00 | B120 | A104 |
| 02/16/22 | Analysis of case materials regarding stay and insurance-related issues. | 04585/BDK | 1.60 | B120 | A104 |
| 02/16/22 | Call with T. Ladd and J. Farina regarding stay and insurance-related issues. | 04585/BDK | 1.00 | B120 | A105 |

136731   LTL MANAGEMENT LLC
00001    INSURANCE COUNSELING

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|------|-------------|------|-------|-----------|----------|
| 02/16/22 | Examination of law regarding various coverage defenses in relation to pending bankruptcy issues. | 04585/BDK | 2.20 | B120 | A104 |
| 02/16/22 | Continued review and analysis of insurer motions to lift automatic stay; Examination of law concerning same; Commenced preparation of responses to insurer motions. | 00038/TWL | 2.00 | B120 | A104 |
| 02/16/22 | Prepared for and participated in conference all with B. Kahn and J. Farina regarding insurance strategy and case management issues. | 00038/TWL | 1.00 | B120 | A101 |
| 02/16/22 | Continued preparation of interim fee application and supporting documentation. | 00038/TWL | 0.60 | B160 | A101 |
| 02/17/22 | Evaluate insurer motions and consider potential responses. | 05827/JOF | 0.40 | B120 | A104 |
| 02/17/22 | Continued examination of law regarding insurer motions in connection with preparation of response thereto. | 00038/TWL | 0.80 | B120 | A104 |
| 02/18/22 | Research regarding insurance coverage issues. | 04585/BDK | 1.20 | B120 | A104 |
| 02/18/22 | Attended to finalization of monthly fee statement and supporting documents. | 00038/TWL | 0.60 | B160 | A103 |
| 02/18/22 | Communicated with D. Prieto regarding status of preliminary injunction hearing and response to insurer motions to lift automatic stay. | 00038/TWL | 0.40 | B120 | A107 |
| 02/22/22 | Confer with T. Ladd and B. Kahn to develop potential responses to insurer motions to lift automatic stay. | 05827/JOF | 1.10 | B120 | A105 |
| 02/22/22 | Reviewing/revising fee application. | 04585/BDK | 1.40 | B160 | A103 |

136731    LTL MANAGEMENT LLC
00001     INSURANCE COUNSELING

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|------|------------|------|-------|-----------|----------|
| 02/22/22 | Communicating with T. Ladd and J. Farina regarding insurers' motions and strategy in relation to same. | 04585/BDK | 0.70 | B120 | A105 |
| 02/22/22 | Analysis of case materials with respect to insurers' motions and consideration of strategy in relation to same. | 04585/BDK | 3.60 | B120 | A104 |
| 02/22/22 | Continued preparation of responses to insurer motions (1.6 hours); examination of law concerning same. (1.2 hours) | 00038/TWL | 2.80 | B120 | A101 |
| 02/22/22 | Attended to finalization and service of monthly fee statement. | 00038/TWL | 0.70 | B160 | A104 |
| 02/22/22 | Conferred with B. Kahn and J. Farina concerning insurance issues and preparation for call w D. Prieto. | 00038/TWL | 0.70 | B120 | A101 |
| 02/23/22 | Prepare for and follow up from discussion with client concerning response to insurer motions to lift the automatic stay. | 05827/JOF | 0.50 | B120 | A104 |
| 02/23/22 | Confer with client to develop response to insurer motions pertaining to insurance coverage litigation. | 05827/JOF | 1.10 | B120 | A106 |
| 02/23/22 | Confer with D. Prieto to develop response to insurer motions pertaining to insurance coverage litigation. | 05827/JOF | 1.20 | B120 | A107 |
| 02/23/22 | Analysis of bankruptcy filings with respect to impact on insurance coverage issues. | 04585/BDK | 3.30 | B120 | A104 |
| 02/23/22 | Call with client regarding strategy issues pertaining to insurance coverage issues. | 04585/BDK | 1.00 | B120 | A106 |
| 02/23/22 | Analysis of case materials regarding stay in connection with insurance coverage issues. | 04585/BDK | 3.40 | B120 | A104 |

136731    LTL MANAGEMENT LLC
00001      INSURANCE COUNSELING

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|------|------------|------|-------|-----------|----------|
| 02/23/22 | Call with A. Rush, I. Perez, T. Ladd and J. Farina regarding lift stay issues in relation to insurance coverage issues. | 04585/BDK | 1.10 | B120 | A107 |
| 02/23/22 | Prepared for and participated in conference call with A. Rush and I. Perez regarding preparation of and revisions to objections to insurer motions and related insurance strategy and case management issues. | 00038/TWL | 1.00 | B120 | A101 |
| 02/23/22 | Prepared for and participated in conference call with client and D. Prieto concerning review of and response to insurer motions and related insurance strategy issues. | 00038/TWL | 1.50 | B120 | A101 |
| 02/23/22 | Continued preparation of responses to insurer motions (0.7 hours); Examination of law concerning same. (0.5 hours) | 00038/TWL | 1.20 | B120 | A103 |
| 02/24/22 | Develop potential responses to insurer motion pertaining to insurance coverage action. | 05827/JOF | 0.20 | B120 | A106 |
| 02/24/22 | Review of case materials and consideration of insurance issues in connection with insurers' lift stay motions. | 04585/BDK | 2.00 | B120 | A103 |
| 02/24/22 | Drafting/revising fee application. | 04585/BDK | 1.00 | B160 | A103 |
| 02/24/22 | Continued review and analysis of insurer filings (1.0 hours); Examination of law in connection with insurer filings (0.8 hours); Continued preparation of response to insurer filings (1.4 hours). | 00038/TWL | 3.20 | B120 | A104 |
| 02/24/22 | Conferred with B. Kahn and J. Farina concerning status of bankruptcy proceedings and preparation of responses to insurer filings. | 00038/TWL | 0.50 | B120 | A105 |

136731    LTL MANAGEMENT LLC
00001    INSURANCE COUNSELING

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|---|---|---|---|---|---|
| 02/25/22 | Develop potential responses to insurer motion pertaining to insurance coverage action. | 05827/JOF | 0.20 | B120 | A106 |
| 02/25/22 | Communicating with J. Pacelli regarding fee application. | 04585/BDK | 0.10 | B160 | A104 |
| 02/25/22 | Analysis of bankruptcy documents and related case materials with respect to insurance issues. | 04585/BDK | 3.60 | B120 | A104 |
| 02/25/22 | Communicated with J. Kim and J. Denton regarding status of bankruptcy proceeding and related insurance issues. | 00038/TWL | 0.60 | B120 | A106 |
| 02/25/22 | Continued review, revision and finalization of objections to insurance-related filings (0.6 hours); Examination of law concerning same (0.4 hours). | 00038/TWL | 1.00 | B120 | A103 |
| 02/25/22 | Communicated with B. Kahn and J. Farina concerning preparation for status call and review and revision of responses to insurer filings. | 00038/TWL | 0.60 | B120 | A105 |
| 02/25/22 | Review and analysis of decisions from Judge Kaplan regarding motions to dismiss and preliminary injunction motion, with focus on insurance related issues. | 06200/AGH | 0.80 | B120 | A104 |
| 02/28/22 | Communicated with B. Kahn in response to new briefing schedule for insurer motions pertaining to insurance coverage action. | 05827/JOF | 0.10 | B120 | A105 |
| 02/28/22 | Analysis of case materials with respect to insurance coverage strategy. | 04585/BDK | 2.50 | B120 | A104 |
| 02/28/22 | Continued preparation of responses to insurer motions (0.6 hours); Examination of law concerning same (0.6 hours). | 00038/TWL | 1.20 | B120 | A101 |

Page 10
Invoice 8438022

136731   LTL MANAGEMENT LLC
00001    INSURANCE COUNSELING

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|------|-------------|------|-------|-----------|----------|
| 02/28/22 | Conferred with B. Kahn concerning status of responses to insurance-related filings. | 00038/TWL | 0.40 | B120 | A105 |
| | TOTAL HOURS: | | 91.00 | | |
| | TOTAL FOR LITIGATION CONSULTING: | $41,363.40 | 75.90 | B120 | |
| | TOTAL FOR FEE/EMPLOYMENT APPLICATIONS: | $8,417.60 | 15.10 | B160 | |

**TOTAL FEES** ................................................................. $49,781.00
**TOTAL DISBURSEMENTS** ..........................................          13.23

**TOTAL DUE THIS INVOICE** ....................................... $49,794.23

| | | | HOURS | RATE | VALUE |
|---|---|---|-------|------|-------|
| 00038 | Thomas W. Ladd | PARTNER | 38.80 | 688.00 | 26,694.40 |
| 04585 | Brett D. Kahn | PARTNER | 41.00 | 446.00 | 18,286.00 |
| 05827 | Jennifer O. Farina | PARTNER | 9.60 | 446.00 | 4,281.60 |
| 06200 | Andrew G. Heckler | ASSOCIATE | 1.30 | 342.00 | 444.60 |
| 00535 | Deborah Brown | PARALEGAL | 0.30 | 248.00 | 74.40 |
| **ATTORNEY TOTALS:** | | | **91.00** | | **49,781.00** |

### MULTIPAYOR BREAKDOWN

TOTAL DUE FOR HOLDBACK .............................................................(20.00%) ........ $9,956.20
TOTAL DUE FOR LTL MANAGEMENT LLC.........................................(80.00%) ...... $39,838.03

Page 11
Invoice 8438022

136731   LTL MANAGEMENT LLC
00001    INSURANCE COUNSELING

| DATE | DISBURSEMENTS | VALUE |
|------|---------------|-------|
| 02/16/2022 | PHOTOCOPIES | 0.35 |
| 02/18/2022 | PHOTOCOPIES | 0.07 |
| 02/19/2022 | PHOTOCOPIES | 0.07 |
| 02/22/2022 | PHOTOCOPIES | 3.15 |
| 02/22/2022 | PHOTOCOPIES | 3.15 |
| 02/22/2022 | PHOTOCOPIES | 0.14 |
| 02/22/2022 | PHOTOCOPIES | 3.15 |
| 02/22/2022 | PHOTOCOPIES | 3.15 |
| | **Total For: PHOTOCOPIES** | **13.23** |

**TOTAL DISBURSEMENTS** ............................................................. **$13.23**



**Electronic Payment Instructions**
Account Name:  McCarter & English, LLP
Account Number: 2020080016953
Financial Institution:  Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: WFBIUS6S  (International payments)
Please reference Invoice Number

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel  973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

March 17, 2022
Invoice 8438025

136731    LTL MANAGEMENT LLC
00002    INSURANCE COVERAGE
JJL2021019364

LTL MANAGEMENT LLC
501 GEORGE STREET
NEW BRUNSWICK, NJ 08933

### MULTIPAYOR BREAKDOWN

TOTAL DUE FOR JOHNSON & JOHNSON............................................(67.00%) ...... $39,251.63
TOTAL DUE FOR LTL MANAGEMENT LLC..........................................(33.00%) ...... $19,332.89

TOTAL DUE FOR LTL MANAGEMENT LLC (80%)………………..$15,466.32

Professional Services Recorded Through 02/28/2022

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|---|---|---|---|---|---|
| 02/01/22 | Review and analysis of insurer document production for relevance and responsiveness. | 06200/AGH | 1.30 | B120 | A104 |
| 02/01/22 | Study and evaluation of insurer document productions for relevance and responsiveness. | 06224/DAS | 2.30 | B120 | A104 |
| 02/02/22 | Review and analysis of insurer productions with respect to coverage issues. | 04585/BDK | 0.60 | B120 | A104 |

136731    LTL MANAGEMENT LLC
00002      INSURANCE COVERAGE
           JJL2021019364

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|------|-------------|------|-------|-----------|----------|
| 02/02/22 | Draft and revise cover letter to insurers re retailer defense and indemnification agreements. | 06167/ADM | 0.60 | B120 | A103 |
| 02/02/22 | Review and analyze insurer document productions for relevance and responsiveness. | 06167/ADM | 3.40 | B120 | A104 |
| 02/02/22 | Review and analyze insurer document productions for relevance and responsiveness. | 06167/ADM | 3.50 | B120 | A104 |
| 02/03/22 | Review and analysis of insurer productions with respect to coverage issues. | 04585/BDK | 0.80 | B120 | A104 |
| 02/03/22 | Review and analyze insurer productions for relevance and responsiveness. | 06220/GEB | 1.50 | B120 | A104 |
| 02/03/22 | Review and analysis of insurer document production for relevance and responsiveness. | 06200/AGH | 2.50 | B120 | A104 |
| 02/03/22 | Review and analyze insurer document productions for relevance and responsiveness. | 06167/ADM | 3.50 | B120 | A104 |
| 02/03/22 | Study and evaluation of insurer document productions including complaints for relevance and responsiveness. | 06224/DAS | 1.80 | B120 | A104 |
| 02/04/22 | Review and analysis of insurer production for relevance and responsiveness. | 06200/AGH | 1.50 | B120 | A104 |
| 02/04/22 | Review and analyze insurer document productions for relevance and responsiveness. | 06167/ADM | 3.60 | B120 | A104 |
| 02/04/22 | Review and analyze insurer document productions for relevance and responsiveness. | 06167/ADM | 3.60 | B120 | A104 |

136731    LTL MANAGEMENT LLC
00002     INSURANCE COVERAGE
          JJL2021019364

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|---|---|---|---|---|---|
| 02/04/22 | Review and analysis of insurer document production regarding insurance coverage issues. | 06224/DAS | 2.00 | B120 | A104 |
| 02/06/22 | Review and analysis of insurer document production regarding insurance coverage issues. | 06224/DAS | 2.80 | B120 | A104 |
| 02/07/22 | Review and analysis of insurer production for relevance and responsiveness. | 06200/AGH | 4.30 | B120 | A104 |
| 02/07/22 | Review and analyze insurer document productions for relevance and responsiveness. | 06167/ADM | 7.30 | B120 | A104 |
| 02/07/22 | Review and analysis of insurer document production regarding insurance coverage issues. | 06224/DAS | 3.40 | B120 | A104 |
| 02/08/22 | Review and analyze insurer document productions for relevance and responsiveness. | 06167/ADM | 6.10 | B120 | A104 |
| 02/08/22 | Review and analysis of insurer document production regarding insurance coverage issues. | 06224/DAS | 2.70 | B120 | A104 |
| 02/09/22 | Review and analysis of insurer document productions for relevance and responsiveness. | 06224/DAS | 6.80 | B120 | A104 |
| 02/10/22 | Review and analyze insurer document productions relating to insurance coverage issues. | 06167/ADM | 7.40 | B120 | A104 |
| 02/10/22 | Review and analysis of insurer document productions for relevance and responsiveness. | 06224/DAS | 5.70 | B120 | A104 |
| 02/11/22 | Review and analysis of insurer document productions for relevance and responsiveness. | 06224/DAS | 5.10 | B120 | A104 |

Page 4
Invoice 8438025

136731    LTL MANAGEMENT LLC
00002    INSURANCE COVERAGE
JJL2021019364

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|---|---|---|---|---|---|
| 02/13/22 | Review and analysis of insurer document production for relevance and responsiveness. | 06224/DAS | 1.70 | B120 | A104 |
| 02/14/22 | Study and evaluation of insurer document productions for relevance and responsiveness. | 06224/DAS | 2.20 | B120 | A104 |
| 02/15/22 | Preparing complaints and related correspondence for production to insurers. | 04585/BDK | 0.50 | B120 | A103 |
| 02/15/22 | Review correspondence to insurers re additional complaints. | 06200/AGH | 0.10 | B120 | A104 |
| 02/15/22 | Study and evaluation of insurer document productions including complaints for relevance and responsiveness. | 06224/DAS | 4.90 | B120 | A104 |
| 02/16/22 | Conferred with various insurers regarding status of New Jersey coverage litigation and related insurance and case management issues. | 00038/TWL | 0.80 | B120 | A108 |
| 02/16/22 | Review and analysis of insurer production for relevance and responsiveness. | 06200/AGH | 1.00 | B120 | A104 |
| 02/16/22 | Study and evaluation of insurer document productions including complaints for relevance and responsiveness. | 06224/DAS | 1.80 | B120 | A104 |
| 02/17/22 | Examination of law regarding coverage issues. | 04585/BDK | 2.10 | B120 | A104 |
| 02/17/22 | Analysis of case materials regarding stay and insurance coverage issues. | 04585/BDK | 2.40 | B120 | A104 |
| 02/17/22 | Examination of law regarding various coverage issues in connection with insurer correspondence to Court regarding status of case. | 00038/TWL | 1.20 | B120 | A104 |

Page 5
Invoice 8438025

136731    LTL MANAGEMENT LLC
00002     INSURANCE COVERAGE
          JJL2021019364

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|------|------------|------|-------|-----------|----------|
| 02/17/22 | Conferred with B. Kahn and J. Farina regarding status of coverage litigation and response to insurer defenses to coverage. | 00038/TWL | 0.70 | B120 | A105 |
| 02/17/22 | Review and analysis of insurer production for relevance and responsiveness. | 06200/AGH | 1.80 | B120 | A104 |
| 02/17/22 | Review and analysis of insurer document production for relevance and responsiveness. | 06224/DAS | 6.20 | B120 | A104 |
| 02/18/22 | Review and analyze insurer document productions for relevance and responsiveness. | 06167/ADM | 4.10 | B120 | A104 |
| 02/18/22 | Study and evaluation of insurer document productions for relevance and responsiveness. | 06224/DAS | 5.80 | B120 | A104 |
| 02/19/22 | Study and evaluation of insurer document productions for relevance and responsiveness. | 06224/DAS | 1.80 | B120 | A104 |
| 02/20/22 | Study and evaluation of insurer document productions for relevance and responsiveness. | 06224/DAS | 1.20 | B120 | A104 |
| 02/21/22 | Study and evaluation of insurer document productions for relevance and responsiveness. | 06224/DAS | 4.70 | B120 | A104 |
| 02/22/22 | Review and analysis of insurer document production regarding insurance coverage issues. | 06224/DAS | 3.60 | B120 | A104 |
| 02/23/22 | Review insurer documents for purposes of evaluating insurance coverage issues. | 06220/GEB | 1.30 | B120 | A104 |
| 02/23/22 | Review production for relevance and responsiveness. | 06220/GEB | 2.00 | B120 | A104 |

136731    LTL MANAGEMENT LLC
00002    INSURANCE COVERAGE
JJL2021019364

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|------|-------------|------|-------|-----------|----------|
| 02/23/22 | Review and analyze insurer documents productions regarding insurance coverage issues. | 06167/ADM | 1.30 | B120 | A104 |
| 02/23/22 | Study and evaluation of insurer document productions for relevance and responsiveness. | 06224/DAS | 5.10 | B120 | A104 |
| 02/24/22 | Review and analysis of insurer production for relevance and responsiveness. | 06200/AGH | 1.60 | B120 | A104 |
| 02/24/22 | Study and evaluation of insurer document productions for relevance and responsiveness. | 06224/DAS | 5.90 | B120 | A104 |
| 02/25/22 | Study and evaluation of insurer document productions for relevance and responsiveness. | 06224/DAS | 4.40 | B120 | A104 |
| 02/26/22 | Review and analyze insurer document productions for relevance and responsiveness. | 06167/ADM | 5.80 | B120 | A104 |
| 02/28/22 | Respond to inquiry from B. Kahn regarding status of discovery. | 05827/JOF | 0.20 | B120 | A105 |
| 02/28/22 | Analysis of document productions and related case documents with respect to insurance issues. | 04585/BDK | 1.50 | B120 | A104 |
| 02/28/22 | Communicated with counsel for insurers concerning status of coverage litigation and related case management issues. | 00038/TWL | 0.70 | B120 | A108 |
| 02/28/22 | Review and analyze documents in the Insurer productions for insurance coverage information and exceptions. | 06220/GEB | 2.30 | B120 | A104 |
| 02/28/22 | Review and analyze insurer document productions for relevance and responsiveness. | 06167/ADM | 5.50 | B120 | A104 |

Invoice 8438025

136731    LTL MANAGEMENT LLC
00002    INSURANCE COVERAGE
JJL2021019364

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|------|-------------|------|-------|-----------|----------|
| 02/28/22 | Review and analysis of insurer document production for relevance and responsiveness. | 06224/DAS | 1.90 | B120 | A104 |
| | TOTAL FOR LITIGATION CONSULTING: | | 172.20 | $58,582.70 | |

**TOTAL FEES**................................................................................. $58,582.70
**TOTAL DISBURSEMENTS**........................................................... 1.82

**TOTAL DUE THIS INVOICE** ....................................................... $58,584.52

| | | | HOURS | RATE | VALUE |
|------|------|------|-------|------|-------|
| 00038 | Thomas W. Ladd | PARTNER | 3.40 | 688.00 | 2,339.20 |
| 04585 | Brett D. Kahn | PARTNER | 7.90 | 446.00 | 3,523.40 |
| 05827 | Jennifer O. Farina | PARTNER | 0.20 | 446.00 | 89.20 |
| 06167 | Ashley D. McWilliams | ASSOCIATE | 55.70 | 303.00 | 16,877.10 |
| 06200 | Andrew G. Heckler | ASSOCIATE | 14.10 | 342.00 | 4,822.20 |
| 06220 | Georgia Bender | ASSOCIATE | 7.10 | 320.00 | 2,272.00 |
| 06224 | Darren Smolarski | ASSOCIATE | 83.80 | 342.00 | 28,659.60 |
| **ATTORNEY TOTALS:** | | | **172.20** | | **58,582.70** |

MULTIPAYOR BREAKDOWN

TOTAL DUE FOR JOHNSON & JOHNSON...........................................(67.00%) ...... $39,251.63
TOTAL DUE FOR LTL MANAGEMENT LLC...........................................(33.00%) ...... $19,332.89

TOTAL DUE FOR LTL MANAGEMENT LLC (80%)………………..$15,466.32

136731   LTL MANAGEMENT LLC
00002    INSURANCE COVERAGE
         JJL2021019364

| DATE | DISBURSEMENTS | | | | | VALUE |
|------|---------------|---|---|---|---|-------|
| 02/03/2022 | PHOTOCOPIES | 24 | @ | .07 | /page | 1.68 |
| 02/09/2022 | PHOTOCOPIES | 2 | @ | .07 | /page | 0.14 |
| | **Total For: PHOTOCOPIES** | | | | | **1.82** |

**TOTAL DISBURSEMENTS** ...............................................................   **$1.82**



**McCarter & English**

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel  973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

**Electronic Payment  Instructions**
Account Name:  McCarter & English, LLP
Account Number: 2020080016953
Financial Institution:  Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: WFBIUS6S  (International payments)
Please reference Invoice Number

March 17, 2022
Invoice 8438459

136731    LTL MANAGEMENT LLC
00003     J&J GENERAL
          JJL2021019364

LTL MANAGEMENT LLC
501 GEORGE STREET
NEW BRUNSWICK, NJ 08933

MULTIPAYOR BREAKDOWN

TOTAL DUE FOR JOHNSON & JOHNSON............................................(50.00%) ........ $4,672.97
TOTAL DUE FOR LTL MANAGEMENT LLC..........................................(50.00%) ........ $4,672.97

TOTAL DUE FOR LTL MANAGEMENT LLC (80%)……………………….…….…$3,738.38

Professional Services Recorded Through 02/28/2022

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|------|-------------|------|-------|-----------|----------|
| 02/01/22 | Consideration of issues regarding retailer agreements and related coverage issues and review of retailer indemnification agreements. | 04585/BDK | 0.60 | B120 | A104 |
| 02/01/22 | Prepared for and participated in conference calls with insurer counsel regarding status of underlying litigation and responses to information requests. | 00038/TWL | 1.00 | B120 | A108 |
| 02/01/22 | Review retailer agreements. | 00535/D-B | 0.30 | B120 | A104 |

136731   LTL MANAGEMENT LLC
00003    J&J GENERAL
         JJL2021019364

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|------|-------------|------|-------|-----------|----------|
| 02/01/22 | Review retailer agreements. | 00535/D-B | 0.30 | B120 | A104 |
| 02/02/22 | Draft and revise cover letter to insurers re retailer defense and indemnification agreements. | 06167/ADM | 0.60 | B120 | A103 |
| 02/02/22 | Prepare retailer agreements for production to insurers. | 00535/D-B | 0.30 | B120 | A104 |
| 02/02/22 | Prepare retailer agreements for production to insurers. | 00535/D-B | 0.30 | B120 | A104 |
| 02/04/22 | Reviewed, revised and attended to finalization and service of correspondence to insurers regarding production of underlying case documents. | 00038/TWL | 0.50 | B120 | A103 |
| 02/07/22 | Review of insurer requests for information and analysis of case materials regarding same. | 04585/BDK | 1.70 | B120 | A104 |
| 02/07/22 | Receipt, review and analysis of insurer information requests. | 00038/TWL | 0.40 | B120 | A104 |
| 02/08/22 | Analysis of case materials regarding insurer requests for information. | 04585/BDK | 1.60 | B120 | A104 |
| 02/08/22 | Communicated with insurer counsel concerning responses to information requests regarding defense costs and status of talc settlements. | 00038/TWL | 0.50 | B120 | A107 |
| 02/09/22 | Review of correspondence with insurers and prior productions. | 04585/BDK | 2.20 | B120 | A104 |
| 02/11/22 | Communicated with insurer counsel regarding status of underlying litigation and responses to outstanding information requests. | 00038/TWL | 0.60 | B120 | A107 |
| 02/11/22 | Receipt, review and analysis of information responsive to outstanding insurer information requests. | 00038/TWL | 0.80 | B120 | A104 |

Invoice 8438459

136731    LTL MANAGEMENT LLC
00003    J&J GENERAL
JJL2021019364

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|---|---|---|---|---|---|
| 02/11/22 | Communicated with B. Kahn regarding responses to outstanding information requests. | 00038/TWL | 0.50 | B120 | A105 |
| 02/11/22 | Communicated with A. White regarding preparation of responses to insurer information requests and status of insurance recovery efforts. | 00038/TWL | 0.40 | B120 | A106 |
| 02/15/22 | Study and evaluation of production of underlying case documents and related correspondence to insurers. | 00038/TWL | 0.50 | B120 | A104 |
| 02/15/22 | Communicated with B. Kahn concerning status of productions of underlying case documents to insurers and related case management issues. | 00038/TWL | 0.40 | B120 | A105 |
| 02/15/22 | Review and prepare monthly collection of talc complaints for production and access to insurers. | 00535/D-B | 1.00 | B120 | A104 |
| 02/16/22 | Review and consideration of various insurer correspondence. | 04585/BDK | 0.90 | B120 | A104 |
| 02/16/22 | Receipt, review and analysis of correspondence from insurers regarding responses to outstanding information requests. | 00038/TWL | 0.60 | B120 | A104 |
| 02/16/22 | Communicated with K. Lounsberry and B. Kahn concerning outstanding insurer information requests, review and production of requested data, and status of underlying claims. | 00038/TWL | 0.40 | B120 | A107 |
| 02/18/22 | Communicated with insurers regarding production of underlying case documents and status of underlying litigation. | 00038/TWL | 0.60 | B120 | A108 |
| 02/28/22 | Study and evaluation of various underlying case documents for production to insurers. | 00038/TWL | 0.70 | B120 | A104 |

TOTAL HOURS:    17.70

Page 4

Invoice 8438459

136731   LTL MANAGEMENT LLC
00003    J&J GENERAL
         JJL2021019364

**TOTAL FEES**................................................................................... $9,284.60
**TOTAL DISBURSEMENTS**.................................................................. 61.34

**TOTAL DUE THIS INVOICE** ........................................................ $9,345.94

|       |                     |            | **HOURS** | **RATE** | **VALUE** |
|-------|---------------------|------------|-----------|----------|-----------|
| 00038 | Thomas W. Ladd      | PARTNER    | 7.90      | 688.00   | 5,435.20  |
| 04585 | Brett D. Kahn       | PARTNER    | 7.00      | 446.00   | 3,122.00  |
| 06167 | Ashley D. McWilliams| ASSOCIATE  | 0.60      | 303.00   | 181.80    |
| 00535 | Deborah Brown       | PARALEGAL  | 2.20      | 248.00   | 545.60    |
| **ATTORNEY TOTALS:** |      |            | **17.70** |          | **9,284.60** |

MULTIPAYOR BREAKDOWN

TOTAL DUE FOR JOHNSON & JOHNSON...........................................(50.00%) ........ $4,672.97
TOTAL DUE FOR LTL MANAGEMENT LLC.........................................(50.00%) ........ $4,672.97

TOTAL DUE FOR LTL MANAGEMENT LLC (80%)…………………………….………$3,738.38

Page 5
Invoice 8438459

136731    LTL MANAGEMENT LLC
00003    J&J GENERAL
JJL2021019364

| DATE | DISBURSEMENTS | VALUE |
|------|---------------|-------|
| 02/15/2022 | UNITED PARCEL SERVICES - UNITED PARCEL SERVICE (UPS) & SUBSIDIARIES - UPS - UPS SHIPPING CHARGES | 61.34 |
| | **Total For: UNITED PARCEL SERVICES** | **61.34** |

**TOTAL DISBURSEMENTS** ............................................................. **$61.34**