UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Jeffrey M. Sponder, Esq.
Lauren Bielskie, Esq.
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
E-mail:     jeffrey.m.sponder@usdoj.gov
            lauren.bielskie@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No. 21-30589 (MBK) |
| | Chapter 11 |
| LTL Management LLC,[1] | |
| | The Honorable Michael B. Kaplan, Chief Judge |
| Debtor. | |
| | Hearing Date:  April 12, 2022 at 10:00 a.m. |

## CERTIFICATION OF SERVICE

1. I, Neidy Fuentes:

    ☐ represent Andrew R. Vara, United States Trustee for Regions 3 & 9, in this matter.

    ☒ am the paralegal for <u>Jeffrey M. Sponder, Esquire,</u> who represents the United States Trustee in this matter.

    ☐ am the _____ in the this case and am representing myself.


2. On March 31, 2022,  I caused to be served a copy of the following pleadings and/or

    documents to the parties listed in Exhibit A, via the mode(s) of service indicated thereon:

    > *1.    Notice of  United States Trustee's Motion Pursuant to Fed. R. Bankr. P. 9023 and 9024 Seeking Relief with Respect to the Order Establishing Mediation Protocol; Memorandum of Law; Certification of Lauren Bielskie, Esq.; and Proposed Order; [Docket No. 1912]*
    > *2.    Application for Order Shortening Time; and (ii) Proposed Order. [Docket No. 1913]*

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

    ***3.    Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice [Docket No. 1920]***

3.    I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:    March 31, 2022                      */s/ Neidy Fuentes*
                                                        Neidy Fuentes
                                                         Paralegal

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **LTL Management LLC**<br>**501 George Street**<br>**New Brunswick, NJ 08933** | Debtor | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Pursuant to Order Shortening Time and Limiting Notice [ECF 1920] (As authorized by the court or by rule. Cite the rule if applicable) |
| **See attached Exhibit A.** | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Pursuant to Order Shortening Time and Limiting Notice [ECF 1920] (As authorized by the court or by rule. Cite the rule if applicable) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ (As authorized by the court or by rule. Cite the rule if applicable) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ (As authorized by the court or by rule. Cite the rule if applicable) |

*Rev.8/1/16*

# EXHIBIT A

| | |
|---|---|
| ARNOLD & ITKIN LLP<br>ATTN KURT B ARNOLD, CAJ BOATRIGHT,<br>ROLAND CHRISTENSEN & JASON ITKIN<br>6009 MEMORIAL DRIVE<br>HOUSTON, TX 77007 | ASHCRAFT & GEREL, LLP<br>ATTN MICHELLE PARFITT, JAMES F. GREEN &<br>PATRICK LYONS<br>1825 K STREET, NW, STE 70<br>WASHINGTON, DC 20006 |
| AYLSTOCK WITKIN KREIS &<br>OVERHOLTZ PLLC; ATN MARY PUTNICK &<br>DANIEL THORNBURGH<br>17 E MAIN ST, STE 200; PO BOX 12630<br>PENSACOLA, FL 32502 | BAILEY & GLASSER LLP<br>(COUNSEL TO OFFICIAL COMITTEE<br>TALC CLAIMANTS)<br>ATTN: CARY JOSHI<br>1055 THOMAS JEFFERSON ST NW STE 540<br>WASHINGTON, DC 20007 |
| BALLARD SPAHR LLP<br>(COUNSEL ALBERTSONS COMPANIES, INC)<br>ATTN: TOBEY M. DALUZ, LESLIE C. HEILMAN, LAUREL D. ROGLEN<br>919 N. MARKET STREET, 11TH FLOOR<br>WILMINGTON, DE 19801 | BARNES FIRM<br>ATTN JOE VAZQUEZ<br>420 LEXINGTON AVE, STE 2140<br>NEW YORK, NY 10170 |
| BEASLEY ALLEN LAW FIRM<br>ATTN: CHARLIE STERN & LEIGH O'DELL<br>218 COMMERCE ST<br>PO BOX 4160<br>MONTGOMERY, AL 36104 | BLANCO TACKABERY & MATAMOROS, P.A.<br>(COUNSEL TO IMERYS TALC AMERICA, INC)<br>ATTN: ASHLEY S. RUSHER<br>404 NORTH MARSHALL ST<br>WINSTON-SALEM, NC 27101 |
| BROWN RUDNICK LLP<br>(CO-COUNSEL TO THE COMMITTEE OF TALC CLAIMANTS)<br>ATTN SUNNI P. BEVILLE<br>ONE FINANCIAL CENTER<br>BOSTON, MA 02111 | BROWN RUDNICK LLP<br>(COUNSEL TO OFFICIAL COMMITTEE OF TALC CLAIMANTS)<br>ATTN: DAVID J. MOLTON & ROBERT J. STARK<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 |

| | |
|---|---|
| BURNS CHAREST LLP<br>(COUNSEL TO PLAINTIFFS STEERING COMMITTEE) ATTN: DANIEL H CHAREST<br>900 JACKSON STREET, SUITE 500<br>DALLAS, TX 75202 | CELLINO LAW LLP<br>ATTN BRIAN GOLDSTEIN<br>800 DELAWARE AVE<br>BUFFALO, NY 14209 |
| CLYDE & CO US LLP<br>(COUNSEL TO THE CONTINENTAL INS CO)<br>ATTN: KONRAD R. KREBS<br>200 CAMPUS DR, STE 300<br>FLORHAM PARK, NJ 07932 | CLYDE AND CO US LLP<br>(COUNSEL TO THE CONTINENTAL INSURANCE COMPANY)<br>ATTN: CLINTON E. CAMERON, MEGHAN DALTON<br>55 WEST MONROE ST, STE 3000<br>CHICAGO, IL 60603 |
| COHEN, PLACITELLA & ROTH, P.C.<br>ATTN DENNIS M. GEIER &<br>CHRISTOPHER M. PLACITELLA<br>127 MAPLE AVE<br>RED BANK, NJ 07701 | COHEN, PLACITELLA & ROTH, P.C.<br>ATTN JARED M. PLACITELLA<br>2001 MARKET ST, SUITE 2900<br>PHILADELPHIA, PA 19103 |
| COLE SCHOTZ P.C.<br>(COUNSEL TO CLAIMANTS REPRESENTED BY BARNES LAW)<br>ATTN: FELICE R. YUDKIN<br>25 MAIN ST, P.O. BOX 800<br>HACKENSACK, NJ 07602-0800 | COLE SCHOTZ P.C.<br>(COUNSEL TO CLAIMANTS REPRESENTED BY BARNES LAW)<br>ATTN: MARK TSUKERMAN<br>1325 AVENUE OF THE AMERICAS<br>19TH FLOOR<br>NEW YORK, NY 10019-6079 |
| COOLEY LLP<br>(COUNSEL TO OFFICIAL COMMITTEE OF TALC CLAIMANTS)<br>ATTN: EVAN M. LAZEROWITZ<br>55 HUDSON YARDS<br>NEW YORK, NY 10001 | CORDES LAW, PLLC<br>(COUNSEL TO BCBS OF MASSACHUSETTS, INC.)<br>ATTN STACY C. CORDES & MEGHAN A. VAN VYNCKT<br>1800 EAST BOULEVARD<br>CHARLOTTE, NC 28203 |

CROWELL & MORING LLP
(COUNSEL TO CENTURY INSURERS)
ATTN GREGORY GENNADY PLOTKO
590 MADISON AVENUE, 19TH FLOOR
NEW YORK, NY 10022-2524

CROWELL & MORING LLP
(COUNSEL TO CENTURY INSURERS)
ATTN MARK D. PLEVIN & KEVIN D. CACABELOS
THREE EMBARCADERO CENTER, 26TH FLOOR
SAN FRANCISCO, CA 94111

CROWELL & MORING LLP
(COUNSEL TO CENTURY INSURERS)
ATTN TACIE YOON & RACHEL JANKOWSKI
1001 PENNSYLVANIA AVE, N.W.
WASHINGTON, DC 20004

DALIMONTE RUEB STOLLER, LLP
ATTN JOHN A DALIMONTE,
JENNIFER ORENDI & GREGORY RUEB
1250 CONNECTICUT AVE NW, STE 200
WASHINGTON, DC 20036

DAVID CHRISTIAN ATTORNEYS LLC
(COUNSEL TO THE CONTINENTAL INS CO)
ATTN: DAVID CHRISTIAN
105 W. MADISON ST., STE 1400
CHICAGO, IL 60602

DEAN OMAR BRANHAM SHIRLEY, LLC
ATTN JESSICA DEAN, J BRADLEY SMITH,
CHARLES W BRANHAM III
302 N MARKET ST, STE 300
DALLAS, TX 75202

DLA PIPER LLP (US)
(COUNSEL TO CENTURY INSURERS)
ATN AIDAN MCCORMACK & BRIAN SEIBERT
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

DRISCOLL FIRM, LLC
ATTN JOHN DRISCOLL
211 NORTH BROADWAY, 40TH FL
ST LOUIS, MO 63102

DUANE MORRIS LLP
(COUNSEL TO REPUBLIC INDEMNITY)
ATTN: PHILIP R. MATTHEWS
SPEAR TOWER
ONE MARKET PLAZA, STE 2200
SAN FRANCISCO, CA 94105-1127

DUANE MORRIS LLP
(COUNSEL TO REPUBLIC INDEMNITY)
ATTN: SOMMER L. ROSS
1940 ROUTE 70 EAST, STE 100
CHERRY HILL, NJ 08003-2171

| | |
|---|---|
| EAMONN O'HAGAN, ESQ<br>(COUNSEL TO PENSION BENEFIT GUARANTY CORP)<br>970 BROAD ST, STE 700<br>NEWARK, NJ 07102 | EMMET, MARVIN & MARTIN LLP<br>(COUNSEL TO PTI UNION LLC & PTI ROYSTON LLC)<br>ATTN: THOMAS A PITTA<br>120 BROADWAY, 32ND FLOOR<br>NEW YORK, NY 10271 |
| EPIQ CORPORATE RESTRUCTURING, LLC<br>ATTN LTL CASE TEAM<br>PO BOX 4419<br>BEAVERTON, OR 97076-4419 | FEARS NACHAWATI LAW FIRM<br>ATTN DARREN MCDOWEL &<br>MAJED MACHAWATI<br>5473 BLAIR RD<br>DALLAS, TX 75231 |
| FERRARO LAW FIRM<br>ATN LESLIE ROTHENBERG & JOSE BECERR<br>600 BRICKELL AVE, STE 3800<br>MIAMI, FL 33131 | FLINT LAW FIRM LLC<br>ATTN ETHAN FLINT<br>222 E PARK ST, STE 500, PO BOX 189<br>EDWARDSVILLE, IL 62034 |
| GENOVA BURNS LLC<br>(COUNSEL TO OFFIC. COMMIT. OF TALC CLAIMANTS)<br>ATTN: DANIEL M. STOLZ, ESQ, DONALD W. CLARKE, ESQ,<br>MATTHEW I. W. BAKER, ESQ<br>110 ALLEN ROAD, STE 304<br>BASKING RIDGE, NJ 07920 | GIMIGLIANO MAURIELLO & MALONEY<br>(COUNSEL TO TRAVELERS)<br>ATTN STEPHEN V. GIMIGLIANO, JOHN MALONEY &<br>ROBIN RABINOWITZ<br>PO BOX 1449<br>MORRISTOWN, NJ 07962-1449 |
| GOLOMB SPIRIT GRUNFELD, PC<br>ATN RICHARD GOLOMB, ANDREW SPIRIT &<br>KENNETH GRUNFELD<br>1835 MARKET ST, STE 2900<br>PHILADELPHIA, PA 19103 | GREENBAUM, ROWE, SMITH & DAVIS LLP<br>(COUNSEL TO MOTLEY RICE LLC)<br>ATTN: NANCY ISAACSON, ESQ<br>75 LIVINGSTON AVENUE<br>STE 301<br>ROSELAND, NJ 07068 |

| | |
|---|---|
| GREENBERG TRAURIG, LLP<br>(COUNSEL TO BAUSCH HEALTH)<br>ATTN: ALAN J. BRODY<br>500 CAMPUS DRIVE<br>FLORHAM PARK, NJ 07932 | HALPERIN BATTAGLIA BENZIJA LLP<br>(COUNSEL TO BLUE CROSS BLUE SHIELD)<br>ATTN: ALAN D. HALPERIN, DONNA H. LIEBERMAN<br>40 WALL STREET, 37TH FLOOR<br>NEW YORK, NY 10005 |
| HERRICK FEINSTEIN LLP<br>(COUNSEL TO THE AMICI PROFESSORS)<br>ATTN: STEVEN SMITH, RACHEL GINZBURG<br>2 PARK AVE<br>NEW YORK, NY 10016 | HILL HILL CARTER FRANCO COLE &<br>BLACK, PC<br>ATTN ELIZABETH CARTER<br>425 PERRY STREET<br>MONTGOMERY, AL 36104 |
| HONIK LLC<br>ATTN RUBEN HONIK & DAVID STANOCH<br>1515 MARKET ST, STE 1100<br>PHILADELPHIA, PA 19102 | HUGHES HUBBARD & REED LLP<br>(COUNSEL TO IMERYS SA)<br>ATTN CHRISTOPHER L. KIPLOK, WILLIAM J. BEAUSOLEIL<br>& ERIN E. DIERS<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004 |
| J.C. WHITE LAW GROUP PLLC<br>(COUNSEL TO ONDERLAW, LLC)<br>ATTN: JAMES C. WHITE<br>100 EUROPA DRIVE, SUITE 401<br>CHAPEL HILL, NC 27517 | JD THOMPSON LAW<br>(COUNSEL TO BARNES LAW GROUP PLAINTIFFS)<br>ATTN JUDY D. THOMPSON<br>P.O. BOX 33127<br>CHARLOTTE, NC 28233 |
| JOHNSON LAW GROUP<br>ATTN BLAKE TANASE & BASIL ADHAM<br>2925 RICHMOND AVE, STE 1700<br>HOUSTON, TX 77098 | JONES DAY<br>(DEBTOR'S COUNSEL)<br>ATTN: GREGORY M GORDON,<br>DAN B. PRIETO & AMANDA RUSH<br>2727 N HARWOOD ST<br>DALLAS, TX 75201 |

| | |
|---|---|
| JONES DAY<br>(DEBTOR'S COUNSEL)<br>ATTN BRAD B ERENS<br>77 WEST WACKER<br>CHICAGO, IL 60601 | KARST & VON OISTE LLP<br>ATTN ERIC KARST<br>23923 GOSLING RD, STE A<br>SPRING, TX 77389 |
| KARST & VON OISTE, LLP<br>(COUNSEL TO TCC T WHETSEL, ET AL)<br>ATTN DAVID A CHANDLER<br>505 MAIN ST<br>PORT JEFFERSON, NY 11777 | KASOWITZ BENSON TORRES LLP<br>(COUNSEL TO CYPRUS MINES CORPORATION)<br>ATTN: DAVID S. ROSNER, ROBERT M. NOVICK &<br>ANDREW S. GOLDEN<br>1633 BROADWAY<br>NEW YORK, NY 10019 |
| KASOWITZ BENSON TORRES LLP<br>(COUNSEL TO CYPRUS MINES CORPORATION)<br>ATTN: MICHAEL E. HUTCHINS<br>1230 PEACHTREE, NE, SUITE 2445<br>ATLANTA, GA 30309 | KATTEN MUCHIN ROSENMAN LLP<br>(COUNSEL TO ATLANTA INTERNATIONAL COMPANY, ETC)<br>ATTN: SHAYA ROCHESTER<br>575 MADISON AVE<br>NEW YORK, NY 10022-2585 |
| KATTEN MUCHIN ROSENMAN LLP<br>(COUNSEL TO ATLANTA INTERNATIONAL INSURANCE, ETC)<br>ATTN: KELSEY R. PANIZZOLO<br>550 SOUTH TRYON STREET<br>STE 2900<br>CHARLOTTE, NC 28202-4213 | KAZAN MCCLAIN SATTERLY &<br>GREENWOOD PLC<br>C/O JOSEPH SATTERLEY, STEVEN KAZAN &<br>DENYSE F. CLANCY<br>55 HARISON ST, STE 400<br>OAKLAND, CA 94607 |
| KENNEDYS CMK LLP<br>(COUNSEL TO TIG INSURANCE CO & EVEREST REINSURANCE CO)<br>ATTN: HEATHER E. SIMPSON<br>120 MOUNTAIN VIEW BLVD<br>PO BOX 650<br>BASKING RIDGE, NJ 07920 | KIESEL LAW, LLP<br>ATTN PAUL R KIESEL & MELANIE PALMER<br>8648 WILSHIRE BLVD<br>BEVERLY HILLS, CA 90211 |

KING & SPALDING LLP
(COUNSEL TO BESTWALL LLC)
ATTN: CHELSEA COREY
300 SOUTH TRYON STREET, STE 1700
CHARLOTTE, NC 28202

KING & SPALDING LLP
(COUNSEL TO BESTWALL LLC)
ATTN: RICHARD A. SCHNEIDER
1180 PEACHTREE STREET, N.E.
ATLANTA, GA 30309

KLEHR HARRISON HARVEY BRANZBURG LLP
(COUNSEL TO AD HOC MESOTHELIOMA COMMITTEE)
ATTN CAROL A SLOCUM, MORTON R BRANZBURG
10000 LINCOLN DRIVE E, STE 201
MARLTON, NJ 08053

KLEHR HARRISON HARVEY BRANZBURG LLP
(COUNSEL TO AD HOC MESOTHELIOMA COMMITTEE)
ATTN: MORTON R. BRANZBURG, ESQ.
1835 MARKET ST.
PHILADELPHIA, PA 19103

KTBS LAW LLP
(COUNSEL TO AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC)
ATTN MICHAEL L TUCHIN, ESQ, ROBERT J PFISTER, ESQ, SAMUEL M KIDDER, ESQ & NIR MAOZ, ESQ
1801 CENTURY PARK EAST, 26TH FL
LOS ANGELES, CA 90067

LANIER LAW FIRM
ATTN MICHAEL A AKSELRUD
21550 OXNARD ST, 3RD FL
WOODLANDS HILLS, CA 91367

LATHAM & WATKINS LLP
(COUNSEL TO IMERYS TALC AMERICA, INC., ETC)
ATTN JEFFREY E. BJORK, KIMBERLY A. POSIN, AMY C. QUARTAROLO
355 SOUTH GRAND AVENUE, SUITE 100
LOS ANGELES, CA 90071-1560

LATHAM & WATKINS LLP
(COUNSEL TO IMERYS TALC AMERICA, INC. ETC.)
ATTN ADAM S. RAVIN
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1401

LAW FIRM OF BRIAN W HOFMEISTER, LLC
(COUNSEL TO VARIOUS CLAIMANTS)
ATTN: BRIAN W. HOFMEISTER
313 PRINCETON PIKE, BLDG 5, STE 110
LAWRENCEVILLE, NJ 08648

LAW OFFICES OF MITCHELL J. MALZBERG, LLC
(COUNSEL TO VARIOUS CLAIMANTS)
ATTN: MITCHELL MALZBERG, ESQ.
PO BOX 5122
6 E MAIN STREET, STE 7
CLINTON, NJ 08809

| | |
|---|---|
| LAW OFFICES OF R. KEITH JOHNSON, P.A.<br>(COUNSEL TO LINDA RABASCA AND BRANDI CARL)<br>ATTN: R. KEITH JOHNSON<br>1275 S. NC BUS. HWY. 16<br>STANLEY, NC 28164 | LEVIN PAPANTONIO RAFFERTY<br>ATTN: CHRISTOPHER TISI<br>316 S BAYLEN STREET, SUITE 600<br>PENSACOLA, FL 325002 |
| LEVY KONIGSBERG LLP<br>ATTN MOSHE MAIMON<br>101 GROVERS MILL RD, STE 105<br>LAWRENCE TWP, NJ 08648 | LEVY KONIGSBERG LLP<br>(COUNSEL TO RANDY DEROUEN)<br>ATTN JEROME BLOCK & AUDREY RAPHAEL<br>605 THIRD AVE., 33RD FLOOR<br>NEW YORK, NY 10158 |
| LEX NOVA LAW LLC<br>(COUNSEL TO ERWIN CHEMERINSKY, GIOVANNI SOSA)<br>ATTN E RICHARD DRESSEL<br>10 E STOW RD, STE 250<br>MARLTON, NJ 08053 | LEX NOVA LAW LLC<br>(COUNSEL TO EVAN PLOTKIN)<br>ATTN E RICHARD DRESSEL<br>10 E STOW RD, STE 250<br>MARLTON, NJ 08053 |
| LITE DEPALMA GREENBERG & AFANADOR, LLC<br>(COUNSEL TO DISANTO)<br>ATTN: ALLEN J. UNDERWOOD II<br>570 BROAD ST, STE 1201<br>NEWARK, NJ 07102 | LOWENSTEIN SANDLER LLP<br>(COUNSEL TO JOHNSON & JOHNSON)<br>ATTN: KENNETH A. ROSEN, MARY E. SEYMOUR<br>ONE LOWENSTEIN DR<br>ROSELAND, NJ 07068 |
| LTL MANAGEMENT LLC<br>(DEBTOR)<br>ATN JOHN K KIM, CHIEF LEGAL OFFICER<br>501 GEORGE ST<br>NEW BRUNSWICK, NJ 08933 | MANIER & HEROD, P.C.<br>(COUNSEL TO WESTCHESTER FIRE INSURANCE COMPANY)<br>ATTN: ROBERT W. MILLER<br>1201 DEMONBREUN ST.<br>SUITE 900<br>NASHVILLE, TN 37203 |

MARSHACK HAYS LLP
(COUNSEL TO VARIOUS TALC CLAIMANTS)
ATTN: LAILA MASUD, ESQ.
870 ROOSEVELT
IRVINE, CA 92620

MAUNE RAICHLE HARTLEY FRENCH &
MUDD, LLC
ATTN T BARTON FRENCE
1015 LOCUST ST, STE 1200
ST. LOUIS, MO 63101

MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC
(COUNSEL TO TCC KATHERINE TOLLEFSON)
ATTN SUZANNE M RATCLIFFE
150 WEST 30TH ST, STE 201
NEW YORK, NY 10001

MCCARTER & ENGLISH LLP
ATTN: BRETT D. KAHN, THOMAS W. LADD
FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NJ 07102

MCMANIMON, SCOTLAND & BAUMANN, LLC
(COUNSEL TO ALISHIA LANDRUM)
ATTN: ANTHONY SODONO, SARI PLACONA
75 LIVINGSTON AVE, 2ND FL
ROSELAND, NJ 07068

MENDES & MOUNT LLP
(COUNSEL TO ATLANTA INTERNATIONAL INSURANCE ETC)
ATTN: EILEEN T. MCCABE, STEPHEN T. ROBERTS
750 SEVENTH AVENUE
NEW YORK, NY 10019

MILLER FIRM, LLC
ATTN CURTIS G HOKE
108 RAILROAD AVE
ORANGE, VA 22960

MOON WRIGHT & HOUSTON, PLLC
(COUNSEL TO ARNOLD & ITKIN PLAINTIFFS)
ATTN RICHARD S WRIGHT, ANDREW T HOUSTON &
CALEB BROWN
121 W. TRADE STREET, SUITE 1950
CHARLOTTE, NC 28202

MOORE & VAN ALLEN PLLC
(COUNSEL TO J & J AND J & J CONSUMER INC.)
ATTN HILLARY B CRABTREE
100 N TRYON ST, STE 4700
CHARLOTTE, NC 28202

MORITT HOCK & HAMROFF LLP
(COUNSEL TO PTI UNION, LLC ET AL.)
ATTN LESLIE A BERKOFF
ALLISON AROTSKY
400 GARDEN CITY PLAZA
GARDEN CITY, NY 11530

| | |
|---|---|
| MOTLEY RICE LLC<br>ATTN JOHN D HURST<br>50 CLAY ST, STE 1<br>MORGANTOWN, WV 26501 | MOTLEY RICE LLC<br>ATTN CARMEN S. SCOTT<br>28 BRIDGESIDE BLVD<br>MOUNT PLEASANT, SC 29464 |
| MOTLEY RICE LLC<br>(COUNSEL TO PLAINTIFFS)<br>ATTN: DANIEL R. LAPINSKI<br>210 LAKE DRIVE EAST, STE 101<br>CHERRY HILL, NJ 08002 | NAME AND ADDRESS INFORMATION<br>HAS BEEN SEALED |
| NAPOLI SHKOLNIK PLLC<br>ATTN JAMES D HEISMAN &<br>CHRISTOPHER R LOPALO<br>919 NORTH MARKET ST, STE 1801<br>WILMINGTON, DE 19801 | NORTHERN BLUE, LLP<br>(COUNSEL TO CYPRUS MINES CORPORATION)<br>ATTN: JOHN A. NORTHEN<br>1414 RALEIGH ROAD, SUITE 435<br>CHAPEL HILL, NC 27517 |
| NORTHERN BLUE, LLP<br>(COUNSEL TO CYRPUS MINES CORPORATION)<br>ATTN: JOHN PAUL COURNOYER & VICKI L. PARROTT<br>1414 RALEIGH ROAD, SUITE 435<br>CHAPEL HILL, NC 27517 | NORTHERN BLUE, LLP<br>(COUNSEL TO CYPRUS AMAX MINERALS COMPANY)<br>ATTN: JOHN A. NORTHEN, JOHN PAUL H. COURNOYER &<br>VICKI L. PARROTT<br>1414 RALEIGH ROAD, SUITE 435<br>CHAPEL HILL, NC 27517 |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>(COUNSEL FOR THE STATE OF TEXAS)<br>ASSISTANT ATTORNEYS GENERAL<br>ATTN: RACHEL R OBALDO & AUTUMN D HIGHSMITH<br>PO BOX 12548- MC 008<br>AUSTIN, TX 78711-2548 | OFFICE OF THE US TRUSTEE<br>ATTN LAUREN BIELSKIE, JEFFREY M. SPONDER<br>& MITCHELL B. HAUSMAN<br>ONE NEWARK CENTER, STE 2100<br>NEWARK, NJ 07102 |

| | |
|---|---|
| OFFIT KURMAN, P.A.<br>(COUNSEL TO AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC)<br>ATTN PAUL R. BAYNARD, ESQ.<br>301 SOUTH COLLEGE ST, STE 2600<br>CHARLOTTE, NC 28202 | OFFIT KURMAN, P.A.<br>(COUNSEL TO AWKO)<br>ATTN PAUL J. WINTERHALTER<br>99 WOOD AVENUE SOUTH, SUITE 203<br>ISELIN, NJ 08830 |
| ONDERLAW, LLC<br>ATTN JAMES ONDER<br>110 EAST LOCKWOOD, SECOND FL<br>ST LOUIS, MO 63119 | OTTERBOURG P.C.<br>(COUNSEL TO PLANTIFF'S STEERING COMMITTEE)<br>ATTN: JOHN BOUGIAMAS, MELANIE L CYGANOWSKI & ADAM C SILVERSTEIN<br>230 PARK AVENUE<br>NEW YORK, NY 10169 |
| PACHULSKI STANG ZIEHL & JONES LLP<br>(COUNSEL TO ARNOLD & ITKIN LLP)<br>ATTN: LAURA JONES, KAREN DINE, COLIN ROBINSON, PETER KEANE<br>919 N. MARKET ST, 17TH FL<br>WILMINGTON, DE 19801 | PARKER POE ADAMS & BERNSTEIN LLP<br>(COUNSEL FOR THE CONTINENTAL INSURANCE COMPANY)<br>ATTN ASHLEY A EDWARDS, ESQ<br>620 SOUTH TRYON ST, STE 800<br>CHARLOTTE, NC 28202 |
| PARKINS LEE & RUBIO LLP<br>(COUNSEL TO ONDERLAW, LLC)<br>ATTN: CHARLES M. RUBIO, LENARD M. PARKINS<br>PENNZOIL PLACE<br>700 MILAM STREET<br>SUITE 1300<br>HOUSTON, TX 77002 | PENSION BENEFIT GUARANTY CORPORATION<br>OFFICE OF THE GENERAL COUNSEL<br>ATTN CAROLYN J LACHMAN<br>1200 K STREET, NW, STE 340<br>WASHINGTON, DC 20005-4026 |
| PENSION BENEFIT GUARANTY CORPORATION<br>OFFICE OF THE GENERAL COUNSEL<br>ATTN SIMON J TORRES<br>1200 K STREET, NW<br>WASHINGTON, DC 20005 | PORZIO, BROMBERG & NEWMAN, P.C.<br>(COUNSEL TO RIO TINTO AMERICA HOLDINGS INC.,)<br>ATTN: RACHEL A. PARISI, ESQ.<br>100 SOUTHGATE PARKWAY<br>MORRISTOWN, NJ 07962 |

| | |
|---|---|
| PRYOR CASHMAN LLP<br>(COUNSEL WILLIAM HART PLAINTIFFS)<br>ATTN: SETH H. LIEBERMAN &<br>ANDREW S. RICHMOND<br>7 TIMES SQUARE<br>NEW YORK, NY 10036-6569 | RABINOWITZ, LUBETKIN & TULLY, LLC<br>(COUNSEL TO PROFESSOR J. MARIA GLOVER)<br>ATTN: JONATHAN RABINOWITZ<br>293 EISENHOWER PKWY, STE 100<br>LIVINGSTON, NJ 07039 |
| RANDI S. ELLIS<br>(FUTURE TALC CLAIMANTS REPRESENTATIVE)<br>RANDI S. ELLIS, LLC<br>2220 WESTCREEK LANE SUITE 217<br>HOUSTON, TX 77027 | RAWLINGS & ASSOCIATES<br>(COUNSEL TO BLUE CROSS BLUE SHIELD)<br>ATTN: MARK D FISCHER, ROBERT<br>C GRIFFITH<br>1 EDEN PARKWAY<br>LA GRANGE, KY 40031 |
| RAYBURN COOPER & DURHAM, P.A.<br>(COUNSEL TO DEBTOR)<br>ATTN CRICHARD RAYBURN, JR, JOHN R MILLER, JR,<br>MATTHEW L TOMSIC<br>227 WEST TRADE ST, STE 1200<br>CHARLOTTE, NC 28202 | REED SMITH LLP<br>(COUNSEL TO CYPRUS MINES CORPORATION)<br>ATTN PAUL M SINGER, ESQ<br>REED SMITH CENTRE<br>225 FIFTH AVENUE<br>PITTSBURGH, PA 15222 |
| REED SMITH LLP<br>(COUNSEL TO CYRUS MINES CORPORATION)<br>ATTN JASON D ANGELO, ESQ<br>1201 MORTH MARKET STREET, SUITE 1500<br>WILMINGTON, DE 19801 | REED SMITH LLP<br>(COUNSEL TO CYPRUS MINES CORPORATION)<br>ATTN: DEREK J. BAKER, ESQ.<br>506 CARNEGIE CENTER<br>STE 300<br>PRINCETON, NJ 08543 |
| ROBINSON, CALCAGNIE, ROBINSON,<br>SHAPIRO, DAVIS, INC.<br>ATTN MARK P. ROBINSON, JR.<br>19 CORPORATE PLAZA DRIVE<br>NEWPORT BEACH, CA 92660 | ROSS FELLER CASEY, LLP<br>ATTN: BRIAN J. MCCORMICK, JR.<br>ONE LIBERTY PLACE<br>1650 MARKET ST, 34TH FL<br>PHILADELPHIA, PA 19103 |

RUGGERI PARKS WEINBERG LLP
(COUNSEL TO HARTFORD ACCIDENT AND INDEMNITY...)
ATTN: JOSHUA D. WEINBERG, JOSHUA
P. MAYER
1875 K STREET NW, STE 600
WASHINGTON, DC 20006-1251

SAIBER LLC
(COUNSEL TO KRISTIE LYNN DOYLE)
ATTN: JOHN M AUGUST & MARC E WOLIN
18 COLUMBIA TURNPIKE, STE 200
FLORHAM PARK, NJ 07932

SAVO, SCHALK, GILLESPIE, O'GRODNICK
& FISHER, P.A.
(COUNSEL TO JEANNE STEPHENSON)
ATTN: CHARLES S. SCHALK, JOHN F. BRACAGLIA JR.
56 EAST MAIN ST, STE 301
SOMERVILLE, NJ 08876

SHERMAN SILVERSTEIN KOHL ROSE & PODOLSKY, P.A.
(COUNSEL TO OFFICIAL COMMITTEE OF TALC CLAIMANTS)
ATTN: ARTHUR J ABRAMOWITZ, ALAN I MOLDOFF
ROSS J SWITKES
308 HARPER DRIVE, STE 200
MOORESTOWN, NJ 08057

SIMMONS HANLY CONROY LLC
ATTN JAMES KRAMER
112 MADISON AVE
NEW YORK, NY 10016

SIMON GREENSTONE PANATIERE
BARTLETT, PC
ATTN CHRIS PANATIER
1201 ELM ST, STE 3400
DALLAS, TX 75204

SIMPSON THACHER & BARTLETT LLP
(COUNSEL TO BAUSCH HEALTH)
ATTN: SANDEEP QUSBA, CRAIG S. WALDMAN,
JAMIE J. FELL, ZACHARY J. WEINER, ESQS
425 LEXINGTON AVE
NEW YORK, NY 10017

SIMPSON THACHER & BARTLETT LLP
(COUNSEL TO TRAVELERS CASUALTY AND SURETY COMPANY)
ATTN: MICHAEL H. TORKIN, ANDREW T. FRANKEL,
KATHRINE A. MCLENDON
425 LEXINGTON AVENUE
NEW YORK, NY 10017

SIMPSON THACHER & BARTLETT LLP
(COUNSEL TO TRAVELERS)
ATTN ANDREW T. FRANKEL
425 LEXINGTON AVENUE
NEW YORK, NY 10017

STEVENS & LEE, P.C.
(COUNSEL TO HARTFORD ACCIDENT AND INDEMNITY ..)
ATTN: ANDREAS D. MILLIARESSIS
485 MADISON AVE, 20TH FL
NEW YORK, NY 10022

| | |
|---|---|
| STEVENS & LEE, P.C.<br>(COUNSEL TO HARTFORD ACCIDENT AND INDEMNITY..)<br>ATTN: JOSEPH H. HUSTON, JR.<br>919 NORTH MARKET STREET<br>STE 1300<br>WILMINGTON, DE 19801 | THE GORI LAW FIRM<br>ATTN D TODD MATTHEWS, BETH GORI &<br>SARA SALGER<br>156 N MAIN ST<br>EDWARDSVILLE, IL 62025 |
| THE HENDERSON LAW FIRM, PLLC<br>(COUNSEL TO BLUE CROSS BLUE SHIELD ASSOCIATION)<br>2030 SOUTH TRYON ST, STE 3H<br>CHARLOTTE, NC 28203 | THE KELLY FIRM, P.C.<br>(COUNSEL TO BCBS OF MASSACHUSETTS)<br>ATTN: ANDREW J. KELLY, ESQ.<br>1011 HIGHWAY 71, STE 200<br>SPRING LAKE, NJ 07762 |
| THE LAYTON LAW FIRM, PLLC<br>(COUNSEL TO "WILLIAMS HART PLAINTIFFS")<br>ATTN: CHRISTOPHER D. LAYTON<br>2701 COLTSGATE RD, SUITE 210<br>CHARLOTTE, NC 28211 | THE SHAPIRO LAW FIRM<br>(COUNSEL TO EMPLOYERS INS COMPANY OF WAUSAU & NATIONAL CASUALTY COMPANY)<br>ATTN: JANET A. SHAPIRO<br>325 N. MAPLE DRIVE, #15186<br>BEVERLY HILLS, CA 90209 |
| TOGUT, SEGAL & SEGAL LLP<br>(COUNSEL TO ROGER FRANKEL)<br>ATTN: ALBERT TOGUT, FRANK OSWALD, BRIAN SHAUGHNESSY<br>ONE PENN PLAZA, SUITE 3335<br>NEW YORK, NY 10119 | TRAMMELL PC<br>ATTN FLETCHER V TRAMMELL<br>3262 WESTHEIMER RD, STE 423<br>HOUSTON, TX 77098 |
| TRIF & MODUGNO LLC<br>(COUNSEL TO ATLANTA INTERNATIONAL COMPANY, ETC.)<br>ATTN LOUIS A. MODUGNO<br>89 HEADQUARTERS PLAZA<br>NORTH TOWER, SUITE 1201<br>MORRISTOWN, NJ 07960 | US DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>(COUNSEL TO UNITED STATES OF AMERICA)<br>ATTN J ZACHARY BALASKO<br>PO BOX 875<br>WASHINGTON, DC 20044-0875 |

| | |
|---|---|
| VINSON & ELKINS LLP<br>(COUNSEL TO CYPRUS AMAX MINERALS CO)<br>ATTN STEVEN M ABRAMOWITZ<br>1114 AVENUE OF THE AMERICAS, 32ND FL<br>NEW YORK, NY 10036 | WALLACE & GRAHAM PA<br>(COUNSEL TO DEAN OMAR BRANHAM SHIRLEY LLP)<br>ATTN: WILLIAM M. GRAHAM<br>525 N. MAIN STREET<br>SALISBURY, NC 28144 |
| WARD AND SMITH, P.A.<br>ATTN: PAUL A. FANNING, NORMAN J. LEONARD<br>POST OFFICE BOX 2020<br>ASHEVILLE, NC 28802-2020 | WEITZ & LUXENBERG, P.C.<br>ATTN ELLEN RELKIN<br>220 LAKE DR EAST, STE 210<br>CHERRY HILL, NJ 08002 |
| WEITZ & LUXENBERG, P.C.<br>ATTN DANNY KRAFT, LISA N. BUSCH, JUSTINE DELANEY & PERRY WEITZ<br>700 BROADWAY<br>NEW YORK, NY 10003 | WHITE & CASE LLP<br>(COUNSEL TO J & J AND J & J CONSUMER INC)<br>ATTN JESSICA LAURIA, GLENN M KURTZ & RICARDO PASIANOTTO<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020-1095 |
| WHITE & CASE LLP<br>(COUNSEL TO J & J AND J & J CONSUMER INC)<br>ATTN MICHAEL C SHEPHERD & LAURA L FEMINO<br>200 SOUTH BISCAYNE BLVD, STE 4900<br>MIAMI, FL 33131-2352 | WHITE & CASE LLP<br>(COUNSEL TO J & J AND J & J CONSUMER INC.)<br>ATTN BLAIR WARNER<br>111 SOUTH WACKER DR, STE 5100<br>CHICAGO, IL 60606-4302 |
| WILLIAMS HART LAW FIRM<br>ATN JOHN BOUNDAS, SEJAL BRAHMNHATT, WALT CUBBERLY & MARGOT TREVINO<br>8441 GULF FREEWAY, STE 600<br>HOUSTON, TX 77017 | WINDELS MARX LANE & MITTENDORF LLP<br>(COUNSEL TO ALLSTATE INSURANCE CO)<br>ATTN: ANDREW K CRAIG, STEFANO CALOGERO<br>ONE GIRALDA FARMS<br>MADISON, NJ 07940 |

| | |
|---|---|
| WOLLMUTH MAHER & DEUTSCH LLP<br>(LOCAL COUNSEL TO THE DEBTOR)<br>ATTN: JAMES N. LAWLOR, PAUL<br>DEFILIPPO, LYNDON M. TRETTER, JOSEPH F. PACELLI<br>500 FIFTH AVENUE, 12TH FL<br>NEW YORK, NY 10110 | WOMBLE BOND DICKINSON (US) LLP<br>(COUNSEL TO AD HOC COMMITTEE OF STATES HOLDING CONSUMER PROTECTION CLAIMS)<br>ATTN MATTHEW WARD & ERICKA JOHNSON<br>1313 N MARKET ST, STE 1200<br>WILMINGTON, DE 19801 |
| ZELLE LLP<br>(COUNSEL TO EMPLOYERS INS. COMAPNY OF WAUSAU, ET AL.)<br>ATTN ALEXANDER W COGBILL<br>45 BROADWAY, SUITE 920<br>NEW YORK, NY 10006 | |