UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Janet A. Shapiro, Esq.
The Shapiro Law Firm
325 N. Maple Drive, #15186
Beverly Hills, CA 90209
Tele:  323.852.0333
Email: jshapiro@shapirolawfirm.com

*Counsel to Employers Ins. Company of Wausau; and National Casualty*

Order Filed on April 1, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re:<br><br>LTL Management, LLC,<br><br>                    Debtor. | Case No.:      21-30589<br>Chapter:        11<br><br>Judge:          Michael B. Kaplan<br><br><br>[No Hearing Required] |

## <u>ORDER FOR ADMISSION PRO HAC VICE</u>

The relief set forth on the following page is ORDERED.

**DATED: April 1, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been brought before the Court on application for an Order For Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to <u>Fed. R. Civ. Proc. 78</u>, D.N.J. L. C<u>iv. R. 101.1</u> and D.N.J. LBR 9010-1, and good cause having been shown; it is

ORDERED that Janet A Shapiro be permitted to appear pro hac vice; provided that pursuant to D.N.J. L. Ci<u>v. R. 101.l(c)(4)</u>, an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1 :28-2 and D.N.J. L. Ci<u>v. R. 101.1</u>, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $150.00 fee required by D.N.J. L. Ci<u>v. R. 10l(c)(3)</u> for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, N.J. 07102
Attention: Pro Hac Vice Admissions

and it is further ORDERED that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New

Jersey Lawyers ' Fund for Client Protection within 5 days of its date of entry.