## **EXHIBIT A**

Bates White Invoice for Fourth Monthly Fee Application



2001 K Street, NW, North Building, Suite 500, Washington, DC 20006    main 202.408.6110    fax 202.408.7838

LTL Management LLC  
501 George Street  
New Brunswick, NJ 08933

April 1, 2022  
Matter No. 1383-0001  
Invoice No: 04012022

Re:    In re Bankruptcy proceedings for LTL Management LLC

For professional services rendered by Bates White, LLC between February 1, 2022 and February 28, 2022 in connection with the above referenced matter.

|  | Total |
|---|---:|
| Total Fees – LTL Bankruptcy: | $263,057.50 |
| Total Fees – Imerys Bankruptcy (50% of total): | $0.00 |
| Total Fees: | $263,057.50 |
| Total Disbursements: | $741.72 |
| Total Fees Plus Disbursements: | $263,799.22 |
| Minus 20% Holdback of Fees: | $52,611.50 |
| **Interim Amount:** | **$211,187.72** |
| Balance of retainer | $0.00 |
| Minus credit for prompt payment | $9,422.10 |
| **TOTAL AMOUNT DUE** | **$201,765.62** |

For Payment by US mail:

**Bates White, LLC**  
Attn: Accounts Receivable  
2001 K Street, NW  
North Building, Suite 500  
Washington, DC 20006

EIN: 52-2183096  
SWIFT: SNTRUS3A

For ACH payment or wire transfer

**Bates White, LLC**  
ABA 061000104  
Account 1000195670509  
SunTrust Bank  
8330 Boone Boulevard  
Vienna, VA 22182