# **EXHIBIT C**

Invoice detail – LTL Bankruptcy

Bates White, LLC

| Date incurred | Employee | Category | Notes | Hours | Professional fees |
|---|---|---|---|---|---|
| 2/1/2022 | Evans, Andrew | Analysis | Strategic considerations around potential next steps | 0.2 | $165.00 |
| 2/1/2022 | Lobel, Scott | Data Gathering & Processing | Outline data needs for talc claims analysis | 2.0 | $1,500.00 |
| 2/1/2022 | Lobel, Scott | Project Management | Prioritize workstreams for team | 0.8 | $600.00 |
| 2/1/2022 | Lobel, Scott | Project Management | Respond to counsel re retention letter | 0.5 | $375.00 |
| 2/1/2022 | Mullin, Charles | Analysis | Worked on outline of expert analyses | 2.1 | $2,415.00 |
| 2/1/2022 | Aharoni, Assaph | Data Gathering & Processing | Compile publicly available materials related to talc claims analysis | 0.3 | $180.00 |
| 2/1/2022 | Aharoni, Assaph | Data Gathering & Processing | Review and analyze publicly available materials re talc claims | 2.9 | $1,740.00 |
| 2/1/2022 | Aharoni, Assaph | Data Gathering & Processing | Plan next steps for claims data processing | 1.0 | $600.00 |
| 2/1/2022 | Aharoni, Assaph | Project Management | Plan workstreams related to talc claims analysis | 0.8 | $480.00 |
| 2/1/2022 | Peters, Sarah | Data Gathering & Processing | QC claims data processing and deduplication | 1.0 | $600.00 |
| 2/1/2022 | Peters, Sarah | Project Management | Review case status and think through next steps | 0.6 | $360.00 |
| 2/1/2022 | Coleman, Nathan | Data Gathering & Processing | Review workstreams for claims data processing | 1.1 | $429.00 |
| 2/1/2022 | Stewart, Samantha | Data Gathering & Processing | Exploring harmonization process in claims data | 1.1 | $451.00 |
| 2/1/2022 | Weiss, David | Data Gathering & Processing | Reviewed documentation of claims data processing | 2.2 | $803.00 |
| 2/2/2022 | Evans, Andrew | Project Management | Plan for production of redacted Mullin Imerys report and related logistics for potential Mullin depo | 0.3 | $247.50 |
| 2/2/2022 | Grinberg, Rachel | Project Management | Reviewed status of work steams | 0.5 | $450.00 |
| 2/2/2022 | Lobel, Scott | Analysis | Review impact of Court's ruling re Mullin Imerys report | 0.8 | $600.00 |
| 2/2/2022 | Lobel, Scott | Data Gathering & Processing | Review potential next steps in talc claims analysis | 1.5 | $1,125.00 |
| 2/2/2022 | Lobel, Scott | Fee Request Preparation | Work on updates to December fee app | 1.0 | $750.00 |
| 2/2/2022 | Lobel, Scott | Project Management | Prioritize workstreams for team | 0.5 | $375.00 |
| 2/2/2022 | Aharoni, Assaph | Data Gathering & Processing | Continue reviewing claims data processing | 1.3 | $780.00 |
| 2/2/2022 | Aharoni, Assaph | Data Gathering & Processing | QC and plan next steps for claims data processing | 1.8 | $1,080.00 |
| 2/2/2022 | Aharoni, Assaph | Fee Request Preparation | Work on monthly fee application | 0.3 | $180.00 |
| 2/2/2022 | Aharoni, Assaph | Project Management | Plan next steps for workstreams | 0.5 | $300.00 |
| 2/2/2022 | Peters, Sarah | Fee Request Preparation | Review and update fee application | 1.2 | $720.00 |
| 2/2/2022 | Peters, Sarah | Project Management | Review case updates; outline next steps | 0.5 | $300.00 |
| 2/2/2022 | Coleman, Nathan | Data Gathering & Processing | Harmonize workstreams | 0.5 | $195.00 |
| 2/2/2022 | Coleman, Nathan | Data Gathering & Processing | Update documentation for claims data processing | 2.2 | $858.00 |
| 2/2/2022 | Coleman, Nathan | Data Gathering & Processing | Harmonize workstreams for claims data updates to the processing | 2.5 | $975.00 |
| 2/2/2022 | Stewart, Samantha | Data Gathering & Processing | Documenting next steps on claims data processing | 1.3 | $533.00 |
| 2/2/2022 | Stewart, Samantha | Data Gathering & Processing | Reviewing case updates | 0.5 | $205.00 |
| 2/2/2022 | Stewart, Samantha | Data Gathering & Processing | Prioritizing claims data processing updates | 1.9 | $779.00 |
| 2/2/2022 | Weiss, David | Analysis | Reviewed case and dismissal hearing status | 0.5 | $182.50 |
| 2/2/2022 | Weiss, David | Data Gathering & Processing | Reviewed claims data processing | 2.1 | $766.50 |
| 2/3/2022 | Evans, Andrew | Analysis | Working session on supporting analysis for MTD hearing | 1.0 | $825.00 |
| 2/3/2022 | Evans, Andrew | Analysis | Additional work on MTD support | 0.4 | $330.00 |
| 2/3/2022 | Evans, Andrew | Client Communication | Call with Prieto | 0.7 | $577.50 |
| 2/3/2022 | Evans, Andrew | Project Management | Tasks and information to team on next steps for MTD hearing support | 0.1 | $82.50 |
| 2/3/2022 | Grinberg, Rachel | Project Management | Assessed next steps for prep for the upcoming hearing | 0.9 | $810.00 |
| 2/3/2022 | Lobel, Scott | Analysis | Think through MTD hearing testimony, as well as production of redacted report | 3.2 | $2,400.00 |
| 2/3/2022 | Lobel, Scott | Fee Request Preparation | Work on LTL fee application | 0.5 | $375.00 |
| 2/3/2022 | Lobel, Scott | Project Management | Review potential redactions to Imerys report | 0.3 | $225.00 |
| 2/3/2022 | Lobel, Scott | Project Management | Work on retention application, bill rate changes | 0.8 | $600.00 |
| 2/3/2022 | Mullin, Charles | Analysis | Reviewed materials regarding Imerys report production and scope of potential deposition | 1.3 | $1,495.00 |
| 2/3/2022 | Aharoni, Assaph | Data Gathering & Processing | Continue working on claims data processing workplan | 0.9 | $540.00 |

Bates White, LLC

| Date incurred | Employee | Category | Notes | Hours | Professional fees |
|---|---|---|---|---|---|
| 2/3/2022 | Aharoni, Assaph | Project Management | Review workplan for project tasks | 0.5 | $300.00 |
| 2/3/2022 | Aharoni, Assaph | Project Management | Prepare 2022 bill rate notice | 1.3 | $780.00 |
| 2/3/2022 | Aharoni, Assaph | Project Management | Review case status updates | 0.3 | $180.00 |
| 2/3/2022 | Peters, Sarah | Fee Request Preparation | QC and update fee application | 1.3 | $780.00 |
| 2/3/2022 | Peters, Sarah | Project Management | Review case status and plan for upcoming filings | 1.2 | $720.00 |
| 2/3/2022 | Coleman, Nathan | Data Gathering & Processing | QC documentation for claims data | 1.9 | $741.00 |
| 2/3/2022 | Coleman, Nathan | Data Gathering & Processing | Review deduplication and version control | 2.5 | $975.00 |
| 2/3/2022 | Coleman, Nathan | Data Gathering & Processing | Review deduplication and version control continued | 1.8 | $702.00 |
| 2/3/2022 | Stewart, Samantha | Data Gathering & Processing | Reviewing structure of claims data reconciliation | 0.7 | $287.00 |
| 2/3/2022 | Stewart, Samantha | Data Gathering & Processing | Documenting structural updates to processing claims data | 0.7 | $287.00 |
| 2/3/2022 | Stewart, Samantha | Data Gathering & Processing | Harmonizing structural updates | 0.2 | $82.00 |
| 2/3/2022 | Stewart, Samantha | Data Gathering & Processing | Reviewing claims data treatment | 0.6 | $246.00 |
| 2/3/2022 | Weiss, David | Data Gathering & Processing | Updating processing of claims data | 1.7 | $620.50 |
| 2/3/2022 | Weiss, David | Data Gathering & Processing | Reviewing structure of claims data processing | 0.5 | $182.50 |
| 2/3/2022 | Weiss, David | Data Gathering & Processing | Processing claims data raw fields | 1.1 | $401.50 |
| 2/4/2022 | Evans, Andrew | Analysis | Additional work in prep for MTD hearing and Mullin depo prep | 0.3 | $247.50 |
| 2/4/2022 | Evans, Andrew | Analysis | Prepare for upcoming Mullin deposition | 0.2 | $165.00 |
| 2/4/2022 | Evans, Andrew | Analysis | Review of other expert reports | 0.3 | $247.50 |
| 2/4/2022 | Evans, Andrew | Client Communication | Call with Lobel; Jones; Torborg; and Rasmussen on MTD hearing | 0.3 | $247.50 |
| 2/4/2022 | Lobel, Scott | Analysis | Planning for Mullin deposition prep | 0.2 | $150.00 |
| 2/4/2022 | Lobel, Scott | Analysis | Prep for MTD hearing | 1.3 | $975.00 |
| 2/4/2022 | Lobel, Scott | Client Communication | Call with Evans; Jones; Torborg; and Rasmussen regarding MTD hearing | 0.3 | $225.00 |
| 2/4/2022 | Lobel, Scott | Fee Request Preparation | Finalize and submit fee app and invoice for Oct-December time | 2.4 | $1,800.00 |
| 2/4/2022 | Mullin, Charles | Analysis | Continued review of materials regarding Imerys report production and scope of potential deposition | 0.8 | $920.00 |
| 2/4/2022 | Aharoni, Assaph | Analysis | Catalog publicly submitted expert reports | 1.4 | $840.00 |
| 2/4/2022 | Aharoni, Assaph | Analysis | Review potential next steps for talc claims analysis | 0.2 | $120.00 |
| 2/4/2022 | Aharoni, Assaph | Project Management | Continue preparing 2022 bill rates letter | 0.3 | $180.00 |
| 2/4/2022 | Aharoni, Assaph | Project Management | Plan next steps for case workstreams | 0.3 | $180.00 |
| 2/4/2022 | Peters, Sarah | Fee Request Preparation | QC bill rate summary and preparation of fee app materials | 0.6 | $360.00 |
| 2/4/2022 | Coleman, Nathan | Data Gathering & Processing | Review deduplication scripts | 2.7 | $1,053.00 |
| 2/4/2022 | Stewart, Samantha | Data Gathering & Processing | Reviewing fields in claims data | 1.6 | $656.00 |
| 2/4/2022 | Weiss, David | Data Gathering & Processing | Updated claims data processing | 2.4 | $876.00 |
| 2/4/2022 | Weiss, David | Data Gathering & Processing | Reviewed updates to claims data variables | 1.3 | $474.50 |
| 2/7/2022 | Evans, Andrew | Analysis | Plan for MTD hearing and next steps | 0.4 | $330.00 |
| 2/7/2022 | Lobel, Scott | Analysis | Review materials to prep for MTD hearing | 1.4 | $1,050.00 |
| 2/7/2022 | Lobel, Scott | Analysis | Continue to prep for MTD hearing | 0.5 | $375.00 |
| 2/7/2022 | Mullin, Charles | Testimony | Reviewed materials in preparation for Friday deposition regarding PI hearing and reports | 0.8 | $920.00 |
| 2/7/2022 | Aharoni, Assaph | Analysis | Read and review documents related to upcoming testimony | 0.7 | $420.00 |
| 2/7/2022 | Aharoni, Assaph | Data Gathering & Processing | Plan next steps for claims data processing | 0.2 | $120.00 |
| 2/7/2022 | Coleman, Nathan | Data Gathering & Processing | Update docket review | 1.0 | $390.00 |
| 2/7/2022 | Coleman, Nathan | Data Gathering & Processing | QC updates to claims processing | 3.0 | $1,170.00 |
| 2/7/2022 | Coleman, Nathan | Data Gathering & Processing | QC updates to claims processing continued | 2.6 | $1,014.00 |
| 2/7/2022 | Coleman, Nathan | Data Gathering & Processing | Review workstreams for claims data processing | 2.0 | $780.00 |
| 2/7/2022 | Weiss, David | Data Gathering & Processing | Prepared additional fields for claims data | 2.0 | $730.00 |
| 2/7/2022 | Weiss, David | Data Gathering & Processing | Continue to work on claims data processing | 1.2 | $438.00 |
| 2/7/2022 | Weiss, David | Data Gathering & Processing | Updated claims data processing | 0.7 | $255.50 |
| 2/8/2022 | Evans, Andrew | Analysis | Prep for MTD hearing | 0.5 | $412.50 |

| Date incurred | Employee | Category | Notes | Hours | Professional fees |
|---|---|---|---|---|---|
| 2/8/2022 | Grinberg, Rachel | Project Management | Reviewed work streams for depo/hearing prep and next steps | 0.5 | $450.00 |
| 2/8/2022 | Lobel, Scott | Analysis | Prepare materials for MTD hearing | 3.8 | $2,850.00 |
| 2/8/2022 | Lobel, Scott | Analysis | Continue to prepare materials for MTD hearing | 1.8 | $1,350.00 |
| 2/8/2022 | Lobel, Scott | Client Communication | Respond to counsel re MTD hearing | 0.5 | $375.00 |
| 2/8/2022 | Lobel, Scott | Project Management | Outline priorities, deadlines for team | 0.5 | $375.00 |
| 2/8/2022 | Mullin, Charles | Client Communication | Addressing questions from counsel regarding upcoming hearings | 0.3 | $345.00 |
| 2/8/2022 | Mullin, Charles | Testimony | Review of redacted expert report of Mullin from Imerys and Mullin LTL report in preparation for deposition | 3.2 | $3,680.00 |
| 2/8/2022 | Aharoni, Assaph | Data Gathering & Processing | QC updates to claims data processing | 1.1 | $660.00 |
| 2/8/2022 | Aharoni, Assaph | Project Management | Review case status updates | 0.5 | $300.00 |
| 2/8/2022 | Peters, Sarah | Project Management | Review status of workstreams and plan for deposition / hearing | 0.5 | $300.00 |
| 2/8/2022 | Coleman, Nathan | Data Gathering & Processing | Analyze output from claims data updates | 2.8 | $1,092.00 |
| 2/8/2022 | Coleman, Nathan | Data Gathering & Processing | Analyze output from claims data updates continued | 2.6 | $1,014.00 |
| 2/8/2022 | Coleman, Nathan | Data Gathering & Processing | Harmonize workstreams for claims data | 1.0 | $390.00 |
| 2/8/2022 | Osgood, Jessie | Data Gathering & Processing | Work on claims data processing scripts | 1.0 | $390.00 |
| 2/8/2022 | Stewart, Samantha | Data Gathering & Processing | Harmonizing claims data workstreams | 0.3 | $123.00 |
| 2/8/2022 | Stewart, Samantha | Data Gathering & Processing | Reviewing claims data updates and next steps | 1.0 | $410.00 |
| 2/8/2022 | Stewart, Samantha | Data Gathering & Processing | Summarizing next steps on claims data processing | 0.5 | $205.00 |
| 2/8/2022 | Weiss, David | Data Gathering & Processing | Updating claims data processing and documentation | 2.9 | $1,058.50 |
| 2/8/2022 | Weiss, David | Data Gathering & Processing | Reviewed updates to claims data processing | 1.2 | $438.00 |
| 2/8/2022 | Weiss, David | Data Gathering & Processing | Reviewed claims data processing workstreams | 0.7 | $255.50 |
| 2/9/2022 | Evans, Andrew | Analysis | Working session on testimony prep | 1.2 | $990.00 |
| 2/9/2022 | Evans, Andrew | Analysis | Review case status and next steps for team | 0.5 | $412.50 |
| 2/9/2022 | Evans, Andrew | Project Management | Follow-up on retention application finalization | 0.1 | $82.50 |
| 2/9/2022 | Lobel, Scott | Analysis | Review materials to prep for deposition, MTD hearing | 1.5 | $1,125.00 |
| 2/9/2022 | Lobel, Scott | Project Management | Respond to UST re retention letter | 0.6 | $450.00 |
| 2/9/2022 | Lobel, Scott | Project Management | Prioritize workstreams for team | 0.5 | $375.00 |
| 2/9/2022 | Lobel, Scott | Project Management | Call with UST re retention order | 0.5 | $375.00 |
| 2/9/2022 | Lobel, Scott | Project Management | Follow-up on call with UST | 0.3 | $225.00 |
| 2/9/2022 | Lobel, Scott | Project Management | Review and provide feedback on retention order changes | 0.8 | $600.00 |
| 2/9/2022 | Mullin, Charles | Testimony | Review of updated redacted version of Mullin Imerys report in preparation for deposition | 0.6 | $690.00 |
| 2/9/2022 | Mullin, Charles | Testimony | Reviewed materials and report in preparation for deposition | 1.4 | $1,610.00 |
| 2/9/2022 | Aharoni, Assaph | Analysis | Review publicly available documents re: case | 0.2 | $120.00 |
| 2/9/2022 | Aharoni, Assaph | Project Management | Review workplan for upcoming testimony prep | 0.5 | $300.00 |
| 2/9/2022 | Peters, Sarah | Analysis | Review materials in prep for expert's deposition and testimony | 1.4 | $840.00 |
| 2/9/2022 | Peters, Sarah | Project Management | Review status of workstreams and case updates | 0.5 | $300.00 |
| 2/9/2022 | Coleman, Nathan | Data Gathering & Processing | Document assumptions and outstanding questions on claims data | 2.3 | $897.00 |
| 2/9/2022 | Coleman, Nathan | Data Gathering & Processing | Harmonize workstreams | 0.5 | $195.00 |
| 2/9/2022 | Coleman, Nathan | Data Gathering & Processing | QC revised claims processing | 2.2 | $858.00 |
| 2/9/2022 | Coleman, Nathan | Data Gathering & Processing | Document assumptions and outstanding questions on claims data continued | 2.5 | $975.00 |
| 2/9/2022 | Osgood, Jessie | Data Gathering & Processing | Continue to work on claims data processing scripts | 2.7 | $1,053.00 |
| 2/9/2022 | Stewart, Samantha | Data Gathering & Processing | Outlining questions on claims data interpretation | 1.3 | $533.00 |
| 2/9/2022 | Stewart, Samantha | Data Gathering & Processing | Harmonizing workstreams | 0.5 | $205.00 |
| 2/9/2022 | Stewart, Samantha | Data Gathering & Processing | Prioritizing next steps | 0.3 | $123.00 |
| 2/9/2022 | Weiss, David | Analysis | Reviewed case status and workstreams | 0.5 | $182.50 |

| Date incurred | Employee | Category | Notes | Hours | Professional fees |
|---|---|---|---|---|---|
| 2/9/2022 | Weiss, David | Data Gathering & Processing | Updated processing of claims data | 1.4 | $511.00 |
| 2/9/2022 | Weiss, David | Data Gathering & Processing | Drafted questions about claims data | 1.2 | $438.00 |
| 2/9/2022 | Weiss, David | Data Gathering & Processing | Processed claims data | 1.9 | $693.50 |
| 2/10/2022 | Evans, Andrew | Analysis | Consideration of other claim issues and input to counsel on same | 0.2 | $165.00 |
| 2/10/2022 | Evans, Andrew | Analysis | Analysis and review of report and supporting materials as part of depo prep support | 0.8 | $660.00 |
| 2/10/2022 | Evans, Andrew | Client Communication | Working session with Kairey; Mullin; Lobel; Jones to prep for Mullin deposition and testimony | 1.2 | $990.00 |
| 2/10/2022 | Evans, Andrew | Client Communication | Call with Jones, Kairey; Lobel on final steps for Mullin deposition | 0.3 | $247.50 |
| 2/10/2022 | Lobel, Scott | Analysis | Review materials to prep for MTD hearing | 2.5 | $1,875.00 |
| 2/10/2022 | Lobel, Scott | Analysis | Work on depo prep materials for expert | 2.0 | $1,500.00 |
| 2/10/2022 | Lobel, Scott | Client Communication | Call with Jones, Kairey; Evans on plan for Mullin deposition | 0.3 | $225.00 |
| 2/10/2022 | Lobel, Scott | Client Communication | Meeting with counsel (Jones, Kairey) and team (Evans, Mullin) in preparation for deposition | 1.2 | $900.00 |
| 2/10/2022 | Mullin, Charles | Client Communication | Working session with Kairey; Lobel; Jones; Evans to prep for deposition and MTD hearing | 1.2 | $1,380.00 |
| 2/10/2022 | Mullin, Charles | Testimony | Continued preparation for deposition including review of recently produced materials | 1.4 | $1,610.00 |
| 2/10/2022 | Aharoni, Assaph | Research | Conduct research re: mass tort settlements | 1.9 | $1,140.00 |
| 2/10/2022 | Peters, Sarah | Analysis | Review materials related to upcoming expert deposition | 0.4 | $240.00 |
| 2/10/2022 | Peters, Sarah | Research | Research mass tort resolutions | 0.4 | $240.00 |
| 2/10/2022 | Coleman, Nathan | Data Gathering & Processing | Review and update data documentation memo | 2.5 | $975.00 |
| 2/10/2022 | Coleman, Nathan | Data Gathering & Processing | Review and update data documentation memo continued | 1.5 | $585.00 |
| 2/10/2022 | Coleman, Nathan | Research | Researched and analyzed mass tort settlements | 2.0 | $780.00 |
| 2/10/2022 | Stewart, Samantha | Data Gathering & Processing | Reviewing status of claims data questions | 0.3 | $123.00 |
| 2/10/2022 | Weiss, David | Data Gathering & Processing | Updated claims data documentation memo | 1.4 | $511.00 |
| 2/10/2022 | Weiss, David | Research | Researched historical mass settlements | 1.6 | $584.00 |
| 2/11/2022 | Evans, Andrew | Analysis | Prep related to MTD hearing | 0.2 | $165.00 |
| 2/11/2022 | Evans, Andrew | Analysis | Review of materials related to MTD hearing | 0.8 | $660.00 |
| 2/11/2022 | Evans, Andrew | Analysis | Follow-up on Mullin deposition and related prep for testimony | 0.5 | $412.50 |
| 2/11/2022 | Lobel, Scott | Project Management | Follow-up with counsel on retention order | 0.4 | $300.00 |
| 2/11/2022 | Mullin, Charles | Client Communication | Call with counsel (Jones) in preparation for deposition | 0.2 | $230.00 |
| 2/11/2022 | Mullin, Charles | Testimony | Sitting for my deposition | 2.8 | $3,220.00 |
| 2/11/2022 | Aharoni, Assaph | Analysis | Review publicly available brief from docket | 0.5 | $300.00 |
| 2/11/2022 | Aharoni, Assaph | Data Gathering & Processing | QC updates to claims data processing | 1.1 | $660.00 |
| 2/11/2022 | Peters, Sarah | Analysis | Read through recent case filings | 0.4 | $240.00 |
| 2/11/2022 | Coleman, Nathan | Data Gathering & Processing | QC claims data documentation memo | 1.4 | $546.00 |
| 2/11/2022 | Coleman, Nathan | Data Gathering & Processing | Review workstreams for updating claims data processing | 1.6 | $624.00 |
| 2/11/2022 | Coleman, Nathan | Data Gathering & Processing | Review updates to claims data processing | 0.8 | $312.00 |
| 2/11/2022 | Stewart, Samantha | Data Gathering & Processing | Documenting claims data questions | 1.2 | $492.00 |
| 2/11/2022 | Stewart, Samantha | Data Gathering & Processing | Exploring claims data processing decisions | 1.0 | $410.00 |
| 2/11/2022 | Stewart, Samantha | Data Gathering & Processing | Harmonizing next steps for claims data processing | 0.4 | $164.00 |
| 2/11/2022 | Stewart, Samantha | Data Gathering & Processing | Outlining priorities for claims data processing | 0.8 | $328.00 |
| 2/11/2022 | Weiss, David | Data Gathering & Processing | Reviewed and updated claims data documentation memo | 1.4 | $511.00 |
| 2/11/2022 | Weiss, David | Data Gathering & Processing | Updating claims data processing | 1.0 | $365.00 |
| 2/11/2022 | Weiss, David | Data Gathering & Processing | Reviewed claims data processing | 1.0 | $365.00 |
| 2/11/2022 | Weiss, David | Data Gathering & Processing | Harmonized claims data workstreams | 0.5 | $182.50 |

| Date incurred | Employee | Category | Notes | Hours | Professional fees |
|---|---|---|---|---|---|
| 2/11/2022 | Weiss, David | Research | Updated memo regarding mass tort resolutions | 0.2 | $73.00 |
| 2/12/2022 | Peters, Sarah | Analysis | Continue to review recent case filings | 0.3 | $180.00 |
| 2/12/2022 | Peters, Sarah | Client Communication | Review and respond to request from counsel | 0.2 | $120.00 |
| 2/14/2022 | Evans, Andrew | Analysis | Update on MTD hearing and related prep for Mullin testimony | 0.2 | $165.00 |
| 2/14/2022 | Lobel, Scott | Analysis | Listen to and summarize key points from MTD hearing | 1.5 | $1,125.00 |
| 2/14/2022 | Lobel, Scott | Fee Request Preparation | Work on monthly, interim fee applications | 0.8 | $600.00 |
| 2/14/2022 | Aharoni, Assaph | Analysis | Plan next steps for talc claims analysis | 0.3 | $180.00 |
| 2/14/2022 | Aharoni, Assaph | Data Gathering & Processing | QC updates to claims data processing | 0.6 | $360.00 |
| 2/14/2022 | Aharoni, Assaph | Fee Request Preparation | Plan for interim fee application | 0.5 | $300.00 |
| 2/14/2022 | Aharoni, Assaph | Project Management | Organize case documentation | 0.2 | $120.00 |
| 2/14/2022 | Peters, Sarah | Fee Request Preparation | Review progress on January fee request | 0.2 | $120.00 |
| 2/14/2022 | Peters, Sarah | Project Management | Review hearing status | 0.3 | $180.00 |
| 2/14/2022 | Peters, Sarah | Project Management | Follow up on workstream progress | 0.3 | $180.00 |
| 2/14/2022 | Coleman, Nathan | Data Gathering & Processing | Analyze docket entries | 1.0 | $390.00 |
| 2/14/2022 | Coleman, Nathan | Data Gathering & Processing | Prepare reconciliation input file | 1.8 | $702.00 |
| 2/14/2022 | Coleman, Nathan | Data Gathering & Processing | Prepare reconciliation comparison file | 2.5 | $975.00 |
| 2/14/2022 | Coleman, Nathan | Data Gathering & Processing | Harmonize workstreams for data reconciliation | 0.7 | $273.00 |
| 2/14/2022 | Coleman, Nathan | Data Gathering & Processing | Review of publicly available claim materials | 1.8 | $702.00 |
| 2/14/2022 | Stewart, Samantha | Data Gathering & Processing | Exploring claims data patterns for harmonization | 1.2 | $492.00 |
| 2/14/2022 | Stewart, Samantha | Data Gathering & Processing | Reviewing case outcomes | 1.4 | $574.00 |
| 2/14/2022 | Stewart, Samantha | Data Gathering & Processing | Documenting next steps for claims data processing | 0.5 | $205.00 |
| 2/14/2022 | Stewart, Samantha | Data Gathering & Processing | Streamlining claims data examples for harmonization | 0.6 | $246.00 |
| 2/14/2022 | Stewart, Samantha | Data Gathering & Processing | Outlining claims data processing assumptions | 2.0 | $820.00 |
| 2/14/2022 | Stewart, Samantha | Data Gathering & Processing | Reviewing patterns in claims data for duplicate records | 0.7 | $287.00 |
| 2/14/2022 | Stewart, Samantha | Data Gathering & Processing | Updating claims data examples for harmonization | 0.9 | $369.00 |
| 2/14/2022 | Stewart, Samantha | Data Gathering & Processing | Prioritizing next steps | 0.3 | $123.00 |
| 2/14/2022 | Weiss, David | Data Gathering & Processing | Analyzed claims data processing | 0.5 | $182.50 |
| 2/14/2022 | Weiss, David | Data Gathering & Processing | Processed fields in claims data | 0.8 | $292.00 |
| 2/15/2022 | Evans, Andrew | Analysis | Additional analysis in support of MTD hearing | 0.2 | $165.00 |
| 2/15/2022 | Evans, Andrew | Analysis | Prep and logistics related to Mullin MTD testimony | 0.7 | $577.50 |
| 2/15/2022 | Evans, Andrew | Analysis | Additional analysis in support of Mullin MTD hearing testimony | 0.3 | $247.50 |
| 2/15/2022 | Evans, Andrew | Project Management | Update, planning around hearing support | 0.2 | $165.00 |
| 2/15/2022 | Lobel, Scott | Analysis | Prepare for MTD hearing testimony | 3.3 | $2,475.00 |
| 2/15/2022 | Lobel, Scott | Analysis | Review Mullin deposition transcript, prep for MTD hearing | 1.5 | $1,125.00 |
| 2/15/2022 | Lobel, Scott | Analysis | Continue to review materials to prep for MTD hearing | 1.2 | $900.00 |
| 2/15/2022 | Lobel, Scott | Project Management | Review final LTL retention order | 0.1 | $75.00 |
| 2/15/2022 | Mullin, Charles | Analysis | Preparation for Thursday hearing testimony | 0.7 | $805.00 |
| 2/15/2022 | Aharoni, Assaph | Data Gathering & Processing | Work on claims data processing and reconciliation | 1.0 | $600.00 |
| 2/15/2022 | Aharoni, Assaph | Project Management | Review case status updates, including re: MTD hearing | 1.2 | $720.00 |
| 2/15/2022 | Peters, Sarah | Fee Request Preparation | Prepare January fee application | 1.3 | $780.00 |
| 2/15/2022 | Peters, Sarah | Project Management | Review status of workstreams | 0.2 | $120.00 |
| 2/15/2022 | Cumbo, Peter | Data Gathering & Processing | Reviewing processing of fields in claims data | 0.4 | $184.00 |
| 2/15/2022 | Coleman, Nathan | Data Gathering & Processing | Review workstreams for processing claims data | 3.0 | $1,170.00 |
| 2/15/2022 | Coleman, Nathan | Data Gathering & Processing | Review of publicly available claim materials | 0.8 | $312.00 |
| 2/15/2022 | Coleman, Nathan | Data Gathering & Processing | Update deduplication processing | 0.6 | $234.00 |
| 2/15/2022 | Stewart, Samantha | Data Gathering & Processing | Reviewing claims data patterns and processing | 0.3 | $123.00 |
| 2/15/2022 | Stewart, Samantha | Data Gathering & Processing | Reviewing status of claims data processing | 1.5 | $615.00 |
| 2/15/2022 | Stewart, Samantha | Data Gathering & Processing | Exploring standardization of claims data information | 1.6 | $656.00 |
| 2/15/2022 | Stewart, Samantha | Data Gathering & Processing | Reviewing restructuring of claims data processing | 0.3 | $123.00 |

| Date incurred | Employee | Category | Notes | Hours | Professional fees |
|---|---|---|---|---|---|
| 2/15/2022 | Stewart, Samantha | Fee Request Preparation | Updating fee application preparation | 2.2 | $902.00 |
| 2/15/2022 | Stewart, Samantha | Fee Request Preparation | QCing updates to fee application preparation | 0.7 | $287.00 |
| 2/15/2022 | Weiss, David | Data Gathering & Processing | Reviewed field processing in claims data | 0.3 | $109.50 |
| 2/15/2022 | Weiss, David | Data Gathering & Processing | Reviewed and prioritized claims processing workstreams | 0.5 | $182.50 |
| 2/15/2022 | Weiss, David | Data Gathering & Processing | Updated claims data processing | 1.8 | $657.00 |
| 2/15/2022 | Weiss, David | Data Gathering & Processing | Reviewed claims data processing | 1.1 | $401.50 |
| 2/15/2022 | Weiss, David | Data Gathering & Processing | Updated organization and structure of claims data processing | 1.0 | $365.00 |
| 2/16/2022 | Evans, Andrew | Analysis | Review case status and next steps | 0.5 | $412.50 |
| 2/16/2022 | Evans, Andrew | Analysis | Provide MTD hearing support | 0.4 | $330.00 |
| 2/16/2022 | Grinberg, Rachel | Project Management | Reviewed status of workstreams | 0.3 | $270.00 |
| 2/16/2022 | Lobel, Scott | Analysis | Prepare for MTD hearing testimony | 2.7 | $2,025.00 |
| 2/16/2022 | Lobel, Scott | Project Management | Prioritize workstreams for team | 1.2 | $900.00 |
| 2/16/2022 | Mullin, Charles | Testimony | Attending morning session of court listening to witnesses | 2.4 | $2,760.00 |
| 2/16/2022 | Mullin, Charles | Testimony | Attending afternoon session of court listening to witnesses | 3.1 | $3,565.00 |
| 2/16/2022 | Mullin, Charles | Testimony | Review of my report and materials in preparation for testimony | 1.2 | $1,380.00 |
| 2/16/2022 | Mullin, Charles | Testimony | Preparation with counsel for testimony | 0.8 | $920.00 |
| 2/16/2022 | Aharoni, Assaph | Data Gathering & Processing | Analyze updates to claims data processing | 1.3 | $780.00 |
| 2/16/2022 | Aharoni, Assaph | Project Management | Update case documentation | 0.7 | $420.00 |
| 2/16/2022 | Aharoni, Assaph | Project Management | Review case status updates, inc. in re: MTD | 0.7 | $420.00 |
| 2/16/2022 | Peters, Sarah | Data Gathering & Processing | Review and QC updates to data processing | 1.2 | $720.00 |
| 2/16/2022 | Peters, Sarah | Project Management | Review case status and updates from MTD hearing | 1.0 | $600.00 |
| 2/16/2022 | Coleman, Nathan | Data Gathering & Processing | Harmonize workstreams | 2.6 | $1,014.00 |
| 2/16/2022 | Coleman, Nathan | Data Gathering & Processing | Update scripts for processing claims data | 1.0 | $390.00 |
| 2/16/2022 | Coleman, Nathan | Data Gathering & Processing | Review publicly available documents | 1.1 | $429.00 |
| 2/16/2022 | Coleman, Nathan | Data Gathering & Processing | Update claims data processing | 2.9 | $1,131.00 |
| 2/16/2022 | Stewart, Samantha | Data Gathering & Processing | Work on restructuring of claims data processing | 0.5 | $205.00 |
| 2/16/2022 | Stewart, Samantha | Data Gathering & Processing | Harmonizing workstreams | 0.5 | $205.00 |
| 2/16/2022 | Stewart, Samantha | Data Gathering & Processing | Summarizing claims data processing next steps | 1.2 | $492.00 |
| 2/16/2022 | Stewart, Samantha | Data Gathering & Processing | Reviewing claims data processing assumptions | 2.7 | $1,107.00 |
| 2/16/2022 | Stewart, Samantha | Data Gathering & Processing | Harmonizing claims data processing updates | 1.2 | $492.00 |
| 2/16/2022 | Stewart, Samantha | Data Gathering & Processing | Prioritizing next steps for claims data review | 0.7 | $287.00 |
| 2/16/2022 | Stewart, Samantha | Research | Reviewing role of MDL in tort history | 0.3 | $123.00 |
| 2/16/2022 | Weiss, David | Analysis | Reviewed case status | 0.5 | $182.50 |
| 2/16/2022 | Weiss, David | Data Gathering & Processing | Updated processing of claims data | 2.1 | $766.50 |
| 2/16/2022 | Weiss, David | Data Gathering & Processing | Organized claims data processing workstreams | 1.4 | $511.00 |
| 2/17/2022 | Evans, Andrew | Analysis | Hearing update and plan around potential next steps | 0.5 | $412.50 |
| 2/17/2022 | Evans, Andrew | Project Management | Planning around next steps post MTD hearing | 0.1 | $82.50 |
| 2/17/2022 | Lobel, Scott | Analysis | Review expert testimony in MTD hearing | 2.8 | $2,100.00 |
| 2/17/2022 | Mullin, Charles | Testimony | Attending morning session of court listening to witnesses and testifying | 2.9 | $3,335.00 |
| 2/17/2022 | Mullin, Charles | Testimony | Preparation for testimony | 0.8 | $920.00 |
| 2/17/2022 | Mullin, Charles | Travel | Non-working travel | 0.7 | $402.50 |
| 2/17/2022 | Aharoni, Assaph | Analysis | Listen to Mullin testimony and related follow-up | 0.8 | $480.00 |
| 2/17/2022 | Aharoni, Assaph | Analysis | Attend trial closing statements from plaintiffs; take | 3.3 | $1,980.00 |
| 2/17/2022 | Aharoni, Assaph | Data Gathering & Processing | Work on claims deduplication algorithm | 0.6 | $360.00 |
| 2/17/2022 | Aharoni, Assaph | Data Gathering & Processing | Review data processing related to MDL and related documentation | 2.2 | $1,320.00 |
| 2/17/2022 | Aharoni, Assaph | Fee Request Preparation | Work on monthly fee request | 0.1 | $60.00 |
| 2/17/2022 | Peters, Sarah | Analysis | Summarize notes from MTD hearing | 0.5 | $300.00 |
| 2/17/2022 | Peters, Sarah | Analysis | Listening to MTD hearing and taking notes | 2.7 | $1,620.00 |
| 2/17/2022 | Peters, Sarah | Research | Review mass tort summary | 0.2 | $120.00 |

| Date incurred | Employee | Category | Notes | Hours | Professional fees |
|---|---|---|---|---|---|
| 2/17/2022 | Coleman, Nathan | Data Gathering & Processing | Prepare analysis for publicly available claims data | 2.0 | $780.00 |
| 2/17/2022 | Coleman, Nathan | Data Gathering & Processing | Harmonize workstreams for claims data updates | 0.8 | $312.00 |
| 2/17/2022 | Coleman, Nathan | Data Gathering & Processing | Review of recent case filings | 0.6 | $234.00 |
| 2/17/2022 | Osgood, Jessie | Data Gathering & Processing | Work on methodology for reconciling data across claims | 3.1 | $1,209.00 |
| 2/17/2022 | Stewart, Samantha | Data Gathering & Processing | Reviewing assumptions in claims data processing | 1.9 | $779.00 |
| 2/17/2022 | Stewart, Samantha | Data Gathering & Processing | Reviewing complaint review structure | 0.2 | $82.00 |
| 2/17/2022 | Stewart, Samantha | Data Gathering & Processing | Continue to review assumptions in claims data processing | 0.3 | $123.00 |
| 2/17/2022 | Stewart, Samantha | Data Gathering & Processing | Updating documentation on claims data | 2.7 | $1,107.00 |
| 2/17/2022 | Weiss, David | Data Gathering & Processing | Updated processing of claims data | 0.9 | $328.50 |
| 2/18/2022 | Lobel, Scott | Project Management | Compile monthly fee estimate per client request | 0.8 | $600.00 |
| 2/18/2022 | Aharoni, Assaph | Analysis | Attend trial closing statement arguments | 3.2 | $1,920.00 |
| 2/18/2022 | Aharoni, Assaph | Data Gathering & Processing | Continue working on data processing updates | 1.2 | $720.00 |
| 2/18/2022 | Peters, Sarah | Analysis | Listening to MTD closing statements and taking notes | 0.8 | $480.00 |
| 2/18/2022 | Peters, Sarah | Data Gathering & Processing | QC data processing | 1.9 | $1,140.00 |
| 2/18/2022 | Coleman, Nathan | Data Gathering & Processing | Update documentation for claims data | 0.5 | $195.00 |
| 2/18/2022 | Coleman, Nathan | Data Gathering & Processing | Harmonize workstreams for claims data processing | 1.1 | $429.00 |
| 2/18/2022 | Stewart, Samantha | Data Gathering & Processing | Prioritizing next steps | 0.4 | $164.00 |
| 2/18/2022 | Stewart, Samantha | Data Gathering & Processing | Reviewing decisions for claims data processing | 2.1 | $861.00 |
| 2/18/2022 | Stewart, Samantha | Data Gathering & Processing | Exploring refilings in claims data | 0.6 | $246.00 |
| 2/18/2022 | Stewart, Samantha | Data Gathering & Processing | Reviewing harmonization examples | 1.0 | $410.00 |
| 2/18/2022 | Stewart, Samantha | Data Gathering & Processing | Exploring filing patterns in claims data | 0.9 | $369.00 |
| 2/18/2022 | Stewart, Samantha | Data Gathering & Processing | Reviewing interpretation of claims data | 1.3 | $533.00 |
| 2/18/2022 | Weiss, David | Data Gathering & Processing | Reviewed claims data processing | 1.0 | $365.00 |
| 2/19/2022 | Peters, Sarah | Fee Request Preparation | Continue preparing January fee application | 1.1 | $660.00 |
| 2/19/2022 | Peters, Sarah | Fee Request Preparation | Preparing January fee application | 2.1 | $1,260.00 |
| 2/21/2022 | Evans, Andrew | Analysis | Consideration of next steps for analysis in light of hearing arguments | 0.4 | $330.00 |
| 2/21/2022 | Lobel, Scott | Project Management | Finalize cost estimate per client request | 0.5 | $375.00 |
| 2/21/2022 | Lobel, Scott | Project Management | Review status of team workstreams, claims data analysis | 0.5 | $375.00 |
| 2/21/2022 | Lobel, Scott | Project Management | Review status of LTL billing | 0.5 | $375.00 |
| 2/21/2022 | Aharoni, Assaph | Analysis | Follow up on MTD hearing closing arguments | 0.2 | $120.00 |
| 2/21/2022 | Peters, Sarah | Fee Request Preparation | QC status of fee application | 0.3 | $180.00 |
| 2/21/2022 | Coleman, Nathan | Data Gathering & Processing | Harmonize workstreams for claims data | 0.5 | $195.00 |
| 2/21/2022 | Coleman, Nathan | Data Gathering & Processing | Review and analyze claims data | 1.2 | $468.00 |
| 2/21/2022 | Coleman, Nathan | Data Gathering & Processing | Harmonize work streams | 2.0 | $780.00 |
| 2/21/2022 | Stewart, Samantha | Data Gathering & Processing | Reviewing claims data processing updates | 0.7 | $287.00 |
| 2/21/2022 | Stewart, Samantha | Data Gathering & Processing | Outlining claims data processing workstreams | 0.5 | $205.00 |
| 2/21/2022 | Stewart, Samantha | Data Gathering & Processing | Reviewing summary of fields in claims data | 0.6 | $246.00 |
| 2/21/2022 | Stewart, Samantha | Data Gathering & Processing | QC-ing processing of fields in claims data | 2.4 | $984.00 |
| 2/21/2022 | Stewart, Samantha | Data Gathering & Processing | Continuing to QC processing of fields in claims data | 2.7 | $1,107.00 |
| 2/21/2022 | Stewart, Samantha | Fee Request Preparation | QCing updates to fee application processing | 1.3 | $533.00 |
| 2/21/2022 | Weiss, David | Data Gathering & Processing | Updated processing of fields in claims data | 2.8 | $1,022.00 |
| 2/21/2022 | Weiss, David | Data Gathering & Processing | Reviewed processing next steps | 0.5 | $182.50 |
| 2/21/2022 | Weiss, David | Data Gathering & Processing | Prepared claims data for review of processing | 2.1 | $766.50 |
| 2/22/2022 | Evans, Andrew | Project Management | Planning for next steps and emails to coordinate with team and Jones Day | 0.2 | $165.00 |
| 2/22/2022 | Grinberg, Rachel | Project Management | Reviewed the priorities for the team | 0.5 | $450.00 |
| 2/22/2022 | Lobel, Scott | Fee Request Preparation | Work on fee app for January | 3.1 | $2,325.00 |
| 2/22/2022 | Lobel, Scott | Project Management | Review status of LTL analysis, prioritize | 1.3 | $975.00 |
| 2/22/2022 | Aharoni, Assaph | Data Gathering & Processing | QC documentation of data processing | 0.3 | $180.00 |
| 2/22/2022 | Aharoni, Assaph | Project Management | Plan next steps for case workstreams | 0.3 | $180.00 |
| 2/22/2022 | Peters, Sarah | Data Gathering & Processing | QC outline of updates to data processing | 0.6 | $360.00 |
| 2/22/2022 | Peters, Sarah | Fee Request Preparation | QC updates to fee request application | 0.7 | $420.00 |

| Date incurred | Employee | Category | Notes | Hours | Professional fees |
|---|---|---|---|---|---|
| 2/22/2022 | Coleman, Nathan | Data Gathering & Processing | Analyze claims data output | 2.8 | $1,092.00 |
| 2/22/2022 | Coleman, Nathan | Data Gathering & Processing | Update documentation for harmonizing of work streams | 0.5 | $195.00 |
| 2/22/2022 | Coleman, Nathan | Data Gathering & Processing | Update claims data processing | 2.8 | $1,092.00 |
| 2/22/2022 | Coleman, Nathan | Data Gathering & Processing | Update claims data processing continued | 0.4 | $156.00 |
| 2/22/2022 | Stewart, Samantha | Data Gathering & Processing | Reviewing updates to claims data processing | 0.8 | $328.00 |
| 2/22/2022 | Stewart, Samantha | Data Gathering & Processing | Updating documentation of fields in claims data | 0.8 | $328.00 |
| 2/22/2022 | Stewart, Samantha | Data Gathering & Processing | Documenting claims data processing assumptions | 2.8 | $1,148.00 |
| 2/22/2022 | Stewart, Samantha | Data Gathering & Processing | Exploring impact of claims data processing assumptions | 2.3 | $943.00 |
| 2/22/2022 | Stewart, Samantha | Data Gathering & Processing | Summarizing claims data processing assumptions | 1.7 | $697.00 |
| 2/22/2022 | Weiss, David | Data Gathering & Processing | Updated analysis tables for claims data | 1.3 | $474.50 |
| 2/22/2022 | Weiss, David | Data Gathering & Processing | QCed claims data processing | 1.1 | $401.50 |
| 2/23/2022 | Evans, Andrew | Data Gathering & Processing | Working session to review current data process and plan for related next steps | 0.7 | $577.50 |
| 2/23/2022 | Grinberg, Rachel | Data Gathering & Processing | Reviewed status of claims data processing | 0.5 | $450.00 |
| 2/23/2022 | Lobel, Scott | Data Gathering & Processing | Review status of claims data analysis | 1.3 | $975.00 |
| 2/23/2022 | Lobel, Scott | Fee Request Preparation | Work on billing reconciliation, fee application | 1.7 | $1,275.00 |
| 2/23/2022 | Lobel, Scott | Fee Request Preparation | Prepare backup materials for fee application | 3.0 | $2,250.00 |
| 2/23/2022 | Aharoni, Assaph | Data Gathering & Processing | Provide input on status of claims data processing | 0.9 | $540.00 |
| 2/23/2022 | Aharoni, Assaph | Data Gathering & Processing | Review updates to recent case filings | 0.3 | $180.00 |
| 2/23/2022 | Peters, Sarah | Data Gathering & Processing | Analyzing data processing and thinking through next steps | 1.1 | $660.00 |
| 2/23/2022 | Peters, Sarah | Fee Request Preparation | Review updates to fee request application | 1.4 | $840.00 |
| 2/23/2022 | Peters, Sarah | Research | Follow up on process for reviewing and summarizing bankruptcy filings | 0.6 | $360.00 |
| 2/23/2022 | Coleman, Nathan | Data Gathering & Processing | Harmonize workstreams for updating claims data reconciliation | 3.0 | $1,170.00 |
| 2/23/2022 | Coleman, Nathan | Data Gathering & Processing | Harmonize workstreams for updating claims data reconciliation continued | 1.0 | $390.00 |
| 2/23/2022 | Coleman, Nathan | Data Gathering & Processing | Analyze claims data processing | 0.8 | $312.00 |
| 2/23/2022 | Coleman, Nathan | Research | Summarizing recent case filings | 0.4 | $156.00 |
| 2/23/2022 | Stewart, Samantha | Data Gathering & Processing | Exploring scope of claims data | 1.2 | $492.00 |
| 2/23/2022 | Stewart, Samantha | Data Gathering & Processing | Prioritizing next steps on claims data processing | 0.4 | $164.00 |
| 2/23/2022 | Stewart, Samantha | Data Gathering & Processing | Reviewing and QC-ing fields in claims data | 2.1 | $861.00 |
| 2/23/2022 | Stewart, Samantha | Data Gathering & Processing | Summarizing updates to claims data | 1.8 | $738.00 |
| 2/23/2022 | Stewart, Samantha | Data Gathering & Processing | Outlining next steps for processing fields in claims data | 0.3 | $123.00 |
| 2/23/2022 | Stewart, Samantha | Data Gathering & Processing | Summarizing coverage of claims data | 2.3 | $943.00 |
| 2/23/2022 | Weiss, David | Analysis | Reviewed case status and workstreams | 0.3 | $109.50 |
| 2/23/2022 | Weiss, David | Data Gathering & Processing | Reviewed case documents | 0.2 | $73.00 |
| 2/23/2022 | Weiss, David | Data Gathering & Processing | Summarized status of data processing | 0.9 | $328.50 |
| 2/23/2022 | Weiss, David | Data Gathering & Processing | Organized data processing workstreams | 0.5 | $182.50 |
| 2/23/2022 | Weiss, David | Data Gathering & Processing | Processed claims data | 1.6 | $584.00 |
| 2/24/2022 | Evans, Andrew | Analysis | Review case updates | 0.1 | $82.50 |
| 2/24/2022 | Grinberg, Rachel | Project Management | Reviewed workstreams for the team | 0.4 | $360.00 |
| 2/24/2022 | Lobel, Scott | Data Gathering & Processing | Review status of claims data processing | 0.5 | $375.00 |
| 2/24/2022 | Lobel, Scott | Fee Request Preparation | Work on January fee application | 0.8 | $600.00 |
| 2/24/2022 | Aharoni, Assaph | Data Gathering & Processing | Review updates to claims data processing | 0.3 | $180.00 |
| 2/24/2022 | Peters, Sarah | Fee Request Preparation | QC and update fee application | 1.0 | $600.00 |
| 2/24/2022 | Peters, Sarah | Project Management | Review progress on workstreams | 0.2 | $120.00 |
| 2/24/2022 | Peters, Sarah | Project Management | Review case status updates | 0.3 | $180.00 |
| 2/24/2022 | Coleman, Nathan | Data Gathering & Processing | QC claims data processing | 2.9 | $1,131.00 |
| 2/24/2022 | Coleman, Nathan | Data Gathering & Processing | QC documentation for claims data | 0.6 | $234.00 |
| 2/24/2022 | Stewart, Samantha | Data Gathering & Processing | Reviewing claims data | 0.4 | $164.00 |
| 2/24/2022 | Stewart, Samantha | Data Gathering & Processing | Analyzing filing patterns in claims data | 2.6 | $1,066.00 |

Bates White, LLC

Exhibit C

| Date incurred | Employee | Category | Notes | Hours | Professional fees |
|---|---|---|---|---|---|
| 2/24/2022 | Stewart, Samantha | Data Gathering & Processing | Documenting claims data processing | 2.8 | $1,148.00 |
| 2/24/2022 | Weiss, David | Data Gathering & Processing | Analyzed trends in claims data | 0.9 | $328.50 |
| 2/25/2022 | Evans, Andrew | Project Management | Updates to work plan based on ruling | 0.9 | $742.50 |
| 2/25/2022 | Lobel, Scott | Analysis | Review and summarize MTD opinion | 2.0 | $1,500.00 |
| 2/25/2022 | Lobel, Scott | Analysis | Review PI opinion | 1.0 | $750.00 |
| 2/25/2022 | Lobel, Scott | Fee Request Preparation | Work on updates to monthly, interim fee app | 3.2 | $2,400.00 |
| 2/25/2022 | Aharoni, Assaph | Data Gathering & Processing | Continue work on claims data processing | 0.8 | $480.00 |
| 2/25/2022 | Aharoni, Assaph | Project Management | Review case developments | 0.6 | $360.00 |
| 2/25/2022 | Aharoni, Assaph | Research | Reviewed recent case fillings | 0.3 | $180.00 |
| 2/25/2022 | Peters, Sarah | Analysis | Read Opinion denying motions to dismiss | 1.5 | $900.00 |
| 2/25/2022 | Peters, Sarah | Data Gathering & Processing | QC updates to data processing | 1.4 | $840.00 |
| 2/25/2022 | Peters, Sarah | Fee Request Preparation | Review and update fee application | 0.6 | $360.00 |
| 2/25/2022 | Coleman, Nathan | Data Gathering & Processing | QC claims data processing scripts | 2.7 | $1,053.00 |
| 2/25/2022 | Coleman, Nathan | Data Gathering & Processing | QC claims data processing scripts continued | 1.0 | $390.00 |
| 2/25/2022 | Coleman, Nathan | Data Gathering & Processing | Harmonize workstreams for data reconciliation | 1.5 | $585.00 |
| 2/25/2022 | Stewart, Samantha | Data Gathering & Processing | Harmonizing claims data summary | 0.5 | $205.00 |
| 2/25/2022 | Stewart, Samantha | Data Gathering & Processing | Reviewing patterns in claims data | 1.4 | $574.00 |
| 2/25/2022 | Stewart, Samantha | Data Gathering & Processing | Exploring reconciliation of claims data fields | 2.3 | $943.00 |
| 2/25/2022 | Stewart, Samantha | Data Gathering & Processing | Summarizing reconciliation of claims data | 2.8 | $1,148.00 |
| 2/25/2022 | Stewart, Samantha | Data Gathering & Processing | Continuing to explore filing patterns in claims data | 0.9 | $369.00 |
| 2/25/2022 | Stewart, Samantha | Data Gathering & Processing | Reviewing fields in claims data | 0.3 | $123.00 |
| 2/25/2022 | Weiss, David | Data Gathering & Processing | Prepared figures for analysis of claims data | 2.8 | $1,022.00 |
| 2/25/2022 | Weiss, David | Data Gathering & Processing | Reviewed figures for analysis | 0.5 | $182.50 |
| 2/25/2022 | Weiss, David | Data Gathering & Processing | Prepared overview of claims data | 1.0 | $365.00 |
| 2/25/2022 | Weiss, David | Data Gathering & Processing | Updated claims data figures for analysis | 2.1 | $766.50 |
| 2/26/2022 | Mullin, Charles | Analysis | Read and considered rulings on Motions to Dismiss and PI | 1.2 | $1,380.00 |
| 2/26/2022 | Mullin, Charles | Analysis | Updated work plan and priorities subsequent to recent court rulings | 1.4 | $1,610.00 |
| 2/27/2022 | Mullin, Charles | Client Communication | Addressed questions from counsel | 0.6 | $690.00 |
| 2/27/2022 | Peters, Sarah | Analysis | Review updates related to denial of motions to dismiss | 0.4 | $240.00 |
| 2/27/2022 | Weiss, David | Data Gathering & Processing | QC-ed fields in claims data | 0.5 | $182.50 |
| 2/28/2022 | Evans, Andrew | Analysis | Consideration of next steps for analysis and mediation support | 0.5 | $412.50 |
| 2/28/2022 | Lobel, Scott | Fee Request Preparation | Updates to fee app for January | 0.8 | $600.00 |
| 2/28/2022 | Lobel, Scott | Project Management | Prioritize next steps for analysis | 1.7 | $1,275.00 |
| 2/28/2022 | Mullin, Charles | Project Management | Updated work plan following hearings on MTD | 0.6 | $690.00 |
| 2/28/2022 | Peters, Sarah | Fee Request Preparation | Follow up on fee app | 0.6 | $360.00 |
| 2/28/2022 | Coleman, Nathan | Data Gathering & Processing | Harmonize workstreams for claims data processing | 2.5 | $975.00 |
| 2/28/2022 | Coleman, Nathan | Data Gathering & Processing | Prepare processing scripts for reconciliation | 3.0 | $1,170.00 |
| 2/28/2022 | Coleman, Nathan | Data Gathering & Processing | Prepare processing scripts for reconciliation continued | 2.8 | $1,092.00 |
| 2/28/2022 | Stewart, Samantha | Data Gathering & Processing | Outlining structure for claims data processing | 0.8 | $328.00 |
| 2/28/2022 | Stewart, Samantha | Data Gathering & Processing | Reviewing order of claims data processing | 0.4 | $164.00 |
| 2/28/2022 | Stewart, Samantha | Data Gathering & Processing | Reviewing claims data processing structure | 1.2 | $492.00 |
| 2/28/2022 | Stewart, Samantha | Data Gathering & Processing | Reviewing processing for fields in claims data | 2.8 | $1,148.00 |
| 2/28/2022 | Stewart, Samantha | Data Gathering & Processing | Summarizing processing of fields in claims data | 2.9 | $1,189.00 |
| 2/28/2022 | Weiss, David | Analysis | Analyzed MTD opinion | 1.4 | $511.00 |
| 2/28/2022 | Weiss, David | Data Gathering & Processing | Processed claim level variables | 2.3 | $839.50 |
| 2/28/2022 | Weiss, David | Data Gathering & Processing | Processed fields in claims data | 1.3 | $474.50 |
| | | | TOTAL | 479.4 | $263,057.50 |