## **EXHIBIT D**

Disbursement detail – LTL Bankruptcy

Bates White, LLC

Exhibit D

| Date incurred | Employee | Category | Notes | Disbursements |
|---|---|---|---|---|
| 2/12/2022 | Mullin, Charles | Billable Travel | Train ticket - Washington - Union Station to Moynihan Train Hall at Penn Station (New York City). | $321.00 |
| 2/15/2022 | Mullin, Charles | Billable Travel | Train ticket (New York, NY to Trenton, NJ) | $66.00 |
| 2/17/2022 | Mullin, Charles | Billable Lodging | Room charge (1 night + taxes and fees). | $193.72 |
| 2/17/2022 | Mullin, Charles | Billable Travel | Parking at Union Station. | $48.00 |
| 2/17/2022 | Mullin, Charles | Billable Travel | Train ticket - Trenton, NJ - Washington (Union Station). | $113.00 |
| | | | **TOTAL** | **$741.72** |