# **EXHIBIT A**

Certification of Letson Douglass Boots
In Support of Application for Retention of Bernstein, Shur,
Sawyer & Nelson, P.A. as Counsel to the Fee Examiner

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| Jeffrey Traurig<br>**TRAURIG LAW LLC**<br>One University Plaza, Suite 124<br>Hackensack, NJ  07601<br>Tel: (646) 974-8650<br>E-mail:  jtraurig@trauriglaw.com<br>*Proposed Local Counsel to the Fee Examiner* | Robert J. Keach, Esq. (pro hac vice pending)<br>**BERNSTEIN SHUR SAWYER & NELSON, P.A.**<br>100 Middle Street<br>Portland, ME  04104<br>Tel: (207) 774-1200<br>Fax: (207) 774-1127<br>E-Mail: rkeach@bernsteinshur.com<br>*Fee Examiner*<br><br>**BERNSTEIN SHUR SAWYER & NELSON, P.A.**<br>Letson Douglass Boots, Esq. (pro hac vice pending)<br>100 Middle Street<br>Portland, ME  04104<br>Tel: (207) 774-1200<br>Fax: (207) 774-1127<br>E-Mail: lboots@bernsteinshur.com<br>*Proposed Counsel to the Fee Examiner* |
| In Re:<br><br>LTL MANAGEMENT LLC,<br><br>　　　　　　　　　　　Debtor | Case No.:　　21-30589 (MBK)<br><br>Judge:　　　　Michael B. Kaplan<br><br>Chapter 11 |

**CERTIFICATION OF LETSON DOUGLASS BOOTS IN SUPPORT OF APPLICATION FOR RETENTION OF BERNSTEIN, SHUR, SAWYER & NELSON, P.A. AS COUNSEL TO THE FEE EXAMINER**

I, Letson Douglass Boots, being of full age, certify as follows:

　　　1.　　Bernstein, Shur, Sawyer & Nelson, P.A. ("BSSN"), is seeking authorization to be retained as counsel to Robert J. Keach (the "Fee Examiner") in the Chapter 11 Case of LTL Management LLC (the "Debtor" or "LTL Management"), and I make this certification in support of the *Application for Retention of Bernstein, Shur, Sawyer & Nelson, P.A. as Counsel to the Fee Examiner* (the "Application").

2. My professional credentials include being admitted and in good standing to practice law in the State of Maine, before the United States District Court for the District of Maine, and before the United States Court of Appeals for the First Circuit.

3. I am an attorney with the law firm of BSSN and am duly authorized to make this certification on behalf of BSSN.

4. The proposed arrangement for compensation, including hourly rates, if applicable, is as follows:

The Fee Examiner, subject to the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and further orders of the Court, proposes to have the Debtor's estate compensate BSSN at BSSN's regular hourly rates for legal and non-legal personnel and to reimburse BSSN for all reasonable and necessary expenses under the standards set forth in 11 U.S.C. §§ 330 and 331, as well as the Guidelines. BSSN's hourly rate structure ranges from $340 to $685 for shareholders; $330 to $685 for of counsel; $265 to $275 for associates; and from $185 to $240 for paraprofessionals.

Below are the names and normal hourly rates for those attorneys, subject to periodic adjustment beginning on January 1, 2022:

| Name | Rate |
|---|---|
| Robert J. Keach, Shareholder | $685.00 |
| Louis H. Kornreich, Of Counsel | $685.00 |
| David S. ("Sam") Anderson, Shareholder | $455.00 |
| Lindsay Zahradka Milne, Shareholder | $465.00 |
| Adam R. Prescott, Shareholder | $340.00 |
| Brita J. Forssberg, Of Counsel | $330.00 |
| Letson D. Boots, Associate | $275.00 |
| Kyle D. Smith, Associate | $265.00 |
| Angela Stewart, Paralegal | $240.00 |
| Karla Quirk, Paralegal | $210.00 |
| Christine Mastrogiorgio, Paralegal | $185.00 |

☐ Pursuant to D.N.J. LBR 2014-3, I request a waiver of the requirements of D.N.J. LBR 2016-1.

5. To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☐ None

☒ Describe connection: See No. 6 below.

6. To the best of my knowledge, after reasonable and diligent investigation, the

2

connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☐ None

☒ Describe Connection: : See *Declaration of Robert J. Keach in Support of Order Appointing Robert J. Keach as Fee Examiner* (the "Keach Declaration") and *Disclosure of Connections and Connections Search Methodology on behalf of Robert J. Keach and Bernstein Shur with respect to Appointment of Fee Examiner and Counsel* (the "Keach Disclosures") [Docket No. 1812-2, pp. 9-14], attached hereto as Exhibit 1.

7. To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

☒ do not hold an adverse interest to the estate.

☒ do not represent an adverse interest to the estate.

☒ are disinterested under 11 U.S.C. § 101(14).

☐ do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327(e).

☐ Other. Explain: _____.

8. If the professional is an auctioneer,

The following are my qualifications and experience with the liquidation or sale of similar property: N/A

b. The proposed method of calculation of my compensation, including rates and formulas, is: N/A

Pursuant to D.N.J. 2014-2, I ☐ do   or   ☐ do not request a waiver of the requirements of   D. N. J. LBR 2016-1.

c. The following is an estimate of all costs and expenses, including labor, security, advertising, delivery, mailing, and insurance, for which I will seek reimbursement from the sale proceeds: N/A

d. Have you, or a principal of your firm, been convicted of a criminal offense?

☐ No        ☐ Yes (explain below)

e. I certify that a surety bond as described in D. N. J. LBR 2014-2(a)(6) is in effect and will remain so through the date of turnover of the auction proceeds.

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: N/A

3

I certify under penalty of perjury that the above information is true.

Dated: April 1, 2022

/s/ *Letson Douglass Boots*
Letson Douglass Boots (pro hac vice pending)
BERNSTEIN SHUR SAWYER & NELSON, P.A.
100 Middle Street, P.O. Box 9729
Portland, ME 04104
Telephone:	(207) 774-1200
Fax:	(207) 774-1127
Email:	lboots@bernsteinshur.com