# **EXHIBIT 1**

*Declaration of Robert J. Keach in Support of Order Appointing Robert J. Keach as Fee Examiner* and *Disclosure of Connections and Connections Search Methodology on behalf of Robert J. Keach and Bernstein Shur with respect to Appointment of Fee Examiner and Counsel*
[Docket No. 1812-2]

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** **DISTRICT OF NEW JERSEY** | |
| **Caption In Compliance with D.N.J. LBR 9004-1(b)** | |
| Robert J. Keach, Esq. **BERNSTEIN SHUR SAWYER & NELSON P.A.** 100 Middle Street Portland, ME  04104 Tel: (207) 774-1200 Fax: (207) 774-1127 E-Mail: rkeach@bernsteinshur.com *Proposed Fee Examiner* **BERNSTEIN SHUR SAWYER & NELSON P.A.** Letson Douglass Boots, Esq. 100 Middle Street Portland, ME  04104 Tel: (207) 774-1200 Fax: (207) 774-1127 E-Mail: lboots@bernsteinshur.com *Proposed Counsel to the Fee Examiner* | |
| Jeffrey Traurig **TRAURIG LAW LLC** One University Plaza, Suite 124 Hackensack, NJ  07601 Tel: (646) 974-8650 E-mail:  jtraurig@trauriglaw.com *Proposed Local Counsel to the Fee Examiner* | |
| In re: LTL MANAGEMENT LLC,                     Debtor. | Chapter 11 Case No. 21-30589 (MBK) Honorable Michael B. Kaplan |

## DECLARATION OF ROBERT J. KEACH IN SUPPORT OF ORDER APPOINTING ROBERT J. KEACH AS FEE EXAMINER

I, Robert J. Keach, declare pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1.      I am a shareholder of Bernstein, Shur, Sawyer & Nelson, P.A. (the "<u>Firm</u>"),

1

which maintains offices at 100 Middle Street, West Tower, Portland, Maine.

2.      Neither I, the Firm, nor any partner, associate or other member thereof, insofar as I have been able to ascertain, is affiliated with the debtor and debtor in possession (collectively, the "Debtor"), or its creditors, or any other party in interest, or their attorneys, or their advisors, or any person or entity with respect to claims against the Debtor's estate.

3.      The Firm, through me and members of the Firm, has not previously represented or advised the Debtor.

4.      To the best of my knowledge, neither I nor the Firm has any connection to the Debtor, its creditors, any other potential party in interest set forth on the lists provided by the Debtor, their respective attorneys and/or accountants or any person employed in the Office of the United States Trustee for Region 3 (the "U.S. Trustee") except to the extent set forth on the Disclosure of Connections and Connections Search Methodology of Robert J. Keach and Bernstein Shur (the "Disclosure") attached to this Declaration as Exhibit A.

5.      In the event that additional information becomes available that reveals any connections with parties in interest, this declaration will be amended or supplemented.

6.      I do not believe that serving as fee examiner in the above-captioned chapter 11 cases, or any of the other disclosed connections with potential parties in interest, presents any conflict of interest for me or the Firm.

7.      The Firm's current customary hourly rates, subject to change from time to time, plus reimbursement of expenses, will be charged by Robert J. Keach and other attorneys of the Firm; the hourly rates of Mr. Keach and of the attorneys of the Firm likely to assist Mr. Keach, should the Court approve the retention of the Firm, are set forth in the Disclosure.

8.      In the normal course of business, the Firm revises its regular hourly rates on

January 1st of each year and requests that, effective January 1st of each year, the aforementioned

rates be revised to the regular hourly rates which will be in effect at that time, provided,

however, the Firm will provide at least ten (10) days advance notice of the revised regular hourly

rates to counsel to the Debtor, the U.S. Trustee, and counsel to any official committees appointed

in these cases.

9.      Other than its regular agreement governing all shareholders in the ordinary course

of business of the Firm, no agreement or understanding exists between the Firm or any

shareholder, associate or other employee thereof as to compensation in connection with these

Chapter 11 cases.

10.     Other than its regular agreement governing all shareholders in the ordinary course

of business of the Firm, the Firm has no agreement with any entity to share with such entity any

compensation received by the Firm.

11.     The Firm and its shareholders, associates and other employees may have in the

past represented and may in the future represent entities that are claimants of the Debtor in

matters totally unrelated to the matters with respect to which the Firm is to be engaged,

including, without limitation, as set forth in the Disclosure.

12.     Neither I, the Firm, nor any shareholder, associate or other employee thereof,

insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtor, or

its estate in the matters upon which the Firm is to be engaged.

13.     The facts set forth herein are true and correct to the best of my knowledge,

information, and belief.

3

Dated:  March 21, 2022

_____

Robert J. Keach

*Curriculum Vitae*

**Robert J. Keach, Esq.**
**BERNSTEIN SHUR SAWYER & NELSON**
**100 Middle Street, West Tower**
**Portland, ME  04104**
**(207) 774-1200**
**(207) 228-7334 Direct**
**rkeach@bernsteinshur.com**

Robert J. Keach, a shareholder at Bernstein, Shur, Sawyer & Nelson, practices in the area of bankruptcy, reorganization, and workouts.  Mr. Keach's practice focuses on the representation of various parties in workouts and bankruptcy cases, including debtors, creditors, creditors committees, lessors and third parties acquiring troubled companies and/or their assets.  Mr. Keach has appeared before the bankruptcy courts in the Districts of Maine, Massachusetts, New Hampshire, Delaware, the Northern District of California and the Southern and Eastern Districts of New York.  Mr. Keach has appeared as a panelist on national bankruptcy, lender liability and creditors' rights programs, and is the author of several articles on bankruptcy and creditors' rights appearing in the ABI Law Review, Commercial Law Journal and ABI Journal, among other publications.   Mr. Keach is admitted to practice in Maine and Massachusetts.

Mr. Keach is currently an Adjunct Professor (Cross-Border Insolvency; Business Bankruptcy) at Boston College Law School.

**Fee Examiner Appointments and Engagements:**

Mr. Keach currently serves as the court-appointed fee examiner in the chapter 11 cases for *Intelsat S.A. et al.*, pending in the Eastern District of Virginia, and recently concluded service as the fee examiner for the chapter 11 cases for *Murray Energy Holdings, et al*, pending in the Southern District of Ohio.  Mr. Keach is also currently the fee examiner as to all professionals retained by the Financial Oversight and Management Board for Puerto Rico in connection with non-Title III services.   Mr. Keach also served as the court-appointed fee examiner in the following chapter 11 cases: *AMR Corporation* (the chapter 11 cases of American Airlines and its parent and certain affiliates, filed in the SDNY), *Exide Technologies* (D. Del.), *Mineral Park* (D. Del.*)*, and *Relativity Media* (SDNY).   Among other private engagements, Mr. Keach was retained by a litigation trust formed pursuant to a plan of arrangement sanctioned under Canada's Companies Creditors Arrangement Act to review, and advise the trust's board with respect to, the fees and expenses of the trustee and its counsel in prosecuting multi-billion dollar cross border fraud and fraudulent transfer litigation.

**Selected National Engagements:**

Mr. Keach was co-counsel for the victorious petitioner in *Mission Product Holdings, Inc. v. Tempnology LLC*, 139 S.Ct. 1652 (2019).  Mr. Keach is the estate representative (and formerly, the chapter 11 trustee) in the cross-border railroad reorganization of *Montreal Maine & Atlantic Railway, Ltd*.  Mr. Keach has, *inter alia*, represented ad hoc committees in the *Homebanc*

*Mortgage, New Century TRS Holdings*, and *Nortel Networks* cases in Delaware, as well as a public utilities commission in the *FairPoint Communications* case in the Southern District of New York, and parties in *In re Sports Authority Holdings, Inc.* (Delaware), *In re Verso Corporation* (Delaware), *In re Heritage Home Group* (Delaware), *In re The Bon-Ton Stores, Inc.* (Delaware), and *In re Toys R Us, Inc.* (E.D. Va.).  Mr. Keach represents international private equity funds in distressed company acquisitions throughout the U.S. both in and outside of chapter 11 cases.

**Selected Honors:**

ABI Lifetime Achievement Award, December 2021
Fellow, American College of Bankruptcy; Member of the College's Board of Directors
Chambers USA "Star Individual," Corporate/M&A (Bankruptcy) Section
2021 Lawdragon 500 Leading U.S. Bankruptcy and Restructuring Lawyers
Top Lawyers in New England, Wall Street Journal
New England Super Lawyer, Top 100 Lawyers in New England
Martindale-Hubbell, Rated A-V Preeminent
Listed in *Best Lawyers in America (Twenty Year Certificate)*

**Professional Affiliations:**

American Bankruptcy Institute, Past President (2009-2010); Co-chair of the ABI's Commission to Study the Reform of Chapter 11 (2012-2015); Fellow of the American College of Bankruptcy; American Bar Association, Section on Business, Banking and Corporations, Section on Real Estate, Probate and Trust Law (Committee on Enforcement of Creditors Rights) and Section on Litigation; Certified - Business Bankruptcy Law - American Board of Certification (ABC).

**Selected Publications:**

Robert J. Keach and Lindsay Zahradka Milne, *The Unconstitutional Confluence of Statutory Mootness Under Bankruptcy Code §363(m) and Bankruptcy Courts' Discretion Under Rule 6004(h),* 71 SYRACUSE LAW REVIEW 493 (2021); Robert J. Keach and Lindsay Zahradka Milne, *Persuasive Authority: Compelled Third-Party Releases*, 37 ABI Journal 12 (December 2018); Robert J. Keach and Andrew C. Helman, *Life After Jevic: An End to Priority-Skipping Distributions?*, 36 ABI Journal 9 (September 2017);  Robert J. Keach and Brady C. Williamson, *The Boomerang Effect:  Is There a Contract Exception to ASARCO?*, 35 ABI Journal 14 (April 2016); Robert Keach and Al Togut*, The ABI Commission to Study the Reform of Chapter 11 Enters Its Second Year,* ABL Advisor (2013)*, Commission to Explore Overhauling Chapter 11, 30* ABI Journal 5, 36-37, 83 (June 2011)*; Chapter 11 as a Liquidation Tool: Legal, Tactical and Practical Considerations for Debtors, Lenders and Buyers, Collier Guide to Chapter 11:  Key Topics and Selected Industries,* ¶ [4.01] (Alan N. Resnick and Henry J. Sommer eds.) (2015); R*ule 2004 as a Pre-Litigation Tool in a Post-Twombly/Iqbal World: Part II,* 29 ABI Journal 28 (Nov. 2010); R*ule 2004 as a Pre-Litigation Tool in a Post-Twombly/Iqbal World: Part I,* 29 ABI Journal 28 (Oct 2010); *Declarations And Affidavits: Using And Defending Against Written "Nontestimonial" Evidence*, 28 ABI Journal 1, 20, 68-69, (February 2009)**;** *Selecting, Qualifying an Expert in Bankruptcy Proceedings: One Type Does Not Fit All*, 27 ABI Journal 2, 26, 71-74

(March 2008); *Selecting, Qualifying an Expert in Bankruptcy Proceedings: One Type Does Not Fit All*: Part I, 27 ABI Journal 1, 26, 76-77 (Feb. 2008); *BAPCPA and WARN Act 'Back Pay': Now, Timing Isn't Everything*, 24 ABI Journal 26 (Dec./Jan. 2006); *Dead Man Filing Redux: Is the New Individual Chapter Eleven Unconstitutional?, 13 AM. BANKR. INST. L. REV. 483 (*Winter 2005); *Afterlife, Reincarnation or Purgatory?  Post-confirmation Jurisdiction in the First Circuit*, 24 ABI Journal 24 (Oct. 2005); *Solvent Debtors and Myths of Good Faith and Fiduciary Duty,* 23 ABI Journal 36 (Jan. 2005);   *Stalking –Horse Lenders and Good Faith: The Availability of Appellate Protection Under §§363(m) and 364 (e) For Asset Purchasers Extending DIP Financing,* 23 ABI Journal 28 (June 2004);   *When the Committee is Not and When the Committee is No More*, 22 ABI Journal 34 (Jan. 2004); *A Hole in the Glove: Why 'Negotiation' Should Trump 'Solicitation'*, 22  ABI Journal 22 (June 2003); *The Case Against KERPS*, American Bankruptcy Institute (2003);   *LaSalle, the "Market Test" and Competing Plans:  Still in the Fog,* 21 ABI Journal 18 (December/January 2003); *The Continued Unsettled State of Constructive Trusts in Bankruptcy:  Of* Butner, *Federal Interests and the Need for Uniformity,* 103 COM. L. J. 411 *(*Winter 1998*); "Free To Wander The Commercial Meadows":  Controlling Debtor (and Creditor) Conduct in the Gap Period,* American Bankruptcy Institute 1997; *Partner and Partnership Bankruptcy: A Survey and Analysis of Case Law and Proposed Amendments to the Bankruptcy Code,* American Bankruptcy Institute, 1996; *Creditors Get "Gas":  The Unsettled State Of Constructive Trusts in Bankruptcy After Columbia Gas and Omegas Group,* American Bankruptcy Institute, 1995; *Creditor Plans In Single-Asset Chapter 11 Cases:   Some Issues and Considerations.   Restructuring Real Estate Partnerships:  Is There Life After Greystone?*, American Bar Association, 1992; *Negative Amortization Plans, Feasibility, and the Fair and Equitable Test.  Current Developments, Restructuring Real Estate Partnerships:  Is There Life After Greystone?*, American Bar Association, 1992; *Allocating Tax Payments Made During a Bankruptcy Case First to Trust Fund Taxes After United States v. Energy Resources Co., Inc.*, 39th Annual Colby College Estate Planning and Tax Institute, 1992; *Termination of Commercial Credit Relationships and the Implied Covenant of Good Faith and Fair Dealing, Business Torts Seminar*, MSBA, 1990; and *Partner and Partnership Bankruptcy:  The Impact of the Filing of a Petition for Relief Under the Bankruptcy Code by a General Partner or a Partnership Upon the Partnership Assets, the Non-Filing Partners, and Partner and Partnership Creditors*, Partnership Investments Seminar, MSBA, 1990; Miscellaneous articles for *"Cracking the Code,"* 1996-1997, at ABI World, www.abiworld.org.

Case 21-30589-MBK    Doc 1833-2    Filed 03/02/22    Entered 03/02/22 13:23:43    Desc
Certificate of Declaration of Robert Keach    Page 9 of 84
Exhibit Declaration of Robert Keach    Page 9 of 85

### DISCLOSURE OF CONNECTIONS AND CONNECTIONS SEARCH METHODOLOGY ON BEHALF OF ROBERT J. KEACH AND BERNSTEIN SHUR WITH RESPECT TO APPOINTMENT OF FEE EXAMINER AND COUNSEL

Robert J. Keach for himself and on behalf of Bernstein Shur states as follows:

1.      He practices law as a shareholder of Bernstein Shur Sawyer & Nelson, P.A. ("Bernstein Shur"), a law firm with its principal office at 100 Middle Street, Portland, Maine, and other offices in Augusta, Maine and Manchester, New Hampshire.

2.      He is a member of the State Bar of Maine (No. 2289), admitted to practice there in 1980, as well as the Bar of the Commonwealth of Massachusetts (No. 565 508), admitted to practice there in 1994.  He is also admitted to practice before the United States District Courts for the Districts of Maine and Massachusetts and the United States Courts of Appeals for the First Circuit, Second Circuit, Seventh Circuit and Eighth Circuit.  He has appeared before the U.S. Courts of Appeals in the First, Second, Seventh and Eighth Circuits and federal district and bankruptcy courts in a variety of jurisdictions, including, without limitation, the Districts of Maine, Massachusetts and Delaware, the Southern District of Ohio, the Eastern District of Virginia, the Eastern District of New York, and the Southern District of New York.

3.      He submits this disclosure, in connection with his proposed appointment as a fee examiner in the chapter 11 case captioned *In re: LTL Management LLC,* Chapter 11 Case No. 21-30589(MBK)(Bankr. D. N.J.).  Unless otherwise noted, the disclosure is based on personal knowledge and will be timely amended as previously unknown or undisclosed and relevant information comes to his attention.

4.      Bernstein Shur, which employs more than 120 attorneys, has a large diversified legal practice that primarily, though not exclusively, represents corporate clients based in, or doing business in, the United States, with an emphasis on the Northeast.  Among these clients are financial institutions, insurance companies, manufacturers, suppliers, business and industry groups, and others that may have a direct or indirect interest in these cases.  However, as detailed below, Bernstein Shur does not represent

anyone in connection with these cases, nor has it ever filed a proof of claim for itself or on behalf of a client in these cases.

5.      Robert J. Keach and Bernstein Shur have conducted a conflicts and connections check in accordance with the firm's standard conflicts and connections search protocol.  The conflict and connections check utilized, *inter alia*, the contacts list used by the Debtor's professionals for such searches, as supplemented by the notice and service lists maintained by Epiq Corporate Restructuring LLC and pursuant to a review of the case dockets, and as further supplemented by the List of Top 30 Law Firms With the Most Significant Representation of Talc Claimants filed in the *LTL Management LLC* case; copies of all of the lists used are attached collectively hereto as <u>Exhibit A</u> (and hereinafter referred to as the "Master Conflicts List").  Without limitation, a detailed conflict check was done as to the Debtor and all named affiliates, Retained Professionals (as defined in Paragraph 6 below), judges of the United States Bankruptcy Court for the District of New Jersey and United States Trustee personnel listed on the Master Conflicts List (and otherwise determined), members of the official committees appointed in the case, and other key creditors and parties-in-interest.  E-mail inquiries were made as to all attorneys at Bernstein Shur including, without limitation, as to relationships with any Retained Professionals and whether or not any Bernstein Shur attorneys held shares or other equity interests in the Debtor or any affiliates.  (Certain additional steps are delineated below in greater detail.)  That conflicts check indicates that Bernstein Shur has never represented the Debtor or any of its disclosed affiliates.  That check also indicates that Bernstein Shur has not been engaged to represent any Retained Professional or creditor of the Debtor in connection with these cases, including to file any proofs of claim, and steps have been taken to insure no future representation of such person or entities if Robert J. Keach is appointed fee examiner. That check also supports additional declarations set forth below.  Therefore, to the best of his knowledge, information and belief, the following statements are true (and when the term "Bernstein Shur" is used it includes each attorney who is a shareholder of, or is employed by, Bernstein Shur even when not so specified):

a.      To the best of his knowledge, Bernstein Shur and Robert J. Keach are "disinterested persons" under section 101(14) and 327 of the Bankruptcy Code, and sections 101(14) and 1104(d) of the Bankruptcy Code, respectively;

b.      Neither Robert J. Keach, Bernstein Shur nor, to the best of his knowledge after due inquiry, any shareholder, member, counsel or associate of Bernstein Shur:

    i.      is a creditor, an equity security holder, or an insider of the Debtor;

    ii.     within the two (2) years before the date of the filing of the Debtor's petition, served as a director, officer, or employee of the Debtor; or

    iii.    has an interest materially adverse to the interests of the Debtor's estate or to any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.

c.      More specifically, neither Robert J. Keach, Bernstein Shur nor, to the best of his knowledge after due inquiry, any shareholder, member, counsel or associate of Bernstein Shur, is related to or has any connections with any Bankruptcy Judge of the United States Bankruptcy Court for the  District of New Jersey (the "Bankruptcy Court"), the United States Trustee (Region 3), or any person employed by the Office of the United States Trustee (Region 3),  other than communications with the  Office of the United States Trustee in connection with the prospective appointment of a fee examiner and related occurrences in these cases, in connection with the American Bankruptcy Institute's Commission to Study the Reform of Chapter 11, and to the extent they have shared positions on continuing education panels (as set forth in detail below);

d.      Except as otherwise disclosed herein, neither he, Bernstein Shur, nor to the best of his knowledge after due inquiry, any shareholder member, counsel or associate of Bernstein Shur: (i) holds or represents an adverse interest in connection the Debtor's case;   (ii) holds or represents an interest adverse to the interests of the Debtor's estates; or (iii) has any other connection with the Debtor, its creditors, any other party in interest, or, where identified, their respective attorneys;

e.      Except as otherwise disclosed herein, neither he, Bernstein Shur, nor to the best of his knowledge after due inquiry, any of shareholder, member, counsel or associate of Bernstein Shur: (i) has represented the Debtor or any Interested Party (as that term is defined below) in connection with the Debtor's chapter 11 case; or (ii) represents the Debtor or any of the Interested Parties in any matter at the present time;

f.      Attorneys at Bernstein Shur may have spouses, parents, children, siblings, or other relatives ("Relatives") who are attorneys at other law firms and companies (although the conflict search to date has revealed no such connection). Bernstein Shur has strict policies against disclosing confidential information to anyone

3

Case 21-30589-MBK   Doc 1833-2   Filed 03/02/22   Entered 03/02/22 14:23:23   Desc
Certification Declaration of Robert J. Keach   Page 12 of 84
Exhibit Declaration of Robert J. Keach   Page 85 of 84

outside of the firm, including spouses, parents, children, siblings, fiancés, and fiancées. If he is selected to serve as fee examiner in the Debtor's case and Bernstein Shur is retained as his counsel, no member of Bernstein Shur will work on this engagement if a Relative of that member is working on or in connection with the Debtor's case;

g.      Bernstein Shur and Robert J. Keach are continuing and will continue to review potential conflicts. If he or Bernstein Shur learns that Bernstein Shur has a relationship with, or has represented, a party in interest in these cases, he will supplement this declaration immediately and promptly notify the United States Trustee;

h.      If Robert J. Keach is appointed as fee examiner herein, and Bernstein Shur is retained as his counsel, to ensure that Bernstein Shur will remain conflict free during the term of the appointment, he represents and agrees on behalf of Bernstein Shur, that, Bernstein Shur will not represent any client other than the fee examiner in connection with these cases; and

i.      Neither Bernstein Shur nor Robert J. Keach have agreed to share any compensation or reimbursement received in connection with the Debtor's cases with another person, except as expressly authorized by 11 U.S.C. § 504(b)(1).

6.      In preparing this disclosure, and in support of the declarations in this disclosure, Robert J. Keach has also reviewed and caused a full computerized conflict search to be conducted, in accordance with firm protocol, as to:

(a)      the Master Conflicts List;

(b)      the full docket in the above-captioned case through and including March 18, 2022;

(c)      Order Appointing the Official Committee of Talc Claimants attached as Exhibit B-1; and the appointment(s) of the talc claimants' committee(s) attached collectively as Exhibits B-2 and B-3[1];

(d)      Debtor's Motion for an Order Authorizing the Retention and Compensation of Professionals Utilized By the Debtor in the Ordinary Course of Business [Docket No. 12]; and

(e)      the Master Service List as of March 18, 2022 maintained by Epiq Corporate Restructuring, LLC, a copy of which is attached hereto as Exhibit C.

---

[1] Mr. Keach is aware that the Court recently overruled the UST's attempt to name two separate talc claimants' committees, without prejudice. In order to make the conflict search as broad as possible, and given the possibility that separate committees could be reinstated, Mr. Keach based the conflict search on the notices appointing separate committees. Mr. Keach notes that the system of two separate talc claimants' committees has been continued by subsequent orders of the Court.

From that review, Mr. Keach has compiled a list of all professionals retained or proposed to be retained in these cases and related adversary proceedings by the Debtor or the talc claimants' committees, or otherwise retained with Court approval (collectively, the "Retained Professionals"), which list is attached as <u>Exhibit D</u>.  A conflict search was conducted as to the Retained Professionals using Bernstein Shur's standard computer conflict search protocol and by use of a firm-wide e-mail inquiry.   Bernstein Shur does not represent any firm or other entity on the list of the Retained Professionals, and, except as disclosed below, is not currently co-counsel or a co-professional with any such firms.  A firm wide e-mail inquiry was also made as to any connections with the Debtor, including whether any attorney at Bernstein Shur owned, directly, any shares or other equity interests in the Debtor or any affiliate of the Debtor. Except as disclosed below, no such holdings exist.

7.      In the interests of full disclosure however, and out of an excess of caution, Robert J. Keach and Bernstein Shur make the following additional disclosures:

A.      Robert J. Keach was a Co-chair of the American Bankruptcy Institute ("ABI") Commission to Study the Reform of Chapter 11 (the "Commission").   Members of the Retained Professionals shown on <u>Exhibit E</u> attached hereto were members of the Commission or its advisory committees when the Commission was active.

B.      Robert J. Keach is a past President of the ABI, and in various capacities at ABI has worked with certain individuals associated with the Retained Professionals on ABI business or projects, and served on seminar panels with individuals associated with the Retained Professionals and counsel employed by the Office of the United States Trustee.

C.      In matters wholly unrelated to the Debtor and its chapter 11 case, Bernstein Shur, and Robert J. Keach in particular, represents and/or has represented clients adverse to clients represented by certain of the Retained Professionals, and represents and/or has represented clients in matters where such clients were co-defendants or co-plaintiffs in litigation.

D. In matters wholly unrelated to the Debtor and its chapter 11 case, Bernstein Shur serves as co-counsel or co-professional with certain Retained Professionals, to wit: Shook Hardy, FTI Consulting, and King & Spaulding.

E. Three members of Bernstein Shur (two shareholders and one of-counsel attorney) own collectively less than 700 shares of publicly traded stock of Johnson & Johnson. None of those attorneys serves on the fee examination team (or ever has), and, as with all such cases, appropriate screening measures will be put in place to ensure that such attorneys do not have access to any material non-public information.

F. Certain former or current clients of Bernstein Shur may be creditors of the Debtor or have other relationships to the case as set forth in Exhibit F; Bernstein Shur has not represented, and will not represent, such former or current clients in connection with the Debtor's cases.

G. Bernstein Shur has, in the past, been retained by McCarter & English LLP on a matter that is concluded, and, in any event, was wholly unrelated to the Debtor.

H. Bernstein Shur has, in the past, been retained by Blake, Cassels & Graydon LLP on a matter that is concluded, and, in any event, was wholly unrelated to the Debtor.

I. A member of FTI Consulting served as an expert witness in an arbitration on behalf of a client represented by Bernstein Shur. That matter has concluded.

J. Bernstein Shur has, in the past, been retained by Faegre Drinker Biddle & Reath LLP on a matter that is concluded, and, in any event, was wholly unrelated to the Debtor.

K. Bernstein Shur has, in the past, been retained by Covington & Burling LLP on a matter that is concluded, and, in any event, was wholly unrelated to the Debtor.

L. Bernstein Shur has, in the past, been retained by Adler Pollock & Sheehan PC on a matter that is concluded, and, in any event, was wholly unrelated to the Debtor.

M. Robert J. Keach has served as an expert witness (retained by Morgan Lewis) on a matter that is concluded, and, in any event, was wholly unrelated to the Debtor.

N.      Bernstein Shur serves and/or has served as co-counsel with Morgan Lewis, JD Thompson Law, and Dechert LLP on matters wholly unrelated to the Debtor or its chapter 11 case.

O.      Certain insurers listed on the Master Conflicts List have paid Bernstein Shur's fees on behalf of the firm's insured clients pursuant to policies issued by such insurers in connection with matters wholly unrelated to the Debtor.

8.      At Bernstein Shur, several shareholders, of counsel attorneys, associates, and paralegals regularly represent clients in matters involving Chapter 11 proceedings, whether as debtors, official committees, ad hoc committees, members of a committee or as creditors (secured and unsecured). (Additional attorneys may also work on such matters on a less regular basis.) If Bernstein Shur is retained as counsel to the Fee Examiner, some or all of those attorneys would assist the Fee Examiner.  Below are the names and normal hourly rates for those attorneys, subject to periodic adjustment beginning on January 1, 2022:

| | |
|---|---|
| Robert J. Keach, Shareholder | $685.00 |
| Louis H. Kornreich, Of Counsel | $685.00 |
| David S. ("Sam") Anderson, Shareholder | $455.00 |
| Lindsay Zahradka Milne, Shareholder | $465.00 |
| Adam R. Prescott, Shareholder | $340.00 |
| Brita J. Forssberg, Of Counsel | $330.00 |
| Letson D. Boots, Associate | $275.00 |
| Kyle D. Smith, Associate | $265.00 |
| Angela Stewart, Paralegal | $240.00 |
| Karla Quirk, Paralegal | $210.00 |
| Christine Mastrogiorgio, Paralegal | $185.00 |

Dated this 21st day of March 2022.

7

Robert J. Keach
BERNSTEIN SHUR
100 Middle Street
P.O. Box 9729
Portland, ME  04104
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
E-mail: rkeach@bernsteinshur.com

8

**Exhibit A**

**Master Conflicts List**

**Debtor**
LTL Management LLC

**Direct Equity Owner of Debtor**
Johnson and Johnson Consumer Inc.

**Debtor's Direct Non-Debtor Subsidiary**
Royalty A&M LLC

**Other Non-Debtor Affiliates**
3Dintegrated ApS
Acclarent, Inc.
Actelion Ltd
Actelion Manufacturing GmbH
Actelion Pharmaceuticals Australia Pty. Limited
Actelion Pharmaceuticals Korea Ltd.
Actelion Pharmaceuticals Ltd
Actelion Pharmaceuticals Mexico S.A. De C.V.
Actelion Pharmaceuticals Trading (Shanghai) Co., Ltd.
Actelion Pharmaceuticals UK Limited
Actelion Pharmaceuticals US, Inc.
Actelion Registration Limited
Actelion Treasury Unlimited Company
Akros Medical, Inc.
Albany Street LLC
ALZA Corporation
Alza Land Management, Inc.
AMO (Hangzhou) Co., Ltd.
AMO (Shanghai) Medical Devices Trading Co., Ltd.
AMO ASIA LIMITED
AMO Australia Pty Limited
AMO Canada Company
AMO Denmark ApS
AMO Development, LLC
AMO France
AMO Germany GmbH
AMO Groningen B.V.
AMO International Holdings
AMO Ireland
AMO Ireland Finance Unlimited Company
AMO Italy SRL
AMO Japan K.K.
AMO Manufacturing Spain S.L.
AMO Manufacturing USA, LLC

AMO Netherlands BV
AMO Nominee Holdings, LLC
AMO Norway AS
AMO Puerto Rico Manufacturing, Inc.
AMO Sales and Service, Inc.
AMO Singapore Pte. Ltd.
AMO Spain Holdings, LLC
AMO Switzerland GmbH
AMO U.K. Holdings, LLC
AMO United Kingdom, Ltd.
AMO Uppsala AB
AMO US Holdings, Inc.
AMO USA Sales Holdings, Inc.
AMO USA, LLC
Animas Diabetes Care, LLC
Animas LLC
Animas Technologies LLC
AorTx, Inc.
Apsis
Aragon Pharmaceuticals, Inc.
Asia Pacific Holdings, LLC
Atrionix, Inc.
AUB Holdings LLC
Auris Health, Inc.
Backsvalan 2 Aktiebolag
Backsvalan 6 Handelsbolag
Beijing Dabao Cosmetics Co., Ltd.
BeneVir BioPharm, Inc.
Berna Rhein B.V.
BioMedical Enterprises, Inc.
Biosense Webster (Israel) Ltd.
Biosense Webster, Inc.
C Consumer Products Denmark ApS
Calibra Medical LLC
Campus-Foyer Apotheke GmbH
Carlo Erba OTC S.r.l.
Centocor Biologics, LLC
Centocor Research & Development, Inc.
ChromaGenics B.V.
Ci:Labo Customer Marketing Co., Ltd.
Ci:z. Labo Co., Ltd.
Cilag AG
Cilag GmbH International
Cilag Holding AG

Cilag Holding Treasury Unlimited Company
Cilag-Biotech, S.L.
CNA Development GmbH
Codman & Shurtleff, Inc.
Coherex Medical, Inc.
ColBar LifeScience Ltd.
Company Store.com, Inc.
Cordis de Mexico, S.A. de C.V.
Cordis International Corporation
Corimmun GmbH
CoTherix Inc.
CSATS, Inc.
Darlain Trading S.A.
Debs-Vogue Corporation (Proprietary) Limited
DePuy France
DePuy Hellas SA
DePuy International Limited
DePuy Ireland Unlimited Company
DePuy Mexico, S.A. de C.V.
DePuy Mitek, LLC
DePuy Orthopaedics, Inc.
DePuy Products, Inc.
DePuy Spine, LLC
DePuy Synthes Gorgan Limited
DePuy Synthes Institute, LLC
DePuy Synthes Leto SARL
DePuy Synthes Products, Inc.
DePuy Synthes Sales, Inc.
DePuy Synthes, Inc.
Dr. Ci:Labo Co., Ltd.
DR. CI:LABO COMPANY LIMITED
Dutch Holding LLC
ECL7, LLC
EES Holdings de Mexico, S. de R.L. de C.V.
EES, S.A. de C.V.
EIT Emerging Implant Technologies GmbH
Ethicon Biosurgery Ireland
Ethicon Endo-Surgery (Europe) GmbH
Ethicon Endo-Surgery, Inc.
Ethicon Endo-Surgery, LLC
Ethicon Holding Sarl
Ethicon Ireland Unlimited Company
Ethicon LLC
Ethicon PR Holdings Unlimited Company

Ethicon Sarl
Ethicon US, LLC
Ethicon Women's Health & Urology Sarl
Ethicon, Inc.
Ethnor (Proprietary) Limited
Ethnor del Istmo S.A.
Ethnor Farmaceutica, S.A.
Ethnor Guatemala, Sociedad Anomina
Finsbury (Development) Limited
Finsbury (Instruments) Limited
Finsbury Medical Limited
Finsbury Orthopaedics International Limited
Finsbury Orthopaedics Limited
FMS Future Medical System SA
GH Biotech Holdings Limited
Global Investment Participation B.V.
GMED Healthcare BV
Guangzhou Bioseal Biotech Co., Ltd.
Hansen Medical Deutschland GmbH
Hansen Medical International, Inc.
Hansen Medical UK Limited
Hansen Medical, Inc.
Healthcare Services (Shanghai) Ltd.
I.D. Acquisition Corp.
Innomedic Gesellschaft für innovative
Medizintechnik und Informatik mbH
Innovalens B.V.
Innovative Surgical Solutions, LLC
J & J Company West Africa Limited
J&J Pension Trustees Limited
J.C. General Services BV
Janssen Alzheimer Immunotherapy (Holding) Limited
Janssen Biologics (Ireland) Limited
Janssen Biologics B.V.
Janssen BioPharma, Inc.
Janssen Biotech, Inc.
Janssen Cilag Farmaceutica S.A.
Janssen Cilag S.p.A.
Janssen Cilag SPA
Janssen Cilag, C.A.
Janssen de Mexico, S. de R.L. de C.V.
Janssen Development Finance Unlimited Company
Janssen Diagnostics, LLC
Janssen Egypt LLC

Janssen Farmaceutica Portugal Lda
Janssen Global Services, LLC
Janssen Group Holdings Limited
Janssen Holding GmbH
Janssen Inc.
Janssen Irish Finance Company UC
Janssen Korea Ltd.
Janssen Oncology, Inc.
Janssen Ortho LLC
Janssen Pharmaceutica (Proprietary) Limited
Janssen Pharmaceutica NV
Janssen Pharmaceutica S.A.
Janssen Pharmaceutical
Janssen Pharmaceutical K.K.
Janssen Pharmaceutical Sciences Unlimited Company
Janssen Pharmaceuticals, Inc.
Janssen Products, LP
Janssen R&D Ireland
Janssen Research & Development, LLC
Janssen Sciences Ireland Unlimited Company
Janssen Scientific Affairs, LLC
Janssen Supply Group, LLC
Janssen Vaccines & Prevention B.V.
Janssen Vaccines Corp.
Janssen-Cilag
Janssen-Cilag (New Zealand) Limited
Janssen-Cilag A/S
Janssen-Cilag AG
Janssen-Cilag Aktiebolag
Janssen-Cilag AS
Janssen-Cilag B.V.
Janssen-Cilag de Mexico S. de R.L. de C.V.
Janssen-Cilag Farmaceutica Lda.
Janssen-Cilag Farmaceutica Ltda.
Janssen-Cilag GmbH
Janssen-Cilag International NV
Janssen-Cilag Kft.
Janssen-Cilag Limited
Janssen-Cilag Manufacturing, LLC
Janssen-Cilag NV
Janssen-Cilag OY
Janssen-Cilag Pharma GmbH
Janssen-Cilag Pharmaceutical S.A.C.I.
Janssen-Cilag Polska, Sp. z o.o.

Janssen-Cilag Pty Ltd
Janssen-Cilag S.A.
Janssen-Cilag s.r.o.
Janssen-Cilag, S.A.
Janssen-Cilag, S.A. de C.V.
Janssen-Pharma, S.L.
J-C Health Care Ltd.
Jevco Holding, Inc.
JJ Surgical Vision Spain, S.L.
JJC Acquisition Company B.V.
JJHC, LLC
JJSV Belgium BV
JJSV Manufacturing Malaysia SDN. BHD.
JJSV Norden AB
JJSV Produtos Oticos Ltda.
JNJ Global Business Services s.r.o.
JNJ Holding EMEA B.V.
JNJ International Investment LLC
JNJ Irish Investments ULC
Johnson & Johnson
Johnson & Johnson - Societa' Per Azioni
Johnson & Johnson (Angola), Limitada
Johnson & Johnson (China) Investment Ltd.
Johnson & Johnson (Egypt) S.A.E.
Johnson & Johnson (Hong Kong) Limited
Johnson & Johnson (Ireland) Limited
Johnson & Johnson (Jamaica) Limited
Johnson & Johnson (Kenya) Limited
Johnson & Johnson (Middle East) Inc.
Johnson & Johnson (Mozambique), Limitada
Johnson & Johnson (Namibia) (Proprietary) Limited
Johnson & Johnson (New Zealand) Limited
Johnson & Johnson (Philippines), Inc.
Johnson & Johnson (Private) Limited
Johnson & Johnson (Thailand) Ltd.
Johnson & Johnson (Trinidad) Limited
Johnson & Johnson (Vietnam) Co., Ltd
Johnson & Johnson AB
Johnson & Johnson AG
Johnson & Johnson Belgium Finance Company BV
Johnson & Johnson Bulgaria EOOD
Johnson & Johnson China Ltd.
Johnson & Johnson Consumer (Hong Kong) Limited
Johnson & Johnson Consumer (Thailand) Limited

Johnson & Johnson Consumer B.V.
Johnson & Johnson Consumer Holdings France
Johnson & Johnson Consumer Inc.
Johnson & Johnson Consumer NV
Johnson & Johnson Consumer Saudi Arabia Limited
Johnson & Johnson Consumer Services EAME Ltd.
Johnson & Johnson d.o.o.
Johnson & Johnson de Argentina S.A.C. e. I.
Johnson & Johnson de Chile Limitada
Johnson & Johnson de Chile S.A.
Johnson & Johnson de Colombia S.A.
Johnson & Johnson de Costa Rica, S.A.
Johnson & Johnson de Mexico, S.A. de C.V.
Johnson & Johnson de Uruguay S.A.
Johnson & Johnson de Venezuela, S.A.
Johnson & Johnson del Ecuador, S.A.
Johnson & Johnson Del Paraguay, S.A.
Johnson & Johnson del Peru S.A.
Johnson & Johnson do Brasil Industria E Comercio de Produtos Para Saude Ltda.
Johnson & Johnson Dominicana, S.A.S.
Johnson & Johnson Enterprise Innovation Inc.
Johnson & Johnson European Treasury Company
Johnson & Johnson Finance Corporation
Johnson & Johnson Finance Limited
Johnson & Johnson Financial Services GmbH
Johnson & Johnson for Export and Import LLC
Johnson & Johnson Foundation Scotland (NON-PROFIT)
Johnson & Johnson Gateway, LLC
Johnson & Johnson Gesellschaft m.b.H.
Johnson & Johnson GmbH
Johnson & Johnson Guatemala, S.A.
Johnson & Johnson Health and Wellness Solutions, Inc.
Johnson & Johnson Health Care Systems Inc.
Johnson & Johnson Hellas Commercial and Industrial S.A.
Johnson & Johnson Hellas Consumer Products Commercial Societe Anonyme
Johnson & Johnson Hemisferica S.A.
Johnson & Johnson Holding GmbH
Johnson & Johnson Holdings K.K.
Johnson & Johnson Inc.
Johnson & Johnson Industrial Ltda.
Johnson & Johnson Innovation - JJDC, Inc.
Johnson & Johnson Innovation Limited
Johnson & Johnson Innovation LLC
Johnson & Johnson International

Johnson & Johnson International (Singapore) Pte. Ltd.
Johnson & Johnson International Financial Services Company
Johnson & Johnson Japan Inc.
Johnson & Johnson K.K.
Johnson & Johnson Kft.
Johnson & Johnson Korea Ltd.
Johnson & Johnson Korea Selling & Distribution LLC
Johnson & Johnson Limitada
Johnson & Johnson Limited
Johnson & Johnson LLC
Johnson & Johnson Luxembourg Finance Company Sarl
Johnson & Johnson Management Limited
Johnson & Johnson Medical (China) Ltd.
Johnson & Johnson Medical (Proprietary) Ltd
Johnson & Johnson Medical (Shanghai) Ltd.
Johnson & Johnson Medical (Suzhou) Ltd.
Johnson & Johnson Medical B.V.
Johnson & Johnson Medical Devices & Diagnostics Group - Latin America, L.L.C.
Johnson & Johnson Medical GmbH
Johnson & Johnson Medical Korea Ltd.
Johnson & Johnson Medical Limited
Johnson & Johnson Medical Mexico, S.A. de C.V.
Johnson & Johnson Medical NV
Johnson & Johnson Medical Products GmbH
Johnson & Johnson Medical Pty Ltd
Johnson & Johnson Medical S.A.
Johnson & Johnson Medical S.p.A.
Johnson & Johnson Medical SAS
Johnson & Johnson Medical Saudi Arabia Limited
Johnson & Johnson Medical Servicios Profesionales S. de R.L. de C.V.
Johnson & Johnson Medical Taiwan Ltd.
Johnson & Johnson Medical, S.C.S.
Johnson & Johnson Medikal Sanayi ve Ticaret Limited Sirketi
Johnson & Johnson Middle East FZ-LLC
Johnson & Johnson Morocco Societe Anonyme
Johnson & Johnson Nordic AB
Johnson & Johnson Pacific Pty Limited
Johnson & Johnson Pakistan (Private) Limited
Johnson & Johnson Panama, S.A.
Johnson & Johnson Personal Care (Chile) S.A.
Johnson & Johnson Poland Sp. z o.o.
Johnson & Johnson Private Limited
Johnson & Johnson Pte. Ltd.
Johnson & Johnson Pty. Limited

Johnson & Johnson Research Pty Ltd
Johnson & Johnson Romania S.R.L.
Johnson & Johnson S.E. d.o.o.
Johnson & Johnson S.E., Inc.
Johnson & Johnson Sante Beaute France
Johnson & Johnson SDN. BHD
Johnson & Johnson Services, Inc.
Johnson & Johnson Servicios Corporativos, S. de R.L. de C.V.
Johnson & Johnson Surgical Vision India Private Limited
Johnson & Johnson Surgical Vision, Inc.
Johnson & Johnson Taiwan Ltd.
Johnson & Johnson UK Treasury Company Limited
Johnson & Johnson Ukraine LLC
Johnson & Johnson Urban Renewal Associates
Johnson & Johnson Vision Care (Shanghai) Ltd.
Johnson & Johnson Vision Care Ireland Unlimited Company
Johnson & Johnson Vision Care, Inc.
Johnson & Johnson, S.A.
Johnson & Johnson, S.A. de C.V.
Johnson & Johnson, s.r.o.
Johnson and Johnson (Proprietary) Limited
Johnson and Johnson Sihhi Malzeme Sanayi Ve Ticaret Limited Sirketi
JOM Pharmaceutical Services, Inc.
La Concha Land Investment Corporation
Latam International Investment Company Unlimited Company
Lifescan
McNeil AB
McNeil Consumer Pharmaceuticals Co.
McNeil Denmark ApS
McNeil Healthcare (Ireland) Limited
McNeil Healthcare (UK) Limited
McNeil Healthcare LLC
McNeil Iberica S.L.U.
McNeil LA LLC
McNEIL MMP, LLC
McNeil Nutritionals, LLC
McNeil Panama, LLC
McNeil Products Limited
McNeil Sweden AB
MDS Co. Ltd.
Medical Device Business Services, Inc.
Medical Devices & Diagnostics Global Services, LLC
Medical Devices International LLC
Medical Industrial do Brasil Ltda.

Medos International Sarl
Medos Sarl
MegaDyne Medical Products, Inc.
Menlo Care De Mexico, S.A. de C.V.
Mentor B.V.
Mentor Deutschland GmbH
Mentor Medical Systems B.V.
Mentor Partnership Holding Company I, LLC
Mentor Texas GP LLC
Mentor Texas L.P.
Mentor Worldwide LLC
Micrus Endovascular LLC
Middlesex Assurance Company Limited
Momenta Ireland Limited
Momenta Pharmaceuticals, Inc.
NeoStrata Company, Inc.
NeoStrata UG (haftungsbeschränkt)
Netherlands Holding Company
Neuravi Inc.
Neuravi Limited
NeuWave Medical, Inc.
Novira Therapeutics, LLC
NuVera Medical, Inc.
Obtech Medical Mexico, S.A. de C.V.
OBTECH Medical Sarl
OGX Beauty AU Pty Ltd
OGX Beauty Limited
OMJ Holding GmbH
OMJ Ireland Unlimited Company
OMJ Pharmaceuticals, Inc.
Omrix Biopharmaceuticals Ltd.
Omrix Biopharmaceuticals NV
Omrix Biopharmaceuticals, Inc.
Ortho Biologics LLC
Ortho Biotech Holding LLC
Ortho-McNeil Pharmaceutical, LLC
Orthotaxy
Patriot Pharmaceuticals, LLC
Peninsula Pharmaceuticals, LLC
Penta Pty. Limited
Percivia LLC
Perouse Plastie
Pharmadirect Ltd
Pharmedica Laboratories (Proprietary) Limited

PMC Holdings G.K.
Princeton Laboratories, Inc.
Productos de Cuidado Personal y de La Salud de Bolivia S.R.L.
Proleader S.A.
PT Integrated Healthcare Indonesia
PT. Johnson & Johnson Indonesia
Pulsar Vascular, Inc.
Regency Urban Renewal Associates
RespiVert Ltd.
RoC International
Rutan Realty LLC
Scios LLC
Sedona Enterprise Co., Ltd.
Sedona Singapore International Pte. Ltd.
Sedona Thai International Co., Ltd.
Serhum S.A. de C.V.
Shanghai Elsker For Mother & Baby Co., Ltd
Shanghai Johnson & Johnson Ltd.
Shanghai Johnson & Johnson Pharmaceuticals Ltd.
Sightbox, LLC
Sodiac ESV
Spectrum Vision Limited Liability Company
Spectrum Vision Limited Liability Partnership
Spine Solutions GmbH
SterilMed, Inc.
Surgical Process Institute Deutschland GmbH
Synthes Costa Rica S.C.R., Limitada
SYNTHES GmbH
Synthes Holding AG
Synthes Holding Limited
SYNTHES Medical Immobilien GmbH
Synthes Medical Surgical Equipment & Instruments Trading LLC
Synthes Produktions GmbH
Synthes Proprietary Limited
Synthes S.M.P., S. de R.L. de C.V.
Synthes Tuttlingen GmbH
Synthes USA Products, LLC
Synthes USA, LLC
Synthes, Inc.
TARIS Biomedical LLC
TearScience, Inc.
The Anspach Effort, LLC
The Vision Care Institute, LLC
Tibotec, LLC

Torax Medical, Inc.
TriStrata, Incorporated
UAB "Johnson & Johnson"
Vania Expansion
Verb Surgical Inc.
Vision Care Finance Unlimited Company
Vogue International LLC
Vogue International Trading, Inc.
WH4110 Development Company, L.L.C.
Xian Janssen Pharmaceutical Ltd.
XO1 Limited
Zarbee's, Inc.

**Managers and Officers of the Debtor**
John Kim
Richard Dickinson
Robert Wuesthoff
Russell Deyo

**Major Current Business Affiliations of Debtor's Managers**
American Foundation for Opioid Alternatives
Lawyers for Civil Justice
Migration Policy Institute
Miller Center for Community Protection & Reliance, Eagleton Institute of Politics, Rutgers University
National Center for State Courts
National Council, McLean Hospital
New Jersey Civil Justice Institute
One Mind

**Depository and Disbursement Banks**
Bank of America, N.A.

**Major Sureties**
Chubb
Federal Insurance Company
Liberty Mutual Insurance Company
Travelers Casualty and Surety Company of America

**Parties to Material Contracts with the Debtor**
Johnson & Johnson
Johnson & Johnson Consumer Inc.
Johnson & Johnson Services, Inc.
U.S. Bank N.A.

**Significant Co-Defendants in TalcRelated Litigation**

3M Company
A.O. Smith Corporation
Albertsons Companies, Inc.
Avon Products, Inc.
Barretts Minerals, Inc.
BASF Catalysts LLC
Block Drug Company, Inc.
Borg Warner Morse Tec, Inc.
Brenntag North America
Brenntag Specialties, Inc.
Bristol-Myers Squibb Company
Carrier Corporation
Chanel, Inc.
Charles B. Chrystal Co., Inc.
Chattem, Inc.
Colgate-Palmolive Company
Conopco Inc.
Costco Wholesale Corporation
Coty, Inc.
Crane Co.
CVS Health Corporation
CVS Pharmacy, Inc.
Cyprus Amax Minerals Company
Cyprus Mines Corporation
Dana Companies, LLC
DAP Products, Inc.
Dollar General Corporation
Duane Reade Inc.
Eaton Corporation
Eli Lilly and Company
Elizabeth Arden, Inc.
Estee Lauder Inc.
Family Dollar Stores Inc.
Flowserve US, Inc.
FMC Corporation
Food 4 Less of California, Inc.
Ford Motor Company
Foster Wheeler, LLC
Gardner Denver, Inc.
General Electric Company
Genuine Parts Company
Goodyear Tire & Rubber Co.
Goulds Pumps, LLC

Grinnell LLC
Honeywell International, Inc.
Imerys Talc America, Inc.
Imerys USA, Inc.
IMO Industries Inc.
John Crane, Inc.
K&B Louisiana Corporation
Kaiser Gypsum Company, Inc.
Kmart Corporation
Kolmar Laboratories
Longs Drug Stores California
L'Oreal USA, Inc.
Lucky Stores, Inc.
Macy's, Inc.
Mary Kay Inc.
Maybelline LLC
Metropolitan Life Insurance Company
Noxell Corporation
Personal Care Products Council
Pfizer, Inc.
Pharma Tech Industries, Inc.
Pneumo Abex, LLC
PTI Royston, LLC
Publix Super Markets, Inc.
R.T. Vanderbilt Holding Company, Inc.
Ralphs Grocery Company
Revlon Consumer Products Corporation
Revlon, Inc.
Rite Aid Corporation
Safeway, Inc.
Sanofi-Aventis U.S. LLC
Shulton, Inc.
Specialty Minerals Inc.
Target Corporation
The Dow Chemical Company
The Estee Lauder Companies, Inc.
The Kroger Co.
The Procter & Gamble Company
Thrifty Payless, Inc.
Unilever Home & Personal Care USA
Union Carbide Corporation
Vanderbilt Minerals, LLC
ViacomCBS, Inc.
Walgreen Co.

Case 21-30589-MBK    Doc 1833-2    Filed 03/02/22    Entered 03/02/22 14:23:43    Desc
Certificate of Declaration of Publication of Kelly  Page 32 of 85
Exhibit Declaration of Publication Kelly  Page 15 of 84

Walmart, Inc.
Warren Pumps, LLC
Whittaker Clark & Daniels, Inc.
Wyeth Holdings LLC
Yves Saint Laurent America, Inc.

**Debtors' Retained Professionals and Claims Agent**
AlixPartners LLP
Bates White LLC
Blake, Cassels & Graydon LLP
Epiq Corporate Restructuring LLC
Jones Day
King & Spalding LLP
McCarter & English, LLP
Orrick, Herrington, & Sutcliffe, LLP
Rayburn Cooper & Durham, P.A.
Shook, Hardy & Bacon L.L.P.
Skadden, Arps, Slate, Meager & Flom LLP
Weil Gotshal & Manges LLP
Wollmuth Maher & Deutsch, LLP

**Debtors' Significant Ordinary Course Professionals, Consultants, and Service Providers**
Adler Pollock & Sheehan PC
Bailey Glasser LLP
Barnes & Thornburg, LLP
Barrasso Usdin Kupperman Freeman & Sarver, L.L.C.
Blake, Cassels & Graydon LLP
Blank Rome LLP
Brown Greer PLC
Butler Snow LLP
Carlton Fields, P.A.
Chehardy, Sherman, Williams, Recile, & Hayes
Covington & Burling LLP
Damon Key Leong Kupchak Hastert
Davis Hatley Haffeman & Tighe
Dechert LLP
Elliott Law Offices, PA
Faegre Drinker Biddle & Reath LLP
Foliart, Huff, Ottaway & Bottom
Gibson, Dunn & Crutcher LLP
Goldman Ismail Tomaselli Brennan & Baum
Hartline Barger
HeplerBroom LLC
Irwin Fritchie Urquhart & Moore LLC

Johnson & Bell Ltd.
Jones, Skelton & Hochuli, P.L.C.
Kaplan, Johnson, Abate & Bird LLP
Kelley Jasons McGowan Spinelli Hanna & Reber, LLP
Kirkland & Ellis LLP
Kitch Drutchas Wagner Valitutti & Sherbrook
Lewis Brisbois Bisgaard & Smith, LLP
Manion Gaynor & Manning LLP
Miles & Stockbridge
Milligan & Herns
Morgan Lewis
Nelson Mullins Riley & Scarborough, LLP
Nutter McClennen & Fish LLP
Orrick, Herrington, & Sutcliffe, LLP
Patterson Belknap Webb & Tyler LLP
Proskauer Rose LLP
Quattlebaum, Grooms & Tull PLLC
Schnader Harrison Segal & Lewis
Schwabe Williamson & Wyatt
Sidley Austin LLP
Skadden, Arps, Slate, Meager & Flom LLP
Stoel Rives LLP
Sullivan Whitehead & Deluca LLP
Swartz Campbell LLC
The Weinhardt Law Firm
Tucker Ellis LLP
Willcox & Savage, P.C.

**Known Professionals for Certain Non-Debtor Parties in Interest**
Cravath, Swaine & Moore
White & Case LLP

**Material Potentially Indemnified Parties**
Bausch Health Companies Inc.
Cyprus Mines Corporation
Cyprus Talc Corp.
Imerys Talc America, Inc.
Imerys Talc Vermont, Inc.
Luzenac America, Inc.
Pharma Tech Industries, Inc.
PTI Royston, LLC
Rio Tinto America, Inc.
RTZ America, Inc.
Valeant Pharmaceuticals International, Inc.

Windsor Minerals Inc.
Costco Wholesale Corporation
Publix Super Markets, Inc.
Rite Aid Corporation
Safeway Inc.
Walmart Inc.

**Law Firms with Significant Representations of Talc Claimants**
Arnold & Itkin LLP
Ashcraft & Gerel, LLP
Aylstock, Witkin, Kreis & Overholtz, PLLC
Barnes Firm
Beasley Allen Law Firm
Cellino Law LLP
Dalimonte Rueb Stoller, LLP
Dean Omar Branham Shirley, LLP
Driscoll Firm, LLC
Fears Nachawati Law Firm
Ferraro Law Firm
Flint Law Firm LLC
Golomb Spirit Grunfeld, P.C.
Honik LLC
Johnson Law Group
Karst & von Oiste LLP
Kazan, McClain, Satterly & Greenwood PLC
Lanier Law Firm
Levy Konigsberg LLP
Maune Raichle Hartley French & Mudd, LLC
Miller Firm, LLC
Motley Rice LLC
Napoli Shkolnik PLLC
OnderLaw, LLC
Simmons Hanly Conroy LLC
Simon Greenstone Panatiere Bartlett, PC
The Gori Law Firm
Trammell PC
Weitz & Luxenberg, P.C.
Williams Hart Law Firm

**Key Parties in *Imerys Talc America, Inc.* and Cyprus Mines Corp. Chapter 11 Cases**

Cyprus Amax Minerals Company

Cyprus Mines Corporation

Cyprus Talc Corporation

Imerys S.A.

Imerys Talc America, Inc.

Imerys Talc Vermont, Inc. (fka Windsor Minerals Inc.)

James L. Patton

Luzenac America, Inc.

Official Committee of Tort Claimants (In re Imerys Talc America, Inc.)

Official Committee of Tort Claimants (In re Cyprus Mines Corp.)

Roger Frankel

**Debtor's Insurers**

A.G. Securitas

ACE Property & Casualty Insurance Company

Aetna Casualty and Surety Company

Affiliated FM Ins. Company

AIG Europe S.A.

AIG Property and Casualty Company

AIU Ins. Company

Allianz Ins. Company

Allianz Global Risks US Insurance Company

Allstate Insurance Company

American Centennial Ins. Company

American Motorists Ins. Company

American Re-Insurance Company

Arrowood Indemnity Company

ASR Schadeverzekering N.V.

Assurances Generales De France

Assurantiekantoor VanWijk & Co.

Atlanta International Insurance Company

Birmingham Fire Ins. Company of Pennsylvania

Central National Ins. Company of Omaha

Century Indemnity Company

Champion Dyeing Allocation Year

Chubb

City Ins. Company

Colonia Versicherungs AG, Koln

Continental Insurance Company

Darag Deutsche Versicherungs-Und Rückversicherungs-AG

Drake Ins. Company of New York

Employers Ins. Company of Wausau

Employers Ins. of Wausau

Employers Mutual Casualty Company
Eurinco Allgemeine Versicherungs AG, Dusseldorf
Everest Reinsurance Company
Fireman's Fund Ins. Company
First State Ins. Company
GAP
Gibraltar Casualty Company
Granite State Ins. Company
Great American
Great Northern Ins. Company
Great Southwest Fire Ins. Company
Groupe Drouot
Harbor Ins. Company
Hartford Accident and Indemnity Company
Home Ins. Company
Ideal Mutual Ins. Company
Industrial Indemnity Company
Ins. Company of North America
Ins. Company of the State of Pennsylvania
Ins. Corporation of Singapore Limited
Integrity Ins. Company
International Ins. Company
International Surplus Lines Ins. Company
Lexington Ins. Company
London Guarantee and Accident Company of N.Y.
L'Union Atlantique S.A. d'Assurances
Mead Reinsurance Corporation
Middlesex Assurance Company
Midland Ins. Company
Midstates Reinsurance Corp.
Mission Ins. Company
Mission National Ins. Company
Munich Reinsurance America, Inc.
Mutual Fire, Marine, & Inland Ins. Company
N.V. De Ark
N.V. Rotterdamse Assurantiekas
N.V. Schadeverzekeringsmaatschappij Maas Lloyd
National Casualty Company
National Union Fire Ins. Company of Pittsburgh, PA
Nationwide
New Hampshire Ins. Company
North River Ins. Company
Northbrook Excess and Surplus Ins. Company
Northeastern Fire Ins. Company of Pennsylvania

Pacific Employers Ins. Company
ProSight
Prudential Reinsurance Company
Puritan Insurance Company
Republic Indemnity Company of America
Republic Ins. Company
Republic Western Ins. Company
Repwest Insurance Company
Resolute Management Inc.
Rheinland Versicherungen
Rheinland Verzekeringen
Riverstone Insurers
Royal Belge I.R., S.A. d'Assurances
Royal Indemnity Company
Royal Ins. Company
Safety Mutual Casualty Corporation
Safety National Casualty Corporation
Seguros La Republica SA
Sentry Insurance A Mutual Company
Southern American Ins. Company
Starr Indemnity & Liability Company
TIG Insurance Company
Transamerica Premier Insurance Company
Transit Casualty Company
Travelers Casualty and Surety Company
UAP
Union Atlantique d'Assurances S.A.
Union Indemnity Ins. Company of New York
Westchester Fire Insurance Company
Westport Insurance Corporation
XL Ins. Company

**Employees of the Bankruptcy Administrator's Office for the Western District of North Carolina**
Alexandria Kenny
Anne Whitley
David Shepherd
Katrina Adams
Sarah Scholz
Shelley K. Abel

**Bankruptcy Judges for the Western District of North Carolina**
Judge George Hodges
Judge J. Craig Whitley
Judge Laura T. Beyer

**Employees of the Office of the United States Trustee – Region 3 – District of New Jersey**

Andrew R. Vara

Martha Hildebrandt

Adela Alfaro

Kirsten K. Ardelean

Francyne D. Arendas

Michael Artis

Lauren Bielskie

Peter J. D'Auria

Neidy Fuentes

David Gerardi

Rosemarie Giles

Tia Green

Mitchell B. Hausman

Joseph C. Kern

Daniel C. Kropiewnicki

Maggie McGee

Alexandria Nikolinos

Tina L. Oppelt

Angeliza Ortiz-Ng

Robert J. Schneider, Jr.

Jeffrey Sponder

Fran B. Steele

James Stives

William J. Ziemer

**Bankruptcy Judges for the District of New Jersey**

Judge Andrew B. Altenburg, Jr.

Judge Christine M. Gravelle

Judge Jerrold N. Poslusny, Jr.

Judge John K. Sherwood

Judge Kathryn C. Ferguson

Judge Michael B. Kaplan

Judge Rosemary Gambardella

Judge Stacey L. Meisel

Judge Vincent F. Papalia

**Professionals Retained by Official Committees of Talc Claimants**

Bailey & Glasser LLP

Brown Rudnick LLP

Cooley LLP

Ducera Partners LLC

FTI Consulting, Inc.

Genova Burns LLC
Gilbert LLP
Houlihan Lokey Capital, Inc.
Massey & Gail LLP
Miller Thomson LLP
Monzack Mersky and Browder, P.A.
Otterbourg P.C.
Parkins Lee & Rubio LLP
Sherman, Silverstein, Kohl, Rose & Podolsky, P.A.
The Brattle Group, Inc.
Waldrep Wall Babcock & Bailey PLLC

**Committee Members**

Rebecca Love
c/o Ashcraft & Gerel, LLP
Attn: Michelle Parfitt
1825 K Street, NW, Suite 700
Washington, DC 20006

Kellie Brewer
c/o Fears Nachawati Law Firm
Attn: Majed Nachawati
5473 Blair Road
Dallas, TX 75231

Tonya Whetsel
c/o Karst von Oiste LLP
Attn: Eric Karst
23923 Gosling Rd., Ste. A
Spring, TX 77389

William A. Henry
c/o Levin Papantonio Rafferty
Attn: Christopher Tisi
316 S Baylen Street, Suite 600
Pensacola, FL 32502

Darlene Evans
c/o OnderLaw, LLC
Attn: James Onder
110 East Lockwood Avenue
St. Louis, MO 63119

Patricia Cook
c/o Weitz & Luxenberg, P.C.
Attn: Danny Kraft
700 Broadway
New York, NY 10083

Alishia Landrum
c/o Beasley Allen Law Firm
Attn: Leigh O'Dell
PO Box 4160
Montgomery, AL 36103

Blue Cross Blue Shield of Massachusetts
c/o Hill Hill Carter Franco Cole & Black, PC
Attn: Elizabeth Carter
425 Perry Street
Montgomery, AL 36104

Kristie Doyle
c/o Kazan, McClain, Satterley &
Greenwood PLC
Attn: Steven Kazan
55 Harrison St., Ste. 400
Oakland, CA 94607

Randy Derouen
c/o Levy Konigsberg LLP
Attn: Audrey Raphael
605 Third Avenue, 33rd Fl
New York, NY 10158

April Fair
c/o Robinson Calcagnie, Inc.
Attn: Mark Robinson, Jr.
19 Corporate Plaza Drive
Newport Beach, CA 92660

**Additional Parties**
ACE Property and Casualty Insurance
Advanced Sterilization Products
AIG Europe S.A.
AIG Property Casualty Company (f/k/a Birmingham Fire Insurance Company of Pennsylvania)
AIU Insurance Company
Albertsons Companies, Inc.

Allstate Insurance Company
Amanda Joyce
Andrea Harris
Ann Frye-Moragne
Arnold & Itkin LLP
Ashcraft & Gerel, LLP
ASR Schadeverzekering N.V.
Atlanta International Insurance Company
Aveeno
Aylstock Witkin Kreis & Bailey & Glasser LLP
Aylstock, Witkin, Kreis & Overholtz, PLLC
BAILEY & GLASSER LLP
Ballard Spahr LLP
Barbara Busch
Barnes Firm
Barnes Law Group
Bausch Health Americas, Inc. f/k/a Valeant
Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International, Inc.
Bausch Health US, LLC f/k/a Valeant Pharmaceuticals North America LLC
BCBS of Massachusetts, Inc.
Beasley Allen Law Firm
Beatriz Cabeza
Bernadette McGinnis
Bestwall LLC
Blanco Tackabery & Matamoros, P.A.
Blood, Hurst & O'Reardon, LLP
Blue Cross Blue Shield Association
Blue Cross Blue Shield of Massachusetts, Inc
Brandi Carl
Bridget Coates
Brown Rudnick LLP
Burns Charest LLP
Carmen S. Scott
Cellino Law LLP
Central National Insurance Company of Omaha
Century Indemnity Company
Charlette Hein
Christine Hodge
Christine Torres
Christopher V. Tisi
Clyde & Co Us LLP
Clyde And Co Us LLP
Cohen, Placitella & Roth P.C.
Cole Schotz P.C.

Company (f/k/a CIGNA Property & Casualty Insurance Company)
Cooley LLP
Cora Robinson
Cordes Law, PLLC
Crowell & Moring LLP
Cyprus Amax Minerals Company
Cyprus Mines Corporation
Dalimonte Rueb Stoller, LLP
Daniel R. Lapinski
Darlene Holland
David Christian Attorneys LLC
Dawn Dispensa
Dean Omar Branham Shirley, LLC
Debra Fugiel
DLA Piper LLP (Us)
Driscoll Firm, LLC
Duane Morris LLP
Eamonn O'Hagan, Esq.
Edna Brown
Elaine Cook
Emmet, Marvin & Martin LLP
Employers Ins. Company of Wausau
Employers Ins. of Wausau
Employers Mutual Casualty Company
Epiq Corporate Restructuring, LLC
Eric H. Weinberg
Fears Nachawati Law Firm
Fears Nachawati PLLC
Federal Insurance Company
Ferraro Law Firm
Fisherbroyles LLP
Flint Law Firm LLC
Genova Burns LLC
Gimigliano Mauriello & Maloney
Gloria Davis
Golomb & Honik, Pc
Golomb Spirit Grunfeld, Pc
Granite State Insurance Company
Grant & Eisenhofer
Great Northern Insurance Company
Greenbaum, Rowe, Smith & Davis LLP
Greenberg Traurig, LLP
Halperin Battaglia Benzija LLP
Herrick Feinstein LLP

Hill Hill Carter Franco Cole & Black
Honik LLC
Hughes Hubbard & Reed LLP
Hunter J. Shkolnik
Imerys SA
Imerys Talc America, Inc.
Imerys Talc Canada Inc.
Imerys Talc Vermont, Inc.
Isabel Spano
J.C. Services Cvba
J.C. White Law Group PLLC
JD Thompson Law
Jeff S. Gibson
Jo Ellen Luster
Johnson & Johnson
Johnson & Johnson Consumer Inc.
Johnson Law Group
Jones Day
Julie Lamore
Karst & Von Oiste LLP
Kasowitz Benson Torres LLP
Kathleen O'Halloran
Katten Muchin Rosenman LLP

Kazan, McClain, Satterley & Greenwood, PLLC
Kennedys Cmk LLP
Kiesel Law, LLP
King & Spalding LLP
Klehr Harrison Harvey Branzburg, LLP
Kristie Lynn Doyle
Kristie M. Hightower
KTBS Law LLP
Lanier Law Firm
Latham & Watkins LLP
Laurence S. Berman
Law Firm Of Brian W Hofmeister, LLC
Law Offices Of Mitchell J. Malzberg, LLC
Law Offices Of R. Keith Johnson, P.A.
Levin Papantonio Rafferty
Levin, Sedran & Berman LLP
Levy Konigsberg LLP
LEX NOVA LAW LLC
Lexington Insurance Company
Lillian Cohn-Sharon
Linda Rabasca
Lisa O'Neal
Lisa Sabatine
Lite Depalma Greenberg & Afanador, LLC
Lowenstein Sandler LLP
LTL MANAGEMENT LLC
Lundy, Lundy, Soileau & South, LLP
Manier & Herod, P.C.
Maraldine Schmidt
Marshack Hays LLP
Mary Leinen
Massey & Gail LLP
Maune Raichle Hartley French &
May Virata
Mccarter & English LLP
McManimon, Scotland & Baumann, LLC
Mendes & Mount LLP
Mildred Kirk-Brown
Miller Firm, LLC
Monica Cambron
Moon Wright & Houston, PLLC
Moore & Van Allen PLLC
Moritt Hock & Hamroff LLP
Morris Bart, LLC

Motley Rice LLC
N.V. Schadeverzekeringsmaatschappij Maas Lloyd
Nancy Lyman
Napoli Shkolnik PLLC
National Union Fire Insurance Company of Pittsburgh, Pa.
Nationwide Indemnity
Neutrogena
New Hampshire Insurance Company
Nexsen Pruet, PLLC
Northern Blue, LLP
Office Of The Attorney General Of Texas
Office Of The US Trustee
Offit Kurman, P.A.
OnderLaw, LLC
Oshunna Williams
Otterbourg P.C.
Pachulski Stang Ziehl & Jones LLP
Pacific Employers Insurance Company
Pamela Morrill
Parker Poe Adams & Bernstein LLP
Parkins Lee & Rubio LLP
Patricia Dunbar
Pension Benefit Guaranty Corporation
Pharmaceuticals International
Porzio, Bromberg & Newman, P.C.
Pryor Cashman LLP
Rabinowitz, Lubetkin & Tully, LLC
Rawlings & Associates
Rayburn Cooper & Durham, P.A.
Reed Smith LLP
Republic Indemnity Company of America
RheinLand Versicherungen
Richard Golomb
Richard H. Meadow
Richard L. Root
Rio Tinto America Inc.
Robinson Calcagnie, Inc.
Robinson, Calcagnie, Robinson,
Roger Frankel
Ross Feller Casey, LLP
Ruggeri Parks Weinberg LLP
Saiber LLC
Sanders Phillips Grossman, LLC
Savo, Schalk, Gillespie, O'grodnick

Scottsdale Insurance

Sharon Wildman

Shelly King

Sherman Silverstein Kohl Rose & Podolsky, P.A.

Simmons Hanly Conroy LLC

Simon Greenstone Panatiere

Simpson Thacher & Bartlett LLP

Sindu S. Daniel

Starr Indemnity & Liability Company

State of Texas, Attorney General of Texas

Stevens & Lee, P.C.

Sue Sommer-Kresse

Surg Rx

Susan Leach

Tabitha Henry

Tarshwa Carter

The Blue Cross Blue Shield Association

The Continental Insurance Company

The Gori Law Firm

The Henderson Law Firm, PLLC

The Insurance Company of the State of Pennsylvania

The Kelly Firm, P.C.

The Layton Law Firm, PLLC

The Miller Firm, LLC

The North River Insurance Company

The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing, S

The Shapiro Law Firm

The Weinberg Law Firm

Three Crowns Insurance Company

Timothy G. Blood

Togut, Segal & Segal LLP

Trammell Pc

Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)

Trif & Modugno LLC

US Department of Justice

Valerie Schultz

Veridex

Victoria Gomes

Victoria Maniatis

Vinson & Elkins LLP

Voncile Jones

Wagner Reese, LLP

Waldrep Wall Babcock & Bailey PLLC

Wallace & Graham Pa

Wanda Allen
Ward And Smith, P.A.
Warren T. Burns
Weitz & Luxenberg, P.C.
Westchester Fire Insurance Company
White & Case LLP
Williams Hart Boundas Easterby, LLP
Williams Hart Law Firm
Windels Marx Lane & Mittendorf LLP
Wollmuth Maher & Deutsch LLP
Womble Bond Dickinson (US) LLP

Case 21-30589-MBK    Doc 1832-2    Filed 03/02/22    Entered 03/02/22 14:23:27    Desc
Exhibit Declaration of Robert on Kendge    Page 95 of 84
Certification Exhibit to of Certification Kendge    Page 48 of 85

**Exhibit B-1**

**Order Appointing the Official Committee of Talc Claimants**



FILED & JUDGMENT ENTERED
Steven T. Salata

November 8 2021

Clerk, U.S. Bankruptcy Court
Western District of North Carolina



J. Craig Whitley
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

|  |  |
|---|---|
| In re: | ) |
|  | ) Case No.: 21-30589 |
| LTL MANAGEMENT LLC, [1] | ) |
|  | ) Chapter 11 |
|  | ) |
| Debtor. | ) |

## ORDER APPOINTING THE
## OFFICIAL COMMITTEE OF TALC CLAIMANTS

This matter came before the Court on November 4, 2021, upon the *Motion of the Bankruptcy Administrator to Appoint an Official Committee of Talc Claimants* (the "Committee Motion") filed by the Bankruptcy Administrator on October 28, 2021 [ECF No. 227], seeking the appointment of an official committee of talc claimants. The following claimants sought an expansion of the proposed committee membership as set forth in the following papers filed on the docket:

(i)   the *Limited Objection of Aleathea Goodins to the Motion of the*

---

[1]   The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

*Bankruptcy Administrator to Appoint an Official Committee of Talc Claimants and Request to be Appointed to the Official Committee of Unsecured Creditors*, filed on October 29, 2021, by Aleathea Goodins, a claimant represented by D. Miller & Associates, PLLC [ECF No. 240] (the "Goodins Objection");

(ii)    the *Motion of Linda Rabasca and Brandi Carl in Opposition to Proposed Order Appointing Official Committee of Talc Claimants Entered 10/28/21*, filed on November 1, 2021, by Linda Rabasca and Brandi Carl, claimants represented by Golumb Spirt Grunfeld, P.C. [ECF No. 256] (the "Rabasca/Carl Motion");

(iii)   the *Response and Application of Joseph McGovern to the Motion of the Bankruptcy Administrator to Appoint Official Committee of Talc Claimants*, filed on November 1, 2021, by Joseph McGovern, a claimant represented by Cohen Placitella & Roth PC [ECF No. 258] (the "McGovern Response");

(iv)    the *Response to Motion to Appoint Official Committee of Talc Claimants*, filed on November 2, 2021, by Sue Sommer-Kresse, a claimant represented by Motley Rice LLC [ECF No. 278] (the "Sommer-Kresse Response");

(v)     the *Limited Objection of Julia Lathrop and Daniel Mercer to the Motion of the Bankruptcy Administrator to Appoint an Official Committee of Talc Claimants and Request to be Appointed to the Official Committee of*

*Talc Claimants*, filed on November 2, 2021, by Julia Lathrop and Daniel Mercer, claimants represented by Burns Charest LLP [ECF No. 279] (the "<u>Lathrop/Mercer Objection</u>");

(vi)     the *Limited Objection of Kirk Smith to the Motion of the Bankruptcy Administrator to Appoint an Official Committee of Talc Claimants and Request to be Appointed to the Official Committee* filed on November 2, 2021, by Kirk Smith, a claimant represented by Maune Raichle Hartley French & Mudd, LLC [ECF No. 280] (the "<u>Smith Objection</u>");

(vii)    the *Response and Application of Margaret Watson to the Motion of the Bankruptcy Administrator to Appoint Official Committee of Talc Claimants*, filed on November 3, 2021 [ECF No. 291] by Margaret Watson, a claimant represented by Cooney & Conway (the "<u>Watson Response</u>" and, together with the Goodins Objection, the Rabasca/Carl Motion, the McGovern Response, the Sommer-Kresse Response, the Lathrop/Mercer Objection, and the Smith Objection, the "<u>Responses Seeking Additions</u>").

Additional responses were filed seeking a change in the TCC's composition but without nominating specific claimants to be added to the talc claimants' committee and/or requesting the Court defer consideration of the Committee Motion:

(i)      the *Limited Objection of the William Hart Plaintiffs to the Bankruptcy Administrator's Motion to Appoint an Official Committee of Talc Claimants [Doc. 227]*, filed on November 3, 2021 [ECF No. 307] by the

law firm Williams Hart Boundas Easterby, LLP (the "<u>Williams Hart Objection</u>");

(ii)     the *Limited Objection and Reservation of Rights as to the Motion of the Bankruptcy Administrator to Appoint an Official Committee of Talc Claimants*, filed on November 3, 2021 [ECF No. 309] by Maune Raichle Hartley French & Mudd, LLC (the "<u>Maune Raichle Objection</u>");

(iii)    the *Joinder of Arnold & Itkin LLP on Behalf of Certain Talc Personal Injury Claimants to Limited Objection of the William Hart Plaintiffs to the Bankruptcy Administrator's Motion to Appoint an Official Committee of Talc Claimants, and Request of Arnold & Itkin LLP on Behalf of Certain Talc Personal Injury Claimants for Adjournment of the Bankruptcy Administrator's Motion to Appoint an Official Committee of Talc Claimants Pending Resolution of the Venue OSC*, filed on November 3, 2021 [ECF No. 316] by Arnold & Itkin LLP (the "<u>Arnold Itkin Joinder</u>" and, together with the Williams Hart Objection and the Maune Raichle Objection, the "<u>Composition/Timing Objections</u>").

Based on the Committee Motion, the Responses Seeking Additions, and the Composition/Timing Objections, the arguments of counsel at the hearing held on November 4, 2021, and in light of the pending motions to transfer venue of this case; the Court acting pursuant to its authority under 11 U.S.C. § 1102;

IT IS HEREBY ORDERED that:

A.    The Bankruptcy Administrator's Committee Motion is GRANTED without prejudice to further consideration of the Responses Seeking Additions and the Composition/Timing Objections by this or any court with jurisdiction;

B.    The following claimants shall constitute the Official Committee of Talc Claimants in this case:

Rebecca Love
c/o Ashcraft & Gerel, LLP
Attn: Michelle Parfitt
1825 K Street, NW, Suite 700
Washington, DC 20006

Alishia Landrum
c/o Beasley Allen Law Firm
Attn: Leigh O'Dell
PO Box 4160
Montgomery, AL 36103

Kellie Brewer
c/o Fears Nachawati Law Firm
Attn: Majed Nachawati
5473 Blair Road
Dallas, TX 75231

Blue Cross Blue Shield of Massachusetts
c/o Hill Hill Carter Franco Cole & Black, PC
Attn: Elizabeth Carter
425 Perry Street
Montgomery, AL 36104

Tonya Whetsel
c/o Karst von Oiste LLP
Attn: Eric Karst
23923 Gosling Rd., Ste. A
Spring, TX 77389

Kristie Doyle
c/o Kazan, McClain, Satterley & Greenwood PLC
Attn: Steven Kazan
55 Harrison St., Ste. 400
Oakland, CA 94607

William A. Henry
c/o Levin Papantonio Rafferty
Attn: Christopher Tisi
316 S Baylen Street, Suite 600
Pensacola, FL 32502

Randy Derouen
c/o Levy Konigsberg LLP
Attn: Audrey Raphael
605 Third Avenue, 33rd Fl
New York, NY 10158

Darlene Evans
c/o OnderLaw, LLC
Attn: James Onder
110 East Lockwood Avenue
St. Louis, MO 63119

April Fair
c/o Robinson Calcagnie, Inc.
Attn: Mark Robinson, Jr.
19 Corporate Plaza Drive
Newport Beach, CA 92660

Patricia Cook
c/o Weitz & Luxenberg, P.C.
Attn: Perry Weitz
700 Broadway
New York, NY 10083

*This Order has been signed electronically.*
*The Judge's signature and Court's seal appear*
*at the top of the Order.*

*United States Bankruptcy Court*

**Exhibit B-2**

**Notice of Appointment of Official Committee of Talc Claimants I**

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Martha R. Hildebrandt, Esq.
Jeffrey M. Sponder, Esq.
Mitchell B. Hausman, Esq.
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: Jeffrey.M.Sponder@usdoj.gov
Email: Mitchell.B.Hausman@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| In Re: | : | Chapter 11 |
|  | : |  |
| LTL Management, LLC, | : | Case No. 21-30589 (MBK) |
|  | : |  |
| Debtor | : | The Honorable Michael B. Kaplan |
|  | : |  |

**NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF TALC CLAIMANTS I**

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, the United States Trustee hereby appoints effective December 23, 2021, the below listed creditors to the Official Committee of Talc Claimants I[1] in the above captioned case.

Kellie Bewer
*Counsel*:
Majed Nachawati, Esq.
Fears Nachawati Law Firm
5473 Blair Road
Dallas, TX 75231
Tel: (214) 461-6170
Email: MN@fnlawfirm.com

Blue Cross Blue Shield of
Massachusetts
*Counsel:*
Elizabeth Carter, Esq.
Hill Hill Carter Franco Cole &
Black, PC
425 Perry Street
Montgomery, AL 36104
Tel: (334) 386-4337
Email: ecarter@hillhillcarter.com

**Brandi Carl**
***Counsel:***
**Richard Golomb, Esq.**
**Golomb Spirt Grunfeld**
**1835 Market Street**
**Suite 2900**
**Philadelphia, PA 19103**
**Tel: (215) 985-9177**
**Email: rgolomb@golomblegal.com**

---

[1] Newly appointed members are reflected in bold.

Page 2
LTL Management, LLC
Appointment of Official Committee of Talc Claimants I


**Shirleeta Ellison**
*Counsel:*
**Daniel Lapinski, Esq.**
**Motley Rice, LLC**
**210 Lake Drive East, Suite 101,**
**Cherry, NJ 08002**
**Tel: (856) 382-4670**
**Email:**
**dlapinski@motleyrice.com**

Darlene Evans as estate
representative of Eron Evans
*Counsel:*
James Onder, Esq.
OnderLaw, LLC
110 East Lockwood Avenue
St. Louis, MO 63119
Tel: (314) 963-9000
Email: Onder@onderlaw.com

April Fair
*Counsel:*
Mark Robinson, Jr., Esq.
Robinson Calcagnie, Inc.
19 Corporate Plaza Drive
Newport Beach, CA 92660
Tel.: (949) 720-1288
Email: mrobinson@robinsonfirm.com


William Henry as estate
representative of Debra Henry
*Counsel:*
Christopher Tisi, Esq.
Levin Papantonio Rafferty
316 S Baylen Street, Suite 600
Pensacola, FL 32502
Tel: (850) 435-7000
Email: ctisis@levinlaw.com

Alisha Landrum
*Counsel:*
Leigh O'Dell, Esq.
Beasley Allen Law Firm
PO Box 4160
Montgomery, AL 36103
Tel.: (800) 898-2034
Email:
leigh.odell@beasleyallen.com

Rebecca Love
*Counsel:*
Michelle Parfitt, Esq.
Ashcraft & Gerel, LLP
1825 K Street, NW, Suite 700
Washington, DC 20006
Tel.: (202) 783-6400
Email: mparfitt@ashcraftlaw.com


ANDREW R. VARA
UNITED STATES TRUSTEE
Regions 3 & 9


By: */s/ Martha R. Hildebrandt*
        Martha R. Hildebrandt
        Assistant United States Trustee

        Jeffrey M. Sponder
        Trial Attorney
        Mitchell B. Hausman
        Trial Attorney


Date:    December 23, 2021

**Exhibit B-3**

**Notice of Appointment of Official Committee of Talc Claimants II**

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Martha R. Hildebrandt, Esq.
Jeffrey M. Sponder, Esq.
Mitchell B. Hausman, Esq.
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: Jeffrey.M.Sponder@usdoj.gov
Email: Mitchell.B.Hausman@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| In Re: | : | Chapter 11 |
|  | : |  |
| LTL Management, LLC, | : | Case No. 21-30589 (MBK) |
|  | : |  |
| Debtor | : | The Honorable Michael B. Kaplan |
|  | : |  |

**NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF TALC CLAIMANTS II**

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, the United States Trustee hereby appoints effective December 23, 2021, the below listed creditors to the Official Committee of Talc Claimants II[1] in the above captioned case.

Patricia Cook
*Counsel*:
Perry Weitz, Esq.
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10083
Tel: (212) 558-5500
Email: Pweitz@weitz.com

Randy Derouen
*Counsel:*
Audrey Raphael, Esq.
Levy Konigsberg LLP
605 Third Avenue, 33rd Fl
New York, NY 10158
Tel: (212) 605-6200
Email:
ARaphael@LevyLaw.com

Kristie Doyle as estate
representative of Dan Doyle
*Counsel:*
Steven Kazan, Esq.
Kazan, McClain, Satterley &
Greenwood PLC
55 Harrison St., Ste. 400
Oakland, CA 94607
Tel: (510) 302-1000
Email: SKazan@kazanlaw.com

---

[1] Newly appointed members are reflected in bold.

**LTL Management, LLC**
**Appointment of Official Committee of Talc Claimants II**


**Evan Plotkin**
*Counsel:*
**Brad Smith, Esq.**
**Dean Omar Branham Shirley, LLP**
**302 N. Market St. Suite 300, Dallas, TX75202**
**Tel: (214) 722-5990**
**Email: <u>bsmith@dobslegal.com</u>**

**Giovanni Sosa**
*Counsel:*
**John D. Cooney, Esq.**
**Cooney & Conway**
**120 North LaSalle, 30th Floor**
**Chicago, IL 60602**
**Tel: (312) 236-6166**
**Email:**
**<u>jcooney@cooneyconway.com</u>**

**Katherine Tollefson**
*Counsel:*
**Jackie Rochelle, Esq.**
**Maune Raichle Hartley French & Mudd, LLC**
**1015 Locust Street**
**St. Louis, MO 63191**
**Tel: (314) 241-2003**
**Email:**
**<u>cmckean@mrhfmlaw.com</u>**


Tonya Whetsel as estate
representative of Brandon
Whetsel
*Counsel:*
Erik Karst, Esq.
Karst von Oiste LLP
23923 Gosling Rd., Ste. A
Spring, TX 77389
Tel: (281) 970-9988


ANDREW R. VARA
UNITED STATES TRUSTEE
Regions 3 & 9


By: */s/ Martha R. Hildebrandt*
　　　Martha R. Hildebrandt
　　　Assistant United States Trustee

　　　Jeffrey M. Sponder
　　　Trial Attorney
　　　Mitchell B. Hausman
　　　Trial Attorney


Date:　December 23, 2021

**Exhibit C**

**Master Service List**

ARNOLD & ITKIN LLP
ATTN KURT B ARNOLD, CAJ BOATRIGHT,
ROLAND CHRISTENSEN & JASON ITKIN
6009 MEMORIAL DRIVE
HOUSTON, TX 77007

ASHCRAFT & GEREL, LLP
ATTN MICHELLE PARFITT, JAMES F. GREEN &
PATRICK LYONS
1825 K STREET, NW, STE 70
WASHINGTON, DC 20006

AYLSTOCK WITKIN KREIS &
OVERHOLTZ PLLC; ATTN MARY PUTNICK &
DANIEL THORNBURGH
17 E MAIN ST, STE 200; PO BOX 12630
PENSACOLA, FL 32502

BAILEY & GLASSER LLP
(COUNSEL TO OFFICIAL COMITTEE
TALC CLAIMANTS)
ATTN: CARY JOSHI
1055 THOMAS JEFFERSON ST NW STE 540
WASHINGTON, DC 20007

BALLARD SPAHR LLP
(COUNSEL ALBERTSONS COMPANIES, INC)
ATTN: TOBEY M. DALUZ, LESLIE C. HEILMAN, LAUREL D.
ROGLEN
919 N. MARKET STREET, 11TH FLOOR
WILMINGTON, DE 19801

BARNES FIRM
ATTN JOE VAZQUEZ
420 LEXINGTON AVE, STE 2140
NEW YORK, NY 10170

BEASLEY ALLEN LAW FIRM
ATTN: CHARLIE STERN & LEIGH O'DELL
218 COMMERCE ST
PO BOX 4160
MONTGOMERY, AL 36104

BLANCO TACKABERY & MATAMOROS, P.A.
(COUNSEL TO IMERYS TALC AMERICA, INC)
ATTN: ASHLEY S. RUSHER
404 NORTH MARSHALL ST
WINSTON-SALEM, NC 27101

BROWN RUDNICK LLP
(CO-COUNSEL TO THE COMMITTEE OF TALC CLAIMANTS)
ATTN SUNNI P. BEVILLE
ONE FINANCIAL CENTER
BOSTON, MA 02111

BROWN RUDNICK LLP
(COUNSEL TO OFFICIAL COMMITTEE OF TALC CLAIMANTS)
ATTN: DAVID J. MOLTON & ROBERT J. STARK
SEVEN TIMES SQUARE
NEW YORK, NY 10036

BURNS CHAREST LLP
(COUNSEL TO PLAINTIFFS STEERING
COMMITTEE) ATTN: DANIEL H CHAREST
900 JACKSON STREET, SUITE 500
DALLAS, TX 75202

CELLINO LAW LLP
ATTN BRIAN GOLDSTEIN
800 DELAWARE AVE
BUFFALO, NY 14209

CLYDE & CO US LLP
(COUNSEL TO THE CONTINENTAL INS CO)
ATTN: KONRAD R. KREBS
200 CAMPUS DR, STE 300
FLORHAM PARK, NJ 07932

CLYDE AND CO US LLP
(COUNSEL TO THE CONTINENTAL INSURANCE COMPANY)
ATTN: CLINTON E. CAMERON, MEGHAN DALTON
55 WEST MONROE ST, STE 3000
CHICAGO, IL 60603

COHEN, PLACITELLA & ROTH, P.C.
ATTN DENNIS M. GEIER &
CHRISTOPHER M. PLACITELLA
127 MAPLE AVE
RED BANK, NJ 07701

COHEN, PLACITELLA & ROTH, P.C.
ATTN JARED M. PLACITELLA
2001 MARKET ST, SUITE 2900
PHILADELPHIA, PA 19103

COLE SCHOTZ P.C.
(COUNSEL TO CLAIMANTS REPRESENTED BY BARNES LAW)
ATTN: FELICE R. YUDKIN
25 MAIN ST, P.O. BOX 800
HACKENSACK, NJ 07602-0800

COLE SCHOTZ P.C.
(COUNSEL TO CLAIMANTS REPRESENTED BY BARNES LAW)
ATTN: MARK TSUKERMAN
1325 AVENUE OF THE AMERICAS
19TH FLOOR
NEW YORK, NY 10019-6079

COOLEY LLP
(COUNSEL TO OFFICIAL COMMITTEE OF TALC CLAIMANTS)
ATTN: EVAN M. LAZEROWITZ
55 HUDSON YARDS
NEW YORK, NY 10001

CORDES LAW, PLLC
(COUNSEL TO BCBS OF MASSACHUSETTS, INC.)
ATTN STACY C. CORDES & MEGHAN A. VAN VYNCKT
1800 EAST BOULEVARD
CHARLOTTE, NC 28203

CROWELL & MORING LLP
(COUNSEL TO CENTURY INSURERS)
ATTN GREGORY GENNADY PLOTKO
590 MADISON AVENUE, 19TH FLOOR
NEW YORK, NY 10022-2524

CROWELL & MORING LLP
(COUNSEL TO CENTURY INSURERS)
ATTN MARK D. PLEVIN & KEVIN D. CACABELOS
THREE EMBARCADERO CENTER, 26TH FLOOR
SAN FRANCISCO, CA 94111

CROWELL & MORING LLP
(COUNSEL TO CENTURY INSURERS)
ATTN TACIE YOON & RACHEL JANKOWSKI
1001 PENNSYLVANIA AVE, N.W.
WASHINGTON, DC 20004

DALIMONTE RUEB STOLLER, LLP
ATTN JOHN A DALIMONTE,
JENNIFER ORENDI & GREGORY RUEB
1250 CONNECTICUT AVE NW, STE 200
WASHINGTON, DC 20036

DAVID CHRISTIAN ATTORNEYS LLC
(COUNSEL TO THE CONTINENTAL INS CO)
ATTN: DAVID CHRISTIAN
105 W. MADISON ST., STE 1400
CHICAGO, IL 60602

DEAN OMAR BRANHAM SHIRLEY, LLC
ATTN JESSICA DEAN, J BRADLEY SMITH,
CHARLES W BRANHAM III
302 N MARKET ST, STE 300
DALLAS, TX 75202

DLA PIPER LLP (US)
(COUNSEL TO CENTURY INSURERS)
ATN AIDAN MCCORMACK & BRIAN SEIBERT
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

DRISCOLL FIRM, LLC
ATTN JOHN DRISCOLL
211 NORTH BROADWAY, 40TH FL
ST LOUIS, MO 63102

DUANE MORRIS LLP
(COUNSEL TO REPUBLIC INDEMNITY)
ATTN: PHILIP R. MATTHEWS
SPEAR TOWER
ONE MARKET PLAZA, STE 2200
SAN FRANCISCO, CA 94105-1127

DUANE MORRIS LLP
(COUNSEL TO REPUBLIC INDEMNITY)
ATTN: SOMMER L. ROSS
1940 ROUTE 70 EAST, STE 100
CHERRY HILL, NJ 08003-2171

EAMONN O'HAGAN, ESQ
(COUNSEL TO PENSION BENEFIT GUARANTY CORP)
970 BROAD ST, STE 700
NEWARK, NJ 07102

EMMET, MARVIN & MARTIN LLP
(COUNSEL TO PTI UNION LLC & PTI ROYSTON LLC)
ATTN: THOMAS A PITTA
120 BROADWAY, 32ND FLOOR
NEW YORK, NY 10271

EPIQ CORPORATE RESTRUCTURING, LLC
ATTN LTL CASE TEAM
PO BOX 4419
BEAVERTON, OR 97076-4419

FEARS NACHAWATI LAW FIRM
ATTN DARREN MCDOWEL &
MAJED MACHAWATI
5473 BLAIR RD
DALLAS, TX 75231

FERRARO LAW FIRM
ATN LESLIE ROTHENBERG & JOSE BECERR
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

FLINT LAW FIRM LLC
ATTN ETHAN FLINT
222 E PARK ST, STE 500, PO BOX 189
EDWARDSVILLE, IL 62034

GENOVA BURNS LLC
(COUNSEL TO OFFIC. COMMIT. OF TALC CLAIMANTS)
ATTN: DANIEL M. STOLZ, ESQ, DONALD W. CLARKE, ESQ,
MATTHEW I. W. BAKER, ESQ
110 ALLEN ROAD, STE 304
BASKING RIDGE, NJ 07920

GIMIGLIANO MAURIELLO & MALONEY
(COUNSEL TO TRAVELERS)
ATTN STEPHEN V. GIMIGLIANO, JOHN MALONEY &
ROBIN RABINOWITZ
PO BOX 1449
MORRISTOWN, NJ 07962-1449

GOLOMB SPIRIT GRUNFELD, PC
ATN RICHARD GOLOMB, ANDREW SPIRIT &
KENNETH GRUNFELD
1835 MARKET ST, STE 2900
PHILADELPHIA, PA 19103

GREENBAUM, ROWE, SMITH & DAVIS LLP
(COUNSEL TO MOTLEY RICE LLC)
ATTN: NANCY ISAACSON, ESQ
75 LIVINGSTON AVENUE
STE 301
ROSELAND, NJ 07068

Case 21-30589-MBK    Doc 1832-1    Filed 03/02/22    Entered 03/02/22 14:23:48    Desc
Exhibit Declaration of Robert Kearney    Page 65 of 85

GREENBERG TRAURIG, LLP
(COUNSEL TO BAUSCH HEALTH)
ATTN: ALAN J. BRODY
500 CAMPUS DRIVE
FLORHAM PARK, NJ 07932

HALPERIN BATTAGLIA BENZIJA LLP
(COUNSEL TO BLUE CROSS BLUE SHIELD)
ATTN: ALAN D. HALPERIN, DONNA H. LIEBERMAN
40 WALL STREET, 37TH FLOOR
NEW YORK, NY 10005

HERRICK FEINSTEIN LLP
(COUNSEL TO THE AMICI PROFESSORS)
ATTN: STEVEN SMITH, RACHEL GINZBURG
2 PARK AVE
NEW YORK, NY 10016

HILL HILL CARTER FRANCO COLE &
BLACK, PC
ATTN ELIZABETH CARTER
425 PERRY STREET
MONTGOMERY, AL 36104

HONIK LLC
ATTN RUBEN HONIK & DAVID STANOCH
1515 MARKET ST, STE 1100
PHILADELPHIA, PA 19102

HUGHES HUBBARD & REED LLP
(COUNSEL TO IMERYS SA)
ATTN CHRISTOPHER L. KIPLOK, WILLIAM J. BEAUSOLEIL
& ERIN E. DIERS
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

J.C. WHITE LAW GROUP PLLC
(COUNSEL TO ONDERLAW, LLC)
ATTN: JAMES C. WHITE
100 EUROPA DRIVE, SUITE 401
CHAPEL HILL, NC 27517

JD THOMPSON LAW
(COUNSEL TO BARNES LAW GROUP PLAINTIFFS)
ATTN JUDY D. THOMPSON
P.O. BOX 33127
CHARLOTTE, NC 28233

JOHNSON LAW GROUP
ATTN BLAKE TANASE & BASIL ADHAM
2925 RICHMOND AVE, STE 1700
HOUSTON, TX 77098

JONES DAY
(DEBTOR'S COUNSEL)
ATTN: GREGORY M GORDON,
DAN B. PRIETO & AMANDA RUSH
2727 N HARWOOD ST
DALLAS, TX 75201

JONES DAY
(DEBTOR'S COUNSEL)
ATTN BRAD B ERENS
77 WEST WACKER
CHICAGO, IL 60601

KARST & VON OISTE LLP
ATTN ERIC KARST
23923 GOSLING RD, STE A
SPRING, TX 77389

KARST & VON OISTE, LLP
(COUNSEL TO TCC T WHETSEL, ET AL)
ATTN DAVID A CHANDLER
505 MAIN ST
PORT JEFFERSON, NY 11777

KASOWITZ BENSON TORRES LLP
(COUNSEL TO CYPRUS MINES CORPORATION)
ATTN: DAVID S. ROSNER, ROBERT M. NOVICK &
ANDREW S. GOLDEN
1633 BROADWAY
NEW YORK, NY 10019

KASOWITZ BENSON TORRES LLP
(COUNSEL TO CYPRUS MINES CORPORATION)
ATTN: MICHAEL E. HUTCHINS
1230 PEACHTREE, NE, SUITE 2445
ATLANTA, GA 30309

KATTEN MUCHIN ROSENMAN LLP
(COUNSEL TO ATLANTA INTERNATIONAL COMPANY, ETC)
ATTN: SHAYA ROCHESTER
575 MADISON AVE
NEW YORK, NY 10022-2585

KATTEN MUCHIN ROSENMAN LLP
(COUNSEL TO ATLANTA INTERNATIONAL INSURANCE, ETC)
ATTN: KELSEY R. PANIZZOLO
550 SOUTH TRYON STREET
STE 2900
CHARLOTTE, NC 28202-4213

KAZAN MCCLAIN SATTERLY &
GREENWOOD PLC
C/O JOSEPH SATTERLEY, STEVEN KAZAN &
DENYSE F. CLANCY
55 HARISON ST, STE 400
OAKLAND, CA 94607

KENNEDYS CMK LLP
(COUNSEL TO TIG INSURANCE CO & EVEREST
REINSURANCE CO)
ATTN: HEATHER E. SIMPSON
120 MOUNTAIN VIEW BLVD
PO BOX 650
BASKING RIDGE, NJ 07920

KIESEL LAW, LLP
ATTN PAUL R KIESEL & MELANIE PALMER
8648 WILSHIRE BLVD
BEVERLY HILLS, CA 90211

KING & SPALDING LLP
(COUNSEL TO BESTWALL LLC)
ATTN: CHELSEA COREY
300 SOUTH TRYON STREET, STE 1700
CHARLOTTE, NC 28202

KING & SPALDING LLP
(COUNSEL TO BESTWALL LLC)
ATTN: RICHARD A. SCHNEIDER
1180 PEACHTREE STREET, N.E.
ATLANTA, GA 30309

KLEHR HARRISON HARVEY BRANZBURG LLP
(COUNSEL TO AD HOC MESOTHELIOMA COMMITTEE)
ATTN CAROL A SLOCUM, MORTON R BRANZBURG
10000 LINCOLN DRIVE E, STE 201
MARLTON, NJ 08053

KLEHR HARRISON HARVEY BRANZBURG LLP
(COUNSEL TO AD HOC MESOTHELIOMA COMMITTEE)
ATTN: MORTON R. BRANZBURG, ESQ.
1835 MARKET ST.
PHILADELPHIA, PA 19103

KTBS LAW LLP
(COUNSEL TO AYLSTOCK, WITKIN, KREIS &
OVERHOLTZ, PLLC)
ATTN MICHAEL L TUCHIN, ESQ, ROBERT J PFISTER,
ESQ, SAMUEL M KIDDER, ESQ & NIR MAOZ, ESQ
1801 CENTURY PARK EAST, 26TH FL
LOS ANGELES, CA 90067

LANIER LAW FIRM
ATTN MICHAEL A AKSELRUD
21550 OXNARD ST, 3RD FL
WOODLANDS HILLS, CA 91367

LATHAM & WATKINS LLP
(COUNSEL TO IMERYS TALC AMERICA, INC., ETC)
ATTN JEFFREY E. BJORK, KIMBERLY A. POSIN, AMY C.
QUARTAROLO
355 SOUTH GRAND AVENUE, SUITE 100
LOS ANGELES, CA 90071-1560

LATHAM & WATKINS LLP
(COUNSEL TO IMERYS TALC AMERICA, INC. ETC.)
ATTN ADAM S. RAVIN
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1401

LAW FIRM OF BRIAN W HOFMEISTER, LLC
(COUNSEL TO VARIOUS CLAIMANTS)
ATTN: BRIAN W. HOFMEISTER
313 PRINCETON PIKE, BLDG 5, STE 110
LAWRENCEVILLE, NJ 08648

LAW OFFICES OF MITCHELL J. MALZBERG, LLC
(COUNSEL TO VARIOUS CLAIMANTS)
ATTN: MITCHELL MALZBERG, ESQ.
PO BOX 5122
6 E MAIN STREET, STE 7
CLINTON, NJ 08809

LAW OFFICES OF R. KEITH JOHNSON, P.A.
(COUNSEL TO LINDA RABASCA AND BRANDI CARL)
ATTN: R. KEITH JOHNSON
1275 S. NC BUS. HWY. 16
STANLEY, NC 28164

LEVIN PAPANTONIO RAFFERTY
ATTN: CHRISTOPHER TISI
316 S BAYLEN STREET, SUITE 600
PENSACOLA, FL 325002

LEVY KONIGSBERG LLP
ATTN MOSHE MAIMON
101 GROVERS MILL RD, STE 105
LAWRENCE TWP, NJ 08648

LEVY KONIGSBERG LLP
(COUNSEL TO RANDY DEROUEN)
ATTN JEROME BLOCK & AUDREY RAPHAEL
605 THIRD AVE., 33RD FLOOR
NEW YORK, NY 10158

LEX NOVA LAW LLC
(COUNSEL TO ERWIN CHEMERINSKY, GIOVANNI SOSA)
ATTN E RICHARD DRESSEL
10 E STOW RD, STE 250
MARLTON, NJ 08053

LEX NOVA LAW LLC
(COUNSEL TO EVAN PLOTKIN)
ATTN E RICHARD DRESSEL
10 E STOW RD, STE 250
MARLTON, NJ 08053

LITE DEPALMA GREENBERG & AFANADOR, LLC
(COUNSEL TO DISANTO)
ATTN: ALLEN J. UNDERWOOD II
570 BROAD ST, STE 1201
NEWARK, NJ 07102

LOWENSTEIN SANDLER LLP
(COUNSEL TO JOHNSON & JOHNSON)
ATTN: KENNETH A. ROSEN, MARY E. SEYMOUR
ONE LOWENSTEIN DR
ROSELAND, NJ 07068

LTL MANAGEMENT LLC
(DEBTOR)
ATN JOHN K KIM, CHIEF LEGAL OFFICER
501 GEORGE ST
NEW BRUNSWICK, NJ 08933

MANIER & HEROD, P.C.
(COUNSEL TO WESTCHESTER FIRE INSURANCE COMPANY)
ATTN: ROBERT W. MILLER
1201 DEMONBREUN ST.
SUITE 900
NASHVILLE, TN 37203

MARSHACK HAYS LLP
(COUNSEL TO VARIOUS TALC CLAIMANTS)
ATTN: LAILA MASUD, ESQ.
870 ROOSEVELT
IRVINE, CA 92620

MAUNE RAICHLE HARTLEY FRENCH &
MUDD, LLC
ATTN T BARTON FRENCE
1015 LOCUST ST, STE 1200
ST. LOUIS, MO 63101

MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC
(COUNSEL TO TCC KATHERINE TOLLEFSON)
ATTN SUZANNE M RATCLIFFE
150 WEST 30TH ST, STE 201
NEW YORK, NY 10001

MCCARTER & ENGLISH LLP
ATTN: BRETT D. KAHN, THOMAS W. LADD
FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NJ 07102

MCMANIMON, SCOTLAND & BAUMANN, LLC
(COUNSEL TO ALISHIA LANDRUM)
ATTN: ANTHONY SODONO, SARI PLACONA
75 LIVINGSTON AVE, 2ND FL
ROSELAND, NJ 07068

MENDES & MOUNT LLP
(COUNSEL TO ATLANTA INTERNATIONAL INSURANCE ETC)
ATTN: EILEEN T. MCCABE, STEPHEN T. ROBERTS
750 SEVENTH AVENUE
NEW YORK, NY 10019

MILLER FIRM, LLC
ATTN CURTIS G HOKE
108 RAILROAD AVE
ORANGE, VA 22960

MOON WRIGHT & HOUSTON, PLLC
(COUNSEL TO ARNOLD & ITKIN PLAINTIFFS)
ATTN RICHARD S WRIGHT, ANDREW T HOUSTON &
CALEB BROWN
121 W. TRADE STREET, SUITE 1950
CHARLOTTE, NC 28202

MOORE & VAN ALLEN PLLC
(COUNSEL TO J & J AND J & J CONSUMER INC.)
ATTN HILLARY B CRABTREE
100 N TRYON ST, STE 4700
CHARLOTTE, NC 28202

MORITT HOCK & HAMROFF LLP
(COUNSEL TO PTI UNION, LLC ET AL.)
ATTN LESLIE A BERKOFF
ALLISON AROTSKY
400 GARDEN CITY PLAZA
GARDEN CITY, NY 11530

MOTLEY RICE LLC
ATTN JOHN D HURST
50 CLAY ST, STE 1
MORGANTOWN, WV 26501

MOTLEY RICE LLC
ATTN CARMEN S. SCOTT
28 BRIDGESIDE BLVD
MOUNT PLEASANT, SC 29464

MOTLEY RICE LLC
(COUNSEL TO PLAINTIFFS)
ATTN: DANIEL R. LAPINSKI
210 LAKE DRIVE EAST, STE 101
CHERRY HILL, NJ 08002

NAME AND ADDRESS INFORMATION
HAS BEEN SEALED

NAPOLI SHKOLNIK PLLC
ATTN JAMES D HEISMAN &
CHRISTOPHER R LOPALO
919 NORTH MARKET ST, STE 1801
WILMINGTON, DE 19801

NORTHERN BLUE, LLP
(COUNSEL TO CYPRUS MINES CORPORATION)
ATTN: JOHN A. NORTHEN
1414 RALEIGH ROAD, SUITE 435
CHAPEL HILL, NC 27517

NORTHERN BLUE, LLP
(COUNSEL TO CYRPUS MINES CORPORATION)
ATTN: JOHN PAUL COURNOYER & VICKI L. PARROTT
1414 RALEIGH ROAD, SUITE 435
CHAPEL HILL, NC 27517

NORTHERN BLUE, LLP
(COUNSEL TO CYPRUS AMAX MINERALS COMPANY)
ATTN: JOHN A. NORTHEN, JOHN PAUL H. COURNOYER &
VICKI L. PARROTT
1414 RALEIGH ROAD, SUITE 435
CHAPEL HILL, NC 27517

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
(COUNSEL FOR THE STATE OF TEXAS)
ASSISTANT ATTORNEYS GENERAL
ATTN: RACHEL R OBALDO & AUTUMN D HIGHSMITH
PO BOX 12548- MC 008
AUSTIN, TX 78711-2548

OFFICE OF THE US TRUSTEE
ATTN LAUREN BIELSKIE, JEFFREY M. SPONDER
& MITCHELL B. HAUSMAN
ONE NEWARK CENTER, STE 2100
NEWARK, NJ 07102

OFFIT KURMAN, P.A.
(COUNSEL TO AYLSTOCK, WITKIN, KREIS &
OVERHOLTZ, PLLC)
ATTN PAUL R. BAYNARD, ESQ.
301 SOUTH COLLEGE ST, STE 2600
CHARLOTTE, NC 28202

OFFIT KURMAN, P.A.
(COUNSEL TO AWKO)
ATTN PAUL J. WINTERHALTER
99 WOOD AVENUE SOUTH, SUITE 203
ISELIN, NJ 08830

ONDERLAW, LLC
ATTN JAMES ONDER
110 EAST LOCKWOOD, SECOND FL
ST LOUIS, MO 63119

OTTERBOURG P.C.
(COUNSEL TO PLANTIFF'S STEERING COMMITTEE)
ATTN: JOHN BOUGIAMAS, MELANIE L CYGANOWSKI &
ADAM C SILVERSTEIN
230 PARK AVENUE
NEW YORK, NY 10169

PACHULSKI STANG ZIEHL & JONES LLP
(COUNSEL TO ARNOLD & ITKIN LLP)
ATTN: LAURA JONES, KAREN DINE,
COLIN ROBINSON, PETER KEANE
919 N. MARKET ST, 17TH FL
WILMINGTON, DE 19801

PARKER POE ADAMS & BERNSTEIN LLP
(COUNSEL FOR THE CONTINENTAL INSURANCE COMPANY)
ATTN ASHLEY A EDWARDS, ESQ
620 SOUTH TRYON ST, STE 800
CHARLOTTE, NC 28202

PARKINS LEE & RUBIO LLP
(COUNSEL TO ONDERLAW, LLC)
ATTN: CHARLES M. RUBIO, LENARD M. PARKINS
PENNZOIL PLACE
700 MILAM STREET
SUITE 1300
HOUSTON, TX 77002

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE GENERAL COUNSEL
ATTN CAROLYN J LACHMAN
1200 K STREET, NW, STE 340
WASHINGTON, DC 20005-4026

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE GENERAL COUNSEL
ATTN SIMON J TORRES
1200 K STREET, NW
WASHINGTON, DC 20005

PORZIO, BROMBERG & NEWMAN, P.C.
(COUNSEL TO RIO TINTO AMERICA HOLDINGS INC.,)
ATTN: RACHEL A. PARISI, ESQ.
100 SOUTHGATE PARKWAY
MORRISTOWN, NJ 07962

PRYOR CASHMAN LLP
(COUNSEL WILLIAM HART PLAINTIFFS)
ATTN: SETH H. LIEBERMAN &
ANDREW S. RICHMOND
7 TIMES SQUARE
NEW YORK, NY 10036-6569

RABINOWITZ, LUBETKIN & TULLY, LLC
(COUNSEL TO PROFESSOR J. MARIA GLOVER)
ATTN: JONATHAN RABINOWITZ
293 EISENHOWER PKWY, STE 100
LIVINGSTON, NJ 07039

RAWLINGS & ASSOCIATES
(COUNSEL TO BLUE CROSS BLUE SHIELD)
ATTN: MARK D FISCHER, ROBERT
C GRIFFITH
1 EDEN PARKWAY
LA GRANGE, KY 40031

RAYBURN COOPER & DURHAM, P.A.
(COUNSEL TO DEBTOR)
ATTN CRICHARD RAYBURN, JR, JOHN R MILLER, JR,
MATTHEW L TOMSIC
227 WEST TRADE ST, STE 1200
CHARLOTTE, NC 28202

REED SMITH LLP
(COUNSEL TO CYRUS MINES CORPORATION)
ATTN PAUL M SINGER, ESQ
REED SMITH CENTRE
225 FIFTH AVENUE
PITTSBURGH, PA 15222

REED SMITH LLP
(COUNSEL TO CYRUS MINES CORPORATION)
ATTN JASON D ANGELO, ESQ
1201 MORTH MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

REED SMITH LLP
(COUNSEL TO CYRUS MINES CORPORATION)
ATTN: DEREK J. BAKER, ESQ.
506 CARNEGIE CENTER
STE 300
PRINCETON, NJ 08543

ROBINSON, CALCAGNIE, ROBINSON,
SHAPIRO, DAVIS, INC.
ATTN MARK P. ROBINSON, JR.
19 CORPORATE PLAZA DRIVE
NEWPORT BEACH, CA 92660

ROSS FELLER CASEY, LLP
ATTN: BRIAN J. MCCORMICK, JR.
ONE LIBERTY PLACE
1650 MARKET ST, 34TH FL
PHILADELPHIA, PA 19103

RUGGERI PARKS WEINBERG LLP
(COUNSEL TO HARTFORD ACCIDENT AND INDEMNITY...)
ATTN: JOSHUA D. WEINBERG, JOSHUA
P. MAYER
1875 K STREET NW, STE 600
WASHINGTON, DC 20006-1251

SAIBER LLC
(COUNSEL TO KRISTIE LYNN DOYLE)
ATTN: JOHN M AUGUST & MARC E WOLIN
18 COLUMBIA TURNPIKE, STE 200
FLORHAM PARK, NJ 07932

SAVO, SCHALK, GILLESPIE, O'GRODNICK
& FISHER, P.A.
(COUNSEL TO JEANNE STEPHENSON)
ATTN: CHARLES S. SCHALK, JOHN F. BRACAGLIA JR.
56 EAST MAIN ST, STE 301
SOMERVILLE, NJ 08876

SHERMAN SILVERSTEIN KOHL ROSE & PODOLSKY, P.A.
(COUNSEL TO OFFICIAL COMMITTEE OF TALC CLAIMANTS)
ATTN: ARTHUR J ABRAMOWITZ, ALAN I MOLDOFF
ROSS J SWITKES
308 HARPER DRIVE, STE 200
MOORESTOWN, NJ 08057

SIMMONS HANLY CONROY LLC
ATTN JAMES KRAMER
112 MADISON AVE
NEW YORK, NY 10016

SIMON GREENSTONE PANATIERE
BARTLETT, PC
ATTN CHRIS PANATIER
1201 ELM ST, STE 3400
DALLAS, TX 75204

SIMPSON THACHER & BARTLETT LLP
(COUNSEL TO BAUSCH HEALTH)
ATTN: SANDEEP QUSBA, CRAIG S. WALDMAN,
JAMIE J. FELL, ZACHARY J. WEINER, ESQS
425 LEXINGTON AVE
NEW YORK, NY 10017

SIMPSON THACHER & BARTLETT LLP
(COUNSEL TO TRAVELERS CASUALTY AND SURETY COMPANY)
ATTN: MICHAEL H. TORKIN, ANDREW T. FRANKEL,
KATHRINE A. MCLENDON
425 LEXINGTON AVENUE
NEW YORK, NY 10017

SIMPSON THACHER & BARTLETT LLP
(COUNSEL TO TRAVELERS)
ATTN ANDREW T. FRANKEL
425 LEXINGTON AVENUE
NEW YORK, NY 10017

STEVENS & LEE, P.C.
(COUNSEL TO HARTFORD ACCIDENT AND INDEMNITY ..)
ATTN: ANDREAS D. MILLIARESSIS
485 MADISON AVE, 20TH FL
NEW YORK, NY 10022

STEVENS & LEE, P.C.
(COUNSEL TO HARTFORD ACCIDENT AND INDEMNITY..)
ATTN: JOSEPH H. HUSTON, JR.
919 NORTH MARKET STREET
STE 1300
WILMINGTON, DE 19801

THE GORI LAW FIRM
ATTN D TODD MATTHEWS, BETH GORI &
SARA SALGER
156 N MAIN ST
EDWARDSVILLE, IL 62025

THE HENDERSON LAW FIRM, PLLC
(COUNSEL TO BLUE CROSS BLUE SHIELD
ASSOCIATION)
2030 SOUTH TRYON ST, STE 3H
CHARLOTTE, NC 28203

THE KELLY FIRM, P.C.
(COUNSEL TO BCBS OF MASSACHUSETTS)
ATTN: ANDREW J. KELLY, ESQ.
1011 HIGHWAY 71, STE 200
SPRING LAKE, NJ 07762

THE LAYTON LAW FIRM, PLLC
(COUNSEL TO "WILLIAMS HART PLAINTIFFS")
ATTN: CHRISTOPHER D. LAYTON
2701 COLTSGATE RD, SUITE 210
CHARLOTTE, NC 28211

THE SHAPIRO LAW FIRM
(COUNSEL TO EMPLOYERS INS COMPANY OF WAUSAU &
NATIONAL CASUALTY COMPANY)
ATTN: JANET A. SHAPIRO
325 N. MAPLE DRIVE, #15186
BEVERLY HILLS, CA 90209

TOGUT, SEGAL & SEGAL LLP
(COUNSEL TO ROGER FRANKEL)
ATTN: ALBERT TOGUT, FRANK OSWALD,
BRIAN SHAUGHNESSY
ONE PENN PLAZA, SUITE 3335
NEW YORK, NY 10119

TRAMMELL PC
ATTN FLETCHER V TRAMMELL
3262 WESTHEIMER RD, STE 423
HOUSTON, TX 77098

TRIF & MODUGNO LLC
(COUNSEL TO ATLANTA INTERNATIONAL COMPANY, ETC.)
ATTN LOUIS A. MODUGNO
89 HEADQUARTERS PLAZA
NORTH TOWER, SUITE 1201
MORRISTOWN, NJ 07960

US DEPARTMENT OF JUSTICE
CIVIL DIVISION
(COUNSEL TO UNITED STATES OF AMERICA)
ATTN J ZACHARY BALASKO
PO BOX 875
WASHINGTON, DC 20044-0875

VINSON & ELKINS LLP
(COUNSEL TO CYPRUS AMAX MINERALS CO)
ATTN STEVEN M ABRAMOWITZ
1114 AVENUE OF THE AMERICAS, 32ND FL
NEW YORK, NY 10036

WALLACE & GRAHAM PA
(COUNSEL TO DEAN OMAR BRANHAM SHIRLEY LLP)
ATTN: WILLIAM M. GRAHAM
525 N. MAIN STREET
SALISBURY, NC 28144

WARD AND SMITH, P.A.
ATTN: PAUL A. FANNING, NORMAN
J. LEONARD
POST OFFICE BOX 2020
ASHEVILLE, NC 28802-2020

WEITZ & LUXENBERG, P.C.
ATTN ELLEN RELKIN
220 LAKE DR EAST, STE 210
CHERRY HILL, NJ 08002

WEITZ & LUXENBERG, P.C.
ATTN DANNY KRAFT, LISA N. BUSCH,
JUSTINE DELANEY & PERRY WEITZ
700 BROADWAY
NEW YORK, NY 10003

WHITE & CASE LLP
(COUNSEL TO J & J AND J & J CONSUMER INC)
ATTN JESSICA LAURIA, GLENN M KURTZ &
RICARDO PASIANOTTO
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1095

WHITE & CASE LLP
(COUNSEL TO J & J AND J & J CONSUMER INC)
ATTN MICHAEL C SHEPHERD & LAURA L FEMINO
200 SOUTH BISCAYNE BLVD, STE 4900
MIAMI, FL 33131-2352

WHITE & CASE LLP
(COUNSEL TO J & J AND J & J CONSUMER INC.)
ATTN BLAIR WARNER
111 SOUTH WACKER DR, STE 5100
CHICAGO, IL 60606-4302

WILLIAMS HART LAW FIRM
ATN JOHN BOUNDAS, SEJAL BRAHMNHATT,
WALT CUBBERLY & MARGOT TREVINO
8441 GULF FREEWAY, STE 600
HOUSTON, TX 77017

WINDELS MARX LANE & MITTENDORF LLP
(COUNSEL TO ALLSTATE INSURANCE CO)
ATTN: ANDREW K CRAIG, STEFANO CALOGERO
ONE GIRALDA FARMS
MADISON, NJ 07940

WOLLMUTH MAHER & DEUTSCH LLP
(LOCAL COUNSEL TO THE DEBTOR)
ATTN: JAMES N. LAWLOR, PAUL
DEFILIPPO, LYNDON M. TRETTER, JOSEPH F. PACELLI
500 FIFTH AVENUE, 12TH FL
NEW YORK, NY 10110

WOMBLE BOND DICKINSON (US) LLP
(COUNSEL TO AD HOC COMMITTEE OF STATES HOLDING
CONSUMER PROTECTION CLAIMS)
ATTN MATTHEW WARD & ERICKA JOHNSON
1313 N MARKET ST, STE 1200
WILMINGTON, DE 19801

**Exhibit D**

**Retained Professionals**

## Professionals Retained or Proposed to be Retained

**Debtor**

AlixPartners LLP

Bates White LLC

Blake, Cassells & Graydon LLP

Epiq Corporate Restructuring LLC

Jones Day

King & Spalding LLP

McCarter & English, LLP

Orrick, Herrington & Sutcliffe, LLP

Rayburn Cooper & Durham, P.A.

Shook, Hardy & Bacon L.L.P.

Skadden, Arps, Slate, Meager & Flom LLP

Weil Gotshal & Manges LLP

Wollmuth Maher & Deutsch, LLP


**Official Committee of Talc Claimants I**

Brown Rudnick LLP

Genova Burns LLC

Gilbert LLP

Houlihan Lokey Capital, Inc.

Miller Thomson LLP

Monzack Mersky and Browder, P.A.

Otterbourg P.C.

Parkins Lee & Rubio LLP

The Brattle Group, Inc.


**Official Committee of Talc Claimants II**

Bailey & Glasser LLP

Cooley LLP

Ducera Partners LLC

FTI Consulting, Inc.

Massey & Gail LLP

Sherman, Silverstein, Kohl, Rose & Podolsky, P.A.

Waldrep Wall Babcock & Bailey PLLC


**Future Talc Claimants Representative**

Randi S. Ellis

**Exhibit E**

**Retained Professionals that were Members of the
American Bankruptcy Institute Commission to Study the Reform of Chapter 11**

## Commission Member Firms

Weil Gotshal & Manges LLP

Skadden Arps Slate Meagher & Flom LLP

## Advisory Committee Firms

AlixPartners

FTI Consulting, Inc.

Houlihan Lokey

Jones Day

Proskauer (ordinary course)

Sidley Austin LLP (ordinary course)

**Exhibit F**

**Former or Current Clients of Bernstein Shur**

| Party | Type | Connection |
|---|---|---|
| 3M Company | Significant Co-Defendants in Talc-Related Litigation | Bernstein Shur previously represented 3M in unrelated matters. |
| Adler Pollock & Sheehan PC | Debtors' Significant Ordinary Course Professionals, Consultants, and Service Providers | Bernstein Shur previously represented Adler Pollock & Sheehan PC in unrelated matters. |
| AIU Insurance Company | Debtor's Insurers | Bernstein Shur previously represented AIU Insurance Company in unrelated matters. |
| Allstate Insurance Company | Debtor's Insurers / Bankruptcy Rule 2002 Appearances | Bernstein Shur previously represented All State Life Insurance Company in unrelated matters. |
| Allstate Insurance Company, as successor in interest to Northbrook Excess & Surplus Insurance Company, formerly Northbrook Insurance Company | Bankruptcy Rule 2002 Appearances | Bernstein Shur previously represented All State Life Insurance Company in unrelated matters. |
| Bank of America, N.A. | Depository and Disbursement Banks | Bernstein Shur previously represented Bank of America, N.A. in unrelated matters. |
| Blake, Cassels & Graydon LLP | Debtors' Significant Ordinary Course Professionals, Consultants, and Service Providers | Bernstein Shur previously represented Blake, Cassels & Graydon LLP in unrelated matters. |
| Block Drug Company, Inc. | Significant Co-Defendants in Talc-Related Litigation | Bernstein Shur previously represented Block Drug Company, Inc. in unrelated matters. |
| Blue Cross Blue Shield Association | Bankruptcy Rule 2002 Appearances | Bernstein Shur previously represented Anthem Blue Cross & Blue Shield in unrelated matters. |
| Blue Cross Blue Shield of Massachusetts | Committee Members - Talc Claimants I / Bankruptcy Rule 2002 Appearances | Bernstein Shur previously represented Blue Cross / Blue Shield of Massachusetts in unrelated matters. |
| Brown Rudnick LLP | Professionals Retained by Official Committee of Talc Claimants | Bernstein Shur previously represented Brown Rudnick LLP in unrelated matters. |
| Carrier Corporation | Significant Co-Defendants in Talc-Related Litigation | Bernstein Shur previously represented Carrier Corporation in unrelated matters. |

| Party | Type | Connection |
|-------|------|------------|
| Covington & Burling LLP | Debtors' Significant Ordinary Course Professionals, Consultants, and Service Providers | Bernstein Shur previously represented Covington & Burling LLP in unrelated matters. |
| Crane Co. | Significant Co-Defendants in Talc-Related Litigation | Bernstein Shur previously represented Crane Co. in unrelated matters. |
| Cravath, Swaine & Moore | Known Professionals for Certain Non-Debtor Parties in Interest | Bernstein Shur previously represented Cravath, Swaine & Moore in unrelated matters. |
| CVS Health Corporation | Significant Co-Defendants in Talc-Related Litigation | Bernstein Shur previously represented CVS-Care Plus Procare Pharmacy  in unrelated matters. |
| CVS Pharmacy, Inc. | Significant Co-Defendants in Talc-Related Litigation | Bernstein Shur previously represented CVS-Care Plus Procare Pharmacy  in unrelated matters. |
| Dana Companies, LLC | Significant Co-Defendants in Talc-Related Litigation | Bernstein Shur previously represented Dana Companies, LLC in unrelated matters. |
| Dollar General Corporation | Significant Co-Defendants in Talc-Related Litigation | Bernstein Shur currently represents Dollar General Corporation in an unrelated matter. |
| Eaton Corporation | Significant Co-Defendants in Talc-Related Litigation | Bernstein Shur previously represented Eaton Corporation in unrelated matters. |
| Eli Lilly and Company | Significant Co-Defendants in Talc-Related Litigation | Bernstein Shur previously represented Eli Lilly & Company in unrelated matters. |
| Everest Reinsurance Company | Debtor's Insurers | Bernstein Shur previously represented Everest Reinsurance Company in unrelated matters. |
| Faegre Drinker Biddle & Reath LLP | Debtors' Significant Ordinary Course Professionals, Consultants, and Service Providers | Bernstein Shur previously represented Faegre Drinker Biddle & Reath LLP in an unrelated matter. |
| FMC Corporation | Significant Co-Defendants in Talc-Related Litigation | Bernstein Shur previously represented FMC Corporation in unrelated matters. |
| Ford Motor Company | Significant Co-Defendants in Talc-Related Litigation | Bernstein Shur previously represented Ford Motor Company in unrelated matters. |

| Party | Type | Connection |
|---|---|---|
| General Electric Company | Significant Co-Defendants in Talc-Related Litigation | Bernstein Shur previously represented General Electric Company in unrelated matters. |
| Goodyear Tire & Rubber Co. | Parties to Material Contracts with the Debtor | Bernstein Shur previously represented Goodyear Tire & Rubber Co. in unrelated matters. |
| Great American | Debtor's Insurers | Bernstein Shur previously represented Great American Insurance Company in unrelated matters. |
| Honeywell International, Inc. | Significant Co-Defendants in Talc-Related Litigation | Bernstein Shur previously represented Honeywell International in unrelated matters. |
| Kasowitz Benson Torres LLP | Additional Parties | Bernstein Shur previously represented Kasowitz Benson Torres LLP in unrelated matters. |
| Katten Muchin Rosenman LLP | Additional Parties | Bernstein Shur currently represents Katten Muchin Rosenman LLP in an unrelated matter. |
| Liberty Mutual Insurance Company | Major Sureties | Bernstein Shur currently represents Liberty Mutual Insurance Company in an unrelated matter. |
| Macy's, Inc. | Significant Co-Defendants in Talc-Related Litigation | Bernstein Shur previously represented Macy's Department Store in unrelated matters. |
| McCarter & English LLP | Debtors' Retained Professionals and Claims Agent | Bernstein Shur previously represented McCarter & English LLP in unrelated matters. |
| Metropolitan Life Insurance Company | Significant Co-Defendants in Talc-Related Litigation | Bernstein Shur previously represented Metropolitan Life Insurance Company in unrelated matters. |
| Morgan Lewis | Debtors' Significant Ordinary Course Professionals, Consultants, and Service Providers | Bernstein Shur previously represented Morgan Lewis & Bockius in an unrelated matter. |
| Nationwide Indemnity | Bankruptcy Rule 2002 Appearances | Bernstein Shur currently represents Nationwide Indemnity in an unrelated matter. |

4

| Party | Type | Connection |
|-------|------|------------|
| Pfizer, Inc. | Significant Co-Defendants in Talc-Related Litigation | Bernstein Shur previously represented Pfizer, Inc. in unrelated matters. |
| Prudential Reinsurance Company | Debtor's Insurers | Bernstein Shur previously represented Prudential Reinsurance Company in an unrelated matter. |
| Reed Smith LLP | Additional Parties | Bernstein Shur previously represented Reed Smith, LLP in an unrelated matter. |
| Rite Aid Corporation | Significant Co-Defendants in Talc-Related Litigation | Bernstein Shur previously represented Rite Aid Corporation in unrelated matters. |
| Royal Ins. Company | Debtor's Insurers | Bernstein Shur previously represented Royal Insurance Company in an unrelated matter. |
| Transit Casualty Company | Debtor's Insurers | Bernstein Shur previously represented Transit Casualty Company in unrelated matters. |
| Travelers Casualty and Surety Company of America | Major Sureties | Bernstein Shur previously represented Travelers Casualty and Surety Company and The Travelers Companies in unrelated matters. |
| U.S. Bank N.A. | Parties to Material Contracts with the Debtor | Bernstein Shur previously represented U.S. Bank N.A. in unrelated matters. |
| Walmart, Inc. | Significant Co-Defendants in Talc-Related Litigation | Bernstein Shur currently represents Walmart, Inc. in an unrelated matters. |