| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| Jeffrey Traurig<br>**TRAURIG LAW LLC**<br>One University Plaza, Suite 124<br>Hackensack, NJ  07601<br>Tel: (646) 974-8650<br>E-mail:  jtraurig@trauriglaw.com<br>*Proposed Local Counsel to the Fee Examiner* | Robert J. Keach, Esq. (pro hac vice pending)<br>**BERNSTEIN SHUR SAWYER & NELSON, P.A.**<br>100 Middle Street<br>Portland, ME  04104<br>Tel: (207) 774-1200<br>Fax: (207) 774-1127<br>E-Mail: rkeach@bernsteinshur.com<br>*Fee Examiner*<br><br>**BERNSTEIN SHUR SAWYER & NELSON, P.A.**<br>Letson Douglass Boots, Esq. (pro hac vice pending)<br>100 Middle Street<br>Portland, ME  04104<br>Tel: (207) 774-1200<br>Fax: (207) 774-1127<br>E-Mail: lboots@bernsteinshur.com<br>*Proposed Counsel to the Fee Examiner* |
| In Re:<br><br>LTL MANAGEMENT LLC,<br><br>          Debtor | Case No.:    21-30589 (MBK)<br><br>Judge:    Michael B. Kaplan<br><br>Chapter 11 |

## ORDER AUTHORIZING RETENTION OF BERNSTEIN, SHUR, SAWYER & NELSON, P.A. AS COUNSEL TO THE FEE EXAMINER

The relief set forth on the following pages two (2) and three (3) is hereby **ORDERED**.

**(Page 2)**

LTL MANAGEMENT LLC

Chapter 11, Case No.: 21-30589 (MBK)

Order Authorizing Retention of Bernstein, Shur, Sawyer & Nelson, P.A. As Counsel to the Fee Examiner

---

Upon the applicant's, Robert J. Keach (the "Fee Examiner"), request for authorization to retain Bernstein, Shur, Sawyer & Nelson, P.A. ("BSSN") as counsel to the Fee Examiner, it is hereby **ORDERED**:

1.      The Fee Examiner is authorized to retain BSSN in the professional capacity noted in the Application.

> The professional's address is: Bernstein Shur Sawyer & Nelson
> 100 Middle Street
> Portland, ME  04104

2.      As provided in the *Order Appointing an Independent Fee Examiner and Establishing Procedures* [Docket No. 1922, ¶ 13], the "fees and expenses of the Fee Examiner, and any counsel retained pursuant to court order, shall be subject to application and review pursuant to section 330 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Bankruptcy Rule 2016-1, the U.S. Trustee Guidelines, and the Interim Compensation Order, and shall be paid from the Debtor's estate as an administrative expense under section 503(b)(2) of the Bankruptcy Code.  The Fee Examiner's expenses and those of any counsel retained pursuant to court order, shall be subject to the information detail requirements set forth in D.N.J. LBR 2016-1."

3.      If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

☐  Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

**(Page 3)**

LTL MANAGEMETN LLC

Chapter 11, Case No.: 21-30589 (MBK)

Order Authorizing Retention of Bernstein, Shur, Sawyer & Nelson, P.A. As Counsel to the Fee Examiner

_____

4.      The effective date of retention is the date the application was filed with the Court.