**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

| | |
|---|---|
| Jeffrey Traurig<br>**TRAURIG LAW LLC**<br>One University Plaza, Suite 124<br>Hackensack, NJ 07601<br>Tel: (646) 974-8650<br>E-mail: jtraurig@trauriglaw.com<br>*Proposed Local Counsel to the Fee Examiner* | Robert J. Keach, Esq. (pro hac vice pending)<br>**BERNSTEIN SHUR SAWYER & NELSON, P.A.**<br>100 Middle Street<br>Portland, ME 04104<br>Tel: (207) 774-1200<br>Fax: (207) 774-1127<br>E-Mail: rkeach@bernsteinshur.com<br>*Fee Examiner*<br><br>**BERNSTEIN SHUR SAWYER & NELSON, P.A.**<br>Letson Douglass Boots, Esq. (pro hac vice pending)<br>100 Middle Street<br>Portland, ME 04104<br>Tel: (207) 774-1200<br>Fax: (207) 774-1127<br>E-Mail: lboots@bernsteinshur.com<br>*Proposed Counsel to the Fee Examiner* |
| In Re:<br><br>LTL MANAGEMENT LLC,<br><br>               Debtor | Case No.:    21-30589 (MBK)<br><br>Judge:    Michael B. Kaplan<br><br>Chapter 11 |

## APPLICATION FOR ORDER FOR ADMISSION
### *PRO HAC VICE* OF LETSON DOUGLASS BOOTS, ESQ.

**TO:    PARTIES ON THE COURT'S ELECTRONIC MAIL NOTICE LIST**

    **PLEASE TAKE NOTICE** that pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey, Traurig Law LLC, proposed local counsel to the Fee Examiner, hereby makes the application before the United States Bankruptcy

Court for the District of New Jersey, for entry of an order granting the admission pro hac vice of Letson Douglass Boots, Esq. of the law firm of Bernstein, Shur, Sawyer & Nelson, P.A., to represent the Fee Examiner in the above-captioned chapter 11 case.

The undersigned relies upon the attached Certification of Letson Douglass Boots, Esq. in support of this application, and the undersigned certifies that he is admitted, practicing, and a member in good standing with the Bar of the State of New Jersey and admitted to practice before the United States District Court for the District of New Jersey.

The undersigned hereby requests that if no objection to the within application is filed within seven (7) days, the application be granted and the proposed form of Order be entered.

Dated: April 1, 2022                    Respectfully submitted,

**TRAURIG LAW LLC**

*/s/ Jeffrey Traurig*
Jeffrey Traurig
TRAURIG LAW LLC
One University Plaza, Suite 124
Hackensack, NJ  07601
Tel: (646) 974-8650
E-mail:  jtraurig@trauriglaw.com

*Proposed Local Counsel to the Fee Examiner*

2