| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** Jeffrey Traurig **TRAURIG LAW LLC** One University Plaza, Suite 124 Hackensack, NJ  07601 Tel: (646) 974-8650 E-mail:  jtraurig@trauriglaw.com *Proposed Local Counsel to the Fee Examiner* | Robert J. Keach, Esq. (pro hac vice pending) **BERNSTEIN SHUR SAWYER & NELSON, P.A.** 100 Middle Street Portland, ME  04104 Tel: (207) 774-1200 Fax: (207) 774-1127 E-Mail: rkeach@bernsteinshur.com *Fee Examiner* **BERNSTEIN SHUR SAWYER & NELSON, P.A.** Letson Douglass Boots, Esq. (pro hac vice pending) 100 Middle Street Portland, ME  04104 Tel: (207) 774-1200 Fax: (207) 774-1127 E-Mail: lboots@bernsteinshur.com *Proposed Counsel to the Fee Examiner* |
| In Re: LTL MANAGEMENT LLC, Debtor | Case No.:    21-30589 (MBK) Judge:    Michael B. Kaplan Chapter 11 |

## CERTIFICATION OF LINDSAY Z. MILNE, ESQ.

I, Lindsay Z. Milne, Esq., pursuant to 28 U.S.C. § 1746, being of full age, hereby certify as follows:

1. I am an attorney with the law firm of Bernstein, Shur, Sawyer & Nelson, P.A., proposed counsel to the Fee Examiner in the above-captioned chapter 11 case.  My office is located

at 100 Middle Street, Portland, Maine 04101. I make this Certification in support of my application to appear in this case *pro hac vice* pursuant to Local Bankruptcy Rule 9010-1.

2.  I am admitted to the bar of the States of New York (2011), Maine (2017), and New Hampshire (2019). I am also admitted to practice before:

- United States District Court for the District of Maine;
- United States District Court for the District of New Hampshire;
- United States District Court for the Southern District of New York;
- United States Court of Appeals for the First Circuit; and
- Supreme Court of the United States

3.  I am a member in good standing of the bar in each of the jurisdictions in which I am admitted to practice.

4.  No disciplinary proceedings are pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

5.  I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

6.  I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: April 1, 2022

/s/ Lindsay Z. Milne
Lindsay Z. Milne
BERNSTEIN SHUR SAWYER & NELSON
100 Middle Street, P.O. Box 9729
Portland, ME  04104
Tel: (207) 774-1200
Fax: (207) 774-1127
E-Mail: lmilne@bernsteinshur.com

*Proposed Counsel to the Fee Examiner*