**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**WOMBLE BOND DICKINSON (US) LLP**
Ericka F. Johnson (NJ #032162007)
1313 N. Market Street, Suite 1200
Wilmington, Delaware 19801
Phone: (302) 252-4337
Email: ericka.johnson@wbd-us.com

*Attorneys for Ad Hoc Committee of States*

| | |
|---|---|
| In re: | Case No.: 21-30589 (MBK) |
| LTL MANAGEMENT, LLC, | Chapter: 11 |
| Debtor. | Hearing Date: |
| | Judge: Michael B. Kaplan |

**ORDER SHORTENING TIME PERIOD**
**FOR NOTICE, SETTING HEARING**
**AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

After review of the application of the Ad Hoc Committee of States Holding Consumer Protection Claims for the reduction of time for a hearing on the Motion of the Ad Hoc Committee of States Holding Consumer Protection Claims for Relief under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on April 12, 2022 at 10:00 a.m. in the United States Bankruptcy Court, District of New Jersey, 402 East State Street, Trenton, New Jersey, Courtroom No. 8. The hearing will be conducted live and via Zoom. Parties should consult the Court's website at http://www.njb.uscourts.gov/LTL for the case information and protocols.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: the Debtor, J&J, TCCI, TCC II, any Court-appointed Future Talc Claims Representatives, Travelers Casualty and Surety Company and the U.S. Trustee

by ☐ each, ■ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ■ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

Any party having an interest in the subject matter by ☐ each, ■ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ■ email, ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

■ within two (2) day(s) of the date of this Order.

5. Notice by telephone:

   ■ is not required

   ☐ must be provided to _____

       ☐ on the same day as the date of this Order, or

       ☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

   ■ must be filed with the Court and served on all parties in interest by electronic or overnight mail five (5) day(s) prior to the scheduled hearing; or

   ☐ may be presented orally at the hearing.

8. ■ Court appearances are required to prosecute the motion/application and any objections.

   ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.