UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MAUNE RAICHLE HARTLEY FRENCH &
MUDD LLC

Clayton L. Thompson, Esq.
150 West 30th Street, Suite 201
New York, NY 10001
cthompson@mrhfmlaw.com

*Attorneys for Talc Committee Claimaint
Katherine Tollefson*

In Re:

    LTL Management LLC,

        Debtor.

Case No. 21-30589 (MBK)

Chapter 11

Honorable Michael B. Kaplan, U.S.B.J., Chief

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Talc Committee Claimant Katherine Tollefson. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    Clayton L. Thompson, Esq.
Maune Raichle Hartley French & Mudd LLC
150 West 30th Street, Suite 201
New York, NY 10001
800-358-5922
cthompson@mrhfmlaw.com

DOCUMENTS:

X All notices entered pursuant to Fed. R. Bankr. P. 2002.

X All documents and pleadings of any nature.

Date: March 30, 2022

                */s/ Clayton L. Thompson*
                  Signature