**WALSH PIZZI O'REILLY FALANGA**

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Mark Falk
Direct Dial: (973) 757-1040
mfalk@walsh.law

April 1, 2022

**VIA ECF**
Honorable Michael B. Kaplan
Chief United States Bankruptcy Judge
United States Bankruptcy Court, District of New Jersey
Clarkson S. Fisher U.S. Courthouse
402 East State Street, Courtroom #8
Trenton, New Jersey 08608

Re:   LTL Management LLC, Case No.: 21-30589-MBK

Dear Judge Kaplan:

This firm is the Proposed Counsel for Randi S. Ellis, Legal Representative for Future Talc Claimants ("FTCR") in the above-referenced action. The FTCR's Application for Retention of Professional (Dkt. 1845) is currently pending before the Court. Enclosed for the Court's consideration is a Supplemental Certification of Professional in Support of that Application with Exhibits A-C and a revised Proposed Order. It is our understanding that the Supplemental Certification and revised Proposed Order have resolved all issues with the US Trustee's inquiry concerning the Walsh firm's retention as counsel for the FTCR, and there have been no other objections to the FTCR's Application to retain the Walsh firm.

Should the enclosed revised Proposed Order be acceptable to Your Honor, we respectfully request the Court enter the same. We thank the Court for its attention to this matter and remain available should Your Honor or Your Honor's staff have any questions regarding the within.

Respectfully submitted,

*s/Mark Falk*

Mark Falk

Encl.