UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(B)**

WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100
Proposed Counsel for Randi S. Ellis, Legal
Representative for Future Talc Claimants,

---

In Re:

LTL Management, LLC,

                     Debtor.

Case No.: 21-30589

Judge:    Michael B. Kaplan

Chapter:  11

## SUPPLEMENTAL CERTIFICATION OF PROFESSIONAL
## IN SUPPORT OF APPLICATION FOR RETENTION OF PROFESSIONAL

I, Mark Falk, being of full age, certify as follows:

1.     I am seeking authorization to be retained as Counsel for Randi S. Ellis, FTCR.

2.     I am of Counsel with the firm of Walsh Pizzi O'Reilly Falanga LLP ("Walsh").

3.     I am submitting this Supplemental Certification to address various inquiries from the U.S. Trustee concerning the FTCR's retention of Walsh as counsel in this matter.

4.     Walsh searched all of the names which appear on the list attached hereto as Exhibit A.

5.     Attached hereto as Exhibit B are the results of Walsh's search reflecting connections with the firm.

6.     Walsh does not represent any adverse interest to the estate.

7.     The late Honorable Joel A. Pisano, U.S.D.J. (Ret.), during his tenure at Walsh, served as court appointed Discovery Special Master in the Johnson & Johnson talc ovarian cancer MDL (the "NJ MDL") pending before the Honorable Freda L. Wolfson, U.S.D.J. from September of 2017 to February of 2021.

8.     The two Walsh associates that assisted Judge Pisano in the NJ MDL during the majority of his tenure left the firm in 2019 and 2020. Thereafter, Katelyn O'Reilly, a junior partner,

and Gerhard Buehning, an associate, assisted Judge Pisano and billed several hours of time on the NJ MDL. If our retention is approved, Ms. O'Reilly and Mr. Buehning will not be involved in any way in this matter and will be walled off.

9.      Walsh was adverse to Johnson & Johnson in *Janssen Pharmaceuticals, Inc. et al. v. Teva Pharmaceuticals USA, Inc.*, Case No: 2:18-cv-00734, a patent infringement action. The firm served as local counsel for Teva Pharmaceuticals USA, Inc. Patent counsel in that matter was Kirkland and Ellis. The matter is presently on appeal before the Federal Circuit. Walsh has not entered an appearance in the pending appeal.

10.     Walsh currently represents ACE Property and Casualty Insurance Company, AIG Property and Casualty Company, Bristol-Myers Squibb Company, Chubb, Federal Insurance Company, Pfizer, Inc., Sanofi-Aventis U.S. LLC, Travelers Casualty and Surety Company of America, and Wyeth Holdings LLC in matters unrelated to Talc.

11.     The firm's gross income from ACE Property and Casualty Insurance Company relates to 33 separate matters involving employment disputes in which the firm serves as lead counsel to Chubb. In addition, the firm is assigned claims through a third-party administrator (ESIS) to defend companies that have commercial automobile policies issued by ACE.

12.     Attached hereto as Exhibit C is a chart showing the percentage of Walsh's gross income over the last two fiscal years that came from the clients listed in Paragraph 10.

13.     The firm is local counsel to Sanofi-Aventis U.S. LLC in connection with the Insulin Pricing litigations. The cases do not involve Talc and Walsh has never provided any Talc related services to Sanofi-Aventis U.S. LLC.


I certify under penalty of perjury that the above information is true.

Date:   4/1/2022                                        *s/ Mark Falk*
                                                        Signature of Professional

# EXHIBIT A

**LTL Management LLC**
**Potentially Interested Parties**

## Debtor

LTL Management LLC

## Direct Equity Owner of Debtor

Johnson and Johnson Consumer Inc.

## Debtor's Direct Non-Debtor Subsidiary

Royalty A&M LLC

## Other Non-Debtor Affiliates

3Dintegrated ApS
Acclarent, Inc.
Actelion Ltd
Actelion Manufacturing GmbH
Actelion Pharmaceuticals Australia
    Pty. Limited
Actelion Pharmaceuticals Korea Ltd.
Actelion Pharmaceuticals Ltd
Actelion Pharmaceuticals Mexico
    S.A. De C.V.
Actelion Pharmaceuticals Trading
    (Shanghai) Co., Ltd.
Actelion Pharmaceuticals UK Limited
Actelion Pharmaceuticals US, Inc.
Actelion Registration Limited
Actelion Treasury Unlimited Company
Akros Medical, Inc.
Albany Street LLC
ALZA Corporation
Alza Land Management, Inc.
AMO (Hangzhou) Co., Ltd.
AMO (Shanghai) Medical Devices
    Trading Co., Ltd.
AMO ASIA LIMITED
AMO Australia Pty Limited
AMO Canada Company
AMO Denmark ApS
AMO Development, LLC
AMO France
AMO Germany GmbH

AMO Groningen B.V.
AMO International Holdings
AMO Ireland
AMO Ireland Finance Unlimited Company
AMO Italy SRL
AMO Japan K.K.
AMO Manufacturing Spain S.L.
AMO Manufacturing USA, LLC
AMO Netherlands BV
AMO Nominee Holdings, LLC
AMO Norway AS
AMO Puerto Rico Manufacturing, Inc.
AMO Sales and Service, Inc.
AMO Singapore Pte. Ltd.
AMO Spain Holdings, LLC
AMO Switzerland GmbH
AMO U.K. Holdings, LLC
AMO United Kingdom, Ltd.
AMO Uppsala AB
AMO US Holdings, Inc.
AMO USA Sales Holdings, Inc.
AMO USA, LLC
Animas Diabetes Care, LLC
Animas LLC
Animas Technologies LLC
AorTx, Inc.
Apsis
Aragon Pharmaceuticals, Inc.
Asia Pacific Holdings, LLC
Atrionix, Inc.
AUB Holdings LLC
Auris Health, Inc.
Backsvalan 2 Aktiebolag
Backsvalan 6 Handelsbolag
Beijing Dabao Cosmetics Co., Ltd.
BeneVir BioPharm, Inc.
Berna Rhein B.V.
BioMedical Enterprises, Inc.
Biosense Webster (Israel) Ltd.
Biosense Webster, Inc.
C Consumer Products Denmark ApS
Calibra Medical LLC
Campus-Foyer Apotheke GmbH

Carlo Erba OTC S.r.l.
Centocor Biologics, LLC
Centocor Research & Development, Inc.
ChromaGenics B.V.
Ci:Labo Customer Marketing Co., Ltd.
Ci:z. Labo Co., Ltd.
Cilag AG
Cilag GmbH International
Cilag Holding AG
Cilag Holding Treasury Unlimited Company
Cilag-Biotech, S.L.
CNA Development GmbH
Codman & Shurtleff, Inc.
Coherex Medical, Inc.
ColBar LifeScience Ltd.
Company Store.com, Inc.
Cordis de Mexico, S.A. de C.V.
Cordis International Corporation
Corimmun GmbH
CoTherix Inc.
CSATS, Inc.
Darlain Trading S.A.
Debs-Vogue Corporation
   (Proprietary) Limited
DePuy France
DePuy Hellas SA
DePuy International Limited
DePuy Ireland Unlimited Company
DePuy Mexico, S.A. de C.V.
DePuy Mitek, LLC
DePuy Orthopaedics, Inc.
DePuy Products, Inc.
DePuy Spine, LLC
DePuy Synthes Gorgan Limited
DePuy Synthes Institute, LLC
DePuy Synthes Leto SARL
DePuy Synthes Products, Inc.
DePuy Synthes Sales, Inc.
DePuy Synthes, Inc.
Dr. Ci:Labo Co., Ltd.
DR. CI:LABO COMPANY LIMITED
Dutch Holding LLC
ECL7, LLC
EES Holdings de Mexico,
   S. de R.L. de C.V.
EES, S.A. de C.V.

EIT Emerging Implant Technologies GmbH
Ethicon Biosurgery Ireland
Ethicon Endo-Surgery (Europe) GmbH
Ethicon Endo-Surgery, Inc.
Ethicon Endo-Surgery, LLC
Ethicon Holding Sarl
Ethicon Ireland Unlimited Company
Ethicon LLC
Ethicon PR Holdings Unlimited Company
Ethicon Sarl
Ethicon US, LLC
Ethicon Women's Health & Urology Sarl
Ethicon, Inc.
Ethnor (Proprietary) Limited
Ethnor del Istmo S.A.
Ethnor Farmaceutica, S.A.
Ethnor Guatemala, Sociedad Anomina
Finsbury (Development) Limited
Finsbury (Instruments) Limited
Finsbury Medical Limited
Finsbury Orthopaedics International Limited
Finsbury Orthopaedics Limited
FMS Future Medical System SA
GH Biotech Holdings Limited
Global Investment Participation B.V.
GMED Healthcare BV
Guangzhou Bioseal Biotech Co., Ltd.
Hansen Medical Deutschland GmbH
Hansen Medical International, Inc.
Hansen Medical UK Limited
Hansen Medical, Inc.
Healthcare Services (Shanghai) Ltd.
I.D. Acquisition Corp.
Innomedic Gesellschaft für innovative
   Medizintechnik und Informatik mbH
Innovalens B.V.
Innovative Surgical Solutions, LLC
J & J Company West Africa Limited
J&J Pension Trustees Limited
J.C. General Services BV
Janssen Alzheimer Immunotherapy
   (Holding) Limited
Janssen Biologics (Ireland) Limited
Janssen Biologics B.V.
Janssen BioPharma, Inc.
Janssen Biotech, Inc.

Janssen Cilag Farmaceutica S.A.
Janssen Cilag S.p.A.
Janssen Cilag SPA
Janssen Cilag, C.A.
Janssen de Mexico, S. de R.L. de C.V.
Janssen Development Finance
    Unlimited Company
Janssen Diagnostics, LLC
Janssen Egypt LLC
Janssen Farmaceutica Portugal Lda
Janssen Global Services, LLC
Janssen Group Holdings Limited
Janssen Holding GmbH
Janssen Inc.
Janssen Irish Finance Company UC
Janssen Korea Ltd.
Janssen Oncology, Inc.
Janssen Ortho LLC
Janssen Pharmaceutica
    (Proprietary) Limited
Janssen Pharmaceutica NV
Janssen Pharmaceutica S.A.
Janssen Pharmaceutical
Janssen Pharmaceutical K.K.
Janssen Pharmaceutical Sciences
    Unlimited Company
Janssen Pharmaceuticals, Inc.
Janssen Products, LP
Janssen R&D Ireland
Janssen Research & Development, LLC
Janssen Sciences Ireland
    Unlimited Company
Janssen Scientific Affairs, LLC
Janssen Supply Group, LLC
Janssen Vaccines & Prevention B.V.
Janssen Vaccines Corp.
Janssen-Cilag
Janssen-Cilag (New Zealand) Limited
Janssen-Cilag A/S
Janssen-Cilag AG
Janssen-Cilag Aktiebolag
Janssen-Cilag AS
Janssen-Cilag B.V.
Janssen-Cilag de Mexico S. de R.L. de C.V.
Janssen-Cilag Farmaceutica Lda.
Janssen-Cilag Farmaceutica Ltda.

Janssen-Cilag GmbH
Janssen-Cilag International NV
Janssen-Cilag Kft.
Janssen-Cilag Limited
Janssen-Cilag Limited
Janssen-Cilag Manufacturing, LLC
Janssen-Cilag NV
Janssen-Cilag OY
Janssen-Cilag Pharma GmbH
Janssen-Cilag Pharmaceutical S.A.C.I.
Janssen-Cilag Polska, Sp. z o.o.
Janssen-Cilag Pty Ltd
Janssen-Cilag S.A.
Janssen-Cilag s.r.o.
Janssen-Cilag, S.A.
Janssen-Cilag, S.A. de C.V.
Janssen-Pharma, S.L.
J-C Health Care Ltd.
Jevco Holding, Inc.
JJ Surgical Vision Spain, S.L.
JJC Acquisition Company B.V.
JJHC, LLC
JJSV Belgium BV
JJSV Manufacturing Malaysia SDN. BHD.
JJSV Norden AB
JJSV Produtos Oticos Ltda.
JNJ Global Business Services s.r.o.
JNJ Holding EMEA B.V.
JNJ International Investment LLC
JNJ Irish Investments ULC
Johnson & Johnson
Johnson & Johnson - Societa' Per Azioni
Johnson & Johnson (Angola), Limitada
Johnson & Johnson (China) Investment Ltd.
Johnson & Johnson (Egypt) S.A.E.
Johnson & Johnson (Hong Kong) Limited
Johnson & Johnson (Ireland) Limited
Johnson & Johnson (Jamaica) Limited
Johnson & Johnson (Kenya) Limited
Johnson & Johnson (Middle East) Inc.
Johnson & Johnson (Mozambique),
    Limitada
Johnson & Johnson (Namibia)
    (Proprietary) Limited
Johnson & Johnson (New Zealand) Limited
Johnson & Johnson (Philippines), Inc.

Johnson & Johnson (Private) Limited
Johnson & Johnson (Thailand) Ltd.
Johnson & Johnson (Trinidad) Limited
Johnson & Johnson (Vietnam) Co., Ltd
Johnson & Johnson AB
Johnson & Johnson AG
Johnson & Johnson Belgium
    Finance Company BV
Johnson & Johnson Bulgaria EOOD
Johnson & Johnson China Ltd.
Johnson & Johnson Consumer
    (Hong Kong) Limited
Johnson & Johnson Consumer
    (Thailand) Limited
Johnson & Johnson Consumer B.V.
Johnson & Johnson Consumer
    Holdings France
Johnson & Johnson Consumer Inc.
Johnson & Johnson Consumer NV
Johnson & Johnson Consumer
    Saudi Arabia Limited
Johnson & Johnson Consumer Services
    EAME Ltd.
Johnson & Johnson d.o.o.
Johnson & Johnson de Argentina
    S.A.C. e. I.
Johnson & Johnson de Chile Limitada
Johnson & Johnson de Chile S.A.
Johnson & Johnson de Colombia S.A.
Johnson & Johnson de Costa Rica, S.A.
Johnson & Johnson de Mexico, S.A. de C.V.
Johnson & Johnson de Uruguay S.A.
Johnson & Johnson de Venezuela, S.A.
Johnson & Johnson del Ecuador, S.A.
Johnson & Johnson Del Paraguay, S.A.
Johnson & Johnson del Peru S.A.
Johnson & Johnson do Brasil Industria E
    Comercio de Produtos Para Saude Ltda.
Johnson & Johnson Dominicana, S.A.S.
Johnson & Johnson Enterprise
    Innovation Inc.
Johnson & Johnson European
    Treasury Company
Johnson & Johnson Finance Corporation
Johnson & Johnson Finance Limited

Johnson & Johnson Financial
    Services GmbH
Johnson & Johnson for Export and
    Import LLC
Johnson & Johnson Foundation Scotland
    (NON-PROFIT)
Johnson & Johnson Gateway, LLC
Johnson & Johnson Gesellschaft m.b.H.
Johnson & Johnson GmbH
Johnson & Johnson Guatemala, S.A.
Johnson & Johnson Health and
    Wellness Solutions, Inc.
Johnson & Johnson Health Care
    Systems Inc.
Johnson & Johnson Hellas Commercial and
    Industrial S.A.
Johnson & Johnson Hellas Consumer
    Products Commercial Societe Anonyme
Johnson & Johnson Hemisferica S.A.
Johnson & Johnson Holding GmbH
Johnson & Johnson Holdings K.K.
Johnson & Johnson Inc.
Johnson & Johnson Industrial Ltda.
Johnson & Johnson Innovation - JJDC, Inc.
Johnson & Johnson Innovation Limited
Johnson & Johnson Innovation LLC
Johnson & Johnson International
Johnson & Johnson International
    (Singapore) Pte. Ltd.
Johnson & Johnson International Financial
    Services Company
Johnson & Johnson Japan Inc.
Johnson & Johnson K.K.
Johnson & Johnson Kft.
Johnson & Johnson Korea Ltd.
Johnson & Johnson Korea Selling &
    Distribution LLC
Johnson & Johnson Limitada
Johnson & Johnson Limited
Johnson & Johnson LLC
Johnson & Johnson Luxembourg Finance
    Company Sarl
Johnson & Johnson Management Limited
Johnson & Johnson Medical (China) Ltd.
Johnson & Johnson Medical
    (Proprietary) Ltd

Johnson & Johnson Medical (Shanghai) Ltd.

Johnson & Johnson Medical (Suzhou) Ltd.

Johnson & Johnson Medical B.V.

Johnson & Johnson Medical Devices & Diagnostics Group - Latin America, L.L.C.

Johnson & Johnson Medical GmbH

Johnson & Johnson Medical Korea Ltd.

Johnson & Johnson Medical Limited

Johnson & Johnson Medical Mexico, S.A. de C.V.

Johnson & Johnson Medical NV

Johnson & Johnson Medical Products GmbH

Johnson & Johnson Medical Pty Ltd

Johnson & Johnson Medical S.A.

Johnson & Johnson Medical S.p.A.

Johnson & Johnson Medical SAS

Johnson & Johnson Medical Saudi Arabia Limited

Johnson & Johnson Medical Servicios Profesionales S. de R.L. de C.V.

Johnson & Johnson Medical Taiwan Ltd.

Johnson & Johnson Medical, S.C.S.

Johnson & Johnson Medikal Sanayi ve Ticaret Limited Sirketi

Johnson & Johnson Middle East FZ-LLC

Johnson & Johnson Morocco Societe Anonyme

Johnson & Johnson Nordic AB

Johnson & Johnson Pacific Pty Limited

Johnson & Johnson Pakistan (Private) Limited

Johnson & Johnson Panama, S.A.

Johnson & Johnson Personal Care (Chile) S.A.

Johnson & Johnson Poland Sp. z o.o.

Johnson & Johnson Private Limited

Johnson & Johnson Pte. Ltd.

Johnson & Johnson Pty. Limited

Johnson & Johnson Research Pty Ltd

Johnson & Johnson Romania S.R.L.

Johnson & Johnson S.E. d.o.o.

Johnson & Johnson S.E., Inc.

Johnson & Johnson Sante Beaute France

Johnson & Johnson SDN. BHD.

Johnson & Johnson Services, Inc.

Johnson & Johnson Servicios Corporativos, S. de R.L. de C.V.

Johnson & Johnson Surgical Vision India Private Limited

Johnson & Johnson Surgical Vision, Inc.

Johnson & Johnson Taiwan Ltd.

Johnson & Johnson UK Treasury Company Limited

Johnson & Johnson Ukraine LLC

Johnson & Johnson Urban Renewal Associates

Johnson & Johnson Vision Care (Shanghai) Ltd.

Johnson & Johnson Vision Care Ireland Unlimited Company

Johnson & Johnson Vision Care, Inc.

Johnson & Johnson, S.A.

Johnson & Johnson, S.A. de C.V.

Johnson & Johnson, s.r.o.

Johnson & Johnson, s.r.o.

Johnson and Johnson (Proprietary) Limited

Johnson and Johnson Sihhi Malzeme Sanayi Ve Ticaret Limited Sirketi

JOM Pharmaceutical Services, Inc.

La Concha Land Investment Corporation

Latam International Investment Company Unlimited Company

Lifescan

McNeil AB

McNeil Consumer Pharmaceuticals Co.

McNeil Denmark ApS

McNeil Healthcare (Ireland) Limited

McNeil Healthcare (UK) Limited

McNeil Healthcare LLC

McNeil Iberica S.L.U.

McNeil LA LLC

McNEIL MMP, LLC

McNeil Nutritionals, LLC

McNeil Panama, LLC

McNeil Products Limited

McNeil Sweden AB

MDS Co. Ltd.

Medical Device Business Services, Inc.

Medical Devices & Diagnostics Global Services, LLC

Medical Devices International LLC
Medical Industrial do Brasil Ltda.
Medos International Sarl
Medos Sarl
MegaDyne Medical Products, Inc.
Menlo Care De Mexico, S.A. de C.V.
Mentor B.V.
Mentor Deutschland GmbH
Mentor Medical Systems B.V.
Mentor Partnership Holding
    Company I, LLC
Mentor Texas GP LLC
Mentor Texas L.P.
Mentor Worldwide LLC
Micrus Endovascular LLC
Middlesex Assurance Company Limited
Momenta Ireland Limited
Momenta Pharmaceuticals, Inc.
NeoStrata Company, Inc.
NeoStrata UG (haftungsbeschränkt)
Netherlands Holding Company
Neuravi Inc.
Neuravi Limited
NeuWave Medical, Inc.
Novira Therapeutics, LLC
NuVera Medical, Inc.
Obtech Medical Mexico, S.A. de C.V.
OBTECH Medical Sarl
OGX Beauty AU Pty Ltd
OGX Beauty Limited
OMJ Holding GmbH
OMJ Ireland Unlimited Company
OMJ Pharmaceuticals, Inc.
Omrix Biopharmaceuticals Ltd.
Omrix Biopharmaceuticals NV
Omrix Biopharmaceuticals, Inc.
Ortho Biologics LLC
Ortho Biotech Holding LLC
Ortho-McNeil Pharmaceutical, LLC
Orthotaxy
Patriot Pharmaceuticals, LLC
Peninsula Pharmaceuticals, LLC
Penta Pty. Limited
Percivia LLC
Perouse Plastie
Pharmadirect Ltd.

Pharmedica Laboratories (Proprietary)
    Limited
PMC Holdings G.K.
Princeton Laboratories, Inc.
Productos de Cuidado Personal y de La
    Salud de Bolivia S.R.L.
Proleader S.A.
PT Integrated Healthcare Indonesia
PT. Johnson & Johnson Indonesia
Pulsar Vascular, Inc.
Regency Urban Renewal Associates
RespiVert Ltd.
RoC International
Rutan Realty LLC
Scios LLC
Sedona Enterprise Co., Ltd.
Sedona Singapore International Pte. Ltd.
Sedona Thai International Co., Ltd.
Serhum S.A. de C.V.
Shanghai Elsker For Mother & Baby
    Co., Ltd
Shanghai Johnson & Johnson Ltd.
Shanghai Johnson & Johnson
Pharmaceuticals Ltd.
Sightbox, LLC
Sodiac ESV
Spectrum Vision Limited Liability Company
Spectrum Vision Limited Liability Company
Spectrum Vision Limited Liability
    Partnership
Spine Solutions GmbH
SterilMed, Inc.
Sterilmed, Inc.
Surgical Process Institute Deutschland
    GmbH
Synthes Costa Rica S.C.R., Limitada
SYNTHES GmbH
Synthes GmbH
Synthes Holding AG
Synthes Holding Limited
SYNTHES Medical Immobilien GmbH
Synthes Medical Surgical Equipment &
    Instruments Trading LLC
Synthes Produktions GmbH
Synthes Proprietary Limited
Synthes S.M.P., S. de R.L. de C.V.

Synthes Tuttlingen GmbH
Synthes USA Products, LLC
Synthes USA, LLC
Synthes, Inc.
TARIS Biomedical LLC
TearScience, Inc.
The Anspach Effort, LLC
The Vision Care Institute, LLC
Tibotec, LLC
Torax Medical, Inc.
TriStrata, Incorporated
UAB "Johnson & Johnson"
Vania Expansion
Verb Surgical Inc.
Vision Care Finance Unlimited Company
Vogue International LLC
Vogue International Trading, Inc.
WH4110 Development Company, L.L.C.
Xian Janssen Pharmaceutical Ltd.
XO1 Limited
Zarbee's, Inc.

## Managers and Officers of the Debtor

John Kim
Richard Dickinson
Robert Wuesthoff
Russell Deyo

## Major Current Business Affiliations of Debtor's Managers

American Foundation for Opioid
    Alternatives
Lawyers for Civil Justice
Migration Policy Institute
Miller Center for Community Protection &
    Reliance, Eagleton Institute of Politics,
    Rutgers University
National Center for State Courts
National Council, McLean Hospital
New Jersey Civil Justice Institute
One Mind

## Depository and Disbursement Banks

Bank of America, N.A.

## Major Sureties

Chubb
Federal Insurance Company
Liberty Mutual Insurance Company
Travelers Casualty and Surety Company of
    America

## Parties to Material Contracts with the Debtor

Johnson & Johnson
Johnson & Johnson Consumer Inc.
Johnson & Johnson Services, Inc.
U.S. Bank N.A.

## Significant Co-Defendants in Talc-Related Litigation

3M Company
A.O. Smith Corporation
Albertsons Companies, Inc.
Avon Products, Inc.
Barretts Minerals, Inc.
BASF Catalysts LLC
Block Drug Company, Inc.
Borg Warner Morse Tec, Inc.
Brenntag North America
Brenntag Specialties, Inc.
Bristol-Myers Squibb Company
Carrier Corporation
Chanel, Inc.
Charles B. Chrystal Co., Inc.
Chattem, Inc.
Colgate-Palmolive Company
Conopco Inc.
Costco Wholesale Corporation
Coty, Inc.
Crane Co.
CVS Health Corporation
CVS Pharmacy, Inc.
Cyprus Amax Minerals Company
Cyprus Mines Corporation
Dana Companies, LLC
DAP Products, Inc.
Dollar General Corporation
Duane Reade Inc.

Eaton Corporation
Eli Lilly and Company
Elizabeth Arden, Inc.
Estee Lauder Inc.
Family Dollar Stores Inc.
Flowserve US, Inc.
FMC Corporation
Food 4 Less of California, Inc.
Ford Motor Company
Foster Wheeler, LLC
Gardner Denver, Inc.
General Electric Company
Genuine Parts Company
Goodyear Tire & Rubber Co.
Goulds Pumps, LLC
Grinnell LLC
Honeywell International, Inc.
Imerys Talc America, Inc.
Imerys USA, Inc.
IMO Industries Inc.
John Crane, Inc.
K&B Louisiana Corporation
Kaiser Gypsum Company, Inc.
Kmart Corporation
Kolmar Laboratories
Longs Drug Stores California
L'Oreal USA, Inc.
Lucky Stores, Inc.
Macy's, Inc.
Mary Kay Inc.
Maybelline LLC
Metropolitan Life Insurance Company
Noxell Corporation
Personal Care Products Council
Pfizer, Inc.
Pharma Tech Industries, Inc.
Pneumo Abex, LLC
PTI Royston, LLC
Publix Super Markets, Inc.
R.T. Vanderbilt Holding Company, Inc.
Ralphs Grocery Company
Revlon Consumer Products Corporation
Revlon, Inc.
Rite Aid Corporation
Safeway, Inc.
Sanofi-Aventis U.S. LLC

Shulton, Inc.
Specialty Minerals Inc.
Target Corporation
The Dow Chemical Company
The Estee Lauder Companies, Inc.
The Kroger Co.
The Procter & Gamble Company
Thrifty Payless, Inc.
Unilever Home & Personal Care USA
Union Carbide Corporation
Vanderbilt Minerals, LLC
ViacomCBS, Inc.
Walgreen Co.
Walmart, Inc.
Warren Pumps, LLC
Whittaker Clark & Daniels, Inc.
Wyeth Holdings LLC
Yves Saint Laurent America, Inc.

### Debtors' Retained Professionals and Claims Agent

AlixPartners LLP
Bates White LLC
Epiq Corporate Restructuring LLC
Jones Day
King & Spalding LLP
McCarter & English, LLP
Rayburn Cooper & Durham, P.A.
Shook, Hardy & Bacon L.L.P.
Weil Gotshal & Manges LLP

### Debtors' Significant Ordinary Course Professionals, Consultants, and Service Providers

Adler Pollock & Sheehan PC
Bailey Glasser LLP
Barnes & Thornburg, LLP
Barrasso Usdin Kupperman
    Freeman & Sarver, L.L.C.
Blake, Cassels & Graydon LLP
Blank Rome LLP
Brown Greer PLC
Butler Snow LLP
Carlton Fields, P.A.

Chehardy, Sherman, Williams,
   Recile, & Hayes
Covington & Burling LLP
Damon Key Leong Kupchak Hastert
Davis Hatley Haffeman & Tighe
Dechert LLP
Elliott Law Offices, PA
Faegre Drinker Biddle & Reath LLP
Foliart, Huff, Ottaway & Bottom
Gibson, Dunn & Crutcher LLP
Goldman Ismail Tomaselli Brennan &
   Baum
Hartline Barger
HeplerBroom LLC
Irwin Fritchie Urquhart & Moore LLC
Johnson & Bell Ltd.
Jones, Skelton & Hochuli, P.L.C.
Kaplan, Johnson, Abate & Bird LLP
Kelley Jasons McGowan Spinelli
   Hanna & Reber, LLP
Kirkland & Ellis LLP
Kitch Drutchas Wagner
   Valitutti & Sherbrook
Lewis Brisbois Bisgaard & Smith, LLP
Manion Gaynor & Manning LLP
Miles & Stockbridge
Milligan & Herns
Morgan Lewis
Nelson Mullins Riley & Scarborough, LLP
Nutter McClennen & Fish LLP
Orrick, Herrington, & Sutcliffe, LLP
Patterson Belknap Webb & Tyler LLP
Proskauer Rose LLP
Quattlebaum, Grooms & Tull PLLC
Schnader Harrison Segal & Lewis
Schwabe Williamson & Wyatt
Sidley Austin LLP
Skadden, Arps, Slate, Meager & Flom LLP
Stoel Rives LLP
Sullivan Whitehead & Deluca LLP
Swartz Campbell LLC
The Weinhardt Law Firm
Tucker Ellis LLP
Willcox & Savage, P.C.

**Known Professionals for Certain
Non-Debtor Parties in Interest**

Cravath, Swaine & Moore
White & Case LLP

**Material Potentially Indemnified Parties**

Bausch Health Companies Inc.
Cyprus Mines Corporation
Cyprus Talc Corp.
Imerys Talc America, Inc.
Imerys Talc Vermont, Inc.
Luzenac America, Inc.
Pharma Tech Industries, Inc.
PTI Royston, LLC
Rio Tinto America, Inc.
RTZ America, Inc.
Valeant Pharmaceuticals International, Inc.
Windsor Minerals Inc.
Costco Wholesale Corporation
Publix Super Markets, Inc.
Rite Aid Corporation
Safeway Inc.
Walmart Inc.

**Law Firms with Significant
Representations of Talc Claimants**

Arnold & Itkin LLP
Ashcraft & Gerel, LLP
Aylstock, Witkin, Kreis & Overholtz, PLLC
Barnes Firm
Beasley Allen Law Firm
Cellino Law LLP
Dalimonte Rueb Stoller, LLP
Dean Omar Branham Shirley, LLP
Driscoll Firm, LLC
Fears Nachawati Law Firm
Ferraro Law Firm
Flint Law Firm LLC
Golomb Spirit Grunfeld, P.C.
Honik LLC
Johnson Law Group
Karst & von Oiste LLP
Kazan, McClain, Satterly
   & Greenwood PLC

Lanier Law Firm
Levy Konigsberg LLP
Maune Raichle Hartley French &
    Mudd, LLC
Miller Firm, LLC
Motley Rice LLC
Napoli Shkolnik PLLC
OnderLaw, LLC
Simmons Hanly Conroy LLC
Simon Greenstone Panatiere
    Bartlett, PC
The Gori Law Firm
Trammell PC
Weitz & Luxenberg, P.C.
Williams Hart Law Firm

**Key Parties in *Imerys Talc America, Inc.***
**and *Cyprus Mines Corp. Chapter 11 Cases***

Cyprus Amax Minerals Company
Cyprus Mines Corporation
Cyprus Talc Corporation
Imerys S.A.
Imerys Talc America, Inc.
Imerys Talc Vermont, Inc.
    (fka Windsor Minerals Inc.)
James L. Patton
Luzenac America, Inc.
Official Committee of Tort Claimants
    (*In re Imerys Talc America, Inc.*)
Official Committee of Tort Claimants
    (*In re Cyprus Mines Corp.*)
Roger Frankel

**Debtor's Insurers**

A.G. Securitas
ACE Property & Casualty Insurance
    Company
Aetna Casualty and Surety Company
Affiliated FM Ins. Company
AIG Europe S.A.
AIG Property and Casualty Company
AIU Ins. Company
Allianz Ins. Company

Allianz Global Risks US Insurance
    Company
Allstate Insurance Company
American Centennial Ins. Company
American Motorists Ins. Company
American Re-Insurance Company
Arrowood Indemnity Company
ASR Schadeverzekering N.V.
Assurances Generales De France
Assurantiekantoor VanWijk & Co.
Atlanta International Insurance Company
Birmingham Fire Ins. Company of
    Pennsylvania
Central National Ins. Company of Omaha
Century Indemnity Company
Champion Dyeing Allocation Year
Chubb
City Ins. Company
Colonia Versicherungs AG, Koln
Continental Insurance Company
Darag Deutsche Versicherungs-Und
    Rückversicherungs-AG
Drake Ins. Company of New York
Employers Ins. Company of Wausau
Employers Ins. of Wausau
Employers Mutual Casualty Company
Eurinco Allgemeine
    Versicherungs AG, Dusseldorf
Everest Reinsurance Company
Fireman's Fund Ins. Company
First State Ins. Company
GAP
Gibraltar Casualty Company
Granite State Ins. Company
Great American
Great Northern Ins. Company
Great Southwest Fire Ins. Company
Groupe Drouot
Harbor Ins. Company
Hartford Accident and Indemnity Company
Home Ins. Company
Ideal Mutual Ins. Company
Industrial Indemnity Company
Ins. Company of North America
Ins. Company of the State of Pennsylvania
Ins. Corporation of Singapore Limited

Integrity Ins. Company
International Ins. Company
International Surplus Lines Ins. Company
Lexington Ins. Company
London Guarantee and Accident
    Company of N.Y.
L'Union Atlantique S.A. d'Assurances
Mead Reinsurance Corporation
Middlesex Assurance Company
Midland Ins. Company
Midstates Reinsurance Corp.
Mission Ins. Company
Mission National Ins. Company
Munich Reinsurance America, Inc.
Mutual Fire, Marine, & Inland Ins.
    Company
N.V. De Ark
N.V. Rotterdamse Assurantiekas
N.V. Schadeverzekeringsmaatschappij
    Maas Lloyd
National Casualty Company
National Union Fire Ins. Company of
    Pittsburgh, PA
Nationwide
New Hampshire Ins. Company
North River Ins. Company
Northbrook Excess and Surplus
    Ins. Company
Northeastern Fire Ins. Company
    of Pennsylvania
Pacific Employers Ins. Company
ProSight
Prudential Reinsurance Company
Puritan Insurance Company
Republic Indemnity Company of America
Republic Ins. Company
Republic Western Ins. Company
Repwest Insurance Company
Resolute Management Inc.
Rheinland Versicherungen
Rheinland Verzekeringen
Riverstone Insurers
Royal Belge I.R., S.A. d'Assurances
Royal Indemnity Company
Royal Ins. Company
Safety Mutual Casualty Corporation

Safety National Casualty Corporation
Seguros La Republica SA
Sentry Insurance A Mutual Company
Southern American Ins. Company
Starr Indemnity & Liability Company
TIG Insurance Company
Transamerica Premier Insurance Company
Transit Casualty Company
Travelers Casualty and Surety Company
UAP
Union Atlantique d'Assurances S.A.
Union Indemnity Ins. Company
    of New York
Westchester Fire Insurance Company
Westport Insurance Corporation
XL Ins. Company

**Employees of the Bankruptcy
Administrator's Office for the Western
District of North Carolina**

Alexandria Kenny
Anne Whitley
David Shepherd
Katrina Adams
Sarah Scholz
Shelley K. Abel

**Bankruptcy Judges for the Western
District of North Carolina**

Judge George Hodges
Judge J. Craig Whitley
Judge Laura T. Beyer

**Bankruptcy Rule 2002 Appearances**[1]

AIG Europe S.A. (as successor in interest to Union Atlantique d'Assurances S.A)

AIG Property Casualty Company (f/k/a Birmingham Fire Insurance Company of Pennsylvania)

AIU Insurance Company

Wanda Allen

Allstate Insurance Company, as successor in interest to Northbrook Excess & Surplus Insurance Company, formerly Northbrook Insurance Company

Atlanta International Insurance Company (as successor in interest to Drake Insurance Company)

Arnold & Itkin LLP

ASR Schadeverzekering N.V. (as successor in interest to Assurantiekoor Van Wijk & Co.)

Aylstock, Witkin, Kreis & Overholtz, PLLC

Barnes Law Group

Bausch Health Americas, Inc. f/k/a Valeant Pharmaceuticals International

Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International, Inc.

Bausch Health US, LLC f/k/a Valeant Pharmaceuticals North America LLC

Bestwall LLC

Blue Cross Blue Shield Association

Blue Cross Blue Shield of Massachusetts, Inc

Edna Brown

Barbara Busch

Beatriz Cabeza

Monica Cambron

Tarshwa Carter

Bridget Coates

Cohen, Placitella & Roth P.C.

Lillian Cohn-Sharon

The Continental Insurance Company

Elaine Cook

Cyprus Amax Minerals Company

Cyprus Mines Corporation

Gloria Davis

Dawn Dispensa

Patricia Dunbar

Fears Nachawati PLLC

Ann Frye-Moragne

Debra Fugiel

Victoria Gomes

Granite State Insurance Company

Andrea Harris

Charlette Hein

Tabitha Henry

Christine Hodge

Darlene Holland

Imerys Talc America, Inc.

Imerys Talc Canada Inc.

Imerys Talc Vermont, Inc.

The Insurance Company of the State of Pennsylvania

Johnson & Johnson

Johnson & Johnson Consumer Inc.

Voncile Jones

Amanda Joyce

Kazan, McClain, Satterley & Greenwood, PLLC

Shelly King

Mildred Kirk-Brown

Julie Lamore

Susan Leach

Mary Leinen

Levy Konigsberg LLP

Lexington Insurance Company

Jo Ellen Luster

Nancy Lyman

Massey & Gail LLP

Bernadette McGinnis

Pamela Morrill

National Union Fire Insurance Company of Pittsburgh, Pa.

New Hampshire Insurance Company

The North River Insurance Company

N.V. Schadeverzekeringsmaatschappij Maas Lloyd (individually and as successor in

---

[1]     Where a Bankruptcy Rule 2002 appearance was filed by counsel on behalf of clients, the clients have been listed herein to the extent identified and where certain clients have not been identified, the filing counsel is listed, to the extent not otherwise listed herein.

interest to policies subscribed in favor of
Johnson & Johnson by N.V.
Rotterdamse Assurantiekas, n/k/a De
Ark)

Kathleen O'Halloran

Lisa O'Neal

OnderLaw, LLC

The Plaintiffs Steering Committee in the In
re: Johnson & Johnson Talcum Powder
Products Marketing, Sales Practices and
Precuts Liability Multi-District
Litigation

RheinLand Versicherungen (as successor in
interest only to the subscriptions of the
former Dutch company Rheinland
Verzekeringen)

Rio Tinto America Inc.

Cora Robinson

Robinson Calcagnie, Inc.

Lisa Sabatine

Maraldine Schmidt

Valerie Schultz

Isabel Spano

Starr Indemnity & Liability Company (as
successor in interest to Republic
Insurance Company)

State of Texas, Attorney General of Texas

Three Crowns Insurance Company

Christine Torres

Travelers Casualty and Surety Company
(f/k/a The Aetna Casualty and Surety
Company)

May Virata

Waldrep Wall Babcock & Bailey PLLC

Westchester Fire Insurance Company

Sharon Wildman

Oshunna Williams

**LTL Management LLC**
**Additional Potentially Interested Parties as of January 20, 2022**

### Debtor's Proposed Professionals

Blake, Cassels & Graydon LLP
Skadden, Arps, Slate, Meager & Flom LLP

### Debtor's Proposed Future Claimants' Representative

Joseph W. Grier, III

### Professionals Retained by Official Committee of Talc Claimants

Miller Thomson LLP
Monzack Mersky and Browder  P.A.

### Proposed Professionals for the Official Committee of Talc Claimants

FTI Consulting, Inc.
Houlihan Lokey Capital, Inc.

### Ad Hoc Committee of Mesothelioma Claimants

Klehr Harrison Harvey Branzburg LLP

### Bankruptcy Rule 2002 Appearances[1]

Cooley LLP
Jeanne Stephenson
Marshack Hays LLP
Metals & Minerals Insurance
    Company Ptd. Ltd.
Rio Tinto America Holdings Inc.
Rio Tinto Services Inc.
Ross Feller Casey, LLP
Sherman, Silverstein, Kohl, Rose
    & Podolsky, P.A.

---

[1]    Where a Bankruptcy Rule 2002 appearance was filed by counsel on behalf of clients, the clients have been listed herein to the extent identified and where certain clients have not been identified, the filing counsel is listed, to the extent not otherwise listed herein.

**LTL Management LLC**
**Additional Potentially Interested Parties**

**Debtors' Retained Professionals**

Wollmuth Maher & Deutsch, LLP

**Employees of the Office of the United**
**States Trustee – Region 3 – District of**
**New Jersey**

Adela Alfaro
Kirsten K. Ardelean
Francyne D. Arendas
Michael Artis
Lauren Bielskie
Peter J. D'Auria
Neidy Fuentes
David Gerardi
Rosemarie Giles
Tia Green
Mitchell B. Hausman
Martha Hildebrandt
Joseph C. Kern
Daniel C. Kropiewnicki
Maggie McGee
Alexandria Nikolinos
Tina L. Oppelt
Angeliza Ortiz-Ng
Robert J. Schneider, Jr.
Jeffrey Sponder
Fran B. Steele
James Stives
William J. Ziemer

**Bankruptcy Judges for the District of**
**New Jersey**

Judge Andrew B. Altenburg, Jr.
Judge Christine M. Gravelle
Judge Jerrold N. Poslusny, Jr.
Judge John K. Sherwood
Judge Kathryn C. Ferguson

Judge Michael B. Kaplan
Judge Rosemary Gambardella
Judge Stacey L. Meisel
Judge Vincent F. Papalia

**Professionals Retained by Official**
**Committee of Talc Claimants**

Bailey & Glasser LLP
Brown Rudnick LLP
Genova Burns LLC
Massey & Gail LLP
Otterbourg P.C.
Parkins Lee & Rubio LLP

**Bankruptcy Rule 2002 Appearances**[1]

ACE Property and Casualty Insurance
    Company (f/k/a CIGNA Property
    & Casualty Insurance Company)
Albertsons Companies, Inc.
The Blue Cross Blue Shield Association
Brandi Carl
Central National Insurance Company of
    Omaha
Century Indemnity Company
Dean Omar Branham Shirley, LLP
Kristie Lynn Doyle
Employers Ins. Company of Wausau
Employers Ins. of Wausau
Employers Mutual Casualty Company
Federal Insurance Company
Roger Frankel
Great Northern Insurance Company
Imerys SA
Law Firm of Brian W.
    Hofmeister, LLC
The Miller Firm, LLC
Motley Rice LLC
Nationwide Indemnity

---

[1]    Where a Bankruptcy Rule 2002 appearance was filed by counsel on behalf of clients, the clients have been
        listed herein to the extent identified and where certain clients have not been identified, the filing counsel is
        listed, to the extent not otherwise listed herein.

Pacific Employers Insurance Company
Pension Benefit Guaranty Corporation
Linda Rabasca
Republic Indemnity Company of America
Scottsdale Insurance
Sue Sommer-Kresse
Westchester Fire Insurance Company
Williams Hart Boundas Easterby, LLP

# EXHIBIT B

| Party | Relationship | Case | Role | Atty | Status |
|---|---|---|---|---|---|
| 3M Company | Party in the litigation | 3M Special Master | Special Master | Mark Falk | Active |
| Aylstock, Witkin, Kreis & Overholtz, PLLC | Represent party in litigation | 3M Special Master | Special Master | Mark Falk | Active |
| Barnes & Thornburg, LLP | Represent party in litigation | Elmiron Special Master | Special Master | Mark Falk | Active |
| Dechert | Represent party in litigation | 3M Special Master | Special Master | Mark Falk | Active |
| Kirkland & Ellis LLP | Represent party in litigation | 3M Special Master | Special Master | Mark Falk | Active |
| Skadden Arps | Represent party in litigation | 3M Special Master | Special Master | Mark Falk | Active |

*During my role as magistrate judge, some of the interested parties may have appeared before me. I do not recall who and when.
I have not worked on any matter listed on the firm's conflict list above.

| Party | Relationship | Case | Role | Atty |
|---|---|---|---|---|
| 3M Company | Past Client | 001545.0000 | Local Counsel for 3M Company | Hector D. Ruiz |
| ACE Property and Casualty Insurance Company | Client | Chubb | Represent Chubb | Liza M. Walsh |
| AIG Property and Casualty Company | Client | Merck v. AIG | Local Counsel for American International Group | Liza M. Walsh |
| Allstate Insurance Company | Adverse | Chubb/Jingoli | Represent Chubb | Liza M. Walsh |
| Bristol-Myers Squibb Company | Client | 1006-* | Local Counsel for Bristol-Myers Squibb Company | Liza M. Walsh |
| Chattem, Inc. | Co-defendant | Pfizer/Craven | Local Counsel for Pfizer | Liza M. Walsh |
| Chubb | Client | 1000, 1471 | Represent Chubb | Liza M. Walsh |
| Cilag GmbH International | Adverse | Teva/Cilag | Local Counsel for Teva | Liza M. Walsh |
| Covington & Burling LLP | Represents co-defendant | Sanofi/Insulin | Local Counsel for Sanofi | Liza M. Walsh |
| CVS Health Corporation | Adverse | Pfizer/Lipitor | Local Counsel for Pfizer | Liza M. Walsh |
| | Co-defendant | Teva/Valsartan | Local Counsel for Teva | Liza M. Walsh |
| Eli Lilly and Company | Co-defendant | Sanofi/Insulin | Local Counsel for Sanofi | Liza M. Walsh |
| Everest Reinsurance Company | Party to the mediation | JAP Mediation | Mediator | Joel A. Pisano |
| Faegre Drinker Biddle & Reath LLP | Party in the litigation | JAP Special Master | Special Master | Joel A. Pisano |
| Federal Insurance Company | Adverse | Trevcon/Zurich | Represent Trevcon Construction Co., Inc. | Thomas J. O'Leary |
| | Client | Chubb Parent Company | Represent Chubb Parent Company | Liza M. Walsh |
| FMC Corporation | Past Client | 001579.0000 | Represent FMC Corporation | Liza M. Walsh |
| Gibson, Dunn & Crutcher LLP | Co-counsel | Cognizant/Cox | Local Counsel for Cognizant | Liza M. Walsh |
| | Co-counsel | Heritage | Local Counsel for Heritage Pharmaceuticals Inc. | Liza M. Walsh |
| | Co-counsel | Pepsico | Local Counsel for Pepsico | Liza M. Walsh |
| | Co-counsel | Remedy Drinks/Soulful | Local Counsel for Remedy International | Liza M. Walsh |
| | Opposing Counsel on a Subpoena | Sanofi/Lantus | Local Counsel for Sanofi | Liza M. Walsh |
| | Represent party in litigation | Owens/Sudan | Expert Witness | Joel A. Pisano |
| Grinnell LLC | Adverse | SVF Ch 11 Trustee/Roseville | Trustee | Stephen V. Falanga |
| Honeywell International, Inc. | Firm represents Special Master | Special Master | Special Master overseeing environmental clean-up | Liza M. Walsh |
| Janssen Biotech, Inc. | Co-defendant | BTG/Louisian | Local Counsel for BTG PLC | Liza M. Walsh |
| Janssen Inc. | Adverse | Teva/Janssen | Local Counsel for Teva | Liza M. Walsh |
| | Co-defendant | BTG/Louisian | Local Counsel for BTG PLC | Liza M. Walsh |
| Janssen Oncology, Inc. | Co-defendant | BTG/Louisian | Local Counsel for BTG PLC | Liza M. Walsh |
| Janssen Research & Development, LLC | Co-defendant | BTG/Louisian | Local Counsel for BTG PLC | Liza M. Walsh |
| Johnson & Johnson | Formerly Adverse | Zions/LifeScan | Represent Zions Bancorporation | Liza M. Walsh |
| | Party in the litigation | JAP Special Master | Special Master | Joel A. Pisano |
| Johnson & Johnson Health Care Systems Inc. | Formerly Adverse | Zions/LifeScan | Represent Zions Bancorporation | Liza M. Walsh |
| Jones Day | Co-counsel | Sanofi/Insulin | Local Counsel for Sanofi | Liza M. Walsh |
| | Co-counsel | Sanofi/Lantus | Local Counsel for Sanofi | Liza M. Walsh |
| Kirkland & Ellis LLP | Co-counsel | AllRounds/Eshares | Local Counsel for AllRounds, Inc. | Liza M. Walsh |
| | Co-counsel | BMS/Alembic | Local Counsel for Bristol-Myers Squibb Company | Liza M. Walsh |
| | Co-counsel | BMS/DRL | Local Counsel for Bristol-Myers Squibb Company | Liza M. Walsh |
| | Co-counsel | BMS/Eugia | Local Counsel for Bristol-Myers Squibb Company | Liza M. Walsh |
| | Co-counsel | BMS/Lupin | Local Counsel for Bristol-Myers Squibb Company | Liza M. Walsh |
| | Co-counsel | EagleView/GAF | Local Counsel for EagleView | Liza M. Walsh |
| | Co-counsel | EagleView/Xactware | Local Counsel for EagleView | Liza M. Walsh |
| | Co-counsel | Microport/Stryker | Local Counsel for Microport Orthopedics | Liza M. Walsh |
| | Co-counsel | Teva/Janssen | Local Counsel (patent litigation) | Liza M. Walsh |
| | Co-counsel | Teva/Lamictal | Local Counsel for Teva | Liza M. Walsh |
| | Opposing Counsel | Bruce Rey/SSSD | Local Counsel for Bruce Rey | Peter J. Pizzi |
| | Represent co-defendant | Sanofi/Insulin | Local Counsel for Sanofi | Liza M. Walsh |
| Kmart Corporation | Adverse | Schindler/Sears | Represent Schindler Elevator Co. | Stephen V. Falanga |
| Law Firm of Brian W. Hofmeister, LLC | Opposing Counsel | SVF Ch 11 Trustee/Roseville | Trustee | Stephen V. Falanga |
| Levy Konigsberg LLP | Opposing Counsel | Newark Public Schools/RT | Represent Newark Public Schools | M. Trevor Lyons |
| Liberty Mutual Insurance Company | Adverse | Trevcon/Zurich | Represent Trevcon Construction Co., Inc. | Thomas J. O'Leary |
| Lifescan | Adverse | Zions/LifeScan | Represent Zions Bancorporation | Liza M. Walsh |
| McCarter & English, LLP | Opposing Counsel | Stats Perform | Represent Zions Bancorporation | Liza M. Walsh |
| | Opposing Counsel | SVF Ch 11 Trustee/NHSC | Trustee | Stephen V. Falanga |
| Miles & Stockbridge | Party to the mediation | JAP Mediation | Mediator | Joel A. Pisano |
| Morgan Lewis | Opposing Counsel | Chubb/Mitnick | Represent Chubb | Liza M. Walsh |
| | Represents co-defendant | Teva/Valsartan | Local Counsel for Teva | Liza M. Walsh |
| National Union Fire Insurance Company of Pittsburgh, Pa. | Past Client | National Union/Becton | Local Counsel for National Union Fire Insurance Co. | Liza M. Walsh |

| Party | Relationship | Case | Role | Atty |
|---|---|---|---|---|
| Nationwide | Adverse | Columbia Bank/Skeparoska | Represent Columbia Bank | Stephen V. Falanga |
| Office of the United States Trustee | Trustee | Ch 11 NCHS | Trustee | Stephen V. Falanga |
| | Trustee | Ch 11 Roseville Senior Living | Trustee | Stephen V. Falanga |
| | Trustee | Ch 11 Vascular Access Centers | Trustee | Stephen V. Falanga |
| Orrick, Herrington, & Sutcliffe, LLP | Co-counsel | Kars 4 Kids v. American Can! | Local Counsel for Kars 4 Kids | Liza M. Walsh |
| Patterson Belknap Webb & Tyler LLP | Opposing Counsel | Teva/Janssen | Local Counsel (patent litigation) | Liza M. Walsh |
| | Opposing Counsel | Zions/LifeScan | Represent Zions Bancorporation | Liza M. Walsh |
| Pfizer, Inc. | Client | 001026.0000 | Local Counsel for Pfizer | Liza M. Walsh |
| Proskauer Rose LLP | Co-counsel | Absorption | Local Counsel for Absorption Pharmaceuticals | Liza M. Walsh |
| | Opposing Counsel | Chubb/Chang | Represent Chubb | Liza M. Walsh |
| Sanofi-Aventis U.S. LLC | Client | 001030.0000 | Local Counsel for Sanofi | Liza M. Walsh |
| Sidley Austin LLP | Co-counsel | Amgen/Enbrel | Local Counsel for Amgen | Liza M. Walsh |
| The Kroger Co. | Co-defendant | Teva/Valsartan | Local Counsel for Teva | Liza M. Walsh |
| The North River Insurance Company | Co-defendant | Philadelphia Ins Co./YMCA | Represent Philadelphia Insurance Co. | Liza M. Walsh |
| Travelers Casualty and Surety Company of America | Client | Various | Local Counsel for Travelers | William T. Walsh |
| Walgreen Co. | Co-defendant | Teva/Valsartan | Local Counsel for Teva | Liza M. Walsh |
| Walmart, Inc. | Co-defendant | Teva/Valsartan | Local Counsel for Teva | Liza M. Walsh |
| Weil Gotshal & Manges LLP | Co-counsel | Allergan/Sandoz | Local Counsel for Allergan | Liza M. Walsh |
| | Co-counsel | Sanofi/Mylan | Local Counsel for Sanofi | Liza M. Walsh |
| White & Case LLP | Co-counsel | Pfizer/Effexor | Local Counsel for Pfizer | Liza M. Walsh |
| | Co-counsel | Pfizer/Lipitor | Local Counsel for Pfizer | Liza M. Walsh |
| | Represented a party in the litigation | Owens/Sudan | Expert Witness | Joel A. Pisano |
| Wyeth Holdings LLC | Client | Pfizer/Effexor | Local Counsel for Pfizer | Liza M. Walsh |

# EXHIBIT C

| Client | FY 2020 Percentage of Gross Income | FY 2021 Percentage of Gross Income |
|---|---|---|
| ACE Property and Casualty Insurance Company (automobile policy claims) | 0.70% | 1.25% |
| AIG Property and Casualty Company | 0.11% | 0.25% |
| Bristol-Myers Squibb Company | 1.52% | 0.56% |
| Chubb (employment disputes) | 2.84% | 7.20% |
| Pfizer, Inc. /Wyeth Holdings LLC | 1.50% | 0.38% |
| Sanofi-Aventis U.S. LLC | 5.72% | 4.32% |
| Travelers Casualty and Surety Company of America | 0.38% | 0.24% |