**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**WOMBLE BOND DICKINSON (US) LLP**
Ericka F. Johnson (NJ #032162007)
1313 N. Market Street, Suite 1200
Wilmington, Delaware 19801
Phone: (302) 252-4337
Email: ericka.johnson@wbd-us.com

*Attorneys for Ad Hoc Committee of States*

**Order Filed on April 1, 2022**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In re: | Case No.: 21-30589 (MBK) |
| LTL MANAGEMENT, LLC, | Chapter: 11 |
| Debtor. | Hearing Date: |
| | Judge: Michael B. Kaplan |

**ORDER SHORTENING TIME PERIOD**
**FOR NOTICE, SETTING HEARING**
**AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby
**ORDERED**.

DATED: April 1, 2022

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the application of the Ad Hoc Committee of States Holding

Consumer Protection Claims for the reduction of time for a hearing on the Motion of the

Ad Hoc Committee of States Holding Consumer Protection Claims for Relief under Fed. R.

Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1.      A hearing will be conducted on the matter on April 12, 2022 at 10:00 a.m. in

the United States Bankruptcy Court, District of New Jersey, 402 East State Street, Trenton,

New Jersey, Courtroom No. 8.  The hearing will be conducted live and via Zoom.  Parties

should consult the Court's website at http://www.njb.uscourts.gov/LTL for the case

information and protocols.

2.      The Applicant must serve a copy of this Order, and all related documents, on the

following parties: the Debtor, J&J, TCCI, TCC II, any Court-appointed Future Talc Claims

Representatives, Travelers Casualty and Surety Company and the U.S. Trustee

by ☐each, ■any of the following methods selected by the Court:

          ☐ fax,  ☐ overnight mail,  ☐ regular mail,  ■ email,  ☐ hand delivery.

3.      The Applicant must also serve a copy of this Order, and all related documents, on the

following parties:

Any party having an interest in the subject matter by ☐ each, ■ any of the following methods

selected by the Court:

          ☐ fax,  ☐ overnight mail,  ☐ regular mail,  ■ email,  ☐ hand delivery.

4.   Service must be made:

     ☐ on the same day as the date of this order, or

     ■ within two (2) day(s) of the date of this Order.

5.    Notice by telephone:

    ■ is not required

    ☐ must be provided to _____

        ☐ on the same day as the date of this Order, or

        ☐ within_____day(s) of the date of this Order.

6.    A *Certification of Service* must be filed prior to the hearing date.

7.    Any objections to the motion/application identified above:

    ■ must be filed with the Court and served on all parties in interest by electronic or overnight mail five (5) day(s) prior to the scheduled hearing; or

    ☐ may be presented orally at the hearing.

8.    ■ Court appearances are required to prosecute the motion/application and any objections.

    ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

United States Bankruptcy Court

District of New Jersey

In re:                                                                        Case No. 21-30589-MBK

LTL Management LLC                                                             Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Apr 01, 2022 | Form ID: pdf903 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Glenn M. Kurtz, White & Case LLP, 1221 Avenue of the America, New York, NY 10020-1001 |
| aty | + Jessica Lauria, White & Case LLP, 1221 Avenue of the America, New York,, NY 10020-1001 |
| aty | + Rayburn, Cooper & Durham, P.A., The Carillon, Suite 1200, 227 West Trade St., Charlotte, NC 28202-1672 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: jkim8@its.jnj.com | Apr 01 2022 20:46:00 | LTL Management LLC, 501 George Street, New Brunswick, NJ 08933-0001 |
| aty | + Email/Text: tlindsay@rcdlaw.net | Apr 01 2022 20:46:00 | Rayburn, Cooper & Durham, P.A., The Carillon, Suite 1200, 227 West Trade St., Charlotte, NC 28202-1672 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2022                  Signature:      /s/Joseph Speetjens