UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on April 4, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Case No.: _____

Chapter: _____

Hearing Date: _____

Judge: _____

# ORDER CERTIFYING DIRECT APPEAL TO THE

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT OF

# ORDER DENYING MOTIONS TO DISMISS

The relief set forth on the following pages, is **ORDERED**.

**DATED: April 4, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Matthew I.W. Baker, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>mbaker@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br>*Local Counsel to the Official Committee of Talc Claimants I* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Robert J. Stark, Esq.<br>Michael S. Winograd, Esq.<br>dmolton@brownrudnick.com<br>rstark@brownrudnick.com<br>mwinograd@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>and<br><br>Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>Sharon I. Dwoskin, Esq.<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>sdwoskin@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Co-Counsel for the Official Committee of Talc Claimants I* |
| **OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Adam C. Silverstein, Esq.<br>Jennifer S. Feeney, Esq.<br>mcyganowski@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>*Co-Counsel for the Official Committee of Talc Claimants I* | **PARKINS LEE & RUBIO LLP**<br>Lenard M. Parkins, Esq.<br>Charles M. Rubio, Esq.<br>lparkins@parkinslee.com<br>crubio@parkinslee.com<br>Pennzoil Place<br>700 Milan St., Suite 1300<br>Houston, TX 77002<br>Tel: (713) 715-1666<br>*Special Counsel to the Official Committee of Talc Claimants I* |

Page: 2

Debtor: LTL Management, LLC

Case No.: 21-30589(MBK)

Caption: Order Certifying Direct Appeal to the United States Court of Appeals for the Third Circuit of Order Denying Motions to Dismiss

---

| | |
|---|---|
| In Re:<br><br>**LTL MANAGEMENT, LLC,**[1]<br><br>                Debtor. | Chapter 11<br><br>Case No.: 21-30589 (MBK)<br><br>Honorable Michael B. Kaplan |

### [PROPOSED] ORDER CERTIFYING DIRECT APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT OF <u>ORDER DENYING MOTIONS TO DISMISS</u>

The relief set forth on the following pages is hereby ORDERED.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

Page:		3

Debtor:		LTL Management, LLC

Case No.:	21-30589(MBK)

Caption:	Order Certifying Direct Appeal to the United States Court of Appeals for the Third Circuit of Order Denying Motions to Dismiss

---

Upon consideration of the *Request of Official Committee of Talc Claimants I for Order Certifying Direct Appeal to the United States Court of Appeals for the Third Circuit* (the "TCC I Request") (Dkt. 1709); the *Motion of Official Committee of Talc Claimants II, Patricia Cook, Evan Plotkin, Randy Derouen, Kristie Doyle as Estate Representative of Dan Doyle, Katherine Tollefson, Jan Deborah Michelson-Boyle, Giovanni Sosa, and Tonya Whetsel as Estate Representative of Brandon Whetsel, for Certification of Direct Appeal to the United States Court of Appeals for the Third Circuit* (the "TCC II Motion") (Dkt. 1654); the *Motion of Aylstock, Witkin, Kreis & Overholtz, PLLC for Certification of Direct Appeal to the United States Court of Appeals for the Third Circuit* (the "AWKO Motion") (Dkt. 1713); and the *Request of Arnold & Itkin LLP for Certification of Direct of Appeal to the United States Court of Appeals for the Third Circuit* (the "A&I Request") (Dkt. 1720) (collectively, the "MTD Certification Requests"); and all papers filed in support of and in opposition to the MTD Certification Requests, including the *Debtor's Omnibus Objection to Motions for Certification of Direct Appeal* (the "Objection") and all reply briefs filed in further support of the MTD Certification Requests (Dkts. 1884, 1887, 1888, 1889); and the hearing on the MTD Certification Requests held on March 30, 2022 (the "Hearing"); and all prior proceedings herein; the Court hereby finds as follows:

For the reasons set forth by the Court on the record during the March 30, 2022 Hearing (Dkt. 1926 at 70:2-76:17), which portions of the record are incorporated herein by reference, the Court finds that the conditions of 28 U.S.C. § 158(d)(2) have been met, and

Page:        4

Debtor:      LTL Management, LLC

Case No.:    21-30589(MBK)

Caption:     Order Certifying Direct Appeal to the United States Court of Appeals for the Third Circuit of Order Denying Motions to Dismiss

---

**IT IS THEREFORE HEREBY ORDERED THAT:**

1. The MTD Certification Requests are GRANTED.

2. Pursuant to 28 U.S.C. § 158(d)(2) and Rule 8006 of the Federal Rules of Bankruptcy Procedure, the *Motions to Dismiss Memorandum Opinion* (Dkt. 1572) and the *Order Denying Motions to Dismiss* (Dkt. 1603) are hereby certified for direct appeal to the United States Court of Appeals for the Third Circuit.