| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**Greenbaum, Rowe, Smith & Davis LLP**<br>Nancy Isaacson, Esq. (NI/1325)<br>75 Livingston Avenue<br>Roseland, New Jersey 07068<br>(973) 535-1600<br>nisaacson@greenbaumlaw.com<br><br>Attorneys for Motley Rice, LLC and Claimant Shirleeta Ellison | |
| In re:<br><br>LTL MANAGEMENT, LLC,[1]<br><br>                    Debtor | Case No.: 21-30589<br><br>Chapter: 11<br><br>Judge: Michael B. Kaplan<br><br>**Hearing Date and Time:**<br>April 12, 2022 at 10:00 a.m. |

### NOTICE OF CLAIMANT SHIRLEETA ELLISON'S MOTION FOR AN ORDER APPOINTING MS. ELLISON TO THE OFFICIAL COMMITTEE OF TALC CLAIMANTS

**PLEASE TAKE NOTICE** that, on April 12, 2022, at 10:0-0 am or as soon thereafter as counsel may be heard, Motley Rice LLC, by and through its undersigned counsel and on behalf of Claimant, Shirleeta Ellison, shall move before the Honorable Michael B. Kaplan, United States Bankruptcy Judge, at the United States Bankruptcy Court, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, Courtroom No. 8, for entry of an order appointing Claimant Shirleeta Ellison as a member of the Official Committee of Talc

---

[1] The last four digits of Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

1

Claimants after the Official Committee of Talc Claimants I and Official Committee of Talc Claimants II are disbanded on April 12, 2022.

**PLEASE TAKE FURTHER NOTICE** that the Movant shall rely upon the Memorandum of Law and Certification submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to the Motion must be filed with the Court and served upon all counsel as set forth in the Order Shortening Time.

Dated: April 4, 2022

                                         GREENBAUM, ROWE, SMITH & DAVIS LLP

                                         Counsel for Claimant Shirleeta Ellison

                                         By:   */s/ Nancy Isaacson*

                                                 Nancy Isaacson

7600572.1