**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)
ATTORNEYS FOR DEBTOR

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,<br><br>                Debtor.[1] | Chapter 11<br><br>Case No. 21-30589 (MBK)<br><br>Judge: Michael B. Kaplan |
| AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC,<br><br>                Appellants,<br><br>     v.<br><br>LTL MANAGEMENT LLC,<br><br>                Appellee. | Case No. 22-cv-1280-FLW |

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

## DEBTOR'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

LTL Management LLC, debtor in the above-captioned case and appellee, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedures, hereby submits its designation of additional items to be included in the record on appeal, in addition to those designations submitted by Aylstock, Witkin, Kreis & Overholtz, PLLC ("Aylstock") in its *Statement of Issues, Designation of Items to be Included in the Record on Appeal, and Certificate Regarding Transcripts* (Dkt. 1801), in connection with Aylstock's appeal to the United States Bankruptcy Court for the District of New Jersey from (1) the March 2, 2022 *Order Denying Motions to Dismiss* ("*MTD Order*") (Dkt. 1603)[2] and the related February 25, 2022 *Memorandum Opinion* ("*MTD Opinion*") (Dkt. 1572), collectively "*MTD Opinion and Order*", and (2) the March 7, 2022 *Order (I) Declaring that Automatic Stay Applies to Certain Actions Against Non-Debtors and (II) Preliminarily Enjoining Certain Actions* ("*Stay Order*") (Dkt. 1635) and the related February 25, 2022 *Memorandum Opinion* ("*Stay Opinion*") (Dkt. 184, Adv. Pro. No. 21-03032-MBK), collectively "*Stay Order and Opinion*") (hereinafter "Aylstock Appeals").

### Background

1. On March 25, 2022, Arnold & Itkin LLP filed *Appellant's Statement of the Issues to be Presented on Appeal and Designation of the Record on Appeal* (Dkt. 1856, Case No. 12 22-cv-1387-FLW), designating items to be included in the record on appeal in connection with its

---

[2] "Dkt." shall refer to entries in the Main Case docket (21-30589-MBK) and "Dkt. [_], Adv. Pro. No. 21-03032-MBK" shall refer to entries in the adversary proceeding.

appeal to the United States Bankruptcy Court for the District of New Jersey from the *MTD Order* based on the *MTD Opinion* (hereinafter "Arnold & Itkin Appeal").

2. On March 23, 2022, the Official Committee of Talc Claimants I ("TCC I") filed *Appellant TCC I's Statement of Issues on Appeal and Designations of Items to be Included in the Record on Appeal as to MTD Opinion and Order* (Dkt. 1832, Dkt. 1833, Case Nos. 22-cv-1339-FLW, 22-cv-1350-FLW, and 22-cv-1620-FLW) and *Appellant TCC I's Statement of Issues on Appeal and Designation of Items to be Included in the Record on Appeal as to Stay Opinion and Order* (Dkt. 1833, Dkt. 1833, Case Nos. 22-cv-1339-FLW, 22-cv-1350-FLW, and 22-cv-1620-FLW), both designating items to be included in the record on appeal in connection with its appeal to the United States Bankruptcy Court for the District of New Jersey from the *MTD Opinion and Order* and the *Stay Opinion and Order* (hereinafter "TCC I Appeals").

3. On March 21, 2022, the Official Committee of Talc Claimants II ("TCC II") filed *Appellants' Statement of Issues to be Presented on Appeal* (Dkt. 1805) and *Appellants' Designation of Items to be Included in the Record on Appeal* (Dkt. 1804, Case Nos. 22-cv-01289-FLW, 22-cv-1296-FLW, and 22-cv-01303-FLW), the latter designating items to be included in the record on appeal in connection with its appeal to the United States Bankruptcy Court for the District of New Jersey from the *MTD Order* and the *Stay Order* (hereinafter "TCC II Appeals").

4. On March 21, 2022, Aylstock filed *Statement of Issues, Designation of Items to be Included in the Record on Appeal, and Certificate Regarding Transcripts* (Dkt. 1801, Case Nos.

22-cv-1280-FLW and 22-cv-1292-FLW), designating items to be included in the record on appeal in connection with the Aylstock Appeals.

### Additional Items

5.   In the Aylstock Appeals, LTL Management LLC hereby designates all items designated by Arnold & Itkin in the Arnold & Itkin Appeal, by TCC I in the TCC I Appeals, and/or by TCC II in the TCC II Appeals, but not designated by Aylstock in the Aylstock Appeals.

Dated: April 4, 2022  **WOLLMUTH MAHER & DEUTSCH LLP**

*/s/ Paul R. DeFilippo*
Paul R. DeFilippo
James N. Lawlor
Brad J. Axelrod (*pro hac vice*)
Lyndon M. Tretter (*pro hac vice*)
Joseph F. Pacelli (*pro hac vice*)
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com
jlawlor@wmd-law.com
baxelrod@wmd-law.com
ltretter@wmd-law.com
jpacelli@wmd-law.com

**JONES DAY**
Gregory M. Gordon
Brad B. Erens
Dan B. Prieto
Amanda Rush
Mark W. Rasmussen
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

James M. Jones
250 Vesey Street
New York, NY  10281-1047
Telephone: (212) 326-3939
Facsimile: (412) 394-7959
jmjones@jonesday.com
(Admitted *pro hac vice*)
ATTORNEYS FOR DEBTOR