**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Jeffrey Traurig
**TRAURIG LAW LLC**
One University Plaza, Suite 124
Hackensack, NJ  07601
Tel: (646) 974-8650
E-mail:  jtraurig@trauriglaw.com
*Proposed Local Counsel to the Fee Examiner*

Order Filed on April 5, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No.:      21-30589 (MBK) |
| LTL MANAGEMENT LLC, | Judge:      Michael B. Kaplan |
| Debtor | Chapter 11 |

**ORDER AUTHORIZING RETENTION OF BERNSTEIN, SHUR, SAWYER &
NELSON, P.A. AS COUNSEL TO THE FEE EXAMINER**

The relief set forth on the following pages two (2) and three (3) is hereby **ORDERED**.

**DATED: April 5, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**

LTL MANAGEMENT LLC

Chapter 11, Case No.: 21-30589 (MBK)

Order Authorizing Retention of Bernstein, Shur, Sawyer & Nelson, P.A. As Counsel to the Fee Examiner

_____

Upon the applicant's, Robert J. Keach (the "Fee Examiner"), request for authorization to retain Bernstein, Shur, Sawyer & Nelson, P.A. ("BSSN") as counsel to the Fee Examiner, it is hereby **ORDERED**:

1.      The Fee Examiner is authorized to retain BSSN in the professional capacity noted in the Application.

> The professional's address is: Bernstein Shur Sawyer & Nelson
> 100 Middle Street
> Portland, ME  04104

2.      As provided in the *Order Appointing an Independent Fee Examiner and Establishing Procedures* [Docket No. 1922, ¶ 13], the "fees and expenses of the Fee Examiner, and any counsel retained pursuant to court order, shall be subject to application and review pursuant to section 330 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Bankruptcy Rule 2016-1, the U.S. Trustee Guidelines, and the Interim Compensation Order, and shall be paid from the Debtor's estate as an administrative expense under section 503(b)(2) of the Bankruptcy Code.  The Fee Examiner's expenses and those of any counsel retained pursuant to court order, shall be subject to the information detail requirements set forth in D.N.J. LBR 2016-1."

3.      If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

> ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

> ☐  Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

**(Page 3)**

LTL MANAGEMENT LLC

Chapter 11, Case No.: 21-30589 (MBK)

Order Authorizing Retention of Bernstein, Shur, Sawyer & Nelson, P.A. As Counsel to the Fee Examiner

---

4.      BSSN will only bill 50% for non-working travel and shall not seek the reimbursement of any fees or costs including attorney fees and costs, arising from the defense of any of BSSN's fee applications in this case.

5.      BSSN will agree to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013 (the "U.S. Trustee Guidelines").

6.      BSSN will use the billing and expense categories set forth in the US Trustee Guidelines (Exhibit D-1 "Summary of Compensation Requested by Project Category"), among other categories.

7.      BSSN will provide any and all monthly fee statements, interim fee applications, and final fee tab applications in "LEDES" or other satisfactory format to the United States Trustee.

8.      The effective date of retention is the date the application was filed with the Court.