UNITED STATES BANKRUPTCY COURT
District of New Jersey

| | | |
|---|---|---|
| In re: | Chapter: | 11 |
| LTL Management LLC | Case Number: | 21-30589 |
| | Civil Number: | 22-cv-01280 |
| | Adversary Number: | |
| | Bankruptcy Judge: | Michael B. Kaplan |

**TRANSMITTAL OF DOCUMENT(S) TO:**
☒ **DISTRICT COURT**   ☐ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

☐ Notice of Appeal   ☐ Order being Appealed   ☒ Designation of Record on Appeal
☒ Statement of Issues   ☐ Transcript   ☐ Transcript Ordered On: _____
☐ Motion for Leave to Appeal   ☐ Certification of Failure to File Designation   ☐ Motion to Withdraw the Reference
☐ Other _____

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on _____. The parties to the appeal are:

| | | | |
|---|---|---|---|
| Appellant(s): | Aylstock, Witkin, Kreis & Overholtz PLLC | Appellee(s): | LTL Management, LLC |
| Attorney: | Offit Kurman, P.A. | Attorney: | Wollmuth Maher & Deutsch, LLP |
| Address: | 99 Wood Avenue South, Suite 3002 | Address: | 500 Fifth Avenue |
| | Iselin, New Jersey 08830 | | New York, NY 10110 |

Title of Order Appealed: _____
Date Entered On Docket: _____

☐   An appeal has not previously been filed in this case.

☐   The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| | | |
| | | |
| | | |

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____   Judge assigned: _____
By: _____   Date: _____

*rev. 8/28/17*