## **EXHIBIT A**

```
 1                     UNITED STATES BANKRUPTCY COURT
                     WESTERN DISTRICT OF NORTH CAROLINA
 2                             CHARLOTTE DIVISION

 3   IN RE:                           :     Case No. 21-30589-JCW

 4   LTL MANAGEMENT LLC,              :     Chapter 11

 5        Debtor,                     :     Charlotte, North Carolina
                                            Thursday, November 4, 2021
 6                                    :     9:33 a.m.

 7   : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

 8   LTL MANAGEMENT LLC,              :     AP 21-03032-JCW

 9        Plaintiff,                  :

10             v.                     :

11   THOSE PARTIES LISTED ON          :
     APPENDIX A TO COMPLAINT and
12   JOHN AND JANE DOES 1-1000,       :

13        Defendants.                 :

14   : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

15
                                 VOLUME 1
16                         TRANSCRIPT OF PROCEEDINGS
                    BEFORE THE HONORABLE J. CRAIG WHITLEY,
17                     UNITED STATES BANKRUPTCY JUDGE

18

19   Audio Operator:                  COURT PERSONNEL

20
     Transcript prepared by:          JANICE RUSSELL TRANSCRIPTS
21                                    1418 Red Fox Circle
                                      Severance, CO  80550
22                                    (757) 422-9089
                                      trussell31@tdsmail.com
23
     Proceedings recorded by electronic sound recording; transcript
24   produced by transcription service.

25
```

1  firm and from the Maune Raichle firm and there couldn't be any
2  better.  And I'm liaison counsel in the federal court before
3  Judge Wolfson where I am appointed to serve the court and all
4  the litigants nationwide and I've stood shoulder to shoulder
5  with every one in this front row and I think that's what
6  probably makes us unique, your Honor, that we are, we are the
7  firm that can bridge the gap.  We have been on both sides not
8  just from afar, but deeply litigating both the ovarian cancer
9  cases and the mesothelioma cases.  And we've been involved in
10 the <u>Imerys</u> bankruptcy, the <u>DBMP</u> bankruptcy.  We understand the
11 issues and I think that I would be honored to be here and I
12 would make one promise to the Court.
13         I've heard a lot about statistics and the number of
14 claimants and I would just promise the Court that if appointed
15 to the Committee, along with Mr., to help Mr. McGovern, I will
16 never forget that statistics are people with the tears wiped
17 away.
18         Thank you.
19         THE COURT:  Mr. Thompson?
20         MR. THOMPSON:  Morning, your Honor.  Glenn Thompson
21 again for Margaret Watson, who is a mesothelioma claimant who's
22 seeking appointment to the Committee.  She's working with lead
23 counsel, Cooney & Conway out of Chicago, who is already
24 involved in the mass tort bankruptcies in this case in a few
25 different, or in this District in a few different cases.