| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**WOLLMUTH MAHER & DEUTSCH LLP**<br>Paul R. DeFilippo, Esq.<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>Facsimile: (212) 382-0050<br>pdefilippo@wmd-law.com<br><br>**JONES DAY**<br>Gregory M. Gordon, Esq.<br>Brad B. Erens, Esq.<br>Dan B. Prieto, Esq.<br>Amanda Rush, Esq.<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>gmgordon@jonesday.com<br>bberens@jonesday.com<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br>(Admitted *pro hac vice*)<br><br>*ATTORNEYS FOR DEBTOR* |

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>                    Debtor. | Chapter 11<br>Case No.:  21-30589<br>Judge:  Michael B. Kaplan<br><br>**Requested Hearing Date and Time:**<br>April 12, 2022 at 10:00 a.m. |

### ORDER WAIVING THE REQUIREMENT OF
### RULE 3003-1(a)(2) OF THE LOCAL RULES OF THE
### UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY

The relief set forth on the following page is hereby **ORDERED**.

---

[1]   The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

NAI-1528990041

(Page 2)
Debtor: LTL Management LLC
Case No. 21-30589-MBK
Caption: Order Waiving the Requirement of Rule 3003-1(a)(2) of the Local Rules of the United States Bankruptcy Court District of New Jersey

This matter coming before the Court on the *Debtor's Motion For Entry of an Order Waiving the Requirement of Rule 3003-1(a)(2) of the Local Rules of the United States Bankruptcy Court District of New Jersey* (the "Motion"),[1] filed by the above-captioned debtor (the "Debtor"); the Court having reviewed the Motion and having considered the statements of counsel with respect to the Motion at a hearing before the Court (the "Hearing"); the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (c) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (d) notice of the Motion and the Hearing was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The requirement of Local Bankruptcy Rule 3003-1(a)(2) that proofs of claim by governmental units must be filed no later than 180 days after the Petition Date is waived, without prejudice to the Debtor's right to seek an order from the Court fixing the time for the filing of proofs of claim, including by governmental units.

2. This Order shall be immediately effective and enforceable upon its entry.

3. This Court shall retain exclusive jurisdiction over any and all matters arising from or related to the implementation, interpretation or enforcement of this Order.

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

NAI-1528990041