**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.:  21-30589 (MBK) |
| Debtor. | Judge:  Michael B. Kaplan |

## APPLICATION FOR ORDER SHORTENING TIME

TO:    THE HONORABLE MICHAEL B. KAPLAN
         CHIEF UNITED STATES BANKRUPTCY JUDGE

The above-captioned debtor (the "Debtor"), by and through its undersigned counsel,

requests that the time period to notice a hearing on the *Debtor's Motion For Entry of an Order*

*Waiving the Requirement of Rule 3003-1(a)(2) of the Local Rules of the United States*

---

[1]      The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is
501 George Street, New Brunswick, New Jersey 08933.

*Bankruptcy Court District of New Jersey* (the "Motion")[2] as required by Fed. R. Bankr.

P. 1007(c) and D.N.J. LBR 9013-2(a) be shortened pursuant to Fed. R. Bankr. P 9006(c)(1), for

the reasons set forth below:

1.      A shortened hearing time is requested because:  The Debtor anticipates that it will

shortly be engaging in settlement discussions with certain states that are conducting

investigations or have commenced lawsuits related to the talc products of the Debtor's

predecessor and Johnson & Johnson.  As detailed in the Motion, the Debtor recently confirmed

that various states (collectively, the "Mediating States") have agreed to stay their proceedings

and engage in mediation efforts with the Debtor to resolve potential claims.  Counsel to the ad

hoc committee of the Mediating States has requested that the Debtor seek the relief requested in

the Motion, and the Debtor has agreed.  Absent a waiver of Local Bankruptcy Rule 3003-1(a)(2),

governmental units "must" file a proof of claim or interest no "later than 180 days after the date

of the order for relief."  As a result, the deadline for such parties to file a proof of claim in the

Chapter 11 Case would be April 12, 2022.  The relief requested by the Motion, if granted, will

permit the Debtor to engage in settlement discussions with the ad hoc committee of the

Mediating States (and representatives of talc claimants) without the Mediating States and other

governmental authorities having to file proofs of claim before such discussions conclude, while

permitting the Debtor at a later date to seek the establishment of one or more bar dates tailored

for this Chapter 11 Case.

2.      State the hearing dates requested:  The Debtor respectfully requests that the Court

hear the Motion on April 12, 2022, or at a prior date and time which is most convenient for the

Court.

---

[2]        Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

NAI-1524832752

3.      <u>Bridge Order</u>:  The Debtor respectfully requests that the Court enter the enclosed proposed *Bridge Order Waiving the Requirement of Rule 3003-1(a)(2) of the Local Rules of the United States Bankruptcy Court District of New Jersey* to ensure that the deadline for governmental units to file proofs of claim under the Local Bankruptcy Rules does not lapse prior to entry of an order on the relief requested in the Motion.

4.      Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1). The applicant requests entry of the proposed order shortening time.

Dated: April 5, 2022                                      **WOLLMUTH MAHER & DEUTSCH LLP**

*/s/ Paul R. DeFilippo*
Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
Joseph F. Pacelli, Esq. (*pro hac vice*)
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com
jlawlor@wmd-law.com
jpacelli@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

NAI-1524832752

3