**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com
**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)
*ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 21-30589 |
| Debtor. | Judge: Michael B. Kaplan |

# BRIDGE ORDER WAIVING THE REQUIREMENT OF
# RULE 3003-1(a)(2) OF THE LOCAL RULES OF THE
# UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY

    The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

---

[1]   The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

NAI-1524832775

(Page 2)
Debtor: LTL Management LLC
Case No. 21-30589-MBK
Caption: Bridge Order Waiving the Requirement of Rule 3003-1(a)(2) of the Local Rules of the United States Bankruptcy Court District of New Jersey

**THIS MATTER** coming before the Court on the application (the "Application to Shorten") filed by the debtor in the above-captioned case (the "Debtor") for entry of an Order pursuant to Rules 9006(c)(1), 9007 and 2002(m) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Rule 9013-2 of the Local Rules of the United States Bankruptcy Court District of New Jersey (the "Local Bankruptcy Rules"), shortening the notice period applicable to the motion for entry of an order waiving the requirement of Local Bankruptcy Rule 3003-1(a)(2) (the "Motion");[2] and the current time within which governmental units must file a proof of claim pursuant to Local Bankruptcy Rule 3003-1(a)(2) being April 12, 2022; and the Debtor requiring a Bridge Order pending the return date of the Motion; and good cause appearing for the entry of this Bridge Order;

It is **ORDERED** as follows:

1.  The Motion be, and hereby is, **GRANTED** on a temporary basis pending final approval of the Motion by this Court.

2.  The requirement of Local Bankruptcy Rule 3003-1(a)(2) is hereby waived through and including the date on which the Court enters an order with respect to the relief requested in the Motion.

3.  A hearing on this motion shall be held on the date and time specified in the Order Shortening Time.

4.  This Bridge Order is effective immediately upon entry.

---

[2] All capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to them in the Motion.

NAI-1524832775

(Page 3)
Debtor: LTL Management LLC
Case No. 21-30589-MBK
Caption: Bridge Order Waiving the Requirement of Rule 3003-1(a)(2) of the Local Rules of the United States Bankruptcy Court District of New Jersey

5. The Debtor's counsel shall serve a true copy of this Bridge Order on all interested parties within seven (7) days of the date hereof.

6. All parties in interest reserve any and all of their rights with respect to the final determination on the Motion.

7. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Bridge Order.

8. This Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation of this Bridge Order.

NAI-1524832775