### UNITED STATES BANKRUPTCY COURT

#### District of New Jersey

In re:                                          Chapter:                                    11

    LTL MANAGEMENT LLC                   Case Number:                       21-30589

                                                 Civil Number:                     22-cv-01303

                                                 Adversary Number:

                                                 Bankruptcy Judge:                Michael B. Kaplan

### TRANSMITTAL OF DOCUMENT(S) TO:
### ☒ DISTRICT COURT   ☐ CIRCUIT COURT OF APPEALS

The following items have been filed with our office, and are being transmitted:

☐ Notice of Appeal             ☐ Order being Appealed        ☒ Designation of Record on Appeal

☒ Statement of Issues          ☐ Transcript                  ☐ Transcript Ordered On: _____

☐ Motion for Leave to Appeal   ☐ Certification of Failure to File Designation   ☐ Motion to Withdraw the Reference

☐ Other

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on _____. The parties to the appeal are:

Appellant(s): _____     Appellee(s): _____

Attorney: _____         Attorney: _____

Address: _____          Address: _____

        _____                     _____

Title of Order Appealed: _____

Date Entered On Docket: _____

☐   An appeal has not previously been filed in this case.

☐   The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

Court Clerk: Please complete the information below and return a copy of this form to _____within 3 days.

Your Court's Case Number: _____     Judge assigned: _____

By: _____     Date: _____

*rev. 8/28/17*