**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

NANCY ISAACSON, ESQ. (NI/1325)
**GREENBAUM ROWE SMITH & DAVIS, LLP**
75 Livingston Avenue, Suite 301
Roseland, NJ 07068-3701
(973) 535-1600
Attorneys for Motley Rice, LLC and Claimant
Shirleeta Ellison

In Re:

LTL MANAGEMENT, LLC

**Case No.:  21-30589**

**Chapter: 11**

**Judge:  Michael B. Kaplan**

**CERTIFICATION OF SERVICE**

      1.   I, Nancy Isaacson:

☑     represent Motley Rice, LLC and Claimant Shirleeta Ellison in this matter.

2.   On April 4, 2022, I filed the following document with the Clerk of the United States Bankruptcy Court using the CM/EFC System and sent a copy of the following pleadings and/or documents to the parties listed in the chart attached.

     •     Motion of Claimant Shirleeta Ellison for Entry of an Order Appointing Claimant Shirleeta Ellison as a Member of the Official Committee of Talc Claimants after the Official Committee of Talc Claimants I and Official Committee of Talc Claimants II are Disbanded on April 12, 2022.

3.   On April 5, 2022, I filed the following documents with the Clerk of the United States Bankruptcy Court using the CM/EFC System and sent a copy of the following pleadings and/or documents to the parties listed in the chart attached.

     •     Application for Order Shortening Time for Notice, Setting Hearing and Limiting Notice.; and

- Proposed Order Shortening the Time Period for Notice, Setting Hearing and Limiting Notice.

4. On April 5, 2022, I sent a copy of the above-described pleadings and/or documents and the following document to the parties listed in the chart attached.

- Filed Order Shortening the Time Period for Notice, Setting Hearing and Limiting Notice and entered on the docket on April 5, 2022.

5. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.


*/s/ Nancy Isaacson*_____
NANCY ISAACSON

Dated:  April 6, 2022

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **LTL Management LLC**<br>**501 George Street**<br>**New Brunswick, NJ 08933** | Debtor | ☐ Hand-delivered<br><br>☑ Regular mail<br><br>☐ Certified mail/RR<br><br>☑ Pursuant to Order Shortening Time and Limiting Notice [ECF 1920] (As authorized by the court or by rule. Cite the rule if applicable) |
| **See attached Exhibit A.** | | ☐ Hand-delivered<br><br>☑ Regular mail and email<br><br>☐ Certified mail/RR<br><br>☑ Pursuant to Order Shortening Time and Limiting Notice [ECF 1920] (As authorized by the court or by rule. Cite the rule if applicable) |

# EXHIBIT A

ARNOLD & ITKIN LLP
ATTN KURT B ARNOLD, CAJ BOATRIGHT,
ROLAND CHRISTENSEN & JASON ITKIN
6009 MEMORIAL DRIVE
HOUSTON, TX 77007

ASHCRAFT & GEREL, LLP
ATTN MICHELLE PARFITT, JAMES F. GREEN &
PATRICK LYONS
1825 K STREET, NW, STE 70
WASHINGTON, DC 20006

AYLSTOCK WITKIN KREIS &
OVERHOLTZ PLLC; ATN MARY PUTNICK &
DANIEL THORNBURGH
17 E MAIN ST, STE 200; PO BOX 12630
PENSACOLA, FL 32502

BAILEY & GLASSER LLP
(COUNSEL TO OFFICIAL COMITTEE
TALC CLAIMANTS)
ATTN: CARY JOSHI
1055 THOMAS JEFFERSON ST NW STE 540
WASHINGTON, DC 20007

BALLARD SPAHR LLP
(COUNSEL ALBERTSONS COMPANIES, INC)
ATTN: TOBEY M. DALUZ, LESLIE C. HEILMAN, LAUREL D.
ROGLEN
919 N. MARKET STREET, 11TH FLOOR
WILMINGTON, DE 19801

BARNES FIRM
ATTN JOE VAZQUEZ
420 LEXINGTON AVE, STE 2140
NEW YORK, NY 10170

BEASLEY ALLEN LAW FIRM
ATTN: CHARLIE STERN & LEIGH O'DELL
218 COMMERCE ST
PO BOX 4160
MONTGOMERY, AL 36104

BLANCO TACKABERY & MATAMOROS, P.A.
(COUNSEL TO IMERYS TALC AMERICA, INC)
ATTN: ASHLEY S. RUSHER
404 NORTH MARSHALL ST
WINSTON-SALEM, NC 27101

BROWN RUDNICK LLP
(CO-COUNSEL TO THE COMMITTEE OF TALC CLAIMANTS)
ATTN SUNNI P. BEVILLE
ONE FINANCIAL CENTER
BOSTON, MA 02111

BROWN RUDNICK LLP
(COUNSEL TO OFFICIAL COMMITTEE OF TALC CLAIMANTS)
ATTN: DAVID J. MOLTON & ROBERT J. STARK
SEVEN TIMES SQUARE
NEW YORK, NY 10036

BURNS CHAREST LLP
(COUNSEL TO PLAINTIFFS STEERING
COMMITTEE) ATTN: DANIEL H CHAREST
900 JACKSON STREET, SUITE 500
DALLAS, TX 75202

CELLINO LAW LLP
ATTN BRIAN GOLDSTEIN
800 DELAWARE AVE
BUFFALO, NY 14209

CLYDE & CO US LLP
(COUNSEL TO THE CONTINENTAL INS CO)
ATTN: KONRAD R. KREBS
200 CAMPUS DR, STE 300
FLORHAM PARK, NJ 07932

CLYDE AND CO US LLP
(COUNSEL TO THE CONTINENTAL INSURANCE COMPANY)
ATTN: CLINTON E. CAMERON, MEGHAN DALTON
55 WEST MONROE ST, STE 3000
CHICAGO, IL 60603

COHEN, PLACITELLA & ROTH, P.C.
ATTN DENNIS M. GEIER &
CHRISTOPHER M. PLACITELLA
127 MAPLE AVE
RED BANK, NJ 07701

COHEN, PLACITELLA & ROTH, P.C.
ATTN JARED M. PLACITELLA
2001 MARKET ST, SUITE 2900
PHILADELPHIA, PA 19103

COLE SCHOTZ P.C.
(COUNSEL TO CLAIMANTS REPRESENTED BY BARNES LAW)
ATTN: FELICE R. YUDKIN
25 MAIN ST, P.O. BOX 800
HACKENSACK, NJ 07602-0800

COLE SCHOTZ P.C.
(COUNSEL TO CLAIMANTS REPRESENTED BY BARNES LAW)
ATTN: MARK TSUKERMAN
1325 AVENUE OF THE AMERICAS
19TH FLOOR
NEW YORK, NY 10019-6079

COOLEY LLP
(COUNSEL TO OFFICIAL COMMITTEE OF TALC CLAIMANTS)
ATTN: EVAN M. LAZEROWITZ
55 HUDSON YARDS
NEW YORK, NY 10001

CORDES LAW, PLLC
(COUNSEL TO BCBS OF MASSACHUSETTS, INC.)
ATTN STACY C. CORDES & MEGHAN A. VAN VYNCKT
1800 EAST BOULEVARD
CHARLOTTE, NC 28203

CROWELL & MORING LLP
(COUNSEL TO CENTURY INSURERS)
ATTN GREGORY GENNADY PLOTKO
590 MADISON AVENUE, 19TH FLOOR
NEW YORK, NY 10022-2524

CROWELL & MORING LLP
(COUNSEL TO CENTURY INSURERS)
ATTN MARK D. PLEVIN & KEVIN D. CACABELOS
THREE EMBARCADERO CENTER, 26TH FLOOR
SAN FRANCISCO, CA 94111

CROWELL & MORING LLP
(COUNSEL TO CENTURY INSURERS)
ATTN TACIE YOON & RACHEL JANKOWSKI
1001 PENNSYLVANIA AVE, N.W.
WASHINGTON, DC 20004

DALIMONTE RUEB STOLLER, LLP
ATTN JOHN A DALIMONTE,
JENNIFER ORENDI & GREGORY RUEB
1250 CONNECTICUT AVE NW, STE 200
WASHINGTON, DC 20036

DAVID CHRISTIAN ATTORNEYS LLC
(COUNSEL TO THE CONTINENTAL INS CO)
ATTN: DAVID CHRISTIAN
105 W. MADISON ST., STE 1400
CHICAGO, IL 60602

DEAN OMAR BRANHAM SHIRLEY, LLC
ATTN JESSICA DEAN, J BRADLEY SMITH,
CHARLES W BRANHAM III
302 N MARKET ST, STE 300
DALLAS, TX 75202

DLA PIPER LLP (US)
(COUNSEL TO CENTURY INSURERS)
ATN AIDAN MCCORMACK & BRIAN SEIBERT
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

DRISCOLL FIRM, LLC
ATTN JOHN DRISCOLL
211 NORTH BROADWAY, 40TH FL
ST LOUIS, MO 63102

DUANE MORRIS LLP
(COUNSEL TO REPUBLIC INDEMNITY)
ATTN: PHILIP R. MATTHEWS
SPEAR TOWER
ONE MARKET PLAZA, STE 2200
SAN FRANCISCO, CA 94105-1127

DUANE MORRIS LLP
(COUNSEL TO REPUBLIC INDEMNITY)
ATTN: SOMMER L. ROSS
1940 ROUTE 70 EAST, STE 100
CHERRY HILL, NJ 08003-2171

EAMONN O'HAGAN, ESQ
(COUNSEL TO PENSION BENEFIT GUARANTY CORP)
970 BROAD ST, STE 700
NEWARK, NJ 07102

EMMET, MARVIN & MARTIN LLP
(COUNSEL TO PTI UNION LLC & PTI ROYSTON LLC)
ATTN: THOMAS A PITTA
120 BROADWAY, 32ND FLOOR
NEW YORK, NY 10271

EPIQ CORPORATE RESTRUCTURING, LLC
ATTN LTL CASE TEAM
PO BOX 4419
BEAVERTON, OR 97076-4419

FEARS NACHAWATI LAW FIRM
ATTN DARREN MCDOWEL &
MAJED MACHAWATI
5473 BLAIR RD
DALLAS, TX 75231

FERRARO LAW FIRM
ATN LESLIE ROTHENBERG & JOSE BECERR
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

FLINT LAW FIRM LLC
ATTN ETHAN FLINT
222 E PARK ST, STE 500, PO BOX 189
EDWARDSVILLE, IL 62034

GENOVA BURNS LLC
(COUNSEL TO OFFIC. COMMIT. OF TALC CLAIMANTS)
ATTN: DANIEL M. STOLZ, ESQ, DONALD W. CLARKE, ESQ,
MATTHEW I. W. BAKER, ESQ
110 ALLEN ROAD, STE 304
BASKING RIDGE, NJ 07920

GIMIGLIANO MAURIELLO & MALONEY
(COUNSEL TO TRAVELERS)
ATTN STEPHEN V. GIMIGLIANO, JOHN MALONEY &
ROBIN RABINOWITZ
PO BOX 1449
MORRISTOWN, NJ 07962-1449

GOLOMB SPIRIT GRUNFELD, PC
ATN RICHARD GOLOMB, ANDREW SPIRIT &
KENNETH GRUNFELD
1835 MARKET ST, STE 2900
PHILADELPHIA, PA 19103

GREENBAUM, ROWE, SMITH & DAVIS LLP
(COUNSEL TO MOTLEY RICE LLC)
ATTN: NANCY ISAACSON, ESQ
75 LIVINGSTON AVENUE
STE 301
ROSELAND, NJ 07068

GREENBERG TRAURIG, LLP
(COUNSEL TO BAUSCH HEALTH)
ATTN: ALAN J. BRODY
500 CAMPUS DRIVE
FLORHAM PARK, NJ 07932

HALPERIN BATTAGLIA BENZIJA LLP
(COUNSEL TO BLUE CROSS BLUE SHIELD)
ATTN: ALAN D. HALPERIN, DONNA H. LIEBERMAN
40 WALL STREET, 37TH FLOOR
NEW YORK, NY 10005

HERRICK FEINSTEIN LLP
(COUNSEL TO THE AMICI PROFESSORS)
ATTN: STEVEN SMITH, RACHEL GINZBURG
2 PARK AVE
NEW YORK, NY 10016

HILL HILL CARTER FRANCO COLE &
BLACK, PC
ATTN ELIZABETH CARTER
425 PERRY STREET
MONTGOMERY, AL 36104

HONIK LLC
ATTN RUBEN HONIK & DAVID STANOCH
1515 MARKET ST, STE 1100
PHILADELPHIA, PA 19102

HUGHES HUBBARD & REED LLP
(COUNSEL TO IMERYS SA)
ATTN CHRISTOPHER L. KIPLOK, WILLIAM J. BEAUSOLEIL
& ERIN E. DIERS
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

J.C. WHITE LAW GROUP PLLC
(COUNSEL TO ONDERLAW, LLC)
ATTN: JAMES C. WHITE
100 EUROPA DRIVE, SUITE 401
CHAPEL HILL, NC 27517

JD THOMPSON LAW
(COUNSEL TO BARNES LAW GROUP PLAINTIFFS)
ATTN JUDY D. THOMPSON
P.O. BOX 33127
CHARLOTTE, NC 28233

JOHNSON LAW GROUP
ATTN BLAKE TANASE & BASIL ADHAM
2925 RICHMOND AVE, STE 1700
HOUSTON, TX 77098

JONES DAY
(DEBTOR'S COUNSEL)
ATTN: GREGORY M GORDON,
DAN B. PRIETO & AMANDA RUSH
2727 N HARWOOD ST
DALLAS, TX 75201

JONES DAY
(DEBTOR'S COUNSEL)
ATTN BRAD B ERENS
77 WEST WACKER
CHICAGO, IL 60601

KARST & VON OISTE LLP
ATTN ERIC KARST
23923 GOSLING RD, STE A
SPRING, TX 77389

KARST & VON OISTE, LLP
(COUNSEL TO TCC T WHETSEL, ET AL)
ATTN DAVID A CHANDLER
505 MAIN ST
PORT JEFFERSON, NY 11777

KASOWITZ BENSON TORRES LLP
(COUNSEL TO CYPRUS MINES CORPORATION)
ATTN: DAVID S. ROSNER, ROBERT M. NOVICK &
ANDREW S. GOLDEN
1633 BROADWAY
NEW YORK, NY 10019

KASOWITZ BENSON TORRES LLP
(COUNSEL TO CYPRUS MINES CORPORATION)
ATTN: MICHAEL E. HUTCHINS
1230 PEACHTREE, NE, SUITE 2445
ATLANTA, GA 30309

KATTEN MUCHIN ROSENMAN LLP
(COUNSEL TO ATLANTA INTERNATIONAL COMPANY, ETC)
ATTN: SHAYA ROCHESTER
575 MADISON AVE
NEW YORK, NY 10022-2585

KATTEN MUCHIN ROSENMAN LLP
(COUNSEL TO ATLANTA INTERNATIONAL INSURANCE, ETC)
ATTN: KELSEY R. PANIZZOLO
550 SOUTH TRYON STREET
STE 2900
CHARLOTTE, NC 28202-4213

KAZAN MCCLAIN SATTERLY &
GREENWOOD PLC
C/O JOSEPH SATTERLEY, STEVEN KAZAN &
DENYSE F. CLANCY
55 HARISON ST, STE 400
OAKLAND, CA 94607

KENNEDYS CMK LLP
(COUNSEL TO TIG INSURANCE CO & EVEREST
REINSURANCE CO)
ATTN: HEATHER E. SIMPSON
120 MOUNTAIN VIEW BLVD
PO BOX 650
BASKING RIDGE, NJ 07920

KIESEL LAW, LLP
ATTN PAUL R KIESEL & MELANIE PALMER
8648 WILSHIRE BLVD
BEVERLY HILLS, CA 90211

KING & SPALDING LLP
(COUNSEL TO BESTWALL LLC)
ATTN: CHELSEA COREY
300 SOUTH TRYON STREET, STE 1700
CHARLOTTE, NC 28202

KING & SPALDING LLP
(COUNSEL TO BESTWALL LLC)
ATTN: RICHARD A. SCHNEIDER
1180 PEACHTREE STREET, N.E.
ATLANTA, GA 30309

KLEHR HARRISON HARVEY BRANZBURG LLP
(COUNSEL TO AD HOC MESOTHELIOMA COMMITTEE)
ATTN CAROL A SLOCUM, MORTON R BRANZBURG
10000 LINCOLN DRIVE E, STE 201
MARLTON, NJ 08053

KLEHR HARRISON HARVEY BRANZBURG LLP
(COUNSEL TO AD HOC MESOTHELIOMA COMMITTEE)
ATTN: MORTON R. BRANZBURG, ESQ.
1835 MARKET ST.
PHILADELPHIA, PA 19103

KTBS LAW LLP
(COUNSEL TO AYLSTOCK, WITKIN, KREIS &
OVERHOLTZ, PLLC)
ATTN MICHAEL L TUCHIN, ESQ, ROBERT J PFISTER,
ESQ, SAMUEL M KIDDER, ESQ & NIR MAOZ, ESQ
1801 CENTURY PARK EAST, 26TH FL
LOS ANGELES, CA 90067

LANIER LAW FIRM
ATTN MICHAEL A AKSELRUD
21550 OXNARD ST, 3RD FL
WOODLANDS HILLS, CA 91367

LATHAM & WATKINS LLP
(COUNSEL TO IMERYS TALC AMERICA, INC., ETC)
ATTN JEFFREY E. BJORK, KIMBERLY A. POSIN, AMY C.
QUARTAROLO
355 SOUTH GRAND AVENUE, SUITE 100
LOS ANGELES, CA 90071-1560

LATHAM & WATKINS LLP
(COUNSEL TO IMERYS TALC AMERICA, INC. ETC.)
ATTN ADAM S. RAVIN
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1401

LAW FIRM OF BRIAN W HOFMEISTER, LLC
(COUNSEL TO VARIOUS CLAIMANTS)
ATTN: BRIAN W. HOFMEISTER
313 PRINCETON PIKE, BLDG 5, STE 110
LAWRENCEVILLE, NJ 08648

LAW OFFICES OF MITCHELL J. MALZBERG, LLC
(COUNSEL TO VARIOUS CLAIMANTS)
ATTN: MITCHELL MALZBERG, ESQ.
PO BOX 5122
6 E MAIN STREET, STE 7
CLINTON, NJ 08809

LAW OFFICES OF R. KEITH JOHNSON, P.A.
(COUNSEL TO LINDA RABASCA AND BRANDI CARL)
ATTN: R. KEITH JOHNSON
1275 S. NC BUS. HWY. 16
STANLEY, NC 28164

LEVIN PAPANTONIO RAFFERTY
ATTN: CHRISTOPHER TISI
316 S BAYLEN STREET, SUITE 600
PENSACOLA, FL 325002

LEVY KONIGSBERG LLP
ATTN MOSHE MAIMON
101 GROVERS MILL RD, STE 105
LAWRENCE TWP, NJ 08648

LEVY KONIGSBERG LLP
(COUNSEL TO RANDY DEROUEN)
ATTN JEROME BLOCK & AUDREY RAPHAEL
605 THIRD AVE., 33RD FLOOR
NEW YORK, NY 10158

LEX NOVA LAW LLC
(COUNSEL TO ERWIN CHEMERINSKY, GIOVANNI SOSA)
ATTN E RICHARD DRESSEL
10 E STOW RD, STE 250
MARLTON, NJ 08053

LEX NOVA LAW LLC
(COUNSEL TO EVAN PLOTKIN)
ATTN E RICHARD DRESSEL
10 E STOW RD, STE 250
MARLTON, NJ 08053

LITE DEPALMA GREENBERG & AFANADOR, LLC
(COUNSEL TO DISANTO)
ATTN: ALLEN J. UNDERWOOD II
570 BROAD ST, STE 1201
NEWARK, NJ 07102

LOWENSTEIN SANDLER LLP
(COUNSEL TO JOHNSON & JOHNSON)
ATTN: KENNETH A. ROSEN, MARY E. SEYMOUR
ONE LOWENSTEIN DR
ROSELAND, NJ 07068

LTL MANAGEMENT LLC
(DEBTOR)
ATN JOHN K KIM, CHIEF LEGAL OFFICER
501 GEORGE ST
NEW BRUNSWICK, NJ 08933

MANIER & HEROD, P.C.
(COUNSEL TO WESTCHESTER FIRE INSURANCE COMPANY)
ATTN: ROBERT W. MILLER
1201 DEMONBREUN ST.
SUITE 900
NASHVILLE, TN 37203

MARSHACK HAYS LLP
(COUNSEL TO VARIOUS TALC CLAIMANTS)
ATTN: LAILA MASUD, ESQ.
870 ROOSEVELT
IRVINE, CA 92620

MAUNE RAICHLE HARTLEY FRENCH &
MUDD, LLC
ATTN T BARTON FRENCE
1015 LOCUST ST, STE 1200
ST. LOUIS, MO 63101

MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC
(COUNSEL TO TCC KATHERINE TOLLEFSON)
ATTN SUZANNE M RATCLIFFE
150 WEST 30TH ST, STE 201
NEW YORK, NY 10001

MCCARTER & ENGLISH LLP
ATTN: BRETT D. KAHN, THOMAS W. LADD
FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NJ 07102

MCMANIMON, SCOTLAND & BAUMANN, LLC
(COUNSEL TO ALISHIA LANDRUM)
ATTN: ANTHONY SODONO, SARI PLACONA
75 LIVINGSTON AVE, 2ND FL
ROSELAND, NJ 07068

MENDES & MOUNT LLP
(COUNSEL TO ATLANTA INTERNATIONAL INSURANCE ETC)
ATTN: EILEEN T. MCCABE, STEPHEN T. ROBERTS
750 SEVENTH AVENUE
NEW YORK, NY 10019

MILLER FIRM, LLC
ATTN CURTIS G HOKE
108 RAILROAD AVE
ORANGE, VA 22960

MOON WRIGHT & HOUSTON, PLLC
(COUNSEL TO ARNOLD & ITKIN PLAINTIFFS)
ATTN RICHARD S WRIGHT, ANDREW T HOUSTON &
CALEB BROWN
121 W. TRADE STREET, SUITE 1950
CHARLOTTE, NC 28202

MOORE & VAN ALLEN PLLC
(COUNSEL TO J & J AND J & J CONSUMER INC.)
ATTN HILLARY B CRABTREE
100 N TRYON ST, STE 4700
CHARLOTTE, NC 28202

MORITT HOCK & HAMROFF LLP
(COUNSEL TO PTI UNION, LLC ET AL.)
ATTN LESLIE A BERKOFF
ALLISON AROTSKY
400 GARDEN CITY PLAZA
GARDEN CITY, NY 11530

MOTLEY RICE LLC
ATTN JOHN D HURST
50 CLAY ST, STE 1
MORGANTOWN, WV 26501

MOTLEY RICE LLC
ATTN CARMEN S. SCOTT
28 BRIDGESIDE BLVD
MOUNT PLEASANT, SC 29464

MOTLEY RICE LLC
(COUNSEL TO PLAINTIFFS)
ATTN: DANIEL R. LAPINSKI
210 LAKE DRIVE EAST, STE 101
CHERRY HILL, NJ 08002

NAME AND ADDRESS INFORMATION
HAS BEEN SEALED

NAPOLI SHKOLNIK PLLC
ATTN JAMES D HEISMAN &
CHRISTOPHER R LOPALO
919 NORTH MARKET ST, STE 1801
WILMINGTON, DE 19801

NORTHERN BLUE, LLP
(COUNSEL TO CYPRUS MINES CORPORATION)
ATTN: JOHN A. NORTHEN
1414 RALEIGH ROAD, SUITE 435
CHAPEL HILL, NC 27517

NORTHERN BLUE, LLP
(COUNSEL TO CYRPUS MINES CORPORATION)
ATTN: JOHN PAUL COURNOYER & VICKI L. PARROTT
1414 RALEIGH ROAD, SUITE 435
CHAPEL HILL, NC 27517

NORTHERN BLUE, LLP
(COUNSEL TO CYPRUS AMAX MINERALS COMPANY)
ATTN: JOHN A. NORTHEN, JOHN PAUL H. COURNOYER &
VICKI L. PARROTT
1414 RALEIGH ROAD, SUITE 435
CHAPEL HILL, NC 27517

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
(COUNSEL FOR THE STATE OF TEXAS)
ASSISTANT ATTORNEYS GENERAL
ATTN: RACHEL R OBALDO & AUTUMN D HIGHSMITH
PO BOX 12548- MC 008
AUSTIN, TX 78711-2548

OFFICE OF THE US TRUSTEE
ATTN LAUREN BIELSKIE, JEFFREY M. SPONDER
& MITCHELL B. HAUSMAN
ONE NEWARK CENTER, STE 2100
NEWARK, NJ 07102

OFFIT KURMAN, P.A.
(COUNSEL TO AYLSTOCK, WITKIN, KREIS &
OVERHOLTZ, PLLC)
ATTN PAUL R. BAYNARD, ESQ.
301 SOUTH COLLEGE ST, STE 2600
CHARLOTTE, NC 28202

OFFIT KURMAN, P.A.
(COUNSEL TO AWKO)
ATTN PAUL J. WINTERHALTER
99 WOOD AVENUE SOUTH, SUITE 203
ISELIN, NJ 08830

ONDERLAW, LLC
ATTN JAMES ONDER
110 EAST LOCKWOOD, SECOND FL
ST LOUIS, MO 63119

OTTERBOURG P.C.
(COUNSEL TO PLANTIFF'S STEERING COMMITTEE)
ATTN: JOHN BOUGIAMAS, MELANIE L CYGANOWSKI &
ADAM C SILVERSTEIN
230 PARK AVENUE
NEW YORK, NY 10169

PACHULSKI STANG ZIEHL & JONES LLP
(COUNSEL TO ARNOLD & ITKIN LLP)
ATTN: LAURA JONES, KAREN DINE,
COLIN ROBINSON, PETER KEANE
919 N. MARKET ST, 17TH FL
WILMINGTON, DE 19801

PARKER POE ADAMS & BERNSTEIN LLP
(COUNSEL FOR THE CONTINENTAL INSURANCE COMPANY)
ATTN ASHLEY A EDWARDS, ESQ
620 SOUTH TRYON ST, STE 800
CHARLOTTE, NC 28202

PARKINS LEE & RUBIO LLP
(COUNSEL TO ONDERLAW, LLC)
ATTN: CHARLES M. RUBIO, LENARD M. PARKINS
PENNZOIL PLACE
700 MILAM STREET
SUITE 1300
HOUSTON, TX 77002

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE GENERAL COUNSEL
ATTN CAROLYN J LACHMAN
1200 K STREET, NW, STE 340
WASHINGTON, DC 20005-4026

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE GENERAL COUNSEL
ATTN SIMON J TORRES
1200 K STREET, NW
WASHINGTON, DC 20005

PORZIO, BROMBERG & NEWMAN, P.C.
(COUNSEL TO RIO TINTO AMERICA HOLDINGS INC.,)
ATTN: RACHEL A. PARISI, ESQ.
100 SOUTHGATE PARKWAY
MORRISTOWN, NJ 07962

PRYOR CASHMAN LLP
(COUNSEL WILLIAM HART PLAINTIFFS)
ATTN: SETH H. LIEBERMAN &
ANDREW S. RICHMOND
7 TIMES SQUARE
NEW YORK, NY 10036-6569

RABINOWITZ, LUBETKIN & TULLY, LLC
(COUNSEL TO PROFESSOR J. MARIA GLOVER)
ATTN: JONATHAN RABINOWITZ
293 EISENHOWER PKWY, STE 100
LIVINGSTON, NJ 07039

RANDI S. ELLIS
(FUTURE TALC CLAIMANTS REPRESENTATIVE)
RANDI S. ELLIS, LLC
2220 WESTCREEK LANE SUITE 217
HOUSTON, TX 77027

RAWLINGS & ASSOCIATES
(COUNSEL TO BLUE CROSS BLUE SHIELD)
ATTN: MARK D FISCHER, ROBERT
C GRIFFITH
1 EDEN PARKWAY
LA GRANGE, KY 40031

RAYBURN COOPER & DURHAM, P.A.
(COUNSEL TO DEBTOR)
ATTN CRICHARD RAYBURN, JR, JOHN R MILLER, JR,
MATTHEW L TOMSIC
227 WEST TRADE ST, STE 1200
CHARLOTTE, NC 28202

REED SMITH LLP
(COUNSEL TO CYPRUS MINES CORPORATION)
ATTN PAUL M SINGER, ESQ
REED SMITH CENTRE
225 FIFTH AVENUE
PITTSBURGH, PA 15222

REED SMITH LLP
(COUNSEL TO CYRUS MINES CORPORATION)
ATTN JASON D ANGELO, ESQ
1201 MORTH MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

REED SMITH LLP
(COUNSEL TO CYPRUS MINES CORPORATION)
ATTN: DEREK J. BAKER, ESQ.
506 CARNEGIE CENTER
STE 300
PRINCETON, NJ 08543

ROBINSON, CALCAGNIE, ROBINSON,
SHAPIRO, DAVIS, INC.
ATTN MARK P. ROBINSON, JR.
19 CORPORATE PLAZA DRIVE
NEWPORT BEACH, CA 92660

ROSS FELLER CASEY, LLP
ATTN: BRIAN J. MCCORMICK, JR.
ONE LIBERTY PLACE
1650 MARKET ST, 34TH FL
PHILADELPHIA, PA 19103

RUGGERI PARKS WEINBERG LLP
(COUNSEL TO HARTFORD ACCIDENT AND INDEMNITY...)
ATTN: JOSHUA D. WEINBERG, JOSHUA
P. MAYER
1875 K STREET NW, STE 600
WASHINGTON, DC 20006-1251

SAIBER LLC
(COUNSEL TO KRISTIE LYNN DOYLE)
ATTN: JOHN M AUGUST & MARC E WOLIN
18 COLUMBIA TURNPIKE, STE 200
FLORHAM PARK, NJ 07932

SAVO, SCHALK, GILLESPIE, O'GRODNICK
& FISHER, P.A.
(COUNSEL TO JEANNE STEPHENSON)
ATTN: CHARLES S. SCHALK, JOHN F. BRACAGLIA JR.
56 EAST MAIN ST, STE 301
SOMERVILLE, NJ 08876

SHERMAN SILVERSTEIN KOHL ROSE & PODOLSKY, P.A.
(COUNSEL TO OFFICIAL COMMITTEE OF TALC CLAIMANTS)
ATTN: ARTHUR J ABRAMOWITZ, ALAN I MOLDOFF
ROSS J SWITKES
308 HARPER DRIVE, STE 200
MOORESTOWN, NJ 08057

SIMMONS HANLY CONROY LLC
ATTN JAMES KRAMER
112 MADISON AVE
NEW YORK, NY 10016

SIMON GREENSTONE PANATIERE
BARTLETT, PC
ATTN CHRIS PANATIER
1201 ELM ST, STE 3400
DALLAS, TX 75204

SIMPSON THACHER & BARTLETT LLP
(COUNSEL TO BAUSCH HEALTH)
ATTN: SANDEEP QUSBA, CRAIG S. WALDMAN,
JAMIE J. FELL, ZACHARY J. WEINER, ESQS
425 LEXINGTON AVE
NEW YORK, NY 10017

SIMPSON THACHER & BARTLETT LLP
(COUNSEL TO TRAVELERS CASUALTY AND SURETY COMPANY)
ATTN: MICHAEL H. TORKIN, ANDREW T. FRANKEL,
KATHRINE A. MCLENDON
425 LEXINGTON AVENUE
NEW YORK, NY 10017

SIMPSON THACHER & BARTLETT LLP
(COUNSEL TO TRAVELERS)
ATTN ANDREW T. FRANKEL
425 LEXINGTON AVENUE
NEW YORK, NY 10017

STEVENS & LEE, P.C.
(COUNSEL TO HARTFORD ACCIDENT AND INDEMNITY ..)
ATTN: ANDREAS D. MILLIARESSIS
485 MADISON AVE, 20TH FL
NEW YORK, NY 10022

STEVENS & LEE, P.C.
(COUNSEL TO HARTFORD ACCIDENT AND INDEMNITY..)
ATTN: JOSEPH H. HUSTON, JR.
919 NORTH MARKET STREET
STE 1300
WILMINGTON, DE 19801

THE GORI LAW FIRM
ATTN D TODD MATTHEWS, BETH GORI &
SARA SALGER
156 N MAIN ST
EDWARDSVILLE, IL 62025

THE HENDERSON LAW FIRM, PLLC
(COUNSEL TO BLUE CROSS BLUE SHIELD
ASSOCIATION)
2030 SOUTH TRYON ST, STE 3H
CHARLOTTE, NC 28203

THE KELLY FIRM, P.C.
(COUNSEL TO BCBS OF MASSACHUSETTS)
ATTN: ANDREW J. KELLY, ESQ.
1011 HIGHWAY 71, STE 200
SPRING LAKE, NJ 07762

THE LAYTON LAW FIRM, PLLC
(COUNSEL TO "WILLIAMS HART PLAINTIFFS")
ATTN: CHRISTOPHER D. LAYTON
2701 COLTSGATE RD, SUITE 210
CHARLOTTE, NC 28211

THE SHAPIRO LAW FIRM
(COUNSEL TO EMPLOYERS INS COMPANY OF WAUSAU &
NATIONAL CASUALTY COMPANY)
ATTN: JANET A. SHAPIRO
325 N. MAPLE DRIVE, #15186
BEVERLY HILLS, CA 90209

TOGUT, SEGAL & SEGAL LLP
(COUNSEL TO ROGER FRANKEL)
ATTN: ALBERT TOGUT, FRANK OSWALD,
BRIAN SHAUGHNESSY
ONE PENN PLAZA, SUITE 3335
NEW YORK, NY 10119

TRAMMELL PC
ATTN FLETCHER V TRAMMELL
3262 WESTHEIMER RD, STE 423
HOUSTON, TX 77098

TRIF & MODUGNO LLC
(COUNSEL TO ATLANTA INTERNATIONAL COMPANY, ETC.)
ATTN LOUIS A. MODUGNO
89 HEADQUARTERS PLAZA
NORTH TOWER, SUITE 1201
MORRISTOWN, NJ 07960

US DEPARTMENT OF JUSTICE
CIVIL DIVISION
(COUNSEL TO UNITED STATES OF AMERICA)
ATTN J ZACHARY BALASKO
PO BOX 875
WASHINGTON, DC 20044-0875

VINSON & ELKINS LLP
(COUNSEL TO CYPRUS AMAX MINERALS CO)
ATTN STEVEN M ABRAMOWITZ
1114 AVENUE OF THE AMERICAS, 32ND FL
NEW YORK, NY 10036

WALLACE & GRAHAM PA
(COUNSEL TO DEAN OMAR BRANHAM SHIRLEY LLP)
ATTN: WILLIAM M. GRAHAM
525 N. MAIN STREET
SALISBURY, NC 28144

WARD AND SMITH, P.A.
ATTN: PAUL A. FANNING, NORMAN
J. LEONARD
POST OFFICE BOX 2020
ASHEVILLE, NC 28802-2020

WEITZ & LUXENBERG, P.C.
ATTN ELLEN RELKIN
220 LAKE DR EAST, STE 210
CHERRY HILL, NJ 08002

WEITZ & LUXENBERG, P.C.
ATTN DANNY KRAFT, LISA N. BUSCH,
JUSTINE DELANEY & PERRY WEITZ
700 BROADWAY
NEW YORK, NY 10003

WHITE & CASE LLP
(COUNSEL TO J & J AND J & J CONSUMER INC)
ATTN JESSICA LAURIA, GLENN M KURTZ &
RICARDO PASIANOTTO
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1095

WHITE & CASE LLP
(COUNSEL TO J & J AND J & J CONSUMER INC)
ATTN MICHAEL C SHEPHERD & LAURA L FEMINO
200 SOUTH BISCAYNE BLVD, STE 4900
MIAMI, FL 33131-2352

WHITE & CASE LLP
(COUNSEL TO J & J AND J & J CONSUMER INC.)
ATTN BLAIR WARNER
111 SOUTH WACKER DR, STE 5100
CHICAGO, IL 60606-4302

WILLIAMS HART LAW FIRM
ATN JOHN BOUNDAS, SEJAL BRAHMNHATT,
WALT CUBBERLY & MARGOT TREVINO
8441 GULF FREEWAY, STE 600
HOUSTON, TX 77017

WINDELS MARX LANE & MITTENDORF LLP
(COUNSEL TO ALLSTATE INSURANCE CO)
ATTN: ANDREW K CRAIG, STEFANO CALOGERO
ONE GIRALDA FARMS
MADISON, NJ 07940

WOLLMUTH MAHER & DEUTSCH LLP
(LOCAL COUNSEL TO THE DEBTOR)
ATTN: JAMES N. LAWLOR, PAUL
DEFILIPPO, LYNDON M. TRETTER, JOSEPH F. PACELLI
500 FIFTH AVENUE, 12TH FL
NEW YORK, NY 10110

WOMBLE BOND DICKINSON (US) LLP
(COUNSEL TO AD HOC COMMITTEE OF STATES HOLDING
CONSUMER PROTECTION CLAIMS)
ATTN MATTHEW WARD & ERICKA JOHNSON
1313 N MARKET ST, STE 1200
WILMINGTON, DE 19801

ZELLE LLP
(COUNSEL TO EMPLOYERS INS. COMAPNY OF WAUSAU, ET
AL.)
ATTN ALEXANDER W COGBILL
45 BROADWAY, SUITE 920
NEW YORK, NY 10006