Suzanne C. Midlige, Esq.
COUGHLIN MIDLIGE & GARLAND LLP
P.O. Box 1917
350 Mount Kemble Avenue
Morristown, New Jersey 07962-1917
Tel: (973) 267-0058
Fax: (973) 267-6442
E-mail: smidlige@cmg.law
*Attorneys for Arrowood Indemnity Company*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 21-30589 (MBK)<br><br>Honorable Michael B. Kaplan |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the attorneys set forth below appear as counsel for Arrowood Indemnity Company and, pursuant to Bankruptcy Rules 2002, 9007, and 9010, the undersigned requests that the Clerk of Court enter the following names and addresses on the general matrix for this case, and on all special or limited matrices, and request that copies of all notices, whether given pursuant to Bankruptcy Rule 2002 or otherwise, and all orders and other pleadings and papers in this case be given and sent to the following:

Suzanne C. Midlige, Esq.
COUGHLIN MIDLIGE & GARLAND LLP
P.O. Box 1917
350 Mount Kemble Avenue
Morristown, New Jersey 07962-1917
Tel: (973) 267-0058
E-mail: smidlige@cmg.law

1

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any or all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, statements of affairs, operating reports, schedules of assets and liabilities, or other papers, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile, transmission, telegraph, telex, e-mail, or otherwise, which relate in any way to the above-referenced case or proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that Arrowood Indemnity Company does not, by filing this Notice of Appearance and Request for Service of Papers nor any subsequent appearance, pleading, claim or suit, submit to the jurisdiction of the Bankruptcy Court or intend that this Notice of Appearance and Request for Service of Papers constitute a waiver of any of their rights: (i) to have final orders in non-core matters entered only after de novo review by a District Judge; (ii) to trial by jury in any proceeding so triable in these cases, or any controversy or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which Arrowood Indemnity Company is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Arrowood Indemnity Company expressly reserves.

              COUGHLIN MIDLIGE & GARLAND LLP
              *Attorneys for Arrowood Indemnity Company*

              By: <u>Suzanne C. Midlige</u>
              SUZANNE C. MIDLIGE, ESQ.

DATE: April 6, 2022