UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on April 4, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

LTL MANAGEMENT, LLC

Case No.:  21-30589

Chapter: 11

Hearing Date: _____

Judge: Michael B. Kaplan

# ORDER CERTIFYING DIRECT APPEAL TO THE

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT OF

# ORDER DENYING MOTIONS TO DISMISS

The relief set forth on the following pages, is **ORDERED**.

**DATED: April 4, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Matthew I.W. Baker, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>mbaker@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br>*Local Counsel to the Official Committee of Talc Claimants I* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Robert J. Stark, Esq.<br>Michael S. Winograd, Esq.<br>dmolton@brownrudnick.com<br>rstark@brownrudnick.com<br>mwinograd@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>and<br><br>Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>Sharon I. Dwoskin, Esq.<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>sdwoskin@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Co-Counsel for the Official Committee of Talc Claimants I* |
| **OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Adam C. Silverstein, Esq.<br>Jennifer S. Feeney, Esq.<br>mcyganowski@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>*Co-Counsel for the Official Committee of Talc Claimants I* | **PARKINS LEE & RUBIO LLP**<br>Lenard M. Parkins, Esq.<br>Charles M. Rubio, Esq.<br>lparkins@parkinslee.com<br>crubio@parkinslee.com<br>Pennzoil Place<br>700 Milan St., Suite 1300<br>Houston, TX 77002<br>Tel: (713) 715-1666<br>*Special Counsel to the Official Committee of Talc Claimants I* |

Page:	2

Debtor:	LTL Management, LLC

Case No.:	21-30589(MBK)

Caption:	Order Certifying Direct Appeal to the United States Court of Appeals for the Third Circuit of Order Denying Motions to Dismiss

_____

| | |
|---|---|
| In Re:<br><br>**LTL MANAGEMENT, LLC,**[1]<br><br>                    Debtor. | Chapter 11<br><br>Case No.: 21-30589 (MBK)<br><br>Honorable Michael B. Kaplan |

**[PROPOSED] ORDER CERTIFYING DIRECT APPEAL TO THE
UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT OF
<u>ORDER DENYING MOTIONS TO DISMISS</u>**

The relief set forth on the following pages is hereby ORDERED.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

Page: 3

Debtor: LTL Management, LLC

Case No.: 21-30589(MBK)

Caption: Order Certifying Direct Appeal to the United States Court of Appeals for the Third Circuit of Order Denying Motions to Dismiss

_____

Upon consideration of the *Request of Official Committee of Talc Claimants I for Order Certifying Direct Appeal to the United States Court of Appeals for the Third Circuit* (the "TCC I Request") (Dkt. 1709); the *Motion of Official Committee of Talc Claimants II, Patricia Cook, Evan Plotkin, Randy Derouen, Kristie Doyle as Estate Representative of Dan Doyle, Katherine Tollefson, Jan Deborah Michelson-Boyle, Giovanni Sosa, and Tonya Whetsel as Estate Representative of Brandon Whetsel, for Certification of Direct Appeal to the United States Court of Appeals for the Third Circuit* (the "TCC II Motion") (Dkt. 1654); the *Motion of Aylstock, Witkin, Kreis & Overholtz, PLLC for Certification of Direct Appeal to the United States Court of Appeals for the Third Circuit* (the "AWKO Motion") (Dkt. 1713); and the *Request of Arnold & Itkin LLP for Certification of Direct of Appeal to the United States Court of Appeals for the Third Circuit* (the "A&I Request") (Dkt. 1720) (collectively, the "MTD Certification Requests"); and all papers filed in support of and in opposition to the MTD Certification Requests, including the *Debtor's Omnibus Objection to Motions for Certification of Direct Appeal* (the "Objection") and all reply briefs filed in further support of the MTD Certification Requests (Dkts. 1884, 1887, 1888, 1889); and the hearing on the MTD Certification Requests held on March 30, 2022 (the "Hearing"); and all prior proceedings herein; the Court hereby finds as follows:

For the reasons set forth by the Court on the record during the March 30, 2022 Hearing (Dkt. 1926 at 70:2-76:17), which portions of the record are incorporated herein by reference, the Court finds that the conditions of 28 U.S.C. § 158(d)(2) have been met, and

Page: 4

Debtor: LTL Management, LLC

Case No.: 21-30589(MBK)

Caption: Order Certifying Direct Appeal to the United States Court of Appeals for the Third Circuit of Order Denying Motions to Dismiss

_____

**IT IS THEREFORE HEREBY ORDERED THAT:**

1. The MTD Certification Requests are GRANTED.

2. Pursuant to 28 U.S.C. § 158(d)(2) and Rule 8006 of the Federal Rules of Bankruptcy Procedure, the *Motions to Dismiss Memorandum Opinion* (Dkt. 1572) and the *Order Denying Motions to Dismiss* (Dkt. 1603) are hereby certified for direct appeal to the United States Court of Appeals for the Third Circuit.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-30589-MBK |
| LTL Management LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 15 |
| Date Rcvd: Apr 04, 2022 | Form ID: pdf903 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Glenn M. Kurtz, White & Case LLP, 1221 Avenue of the America, New York, NY 10020-1001 |
| aty | + | Jessica Lauria, White & Case LLP, 1221 Avenue of the America, New York,, NY 10020-1001 |
| aty | + | Rayburn, Cooper & Durham, P.A., The Carillon, Suite 1200, 227 West Trade St., Charlotte, NC 28202-1672 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/Text: jkim8@its.jnj.com | Apr 04 2022 20:27:00 | LTL Management LLC, 501 George Street, New Brunswick, NJ 08933-0001 |
| aty | + | Email/Text: tlindsay@rcdlaw.net | Apr 04 2022 20:27:00 | Rayburn, Cooper & Durham, P.A., The Carillon, Suite 1200, 227 West Trade St., Charlotte, NC 28202-1672 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2022          Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam C. Silverstein | |
| | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi-District Litigation asilverstein@otterbourg.com, awilliams@otterbourg.com |

Case 21-30589-MBK  Doc 2000  Filed 04/06/22  Entered 04/07/22 00:12:52  Desc
Imaged Certificate of Notice  Page 7 of 20

| District/off: 0312-3 | User: admin | Page 2 of 15 |
|---|---|---|
| Date Rcvd: Apr 04, 2022 | Form ID: pdf903 | Total Noticed: 4 |

Adam C. Silverstein
on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi District Litigation asilverstein@otterbourg.com, awilliams@otterbourg.com

Adam S. Ravin
on behalf of Interested Party Imerys Talc Canada Inc. adam.ravin@lw.com

Adam S. Ravin
on behalf of Interested Party Imerys Talc America Inc. adam.ravin@lw.com

Adam S. Ravin
on behalf of Interested Party Imerys Talc Vermont Inc. adam.ravin@lw.com

Alan I. Moldoff
on behalf of Creditor Committee Official Committee of Talc Claimants II amoldoff@shermansilverstein.com

Alan J. Brody
on behalf of Creditor Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International Inc. brodya@gtlaw.com, NJLitDock@gtlaw.com

Alan J. Brody
on behalf of Creditor Bausch Health US LLC f/k/a Valeant Pharmaceuticals North America LLC brodya@gtlaw.com, NJLitDock@gtlaw.com

Alan J. Brody
on behalf of Creditor Bausch Health Americas Inc. f/k/a Valeant Pharmaceuticals International brodya@gtlaw.com, NJLitDock@gtlaw.com

Albert Togut
on behalf of Interested Party Roger Frankel as Legal Representative for Future Personal Injury Claimants appointed in the Chapter 11 bankruptcy case of Cyprus Mines Corporation altogut@teamtogut.com, eozuna@teamtogut.com;seratner@teamtogut.com;dperson@teamtogut.com

Alexander Walker Cogbill
on behalf of Interested Party Nationwide Indemnity acogbill@zelle.com

Alexander Walker Cogbill
on behalf of Interested Party Employers Ins. of Wausau acogbill@zelle.com

Alexander Walker Cogbill
on behalf of Interested Party Employers Ins. Company of Wausau acogbill@zelle.com

Alexander Walker Cogbill
on behalf of Interested Party Employers Mutual Casualty Company acogbill@zelle.com

Alexander Walker Cogbill
on behalf of Interested Party Scottsdale Insurance acogbill@zelle.com

Allen Joseph Underwood, II
on behalf of Creditor DeSanto Canadian Class Action Plaintiffs aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com

Allen Joseph Underwood, II
on behalf of Attorney Lite DePalma Greenberg & Afandaor LLC aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com

Allen Joseph Underwood, II
on behalf of Creditor DiSanto Canadian Class Action Creditors aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com

Allison J. Arotsky
on behalf of Creditor PTI Union LLC aarotsky@moritthock.com

Allison J. Arotsky
on behalf of Creditor PTI Royston LLC aarotsky@moritthock.com

Allison J. Arotsky
on behalf of Creditor Broadview Investments LLC aarotsky@moritthock.com

Amanda Rush
on behalf of Plaintiff LTL Management LLC asrush@jonesday.com

Amanda Rush
on behalf of Debtor LTL Management LLC asrush@jonesday.com

Andreas Milliaressis
on behalf of Interested Party Hartford Accident and Indemnity Company adm@stevenslee.com

Andreas Milliaressis
on behalf of Interested Party First State Insurance Company adm@stevenslee.com

Andrew Ambruoso
on behalf of Interested Party Imerys Talc Canada Inc. andrew.ambruoso@lw.com andrew-ambruoso-6817@ecf.pacerpro.com

Case 21-30589-MBK    Doc 2000    Filed 04/06/22    Entered 04/07/22 00:12:52    Desc
Imaged Certificate of Notice    Page 8 of 20

| District/off: 0312-3 | User: admin | Page 3 of 15 |
|---|---|---|
| Date Rcvd: Apr 04, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| Andrew Ambruoso | on behalf of Interested Party Imerys Talc America Inc. andrew.ambruoso@lw.com, andrew-ambruoso-6817@ecf.pacerpro.com |
| Andrew Ambruoso | on behalf of Interested Party Imerys Talc Vermont Inc. andrew.ambruoso@lw.com, andrew-ambruoso-6817@ecf.pacerpro.com |
| Andrew Craig | on behalf of Creditor Allstate Insurance Company acraig@windelsmarx.com |
| Andrew Golden | on behalf of Interested Party Cyprus Mines Corporation agolden@kasowitz.com |
| Andrew J. Kelly | on behalf of Interested Party Blue Cross Blue Shield of Massachusetts Inc. akelly@kbtlaw.com, wsheridan@kbtlaw.com;saudino@kbtlaw.com;tgraga@kbtlaw.com;pschenke@kbtlaw.com |
| Andrew S. Richmond | on behalf of Interested Party Williams Hart Boundas Easterby LLP, on behalf of certain personal injury claimants (Williams Hart Plaintiffs) arichmond@pryorcashman.com |
| Andrew T. Frankel | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) afrankel@stblaw.com |
| Andy Frankel | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) afrankel@stblaw.com |
| Anthony Sodono, III | on behalf of Creditor Alishia Landrum Committee Member asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Creditor Dr. Rebecca Love asodono@msbnj.com |
| Arthur Abramowitz | on behalf of Interested Party Massey & Gail LLP aabramowitz@shermansilverstein.com jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com |
| Arthur Abramowitz | on behalf of Creditor Committee Official Committee of Talc Claimants II aabramowitz@shermansilverstein.com jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com |
| Arthur Abramowitz | on behalf of Attorney Waldrep Wall Babcock & Bailey PLLC aabramowitz@shermansilverstein.com jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com |
| Arthur Abramowitz | on behalf of Interested Party Bailey & Glasser LLP aabramowitz@shermansilverstein.com jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com |
| Arthur Abramowitz | on behalf of Attorney Sherman Silverstein, Kohl, Rose & Podolsky, P.A. aabramowitz@shermansilverstein.com, jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com |
| Arthur Abramowitz | on behalf of Other Prof. FTI Consulting Inc. aabramowitz@shermansilverstein.com, jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com |
| Arthur Abramowitz | on behalf of Attorney Cooley LLP aabramowitz@shermansilverstein.com jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com |
| Autumn D. Highsmith | on behalf of Interested Party State of Texas autumn.highsmith@oag.texas.gov |
| Bill Graham | on behalf of Attorney Wallace & Graham P.A. bgraham@wallacegraham.com |
| Brad B. Erens | on behalf of Debtor LTL Management LLC bberens@jonesday.com |
| Brad B. Erens | on behalf of Plaintiff LTL Management LLC bberens@jonesday.com |
| Brad Jeffrey Axelrod | on behalf of Debtor LTL Management LLC baxelrod@wmd-law.com |
| Brad Jeffrey Axelrod | on behalf of Plaintiff LTL Management LLC baxelrod@wmd-law.com |
| Brett Kahn | on behalf of Spec. Counsel McCarter & English LLP bkahn@mccarter.com |

Case 21-30589-MBK    Doc 2000    Filed 04/06/22    Entered 04/07/22 00:12:52    Desc
Imaged Certificate of Notice    Page 9 of 20

| District/off: 0312-3 | User: admin | Page 4 of 15 |
|---|---|---|
| Date Rcvd: Apr 04, 2022 | Form ID: pdf903 | Total Noticed: 4 |

Brian J. McCormick, Jr.
    on behalf of Interested Party Ross Feller Casey LLP bmccormick@rossfellercasey.com earend@rossfellercasey.com

Brian W. Hofmeister
    on behalf of Attorney Law Firm of Brian W. Hofmeister of behalf of various claimants bwh@hofmeisterfirm.com, j119@ecfcbis.com

C. Richard Rayburn, Jr.
    on behalf of Plaintiff LTL Management LLC rrayburn@rcdlaw.net jrobinson@rcdlaw.net

Caitlin K. Cahow
    on behalf of Debtor LTL Management LLC ccahow@jonesday.com

Carol A. Slocum
    on behalf of Creditor Ad Hoc Mesothelioma Committee cslocum@klehr.com lclark@klehr.com

Carolyn Lachman
    on behalf of Creditor Pension Benefit Guaranty Corporation lachman.carolyn@pbgc.gov efile@pbgc.gov

Cary Joshi
    on behalf of Creditor Committee Official Committee of Talc Claimants II cjoshi@baileyglasser.com

Charles Michael Rubio
    on behalf of Interested Party OnderLaw LLC crubio@parkinslee.com, 7485062420@filings.docketbird.com

Charles Michael Rubio
    on behalf of Creditor OnderLaw LLC crubio@parkinslee.com, 7485062420@filings.docketbird.com

Chelsea Corey
    on behalf of Interested Party Bestwall LLC ccorey@kslaw.com

Christopher K. Kiplok
    on behalf of Interested Party Imerys SA kiplok@hugheshubbard.com

Christopher M. Placitella
    on behalf of Interested Party Cohen Placitella & Roth, P.C. cplacitella@cprlaw.com, cmcnelis@cprlaw.com

Christopher M. Placitella
    on behalf of Unknown Role Type Daniel & Roger Edley cplacitella@cprlaw.com cmcnelis@cprlaw.com

Christopher M. Placitella
    on behalf of Attorney Christopher M. Placitella cplacitella@cprlaw.com cmcnelis@cprlaw.com

Christopher M. Placitella
    cplacitella@cprlaw.com cmcnelis@cprlaw.com

Christopher Vincent Tisi
    on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi-District Litigation ctisis@levinlaw.com

Clay Thompson
    on behalf of Interested Party Maune Raichle Hartley French & Mudd LLC cthompson@mrhfmlaw.com

Clinton E. Cameron
    on behalf of Interested Party The Continental Insurance Company Clinton.Cameron@clydeco.us

Cole Hayes
    on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi District Litigation cole@colehayeslaw.com

Cole Hayes
    on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi-District Litigation cole@colehayeslaw.com

Colin R. Robinson
    on behalf of Interested Party Arnold & Itkin LLP crobinson@pszjlaw.com

Colin R. Robinson
    on behalf of Creditor Arnold & Itkin LLP crobinson@pszjlaw.com

Daniel Lapinski
    on behalf of Interested Party Motley Rice LLC dlapinski@motleyrice.com

Daniel Stolz
    on behalf of Interested Party Bailey & Glasser LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Spec. Counsel Massey & Gail LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Attorney Genova Burns LLC dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Case 21-30589-MBK    Doc 2000    Filed 04/06/22    Entered 04/07/22 00:12:52    Desc
Imaged Certificate of Notice    Page 10 of 20

| District/off: 0312-3 | User: admin | Page 5 of 15 |
|---|---|---|
| Date Rcvd: Apr 04, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| Daniel Stolz | on behalf of Spec. Counsel Parkins Lee & Rubio LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Creditor Committee Official Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Spec. Counsel Gilbert LLP dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Interested Party Otterbourg P.C dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Creditor Proposed Local Counsel to Official Committee of Talc Claimants for LTL Management LLC dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Creditor Committee Official Committee of Talc Claimants I dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Other Prof. Houlihan Lokey Capital Inc. dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Interested Party Brown Rudnick LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Creditor Committee Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Interested Party Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel B. Prieto | on behalf of Debtor LTL Management LLC dbprieto@jonesday.com |
| Daniel B. Prieto | on behalf of Plaintiff LTL Management LLC dbprieto@jonesday.com |
| Daniel H. Charest | on behalf of Creditor Julia Lathrop dcharest@burnscharest.com manderson@burnscharest.com;mkweik@burnscharest.com |
| Daniel H. Charest | on behalf of Creditor Daniel Mercer dcharest@burnscharest.com manderson@burnscharest.com;mkweik@burnscharest.com |
| Daniel H. Charest | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi-District Litigation dcharest@burnscharest.com, manderson@burnscharest.com;mkweik@burnscharest.com |
| Daniel Robert Lapinski | on behalf of Interested Party Motley Rice LLC dlapinski@motleyrice.com hfonseca@motleyrice.com,kdotson@motleyrice.com |
| Danielle Spinelli | on behalf of Interested Party Three Crowns Insurance Company Danielle.Spinelli@wilmerhale.com |
| Danielle Spinelli | on behalf of Interested Party Rio Tinto America Inc. Danielle.Spinelli@wilmerhale.com |
| Darren McDowell | on behalf of Interested Party Fears Nachawati PLLC dmcdowell@fnlawfirm.com mn@fnlawfirm.com;jwoodman@essexrichards.com;cbritton@fnlawfirm.com |
| David Chandler | on behalf of Interested Party Karst & von Oiste LLP dac@karstvonoiste.com akk@karstvonoiste.com |
| David Christian | on behalf of Creditor The Continental Insurance Company dchristian@davodcjrostoamattprmeus.com |
| David Christian | on behalf of Interested Party The Continental Insurance Company dchristian@davodcjrostoamattprmeus.com |
| David Rosner | on behalf of Interested Party Cyprus Mines Corporation drosner@kasowitz.com courtnotices@kasowitz.com |
| David J. Molton | on behalf of Creditor Committee Official Committee of Talc Claimants dmolton@brownrudnick.com hcohen@brownrudnick.com |

Case 21-30589-MBK    Doc 2000    Filed 04/06/22    Entered 04/07/22 00:12:52    Desc
Imaged Certificate of Notice    Page 11 of 20

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 6 of 15 |
| Date Rcvd: Apr 04, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| David J. Molton | on behalf of Creditor Committee Committee of Talc Claimants dmolton@brownrudnick.com hcohen@brownrudnick.com |
| Dennis Geier | on behalf of Interested Party Cohen Placitella & Roth, P.C. dgeier@cprlaw.com, cmcnelis@cprlaw.com |
| Denyse F. Clancy | on behalf of Interested Party Kazan McClain, Satterley & Greenwood, PLC dclancy@kazanlaw.com |
| Derek J. Baker | on behalf of Interested Party Cyprus Mines Corporation dbaker@reedsmith.com |
| Donald W Clarke | on behalf of Interested Party Parkins Lee & Rubio LLP dclarke@genovaburns.com dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Attorney Genova Burns LLC dclarke@genovaburns.com dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Interested Party Bailey & Glasser LLP dclarke@genovaburns.com dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Interested Party Otterbourg P.C dclarke@genovaburns.com dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Other Prof. Houlihan Lokey Capital Inc. dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Spec. Counsel Parkins Lee & Rubio LLP dclarke@genovaburns.com dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Creditor Proposed Local Counsel to Official Committee of Talc Claimants for LTL Management LLC dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Creditor Committee Committee of Talc Claimants dclarke@genovaburns.com dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Creditor Committee Official Committee of Talc Claimants dclarke@genovaburns.com dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Interested Party Brown Rudnick LLP dclarke@genovaburns.com dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Spec. Counsel Massey & Gail LLP dclarke@genovaburns.com dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Spec. Counsel Miller Thomson LLP dclarke@genovaburns.com dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Interested Party Committee of Talc Claimants dclarke@genovaburns.com dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Creditor Committee Official Committee of Talc Claimants I dclarke@genovaburns.com dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Interested Party Massey & Gail LLP dclarke@genovaburns.com dclarke@ecf.inforuptcy.com |
| E. Richard Dressel | on behalf of Creditor Evan Plotkin rdressel@lexnovalaw.com |
| E. Richard Dressel | on behalf of Interested Party Erwin Chemerinsky rdressel@lexnovalaw.com |
| E. Richard Dressel | on behalf of Creditor Giovanni Sosa rdressel@lexnovalaw.com |
| Eamonn O'Hagan | on behalf of Creditor UNITED STATES OF AMERICA eamonn.ohagan@usdoj.gov |
| Eileen McCabe | on behalf of Interested Party Starr Indemnity & Liability Company eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party Lexington Insurance Company eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party ASR Schadeverzekering N.V. eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party The North River Insurance Company eileen.mccabe@mendes.com |
| Eileen McCabe | |

Case 21-30589-MBK    Doc 2000    Filed 04/06/22    Entered 04/07/22 00:12:52    Desc
Imaged Certificate of Notice    Page 12 of 20

| District/off: 0312-3 | User: admin | Page 7 of 15 |
|---|---|---|
| Date Rcvd: Apr 04, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| | on behalf of Interested Party AIG Property Casualty Company eileen.mccabe@mendes.com |
| Eileen McCabe | |
| | on behalf of Interested Party AIG Europe S.A. eileen.mccabe@mendes.com |
| Eileen McCabe | |
| | on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd eileen.mccabe@mendes.com |
| Eileen McCabe | |
| | on behalf of Interested Party The Insurance Company of the State of Pennsylvania eileen.mccabe@mendes.com |
| Eileen McCabe | |
| | on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA eileen.mccabe@mendes.com |
| Eileen McCabe | |
| | on behalf of Interested Party AIU Insurance Company eileen.mccabe@mendes.com |
| Eileen McCabe | |
| | on behalf of Interested Party RheinLand Versicherungen eileen.mccabe@mendes.com |
| Eileen McCabe | |
| | on behalf of Interested Party Atlanta International Insurance Company eileen.mccabe@mendes.com |
| Eileen McCabe | |
| | on behalf of Interested Party Granite State Insurance Company eileen.mccabe@mendes.com |
| Eileen McCabe | |
| | on behalf of Interested Party New Hampshire Insurance Company eileen.mccabe@mendes.com |
| Emil A. Kleinhaus | |
| | on behalf of Interested Party Cyprus Amax Minerals Company EAKleinhaus@WLRK.com |
| Erica Villanueva | |
| | on behalf of Interested Party Rio Tinto America Inc. EVillanueva@fbm.com |
| Erica Villanueva | |
| | on behalf of Interested Party Three Crowns Insurance Company EVillanueva@fbm.com |
| Ericka Fredricks Johnson | |
| | on behalf of Interested Party Ad Hoc Committee of States Holding Consumer Protection Claims ErJohnson@wcsr.com Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com |
| Evan Lazerowitz | |
| | on behalf of Creditor Committee Official Committee of Talc Claimants II elazerowitz@cooley.com efiling-notice@ecf.pacerpro.com;jbrown@cooley.com;mklein@cooley.com;rkanowitz@cooley.com |
| Felice R. Yudkin | |
| | on behalf of Interested Party Claimants represented by the Barnes Law Group fyudkin@coleschotz.com  fpisano@coleschotz.com |
| Geoffrey S Brounell | |
| | on behalf of Unknown Role Type Reuters News & Media  Inc. geoffreybrounell@dwt.com |
| Gregory Plotko | |
| | on behalf of Interested Party Pacific Employers Insurance Company gplotko@crowell.com  mschneider@rkollp.com |
| Gregory Plotko | |
| | on behalf of Interested Party Westchester Fire Insurance Company gplotko@crowell.com  mschneider@rkollp.com |
| Gregory Plotko | |
| | on behalf of Interested Party Federal Insurance Company gplotko@crowell.com  mschneider@rkollp.com |
| Gregory Plotko | |
| | on behalf of Interested Party Great Northern Insurance Company gplotko@crowell.com  mschneider@rkollp.com |
| Gregory Plotko | |
| | on behalf of Interested Party ACE Property and Casualty Insurance Company gplotko@crowell.com  mschneider@rkollp.com |
| Gregory Plotko | |
| | on behalf of Interested Party Central National Insurance Company of Omaha gplotko@crowell.com  mschneider@rkollp.com |
| Gregory Plotko | |
| | on behalf of Interested Party Century Indemnity Company gplotko@crowell.com  mschneider@rkollp.com |
| Gregory M. Gordon | |
| | on behalf of Debtor LTL Management LLC gmgordon@jonesday.com |
| Gregory M. Gordon | |
| | on behalf of Plaintiff LTL Management LLC gmgordon@jonesday.com |
| Heather Elizabeth Simpson | |
| | on behalf of Interested Party TIG Insurance Company heather.simpson@kennedyscmk.com |
| Heather Elizabeth Simpson | |

| | |
|---|---|
| | on behalf of Interested Party Everest Reinsurance Company heather.simpson@kennedyscmk.com |
| Isley M. Gostin | on behalf of Interested Party Three Crowns Insurance Company Isley.Gostin@wilmerhale.com |
| Isley M. Gostin | on behalf of Interested Party Rio Tinto America Inc. Isley.Gostin@wilmerhale.com |
| James E. Cecchi | on behalf of Defendant San Diego County Employees Retirement Association  Individually and on Behalf of All Others Similarly Situated jcecchi@carellabyrne.com |
| James Francis Green | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation jgreen@ashcraftlaw.com, tnguyen@ashcraftlaw.com;nparfitt@ashcraftlaw.com;plyons@ashcraft.com;twaters@ashcraftlaw.com |
| James M. Jones | on behalf of Debtor LTL Management LLC jmjones@jonesday.com |
| James N. Lawlor | on behalf of Spec. Counsel Patterson Belknap Webb & Tyler LLP jlawlor@wmd-law.com |
| James N. Lawlor | on behalf of Plaintiff LTL Management LLC jlawlor@wmd-law.com |
| James N. Lawlor | on behalf of Debtor LTL Management LLC jlawlor@wmd-law.com |
| Janet A. Shapiro | on behalf of Interested Party Employers Mutual Casualty Company jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | on behalf of Interested Party Scottsdale Insurance jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | on behalf of Interested Party Employers Ins. of Wausau jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | on behalf of Interested Party Nationwide Indemnity jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | on behalf of Interested Party Employers Ins Co of Wausau jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | on behalf of Interested Party Employers Ins. Company of Wausau jshapiro@shapirolawfirm.com |
| Jason D Angelo | on behalf of Interested Party Cyprus Mines Corporation jangelo@reedsmith.com |
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov |
| Jeffrey M. Traurig | on behalf of Other Prof. Robert J Keach jtraurig@trauriglaw.com |
| Jennifer S. Feeney | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation jfeeney@otterbourg.com |
| Jerome Howard Block | on behalf of Interested Party Levy Konigsberg LLP jblock@levylaw.com |
| Jerome Howard Block | on behalf of Interested Party Talc Claimants jblock@levylaw.com |
| Joel Rhine | on behalf of Interested Party Clients of Clifford Law Offices  P.C., and Taft Stettinius & Hollister, LLP slc@rhinelawfirm.com |
| John Bougiamas | on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi District Litigation jbougiamas@otterbourg.com, ryan@otterbourg.com;jfeeney@otterbourg.com;mmaizel@otterbourg.com;jhildebrandt@otterbourg.com |
| John Bougiamas | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation jbougiamas@otterbourg.com, ryan@otterbourg.com;jfeeney@otterbourg.com;mmaizel@otterbourg.com;jhildebrandt@otterbourg.com |
| John Maloney | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) jmaloney@lawgmm.com |

Case 21-30589-MBK    Doc 2000    Filed 04/06/22    Entered 04/07/22 00:12:52    Desc
Imaged Certificate of Notice    Page 14 of 20

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 9 of 15 |
| Date Rcvd: Apr 04, 2022 | Form ID: pdf903 | Total Noticed: 4 |

John A. Baden, IV
    on behalf of Interested Party Motley Rice LLC jbaden@motleyrice.com

John A. Baden, IV
    on behalf of Other Prof. Epiq Corporate Restructuring  LLC jbaden@motleyrice.com

John A. Bougiamas
    on behalf of Interested Party Committee of Talc Claimants jbougiamas@oshr.com
    jfeeney@otterbourg.com;awilliams@otterbourg.com;dfiorillo@otterbourg.com

John C. Woodman
    on behalf of Attorney John C. Woodman jwoodman@essexrichards.com
    DDiMatteo@essexrichards.com;SMarak@essexrichards.com

John D. Green
    on behalf of Interested Party Rio Tinto America Inc. JGreen@fbm.com

John D. Green
    on behalf of Interested Party Three Crowns Insurance Company JGreen@fbm.com

John F. Bracaglia, Jr.
    on behalf of Creditor Jeanne Stephenson brokaw@centraljerseylaw.com

John M. August
    on behalf of Creditor Vincent Hill jaugust@saiber.com  rtucker@saiber.com

John M. August
    on behalf of Creditor Kristie Lynn Doyle jaugust@saiber.com  rtucker@saiber.com

John R. Miller, Jr.
    on behalf of Plaintiff LTL Management LLC jmiller@rcdlaw.net

John R. Miller, Jr.
    on behalf of Debtor LTL Management LLC jmiller@rcdlaw.net

John Zachary Balasko
    on behalf of Creditor UNITED STATES OF AMERICA john.z.balasko@usdoj.gov

Jonathan I. Rabinowitz
    on behalf of Attorney J. Maria Glover jrabinowitz@rltlawfirm.com  jcoleman@rltlawfirm.com

Jonathan S Massey
    on behalf of Interested Party Massey & Gail LLP jloper@masseygail.com

Joseph Satterley
    on behalf of Interested Party Kazan  McClain, Satterley & Greenwood, PLC jsatterley@kazanlaw.com

Joseph F. Rice
    on behalf of Interested Party Motley Rice LLC jrice@motleyrice.com

Joseph Francis Pacelli
    on behalf of Debtor LTL Management LLC jpacelli@wmd-law.com

Joseph Francis Pacelli
    on behalf of Plaintiff LTL Management LLC jpacelli@wmd-law.com

Judy D. Thompson
    on behalf of Interested Party Barnes Law Group  LLC jdt@jdthompsonlaw.com, sxb@jdthompsonlaw.com

Katherine Scherling
    on behalf of Interested Party RheinLand Versicherungen katherine.scherling@katten.com

Katherine Scherling
    on behalf of Interested Party ASR Schadeverzekering N.V. katherine.scherling@katten.com

Katherine Scherling
    on behalf of Interested Party AIU Insurance Company katherine.scherling@katten.com

Katherine Scherling
    on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd katherine.scherling@katten.com

Katherine Scherling
    on behalf of Interested Party Lexington Insurance Company katherine.scherling@katten.com

Katherine Scherling
    on behalf of Interested Party The North River Insurance Company katherine.scherling@katten.com

Katherine Scherling
    on behalf of Interested Party Granite State Insurance Company katherine.scherling@katten.com

Katherine Scherling
    on behalf of Interested Party AIG Property Casualty Company katherine.scherling@katten.com

Case 21-30589-MBK    Doc 2000    Filed 04/06/22    Entered 04/07/22 00:12:52    Desc
Imaged Certificate of Notice    Page 15 of 20

| District/off: 0312-3 | User: admin | Page 10 of 15 |
|---|---|---|
| Date Rcvd: Apr 04, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| Katherine Scherling | on behalf of Interested Party Atlanta International Insurance Company katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party New Hampshire Insurance Company katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party The Insurance Company of the State of Pennsylvania katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party Starr Indemnity & Liability Company katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party AIG Europe S.A. katherine.scherling@katten.com |
| Kathleen A Frazier | on behalf of Debtor LTL Management LLC kfrazier@shb.com |
| Kelly D. Curtin | on behalf of Interested Party Rio Tinto America Inc. kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com |
| Kelly D. Curtin | on behalf of Interested Party Rio Tinto America Holdings Inc. kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com |
| Kelly D. Curtin | on behalf of Interested Party Rio Tinto Services Inc. kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com |
| Kelly D. Curtin | on behalf of Interested Party Three Crowns Insurance Company kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com |
| Kelly D. Curtin | on behalf of Interested Party Metals & Minerals Insurance Company Pte. Ltd. kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com |
| Kelsey Panizzolo | on behalf of Interested Party ASR Schadeverzekering N.V. kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party Atlanta International Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party AIG Europe S.A. kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party AIG Property Casualty Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party The Insurance Company of the State of Pennsylvania kelsey.panizzolo@katten.com courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party Starr Indemnity & Liability Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party The North River Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party Granite State Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party New Hampshire Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd kelsey.panizzolo@katten.com courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party RheinLand Versicherungen kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party Lexington Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA kelsey.panizzolo@katten.com courtalertclt@katten.com |

Case 21-30589-MBK    Doc 2000    Filed 04/06/22    Entered 04/07/22 00:12:52    Desc
Imaged Certificate of Notice    Page 16 of 20

| District/off: 0312-3 | User: admin | Page 11 of 15 |
|---|---|---|
| Date Rcvd: Apr 04, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| Kelsey Panizzolo | on behalf of Interested Party AIU Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kenneth A. Rosen | on behalf of Interested Party Johnson & Johnson krosen@lowenstein.com  dclaussen@lowenstein.com |
| Kenneth A. Rosen | on behalf of Interested Party Johnson & Johnson and Johnson & Johnson Consumer Inc. krosen@lowenstein.com dclaussen@lowenstein.com |
| Konrad Krebs | on behalf of Interested Party The Continental Insurance Company konrad.krebs@clydeco.us |
| Kristen R. Fournier | on behalf of Debtor LTL Management LLC kfournier@kslaw.com |
| Laila Masud | on behalf of Interested Party Talc Claimants lmasud@marshackhays.com |
| Laura Davis Jones | on behalf of Creditor Arnold & Itkin LLP ljones@pszjlaw.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Lenard Parkins | on behalf of Creditor OnderLaw  LLC lparkins@parkinslee.com |
| Leslie Carol Heilman | on behalf of Creditor Albertsons Companies  Inc. heilmanl@ballardspahr.com, carbonej@ballardspahr.com |
| Liza M. Walsh | on behalf of Unknown Role Type Randi S. Ellis lwalsh@walsh.law  btroyan@walsh.law;sfalanga@walsh.law;mfalk@walsh.law |
| Louis A. Modugno | on behalf of Interested Party The North River Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Atlanta International Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Granite State Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party AIG Europe S.A. lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party ASR Schadeverzekering N.V. lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party New Hampshire Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party AIG Property Casualty Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party RheinLand Versicherungen lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Lexington Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party The Insurance Company of the State of Pennsylvania lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Starr Indemnity & Liability Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party AIU Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Objecting Insurers lmodugno@tm-firm.com |
| Lyndon Mitchell Tretter | on behalf of Plaintiff LTL Management LLC ltretter@wmd-law.com |
| Lyndon Mitchell Tretter | |

Case 21-30589-MBK    Doc 2000    Filed 04/06/22    Entered 04/07/22 00:12:52    Desc
Imaged Certificate of Notice    Page 17 of 20

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 12 of 15 |
| Date Rcvd: Apr 04, 2022 | Form ID: pdf903 | Total Noticed: 4 |

on behalf of Debtor LTL Management LLC ltretter@wmd-law.com

Marc E. Wolin

on behalf of Creditor Kristie Lynn Doyle mwolin@saiber.com ccarfagno@saiber.com

Mark Falk

on behalf of Unknown Role Type Randi S. Ellis mfalk@walsh.law

Mark P. Robinson, Jr

on behalf of Interested Party Talc Claimants mrobinson@robinsonfirm.com

Mark W. Rasmussen

on behalf of Debtor LTL Management LLC mrasmussen@jonesday.com

Mary E. Seymour

on behalf of Interested Party Johnson & Johnson and Johnson & Johnson Consumer Inc. mseymour@lowenstein.com jkimble@lowenstein.com

Matthew I. W. Baker

on behalf of Creditor Proposed Local Counsel to Official Committee of Talc Claimants for LTL Management LLC mbaker@genovaburns.com

Matthew L Tomsic

on behalf of Plaintiff LTL Management LLC mtomsic@rcdlaw.net

Matthew L Tomsic

on behalf of Debtor LTL Management LLC mtomsic@rcdlaw.net

Melanie Louise Cyganowski

on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi-District Litigation mcyganowski@otterbourg.com, awilliams@otterbourg.com

Melanie Louise Cyganowski

on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi District Litigation mcyganowski@otterbourg.com, awilliams@otterbourg.com

Michael Hutchins

on behalf of Interested Party Cyprus Mines Corporation mhutchins@kasowitz.com courtnotices@kasowitz.com

Michael E. Collins

on behalf of Interested Party Westchester Fire Insurance Company mcollins@manierherod.com

Michael H. Torkin

on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) michael.torkin@stblaw.com

Michael L. Tuchin

on behalf of Interested Party Aylstock Witkin, Kreis & Overholtz, PLLC mtuchin@ktbslaw.com

Michelle A. Parfitt

on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi-District Litigation mparfitt@ashcraftlaw.com

Mitchell Hausman

on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov

Mitchell Malzberg

on behalf of Interested Party Talc Claimants mmalzberg@mjmalzberglaw.com dlapham@mjmalzberglaw.com

Mitchell Malzberg

on behalf of Creditor Various Claimants mmalzberg@mjmalzberglaw.com dlapham@mjmalzberglaw.com

Morton R. Branzburg

on behalf of Creditor Ad Hoc Mesothelioma Committee mbranzburg@klehr.com jtaylor@klehr.com;nyackle@klehr.com

Nabil Majed Nachawati, II

on behalf of Interested Party Fears Nachawati PLLC MN@fnlawfirm.com

Nancy Isaacson

on behalf of Interested Party Motley Rice LLC nisaacson@greenbaumlaw.com

Nathan David Finch

on behalf of Interested Party Motley Rice LLC nfinch@motleyrice.com

Nir Maoz

on behalf of Interested Party Aylstock Witkin, Kreis & Overholtz, PLLC nmaoz@ktbslaw.com

P. Leigh O'Dell

on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi District Litigation leigh.odell@beasleyallen.com

Patricia M. Kipnis

| | |
|---|---|
| | on behalf of Interested Party Committee of Talc Claimants pkipnis@baileyglasser.com mchapman@baileyglasser.com |
| Paul E. Heath | on behalf of Interested Party Cyprus Amax Minerals Company pheath@velaw.com |
| Paul J. Winterhalter | on behalf of Interested Party Aylstock Witkin, Kreis & Overholtz, PLLC pwinterhalter@offitkurman.com, rbarnhart@offitkurman.com |
| Paul M. Singer | on behalf of Interested Party Cyprus Mines Corporation psinger@reedsmith.com |
| Paul R. DeFilippo | on behalf of Spec. Counsel King & Spalding LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Spec. Counsel Skadden Arps, Slate, Meagher & Flom LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Spec. Counsel McCarter & English LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Debtor LTL Management LLC pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Other Prof. Bates White LLC pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Spec. Counsel Blake Cassels & Graydon LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Attorney Rayburn Cooper & Durham P.A pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Attorney Jones Day pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Other Prof. AlixPartners LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Attorney Wollmuth Maher & Deutsch LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Plaintiff LTL Management LLC pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Spec. Counsel Weil Gotshal, & Manges, LLP pdefilippo@wmd-law.com |
| Rachel Ginzburg | on behalf of Unknown Role Type The Amici Professors rginzburg@herrick.com |
| Rachel A. Parisi | on behalf of Interested Party Rio Tinto America Holdings Inc. raparisi@pbnlaw.com mpdermatis@pbnlaw.com;cpmazza@pbnlaw.com;sakelly@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Rachel A. Parisi | on behalf of Interested Party Rio Tinto Services Inc. raparisi@pbnlaw.com mpdermatis@pbnlaw.com;cpmazza@pbnlaw.com;sakelly@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Rachel A. Parisi | on behalf of Interested Party Three Crowns Insurance Company raparisi@pbnlaw.com mpdermatis@pbnlaw.com;cpmazza@pbnlaw.com;sakelly@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Rachel A. Parisi | on behalf of Interested Party Rio Tinto America Inc. raparisi@pbnlaw.com mpdermatis@pbnlaw.com;cpmazza@pbnlaw.com;sakelly@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Rachel A. Parisi | on behalf of Interested Party Metals & Minerals Insurance Company Pte. Ltd. raparisi@pbnlaw.com mpdermatis@pbnlaw.com;cpmazza@pbnlaw.com;sakelly@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Rachel R Obaldo | on behalf of Interested Party State of Texas bk-robaldo@texasattorneygeneral.gov |
| Rashad Blossom | on behalf of Interested Party Joseph McGovern rblossom@blossomlaw.com pogando@blossomlaw.com;R41929@notify.bestcase.com;ecfnotices2018@gmail.com |
| Rashad Blossom | on behalf of Attorney Christopher M. Placitella rblossom@blossomlaw.com pogando@blossomlaw.com;R41929@notify.bestcase.com;ecfnotices2018@gmail.com |
| Richard A. Schneider | |

Case 21-30589-MBK    Doc 2000    Filed 04/06/22    Entered 04/07/22 00:12:52    Desc
Imaged Certificate of Notice    Page 19 of 20

| District/off: 0312-3 | User: admin | Page 14 of 15 |
|---|---|---|
| Date Rcvd: Apr 04, 2022 | Form ID: pdf903 | Total Noticed: 4 |

|  |  |
|---|---|
|  | on behalf of Interested Party Bestwall LLC dschneider@kslaw.com |
| Richard Moss Golomb | on behalf of Interested Party Golomb Spirt Grunfeld rgolomb@golomblegal.com |
| Richard Moss Golomb | on behalf of Creditor Brandi Carl rgolomb@golomblegal.com |
| Robert Novick | on behalf of Interested Party Cyprus Mines Corporation rnovick@kasowitz.com |
| Robert J. Pfister | on behalf of Interested Party Aylstock  Witkin, Kreis & Overholtz, PLLC rpfister@ktbslaw.com |
| Robert W. Hamilton | on behalf of Debtor LTL Management LLC rwhamilton@jonesday.com |
| Robert William Miller | on behalf of Interested Party Westchester Fire Insurance Company RMiller@ManierHerod.com |
| Robin Rabinowitz | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) rrabinowitz@lawgmm.com |
| Rochelle Guiton | on behalf of Creditor Aleathea Goodins rochelle@dmillerlaw.com |
| Ross J. Switkes | on behalf of Creditor Committee Official Committee of Talc Claimants II rswitkes@shermansilverstein.com |
| Ross J. Switkes | on behalf of Attorney Waldrep Wall Babcock & Bailey PLLC rswitkes@shermansilverstein.com |
| Salvatore Daniele | on behalf of Interested Party Rio Tinto America Inc. Sal.Daniele@wilmerhale.com isley.gostin@wilmerhale.com;danielle.spinelli@wilmerhale.com;yolande.thompson@wilmerhale.com |
| Salvatore Daniele | on behalf of Interested Party Three Crowns Insurance Company Sal.Daniele@wilmerhale.com isley.gostin@wilmerhale.com;danielle.spinelli@wilmerhale.com;yolande.thompson@wilmerhale.com |
| Samuel M. Kidder | on behalf of Interested Party Aylstock  Witkin, Kreis & Overholtz, PLLC skidder@ktbslaw.com |
| Sandy Qusba | on behalf of Creditor Bausch Health US  LLC f/k/a Valeant Pharmaceuticals North America LLC squsba@stblaw.com |
| Sandy Qusba | on behalf of Creditor Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International  Inc. squsba@stblaw.com |
| Sandy Qusba | on behalf of Creditor Bausch Health Americas  Inc. f/k/a Valeant Pharmaceuticals International squsba@stblaw.com |
| Sarah Meiman | on behalf of Creditor Pension Benefit Guaranty Corporation meiman.sarah@pbgc.gov |
| Sari Blair Placona | on behalf of Creditor Alishia Landrum  Committee Member splacona@msbnj.com |
| Seth H. Lieberman | on behalf of Interested Party Williams Hart Boundas Easterby  LLP, on behalf of certain personal injury claimants (Williams Hart Plaintiffs) slieberman@pryorcashman.com |
| Sid Garabato | on behalf of Other Prof. Epiq Corporate Restructuring  LLC sgarabato@epiqglobal.com, rjacobs@ecf.epiqsystems.com |
| Simon J. Torres | on behalf of Creditor Pension Benefit Guaranty Corporation torres.simon@pbgc.gov  efile@pbgc.gov |
| Sommer Leigh Ross | on behalf of Creditor Republic Indemnity Company of America slross@duanemorris.com  AutoDocketWILM@duanemorris.com |
| Stephen M. Packman | on behalf of Interested Party Roger Frankel  as Legal Representative for Future Personal Injury Claimants appointed in the Chapter 11 bankruptcy case of Cyprus Mines Corporation spackman@archerlaw.com, dleney@archerlaw.com,ahuber@archerlaw.com |
| Stephen T. Roberts | on behalf of Interested Party Clients of Mendes & Mount  LLP stephen.roberts@mendes.com |
| Stephen V. Gimigliano | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) sgimigliano@lawgmm.com |

District/off: 0312-3      User: admin      Page 15 of 15
Date Rcvd: Apr 04, 2022      Form ID: pdf903      Total Noticed: 4

| Name | Details |
|---|---|
| Steven Abramowitz | on behalf of Interested Party Cyprus Amax Minerals Company sabramowitz@velaw.com mmoran@velaw.com;kgrissel@velaw.com;tmitsch@velaw.com;kduchesne@velaw.com |
| Steven B Smith | on behalf of Unknown Role Type The Amici Professors ssmith@herrick.com courtnotices@herrick.com;lporetsky@herrick.com |
| Suzanne Ratcliffe | on behalf of Creditor Jan Deborah Michelson-Boyle sratcliffe@mrhfmlaw.com |
| Thomas Pitta | on behalf of Creditor PTI Royston LLC tpitta@emmetmarvin.com |
| Thomas Pitta | on behalf of Creditor PTI Union LLC tpitta@emmetmarvin.com |
| Thomas W. Waldrep, Jr. | on behalf of Interested Party Kazan McClain, Satterley & Greenwood, PLC notice@waldrepwall.com, 8898@notices.nextchapterbk.com;khayden@waldrepwall.com |
| Thomas W. Waldrep, Jr. | on behalf of Interested Party Kirk Smith notice@waldrepwall.com 8898@notices.nextchapterbk.com;khayden@waldrepwall.com |
| Thomas W. Waldrep, Jr. | on behalf of Interested Party Kazan McClain, Satterley & Greenwood notice@waldrepwall.com, 8898@notices.nextchapterbk.com;khayden@waldrepwall.com |
| Thomas W. Waldrep, Jr. | on behalf of Interested Party Levy Konigsberg LLP notice@waldrepwall.com 8898@notices.nextchapterbk.com;khayden@waldrepwall.com |
| Thomas W. Waldrep, Jr. | on behalf of Interested Party Ruckdeschel Law Firm LLC notice@waldrepwall.com, 8898@notices.nextchapterbk.com;khayden@waldrepwall.com |
| Thomas W. Waldrep, Jr. | on behalf of Interested Party Weitz & Luxenberg P.C. notice@waldrepwall.com 8898@notices.nextchapterbk.com;khayden@waldrepwall.com |
| Thomas W. Waldrep, Jr. | on behalf of Interested Party Maune Raichle Hartley French & Mudd LLC notice@waldrepwall.com, 8898@notices.nextchapterbk.com;khayden@waldrepwall.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 347