## EXHIBIT B

**Invoices**

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: Truist Bank (formerly SunTrust Bank)
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

LTL Management LLC
New Brunswick, NJ 08933-7001

| | |
|---|---|
| Invoice No. | 10511637 |
| Invoice Date | 03/31/22 |
| Client No. | 32880 |
| Matter No. | 145001 |

RE: Chapter 11 Bankruptcy Assistance and Advice
Client Matter Reference: JJL2021019389

For questions, contact:
Kristen Fournier 1 212 790 5342

For Professional Services Rendered through 02/28/22:

| | | |
|---|---|---:|
| Fees | $ | 117,817.40 |
| Expenses | | 210.50 |
| **Total this Invoice** | **$** | **118,027.90** |

*Payment is Due Upon Receipt*

| 32880 | LTL Management LLC | | | | Invoice No. 10511637 |
| 145001 | Chapter 11 Bankruptcy Assistance and Advice | | | | Page 2 |
| 03/31/22 | | | | | |

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Description | Hours | Value |
|------|-----------|------|-------------|-------|-------|
| 02/14/22 | P Price | L002 | Discuss response to January 18, 2022 and February 9, 2022 Orders from J. Flanagan in McElroy v. AT&T Corp., et al., No. 5:21-CV-179-FL (E.D.N.C.) with E. Gascoine and U. Henninger | 0.2 | 173.40 |
| 02/14/22 | P Price | L002 | Review January 18, 2022 Order from J. Flanagan in McElroy v. AT&T Corp., et al., No. 5:21-CV-179-FL (E.D.N.C.) | 0.2 | 173.40 |
| 02/16/22 | P Price | L002 | Draft Response to the Court's February 9, 2022 Order to Show Cause and Supplemental Proffer in Response to the Court's January 18, 2022 Order in McElroy v. AT&T Corp., et al., No. 5:21-CV-179-FL (E.D.N.C.) | 1.0 | 867.00 |
| 02/17/22 | P Price | L002 | Finalize and file Response to the Court's February 9, 2022 Order to Show Cause and Supplemental Proffer in Response to the Court's January 18, 2022 Order in McElroy v. AT&T Corp., et al., No. 5:21-CV-179-FL (E.D.N.C.) | 0.2 | 173.40 |
| 02/25/22 | P Price | L002 | Draft bankruptcy status update for McElroy v. AT&T Corp., et al., No. 5:21-CV-179-FL (E.D.N.C.) | 0.7 | 606.90 |
| | | | **Total L002** | **2.3** | **1,994.10** |
| 02/01/22 | B Baker | L004 | Email correspondence with T. Hoffman, A. Songer, and K. Fournier concerning invoice markup for privilege and compliance with billing guidelines | 0.2 | 177.60 |
| 02/01/22 | K Fournier | L004 | Call with T. Hoffman (K&S) concerning discussions with US Trustee on fee application and edits to update and amend same | 0.3 | 249.60 |
| 02/01/22 | T Hoffmann | L004 | Review/revise first monthly fee application, including related invoices | 3.9 | 4,836.00 |
| 02/02/22 | B Baker | L004 | Email correspondence with T. Hoffman, A. Songer, and K. Fournier concerning invoice | 0.2 | 177.60 |

| 32880 | LTL Management LLC | | | Invoice No. 10511637 | |
|---|---|---|---|---|---|
| 145001 | Chapter 11 Bankruptcy Assistance and Advice | | | Page 3 | |
| 03/31/22 | | | | | |

| Date | Timekeeper | Task | Description | Hours | Value |
|---|---|---|---|---|---|
| | | | markup for privilege and compliance with billing guidelines | | |
| 02/02/22 | T Hoffmann | L004 | Review/revise fee application, including exhibits thereto | 2.8 | 3,472.00 |
| 02/03/22 | B Baker | L004 | Review invoice markups for privilege and compliance with billing guidelines in connection with fee application preparation (1.7); call with A. Songer to discuss invoice markup and employee emails (.3) | 2.0 | 1,776.00 |
| 02/07/22 | B Baker | L004 | Call with A. Songer concerning timekeeper entry edits for privilege and compliance with billing guidelines in connection with fee application (.5); email correspondence concerning fee application draft and time entry edits with A. Songer, T. Hoffman, K. Fournier (.2); email correspondence with A. Songer and K&S timekeeper (3.0) | 3.7 | 3,285.60 |
| 02/07/22 | T Hoffmann | L004 | Review/revise first monthly fee application | 2.1 | 2,604.00 |
| 02/07/22 | T Hoffmann | L004 | Communicate with A. Songer, B. Baker and K. Fournier regarding application and related issues | 0.2 | 248.00 |
| 02/08/22 | B Baker | L004 | Email correspondence with K. Fournier concerning new billing guidance | 0.7 | 621.60 |
| 02/08/22 | T Hoffmann | L004 | Communicate with K. Fournier and J. Schoch (Skadden) regarding fee application issues; communicate with Perez (JD) regarding fee application issues | 0.1 | 124.00 |
| 02/08/22 | T Hoffmann | L004 | Review/analyze open issues relating to first monthly application and related documents | 1.0 | 1,240.00 |
| 02/10/22 | B Baker | L004 | Review billing information and charts for fee application (1.0); call with A. Songer and T. Hoffman concerning billing information and charts for fee application (.5); revise fee | 2.5 | 2,220.00 |

| 32880 | LTL Management LLC | | | | Invoice No. 10511637 |
| 145001 | Chapter 11 Bankruptcy Assistance and Advice | | | | Page 4 |
| 03/31/22 | | | | | |

| Date | Timekeeper | Task | Description | Hours | Value |
|------|-----------|------|-------------|-------|-------|
| | | | application (1.0) | | |
| 02/10/22 | T Hoffmann | L004 | Communicate with B. Baker and A. Songer regarding application and related issues | 0.3 | 372.00 |
| 02/10/22 | T Hoffmann | L004 | Review/analyze issues relating to first monthly fee application | 0.2 | 248.00 |
| 02/14/22 | B Baker | L004 | Email correspondence with I. Perez (Jones Day), K. Fournier, A. Songer, and T. Hoffman concerning invoice review and comments for fee application regarding privilege and compliance with billing guidelines | 0.3 | 266.40 |
| 02/14/22 | T Hoffmann | L004 | Review/analyze Jones Day comments to first monthly fee application and related issues and documents (1.0); communicate with Fournier, Baker and Songer regarding Jones Day edits (.1) | 1.1 | 1,364.00 |
| 02/16/22 | B Baker | L004 | Email correspondence With K. Fournier and A. Songer concerning Jones Day comments to invoices regarding privilege and compliance with billing guidelines | 0.1 | 88.80 |
| 02/17/22 | B Baker | L004 | Email correspondence with A. Songer concerning Jones Day invoice comments regarding privilege and compliance with billing guidelines | 0.3 | 266.40 |
| 02/18/22 | B Baker | L004 | Email correspondence with A. Songer, T. Hoffman, and K. Fournier concerning revised invoices and updated fee application numbers (1.2); revise fee application (.9); email correspondence with I. Perez (Jones Day), P. DeFiippo (Wollmuth), A. Songer, T. Hoffman, and K. Fournier regarded filing of fee application (.5); call with A. Songer concerning fee application comments (.4) | 3.0 | 2,664.00 |
| 02/21/22 | B Baker | L004 | Email correspondence with K&S | 1.5 | 1,332.00 |

32880          LTL Management LLC                                                    Invoice No. 10511637
145001        Chapter 11 Bankruptcy Assistance and Advice                                          Page 5
03/31/22

| Date | Timekeeper | Task | Description | Hours | Value |
|---|---|---|---|---|---|
| | | | team, I. Perez (Jones Day), and J. Pacelli (Wollmuth) concerning fee application and filing (.8); revise and compile fee application same (.7) | | |
| 02/21/22 | K Fournier | L004 | Final edits to KS initial fee application (.4) and correspondence with I. Perez (Jones Day) regarding same (.3) | 0.7 | 582.40 |
| 02/21/22 | T Hoffmann | L004 | Review/provide comments on first monthly fee application (.5); communicate with Fournier, Baker and Songer regarding edits and related issues (.2); review/analyze other applications (.2) | 0.9 | 1,116.00 |
| 02/22/22 | B Baker | L004 | Call with A. Songer regarding submitting fee application in LEDES format (.3); review interim compensation order (.3); email correspondence with T. Holffman, A. Songer, and K. Fournier concerning submitting fee application and invoices for next fee application (.2) | 0.8 | 710.40 |
| | | | **Total L004** | **28.9** | **30,042.40** |
| 02/01/22 | K Fournier | L006 | Join WIP call with A. White and E. Haas (JJ), J. Kim (LTL), A. Brown (Skadden), D. Prietro (Jones Day) and others to discuss amici filings, upcoming Wednesday hearing before Kaplan and related work to prepare for same | 1.2 | 998.40 |
| 02/01/22 | K Fournier | L006 | Call with A. White (JJ), D. Prieto (Jones Day), R. Bernardo (Skadden) and others to discuss issues related to document production | 0.7 | 582.40 |
| 02/01/22 | K Fournier | L006 | Assist K. Marshall (Jones Day) on drafting and editing letter brief concerning opposition to multiple amici filings (2.7); update A. White (JJ) as to progress of same (.3) | 3.0 | 2,496.00 |
| 02/01/22 | E Gascoine | L006 | Review a complaint in Myers case in Pennsylvania to determine next | 0.1 | 51.00 |

| | | | | | |
|---|---|---|---|---|---|
| 32880 | LTL Management LLC | | | Invoice No. 10511637 | |
| 145001 | Chapter 11 Bankruptcy Assistance and Advice | | | | Page 6 |
| 03/31/22 | | | | | |

| Date | Timekeeper | Task | Description | Hours | Value |
|---|---|---|---|---|---|
| | | | steps | | |
| 02/01/22 | E Gascoine | L006 | Confer with T. Hanna (Kelley Jasons) regarding preparing a notice of bankruptcy and filing it along with new attachments in Myers case in Pennsylvania | 0.1 | 51.00 |
| 02/01/22 | E Gascoine | L006 | Review Fontenot complaint in Madison County to determine next steps | 0.1 | 51.00 |
| 02/01/22 | E Gascoine | L006 | Confer with B. Kahn (McCarter English) regarding all new complaints filed over last month to fulfill request from insurance counsel | 0.1 | 51.00 |
| 02/01/22 | E Gascoine | L006 | Review all new complaints filed over last month and prepare summary of new complaints for insurance counsel | 0.2 | 102.00 |
| 02/01/22 | E Gascoine | L006 | Confer with K. Fournier and J. Bash (Lewis Brisbois) regarding Fontenot complaint in Madison County and next steps | 0.2 | 102.00 |
| 02/02/22 | K Fournier | L006 | Assist with drafting and editing letter to Judge Kaplan concerning Reuters issues and possible release of confidential documents (3.0); communications with J. Miller (Skadden) and A. White (JJ) and others concerning same (.5) | 3.5 | 2,912.00 |
| 02/02/22 | K Fournier | L006 | Communications with J. Miller (Skadden) concerning potential temporary restraining order due to Reuters article and key issues for same | 0.7 | 582.40 |
| 02/02/22 | K Fournier | L006 | Call with J. Kim (LTL), A. White (JJ), D. Prietro (Jones Day), A. Brown (Skadden) and others to begin discussing roles and responsibilities at motion to dismiss hearing | 0.5 | 416.00 |
| 02/02/22 | K Fournier | L006 | Call with A. White (JJ), J. Kim (LTL), A. Brown (Skadden), E. Haas (JJ), D. Prietro (Jones Day) | 0.7 | 582.40 |

32880     LTL Management LLC                                                  Invoice No. 10511637
145001    Chapter 11 Bankruptcy Assistance and Advice                               Page 7
03/31/22

| Date | Timekeeper | Task | Description | Hours | Value |
|------|-----------|------|-------------|-------|-------|
| | | | to discuss communications from Reuters concerning potentially confidential material and next steps to protect against disclosure of same | | |
| 02/02/22 | K Fournier | L006 | Attend hearing on disputed discovery issues | 1.0 | 832.00 |
| 02/02/22 | K Fournier | L006 | Pull possible documents implicated by Reuters communication (1.0), deposition material relevant to same (.5), protective order and other materials (.1) and circulate overview for client including A. White and E. Haas (JJ) and J. Kim (LTL) and Jones Day teams (including D. Prietro and M. Rasmussen) (.1) | 1.7 | 1,414.40 |
| 02/02/22 | K Fournier | L006 | Call with J. Lauria (White & Case) and B. Erens (Jones Day) concerning next steps on amici briefs | 0.5 | 416.00 |
| 02/02/22 | A Zumsteg | L006 | Conference with K. Fournier regarding hearing before bankruptcy court (.2); correspondence regarding same (.2) | 0.4 | 284.00 |
| 02/03/22 | K Fournier | L006 | Assist with final edits for letter to Judge Kaplan concerning Reuters issue. | 1.0 | 832.00 |
| 02/03/22 | K Fournier | L006 | Assist with drafting ancillary documents for temporary restraining order brief (1.2) as well as compiling exhibits and related materials (.8) | 2.0 | 1,664.00 |
| 02/03/22 | K Fournier | L006 | Review and edit draft temporary restraining order brief (1.6); communications with A. White (JJ) and J. Miller (Skadden) regarding same (1.6) | 3.2 | 2,662.40 |
| 02/03/22 | K Fournier | L006 | Attend hearing on amici filings | 1.0 | 832.00 |
| 02/03/22 | K Fournier | L006 | Bi-weekly WIP call with JJ (E. | 1.0 | 832.00 |

| | | | | | |
|---|---|---|---|---|---|
| 32880 | LTL Management LLC | | | Invoice No. 10511637 | |
| 145001 | Chapter 11 Bankruptcy Assistance and Advice | | | | Page 8 |
| 03/31/22 | | | | | |

| Date | Timekeeper | Task | Description | Hours | Value |
|---|---|---|---|---|---|
| | | | Haas and A. White), LTL (K. Kim), Jones Day (G. Gordon, D. Prietro), White & Case (J. Lauria) and others to review arguments for upcoming hearing on Amici as well as issues with Reuters | | |
| 02/03/22 | E Gascoine | L006 | Confer with K. Fournier regarding Klick case filed in New Jersey after learning federal court remanded case back to state court | 0.2 | 102.00 |
| 02/03/22 | E Gascoine | L006 | Review case details and the order and opinion from court remanding Klick case in New Jersey back to state court | 0.2 | 102.00 |
| 02/03/22 | E Gascoine | L006 | Confer with J. Garde and B. Sherman (McCarter English) regarding Klick case filed in New Jersey and remanded to state court | 0.1 | 51.00 |
| 02/04/22 | K Fournier | L006 | Draft letter to Judge Kaplan concerning days events as relate to issues covered in temporary restraining order, and incorporate requested edits from E. Haas (JJ), A. White (JJ), J. Kim (LTL) and G. Gordon (Jones Day) | 2.4 | 1,996.80 |
| 02/04/22 | K Fournier | L006 | Edit letter to Reuters concerning temporary retraining order filing (.5); call with A. Brown (Skadden) regarding same (.5) | 1.0 | 832.00 |
| 02/04/22 | K Fournier | L006 | Call with JJ (E. Haas, A. White), LTL (J. Kim), Jones Day (G. Gordon, D. Prietro, M. Rasmussen), A. Brown (Skadden) and others to discuss temporary retraining order and strategy for next steps as well as other deadlines before Monday | 1.0 | 832.00 |
| 02/04/22 | K Fournier | L006 | Review letter concerning Reuters from Committee (.4); outline draft response to same (.4);  forward to A. White (JJ) (.1) | 0.9 | 748.80 |
| 02/04/22 | K Fournier | L006 | Draft and revise second letter to Judge Kaplan in response to Reuters and circulate to LTL (J. | 1.5 | 1,248.00 |

| | | | | | |
|---|---|---|---|---|---|
| 32880 | LTL Management LLC | | | Invoice No. | 10511637 |
| 145001 | Chapter 11 Bankruptcy Assistance and Advice | | | | Page 9 |
| 03/31/22 | | | | | |

| Date | Timekeeper | Task | Description | Hours | Value |
|---|---|---|---|---|---|
| | | | Kim) and JJ (A. White and E. Haas) for updates and edits | | |
| 02/07/22 | K Fournier | L006 | Biweekly WIP call with JJ (E. Haas, A. White), LTL (J. Kim), Jones Day (G. Gordon, B. Erens) and others to discuss preparations for hearing and ongoing work streams | 1.0 | 832.00 |
| 02/07/22 | K Fournier | L006 | Assist with witness direct examination outlines for LTL motion to dismiss hearing (M. Ryan and T. Mongon) | 3.0 | 2,496.00 |
| 02/07/22 | E Gascoine | L006 | Review and update the current talc trial results chart to assist bankruptcy team | 0.1 | 51.00 |
| 02/07/22 | E Gascoine | L006 | Confer with A. Ingraham (Schwabe) to discuss protocol for plaintiff depositions after notices of depositions were sent by plaintiffs | 0.1 | 51.00 |
| 02/08/22 | K Fournier | L006 | Assist with slide preparation related to mesothelioma and ovarian trial issues for J. Kim (LTL) direct | 3.0 | 2,496.00 |
| 02/08/22 | E Gascoine | L006 | Confer with K. Elder (Jones Skelton) regarding the continuation of the Salcido matter against co-defendants | 0.1 | 51.00 |
| 02/08/22 | T Hoffmann | L006 | Review/analyze issues relating to amicus briefing | 0.5 | 620.00 |
| 02/08/22 | T Hoffmann | L006 | Communicate with K. Fournier regarding same | 0.2 | 248.00 |
| 02/09/22 | E Gascoine | L006 | Research the current status of Doyle case in California and status of case prior to bankruptcy filing to assist bankruptcy counsel with upcoming hearings | 0.3 | 153.00 |
| 02/09/22 | J Romano | L006 | Correspond with K. Fournier regarding issues related to expert witness testimony in Vanklive trial | 0.2 | 159.60 |
| 02/09/22 | A Zumsteg | L006 | Analyze correspondence from and prepare response to A. Karp and K. Fournier regarding procedural | 0.4 | 284.00 |

| 32880 | LTL Management LLC | | | Invoice No. 10511637 | |
|---|---|---|---|---|---|
| 145001 | Chapter 11 Bankruptcy Assistance and Advice | | | Page 10 | |
| 03/31/22 | | | | | |

| Date | Timekeeper | Task | Description | Hours | Value |
|---|---|---|---|---|---|
| | | | history and trial dates for Doyle action | | |
| 02/10/22 | M Bush | L006 | Draft section of response to amicus brief regarding MDLs | 7.2 | 5,220.00 |
| 02/10/22 | K Fournier | L006 | Continued assistance with outline and demonstrative materials for J. Kim (LTL) direct testimony | 2.0 | 1,664.00 |
| 02/10/22 | K Fournier | L006 | Review, edit, and also draft, portions of amici opposition brief (1.5); communications with M. Bush regarding same (.2) | 1.7 | 1,414.40 |
| 02/10/22 | K Fournier | L006 | Bi-weekly WIP call with LTL (J. Kim), J&J (E. Haas, A. White), Jones Day (G. Gordon, D. Prietro), White & Case (J. Lauria) and others to discuss ongoing hearing preparations | 1.2 | 998.40 |
| 02/10/22 | E Gascoine | L006 | Review the court's order regarding providing a status update on bankruptcy stay in McElroy case pending in North Carolina federal court | 0.1 | 51.00 |
| 02/10/22 | E Gascoine | L006 | Confer with D. McCarthy (MG+M) regarding updated deposition notices in Massachusetts cases and protocol on deposition attendance | 0.1 | 51.00 |
| 02/10/22 | E Gascoine | L006 | Confer with P. Price regarding providing a status update on bankruptcy stay in McElroy case pending in North Carolina federal court | 0.1 | 51.00 |
| 02/10/22 | E Gascoine | L006 | Confer with K. Frazier (Shook Hardy) regarding trial results to assist bankruptcy counsel with hearing preparation | 0.1 | 51.00 |
| 02/11/22 | M Bush | L006 | Revise section of response to amicus brief regarding MDLs (1.5); confer with K. Marshall (Jones Day) and B. Wierenga (Jones Day) regarding amicus brief response (.3) | 1.8 | 1,305.00 |
| 02/11/22 | K Fournier | L006 | Continued assistance with demonstrative material for upcoming motion to dismiss | 4.0 | 3,328.00 |

| 32880 | LTL Management LLC | | | | Invoice No. 10511637 |
| 145001 | Chapter 11 Bankruptcy Assistance and Advice | | | | Page 11 |
| 03/31/22 | | | | | |

| Date | Timekeeper | Task | Description | Hours | Value |
|-------|-----------|------|-------------|-------|-------|
| | | | hearing | | |
| 02/11/22 | E Gascoine | L006 | Confer with D. McCarthy (MG+M) regarding response to plaintiff's letter regarding plaintiff's deposition in the Paluzzi case in Massachusetts | 0.1 | 51.00 |
| 02/11/22 | E Gascoine | L006 | Review and update the pending case list for mesothelioma matters to provide to bankruptcy counsel to assist with upcoming hearings | 0.4 | 204.00 |
| 02/11/22 | E Gascoine | L006 | Review the talc trials to provide bankruptcy counsel information on trial results to assist with upcoming hearings | 0.2 | 102.00 |
| 02/11/22 | A Zumsteg | L006 | Analyze correspondence from and prepare response to A. Karp (Skadden) regarding trial-setting for Doyle action | 0.3 | 213.00 |
| 02/14/22 | M Bush | L006 | Review and analyze talc claimants' committee chart regarding mesothelioma verdicts (1.9); confer with K. Fournier, K. Hynes, and E. Gascoine regarding chart of mesothelioma verdicts (.6) | 2.5 | 1,812.50 |
| 02/14/22 | K Fournier | L006 | Attend (Zoom) portions of motion to dismiss hearing | 6.0 | 4,992.00 |
| 02/14/22 | K Fournier | L006 | Coordinate review of movants' demonstrative exhibit 588 regarding talc trial results and communicate issues to M. Rassmussen (Jones Day) | 1.0 | 832.00 |
| 02/14/22 | E Gascoine | L006 | Call with K. Fournier and M. Bush to discuss reviewing plaintiff's exhibits on verdicts to assist bankruptcy counsel with responsive briefing | 0.2 | 102.00 |
| 02/14/22 | E Gascoine | L006 | Confer with K. Hynes and M. Bush regarding plaintiff's filings on verdicts in talc litigation to assist bankruptcy counsel prepare for hearing | 0.5 | 255.00 |
| 02/14/22 | E Gascoine | L006 | Confer with P. Price regarding providing a status update on | 0.1 | 51.00 |

| | | | | | |
|---|---|---|---|---|---|
| 32880 | LTL Management LLC | | | Invoice No. | 10511637 |
| 145001 | Chapter 11 Bankruptcy Assistance and Advice | | | | Page 12 |
| 03/31/22 | | | | | |

| Date | Timekeeper | Task | Description | Hours | Value |
|---|---|---|---|---|---|
| | | | bankruptcy stay in McElroy case pending in North Carolina federal court | | |
| 02/14/22 | E Gascoine | L006 | Review verdicts and transcripts to confirm plaintiff's filings of verdicts in talc litigation to assist bankruptcy counsel prepare for hearing | 1.5 | 765.00 |
| 02/14/22 | K Hynes | L006 | Review proposed demonstrative exhibits for motion to dismiss proceedings | 1.8 | 1,315.80 |
| 02/15/22 | K Fournier | L006 | Attend portions (Zoom) of motion to dismiss hearing | 6.8 | 5,657.60 |
| 02/15/22 | K Fournier | L006 | Gather various requested materials for J. Kim redirect outline and forward to A. Brown (Skadden) | 0.9 | 748.80 |
| 02/15/22 | E Gascoine | L006 | Review all complaints filed after bankruptcy filing to assist bankruptcy counsel with hearing | 0.3 | 153.00 |
| 02/15/22 | E Gascoine | L006 | Confer with B. Ford (Quattlebaum Grooms) regarding how to handle newly filed cases during bankruptcy stay | 0.1 | 51.00 |
| 02/16/22 | K Fournier | L006 | Attend portions (Zoom) of motion to dismiss hearing | 6.0 | 4,992.00 |
| 02/16/22 | E Gascoine | L006 | Review notice of plaintiff's deposition in Lovell matter in Massachusetts to discuss protocol with local counsel D. McCarthy (MG+M) | 0.1 | 51.00 |
| 02/16/22 | E Gascoine | L006 | Review and update talc case tracking chart for insurers and confer with B. Kahn (McCarter English) regarding updates | 0.4 | 204.00 |
| 02/17/22 | K Fournier | L006 | Attend portions (Zoom) of motion to dismiss hearing | 6.5 | 5,408.00 |
| 02/17/22 | K Fournier | L006 | Draft and edit portions of brief in opposition and response to amici filings related to motion to dismiss (1.5); communications with M. Bush regarding same (.3) | 1.8 | 1,497.60 |
| 02/17/22 | E Gascoine | L006 | Review complaints to assist bankruptcy counsel with hearing | 0.9 | 459.00 |

| | | | | | |
|---|---|---|---|---|---|
| 32880 | LTL Management LLC | | | Invoice No. 10511637 | |
| 145001 | Chapter 11 Bankruptcy Assistance and Advice | | | Page 13 | |
| 03/31/22 | | | | | |

| Date | Timekeeper | Task | Description | Hours | Value |
|---|---|---|---|---|---|
| | | | preparation on issues related to naming successors | | |
| 02/17/22 | E Gascoine | L006 | Call and follow up correspondence with K. Fournier to discuss successor issues in complaints reviewed to assist bankruptcy counsel with hearing preparation | 0.4 | 204.00 |
| 02/18/22 | M Bush | L006 | Confer with B. Wierenga (Jones Day) regarding response to law professor amicus brief | 0.5 | 362.50 |
| 02/18/22 | K Fournier | L006 | Attend (Zoom) closing arguments of LTL in motion to dismiss hearing | 2.3 | 1,913.60 |
| 02/18/22 | K Fournier | L006 | Attend portion (Zoom) of preliminary injunction hearing | 3.4 | 2,828.80 |
| 02/18/22 | E Gascoine | L006 | Call with K. Fournier to discuss mesothelioma cases currently in federal court to assist bankruptcy counsel with hearing on preliminary injunction | 0.1 | 51.00 |
| 02/21/22 | K Fournier | L006 | Call with J. Murdica (Barnes & Thornburg) concerning general docket statistics and historic filing trends | 0.5 | 416.00 |
| 02/21/22 | E Gascoine | L006 | Confer with J. Murdica (Barnes & Thornburg) regarding status of pending cases in state and federal court | 0.1 | 51.00 |
| 02/21/22 | E Gascoine | L006 | Review the current pending cases in state and federal court to assist bankruptcy counsel with hearing preparation | 0.2 | 102.00 |
| 02/22/22 | M Bush | L006 | Confer with B. Wierenga (Jones Day) regarding response to amicus brief | 0.3 | 217.50 |
| 02/22/22 | K Fournier | L006 | Review opposition to amicus filings (.8); edit same (1.0) | 1.8 | 1,497.60 |
| 02/22/22 | E Gascoine | L006 | Confer with M. Abate (Kaplan Johnson) regarding protocol for attendance at a deposition in Streck case in Kentucky | 0.1 | 51.00 |
| 02/24/22 | E Gascoine | L006 | Confer with U. Henninger | 0.1 | 51.00 |

| 32880 | LTL Management LLC | | | | Invoice No. 10511637 |
| 145001 | Chapter 11 Bankruptcy Assistance and Advice | | | | Page 14 |
| 03/31/22 | | | | | |

| Date | Timekeeper | Task | Description | Hours | Value |
|------|-----------|------|-------------|-------|-------|
| | | | regarding recent updates to bankruptcy stay after recent hearings were held | | |
| 02/25/22 | K Fournier | L006 | Review PI decision from Judge Kaplan | 0.6 | 499.20 |
| 02/25/22 | K Fournier | L006 | Draft and send "all hands" email to ordinary course professionals concerning Judge Kaplan decisions | 0.5 | 416.00 |
| 02/25/22 | K Fournier | L006 | Review motion to dismiss decision from Judge Kaplan | 1.0 | 832.00 |
| 02/25/22 | E Gascoine | L006 | Confer with U. Henninger and P. Price regarding recent updates to bankruptcy stay after recent hearings were held | 0.1 | 51.00 |
| | | | **Total L006** | **107.8** | **85,695.90** |
| 02/07/22 | P Johnson | L008 | Prepare status report on continuing stay for Strobel appeal (CA) | 0.1 | 85.00 |
| | | | **Total L008** | **0.1** | **85.00** |
| | | | Total | 139.1 | 117,817.40 |

## Expenses Incurred

| Date | Timekeeper | Description | Value |
|------|-----------|-------------|-------|
| 01/28/22 | Bittle, Sara | Filing Fees - VENDOR: Firm Pcard (Yuuki Bittle, Sara) INVOICE#: 4967782702031417 DATE: 2/3/2022 TrueFiling / Stipulation Extending Time to File Appellants' Reply Briefs / RECEIPT # 027219373948 | 10.50 |
| 02/02/22 | Fournier, Kristen | Trial Site - VENDOR: Fournier, Kristen INVOICE#: 4974312802031417 DATE: 2/3/2022 LTL Hearing | 50.00 |
| 02/03/22 | Fournier, Kristen | Trial Site - VENDOR: Fournier, Kristen INVOICE#: 4976934002101432 DATE: 2/10/2022 LTL Court Hearing | 50.00 |
| 02/14/22 | Fournier, Kristen | Trial Site - VENDOR: Fournier, Kristen INVOICE#: 4991675002161450 DATE: 2/16/2022 Virtual Hearing | 50.00 |
| 02/15/22 | Fournier, Kristen | Telephone/Conference Calls - VENDOR: Fournier, Kristen INVOICE#: 4995504902241425 DATE: 2/24/2022 | 50.00 |

| 32880 | LTL Management LLC | | Invoice No. 10511637 |
| 145001 | Chapter 11 Bankruptcy Assistance and Advice | | Page 15 |
| 03/31/22 | | | |

**Expenses Incurred**

| Date | Timekeeper | Description | Value |
|------|-----------|-------------|-------|
| | | Virtual Deposition | |
| | | Total Expenses | 210.50 |

32880      LTL Management LLC                                                    Invoice No. 10511637
145001      Chapter 11 Bankruptcy Assistance and Advice                              Page 16
03/31/22

**Task Summary**

| Task | | Hours | Value |
|------|--|-------|-------|
| L002 | Case Administration | 2.3 | 1,994.10 |
| L004 | Fee/Employment Applications | 28.9 | 30,042.40 |
| L006 | Litigation Counseling | 107.8 | 85,695.90 |
| L008 | Litigation - Work on appeals | 0.1 | 85.00 |
| Total | | 139.1 | 117,817.40 |

# KING & SPALDING

_____

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: Truist Bank (formerly SunTrust Bank)
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

LTL Management LLC
New Brunswick, NJ 08933-7001

| | |
|---|---|
| Invoice No. | 10511637 |
| Invoice Date | 03/31/22 |
| Client No. | 32880 |
| Matter No. | 145001 |

RE: Chapter 11 Bankruptcy Assistance and Advice
Client Matter Reference: JJL2021019389

For questions, contact:
Kristen Fournier 1 212 790 5342

**REMITTANCE**
*Please return this page with your remittance.*

_____

**Amount Due This Invoice**          **$118,027.90**

*Payment is Due Upon Receipt*

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: Truist Bank (formerly SunTrust Bank)
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

LTL Management LLC
New Brunswick, NJ 08933-7001

| | |
|---|---|
| Invoice No. | 10511638 |
| Invoice Date | 03/31/22 |
| Client No. | 32880 |
| Matter No. | 240001 |

RE: 50% LTL / J&J
Client Matter Reference: JJL2021019389 /JJL2021019364

For questions, contact:
Kristen Fournier 1 212 790 5342

For Professional Services Rendered through 02/28/22:

| | | |
|---|---|---:|
| Fees | $ | 1,863.20 |
| Expenses | | 148.50 |
| **Total this Invoice** | **$** | **2,011.70** |

**Allocation by Payor**

| | | | |
|---|---|---|---:|
| Total Due from Johnson & Johnson | 50.00% | $ | 1,005.85 |
| Total Due from LTL Management LLC | 50.00% | $ | 1,005.85 |

32880    LTL Management LLC                        Invoice No. 10511638
240001    50% LTL / J&J                            Page 2
03/31/22

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Description | Hours | Value |
|------|-----------|------|-------------|-------|-------|
| 02/04/22 | K Hynes | L008 | Prudencio (CA) Communications with U. Bhatti (Orrick) related to appellate briefing (.1); compile trial materials for U. Bhatti's review to assist with appellate briefing (.1) | 0.2 | 146.20 |
| 02/07/22 | K Hynes | L008 | Prudencio (CA) Call with U. Bhatti (Orrick) and P. Meyer (Orrick) to discuss posttrial briefing issues and strategy | 1.0 | 731.00 |
| 02/22/22 | K Hynes | L008 | Prudencio (CA) Review Order from court regarding motion to strike or tax costs (.1); discussions with P. Johnson regarding posttrial bond (.1) | 0.2 | 146.20 |
| 02/22/22 | P Johnson | L008 | Review order on costs for potential appeal and confirm sufficiency of appeal bond in Prudencio (CA) | 0.3 | 255.00 |
| 02/23/22 | K Hynes | L008 | Prudencio (CA) Review court order on motion to strike or tax costs (.5); discuss same and corresponding appellate issues with P. Johnson (.3) | 0.8 | 584.80 |
| | | | **Total L008** | **2.5** | **1,863.20** |
| | | | Total | 2.5 | 1,863.20 |

## Expenses Incurred

| | | |
|---|---|---|
| 02/07/22 | VENDOR: Firm PCARD (Gascoine, Evan) INVOICE#: 5000082202221619 DATE: 2/22/2022 J&J subscription to CVN footage. | 49.50 |
| 02/07/22 | VENDOR: Firm PCARD (Gascoine, Evan) INVOICE#: 5000082202221619 DATE: 2/22/2022 J&J subscription to CVN footage. | 49.50 |
| 02/07/22 | VENDOR: Firm PCARD (Gascoine, Evan) INVOICE#: 5000082202221619 DATE: 2/22/2022 J&J subscription to CVN footage. | 49.50 |
| | Total Expenses | 148.50 |

32880      LTL Management LLC                                                    Invoice No. 10511638
240001     50% LTL / J&J                                                                       Page 3
03/31/22


**Task Summary**

| Task | | Hours | Value |
|------|--|-------|-------|
| L008 | Litigation - Work on appeals | 2.5 | 1,863.20 |
| Total | | 2.5 | 1,863.20 |