UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gregory Gennady Plotko
Crowell & Moring LLP
590 Madison Avenue, 19th Floor
New York, New York  10022-2524
Phone:    (212) 530-1924
E-mail:    gplotko@crowell.com

Mark D. Plevin  (*admitted pro hac vice*)
Tacie H. Yoon  (*admitted pro hac vice*)
Crowell & Moring LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C.  20004
Phone:    (202) 624-2500
Email:    mplevin@crowell.com
          tyoon@crowell.com

Paul W. Kalish
Ellen M. Farrell
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
555 12th Street N.W., Suite 1100,
Washington, D.C. 20004
Phone: (202) 434-7331
Email: pwkalish@mintz.com
       emfarrell@mintz.com

*Attorneys for Allianz Global Risk US Insurance Company, f/k/a Allianz Insurance Company and Fireman's Fund Insurance Company*

In Re:

LTL MANAGEMENT LLC,

Debtor.[1]

Case No.:    21-30589 (MBK)

Chapter:    11

Adv. No.:

Hearing Date:    April 12, 2022 at 10:00 a.m.

Judge:    Hon. Michael B. Kaplan

**CERTIFICATION OF SERVICE**

1. I, Tacie H. Yoon:

    ☒ represent Allianz Global Risk US Insurance Company, f/k/a Allianz Insurance Company and Fireman's Fund Insurance Company (the "Allianz Insurers") in this matter.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

- 1 -

☐ am the secretary/paralegal for  , who represents  in this matter.

☐ am the  in this case and am representing myself.

2. On April 6, 2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

- Notice of Appearance and Request for Service of Papers [Dkt. No. 1995]

- Allianz Insurers' Joinder in Travelers' Motion for an Order Adding Travelers as a Mediation Party or, in the Alternative, Modifying the Mediation Order [Dkt. No. 1998]

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:    April 7, 2022                        /s/  *Tacie H. Yoon*
                                              Signature

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| See attached Exhibit A | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2

| EXHIBIT A ||
| --- | --- |
| **NAME** | **EMAIL** |
| Stephen V. Gimigliano<br>John Maloney<br>Robin Rabinowitz<br>Andrew T. Frankel<br>Kathrine McLendon<br>Jeffrey Bohme<br>(Counsel to Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)) | sgimigliano@lawgmm.com<br>jmaloney@lawgmm.com<br>rrabinowitz@lawgmm.com<br>afrankel@stblaw.com<br>kmclendon@stblaw.com<br>Jeffrey.Bohme@stblaw.com |
| Kurt B. Arnold<br>Caj Boatright<br>Roland Christensen<br>Jason Itkin<br>ARNOLD & ITKIN LLP | CBOATRIGHT@ARNOLDITKIN.COM;<br>RCHRISTENSEN@ARNOLDITKIN.COM;<br>JITKIN@ARNOLDITKIN.COM |
| Michelle Parfitt<br>James F. Green<br>Patrick Lyons<br>ASHCRAFT & GEREL, LLP | jgreen@ashcraftlaw.com;<br>plyons@ashcraftlaw.com;<br>mparfitt@ashcraftlaw.com |
| Mary Putnick<br>Daniel Thornburgh<br>AYLSTOCK WITKIN KREIS & OVERHOLTZ PLLC | MARYBETH@PUTNICKLEGAL.COM;<br>DTHORNBURGH@AWKOLAW.COM |
| Cary Joshi<br>BAILEY & GLASSER LLP<br>(Counsel to Official Committee of Talc Claimants) | cjoshi@baileyglasser.com |
| Tobey M. Daluz<br>Leslie C. Heilman<br>Laurel D. Roglen<br>BALLARD SPAHR LLP<br>(Counsel to Albertsons Companies, Inc.) | daluzt@ballardspahr.com;<br>heilmanl@ballardspahr.com;<br>roglenl@ballardspahr.com |
| Joe Vazques<br>BARNES FIRM | JOE.VAZQUEZ@THEBARNESFIRM.COM |
| Charlie Stern<br>Leigh O'Dell<br>BEASLEY ALLEN LAW FIRM | CHARLIE.STERN@BEASLEYALLEN.COM;<br>LEIGH.ODELL@BEASLEYALLEN.COM |
| Ashley S. Rusher<br>BLANCO TACKABERY & MATAMOROS, P.A.<br>(Counsel to Imerys Talc America, Inc.) | asr@blancolaw.com |
| Sunni P. Beville<br>David J. Molton<br>Robert J. Stark<br>BROWN RUDNICK LLP<br>(Counsel to Official Committee of Talc Claimants) | sbeville@brownrudnick.com;<br>dmolton@brownrudnick.com;<br>rstark@brownrudnick.com |

| | |
|---|---|
| Daniel H. Charest<br>BURNS CHAREST LLP<br>(Counsel to Plaintiffs Steering Committee) | dcharest@burnscharest.com |
| Brian Goldstein<br>CELLINO LAW LLP | BRIAN.GOLDSTEIN@CELLINOLAW.COM |
| Bruce Clark<br>CLARK MICHIE, LLP<br>(Counsel to Plaintiff Insurers in NJ Coverage Action) | bruce.clark@clarkmichie.com |
| Konrad R. Krebs<br>Clinton E. Cameron<br>Meghan Dalton<br>CLYDE & CO US LLP<br>(Counsel to The Continental Ins. Co.) | konrad.krebs@clydeco.us;<br>clinton.cameron@clydeco.us;<br>meghan.dalton@clydeco.us |
| Dennis M. Geier<br>Jared M. Placitella<br>Christopher M. Placitella<br>COHEN, PLACITELLA & ROTH, P.C. | DGEIER@CPRLAW.COM;<br>CPLACITELLA@CPRLAW.COM;<br>JMPLACITELLA@CPRLAW.COM |
| Felice R. Yudkin<br>Mark Tsukerman<br>COLE SCHOTZ P.C.<br>(Counsel to Claimants Represented by Barnes Law) | fyudkin@coleschotz.com;<br>mtsukerman@coleschotz.com |
| Evan M. Lazerowitz<br>COOLEY LLP<br>(Counsel to Official Committee of Talc Claimants) | elazerowitz@cooley.com |
| James Layman<br>Suzanne C. Midlige<br>Lorraine M. Armenti<br>COUGHLIN MIDLIGE<br>(Counsel to Arrowood Indemnity Company, Repwest Insurance Company and DARAG Deutsche Versicherungs-und-Ruckversicherungs-AG (as successor in interest to A.G. Securitas) in NJ Coverage Action) | jlayman@cmg.law; smidlige@cmg.law;<br>larmenti@cmg.law |
| John A. Dalimonte<br>Jennifer Orendi<br>Gregory Rueb<br>DALIMONTE RUEB STOLLER, LLP | JOHN@DRLAWLLP.COM;<br>GREG@DRLAWLLP.COM |
| David Christian<br>DAVID CHRISTIAN ATTORNEYS LLC<br>(Counsel to The Continental Ins. Co.) | dchristian@dca.law |
| Jessica Dean<br>J. Bradley Smith<br>Charles W. Branham III<br>DEAN OMAR BRANHAM SHIRLEY, LLC | JDEAN@DOBSLEGAL.COM;<br>TBRANHAM@DOBSLEGAL.COM;<br>BSMITH@DOBSLEGAL.COM |

| | |
|---|---|
| William E. McGrath<br>Richard J. Orr<br>DILWORTH PAXSON<br>(Counsel to Affiliated FM Insurance Company, Employers Mutual Casualty Company, Munich Reinsurance America, Inc., and Westport Insurance Corp. f/k/a Puritan Ins. Co. in the NJ Coverage Action) | wmcgrath@dilworthlaw.com;<br>rorr@dilworthlaw.com |
| Aidan McCormack<br>Brian Seibert<br>DLA PIPER LLP (US)<br>(Counsel to Century Insurers) | aidan.mccormack@dlapiper.com;<br>brian.seibert@dlapiper.com |
| Philip R. Matthews<br>Sommer L. Ross<br>DUANE MORRIS LLP<br>(Counsel to Republic Indemnity) | prmatthews@duanemorris.com;<br>slross@duanemorris.com |
| Eamon O'Hagan, Esq.<br>(Counsel to Pension Benefit Guaranty Corp.) | eamonn.ohagan@usdoj.gov |
| Thomas A. Pitta<br>EMMET, MARVIN & MARTIN LLP<br>(Counsel to PTI Union LLC & PTI Royston LLC) | tpitta@emmetmarvin.com |
| Attn: LTL Case Team<br>EPIQ CORPORATE RESTRUCTURING, LLC | ltlinfo@epiqglobal.com |
| Darren McDowel<br>Majed Machawati<br>FEARS NACHAWATI LAW FIRM | DMCDOWELL@FNLAWFIRM.COM |
| Leslie Rothenberg<br>Jose Becerr<br>FERRARO LAW FIRM | LBR@FERRAROLAW.COM;<br>JLB@FERRAROLAW.COM |
| Ethan Flint<br>FLINT LAW FIRM LLC | EFLINT@FLINTLAW.COM |
| Daniel M. Stoltz<br>Donald W. Clarke<br>Matthew I. W. Baker<br>GENOVA BURNS LLC<br>(Counsel to Offic. Commit. Of Talc Claimants) | dstolz@genovaburns.com;<br>dclarke@genovaburns.com;<br>mbaker@genovaburns.com |
| Richard Golomb<br>Andrew Spirit<br>Kenneth Grunfeld<br>GOLOMB SPIRT GRUNFELD, PC | KGRUNFELD@GOLOMBHONIK.COM;<br>RGOLOMB@GOLOMBHONIK.COM;<br>ASPIRT@GOLOMBHONIK.COM;<br>KGOLOMB@GOLOMBLEGAL.COM |
| Nancy Isaacson<br>GREENBAUM, ROWE, SMITH & DAVIS LLP<br>(Counsel to Motley Rice LLC) | nisaacson@greenbaumlaw.com |

| | |
|---|---|
| Alan J. Brody<br>GREENBERG TAURIG, LLP<br>(Counsel to Bausch Health) | brodya@tlaw.com |
| Alan D. Halperin<br>Donna H. Lieberman<br>HALPERIN BATTAGLIA BENZIJA LLP<br>(Counsel to Blue Cross Blue Shield) | ahalperin@halperinlaw.net;<br>dlieberman@halperinlaw.net |
| Steven Smith<br>Rachel Ginzburg<br>HERRICK FEINSTEIN LLP<br>(Counsel to the Amici Professors) | ssmith@herrick.com; rginzburg@herrick.com |
| Elizabeth Carter<br>HILL HILL CARTER FRANCO COLE & BLACK, PC | ecarter@hillhillcarter.com |
| John E. DeLascio<br>Scott M. Seaman<br>HINSHAW & CULBERTSON<br>(Counsel to Affiliated FM Insurance Company in NJ Coverage Action) | JDeLascio@hinshawlaw.com;<br>SSeaman@hinshawlaw.com |
| Ruben Honik<br>David Stanoch<br>HONIK LLC | RUBEN@HONIKLAW.COM;<br>DAVID@HONIKLAW.COM |
| Christopher L. Kiplok<br>William J. Beausoleil<br>Erin E. Diers<br>HUGHES HUBBARD & REED LLP<br>(Counsel to Imerys SA) | CHRIS.KIPLOK@HUGHESHUBBARD.COM;<br>WILLIAM.BEAUSOLEIL@HUGHESHUBBARD.COM;<br>ERIN.DIERS@HUGHESHUBBARD.COM |
| James C. White<br>J.C. WHITE LAW GROUP PLLC<br>(Counsel to Onderlaw, LLC) | jwhite@jcwhitelaw.com |
| Judy D. Thompson<br>JD THOMPSON LAW<br>(Counsel to Barnes Law Group Plaintiffs) | jdt@jdthompsonlaw.com |
| Gregory M. Gordon<br>Brad B. Erens<br>Dan B. Prieto<br>Amanda Rush<br>JONES DAY<br>(Counsel to Debtor) | gmgordon@jonesday.com;<br>dbprieto@jonesday.com;<br>asrush@jonesday.com; bberens@jonesday.com |
| Eric Karst<br>KARST & VON OISTE LLP | EPK@KARSTVONOISTE.COM |
| David S. Rosner<br>Robert M. Novick<br>Michael E. Hutchins<br>Andrew S. Golden<br>KASOWITZ BENSON TORRES LLP<br>(Counsel to Cyprus Mines Corporation) | drosner@kasowitz.com;<br>rnovick@kasowitz.com;<br>agolden@kasowitz.com;<br>mhutchins@kasowitz.com |

| | |
|---|---|
| Shaya Rochester<br>Katherin A. Scherling<br>Kelsey R. Panizzolo<br>KATTEN MUCHIN ROSENMAN LLP<br>(Counsel to Plaintiff Insurers) | shaya.rochester@katten.com;<br>katherine.scherling@katten.com;<br>kelsey.panizzolo@katten.com |
| Daniel Schilling<br>Brian Michael Sher<br>KAUFMAN BORGEEST & RYAN<br>(Counsel to Midstate Reinsurance Corp. in the NJ Coverage Action) | dschilling@kbrlaw.com; bsher@kbrlaw.com |
| Joseph Satterley<br>Steven Kazan<br>Denyse F. Clancy<br>KAZAN MCCLAIN SATTERLY & GREENWOOD PLC | JSATTERLEY@KAZANLAW.COM |
| Heather E. Simpson<br>KENNEDYS CMK LLP<br>(Counsel to TIG Insurance Co. & Everest Reinsurance Co.) | heather.simpson@kennedyslaw.com |
| Paul R. Kiesel<br>Melanie Palmer<br>KIESEL LAW, LLP | ZUKIN@KIESEL.LAW;<br>KIESEL@KIESEL.LAW;<br>PALMER@KIESEL.LAW |
| Chelsea Corey<br>Richard A. Schneider<br>KING & SPALDING LLP<br>(Counsel to Bestwall LLC) | ccorey@kslaw.com; dschneider@kslaw.com |
| Carol A. Slocum<br>Morton R. Branzburg<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>(Counsel to Ad Hoc Mesothelioma Committee) | cslocum@klehr.com |
| Michael L. Tuchin<br>Robert J. Pfister<br>Samuel M. Kidder<br>Nir Maoz<br>KTBS LAW LLP<br>(Counsel to Aylstock, Witkin, Kries & Overholtz, PLLC) | nmaoz@ktbslaw.com; skidder@ktbslaw.com;<br>rpfister@ktbslaw.com; mtuchin@ktbslaw.com |
| Michaela A. Akselrud<br>LANIER LAW FIRM | MICHAEL.AKSELRUD@LANIERLAWFIRM.COM |
| Jeffrey E. Bjork<br>Kimberly A. Posin<br>Amy C. Quartarolo<br>Adam S. Ravin<br>LATHAM & WATKINS LLP<br>(Counsel to Imerys Talc America, Inc., etc.) | jeff.bjork@lw.com; kim.posin@lw.com;<br>amy.quartarolo@lw.com; adam.ravin@lw.com |

| | |
|---|---|
| Brian W. Hofmeister<br>LAW FIRM OF BRIAN W HOFMEISTER, LLC<br>(Counsel to Various Claimants) | bwh@hofmeisterfirm.com |
| Mitchell Malzberg<br>LAW OFFICES OF MITCHELL J. MALZBERG, LLC<br>(Counsel to Various Claimants) | mmalzberg@mjmalzberglaw.com |
| R. Keith Johnson<br>LAW OFFICES OF R. KEITH JOHNSON, P.A.<br>(Counsel to Linda Rabasca & Brandi Carl) | kjparalegal@bellsouth.net |
| Christopher Tisi<br>LEVIN PAPANTONIO RAFFERTY | ctisis@levinlaw.com |
| Moshe Maimon<br>Jerome Block<br>Audrey Raphael<br>LEVY KONIGSBERG LLP<br>(Counsel to Randy Derouen) | MMAIMON@LEVYLAW.COM;<br>JBLOCK@LEVYLAW.COM |
| E. Richard Dressel<br>LEX NOVA LAW LLC<br>(Counsel to Erwin Chemerinsky) | rdressel@lexnovalaw.com |
| Jay Lavroff<br>LINDABURY, McCORMICK, ESTABROOK & COOPER, P.C.<br>(Counsel to First State Ins. Co. and Hartford Accident and Indemnity Co. in the NJ Coverage Action) | jlavroff@lindabury.com |
| Allen J. Underwood II<br>LITE DEPALMA GREENBERG & AFANADOR, LLC<br>(Counsel to DiSanto) | aunderwood@litedepalma.com |
| Kenneth A. Rosen<br>Mary E. Seymour<br>LOWENSTEIN SANDLER LLP<br>(Counsel to Johnson & Johnson) | krosen@lowenstein.com;<br>mseymour@lowenstein.com |
| John Kim<br>LTL MANAGEMENT LLC<br>(Debtor) | jkim2@its.jnj.com |
| Robert W. Miller<br>MANIER & HEROD, P.C.<br>(Counsel to Westchester Fire Insurance Company) | rmiller@manierherod.com |
| Laila Masud<br>MARSHACK HAYS LLP<br>(Counsel to Various Talc Claimants) | lmasud@marshackhays.com |
| T. Barton Frence<br>MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC | BFRENCH@MRHFMLAW.COM |

| | |
|---|---|
| Brett D. Kahn<br>Thomas W. Ladd<br>MCCARTER & ENGLISH LLP | bkahn@mccarter.com;<br>tladd@mccarter.com |
| Anthony Sodono<br>Sari Placona<br>MCMANIMON, SCOTLAND & BAUMANN, LLC<br>(Counsel to Alishia Landrum) | asodono@msbnj.com;<br>splacona@msbnj.com |
| Eileen T. McCabe<br>Stephen T. Roberts<br>MENDES & MOUNT LLP<br>(Counsel to Plaintiff Insurers) | eileen.mccabe@mendes.com;<br>stephen.roberts@mendes.com |
| Curtis G. Hoke<br>MILLER FIRM, LLC | CHOKE@MILLERFIRMLLC.COM |
| Richard S. Wright<br>Andrew T. Houston<br>Caleb Brown<br>MOON WRIGHT & HOUSTON, PLLC<br>(Counsel to Arnold & Itkin Plaintiffs) | rwright@mwhattorneys.com;<br>ahouston@mwhattorneys.com;<br>cbrown@mwhattorneys.com |
| Hillary B. Crabtree<br>MOORE & VAN ALLEN PLLC<br>(Counsel to J&J and J&J Consumer Inc.) | hillaryrcrabtree@mvalaw.com |
| Leslie A. Berkoff<br>Allison Arotsky<br>MORITT HOCK & HAMROFF LLP<br>(Counsel to PTI Union, LLC et al.) | lberkoff@moritthock.com<br>aarotsky@moritthock.com |
| John D. Hurst<br>Carmen S. Scott<br>Daniel R. Lapinski<br>MOTLEY RICE LLC<br>(Counsel to Plaintiffs) | JHURST@MOTLEYRICE.COM;<br>CSCOTT@MOTLEYRICE.COM;<br>dlapinski@motleyrice.com |
| Katharine Anne Lechleitner<br>Pamela J. Minetto<br>Lloyd A. Gura<br>MOUND COTTON WOLLAN & GREENGRASS<br>(Counsel to The Continental Insurance Co. in the NJ Coverage Action) | klechleitner@moundcotton.com;<br>pminetto@moundcotton.com;<br>lgura@moundcotton.com |
| James D. Heisman<br>Christopher Lopalo<br>NAPOLI SHKOLNIK PLLC | CLOPALO@NAPOLILAW.COM |
| Robert I. Pettoni<br>Scott Ryskoski<br>NATIONWIDE<br>(Counsel to Employers Insurance Company of Wausau and National Casualty Company in the NJ Coverage Action) | Pettonr@nationwide.com;<br>ryskos1@nationwide.com |

- 7 -

| | |
|---|---|
| Rachel R. Obaldo<br>Autumn D. Highsmith<br>OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>(Counsel for the State of Texas) | rachel.obaldo@oag.texas.gov;<br>autumn.highsmith@oag.texas.gov |
| Lauren Bielskie<br>Jeffrey M. Sponder<br>Mitchell B. Hausman<br>OFFICE OF THE US TRUSTEE | lauren.bielskie@usdoj.gov;<br>jeffrey.m.sponder@usdoj.gov;<br>Mitchell.B.Hausman@usdoj.gov |
| Paul J. Winterhalter<br>Paul R. Baynard<br>OFFIT KURMAN, P.A.<br>(Counsel to Aylstock, Witkin, Kreis & Overholtz, PLLC) | paul.baynard@offitkurman.com;<br>pwinterhalter@offitkurman.com |
| James Onder<br>ONDERLAW, LLC | ONDER@ONDERLAW.COM |
| John Bougiamas<br>Melanie L. Cyanowski<br>Adam C. Silverstain<br>OTTERBOURG P.C.<br>(Counsel to Plaintiff's Steering Committee) | jbougiamas@otterbourg.com;<br>mcyganowski@otterbourg.com;<br>asilverstein@otterbourg.com |
| Laura Jones<br>Karen Dine<br>Colin Robinson<br>Peter Keane<br>PACHULSKI STANG ZIEHL & JONES LLP<br>(Counsel to Arnold & Itkin) | ljones@pszjlaw.com;<br>kdine@pszjlaw.com;<br>crobinson@pszjlaw.com;<br>pkeane@pszjlaw.com |
| Ashley A. Edwards<br>PARKER POE ADAMS & BERNSTEIN LLP<br>(Counsel to The Continental Insurance Company) | ashleyedwards@parkerpoe.com |
| Charles M. Rubio<br>Lenard M. Parkins<br>PARKINS LEE & RUBIO LLP<br>(Counsel to Onderlaw, LLC) | crubio@parkinslee.com;<br>lparkins@parkinslee.com |
| Carolyn J. Lachman<br>Simon J. Torres<br>PENSION BENEFIT GUARANTY CORPORATION | lachman.carolyn@pbgc.gov; efile@pbgc.gov;<br>torres.simon@pbgc.gov; efile@pbgc.gov |
| Rachel A. Parisi<br>PORZIO, BROMBERG & NEWMAN, P.C.<br>(Counsel to Rio Tinto America Holdings Inc.) | raparisi@pbnlaw.com;<br>kdcurtin@pbnlaw.com |
| Joanna L. Crosby<br>POWELL & ROMAN<br>(Counsel to Safety National Casualty Corp. in the NJ Coverage Action) | jcrosby@lawppl.com |

- 8 -

| | |
|---|---|
| Seth H. Leiberman<br>Andrew S. Richmons<br>PRYOR CASHMAN LLP<br>(Counsel to William Hart Plaintiffs) | slieberman@pryorcashman.com;<br>arichmond@pryorcashman.com |
| Jonathan Rabinowitz<br>RABINOWITZ, LUBETKIN & TULLY, LLC<br>(Counsel to Professor J. Maria Glover) | jrabinowitz@rltlawfirm.com |
| Randi S. Ellis<br>(Future Talc Claimants Represenative) | randi@randiellis.com |
| Mark D. Fischer<br>Robert C. Griffith<br>RAWLINGS & ASSOCIATES<br>(Counsel to Blue Cross Blue Shield) | mdf@rawlingsandassociates.com;<br>rgl@rawlingsandassociates.com |
| Richard Rayburn, Jr.<br>John R. Miller, Jr.<br>Matthew L. Tomsic<br>RAYBURN COOPER & DURHAM, P.A.<br>(Counsel to Debtor) | rrayburn@rcdlaw.net; jmiller@rcdlaw.net;<br>mtomsic@rcdlaw.net |
| Paul M. Singer<br>Jason D'Angelo<br>Derek J. Baker<br>REED SMITH LLP<br>(Counsel to Cyprus Mines Corp.) | psinger@reedsmith.com;<br>jangelo@reedsmith.com;<br>dbaker@reedsmith.com |
| Paul Gorfinkel<br>RIVKIN RADLER LLP<br>(Counsel to Sentry Insurance a Mutual Company as the Assumptive Reinsurer of Great Southwest Fire Insurance Company in the NJ Coverage Action) | Paul.gorfinkel@rivkin.com |
| Mark P. Robinson, Jr.<br>ROBINSON, CALCAGNIE, ROBINSON, SHAPIRO, DAVIS INC. | mrobinson@robinsonfirm.com |
| Brian J. McCormick, Jr.<br>ROSS FELLER CASEY, LLP | bmccormick@rossfellercasey.com |
| Joshua D. Weinberg<br>Joshua P. Mayer<br>RUGGERI PARKS WEINBERG LLP<br>(Counsel to First State Ins. Co. and Hartford Accident and Indemnity Co.) | jweinberg@ruggerilaw.com;<br>jmayer@ruggerilaw.com |
| John M. August<br>Marc E. Wolin<br>SAIBER LLC<br>(Counsel to Kristie Lyn Doyle) | jaugust@saiber.com;<br>mwolin@saiber.com |
| Charles S. Schalk<br>John . Bracaglia, Jr.<br>SAVO, SCHALK, GILLESPIE, O'GRODNICK & FISHER, P.A.<br>(Counsel to Jeanne Stephenson) | schalk@centraljerseylaw.com;<br>brokaw@centraljerseylaw.com |

| | |
|---|---|
| Arthur J. Abramowitz<br>Alan I. Moldoff<br>Ross J. Switkes<br>SHERMAN SILVERSTEIN KOHL ROSE & PODOLSKY, P.A.<br>(Counsel to Official Committee of Talc Claimants) | aabramowitz@shermansilverstein.com;<br>amoldoff@shermansilverstein.com;<br>rswitkes@shermansilverstein.com |
| James Kramer<br>SIMMONS HANLY CONROY LLC | JKRAMER@SIMMONSFIRM.COM |
| Chris Panatier<br>SIMON GREENSTONE PANATIERE BARTLETT, PC<br>(Counsel to Bausch Health) | CPANATIER@SGPBLAW.COM |
| Sandeep Qusba<br>Craig S. Waldman<br>Jamie J. Fell<br>Zachary J. Wiener<br>SIMPSON THACHER & BARTLETT LLP<br>(Counsel to Bausch Health) | squsba@stblaw.com<br>cwaldman@stblaw.com<br>jamie.fell@stblaw.com<br>zachary.weiner@stblaw.com |
| Andreas D. Milliaressis<br>Joseph H. Huston, Jr.<br>STEVENS & LEE, P.C.<br>(Counsel to Hartford Accident and Indemnity Co.) | andreas.milliaressis@stevenslee.com;<br>joseph.huston@stevenslee.com |
| D. Todd Matthews<br>Beth Gori<br>Sara Salger<br>THE GORI LAW FIRM | BETH@GORIJULIANLAW.COM;<br>SARA@GORIJULIANLAW.COM;<br>TODD@GORIJULIANLAW.COM |
| Andrew J. Kelly<br>THE KELLY FIRM, P.C.<br>(Counsel to BCBS of Massachusetts) | akelly@kbtlaw.com |
| Janet A. Shapiro<br>THE SHAPIRO LAW FIRM<br>(Counsel to Employers Ins. Co. of Wausau & National Casualty Company) | jshapiro@shapirolawfirm.com |
| Albert Togut<br>Frank Oswald<br>Brian Shaughnessy<br>TOGUT, SEGAL & SEGAL LLP<br>(Counsel to Roger Frankel) | altogut@teamtogut.com;<br>frankoswald@teamtogut.com;<br>bshaughnessy@teamtogut.com |
| Fletcher V. Trammell<br>TRAMMELL PC | FLETCH@TRAMMELLPC.COM |
| Louis A. Modugno<br>TRIF & MODUGNO LLC<br>(Counsel to Plaintiff Insurers) | lmodugno@tm-firm.com |
| J. Zachary Balasko<br>US DEPARTMENT OF JUSTICE, CIVIL DIVISION<br>(Counsel to United States of America) | john.z.balasko@usdoj.gov |

| | |
|---|---|
| Steven M. Abramowitz<br>VINSON & ELKINS LLP<br>(Counsel to Cyprus Amax Minerals Co.) | sabramowitz@velaw.com |
| William M. Graham<br>WALLACE & GRAHAM PA<br>(Counsel to Dean Omar Branham Shirley LLP) | bgraham@wallacegraham.com |
| Paula A. Fanning<br>Norman J. Leonard<br>WARD AND SMITH, P.A. | paf@wardandsmith.com;<br>njl@wardandsmith.com |
| Ellen Relkin<br>Danny Kraft<br>Lisa N. Busch<br>Justine Delany<br>Perry Weitz<br>WEITZ & LUXENBERG, P.C. | ERELKIN@WEITZLUX.COM;<br>DKRAFTJR@WEITZLUX.COM;<br>JDELANEY@WEITZLUX.COM;<br>LBUSCH@WEITZLUX.COM |
| Jessica Lauria<br>Glenn M. Kurtz<br>Michael C. Shepherd<br>Laura L. Femino<br>Blair Warner<br>Richard Pasainotto<br>WHITE & CASE LLP<br>(Counsel to J&J and J&J Consumer Inc.) | JESSICA.LAURIA@WHITECASE.COM;<br>GKURTZ@WHITECASE.COM;<br>RICARDO.PASIANOTTO@WHITECASE.COM; mshepherd@whitecase.com;<br>laura.femino@whitecase.com;<br>blair.warner@whitecase.com |
| Andrew K. Craig<br>Stefano Calogero<br>WINDELS MARX LANE & MITTENDORF LLP<br>(Counsel to Allstate Insurance Co.) | acraig@windelsmarx.com;<br>scalogero@windelsmarx.com |
| James N. Lawlor<br>Paul DeFilippo<br>Lyndon M. Tretter<br>Joseph F. Pacello<br>WOLLMUTH MAHER & DEUTSCH LLP<br>(Local Counsel to Debtor) | jlawlor@wmd-law.com;<br>pdefilippo@wmd-law.com;<br>ltretter@wmd-law.com;<br>jpacelli@wmd-law.com;<br>baxelrod@wmd-law.com |
| Matthew Ward<br>Ericka Johnson<br>WOMBLE BOND DICKINSON (US) LLP<br>(Counsel to Ad Hoc Committee of States Holding Consumer Protection Claims) | matthew.ward@wbd-us.com<br>ericka.johnson@wbd-us.com |
| W. Gerald McElroy, Jr.<br>ZELLE LLP<br>(Counsel to Employers Insurance Company of Wausau and National Casualty Company in the NJ Coverage Action) | wmcelroy@zelle.com |