| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**GOLOMB SPIRT GRUNFELD, P.C.**<br>Richard Golomb, Esq.<br>1835 Market Street, Suite 2900<br>Philadelphia, PA 19103<br>(215) 985-9177<br>rgolomb@golomblegal.com<br>*Counsel for Claimant Brandi Carl* | |
| In re:<br><br>LTL MANAGEMENT, LLC,[1]<br><br>                     Debtor. | Chapter 11<br><br>Case No.: 21-30589 (MBK)<br><br>Honorable Michael B. Kaplan<br><br>**Hearing Date and Time:**<br>**April 12, 2022 at 10:00 am** |

### NOTICE OF CLAIMANT BRANDI CARL'S MOTION FOR AN ORDER APPOINTING MS. CARL TO THE OFFICIAL COMMITTEE OF TALC CLAIMANTS

**PLEASE TAKE NOTICE THAT**, on April 12, 2022, at 10:00 am or as soon thereafter as counsel may be heard, Brandi Carl, by and through the undersigned counsel, shall move before the Honorable Michael B. Kaplan, United States Bankruptcy Judge, at the United States Bankruptcy Court, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, Courtroom No. 8, for entry of an order appointing Claimant Brandi Carl as a member of the Official Committee of Talc Claimants after the Official Committee of Talc Claimants I and Official Committee of Talc Claimants II are disbanded on April 12, 2022.

**PLEASE TAKE FURTHER NOTICE** that the Movant shall reply upon the Motion and Certification submitted herewith.

---

[1] The last four digits of Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

2

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to the Motion must be filed with the Court and served upon all counsel as set forth in the Order Shortening Time.

Dated: April 8, 2022

Respectfully submitted,

**GOLOMB SPIRT GRUNFELD, P.C.**

By: /s/ *Richard Golomb*
Richard Golomb, Esq.
1835 Market Street, Suite 2900
Philadelphia, PA 19103
Tel: 215-985-9177
Fax: 215-985-4169
Email: rgolomb@golomblegal.com

*Attorney for Claimant Brandi Carl*

2