| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**GOLOMB SPIRT GRUNFELD, P.C.**<br>Richard Golomb, Esq.<br>1835 Market Street, Suite 2900<br>Philadelphia, PA 19103<br>(215) 985-9177<br>rgolomb@golomblegal.com<br>*Counsel for Claimant Brandi Carl* | |
| In re:<br><br>LTL MANAGEMENT, LLC,<br><br>                              Debtor. | Chapter 11<br><br>Case No.:  21-30589 (MBK)<br><br>Honorable Michael B. Kaplan |

**ORDER APPOINTING CLAIMANT BRANDI CARL AS MEMBER OF THE OFFICIAL COMMITTEE OF TALC CLAIMANTS**

The relief set forth on the following page 2 is hereby **ORDERED.**

Dated: April __, 2022

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: In re LTL Management LLC
Case No: 21-30589 (MBK)
Caption: Order Appointing Claimant Brandi Carl as a Member of Official Committee of Talc Claimants

**THE COURT**, having considered the December 23, 2021 *Notice of the United States Trustee's Filing of Reconstituted and Amended: (i) Notice of Appointment of Official Committee of Talc Claimants I; and (ii) Notice of Appointment of Official Committee of Talc Claimants II*, wherein Claimant Brandi Carl was appointed to the Official Committee of Talc Claimants I [D.I. 965] (the "UST Notice"); and the Court having entered an Order on January 26, 2022, striking the UST Notice, without prejudice [D.I. 1273]; and the Court having subsequently Ordered that the committees formed pursuant to the UST Notice be disbanded on April 12, 2022 [D.I. 1923]; and the Court having considered the Motion of Claimant Brandi Carl for Appointment to the Official Committee of Talc Claimants; and the Court having considered all arguments in opposition thereto;

IT IS HEREBY ORDERED THAT:

1. The Motion of Claimant Brandi Carl for Appointment to the Official Committee of Talc Claimants is granted.

2. The Official Committee of Talc Claimants created by the Order Appointing the Official Committee of Talc Claimants [D.I. 355] entered by the United States Bankruptcy Court for the Western Division of North Carolina is hereby amended to add Claimant Brandi Carl as a member.