UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Golomb Spirt Grunfeld P.C.
Richard Golomb, Esq.
1835 Market Street, Suite 2900
Philadelphia, Pennsylvania 19103
(215) 985-9177
rgolomb@golomblegal.com

Attorneys for Claimant Brandi Carl

Order Filed on April 8, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

LTL MANAGEMENT, LLC

Case No.: 21-30589

Chapter: 11

Judge: Michael B. Kaplan

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: April 8, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the application of _____Richard Golomb, Esq._____ for the reduction of time for a hearing on __Motion of Claimant Brandi Carl for Appointment to the Official Committee of Talc Claimants_____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____May 4, 2022_____ at __10:00 am__ in the United States Bankruptcy Court, _____402 East State Street, Trenton, NJ 08608_____, Courtroom No. __8__ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: __Debtor, Debtor's Counsel, Official Committee of Talc Claimants, Office of The United States Trustee, and all other parties on the Service List established by the Order Establishing Certain Notice, Case Mana__ by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____
by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within __1__ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute the motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.1/12/22*