UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)
ATTORNEYS FOR DEBTOR

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>                        Debtor. | Chapter 11<br><br>Case No.: 21-30589 (MBK)<br><br>Judge: Michael B. Kaplan |

**MODIFIED LOCAL FORM
CERTIFICATION OF NO OBJECTION REGARDING MONTHLY
FEE STATEMENT OF JONES DAY FOR THE PERIOD OF
DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021**
**DOCUMENT NO. 1868**

The court authorized, under D.N.J. LBR 2016-3(a), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professionals* [Dkt. No. 761] and *Order Modifying Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professionals* [Dkt. No. 870], compensation to professionals on a monthly basis. Under the *Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professionals* [Dkt. No. 761], objections to the Monthly Fee Statement filed on March 25, 2022 were to be filed and served not later than April 8, 2022. I,

---

[1]     The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

Paul R. DeFilippo certify that, as of April 11, 2022, I have reviewed the court's docket in this case and no answer, objection, or other responsive pleading to the above Monthly Fee Statement has been filed.

Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of this Certification.

Date: April 11, 2022                                    ___/s/ Paul R. DeFilippo_____
                                                        Signature

*rev.8/1/15*