| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**GOLOMB SPIRT GRUNFELD, P.C.**<br>Richard Golomb, Esq.<br>1835 Market Street, Suite 2900<br>Philadelphia, PA 19103<br>(215) 985-9177<br>rgolomb@golomblegal.com<br>*Counsel for Claimant Brandi Carl* | |
| In re:<br><br>LTL MANAGEMENT, LLC,[1]<br><br>                Debtor. | Chapter 11<br><br>Case No.: 21-30589 (MBK)<br><br>Honorable Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1.    I, Richard M. Golomb, Esq. of the law firm Golomb Spirt Grunfeld, P.C., represent Claimant Brandi Carl in this matter.

2.    On April 8, 2022 I filed the following documents with the Clerk of the United States Bankruptcy Court using the CM/ECF System:

- Notice of Motion and Motion of Claimant Brandi Carl for Entry of an Order Appointing Claimant Brandi Carl as a Member of the Official Committee of Talc Claimants after the Official Committee of Talc Claimants I and Official Committee of Talc Claimants II are Disbanded on April 12, 2022; and,

- Application for Order Shortening Time for Notice, Setting Hearing and Limiting Notice with Proposed Order.

---

[1] The last four digits of Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

2

      3.      On April 11, 2022, I sent copies of the above pleadings and/or documents to the parties listed in the chart attached.

      4.      I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

      /s/ Richard M. Golomb
      RICHARD M. GOLOMB

Date:  April 11, 2022

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| LTL Management, LLC<br>501 George Street<br>New Brunswick, NJ 08933 | Debtor | Regular Mail (Pursuant to Order Shortening Time and Limiting Notice (ECF 1920) (As authorized By the court or by rule. Cite the rule if applicable). |
| See attached Exhibit A | | Via email Pursuant to Order Shortening Time and Limiting Notice (ECF 1920) (As authorized By the court or by rule. Cite the rule if applicable). |