Mark Falk
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, N.J. 07102
(973) 757-1100

*Counsel for Randi S. Ellis, Legal
Representative for Future Talc Claimants*

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC, | Case No. 21-30589 |
| Debtor. | Honorable Michael B. Kaplan |

**NOTICE OF ELECTION OF RANDI S. ELLIS AS LEGAL REPRESENTATIVE FOR FUTURE TALC CLAIMANTS TO BE A PARTY TO THE AGREED PROTECTIVE ORDER GOVERNING CONFIDENTIAL INFORMATION BETWEEN THE DEBTOR, LTL MANAGEMENT LLC AND THE OFFICIAL COMMITTEE OF TALC CLAIMANTS (ECF NO. 948)**

Notice is hereby given pursuant to Section S of the December 21, 2021 Agreed Protective Order Governing Confidential Information between the Debtor, LTL Management LLC ("Debtor") and the Official Committee of Talc Claimants ("Committee") (ECF No. 948) ("Protective Order"), that Randi S. Ellis, as legal representative for future talc claimants in the Debtor's Chapter 11 case (the "FTCR") elects to be a Party to the Protective Order.

Dated: April 11, 2022

Respectfully submitted,

*s/Mark Falk*

Mark Falk
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, N.J. 07102
(973) 757-1100

*Counsel for Randi S. Ellis, Legal Representative for Future Talc Claimants*

## CERTIFICATE OF SERVICE

I certify that the foregoing NOTICE OF ELECTION OF RANDI S. ELLIS AS LEGAL REPRESENTATIVE FOR FUTURE TALC CLAIMANTS TO BE A PARTY TO THE AGREED PROTECTIVE ORDER GOVERNING CONFIDENTIAL INFORMATION BETWEEN THE DEBTOR, LTL MANAGEMENT LLC AND THE OFFICIAL COMMITTEE OF TALC CLAIMANTS (ECF NO. 948) was filed with the Court via the CM/ECF system on April 11, 2022, and served via that system on all parties receiving electronic notices in these Chapter 11 cases.

Dated: April 11, 2022                                          *s/Mark Falk*
                                                                                    Mark Falk