**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

**OFFIT KURMAN, P.A.**
Paul J. Winterhalter, Esq. (006961986)
99 Wood Avenue South, Suite 302
Iselin, NJ 08830
Telephone: (267) 338-1370
Facsimile: (267) 338-1335
E-mail: pwinterhalter@offitkurman.com

**KTBS LAW LLP**
Michael L. Tuchin, Esq. (*pro hac vice*)
Robert J. Pfister, Esq. (*pro hac vice*)
Samuel M. Kidder, Esq. (*pro hac vice*)
Nir Maoz, Esq. (*pro hac vice*)
1801 Century Park East, 26th Floor
Los Angeles, CA 90067
Telephone: (310) 407-4000
Facsimile: (310) 407-9090
Email: mtuchin@ktbslaw.com
     rpfister@ktbslaw.com
     skidder@ktbslaw.com
     nmaoz@ktbslaw.com

*Attorneys for Aylstock, Witkin, Kreis & Overholtz,*
*PLLC*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.:  21-30589 |
| Debtor. | Judge:  Michael B. Kaplan |

## CERTIFICATE OF SERVICE

I, Shanda D. Pearson, hereby certify that:

1.      I am over the age of eighteen years, am employed by KTBS Law LLP, and am not

a party to the action herein.

---

[1]  The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George
Street, New Brunswick, New Jersey 08933.

183947.1

2.      On April 8, 2022, I served the following documents:

      1.      *Motion of Aylstock, Witkin, Kreis & Overholtz, PLLC to Dismiss Bankruptcy Case and Joinder in Related Filings* (Docket No. 2029); and

      2.      *Application for Order Shortening Time* (Docket No. 2030)

by causing true and correct copies to be served via United States mail and electronic mail as set forth in Exhibit A.

Executed on the 8th day of April 2022.

                        *Shanda Pearson*

                    Shanda D. Pearson
                    KTBS Law LLP

# EXHIBIT A

Service List
(Email)

| ROLE | COMPANY | NAME | EMAIL |
|---|---|---|---|
| | ARNOLD & ITKIN LLP | KURT B ARNOLD, CAJ BOATRIGHT, ROLAND CHRISTENSEN & JASON ITKIN | CBOATRIGHT@ARNOLDITKIN.COM; RCHRISTENSEN@ARNOLDITKIN.COM; JITKIN@ARNOLDITKIN.COM |
| | ASHCRAFT & GEREL, LLP | MICHELLE PARFITT, JAMES F. GREEN & PATRICK LYONS | JGREEN@ASHCRAFTLAW.COM; PLYONS@ASHCRAFTLAW.COM; MPARFITT@ASHCRAFTLAW.COM |
| | AYLSTOCK WITKIN KREIS & OVERHOLTZ PLLC | MARY PUTNICK & DANIEL THORNBURGH | MARYBETH@PUTNICKLEGAL.COM; DTHORNBURGH@AWKOLAW.COM |
| COUNSEL TO OFFICIAL COMMITTEE TALC CLAIMANTS | BAILEY & GLASSER LLP | CARY JOSHI | CJOSHI@BAILEYGLASSER.COM |
| COUNSEL ALBERTSONS COMPANIES, INC | BALLARD SPAHR LLP | TOBEY M. DALUZ, LESLIE C. HEILMAN, LAUREL D. ROGLEN | DALUZT@BALLARDSPAHR.COM; HEILMANL@BALLARDSPAHR.COM; ROGLENL@BALLARDSPAHR.COM |
| | BARNES FIRM | JOE VAZQUEZ | JOE.VAZQUEZ@THEBARNESFIRM.COM |
| | BEASLEY ALLEN LAW FIRM | CHARLIE STERN & LEIGH O'DELL | CHARLIE.STERN@BEASLEYALLEN.COM; LEIGH.ODELL@BEASLEYALLEN.COM |
| FEE EXAMINER | BERNSTEIN, SHUR, SAWYER & NELSON, P.A. | ROBER J. KEACH | RKEACH@BERNSTEINSHUR.COM |
| COUNSEL TO IMERYS TALC AMERICA, INC | BLANCO TACKABERY & MATAMOROS, P.A. | ASHLEY S. RUSHER | ASR@BLANCOLAW.COM |
| CO-COUNSEL TO THE COMMITTEE OF TALC CLAIMANTS | BROWN RUDNICK LLP | SUNNI P. BEVILLE | SBEVILLE@BROWNRUDNICK.COM |
| COUNSEL TO OFFICIAL COMMITTEE OF TALC CLAIMANTS | BROWN RUDNICK LLP | DAVID J. MOLTON & ROBERT J. STARK | DMOLTON@BROWNRUDNICK.COM; RSTARK@BROWNRUDNICK.COM |
| COUNSEL TO PLAINTIFFS STEERING | BURNS CHAREST LLP | COMMITTEE) DANIEL H CHAREST | DCHAREST@BURNSCHAREST.COM |
| | CELLINO LAW LLP | BRIAN GOLDSTEIN | BRIAN.GOLDSTEIN@CELLINOLAW.COM |
| COUNSEL TO THE CONTINENTAL INS CO | CLYDE & CO US LLP | KONRAD R. KREBS | KONRAD.KREBS@CLYDECO.US |
| COUNSEL TO THE CONTINENTAL INSURANCE COMPANY | CLYDE AND CO US LLP | CLINTON E. CAMERON, MEGHAN DALTON | CLINTON.CAMERON@CLYDECO.US; MEGHAN.DALTON@CLYDECO.US |
| | COHEN, PLACITELLA & ROTH, P.C. | DENNIS M. GEIER & CHRISTOPHER M. PLACITELLA | DGEIER@CPRLAW.COM; CPLACITELLA@CPRLAW.COM |
| | COHEN, PLACITELLA & ROTH, P.C. | JARED M. PLACITELLA | JMPLACITELLA@CPRLAW.COM |
| COUNSEL TO CLAIMANTS REPRESENTED BY BARNES LAW | COLE SCHOTZ P.C. | FELICE R. YUDKIN | FYUDKIN@COLESCHOTZ.COM |
| COUNSEL TO CLAIMANTS REPRESENTED BY BARNES LAW | COLE SCHOTZ P.C. | MARK TSUKERMAN | MTSUKERMAN@COLESCHOTZ.COM |
| COUNSEL TO OFFICIAL COMMITTEE OF TALC CLAIMANTS | COOLEY LLP | EVAN M. LAZEROWITZ | ELAZEROWITZ@COOLEY.COM |
| COUNSEL TO BCBS OF MASSACHUSETTS, INC. | CORDES LAW, PLLC | STACY C. CORDES & MEGHAN A. VAN VYNCKT | STACY@CORDES-LAW.COM; MEGHAN@CORDES-LAW.COM |
| COUNSEL TO ARROWOOD INDEMNITY COMPANY | COUGHLIN MIDLIGE & GARLAND LLP | SUZANNE C. MIDLIGE | SMIDLIGE@CMG.LAW |
| COUNSEL TO CENTURY INSURERS ALLIANZ INSURERS | CROWELL & MORING LLP | TACIE YOON & RACHEL JANKOWSKI | TYOON@CROWELL.COM; RJANKOWSKI@CROWELL.COM |
| COUNSEL TO CENTURY INSURERS, ALLIANZ INSURERS | CROWELL & MORING LLP | GREGORY GENNADY PLOTKO | GPLOTKO@CROWELL.COM |
| COUNSEL TO CENTURY INSURERS, ALLIANZ INSURERS | CROWELL & MORING LLP | MARK D. PLEVIN & KEVIN D. CACABELOS | MPLEVIN@CROWELL.COM; KCACABELOS@CROWELL.COM |
| | DALIMONTE RUEB STOLLER, LLP | JOHN A DALIMONTE, JENNIFER ORENDI & GREGORY RUEB | JOHN@DRLAWLLP.COM; GREG@DRLAWLLP.COM |
| COUNSEL TO THE CONTINENTAL INS CO | DAVID CHRISTIAN ATTORNEYS LLC | DAVID CHRISTIAN | DCHRISTIAN@DCA.LAW |
| | DEAN OMAR BRANHAM SHIRLEY, LLC | JESSICA DEAN, J BRADLEY SMITH, CHARLES W BRANHAM III | JDEAN@DOBSLEGAL.COM; TBRANHAM@DOBSLEGAL.COM; BSMITH@DOBSLEGAL.COM |
| COUNSEL TO CENTURY INSURERS | DLA PIPER LLP (US) | AIDAN MCCORMACK & BRIAN SEIBERT | AIDAN.MCCORMACK@DLAPIPER.COM; BRIAN.SEIBERT@DLAPIPER.COM |
| | DRISCOLL FIRM, LLC | JOHN DRISCOLL | |
| COUNSEL TO REPUBLIC INDEMNITY | DUANE MORRIS LLP | PHILIP R. MATTHEWS | PRMATTHEWS@DUANEMORRIS.COM |

Service List
(Email)

| ROLE | COMPANY | NAME | EMAIL |
|---|---|---|---|
| COUNSEL TO REPUBLIC INDEMNITY | DUANE MORRIS LLP | SOMMER L. ROSS | SLROSS@DUANEMORRIS.COM |
| COUNSEL TO PENSION BENEFIT GUARANTY CORP | EAMONN O'HAGAN, ESQ | | |
| COUNSEL TO PTI UNION LLC & PTI ROYSTON LLC | EMMET, MARVIN & MARTIN LLP | THOMAS A PITTA | TPITTA@EMMETMARVIN.COM |
| | EPIQ CORPORATE RESTRUCTURING, LLC | LTL CASE TEAM | LTLINFO@EPIQGLOBAL.COM |
| | FEARS NACHAWATI LAW FIRM | DARREN MCDOWEL & MAJED MACHAWATI | DMCDOWELL@FNLAWFIRM.COM |
| | FERRARO LAW FIRM | LESLIE ROTHENBERG & JOSE BECERR | LBR@FERRAROLAW.COM; JLB@FERRAROLAW.COM |
| | FLINT LAW FIRM LLC | ETHAN FLINT | EFLINT@FLINTLAW.COM |
| COUNSEL TO OFFIC. COMMIT. OF TALC CLAIMANTS | GENOVA BURNS LLC | DANIEL M. STOLZ, ESQ, DONALD W. CLARKE, ESQ, MATTHEW I. W. BAKER, ESQ | DSTOLZ@GENOVABURNS.COM; DCLARKE@GENOVABURNS.COM; MBAKER@GENOVABURNS.COM |
| COUNSEL TO TRAVELERS | GIMIGLIANO MAURIELLO & MALONEY | STEPHEN V. GIMIGLIANO, JOHN MALONEY & ROBIN RABINOWITZ | SGIMIGLIANO@LAWGMM.COM; JMALONEY@LAWGMM.COM; RRABINOWITZ@LAWGMM.COM |
| | GOLOMB SPIRIT GRUNFELD, PC | ATN RICHARD GOLOMB, ANDREW SPIRIT & KENNETH GRUNFELD | KGRUNFELD@GOLOMBHONIK.COM; RGOLOMB@GOLOMBHONIK.COM; ASPIRT@GOLOMBHONIK.COM; KGOLOMB@GOLOMBLEGAL.COM |
| COUNSEL TO MOTLEY RICE LLC | GREENBAUM, ROWE, SMITH & DAVIS LLP | NANCY ISAACSON, ESQ | NISAACSON@GREENBAUMLAW.COM |
| COUNSEL TO BAUSCH HEALTH | GREENBERG TRAURIG, LLP | ALAN J. BRODY | BRODYA@GTLAW.COM |
| COUNSEL TO BLUE CROSS BLUE SHIELD | HALPERIN BATTAGLIA BENZIJA LLP | ALAN D. HALPERIN, DONNA H. LIEBERMAN | AHALPERIN@HALPERINLAW.NET; DLIEBERMAN@HALPERINLAW.NET |
| COUNSEL TO THE AMICI PROFESSORS | HERRICK FEINSTEIN LLP | STEVEN SMITH, RACHEL GINZBURG | |
| | HILL HILL CARTER FRANCO COLE & BLACK, PC | ELIZABETH CARTER | |
| | HONIK LLC | RUBEN HONIK & DAVID STANOCH | RUBEN@HONIKLAW.COM; DAVID@HONIKLAW.COM |
| COUNSEL TO IMERYS SA | HUGHES HUBBARD & REED LLP | CHRISTOPHER L. KIPLOK, WILLIAM J. BEAUSOLEIL & ERIN E. DIERS | CHRIS.KIPLOK@HUGHESHUBBARD.COM; WILLIAM.BEAUSOLEIL@HUGHESHUBBARD.COM; ERIN.DIERS@HUGHESHUBBARD.COM |
| COUNSEL TO ONDERLAW, LLC | J.C. WHITE LAW GROUP PLLC | JAMES C. WHITE | JWHITE@JCWHITELAW.COM |
| COUNSEL TO BARNES LAW GROUP PLAINTIFFS | JD THOMPSON LAW | JUDY D. THOMPSON | JDT@JDTHOMPSONLAW.COM |
| | JOHNSON LAW GROUP | BLAKE TANASE & BASIL ADHAM | |
| DEBTOR'S COUNSEL | JONES DAY | BRAD B ERENS | BBERENS@JONESDAY.COM |
| DEBTOR'S COUNSEL | JONES DAY | GREGORY M GORDON, DAN B. PRIETO & AMANDA RUSH | GMGORDON@JONESDAY.COM; DBPRIETO@JONESDAY.COM; ASRUSH@JONESDAY.COM |
| | KARST & VON OISTE LLP | ERIC KARST | EPK@KARSTVONOISTE.COM |
| COUNSEL TO TCC T WHETSEL, ET AL | KARST & VON OISTE, LLP | DAVID A CHANDLER | DAC@KARSTVONOISTE.COM |
| COUNSEL TO CYPRUS MINES CORPORATION | KASOWITZ BENSON TORRES LLP | DAVID S. ROSNER, ROBERT M. NOVICK & ANDREW S. GOLDEN | DROSNER@KASOWITZ.COM; RNOVICK@KASOWITZ.COM; AGOLDEN@KASOWITZ.COM |
| COUNSEL TO CYPRUS MINES CORPORATION | KASOWITZ BENSON TORRES LLP | MICHAEL E. HUTCHINS | MHUTCHINS@KASOWITZ.COM |
| COUNSEL TO ATLANTA INTERNATIONAL COMPANY, ETC | KATTEN MUCHIN ROSENMAN LLP | SHAYA ROCHESTER | SHAYA.ROCHESTER@KATTEN.COM |
| COUNSEL TO ATLANTA INTERNATIONAL INSURANCE, ETC | KATTEN MUCHIN ROSENMAN LLP | KELSEY R. PANIZZOLO | KELSEY.PANIZZOLO@KATTEN.COM |
| | KAZAN MCCLAIN SATTERLY & GREENWOOD PLC | C/O JOSEPH SATTERLEY, STEVEN KAZAN & DENYSE F. CLANCY | JSATTERLEY@KAZANLAW.COM |
| COUNSEL TO TIG INSURANCE CO & EVEREST REINSURANCE CO | KENNEDYS CMK LLP | HEATHER E. SIMPSON | HEATHER.SIMPSON@KENNEDYSLAW.COM |
| | KIESEL LAW, LLP | PAUL R KIESEL & MELANIE PALMER | ZUKIN@KIESEL.LAW; KIESEL@KIESEL.LAW; PALMER@KIESEL.LAW |
| COUNSEL TO BESTWALL LLC | KING & SPALDING LLP | CHELSEA COREY | CCOREY@KSLAW.COM |
| COUNSEL TO BESTWALL LLC | KING & SPALDING LLP | RICHARD A. SCHNEIDER | DSCHNEIDER@KSLAW.COM |

Service List
(Email)

| ROLE | COMPANY | NAME | EMAIL |
|---|---|---|---|
| COUNSEL TO AD HOC MESOTHELIOMA COMMITTEE | KLEHR HARRISON HARVEY BRANZBURG LLP | CAROL A SLOCUM, MORTON R BRANZBURG | |
| COUNSEL TO AD HOC MESOTHELIOMA COMMITTEE | KLEHR HARRISON HARVEY BRANZBURG LLP | MORTON R. BRANZBURG, ESQ. | |
| | LANIER LAW FIRM | MICHAEL A AKSELRUD | MICHAEL.AKSELRUD@LANIERLAWFIRM.COM |
| COUNSEL TO IMERYS TALC AMERICA, INC. ETC. | LATHAM & WATKINS LLP | ADAM S. RAVIN | ADAM.RAVIN@LW.COM |
| COUNSEL TO IMERYS TALC AMERICA, INC., ETC | LATHAM & WATKINS LLP | JEFFREY E. BJORK, KIMBERLY A. POSIN, AMY C. QUARTAROLO | JEFF.BJORK@LW.COM; KIM.POSIN@LW.COM; AMY.QUARTAROLO@LW.COM |
| COUNSEL TO VARIOUS CLAIMANTS | LAW FIRM OF BRIAN W HOFMEISTER, LLC | BRIAN W. HOFMEISTER | BWH@HOFMEISTERFIRM.COM |
| COUNSEL TO VARIOUS CLAIMANTS | LAW OFFICES OF MITCHELL J. MALZBERG, LLC | MITCHELL MALZBERG, ESQ. | MMALZBERG@MJMALZBERGLAW.COM |
| COUNSEL TO LINDA RABASCA AND BRANDI CARL | LAW OFFICES OF R. KEITH JOHNSON, P.A. | R. KEITH JOHNSON | |
| | LEVIN PAPANTONIO RAFFERTY | CHRISTOPHER TISI | |
| COUNSEL TO RANDY DEROUEN | LEVY KONIGSBERG LLP | JEROME BLOCK & AUDREY RAPHAEL | JBLOCK@LEVYLAW.COM |
| | LEVY KONIGSBERG LLP | MOSHE MAIMON | MMAIMON@LEVYLAW.COM |
| COUNSEL TO ERWIN CHEMERINSKY, GIOVANNI SOSA | LEX NOVA LAW LLC | E RICHARD DRESSEL | RDRESSEL@LEXNOVALAW.COM |
| COUNSEL TO EVAN PLOTKIN | LEX NOVA LAW LLC | E RICHARD DRESSEL | RDRESSEL@LEXNOVALAW.COM |
| COUNSEL TO DISANTO | LITE DEPALMA GREENBERG & AFANADOR, LLC | ALLEN J. UNDERWOOD II | AUNDERWOOD@LITEDEPALMA.COM |
| COUNSEL TO JOHNSON & JOHNSON | LOWENSTEIN SANDLER LLP | KENNETH A. ROSEN, MARY E. SEYMOUR | KROSEN@LOWENSTEIN.COM; MSEYMOUR@LOWENSTEIN.COM |
| DEBTOR | LTL MANAGEMENT LLC | JOHN K KIM, CHIEF LEGAL OFFICER | JKIM2@ITS.JNJ.COM |
| COUNSEL TO WESTCHESTER FIRE INSURANCE COMPANY | MANIER & HEROD, P.C. | ROBERT W. MILLER | RMILLER@MANIERHEROD.COM |
| COUNSEL TO VARIOUS TALC CLAIMANTS | MARSHACK HAYS LLP | LAILA MASUD, ESQ. | LMASUD@MARSHACKHAYS.COM |
| SPECIAL COUNSEL TO THE TALC CLAIMANTS | MASSEY & GAIL LLP | JONATHAN S. MASSEY | JMASSEY@MASSEYGAIL.COM |
| COUNSEL TO TCC KATHERINE TOLLEFSON | MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC | SUZANNE M RATCLIFFE | SRATCLIFFE@MRHFMLAW.COM |
| | MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC | CLAYTON L. THOMPSON | CTHOMPSON@MRHFMLAW.COM |
| | MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC | T BARTON FRENCE | BFRENCH@MRHFMLAW.COM |
| | MCCARTER & ENGLISH LLP | BRETT D. KAHN, THOMAS W. LADD | BKAHN@MCCARTER.COM; TLADD@MCCARTER.COM |
| COUNSEL TO ALISHIA LANDRUM | MCMANIMON, SCOTLAND & BAUMANN, LLC | ANTHONY SODONO, SARI PLACONA | ASODONO@MSBNJ.COM; SPLACONA@MSBNJ.COM |
| COUNSEL TO ATLANTA INTERNATIONAL INSURANCE ETC | MENDES & MOUNT LLP | EILEEN T. MCCABE, STEPHEN T. ROBERTS | EILEEN.MCCABE@MENDES.COM; STEPHEN.ROBERTS@MENDES.COM |
| | MILLER FIRM, LLC | CURTIS G HOKE | CHOKE@MILLERFIRMLLC.COM |
| COUNSEL TO ALLIANZ INSURERS | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C | PAUL W. KALISH, ELLEN M. FARRELL | PWKALISH@MINTZ.COM; EMFARRELL@MINTZ.COM |
| COUNSEL TO ARNOLD & ITKIN PLAINTIFFS | MOON WRIGHT & HOUSTON, PLLC | RICHARD S WRIGHT, ANDREW T HOUSTON & CALEB BROWN | RWRIGHT@MWHATTORNEYS.COM; AHOUSTON@MWHATTORNEYS.COM; CBROWN@MWHATTORNEYS.COM |
| COUNSEL TO J & J AND J & J CONSUMER INC. | MOORE & VAN ALLEN PLLC | HILLARY B CRABTREE | HILLARYCRABTREE@MVALAW.COM |
| COUNSEL TO PTI UNION, LLC ET AL. | MORITT HOCK & HAMROFF LLP | LESLIE A BERKOFF & ALLISON AROTSKY | LBERKOFF@MORITTHOCK.COM; AAROTSKY@MORITTHOCK.COM |
| COUNSEL TO PLAINTIFFS | MOTLEY RICE LLC | DANIEL R. LAPINSKI | DLAPINSKI@MOTLEYRICE.COM |
| | MOTLEY RICE LLC | CARMEN S. SCOTT | CSCOTT@MOTLEYRICE.COM |
| | MOTLEY RICE LLC | JOHN D HURST | JHURST@MOTLEYRICE.COM |
| | NAPOLI SHKOLNIK PLLC | JAMES D HEISMAN & CHRISTOPHER R LOPALO | CLOPALO@NAPOLIBERN.COM; |
| COUNSEL TO CYPRUS AMAX MINERALS COMPANY | NORTHERN BLUE, LLP | JOHN A. NORTHEN, JOHN PAUL H. COURNOYER & VICKI L. PARROTT | JAN@NBFIRM.COM; VLP@NBFIRM.COM; JPC@NBFIRM.COM |
| COUNSEL TO CYPRUS MINES CORPORATION | NORTHERN BLUE, LLP | JOHN A. NORTHEN | JAN@NBFIRM.COM |

Service List
(Email)

| ROLE | COMPANY | NAME | EMAIL |
|---|---|---|---|
| COUNSEL TO CYRPUS MINES CORPORATION | NORTHERN BLUE, LLP | JOHN PAUL COURNOYER & VICKI L. PARROTT | JPC@NBFIRM.COM; VLP@NBFIRM.COM |
| COUNSEL FOR THE STATE OF TEXAS | OFFICE OF THE ATTORNEY GENERAL OF TEXAS | RACHEL R OBALDO & AUTUMN D HIGHSMITH | RACHEL.OBALDO@OAG.TEXAS.GOV; AUTUMN.HIGHSMITH@OAG.TEXAS.GOV |
|  | OFFICE OF THE US TRUSTEE | LAUREN BIELSKIE, JEFFREY M. SPONDER & MITCHELL B. HAUSMAN | LAUREN.BIELSKIE@USDOJ.GOV; JEFFREY.M.SPONDER@USDOJ.GOV; MITCHELL.B.HAUSMAN@USDOJ.GOV |
| COUNSEL TO AWKO | OFFIT KURMAN, P.A. | PAUL J. WINTERHALTER | PWINTERHALTER@OFFITKURMAN.COM |
| COUNSEL TO AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC | OFFIT KURMAN, P.A. | PAUL R. BAYNARD, ESQ. | PAUL.BAYNARD@OFFITKURMAN.COM |
|  | ONDERLAW, LLC | JAMES ONDER | ONDER@ONDERLAW.COM |
| COUNSEL TO PLANTIFF'S STEERING COMMITTEE | OTTERBOURG P.C. | JOHN BOUGIAMAS, MELANIE L CYGANOWSKI & ADAM C SILVERSTEIN | JBOUGIAMAS@OTTERBOURG.COM; MCYGANOWSKI@OTTERBOURG.COM; ASILVERSTEIN@OTTERBOURG.COM |
| COUNSEL TO ARNOLD & ITKIN LLP | PACHULSKI STANG ZIEHL & JONES LLP | LAURA JONES, KAREN DINE, COLIN ROBINSON, PETER KEANE | LJONES@PSZJLAW.COM; KDINE@PSZJLAW.COM; CROBINSON@PSZJLAW.COM; PKEANE@PSZJLAW.COM |
| COUNSEL FOR THE CONTINENTAL INSURANCE COMPANY | PARKER POE ADAMS & BERNSTEIN LLP | ASHLEY A EDWARDS, ESQ | ASHLEYEDWARDS@PARKERPOE.COM |
| COUNSEL TO ONDERLAW, LLC | PARKINS LEE & RUBIO LLP | CHARLES M. RUBIO, LENARD M. PARKINS | CRUBIO@PARKINSLEE.COM; LPARKINS@PARKINSLEE.COM |
| SPECIAL COUNSEL TO THE TALC CLAIMANTS | PARKINS LEE & RUBIO LLP | LENARD M. PARKINS & CHARLES M. RUBIO | LPARKINS@PARKINSLEE.COM; CRUBIO@PARKINSLEE.COM |
| OFFICE OF THE GENERAL COUNSEL | PENSION BENEFIT GUARANTY CORPORATION | CAROLYN J LACHMAN | LACHMAN.CAROLYN@PBGC.GOV; EFILE@PBGC.GOV |
| OFFICE OF THE GENERAL COUNSEL | PENSION BENEFIT GUARANTY CORPORATION | SIMON J TORRES | TORRES.SIMON@PBGC.GOV; EFILE@PBGC.GOV |
| COUNSEL TO RIO TINTO AMERICA HOLDINGS INC., | PORZIO, BROMBERG & NEWMAN, P.C. | RACHEL A. PARISI, ESQ. | RAPARISI@PBNLAW.COM; KDCURTIN@PBNLAW.COM |
| COUNSEL WILLIAM HART PLAINTIFFS | PRYOR CASHMAN LLP | SETH H. LIEBERMAN & ANDREW S. RICHMOND | SLIEBERMAN@PRYORCASHMAN.COM; ARICHMOND@PRYORCASHMAN.COM |
| COUNSEL TO PROFESSOR J. MARIA GLOVER | RABINOWITZ, LUBETKIN & TULLY, LLC | JONATHAN RABINOWITZ | JRABINOWITZ@RLTLAWFIRM.COM |
| FUTURE TALC CLAIMANTS REPRESENTATIVE | RANDI S. ELLIS | RANDI S. ELLIS, LLC | RANDI@RANDIELLIS.COM |
| COUNSEL TO BLUE CROSS BLUE SHIELD | RAWLINGS & ASSOCIATES | MARK D FISCHER, ROBERT C GRIFFITH | MDF@RAWLINGSANDASSOCIATES.COM; RG1@RAWLINGSANDASSOCIATES.COM |
| COUNSEL TO DEBTOR | RAYBURN COOPER & DURHAM, P.A. | CRICHARD RAYBURN, JR, JOHN R MILLER, JR, MATTHEW L TOMSIC | RRAYBURN@RCDLAW.NET; JMILLER@RCDLAW.NET; MTOMSIC@RCDLAW.NET |
| COUNSEL TO CYPRUS MINES CORPORATION | REED SMITH LLP | DEREK J. BAKER, ESQ. | DBAKER@REEDSMITH.COM; |
| COUNSEL TO CYPRUS MINES CORPORATION | REED SMITH LLP | PAUL M SINGER, ESQ | PSINGER@REEDSMITH.COM |
| COUNSEL TO CYRUS MINES CORPORATION | REED SMITH LLP | JASON D ANGELO, ESQ | JANGELO@REEDSMITH.COM |
|  | ROBINSON, CALCAGNIE, ROBINSON, SHAPIRO, DAVIS, INC. | MARK P. ROBINSON, JR. |  |
|  | ROSS FELLER CASEY, LLP | BRIAN J. MCCORMICK, JR. | BMCCORMICK@ROSSFELLERCASEY.COM |
| COUNSEL TO HARTFORD ACCIDENT AND INDEMNITY... | RUGGERI PARKS WEINBERG LLP | JOSHUA D. WEINBERG, JOSHUA P. MAYER | JWEINBERG@RUGGERILAW.COM; JMAYER@RUGGERILAW.COM |
| COUNSEL TO KRISTIE LYNN DOYLE | SAIBER LLC | JOHN M AUGUST & MARC E WOLIN | JAUGUST@SAIBER.COM; MWOLIN@SAIBER.COM |
| COUNSEL TO JEANNE STEPHENSON | SAVO, SCHALK, GILLESPIE, O'GRODNICK & FISHER, P.A. | CHARLES S. SCHALK, JOHN F. BRACAGLIA JR. | SCHALK@CENTRALJERSEYLAW.COM; BROKAW@CENTRALJERSEYLAW.COM |

Service List
(Email)

| ROLE | COMPANY | NAME | EMAIL |
|---|---|---|---|
| COUNSEL TO OFFICIAL COMMITTEE OF TALC CLAIMANTS | SHERMAN SILVERSTEIN KOHL ROSE & PODOLSKY, P.A. | ARTHUR J ABRAMOWITZ, ALAN I MOLDOFF, ROSS J SWITKES | AABRAMOWITZ@SHERMANSILVERSTEIN.COM; AMOLDOFF@SHERMANSILVERSTEIN.COM; RSWITKES@SHERMANSILVERSTEIN.COM |
| | SIMMONS HANLY CONROY LLC | JAMES KRAMER | JKRAMER@SIMMONSFIRM.COM |
| | SIMON GREENSTONE PANATIERE BARTLETT, PC | CHRIS PANATIER | CPANATIER@SGPBLAW.COM |
| COUNSEL TO BAUSCH HEALTH | SIMPSON THACHER & BARTLETT LLP | SANDEEP QUSBA, CRAIG S. WALDMAN, JAMIE J. FELL, ZACHARY J. WEINER, ESQS | SQUSBA@STBLAW.COM; CWALDMAN@STBLAW.COM; JAMIE.FELL@STBLAW.COM; ZACHARY.WEINER@STBLAW.COM; |
| COUNSEL TO TRAVELERS | SIMPSON THACHER & BARTLETT LLP | ANDREW T. FRANKEL | AFRANKEL@STBLAW.COM |
| COUNSEL TO TRAVELERS CASUALTY AND SURETY COMPANY | SIMPSON THACHER & BARTLETT LLP | MICHAEL H. TORKIN, ANDREW T. FRANKEL, KATHRINE A. MCLENDON | MICHAEL.TORKIN@STBLAW.COM; AFRANKEL@STBLAW.COM; KMCLENDON@STBLAW.COM; |
| COUNSEL TO HARTFORD ACCIDENT AND INDEMNITY .. | STEVENS & LEE, P.C. | ANDREAS D. MILLIARESSIS | ANDREAS.MILLIARESSIS@STEVENSLEE.COM |
| COUNSEL TO HARTFORD ACCIDENT AND INDEMNITY.. | STEVENS & LEE, P.C. | JOSEPH H. HUSTON, JR. | JOSEPH.HUSTON@STEVENSLEE.COM |
| | THE GORI LAW FIRM | D TODD MATTHEWS, BETH GORI & SARA SALGER | BETH@GORIJULIANLAW.COM; SARA@GORIJULIANLAW.COM; TODD@GORIJULIANLAW.COM |
| COUNSEL TO BLUE CROSS BLUE SHIELD ASSOCIATION | THE HENDERSON LAW FIRM, PLLC | | HENDERSON@TITLE11.COM |
| COUNSEL TO BCBS OF MASSACHUSETTS | THE KELLY FIRM, P.C. | ANDREW J. KELLY, ESQ. | AKELLY@KBTLAW.COM |
| COUNSEL TO "WILLIAMS HART PLAINTIFFS" | THE LAYTON LAW FIRM, PLLC | CHRISTOPHER D. LAYTON | CHRIS@THELAYTONLAWFIRM.COM |
| COUNSEL TO EMPLOYERS INS COMPANY OF WAUSAU & NATIONAL CASUALTY COMPANY | THE SHAPIRO LAW FIRM | JANET A. SHAPIRO | JSHAPIRO@SHAPIROLAWFIRM.COM |
| COUNSEL TO ROGER FRANKEL | TOGUT, SEGAL & SEGAL LLP | ALBERT TOGUT, FRANK OSWALD, BRIAN SHAUGHNESSY | ALTOGUT@TEAMTOGUT.COM; FRANKOSWALD@TEAMTOGUT.COM; BSHAUGHNESSY@TEAMTOGUT.COM |
| | TRAMMELL PC | FLETCHER V TRAMMELL | FLETCH@TRAMMELLPC.COM |
| | TRAURIG LAW LLC | JEFFREY TAURIG | JTRAURIG@TRAURIGLAW.COM |
| COUNSEL TO ATLANTA INTERNATIONAL COMPANY, ETC. | TRIF & MODUGNO LLC | LOUIS A. MODUGNO | LMODUGNO@TM-FIRM.COM |
| COUNSEL TO UNITED STATES OF AMERICA | US DEPARTMENT OF JUSTICE CIVIL DIVISION | J ZACHARY BALASKO | JOHN.Z.BALASKO@USDOJ.GOV |
| COUNSEL TO CYPRUS AMAX MINERALS CO | VINSON & ELKINS LLP | STEVEN M ABRAMOWITZ | SABRAMOWITZ@VELAW.COM |
| COUNSEL TO DEAN OMAR BRANHAM SHIRLEY LLP | WALLACE & GRAHAM PA | WILLIAM M. GRAHAM | BGRAHAM@WALLACEGRAHAM.COM |
| PROPOSED COUNSEL TO RANDI S. ELLIS, FTCR | WALSH PIZZI O'REILLY FALANGA | MARK FALK | MFALK@WALSH.LAW |
| | WARD AND SMITH, P.A. | PAUL A. FANNING, NORMAN J. LEONARD | PAF@WARDANDSMITH.COM; NJL@WARDANDSMITH.COM |
| | WEITZ & LUXENBERG, P.C. | DANNY KRAFT, LISA N. BUSCH, JUSTINE DELANEY & PERRY WEITZ | DKRAFTJR@WEITZLUX.COM; JDELANEY@WEITZLUX.COM; LBUSCH@WEITZLUX.COM |
| | WEITZ & LUXENBERG, P.C. | ELLEN RELKIN | ERELKIN@WEITZLUX.COM |
| COUNSEL TO J & J AND J & J CONSUMER INC | WHITE & CASE LLP | JESSICA LAURIA, GLENN M KURTZ & RICARDO PASIANOTTO | JESSICA.LAURIA@WHITECASE.COM; GKURTZ@WHITECASE.COM; RICARDO.PASIANOTTO@WHITECASE.COM |
| COUNSEL TO J & J AND J & J CONSUMER INC | WHITE & CASE LLP | MICHAEL C SHEPHERD & LAURA L FEMINO | MSHEPHERD@WHITECASE.COM; LAURA.FEMINO@WHITECASE.COM |
| COUNSEL TO J & J AND J & J CONSUMER INC. | WHITE & CASE LLP | BLAIR WARNER | BLAIR.WARNER@WHITECASE.COM |
| | WILLIAMS HART LAW FIRM | JOHN BOUNDAS, SEJAL BRAHMNHATT, WALT CUBBERLY & MARGOT TREVINO | |
| COUNSEL TO ALLSTATE INSURANCE CO | WINDELS MARX LANE & MITTENDORF LLP | ANDREW K CRAIG, STEFANO CALOGERO | ACRAIG@WINDELSMARX.COM; SCALOGERO@WINDELSMARX.COM |

Service List
(Email)

| ROLE | COMPANY | NAME | EMAIL |
|---|---|---|---|
| LOCAL COUNSEL TO THE DEBTOR | WOLLMUTH MAHER & DEUTSCH LLP | JAMES N. LAWLOR, PAUL DEFILIPPO, LYNDON M. TRETTER, JOSEPH F. PACELLI | JLAWLOR@WMD-LAW.COM; PDEFILIPPO@WMD-LAW.COM; LTRETTER@WMD-LAW.COM; JPACELLI@WMD-LAW.COM; BAXELROD@WMD-LAW.COM |
| COUNSEL TO AD HOC COMMITTEE OF STATES HOLDING CONSUMER PROTECTION CLAIMS | WOMBLE BOND DICKINSON (US) LLP | MATTHEW WARD & ERICKA JOHNSON | MATTHEW.WARD@WBD-US.COM; ERICKA.JOHNSON@WBD-US.COM |
| COUNSEL TO EMPLOYERS INS. COMAPNY OF WAUSAU, ET AL. | ZELLE LLP | ALEXANDER W COGBILL | ACOGBILL@ZELLE.COM |
|  |  | NAME AND ADDRESS INFORMATION HAS BEEN SEALED | DEBORAH.FLETCHER@FISHERBROYLES.COM |

SERVICE LIST
(U.S. MAIL)

| ROLE | NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| | DRISCOLL FIRM, LLC | ATTN JOHN DRISCOLL | 211 NORTH BROADWAY, 40TH FL | | ST LOUIS | MO | 63102 |
| | EAMONN O'HAGAN, ESQ | (COUNSEL TO PENSION BENEFIT GUARANTY CORP) | 970 BROAD ST, STE 700 | | NEWARK | NJ | 07102 |
| | HERRICK FEINSTEIN LLP | (COUNSEL TO THE AMICI PROFESSORS) | ATTN: STEVEN SMITH, RACHEL GINZBURG | 2 PARK AVE | NEW YORK | NY | 10016 |
| | HILL HILL CARTER FRANCO COLE & | BLACK, PC | ATTN ELIZABETH CARTER | 425 PERRY STREET | MONTGOMERY | AL | 36104 |
| | JOHNSON LAW GROUP | ATTN BLAKE TANASE & BASIL ADHAM | 2925 RICHMOND AVE, STE 1700 | | HOUSTON | TX | 77098 |
| COUNSEL TO AD HOC MESOTHELIOMA COMMITTEE | KLEHR HARRISON HARVEY BRANZBURG LLP | (COUNSEL TO AD HOC MESOTHELIOMA COMMITTEE) | ATTN CAROL A SLOCUM, MORTON R BRANZBURG | 10000 LINCOLN DRIVE E, STE 201 | MARLTON | NJ | 08053 |
| COUNSEL TO AD HOC MESOTHELIOMA COMMITTEE | KLEHR HARRISON HARVEY BRANZBURG LLP | (COUNSEL TO AD HOC MESOTHELIOMA COMMITTEE) | ATTN: MORTON R. BRANZBURG, ESQ. | 1835 MARKET ST. | PHILADELPHIA | PA | 19103 |
| COUNSEL TO LINDA RABASCA AND BRANDI CARL | LAW OFFICES OF R. KEITH JOHNSON, P.A. | (COUNSEL TO LINDA RABASCA AND BRANDI CARL) | ATTN: R. KEITH JOHNSON | 1275 S. NC BUS. HWY. 16 | STANLEY | NC | 28164 |
| | LEVIN PAPANTONIO RAFFERTY | ATTN: CHRISTOPHER TISI | 316 S BAYLEN STREET, SUITE 600 | | PENSACOLA | FL | 325002 |
| | WILLIAMS HART LAW FIRM | ATN JOHN BOUNDAS, SEJAL BRAHMNHATT, | WALT CUBBERLY & MARGOT TREVINO | 8441 GULF FREEWAY, STE 600 | HOUSTON | TX | 77017 |