UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on April 13, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

LTL MANAGEMENT LLC

Case No.: 21-30589

Hearing Date: 4/12/2022

Judge: Michael B. Kaplan

Chapter: 11

Recommended Local Form:     ☒  Followed     ☐  Modified

# ORDER DENYING APPLICATION FOR RETENTION OF PROFESSIONAL DUCERA PARTNERS LLC AS INVESTMENT BANKER

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 13, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

A motion or application having been filed on _____March 11_____, 20 _22_ by _Arthur Abramowitz_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*rev. 8/1/15*