| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**COOLEY LLP**<br>Cullen D. Speckhart (admitted pro hac vice)<br>Michael Klein (admitted pro hac vice)<br>Erica J. Richards (admitted pro hac vice)<br>Lauren A. Reichardt (admitted pro hac vice)<br>Evan M. Lazerowitz<br>55 Hudson Yards<br>New York, NY 10001<br>Tel: (212) 479-6000<br>Fax: (212) 479-6275<br>Email: cspeckhart@cooley.com<br>　　　　mklein@cooley.com<br>　　　　erichards@cooley.com<br>　　　　lreichardt@cooley.com<br>　　　　elazerowitz@cooley.com<br><br>*Co-Counsel to the*<br>*Official Committee of Talc Claimants II* | **BAILEY GLASSER LLP**<br>Brian A. Glasser (admitted pro hac vice)<br>Thomas B. Bennett (admitted pro hac vice)<br>Kevin W. Barrett (admitted pro hac vice)<br>Maggie Burrus (admitted pro hac vice)<br>Cary Joshi<br>105 Thomas Jefferson St. NW, Suite 540<br>Washington, DC 20007<br>Tel: (202) 463-2101<br>Fax: (202) 463-2103<br>Email: bglasser@baileyglasser.com<br>　　　　tbennett@baileyglasser.com<br>　　　　kbarrett@baileyglasser.com<br>　　　　mburrus@baieyglasser.com<br>　　　　cjoshi@baileyglasser.com<br><br>*Co-Counsel to the*<br>*Official Committee of Talc Claimants II* |
| **WALDREP WALL BABCOCK & BAILEY PLLC**<br>Thomas W. Waldrep, Jr. (admitted pro hac vice)<br>370 Knollwood Street, Suite 600<br>Winston-Salem, NC 27103<br>Tel: (336) 717-1280<br>Fax: (336) 717-1340<br>Email: notice@waldrepwall.com<br><br>*Co-Counsel to the Official Committee of Talc Claimants II* | **MASSEY & GAIL LLP**<br>Jonathan S. Massey (admitted pro hac vice)<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC 20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>Email: jmassey@masseygail.com<br><br>*Co-Counsel to the*<br>*Official Committee of Talc Claimants II* |
| **SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.**<br>Arthur J. Abramowitz<br>Alan I. Moldoff<br>Ross J. Switkes<br>308 Harper Drive, Suite 200<br>Moorestown, NJ 08057<br>Tel: (856) 662-0700<br>Email: aabramowitz@shermansilverstein.com<br>　　　　amoldoff@shermansilverstein.com<br>　　　　rswitkes@shermansilverstein.com<br><br>*Local Counsel to*<br>*the Official Committee of Talc Claimants II* | |

3014209.1

**MONTHLY FEE STATEMENT OF SHERMAN, SILVERSTEIN,
KOHL, ROSE & PODOLSKY, P.A., LOCAL COUNSEL TO OFFICIAL COMMITTEE OF
TALC CLAIMANTS II, FOR THE PERIOD OF
<u>MARCH 1, 2022 THROUGH MARCH 31, 2022</u>**

Sherman, Silverstein, Kohl, Rose & Podolsky, P.A. ("Sherman Silverstein") submits this Monthly Fee Statement for Services Rendered and Expenses Incurred as local counsel to the Official Committee of Talc Claimants II (the "Statement") for the period commencing March 1, 2022 and ending March 31, 2022 (the "Statement Period"), pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professionals and the Modified Order Establishing Procedures for the Allowance of Interim Compensation and Reimbursement of Expenses Retained (Docket Nos. 761, 870).

The billing invoices for the Statement Period are annexed hereto as Exhibit "A." These invoices detail the services performed. A detailed breakdown of all out-of-pocket disbursements necessarily incurred by Sherman Silverstein is annexed hereto as Exhibit "B." The fees sought in the within Statement Period are as follows:

| Fees | Less 20% | Fee Payment Requested | Expense Reimbursement (100%) |
|---|---|---|---|
| $108,940.00 | $21,788.00 | $87,152.00 | $5,256.00 |

WHEREFORE, Sherman Silverstein respectfully requests interim payment of fees for this Statement Period in the sum of $87,152.00, together with expenses of $5,256.00, for a total requested interim payment of $92,408.00.

Date: April 20, 2022

                                             **SHERMAN, SILVERSTEIN,
KOHL, ROSE & PODOLSKY, P.A.**
*Local Counsel to the Official Committee of Talc Claimants II*

By:    */s/ Arthur J. Abramowitz*
        ARTHUR J. ABRAMOWITZ

3014209.1