# Exhibit "B"

| Date | | | Description | Amount |
|---|---|---|---|---|
| 03/02/2022 | B100 | E107 | BMC Group, Inc ECF 1602 & 1612 | 290.00 |
| 03/03/2022 | B100 | E107 | BMC Group, Inc ADV ECF 187, 191 | 290.00 |
| 03/07/2022 | B100 | E107 | BMC Group, Inc ECF 1707, 1588 | 290.00 |
| 03/08/2022 | B100 | E108 | Trenton Parking Authority (c/c) | 12.00 |
| 03/08/2022 | B100 | E108 | Courts/USBC-NJ-P (x 3) (c/c) | 894.00 |
| 03/10/2022 | B100 | E107 | BMC Group, Inc ECF 1680,1685 | 290.00 |
| 03/11/2022 | B100 | E107 | BMC Group, Inc ECF 1708 | 290.00 |
| 03/16/2022 | B100 | E107 | BMC Group, Inc ECF 1746,1747 | 290.00 |
| 03/16/2022 | B100 | E107 | BMC Group, Inc ADV ECF 210 | 290.00 |
| 03/17/2022 | B100 | E107 | BMC Group, Inc ECF Various | 290.00 |
| 03/18/2022 | B100 | E107 | BMC Group, Inc ECF 1783 | 290.00 |
| 03/21/2022 | B100 | E107 | BMC Group, Inc ADV ECF 215, 216 | 290.00 |
| 03/21/2022 | B100 | E107 | BMC Group, Inc ECF 1804, 1805 | 290.00 |
| 03/24/2022 | B100 | E107 | BMC Group, Inc ECF 1840 | 290.00 |
| 03/25/2022 | B100 | E107 | BMC Group, Inc ECF 1697 | 290.00 |
| 03/29/2022 | B100 | E107 | BMC Group, Inc ECF 1899 | 290.00 |
| 03/30/2022 | B100 | E107 | BMC Group, Inc ECF 1910 | 290.00 |
| | | | **Total Disbursements** | 5,256.00 |