| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **GOLOMB SPIRT GRUNFELD, P.C.**<br>Richard Golomb, Esq.<br>1835 Market Street, Suite 2900<br>Philadelphia, PA 19103<br>(215) 985-9177<br>rgolomb@golomblegal.com<br>*Counsel for Claimant Brandi Carl* | |
| In re:<br>LTL MANAGEMENT, LLC,<br>Debtor | Chapter 11<br>Case No.: 21-30589 (MBK) |

## CERTIFICATION OF SERVICE

1. I, Richard M. Golomb, Esq. of the law firm Golomb Spirt Grunfeld, P.C., represent Claimant Brandi Carl in this matter.

2. On April 19, 2022 I filed the following documents with the Clerk of the United States Bankruptcy Court using the CM/ECF System:

- Supplement to the Motion of Claimant Brandi Carl Regarding the Composition of the Official Committee of Talc Claimants.

3. A copy was forwarded via the court's electronic filing system.

4. I certify under penalty of perjury that the above document was sent using the mode of service indicated.

                                           **/s/ Richard M. Golomb**
                                           **RICHARD M. GOLOMB**

**Date: 4/19/22**