UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**PARKINS LEE & RUBIO LLP**
Lenard M. Parkins, Esq.
Charles M. Rubio, Esq.
lparkins@parkinslee.com
crubio@parkinslee.com
Pennzoil Place
700 Milan St., Suite 1300
Houston, TX  77002
Tel: (713) 715-1666

*Special Counsel to
Talc Claimants Committee I*

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT, LLC,<br><br>                              Debtor. | Chapter 11<br><br>Case No.: 21-30589 (MBK)<br><br>Honorable Michael B. Kaplan |

**MONTHLY FEE STATEMENT OF PARKINS LEE & RUBIO LLP, SPECIALCOUNSEL TO TALC CLAIMANTS COMMITTEE I, FOR THE PERIOD MARCH 1, 2022 THROUGH MARCH 31, 2022**

Parkins Lee & Rubio LLP ("PLR") submits this Monthly Fee Statement (the "Statement") for services rendered and expenses incurred as Special Counsel to the Talc Claimants Committee I[1] for the period commencing March 1, 2022, and ending March 31, 2022 (the "Statement Period"), pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professionals* [Docket No. 761] (as modified, the "Interim Fee Procedures Order") as modified by the *Order Modifying Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professionals* [Docket No. 870].

---

[1] On December 16, 2021, the Bankruptcy Court entered the *Revised Order Authorizing Retention of Parkins Lee & Rubio LLP* [Docket. 856] that provides that the effective date of the retention is November 11, 2021.

The billing invoices, along with a detailed breakdown of all out-of-pocket disbursements necessarily incurred by PLR for the Statement Period are annexed hereto. These invoices detail the services performed by PLR.

The fees payment and the expense reimbursement requested in this Statement is as follows:

| Fees (100%) | Fee Holdback (20%) | Fee Payment (80%) | Expense Reimbursement (100%) |
|---|---|---|---|
| $139,001.50 | $27,800.30 | $111,201.20 | $0 |

WHEREFORE, PLR respectfully requests payment of fees for the Statement Period of $111,201.20 (80% of total) in accordance with the Interim Fee Procedures Order.

Dated: April 20, 2022

PARKINS LEE & RUBIO LLP
*Special Counsel to the Talc ClaimantsCommittee I*

*/s/ Lenard M. Parkins*
Lenard M. Parkins