**EXHIBIT "A"**

# Summary of Invoices



**Parkins Lee & Rubio LLP**
700 Milam Street, Suite 1300
Houston, Texas 77002
United States
www.parkinslee.com

Official Committee of Talc Claimants

| Date | Activity | Project Category | Invoice Amount |
|---|---|---|---:|
| 4/20/2022 | **Invoice #516** | Case Administration | $22,415.00 |
| 4/20/2022 | **Invoice #517** | Employment and Fee Applications | $10,061.50 |
| 4/20/2022 | **Invoice #518** | Litigation | $26,767.50 |
| 4/20/2022 | **Invoice #519** | Meetings and Communications with Creditors | $74,075.00 |
| 4/20/2022 | **Invoice #520** | Non-Working Travel | $1,377.50 |
| 4/20/2022 | **Invoice #521** | Valuation | $4,305.00 |

|  |  |
|---:|---:|
| Fees | $139,001.50 |
| Less 20% | $27,800.30 |
| Fee Payment Requested | $111,201.20 |
| Expense Reimbursement (100%) | $0 |
| **Fee Payment Requested Plus Expense Reimbursement (100%)** | **$111,201.20** |

## Payment Instructions

### Check Payment Information

**Remit checks to:**  Parkins Lee & Rubio LLP
700 Milam Street, Suite 1300
Houston, Texas 77002

### Wire Transfer and Online Payment Information

**Bank Name/Address:**  JPMorgan Chase Bank, N.A.
dba Chase Bank
8 East Pkwy, Scarsdale, NY 10583

**Bank ABA/Routing #:**  ABA Number 021000021 (For international transfers: CHASUS33)

**Name/Account #:**  Parkins Lee & Rubio LLP
Operating Account
Account Number 761958377

# INVOICE

PLR Internal Reference # 516
Date: 04/20/2022



**Parkins Lee & Rubio LLP**
700 Milam Street, Suite 1300
Houston, Texas 77002
United States
www.parkinslee.com

Official Committee of Talc Claimants

**Project Category: Case Administration**

| Date | Attorney | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 03/03/2022 | AR | Review and provide comments to the First Interim Application for Allowance of Compensation and related exhibits and work with B. McFadden in connection with same. | 2.00 | $250.00 | $500.00 |
| 03/06/2022 | CMR | Call with L. Parkins to discuss demarcation between present and future claims and how this will be established by the Court. | 0.50 | $725.00 | $362.50 |
| 03/06/2022 | LMP | Call with C. Rubio to discuss demarcation in time between present and future claims. | 0.50 | $1,075.00 | $537.50 |
| 03/07/2022 | CMR | Call with L. Parkins and H. Neilson regarding demarcation between present and future claims and research topics in connection with same (.5), follow up communication with H. Neilson regarding same (.2). | 0.70 | $725.00 | $507.50 |
| 03/07/2022 | HN | Research future claims cutoff date issue. | 2.90 | $525.00 | $1,522.50 |
| 03/07/2022 | LMP | Call with C. Rubio and H. Neilson regarding demarcation between present and future claims and research topics in connection with same. | 0.50 | $1,075.00 | $537.50 |
| 03/10/2022 | CMR | Research precedent QSF Settlement Trust Motions and | 1.80 | $725.00 | $1,305.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | objections to identify potential issues with proposed QSF. | | |
| 03/11/2022 | CMR | | Research background information on QSF Motions, Orders and Facilities from prior cases, detailed review of proposed Facility and the Funding Agreement, analyze email from S. Burian regarding comments to the QSF, prepare email to S. Beville, and G. Cicero results of same. | 8.20 | $725.00 | $5,945.00 |
| 03/14/2022 | CMR | | Review presentation to mediators developed by M. Pafitt and L. O'Dell and make comments to same (1.2), review proposed order appointing R. Ellis as the FTCR, call with L. Parkins, G. Cicerro and D. Moulton regarding same, prepare proposed mark up to same and circulate to Committee Counsel (1.0). | 2.20 | $725.00 | $1,595.00 |
| 03/15/2022 | CMR | | Work on memo regarding negotiating strategy with L. Parkins and send to J. Onder. | 3.20 | $725.00 | $2,320.00 |
| 03/15/2022 | LMP | | Work with C. Rubio on memo regarding negotiating strategy. | 1.60 | $1,075.00 | $1,720.00 |
| 03/16/2022 | CMR | | Review revisions to FTCR order. | 0.20 | $725.00 | $145.00 |
| 03/17/2022 | CMR | | Review revised proposed draft order regarding mediation protocols and transmittal email to the Court explaining the changes. | 0.20 | $725.00 | $145.00 |
| 03/17/2022 | LMP | | Review and comment on various drafts of Mediation Statement from TCC-1(.1.4) | 1.40 | $1,075.00 | $1,505.00 |
| 03/21/2022 | CMR | | Address emails and review drafts of stipulation regarding reconstitution of the Committees. | 0.40 | $725.00 | $290.00 |
| 03/22/2022 | CMR | | Review drafts of response to motion to appoint second FTCR. | 0.20 | $725.00 | $145.00 |
| 03/28/2022 | LMP | | Prepare for and attend and participate in first zoom mediation session with TCC-1 and mediators(3.1) | 3.10 | $1,075.00 | $3,332.50 |
| | | | | **Quantity Subtotal** | | **29.6** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Hale Neilson | 2.9 | $525.00 | $1,522.50 |
| Lenard Parkins | 7.1 | $1,075.00 | $7,632.50 |
| Charles Rubio | 17.6 | $725.00 | $12,760.00 |

| | | | |
|---|---|---|---|
| Adam Rodriguez | 2.0 | $250.00 | $500.00 |
| | | **Quantity Total** | **29.6** |
| | | **Subtotal** | **$22,415.00** |
| | | **Total** | **$22,415.00** |

# INVOICE



PLR Internal Reference # 517
Date: 04/20/2022

**Parkins Lee & Rubio LLP**
700 Milam Street, Suite 1300
Houston, Texas 77002
United States
www.parkinslee.com

Official Committee of Talc Claimants

**Project Category: Employment and Fee Applications**

| Date | Attorney | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 03/01/2022 | BM | Draft and populate data for exhibits for First Fee Application; Review and revise entries for billing. | 3.20 | $180.00 | $576.00 |
| 03/01/2022 | CMR | Teams calls to work with Britnie on setting up an EXCEL workbook to prepare the calculations and tables that are part of the first interim fee application. | 1.40 | $725.00 | $1,015.00 |
| 03/01/2022 | RJS | Call with C. Rubio and B. McFadden re calculation of amounts for interim fee application. | 0.20 | $625.00 | $125.00 |
| 03/02/2022 | BM | Work on PLR's Interim First Fee Application | 4.60 | $180.00 | $828.00 |
| 03/03/2022 | AR | Review docket to determine entrance of order regarding Cooley employment application. | 0.40 | $250.00 | $100.00 |
| 03/03/2022 | CMR | Calls with B. McFadden regarding calculations for the first interim fee application. | 0.50 | $725.00 | $362.50 |
| 03/03/2022 | BM | Audit data for the first interim fee application by extracting raw data from firm time and billing software and confirming and correcting information in exhibits; work with A. Rodriguez to evaluate data. | 7.00 | $180.00 | $1,260.00 |
| 03/04/2022 | BM | Finish working on fee application; submit to C. Rubio. | 2.00 | $180.00 | $360.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/07/2022 | CMR | Review current draft of first interim fee application and prepare summary of invoices to accompany exhibits with invoices and calls with B. McFadden regarding calculation of numbers in the fee application (.7), prepare an EXCEL file to set forth all the underlying calculations in the fee application (.9), pull precedent interim fee applications filed in Kaplan's court and make conforming changes to draft fee application (.9), prepare certificate of counsel for fee application (.3), prepare email to L. Parkins with the draft of the fee application, exhibits and related ancillary documents (.2). | 3.00 | $725.00 | $2,175.00 |
| 03/07/2022 | RJS | Attention and respond to email from C. Rubio re calculation of customary and comparable rates detailing methodology for calculation in fee application. | 0.50 | $625.00 | $312.50 |
| 03/09/2022 | BM | Draft and submit February monthly fee statement. | 1.20 | $180.00 | $216.00 |
| 03/09/2022 | CMR | Incorporate comments from L. Parkins into drafts of the first interim fee application and prepare email to D. Stolz, D. Clarke regarding filing the final fee application and identifying provisions in the Interim Compensation Procedures Order to coordinate among other counsel. | 0.80 | $725.00 | $580.00 |
| 03/09/2022 | BM | Reconcile invoices that have received payments received for LTL matter. | 1.50 | $180.00 | $0.00 |
| 03/11/2022 | BM | Enter expenses from Motion to Dismiss and Preliminary Injunction hearings; generate expense invoice; revise February fee statement; circulate to partners. | 1.50 | $180.00 | $270.00 |
| 03/15/2022 | BM | Revise and finalize February fee statement with C. Rubio. | 1.50 | $180.00 | $270.00 |
| 03/15/2022 | CMR | Work with B. McFadden to finalize invoice and charts for February monthly fee statement and email final version of February monthly fee statement to L. Denson, D. Stolz and D. Clarke. | 1.50 | $725.00 | $1,087.50 |
| 03/29/2022 | BM | Draft Certificate of No Objection for February monthly fee statement. | 0.50 | $180.00 | $90.00 |
| 03/29/2022 | CMR | Work on February certificate of no objection (.1), call L. Denson (Genova Burns) regarding certificate of service from same and talk through same (.2); follow up with L. Parkins and B. McFadden regarding the Certificate of No Objection and the Certificate of Service (.1). | 0.40 | $725.00 | $290.00 |
| 03/30/2022 | BM | Review time entries in preparation for March fee statement. | 0.80 | $180.00 | $144.00 |

|  | **Quantity Subtotal** | **32.5** |
|---|---:|---:|
|  | **Line Item Discount Subtotal** | **-$270.00** |

| Time Keeper | Quantity | Rate | Discount | Total |
|---|---:|---:|---:|---:|
| Charles Rubio | 7.6 | $725.00 | - | $5,510.00 |
| R. J. Shannon | 0.7 | $625.00 | - | $437.50 |
| Britnie McFadden | 23.8 | $180.00 | -$270.00 | $4,014.00 |
| Adam Rodriguez | 0.4 | $250.00 | - | $100.00 |
|  |  |  | **Quantity Total** | **32.5** |
|  |  |  | **Subtotal** | **$10,061.50** |
|  |  |  | **Total** | **$10,061.50** |

# INVOICE

PLR Internal Reference # 518
Date: 04/20/2022



**Parkins Lee & Rubio LLP**
700 Milam Street, Suite 1300
Houston, Texas 77002
United States
www.parkinslee.com

Official Committee of Talc Claimants

**Project Category: Litigation**

| Date | Attorney | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 03/01/2022 | CMR | Review letter filed by Debtor regarding FCR and review draft letter in response to same. | 0.30 | $725.00 | $217.50 |
| 03/02/2022 | HN | Call with Lenard Parkins regarding claim valuation issues. | 0.10 | $525.00 | $52.50 |
| 03/02/2022 | LMP | Call with H. Neilson regarding claim valuation issues. | 0.10 | $1,075.00 | $107.50 |
| 03/07/2022 | LMP | Review appeal papers from TCC-2 and motion to extend committee existence to prosecute appeal of orders on motion to dismiss and preliminary injunction. | 0.80 | $1,075.00 | $860.00 |
| 03/08/2022 | HN | Prepare for and telephonically attend omnibus hearing (4.0); Discuss claimant status demarcation date issue and continue research on the same (3.1). | 7.10 | $525.00 | $3,727.50 |
| 03/08/2022 | LMP | Attend by ZOOM, hearing on retention applications of Jones Day, Weil Gotshal, and Skadden. | 4.00 | $1,075.00 | $4,300.00 |
| 03/08/2022 | CMR | Prepare for and attend hearing on Jones Day/Skadden/Weil retention applications and follow up meeting with Committee Counsel and Committee Representatives. | 4.50 | $725.00 | $3,262.50 |
| 03/09/2022 | CMR | Calls with L. Parkins to discuss mediation approach (.8), prepare memo regarding same and circulate to L. Parkins | 4.20 | $725.00 | $3,045.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | (.8); review drafts of notice of appeal (.3); review drafts of proposed orders regarding mediation (.7), call with A. Silverstein regarding QSF Motion (.3); review QSF Motion and related Committee Objection and notes from S. Burian regarding same (1.3). | | | |
| 03/09/2022 | LMP | Calls with C. Rubio to discuss mediation approach. | 0.80 | $1,075.00 | $860.00 |
| 03/13/2022 | CMR | Review draft of opposition to insurance company's lift stay motion for coverage suit. | 0.80 | $725.00 | $580.00 |
| 03/16/2022 | CMR | Attend hearing on mediation protocols and appointment of mediator. | 0.60 | $725.00 | $435.00 |
| 03/16/2022 | LMP | Attend by Zoom hearing on mediation protocol and appointment of mediators. | 0.60 | $1,075.00 | $645.00 |
| 03/17/2022 | CMR | Review summaries of motions regarding the automatic stay related to the securities class action and putative class action involving industrial talc and the Debtor's response to same. | 0.20 | $725.00 | $145.00 |
| 03/18/2022 | CMR | Address emails regarding stipulation regarding appeals and review multiple drafts of stipulation. | 0.30 | $725.00 | $217.50 |
| 03/27/2022 | LMP | Review current draft certification reply brief in support of 3rd Cir certification by Bankruptcy Judge(0.7) | 0.70 | $1,075.00 | $752.50 |
| 03/30/2022 | CMR | Prepare for and attend hearing regarding Fee Examiner, insurance company lift stay motion, TCC II Motion for Continued Existence, Motion for Second FTCR, etc. | 4.20 | $725.00 | $3,045.00 |
| 03/30/2022 | LMP | Prepare for and attend hearing via Zoom on court decisions on stay motion of NJ coverage action, second Meso FCTR motion, .TCC-2 Committee continued existence, fee examiner. | 4.20 | $1,075.00 | $4,515.00 |
| | | | **Quantity Subtotal** | | **33.5** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Hale Neilson | 7.2 | $525.00 | $3,780.00 |
| Lenard Parkins | 11.2 | $1,075.00 | $12,040.00 |
| Charles Rubio | 15.1 | $725.00 | $10,947.50 |
| | **Quantity Total** | | **33.5** |

|          |             |
|---------:|------------:|
| **Subtotal** | **$26,767.50** |
| **Total**    | **$26,767.50** |

# INVOICE

PLR Internal Reference # 519
Date: 04/20/2022



**Parkins Lee & Rubio LLP**
700 Milam Street, Suite 1300
Houston, Texas 77002
United States
www.parkinslee.com

Official Committee of Talc Claimants

**Project Category: Meetings and Communications with Creditors**

| Date | Attorney | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 03/01/2022 | CMR | Zoom meeting with counsel for Committee I and II and Arnold and Itkin to discuss appeal of order on motion to dismiss and preliminary injunction (.9), Zoom meeting with counsel for TCC I and TCC II (.2). | 1.10 | $725.00 | $797.50 |
| 03/01/2022 | LMP | Prepare for and attend meeting between Committee TCC-1 and TCC-2 and Arnold Itkin & Pachulski, to discuss appeal of dismissal order and and preliminary injunction order (0.9); meeting with counsel for TCC-1 and TCC-2 to discuss case strategy and committee reunification (0.2). | 1.10 | $1,075.00 | $1,182.50 |
| 03/02/2022 | CMR | Attend in person meeting in New York regarding case strategy. | 5.50 | $725.00 | $3,987.50 |
| 03/02/2022 | LMP | Prepare for and attend in-person meeting of Executive Committee in NYC to discuss case strategy. | 5.50 | $1,075.00 | $5,912.50 |
| 03/03/2022 | CMR | Attend call with Committee Counsel to prepare for call with Committee Representatives (.5), attend call with Committee representatives (1.5); attend call with counsel to discuss appeal issues (.5). | 2.50 | $725.00 | $1,812.50 |
| 03/03/2022 | LMP | Prepare for and attend meeting of Executive Committee (0.4); attend call with Committee Counsel to prepare for | 2.90 | $1,075.00 | $3,117.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | call with Committee Representatives (.5), attend call of Committee Representative's to discuss case strategy (1.5); attend call with Committee counsel to discuss appeals of dismissal and Preliminary Injunction order (0.5). | | | |
| 03/09/2022 | LMP | Call with J. Onder, committee co-chair, on possible plan issues in case. | 0.50 | $1,075.00 | $537.50 |
| 03/09/2022 | CMR | Zoom call with Committee Counsel to prepare for call with Committee representatives (1.1); call with Committee Counsel and Committee representatives to discuss proposed mediation orders (1.2). | 2.30 | $725.00 | $1,667.50 |
| 03/09/2022 | LMP | Prepare for and attend meeting of committee counsel to discuss case issues and strategy(1.1); prepare for call and participate in call with counsel and Representatives to discuss draft mediation orders and review of revisions to same' call(1.2); call with J. Onder on committee mediation order issues(0.4); call with Majad Nachawati regarding mediation order questions(0.3) | 3.10 | $1,075.00 | $3,332.50 |
| 03/10/2022 | CMR | Attend weekly status call with Committee Counsel and Committee Representatives (2.2), prepare for and attend call on QSF Motion (1.0). | 3.20 | $725.00 | $2,320.00 |
| 03/10/2022 | LMP | Prepare for and participate in mediation introductory meeting with mediators to set schedule for mediation(1.4); TCC-1 Representatives call with counsel to discuss mediation and case strategy(2.2); Call of-counsel and Houlihan to discuss QSF Motion and strategy regarding same (1.0). | 4.60 | $1,075.00 | $4,945.00 |
| 03/12/2022 | LMP | Work on issues and strategy for executive committee meetings for negotiations with mediators. | 4.80 | $1,075.00 | $5,160.00 |
| 03/13/2022 | CMR | Prepare for and attend call with Committee Counsel regarding various case matters. | 1.20 | $725.00 | $870.00 |
| 03/13/2022 | LMP | Meeting with Committee co- counse regarding future claim representative order and mediation order on confidentiality provisions(1.2); review proposed orders for next meting with Representatives(0.6) | 1.80 | $1,075.00 | $1,935.00 |
| 03/14/2022 | CMR | Attend Zoom call to discuss PowerPoint presentation for mediators (2.4), attend Zoom call with Committee Counsel and Negotiation Committee (1.0). | 3.40 | $725.00 | $2,465.00 |
| 03/14/2022 | LMP | Prepare for and attend call with Executive Committee of Committee and counsel to discus case strategy and | 4.90 | $1,075.00 | $5,267.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | mediation(1.3); call with executive committee and financial advisors to discuss mediation issues and presentations(2,2) call with Committee Representatives to discuss case strategy, mediation and FCR issues(1.4) | | | |
| 03/15/2022 | CMR | Attend joint Zoom call with Counsel for TCC1 and TCC2. | 0.70 | $725.00 | $507.50 |
| 03/15/2022 | LMP | prepare for and attend zoom meeting of counsel for T-1 and T-2(0.7) | 0.70 | $1,075.00 | $752.50 |
| 03/16/2022 | CMR | Attend Zoom meeting with Committee Counsel to prepare for meeting with Committee Representatives (1.1), attend Zoom meeting with Committee Counsel and Committee Representatives (1.3). | 2.40 | $725.00 | $1,740.00 |
| 03/16/2022 | LMP | Meeting of committee counsel only to prepare for full meting of Representatives to discuss case strategy, FCR, appeals(1.1); meeting of Committee Representatives to discuss case strategy issues and appeals to be filed on counsel representation for Debtor(1.3) | 2.40 | $1,075.00 | $2,580.00 |
| 03/17/2022 | CMR | Call with Brattle to review current claim analysis. | 1.40 | $725.00 | $1,015.00 |
| 03/17/2022 | LMP | Prepare for and attend Zoom meeting of Committee Representatives and Brattle to discuss case strategy and claims(1.4) | 1.40 | $1,075.00 | $1,505.00 |
| 03/18/2022 | CMR | Attend Zoom meeting with the Committee members. | 1.10 | $725.00 | $797.50 |
| 03/21/2022 | CMR | Attend Zoom call with Committee Counsel and Counsel Representative Leadership to discuss outstanding matters (1.1), attend Zoom call with Counsel for TCC 1 and TCC 2 to discuss same(.2). | 1.30 | $725.00 | $942.50 |
| 03/22/2022 | CMR | Prepare for and attend weekly call with counsel for TCC1 and TCC2. | 1.00 | $725.00 | $725.00 |
| 03/22/2022 | LMP | Preparer for and participate in meeting with counsel for TCC-1 and TCC-2 to discuss case issues(1.0) | 1.00 | $1,075.00 | $1,075.00 |
| 03/23/2022 | CMR | Prepare for and attend meeting with Counsel to prepare for call with the Committee representatives. (1.1), attend Zoom call with Committee Counsel and Committee Representatives (2.0). | 3.10 | $725.00 | $2,247.50 |
| 03/23/2022 | LMP | Prepare for and and participate in Committee counsel only call to prepare for full meeting of Representatives(1.1); prepare for and participate in call of all committee representatives to discuss case strategy and mediation | 3.60 | $1,075.00 | $3,870.00 |

|            |     |                                                                                                                                                                                                                                                      |      |           |           |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|-----------|-----------|
|            |     | issues(2.0); call with J. Onder regarding MDL order discussed in meeting(0.5).                                                                                                                                                                        |      |           |           |
| 03/24/2022 | CMR | Prepare for and attend Zoom meetings with Committee Counsel to to discuss various case issues.                                                                                                                                                        | 1.20 | $725.00   | $870.00   |
| 03/24/2022 | LMP | Prepare for and and participate in Committee counsel only call to prepare for full meeting of Representatives(1.1); prepare for and participate in call of all committee representatives to discuss case strategy and mediation issues(2.0); call with J. Onder regarding MDL order discussed in meeting(0.5). | 1.20 | $1,075.00 | $1,290.00 |
| 03/27/2022 | LMP | Review emails from M. Nachawati and call with J. Onder regarding negotiating committee issues(0.6)                                                                                                                                                    | 0.60 | $1,075.00 | $645.00   |
| 03/28/2022 | LMP | Numerous communications with executive committee and negotiating committee on case strategy about MDL for upcoming meetings(1.1)                                                                                                                       | 1.10 | $1,075.00 | $1,182.50 |
| 03/29/2022 | CMR | Joint Zoom call with TCC 1 and TCC2                                                                                                                                                                                                                   | 1.20 | $725.00   | $870.00   |
| 03/29/2022 | LMP | Participate in meeting betwween counsel for T-1 and T-2 in preparation for hearings on 3-30-22(1.2)                                                                                                                                                   | 1.20 | $1,075.00 | $1,290.00 |
| 03/31/2022 | CMR | Call with Committee Counsel to prepare for call with Committee Representatives (.8); meeting with L. Parkins to discuss issues raised in call (.2); call with Committee Representatives including presentation from Houlihan on trust matters (1.7). | 2.70 | $725.00   | $1,957.50 |
| 03/31/2022 | LMP | Attend call with Committee Counsel (0.8); meeting with C. Rubio to discuss same (0.2); attend call with Committee Representatives including Houlihan presentation (1.7).                                                                              | 2.70 | $1,075.00 | $2,902.50 |
|            |     |                                                                                                                                                                                                                                                      | **Quantity Subtotal** | | **80.4** |

| Time Keeper    | Quantity | Rate      | Total       |
|----------------|----------|-----------|-------------|
| Lenard Parkins | 45.1     | $1,075.00 | $48,482.50  |
| Charles Rubio  | 35.3     | $725.00   | $25,592.50  |
|                | **Quantity Total** | | **80.4** |
|                | **Subtotal** | | **$74,075.00** |
|                | **Total** | | **$74,075.00** |



# INVOICE

PLR Internal Reference # 520
Date: 04/20/2022

**Parkins Lee & Rubio LLP**
700 Milam Street, Suite 1300
Houston, Texas 77002
United States
www.parkinslee.com

Official Committee of Talc Claimants

**Project Category: Non-Working Travel**

| Date | Attorney | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 03/08/2022 | CMR | Travel from Scarsdale, NY to Trenton, NJ for court hearing and travel back. | 3.80 | $362.50 | $1,377.50 |
| | | **Quantity Subtotal** | | | **3.8** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Charles Rubio | 3.8 | $362.50 | $1,377.50 |
| | **Quantity Total** | | **3.8** |
| | | **Subtotal** | **$1,377.50** |
| | | **Total** | **$1,377.50** |

Page 1 of 1

# INVOICE

PLR Internal Reference # 521
Date: 04/20/2022



**Parkins Lee & Rubio LLP**
700 Milam Street, Suite 1300
Houston, Texas 77002
United States
www.parkinslee.com

Official Committee of Talc Claimants

**Project Category: Valuation**

| Date | Attorney | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 03/03/2022 | HN | Review memorandum/ update and continue research regarding claim valuation methodology and related issues. | 3.30 | $525.00 | $1,732.50 |
| 03/04/2022 | HN | Continue updating research on claim valuation methodology. | 2.20 | $525.00 | $1,155.00 |
| 03/09/2022 | HN | Continue to research the demarcation between present and future claim dates. | 2.70 | $525.00 | $1,417.50 |
| | | | **Quantity Subtotal** | | **8.2** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Hale Neilson | 8.2 | $525.00 | $4,305.00 |
| | **Quantity Total** | | **8.2** |
| | | **Subtotal** | **$4,305.00** |
| | | **Total** | **$4,305.00** |