| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**OFFIT KURMAN, P.A.**<br>Paul J. Winterhalter, Esq. (006961986)<br>99 Wood Avenue South, Suite 302<br>Iselin, NJ 08830<br>Telephone: (267) 338-1370<br>Facsimile: (267) 338-1335<br>E-mail: pwinterhalter@offitkurman.com<br><br>**KTBS LAW LLP**<br>Michael L. Tuchin, Esq. (*pro hac vice*)<br>Robert J. Pfister, Esq. (*pro hac vice*)<br>Samuel M. Kidder, Esq. (*pro hac vice*)<br>Nir Maoz, Esq. (*pro hac vice*)<br>1801 Century Park East, 26th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 407-4000<br>Facsimile: (310) 407-9090<br>Email: mtuchin@ktbslaw.com<br>         rpfister@ktbslaw.com<br>         skidder@ktbslaw.com<br>         nmaoz@ktbslaw.com<br><br>*Attorneys for Aylstock, Witkin, Kreis & Overholtz, PLLC* | |
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No.: 21-30589<br><br>Judge: Michael B. Kaplan |

## CERTIFICATE OF SERVICE

I, Shanda D. Pearson, hereby certify that:

1. I am over the age of eighteen years, am employed by KTBS Law LLP, and am not a party to the action herein.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

184036.1

2.  On April 20, 2022, I served the *Supplemental Statement of Aylstock, Witkin, Kreis & Overholtz, PLLC in Support of Motion for an Order Regarding the Composition of the Official Committee of Talc Claimants* (Docket No. 2131) by causing a true and correct copy to be served via electronic mail and U.S. mail as set forth on Exhibit A.

Executed on the 20th day of April 2022.

*[signature]*
Shanda D. Pearson
KTBS Law LLP

184036.1

# EXHIBIT A

| ROLE | COMPANY | NAME | EMAIL |
|---|---|---|---|
|  | ARNOLD & ITKIN LLP | KURT B ARNOLD, CAJ BOATRIGHT, ROLAND CHRISTENSEN & JASON ITKIN | CBOATRIGHT@ARNOLDITKIN.COM; RCHRISTENSEN@ARNOLDITKIN.COM; JITKIN@ARNOLDITKIN.COM |
|  | ASHCRAFT & GEREL, LLP | MICHELLE PARFITT, JAMES F. GREEN & PATRICK LYONS | JGREEN@ASHCRAFTLAW.COM; PLYONS@ASHCRAFTLAW.COM; MPARFITT@ASHCRAFTLAW.COM |
|  | AYLSTOCK WITKIN KREIS & OVERHOLTZ PLLC | MARY PUTNICK & DANIEL THORNBURGH | MARYBETH@PUTNICKLEGAL.COM; DTHORNBURGH@AWKOLAW.COM |
| COUNSEL TO OFFICIAL COMMITTEE TALC CLAIMANTS | BAILEY & GLASSER LLP | CARY JOSHI | CJOSHI@BAILEYGLASSER.COM |
| COUNSEL ALBERTSONS COMPANIES, INC | BALLARD SPAHR LLP | TOBEY M. DALUZ, LESLIE C. HEILMAN, LAUREL D. ROGLEN | DALUZT@BALLARDSPAHR.COM; HEILMANL@BALLARDSPAHR.COM; ROGLENL@BALLARDSPAHR.COM |
|  | BARNES FIRM | JOE VAZQUEZ | JOE.VAZQUEZ@THEBARNESFIRM.COM |
|  | BEASLEY ALLEN LAW FIRM | CHARLIE STERN & LEIGH O'DELL | CHARLIE.STERN@BEASLEYALLEN.COM; LEIGH.ODELL@BEASLEYALLEN.COM |
| FEE EXAMINER | BERNSTEIN, SHUR, SAWYER & NELSON, P.A. | ROBER J. KEACH | RKEACH@BERNSTEINSHUR.COM |
| COUNSEL TO IMERYS TALC AMERICA, INC | BLANCO TACKABERY & MATAMOROS, P.A. | ASHLEY S. RUSHER | ASR@BLANCOLAW.COM |
| CO-COUNSEL TO THE COMMITTEE OF TALC CLAIMANTS | BROWN RUDNICK LLP | SUNNI P. BEVILLE | SBEVILLE@BROWNRUDNICK.COM |
| COUNSEL TO OFFICIAL COMMITTEE OF TALC CLAIMANTS | BROWN RUDNICK LLP | DAVID J. MOLTON & ROBERT J. STARK | DMOLTON@BROWNRUDNICK.COM; RSTARK@BROWNRUDNICK.COM |
| COUNSEL TO PLAINTIFFS STEERING | BURNS CHAREST LLP | COMMITTEE) DANIEL H CHAREST | DCHAREST@BURNSCHAREST.COM |
|  | CELLINO LAW LLP | BRIAN GOLDSTEIN | BRIAN.GOLDSTEIN@CELLINOLAW.COM |
| COUNSEL TO THE CONTINENTAL INS CO | CLYDE & CO US LLP | KONRAD R. KREBS | KONRAD.KREBS@CLYDECO.US |
| COUNSEL TO THE CONTINENTAL INSURANCE COMPANY | CLYDE AND CO US LLP | CLINTON E. CAMERON, MEGHAN DALTON | CLINTON.CAMERON@CLYDECO.US; MEGHAN.DALTON@CLYDECO.US |
|  | COHEN, PLACITELLA & ROTH, P.C. | DENNIS M. GEIER & CHRISTOPHER M. PLACITELLA | DGEIER@CPRLAW.COM; CPLACITELLA@CPRLAW.COM |
|  | COHEN, PLACITELLA & ROTH, P.C. | JARED M. PLACITELLA | JMPLACITELLA@CPRLAW.COM |
| COUNSEL TO CLAIMANTS REPRESENTED BY BARNES LAW | COLE SCHOTZ P.C. | FELICE R. YUDKIN | FYUDKIN@COLESCHOTZ.COM |
| COUNSEL TO CLAIMANTS REPRESENTED BY BARNES LAW | COLE SCHOTZ P.C. | MARK TSUKERMAN | MTSUKERMAN@COLESCHOTZ.COM |
| COUNSEL TO OFFICIAL COMMITTEE OF TALC CLAIMANTS | COOLEY LLP | EVAN M. LAZEROWITZ | ELAZEROWITZ@COOLEY.COM |
| COUNSEL TO BCBS OF MASSACHUSETTS, INC. | CORDES LAW, PLLC | STACY C. CORDES & MEGHAN A. VAN VYNCKT | STACY@CORDES-LAW.COM; MEGHAN@CORDES-LAW.COM |
| COUNSEL TO ARROWOOD INDEMNITY COMPANY | COUGHLIN MIDLIGE & GARLAND LLP | SUZANNE C. MIDLIGE | SMIDLIGE@CMG.LAW |
| COUNSEL TO CENTURY INSURERS ALLIANZ INSURERS | CROWELL & MORING LLP | TACIE YOON & RACHEL JANKOWSKI | TYOON@CROWELL.COM; RJANKOWSKI@CROWELL.COM |
| COUNSEL TO CENTURY INSURERS, ALLIANZ INSURERS | CROWELL & MORING LLP | GREGORY GENNADY PLOTKO | GPLOTKO@CROWELL.COM |
| COUNSEL TO CENTURY INSURERS, ALLIANZ INSURERS | CROWELL & MORING LLP | MARK D. PLEVIN & KEVIN D. CACABELOS | MPLEVIN@CROWELL.COM; KCACABELOS@CROWELL.COM |
|  | DALIMONTE RUEB STOLLER, LLP | JOHN A DALIMONTE, JENNIFER ORENDI & GREGORY RUEB | JOHN@DRLAWLLP.COM; GREG@DRLAWLLP.COM |
| COUNSEL TO THE CONTINENTAL INS CO | DAVID CHRISTIAN ATTORNEYS LLC | DAVID CHRISTIAN | DCHRISTIAN@DCA.LAW |
|  | DEAN OMAR BRANHAM SHIRLEY, LLC | JESSICA DEAN, J BRADLEY SMITH, CHARLES W BRANHAM III | JDEAN@DOBSLEGAL.COM; TBRANHAM@DOBSLEGAL.COM; BSMITH@DOBSLEGAL.COM |
| COUNSEL TO CENTURY INSURERS | DLA PIPER LLP (US) | AIDAN MCCORMACK & BRIAN SEIBERT | AIDAN.MCCORMACK@DLAPIPER.COM; BRIAN.SEIBERT@DLAPIPER.COM |
|  | DRISCOLL FIRM, LLC | JOHN DRISCOLL |  |
| COUNSEL TO REPUBLIC INDEMNITY | DUANE MORRIS LLP | PHILIP R. MATTHEWS | PRMATTHEWS@DUANEMORRIS.COM |

| ROLE | COMPANY | NAME | EMAIL |
|---|---|---|---|
| COUNSEL TO REPUBLIC INDEMNITY | DUANE MORRIS LLP | SOMMER L. ROSS | SLROSS@DUANEMORRIS.COM |
| COUNSEL TO PENSION BENEFIT GUARANTY CORP | EAMONN O'HAGAN, ESQ | | |
| COUNSEL TO PTI UNION LLC & PTI ROYSTON LLC | EMMET, MARVIN & MARTIN LLP | THOMAS A PITTA | TPITTA@EMMETMARVIN.COM |
| | EPIQ CORPORATE RESTRUCTURING, LLC | LTL CASE TEAM | LTLINFO@EPIQGLOBAL.COM |
| | FEARS NACHAWATI LAW FIRM | DARREN MCDOWEL & MAJED MACHAWATI | DMCDOWELL@FNLAWFIRM.COM |
| | FERRARO LAW FIRM | LESLIE ROTHENBERG & JOSE BECERR | LBR@FERRAROLAW.COM; JLB@FERRAROLAW.COM |
| | FLINT LAW FIRM LLC | ETHAN FLINT | EFLINT@FLINTLAW.COM |
| COUNSEL TO OFFIC. COMMIT. OF TALC CLAIMANTS | GENOVA BURNS LLC | DANIEL M. STOLZ, ESQ, DONALD W. CLARKE, ESQ, MATTHEW I. W. BAKER, ESQ | DSTOLZ@GENOVABURNS.COM; DCLARKE@GENOVABURNS.COM; MBAKER@GENOVABURNS.COM |
| COUNSEL TO TRAVELERS | GIMIGLIANO MAURIELLO & MALONEY | STEPHEN V. GIMIGLIANO, JOHN MALONEY & ROBIN RABINOWITZ | SGIMIGLIANO@LAWGMM.COM; JMALONEY@LAWGMM.COM; RRABINOWITZ@LAWGMM.COM |
| | GOLOMB SPIRT GRUNFELD, PC | ATN RICHARD GOLOMB, ANDREW SPIRT & KENNETH GRUNFELD | KGRUNFELD@GOLOMBHONIK.COM; RGOLOMB@GOLOMBHONIK.COM; ASPIRT@GOLOMBHONIK.COM; KGOLOMB@GOLOMBLEGAL.COM |
| COUNSEL TO MOTLEY RICE LLC | GREENBAUM, ROWE, SMITH & DAVIS LLP | NANCY ISAACSON, ESQ | NISAACSON@GREENBAUMLAW.COM |
| COUNSEL TO BAUSCH HEALTH | GREENBERG TRAURIG, LLP | ALAN J. BRODY | BRODYA@GTLAW.COM |
| COUNSEL TO BLUE CROSS BLUE SHIELD | HALPERIN BATTAGLIA BENZIJA LLP | ALAN D. HALPERIN, DONNA H. LIEBERMAN | AHALPERIN@HALPERINLAW.NET; DLIEBERMAN@HALPERINLAW.NET |
| COUNSEL TO THE AMICI PROFESSORS | HERRICK FEINSTEIN LLP | STEVEN SMITH, RACHEL GINZBURG | |
| | HILL HILL CARTER FRANCO COLE & BLACK, PC | ELIZABETH CARTER | |
| | HONIK LLC | RUBEN HONIK & DAVID STANOCH | RUBEN@HONIKLAW.COM; DAVID@HONIKLAW.COM |
| COUNSEL TO IMERYS SA | HUGHES HUBBARD & REED LLP | CHRISTOPHER L. KIPLOK, WILLIAM J. BEAUSOLEIL & ERIN E. DIERS | CHRIS.KIPLOK@HUGHESHUBBARD.COM; WILLIAM.BEAUSOLEIL@HUGHESHUBBARD.COM; ERIN.DIERS@HUGHESHUBBARD.COM |
| COUNSEL TO ONDERLAW, LLC | J.C. WHITE LAW GROUP PLLC | JAMES C. WHITE | JWHITE@JCWHITELAW.COM |
| COUNSEL TO BARNES LAW GROUP PLAINTIFFS | JD THOMPSON LAW | JUDY D. THOMPSON | JDT@JDTHOMPSONLAW.COM |
| | JOHNSON LAW GROUP | BLAKE TANASE & BASIL ADHAM | |
| DEBTOR'S COUNSEL | JONES DAY | BRAD B ERENS | BBERENS@JONESDAY.COM |
| DEBTOR'S COUNSEL | JONES DAY | GREGORY M GORDON, DAN B. PRIETO & AMANDA RUSH | GMGORDON@JONESDAY.COM; DBPRIETO@JONESDAY.COM; ASRUSH@JONESDAY.COM |
| | KARST & VON OISTE LLP | ERIC KARST | EPK@KARSTVONOISTE.COM |
| COUNSEL TO TCC T WHETSEL, ET AL | KARST & VON OISTE, LLP | DAVID A CHANDLER | DAC@KARSTVONOISTE.COM |
| COUNSEL TO CYPRUS MINES CORPORATION | KASOWITZ BENSON TORRES LLP | DAVID S. ROSNER, ROBERT M. NOVICK & ANDREW S. GOLDEN | DROSNER@KASOWITZ.COM; RNOVICK@KASOWITZ.COM; AGOLDEN@KASOWITZ.COM |
| COUNSEL TO CYPRUS MINES CORPORATION | KASOWITZ BENSON TORRES LLP | MICHAEL E. HUTCHINS | MHUTCHINS@KASOWITZ.COM |
| COUNSEL TO ATLANTA INTERNATIONAL COMPANY, ETC | KATTEN MUCHIN ROSENMAN LLP | SHAYA ROCHESTER | SHAYA.ROCHESTER@KATTEN.COM |
| COUNSEL TO ATLANTA INTERNATIONAL INSURANCE, ETC | KATTEN MUCHIN ROSENMAN LLP | KELSEY R. PANIZZOLO | KELSEY.PANIZZOLO@KATTEN.COM |
| | KAZAN MCCLAIN SATTERLY & GREENWOOD PLC | C/O JOSEPH SATTERLEY, STEVEN KAZAN & DENYSE F. CLANCY | JSATTERLEY@KAZANLAW.COM |
| COUNSEL TO TIG INSURANCE CO & EVEREST REINSURANCE CO | KENNEDYS CMK LLP | HEATHER E. SIMPSON | HEATHER.SIMPSON@KENNEDYSLAW.COM |
| | KIESEL LAW, LLP | PAUL R KIESEL & MELANIE PALMER | ZUKIN@KIESEL.LAW; KIESEL@KIESEL.LAW; PALMER@KIESEL.LAW |
| COUNSEL TO BESTWALL LLC | KING & SPALDING LLP | CHELSEA COREY | CCOREY@KSLAW.COM |

| ROLE | COMPANY | NAME | EMAIL |
|---|---|---|---|
| COUNSEL TO BESTWALL LLC | KING & SPALDING LLP | RICHARD A. SCHNEIDER | DSCHNEIDER@KSLAW.COM |
| COUNSEL TO AD HOC MESOTHELIOMA COMMITTEE | KLEHR HARRISON HARVEY BRANZBURG LLP | CAROL A SLOCUM, MORTON R BRANZBURG | |
| COUNSEL TO AD HOC MESOTHELIOMA COMMITTEE | KLEHR HARRISON HARVEY BRANZBURG LLP | MORTON R. BRANZBURG, ESQ. | |
| | LANIER LAW FIRM | MICHAEL A AKSELRUD | MICHAEL.AKSELRUD@LANIERLAWFIRM.COM |
| COUNSEL TO IMERYS TALC AMERICA, INC. ETC. | LATHAM & WATKINS LLP | ADAM S. RAVIN | ADAM.RAVIN@LW.COM |
| COUNSEL TO IMERYS TALC AMERICA, INC., ETC | LATHAM & WATKINS LLP | JEFFREY E. BJORK, KIMBERLY A. POSIN, AMY C. QUARTAROLO | JEFF.BJORK@LW.COM; KIM.POSIN@LW.COM; AMY.QUARTAROLO@LW.COM |
| COUNSEL TO VARIOUS CLAIMANTS | LAW FIRM OF BRIAN W HOFMEISTER, LLC | BRIAN W. HOFMEISTER | BWH@HOFMEISTERFIRM.COM |
| COUNSEL TO VARIOUS CLAIMANTS | LAW OFFICES OF MITCHELL J. MALZBERG, LLC | MITCHELL MALZBERG, ESQ. | MMALZBERG@MJMALZBERGLAW.COM |
| COUNSEL TO LINDA RABASCA AND BRANDI CARL | LAW OFFICES OF R. KEITH JOHNSON, P.A. | R. KEITH JOHNSON | |
| | LEVIN PAPANTONIO RAFFERTY | CHRISTOPHER TISI | |
| COUNSEL TO RANDY DEROUEN | LEVY KONIGSBERG LLP | JEROME BLOCK & AUDREY RAPHAEL | JBLOCK@LEVYLAW.COM |
| | LEVY KONIGSBERG LLP | MOSHE MAIMON | MMAIMON@LEVYLAW.COM |
| COUNSEL TO ERWIN CHEMERINSKY, GIOVANNI SOSA | LEX NOVA LAW LLC | E RICHARD DRESSEL | RDRESSEL@LEXNOVALAW.COM |
| COUNSEL TO EVAN PLOTKIN | LEX NOVA LAW LLC | E RICHARD DRESSEL | RDRESSEL@LEXNOVALAW.COM |
| COUNSEL TO DISANTO | LITE DEPALMA GREENBERG & AFANADOR, LLC | ALLEN J. UNDERWOOD II | AUNDERWOOD@LITEDEPALMA.COM |
| COUNSEL TO JOHNSON & JOHNSON | LOWENSTEIN SANDLER LLP | KENNETH A. ROSEN, MARY E. SEYMOUR | KROSEN@LOWENSTEIN.COM; MSEYMOUR@LOWENSTEIN.COM |
| DEBTOR | LTL MANAGEMENT LLC | JOHN K KIM, CHIEF LEGAL OFFICER | JKIM2@ITS.JNJ.COM |
| COUNSEL TO WESTCHESTER FIRE INSURANCE COMPANY | MANIER & HEROD, P.C. | ROBERT W. MILLER | RMILLER@MANIERHEROD.COM |
| COUNSEL TO VARIOUS TALC CLAIMANTS | MARSHACK HAYS LLP | LAILA MASUD, ESQ. | LMASUD@MARSHACKHAYS.COM |
| SPECIAL COUNSEL TO THE TALC CLAIMANTS | MASSEY & GAIL LLP | JONATHAN S. MASSEY | JMASSEY@MASSEYGAIL.COM |
| COUNSEL TO TCC KATHERINE TOLLEFSON | MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC | SUZANNE M RATCLIFFE | SRATCLIFFE@MRHFMLAW.COM |
| | MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC | CLAYTON L. THOMPSON | CTHOMPSON@MRHFMLAW.COM |
| | MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC | T BARTON FRENCE | BFRENCH@MRHFMLAW.COM |
| | MCCARTER & ENGLISH LLP | BRETT D. KAHN, THOMAS W. LADD | BKAHN@MCCARTER.COM; TLADD@MCCARTER.COM |
| COUNSEL TO ALISHIA LANDRUM | MCMANIMON, SCOTLAND & BAUMANN, LLC | ANTHONY SODONO, SARI PLACONA | ASODONO@MSBNJ.COM; SPLACONA@MSBNJ.COM |
| COUNSEL TO ATLANTA INTERNATIONAL INSURANCE ETC | MENDES & MOUNT LLP | EILEEN T. MCCABE, STEPHEN T. ROBERTS | EILEEN.MCCABE@MENDES.COM; STEPHEN.ROBERTS@MENDES.COM |
| | MILLER FIRM, LLC | CURTIS G HOKE | CHOKE@MILLERFIRMLLC.COM |
| COUNSEL TO ALLIANZ INSURERS | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C | PAUL W. KALISH, ELLEN M. FARRELL | PWKALISH@MINTZ.COM; EMFARRELL@MINTZ.COM |
| COUNSEL TO ARNOLD & ITKIN PLAINTIFFS | MOON WRIGHT & HOUSTON, PLLC | RICHARD S WRIGHT, ANDREW T HOUSTON & CALEB BROWN | RWRIGHT@MWHATTORNEYS.COM; AHOUSTON@MWHATTORNEYS.COM; CBROWN@MWHATTORNEYS.COM |
| COUNSEL TO J & J AND J & J CONSUMER INC. | MOORE & VAN ALLEN PLLC | HILLARY B CRABTREE | HILLARYCRABTREE@MVALAW.COM |
| COUNSEL TO PTI UNION, LLC ET AL. | MORITT HOCK & HAMROFF LLP | LESLIE A BERKOFF & ALLISON AROTSKY | LBERKOFF@MORITTHOCK.COM; AAROTSKY@MORITTHOCK.COM |
| COUNSEL TO PLAINTIFFS | MOTLEY RICE LLC | DANIEL R. LAPINSKI | DLAPINSKI@MOTLEYRICE.COM |
| | MOTLEY RICE LLC | CARMEN S. SCOTT | CSCOTT@MOTLEYRICE.COM |
| | MOTLEY RICE LLC | JOHN D HURST | JHURST@MOTLEYRICE.COM |
| | NAPOLI SHKOLNIK PLLC | JAMES D HEISMAN & CHRISTOPHER R LOPALO | CLOPALO@NAPOLILAW.COM |

| ROLE | COMPANY | NAME | EMAIL |
|---|---|---|---|
| COUNSEL TO CYPRUS AMAX MINERALS COMPANY | NORTHERN BLUE, LLP | JOHN A. NORTHEN, JOHN PAUL H. COURNOYER & VICKI L. PARROTT | JAN@NBFIRM.COM; VLP@NBFIRM.COM; JPC@NBFIRM.COM |
| COUNSEL TO CYPRUS MINES CORPORATION | NORTHERN BLUE, LLP | JOHN A. NORTHEN | JAN@NBFIRM.COM |
| COUNSEL TO CYRPUS MINES CORPORATION | NORTHERN BLUE, LLP | JOHN PAUL COURNOYER & VICKI L. PARROTT | JPC@NBFIRM.COM; VLP@NBFIRM.COM |
| COUNSEL FOR THE STATE OF TEXAS | OFFICE OF THE ATTORNEY GENERAL OF TEXAS | RACHEL R OBALDO & AUTUMN D HIGHSMITH | RACHEL.OBALDO@OAG.TEXAS.GOV; AUTUMN.HIGHSMITH@OAG.TEXAS.GOV |
|  | OFFICE OF THE US TRUSTEE | LAUREN BIELSKIE, JEFFREY M. SPONDER & MITCHELL B. HAUSMAN | LAUREN.BIELSKIE@USDOJ.GOV; JEFFREY.M.SPONDER@USDOJ.GOV; MITCHELL.B.HAUSMAN@USDOJ.GOV |
| COUNSEL TO AWKO | OFFIT KURMAN, P.A. | PAUL J. WINTERHALTER | PWINTERHALTER@OFFITKURMAN.COM |
| COUNSEL TO AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC | OFFIT KURMAN, P.A. | PAUL R. BAYNARD, ESQ. | PAUL.BAYNARD@OFFITKURMAN.COM |
|  | ONDERLAW, LLC | JAMES ONDER | ONDER@ONDERLAW.COM |
| COUNSEL TO PLANTIFF'S STEERING COMMITTEE | OTTERBOURG P.C. | JOHN BOUGIAMAS, MELANIE L CYGANOWSKI & ADAM C SILVERSTEIN | JBOUGIAMAS@OTTERBOURG.COM; MCYGANOWSKI@OTTERBOURG.COM; ASILVERSTEIN@OTTERBOURG.COM |
| COUNSEL TO ARNOLD & ITKIN LLP | PACHULSKI STANG ZIEHL & JONES LLP | LAURA JONES, KAREN DINE, COLIN ROBINSON, PETER KEANE | LJONES@PSZJLAW.COM; KDINE@PSZJLAW.COM; CROBINSON@PSZJLAW.COM; PKEANE@PSZJLAW.COM |
| COUNSEL FOR THE CONTINENTAL INSURANCE COMPANY | PARKER POE ADAMS & BERNSTEIN LLP | ASHLEY A EDWARDS, ESQ | ASHLEYEDWARDS@PARKERPOE.COM |
| COUNSEL TO ONDERLAW, LLC | PARKINS LEE & RUBIO LLP | CHARLES M. RUBIO, LENARD M. PARKINS | CRUBIO@PARKINSLEE.COM; LPARKINS@PARKINSLEE.COM |
| SPECIAL COUNSEL TO THE TALC CLAIMANTS | PARKINS LEE & RUBIO LLP | LENARD M. PARKINS & CHARLES M. RUBIO | LPARKINS@PARKINSLEE.COM; CRUBIO@PARKINSLEE.COM |
| OFFICE OF THE GENERAL COUNSEL | PENSION BENEFIT GUARANTY CORPORATION | CAROLYN J LACHMAN | LACHMAN.CAROLYN@PBGC.GOV; EFILE@PBGC.GOV |
| OFFICE OF THE GENERAL COUNSEL | PENSION BENEFIT GUARANTY CORPORATION | SIMON J TORRES | TORRES.SIMON@PBGC.GOV; EFILE@PBGC.GOV |
| COUNSEL TO RIO TINTO AMERICA HOLDINGS INC., | PORZIO, BROMBERG & NEWMAN, P.C. | RACHEL A. PARISI, ESQ. | RAPARISI@PBNLAW.COM; KDCURTIN@PBNLAW.COM |
| COUNSEL WILLIAM HART PLAINTIFFS | PRYOR CASHMAN LLP | SETH H. LIEBERMAN & ANDREW S. RICHMOND | SLIEBERMAN@PRYORCASHMAN.COM; ARICHMOND@PRYORCASHMAN.COM |
| COUNSEL TO PROFESSOR J. MARIA GLOVER | RABINOWITZ, LUBETKIN & TULLY, LLC | JONATHAN RABINOWITZ | JRABINOWITZ@RLTLAWFIRM.COM |
| FUTURE TALC CLAIMANTS REPRESENTATIVE | RANDI S. ELLIS | RANDI S. ELLIS, LLC | RANDI@RANDIELLIS.COM |
| COUNSEL TO BLUE CROSS BLUE SHIELD | RAWLINGS & ASSOCIATES | MARK D FISCHER, ROBERT C GRIFFITH | MDF@RAWLINGSANDASSOCIATES.COM; RG1@RAWLINGSANDASSOCIATES.COM |
| COUNSEL TO DEBTOR | RAYBURN COOPER & DURHAM, P.A. | CRICHARD RAYBURN, JR, JOHN R MILLER, JR, MATTHEW L TOMSIC | RRAYBURN@RCDLAW.NET; JMILLER@RCDLAW.NET; MTOMSIC@RCDLAW.NET |
| COUNSEL TO CYPRUS MINES CORPORATION | REED SMITH LLP | DEREK J. BAKER, ESQ. | DBAKER@REEDSMITH.COM; |
| COUNSEL TO CYPRUS MINES CORPORATION | REED SMITH LLP | PAUL M SINGER, ESQ | PSINGER@REEDSMITH.COM |
| COUNSEL TO CYRUS MINES CORPORATION | REED SMITH LLP | JASON D ANGELO, ESQ | JANGELO@REEDSMITH.COM |
|  | ROBINSON, CALCAGNIE, ROBINSON, SHAPIRO, DAVIS, INC. | MARK P. ROBINSON, JR. |  |
|  | ROSS FELLER CASEY, LLP | BRIAN J. MCCORMICK, JR. | BMCCORMICK@ROSSFELLERCASEY.COM |
| COUNSEL TO HARTFORD ACCIDENT AND INDEMNITY… | RUGGERI PARKS WEINBERG LLP | JOSHUA D. WEINBERG, JOSHUA P. MAYER | JWEINBERG@RUGGERILAW.COM; JMAYER@RUGGERILAW.COM |
| COUNSEL TO KRISTIE LYNN DOYLE | SAIBER LLC | JOHN M AUGUST & MARC E WOLIN | JAUGUST@SAIBER.COM; MWOLIN@SAIBER.COM |
| COUNSEL TO JEANNE STEPHENSON | SAVO, SCHALK, GILLESPIE, O'GRODNICK & FISHER, P.A. | CHARLES S. SCHALK, JOHN F. BRACAGLIA JR. | SCHALK@CENTRALJERSEYLAW.COM; BROKAW@CENTRALJERSEYLAW.COM |

| ROLE | COMPANY | NAME | EMAIL |
|---|---|---|---|
| COUNSEL TO OFFICIAL COMMITTEE OF TALC CLAIMANTS | SHERMAN SILVERSTEIN KOHL ROSE & PODOLSKY, P.A. | ARTHUR J ABRAMOWITZ, ALAN I MOLDOFF, ROSS J SWITKES | AABRAMOWITZ@SHERMANSILVERSTEIN.COM; AMOLDOFF@SHERMANSILVERSTEIN.COM; RSWITKES@SHERMANSILVERSTEIN.COM |
| | SIMMONS HANLY CONROY LLC | JAMES KRAMER | JKRAMER@SIMMONSFIRM.COM |
| | SIMON GREENSTONE PANATIERE BARTLETT, PC | CHRIS PANATIER | CPANATIER@SGPBLAW.COM |
| COUNSEL TO BAUSCH HEALTH | SIMPSON THACHER & BARTLETT LLP | SANDEEP QUSBA, CRAIG S. WALDMAN, JAMIE J. FELL, ZACHARY J. WEINER, ESQS | SQUSBA@STBLAW.COM; CWALDMAN@STBLAW.COM; JAMIE.FELL@STBLAW.COM; ZACHARY.WEINER@STBLAW.COM; |
| COUNSEL TO TRAVELERS | SIMPSON THACHER & BARTLETT LLP | ANDREW T. FRANKEL | AFRANKEL@STBLAW.COM |
| COUNSEL TO TRAVELERS CASUALTY AND SURETY COMPANY | SIMPSON THACHER & BARTLETT LLP | MICHAEL H. TORKIN, ANDREW T. FRANKEL, KATHRINE A. MCLENDON | MICHAEL.TORKIN@STBLAW.COM; AFRANKEL@STBLAW.COM; KMCLENDON@STBLAW.COM; |
| COUNSEL TO HARTFORD ACCIDENT AND INDEMNITY .. | STEVENS & LEE, P.C. | ANDREAS D. MILLIARESSIS | ANDREAS.MILLIARESSIS@STEVENSLEE.COM |
| COUNSEL TO HARTFORD ACCIDENT AND INDEMNITY.. | STEVENS & LEE, P.C. | JOSEPH H. HUSTON, JR. | JOSEPH.HUSTON@STEVENSLEE.COM |
| | THE GORI LAW FIRM | D TODD MATTHEWS, BETH GORI & SARA SALGER | BETH@GORIJULIANLAW.COM; SARA@GORIJULIANLAW.COM; TODD@GORIJULIANLAW.COM |
| COUNSEL TO BLUE CROSS BLUE SHIELD ASSOCIATION | THE HENDERSON LAW FIRM, PLLC | | HENDERSON@TITLE11.COM |
| COUNSEL TO BCBS OF MASSACHUSETTS | THE KELLY FIRM, P.C. | ANDREW J. KELLY, ESQ. | AKELLY@KBTLAW.COM |
| COUNSEL TO "WILLIAMS HART PLAINTIFFS" | THE LAYTON LAW FIRM, PLLC | CHRISTOPHER D. LAYTON | CHRIS@THELAYTONLAWFIRM.COM |
| COUNSEL TO EMPLOYERS INS COMPANY OF WAUSAU & NATIONAL CASUALTY COMPANY | THE SHAPIRO LAW FIRM | JANET A. SHAPIRO | JSHAPIRO@SHAPIROLAWFIRM.COM |
| COUNSEL TO ROGER FRANKEL | TOGUT, SEGAL & SEGAL LLP | ALBERT TOGUT, FRANK OSWALD, BRIAN SHAUGHNESSY | ALTOGUT@TEAMTOGUT.COM; FRANKOSWALD@TEAMTOGUT.COM; BSHAUGHNESSY@TEAMTOGUT.COM |
| | TRAMMELL PC | FLETCHER V TRAMMELL | FLETCH@TRAMMELLPC.COM |
| | TRAURIG LAW LLC | JEFFREY TAURIG | JTAURIG@TRAURIGLAW.COM |
| COUNSEL TO ATLANTA INTERNATIONAL COMPANY, ETC. | TRIF & MODUGNO LLC | LOUIS A. MODUGNO | LMODUGNO@TM-FIRM.COM |
| COUNSEL TO UNITED STATES OF AMERICA | US DEPARTMENT OF JUSTICE CIVIL DIVISION | J ZACHARY BALASKO | JOHN.Z.BALASKO@USDOJ.GOV |
| COUNSEL TO CYPRUS AMAX MINERALS CO | VINSON & ELKINS LLP | STEVEN M ABRAMOWITZ | SABRAMOWITZ@VELAW.COM |
| COUNSEL TO DEAN OMAR BRANHAM SHIRLEY LLP | WALLACE & GRAHAM PA | WILLIAM M. GRAHAM | BGRAHAM@WALLACEGRAHAM.COM |
| PROPOSED COUNSEL TO RANDI S. ELLIS, FTCR | WALSH PIZZI O'REILLY FALANGA | MARK FALK | MFALK@WALSH.LAW |
| | WARD AND SMITH, P.A. | PAUL A. FANNING, NORMAN J. LEONARD | PAF@WARDANDSMITH.COM; NJL@WARDANDSMITH.COM |
| | WEITZ & LUXENBERG, P.C. | DANNY KRAFT, LISA N. BUSCH, JUSTINE DELANEY & PERRY WEITZ | DKRAFTJR@WEITZLUX.COM; JDELANEY@WEITZLUX.COM; LBUSCH@WEITZLUX.COM |
| | WEITZ & LUXENBERG, P.C. | ELLEN RELKIN | ERELKIN@WEITZLUX.COM |
| COUNSEL TO J & J AND J & J CONSUMER INC | WHITE & CASE LLP | JESSICA LAURIA, GLENN M KURTZ & RICARDO PASIANOTTO | JESSICA.LAURIA@WHITECASE.COM; GKURTZ@WHITECASE.COM; RICARDO.PASIANOTTO@WHITECASE.COM |
| COUNSEL TO J & J AND J & J CONSUMER INC | WHITE & CASE LLP | MICHAEL C SHEPHERD & LAURA L FEMINO | MSHEPHERD@WHITECASE.COM; LAURA.FEMINO@WHITECASE.COM |
| COUNSEL TO J & J AND J & J CONSUMER INC. | WHITE & CASE LLP | BLAIR WARNER | BLAIR.WARNER@WHITECASE.COM |
| | WILLIAMS HART LAW FIRM | JOHN BOUNDAS, SEJAL BRAHMNHATT, WALT CUBBERLY & MARGOT TREVINO | |

Service List
(Email)

| ROLE | COMPANY | NAME | EMAIL |
|---|---|---|---|
| COUNSEL TO ALLSTATE INSURANCE CO | WINDELS MARX LANE & MITTENDORF LLP | ANDREW K CRAIG, STEFANO CALOGERO | ACRAIG@WINDELSMARX.COM; SCALOGERO@WINDELSMARX.COM |
| LOCAL COUNSEL TO THE DEBTOR | WOLLMUTH MAHER & DEUTSCH LLP | JAMES N. LAWLOR, PAUL DEFILIPPO, LYNDON M. TRETTER, JOSEPH F. PACELLI | JLAWLOR@WMD-LAW.COM; PDEFILIPPO@WMD-LAW.COM; LTRETTER@WMD-LAW.COM; JPACELLI@WMD-LAW.COM; BAXELROD@WMD-LAW.COM |
| COUNSEL TO AD HOC COMMITTEE OF STATES HOLDING CONSUMER PROTECTION CLAIMS | WOMBLE BOND DICKINSON (US) LLP | MATTHEW WARD & ERICKA JOHNSON | MATTHEW.WARD@WBD-US.COM; ERICKA.JOHNSON@WBD-US.COM |
| COUNSEL TO EMPLOYERS INS. COMAPNY OF WAUSAU, ET AL. | ZELLE LLP | ALEXANDER W COGBILL | ACOGBILL@ZELLE.COM |
|  |  | NAME AND ADDRESS INFORMATION HAS BEEN SEALED | DEBORAH.FLETCHER@FISHERBROYLES.COM |

**SERVICE LIST**
**(U.S. MAIL)**

| ROLE | NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
|  | DRISCOLL FIRM, LLC | ATTN JOHN DRISCOLL | 211 NORTH BROADWAY, 40TH FL |  | ST LOUIS | MO | 63102 |
| COUNSEL TO PENSION BENEFIT GUARANTY CORP | EAMONN O'HAGAN, ESQ | 970 BROAD ST, STE 700 |  |  | NEWARK | NJ | 07102 |
| COUNSEL TO THE AMICI PROFESSORS | HERRICK FEINSTEIN LLP | ATTN: STEVEN SMITH, RACHEL GINZBURG | 2 PARK AVE |  | NEW YORK | NY | 10016 |
|  | HILL HILL CARTER FRANCO COLE & BLACK, PC | ATTN ELIZABETH CARTER | 425 PERRY STREET |  | MONTGOMERY | AL | 36104 |
|  | JOHNSON LAW GROUP | ATTN BLAKE TANASE & BASIL ADHAM | 2925 RICHMOND AVE, STE 1700 |  | HOUSTON | TX | 77098 |
| COUNSEL TO AD HOC MESOTHELIOMA COMMITTEE | KLEHR HARRISON HARVEY BRANZBURG LLP | ATTN CAROL A SLOCUM, MORTON R BRANZBURG | 10000 LINCOLN DRIVE E, STE 201 |  | MARLTON | NJ | 08053 |
| COUNSEL TO AD HOC MESOTHELIOMA COMMITTEE | KLEHR HARRISON HARVEY BRANZBURG LLP | ATTN: MORTON R. BRANZBURG, ESQ. | 1835 MARKET ST. |  | PHILADELPHIA | PA | 19103 |
| COUNSEL TO LINDA RABASCA AND BRANDI CARL | LAW OFFICES OF R. KEITH JOHNSON, P.A. | ATTN: R. KEITH JOHNSON | 1275 S. NC BUS. HWY. 16 |  | STANLEY | NC | 28164 |
|  | LEVIN PAPANTONIO RAFFERTY | ATTN: CHRISTOPHER TISI | 316 S BAYLEN STREET, SUITE 600 |  | PENSACOLA | FL | 325002 |
|  | WILLIAMS HART LAW FIRM | ATN JOHN BOUNDAS, SEJAL BRAHMNHATT, WALT CUBBERLY & MARGOT TREVINO | 8441 GULF FREEWAY, STE 600 | HOUSTON | TX | 77017 |