UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on April 19, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

LTL MANAGEMENT, LLC,

| | |
|---|---|
| Case No.: | 21-30589(MBK) |
| Chapter: | 11 |
| Hearing Date: | |
| Judge: | Michael B. Kaplan |

# AMENDED ORDER AUTHORIZING RETENTION OF

# MONZACK MERSKY AND BROWDER, P.A.

The relief set forth on the following pages is **ORDERED**.

**DATED: April 19, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Matthew I.W. Baker, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>mbaker@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ  07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br>*Local Counsel to the Official Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Robert J. Stark, Esq.<br>Michael Winograd, Esq.<br>Jeffrey L. Jonas, Esq.<br>dmolton@brownrudnick.com<br>rstark@brownrudnick.com<br>mwinograd@brownrudnick.com<br>jjonas@brownrudnick.com<br>Seven Times Square<br>New York, NY  10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>and<br><br>Sunni P. Beville, Esq.<br>sbeville@brownrudnick.com<br>One Financial Center<br>Boston, MA  02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Co-Counsel for the Official Committee of Talc Claimants* |
| **BAILEY GLASSER LLP**<br>Brian A. Glasser, Esq.<br>Thomas B. Bennett, Esq.<br>bglasser@baileyglasser.com<br>tbennett@baileyglasser.com<br>105 Thomas Jefferson St. NW, Suite 540<br>Washington, DC  20007<br>Tel: (202) 463-2101<br>Fax: (202) 463-2103<br>*Co-Counsel for the Official Committee of Talc Claimants* | **OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Adam C. Silverstein, Esq.<br>Jennifer S. Feeney, Esq.<br>mcyganowski@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>230 Park Avenue<br>New York, NY  10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>*Co-Counsel for the Official Committee of Talc Claimants* |

**PARKINS LEE & RUBIO LLP**
Leonard M. Parkins, Esq.
Charles M. Rubio, Esq.
lparkins@parkinslee.com
crubio@parkinslee.com
Pennzoil Place
700 Milan St., Suite 1300
Houston, TX 77002
Tel: (713) 715-1666
*Special Counsel to the Official Committee of Talc Claimants*

**MASSEY & GAIL LLP**
Jonathan S. Massey, Esq.
jmassey@masseygail.com
100 Main Ave. SW, Suite 450
Washington, DC 20024
Tel: (202) 652-4511
Fax: (312) 379-0467
*Special Counsel for the Official Committee of Talc Claimants*

| | |
|---|---|
| In re:<br><br>**LTL MANAGEMENT, LLC,**<br><br>Debtor. | Chapter 11<br><br>Case No.: 21-30589(MBK)<br><br>Honorable Michael B. Kaplan |

**AMENDED ORDER AUTHORIZING RETENTION OF**

**MONZACK MERSKY AND BROWDER, P.A.**

The relief set forth on the following page is **ORDERED**.

Upon the applicant's request for authorization to retain Monzack Mersky And Browder, P.A. ("MMB") as Special Counsel to the Official Committee of Talc Claimants, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is:   1201 N. Orange St., Suite 400

   Wilmington, DE  19801

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory     completion of services.

4. The effective date of retention is the date the application was filed with the Court.

5. Mersky and/or MMB will only bill 50% for non-working travel and shall not seek the reimbursement of any fees or costs including attorney fees and costs, arising from the defense of any of Mersky and/or MMB's fee applications in this case.

6. Mersky and/or MMB will agree to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013 (the "U.S. Trustee Guidelines").

7. Mersky and/or MMB will use the billing and expense categories set forth in the US Trustee Guidelines (Exhibit D-1 "Summary of Compensation Requested by Project Category").

8. Mersky and/or MMB will provide any and all monthly fee statements, interim fee applications, and final fee applications in "LEDES" format to the United States Trustee.

9. Any and all compensation to be paid to Mersky and/or MMB for services rendered on the Talc

Committee's behalf shall be fixed by application to this Court in accordance with Sections 330 and 331 of the Bankruptcy Code, such Federal Rules and Local Rules as may then be applicable, and any orders entered in this case governing the compensation and reimbursement of professionals for services rendered and charges and disbursements incurred.

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 21-30589-MBK

LTL Management LLC     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 15

Date Rcvd: Apr 19, 2022     Form ID: pdf903     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Glenn M. Kurtz, White & Case LLP, 1221 Avenue of the America, New York, NY 10020-1001 |
| aty | + | Jessica Lauria, White & Case LLP, 1221 Avenue of the America, New York,, NY 10020-1001 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: jkim8@its.jnj.com | Apr 19 2022 20:44:00 | LTL Management LLC, 501 George Street, New Brunswick, NJ 08933-0001 |
| aty | + Email/Text: tlindsay@rcdlaw.net | Apr 19 2022 20:44:00 | Rayburn, Cooper & Durham, P.A., The Carillon, Suite 1200, 227 West Trade St., Charlotte, NC 28202-1672 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam C. Silverstein | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation asilverstein@otterbourg.com, awilliams@otterbourg.com |
| Adam C. Silverstein | |

Case 21-30589-MBK    Doc 2149    Filed 04/21/22    Entered 04/22/22 00:15:25    Desc
Imaged Certificate of Notice    Page 7 of 20

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 15 |
| Date Rcvd: Apr 19, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| | on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi District Litigation asilverstein@otterbourg.com, awilliams@otterbourg.com |
| Adam S. Ravin | |
| | on behalf of Interested Party Imerys Talc Canada Inc. adam.ravin@lw.com |
| Adam S. Ravin | |
| | on behalf of Interested Party Imerys Talc America  Inc. adam.ravin@lw.com |
| Adam S. Ravin | |
| | on behalf of Interested Party Imerys Talc Vermont  Inc. adam.ravin@lw.com |
| Alan I. Moldoff | |
| | on behalf of Creditor Committee Official Committee of Talc Claimants II amoldoff@shermansilverstein.com |
| Alan J. Brody | |
| | on behalf of Creditor Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International  Inc. brodya@gtlaw.com, NJLitDock@gtlaw.com |
| Alan J. Brody | |
| | on behalf of Creditor Bausch Health US  LLC f/k/a Valeant Pharmaceuticals North America LLC brodya@gtlaw.com, NJLitDock@gtlaw.com |
| Alan J. Brody | |
| | on behalf of Creditor Bausch Health Americas  Inc. f/k/a Valeant Pharmaceuticals International brodya@gtlaw.com, NJLitDock@gtlaw.com |
| Albert Togut | |
| | on behalf of Interested Party Roger Frankel  as Legal Representative for Future Personal Injury Claimants appointed in the Chapter 11 bankruptcy case of Cyprus Mines Corporation altogut@teamtogut.com, eozuna@teamtogut.com;seratner@teamtogut.com;dperson@teamtogut.com |
| Alexander Walker Cogbill | |
| | on behalf of Interested Party Nationwide Indemnity acogbill@zelle.com |
| Alexander Walker Cogbill | |
| | on behalf of Interested Party Employers Ins. of Wausau acogbill@zelle.com |
| Alexander Walker Cogbill | |
| | on behalf of Interested Party Employers Ins. Company of Wausau acogbill@zelle.com |
| Alexander Walker Cogbill | |
| | on behalf of Interested Party Employers Mutual Casualty Company acogbill@zelle.com |
| Alexander Walker Cogbill | |
| | on behalf of Interested Party Scottsdale Insurance acogbill@zelle.com |
| Allen Joseph Underwood, II | |
| | on behalf of Creditor DeSanto Canadian Class Action Plaintiffs aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com |
| Allen Joseph Underwood, II | |
| | on behalf of Attorney Lite DePalma Greenberg & Afandaor LLC aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com |
| Allen Joseph Underwood, II | |
| | on behalf of Creditor DiSanto Canadian Class Action Creditors aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com |
| Allison J. Arotsky | |
| | on behalf of Creditor PTI Union LLC aarotsky@moritthock.com |
| Allison J. Arotsky | |
| | on behalf of Creditor PTI Royston LLC aarotsky@moritthock.com |
| Allison J. Arotsky | |
| | on behalf of Creditor Broadview Investments LLC aarotsky@moritthock.com |
| Amanda Rush | |
| | on behalf of Plaintiff LTL Management LLC asrush@jonesday.com |
| Amanda Rush | |
| | on behalf of Debtor LTL Management LLC asrush@jonesday.com |
| Andreas Milliaressis | |
| | on behalf of Interested Party Hartford Accident and Indemnity Company adm@stevenslee.com |
| Andreas Milliaressis | |
| | on behalf of Interested Party First State Insurance Company adm@stevenslee.com |
| Andrew Ambruoso | |
| | on behalf of Interested Party Imerys Talc Canada Inc. andrew.ambruoso@lw.com  andrew-ambruoso-6817@ecf.pacerpro.com |

Case 21-30589-MBK    Doc 2149    Filed 04/21/22    Entered 04/22/22 00:15:25    Desc
Imaged Certificate of Notice    Page 8 of 20

| District/off: 0312-3 | User: admin | Page 3 of 15 |
|---|---|---|
| Date Rcvd: Apr 19, 2022 | Form ID: pdf903 | Total Noticed: 4 |

Andrew Ambruoso
    on behalf of Interested Party Imerys Talc America Inc. andrew.ambruoso@lw.com, andrew-ambruoso-6817@ecf.pacerpro.com

Andrew Ambruoso
    on behalf of Interested Party Imerys Talc Vermont Inc. andrew.ambruoso@lw.com, andrew-ambruoso-6817@ecf.pacerpro.com

Andrew Craig
    on behalf of Creditor Allstate Insurance Company acraig@windelsmarx.com

Andrew Golden
    on behalf of Interested Party Cyprus Mines Corporation agolden@kasowitz.com

Andrew J. Kelly
    on behalf of Interested Party Blue Cross Blue Shield of Massachusetts Inc. akelly@kbtlaw.com,
    wsheridan@kbtlaw.com;saudino@kbtlaw.com;tgraga@kbtlaw.com;pschenke@kbtlaw.com

Andrew S. Richmond
    on behalf of Interested Party Williams Hart Boundas Easterby LLP, on behalf of certain personal injury claimants (Williams Hart
    Plaintiffs) arichmond@pryorcashman.com

Andrew T. Frankel
    on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)
    afrankel@stblaw.com

Andy Frankel
    on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)
    afrankel@stblaw.com

Anthony Sodono, III
    on behalf of Creditor Alishia Landrum Committee Member asodono@msbnj.com

Anthony Sodono, III
    on behalf of Creditor Dr. Rebecca Love asodono@msbnj.com

Arthur Abramowitz
    on behalf of Interested Party Massey & Gail LLP aabramowitz@shermansilverstein.com
    jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Arthur Abramowitz
    on behalf of Creditor Committee Official Committee of Talc Claimants II aabramowitz@shermansilverstein.com
    jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Arthur Abramowitz
    on behalf of Interested Party Bailey & Glasser LLP aabramowitz@shermansilverstein.com
    jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Arthur Abramowitz
    on behalf of Attorney Waldrep Wall Babcock & Bailey PLLC aabramowitz@shermansilverstein.com
    jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Arthur Abramowitz
    on behalf of Attorney Sherman Silverstein, Kohl, Rose & Podolsky, P.A. aabramowitz@shermansilverstein.com,
    jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Arthur Abramowitz
    on behalf of Other Prof. FTI Consulting Inc. aabramowitz@shermansilverstein.com,
    jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Arthur Abramowitz
    on behalf of Attorney Cooley LLP aabramowitz@shermansilverstein.com
    jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Autumn D. Highsmith
    on behalf of Interested Party State of Texas autumn.highsmith@oag.texas.gov

Bill Graham
    on behalf of Attorney Wallace & Graham P.A. bgraham@wallacegraham.com

Brad B. Erens
    on behalf of Debtor LTL Management LLC bberens@jonesday.com

Brad B. Erens
    on behalf of Plaintiff LTL Management LLC bberens@jonesday.com

Brad Jeffrey Axelrod
    on behalf of Debtor LTL Management LLC baxelrod@wmd-law.com

Brad Jeffrey Axelrod
    on behalf of Plaintiff LTL Management LLC baxelrod@wmd-law.com

Brett Kahn
    on behalf of Spec. Counsel McCarter & English LLP bkahn@mccarter.com

Case 21-30589-MBK    Doc 2149    Filed 04/21/22    Entered 04/22/22 00:15:25    Desc
Imaged Certificate of Notice    Page 9 of 20

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 15 |
| Date Rcvd: Apr 19, 2022 | Form ID: pdf903 | Total Noticed: 4 |

Brian J. McCormick, Jr.
    on behalf of Interested Party Ross Feller Casey LLP bmccormick@rossfellercasey.com earend@rossfellercasey.com

Brian R. Ade
    on behalf of Interested Party Sentry Insurance Company brian.ade@rivkin.com

Brian W. Hofmeister
    on behalf of Attorney Law Firm of Brian W. Hofmeister of behalf of various claimants bwh@hofmeisterfirm.com, j119@ecfcbis.com

C. Richard Rayburn, Jr.
    on behalf of Plaintiff LTL Management LLC rrayburn@rcdlaw.net jrobinson@rcdlaw.net

Caitlin K. Cahow
    on behalf of Debtor LTL Management LLC ccahow@jonesday.com

Carol A. Slocum
    on behalf of Creditor Ad Hoc Mesothelioma Committee cslocum@klehr.com lclark@klehr.com

Carolyn Lachman
    on behalf of Creditor Pension Benefit Guaranty Corporation lachman.carolyn@pbgc.gov efile@pbgc.gov

Cary Joshi
    on behalf of Creditor Committee Official Committee of Talc Claimants II cjoshi@baileyglasser.com

Charles Michael Rubio
    on behalf of Interested Party OnderLaw LLC crubio@parkinslee.com, 7485062420@filings.docketbird.com

Charles Michael Rubio
    on behalf of Creditor OnderLaw LLC crubio@parkinslee.com, 7485062420@filings.docketbird.com

Chelsea Corey
    on behalf of Interested Party Bestwall LLC ccorey@kslaw.com

Christopher K. Kiplok
    on behalf of Interested Party Imerys SA kiplok@hugheshubbard.com

Christopher M. Placitella
    on behalf of Interested Party Cohen Placitella & Roth, P.C. cplacitella@cprlaw.com, cmcnelis@cprlaw.com

Christopher M. Placitella
    on behalf of Unknown Role Type Daniel & Roger Edley cplacitella@cprlaw.com cmcnelis@cprlaw.com

Christopher M. Placitella
    on behalf of Attorney Christopher M. Placitella cplacitella@cprlaw.com cmcnelis@cprlaw.com

Christopher M. Placitella
    cplacitella@cprlaw.com cmcnelis@cprlaw.com

Christopher Vincent Tisi
    on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi-District Litigation ctisis@levinlaw.com

Clay Thompson
    on behalf of Interested Party Maune Raichle Hartley French & Mudd LLC cthompson@mrhfmlaw.com

Clinton E. Cameron
    on behalf of Interested Party The Continental Insurance Company Clinton.Cameron@clydeco.us

Cole Hayes
    on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi District Litigation cole@colehayeslaw.com

Cole Hayes
    on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi-District Litigation cole@colehayeslaw.com

Colin R. Robinson
    on behalf of Interested Party Arnold & Itkin LLP crobinson@pszjlaw.com

Colin R. Robinson
    on behalf of Creditor Arnold & Itkin LLP crobinson@pszjlaw.com

Daniel Lapinski
    on behalf of Interested Party Motley Rice LLC dlapinski@motleyrice.com

Daniel Stolz
    on behalf of Interested Party Bailey & Glasser LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Spec. Counsel Massey & Gail LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

| District/off: 0312-3 | User: admin | Page 5 of 15 |
|---|---|---|
| Date Rcvd: Apr 19, 2022 | Form ID: pdf903 | Total Noticed: 4 |

Daniel Stolz
    on behalf of Attorney Genova Burns LLC dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Spec. Counsel Parkins Lee & Rubio LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Creditor Committee Official Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Spec. Counsel Gilbert LLP dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Interested Party Otterbourg P.C dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Creditor Committee Official Committee of Talc Claimants I dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Creditor Proposed Local Counsel to Official Committee of Talc Claimants for LTL Management LLC dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Other Prof. Houlihan Lokey Capital Inc. dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Interested Party Brown Rudnick LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Creditor Committee Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Interested Party Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel B. Prieto
    on behalf of Debtor LTL Management LLC dbprieto@jonesday.com

Daniel B. Prieto
    on behalf of Plaintiff LTL Management LLC dbprieto@jonesday.com

Daniel H. Charest
    on behalf of Creditor Julia Lathrop dcharest@burnscharest.com manderson@burnscharest.com;mkweik@burnscharest.com

Daniel H. Charest
    on behalf of Creditor Daniel Mercer dcharest@burnscharest.com manderson@burnscharest.com;mkweik@burnscharest.com

Daniel H. Charest
    on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi-District Litigation dcharest@burnscharest.com, manderson@burnscharest.com;mkweik@burnscharest.com

Daniel Robert Lapinski
    on behalf of Interested Party Motley Rice LLC dlapinski@motleyrice.com hfonseca@motleyrice.com,kdotson@motleyrice.com

Danielle Spinelli
    on behalf of Interested Party Three Crowns Insurance Company Danielle.Spinelli@wilmerhale.com

Danielle Spinelli
    on behalf of Interested Party Rio Tinto America Inc. Danielle.Spinelli@wilmerhale.com

Darren McDowell
    on behalf of Interested Party Fears Nachawati PLLC dmcdowell@fnlawfirm.com mn@fnlawfirm.com;jwoodman@essexrichards.com;cbritton@fnlawfirm.com

David Chandler
    on behalf of Interested Party Karst & von Oiste LLP dac@karstvonoiste.com akk@karstvonoiste.com

David Christian
    on behalf of Creditor The Continental Insurance Company dchristian@davodcjrostoamattprmeus.com

David Christian
    on behalf of Interested Party The Continental Insurance Company dchristian@davodcjrostoamattprmeus.com

David Rosner
    on behalf of Interested Party Cyprus Mines Corporation drosner@kasowitz.com courtnotices@kasowitz.com

Case 21-30589-MBK    Doc 2149    Filed 04/21/22    Entered 04/22/22 00:15:25    Desc
Imaged Certificate of Notice    Page 11 of 20

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 6 of 15 |
| Date Rcvd: Apr 19, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| David J. Molton | on behalf of Creditor Committee Official Committee of Talc Claimants dmolton@brownrudnick.com hcohen@brownrudnick.com |
| David J. Molton | on behalf of Creditor Committee Committee of Talc Claimants dmolton@brownrudnick.com  hcohen@brownrudnick.com |
| Dennis Geier | on behalf of Interested Party Cohen  Placitella & Roth, P.C. dgeier@cprlaw.com, cmcnelis@cprlaw.com |
| Denyse F. Clancy | on behalf of Interested Party Kazan  McClain, Satterley & Greenwood, PLC dclancy@kazanlaw.com |
| Derek J. Baker | on behalf of Interested Party Cyprus Mines Corporation dbaker@reedsmith.com |
| Donald W Clarke | on behalf of Interested Party Parkins Lee & Rubio LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Attorney Genova Burns LLC dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Interested Party Bailey & Glasser LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Interested Party Otterbourg P.C dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Other Prof. Houlihan Lokey Capital  Inc. dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Spec. Counsel Parkins Lee & Rubio LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Creditor Proposed Local Counsel to Official Committee of Talc Claimants for LTL Management  LLC dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Creditor Committee Committee of Talc Claimants dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Creditor Committee Official Committee of Talc Claimants dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Interested Party Brown Rudnick LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Spec. Counsel Massey & Gail LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Spec. Counsel Miller Thomson LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Interested Party Committee of Talc Claimants dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Creditor Committee Official Committee of Talc Claimants I dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Interested Party Massey & Gail LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| E. Richard Dressel | on behalf of Creditor Evan Plotkin rdressel@lexnovalaw.com |
| E. Richard Dressel | on behalf of Interested Party Erwin Chemerinsky rdressel@lexnovalaw.com |
| E. Richard Dressel | on behalf of Creditor Giovanni Sosa rdressel@lexnovalaw.com |
| Eamonn O'Hagan | on behalf of Creditor UNITED STATES OF AMERICA eamonn.ohagan@usdoj.gov |
| Eileen McCabe | on behalf of Interested Party Starr Indemnity & Liability Company eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party Lexington Insurance Company eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party ASR Schadeverzekering N.V. eileen.mccabe@mendes.com |

Case 21-30589-MBK    Doc 2149    Filed 04/21/22    Entered 04/22/22 00:15:25    Desc
Imaged Certificate of Notice    Page 12 of 20

| District/off: 0312-3 | User: admin | Page 7 of 15 |
|---|---|---|
| Date Rcvd: Apr 19, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| Eileen McCabe | on behalf of Interested Party The North River Insurance Company eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party AIG Property Casualty Company eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party AIG Europe S.A. eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party The Insurance Company of the State of Pennsylvania eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party AIU Insurance Company eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party Granite State Insurance Company eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party RheinLand Versicherungen eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party Atlanta International Insurance Company eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party New Hampshire Insurance Company eileen.mccabe@mendes.com |
| Emil A. Kleinhaus | on behalf of Interested Party Cyprus Amax Minerals Company EAKleinhaus@WLRK.com |
| Erica Villanueva | on behalf of Interested Party Rio Tinto America Inc. EVillanueva@fbm.com |
| Erica Villanueva | on behalf of Interested Party Three Crowns Insurance Company EVillanueva@fbm.com |
| Ericka Fredricks Johnson | on behalf of Interested Party Ad Hoc Committee of States Holding Consumer Protection Claims ErJohnson@wcsr.com Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com |
| Evan Lazerowitz | on behalf of Creditor Committee Official Committee of Talc Claimants II elazerowitz@cooley.com efiling-notice@ecf.pacerpro.com;jbrown@cooley.com;mklein@cooley.com;rkanowitz@cooley.com |
| Felice R. Yudkin | on behalf of Interested Party Claimants represented by the Barnes Law Group fyudkin@coleschotz.com fpisano@coleschotz.com |
| Geoffrey S Brounell | on behalf of Unknown Role Type Reuters News & Media  Inc. geoffreybrounell@dwt.com |
| Gregory Plotko | on behalf of Interested Party Pacific Employers Insurance Company gplotko@crowell.com mschneider@rkollp.com |
| Gregory Plotko | on behalf of Interested Party Westchester Fire Insurance Company gplotko@crowell.com mschneider@rkollp.com |
| Gregory Plotko | on behalf of Interested Party Firemans Fund Insurance Company gplotko@crowell.com mschneider@rkollp.com |
| Gregory Plotko | on behalf of Interested Party Federal Insurance Company gplotko@crowell.com mschneider@rkollp.com |
| Gregory Plotko | on behalf of Interested Party Great Northern Insurance Company gplotko@crowell.com mschneider@rkollp.com |
| Gregory Plotko | on behalf of Interested Party ACE Property and Casualty Insurance Company gplotko@crowell.com mschneider@rkollp.com |
| Gregory Plotko | on behalf of Interested Party Allianz Global Risk US Insurance Company gplotko@crowell.com mschneider@rkollp.com |
| Gregory Plotko | on behalf of Interested Party Central National Insurance Company of Omaha gplotko@crowell.com mschneider@rkollp.com |
| Gregory Plotko | on behalf of Interested Party Century Indemnity Company gplotko@crowell.com mschneider@rkollp.com |

Case 21-30589-MBK    Doc 2149    Filed 04/21/22    Entered 04/22/22 00:15:25    Desc
Imaged Certificate of Notice    Page 13 of 20

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 8 of 15 |
| Date Rcvd: Apr 19, 2022 | Form ID: pdf903 | Total Noticed: 4 |

Gregory M. Gordon
    on behalf of Debtor LTL Management LLC gmgordon@jonesday.com

Gregory M. Gordon
    on behalf of Plaintiff LTL Management LLC gmgordon@jonesday.com

Heather Elizabeth Simpson
    on behalf of Interested Party TIG Insurance Company heather.simpson@kennedyscmk.com

Heather Elizabeth Simpson
    on behalf of Interested Party Everest Reinsurance Company heather.simpson@kennedyscmk.com

Isley M. Gostin
    on behalf of Interested Party Three Crowns Insurance Company Isley.Gostin@wilmerhale.com

Isley M. Gostin
    on behalf of Interested Party Rio Tinto America Inc. Isley.Gostin@wilmerhale.com

James E. Cecchi
    on behalf of Defendant San Diego County Employees Retirement Association  Individually and on Behalf of All Others Similarly Situated jcecchi@carellabyrne.com

James Francis Green
    on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation jgreen@ashcraftlaw.com, tnguyen@ashcraftlaw.com;nparfitt@ashcraftlaw.com;plyons@ashcraft.com;twaters@ashcraftlaw.com

James M. Jones
    on behalf of Debtor LTL Management LLC jmjones@jonesday.com

James N. Lawlor
    on behalf of Spec. Counsel Patterson Belknap Webb & Tyler LLP jlawlor@wmd-law.com

James N. Lawlor
    on behalf of Plaintiff LTL Management LLC jlawlor@wmd-law.com

James N. Lawlor
    on behalf of Debtor LTL Management LLC jlawlor@wmd-law.com

Janet A. Shapiro
    on behalf of Interested Party Employers Mutual Casualty Company jshapiro@shapirolawfirm.com

Janet A. Shapiro
    on behalf of Interested Party Scottsdale Insurance jshapiro@shapirolawfirm.com

Janet A. Shapiro
    on behalf of Interested Party Employers Ins. of Wausau jshapiro@shapirolawfirm.com

Janet A. Shapiro
    on behalf of Interested Party Nationwide Indemnity jshapiro@shapirolawfirm.com

Janet A. Shapiro
    on behalf of Interested Party Employers Ins Co of Wausau jshapiro@shapirolawfirm.com

Janet A. Shapiro
    on behalf of Interested Party Employers Ins. Company of Wausau jshapiro@shapirolawfirm.com

Jason D Angelo
    on behalf of Interested Party Cyprus Mines Corporation jangelo@reedsmith.com

Jeffrey M. Sponder
    on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov

Jeffrey M. Traurig
    on behalf of Other Prof. Robert J. Keach jtraurig@trauriglaw.com

Jennifer S. Feeney
    on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation jfeeney@otterbourg.com

Jerome Howard Block
    on behalf of Interested Party Levy Konigsberg LLP jblock@levylaw.com

Jerome Howard Block
    on behalf of Interested Party Talc Claimants jblock@levylaw.com

Joel Rhine
    on behalf of Interested Party Clients of Clifford Law Offices  P.C., and Taft Stettinius & Hollister, LLP slc@rhinelawfirm.com

John Bougiamas
    on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi District Litigation jbougiamas@otterbourg.com, ryan@otterbourg.com;jfeeney@otterbourg.com;mmaizel@otterbourg.com;jhildebrandt@otterbourg.com

Case 21-30589-MBK    Doc 2149    Filed 04/21/22    Entered 04/22/22 00:15:25    Desc
Imaged Certificate of Notice    Page 14 of 20

| District/off: 0312-3 | User: admin | Page 9 of 15 |
|---|---|---|
| Date Rcvd: Apr 19, 2022 | Form ID: pdf903 | Total Noticed: 4 |

John Bougiamas
    on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation jbougiamas@otterbourg.com, ryan@otterbourg.com;jfeeney@otterbourg.com;mmaizel@otterbourg.com;jhildebrandt@otterbourg.com

John Maloney
    on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) jmaloney@lawgmm.com

John A. Baden, IV
    on behalf of Interested Party Motley Rice LLC jbaden@motleyrice.com

John A. Baden, IV
    on behalf of Other Prof. Epiq Corporate Restructuring  LLC jbaden@motleyrice.com

John A. Bougiamas
    on behalf of Interested Party Committee of Talc Claimants jbougiamas@oshr.com jfeeney@otterbourg.com;awilliams@otterbourg.com;dfiorillo@otterbourg.com

John C. Woodman
    on behalf of Attorney John C. Woodman jwoodman@essexrichards.com DDiMatteo@essexrichards.com;SMarak@essexrichards.com

John D. Green
    on behalf of Interested Party Rio Tinto America Inc. JGreen@fbm.com

John D. Green
    on behalf of Interested Party Three Crowns Insurance Company JGreen@fbm.com

John F. Bracaglia, Jr.
    on behalf of Creditor Jeanne Stephenson brokaw@centraljerseylaw.com

John M. August
    on behalf of Creditor Vincent Hill jaugust@saiber.com  rtucker@saiber.com

John M. August
    on behalf of Creditor Certain Mesothelioma Claimants Represented by Kazan McClain Satterley & Greenwood jaugust@saiber.com  rtucker@saiber.com

John M. August
    on behalf of Creditor Kristie Lynn Doyle jaugust@saiber.com  rtucker@saiber.com

John R. Miller, Jr.
    on behalf of Plaintiff LTL Management LLC jmiller@rcdlaw.net

John R. Miller, Jr.
    on behalf of Debtor LTL Management LLC jmiller@rcdlaw.net

John Zachary Balasko
    on behalf of Creditor UNITED STATES OF AMERICA john.z.balasko@usdoj.gov

Jonathan I. Rabinowitz
    on behalf of Attorney J. Maria Glover jrabinowitz@rltlawfirm.com  jcoleman@rltlawfirm.com

Jonathan S Massey
    on behalf of Interested Party Massey & Gail LLP jloper@masseygail.com

Joseph Satterley
    on behalf of Interested Party Kazan  McClain, Satterley & Greenwood, PLC jsatterley@kazanlaw.com

Joseph F. Rice
    on behalf of Interested Party Motley Rice LLC jrice@motleyrice.com

Joseph Francis Pacelli
    on behalf of Debtor LTL Management LLC jpacelli@wmd-law.com

Joseph Francis Pacelli
    on behalf of Plaintiff LTL Management LLC jpacelli@wmd-law.com

Judy D. Thompson
    on behalf of Interested Party Barnes Law Group  LLC jdt@jdthompsonlaw.com, sxb@jdthompsonlaw.com

Katherine Scherling
    on behalf of Interested Party RheinLand Versicherungen katherine.scherling@katten.com

Katherine Scherling
    on behalf of Interested Party ASR Schadeverzekering N.V. katherine.scherling@katten.com

Katherine Scherling
    on behalf of Interested Party AIU Insurance Company katherine.scherling@katten.com

Katherine Scherling
    on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd katherine.scherling@katten.com

Case 21-30589-MBK    Doc 2149    Filed 04/21/22    Entered 04/22/22 00:15:25    Desc
Imaged Certificate of Notice    Page 15 of 20

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 10 of 15 |
| Date Rcvd: Apr 19, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| Katherine Scherling | on behalf of Interested Party Lexington Insurance Company katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party The North River Insurance Company katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party Granite State Insurance Company katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party AIG Property Casualty Company katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party Atlanta International Insurance Company katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party New Hampshire Insurance Company katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party The Insurance Company of the State of Pennsylvania katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party Starr Indemnity & Liability Company katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party AIG Europe S.A. katherine.scherling@katten.com |
| Kathleen A Frazier | on behalf of Debtor LTL Management LLC kfrazier@shb.com |
| Kelly D. Curtin | on behalf of Interested Party Rio Tinto America Inc. kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com |
| Kelly D. Curtin | on behalf of Interested Party Rio Tinto America Holdings Inc. kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com |
| Kelly D. Curtin | on behalf of Interested Party Rio Tinto Services Inc. kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com |
| Kelly D. Curtin | on behalf of Interested Party Three Crowns Insurance Company kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com |
| Kelly D. Curtin | on behalf of Interested Party Metals & Minerals Insurance Company Pte. Ltd. kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com |
| Kelsey Panizzolo | on behalf of Interested Party ASR Schadeverzekering N.V. kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party Atlanta International Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party AIG Europe S.A. kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party AIG Property Casualty Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party The Insurance Company of the State of Pennsylvania kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party Starr Indemnity & Liability Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party The North River Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party Granite State Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party New Hampshire Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd kelsey.panizzolo@katten.com |

Case 21-30589-MBK    Doc 2149    Filed 04/21/22    Entered 04/22/22 00:15:25    Desc
Imaged Certificate of Notice    Page 16 of 20

| District/off: 0312-3 | User: admin | Page 11 of 15 |
|---|---|---|
| Date Rcvd: Apr 19, 2022 | Form ID: pdf903 | Total Noticed: 4 |

courtalertclt@katten.com

Kelsey Panizzolo
on behalf of Interested Party RheinLand Versicherungen kelsey.panizzolo@katten.com courtalertclt@katten.com

Kelsey Panizzolo
on behalf of Interested Party Lexington Insurance Company kelsey.panizzolo@katten.com courtalertclt@katten.com

Kelsey Panizzolo
on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA kelsey.panizzolo@katten.com courtalertclt@katten.com

Kelsey Panizzolo
on behalf of Interested Party AIU Insurance Company kelsey.panizzolo@katten.com courtalertclt@katten.com

Kenneth A. Rosen
on behalf of Interested Party Johnson & Johnson krosen@lowenstein.com dclaussen@lowenstein.com

Kenneth A. Rosen
on behalf of Interested Party Johnson & Johnson and Johnson & Johnson Consumer Inc. krosen@lowenstein.com dclaussen@lowenstein.com

Konrad Krebs
on behalf of Interested Party The Continental Insurance Company konrad.krebs@clydeco.us

Kristen R. Fournier
on behalf of Debtor LTL Management LLC kfournier@kslaw.com

Laila Masud
on behalf of Interested Party Talc Claimants lmasud@marshackhays.com

Laura Davis Jones
on behalf of Creditor Arnold & Itkin LLP ljones@pszjlaw.com

Lauren Bielskie
on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Lenard Parkins
on behalf of Creditor OnderLaw  LLC lparkins@parkinslee.com

Leslie Carol Heilman
on behalf of Creditor Albertsons Companies  Inc. heilmanl@ballardspahr.com, carbonej@ballardspahr.com

Liza M. Walsh
on behalf of Unknown Role Type Randi S. Ellis lwalsh@walsh.law  btroyan@walsh.law;sfalanga@walsh.law;mfalk@walsh.law

Louis A. Modugno
on behalf of Interested Party The North River Insurance Company lmodugno@tm-firm.com

Louis A. Modugno
on behalf of Interested Party Atlanta International Insurance Company lmodugno@tm-firm.com

Louis A. Modugno
on behalf of Interested Party Granite State Insurance Company lmodugno@tm-firm.com

Louis A. Modugno
on behalf of Interested Party AIG Europe S.A. lmodugno@tm-firm.com

Louis A. Modugno
on behalf of Interested Party ASR Schadeverzekering N.V. lmodugno@tm-firm.com

Louis A. Modugno
on behalf of Interested Party New Hampshire Insurance Company lmodugno@tm-firm.com

Louis A. Modugno
on behalf of Interested Party AIG Property Casualty Company lmodugno@tm-firm.com

Louis A. Modugno
on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA lmodugno@tm-firm.com

Louis A. Modugno
on behalf of Interested Party RheinLand Versicherungen lmodugno@tm-firm.com

Louis A. Modugno
on behalf of Interested Party Lexington Insurance Company lmodugno@tm-firm.com

Louis A. Modugno
on behalf of Interested Party The Insurance Company of the State of Pennsylvania lmodugno@tm-firm.com

Louis A. Modugno
on behalf of Interested Party Starr Indemnity & Liability Company lmodugno@tm-firm.com

Louis A. Modugno

Case 21-30589-MBK    Doc 2149    Filed 04/21/22    Entered 04/22/22 00:15:25    Desc
Imaged Certificate of Notice    Page 17 of 20

| District/off: 0312-3 | User: admin | Page 12 of 15 |
|---|---|---|
| Date Rcvd: Apr 19, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| | on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd lmodugno@tm-firm.com |
| Louis A. Modugno | |
| | on behalf of Interested Party AIU Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | |
| | on behalf of Interested Party Objecting Insurers lmodugno@tm-firm.com |
| Lyndon Mitchell Tretter | |
| | on behalf of Plaintiff LTL Management LLC ltretter@wmd-law.com |
| Lyndon Mitchell Tretter | |
| | on behalf of Debtor LTL Management LLC ltretter@wmd-law.com |
| Marc E. Wolin | |
| | on behalf of Creditor Kristie Lynn Doyle mwolin@saiber.com ccarfagno@saiber.com |
| Mark Falk | |
| | on behalf of Unknown Role Type Randi S. Ellis mfalk@walsh.law |
| Mark P. Robinson, Jr | |
| | on behalf of Interested Party Talc Claimants mrobinson@robinsonfirm.com |
| Mark W. Rasmussen | |
| | on behalf of Debtor LTL Management LLC mrasmussen@jonesday.com |
| Mary E. Seymour | |
| | on behalf of Interested Party Johnson & Johnson and Johnson & Johnson Consumer Inc. mseymour@lowenstein.com jkimble@lowenstein.com |
| Matthew I. W. Baker | |
| | on behalf of Creditor Proposed Local Counsel to Official Committee of Talc Claimants for LTL Management  LLC mbaker@genovaburns.com |
| Matthew L Tomsic | |
| | on behalf of Plaintiff LTL Management LLC mtomsic@rcdlaw.net |
| Matthew L Tomsic | |
| | on behalf of Debtor LTL Management LLC mtomsic@rcdlaw.net |
| Melanie Louise Cyganowski | |
| | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation mcyganowski@otterbourg.com, awilliams@otterbourg.com |
| Melanie Louise Cyganowski | |
| | on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi District Litigation mcyganowski@otterbourg.com, awilliams@otterbourg.com |
| Michael Hutchins | |
| | on behalf of Interested Party Cyprus Mines Corporation mhutchins@kasowitz.com courtnotices@kasowitz.com |
| Michael E. Collins | |
| | on behalf of Interested Party Westchester Fire Insurance Company mcollins@manierherod.com |
| Michael H. Torkin | |
| | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) michael.torkin@stblaw.com |
| Michael L. Tuchin | |
| | on behalf of Interested Party Aylstock  Witkin, Kreis & Overholtz, PLLC mtuchin@ktbslaw.com |
| Michelle A. Parfitt | |
| | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation mparfitt@ashcraftlaw.com |
| Mitchell Hausman | |
| | on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov |
| Mitchell Malzberg | |
| | on behalf of Interested Party Talc Claimants mmalzberg@mjmalzberglaw.com dlapham@mjmalzberglaw.com |
| Mitchell Malzberg | |
| | on behalf of Creditor Various Claimants mmalzberg@mjmalzberglaw.com dlapham@mjmalzberglaw.com |
| Morton R. Branzburg | |
| | on behalf of Creditor Ad Hoc Mesothelioma Committee mbranzburg@klehr.com jtaylor@klehr.com;nyackle@klehr.com |
| Nabil Majed Nachawati, II | |
| | on behalf of Interested Party Fears Nachawati PLLC MN@fnlawfirm.com |
| Nancy Isaacson | |
| | on behalf of Interested Party Motley Rice LLC nisaacson@greenbaumlaw.com |

Case 21-30589-MBK    Doc 2149    Filed 04/21/22    Entered 04/22/22 00:15:25    Desc
Imaged Certificate of Notice    Page 18 of 20

| District/off: 0312-3 | User: admin | Page 13 of 15 |
|---|---|---|
| Date Rcvd: Apr 19, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| Nathan David Finch | on behalf of Interested Party Motley Rice LLC nfinch@motleyrice.com |
| Nir Maoz | on behalf of Interested Party Aylstock  Witkin, Kreis & Overholtz, PLLC nmaoz@ktbslaw.com |
| P. Leigh O'Dell | on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi District Litigation leigh.odell@beasleyallen.com |
| Patricia M. Kipnis | on behalf of Interested Party Committee of Talc Claimants pkipnis@baileyglasser.com  mchapman@baileyglasser.com |
| Paul E. Heath | on behalf of Interested Party Cyprus Amax Minerals Company pheath@velaw.com |
| Paul J. Winterhalter | on behalf of Interested Party Aylstock  Witkin, Kreis & Overholtz, PLLC pwinterhalter@offitkurman.com, rbarnhart@offitkurman.com |
| Paul M. Singer | on behalf of Interested Party Cyprus Mines Corporation psinger@reedsmith.com |
| Paul R. DeFilippo | on behalf of Spec. Counsel King & Spalding  LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Spec. Counsel Skadden  Arps, Slate, Meagher & Flom LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Spec. Counsel Patterson Belknap Webb & Tyler LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Spec. Counsel McCarter & English  LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Debtor LTL Management LLC pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Other Prof. Bates White  LLC pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Spec. Counsel Blake  Cassels & Graydon LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Attorney Rayburn Cooper & Durham  P.A pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Attorney Jones Day pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Other Prof. AlixPartners  LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Attorney Wollmuth Maher & Deutsch LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Plaintiff LTL Management LLC pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Spec. Counsel Weil  Gotshal, & Manges, LLP pdefilippo@wmd-law.com |
| Rachel Ginzburg | on behalf of Unknown Role Type The Amici Professors rginzburg@herrick.com |
| Rachel A. Parisi | on behalf of Interested Party Rio Tinto America Holdings Inc. raparisi@pbnlaw.com mpdermatis@pbnlaw.com;cpmazza@pbnlaw.com;sakelly@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Rachel A. Parisi | on behalf of Interested Party Rio Tinto Services Inc. raparisi@pbnlaw.com mpdermatis@pbnlaw.com;cpmazza@pbnlaw.com;sakelly@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Rachel A. Parisi | on behalf of Interested Party Three Crowns Insurance Company raparisi@pbnlaw.com mpdermatis@pbnlaw.com;cpmazza@pbnlaw.com;sakelly@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Rachel A. Parisi | on behalf of Interested Party Rio Tinto America Inc. raparisi@pbnlaw.com mpdermatis@pbnlaw.com;cpmazza@pbnlaw.com;sakelly@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Rachel A. Parisi | on behalf of Interested Party Metals & Minerals Insurance Company Pte. Ltd. raparisi@pbnlaw.com |

Case 21-30589-MBK    Doc 2149    Filed 04/21/22    Entered 04/22/22 00:15:25    Desc
Imaged Certificate of Notice    Page 19 of 20

| District/off: 0312-3 | User: admin | Page 14 of 15 |
|---|---|---|
| Date Rcvd: Apr 19, 2022 | Form ID: pdf903 | Total Noticed: 4 |

mpdermatis@pbnlaw.com;cpmazza@pbnlaw.com;sakelly@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com

Rachel R Obaldo
    on behalf of Interested Party State of Texas bk-robaldo@texasattorneygeneral.gov

Rashad Blossom
    on behalf of Interested Party Joseph McGovern rblossom@blossomlaw.com
pogando@blossomlaw.com;R41929@notify.bestcase.com;ecfnotices2018@gmail.com

Rashad Blossom
    on behalf of Attorney Christopher M. Placitella rblossom@blossomlaw.com
pogando@blossomlaw.com;R41929@notify.bestcase.com;ecfnotices2018@gmail.com

Richard A. Schneider
    on behalf of Interested Party Bestwall LLC dschneider@kslaw.com

Richard Moss Golomb
    on behalf of Interested Party Golomb Spirt Grunfeld rgolomb@golomblegal.com

Richard Moss Golomb
    on behalf of Creditor Brandi Carl rgolomb@golomblegal.com

Robert Novick
    on behalf of Interested Party Cyprus Mines Corporation rnovick@kasowitz.com

Robert J. Keach
    rkeach@bernsteinshur.com
astewart@bernsteinshur.com;kquirk@bernsteinshur.com;acummings@bernsteinshur.com;cmastrogiorgio@bernsteinshur.com

Robert J. Pfister
    on behalf of Interested Party Aylstock  Witkin, Kreis & Overholtz, PLLC rpfister@ktbslaw.com

Robert W. Hamilton
    on behalf of Debtor LTL Management LLC rwhamilton@jonesday.com

Robert William Miller
    on behalf of Interested Party Westchester Fire Insurance Company RMiller@ManierHerod.com

Robin Rabinowitz
    on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)
rrabinowitz@lawgmm.com

Rochelle Guiton
    on behalf of Creditor Aleathea Goodins rochelle@dmillerlaw.com

Ross J. Switkes
    on behalf of Other Prof. FTI Consulting  Inc. rswitkes@shermansilverstein.com

Ross J. Switkes
    on behalf of Creditor Committee Official Committee of Talc Claimants II rswitkes@shermansilverstein.com

Ross J. Switkes
    on behalf of Attorney Waldrep Wall Babcock & Bailey PLLC rswitkes@shermansilverstein.com

Salvatore Daniele
    on behalf of Interested Party Rio Tinto America Inc. Sal.Daniele@wilmerhale.com
isley.gostin@wilmerhale.com;danielle.spinelli@wilmerhale.com;yolande.thompson@wilmerhale.com

Salvatore Daniele
    on behalf of Interested Party Three Crowns Insurance Company Sal.Daniele@wilmerhale.com
isley.gostin@wilmerhale.com;danielle.spinelli@wilmerhale.com;yolande.thompson@wilmerhale.com

Samuel M. Kidder
    on behalf of Interested Party Aylstock  Witkin, Kreis & Overholtz, PLLC skidder@ktbslaw.com

Sandy Qusba
    on behalf of Creditor Bausch Health US  LLC f/k/a Valeant Pharmaceuticals North America LLC squsba@stblaw.com

Sandy Qusba
    on behalf of Creditor Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International  Inc. squsba@stblaw.com

Sandy Qusba
    on behalf of Creditor Bausch Health Americas  Inc. f/k/a Valeant Pharmaceuticals International squsba@stblaw.com

Sarah Meiman
    on behalf of Creditor Pension Benefit Guaranty Corporation meiman.sarah@pbgc.gov

Sari Blair Placona
    on behalf of Creditor Alishia Landrum  Committee Member splacona@msbnj.com

Seth H. Lieberman
    on behalf of Interested Party Williams Hart Boundas Easterby  LLP, on behalf of certain personal injury claimants (Williams Hart
Plaintiffs) slieberman@pryorcashman.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 15 of 15 |
| Date Rcvd: Apr 19, 2022 | Form ID: pdf903 | Total Noticed: 4 |

Sid Garabato
    on behalf of Other Prof. Epiq Corporate Restructuring  LLC sgarabato@epiqglobal.com, rjacobs@ecf.epiqsystems.com

Simon J. Torres
    on behalf of Creditor Pension Benefit Guaranty Corporation torres.simon@pbgc.gov  efile@pbgc.gov

Sommer Leigh Ross
    on behalf of Creditor Republic Indemnity Company of America slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Stephen M. Packman
    on behalf of Interested Party Roger Frankel  as Legal Representative for Future Personal Injury Claimants appointed in the
    Chapter 11 bankruptcy case of Cyprus Mines Corporation spackman@archerlaw.com,
    dleney@archerlaw.com,ahuber@archerlaw.com

Stephen T. Roberts
    on behalf of Interested Party Clients of Mendes & Mount  LLP stephen.roberts@mendes.com

Stephen V. Gimigliano
    on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)
    sgimigliano@lawgmm.com

Steven Abramowitz
    on behalf of Interested Party Cyprus Amax Minerals Company sabramowitz@velaw.com
    mmoran@velaw.com;kgrissel@velaw.com;tmitsch@velaw.com;kduchesne@velaw.com

Steven B Smith
    on behalf of Unknown Role Type The Amici Professors ssmith@herrick.com  courtnotices@herrick.com;lporetsky@herrick.com

Suzanne Ratcliffe
    on behalf of Creditor Jan Deborah Michelson-Boyle sratcliffe@mrhfmlaw.com

Suzanne Cocco Midlige
    on behalf of Interested Party Arrowood Indemnity Company smidlige@cmg.law

Thomas Pitta
    on behalf of Creditor PTI Royston LLC tpitta@emmetmarvin.com

Thomas Pitta
    on behalf of Creditor PTI Union LLC tpitta@emmetmarvin.com

Thomas W. Waldrep, Jr.
    on behalf of Interested Party Kazan  McClain, Satterley & Greenwood, PLC notice@waldrepwall.com,
    8898@notices.nextchapterbk.com;khayden@waldrepwall.com

Thomas W. Waldrep, Jr.
    on behalf of Interested Party Kirk Smith notice@waldrepwall.com  8898@notices.nextchapterbk.com;khayden@waldrepwall.com

Thomas W. Waldrep, Jr.
    on behalf of Interested Party Kazan  McClain, Satterley & Greenwood notice@waldrepwall.com,
    8898@notices.nextchapterbk.com;khayden@waldrepwall.com

Thomas W. Waldrep, Jr.
    on behalf of Interested Party Levy Konigsberg LLP notice@waldrepwall.com
    8898@notices.nextchapterbk.com;khayden@waldrepwall.com

Thomas W. Waldrep, Jr.
    on behalf of Interested Party Ruckdeschel Law Firm  LLC notice@waldrepwall.com,
    8898@notices.nextchapterbk.com;khayden@waldrepwall.com

Thomas W. Waldrep, Jr.
    on behalf of Interested Party Weitz & Luxenberg P.C. notice@waldrepwall.com
    8898@notices.nextchapterbk.com;khayden@waldrepwall.com

Thomas W. Waldrep, Jr.
    on behalf of Interested Party Maune Raichle Hartley French & Mudd  LLC notice@waldrepwall.com,
    8898@notices.nextchapterbk.com;khayden@waldrepwall.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 355