**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 21-30589 (MBK) |
| Debtor. | |

## RETENTION QUESTIONNAIRE

Do not file this Questionnaire with the Court. Please return it to:

> Jones Day
> Attn:  Dan B. Prieto, Esq.
> Amanda Rush, Esq.
> 2727 North Harwood Street, Suite 500, Dallas, Texas 75201
> dbprieto@jonesday.com
> asrush@jonesday.com
>
> and

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

Jones Day
Attn:  Isel M. Perez
         600 Brickell Avenue, Suite 3300, Miami, Florida 33131
         iperez@jonesday.com

If more space is needed, please complete on a separate page and attach.

1. Name and Address of Firm:

   Quattlebaum, Grooms, & Tull PLLC
   111 Center St.
   Suite 1900
   Little Rock, AR. 72207

2. Date of retention:

   October 14, 2021

3. Type of services to be provided:

   Litigation advice and services related to pending personal injury claims in Arkansas state and federal court arising from the alleged use of talc-containing products manufactured, distributed, marketed, and/or sold by the Debtor.

4. Brief description of services to be provided:

   Monitoring case dockets and assisting with matters related to enforcing the automatic stay and, to the extent necessary and permitted by order of this Court, services would also include preparing for and attending hearings, oral arguments, trials and other court proceedings as may be required, and providing other related litigation services, including preparing required court filings, as the Debtor may require.

5. Arrangements for compensation (hourly, contingent, etc.)

   The Firm bills hourly rates for its services (in one-tenth hour increments), and will also seek reimbursement of costs and expenses.

(a) Average hourly rate (if applicable):

   Paralegals: $135
   Associates: $201
   Partners: $266-$530

(b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   Approximately $5,000

6. Prepetition claims against the Debtor held by the firm:

None.[2]

7. Prepetition claims against the Debtor held individually by any member, associate, or professional employee of the company:

None.

8. Disclose the nature and provide a brief description of any interest adverse to the Debtor or to its estates for the matters on which the firm is to be employed:

The Firm does not have an interest adverse to the Debtor. The Firm does jointly represent Johnson & Johnson in litigation matters related to certain talc-related claims.

9. Name and title of individual completing this form:

Steven W. Quattlebaum, Managing Member
Brittany S. Ford, Associate

Dated: April 22, 2022
)

---

[2]  As of the Petition Date, $16,493.82 was owed for work performed on behalf of Johnson & Johnson and the Debtor's predecessor, Johnson & Johnson Consumer, Inc., with respect to claims asserted against Johnson & Johnson and Johnson & Johnson Consumer, Inc. and now the Debtor, arising from the alleged use of certain talc-containing products. Johnson & Johnson satisfied this amount following the Petition Date consistent with Johnson & Johnson's engagement with the Firm. Accordingly, there are no prepetition claims against the Debtor held by the Firm.