| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**WOLLMUTH MAHER & DEUTSCH LLP**<br>Paul R. DeFilippo, Esq.<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>Facsimile: (212) 382-0050<br>pdefilippo@wmd-law.com<br><br>JONES DAY<br>Gregory M. Gordon, Esq.<br>Brad B. Erens, Esq.<br>Dan B. Prieto, Esq.<br>Amanda Rush, Esq.<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>gmgordon@jonesday.com<br>bberens@jonesday.com<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br>(Admitted pro hac vice)<br><br>ATTORNEYS FOR DEBTOR | |
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>                    Debtor. | Case No.: 21-30589 (MBK)<br><br>Chapter 11<br><br>Subchapter V: ☐ Yes ☒ No<br><br>Hearing Date: May 4, 2022<br><br>Judge: Michael B. Kaplan |

## ADJOURNMENT REQUEST

1.     I, James N. Lawlor,

    ☒ am the attorney for: LTL Management LLC, the Debtor

    ☐ am self-represented,

    And request an adjournment of the following hearing for the reason set forth below.

    Matters: (i) *Debtor's Motion for an Order Authorizing Establishment of a Qualified Settlement Fund for Payment of Talc Claims* [Dkt. No. 8] and (ii) *Debtor's Motion for an Order (A) Authorizing the Filing Under Seal of Certain Confidential Commercial Information in Connection with the Debtor's Motion for an Order Authorizing the Establishment of a Qualified Settlement Fund for Payment of Talc Claims and (B) if Necessary, In Camera Hearing* [Dkt. No. 9].

    Current hearing date and time: May 4, 2022 at 10:00 a.m.

---

[1]    The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

      New date requested: June 14, 2022

      Reason for adjournment: Efficiency would best be served if the above referenced matters are adjourned.

2.     Consent to adjournment:

      ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

      (i) The United States of America, (ii) the Talc Creditors' Committee, (iii) Aylstock, Witkin, Kreis & Overholtz, PLLC, (iv) Maune Raichle Harley French & Mudd, and (v) Blue Cross and Blue Shield Association have consented to this adjournment.

I certify under penalty of perjury that the foregoing is true.

Date: _____April 22, 2022_____            _____/s/ James N. Lawlor_____
                                                                           Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted                    New hearing date: _6/14/2022 at 10:00 am_       ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____       ☐ Peremptory

☐ Denied

      **IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**