**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

| | |
|---|---|
| IN RE: <u>LTL Management LLC</u> | APPLICANT: <u>Waldrep Wall Babcock & Bailey PLLC</u> |
| CASE NO.: <u>21-30589 (MBK)</u> | CLIENT: <u>Official Committee of Talc Claimants II</u> |
| CHAPTER: <u>11</u> | CASE FILED: <u>October 14, 2021</u> |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
<u>PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746</u>

___

**SECTION I**
**FEE SUMMARY**
___

Monthly Fee Statement Covering the Period
April 1, 2022 Through April 12, 2022

Interim Monthly Fee Statement No. 4

Summary of Accounts Requested for the Period from April 1, 2022 through April 12, 2022 (the "Fourth Statement Period"):

| | |
|---|---|
| Total fees: | $65,542.50 |
| Total disbursements: | $809.83 |
| Minus 20% Holdback of Fees: | ($13,108.50) |
| Amount Sought at this Time: | $53,243.83 |

| Name and Title of Professional | Year Admitted | Hours | Rate | Fee |
|---|---|---|---|---|
| Thomas W. Waldrep, Jr., Partner | 1983 | 14.00 | $890.00 | $12,460.00 |
| Kevin L. Sink, Partner | 1994 | 31.10 | $650.00 | $20,215.00 |
|  |  | 10.10 | $325.00* | $3,282.50 |
| James C. Lanik, Partner | 1995 | 16.50 | $640.00 | $10,560.00 |
| Jennifer B. Lyday, Partner | 2009 | 15.50 | $570.00 | $8,835.00 |
| John Van Swearingen, Associate | 2018 | 12.10 | $435.00 | $5,263.50 |
| Katharine Hayden, Paralegal | N/A | 13.80 | $295.00 | $4,071.00 |
| Mary Beth Ford, Paralegal | N/A | 2.9 | $295.00 | $855.50 |
| **TOTAL FEES** |  |  |  | **$65,542.50** |

*B195: Non-Working Travel, billed at ½ rate

Pursuant to the Amended Fee Procedures Order, currently requesting fees are net of a 20% holdback. A request for the holdback amount will be included in the next interim fee application.

|  |  |
|---|---|
| Fees | $ 65,542.50 |
| Less:  Holdback (20%) | - $13,108.50 |
| Total Fees Currently Payable | $52,434.00 |
| Add:  Disbursements | $809.83 |
| **Total Payable This Invoice** | **$53,243.83** |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---:|---:|
| e) Case Administration (B110) | 5.2 | $1,919.00 |
| l) Meetings of Creditors (B150) | 3.5 | $2,313.00 |
| h) Fee/Employment Application (B160) | 13.2 | $4,732.50 |
| k) Litigation (B190) | 84 | $53,295.50 |
| w) Travel Time (B195) | 10.1 | $3,282.50 |
| **TOTAL FEES** | **116** | **$65,542.50** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENT DESCRIPTION | TOTAL |
|---|---:|
| Travel (E110) | $809.83 |
| **TOTAL DISBURSEMENTS** | **$809.83** |

**I certify under penalty of perjury that the foregoing is true and correct.**

*/s/ James C. Lanik*
James C. Lanik

Dated: April 25, 2022.