| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**COOLEY LLP**<br>Cullen D. Speckhart (admitted pro hac vice)<br>Michael Klein (admitted pro hac vice)<br>Erica Richards (pro hac vice to be filed)<br>Lauren A. Reichardt (pro hac vice to be filed)<br>Evan M. Lazerowitz<br>55 Hudson Yards<br>New York, NY 10001<br>Tel: (212) 479-600<br>Fax: (212) 479-6275<br>Email: cspeckhart@cooley.com<br>mklien@colley.com<br>erichards@cooley.com<br>lreichardt@cooley.com<br>elazerowitz@cooley.com<br><br>*Co-Counsel to the Official Committee of Talc Claimants II* | **BAILEY GLASSER LLP**<br>Brian A. Glasser (admitted pro hac vice)<br>Thomas B. Bennett (admitted pro hac vice)<br>Kevin W. Barrett (admitted pro hac vice)<br>Maggie B. Burrus (admitted pro hac vice)<br>1055 Thomas Jefferson St. NW, Suite 540<br>Washington, DC 20007<br>Tel: (202) 463-2101<br>Fax: (202) 463-2103<br>Email: bglasser@baileyglasser.com<br>tbennett@baileyglasser.com<br>kbarrett@baileyglasser.com<br>mburrus@baileyglasser.com<br><br>*Co-Counsel to the Official Committee of Talc Claimants II* |
| **WALDREP WALL BABCOCK & BAILEY PLLC**<br>Thomas W. Waldrep, Jr. (admitted pro hac vice)<br>Kevin L. Sink (admitted pro hac vice)<br>James C. Lanik (admitted pro hac vice)<br>Jennifer B. Lyday (admitted pro hac vice)<br>370 Knollwood Street, Suite 600<br>Winston-Salem, NC 27103<br>Telephone: 336-717-1280<br>Fax: (336) 717-1340<br>Email: notice@waldrepwall.com<br><br>*Co-Counsel to the Official Committee of Talc Claimants II* | **MASSEY & GAIL LLP**<br>Jonathan S. Massey (admitted pro hac vice)<br>Rachel S. Morse (admitted pro hac vice)<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC 20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>Email: jmassey@masseygail.com<br>rmorse@masseygail.com<br><br>*Co-Counsel to the Official Committee of Talc Claimants II* |
| **SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.**<br>Arthur J. Abramowitz<br>Alan I. Moldoff<br>Ross J. Switkes<br>308 Harper Drive, Suite 200<br>Moorestown, NJ 08057<br>Tel: (856) 662-0700<br>Email: aabramowitz@shermansilverstein.com<br>amoldoff@shermansilverstein.com<br>rswitkes@shermansilverstein.com | |

| | |
|---|---|
| In re:<br><br>**LTL MANAGEMENT, LLC,**<br><br>    Debtor. | Chapter 11<br><br>CASE NO. 21-30589 (MBK)<br><br>Honorable Michael B. Kaplan |

**MONTHLY FEE STATEMENT OF WALDREP WALL BABCOCK & BAILEY PLLC, CO-COUNSEL TO OFFICIAL COMMITTEE OF TALC CLAIMANTS II <u>FOR THE PERIOD APRIL 1, 2022 THROUGH APRIL 12, 2022</u>**

    WALDREP WALL BABCOCK & BAILEY PLLC ("Waldrep Wall") submits this Monthly Fee Statement for Services Rendered and Expenses Incurred as Co-Counsel to the Official Committee of Talc Claimants II (the "Statement") for the period commencing April 1, 2022 and ending April 12, 2022 (the "Fifth Statement Period"), pursuant to the Modified Order Establishing Procedures for the Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court entered on December 17, 2021 (the "Modified Interim Compensation Order") [Dkt. No. 870]. Waldrep Wall filed its employment application on January 7, 2022 [Dkt. No. 1091] and filed a supplemental certification thereto on January 18, 2022 [Dkt. No. 1192] (collectively, the "Employment Application"). The Court approved Waldrep Wall's employment by that certain Order Granting Application for Retention of Waldrep Wall Babcock & Bailey PLLC, Effective as of December 31, 2021, entered on March 10, 2022 [Dkt. No. 1683].

    The billing invoices for the Statement Period are annexed hereto as Exhibit "A". These invoices detail the services performed. A detailed breakdown of all out-of-pocket disbursements necessarily incurred by Waldrep Wall is annexed as Exhibit "B". The fees sought within Statement Period are as follows:

| Fees | Less 20% | Fee Payment Requested | Expense Reimbursement 100% |
|---|---|---|---|
| $65,542.50 | ($13,108.50) | $52,434.00 | $809.83 |

WHEREFORE, Waldrep Wall respectfully requests interim payment of fees for this Statement Period in the sum of $52,434.00 together with expenses of $809.83, for a total requested interim payment of $53,243.83, in accordance with the terms of the Modified Interim Compensation Order.

**WALDREP WALL BABCOCK & BAILEY PLLC**

*/s/ James C. Lanik*
Thomas W. Waldrep Jr. (NC State Bar No. 11135)
Kevin L. Sink (NC State Bar No. 21041)
James C. Lanik (NC State Bar No. 30454)
Jennifer B. Lyday (NC State Bar No. 39871)
370 Knollwood Street, Suite 600
Winston-Salem, NC 27103
Telephone: 336-717-1280
Facsimile: 336-717-1340
Email: notice@waldrepwall.com

*Co-Counsel to the Official Committee of Talc Claimants II*

Dated: April 25th, 2022