# EXHIBIT A

WALDREP WALL BABCOCK & BAILEY PLLC

| Date | Timekeeper | Task Code | External Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/1/2022 | JCL | B150 | Prepare for and attend meeting of committee counsel and representatives | 1.2 | $640.00 | $768.00 |
| 4/1/2022 | JCL | B190 | Analysis of issues raised by rulings on March 30 hearings | 0.9 | $640.00 | $576.00 |
| 4/1/2022 | JCL | B190 | Research regarding issues facing mesothelioma claimants | 0.8 | $640.00 | $512.00 |
| 4/1/2022 | JBL | B150 | Participate in Committee meeting with representatives and retained professionals regarding various issues | 0.5 | $570.00 | $285.00 |
| 4/1/2022 | TWW | B190 | Attend meeting of committee | 0.8 | $890.00 | $712.00 |
| 4/1/2022 | JRV | B190 | Strategy conference with Jennifer Lyday on conflict research and committee issues | 0.3 | $435.00 | $130.50 |
| 4/1/2022 | KLS | B190 | Research and analysis re: Committee member issues and protection of rights | 2.9 | $650.00 | $1,885.00 |
| 4/1/2022 | KLS | B190 | Multiple zoom meetings with Committee Counsel re: pending issues | 1.6 | $650.00 | $1,040.00 |
| 4/1/2022 | TWW | B190 | Memo to file re strategy for committee | 0.9 | $890.00 | $801.00 |
| 4/3/2022 | JRV | B190 | Research case law and secondary sources on committee conflicts issues, draft memorandum email on issues in prior mass tort cases | 6.9 | $435.00 | $3,001.50 |
| 4/3/2022 | JCL | B190 | Call with Tom Waldrep, Kevin Sink, and Jennifer Lyday regarding issues facing mesothelioma claimants and disbandment of TCC II | 0.5 | $640.00 | $320.00 |
| 4/3/2022 | JCL | B190 | Investigate issues related to disbandment of TCC II | 1.4 | $640.00 | $896.00 |
| 4/4/2022 | TWW | B190 | E-mail from Fee Examiner Robert Keach re fee procedures | 0.3 | $890.00 | $267.00 |
| 4/4/2022 | JCL | B190 | Telephone conference with Art Abramowitz, Ross Switkes, and Kevin Sink regarding committee issues | 0.5 | $640.00 | $320.00 |
| 4/4/2022 | JCL | B190 | Conferences with Tom Waldrep, Kevin Sink, and Jennifer Lyday regarding pending committee issues | 1.2 | $640.00 | $768.00 |
| 4/4/2022 | JCL | B190 | Conference call with attorney group regarding pending issues | 1.1 | $640.00 | $704.00 |
| 4/4/2022 | JBL | B150 | Participate in meeting with Committee representatives and retained professionals regarding various issues in case | 0.2 | $570.00 | $114.00 |
| 4/4/2022 | JBL | B190 | Discussions regarding issues facing mesothelioma claims following disbandment of TCC II | 1 | $570.00 | $570.00 |
| 4/4/2022 | KLS | B190 | Multiple meetings, correspondence and review of pleadings and draft pleadings re: remaining Committee issues | 3.1 | $650.00 | $2,015.00 |
| 4/5/2022 | KLS | B190 | Review of pleadings and analysis of issues on Committee dissolution | 1.2 | $650.00 | $780.00 |
| 4/5/2022 | KLS | B190 | Participation in meeting with Committee Counsel re: current issues on appeal, mediation and dissolution and analysis of same | 1.2 | $650.00 | $780.00 |
| 4/5/2022 | JCL | B190 | Receive, review, and analyze motion by Ms. Ellison to remain on reconstituted TCC | 0.9 | $640.00 | $576.00 |
| 4/5/2022 | KH | B110 | Review and analysis of memo from Fee Examiner regarding modified Order and new procedures. | 0.9 | $295.00 | $265.50 |
| 4/5/2022 | JBL | B190 | Discussions regarding issues facing mesothelioma claims following disbandment of TCC II | 0.4 | $570.00 | $228.00 |
| 4/5/2022 | TWW | B190 | Review objections to motion for order that automatic stay does not apply to putative class action | 0.5 | $890.00 | $445.00 |
| 4/5/2022 | KH | B160 | Draft March Fee Statement | 1.1 | $295.00 | $324.50 |
| 4/5/2022 | JBL | B190 | Review e-mails from Committee representatives and retained professionals | 0.2 | $570.00 | $114.00 |
| 4/5/2022 | JBL | B190 | Participate in meeting with Committee members, representatives, and retained professionals | 0.4 | $570.00 | $228.00 |
| 4/5/2022 | JCL | B150 | Conference with committee members, representatives, and counsel | 0.6 | $640.00 | $384.00 |
| 4/5/2022 | TWW | B150 | Attend meeting of committee representatives and co-counsel re status of case | 0.6 | $890.00 | $534.00 |
| 4/6/2022 | JBL | B190 | Review e-mails from Committee representatives and retained professionals regarding appeal to Third Circuit | 0.2 | $570.00 | $114.00 |

| Date | Tkpr | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/6/2022 | KLS | B190 | Review of multiple pleadings filed and analysis of effect on TCC II and dissolution issues | 1.5 | $650.00 | $975.00 |
| 4/6/2022 | KH | B160 | Review of docket and draft Certification of No Objection to February Fee Statement. | 0.9 | $295.00 | $265.50 |
| 4/6/2022 | MBF | B110 | Work on 3rd Circuit Court of Appeals admission and related issues | 1.9 | $295.00 | $560.50 |
| 4/6/2022 | JCL | B160 | Begin work on March fee statement, including review of fee examiner order | 0.5 | $640.00 | $320.00 |
| 4/7/2022 | KLS | B190 | Review and revisions to Petition for Direct Appeal to Third Circuit and correspondence re: same | 1.7 | $650.00 | $1,105.00 |
| 4/7/2022 | KLS | B160 | File review and work on March fee statement issues | 1.1 | $650.00 | $715.00 |
| 4/7/2022 | MBF | B110 | Continued work on 3rd Circuit Court of Appeals admission and related issues | 0.8 | $295.00 | $236.00 |
| 4/7/2022 | TWW | B190 | Review / revise appeal brief on order denying motion to dismiss | 2.6 | $890.00 | $2,314.00 |
| 4/7/2022 | JBL | B190 | Review and revise Petition to Third Circuit | 1 | $570.00 | $570.00 |
| 4/7/2022 | KH | B160 | Review of March services and work on March Fee Statement and related documents; correspondence regarding same. | 1.5 | $295.00 | $442.50 |
| 4/7/2022 | JCL | B190 | Receive, review, and revise motion for direct certification | 1.1 | $640.00 | $704.00 |
| 4/8/2022 | JBL | B160 | Review and revise March WWBB fee statement | 0.3 | $570.00 | $171.00 |
| 4/8/2022 | TWW | B190 | Revise reply to Ducera retention motion objection | 0.5 | $890.00 | $445.00 |
| 4/8/2022 | MBF | B110 | Analysis of attorneys needing to be admitted into the 3rd Circuit Court of Appeals | 0.2 | $295.00 | $59.00 |
| 4/8/2022 | KH | B160 | Continued work on March Fee Statement and related documents. | 2.6 | $295.00 | $767.00 |
| 4/8/2022 | JBL | B150 | Review and respond to e-mails from Committee representatives and retained professionals | 0.4 | $570.00 | $228.00 |
| 4/8/2022 | JBL | B160 | Review and revise TCC II Reply to Ducera Retention Objection | 0.2 | $570.00 | $114.00 |
| 4/8/2022 | KLS | B190 | Lengthy review and analysis of multiple memoranda and correspondence regarding additional Committee members, appeal issues and hearing issues | 3.4 | $650.00 | $2,210.00 |
| 4/10/2022 | KLS | B190 | Review and revisions to Supplemental Mediation Statement | 1.2 | $650.00 | $780.00 |
| 4/10/2022 | KLS | B190 | lengthy review of research re: plan confirmation issues and objections and analysis of effect on mediation statement and issues | 2.2 | $650.00 | $1,430.00 |
| 4/11/2022 | KH | B160 | Lengthy work on March Fee Statement and related documents; review of LEDES file regarding same. | 3.8 | $295.00 | $1,121.00 |
| 4/11/2022 | KLS | B195 | Travel to NJ from NC for hearing (1/2 rate) | 5.6 | $325.00 | $1,820.00 |
| 4/11/2022 | KLS | B190 | Multiple lengthy zoom meetings and review of memoranda re: issues for Meso claimants following Committee disbandment | 3.2 | $650.00 | $2,080.00 |
| 4/11/2022 | KH | B190 | Case law research regarding status of existing pleadings | 0.9 | $295.00 | $265.50 |
| 4/11/2022 | JBL | B190 | Review and analysis of strategy regarding Texas Two-Step and possible attacks | 2.4 | $570.00 | $1,368.00 |
| 4/11/2022 | JRV | B190 | Analyze memorandum prepared by Cooley LLP on confirmation/classification arguments for mesothelioma claims, correspond with Waldrep Wall partners regarding memorandum and own past research | 0.5 | $435.00 | $217.50 |
| 4/11/2022 | TWW | B190 | Research re plan confirmation requirements | 0.7 | $890.00 | $623.00 |
| 4/11/2022 | JBL | B190 | Discussions regarding issues facing mesothelioma claims following disbandment of TCC II | 2.7 | $570.00 | $1,539.00 |
| 4/11/2022 | JRV | B190 | Strategy conference on research issues, litigation with Jennifer Lyday, Kevin Sink, Tom Waldrep, and James Lanik | 1.1 | $435.00 | $478.50 |
| 4/11/2022 | JCL | B160 | Finalize fee statement for March 2022 | 0.4 | $640.00 | $256.00 |
| 4/11/2022 | JRV | B190 | Conference with committee member counsel regarding litigation strategies, meso claims | 1 | $435.00 | $435.00 |
| 4/11/2022 | TWW | B190 | Review objections of UST and other parties to appointment of members to creditors committee | 0.6 | $890.00 | $534.00 |
| 4/11/2022 | JRV | B190 | Case law research on finality/appealability issues of orders affecting committee | 2.3 | $435.00 | $1,000.50 |
| 4/11/2022 | JCL | B190 | Prepare for upcoming meeting with Committee Representatives | 0.9 | $640.00 | $576.00 |

| Date | Tkpr | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/11/2022 | JCL | B190 | Meeting with Tom Waldrep, Kevin Sink, Jennifer Lyday, and Committee Representatives | 1.4 | $640.00 | $896.00 |
| 4/11/2022 | JCL | B190 | Prepare for upcoming hearings | 0.8 | $640.00 | $512.00 |
| 4/11/2022 | TWW | B190 | Call with committee members re mediation and re plan process | 0.6 | $890.00 | $534.00 |
| 4/11/2022 | KLS | B190 | Review of pleadings and hearing preparation issues | 1.4 | $650.00 | $910.00 |
| 4/12/2022 | KH | B160 | Final revisions to March Fee Statement and correspondence regarding same. | 0.8 | $295.00 | $236.00 |
| 4/12/2022 | TWW | B190 | Attend hearings on employment of Ducera and enjoinment of class action | 1.9 | $890.00 | $1,691.00 |
| 4/12/2022 | JBL | B110 | Participate in last Committee meeting with Committee representatives and retained professionals | 1.4 | $570.00 | $798.00 |
| 4/12/2022 | TWW | B190 | Meeting with TCCII committee and co-counsel re appeal, insurance policies, and mediation | 1.3 | $890.00 | $1,157.00 |
| 4/12/2022 | KH | B190 | Receive and review media monitor and legislative tracker | 0.7 | $295.00 | $206.50 |
| 4/12/2022 | KH | B190 | Receive and review document production from Debtor, including insurance policies | 0.6 | $295.00 | $177.00 |
| 4/12/2022 | KLS | B195 | Travel back to NC from NJ (1/2 rate) | 4.5 | $325.00 | $1,462.50 |
| 4/12/2022 | KLS | B190 | Attendance at Court hearing and follow up meetings | 3.6 | $650.00 | $2,340.00 |
| 4/12/2022 | KLS | B190 | Review and analysis of additional memoranda and draft mediation statements re: remaining Committee and Meso claimant issues | 1.8 | $650.00 | $1,170.00 |
| 4/12/2022 | JBL | B190 | Attendance at omnibus hearings and cosideration of issues raised | 4.2 | $570.00 | $2,394.00 |
| 4/12/2022 | TWW | B190 | Review insurance policies and supplemental mediation statement | 2.7 | $890.00 | $2,403.00 |
| 4/12/2022 | JCL | B190 | Attend first part of omnibus hearings | 2.3 | $640.00 | $1,472.00 |
| | | | | **116** | | **$65,542.50** |
| | | | Less 20% holdback | | | $13,108.50 |
| | | | Total Due | | | **$52,434.00** |