# EXHIBIT B

**WALDREP WALL**
WALDREP WALL BABCOCK & BAILEY PLLC

| Date | Task Code | External Narrative | Units | Rate | Type | Amount |
|---|---|---|---|---|---|---|
| 4/12/2022 | E110 | KLS - Hyatt Regency Princeton | 1 | $286.97 | Expense | $286.97 |
| 4/12/2022 | E110 | KLS - Transportation | 1 | $18.70 | Expense | $18.70 |
| 4/11/2022 | E110 | KLS - Transportation | 1 | $73.96 | Expense | $73.96 |
| 4/11/2022 | E110 | KLS - United Airlines | 1 | $236.60 | Expense | $236.60 |
| 4/11/2022 | E110 | KLS - United Airlines | 1 | $193.60 | Expense | $193.60 |
| | | | | | **Total** | **$809.83** |