**RABINOWITZ, LUBETKIN & TULLY, LLC**
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
(973) 597-9100
Jeffrey A. Cooper
*Local Counsel to the Baker Canadian Class Action Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,<br><br>　　　　　Debtor. | Case No. 21-30589 (MBK)<br><br>Chapter 11 |

**APPLICATION FOR AN ORDER FOR ADMISSION**
**PRO HAC VICE OF NICKOLAS KARAVOLAS, ESQ.**

TO:　　Clerk of Court
　　　　United States Bankruptcy Court
　　　　Clarkson S. Fisher US Courthouse
　　　　402 East State Street
　　　　Trenton, NJ 08608

Pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey, the undersigned counsel hereby seeks entry of an order granting the admission pro hac vice of Nickolas Karavolas, Esq. to represent the proposed representative plaintiff in the action styled *Baker v. Johnson & Johnson, Inc.*, Ontario Superior Court of Justice (Court File No. CV-16-553046CP). In support of this application, counsel submits the attached Certification of Nickolas Karavolas, Esq. and requests that the proposed form of order submitted herewith be entered. Counsel certifies that he is admitted, practicing, and a member in good standing with the Bar of the State of New Jersey.

By: /s/ Jeffrey A. Cooper
JEFFREY A. COOPER
Rabinowitz, Lubetkin & Tully, LLC
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
Telephone: (973) 597-9100
Fax: (973) 597-9119
E-mail: jcooper@rltlawfirm.com
RABINOWITZ, LUBETKIN & TULLY, LLC
*Local counsel for the Baker Canadian Class Action Plaintiffs*

Dated: April 27, 2022