**RABINOWITZ, LUBETKIN & TULLY, LLC**
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
(973) 597-9100
Jeffrey A. Cooper
*Local Counsel to the Baker Canadian Class Action Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,<br><br>        Debtor. | Case No. 21-30589 (MBK)<br><br>Chapter 11 |

**CERTIFICATION OF NICKOLAS KARAVOLAS, ESQ.**

I, Nickolas Karavolas, hereby certify as follows:

1. I am an attorney with Phillips Lytle LLP, which maintains an address of 620 Eighth Avenue, 38th Floor, New York, NY 10018-1442. I make this Certification in support of my application to appear in this case pro hac vice pursuant to Local Bankruptcy Rule 9010-1 to represent the proposed representative plaintiff in the action styled *Baker v. Johnson & Johnson, Inc.*, Ontario Superior Court of Justice (Court File No. CV-16-553046CP).

2. I was admitted to practice law in the State of New York in 2009.

3. I am a member in good standing of the Bar of the State of New York.

4. No disciplinary proceedings are pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

5.  I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules.  I will comply with all court and ethical rules governing the practice of law before this Court.

6.  I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of new Jersey.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:  April 27, 2022                             /s/ Nick Karavolas
                                                                NICKOLAS KARAVOLAS