# **EXHIBIT B**

Invoices



Blake, Cassels & Graydon LLP
Barristers & Solicitors
Patent & Trademark Agents
199 Bay Street
Suite 4000, Commerce Court West
Toronto ON  M5L 1A9  Canada
Tel: 416-863-2400  Fax: 416-863-2653

# INVOICE

Please write invoice
number(s) on cheque

April 27, 2022

LTL MANAGEMENT LLC
501 George Street
New Brunswick, NJ  08933
U.S.A.

| | |
|---|---|
| Invoice: | 2308297 |
| Billing Lawyer | McKee, Gordon |
| HST/GST No.: | R119396778 |
| Client: | 00028109 |
| Matter: | 000001 |
| Reference: | JJL2021019389 |

Attention:  John Kim
            Legal Counsel

**Re:  Litigation Consulting - CCAA Recognition Proceedings**

FOR PROFESSIONAL SERVICES RENDERED
during the period ended March 31, 2022, as follows:

| Description | CAD ($) | USD ($) |
|---|---|---|
| Fees | $ 42,519.30 | $ 35,139.92 |
| Disbursements | 320.00 | 264.46 |
| Harmonized Sales Tax (13.0%) | 5,527.51 | 4,568.19 |
| **Total** | **$ 48,366.81** | **$ 39,972.57** |

**TOTAL DUE IN U.S. CURRENCY**          $ 39,972.57  USD 



| | Invoice: | 2308297 |
|---|---|---|
| | Date: | April 27, 2022 |
| | Page: | 2 |

**Re:   Litigation Consulting - CCAA Recognition Proceedings**   (000001)

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| 03/01/22 | McIntyre, Caitlin | Reviewing draft Information Officer's report and related email correspondence. | 1.1 | 541.00 | 595.10 |
| 03/01/22 | McIntyre, Caitlin | Drafting notice of motion, order in respect of extended injunction, affidavit of service and factum. | 4.0 | 541.00 | 2,164.00 |
| 03/01/22 | McKee, Gordon | Reviewing draft order and exchange emails with C. McIntyre regarding same. | 1.0 | 964.00 | 964.00 |
| 03/01/22 | McKee, Gordon | Reviewing draft factum and provide comments to C. McIntyre. | 1.7 | 964.00 | 1,638.80 |
| 03/01/22 | McKee, Gordon | Reviewing draft Information Officer report. | 0.4 | 964.00 | 385.60 |
| 03/01/22 | McKee, Gordon | Reviewing US opinion regarding motions to dismiss. | 0.5 | 964.00 | 482.00 |
| 03/01/22 | Riviglia, Anna | Submitted Motion Record for filing. | | | 25.00 |
| 03/01/22 | Rogers, Linc | Attending to various matters in connection with preparing for extended injunction recognition hearing including document review, email correspondence and discussions with working group. | 2.9 | 862.00 | 2,499.80 |
| 03/01/22 | Thompson, Nancy | Commissioning the affidavit of service, arranging for the motion record to be filed with the court and uploading same to CaseLines. | 0.5 | 360.00 | 180.00 |
| 03/01/22 | Thompson, Nancy | Preparing motion record for hearing scheduled for March 7, 2022, including reviewing notice of motion and draft order, revising and updating cover pages and index to reflect changes, assembling affidavits and select exhibits, assembling the motion record and ensuring it meets the requirements of the Commercial List, and related e-mail messages and discussions regarding finalizing of same. | 1.5 | 360.00 | 540.00 |
| 03/02/22 | McIntyre, Caitlin | Reviewing issued Order regarding motion to dismiss and circulating to Information Officer. | 0.8 | 541.00 | 432.80 |
| 03/02/22 | Rogers, Linc | Preparing for upcoming hearing including email correspondence, document review and discussions. | 1.5 | 862.00 | 1,293.00 |
| 03/03/22 | McIntyre, Caitlin | Reviewing extended injunction order and circulating to Information Officer. | 0.2 | 541.00 | 108.20 |



Invoice:   2308297
Date:      April 27, 2022
Page:      3

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| 03/03/22 | McIntyre, Caitlin | Drafting factum. | 2.0 | 541.00 | 1,082.00 |
| 03/03/22 | Rogers, Linc | Preparing for pending recognition hearing including providing comments on draft factum. | 1.2 | 862.00 | 1,034.40 |
| 03/04/22 | McIntyre, Caitlin | Corresponding with Information Officer and related internal email correspondence. | 0.5 | 541.00 | 270.50 |
| 03/04/22 | McIntyre, Caitlin | Finalizing and serving factum. | 2.5 | 541.00 | 1,352.50 |
| 03/04/22 | McKee, Gordon | Emails with L. Rogers regarding hearing preparation. | 0.3 | 964.00 | 289.20 |
| 03/04/22 | Riviglia, Anna | Submitted Factum for filing. | | | 25.00 |
| 03/04/22 | Rogers, Linc | Finalizing court materials and preparing for hearing on Monday regarding recognition of extended stay order and reviewing US Order extending injunction. | 1.0 | 862.00 | 862.00 |
| 03/04/22 | Thompson, Nancy | Email messages from and to the Commercial List office regarding the change in judge for the March 7 hearing, and sending updated appointment to reflect same. | 0.2 | 360.00 | 72.00 |
| 03/04/22 | Thompson, Nancy | Preparing participant information form for March 7 hearing and email messages to and from C. McIntyre regarding same. | 0.2 | 360.00 | 72.00 |
| 03/04/22 | Thompson, Nancy | Assisting with finalizing the Factum for service. | 0.5 | 360.00 | 180.00 |
| 03/04/22 | Thompson, Nancy | Revising service list and email message circulating same for posting to the case website. | 0.1 | 360.00 | 36.00 |
| 03/04/22 | Thompson, Nancy | Commissioning the affidavit of service, arranging for the Factum to be filed with the court, and uploading same to CaseLines. | 0.5 | 360.00 | 180.00 |
| 03/06/22 | Rogers, Linc | Preparing for motion to recognize extended injunction. | 1.3 | 862.00 | 1,120.60 |
| 03/07/22 | McIntyre, Caitlin | Preparing for and attending hearing for recognition of the extended injunction. | 4.0 | 541.00 | 2,164.00 |
| 03/07/22 | McKee, Gordon | Prepare for and attend hearing to recognize extended injunction. | 2.1 | 964.00 | 2,024.40 |
| 03/07/22 | McKee, Gordon | Email to L. Rogers regarding Information Officer letter to Ontario court in Strathdee action. | 0.3 | 964.00 | 289.20 |
| 03/07/22 | Rogers, Linc | Preparing for and attending hearing regarding | 2.2 | 862.00 | 1,896.40 |



| | | |
|---|---|---|
| Invoice: | 2308297 | |
| Date: | April 27, 2022 | |
| Page: | 4 | |

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| | | recognition of extended injunction. | | | |
| 03/07/22 | Rogers, Linc | Email correspondence regarding Information Officer letter to court. | 0.3 | 862.00 | 258.60 |
| 03/07/22 | Thompson, Nancy | Updating and revising the participant information form and uploading same to CaseLines. | 0.5 | 360.00 | 180.00 |
| 03/07/22 | Thompson, Nancy | Reviewing the signed order and handwritten endorsement, follow-up email messages with the Commercial List office seeking clarification of the endorsement, preparing a transcript of the handwritten endorsement, and email messages with C. McIntyre forwarding the final transcript of the endorsement for service on the service list. | 0.8 | 360.00 | 288.00 |
| 03/07/22 | Thompson, Nancy | Email messages with the Commercial List office arranging for the order to be entered. | 0.2 | 360.00 | 72.00 |
| 03/07/22 | Thompson, Nancy | Updating draft order and uploading same to CaseLines. | 0.5 | 360.00 | 180.00 |
| 03/07/22 | Thompson, Nancy | Attending hearing and providing technical support. | 0.6 | 360.00 | 216.00 |
| 03/08/22 | McIntyre, Caitlin | Communicating with Jones Day regarding addition of Canadian plaintiffs to appendix. | 0.4 | 541.00 | 216.40 |
| 03/08/22 | McIntyre, Caitlin | Considering next steps regarding newly served actions. | 0.9 | 541.00 | 486.90 |
| 03/08/22 | McKee, Gordon | Considering amendments to add plaintiffs and email L. Rogers regarding response. | 0.3 | 964.00 | 289.20 |
| 03/08/22 | Rogers, Linc | Attending to various matters in connection with stay letters to be sent to court, including email correspondence, telephone discussions and document review. | 0.9 | 862.00 | 775.80 |
| 03/08/22 | Thompson, Nancy | Reviewing the Order as issued and entered by the Court and email message to C. McIntyre forwarding same for service on the service list. | 0.2 | 360.00 | 72.00 |
| 03/09/22 | McIntyre, Caitlin | Reviewing and providing comment on letters by Information Officer to courts. | 0.8 | 541.00 | 432.80 |
| 03/09/22 | McKee, Gordon | Emails with C. McIntyre regarding Information Officer draft letters to court. | 0.2 | 964.00 | 192.80 |
| 03/09/22 | Rogers, Linc | Attending to various administrative matters including reviewing stay letters to be sent to court. | 0.5 | 862.00 | 431.00 |



| Invoice: | 2308297 |
| Date: | April 27, 2022 |
| Page: | 5 |

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| 03/10/22 | McIntyre, Caitlin | Call with I. Perez to consider and discuss supplement to Appendix A to Complaint and preparing for same. | 2.0 | 541.00 | 1,082.00 |
| 03/10/22 | Rogers, Linc | Attending to matters relating to delivery of stay letters to Courts and related matters. | 0.6 | 862.00 | 517.20 |
| 03/11/22 | McIntyre, Caitlin | Reviewing and providing comment on letters by the Information Officer to the courts. | 0.7 | 541.00 | 378.70 |
| 03/11/22 | Rogers, Linc | Reviewing draft letters to Canadian courts regarding stay of proceedings. | 0.3 | 862.00 | 258.60 |
| 03/13/22 | Rogers, Linc | Reviewing stay letters to be sent to various courts. | 0.5 | 862.00 | 431.00 |
| 03/13/22 | Rogers, Linc | Reviewing and considering appeals filed by Talc Committee to Dismissal Motion and PI Motion. | 1.7 | 862.00 | 1,465.40 |
| 03/14/22 | McIntyre, Caitlin | Correspondence with N. Levine regarding supplement to updating appendix. | 0.2 | 541.00 | 108.20 |
| 03/16/22 | McIntyre, Caitlin | Correspondence with Information Officer regarding new litigation claims. | 0.4 | 541.00 | 216.40 |
| 03/16/22 | McKee, Gordon | Reviewing new claims and email K. Frazier and L. Rogers regarding follow up with Information Officer. | 0.3 | 964.00 | 289.20 |
| 03/16/22 | Rogers, Linc | Reviewing email correspondence from G. McKee. | 0.1 | 862.00 | 86.20 |
| 03/17/22 | Rogers, Linc | Email correspondence regarding claims brought post-petition. | 0.3 | 862.00 | 258.60 |
| 03/18/22 | McIntyre, Caitlin | Reviewing and providing comment on Information Officer's letter in respect of newly served claims. | 2.5 | 541.00 | 1,352.50 |
| 03/18/22 | Rogers, Linc | Email correspondence regarding draft letters responding to plaintiffs who commenced post-filing claims. | 0.5 | 862.00 | 431.00 |
| 03/19/22 | McKee, Gordon | Emails with C. McIntyre and K. Frazier regarding letter to plaintiff counsel on new claims. | 0.3 | 964.00 | 289.20 |
| 03/22/22 | McIntyre, Caitlin | Correspondence regarding call with Information Officer. | 0.2 | 541.00 | 108.20 |
| 03/23/22 | McIntyre, Caitlin | Correspondence regarding call with Information Officer. | 0.2 | 541.00 | 108.20 |
| 03/24/22 | Rogers, Linc | Reviewing and considering draft notice of no | 0.2 | 862.00 | 172.40 |



| Invoice: | 2308297 |
|---|---|
| Date: | April 27, 2022 |
| Page: | 6 |

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| | | objection. | | | |
| 03/28/22 | McIntyre, Caitlin | Preparing for and call with D. Prieto and L. Rogers. | 1.2 | 541.00 | 649.20 |
| 03/28/22 | Rogers, Linc | Discussion with D. Prieto and C. McIntyre regarding next steps. | 0.5 | 862.00 | 431.00 |
| 03/30/22 | McIntyre, Caitlin | Attending omnibus hearing in Chapter 11 case. | 3.5 | 541.00 | 1,893.50 |
| 03/30/22 | Rogers, Linc | Reviewing background material and attending Chapter 11 hearing regarding, among other things, constitution of Talc Committees. | 2.5 | 862.00 | 2,155.00 |
| 03/31/22 | McIntyre, Caitlin | Preparing for and attending call with D. Prieto, L. Rogers and Information Officer and counsel. | 0.8 | 541.00 | 432.80 |
| 03/31/22 | McKee, Gordon | Status discussion with L. Rogers. | 0.2 | 964.00 | 192.80 |
| 03/31/22 | Rogers, Linc | Preparing for and attending call with D. Prieto, C. McIntrye and Information Officer and counsel and related follow up discussion with G. McKee. | 1.0 | 862.00 | 862.00 |
| | | **Total Fees for this Matter** | | | **$ 42,519.30** |

| Matter Timekeeper Summary | ID | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|
| McIntyre, Caitlin | CAI | 28.9 | 541.00 | 15,634.90 |
| McKee, Gordon | SGM | 7.6 | 964.00 | 7,326.40 |
| Riviglia, Anna | ANR | 0.0 | 0.00 | 50.00 |
| Rogers, Linc | LCR | 20.0 | 862.00 | 17,240.00 |
| Thompson, Nancy | NAB | 6.3 | 360.00 | 2,268.00 |
| **Total** | | **62.8** | | **$ 42,519.30** |

**Non-taxable Disbursement(s)**

| | | |
|---|---|---|
| Court Fees | $ 320.00 | |
| | | $ 320.00 |
| **Harmonized Sales Tax (13.0%)** | | 5,527.51 |
| **Total Due for this Matter in Canadian Currency** | | **$ 48,366.81 CAD** |

Blakes

| Invoice: | 2308297 |
| --- | --- |
| Date: | April 27, 2022 |
| Page: | 7 |



Blake, Cassels & Graydon LLP
Barristers & Solicitors
Patent & Trademark Agents
199 Bay Street
Suite 4000, Commerce Court West
Toronto ON  M5L 1A9  Canada
Tel: 416-863-2400  Fax: 416-863-2653

# INVOICE

Please write invoice
number(s) on cheque

April 27, 2022

LTL MANAGEMENT LLC
501 George Street
New Brunswick, NJ  08933
U.S.A.

| | |
|---|---|
| Invoice: | 2308298 |
| Billing Lawyer | McKee, Gordon |
| HST/GST No.: | R119396778 |
| Client: | 00028109 |
| Matter: | 000002 |
| Reference: | JJL2021019389 |

Attention:  John Kim
            Legal Counsel

### Re:  Fee and Retention Applications

FOR PROFESSIONAL SERVICES RENDERED
during the period ended March 31, 2022, as follows:

| Description | CAD ($) | USD ($) |
|---|---|---|
| Fees | $ 13,732.20 | $ 11,348.93 |
| Harmonized Sales Tax (13.0%) | 1,785.19 | 1,475.36 |
| **Total** | **$ 15,517.39** | **$ 12,824.29** |

### TOTAL DUE IN U.S. CURRENCY                 $ 12,824.29  USD



<table>
<tr><td>Invoice:</td><td>2308298</td></tr>
<tr><td>Date:</td><td>April 27, 2022</td></tr>
<tr><td>Page:</td><td>2</td></tr>
</table>

**Re:   Fee and Retention Applications**     (000002)

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| 03/01/22 | Thompson, Nancy | Revising first and second monthly fee statements to incorporate comments received from I. Perez. | 0.5 | 360.00 | 180.00 |
| 03/02/22 | Thompson, Nancy | Finalizing the First and Second Monthly Fee Statements and preparing email message to L. Rogers and G. McKee forwarding same for final approval. | 0.6 | 360.00 | 216.00 |
| 03/04/22 | Thompson, Nancy | Email message to I. Perez forwarding revised First and Second Monthly Fee Statements for service and filing, and discussion with I. Perez regarding same. | 0.7 | 360.00 | 252.00 |
| 03/04/22 | Thompson, Nancy | Email messages arranging for the required LEDES files. | 0.3 | 360.00 | 108.00 |
| 03/07/22 | Thompson, Nancy | Reviewing sample quarterly fee applications provided by I. Perez and other sample materials and commencing drafting of first interim fee application. | 1.0 | 360.00 | 360.00 |
| 03/08/22 | Thompson, Nancy | Email messages to and from I. Perez regarding the first and second monthly fee statements and respective LEDES file. | 0.5 | 360.00 | 180.00 |
| 03/08/22 | Thompson, Nancy | Arranging for the requested changes to the format of the LEDES files. | 0.2 | 360.00 | 72.00 |
| 03/08/22 | Thompson, Nancy | Reviewing sample quarterly fee applications provided by I. Perez and other sample materials and drafting first interim fee application. | 3.5 | 360.00 | 1,260.00 |
| 03/09/22 | McKee, Gordon | Email correspondence with N. Thompson regarding fee statements. | 0.1 | 964.00 | 96.40 |
| 03/09/22 | Rogers, Linc | Reviewing fee statements and related emails. | 0.3 | 862.00 | 258.60 |
| 03/09/22 | Thompson, Nancy | Email message to L. Rogers and G. McKee forwarding the draft January fee statement for final review. | 0.3 | 360.00 | 108.00 |
| 03/09/22 | Thompson, Nancy | Email message to I. Perez forwarding the draft January fee statement for review as requested. | 0.2 | 360.00 | 72.00 |
| 03/09/22 | Thompson, Nancy | Email message to I. Perez forwarding the final first and second monthly fee statements and respective revised LEDES files and requesting assistance with service and filing. | 0.3 | 360.00 | 108.00 |



| Invoice: | 2308298 |
|---|---|
| Date: | April 27, 2022 |
| Page: | 3 |

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| 03/09/22 | Thompson, Nancy | Reviewing email message from I. Perez forwarding confirmation copies of the filed first and second monthly fee statements and email message to L. Rogers and G. McKee forwarding same. | 0.1 | 360.00 | 36.00 |
| 03/09/22 | Thompson, Nancy | Drafting the first interim fee application and e-mail message to C. McIntyre forwarding same for review and comment. | 3.0 | 360.00 | 1,080.00 |
| 03/09/22 | Thompson, Nancy | Reviewing revised invoices for January to ensure in compliance with billing and UST guidelines and reviewing and revising the January fee statement accordingly. | 0.5 | 360.00 | 180.00 |
| 03/10/22 | McIntyre, Caitlin | Reviewing and commenting on First Interim Fee Application. | 1.7 | 541.00 | 919.70 |
| 03/10/22 | Thompson, Nancy | Reviewing and revising the draft first interim fee application to incorporate comments from C. McIntyre, additional information, etc. | 1.5 | 360.00 | 540.00 |
| 03/10/22 | Thompson, Nancy | Email message to L. Rogers and G. McKee forwarding draft first interim fee application for review and comment. | 0.5 | 360.00 | 180.00 |
| 03/10/22 | Thompson, Nancy | Revising the January monthly fee statement to incorporate comments received from I. Perez, finalizing same and e-mail message to I. Perez forwarding revised January monthly fee statement, accompanying LEDES file, and requesting assistance with service and filing. | 0.5 | 360.00 | 180.00 |
| 03/11/22 | McKee, Gordon | Review draft fee application and provide comments to N. Thompson and L. Rogers. | 0.5 | 964.00 | 482.00 |
| 03/11/22 | Rogers, Linc | Attending to matters relating to monthly fee statements and related email correspondence. | 0.2 | 862.00 | 172.40 |
| 03/11/22 | Thompson, Nancy | Email message to I. Perez forwarding draft first interim fee application for comment. | 0.1 | 360.00 | 36.00 |
| 03/11/22 | Thompson, Nancy | Revising draft first interim fee application to incorporate comments received from G. McKee and L. Rogers, and related discussions and e-mail messages. | 0.5 | 360.00 | 180.00 |
| 03/13/22 | Rogers, Linc | Preliminary review of fee application and related email correspondence and discussions with N. Thompson. | 0.5 | 862.00 | 431.00 |
| 03/13/22 | Thompson, Nancy | Discussion with L. Rogers regarding fee | 0.1 | 360.00 | 36.00 |



| Invoice: | 2308298 |
|---|---|
| Date: | April 27, 2022 |
| Page: | 4 |

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| | | application. | | | |
| 03/15/22 | Thompson, Nancy | Reviewing and revising the draft fee application. | 1.7 | 360.00 | 612.00 |
| 03/16/22 | McKee, Gordon | Emails with N. Thompson regarding comments on fee application. | 0.4 | 964.00 | 385.60 |
| 03/16/22 | Rogers, Linc | Reviewing fee application and related email correspondence. | 0.4 | 862.00 | 344.80 |
| 03/16/22 | Thompson, Nancy | Email message to L. Rogers and G. McKee forwarding revised draft fee application along with blacklines and other information for final comment and approval. | 0.8 | 360.00 | 288.00 |
| 03/16/22 | Thompson, Nancy | Follow-up email message to I. Perez regarding the draft fee application and raising specific questions regarding same. | 0.5 | 360.00 | 180.00 |
| 03/16/22 | Thompson, Nancy | Reviewing email message from I. Perez and reviewing and incorporating comments into the draft fee application. | 2.0 | 360.00 | 720.00 |
| 03/17/22 | McIntyre, Caitlin | Correspondence regarding fee application. | 0.3 | 541.00 | 162.30 |
| 03/17/22 | McKee, Gordon | Email correspondence regarding fee application. | 0.2 | 964.00 | 192.80 |
| 03/17/22 | Rogers, Linc | Email correspondence regarding fee application. | 0.2 | 862.00 | 172.40 |
| 03/17/22 | Rogers, Linc | Reviewing and commenting on draft fee applications and related email correspondence. | 1.0 | 862.00 | 862.00 |
| 03/17/22 | Thompson, Nancy | Email messages to and from L. Rogers and G. McKee regarding additional comment received from local counsel and related follow-up messages regarding same. | 0.4 | 360.00 | 144.00 |
| 03/17/22 | Thompson, Nancy | Reviewing email message from J. Pacelli and the attached draft certificate of no objection for the first monthly fee statement and related email messages to and from L. Rogers, G. McKee and J. Pacelli regarding same. | 0.5 | 360.00 | 180.00 |
| 03/17/22 | Thompson, Nancy | Updating and finalizing the fee application and related email messages with J. Pacelli arranging for the fee application to be served and filed. | 0.5 | 360.00 | 180.00 |
| 03/17/22 | Thompson, Nancy | Reviewing email message from J. Pacelli and revising the fee application to include | 0.2 | 360.00 | 72.00 |



| Invoice: | 2308298 |
|---|---|
| Date: | April 27, 2022 |
| Page: | 5 |

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| | | additional comment. | | | |
| 03/25/22 | Thompson, Nancy | Preparing the monthly fee statement, including summarizing the steps taken during the fee period, and related e-mail messages circulating same for review and comment. | 1.2 | 360.00 | 432.00 |
| 03/28/22 | McIntyre, Caitlin | Finalizing fee application and circulating to Jones Day for comment. | 0.7 | 541.00 | 378.70 |
| 03/28/22 | Rogers, Linc | Reviewing and commenting on fee application. | 0.5 | 862.00 | 431.00 |
| 03/30/22 | McIntyre, Caitlin | Finalizing fee application. | 0.5 | 541.00 | 270.50 |
| | | **Total Fees for this Matter** | | | **$ 13,732.20** |

| Matter Timekeeper Summary | ID | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|
| McIntyre, Caitlin | CAI | 3.2 | 541.00 | 1,731.20 |
| McKee, Gordon | SGM | 1.2 | 964.00 | 1,156.80 |
| Rogers, Linc | LCR | 3.1 | 862.00 | 2,672.20 |
| Thompson, Nancy | NAB | 22.7 | 360.00 | 8,172.00 |
| **Total** | | **30.2** | | **$ 13,732.20** |

**Harmonized  Sales Tax (13.0%)**  1,785.19

**Total Due for this Matter in Canadian Currency**  **$ 15,517.39**  CAD

TORONTO    CALGARY    VANCOUVER    MONTRÉAL    OTTAWA    NEW YORK    LONDON

Blake, Cassels & Graydon LLP  |  blakes.com