# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

## D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

| | | | |
|---|---|---|---|
| In Re: | LTL Management LLC[1] | Applicant: | Houlihan Lokey Capital, Inc. |
| Case No.: | 21-30589 (MBK) | Client: | Official Committee of Talc Claimants I ("TCC I") |
| Chapter: | 11 | Case Filed: | October 14, 2021 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

**FOURTH MONTHLY FEE STATEMENT OF HOULIHAN LOKEY CAPITAL, INC. FOR THE PERIOD OF MARCH 1, 2022 THROUGH MARCH 31, 2022**

## SECTION 1
## FEE SUMMARY

☒ Interim Fee Application No. __4__    or    ☐ Final Fee Application

| NAME OF PROFESSIONAL | TITLE | HOURS |
|---|---|---|
| SAUL BURIAN | MANAGING DIRECTOR | 56.5 |
| TOM HEDUS | DIRECTOR | 73.0 |
| CHRISTOPHER KHOURY | VICE PRESIDENT | 76.0 |
| TIM PETERSEN | ASSOCIATE | 88.5 |
| TOPE ODUSANYA | ASSOCIATE | 94.0 |
| DREW MCGEARY | ANALYST | 176.0 |
| DANNY GENDLER | ANALYST | 116.0 |
| | **TOTAL:** | **680.0** |

| | |
|---|---|
| FEE TOTALS | $400,000.00[2] |
| MINUS 20% HOLDBACK | -$80,000.00 |
| TOTAL FEES CURRENTLY PAYABLE | $320,000.00 |
| DISBURSEMENTS | $1,151.67 |
| **TOTAL PAYABLE THIS INVOICE** | **$321,151.67** |

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

[2] Pursuant to paragraph 3 of Houlihan Lokey's Engagement Agreement, Houlihan Lokey's Monthly Fee is paid in advance each month, beginning on December 17th. Therefore, the Monthly Fee requested herein covers the period from March 17th through April 16th, and reference should be made to the Fifth Monthly Fee Statement of Houlihan Lokey Capital, Inc. (when filed) for the relevant services provided from April 1st to April 16th.

## SECTION II – SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS |
|---|---:|
| a) **General Case Administration** | 191.5 |
| b) **Analysis, Presentations, and Due Diligence** | 277.0 |
| c) **Correspondence with TCC I Advisors** | 70.5 |
| d) **Correspondence with TCC I Members** | 141.0 |
| **SERVICES TOTAL:** | **680.0** |

## SECTION III – SUMMARY OF EXPENSES

| EXPENSES | AMOUNT |
|---|---:|
| a) **Travel and Overtime Meals** | $852.75 |
| b) **Telephone and Data** | $134.90 |
| c) **Ground Transportation** | $164.02 |
| **EXPENSE TOTAL:** | **$1,151.67** |

## SECTION IV - CASE HISTORY

(NOTE: Items 3 – 6 are not applicable to applications under 11 U.S.C. §506)

(1) DATE CASE FILED: **October 14, 2021**

(2) CHAPTER UNDER WHICH CASE WAS COMMENCED: **11**

(3) DATE OF RETENTION:  
(ANNEX COPY OF ORDER(S))  
IF LIMIT ON NUMBERS OF HOURS OR OTHER  
**January 24, 2022, effective as of December 17, 2021 [Docket No. 1244]**

LIMITATIONS TO RETENTION, SET FORTH: **Retention authorized by interim order**

(4) SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

- **(a) Produced various financial analyses requested by Committee representatives with respect to mediation issues;**
- **(b) Presented to Committee representatives on mediation issues;**
- **(c) Reviewed and commented on Committee presentations prepared by member representatives and counsel for use in mediation meetings;**
- **(d) Researched precedent settlement trusts and evaluated potential structures, including tax and other structure considerations;**
- **(e) Performed due diligence on the Debtor's monthly operating reports, including; analyzing Royalty A&M's income statement and balance sheet, reviewing usage of the Funding Agreement and reviewing payment of professional fees and expenses; and**
- **(f) Reviewed and provided input on various filings and draft filings, including the QSF motion and a potential standing motion.**

(5) ANTICIPATED DISTRIBUTION TO CREDITORS:
- (A) ADMINISTRATION EXPENSES: (unknown at this time)
- (B) SECURED CREDITORS: (unknown at this time)
- (C) PRIORITY CREDITORS: (unknown at this time)
- (D) GENERAL UNSECURED CREDITORS: (unknown at this time)

(6) FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITOR (IF APPLICABLE): Final disposition of case and dividend are unknown at this time.

(7)  I certify under penalty of perjury that the above is true.

Date: <u>April 28, 2022</u>

_____
Saul E. Burian