**EXHIBIT B**

**Time Detail**

Case 21-30589-MBK    Doc 2194-2    Filed 04/29/22    Entered 04/29/22 11:59:38    Desc
Exhibit B-Statement of Time and Expenses    Page 2 of 15

LTL Management LLC
Houlihan Lokey Work Hours Summary    (Mar. 01, 2022 - Mar. 31, 2022)

**Houlihan Lokey - LTL Management LLC Work Hours Summary**
**(Mar. 01, 2022 - Mar. 31, 2022)**

| Employee | A | B | C | D | Total |
|---|---|---|---|---|---|
| Saul Burian | 15.0 | 11.0 | 10.0 | 20.5 | 56.5 |
| Tom Hedus | 21.0 | 19.5 | 11.5 | 21.0 | 73.0 |
| Christopher Khoury | 26.0 | 19.0 | 10.5 | 20.5 | 76.0 |
| Tim Petersen | 16.0 | 44.5 | 9.5 | 18.5 | 88.5 |
| Tope Odusanya | 32.0 | 31.5 | 10.0 | 20.5 | 94.0 |
| Drew McGeary | 57.0 | 90.5 | 9.0 | 19.5 | 176.0 |
| Danny Gendler | 24.5 | 61.0 | 10.0 | 20.5 | 116.0 |
| **Total** | **191.5** | **277.0** | **70.5** | **141.0** | **680.0** |

**Legend**

| | | |
|---|---|---|
| | A | General Case Administration |
| | B | Analysis, Presentations, and Due Diligence |
| | C | Correspondence with TCC I Advisors |
| | D | Correspondence with TCC I Members |

**Hours for:** Saul Burian
**Month of:** March 2022
**Total Hours:** 56.5

### Task Reference Table

| | |
|---|---|
| A | General Case Administration |
| B | Analysis, Presentations, and Due Diligence |
| C | Correspondence with TCC I Advisors |
| D | Correspondence with TCC I Members |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, March 1, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I Advisors |
| Tuesday, March 1, 2022 | D | Correspondence with TCC I Members | 2.0 | Call with TCC I Advisors & Members |
| Tuesday, March 1, 2022 | A | General Case Administration | 0.5 | Fee statement preparation & review |
| Tuesday, March 1, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Financial analysis at the request of the Committee |
| Tuesday, March 1, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Review of draft docket filings |
| Wednesday, March 2, 2022 | D | Correspondence with TCC I Members | 2.5 | Call with TCC I Advisors & Members |
| Wednesday, March 2, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of draft docket filings |
| Thursday, March 3, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I & II Advisors |
| Thursday, March 3, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Weekly call with TCC I Advisors |
| Thursday, March 3, 2022 | D | Correspondence with TCC I Members | 1.0 | Weekly call with TCC I Advisors & Members |
| Friday, March 4, 2022 | D | Correspondence with TCC I Members | 1.0 | Call with TCC I Member |
| Sunday, March 6, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Financial analysis at the request of the Committee |
| Monday, March 7, 2022 | D | Correspondence with TCC I Members | 0.5 | Call with TCC I Member |
| Monday, March 7, 2022 | A | General Case Administration | 0.5 | Fee statement preparation & review |
| Monday, March 7, 2022 | A | General Case Administration | 0.5 | Reviewing key docket filings |
| Tuesday, March 8, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I Advisors |
| Tuesday, March 8, 2022 | A | General Case Administration | 3.0 | Hearing participation |
| Tuesday, March 8, 2022 | A | General Case Administration | 1.0 | Retention-related drafting & review |
| Tuesday, March 8, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Reviewing tax and structuring financial analysis |
| Wednesday, March 9, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I Advisors |
| Wednesday, March 9, 2022 | D | Correspondence with TCC I Members | 1.0 | Call with TCC I Advisors & Members |
| Wednesday, March 9, 2022 | A | General Case Administration | 0.5 | Retention-related drafting & review |
| Wednesday, March 9, 2022 | A | General Case Administration | 0.5 | Reviewing key docket filings |
| Thursday, March 10, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I Advisors |
| Thursday, March 10, 2022 | D | Correspondence with TCC I Members | 1.0 | Call with TCC I Advisors & Members |
| Friday, March 11, 2022 | A | General Case Administration | 0.5 | Retention-related drafting & review |
| Friday, March 11, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Reviewing TCC I presentation materials |
| Sunday, March 13, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I Advisors |
| Monday, March 14, 2022 | D | Correspondence with TCC I Members | 2.0 | Call with TCC I Advisors & Members |
| Monday, March 14, 2022 | A | General Case Administration | 0.5 | Retention-related drafting & review |
| Monday, March 14, 2022 | A | General Case Administration | 0.5 | Reviewing key docket filings |
| Tuesday, March 15, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I Advisors |
| Wednesday, March 16, 2022 | A | General Case Administration | 0.5 | Fee application preparation & review |
| Wednesday, March 16, 2022 | A | General Case Administration | 1.0 | Hearing participation |
| Wednesday, March 16, 2022 | A | General Case Administration | 0.5 | Retention-related analysis |
| Wednesday, March 16, 2022 | A | General Case Administration | 0.5 | Reviewing key docket filings |
| Wednesday, March 16, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Weekly call with TCC I Advisors |
| Wednesday, March 16, 2022 | D | Correspondence with TCC I Members | 1.0 | Weekly call with TCC I Advisors & Members |
| Thursday, March 17, 2022 | D | Correspondence with TCC I Members | 1.5 | Call with TCC I Advisors & Members |
| Thursday, March 17, 2022 | A | General Case Administration | 0.5 | Fee statement & application preparation & review |
| Friday, March 18, 2022 | D | Correspondence with TCC I Members | 1.5 | Call with TCC I Advisors & Members |
| Monday, March 21, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Monthly operating report diligence |
| Tuesday, March 22, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Financial analysis at the request of the Committee |
| Tuesday, March 22, 2022 | A | General Case Administration | 0.5 | Reviewing key docket filings |
| Wednesday, March 23, 2022 | D | Correspondence with TCC I Members | 1.0 | Call with TCC I Member |
| Wednesday, March 23, 2022 | A | General Case Administration | 0.5 | Fee statement preparation & review |
| Wednesday, March 23, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Financial analysis at the request of the Committee |
| Wednesday, March 23, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Weekly call with TCC I Advisors |
| Wednesday, March 23, 2022 | D | Correspondence with TCC I Members | 1.0 | Weekly call with TCC I Advisors & Members |
| Thursday, March 24, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Monthly operating report diligence |
| Friday, March 25, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Monthly operating report diligence |
| Monday, March 28, 2022 | D | Correspondence with TCC I Members | 2.0 | Call with TCC I Advisors & Members |
| Wednesday, March 30, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Financial analysis at the request of the Committee |
| Wednesday, March 30, 2022 | A | General Case Administration | 3.0 | Hearing participation |
| Wednesday, March 30, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Internal coordination call |
| Thursday, March 31, 2022 | D | Correspondence with TCC I Members | 1.5 | Weekly call with TCC I Advisors & Members with HL presentation |

**Hours for:** Tom Hedus
**Month of:** March 2022
**Total Hours:** 73.0

### Task Reference Table

| | |
|---|---|
| A | General Case Administration |
| B | Analysis, Presentations, and Due Diligence |
| C | Correspondence with TCC I Advisors |
| D | Correspondence with TCC I Members |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, March 1, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I Advisors |
| Tuesday, March 1, 2022 | D | Correspondence with TCC I Members | 2.0 | Call with TCC I Advisors & Members |
| Tuesday, March 1, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Financial analysis at the request of the Committee |
| Wednesday, March 2, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I Advisors |
| Wednesday, March 2, 2022 | D | Correspondence with TCC I Members | 2.5 | Call with TCC I Advisors & Members |
| Wednesday, March 2, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of draft docket filings |
| Thursday, March 3, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I & II Advisors |
| Thursday, March 3, 2022 | A | General Case Administration | 0.5 | Fee statement preparation & review |
| Thursday, March 3, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Weekly call with TCC I Advisors |
| Thursday, March 3, 2022 | D | Correspondence with TCC I Members | 1.0 | Weekly call with TCC I Advisors & Members |
| Friday, March 4, 2022 | D | Correspondence with TCC I Members | 1.0 | Call with TCC I Member |
| Saturday, March 5, 2022 | B | Analysis, Presentations, and Due Diligence | 1.5 | Financial analysis at the request of the Committee |
| Sunday, March 6, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Financial analysis at the request of the Committee |
| Sunday, March 6, 2022 | B | Analysis, Presentations, and Due Diligence | 2.0 | Financial analysis at the request of the Committee |
| Monday, March 7, 2022 | D | Correspondence with TCC I Members | 0.5 | Call with TCC I Member |
| Monday, March 7, 2022 | A | General Case Administration | 1.0 | Fee statement preparation & review |
| Monday, March 7, 2022 | A | General Case Administration | 0.5 | Reviewing key docket filings |
| Tuesday, March 8, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I Advisors |
| Tuesday, March 8, 2022 | D | Correspondence with TCC I Members | 0.5 | Call with TCC I Member |
| Tuesday, March 8, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Financial analysis at the request of the Committee |
| Tuesday, March 8, 2022 | A | General Case Administration | 3.0 | Hearing participation |
| Tuesday, March 8, 2022 | A | General Case Administration | 1.0 | Retention-related drafting & review |
| Tuesday, March 8, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Reviewing tax and structuring financial analysis |
| Wednesday, March 9, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I Advisors |
| Wednesday, March 9, 2022 | D | Correspondence with TCC I Members | 1.0 | Call with TCC I Advisors & Members |
| Wednesday, March 9, 2022 | A | General Case Administration | 0.5 | Retention-related drafting & review |
| Wednesday, March 9, 2022 | A | General Case Administration | 0.5 | Reviewing key docket filings |
| Thursday, March 10, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I Advisors |
| Thursday, March 10, 2022 | D | Correspondence with TCC I Members | 1.0 | Call with TCC I Advisors & Members |
| Thursday, March 10, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Financial analysis at the request of the Committee |
| Thursday, March 10, 2022 | A | General Case Administration | 1.0 | Retention-related analysis |
| Friday, March 11, 2022 | A | General Case Administration | 1.5 | Fee application preparation & review |
| Friday, March 11, 2022 | A | General Case Administration | 0.5 | Internal coordination call |
| Friday, March 11, 2022 | A | General Case Administration | 0.5 | Retention-related drafting & review |
| Friday, March 11, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Reviewing TCC I presentation materials |
| Sunday, March 13, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I Advisors |
| Monday, March 14, 2022 | D | Correspondence with TCC I Members | 2.0 | Call with TCC I Advisors & Members |
| Monday, March 14, 2022 | A | General Case Administration | 1.0 | Fee application preparation & review |
| Monday, March 14, 2022 | A | General Case Administration | 0.5 | Retention-related drafting & review |
| Monday, March 14, 2022 | A | General Case Administration | 0.5 | Reviewing key docket filings |
| Tuesday, March 15, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I Advisors |
| Wednesday, March 16, 2022 | A | General Case Administration | 1.0 | Fee application preparation & review |
| Wednesday, March 16, 2022 | A | General Case Administration | 1.0 | Hearing participation |
| Wednesday, March 16, 2022 | A | General Case Administration | 0.5 | Retention-related analysis |
| Wednesday, March 16, 2022 | A | General Case Administration | 0.5 | Reviewing key docket filings |
| Wednesday, March 16, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Weekly call with TCC I Advisors |
| Wednesday, March 16, 2022 | D | Correspondence with TCC I Members | 1.0 | Weekly call with TCC I Advisors & Members |
| Thursday, March 17, 2022 | D | Correspondence with TCC I Members | 1.5 | Call with TCC I Advisors & Members |
| Thursday, March 17, 2022 | A | General Case Administration | 0.5 | Fee statement & application preparation & review |
| Thursday, March 17, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Financial analysis at the request of the Committee |
| Friday, March 18, 2022 | D | Correspondence with TCC I Members | 1.5 | Call with TCC I Advisors & Members |
| Friday, March 18, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Financial analysis at the request of the Committee |
| Monday, March 21, 2022 | A | General Case Administration | 0.5 | Internal coordination call |
| Monday, March 21, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Monthly operating report diligence |
| Monday, March 21, 2022 | A | General Case Administration | 0.5 | Retention-related drafting & review |
| Tuesday, March 22, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Financial analysis at the request of the Committee |
| Tuesday, March 22, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Monthly operating report diligence |
| Tuesday, March 22, 2022 | A | General Case Administration | 0.5 | Reviewing key docket filings |
| Wednesday, March 23, 2022 | D | Correspondence with TCC I Members | 1.0 | Call with TCC I Member |

Case 21-30589-MBK    Doc 2194-2    Filed 04/29/22    Entered 04/29/22 11:59:38    Desc
Exhibit B-Statement of Time and Expenses    Page 5 of 15

LTL Management LLC
Houlihan Lokey Time Sheet
*(Mar. 01, 2022 - Mar. 31, 2022)*

**Hours for:** Tom Hedus
**Month of:** March 2022
**Total Hours:** 73.0

### Task Reference Table

| | |
|---|---|
| A | General Case Administration |
| B | Analysis, Presentations, and Due Diligence |
| C | Correspondence with TCC I Advisors |
| D | Correspondence with TCC I Members |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Wednesday, March 23, 2022 | A | General Case Administration | 0.5 | Fee statement preparation & review |
| Wednesday, March 23, 2022 | B | Analysis, Presentations, and Due Diligence | 1.5 | Financial analysis at the request of the Committee |
| Wednesday, March 23, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Weekly call with TCC I Advisors |
| Wednesday, March 23, 2022 | D | Correspondence with TCC I Members | 1.0 | Weekly call with TCC I Advisors & Members |
| Thursday, March 24, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Monthly operating report diligence |
| Friday, March 25, 2022 | C | Correspondence with TCC I Advisors | 0.5 | Call with TCC I Advisors |
| Friday, March 25, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Monthly operating report diligence |
| Monday, March 28, 2022 | D | Correspondence with TCC I Members | 2.0 | Call with TCC I Advisors & Members |
| Wednesday, March 30, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Financial analysis at the request of the Committee |
| Wednesday, March 30, 2022 | A | General Case Administration | 3.0 | Hearing participation |
| Wednesday, March 30, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Internal coordination call |
| Thursday, March 31, 2022 | D | Correspondence with TCC I Members | 1.5 | Weekly call with TCC I Advisors & Members with HL presentation |

**Hours for:** Christopher Khoury
**Month of:** March 2022
**Total Hours:** 76.0

### Task Reference Table

| | |
|---|---|
| A | General Case Administration |
| B | Analysis, Presentations, and Due Diligence |
| C | Correspondence with TCC I Advisors |
| D | Correspondence with TCC I Members |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, March 1, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I Advisors |
| Tuesday, March 1, 2022 | D | Correspondence with TCC I Members | 2.0 | Call with TCC I Advisors & Members |
| Tuesday, March 1, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Financial analysis at the request of the Committee |
| Wednesday, March 2, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I Advisors |
| Wednesday, March 2, 2022 | D | Correspondence with TCC I Members | 2.5 | Call with TCC I Advisors & Members |
| Wednesday, March 2, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of draft docket filings |
| Thursday, March 3, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I & II Advisors |
| Thursday, March 3, 2022 | A | General Case Administration | 0.5 | Fee statement preparation & review |
| Thursday, March 3, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Weekly call with TCC I Advisors |
| Thursday, March 3, 2022 | D | Correspondence with TCC I Members | 1.0 | Weekly call with TCC I Advisors & Members |
| Friday, March 4, 2022 | D | Correspondence with TCC I Members | 1.0 | Call with TCC I Member |
| Monday, March 7, 2022 | D | Correspondence with TCC I Members | 0.5 | Call with TCC I Member |
| Monday, March 7, 2022 | A | General Case Administration | 0.5 | Reviewing key docket filings |
| Tuesday, March 8, 2022 | A | General Case Administration | 2.0 | Hearing participation |
| Wednesday, March 9, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I Advisors |
| Wednesday, March 9, 2022 | D | Correspondence with TCC I Members | 1.0 | Call with TCC I Advisors & Members |
| Wednesday, March 9, 2022 | A | General Case Administration | 0.5 | Retention-related analysis |
| Wednesday, March 9, 2022 | A | General Case Administration | 1.0 | Retention-related drafting & review |
| Wednesday, March 9, 2022 | A | General Case Administration | 0.5 | Reviewing key docket filings |
| Thursday, March 10, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I Advisors |
| Thursday, March 10, 2022 | D | Correspondence with TCC I Members | 1.0 | Call with TCC I Advisors & Members |
| Thursday, March 10, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Financial analysis at the request of the Committee |
| Thursday, March 10, 2022 | A | General Case Administration | 1.0 | Retention-related analysis |
| Friday, March 11, 2022 | A | General Case Administration | 1.5 | Fee application preparation & review |
| Friday, March 11, 2022 | A | General Case Administration | 0.5 | Internal coordination call |
| Friday, March 11, 2022 | A | General Case Administration | 1.0 | Retention-related drafting & review |
| Friday, March 11, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Reviewing TCC I presentation materials |
| Saturday, March 12, 2022 | A | General Case Administration | 0.5 | Reviewing key docket filings |
| Sunday, March 13, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I Advisors |
| Sunday, March 13, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Reviewing TCC I presentation materials |
| Monday, March 14, 2022 | D | Correspondence with TCC I Members | 2.0 | Call with TCC I Advisors & Members |
| Monday, March 14, 2022 | A | General Case Administration | 2.5 | Fee application preparation & review |
| Monday, March 14, 2022 | A | General Case Administration | 0.5 | Retention-related drafting & review |
| Monday, March 14, 2022 | A | General Case Administration | 0.5 | Reviewing key docket filings |
| Tuesday, March 15, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I Advisors |
| Wednesday, March 16, 2022 | A | General Case Administration | 2.5 | Fee application preparation & review |
| Wednesday, March 16, 2022 | B | Analysis, Presentations, and Due Diligence | 1.5 | Fee statement preparation & review |
| Wednesday, March 16, 2022 | A | General Case Administration | 2.0 | Fee statement preparation & review |
| Wednesday, March 16, 2022 | A | General Case Administration | 1.0 | Hearing participation |
| Wednesday, March 16, 2022 | A | General Case Administration | 0.5 | Reviewing key docket filings |
| Wednesday, March 16, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Weekly call with TCC I Advisors |
| Wednesday, March 16, 2022 | D | Correspondence with TCC I Members | 1.0 | Weekly call with TCC I Advisors & Members |
| Thursday, March 17, 2022 | D | Correspondence with TCC I Members | 1.5 | Call with TCC I Advisors & Members |
| Thursday, March 17, 2022 | A | General Case Administration | 1.0 | Fee statement & application preparation & review |
| Thursday, March 17, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Financial analysis at the request of the Committee |
| Thursday, March 17, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Financial analysis at the request of the Committee |
| Thursday, March 17, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Internal coordination call |
| Thursday, March 17, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Reviewing TCC I presentation materials |
| Friday, March 18, 2022 | D | Correspondence with TCC I Members | 1.5 | Call with TCC I Advisors & Members |
| Friday, March 18, 2022 | A | General Case Administration | 0.5 | Reviewing key docket filings |
| Saturday, March 19, 2022 | B | Analysis, Presentations, and Due Diligence | 2.0 | Financial analysis at the request of the Committee |
| Sunday, March 20, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Financial analysis at the request of the Committee |
| Monday, March 21, 2022 | A | General Case Administration | 0.5 | Internal coordination call |
| Monday, March 21, 2022 | A | General Case Administration | 1.5 | Retention-related drafting & review |
| Tuesday, March 22, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Financial analysis at the request of the Committee |
| Tuesday, March 22, 2022 | B | Analysis, Presentations, and Due Diligence | 2.0 | Financial analysis at the request of the Committee |
| Tuesday, March 22, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Monthly operating report diligence |
| Tuesday, March 22, 2022 | A | General Case Administration | 0.5 | Reviewing key docket filings |
| Wednesday, March 23, 2022 | D | Correspondence with TCC I Members | 1.0 | Call with TCC I Member |

**Hours for:** Christopher Khoury
**Month of:** March 2022
**Total Hours:** 76.0

### Task Reference Table

| | |
|---|---|
| A | General Case Administration |
| B | Analysis, Presentations, and Due Diligence |
| C | Correspondence with TCC I Advisors |
| D | Correspondence with TCC I Members |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Wednesday, March 23, 2022 | B | Analysis, Presentations, and Due Diligence | 1.5 | Financial analysis at the request of the Committee |
| Wednesday, March 23, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Weekly call with TCC I Advisors |
| Wednesday, March 23, 2022 | D | Correspondence with TCC I Members | 1.0 | Weekly call with TCC I Advisors & Members |
| Friday, March 25, 2022 | C | Correspondence with TCC I Advisors | 0.5 | Call with TCC I Advisors |
| Monday, March 28, 2022 | D | Correspondence with TCC I Members | 2.0 | Call with TCC I Advisors & Members |
| Wednesday, March 30, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Financial analysis at the request of the Committee |
| Wednesday, March 30, 2022 | A | General Case Administration | 3.0 | Hearing participation |
| Wednesday, March 30, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Internal coordination call |
| Thursday, March 31, 2022 | D | Correspondence with TCC I Members | 1.5 | Weekly call with TCC I Advisors & Members with HL presentation |

**Hours for:** Tim Petersen
**Month of:** March 2022
**Total Hours:** 88.5

### Task Reference Table

| | |
|---|---|
| A | General Case Administration |
| B | Analysis, Presentations, and Due Diligence |
| C | Correspondence with TCC I Advisors |
| D | Correspondence with TCC I Members |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, March 1, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I Advisors |
| Tuesday, March 1, 2022 | D | Correspondence with TCC I Members | 2.0 | Call with TCC I Advisors & Members |
| Tuesday, March 1, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Financial analysis at the request of the Committee |
| Wednesday, March 2, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I Advisors |
| Wednesday, March 2, 2022 | D | Correspondence with TCC I Members | 2.5 | Call with TCC I Advisors & Members |
| Wednesday, March 2, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of draft docket filings |
| Thursday, March 3, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I & II Advisors |
| Thursday, March 3, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Weekly call with TCC I Advisors |
| Thursday, March 3, 2022 | D | Correspondence with TCC I Members | 1.0 | Weekly call with TCC I Advisors & Members |
| Friday, March 4, 2022 | D | Correspondence with TCC I Members | 1.0 | Call with TCC I Member |
| Friday, March 4, 2022 | B | Analysis, Presentations, and Due Diligence | 1.5 | Financial analysis at the request of the Committee |
| Friday, March 4, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Internal coordination call |
| Friday, March 4, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Internal coordination call |
| Saturday, March 5, 2022 | B | Analysis, Presentations, and Due Diligence | 4.5 | Financial analysis at the request of the Committee |
| Saturday, March 5, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Internal coordination call |
| Sunday, March 6, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Financial analysis at the request of the Committee |
| Monday, March 7, 2022 | D | Correspondence with TCC I Members | 0.5 | Call with TCC I Member |
| Monday, March 7, 2022 | A | General Case Administration | 0.5 | Reviewing key docket filings |
| Tuesday, March 8, 2022 | A | General Case Administration | 3.0 | Hearing participation |
| Tuesday, March 8, 2022 | B | Analysis, Presentations, and Due Diligence | 3.0 | Research & analysis at the request of the Committee |
| Tuesday, March 8, 2022 | A | General Case Administration | 1.0 | Retention-related drafting & review |
| Wednesday, March 9, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I Advisors |
| Wednesday, March 9, 2022 | D | Correspondence with TCC I Members | 1.0 | Call with TCC I Advisors & Members |
| Wednesday, March 9, 2022 | A | General Case Administration | 0.5 | Internal coordination call |
| Wednesday, March 9, 2022 | A | General Case Administration | 1.0 | Retention-related analysis |
| Wednesday, March 9, 2022 | A | General Case Administration | 0.5 | Reviewing key docket filings |
| Thursday, March 10, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I Advisors |
| Thursday, March 10, 2022 | D | Correspondence with TCC I Members | 1.0 | Call with TCC I Advisors & Members |
| Thursday, March 10, 2022 | B | Analysis, Presentations, and Due Diligence | 2.0 | Financial analysis at the request of the Committee |
| Thursday, March 10, 2022 | A | General Case Administration | 1.0 | Retention-related analysis |
| Friday, March 11, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Reviewing TCC I presentation materials |
| Saturday, March 12, 2022 | A | General Case Administration | 0.5 | Reviewing key docket filings |
| Sunday, March 13, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I Advisors |
| Sunday, March 13, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Reviewing TCC I presentation materials |
| Monday, March 14, 2022 | D | Correspondence with TCC I Members | 2.0 | Call with TCC I Advisors & Members |
| Monday, March 14, 2022 | A | General Case Administration | 0.5 | Reviewing key docket filings |
| Wednesday, March 16, 2022 | A | General Case Administration | 2.0 | Fee statement preparation & review |
| Wednesday, March 16, 2022 | A | General Case Administration | 1.0 | Hearing participation |
| Wednesday, March 16, 2022 | A | General Case Administration | 0.5 | Reviewing key docket filings |
| Wednesday, March 16, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Weekly call with TCC I Advisors |
| Wednesday, March 16, 2022 | D | Correspondence with TCC I Members | 1.0 | Weekly call with TCC I Advisors & Members |
| Thursday, March 17, 2022 | D | Correspondence with TCC I Members | 1.5 | Call with TCC I Advisors & Members |
| Thursday, March 17, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Internal coordination call |
| Friday, March 18, 2022 | D | Correspondence with TCC I Members | 1.5 | Call with TCC I Advisors & Members |
| Friday, March 18, 2022 | B | Analysis, Presentations, and Due Diligence | 4.0 | Financial analysis at the request of the Committee |
| Friday, March 18, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Internal coordination call |
| Friday, March 18, 2022 | A | General Case Administration | 0.5 | Reviewing key docket filings |
| Tuesday, March 22, 2022 | B | Analysis, Presentations, and Due Diligence | 5.0 | Financial analysis at the request of the Committee |
| Tuesday, March 22, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Internal coordination call |
| Tuesday, March 22, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Internal coordination call |
| Tuesday, March 22, 2022 | A | General Case Administration | 0.5 | Reviewing key docket filings |
| Wednesday, March 23, 2022 | D | Correspondence with TCC I Members | 1.0 | Call with TCC I Member |
| Wednesday, March 23, 2022 | B | Analysis, Presentations, and Due Diligence | 5.0 | Financial analysis at the request of the Committee |
| Wednesday, March 23, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Internal coordination call |
| Wednesday, March 23, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Weekly call with TCC I Advisors |
| Wednesday, March 23, 2022 | D | Correspondence with TCC I Members | 1.0 | Weekly call with TCC I Advisors & Members |
| Thursday, March 24, 2022 | B | Analysis, Presentations, and Due Diligence | 3.0 | Financial analysis at the request of the Committee |
| Thursday, March 24, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Monthly operating report diligence |
| Friday, March 25, 2022 | C | Correspondence with TCC I Advisors | 0.5 | Call with TCC I Advisors |

**Hours for:** Tim Petersen
**Month of:** March 2022
**Total Hours:** 88.5

**Task Reference Table**

| | | |
|---|---|---|
| A | General Case Administration | |
| B | Analysis, Presentations, and Due Diligence | |
| C | Correspondence with TCC I Advisors | |
| D | Correspondence with TCC I Members | |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, March 25, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Financial analysis at the request of the Committee |
| Friday, March 25, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Monthly operating report diligence |
| Sunday, March 27, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Financial analysis at the request of the Committee |
| Tuesday, March 29, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Financial analysis at the request of the Committee |
| Wednesday, March 30, 2022 | B | Analysis, Presentations, and Due Diligence | 3.0 | Financial analysis at the request of the Committee |
| Wednesday, March 30, 2022 | A | General Case Administration | 3.0 | Hearing participation |
| Wednesday, March 30, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Internal coordination call |
| Thursday, March 31, 2022 | D | Correspondence with TCC I Members | 1.5 | Weekly call with TCC I Advisors & Members with HL presentation |

Hours for: **Tope Odusanya**
Month of: **March 2022**
Total Hours: **94.0**

### Task Reference Table

| | |
|---|---|
| A | General Case Administration |
| B | Analysis, Presentations, and Due Diligence |
| C | Correspondence with TCC I Advisors |
| D | Correspondence with TCC I Members |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, March 1, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I Advisors |
| Tuesday, March 1, 2022 | D | Correspondence with TCC I Members | 2.0 | Call with TCC I Advisors & Members |
| Wednesday, March 2, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I Advisors |
| Wednesday, March 2, 2022 | D | Correspondence with TCC I Members | 2.5 | Call with TCC I Advisors & Members |
| Wednesday, March 2, 2022 | A | General Case Administration | 1.0 | Fee statement preparation & review |
| Wednesday, March 2, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of draft docket filings |
| Thursday, March 3, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I & II Advisors |
| Thursday, March 3, 2022 | A | General Case Administration | 1.0 | Fee statement preparation & review |
| Thursday, March 3, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Weekly call with TCC I Advisors |
| Thursday, March 3, 2022 | D | Correspondence with TCC I Members | 1.0 | Weekly call with TCC I Advisors & Members |
| Friday, March 4, 2022 | D | Correspondence with TCC I Members | 1.0 | Call with TCC I Member |
| Friday, March 4, 2022 | B | Analysis, Presentations, and Due Diligence | 3.0 | Financial analysis at the request of the Committee |
| Friday, March 4, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Internal coordination call |
| Friday, March 4, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Internal coordination call |
| Friday, March 4, 2022 | A | General Case Administration | 1.0 | Reviewing key docket filings |
| Saturday, March 5, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Internal coordination call |
| Sunday, March 6, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Financial analysis at the request of the Committee |
| Monday, March 7, 2022 | D | Correspondence with TCC I Members | 0.5 | Call with TCC I Member |
| Monday, March 7, 2022 | A | General Case Administration | 1.0 | Retention-related drafting & review |
| Monday, March 7, 2022 | A | General Case Administration | 0.5 | Reviewing key docket filings |
| Tuesday, March 8, 2022 | A | General Case Administration | 3.0 | Hearing participation |
| Tuesday, March 8, 2022 | A | General Case Administration | 3.0 | Retention-related drafting & review |
| Tuesday, March 8, 2022 | A | General Case Administration | 1.0 | Reviewing key docket filings |
| Wednesday, March 9, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I Advisors |
| Wednesday, March 9, 2022 | D | Correspondence with TCC I Members | 1.0 | Call with TCC I Advisors & Members |
| Wednesday, March 9, 2022 | A | General Case Administration | 1.0 | Retention-related drafting & review |
| Wednesday, March 9, 2022 | A | General Case Administration | 0.5 | Reviewing key docket filings |
| Thursday, March 10, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I Advisors |
| Thursday, March 10, 2022 | D | Correspondence with TCC I Members | 1.0 | Call with TCC I Advisors & Members |
| Thursday, March 10, 2022 | A | General Case Administration | 1.0 | Fee application preparation & review |
| Friday, March 11, 2022 | A | General Case Administration | 1.0 | Fee application preparation & review |
| Friday, March 11, 2022 | B | Analysis, Presentations, and Due Diligence | 2.0 | Reviewing TCC I presentation materials |
| Saturday, March 12, 2022 | A | General Case Administration | 0.5 | Reviewing key docket filings |
| Sunday, March 13, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I Advisors |
| Monday, March 14, 2022 | D | Correspondence with TCC I Members | 2.0 | Call with TCC I Advisors & Members |
| Monday, March 14, 2022 | A | General Case Administration | 2.0 | Fee application preparation & review |
| Monday, March 14, 2022 | A | General Case Administration | 0.5 | Reviewing key docket filings |
| Tuesday, March 15, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I Advisors |
| Tuesday, March 15, 2022 | A | General Case Administration | 2.0 | Fee application preparation & review |
| Wednesday, March 16, 2022 | A | General Case Administration | 1.0 | Hearing participation |
| Wednesday, March 16, 2022 | A | General Case Administration | 1.0 | Retention-related drafting & review |
| Wednesday, March 16, 2022 | A | General Case Administration | 0.5 | Reviewing key docket filings |
| Wednesday, March 16, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Weekly call with TCC I Advisors |
| Wednesday, March 16, 2022 | D | Correspondence with TCC I Members | 1.0 | Weekly call with TCC I Advisors & Members |
| Thursday, March 17, 2022 | D | Correspondence with TCC I Members | 1.5 | Call with TCC I Advisors & Members |
| Thursday, March 17, 2022 | A | General Case Administration | 2.0 | Fee application preparation & review |
| Thursday, March 17, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Internal coordination call |
| Friday, March 18, 2022 | D | Correspondence with TCC I Members | 1.5 | Call with TCC I Advisors & Members |
| Friday, March 18, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Internal coordination call |
| Friday, March 18, 2022 | A | General Case Administration | 1.0 | Reviewing key docket filings |
| Monday, March 21, 2022 | A | General Case Administration | 1.0 | Fee statement preparation & review |
| Tuesday, March 22, 2022 | B | Analysis, Presentations, and Due Diligence | 5.0 | Financial analysis at the request of the Committee |
| Tuesday, March 22, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Internal coordination call |
| Tuesday, March 22, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Internal coordination call |
| Tuesday, March 22, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Monthly operating report diligence |
| Tuesday, March 22, 2022 | A | General Case Administration | 0.5 | Reviewing key docket filings |
| Wednesday, March 23, 2022 | D | Correspondence with TCC I Members | 1.0 | Call with TCC I Member |
| Wednesday, March 23, 2022 | B | Analysis, Presentations, and Due Diligence | 4.0 | Financial analysis at the request of the Committee |
| Wednesday, March 23, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Weekly call with TCC I Advisors |

LTL Management LLC  
*Houlihan Lokey Time Sheet* (Mar. 01, 2022 - Mar. 31, 2022)

**Hours for:** Tope Odusanya  
**Month of:** March 2022  
**Total Hours:** 94.0

**Task Reference Table**

| | |
|---|---|
| A | General Case Administration |
| B | Analysis, Presentations, and Due Diligence |
| C | Correspondence with TCC I Advisors |
| D | Correspondence with TCC I Members |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Wednesday, March 23, 2022 | D | Correspondence with TCC I Members | 1.0 | Weekly call with TCC I Advisors & Members |
| Thursday, March 24, 2022 | B | Analysis, Presentations, and Due Diligence | 3.0 | Financial analysis at the request of the Committee |
| Thursday, March 24, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Monthly operating report diligence |
| Friday, March 25, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Financial analysis at the request of the Committee |
| Friday, March 25, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Monthly operating report diligence |
| Friday, March 25, 2022 | A | General Case Administration | 1.0 | Reviewing key docket filings |
| Monday, March 28, 2022 | D | Correspondence with TCC I Members | 2.0 | Call with TCC I Advisors & Members |
| Tuesday, March 29, 2022 | B | Analysis, Presentations, and Due Diligence | 3.0 | Financial analysis at the request of the Committee |
| Wednesday, March 30, 2022 | B | Analysis, Presentations, and Due Diligence | 3.0 | Financial analysis at the request of the Committee |
| Wednesday, March 30, 2022 | A | General Case Administration | 3.0 | Hearing participation |
| Thursday, March 31, 2022 | A | General Case Administration | 1.0 | Reviewing key docket filings |
| Thursday, March 31, 2022 | D | Correspondence with TCC I Members | 1.5 | Weekly call with TCC I Advisors & Members with HL presentation |

**Hours for:** Drew McGeary
**Month of:** March 2022
**Total Hours:** 176.0

**Task Reference Table**

| | |
|---|---|
| A | General Case Administration |
| B | Analysis, Presentations, and Due Diligence |
| C | Correspondence with TCC I Advisors |
| D | Correspondence with TCC I Members |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, March 1, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I Advisors |
| Tuesday, March 1, 2022 | D | Correspondence with TCC I Members | 2.0 | Call with TCC I Advisors & Members |
| Tuesday, March 1, 2022 | A | General Case Administration | 2.0 | Fee statement preparation & review |
| Tuesday, March 1, 2022 | B | Analysis, Presentations, and Due Diligence | 4.0 | Financial analysis at the request of the Committee |
| Wednesday, March 2, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I Advisors |
| Wednesday, March 2, 2022 | D | Correspondence with TCC I Members | 2.5 | Call with TCC I Advisors & Members |
| Wednesday, March 2, 2022 | B | Analysis, Presentations, and Due Diligence | 3.5 | Review of draft docket filings |
| Thursday, March 3, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I & II Advisors |
| Thursday, March 3, 2022 | A | General Case Administration | 3.0 | Fee statement preparation & review |
| Thursday, March 3, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Weekly call with TCC I Advisors |
| Thursday, March 3, 2022 | D | Correspondence with TCC I Members | 1.0 | Weekly call with TCC I Advisors & Members |
| Friday, March 4, 2022 | D | Correspondence with TCC I Members | 1.0 | Call with TCC I Member |
| Friday, March 4, 2022 | A | General Case Administration | 3.0 | Fee statement preparation & review |
| Friday, March 4, 2022 | B | Analysis, Presentations, and Due Diligence | 4.0 | Financial analysis at the request of the Committee |
| Friday, March 4, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Internal coordination call |
| Friday, March 4, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Internal coordination call |
| Saturday, March 5, 2022 | B | Analysis, Presentations, and Due Diligence | 6.0 | Financial analysis at the request of the Committee |
| Saturday, March 5, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Internal coordination call |
| Saturday, March 5, 2022 | B | Analysis, Presentations, and Due Diligence | 2.0 | Research & analysis at the request of the Committee |
| Sunday, March 6, 2022 | B | Analysis, Presentations, and Due Diligence | 3.0 | Financial analysis at the request of the Committee |
| Monday, March 7, 2022 | D | Correspondence with TCC I Members | 0.5 | Call with TCC I Member |
| Monday, March 7, 2022 | A | General Case Administration | 3.0 | Fee statement preparation & review |
| Monday, March 7, 2022 | A | General Case Administration | 1.0 | Reviewing key docket filings |
| Tuesday, March 8, 2022 | A | General Case Administration | 1.0 | Fee application preparation & review |
| Tuesday, March 8, 2022 | B | Analysis, Presentations, and Due Diligence | 4.0 | Financial analysis at the request of the Committee |
| Tuesday, March 8, 2022 | B | Analysis, Presentations, and Due Diligence | 6.0 | Financial analysis at the request of the Committee |
| Tuesday, March 8, 2022 | A | General Case Administration | 3.0 | Hearing participation |
| Wednesday, March 9, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I Advisors |
| Wednesday, March 9, 2022 | D | Correspondence with TCC I Members | 1.0 | Call with TCC I Advisors & Members |
| Wednesday, March 9, 2022 | A | General Case Administration | 2.0 | Fee application preparation & review |
| Wednesday, March 9, 2022 | A | General Case Administration | 4.0 | Retention-related analysis |
| Wednesday, March 9, 2022 | A | General Case Administration | 2.0 | Reviewing key docket filings |
| Friday, March 11, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Reviewing TCC I presentation materials |
| Saturday, March 12, 2022 | A | General Case Administration | 2.0 | Reviewing key docket filings |
| Saturday, March 12, 2022 | B | Analysis, Presentations, and Due Diligence | 2.0 | Reviewing TCC I presentation materials |
| Sunday, March 13, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I Advisors |
| Sunday, March 13, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Reviewing TCC I presentation materials |
| Monday, March 14, 2022 | D | Correspondence with TCC I Members | 2.0 | Call with TCC I Advisors & Members |
| Monday, March 14, 2022 | A | General Case Administration | 3.0 | Fee application preparation & review |
| Monday, March 14, 2022 | A | General Case Administration | 1.0 | Reviewing key docket filings |
| Tuesday, March 15, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I Advisors |
| Tuesday, March 15, 2022 | A | General Case Administration | 2.0 | Fee application preparation & review |
| Tuesday, March 15, 2022 | A | General Case Administration | 2.0 | Fee statement preparation & review |
| Wednesday, March 16, 2022 | A | General Case Administration | 4.0 | Fee statement preparation & review |
| Wednesday, March 16, 2022 | A | General Case Administration | 1.0 | Hearing participation |
| Wednesday, March 16, 2022 | A | General Case Administration | 1.0 | Reviewing key docket filings |
| Wednesday, March 16, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Weekly call with TCC I Advisors |
| Wednesday, March 16, 2022 | D | Correspondence with TCC I Members | 1.0 | Weekly call with TCC I Advisors & Members |
| Thursday, March 17, 2022 | D | Correspondence with TCC I Members | 1.5 | Call with TCC I Advisors & Members |
| Thursday, March 17, 2022 | A | General Case Administration | 3.0 | Fee statement preparation & review |
| Thursday, March 17, 2022 | B | Analysis, Presentations, and Due Diligence | 3.0 | Financial analysis at the request of the Committee |
| Thursday, March 17, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Internal coordination call |
| Friday, March 18, 2022 | D | Correspondence with TCC I Members | 1.5 | Call with TCC I Advisors & Members |
| Friday, March 18, 2022 | B | Analysis, Presentations, and Due Diligence | 4.0 | Financial analysis at the request of the Committee |
| Friday, March 18, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Internal coordination call |
| Friday, March 18, 2022 | A | General Case Administration | 1.0 | Reviewing key docket filings |
| Saturday, March 19, 2022 | B | Analysis, Presentations, and Due Diligence | 4.0 | Financial analysis at the request of the Committee |
| Monday, March 21, 2022 | A | General Case Administration | 2.0 | Fee statement preparation & review |
| Tuesday, March 22, 2022 | A | General Case Administration | 2.0 | Fee statement preparation & review |

*LTL Management LLC*  
*Houlihan Lokey Time Sheet*    *(Mar. 01, 2022 - Mar. 31, 2022)*

**Hours for:** Drew McGeary  
**Month of:** March 2022  
**Total Hours:** 176.0

| | | **Task Reference Table** |
|---|---|---|
| **A** | General Case Administration | |
| **B** | Analysis, Presentations, and Due Diligence | |
| **C** | Correspondence with TCC I Advisors | |
| **D** | Correspondence with TCC I Members | |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, March 22, 2022 | B | Analysis, Presentations, and Due Diligence | 8.0 | Financial analysis at the request of the Committee |
| Tuesday, March 22, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Internal coordination call |
| Tuesday, March 22, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Internal coordination call |
| Tuesday, March 22, 2022 | A | General Case Administration | 1.0 | Reviewing key docket filings |
| Wednesday, March 23, 2022 | D | Correspondence with TCC I Members | 1.0 | Call with TCC I Member |
| Wednesday, March 23, 2022 | A | General Case Administration | 3.0 | Fee statement preparation & review |
| Wednesday, March 23, 2022 | B | Analysis, Presentations, and Due Diligence | 6.0 | Financial analysis at the request of the Committee |
| Wednesday, March 23, 2022 | A | General Case Administration | 1.0 | Reviewing key docket filings |
| Wednesday, March 23, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Weekly call with TCC I Advisors |
| Wednesday, March 23, 2022 | D | Correspondence with TCC I Members | 1.0 | Weekly call with TCC I Advisors & Members |
| Thursday, March 24, 2022 | B | Analysis, Presentations, and Due Diligence | 6.0 | Financial analysis at the request of the Committee |
| Thursday, March 24, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Monthly operating report diligence |
| Friday, March 25, 2022 | B | Analysis, Presentations, and Due Diligence | 4.0 | Financial analysis at the request of the Committee |
| Friday, March 25, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Monthly operating report diligence |
| Saturday, March 26, 2022 | B | Analysis, Presentations, and Due Diligence | 3.0 | Financial analysis at the request of the Committee |
| Monday, March 28, 2022 | D | Correspondence with TCC I Members | 2.0 | Call with TCC I Advisors & Members |
| Tuesday, March 29, 2022 | B | Analysis, Presentations, and Due Diligence | 4.0 | Financial analysis at the request of the Committee |
| Wednesday, March 30, 2022 | B | Analysis, Presentations, and Due Diligence | 3.0 | Financial analysis at the request of the Committee |
| Wednesday, March 30, 2022 | A | General Case Administration | 3.0 | Hearing participation |
| Thursday, March 31, 2022 | B | Analysis, Presentations, and Due Diligence | 3.0 | Financial analysis at the request of the Committee |
| Thursday, March 31, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Monthly operating report diligence |
| Thursday, March 31, 2022 | A | General Case Administration | 1.0 | Reviewing key docket filings |
| Thursday, March 31, 2022 | D | Correspondence with TCC I Members | 1.5 | Weekly call with TCC I Advisors & Members with HL presentation |

Case 21-30589-MBK    Doc 2194-2    Filed 04/29/22    Entered 04/29/22 11:59:38    Desc
Exhibit B-Statement of Time and Expenses    Page 14 of 15

LTL Management LLC
*Houlihan Lokey Time Sheet*                                                                      *(Mar. 01, 2022 - Mar. 31, 2022)*

**Hours for:** Danny Gendler
**Month of:** March 2022
**Total Hours:** 116.0

### Task Reference Table

| | |
|---|---|
| A | General Case Administration |
| B | Analysis, Presentations, and Due Diligence |
| C | Correspondence with TCC I Advisors |
| D | Correspondence with TCC I Members |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, March 1, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I Advisors |
| Tuesday, March 1, 2022 | D | Correspondence with TCC I Members | 2.0 | Call with TCC I Advisors & Members |
| Wednesday, March 2, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I Advisors |
| Wednesday, March 2, 2022 | D | Correspondence with TCC I Members | 2.5 | Call with TCC I Advisors & Members |
| Wednesday, March 2, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of draft docket filings |
| Thursday, March 3, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I & II Advisors |
| Thursday, March 3, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Weekly call with TCC I Advisors |
| Thursday, March 3, 2022 | D | Correspondence with TCC I Members | 1.0 | Weekly call with TCC I Advisors & Members |
| Friday, March 4, 2022 | D | Correspondence with TCC I Members | 1.0 | Call with TCC I Member |
| Friday, March 4, 2022 | B | Analysis, Presentations, and Due Diligence | 5.5 | Financial analysis at the request of the Committee |
| Friday, March 4, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Internal coordination call |
| Friday, March 4, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Internal coordination call |
| Saturday, March 5, 2022 | B | Analysis, Presentations, and Due Diligence | 5.5 | Financial analysis at the request of the Committee |
| Saturday, March 5, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Internal coordination call |
| Saturday, March 5, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Research & analysis at the request of the Committee |
| Sunday, March 6, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Financial analysis at the request of the Committee |
| Monday, March 7, 2022 | D | Correspondence with TCC I Members | 0.5 | Call with TCC I Member |
| Monday, March 7, 2022 | A | General Case Administration | 0.5 | Reviewing key docket filings |
| Tuesday, March 8, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Financial analysis at the request of the Committee |
| Tuesday, March 8, 2022 | A | General Case Administration | 3.0 | Hearing participation |
| Tuesday, March 8, 2022 | B | Analysis, Presentations, and Due Diligence | 4.0 | Research & analysis at the request of the Committee |
| Tuesday, March 8, 2022 | A | General Case Administration | 2.0 | Retention-related analysis |
| Wednesday, March 9, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I Advisors |
| Wednesday, March 9, 2022 | D | Correspondence with TCC I Members | 1.0 | Call with TCC I Advisors & Members |
| Wednesday, March 9, 2022 | A | General Case Administration | 0.5 | Internal coordination call |
| Wednesday, March 9, 2022 | A | General Case Administration | 9.0 | Retention-related analysis |
| Wednesday, March 9, 2022 | A | General Case Administration | 1.0 | Reviewing key docket filings |
| Thursday, March 10, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I Advisors |
| Thursday, March 10, 2022 | D | Correspondence with TCC I Members | 1.0 | Call with TCC I Advisors & Members |
| Thursday, March 10, 2022 | B | Analysis, Presentations, and Due Diligence | 3.0 | Financial analysis at the request of the Committee |
| Thursday, March 10, 2022 | A | General Case Administration | 0.5 | Retention-related analysis |
| Friday, March 11, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Reviewing TCC I presentation materials |
| Saturday, March 12, 2022 | A | General Case Administration | 1.0 | Reviewing key docket filings |
| Sunday, March 13, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I Advisors |
| Sunday, March 13, 2022 | B | Analysis, Presentations, and Due Diligence | 3.0 | Reviewing TCC I presentation materials |
| Monday, March 14, 2022 | D | Correspondence with TCC I Members | 2.0 | Call with TCC I Advisors & Members |
| Monday, March 14, 2022 | A | General Case Administration | 0.5 | Reviewing key docket filings |
| Tuesday, March 15, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Call with TCC I Advisors |
| Wednesday, March 16, 2022 | A | General Case Administration | 1.0 | Fee statement preparation & review |
| Wednesday, March 16, 2022 | A | General Case Administration | 1.0 | Hearing participation |
| Wednesday, March 16, 2022 | A | General Case Administration | 0.5 | Reviewing key docket filings |
| Wednesday, March 16, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Weekly call with TCC I Advisors |
| Wednesday, March 16, 2022 | D | Correspondence with TCC I Members | 1.0 | Weekly call with TCC I Advisors & Members |
| Thursday, March 17, 2022 | D | Correspondence with TCC I Members | 1.5 | Call with TCC I Advisors & Members |
| Thursday, March 17, 2022 | B | Analysis, Presentations, and Due Diligence | 6.0 | Financial analysis at the request of the Committee |
| Thursday, March 17, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Internal coordination call |
| Friday, March 18, 2022 | D | Correspondence with TCC I Members | 1.5 | Call with TCC I Advisors & Members |
| Friday, March 18, 2022 | B | Analysis, Presentations, and Due Diligence | 6.0 | Financial analysis at the request of the Committee |
| Friday, March 18, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Internal coordination call |
| Friday, March 18, 2022 | A | General Case Administration | 0.5 | Reviewing key docket filings |
| Tuesday, March 22, 2022 | B | Analysis, Presentations, and Due Diligence | 8.0 | Financial analysis at the request of the Committee |
| Tuesday, March 22, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Internal coordination call |
| Tuesday, March 22, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Internal coordination call |
| Tuesday, March 22, 2022 | B | Analysis, Presentations, and Due Diligence | 2.0 | Monthly operating report diligence |
| Tuesday, March 22, 2022 | A | General Case Administration | 0.5 | Reviewing key docket filings |
| Wednesday, March 23, 2022 | D | Correspondence with TCC I Members | 1.0 | Call with TCC I Member |
| Wednesday, March 23, 2022 | B | Analysis, Presentations, and Due Diligence | 6.0 | Financial analysis at the request of the Committee |
| Wednesday, March 23, 2022 | C | Correspondence with TCC I Advisors | 1.0 | Weekly call with TCC I Advisors |
| Wednesday, March 23, 2022 | D | Correspondence with TCC I Members | 1.0 | Weekly call with TCC I Advisors & Members |

Case 21-30589-MBK    Doc 2194-2    Filed 04/29/22    Entered 04/29/22 11:59:38    Desc
Exhibit B-Statement of Time and Expenses    Page 15 of 15

LTL Management LLC
*Houlihan Lokey Time Sheet*      *(Mar. 01, 2022 - Mar. 31, 2022)*

**Hours for:** Danny Gendler
**Month of:** March 2022
**Total Hours:** 116.0

| | **Task Reference Table** |
|---|---|
| **A** | General Case Administration |
| **B** | Analysis, Presentations, and Due Diligence |
| **C** | Correspondence with TCC I Advisors |
| **D** | Correspondence with TCC I Members |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Thursday, March 24, 2022 | B | Analysis, Presentations, and Due Diligence | 4.0 | Monthly operating report diligence |
| Friday, March 25, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Monthly operating report diligence |
| Monday, March 28, 2022 | D | Correspondence with TCC I Members | 2.0 | Call with TCC I Advisors & Members |
| Wednesday, March 30, 2022 | A | General Case Administration | 3.0 | Hearing participation |
| Thursday, March 31, 2022 | D | Correspondence with TCC I Members | 1.5 | Weekly call with TCC I Advisors & Members with HL presentation |