## **EXHIBIT B**

Time and Expense Invoice

# RANDI ELLIS, LLC
## ATTORNEY AT LAW*
### (A LIMITED LIABILITY COMPANY)

EMAIL: RANDI@RANDIELLIS.COM                                                                 *LICENSED IN LOUISIANA AND TEXAS

United States Bankruptcy Court  
District of New Jersey  
402 East State Street  
Trenton, NJ 08608

April 29, 2022  
Client:      001000  
Matter:      000001  
Invoice #:         1  
Resp. Atty:    LMW  
Page:              1

RE: In Re: LTL Management, LLC  
    Case No.: 21-30589  
    Judge: Michael B. Kaplan  
    Chapter: 11

For Professional Services Rendered Through March 31, 2022

**SERVICES**

| Date | TMK | Task | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 3/8/2022 | RE | B140 | Appear for and attend NJ district court bankruptcy hearing regarding appointment of FCR and other matters concerning LTL Management bankruptcy. | 2.4 | $950.00 | $2,280.00 |
| 3/8/2022 | RE | B200 | Communicate (other outside counsel) regarding FCR appointment, discuss next steps. (1.0 hr) and communications with potential counsel (2.0). | 3.0 | $950.00 | $2,850.00 |
| 3/9/2022 | RE | B200 | Communicate (other outside counsel) regarding next steps, mediation attendance, mediation order and protocol (1.6); Communications with potential counsel and interview of potential counsel (2.5). | 4.1 | $950.00 | $3,895.00 |
| 3/10/2022 | RE | B200 | Conference call to discuss mediation protocol and planning session (1.2); Communications with outside counsel regarding FCR and mediation orders (.7); Zoom interview of potential counsel (1.5). | 3.7 | $950.00 | $3,515.00 |
| 3/11/2022 | RE | B200 | Review and analyze prior FCR orders (.5); Communications with outside counsel regarding same (.4); zoom interview with potential counsel (2.5). | 3.4 | $950.00 | $3,230.00 |
| 3/13/2022 | RE | B200 | Review and analyze prior FCR orders and communications with counsel regarding Talc FCR order (1.8). | 1.8 | $950.00 | $1,710.00 |

Case 21-30589-MBK    Doc 2196-3    Filed 04/29/22    Entered 04/29/22 13:51:53    Desc
Exhibit B - Time and Expense Invoice    Page 3 of 6

April 29, 2022
Client:            001000
Matter:            000001
Invoice #:              1
Resp. Atty:        LMW
Page:                   2

**SERVICES**

| Date | TMK | Task | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 3/14/2022 | RE | B200 | Communicate (other outside counsel) regarding FCR Order (.4); Drafting and reviewing revisions to FCR Order (1.3); Review of direct appeal filings by AWKO, Committee, A&I, Docketing of Appeal (2.5). | 4.2 | $950.00 | $3,990.00 |
| 3/15/2022 | RE | B200 | Continued review and analyze filings regarding direct appeal and docketing of appeal. | 0.7 | $950.00 | $665.00 |
| 3/15/2022 | RE | B195 | Travel Time from Houston to New York for meetings with potential counsel. (billed at half rate). | 6.0 | $475.00 | $2,850.00 |
| 3/15/2022 | RE | B200 | Due diligence for meetings with potential counsel. | 2.5 | $950.00 | $2,375.00 |
| 3/16/2022 | RE | B200 | Attend meetings with potential counsel. | 6.4 | $950.00 | $6,080.00 |
| 3/17/2022 | RE | B200 | Attend meetings with potential counsel. | 4.5 | $950.00 | $4,275.00 |
| 3/17/2022 | RE | B195 | Travel Time from Newark to Houston. (billed at half rate). | 6.0 | $475.00 | $2,850.00 |
| 3/18/2022 | RE | B200 | Communicate (other outside counsel) regarding materials and pleadings to review (1.2); Communications with potential counsel (1.5). | 2.7 | $950.00 | $2,565.00 |
| 3/20/2022 | RE | B200 | Review and analyze LTL Management Informational Brief. | 2.5 | $950.00 | $2,375.00 |
| 3/21/2022 | RE | B200 | Research and review of bankruptcy pleadings from LTL Management docket. | 4.0 | $950.00 | $3,800.00 |
| 3/22/2022 | RE | B200 | Communicate (other outside counsel) regarding docket information and confidential matters (.7); Review of docket and consent order (1.5); Review of Motion to Appoint Fee Examiner (.3); and Review of bankruptcy filings regarding due diligence (2.8). | 5.3 | $950.00 | $5,035.00 |
| 3/23/2022 | RE | B200 | Review and analyze FCR duties and orders (3.5); Communications with counsel regarding strategy (.5); Investigate potential experts (1.6); Communications with potential experts (1.0); Communications with committee counsel regarding facts and reports (.4). | 7.0 | $950.00 | $6,650.00 |
| 3/24/2022 | RE | B200 | Review and analyze potential experts and interview potential expert (2.3); Strategy with counsel (.4). | 2.7 | $950.00 | $2,565.00 |
| 3/25/2022 | RE | B200 | Research potential experts and interview, discuss assignment and conflicts (2.7); Communications with mediators regarding strategy (.6); Investigate facts from previous filings (2.5). | 5.8 | $950.00 | $5,510.00 |
| 3/26/2022 | RE | B200 | Review and analyze pleadings and investigate facts regarding LTL Management. | 3.3 | $950.00 | $3,135.00 |

Case 21-30589-MBK    Doc 2196-3    Filed 04/29/22    Entered 04/29/22 13:51:53    Desc
Exhibit B - Time and Expense Invoice    Page 4 of 6

April 29, 2022
Client:       001000
Matter:       000001
Invoice #:         1
Resp. Atty:      LMW
Page:              3

## SERVICES

| Date | TMK | Task | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 3/28/2022 | RE | B200 | Communications with mediators and counsel regarding update on progress, plan of action for April and May, setting meetings (.7); Consult with potential expert and review conflicts (1.5); Communicate with additional potential expert (.3); Review of agenda, pleadings and motions filed and pending for 3/30/2022 hearing (2.2). | 4.7 | $950.00 | $4,465.00 |
| 3/29/2022 | RE | B195 | Travel Time from Houston to Newark. (billed at half rate). | 6.0 | $475.00 | $2,850.00 |
| 3/29/2022 | RE | B200 | Plan and prepare for hearing set for 3/31/2022 and meeting with counsel to discuss same. | 6.3 | $950.00 | $5,985.00 |
| 3/30/2022 | RE | B140 | Appear for and attend hearings in Trenton; Meetings with counsel before and after; Meetings with counsel and mediators after. | 11.5 | $950.00 | $10,925.00 |
| 3/31/2022 | RE | B200 | Several calls with counsel for committees regarding filings and hearing information (1.7); Review of UST Motion to Reconsider (.4); Communications with mediators (.5). | 2.6 | $950.00 | $2,470.00 |
| 3/31/2022 | RE | B195 | Travel Time Newark to Houston (billed at half rate). | 7.0 | $475.00 | $3,325.00 |
| | | | Total Professional Services | 120.1 | | $102,220.00 |

## PERSON RECAP

| Person | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| RE | Randi Ellis | | 95.1 | $950.00 | $90,345.00 |
| RE | Randi Ellis | | 25.0 | $475.00 | $11,875.00 |

## EXPENSES

| Date | Task | Description of Expenses | Amount |
|---|---|---|---|
| 3/13/2022 | E100 - E110 | Randi S. Ellis- Airfare - Travel Houston to New York 03/15-17/2022 | $585.20 |
| 3/14/2022 | E100 - E110 | Randi S. Ellis- Hotel - 03/15-17/2022 | $1,141.35 |
| 3/24/2022 | E100 - E110 | Randi S. Ellis- Airfare - Houston to New York 03/29-31/2022 | $299.20 |
| 3/31/2022 | E100 - E110 | Randi S. Ellis- Airfare - Houston to New York 04/18-21/2022 | $392.20 |
| 3/31/2022 | E100 - E110 | Randi S. Ellis- Zaina Limo - Hotel to Airport | $78.00 |
| | | Total Expenses | $2,495.95 |

April 29, 2022
Client:         001000
Matter:         000001
Invoice #:           1
Resp. Atty:       LMW
Page:                4

| | |
|---|---:|
| Total Services | $102,220.00 |
| Total Disbursements | $2,495.95 |
| Total Current Charges | $104,715.95 |
| **PAY THIS AMOUNT** | **$104,715.95** |

*Due Upon Receipt.  Please include the invoice number on all remittance.  Thank you.*

April 29, 2022
Client: 001000
Matter: 000001
Invoice #: 1
Resp. Atty: LMW
Page: 5

## TASK RECAP

| Services | | | Disbursements | |
|---|---|---|---|---|
| **Category** | **Hours** | **Amount** | **Category** | **Amount** |
| B140 | 13.90 | $13,205.00 | E100 - E110 | $2,495.95 |
| B195 | 25.00 | $11,875.00 | | $0.00 |
| B200 | 81.20 | $77,140.00 | | $0.00 |
| | 120.10 | $102,220.00 | | $2,495.95 |