**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET**
**FOR THE PERIOD FROM MARCH 8, 2022 THROUGH MARCH 31, 2022**

| | | | |
|---|---|---|---|
| Debtor: | LTL Management LLC | Applicant: | Walsh Pizzi O'Reilly Falanga LLP |
| Case No.: | 21-30589-MBK | Client: | Randi S. Ellis, LRFTC |
| Chapter: | 11 | Case Filed: | October 14, 2021 (the "Petition Date") |

**SECTION I**
**FEE SUMMARY**

☑  Monthly Fee Application No. 1                         ☐  Final Fee Application

Summary of Amounts Requested for the Period from March 8, 2022 through March 31, 2022 (the "First Statement Period").

| | |
|---|---:|
| Total Fees: | $72,732.50 |
| Total Disbursements: | $1,083.38 |
| Total Fees Plus Disbursements: | $73,815.88 |
| Minus 20% Holdback of Fees: | $14,546.50 |
| **Amount Sought at this Time:** | **$59,269.38** |

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fee Requested: | $0 | $0 |
| Total Fees Allowed To Date: | $0 | $0 |
| Total Retainer (If Applicable) | $0 | $0 |
| Total Holdback (If Applicable) | $0 | $0 |

2

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| Hon. Mark Falk (Ret.), Counsel | 1977 | 38.6 (includes 5.2 hours of travel time billed at 50%) | $900.00 | $32,400.00 |
| Liza M. Walsh, Partner | 1985 | 19.4 (includes 3.3 hours of travel time billed at 50%) | $850.00 | $15,087.50 |
| Stephen V. Falanga, Partner | 1992 | 21.5 (includes 3.8 hours of travel time billed at 50%) | $650.00 | $12,740.00 |
| Christine I. Gannon, Partner | 2004 | 14.4 | $490.00 | $7,056.00 |
| Jessica K. Formichella, Associate | 2017 | 7.8 | $355.00 | $2,769.00 |
| Barbara E. Troyan, Paralegal | N/A | 12 | $200.00 | $2,400.00 |
| Gemma Pineiro, Paralegal | N/A | 1.4 | $200.00 | $280.00 |
| | | **115.1** | | **$72,732.50** |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| a) | **Asset Analysis and Recovery:** Identification and review of potential assets including causes of action and non-litigation recoveries. | | |
| b) | **Asset Disposition** Sales, leases, abandonment and related transaction work. | | |
| c) | **Avoidance Action Litigation** Preference and fraudulent transfer litigation. | | |
| d) | **Business Operations** Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| e) | **Case Administration** Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 58.4 | $35,602.00 |
| f) | **Claims Administration and Objections** Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | | |
| g) | **Employee Benefits/Pensions** Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| h) | **Fee/Employment Applications** Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 15.7 | $8,153.00 |
| i) | **Fee/Employment Objections** Review of an objections to the employment and fee applications of others. | | |

3

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| j) **Financing** <br> Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | | |
| k) **Litigation** <br> Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | 28.7 | $23,640.00 |
| l) **Meetings of Creditors** <br> Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | | |
| m) **Plan and Disclosure Statement** <br> Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | | |
| n) **Relief from Stay Proceedings** <br> Matters relating to termination or continuation of automatic stay under 362. | | |
| o) **Accounting/Auditing** <br> Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) **Business Analysis** <br> Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) **Corporate Finance** <br> Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| r) **Data Analysis** Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | | |
| s) **Litigation Consulting** Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | | |
| t) **Reconstruction Accounting** Reconstructing books and records from past transactions and brining accounting current. | | |
| u) **Tax Issues** Analysis of tax issues and preparation of state and federal tax returns. | | |
| v) **Valuation** Appraise or review appraisals of assets. | | |
| w) **Travel Time** Please note that non-working travel time must be billed at 50% of cost. | 12.3 | $4,977.50 |
| **SERVICE TOTALS:** | **115.1** | **$72,732.50** |

5

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | | AMOUNT |
|---|---|---|
| a) | **Filing Fees**<br>Payable to Clerk of Court. | |
| b) | **Computer Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated. | |
| c) | **Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | |
| d) | **Fax**<br>Include per page fee charged. | |
| e) | **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges. | |
| f) | **In-house Reproduction Services**<br>Exclusive of overhead charges. | |
| g) | **Outside Reproduction Services**<br>Including scanning services. | |
| h) | **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | |
| i) | **Court Reporting**<br>Transcripts. | |
| j) | **Travel**<br>Mileage, tolls, airfare, parking. | $694.77 |
| k) | **Courier & Express Carriers**<br>Overnight and personal delivery. | |
| l) | **Postage** | |
| m) | **Other (specify)**<br>Meals | $388.61 |
| **DISBURSEMENTS TOTALS:** | | **$1,083.38** |

6

I certify under penalty of perjury that the foregoing is true correct.

Executed on April 29, 2022                                 *s/Mark Falk*
                                                            Mark Falk