Mark Falk
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, N.J. 07102
(973) 757-1100

*Counsel for Randi S. Ellis, Legal
Representative for Future Talc Claimants*

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC, | Case No. 21- 30589 |
| Debtor. | Honorable Michael B. Kaplan |

## MONTHLY FEE STATEMENT OF WALSH PIZZI O'REILLY FALANGA LLP COUNSEL FOR RANDI S. ELLIS, LEGAL REPRESENTATIVE FOR FUTURE TALC CLAIMANTS, FOR THE PERIOD MARCH 8, 2022 THROUGH MARCH 31, 2022

Walsh Pizzi O'Reilly Falanga LLP ("Walsh") submits this Monthly Fee Statement for

Services Rendered and Expenses Incurred as Counsel for Randi S. Ellis, Legal Representative for

Future Talc Claimants (the "Statement") for the period commencing March 8, 2022 and ending

March 31, 2022 (the "Statement Period"), pursuant to the Order Establishing Procedures for the

Allowance of Interim Compensation and Reimbursement of Expenses of Retained Professionals

[Dkt. No. 761] and the Modified Order Establishing Procedures for the Allowance of Interim

Compensation and Reimbursement of Expenses of Retained Professionals [Dkt. No. 870]

(collectively, the "Interim Compensation Order"). The date of Walsh's retention is April 5, 2022

[Dkt. No. 1986], effective as of the date of the application (the "Retention Order").[1] The date of

---

[1] The Retention Order is attached hereto as Exhibit A.

the Order Appointing Randi S. Ellis as Legal Representative for Future Talc Claimants is March 18, 2022 [Dkt. No. 1786], effective as of March 8, 2022 (the "Appointment Order").[2] Paragraph 4 of the Appointment Order permits payment of compensation to the Future Talc Claimants Representative ("FTCR") and her professionals incurred on or after March 8, 2022.

The billing invoice for the Statement Period is annexed hereto as Exhibit "A". This invoice details the services performed. A detailed breakdown of all out-of-pocket disbursements necessarily incurred by Walsh is included in the invoice annexed as Exhibit "A". The fees and expense reimbursement sought in the within Statement Period are as follows:

| Fees | Less 20% | Fee Payment Requested | Expense Reimbursement (100%) |
|---|---|---|---|
| $72,732.50 | $14,546.50 | $58,186.00 | $1,083.38 |

WHEREFORE, Walsh respectfully requests the interim payment of fees for this Statement Period in the sum $58,186.00 (representing the amount of fees after a 20% holdback), together with expenses of $1,083.38 for a total requested interim payment of $59,269.38, in accordance with the terms of the Interim Compensation Order.

I certify under penalty of perjury that the foregoing is true correct.

Executed: April 29, 2022                         Respectfully submitted,

                                                 *s/Mark Falk*
                                                 Mark Falk
                                                 WALSH PIZZI O'REILLY FALANGA LLP
                                                 Three Gateway Center
                                                 100 Mulberry Street, 15th Floor
                                                 Newark, N.J. 07102
                                                 (973) 757-1100

                                                 *Counsel for Randi S. Ellis, Legal*
                                                 *Representative for Future Talc Claimants*

---

[2] The Appointment Order is attached hereto as Exhibit B.