# **EXHIBIT A**

Retention Order

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100
Proposed Counsel for RANDI S. ELLIS, Legal Representative for Future Talc Claimants,

**Order Filed on April 5, 2022**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

LTL MANAGEMENT, LLC,

                      Debtor.

Case No.:            21-30589

Chapter:                 11

Judge:         Michael B. Kaplan

## ORDER AUTHORIZING RETENTION OF

WALSH PIZZI O'REILLY FALANGA LLP

The relief set forth on the following page is **ORDERED**.

**DATED: April 5, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain  Walsh Pizzi O'Reilly Falanga LLP
as  Counsel for Randi S. Ellis, FTCR , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  Three Gateway Center
   100 Mulberry Street, 15th Floor
   Newark, NJ 07102

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

rev.8/1/15

2