**EXHIBIT** C

Walsh Time and Expense Invoice

**WALSH PIZZI O'REILLY FALANGA**

Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
Federal Tax I.D. No.: 81-2411554

Telephone: (973) 757-1100                                      Fax: (973) 757-1090

Randi S. Ellis, Legal Representative for Future Talc Claimants
United States Bankruptcy Court
District of New Jersey
402 East State Street
Trenton, NJ 08608

April 29, 2022
Client:        001737
Matter:        000001
Invoice #:     17062
Resp. Atty:    LMW
Page:              1

RE: In Re: LTL Management, LLC
    Case No.: 21-30589
    Judge: Michael B. Kaplan
    Chapter: 11

For Professional Services Rendered Through March 31, 2022

## SERVICES

| Date | TMK | Task | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 3/14/2022 | MF | B200 | TELEPHONE CONFERENCE WITH RANDI ELLIS REGARDING DEVELOPMENTS; REVIEW AND ANALYSIS OF DOCUMENTS REGARDING APPEAL AND MOTIONS. | 2.0 | $900.00 | $1,800.00 |
| 3/16/2022 | LMW | B140 | CONFERENCE WITH S. FALANGA REGARDING CASE STATUS. | 0.5 | $850.00 | $425.00 |
| 3/16/2022 | SVF | B140 | ATTEND MEETING WITH R. ELLIS REGARDING CASE ISSUES AND COURSE OF ACTION. | 3.0 | $650.00 | $1,950.00 |
| 3/16/2022 | SVF | B140 | REVIEW RECENTLY FILED BANKRUPTCY PLEADINGS AND CASE STATUS AND CONFERENCE L. WALSH. | 0.7 | $650.00 | $455.00 |
| 3/16/2022 | MF | B140 | MEET WITH RANDI ELLIS IN NEWARK TO DISCUSS ASSIGNMENT. | 3.0 | $900.00 | $2,700.00 |
| 3/18/2022 | MF | B140 | CONFERENCE WITH RANDI ELLIS REGARDING STRATEGY GOING FORWARD. | 0.6 | $900.00 | $540.00 |
| 3/21/2022 | BET | B170 | REVIEW DOCKET SHEET AND PREPARE APPLICATION FOR RETENTION OF PROFESSIONAL FOR RANDI S. ELLIS, PROPOSED ORDER AND SUPPORTING CERTIFICATION. | 1.7 | $200.00 | $340.00 |
| 3/22/2022 | SVF | B170 | ATTEND TO REVIEW OF DRAFT RETENTION APPLICATION. | 0.7 | $650.00 | $455.00 |
| 3/22/2022 | MF | B140 | COMMUNICATIONS WITH RANDI ELLIS; PREPARATION FOR MARCH 30 HEARING. | 2.0 | $900.00 | $1,800.00 |
| 3/22/2022 | MF | B170 | REVIEW AND PREPARATION OF RETENTION APPLICATION. | 0.6 | $900.00 | $540.00 |

April 29, 2022
Client:        001737
Matter:        000001
Invoice #:     17062
Resp. Atty:    LMW
Page:          2

## SERVICES

| Date | TMK | Task | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 3/23/2022 | BET | B140 | REVIEW DOCKET SHEET AND RESPOND TO ATTORNEY'S INQUIRY REGARDING DOCUMENTS FILED ON THE LITIGATION DOCKET. | 0.9 | $200.00 | $180.00 |
| 3/24/2022 | LMW | B170 | CONFERENCE WITH S. FALANGA AND M. FALK REGARDING RETENTION APPLICATION. | 0.7 | $850.00 | $595.00 |
| 3/24/2022 | SVF | B170 | ATTEND TO RETENTION APPLICATION REVIEW AND COMMUNICATE L. WALSH AND M. FALK REGARDING FINALIZATION AND COURSE OF ACTION. | 1.2 | $650.00 | $780.00 |
| 3/24/2022 | MF | B170 | COMMUNICATE WITH L. WALSH AND S. FALANGA REGARDING RETENTION APPLICATION. | 0.7 | $900.00 | $630.00 |
| 3/24/2022 | BET | B170 | FINALIZE AND ELECTRONICALLY FILE WITH THE COURT APPLICATION FOR RETENTION OF PROFESSIONAL AND SUPPORTING CERTIFICATION. | 0.6 | $200.00 | $120.00 |
| 3/25/2022 | SVF | B140 | COMMUNICATE S. STOLZ REGARDING COMMITTEE COUNSEL INTRODUCTORY CALL. | 0.2 | $650.00 | $130.00 |
| 3/25/2022 | BET | B140 | REVIEW DOCKET SHEET AND RETRIEVE MISCELLANEOUS FILINGS FILED ON THE DOCKET. | 0.5 | $200.00 | $100.00 |
| 3/28/2022 | CIG | B140 | CONFER WITH L. WALSH REGARDING REPRESENTATION OF FCR AND PREPARATION FOR COURT HEARING. | 0.2 | $490.00 | $98.00 |
| 3/28/2022 | CIG | B140 | ANALYZE MATERIALS IN PREPARATION FOR MEETING WITH FCR IN ADVANCE OF COURT HEARING. | 1.0 | $490.00 | $490.00 |
| 3/28/2022 | LMW | B170 | ATTEND TO RESPONSE TO THE TRUSTEE'S REQUEST FOR CLARIFICATION ON RETENTION. | 1.2 | $850.00 | $1,020.00 |
| 3/28/2022 | LMW | B140 | CONFERENCE WITH C. GANNON REGARDING REPRESENTATION OF FCR AND PREPARATION FOR COURT HEARING. | 0.2 | $850.00 | $170.00 |
| 3/28/2022 | SVF | B170 | ATTEND TO RETENTION ISSUES AND US TRUSTEE OFFICE INQUIRY. | 0.3 | $650.00 | $195.00 |
| 3/28/2022 | MF | B200 | TELEPHONE AND EMAIL COMMUNICATIONS WITH RANDI ELLIS; IN DEPTH REVIEW OF DOCKET ENTRIES REGARDING STATUS OF CASE, MOTION FOR APPOINTMENT OF SECOND FUTURE CLAIMS REPRESENTATIVE; PREPARE FOR MEETING WITH CLIENT. | 4.5 | $900.00 | $4,050.00 |

Case 21-30589-MBK    Doc 2198-4    Filed 04/29/22    Entered 04/29/22 14:09:53    Desc
Exhibit C - Time and Expense Invoice    Page 4 of 9

April 29, 2022
Client:        001737
Matter:        000001
Invoice #:     17062
Resp. Atty:    LMW
Page:          3

## SERVICES

| Date | TMK | Task | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 3/29/2022 | CIG | B200 | ATTEND PORTION OF STRATEGY AND PREPARATION CONFERENCE WITH FCR AND WALSH TEAM IN ADVANCE OF COURT HEARING. | 1.5 | $490.00 | $735.00 |
| 3/29/2022 | CIG | B140 | PREPARE FOR STRATEGY AND PREP MEETING WITH FCR AND CONFER WITH WALSH REGARDING SAME. | 2.0 | $490.00 | $980.00 |
| 3/29/2022 | CIG | B170 | PREPARATION OF SUPPLEMENTAL CERTIFICATION OF MARK FALK AND EXHIBITS IN SUPPORT OF WALSH APPLICATION FOR PROFESSIONAL RETENTION AND ANALYZE ISSUES IN RESPONSE TO US TRUSTEES' INQUIRIES. | 2.0 | $490.00 | $980.00 |
| 3/29/2022 | CIG | B170 | CORRESPOND WITH WALSH TEAM THROUGHOUT THE DAY CONCERNING PREPARATION OF SUPPLEMENTAL CERTIFICATION OF MARK FALK AND EXHIBITS IN SUPPORT OF WALSH APPLICATION FOR PROFESSIONAL RETENTION AND RESPONSE TO US TRUSTEES' INQUIRIES AND RELATED COMMUNICATIONS WITH THE US TRUSTEE. | 0.8 | $490.00 | $392.00 |
| 3/29/2022 | CIG | B140 | ATTEND TO DAILY CASE FILINGS. | 0.5 | $490.00 | $245.00 |
| 3/29/2022 | LMW | B140 | ATTEND MEETING WITH RANDI ELLIS RE COURSE OF ACTION. | 5.7 | $850.00 | $4,845.00 |
| 3/29/2022 | LMW | B170 | ATTEND TO SUPPLEMENTAL CERTIFICATION AND APPLICATION. | 0.9 | $850.00 | $765.00 |
| 3/29/2022 | LMW | B140 | REVIEW MOTIONS BEFORE THE COURT AND AGENDA. | 2.5 | $850.00 | $2,125.00 |
| 3/29/2022 | SVF | B200 | ATTEND CONFERENCE R. ELLIS REGARDING CASE ASSESSMENT, COMMITTEE CONFERENCE AND COURT HEARING. | 6.3 | $650.00 | $4,095.00 |
| 3/29/2022 | SVF | B140 | REVIEW RECENT BANKRUPTCY PLEADINGS AND AGENDA TO PREPARE FOR OMNIBUS HEARING. | 1.5 | $650.00 | $975.00 |
| 3/29/2022 | MF | B200 | PREPARE FOR HEARING BEFORE JUDGE KAPLAN AND ATTEND ORGANIZATION AND STRATEGY MEETING WITH RANDI ELLIS AND WALSH TEAM. | 7.5 | $900.00 | $6,750.00 |
| 3/29/2022 | JKF | B140 | ATTEND WALSH STRATEGY TEAM MEETING. | 1.5 | $355.00 | $532.50 |
| 3/29/2022 | JKF | B140 | BACKGROUND RESEARCH ON ISSUES RELATED TO FUTURE CLAIMS REP. | 0.7 | $355.00 | $248.50 |

April 29, 2022
Client:        001737
Matter:        000001
Invoice #:      17062
Resp. Atty:      LMW
Page:              4

**SERVICES**

| Date | TMK | Task | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 3/29/2022 | JKF | B140 | BACKGROUND RESEARCH ON ISSUES RELATED TO FUTURE CLAIMS REP. | 0.6 | $355.00 | $213.00 |
| 3/29/2022 | BET | B140 | REVIEW CASE DOCKET AND PREPARE LIST OF KEY PARTIES. | 1.6 | $200.00 | $320.00 |
| 3/29/2022 | BET | B140 | PREPARE IN-PERSON APPEARANCE SHEETS FOR R. ELLIS, M. FALK, L. WALSH AND S. FALANGA; EMAIL THE SAME TO JUDGE KAPLAN'S CHAMBERS. | 0.6 | $200.00 | $120.00 |
| 3/29/2022 | BET | B140 | ATTEND TO/REVIEW DOCKET SHEET AND PREPARE A LIST OF DAILY FILINGS FOR ATTORNEYS' REVIEW. | 0.3 | $200.00 | $60.00 |
| 3/29/2022 | GXP | B170 | DRAFT SUPPLEMENTAL CERTIFICATION OF PROFESSIONAL IN SUPPORT OF APPLICATION FOR RETENTION OF PROFESSIONAL. | 0.8 | $200.00 | $160.00 |
| 3/30/2022 | CIG | B170 | ATTEND TO IDENTIFICATION OF ISSUES FOR CONSIDERATION BY FUTURE CLAIMS REPRESENTATIVE, RELATED DOCKET ANALYSIS, EXPERT ISSUES, AND FEE APPLICATIONS, AND RELATED ORDERS; CONFER WITH WALSH TEAM CONCERNING SAME. | 1.5 | $490.00 | $735.00 |
| 3/30/2022 | CIG | B170 | ATTEND TO ISSUES RELATED TO DRAFT SUPPLEMENTAL CERTIFICATION IN SUPPORT OF PENDING APPLICATION FOR RETENTION OF WALSH AS COUNSEL FOR FTCR. | 0.1 | $490.00 | $49.00 |
| 3/30/2022 | CIG | B140 | ATTEND TO DAILY CASE FILINGS. | 0.6 | $490.00 | $294.00 |
| 3/30/2022 | LMW | B140 | ATTEND HEARING BEFORE JUDGE KAPLAN. | 3.5 | $850.00 | $2,975.00 |
| 3/30/2022 | LMW | B195 | TRAVEL TO AND FROM HEARING (BILLED AT HALF RATE). | 3.3 | $425.00 | $1,402.50 |
| 3/30/2022 | SVF | B195 | TRAVEL TO AND FROM FROM COURT HEARING IN TRENTON (BILLED AT HALF RATE). | 3.8 | $325.00 | $1,235.00 |
| 3/30/2022 | SVF | B140 | ATTEND COURT HEARING IN TRENTON. | 3.5 | $650.00 | $2,275.00 |
| 3/30/2022 | MF | B140 | PREPARE FOR AND ATTEND HEARING BEFORE JUDGE KAPLAN, MEET WITH VARIOUS COUNSEL FOR DEBTOR, CLAIMS COMMITTEES, AND UNITED STATES TRUSTEE; ATTEND MEETING WITH RANDI ELLIS AND MEDIATORS, RUSSO AND SCHNEIDER. | 4.7 | $900.00 | $4,230.00 |

April 29, 2022
Client:       001737
Matter:       000001
Invoice #:    17062
Resp. Atty:   LMW
Page:         5

**SERVICES**

| Date | TMK | Task | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 3/30/2022 | MF | B195 | TRAVEL TO AND FROM HEARING IN TRENTON, AND DINNER MEETING WITH MEDIATORS (BILLED AT HALF RATE). | 5.2 | $450.00 | $2,340.00 |
| 3/30/2022 | JKF | B140 | BACKGROUND RESEARCH ON ISSUES RELATED TO FUTURE CLAIMS REP. | 2.8 | $355.00 | $994.00 |
| 3/30/2022 | BET | B140 | ATTEND TO/REVIEW DOCKET SHEET AND PREPARE A LIST OF DAILY FILINGS FOR ATTORNEYS' REVIEW. | 0.3 | $200.00 | $60.00 |
| 3/30/2022 | BET | B140 | RESEARCH CONCERNING FUTURE CLAIMS REPRESENTATIVE APPOINTMENTS AND RELATED ISSUES; PREPARE SUMMARY CHART WITH RELEVANT CASE DETAILS. | 0.6 | $200.00 | $120.00 |
| 3/31/2022 | CIG | B140 | CONFERENCE WITH M. FALK REGARDING ISSUES CONCERNING FCR ISSUES AND RELATED RESEARCH AND TASKS. | 0.9 | $490.00 | $441.00 |
| 3/31/2022 | CIG | B140 | PREPARATION FOR AND PARTICIPATE IN CONFERENCE WITH WALSH TEAM REGARDING FCR ISSUES, RESEARCH AND TASKS. | 1.5 | $490.00 | $735.00 |
| 3/31/2022 | CIG | B170 | CORRESPOND WITH WALSH TEAM THROUGHOUT THE DAY CONCERNING FURTHER REVISIONS TO DRAFT SUPPLEMENTAL CERTIFICATION OF MARK FALK AND EXHIBITS IN SUPPORT OF WALSH APPLICATION FOR PROFESSIONAL RETENTION AND RESPONSE TO US TRUSTEES' INQUIRIES AND RELATED COMMUNICATIONS WITH THE US TRUSTEE. | 0.6 | $490.00 | $294.00 |
| 3/31/2022 | CIG | B170 | ANALYZE AND PROVIDE COMMENTS TO REVISED DRAFT SUPPLEMENTAL CERTIFICATION OF MARK FALK AND EXHIBITS IN SUPPORT OF WALSH APPLICATION FOR PROFESSIONAL RETENTION AND DRAFT EMAIL RESPONSE TO US TRUSTEES' ADDITIONAL INQUIRIES. | 0.7 | $490.00 | $343.00 |
| 3/31/2022 | CIG | B140 | ATTEND TO DAILY CASE FILINGS. | 0.5 | $490.00 | $245.00 |
| 3/31/2022 | LMW | B140 | ATTEND MEETING WITH MARK FALK REGARDING HEARING AND MEDIATION. | 0.9 | $850.00 | $765.00 |
| 3/31/2022 | SVF | B140 | REVIEW RECENTLY FILED BANKRUPTCY PLEADINGS. | 0.3 | $650.00 | $195.00 |
| 3/31/2022 | MF | B200 | IN-DEPTH REVIEW OF LTL DOCKET, AGENDA FOR COURT HEARING, COMMUNICATE WITH RANDI ELLIS; BEGIN REVIEW OF LTL FILINGS IN NORTH CAROLINA. | 6.9 | $900.00 | $6,210.00 |

April 29, 2022
Client: 001737
Matter: 000001
Invoice #: 17062
Resp. Atty: LMW
Page: 6

## SERVICES

| Date | TMK | Task | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 3/31/2022 | MF | B140 | ATTEND CONFERENCE WITH L. WALSH REGARDING HEARING AND MEDIATION. | 0.9 | $900.00 | $810.00 |
| 3/31/2022 | JKF | B140 | BACKGROUND RESEARCH ON ISSUES RELATED TO FUTURE CLAIMS REP. | 1.3 | $355.00 | $461.50 |
| 3/31/2022 | JKF | B140 | CONFER WITH WALSH TEAM ON ISSUES RELATED TO FUTURE CLAIMS. | 0.9 | $355.00 | $319.50 |
| 3/31/2022 | BET | B140 | RESEARCH CONCERNING FUTURE CLAIMS REPRESENTATIVE APPOINTMENTS AND RELATED ISSUES; PREPARE SUMMARY CHART WITH RELEVANT CASE DETAILS. | 4.6 | $200.00 | $920.00 |
| 3/31/2022 | BET | B140 | ATTEND TO/REVIEW DOCKET SHEET AND PREPARE A LIST OF DAILY FILINGS FOR ATTORNEYS' REVIEW. | 0.3 | $200.00 | $60.00 |
| 3/31/2022 | GXP | B170 | REVIEW AND UPDATE SUPPLEMENTAL CERTIFICATION OF PROFESSIONAL IN SUPPORT OF APPLICATION FOR RETENTION OF PROFESSIONAL. | 0.6 | $200.00 | $120.00 |
| | | | **Total Professional Services** | **115.1** | | **$72,732.50** |

## PERSON RECAP

| Person | | Hours | Rate | Amount |
|---|---|---|---|---|
| SVF | Stephen V. Falanga | 17.7 | $650.00 | $11,505.00 |
| SVF | Stephen V. Falanga | 3.8 | $325.00 | $1,235.00 |
| CIG | Christine I. Gannon | 14.4 | $490.00 | $7,056.00 |
| LMW | Liza M. Walsh | 16.1 | $850.00 | $13,685.00 |
| LMW | Liza M. Walsh | 3.3 | $425.00 | $1,402.50 |
| MF | Mark Falk | 5.2 | $450.00 | $2,340.00 |
| MF | Mark Falk | 33.4 | $900.00 | $30,060.00 |
| JKF | Jessica K. Formichella | 7.8 | $355.00 | $2,769.00 |
| GXP | Gemma Pineiro | 1.4 | $200.00 | $280.00 |
| BET | Barbara Troyan | 12.0 | $200.00 | $2,400.00 |

## EXPENSES

| Date | Task | Description of Expenses | Amount |
|---|---|---|---|
| 3/16/2022 | E100 - E109 | Cabfare- Meeting with R. Ellis | $229.01 |
| 3/16/2022 | E100 - E109 | Cabfare- Meeting with R. Ellis (return trip) | $229.01 |

April 29, 2022
Client:        001737
Matter:       000001
Invoice #:     17062
Resp. Atty:     LMW
Page:              7

**EXPENSES**

| Date | Task | Description of Expenses | Amount |
|---|---|---|---|
| 3/30/2022 | E100 - E109 | Cabfare - Hearing on Pending Motions | $236.75 |
| 3/31/2022 | E100 - E111 | Meals- Meal for M. Falk and R. Ellis | $388.61 |
| | | Total Expenses | $1,083.38 |
| | | Total Services | $72,732.50 |
| | | Total Disbursements | $1,083.38 |
| | | Total Current Charges | $73,815.88 |
| | | **PAY THIS AMOUNT** | **$73,815.88** |

*Due Upon Receipt.  Please include the invoice number on all remittance.  Thank you.*

April 29, 2022
Client: 001737
Matter: 000001
Invoice #: 17062
Resp. Atty: LMW
Page: 8

## TASK RECAP

| Services | | | Disbursements | |
|---|---|---|---|---|
| **Category** | **Hours** | **Amount** | **Category** | **Amount** |
| B140 | 58.40 | $35,602.00 | E100 - E109 | $694.77 |
| B170 | 15.70 | $8,513.00 | E100 - E111 | $388.61 |
| B195 | 12.30 | $4,977.50 | | $0.00 |
| B200 | 28.70 | $23,640.00 | | $0.00 |
| | 115.10 | $72,732.50 | | $1,083.38 |