Mark Falk
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, N.J. 07102
(973) 757-1100

*Counsel for Randi S. Ellis,*
*Legal Representative for Future Talc Claimants*

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC, | Case No. 21-30589 |
| Debtor. | Honorable Michael B. Kaplan |

**CERTIFICATE OF SERVICE**

I, Mark Falk, hereby certify under penalty of perjury the following:

I am counsel for Randi S. Ellis, Legal Representative for Future Talc Claimants, in the above-captioned case ("Chapter 11 Case").

On April 29, 2022, I caused a true and correct copy of WALSH PIZZI O'REILLY FALANGA LLP'S MARCH 2022 MONTHLY FEE STATEMENT to be filed in the Chapter 11 Case and served via the Court's CM/ECF system upon all parties registered to receive notice in the Chapter 11 Case.

On April 29, 2022, the aforementioned document was also served via electronic mail on the parties listed on the attached exhibit.

I hereby certify the foregoing statements made by me are true.

Dated: April 29, 2022  *s/Mark Falk*
Mark Falk

**EXHIBIT**
**E-MAIL SERVICE LIST**

| Party | E-Mail Address |
|---|---|
| LTL Management [Fee Related Service]<br>John K. Kim, Esq. | jkim8@its.jnj.com |
| Caitlin K. Cahow, Esq.<br>Brad B. Erens, Esq.<br>Gregory M. Gordon, Esq.<br>Daniel B. Prieto, Esq.<br>Amanda Rush, Esq.<br>Robert W. Hamilton, Esq.<br>James M. Jones, Esq.<br>Isel Perez, Esq.<br>[Fee Related Service]<br>JONES DAY<br>Co-Counsel for Debtor | ccahow@jonesday.com<br>bberens@jonesday.com<br>gmgordon@jonesday.com<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br>rwhamilton@jonesday.com<br>jmjones@jonesday.com<br>iperez@jonesday.com |
| James N. Lawlor, Esq.<br>Paul R. DeFilippo, Esq.<br>Brad J. Axelrod, Esq.<br>Lyndon M. Tretter, Esq.<br>Joseph F. Pacelli, Esq.<br>Wollmuth Maher &<br>Deutsch, LLP<br>Co-Counsel for LTL<br>Management LLC | jlawlor@wmd-law.com<br>pdefilippo@wmd-law.com<br>baxelrod@wmd-law.com<br>ltretter@wmd-law.com<br>jpacelli@wmd-law.com |
| Jeffrey M. Sponder, Esq.<br>Lauren Bielskie, Esq.<br>Mitchell B. Hausman, Esq.<br>Linda Richenderfer, Esq.<br>Office of the US Trustee | lauren.bielskie@usdoj.gov<br>Jeffrey.m.sponder@usdoj.gov<br>Mitchell.b.hausman@usdoj.gov<br>Linda.richenderfer@usdoj.gov |
| John R. Miller, Jr., Esq.<br>C. Richard Rayburn, Jr., Esq.<br>RAYBURN COOPER & DURHAM, P.A.<br>Counsel for Debtor | rrayburn@rcdlaw.net<br>jmiller@rcdlaw.net |
| Glenn M. Kurtz, Esq.<br>Jessica Lauria, Esq.<br>WHITE & CASE LLP<br>Co-Counsel for Debtor | gkurtz@whitecase.com<br>Jessica.boelter@whitecase.com |
| Susan Sieger-Grimm, Esq.<br>David Molton, Esq.<br>BROWN RUDNICK LLP<br>-and-<br>Sunni P. Beville, Esq.<br>Jeffrey L. Jonas, Esq.<br>BROWN RUDNICK LLP (Boston)<br>Co-Counsel for the<br>Official Committee of<br>Talc Claimants | ssieger-grimm@brownrudnick.com<br>dmolton@brownrudnick.com<br>sbeville@brownrudnick.com<br>jjonas@brownrudnick.com |

| | |
|---|---|
| Kristen R. Fournier, Esq.<br>KING & SPALDING LLP.<br>Co-Counsel for Debtor | kfournier@kslaw.com |
| Hillary B. Crabtree<br>MOORE & VAN ALLEN PLLC<br>Counsel to Johnson & Johnson and Johnson & Johnson Consumer Inc. | hillarycrabtree@mvalaw.com |
| RACHEL R. OBALDO Asst. Attorney General Chief<br>JASON B. BINFORD<br>LAYLA D. MILLIGAN<br>Office of the Attorney General of Texas<br>Attorneys for the State of Texas | rachel.obaldo@oag.texas.gov<br>jason.binford@oag.texas.gov<br>layla.milligan@oag.texas.gov |
| Ashley A. Edwards, Esq.<br>Parker Poe Adams & Bernstein LLP<br>Attorney for The Continental Insurance Company | ashleyedwards@parkerpoe.com |
| James H. Henderson<br>THE HENDERSON LAW FIRM<br>Attorneys for Blue Cross Blue Shield Association | henderson@title11.com |
| Melanie L. Cyganowski<br>John Bourgiamas<br>Adam Silverstein<br>Otterbourg P.C.<br>Counsel for the Committee | mcyganowski@otterbourg.com<br>jbougiamas@otterbourg.com<br>asilverstein@otterbourg.com |
| John C. Woodman, Esq.<br>ESSEX RICHARDS P.C.<br>Local Counsel for Claimants represented by | jwoodman@essexrichards.com |
| Kazan McClain | |
| John A. Northern, Esq.<br>Vicki L. Parrott, Esq,<br>John Paul H. Cournoyer, Esq.<br>Northern Blue, LLP<br>Counsel for Cyprus Mines Corporation and Cyprus Amax Minerals Company | vlp@nbfirm.com<br>jpc@nbfirm.com |

2

| | |
|---|---|
| Shaya Rochester, Esq.<br>Katherine A. Scherling, Esq.<br>Kelsey R. Panizzolo, Esq.<br>KATTEN MUCHIN ROSENMAN LLP<br>and<br>Eileen T. McCabe, Esq.<br>Stephen T. Roberts, Esq.<br>MENDES & MOUNT LLP<br>and-<br>Louis A. Modugno, Esq.<br>TRIF & MODUGNO LLC<br>Counsel to Atlanta International Insurance Company (as successor in interest to Drake Insurance Company); AIG Property Casualty Company (f/k/a Birmingham Fire Insurance Company of Pennsylvania); AIG Europe S.A. (as successor in interest to Union Atlantique d'Assurances S.A); AIU Insurance Company; ASR Schadeverzekering N.V. (as successor in interest to Assurantiekoor Van Wijk & Co.); Granite State Insurance Company; The Insurance Company of the State of Pennsylvania; Lexington Insurance Company; National Union Fire Insurance Company of Pittsburgh, Pa.; New Hampshire Insurance Company; The North River Insurance Company; Starr Indemnity & Liability Company (as successor in interest to Republic Insurance Company); N.V. Schadeverzekeringsmaatschappij Maas Lloyd (individually and as successor in interest to policies subscribed in favor of Johnson & Johnson by N.V. Rotterdamse Assurantiekas, n/k/a De Ark).; and RheinLand Versicherungen (as successor in interest only to the subscriptions of the former Dutch company Rheinland Verzekeringen) (collectively, the "New Jersey Action Insurers") | shaya.rochester@katten.com<br>katherine.scherling@katten.com<br>kelsey.panizzolo@katten.com<br><br>eileen.mccabe@mendes.com<br>stephen.roberts@mendes.com<br><br>lmodugno@tm-firm.com |
| Chelsea Corey, Esq.<br>KING & SPALDING LLP<br>Richard A. Schneider, Esq.<br>Attorneys for Bestwall LLC | ccorey@kslaw.com<br>dschneider@kslaw.com |
| Christine L. Myatt, Esq.<br>Harris M. Watkins, Esq.<br>NEXSEN PRUET, PLLC<br>Local counsel for Rio Tinto America Inc. and Three Crowns Insurance Company | cmyatt@nexsenpruet.com<br>mwatkins@nexsenpruet.com |
| Robert W. Miller, Esq.<br>Manier & Herod, P.C.<br>Counsel for Westchester Fire Insurance Company | rmiller@manierherod.com |

3

| | |
|---|---|
| Sandeep Qusba, Esq.<br>Craig S. Waldman, Esq.<br>Jamie J. Fell, Esq.<br>Zachary J. Weiner, Esq.<br>Katherine A. McLendon, Esq.<br>Jonathan T. Menitove, Esq.<br>Michael Torkin, Esq.<br>SIMPSON THACHER & BARTLETT LLP<br>Counsel to Bausch Health US, LLC f/k/a Valeant Pharmaceuticals North America LLC, Bausch Health Americas, Inc. f/k/a Valeant Pharmaceuticals International, and Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International, Inc. and all of their affiliates (collectively, "Bausch Health") | squsba@stblaw.com<br>cwaldman@stblaw.com<br>jamie.fell@stblaw.com<br>zachary.weiner@stblaw.com<br>kmclendon@stblaw.com<br>jonathan.menitove@stblaw.com<br>Michael.torkin@stblaw.com |
| RACHEL R. OBALDO, Esq.<br>AUTUMN D. HIGHSMITH, Esq.<br>Office of the Attorney General of Texas<br>Bankruptcy & Collections Division<br>Counsel for the State of Texas | rachel.obaldo@oag.texas.gov<br>autumn.highsmith@oag.texas.gov |
| Derek Baker, Esq.<br>REED SMITH LLP<br>Princeton, NJ<br>Paul M. Singer, Esq.<br>Luke A. Sizemore, Esq.<br>REED SMITH LLP<br>Pittsburgh, PA<br>Jason D. Angelo, Esq.<br>REED SMITH LLP<br>Wilmington, DE<br>Counsel to Cyprus Mines Corporation | dbaker@reedsmith.com<br>psinger@reedsmith.com<br>jangelo@reedsmith.com<br>lsizemore@reedsmith.com |
| Richard S. Wright, Esq.<br>Andrew T. Houston, Esq.<br>Caleb Brown, Esq.<br>Moon Wright & Houston, PLLC<br>Counsel to The Law Firm of Arnold & Itkin LLP ("Arnold & Itkin"), on behalf of certain personal injury claimants represented by Arnold & Itkin (the "Arnold & Itkin Plaintiffs") | rwright@mwhattorneys.com<br>ahouston@mwhattorneys.com<br>cbrown@mwhattorneys.com |
| Judy D. Thompson, Esq.<br>JD Thompson Law<br>Counsel to the Barnes Law Group (BLG Plaintiffs) | jdt@jdthompsonlaw.com |

4

| | |
|---|---|
| Paul R. Baynard, Esq.<br>Paul J. Winterhalter, Esq.<br>OFFIT KURMAN, P.A.<br>-and-<br>Michael L. Tuchin, Esq.<br>Robert J. Pfister, Esq.<br>Samuel M. Kidder, Esq.<br>Nir Maoz, Esq.<br>KTBS LAW LLP<br>Counsel to Aylstock, Witkin, Kreis & Overholtz, PLLC ("AWKO") | Paul.Baynard@offitkurman.com<br>pwinterhalter@offitkurman.com<br>mtuchin@ktbslaw.com<br>rpfister@ktbslaw.com<br>skidder@ktbslaw.com<br>nmaoz@ktbslaw.com |
| James C. White, Esq.<br>Attorney for OnderLaw, LLC | jwhite@jcwhitelaw.com |
| Andrew S. Golden, Esq.<br>Robert M. Novick, Esq.<br>David S. Rosner, Esq.<br>Michael E. Hutchins, Esq.<br>Kasowitz Benson Torres LLP<br>Counsel for Cyprus Mines Corporation | Agolden@kasowitz.com<br>Rnovick@kasowitz.com<br>Drosner@kasowitz.com<br>Mhutchins@kasowitz.com |
| Lenard M. Parkins, Esq.<br>Parkins Lee & Rubio LLP<br>Counsel to OnderLaw, LLC | lparkins@parkinslee.com |
| Robert A. Mays, Esq.<br>MAYS JOHNSON LAW FIRM<br>Local Counsel to Allstate Insurance Company, as successor in interest to Northbrook Excess & Surplus Insurance Company, formerly Northbrook Insurance Company ("Allstate") | rmays@maysjohnsonlaw.com |
| Deborah L. Fletcher, Esq.<br>FISHERBROYLES LLP<br>-and-<br>Andrew T. Frankel, Esq.<br>Kathrine A. McLendon, Esq.<br>Michael H. Torkin, Esq.<br>SIMPSON THACHER & BARTLETT LLP<br>Counsel for Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) | deborah.fletcher@fisherbroyles.com<br>afrankel@stblaw.com<br>kmclendon@stblaw.com<br>Michael.torkin@stblaw.com |
| Stacy C. Cordes, Esq.<br>Meghan A. Van Vynckt, Esq.<br>Cordes Law, PLLC<br>Counsel to Blue Cross Blue Shield of Massachusetts, Inc. | stacy@cordes-law.com<br>meghan@cordes-law.com |
| Daniel H. Charest, Esq. | dcharest@burnscharest.com |
| BURNS CHAREST LLP<br>Counsel for Plaintiffs' Steering Committee in the In re Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability MultiDistrict Litigation | |

5

| | |
|---|---|
| Law Offices of R. Keith Johnson, P.A.<br>-and-<br>Richard M. Golomb, Esq.<br>Golomb Spirt Grunfeld<br>Counsel to Linda Rabasca and Brandi Carl | kjparalegal@bellsouth.net<br>rgolomb@GolombLegal.Com |
| Gregory Gennady Plotko Esq.<br>CROWELL & MORING LLP (NYC)<br>-AND-<br>Mark D. Plevin, Esq.<br>Kevin D. Cacabelos, Esq.<br>CROWELL & MORING LLP (San Francisco)<br>-AND-<br>Tacie H. Yoon, Esq.<br>Rachel Jankowski, Esq.<br>CROWELL & MORING LLP (DC)<br>-AND-<br> Aidan McCormack, Esq.<br>R. Brian Seibert<br>DLA PIPER LLP (US)<br>Counsel to Century Indemnity Company, Federal Insurance Company, Central National Insurance Company of Omaha and ACE Property and Casualty Insurance Company (f/k/a CIGNA Property & Casualty Insurance Company), Great Northern Insurance Company, Pacific Employers Insurance Company, and Westchester Fire Insurance Company | gplotko@crowell.com<br>mplevin@crowell.com<br>kcacabelos@crowell.com<br>tyoon@crowell.com<br>rjankowski@crowell.com<br>aidan.mccormack@dlapiper.com<br>brian.seibert@diapiper.com |
| Leslie C. Heilman, Esq.<br>Tobey M. Daluz, Esq.<br>Laurel D. Roglen, Esq.<br>BALLARD SPAHR LLP<br>Counsel for Albertsons Companies, Inc. | daluzt@ballardspahr.com<br>heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com |
| Brian W. Hofmeister, Esq.<br>LAW FIRM OF BRIAN W. HOFMEISTER, LLC<br>Local counsel for various claimants | bwh@hofmeisterfirm.com |
| Simon J. Torres Esq.<br>Carolyn J. Lachman, Esq.<br>Sarah Meiman, Esq.<br>Pension Benefit Guaranty Corporation | torres.simon@pbgc.gov<br>efile@pbgc.gov<br>lachman.carolyn@pbgc.gov<br>meiman.sarah@pbgc.gov |
| Office of the General Counsel<br>Counsel for Pension Benefit Guaranty Corporation ("PBGC")<br><br>Eamon O'Hagan, Esq.<br>Local Counsel Pension Benefit Guaranty Corporation | eamonn.ohagan@usdoj.gov |
| Christopher K. Kiplok, Esq.<br>William J. Beausoleil, Esq.<br>Erin E. Diers, Esq.<br>Hughes Hubbard & Reed LLP<br>Counsel to counsel to Imerys SA | chris.kiplok@hugheshubbard.com<br>william.beausoleil@hugheshubbard.com<br>erin.diers@hugheshubbard.com |

| | |
|---|---|
| Charles W. Branham, III, Esq.<br>J. Bradley Smith, Esq.<br>Dean Omar Branham Shirley, LLC<br>-and-<br>William M. Graham, Esq<br>WALLACE & GRAHAM PA<br>Proposed Co-Counsel for Dean Omar Branham Shirley, LLP | tbranham@dobslegal.com<br>bsmith@dobslegal.com<br>bgraham@wallacegraham.com |
| Albert Togut, Esq.<br>Frank A. Oswald, Esq.<br>Brian F. Shaughnessy, Esq.<br>TOGUT, SEGAL & SEGAL LLP<br>Counsel to counsel for Roger Frankel, as Legal Representative for Future Personal Injury Claimants appointed in the Chapter 11 bankruptcy case of Cyprus Mines Corporation, Case No. 21-10398-LSS (Bankr. D. Del) | altogut@teamtogut.com<br>frankoswald@teamtogut.com<br>bshaughnessy@teamtogut.com |
| Lance P. Martin, Esq.<br>Paul A. Fanning, Esq.<br>Norman J. Leonard, Esq.<br>Ward and Smith, P.A.<br>Counsel to Atlanta International Insurance Company (as successor in interest to Drake Insurance Company); AIG Europe S.A. (as successor in interest to Union Atlantique d' Assurances S.A.); AIG Property Casualty Company (f/k/a Birmingham Fire Insurance Company of Pennsylvania); AIU Insurance Company; ASR Schadeverzekering N.V. (as successor in interest to Assurantiekoor Van Wijk & Co.); Granite State Insurance Company; the Insurance Company of the State of Pennsylvania; Lexington Insurance Company; N.V. De Ark (f/k/a N.V. Rotterdamse Assurantiekas); N.V. Schadeverzekeringsmaatschappij Maas Lloyd; National Union Fire Insurance Company of Pittsburgh, PA; New Hampshire Insurance | LPM@wardandsmith.com<br>PAF@wardandsmith.com<br>NJL@wardandsmith.com |
| Company; Rheinland Versicherungen (as successor in interest only to the subscriptions of the former Dutch company Rheinland Verzekeringen); and Starr Indemnity & Liability Company (as successor in interest to Republic Insurance Company) (collectively, the "Insurance Companies") | |
| Janet A. Shapiro, Esq.<br>The Shapiro Law Firm<br>Counsel for Employers Ins. Company of Wausau, Employers Ins. of Wausau, Employers Mutual Casualty Company, Nationwide Indemnity, and Scottsdale Insurance | jshapiro@shapirolawfirm.com |

7

| | |
|---|---|
| Jeffrey E. Bjork, Esq.<br>Kimberly A. Posin, Esq.<br>Amy C. Quartarolo, Esq.<br>Adam S. Ravin, Esq.<br>LATHAM & WATKINS LLP<br>-and-<br>Ashley S. Rusher, Esq.<br>BLANCO TACKABERY & MATAMOROS, P.A.<br>Counsel for Imerys Talc America, Inc., Imerys Talc Vermont, Inc., and Imerys Talc Canada Inc. | jeff.bjork@lw.com<br>kim.posin@lw.com<br>amy.quartarolo@lw.com<br>asr@blancolaw.com<br>adam.ravin@lw.com |
| Christopher D. Layton, Esq.<br>The Layton Law Firm, PLLC<br>Counsel to Williams Hart Boundas Easterby, LLP, on behalf of certain personal injury claimants ("Williams Hart Plaintiffs") | chris@thelaytonlawfirm.com |
| Brian A. Glasser, Esq.<br>Kevin W. Barrett,Esq.<br>Thomas B. Bennett, Esq.<br>Maggie B. Burrus,Esq.<br>Cary Joshi, Esq.<br>BAILEY GLASSER LLP<br>Co-Counsel for the Official Committee of<br>Talc Claimants | bglasser@baileyglasser.com<br>kbarrett@baileyglasser.com<br>tbennett@baileyglasser.com<br>mburrus@baileyglasser.com<br>cjoshi@baileyglasser.com |
| Melanie L. Cyganowski, Esq.<br>John Bourgiamas, Esq.<br>Adam Silverstein, Esq.<br>Jennifer S. Feeney, Esq. | mcyganowski@otterbourg.com<br>jbougiamas@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com |
| Michael R. Maizel, Esq.<br>Otterbourg P.C.<br>Co-Counsel for the Official Committee of Talc Claimants and Counsel for the Plaintiffs' Steering Committee in the In rJohnson & Johnson Talcum Powder Products Marketing, Sales Practices  and Products Liability Multi-District<br>Litigation (MDL No. 2738) | mmaizel@otterbourg.com |
| Nabil Majed Nachawati, II, Esq.<br>Darren P. McDowell, Esq.<br>Fears Nachawati Law Firm<br>Associated with Brian Hofmeister<br>Counsel to Various Claimants | MN@fnlawfirm.com<br>dmcdowell@fnlawfirm.com |
| Christopher M. Placitella, Esq.<br>Dennis M. Geier, Esq.<br>Cohen, Placitella & Roth, P.C.<br>Counsel to Mesothelioma and Ovarian Cancer Plaintiffs Represented by Cohen, Placitella & Roth P.C. | dgeier@cprlaw.com |

| | |
|---|---|
| Jonathan Standish Massey, Esq.<br>MASSEY & GAIL LLP (DC)<br>Rachel Morse, Esq.<br>MASSEY & GAIL LLP (Chicago)<br>Co-Counsel for the Official Committee of Talc Claimants | jmassey@masseygail.com<br>rmorse@masseygail.com |
| Stephen V. Gimigliano, Esq.<br>John Maloney, Esq.<br>Robin Rabinowitz, Esq.<br>GIMIGLIANO MAURIELLO & MALONEY<br>Attorneys for Travelers Casualty and Surety Company<br>(f/k/a The Aetna Casualty and Surety Company) | sgimigliano@lawgmm.com<br>jmaloney@lawgmm.com<br>rrabinowitz@lawgmm.com |
| Alan J. Brody, Esq.<br>GREENBERG TRAURIG, LLP<br>Counsel for Bausch Health US, LLC f/k/a Valeant Pharmaceuticals North America LLC, Bausch Health Americas, Inc. f/k/a Valeant Pharmaceuticals International, and Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International, Inc. and all of their affiliates (collectively, "Bausch Health") | brodya@gtlaw.com |
| Andrew J. Kelly, Esq.<br>The Kelly Firm, P.C.<br>Local counsel for Blue Cross Blue Shield of Massachusetts | akelly@kbtlaw.com |
| Michael J. Miller, Esq.<br>Tayjes M. Shah, Esq.<br>THE MILLER FIRM, LLC<br>Proposed Co-counsel for Official Committee of Talc Claimants | No email addresses supplied. |
| Mitchell Malzberg, Esq.<br>Law Offices of Mitchell J. Malzberg LLC<br>Local Counsel to Various Claimants | mmalzberg@mjmalzberglaw.com |
| John M. August, Esq.<br>Marc E. Wolin, Esq.<br>Saiber LLC<br>Local Counsel for Kristie Lynn Doyle, Member of the Official Committee of Talc Claimants | jaugust@saiber.com<br>mwolin@saiber.com |
| Sommer L. Ross, Esq.<br>Philip R. Matthews, Esq.<br>Duane Morris LLP<br>Counsel for Republic Indemnity Company of America | SLRoss@duanemorris.com<br>PRMatthews@duanemorris.com |
| Daniel R. Lapinski, Esq.<br>Motley Rice LLC<br>Counsel for Mesothelioma and Ovarian Cancer Plaintiffs | dlapinski@motleyrice.com |

| | |
|---|---|
| HALPERIN BATTAGLIA BENZIJA, LLP<br>Alan D. Halperin, Esq.<br>Donna H. Lieberman, Esq.<br>Walter Benzija<br>Co-Counsel to The Blue Cross Blue Shield Association | ahalperin@halperinlaw.net<br>dlieberman@halperinlaw.net<br>wbenzija@halperinlaw.net |
| RAWLINGS & ASSOCIATES<br>Mark D. Fischer, Esq.<br>Robert C. Griffiths, Esq.<br>Co-Counsel to The Blue Cross Blue Shield Association | mdf@rawlingsandassociates.com<br>rcg@rawlingsandassociates.com |
| LOWENSTEIN SANDLER LLP<br>Kenneth A. Rosen, Esq.<br>Mary E. Seymour, Esq.<br>Co-Counsel to Johnson & Johnson and Johnson & Johnson Consumer Inc. | krosen@lowenstein.com<br>mseymour@lowenstein.com |
| PRYOR CASHMAN LLP<br>Seth H. Lieberman, Esq.<br>Andrew S. Richmond, Esq.<br>Counsel to Williams Hart Boundas Easterby, LLP, on Behalf of Certain Personal Injury Claimants | slieberman@pryorcashman.com<br>arichmond@pryorcashman.com |
| Lisa M. Morgan, Esq.<br>Andrews Myers, P.C.<br>Counsel to Williams Hart Boundas Easterby, LLP, on Behalf of Certain Personal Injury Claimants ("Williams Hart Plaintiffs") | lnorman@andrewsmyers.com |
| COLE SCHOTZ P.C.<br>Felice R. Yudkin, Esq.<br>Mark Tsukerman, Esq.<br>Counsel for Claimants Represented by the Barnes Law Group | fyudkin@coleschotz.com<br>mtsukerman@coleschotz.com |
| GREENBAUM, ROWE, SMITH & DAVIS LLP<br>Nancy Isaacson, Esq.<br>Local Counsel for Motley Rice LLC | nisaacson@greenbaumlaw.com |
| Steven M. Abramowitz, Esq.<br>VINSON & ELKINS LLP<br>Counsel for Cyprus Amax Minerals Company ("CAMC") | sabramowitz@velaw.com |
| STEPHEN M. PACKMAN, Esq.<br>ARCHER & GREINER<br>Local Counsel for Roger Frankel, as the Future Claimants' Representative in the Cyprus Mines Chapter 11 Case | spackman@archerlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP<br>Laura Davis Jones, Esq.<br>Karen B. Dine, Esq.<br>Colin R. Robinson, Esq.<br>Peter J. Keane, Esq.<br>Counsel to Arnold & Itkin LLP | ljones@pszjlaw.com<br>kdine@pszjlaw.com<br>crobinson@pszjlaw.com<br>pkeane@pszjlaw.com |

| | |
|---|---|
| Brian J. McCormick, Jr., Esq.<br>Ross Feller Casey LLP<br>Counsel for Multiple Talc Claimants | bmccormick@rossfellercasey.com |
| Laila Masud, Esq.<br>Marshack Hays LLP<br>Counsel for Various Talc Claimants | lmasud@marshackhays.com |
| Rachel Parisi, Esq.<br>Porzio, Bromberg & Newman, P.C.<br>Local Counsel for Rio Tinto America Holdings Inc., Rio Tinto America Inc., Rio Tinto Services Inc., Three Crowns Insurance Company (formerly Three Crowns Insurance Company Limited), and Metals & Minerals Insurance Company Pte. Ltd. | rparisi@pbnlaw.com<br>kdcurtin@pbnlaw.com |
| Charles S. Schalk, Esq.<br>John F. Bracaglia, Jr., Esq.<br>SAVO, SCHALK, Gillespie, O'Grodnick & Fisher, P.A.<br>Brett D. Kahn, Esq.<br>Thomas W. Ladd, Esq.<br>McCARTER & ENGLISH LLP<br>Attorneys for Creditor, Jeanne Stephenson | schalk@centraljerseylaw.com<br>brokaw@centraljerseylaw.com<br>bkahn@mccarter.com<br>tladd@mccarter.com |
| Carol Ann Slocum, Esq.<br>Morton Branzburg, Esq.<br>Klehr Harrison Harvey Branzburg, LLP<br>Counsel for Ad Hoc Mesothelioma Committee | cslocum@klehr.com<br>mbranzburg@klehr.com |
| Andreas D. Milliaressis, Esq.<br>STEVENS & LEE, P.C.<br>Joseph H. Huston, Jr., Esq.<br>Attorney for Hartford Accident and Indemnity Company and First State Insurance Company | Andreas.milliaressis@stevenslee.com<br>joseph.huston@stevenslee.com |
| Konrad R. Krebs, Esq.<br>Clinton E. Cameron, Esq.<br>Meghan Dalton, Esq.<br>CLYDE & CO US LLP<br>David Christian, Esq.<br>DAVID CHRISTIAN ATTORNEYS LLC<br>Attorneys for The Continental Insurance Company, as successor in interest to Harbor Insurance Company and London Guarantee and Accident Company of New York | clinton.cameron@clydeco.us<br>meghan.dalton@clydeco.us<br>dchristian@dca.law |
| Arthur J. Abramowitz, Esq.<br>Alan I. Moldoff, Esq.<br>Ross J. Switkes, Esq.<br>Sherman, Silverstein, Kohl, Rose & Podolsky, P.A.<br>Proposed Local Counsel to Official Committee of Talc Claimants II | aabramowitz@shermansilverstein.com<br>amoldoff@shermansilverstein.com<br>rswitkes@shermansilverstein.com |
| Evan M. Lazerowitz, Esq.<br>Cullen Speckhart, Esq.<br>COOLEY LLP<br>Proposed Co-Counsel to Official Committee of Talc Claimants II | elazerowitz@cooley.com<br>cspeckhart@cooley.com |

| | |
|---|---|
| Heather Simpson, Esq.<br>Kennedys CMK LLP<br>Attorneys for Everest Reinsurance Company and TIG Insurance Company | heather.simpson@kennedyslaw.com |
| Joshua D. Weinberg (admitted pro hac vice)<br>Joshua P. Mayer (admitted pro hac vice)<br>RUGGERI PARKS WEINBERG LLP<br>Attorney for Hartford Accident and Indemnity Company and First State Insurance Company | jweinberg@ruggerilaw.com<br>jmayer@ruggerilaw.com |
| Jerome H. Block, Esq.<br>Levy Konigsberg, LLP | jblock@levylaw.com |
| Attorneys for Talc Committee Claimant Randy Derouen | |
| Andrew K. Craig, Esq.<br>Stefano V. Calogero, Esq.<br>WINDELS MARX LANE & MITTENDORF, LLP<br>Attorneys for Allstate Insurance Company, solely as successor in interest to Northbrook Excess & Surplus Insurance Company, formerly Northbrook Insurance Company | acraig@windelsmarx.com<br>scalogero@windelsmarx.com |
| Genova Burns LLC<br>Daniel M. Stolz<br>Donald W. CLarke<br>Counsel to Official Committee of Talc Claimants I | dstolz@genovaburns.com<br>dclarke@genovaburns.com |
| Anthony Sodono,III, Esq.<br>Sari B. Placona, Esq.<br>McMANIMON, SCOTLAND & BAUMANN, LLC<br>Proposed Local Counsel for Alishia Landrum, Committee Member | asodono@msbnj.com<br>splacona@msbnj.com |
| Thomas A. Pitta, Esq.<br>Emmet, Marvin & Martin LLP<br>Counsel to PTI Union LLC and PTI Royston LLC | tpitta@emmetmarvin.com |
| HERRICK, FEINSTEIN LLP<br>Steven B. Smith, Esq.<br>Rachel H. Ginzburg, Esq.<br>Counsel to the Amici Professors | ssmith@herrick.com<br>rginzburg@herrick.com |
| Jonathan I. Rabinowitz, Esq.<br>Rabinowitz, Lubetkin & Tully, LLC<br>Local Counsel to Professor J. Maria Glover, Proposed Amicus Curiae | jrabinowitz@rltlawfirm.com |
| E. Richard Dressel, Esq.<br>Lex Nova Law LLC<br>Attorneys for Erwin Chemerinsky | rdressel@lexnovalaw.com |
| Allen J. Underwood II, Esq.<br>LITE DEPALMA GREENBERG & AFANADOR,LLC<br>Counsel to DiSanto Canadian Class Action Creditors | aunderwood@litedepalma.com |

| | |
|---|---|
| UNITED STATES DEPARTMENT OF JUSTICE CIVIL DIVISION<br>BRIAN M. BOYNTON Principal Deputy Assistant Attorney General<br>RUTH A. HARVEY Director<br>MARGARET NEWELL Assistant Director<br>J. ZACHARY BALASKO Trial Attorney<br>Attorneys for United States of America | john.z.balasko@usdoj.gov |
| MORITT HOCK & HAMROFF LLP<br>Leslie A. Berkoff, Esq.<br>Allison Arotsky, Esq. | lberkoff@moritthock.com<br>aarotsky@moritthock.com |
| Attorneys for PTI Union, LLC, PTI Roytson, LLC and Broadview Investments LLC | |
| David A. Chandler, Esq.<br>KARST & von OISTE, LLP<br>Attorneys for Talc Committee Claimant TONYA WHETSEL, JAMES E. WHETSEL, KRISTEN MARY WHETSEL, AVERY GRACE WHETSEL, and KAYLEIGH KLEIN, as Representative of the Estate of BRANDON WHETSEL, Deceased | dac@karstvonoiste.com |
| Suzanne M. Ratcliffe, Esq.<br>Clayton L. Thompson, Esq.<br>Maune Raichle Hartley French & Mudd LLC<br>Counsel for Attorneys for Talc Committee Claimant Katherine Tollefson, Jan Deborah Michelson-Boyle | sratcliffe@mrhfmlaw.com<br><br>cthompson@mrhfmlaw.com |
| Richard Dressel, Esq.<br>Lex Nova Law LLC<br>Attorneys for Evan Plotkin, Giovanni Sosa | rdressel@lexnovalaw.com |
| Womble Bond Dickinson LLP<br>Matthew Ward, Esq.<br>Ericka Johnson, Esq.<br>Attorneys for Ad Hoc Committee of States Holding Consumer Protection Claims | matthew.ward@wbd-us.com ericka.johnson@wbd-us.com |
| Alexander W. Cogbill<br>Zelle LLP<br>Attorneys for Employers Ins. Company of Wausau, Employers Ins. of Wausau, Employers Mutual Casualty Company, Nationwide Indemnity, and Scottsdale Insurance | acogbill@zelle.com |
| Traurig Law LLC<br>Attn: Jeffrey Traurig<br>Attorneys for Robert J. Keach, Esq., the Fee Examiner | jtraurig@trauriglaw.com |
| Robert J. Keach, Esq.<br>Letson Douglass Boots, Esq.<br>Louis Kornreich, Esq.<br>Angela Stewart, Esq.<br>Bernstein, Shur, Sawyer & Nelson, P.A.<br>Court Appointed Examiner | rkeach@bernsteinshur.com<br>lboots@bernsteinshur.com<br>lkornreich@bernsteinshur.com<br>astewart@bernsteinshur.com |

| | |
|---|---|
| Suzanne C. Midlige, Esq.<br>COUGHLIN MIDLIGE & GARLAND LLP<br>Attorneys for Arrowood Indemnity Company | smidlige@cmg.law |
| Gregory Gennady Plotko, Esq.<br>Mark D. Plevin, Esq.<br>Kevin D. Cacabelos, Esq.<br>Tacie H. Yoon, Esq.<br>Rachel Jankowski, Esq. | gplotko@crowell.com<br>mplevin@crowell.com<br>kcacabelos@crowell.com<br>tyoon@crowell.com<br>rjankowski@crowell.com |
| CROWELL & MORING LLP<br><br>Paul W. Kalish, Esq.<br>Ellen M. Farrell, Esq.<br>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.<br><br>Attorneys for Allianz Global Risk US Insurance Company, f/k/a Allianz Insurance Company and Fireman's Fund Insurance Company | pwkalish@mintz.com<br>emfarrell@mintz.com |
| Brian R. Ade, Esq.<br>Rivkin Radler LLP<br>Attorney for Sentry Insurance Company As Assumptive Reinsurer of Great Southwest Fire Insurance Company | brian.ade@rivkin.com |