# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

## FEE APPLICATION COVER SHEET FOR THE PERIOD FROM MARCH 1, 2022 THROUGH MARCH 31, 2022

| | |
|---|---|
| Debtor: LTL Management LLC | Applicant: McCarter & English, LLP |
| Case No.: 21-30589-MBK | Client: LTL Management LLC |
| Chapter: 11 | Case Filed: October 14, 2021 (the "Petition Date") |

## SECTION 1
## FEE SUMMARY

☒ Interim Fee Application No. 5    or    ☐ Final Fee Application

Summary of Amounts Requested for the Period from March 1, 2022 through March 31, 2022 (the "Fifth Statement Period").

| | |
|---|---|
| Total Fees Owed by LTL: | $81,345.70 |
| Total Disbursements Owed by LTL: | $12.81 |
| Total Fees Plus Disbursements: | $81,358.51 |
| Minus 20% Holdback of Fees: | $16,269.14 |
| Amount Sought at this Time: | $65,089.37 |

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fees Requested to LTL: | $308,796.88 | $574.97 |
| Total Fees Allowed to Date: | $0 | $0 |
| Total Retainer (If Applicable): | $0 | $0 |
| Total Holdback (If Applicable): | $61,759.37 | |
| Total Received by Applicant: | $247,037.51 | $574.97 |

| Name of Professional & Title | Year Admitted | Hours | Rate (discounted from standard) | Fees |
|---|---|---|---|---|
| Thomas W. Ladd, Esq., Partner | 1986 | 54.1 | $688 | $37,220.80 |
| Brett Kahn, Esq., Partner | 2008 | 68.8 | $446 | $30,684.80 |
| Jennifer Farina, Esq., Partner | 2005 | 10.8 | $446 | $4,816.80 |
| Andrew G. Heckler, Esq., Associate | 2019 | 17.8 | $342 | $6,087.60 |
| Ashley D. McWilliams, Esq., Associate | 2019 | 14.6 | $303 | $4,423.80 |
| Darren Smolarski, Esq., Associate | 2019 | 132.2 | $342 | $45,212.40 |
| Georgia Bender, Esq., Associate | 2021 | 13.2 | $320 | $4,224.00 |
| Deborah Brown, Paralegal | | 21.1 | $248 | $5,232.80 |
| | | 332.6 | | $137,903.00 |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEES |
|---|---|---|
| a) Asset Analysis and Recovery: Identification and review of potential assets including causes of action and non-litigation recoveries. | | |
| b) Asset Disposition: Sales, leases, abandonment and related transaction work. | | |
| c) Avoidance Action Litigation: Preference and fraudulent transfer litigation. | | |
| d) Business Operations: Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| e) Case Administration: Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | | |
| f) Claims Administration and Objections: Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | | |
| g) Employee Benefits/Pensions: Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| h) Fee/Employment Applications: Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 12.10 | $7,163.20 |
| i) Fee/Employment Objections: Review of an objections to the employment and fee applications of others. | | |
| j) Financing: Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | | |
| k) Litigation: Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | | |
| l) Meetings of Creditors: Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | | |
| m) Plan and Disclosure Statement: Formulation, presentation and confirmation; compliance with the plan confirmation order, related | | |

| SERVICES RENDERED | HOURS | FEES |
|---|---|---|
| orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | | |
| n) Relief from Stay Proceedings: Matters relating to termination or continuation of automatic stay under 362. | | |
| o) Accounting/Auditing: Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) Business Analysis: Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) Corporate Finance: Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r) Data Analysis: Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | | |
| s) Litigation Consulting: Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | 320.50 | $130,739.80 |
| t) Reconstruction Accounting: Reconstructing books and records from past transactions and brining accounting current. | | |
| u) Tax Issues: Analysis of tax issues and preparation of state and federal tax returns. | | |
| v) Valuation: Appraise or review appraisals of assets. | | |
| w) Travel Time: Please note that non-working travel time must be billed at 50% of cost. | | |
| **SERVICE TOTALS** | 332.6 | $137,903.00 |

# SECTION III
# SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| Photocopies – @ $.07/page | $12.81 |
| **DISBURSEMENTS TOTALS** | $12.81 |

## SECTION IV
## CASE HISTORY

1. Date of Retention: December 16, 2021, effective as of the Petition Date [Dkt. 861] (the "Retention Order").[1]

2. Summary explaining the nature of the work performed and the results achieved:[2]

   During the Fifth Statement Period, McCarter & English professionals and paraprofessionals performed the following work on behalf of the Debtor:

   - Assisted with preparations for hearings and of motions and other documents, as related to insurance coverage issues, in connection with this chapter 11 bankruptcy case;

   - Assisted with preparations for discovery tasks in relation to insurance coverage issues;

   - Analyzed insurance policies and related case materials with respect to insurance coverage issues arising in bankruptcy;

   - Analyzed bankruptcy case materials with respect to issues impacting the New Jersey coverage litigation;

   - Analyzed insurer document productions with respect to issues impacting insurance coverage issues;

   - Communicated with other Debtor counsel as appropriate regarding various insurance coverage issues and related strategy; and

   - Conducted legal research on discrete insurance coverage issues arising in bankruptcy and issues impacting New Jersey coverage litigation.

I certify under penalty of perjury that the above is true.

Date: April 28, 2022

*/s/ Thomas W. Ladd*
Thomas W. Ladd

---

[1] The Retention Order is attached hereto as Exhibit A.

[2] The summary set forth below is qualified in its entirety by reference to the time and services detail in the invoices attached hereto as Exhibit B.