## **EXHIBIT B**

Invoices



**Electronic Payment  Instructions**
Account Name:  McCarter & English, LLP
Account Number: 2020080016953
Financial Institution:  Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: WFBIUS6S  (International payments)
Please reference Invoice Number

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel  973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

April 21, 2022
Invoice 8442444

136731    LTL MANAGEMENT LLC
00001    INSURANCE COUNSELING

LTL MANAGEMENT LLC
501 GEORGE STREET
NEW BRUNSWICK, NJ 08933

MULTIPAYOR BREAKDOWN

FEES - HOLDBACK................................................................(20.00%) ...... $10,178.12
FEES - LTL MANAGEMENT LLC .......................................(80.00%) ...... $40,712.48
COSTS - LTL MANAGEMENT LLC ...................................(100.00%) ............ $12.81

Professional Services Recorded Through 03/31/2022

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|------|-------------|------|-------|-----------|----------|
| 03/01/22 | Review of bankruptcy documents with respect to insurance coverage issues. | 04585/BDK | 0.80 | B120 | A104 |
| 03/01/22 | Study and evaluation of various filings in connection with preliminary injunction and impact on insurance-related matters. | 00038/TWL | 0.70 | B120 | A104 |
| 03/02/22 | Drafting interim fee application and review of case materials re: same. | 04585/BDK | 2.80 | B160 | A103 |
| 03/02/22 | Communicated with Brett Kahn regarding status of insurance-related | 00038/TWL | 0.50 | B120 | A105 |

136731    LTL MANAGEMENT LLC
00001      INSURANCE COUNSELING

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|------|-------------|------|-------|-----------|----------|
| | hearing and preparation of responses to insurer filings. | | | | |
| 03/02/22 | Continued review and analysis of various insurance-related filings. | 00038/TWL | 0.60 | B120 | A104 |
| 03/02/22 | Commenced preparation of monthly fee statement. | 00038/TWL | 0.70 | B160 | A103 |
| 03/03/22 | Consider potential responses to motion to lift stay for insurance coverage action, including discussion points for meet and confer. | 05827/JOF | 0.30 | B120 | A104 |
| 03/03/22 | Analysis of bankruptcy filings with respect to insurance issues. | 04585/BDK | 1.90 | B120 | A104 |
| 03/03/22 | Conferred with Brett Kahn concerning preparation for client call on insurance-related issues and status of case. | 00038/TWL | 0.70 | B120 | A105 |
| 03/03/22 | Communicated with I. Perez and J. Pacelli regarding finalization and filing of fee statements. | 00038/TWL | 0.80 | B160 | A107 |
| 03/03/22 | Communicated with J. Kim and D. Prieto concerning responses to insurance-related filings in bankruptcy proceedings and related strategy. | 00038/TWL | 0.70 | B120 | A106 |
| 03/03/22 | Continued review and analysis of insurance-related filings and case law in connection with preparation of responses thereto (0.6 hours); Continued preparation for call with J. Kim and D. Prieto concerning insurance strategy (0.5 hours). | 00038/TWL | 1.10 | B120 | A104 |
| 03/04/22 | Confer with client and bankruptcy counsel response to lift stay motion for insurance coverage case (.5) and follow up with T. Ladd and B. Kahn regarding next steps (.5). | 05827/JOF | 1.00 | B120 | A106 |
| 03/04/22 | Review of bankruptcy materials with respect to coverage issues. | 04585/BDK | 1.00 | B120 | A104 |

136731    LTL MANAGEMENT LLC
00001    INSURANCE COUNSELING

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|---|---|---|---|---|---|
| 03/04/22 | Call with client regarding strategy. | 04585/BDK | 0.50 | B120 | A106 |
| 03/04/22 | Conferring with T. Ladd and J. Farina regarding strategy pertaining to coverage issues. | 04585/BDK | 0.40 | B120 | A105 |
| 03/04/22 | Conferred with B. Kahn and J. Farina regarding preparation for and issues raised in conference call with J. Kim and D. Prieto regarding status of insurance-related filings. | 00038/TWL | 0.60 | B120 | A105 |
| 03/04/22 | Prepared for and participated in conference call with J. Kim and D. Prieto regarding status of insurance-related filings and preparation of responses thereto. | 00038/TWL | 1.00 | B120 | A101 |
| 03/04/22 | Continued preparation of monthly fee statement and interim fee application. | 00038/TWL | 0.70 | B160 | A103 |
| 03/07/22 | Review and consideration of materials with respect to fee applications. | 04585/BDK | 0.40 | B160 | A104 |
| 03/07/22 | Prepared, reviewed and revised potential stipulation regarding insurance-related filings in bankruptcy. | 00038/TWL | 1.00 | B120 | A103 |
| 03/07/22 | Communicated with B. Kahn regarding insurance strategy and issues relating to insurance filings. | 00038/TWL | 0.50 | B120 | A105 |
| 03/08/22 | Consider strategy for response to insurers' lift stay motions,  and confer with T. Ladd and B. Kahn regarding same. | 05827/JOF | 0.30 | B120 | A104 |
| 03/08/22 | Conferring with T. Ladd regarding strategy in relation to insurance coverage. | 04585/BDK | 0.40 | B120 | A106 |
| 03/08/22 | Examination of law regarding stay issues in connection with coverage case. | 04585/BDK | 1.30 | B120 | A104 |

136731    LTL MANAGEMENT LLC
00001    INSURANCE COUNSELING

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|------|-------------|------|-------|-----------|----------|
| 03/08/22 | Communicated with D. Prieto regarding status of insurance-related issues in bankruptcy proceedings. | 00038/TWL | 0.40 | B120 | A108 |
| 03/08/22 | Conferred with B. Kahn and J. Farina concerning status of case, preparation of insurance-related filings, and related case management issues. | 00038/TWL | 0.60 | B120 | A105 |
| 03/09/22 | Consider potential responses to motion to lift stay for insurance coverage action. | 05827/JOF | 0.40 | B120 | A104 |
| 03/09/22 | Analysis of case materials regarding stay issues relating to insurance coverage issues. | 04585/BDK | 2.80 | B120 | A104 |
| 03/09/22 | Communicating with D. Prieto regarding coverage issues relating to stay. | 04585/BDK | 0.10 | B120 | A107 |
| 03/09/22 | Communicating with D. Prieto regarding coverage issues relating to stay. | 04585/BDK | 0.10 | B120 | A107 |
| 03/09/22 | Communicated with I. Perez regarding status of insurance issues in bankruptcy proceedings. | 00038/TWL | 0.40 | B120 | A107 |
| 03/09/22 | Communicated with B. Kahn concerning review of insurance-related filings, impact of filings on coverage litigation and status of case. | 00038/TWL | 0.50 | B120 | A105 |
| 03/09/22 | Study and evaluation of insurer pleadings and related filing in connection with responses to insurer motions. | 00038/TWL | 0.60 | B120 | A104 |
| 03/09/22 | Study and evaluation of orders and related filing in connection with filing of fee applications. | 00038/TWL | 0.50 | B160 | A104 |
| 03/10/22 | Evaluate lift stay motions and consider potential responses (.4), and separate discussions with bankruptcy counsel | 05827/JOF | 1.50 | B120 | A104 |

Invoice 8442444

136731    LTL MANAGEMENT LLC
00001     INSURANCE COUNSELING

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|------|-------------|------|-------|-----------|----------|
| | regarding overall strategy (.6) and substance of potential objection (.5). | | | | |
| 03/10/22 | Analysis of case materials with respect to stay of coverage case. | 04585/BDK | 2.70 | B120 | A104 |
| 03/10/22 | Call with D. Prieto regarding stay issues. | 04585/BDK | 0.50 | B120 | A107 |
| 03/10/22 | Call with A. Rush and I. Perez regarding stay issues. | 04585/BDK | 0.20 | B120 | A107 |
| 03/10/22 | Prepared for and participated in conference call with D. Prieto regarding insurance strategy relating to responses to insurance-related filings (0.6 hours); Prepared for and participated in conference call with A. Rush and I. Perez regarding status of case and drafting of responses to insurance-related filings (0.8 hours). | 00038/TWL | 1.40 | B120 | A101 |
| 03/10/22 | Attended to revision and finalization of insurance-related filings. | 00038/TWL | 0.80 | B120 | A103 |
| 03/10/22 | Conferred with B. Kahn and J. Farina concerning preparation, review and finalization of insurance-related filings. | 00038/TWL | 0.70 | B120 | A105 |
| 03/10/22 | Attended to revision and finalization of fee statement and interim fee application and supporting documents. | 00038/TWL | 1.00 | B160 | A103 |
| 03/11/22 | Consider potential lift stay stipulation, and confer with T. Ladd and B. Kahn regarding same. | 05827/JOF | 0.20 | B120 | A104 |
| 03/11/22 | Drafting/revising interim fee application and review of case materials regarding same. | 04585/BDK | 0.60 | B160 | A103 |
| 03/11/22 | Communicating with T. Ladd regarding fee applications. | 04585/BDK | 0.60 | B160 | A105 |

136731    LTL MANAGEMENT LLC
00001    INSURANCE COUNSELING

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|------|-------------|------|-------|-----------|----------|
| 03/11/22 | Analysis of underlying case materials with respect to coverage issues. | 04585/BDK | 1.80 | B120 | A104 |
| 03/11/22 | Receipt, review and analysis of revised response to insurer filings in bankruptcy proceedings; Examination of law concerning same. | 00038/TWL | 1.00 | B120 | A104 |
| 03/11/22 | Conferred with B. Kahn concerning insurance strategy and status of responses to insurance-related filings. | 00038/TWL | 0.60 | B120 | A105 |
| 03/11/22 | Attended to finalization of interim fee application and related filings. | 00038/TWL | 0.80 | B160 | A103 |
| 03/14/22 | Revise draft opposition to lift stay motions, and revise draft potential stipulation pertaining to same. | 05827/JOF | 2.70 | B120 | A103 |
| 03/14/22 | Reviewing/revising interim fee application. | 04585/BDK | 0.50 | B120 | A104 |
| 03/14/22 | Drafting potential stipulation pertaining to lift stay motion and consideration of case materials regarding same. | 04585/BDK | 2.00 | B120 | A103 |
| 03/14/22 | Drafting/revising brief in relation to stay and coverage issues. | 04585/BDK | 2.40 | B120 | A103 |
| 03/14/22 | Examination of law regarding issues relating to stay. | 04585/BDK | 1.70 | B120 | A104 |
| 03/14/22 | Conferring with T. Ladd and J. Farina regarding issues relating to stay. | 04585/BDK | 0.50 | B120 | A105 |
| 03/14/22 | Reviewed, revised and attended to finalization of responses and filings in response to insurance related filings in bankruptcy proceedings. | 00038/TWL | 2.80 | B120 | A103 |
| 03/14/22 | Conferred with D. Prieto, A. Rush, B. Kahn and J. Farina regarding preparation, finalization and service of various insurance-related filings. | 00038/TWL | 1.40 | B120 | A108 |

136731    LTL MANAGEMENT LLC
00001    INSURANCE COUNSELING

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|------|-------------|------|-------|-----------|----------|
| 03/15/22 | Revise draft opposition to lift stay motions for insurance coverage action, and emails with bankruptcy counsel regarding next steps pertaining to same. | 05827/JOF | 0.90 | B120 | A103 |
| 03/15/22 | Drafting/revising brief in relation to stay. | 04585/BDK | 1.90 | B120 | A103 |
| 03/15/22 | Further examination of law regarding issues relating to stay. | 04585/BDK | 1.10 | B120 | A104 |
| 03/15/22 | Attended to revision and finalization of objections to insurer filings; Examination of law concerning same; Receipt, review and analysis of revised filings as they relate to insurance issues. | 00038/TWL | 1.80 | B120 | A103 |
| 03/15/22 | Conferred with A. Rush regarding revisions to responses to insurer filings and related case strategy. | 00038/TWL | 0.60 | B120 | A108 |
| 03/15/22 | Conferred with B. Kahn and J. Farina concerning revisions to objections to insurer filings and status of case relating to insurance issues. | 00038/TWL | 0.80 | B120 | A105 |
| 03/16/22 | Receipt, review and analysis of various filings in bankruptcy proceedings in connection with insurance-related issues. | 00038/TWL | 0.80 | B120 | A104 |
| 03/21/22 | Receipt, review and analysis of various filings in bankruptcy proceedings relating to insurance issues. | 00038/TWL | 0.80 | B120 | A104 |
| 03/22/22 | Review and consideration of bankruptcy materials with respect to coverage issues. | 04585/BDK | 2.10 | B120 | A104 |
| 03/22/22 | Attended to review and revision of monthly fee statement. | 00038/TWL | 0.60 | B160 | A103 |
| 03/23/22 | Receipt, review and analysis of various filings in bankruptcy | 00038/TWL | 0.70 | B120 | A104 |

136731    LTL MANAGEMENT LLC
00001      INSURANCE COUNSELING

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|---|---|---|---|---|---|
| | proceedings regarding insurance-related issues. | | | | |
| 03/24/22 | Drafting/revising fee application. | 04585/BDK | 0.40 | B160 | A103 |
| 03/24/22 | Continued review and analysis of various filings in connection to insurer filings and preparation of responses thereto. | 00038/TWL | 0.50 | B120 | A104 |
| 03/25/22 | Analysis of bankruptcy documents with respect to coverage issues. | 04585/BDK | 1.20 | B120 | A104 |
| 03/25/22 | Receipt, review and analysis of supplemental insurer filings in bankruptcy proceedings; Examination of law concerning same. | 00038/TWL | 1.00 | B120 | A104 |
| 03/25/22 | Communicated with B. Kahn and J. Farina regarding review of supplemental insurer filings and related strategy. | 00038/TWL | 0.60 | B160 | A105 |
| 03/25/22 | Communicated with D. Prieto regarding review of insurer filings and status of hearing. | 00038/TWL | 0.40 | B120 | A108 |
| 03/28/22 | Review and comment on insurer reply briefs regarding lifting stay for insurance coverage litigation, prepare comments for bankruptcy counsel, and confer with B. Kahn and T. Ladd regarding same. | 05827/JOF | 1.90 | B120 | A104 |
| 03/28/22 | Analysis of bankruptcy case materials with respect to coverage issues. | 04585/BDK | 4.20 | B120 | A104 |
| 03/28/22 | Communicating with T. Ladd regarding coverage issues relating to stay. | 04585/BDK | 0.50 | B120 | A105 |
| 03/28/22 | Communicated with D. Prieto, A. Rush and I. Perez regarding review of insurer filings, preparation for hearing on insurance-related issues and related strategy. | 00038/TWL | 0.60 | B120 | A108 |

136731    LTL MANAGEMENT LLC
00001    INSURANCE COUNSELING

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|------|-------------|------|-------|-----------|----------|
| 03/28/22 | Communicated with B. Kahn and J. Farina regarding issues for hearing on insurance-related issues, review of filings, and case strategy. | 00038/TWL | 0.80 | B120 | A105 |
| 03/28/22 | Continued review and analysis of insurance-related filings (0.5 hours); Reviewed and revised memorandum regarding insurance-related filings (0.5 hours). | 00038/TWL | 1.00 | B120 | A104 |
| 03/28/22 | Review/manage recent e-filings made by insurers. | 00535/D-B | 0.20 | B120 | A110 |
| 03/29/22 | Call with I. Perez regarding coverage issues arising in bankruptcy. | 04585/BDK | 0.30 | B120 | A107 |
| 03/29/22 | Conferred with A. Rush and I. Perez regarding preparation for insurer motions to lift stay. | 00038/TWL | 0.70 | B120 | A108 |
| 03/29/22 | Conferred with B. Kahn and J. Farina regarding preparation for insurer motions to lift stay, review of recent insurance-related filings and status of case. | 00038/TWL | 0.70 | B120 | A105 |
| 03/29/22 | Continued review and analysis of various filings in connection with insurer lift stay motions. | 00038/TWL | 0.80 | B120 | A104 |
| 03/29/22 | Reviewed and revised monthly fee statement; Communicated with B. Kahn regarding same. | 00038/TWL | 0.60 | B160 | A103 |
| 03/30/22 | Discuss bankruptcy court ruling regarding insurance coverage case with T. Ladd and B. Kahn, and plan next steps. | 05827/JOF | 0.50 | B120 | A104 |
| 03/30/22 | Review of bankruptcy documents with respect to coverage issues and consideration of strategy regarding same. | 04585/BDK | 1.10 | B120 | A104 |

Page 10
Invoice 8442444

136731   LTL MANAGEMENT LLC
00001    INSURANCE COUNSELING

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|------|-------------|------|-------|-----------|----------|
| 03/30/22 | Analysis of case materials with respect to automatic stay and insurance coverage issues. | 04585/BDK | 1.00 | B120 | A104 |
| 03/30/22 | Participated in court conference on insurer motions to lift stay. | 00038/TWL | 2.00 | B120 | A109 |
| 03/30/22 | Conferred with B. Kahn regarding issues raised at court conference on insurer motions to lift stay. | 00038/TWL | 0.50 | B120 | A105 |
| 03/30/22 | Attended to review, finalization and service of monthly fee statement. | 00038/TWL | 1.00 | B160 | A104 |
| 03/30/22 | Review/manage recent e-filings by insurers. | 00535/D-B | 0.30 | B120 | A110 |
| 03/31/22 | Receipt, review and analysis of insurer motion regarding mediation and related filings. | 00038/TWL | 0.80 | B120 | A104 |
| 03/31/22 | Conferred with B. Kahn concerning review of and response to insurer motion regarding mediation. | 00038/TWL | 0.50 | B120 | A105 |

TOTAL HOURS:          91.70

**TOTAL FEES**..............................................................................  $50,890.60
**TOTAL DISBURSEMENTS**..........................................................       12.81

**TOTAL DUE THIS INVOICE** ........................................................  $50,903.41

136731   LTL MANAGEMENT LLC
00001    INSURANCE COUNSELING

|  |  |  | **HOURS** | **RATE** | **VALUE** |
|---|---|---|---|---|---|
| 00038 | Thomas W. Ladd | PARTNER | 41.70 | 688.00 | 28,689.60 |
| 04585 | Brett D. Kahn | PARTNER | 39.80 | 446.00 | 17,750.80 |
| 05827 | Jennifer O. Farina | PARTNER | 9.70 | 446.00 | 4,326.20 |
| 00535 | Deborah Brown | PARALEGAL | 0.50 | 248.00 | 124.00 |
| **ATTORNEY TOTALS:** |  |  | **91.70** |  | **50,890.60** |

## MULTIPAYOR BREAKDOWN

FEES - HOLDBACK.................................................................................(20.00%) ...... $10,178.12
FEES - LTL MANAGEMENT LLC ........................................................(80.00%) ...... $40,712.48
COSTS - LTL MANAGEMENT LLC ....................................................(100.00%) ............. $12.81

Page 12
Invoice 8442444

136731    LTL MANAGEMENT LLC
00001    INSURANCE COUNSELING

| DATE | DISBURSEMENTS | VALUE |
|------|---------------|-------|
| 03/04/2022 | PHOTOCOPIES | 0.35 |
| 03/04/2022 | PHOTOCOPIES | 0.07 |
| 03/07/2022 | PHOTOCOPIES | 0.35 |
| 03/07/2022 | PHOTOCOPIES | 0.35 |
| 03/08/2022 | PHOTOCOPIES | 0.07 |
| 03/08/2022 | PHOTOCOPIES | 0.07 |
| 03/09/2022 | PHOTOCOPIES | 0.07 |
| 03/09/2022 | PHOTOCOPIES | 0.07 |
| 03/09/2022 | PHOTOCOPIES | 0.07 |
| 03/09/2022 | PHOTOCOPIES | 0.07 |
| 03/09/2022 | PHOTOCOPIES | 0.07 |
| 03/09/2022 | PHOTOCOPIES | 0.07 |
| 03/10/2022 | PHOTOCOPIES | 2.45 |
| 03/10/2022 | PHOTOCOPIES | 0.07 |
| 03/10/2022 | PHOTOCOPIES | 0.07 |
| 03/10/2022 | PHOTOCOPIES | 0.07 |
| 03/10/2022 | PHOTOCOPIES | 0.07 |
| 03/10/2022 | PHOTOCOPIES | 0.28 |
| 03/10/2022 | PHOTOCOPIES | 0.35 |
| 03/10/2022 | PHOTOCOPIES | 0.14 |
| 03/10/2022 | PHOTOCOPIES | 0.07 |
| 03/10/2022 | PHOTOCOPIES | 0.35 |
| 03/10/2022 | PHOTOCOPIES | 0.35 |
| 03/10/2022 | PHOTOCOPIES | 0.35 |
| 03/10/2022 | PHOTOCOPIES | 0.07 |
| 03/10/2022 | PHOTOCOPIES | 0.07 |
| 03/11/2022 | PHOTOCOPIES | 0.14 |
| 03/11/2022 | PHOTOCOPIES | 0.07 |
| 03/14/2022 | PHOTOCOPIES | 0.07 |
| 03/14/2022 | PHOTOCOPIES | 0.07 |
| 03/22/2022 | PHOTOCOPIES | 0.63 |
| 03/22/2022 | PHOTOCOPIES | 0.07 |
| 03/22/2022 | PHOTOCOPIES | 0.07 |
| 03/23/2022 | PHOTOCOPIES | 0.07 |
| 03/23/2022 | PHOTOCOPIES | 2.24 |
| 03/23/2022 | PHOTOCOPIES | 0.07 |
| 03/24/2022 | PHOTOCOPIES | 0.07 |
| 03/24/2022 | PHOTOCOPIES | 2.24 |
| 03/25/2022 | PHOTOCOPIES | 0.07 |
| 03/25/2022 | PHOTOCOPIES | 0.28 |
| 03/31/2022 | PHOTOCOPIES | 0.07 |

Invoice 8442444

136731   LTL MANAGEMENT LLC
00001    INSURANCE COUNSELING

| 03/31/2022 | PHOTOCOPIES | 0.07 |
| 03/31/2022 | PHOTOCOPIES | 0.07 |
| | **Total For: PHOTOCOPIES** | **12.81** |

**TOTAL DISBURSEMENTS** ............................................................. **$12.81**



**Electronic Payment  Instructions**
Account Name:  McCarter & English, LLP
Account Number: 2020080016953
Financial Institution:  Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: WFBIUS6S  (International payments)
Please reference Invoice Number

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel  973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

April 21, 2022
Invoice 8442445

136731    LTL MANAGEMENT LLC
00002    INSURANCE COVERAGE
JJL2021019364

LTL MANAGEMENT LLC
501 GEORGE STREET
NEW BRUNSWICK, NJ 08933

MULTIPAYOR BREAKDOWN

TOTAL DUE FOR JOHNSON & JOHNSON.............................................(67.00%) ...... $51,436.70
TOTAL DUE FOR LTL MANAGEMENT LLC..........................................(33.00%) ...... $25,334.50

TOTAL DUE FOR LTL MANAGEMENT LLC (80%)………………….....……$20,267.60

Professional Services Recorded Through 03/31/2022

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|------|-------------|------|-------|-----------|----------|
| 03/01/22 | Analysis of insurer productions with respect to coverage issues. | 04585/BDK | 1.70 | B120 | A104 |
| 03/01/22 | Communicating with G. Bender regarding insurer documents and related coverage issues. | 04585/BDK | 0.30 | B120 | A105 |
| 03/01/22 | Review and analyze insurer document productions regarding claims procedures | 06220/GEB | 3.10 | B120 | A104 |
| 03/01/22 | Review and analyze insurer document productions for relevance and responsiveness. | 06167/ADM | 4.60 | B120 | A104 |

136731   LTL MANAGEMENT LLC
00002   INSURANCE COVERAGE
JJL2021019364

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|------|-------------|------|-------|-----------|----------|
| 03/01/22 | Review and analysis of insurer document production regarding claims procedures and correlating complaints. | 06224/DAS | 3.20 | B120 | A104 |
| 03/02/22 | Review documents in the Great Southwest Sentry document production for purposes of analyzing claims handling practices and save exhaustion and erosion information | 06220/GEB | 3.60 | B120 | A104 |
| 03/02/22 | Review and analysis of insurer production for relevance and responsiveness. | 06200/AGH | 1.60 | B120 | A104 |
| 03/02/22 | Review and analyze insurer document productions for relevance and responsiveness. | 06167/ADM | 3.20 | B120 | A104 |
| 03/02/22 | Review and analysis of insurer document production regarding claims procedures and correlating complaints. | 06224/DAS | 6.30 | B120 | A104 |
| 03/03/22 | Conferring with G. Bender regarding insurance coverage issues relating to insurer documents. | 04585/BDK | 0.30 | B120 | A105 |
| 03/03/22 | Analysis of insurer documents with respect to coverage issues. | 04585/BDK | 1.20 | B120 | A104 |
| 03/03/22 | Conferring with T. Ladd regarding insurance coverage issues. | 04585/BDK | 0.50 | B120 | A105 |
| 03/03/22 | Communicated with various insurers regarding status of coverage litigation and status of outstanding discovery. | 00038/TWL | 0.80 | B120 | A108 |
| 03/03/22 | Communicated with B. Kahn and team regarding status of coverage litigation and review of insurer document productions. | 00038/TWL | 0.50 | B120 | A105 |
| 03/03/22 | Review and analyze insurer document productions regarding claims procedures | 06220/GEB | 5.40 | B120 | A104 |

136731    LTL MANAGEMENT LLC
00002    INSURANCE COVERAGE
JJL2021019364

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|------|-------------|------|-------|-----------|----------|
| 03/03/22 | Review and analysis of insurer production for relevance and responsiveness. | 06200/AGH | 2.20 | B120 | A104 |
| 03/03/22 | Review and analysis of insurer document production regarding claims procedures and correlating complaints. | 06224/DAS | 6.80 | B120 | A104 |
| 03/04/22 | Analysis of insurer documents regarding coverage issues. | 04585/BDK | 1.00 | B120 | A104 |
| 03/04/22 | Communicating with insurers regarding recent complaints. | 04585/BDK | 0.30 | B120 | A108 |
| 03/04/22 | Review of underlying case materials with respect to insurance coverage issues. | 04585/BDK | 0.70 | B120 | A104 |
| 03/04/22 | Conferred at length with B. Kahn, J. Farina and team regarding status of coverage litigation, review of insurer document productions and related discovery issues. | 00038/TWL | 1.00 | B120 | A105 |
| 03/04/22 | Continued review and analysis of insurer document productions for relevance and responsiveness. | 00038/TWL | 0.70 | B120 | A104 |
| 03/04/22 | Conferred with B. Kahn concerning status of coverage litigation and case strategy. | 00038/TWL | 0.50 | B120 | A105 |
| 03/04/22 | Review and analysis of insurer production for relevance and responsiveness. | 06200/AGH | 2.50 | B120 | A104 |
| 03/04/22 | Review correspondence from B. Kahn to insurers re plaintiff information. | 06200/AGH | 0.10 | B120 | A104 |
| 03/04/22 | Review and analyze insurer document productions for relevance and responsiveness | 06167/ADM | 3.70 | B120 | A104 |
| 03/04/22 | Review and analysis of insurer document production regarding claims | 06224/DAS | 6.60 | B120 | A104 |

136731    LTL MANAGEMENT LLC
00002     INSURANCE COVERAGE
          JJL2021019364

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|------|-------------|------|-------|-----------|----------|
|  | procedures and correlating complaints. |  |  |  |  |
| 03/05/22 | Review and analysis of insurer document production regarding claims procedures and correlating complaints. | 06224/DAS | 4.30 | B120 | A104 |
| 03/06/22 | Review and analysis of insurer document production regarding claims procedures and correlating complaints. | 06224/DAS | 1.80 | B120 | A104 |
| 03/07/22 | Continued review and analysis of various insurer document productions for relevance and responsiveness. | 00038/TWL | 1.40 | B120 | A104 |
| 03/07/22 | Communicated with insurers regarding status of coverage litigation. | 00038/TWL | 0.70 | B120 | A108 |
| 03/07/22 | Review and analysis of insurer document production regarding claims procedures and correlating complaints. Conferred with Michael Finkler as to assigned productions. | 06224/DAS | 5.00 | B120 | A104 |
| 03/08/22 | Analysis of insurer documents with respect to coverage issues. | 04585/BDK | 1.80 | B120 | A104 |
| 03/08/22 | Review and analysis of insurer document production regarding claims procedures and correlating complaints. Conferred with Brett Kahn as to key documents. | 06224/DAS | 7.20 | B120 | A104 |
| 03/09/22 | Analysis of insurer documents with respect to coverage issues. | 04585/BDK | 1.70 | B120 | A104 |
| 03/09/22 | Review and analyze insurer document productions for relevance and responsiveness | 06220/GEB | 0.70 | B120 | A104 |
| 03/09/22 | Review and analysis of insurer document production regarding claims procedures and correlating complaints. | 06224/DAS | 7.70 | B120 | A104 |

Page 5
Invoice 8442445

136731     LTL MANAGEMENT LLC
00002      INSURANCE COVERAGE
JJL2021019364

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|---|---|---|---|---|---|
| 03/10/22 | Review and analyze insurer document productions for relevance and responsiveness. | 06167/ADM | 3.10 | B120 | A104 |
| 03/10/22 | Review and analysis of insurer document production regarding claims procedures and correlating complaints. | 06224/DAS | 8.20 | B120 | A104 |
| 03/11/22 | Review and analysis of insurer document production regarding claims procedures and correlating complaints. | 06224/DAS | 7.60 | B120 | A104 |
| 03/13/22 | Review and analysis of insurer document production regarding claims procedures and correlating complaints. | 06224/DAS | 4.60 | B120 | A104 |
| 03/14/22 | Depositions chart/underlying case materials | 04585/BDK | 1.80 | B120 | A104 |
| 03/14/22 | Receipt, review and analysis of various insurer documents in connection with insurer productions and availability of insurance proceeds. | 00038/TWL | 0.80 | B120 | A104 |
| 03/14/22 | Work w. M. Finkler and A. Heckler to divide batches for review | 06220/GEB | 0.40 | B120 | A101 |
| 03/14/22 | Develop strategy re review of insurer production for privilege and responsiveness. | 06200/AGH | 0.20 | B120 | A105 |
| 03/14/22 | Review and analyze insurer document productions for relevance and responsiveness. | 06224/DAS | 8.40 | B120 | A104 |
| 03/15/22 | Analysis of underlying trial materials with respect to insurance coverage issues. | 04585/BDK | 2.20 | B120 | A104 |
| 03/15/22 | Review insurer production for responsiveness and privilege. | 06200/AGH | 3.90 | B120 | A104 |

136731    LTL MANAGEMENT LLC
00002    INSURANCE COVERAGE
JJL2021019364

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|---|---|---|---|---|---|
| 03/15/22 | Review and analyze insurer document productions for relevance and responsiveness. | 06224/DAS | 7.40 | B120 | A104 |
| 03/16/22 | Review and analysis of insurer document production regarding claims procedures and correlating complaints. | 06224/DAS | 6.60 | B120 | A104 |
| 03/17/22 | Review and analyze insurer document productions for relevance and responsiveness. | 06224/DAS | 4.70 | B120 | A104 |
| 03/18/22 | Review and analysis of insurer document production regarding claims procedures and correlating complaints. | 06224/DAS | 5.60 | B120 | A104 |
| 03/19/22 | Review and analyze insurer document productions regarding claims procedures | 06224/DAS | 1.70 | B120 | A104 |
| 03/20/22 | Review and analyze insurer document productions regarding claims procedures | 06224/DAS | 3.80 | B120 | A104 |
| 03/21/22 | Analysis of underlying case materials with respect to coverage issues. | 04585/BDK | 2.50 | B120 | A104 |
| 03/21/22 | Communicated with insurers regarding status of New Jersey coverage action and timetable for same. | 00038/TWL | 0.70 | B120 | A108 |
| 03/21/22 | Conferred with B. Kahn and J. Farina concerning status of document review, outstanding insurer inquiries and status of case. | 00038/TWL | 0.50 | B120 | A105 |
| 03/21/22 | Review and analyze insurer document productions regarding claims procedures | 06224/DAS | 6.10 | B120 | A104 |
| 03/22/22 | Review and analyze insurer document productions for relevance and responsiveness. | 06224/DAS | 2.90 | B120 | A104 |

136731    LTL MANAGEMENT LLC
00002    INSURANCE COVERAGE
JJL2021019364

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|------|-------------|------|-------|-----------|----------|
| 03/23/22 | Analysis of insurer documents with respect to coverage issues. | 04585/BDK | 1.40 | B120 | A104 |
| 03/23/22 | Review and analyze insurer document productions for relevance and responsiveness. | 06224/DAS | 5.40 | B120 | A104 |
| 03/24/22 | Confer with B. Kahn and G. Lynott to respond to questions regarding documents for potential production and preparation for potential recommencement of discovery. | 05827/JOF | 1.10 | B120 | A104 |
| 03/24/22 | Analysis of underlying case materials with respect to discovery issues. | 04585/BDK | 1.90 | B120 | A104 |
| 03/24/22 | Review and analysis of insurer production for relevance and responsiveness. | 06200/AGH | 3.20 | B120 | A104 |
| 03/24/22 | Review and analysis of insurer production for relevance and responsiveness. | 06200/AGH | 1.10 | B120 | A104 |
| 03/24/22 | Review and analyze insurer document productions regarding claims procedures | 06224/DAS | 1.90 | B120 | A104 |
| 03/26/22 | Review and analyze insurer document productions regarding claims procedures | 06224/DAS | 1.10 | B120 | A104 |
| 03/27/22 | Review and analyze insurer document productions regarding claims procedures. | 06224/DAS | 3.00 | B120 | A104 |
| 03/28/22 | Prepared for and participated in conference call with consultant regarding status of New Jersey coverage litigation and related strategy. | 00038/TWL | 0.60 | B120 | A101 |
| 03/28/22 | Conferred with B. Kahn regarding case strategy. | 00038/TWL | 0.50 | B120 | A105 |

Invoice 8442445

136731    LTL MANAGEMENT LLC
00002    INSURANCE COVERAGE
         JJL2021019364

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|------|-------------|------|-------|-----------|----------|
| 03/28/22 | Review and analyze insurer document productions regarding claims procedures. | 06224/DAS | 1.60 | B120 | A104 |
| 03/30/22 | Analysis of case materials with respect to coverage issues. | 04585/BDK | 2.60 | B120 | A104 |
| 03/30/22 | Review correspondence to insurers re updated claimant charts. | 06200/AGH | 0.10 | B120 | A104 |
| 03/31/22 | Analysis of insurer documents with respect to coverage issues. | 04585/BDK | 1.30 | B120 | A104 |
| 03/31/22 | Review and analysis of insurer production for responsiveness and privilege. | 06200/AGH | 2.90 | B120 | A104 |
| 03/31/22 | Review and analyze insurer document productions regarding claims procedures | 06224/DAS | 2.70 | B120 | A104 |

                    TOTAL HOURS:            210.80

**TOTAL FEES**............................................................................        $76,771.20
**TOTAL DISBURSEMENTS**.........................................................              0.00

**TOTAL DUE THIS INVOICE** ........................................................        $76,771.20

Page 9
Invoice 8442445

136731   LTL MANAGEMENT LLC
00002   INSURANCE COVERAGE
JJL2021019364

|  |  |  | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 00038 | Thomas W. Ladd | PARTNER | 8.70 | 688.00 | 5,985.60 |
| 04585 | Brett D. Kahn | PARTNER | 23.20 | 446.00 | 10,347.20 |
| 05827 | Jennifer O. Farina | PARTNER | 1.10 | 446.00 | 490.60 |
| 06167 | Ashley D. McWilliams | ASSOCIATE | 14.60 | 303.00 | 4,423.80 |
| 06200 | Andrew G. Heckler | ASSOCIATE | 17.80 | 342.00 | 6,087.60 |
| 06220 | Georgia Bender | ASSOCIATE | 13.20 | 320.00 | 4,224.00 |
| 06224 | Darren Smolarski | ASSOCIATE | 132.20 | 342.00 | 45,212.40 |
| **ATTORNEY TOTALS:** |  |  | **210.80** |  | **76,771.20** |

## MULTIPAYOR BREAKDOWN

TOTAL DUE FOR JOHNSON & JOHNSON............................................(67.00%) ...... $51,436.70
TOTAL DUE FOR LTL MANAGEMENT LLC..........................................(33.00%) ...... $25,334.50

TOTAL DUE FOR LTL MANAGEMENT LLC (80%)…………………..……$20,267.60

136731    LTL MANAGEMENT LLC
00002     INSURANCE COVERAGE
          JJL2021019364

| DATE | DISBURSEMENTS | VALUE |
| --- | --- | --- |

**TOTAL DISBURSEMENTS** ...............................................................    **$0.00**



**Electronic Payment Instructions**
Account Name: McCarter & English, LLP
Account Number: 2020080016953
Financial Institution: Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: WFBIUS6S (International payments)
Please reference Invoice Number

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel 973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

April 21, 2022
Invoice 8442446

136731   LTL MANAGEMENT LLC
00003    J&J GENERAL
         JJL2021019364

LTL MANAGEMENT LLC
501 GEORGE STREET
NEW BRUNSWICK, NJ 08933

MULTIPAYOR BREAKDOWN

TOTAL DUE FOR JOHNSON & JOHNSON............................................(50.00%) ........ $5,120.60
TOTAL DUE FOR LTL MANAGEMENT LLC..........................................(50.00%) ........ $5,120.60

TOTAL DUE FOR LTL MANAGEMENT LLC..................... (80%)……..$4,096.48

Professional Services Recorded Through 03/31/2022

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|------|-------------|------|-------|-----------|----------|
| 03/01/22 | Analysis of case materials with respect to coverage issues. | 04585/BDK | 2.10 | B120 | A104 |
| 03/04/22 | Study and evaluation of underlying case documents and related correspondence in connection with production to insurers. | 00038/TWL | 0.50 | B120 | A104 |
| 03/04/22 | Review and prepare monthly collection of talc complaints for production and access to insurers. Add information to discovery log. | 00535/D-B | 0.40 | B120 | A104 |

136731   LTL MANAGEMENT LLC
00003   J&J GENERAL
JJL2021019364

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|------|-------------|------|-------|-----------|----------|
| 03/07/22 | Review of insurer correspondence and consideration of same. | 04585/BDK | 0.50 | B120 | A104 |
| 03/07/22 | Communicated with K. Lounsberry regarding collection of underlying case documents for production to insurers. | 00038/TWL | 0.60 | B120 | A108 |
| 03/07/22 | Study and evaluation of various underlying case documents for production to insurers. | 00038/TWL | 0.70 | B120 | A104 |
| 03/07/22 | Communicated with B. Kahn concerning production of documents to insurers. | 00038/TWL | 0.40 | B120 | A105 |
| 03/09/22 | Review document productions to insurers for information on underlying case materials. | 00535/D-B | 0.30 | B120 | A104 |
| 03/10/22 | Review  chart of witness depositions. Review document productions to insurers for information re transcripts from underlying cases. Collect transcripts for production to insurers. | 00535/D-B | 6.00 | B120 | A104 |
| 03/11/22 | Analysis of case materials for production to insurers. | 04585/BDK | 1.20 | B120 | A104 |
| 03/11/22 | Continue review of witness depositions. Collect and review transcripts for production to insurers. Coordinate with co-counsel to obtain copies of transcripts. | 00535/D-B | 5.10 | B120 | A104 |
| 03/14/22 | Conferred at length clients' counsel regarding production of documents to insurers. | 00038/TWL | 0.70 | B120 | A106 |
| 03/14/22 | Study and evaluation of deposition testimony in connection with productions to insurers. | 00038/TWL | 0.80 | B120 | A104 |
| 03/14/22 | Further review and collection of witness deposition transcripts; prepare for production to insurers. | 00535/D-B | 4.50 | B120 | A104 |

Page 3
Invoice 8442446

136731   LTL MANAGEMENT LLC
00003    J&J GENERAL
         JJL2021019364

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|------|-------------|------|-------|-----------|----------|
| 03/15/22 | Continue review of witness deposition transcripts; draft letter to insurers; prepare for production. | 00535/D-B | 3.00 | B120 | A104 |
| 03/16/22 | Review of witness deposition transcripts; prepare for production to insurers. | 00535/D-B | 1.30 | B120 | A104 |
| 03/29/22 | Analysis of case materials with respect to coverage issues. | 04585/BDK | 0.60 | B120 | A104 |
| 03/30/22 | Review of underlying case materials for production to insurers. | 04585/BDK | 1.40 | B120 | A104 |
| | TOTAL HOURS: | | 30.10 | | |

**TOTAL FEES**................................................................... $10,241.20
**TOTAL DISBURSEMENTS**........................................................         0.00

**TOTAL DUE THIS INVOICE** ..................................................... $10,241.20

| | | | HOURS | RATE | VALUE |
|------|------|------|-------|------|-------|
| 00038 | Thomas W. Ladd | PARTNER | 3.70 | 688.00 | 2,545.60 |
| 04585 | Brett D. Kahn | PARTNER | 5.80 | 446.00 | 2,586.80 |
| 00535 | Deborah Brown | PARALEGAL | 20.60 | 248.00 | 5,108.80 |
| **ATTORNEY TOTALS:** | | | **30.10** | | **10,241.20** |

136731   LTL MANAGEMENT LLC
00003     J&J GENERAL
          JJL2021019364

## MULTIPAYOR BREAKDOWN

TOTAL DUE FOR JOHNSON & JOHNSON..........................................(50.00%) ........ $5,120.60
TOTAL DUE FOR LTL MANAGEMENT LLC..........................................(50.00%) ........ $5,120.60

TOTAL DUE FOR LTL MANAGEMENT LLC.....................(80%)........$4,096.48

Invoice 8442446

136731   LTL MANAGEMENT LLC
00003    J&J GENERAL
         JJL2021019364

| DATE | DISBURSEMENTS | VALUE |
| --- | --- | --- |

**TOTAL DISBURSEMENTS** ............................................................... **$0.00**