**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
mgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 21-30589 (MBK) |
| Debtor. | |

**SECOND SUPPLEMENTAL DECLARATION OF ORDINARY**
**COURE PROFESSIONAL PATTERSON BELKNAP WEBB & TYLER LLP**

The undersigned hereby declares, under penalty of perjury, as follows:

1. I am a partner at Patterson Belknap Webb & Tyler LLP (the "Firm"), which maintains offices at 1133 Avenue of the Americas, New York, New York 10036.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

2. This Second Supplemental Declaration is submitted in support of the Firm's retention by LTL Management LLC (the "Debtor") as an ordinary course professional and to supplement the Firm's *Declaration of Ordinary Course Professional* [Dkt. 1066] filed on January 5, 2022 and the Firm's *Supplemental Declaration of Ordinary Course Professional* [Dkt. 1555] filed on February 22, 2022 (together, the "Declarations")[2] pursuant to an order of the United States Bankruptcy Court for the District of New Jersey authorizing the Debtor to retain certain professionals in the ordinary course of business [Dkt. 849].

3. In the course of providing the type of services detailed in the Declarations, the Firm currently appears on behalf of the Debtor in in the following courts in New York:

>Supreme Court of the State of New York, Appellate Division, First Judicial Department
>Supreme Court of the State of New York, County of Erie
>Supreme Court of the State of New York, *In re: New York City Asbestos Litigation*
>    (consolidated proceedings for County of Bronx, County of Kings, County of New York, County of Queens, County of Richmond)
>Supreme Court of the State of New York, County of Rensselaer
>Supreme Court of the State of New York, County of Suffolk
>Supreme Court of the State of New York, County of Westchester
>
>United States District Court for the Eastern District of New York
>United States District Court for the Northern District of New York
>United States District Court for the Southern District of New York

4. If, at any time during its employment by the Debtor, the Firm discovers any facts bearing on the matters described herein, the Firm will further supplement the information contained in the Declarations and this Second Supplemental Declaration.

//

//

//

//

---

[2] Capitalized terms used herein but not defined have the meaning given to such terms in the Declarations.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Second Supplemental Declaration was executed on May 3, 2022, at New York, New York.

By: _____
JOHN D. WINTER

SWORN AND SUBSCRIBED before
me this 3rd day of May, 2022.

_____
Notary Public

THOMAS PHILIP KURLAND
Notary Public, State of New York
No. 02KU6237753
Qualified in New York County
Commission Expires May 11, 2023