**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com
**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)
*ATTORNEYS FOR DEBTOR*

Order Filed on May 3, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>                      Debtor. | Chapter 11<br><br>Case No.: 21-30589 (MBK)<br><br>Judge: Michael B. Kaplan |

## ORDER ALLOWING FINAL APPLICATION OF PATTERSON BELKNAP WEBB & TYLER LLP FOR ALLOWANCE OF EXCESS MONTHLY ORDINARY COURSE PROFESSIONAL FEES AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL FOR CHAPTER 11 DEBTOR FOR THE PERIOD FROM OCTOBER 14, 2021 THROUGH OCTOBER 31, 2021

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: May 3, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

(Page 2)
Debtor: LTL Management LLC
Case No. 21-30589-MBK
Caption: Order Allowing Final Application of Patterson Belknap Webb & Tyler LLP for Allowance of Excess Monthly Ordinary Course Professional Fees and Reimbursement of Expenses Incurred as Counsel for Chapter 11 Debtor for the Period from October 14, 2021 Through October 31, 2021

Upon the Final Application of Patterson Belknap Webb & Tyler LLP for Allowance of Excess Monthly Ordinary Course Professional Fees and Reimbursement of Expenses Incurred as Counsel for Chapter 11 Debtor for the Period from October 14, 2021 Through October 31, 2021 (the "Application"); and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the fees and expenses requested in the Application are reasonable and for necessary services provided to the Debtor.

**IT IS HEREBY ORDERED** that:

1. Applicant's Final Application for Allowance of Compensation for Services Rendered to the Debtor in the sum of $30,022.07 and Reimbursement of Expenses in the sum of $224.00 for the period of October 14, 2021 through October 31, 2021 shall be allowed as set forth herein.

2. Applicant shall be allowed fees in the amount of $30,022.07, plus disbursements of $224.00. The Debtor is authorized and directed to make payment of the unpaid portion of the allowed fee, the sum of $5,022.07, to Patterson Belknap Webb & Tyler LLP in accordance with the Order Authorizing the Retention and Compensation of Professionals Utilized by the Debtor in the Ordinary Course of Business [Dkt. No. 849].

3. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.