UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 21-30589 (MBK) |
| Debtor. | |

**SUPPLEMENTAL DECLARATION OF ORDINARY COURSE PROFESSIONAL
FOLIART, HUFF, OTTAWAY & BOTTOM**

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

NAI-1530372792

The undersigned hereby declares, under penalty of perjury, as follows:

1. I am a shareholder at Foliart, Huff, Ottaway & Bottom (the "Firm"), which maintains offices at 201 Robert S. Kerr Ave., 12th Floor, Oklahoma City, OK 73102.

2. This Supplemental Declaration is submitted in support of the Firm's retention by LTL Management LLC (the "Debtor") as an ordinary course professional and to supplement the Firm's *Declaration of Ordinary Course Professional* [Dkt. 1723] (the "Declaration")[2] filed on March 14, 2022 pursuant to an order of the United States Bankruptcy Court for the District of New Jersey authorizing the Debtor to retain certain professionals in the ordinary course of business [Dkt. 849].

3. In the course of providing the type of services detailed in the Declaration, the Firm appears on behalf of the Debtor in the following courts in Oklahoma:

District Court for Oklahoma County, Oklahoma

4. If, at any time during its employment by the Debtor, the Firm discovers any facts bearing on the matters described herein, the Firm will further supplement the information contained in the Declaration and this Supplemental Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Supplemental Declaration was executed on May 3, 2022, at 2:27 p.m.

By: _____

---

[2] Capitalized terms used herein but not defined have the meaning given to such terms in the Declaration.

NAI-1530372792

SWORN AND SUBSCRIBED before me this 3rd day of May, 2022.

_____
Notary Public

[Notary Seal: E. OLSON, NOTARY, #99018300, EXP. 11/09/23, STATE OF OKLAHOMA]

NAI-1530372792