UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Jeffrey M. Sponder, Esq.
Lauren Bielskie, Esq.
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
E-mail:    jeffrey.m.sponder@usdoj.gov
           lauren.bielskie@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | : Case No. 21-30589 (MBK) |
|  | : |
|  | : Chapter 11 |
| LTL Management LLC,[1] | : |
|  | : The Honorable Michael B. Kaplan, Chief Judge |
| Debtor. | : |
|  | : Hearing Date:  May 24, 2022 @ 10:00 |

**CERTIFICATION OF SERVICE**

1. I, Neidy Fuentes:

   ☐ represent, in this matter.

   ☒ am the paralegal for Jeffrey M. Sponder, Esq., who represents Andrew R. Vara, United States Trustee for Regions 3 & 9 in this matter.

   ☐ am the _____ in the this case and am representing myself.

2. On May 4, 2022, I caused to be served a copy of the following pleadings and/or documents to the parties listed below via the mode(s) of service indicated thereon:

   **United States Trustee's Motion for an Order Compelling Compliance with Fed. R. Bankr. P. 2019 and supporting documents. [Docket No. 2229] (the "Motion") Filed on May 3, 2022.**

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

3. On May 3, 2022, the U.S. Trustee's Motion was also served upon the Master Service List attached as Exhibit A via CM/ECF.

4. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

   Date:   May 4, 2022                                                  */s/ Neidy Fuentes*
                                                                              Neidy Fuentes
                                                                              Paralegal

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **See Exhibit A – Service List** | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ e-mail Pursuant to Case Management Order. ECF No. 322<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ other<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ other<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ other<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ (As authorized by the court or by rule. Cite the rule if applicable) |

*Rev.8/1/16*

# EXHIBIT A

| | |
|---|---|
| ARNOLD & ITKIN LLP<br>ATTN KURT B ARNOLD, CAJ BOATRIGHT, ROLAND CHRISTENSEN & JASON ITKIN<br>6009 MEMORIAL DRIVE<br>HOUSTON, TX 77007<br>CBOATRIGHT@ARNOLDITKIN.COM;<br>CHRISTENSEN@ARNOLDITKIN.COM;<br>JITKIN@ARNOLDITKIN.COM | ASHCRAFT & GEREL, LLP<br>ATTN MICHELLE PARFITT, JAMES F. GREEN &<br>PATRICK LYONS<br>1825 K STREET, NW, STE 70<br>WASHINGTON, DC 20006<br>JGREEN@ASHCRAFTLAW.COM;<br>PLYONS@ASHCRATLAW.COM;<br>MPARFITT@ASHCRAFTLAW.COM |
| AYLSTOCK WITKIN KREIS & OVERHOLTZ PLLC; ATN MARY PUTNICK & DANIEL THORNBURGH<br>17 E MAIN ST, STE 200; PO BOX 12630<br>PENSACOLA, FL 32502<br>MARYBETH@PUTNICKLEGAL.COM;<br>DTHORNBURGH@AWKOLAW.COM | BAILEY & GLASSER LLP<br>(COUNSEL TO OFFICIAL COMITTEE TALC CLAIMANTS)<br>ATTN: CARY JOSHI<br>1055 THOMAS JEFFERSON ST NW STE 540<br>WASHINGTON, DC 20007<br>CJOSHI@BAILEYGLASSER.COM |
| BALLARD SPAHR LLP<br>(COUNSEL ALBERTSONS COMPANIES, INC)<br>ATTN: TOBEY M. DALUZ, LESLIE C. HEILMAN, LAUREL D.<br>ROGLEN<br>919 N. MARKET STREET, 11TH FLOOR<br>WILMINGTON, DE 19801<br>DALUZT@BALLARDSPAHR.COM;<br>HEILMANL@BALLRDSPAHR.COM;<br>ROGLENL@BALLARDSPAHR.COM | BARNES FIRM<br>ATTN JOE VAZQUEZ<br>420 LEXINGTON AVE, STE 2140<br>NEW YORK, NY 10170<br>JOE.VAZQUEZ@THEBARNESFIRM.COM |
| BEASLEY ALLEN LAW FIRM<br>ATTN: CHARLIE STERN & LEIGH O'DELL<br>218 COMMERCE ST<br>PO BOX 4160<br>MONTGOMERY, AL 36104<br>CHARLIE.STERN@BEASLEYALLEN.COM;<br>LEIGH.ODELL@BEASLEYALLEN.COM | BERNSTEIN, SHUR, SAWYER & NELSON, P.A.<br>FEE EXAMINER<br>ATTN: ROBER J. KEACH<br>100 MIDDLE ST<br>PO BOX 9729<br>PORTLAND, ME 04104-5029<br>RKEACH@BERNSTEINSHUR.COM |
| BROWN RUDNICK LLP<br>(CO-COUNSEL TO THE COMMITTEE OF TALC CLAIMANTS)<br>ATTN SUNNI P. BEVILLE<br>ONE FINANCIAL CENTER<br>BOSTON, MA 02111<br>SBEVILLE@BROWNRUDNICK.COM | BROWN RUDNICK LLP<br>(COUNSEL TO OFFICIAL COMMITTEE OF TALC CLAIMANTS)<br>ATTN: DAVID J. MOLTON & ROBERT J. STARK<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036<br>DMOLTON@BROWNRUDNICK.COM;<br>RSTARK@BROWNRUDNICK.COM |

| | |
|---|---|
| BURNS CHAREST LLP<br>(COUNSEL TO PLAINTIFFS STEERING COMMITTEE) ATTN: DANIEL H CHAREST<br>900 JACKSON STREET, SUITE 500<br>DALLAS, TX 75202<br>DCHAREST@BURNSCHAREST.COM | CELLINO LAW LLP<br>ATTN BRIAN GOLDSTEIN<br>800 DELAWARE AVE<br>BUFFALO, NY 14209<br>BRIAN.GOLDSTEIN@CELLINOLAW.COM |
| CLYDE & CO US LLP<br>(COUNSEL TO THE CONTINENTAL INS CO)<br>ATTN: KONRAD R. KREBS<br>200 CAMPUS DR, STE 300<br>FLORHAM PARK, NJ 07932<br>KONRAD.KREBS@CLYDECO.US | CLYDE AND CO US LLP<br>(COUNSEL TO THE CONTINENTAL INSURANCE COMPANY)<br>ATTN: CLINTON E. CAMERON, MEGHAN DALTON<br>55 WEST MONROE ST, STE 3000<br>CHICAGO, IL 60603<br>CLINTON.CAMERON@CLYDECO.US;<br>MEGHAN.DALTON@CLYDECO.US |
| COHEN, PLACITELLA & ROTH, P.C.<br>ATTN DENNIS M. GEIER &<br>CHRISTOPHER M. PLACITELLA<br>127 MAPLE AVE<br>RED BANK, NJ 07701<br>DGEIER@CPRLAW.COM;<br>CPLACITELLA@CPRLAW.COM | COHEN, PLACITELLA & ROTH, P.C.<br>ATTN JARED M. PLACITELLA<br>2001 MARKET ST, SUITE 2900<br>PHILADELPHIA, PA 19103<br>JMPLACITELLA@CPRLAW.COM |
| COLE SCHOTZ P.C.<br>(COUNSEL TO CLAIMANTS REPRESENTED BY BARNES LAW)<br>ATTN: MARK TSUKERMAN<br>1325 AVENUE OF THE AMERICAS<br>19TH FLOOR<br>NEW YORK, NY 10019-6079<br>MTSUKERMAN@COLESCHOTZ.COM | COOLEY LLP<br>(COUNSEL TO OFFICIAL COMMITTEE OF TALC CLAIMANTS)<br>ATTN: EVAN M. LAZEROWITZ<br>55 HUDSON YARDS<br>NEW YORK, NY 10001<br>ELAZEROWITZ@COOLEY.COM |
| CORDES LAW, PLLC<br>(COUNSEL TO BCBS OF MASSACHUSETTS, INC.)<br>ATTN STACY C. CORDES & MEGHAN A. VAN VYNCKT<br>1800 EAST BOULEVARD<br>CHARLOTTE, NC 28203<br>STACY@CORDES-LAW.COM;<br>MEGHAN@CORDES-LAW.COM | COUGHLIN MIDLIGE & GARLAND LLP<br>(COUNSEL TO ARROWOOD INDEMNITY COMPANY)<br>ATTN: SUZANNE C. MIDLIGE<br>P.O. BOX 1917<br>350 MOUNT KEMBLE AVENUE<br>MORRISTOWN, NJ 07962-1917<br>SMIDLIGE@CMG.LAW |

| | |
|---|---|
| ROWELL & MORING LLP<br>(COUNSEL TO CENTURY INSURERS, ALLIANZ INSURERS)<br>ATTN GREGORY GENNADY PLOTKO<br>590 MADISON AVENUE, 19TH FLOOR<br>NEW YORK, NY 10022-2524<br>GPLOTKO@CROWELL.COM | CROWELL & MORING LLP<br>(COUNSEL TO CENTURY INSURERS, ALLIANZ INSURERS)<br>ATTN MARK D. PLEVIN & KEVIN D. CACABELOS<br>THREE EMBARCADERO CENTER, 26TH FLOOR<br>SAN FRANCISCO, CA 94111<br>MPLEVIN@CROWELL.COM;<br>KCACABELOS@CROWELL.COM |
| CROWELL & MORING LLP<br>(COUNSEL TO CENTURY INSURERS ALLIANZ INSURERS)<br>ATTN TACIE YOON & RACHEL JANKOWSKI<br>1001 PENNSYLVANIA AVE, N.W.<br>WASHINGTON, DC 20004<br>TYOON@CROWELL.COM;<br>RJANKOWSKI@CROWELL.COM | DALIMONTE RUEB STOLLER, LLP<br>ATTN JOHN A DALIMONTE,<br>JENNIFER ORENDI & GREGORY RUEB<br>1250 CONNECTICUT AVE NW, STE 200<br>WASHINGTON, DC 20036<br>JOHN@DRLAWLL.COM;<br>GREG@DRLAWLLP.COM |
| DEAN OMAR BRANHAM SHIRLEY, LLC<br>ATTN JESSICA DEAN, J BRADLEY SMITH, CHARLES W BRANHAM III<br>302 N MARKET ST, STE 300<br>DALLAS, TX 75202<br>JDEAN@DOBSLEGAL.COM;<br>TBRANHAM@DOBSLEGAL.COM;<br>BSMITH@DOBSLEGAL.COM | DLA PIPER LLP (US)<br>(COUNSEL TO CENTURY INSURERS)<br>ATN AIDAN MCCORMACK & BRIAN SEIBERT<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020<br>AIDAN.MCCORMACK@DLAPIPER.COM;<br>BRIAN.SEIBERT@DLAPIPER.COM |
| DRISCOLL FIRM, LLC<br>ATTN JOHN DRISCOLL<br>211 NORTH BROADWAY, 40TH FL<br>ST LOUIS, MO 63102<br>JOHN@THEDRISCOLLFIRM.COM | DUANE MORRIS LLP<br>(COUNSEL TO REPUBLIC INDEMNITY)<br>ATTN: PHILIP R. MATTHEWS<br>SPEAR TOWER<br>ONE MARKET PLAZA, STE 2200<br>SAN FRANCISCO, CA 94105-1127<br>PRMATTHEWS@DUANEMORRIS.COM |
| DUANE MORRIS LLP<br>(COUNSEL TO REPUBLIC INDEMNITY)<br>ATTN: SOMMER L. ROSS<br>1940 ROUTE 70 EAST, STE 100<br>CHERRY HILL, NJ 08003-2171<br>SLROSS@DUANEMORRIS.COM | EAMONN O'HAGAN, ESQ<br>(COUNSEL TO PENSION BENEFIT GUARANTY CORP)<br>970 BROAD ST, STE 700<br>NEWARK, NJ 07102<br>EAMONN.OHAGAN@USDOJ.GOV |

| | |
|---|---|
| EMMET, MARVIN & MARTIN LLP<br>(COUNSEL TO PTI UNION LLC & PTI ROYSTON LLC)<br>ATTN: THOMAS A PITTA<br>120 BROADWAY, 32ND FLOOR<br>NEW YORK, NY 10271<br>TPITTA@EMMETMARVIN.COM | EPIQ CORPORATE RESTRUCTURING, LLC<br>ATTN LTL CASE TEAM<br>PO BOX 4419<br>BEAVERTON, OR 97076-4419<br>LTLINFO@EPIQGLOBAL.COM |
| FERRARO LAW FIRM<br>ATN LESLIE ROTHENBERG & JOSE BECERR<br>600 BRICKELL AVE, STE 3800<br>MIAMI, FL 33131<br>LBR@FERRAROLAW.COM;<br>JLB@FERRAROLAW.COM | FLINT LAW FIRM LLC<br>ATTN ETHAN FLINT<br>222 E PARK ST, STE 500, PO BOX 189<br>EDWARDSVILLE, IL 62034<br>EFLINT@FLINTLAW.COM |
| GENOVA BURNS LLC<br>(COUNSEL TO OFFIC. COMMIT. OF TALC CLAIMANTS)<br>ATTN: DANIEL M. STOLZ, ESQ, DONALD W. CLARKE, ESQ,<br>MATTHEW I. W. BAKER, ESQ<br>110 ALLEN ROAD, STE 304<br>BASKING RIDGE, NJ 07920<br>DSTOLZ@GENOVABURNS.COM;<br>DCLARKE@GENOVABURNS.COM;<br>MBAKER@GENOVABURNS.COM | GIMIGLIANO MAURIELLO & MALONEY<br>(COUNSEL TO TRAVELERS)<br>ATTN STEPHEN V. GIMIGLIANO, JOHN MALONEY &<br>ROBIN RABINOWITZ<br>PO BOX 1449<br>MORRISTOWN, NJ 07962-1449<br>SGIMIGLIANO@LAWGMM.COM;<br>JMALONEY@LAWGMM.COM;<br>RRABINOWITZ@LAWGMM.COM |
| GOLOMB SPIRIT GRUNFELD, PC<br>ATN RICHARD GOLOMB, ANDREW SPIRIT &<br>KENNETH GRUNFELD<br>1835 MARKET ST, STE 2900<br>PHILADELPHIA, PA 19103<br>KGRUNFELD@GOLOMBHONIK.COM;<br>RGOLOMB@GOLOMBHONIK.COM;<br>ASPIRT@GOLOMBHONIK.COM;<br>KGOLOMB@GOLOMBLEGAL.COM | GREENBAUM, ROWE, SMITH & DAVIS LLP<br>(COUNSEL TO MOTLEY RICE LLC)<br>ATTN: NANCY ISAACSON, ESQ<br>75 LIVINGSTON AVENUE<br>STE 301<br>ROSELAND, NJ 07068<br>NISAACSON@GREENBAUMLAW.COM |
| GREENBERG TRAURIG, LLP<br>(COUNSEL TO BAUSCH HEALTH)<br>ATTN: ALAN J. BRODY<br>500 CAMPUS DRIVE<br>FLORHAM PARK, NJ 07932<br>BRODYA@TLAW.COM | HALPERIN BATTAGLIA BENZIJA LLP<br>(COUNSEL TO BLUE CROSS BLUE SHIELD)<br>ATTN: ALAN D. HALPERIN, DONNA H. LIEBERMAN<br>40 WALL STREET, 37TH FLOOR<br>NEW YORK, NY 10005<br>AHALPERIN@HALPERINLAW.NET;<br>DLIEBERMAN@HALPERINLAW.NET |

| | |
|---|---|
| HILL HILL CARTER FRANCO COLE & BLACK, PC<br>ATTN ELIZABETH CARTER<br>425 PERRY STREET<br>MONTGOMERY, AL 36104<br>ECARTER@HILLHILLCARTER.COM | HONIK LLC<br>ATTN RUBEN HONIK & DAVID STANOCH<br>1515 MARKET ST, STE 1100<br>PHILADELPHIA, PA 19102<br>RUBEN@HONIKLAW.COM;<br>DAVID@HONIKLAW.COM |
| HUGHES HUBBARD & REED LLP<br>(COUNSEL TO IMERYS SA)<br>ATTN CHRISTOPHER L. KIPLOK, WILLIAM J. BEAUSOLEIL<br>& ERIN E. DIERS<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004<br>CHRIS.KIPLOK@HUGHESHUBBARD.COM;<br>WILLIAM.BEAUSOLEIL@HUGHESHUBBARD.COM;<br>ERIN.DIERS@HUGHESHUBBARD.COM | J.C. WHITE LAW GROUP PLLC<br>(COUNSEL TO ONDERLAW, LLC)<br>ATTN: JAMES C. WHITE<br>100 EUROPA DRIVE, SUITE 401<br>CHAPEL HILL, NC 27517<br>JWHITE@JCWHITELAW.COM |
| JD THOMPSON LAW<br>(COUNSEL TO BARNES LAW GROUP PLAINTIFFS)<br>ATTN JUDY D. THOMPSON<br>P.O. BOX 33127<br>CHARLOTTE, NC 28233<br>JDT@JDTHOMPSONLAW.COM | JOHNSON LAW GROUP<br>ATTN BLAKE TANASE & BASIL ADHAM<br>2925 RICHMOND AVE, STE 1700<br>HOUSTON, TX 77098<br>BLAKE.TANASE@JOHNSONLAWGROUP.COM |
| JONES DAY<br>(DEBTOR'S COUNSEL)<br>ATTN: GREGORY M GORDON,<br>DAN B. PRIETO & AMANDA RUSH<br>2727 N HARWOOD ST<br>DALLAS, TX 75201<br>GMGORDON@JONESDAY.COM;<br>DBPRIETO@JONESDAY.COM;<br>ASRUSH@JONESDAY.COM | JONES DAY<br>(DEBTOR'S COUNSEL)<br>ATTN BRAD B ERENS<br>110 NORTH WACKER DRIVE, SUITE 4800<br>CHICAGO, IL 60601<br>BBERENS@JONESDAY.COM |
| KARST & VON OISTE, LLP<br>(COUNSEL TO TCC T WHETSEL, ET AL)<br>ATTN DAVID A CHANDLER<br>505 MAIN ST<br>PORT JEFFERSON, NY 11777<br>DAC@KARSTVONOISTE.COM | KASOWITZ BENSON TORRES LLP<br>(COUNSEL TO CYPRUS MINES CORPORATION)<br>ATTN: DAVID S. ROSNER, ROBERT M. NOVICK &<br>ANDREW S. GOLDEN<br>1633 BROADWAY<br>NEW YORK, NY 10019<br>DROSNER@KASOWITZ.COM;<br>RNOVICK@KASOWITZ.COM;<br>AGOLDEN@KASOWITZ.COM |

| | |
|---|---|
| KASOWITZ BENSON TORRES LLP<br>(COUNSEL TO CYPRUS MINES CORPORATION)<br>ATTN: MICHAEL E. HUTCHINS<br>1230 PEACHTREE, NE, SUITE 2445<br>ATLANTA, GA 30309<br>MHUTCHINS@KASOWITZ.COM | KATTEN MUCHIN ROSENMAN LLP<br>(COUNSEL TO ATLANTA INTERNATIONAL COMPANY, ETC)<br>ATTN: SHAYA ROCHESTER<br>575 MADISON AVE<br>NEW YORK, NY 10022-2585<br>SHAYA.ROCHESTER@KATTEN.COM |
| KATTEN MUCHIN ROSENMAN LLP<br>(COUNSEL TO ATLANTA INTERNATIONAL INSURANCE, ETC)<br>ATTN: KELSEY R. PANIZZOLO<br>550 SOUTH TRYON STREET<br>STE 2900<br>CHARLOTTE, NC 28202-4213<br>KELSEY.PANIZZOLO@KATTEN.COM | KAZAN MCCLAIN SATTERLY & GREENWOOD PLC<br>C/O JOSEPH SATTERLEY, STEVEN KAZAN &<br>DENYSE F. CLANCY<br>55 HARISON ST, STE 400<br>OAKLAND, CA 94607<br>JSATTERLEY@KAZANLAW.COM |
| KENNEDYS CMK LLP<br>(COUNSEL TO TIG INSURANCE CO & EVEREST REINSURANCE CO)<br>ATTN: HEATHER E. SIMPSON<br>120 MOUNTAIN VIEW BLVD<br>PO BOX 650<br>BASKING RIDGE, NJ 07920<br>HEATHER.SIMPSON@KENNEDYSLAW.COM | KIESEL LAW, LLP<br>ATTN PAUL R KIESEL & MELANIE PALMER<br>8648 WILSHIRE BLVD<br>BEVERLY HILLS, CA 90211<br>ZUKIN@KIESEL.LAW;<br>KIESEL@KIESEL.LAW;<br>PALMER@KIESEL.LAW |
| KING & SPALDING LLP<br>(COUNSEL TO BESTWALL LLC)<br>ATTN: RICHARD A. SCHNEIDER<br>1180 PEACHTREE STREET, N.E.<br>ATLANTA, GA 30309<br>DSCHNEIDER@KSLAW.COM | KLEHR HARRISON HARVEY BRANZBURG LLP<br>(COUNSEL TO AD HOC MESOTHELIOMA COMMITTEE)<br>ATTN CAROL A SLOCUM, MORTON R BRANZBURG<br>10000 LINCOLN DRIVE E, STE 201<br>MARLTON, NJ 08053<br>MBRANZBURG@KLEHR.COM |

| | |
|---|---|
| LEHR HARRISON HARVEY BRANZBURG LLP<br>(COUNSEL TO AD HOC MESOTHELIOMA COMMITTEE)<br>ATTN: MORTON R. BRANZBURG, ESQ.<br>1835 MARKET ST.<br>PHILADELPHIA, PA 19103<br>CSLOCUM@KLEHR.COM | KTBS LAW LLP<br>(COUNSEL TO AYLSTOCK, WITKIN, KREIS &<br>OVERHOLTZ, PLLC)<br>ATTN MICHAEL L TUCHIN, ESQ, ROBERT J PFISTER,<br>ESQ, SAMUEL M KIDDER, ESQ & NIR MAOZ, ESQ<br>1801 CENTURY PARK EAST, 26TH FL<br>LOS ANGELES, CA 90067<br>NMAOZ@KTBSLAW.COM;<br>SKIDDER@KTBSLAW.COM;<br>RPFISTER@KTBSLAW.COM;<br>MTUCHIN@KTBSLAW.COM |
| LANIER LAW FIRM<br>ATTN MICHAEL A AKSELRUD<br>21550 OXNARD ST, 3RD FL<br>WOODLANDS HILLS, CA 91367<br>MICHAEL.AKSELRUD@LANIERLAWFIRM.COM | LATHAM & WATKINS LLP<br>(COUNSEL TO IMERYS TALC AMERICA, INC., ETC)<br>ATTN JEFFREY E. BJORK, KIMBERLY A. POSIN, AMY C.<br>QUARTAROLO<br>355 SOUTH GRAND AVENUE, SUITE 100<br>LOS ANGELES, CA 90071-1560<br>JEFF.BJORK@LW.COM;<br>KIM.POSIN@LW.COM;<br>AMY.QUARTAROLO@LW.COM |
| LATHAM & WATKINS LLP<br>(COUNSEL TO IMERYS TALC AMERICA, INC. ETC.)<br>ATTN ADAM S. RAVIN<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020-1401<br>ADAM.RAVIN@LW.COM | LAW FIRM OF BRIAN W HOFMEISTER, LLC<br>(COUNSEL TO VARIOUS CLAIMANTS)<br>ATTN: BRIAN W. HOFMEISTER<br>313 PRINCETON PIKE, BLDG 5, STE 110<br>LAWRENCEVILLE, NJ 08648<br>BWH@HOFMEISTERFIRM.COM |
| LAW OFFICES OF R. KEITH JOHNSON, P.A.<br>(COUNSEL TO LINDA RABASCA AND BRANDI CARL)<br>ATTN: R. KEITH JOHNSON<br>1275 S. NC BUS. HWY. 16<br>STANLEY, NC 28164<br>RGOLOMB@GOLOMBLEGAL.COM | LEVIN PAPANTONIO RAFFERTY<br>ATTN: CHRISTOPHER TISI<br>316 S BAYLEN STREET, SUITE 600<br>PENSACOLA, FL 325002<br>CTISIS@LEVINLAW.COM |

| | |
|---|---|
| LEVY KONIGSBERG LLP<br>ATTN MOSHE MAIMON<br>101 GROVERS MILL RD, STE 105<br>LAWRENCE TWP, NJ 08648<br>MMAIMON@LEVYLAW.COM | LEVY KONIGSBERG LLP<br>(COUNSEL TO RANDY DEROUEN)<br>ATTN JEROME BLOCK & AUDREY RAPHAEL<br>605 THIRD AVE., 33RD FLOOR<br>NEW YORK, NY 10158<br>JBLOCK@LEVYLAW.COM |
| LEX NOVA LAW LLC<br>(COUNSEL TO ERWIN CHEMERINSKY, GIOVANNI SOSA)<br>ATTN E RICHARD DRESSEL<br>10 E STOW RD, STE 250<br>MARLTON, NJ 08053<br>RDRESSEL@LEXNOVALAW.COM | LEX NOVA LAW LLC<br>(COUNSEL TO EVAN PLOTKIN)<br>ATTN E RICHARD DRESSEL<br>10 E STOW RD, STE 250<br>MARLTON, NJ 08053<br>RDRESSEL@LEXNOVALAW.COM |
| LITE DEPALMA GREENBERG & AFANADOR, LLC<br>(COUNSEL TO DISANTO)<br>ATTN: ALLEN J. UNDERWOOD II<br>570 BROAD ST, STE 1201<br>NEWARK, NJ 07102<br>AUNDERWOOD@LITEDEPALMA.COM | LOWENSTEIN SANDLER LLP<br>(COUNSEL TO JOHNSON & JOHNSON)<br>ATTN: KENNETH A. ROSEN, MARY E. SEYMOUR<br>ONE LOWENSTEIN DR<br>ROSELAND, NJ 07068<br>KROSEN@LOWENSTEIN.COM;<br>MSEYMOUR@LOWENSTEIN.COM |
| MANIER & HEROD, P.C.<br>(COUNSEL TO WESTCHESTER FIRE INSURANCE COMPANY)<br>ATTN: ROBERT W. MILLER<br>1201 DEMONBREUN ST.<br>SUITE 900<br>NASHVILLE, TN 37203<br>RMILLER@MANIERHEROD.COM | MARSHACK HAYS LLP<br>(COUNSEL TO VARIOUS TALC CLAIMANTS)<br>ATTN: LAILA MASUD, ESQ.<br>870 ROOSEVELT<br>IRVINE, CA 92620<br>LMASUD@MARSHACKHAYS.COM |
| MASSEY & GAIL LLP<br>(SPECIAL COUNSEL TO THE TALC CLAIMANTS)<br>ATTN JONATHAN S. MASSEY<br>1000 MAIN AVENUE SW, SUITE 4510<br>WASHINGTON, DC 20024<br>JMASSEY@MASSEYGAIL.COM | MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC<br>ATTN T BARTON FRENCE<br>1015 LOCUST ST, STE 1200<br>ST. LOUIS, MO 63101<br>BFRENCH@MRHFMLAW.COM |

| | |
|---|---|
| MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC<br>(COUNSEL TO TCC KATHERINE TOLLEFSON)<br>ATTN SUZANNE M RATCLIFFE<br>150 WEST 30TH ST, STE 201<br>NEW YORK, NY 10001<br>SRATCLIFFE@MRHFMLAW.COM | MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC<br>ATTN: CLAYTON L. THOMPSON<br>150 WEST 30TH STREET, STE 201<br>NEW YORK, NY 10001<br>CTHOMPSON@MRHFMLAW.COM |
| MCCARTER & ENGLISH LLP<br>ATTN: BRETT D. KAHN, THOMAS W. LADD<br>FOUR GATEWAY CENTER<br>100 MULBERRY STREET<br>NEWARK, NJ 07102<br>BKAHN@MCCARTER.COM;<br>TLADD@MCCARTER.COM | MCMANIMON, SCOTLAND & BAUMANN, LLC<br>(COUNSEL TO ALISHIA LANDRUM)<br>ATTN: ANTHONY SODONO, SARI PLACONA<br>75 LIVINGSTON AVE, 2ND FL<br>ROSELAND, NJ 07068<br>ASODONO@MSBNJ.COM;<br>SPLACONA@MSBNJ.COM |
| MILLER FIRM, LLC<br>ATTN CURTIS G HOKE<br>108 RAILROAD AVE<br>ORANGE, VA 22960<br>CHOKE@MILLERFIRMLLC.COM | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C<br>(COUNSEL TO ALLIANZ INSURERS)<br>ATTN: PAUL W. KALISH, ELLEN M. FARRELL<br>555 12TH STREET N.W., STE 1100<br>WASHINGTON, DC 20004<br>PWKALISH@MINTZ.COM;<br>EMFARRELL@MINTZ.COM |
| MOON WRIGHT & HOUSTON, PLLC<br>(COUNSEL TO ARNOLD & ITKIN PLAINTIFFS)<br>ATTN RICHARD S WRIGHT, ANDREW T HOUSTON &<br>CALEB BROWN<br>121 W. TRADE STREET, SUITE 1950<br>CHARLOTTE, NC 28202<br>RWRIGHT@MWHATTORNEYS.COM;<br>AHOUSTON@MWHATTORNEYS.COM;<br>CBROWN@MWHATTORNEYS.COM | MOORE & VAN ALLEN PLLC<br>(COUNSEL TO J & J AND J & J CONSUMER INC.)<br>ATTN HILLARY B CRABTREE<br>100 N TRYON ST, STE 4700<br>CHARLOTTE, NC 28202<br>HILLARYRCRABTREE@MVALAW.COM |

| | |
|---|---|
| MORITT HOCK & HAMROFF LLP<br>(COUNSEL TO PTI UNION, LLC ET AL.)<br>ATTN LESLIE A BERKOFF<br>ALLISON AROTSKY<br>400 GARDEN CITY PLAZA<br>GARDEN CITY, NY 11530<br>LBERKOFF@MORITTHOCK.COM;<br>AAROTSKY@MORITTHOCK.COM | MOTLEY RICE LLC<br>ATTN JOHN D HURST<br>50 CLAY ST, STE 1<br>MORGANTOWN, WV 26501<br>JHURST@MOTLEYRICE.COM |
| OTLEY RICE LLC<br>ATTN CARMEN S. SCOTT<br>28 BRIDGESIDE BLVD<br>MOUNT PLEASANT, SC 29464<br>CSCOTT@MOTLEYRICE.COM | MOTLEY RICE LLC<br>(COUNSEL TO PLAINTIFFS)<br>ATTN: DANIEL R. LAPINSKI<br>210 LAKE DRIVE EAST, STE 101<br>CHERRY HILL, NJ 08002<br>DLAPINSKI@MOTLEYRICE.COM |
| NAPOLI SHKOLNIK PLLC<br>ATTN JAMES D HEISMAN &<br>CHRISTOPHER R LOPALO<br>919 NORTH MARKET ST, STE 1801<br>WILMINGTON, DE 19801<br>CLOPALO@NAPOLIBERN.COM; | OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>(COUNSEL FOR THE STATE OF TEXAS)<br>ASSISTANT ATTORNEYS GENERAL<br>ATTN: RACHEL R OBALDO & AUTUMN D HIGHSMITH<br>PO BOX 12548- MC 008<br>AUSTIN, TX 78711-2548<br>RACHEL.OBALDO@OAG.TEXAS.GOV;<br>AUTUMN.HIGHSMITH@OAG.TEXAS.GOV |
| OFFIT KURMAN, P.A.<br>(COUNSEL TO AYLSTOCK, WITKIN, KREIS &<br>OVERHOLTZ, PLLC)<br>ATTN PAUL R. BAYNARD, ESQ.<br>301 SOUTH COLLEGE ST, STE 2600<br>CHARLOTTE, NC 28202<br>PAUL.BAYNARD@OFFITKURMAN.COM | OFFIT KURMAN, P.A.<br>(COUNSEL TO AWKO)<br>ATTN PAUL J. WINTERHALTER<br>99 WOOD AVENUE SOUTH, SUITE 203<br>ISELIN, NJ 08830<br>PWINTERHALTER@OFFITKURMAN.COM |

| | |
|---|---|
| ONDERLAW, LLC<br>ATTN JAMES ONDER<br>110 EAST LOCKWOOD, SECOND FL<br>ST LOUIS, MO 63119<br>ONDER@ONDERLAW.COM | OTTERBOURG P.C.<br>(COUNSEL TO PLANTIFF'S STEERING COMMITTEE)<br>ATTN: JOHN BOUGIAMAS, MELANIE L CYGANOWSKI &<br>ADAM C SILVERSTEIN<br>230 PARK AVENUE<br>NEW YORK, NY 10169<br>JBOUGIAMAS@OTTERBOURG.COM;<br>MCYGANOWSKI@OTTERBOURG.COM;<br>ASILVERSTEIN@OTTERBOURG.COM |
| ACHULSKI STANG ZIEHL & JONES LLP<br>(COUNSEL TO ARNOLD & ITKIN LLP)<br>ATTN: LAURA JONES, KAREN DINE, COLIN ROBINSON, PETER KEANE<br>919 N. MARKET ST, 17TH FL<br>WILMINGTON, DE 19801<br>LJONES@PSZJLAW.COM;<br>KDINE@PSZJLAW.COM;<br>CROBINSON@PSZJLAW.COM;<br>PKEANE@PSZJLAW.COM | PARKER POE ADAMS & BERNSTEIN LLP<br>(COUNSEL FOR THE CONTINENTAL INSURANCE COMPANY)<br>ATTN ASHLEY A EDWARDS, ESQ<br>620 SOUTH TRYON ST, STE 800<br>CHARLOTTE, NC 28202<br>ASHLEYEDWARDS@PARKERPOE.COM |
| PARKINS LEE & RUBIO LLP<br>(SPECIAL COUNSEL TO THE TALC CLAIMANTS)<br>ATTN LENARD M. PARKINS & CHARLES M. RUBIO<br>PENNZOIL PLACE<br>700 MILAM STREET, SUITE 130<br>HOUSTON, TX 77002<br>LPARKINS@PARKINSLEE.COM;<br>CRUBIO@PARKINSLEE.COM | PENSION BENEFIT GUARANTY CORPORATION<br>OFFICE OF THE GENERAL COUNSEL<br>ATTN CAROLYN J LACHMAN<br>1200 K STREET, NW, STE 340<br>WASHINGTON, DC 20005-4026<br>LACHMAN.CAROLYN@PBGC.GOV;<br>EFILE@PBGC.GOV |
| PENSION BENEFIT GUARANTY CORPORATION<br>OFFICE OF THE GENERAL COUNSEL<br>ATTN SIMON J TORRES<br>1200 K STREET, NW<br>WASHINGTON, DC 20005<br>TORRES.SIMON@PBGC.GOV;<br>EFILE@PBGC.GOV | PORZIO, BROMBERG & NEWMAN, P.C.<br>(COUNSEL TO RIO TINTO AMERICA HOLDINGS INC.,)<br>ATTN: RACHEL A. PARISI, ESQ.<br>100 SOUTHGATE PARKWAY<br>MORRISTOWN, NJ 07962<br>RAPARISI@PBNLAW.COM;<br>KDCURTIN@PBNLAW.COM |

| | |
|---|---|
| PRYOR CASHMAN LLP<br>(COUNSEL WILLIAM HART PLAINTIFFS)<br>ATTN: SETH H. LIEBERMAN &<br>ANDREW S. RICHMOND<br>7 TIMES SQUARE<br>NEW YORK, NY 10036-6569<br>SLIEBERMAN@PRYORCASHMAN.COM;<br>ARICHMOND@PRYORCASHMAN.COM | RABINOWITZ, LUBETKIN & TULLY, LLC<br>(COUNSEL TO PROFESSOR J. MARIA GLOVER)<br>ATTN: JONATHAN RABINOWITZ<br>293 EISENHOWER PKWY, STE 100<br>LIVINGSTON, NJ 07039<br>JRABINOWITZ@RLTLAWFIRM.COM |
| RANDI S. ELLIS<br>(FUTURE TALC CLAIMANTS REPRESENTATIVE)<br>RANDI S. ELLIS, LLC<br>2220 WESTCREEK LANE SUITE 217<br>HOUSTON, TX 77027<br>RANDI@RANDIELLIS.COM | RAWLINGS & ASSOCIATES<br>(COUNSEL TO BLUE CROSS BLUE SHIELD)<br>ATTN: MARK D FISCHER, ROBERT C GRIFFITH<br>1 EDEN PARKWAY<br>LA GRANGE, KY 40031<br>MDF@RAWLINGSANDASSOCIATES.COM;<br>RGL@RAWLINGSANDASSOCIATES.COM |
| REED SMITH LLP<br>(COUNSEL TO CYPRUS MINES CORPORATION)<br>ATTN PAUL M SINGER, ESQ<br>REED SMITH CENTRE<br>225 FIFTH AVENUE<br>PITTSBURGH, PA 15222<br>PSINGER@REEDSMITH.COM | REED SMITH LLP<br>(COUNSEL TO CYRUS MINES CORPORATION)<br>ATTN JASON D ANGELO, ESQ<br>1201 MORTH MARKET STREET, SUITE 1500<br>WILMINGTON, DE 19801<br>JANGELO@REEDSMITH.COM |
| REED SMITH LLP<br>(COUNSEL TO CYPRUS MINES CORPORATION)<br>ATTN: DEREK J. BAKER, ESQ.<br>506 CARNEGIE CENTER<br>STE 300<br>PRINCETON, NJ 08543<br>DBAKER@REEDSMITH.COM; | RIVKIN RADLER LLP<br>(COUNSEL TO SENTRY INSURANCE COMPANY)<br>ATTN: BRIAN R. ADE<br>25 MAIN ST<br>COURT PLAZA NORTH, STE 501<br>HACKENSACK, NJ 07601-7082<br>BRIAN.ADE@RIVKIN.COM |
| ROBINSON, CALCAGNIE, ROBINSON, SHAPIRO, DAVIS, INC.<br>ATTN MARK P. ROBINSON, JR.<br>19 CORPORATE PLAZA DRIVE<br>NEWPORT BEACH, CA 92660<br>MROBINSON@ROBINSONFIRM.COM | ROSS FELLER CASEY, LLP<br>ATTN: BRIAN J. MCCORMICK, JR.<br>ONE LIBERTY PLACE<br>1650 MARKET ST, 34TH FL<br>PHILADELPHIA, PA 19103<br>BMCCCORMICK@ROSSFELLERCASEY.COM |

| | |
|---|---|
| RUGGERI PARKS WEINBERG LLP<br>(COUNSEL TO HARTFORD ACCIDENT AND INDEMNITY...)<br>ATTN: JOSHUA D. WEINBERG, JOSHUA P. MAYER<br>1875 K STREET NW, STE 600<br>WASHINGTON, DC 20006-1251<br>JWEINBERG@RUGGERILAW.COM;<br>JMAYER@RUGGERILAW.COM | SAIBER LLC<br>(COUNSEL TO KRISTIE LYNN DOYLE)<br>ATTN: JOHN M AUGUST & MARC E WOLIN<br>18 COLUMBIA TURNPIKE, STE 200<br>FLORHAM PARK, NJ 07932<br>JAUGUST@SAIBER.COM;<br>MWOLIN@SAIBER.COM |
| SHERMAN SILVERSTEIN KOHL ROSE & PODOLSKY, P.A.<br>(COUNSEL TO OFFICIAL COMMITTEE OF TALC CLAIMANTS)<br>ATTN: ARTHUR J ABRAMOWITZ, ALAN I MOLDOFF<br>ROSS J SWITKES<br>308 HARPER DRIVE, STE 200<br>MOORESTOWN, NJ 08057<br>AABRAMOWITZ@SHERMANSILVERSTEIN.COM;<br>AMOLDOFF@SHERMANSILVERSTEIN.COM;<br>RSWITKES@SHERMANSILVERSTEIN.COM | SIMMONS HANLY CONROY LLC<br>ATTN JAMES KRAMER<br>112 MADISON AVE<br>NEW YORK, NY 10016<br>JKRAMER@SIMMONSFIRM.COM |
| MON GREENSTONE PANATIERE BARTLETT, PC<br>ATTN CHRIS PANATIER<br>1201 ELM ST, STE 3400<br>DALLAS, TX 75204<br>CPANATIER@SGPBLAW.COM | SIMPSON THACHER & BARTLETT LLP<br>(COUNSEL TO BAUSCH HEALTH)<br>ATTN: SANDEEP QUSBA, CRAIG S. WALDMAN,<br>JAMIE J. FELL, ZACHARY J. WEINER, ESQS<br>425 LEXINGTON AVE<br>NEW YORK, NY 10017<br>SQUSBA@STBLAW.COM;<br>CWALDMAN@STBLAW.COM;<br>JAMIE.FELL@STBLAW.COM;<br>ZACHARY.WEINER@STBLAW.COM; |
| SIMPSON THACHER & BARTLETT LLP<br>(COUNSEL TO TRAVELERS CASUALTY AND SURETY COMPANY)<br>ATTN: MICHAEL H. TORKIN, ANDREW T. FRANKEL,<br>KATHRINE A. MCLENDON<br>425 LEXINGTON AVENUE<br>NEW YORK, NY 10017<br>MICHAEL.TORKIN@STBLAW.COM;<br>AFRANKEL@STBLAW.COM;<br>KMCLENDON@STBLAW.COM; | SIMPSON THACHER & BARTLETT LLP<br>(COUNSEL TO TRAVELERS)<br>ATTN ANDREW T. FRANKEL<br>425 LEXINGTON AVENUE<br>NEW YORK, NY 10017<br>AFRANKEL@STBLAW.COM |

| | |
|---|---|
| STEVENS & LEE, P.C.<br>(COUNSEL TO HARTFORD ACCIDENT AND INDEMNITY ..)<br>ATTN: ANDREAS D. MILLIARESSIS<br>485 MADISON AVE, 20TH FL<br>NEW YORK, NY 10022<br>ANDREAS.MILLIARESSIS@STEVENSLEE.COM | STEVENS & LEE, P.C.<br>(COUNSEL TO HARTFORD ACCIDENT AND INDEMNITY..)<br>ATTN: JOSEPH H. HUSTON, JR.<br>919 NORTH MARKET STREET<br>STE 1300<br>WILMINGTON, DE 19801<br>JOSEPH.HUSTON@STEVENSLEE.COM |
| THE HENDERSON LAW FIRM, PLLC<br>(COUNSEL TO BLUE CROSS BLUE SHIELD ASSOCIATION)<br>2030 SOUTH TRYON ST, STE 3H<br>CHARLOTTE, NC 28203<br>HENDERSON@TITLE11.COM | THE KELLY FIRM, P.C.<br>(COUNSEL TO BCBS OF MASSACHUSETTS)<br>ATTN: ANDREW J. KELLY, ESQ.<br>1011 HIGHWAY 71, STE 200<br>SPRING LAKE, NJ 07762<br>AKELLY@KBTLAW.COM |
| THE LAYTON LAW FIRM, PLLC<br>(COUNSEL TO "WILLIAMS HART PLAINTIFFS")<br>ATTN: CHRISTOPHER D. LAYTON<br>2701 COLTSGATE RD, SUITE 210<br>CHARLOTTE, NC 28211<br>CHRIS@THELAYTONLAWFIRM.COM | THE SHAPIRO LAW FIRM<br>(COUNSEL TO EMPLOYERS INS COMPANY OF WAUSAU &<br>NATIONAL CASUALTY COMPANY)<br>ATTN: JANET A. SHAPIRO<br>325 N. MAPLE DRIVE, #15186<br>BEVERLY HILLS, CA 90209<br>JSHAPIRO@SHAPIROLAWFIRM.COM |
| TOGUT, SEGAL & SEGAL LLP<br>(COUNSEL TO ROGER FRANKEL)<br>ATTN: ALBERT TOGUT, FRANK OSWALD, BRIAN SHAUGHNESSY<br>ONE PENN PLAZA, SUITE 3335<br>NEW YORK, NY 10119<br>ALTOGUT@TEAMTOGUT.COM;<br>FRANKOSWALD@TEAMTOGUT.COM;<br>BSHAUGHNESSY@TEAMTOGUT.COM | TRAMMELL PC<br>ATTN FLETCHER V TRAMMELL<br>3262 WESTHEIMER RD, STE 423<br>HOUSTON, TX 77098<br>FLETCH@TRAMMELLPC.COM |
| TRAURIG LAW LLC<br>ATTN: JEFFREY TAURIG<br>ONE UNIVERSITY PLAZA, STE 124<br>HACKENSACK, NJ 07601<br>JTRAURIG@TRAURIGLAW.COM | TRIF & MODUGNO LLC<br>(COUNSEL TO ATLANTA INTERNATIONAL COMPANY, ETC.)<br>ATTN LOUIS A. MODUGNO<br>89 HEADQUARTERS PLAZA<br>NORTH TOWER, SUITE 1201<br>MORRISTOWN, NJ 07960<br>LMODUGNO@TM-FIRM.COM |

| | |
|---|---|
| VINSON & ELKINS LLP<br>(COUNSEL TO CYPRUS AMAX MINERALS CO)<br>ATTN STEVEN M ABRAMOWITZ<br>1114 AVENUE OF THE AMERICAS, 32ND FL<br>NEW YORK, NY 10036<br>SABRAMOWITZ@VELAW.COM | WALLACE & GRAHAM PA<br>(COUNSEL TO DEAN OMAR BRANHAM SHIRLEY LLP)<br>ATTN: WILLIAM M. GRAHAM<br>525 N. MAIN STREET<br>SALISBURY, NC 28144<br>BGRAHAM@WALLACEGRAHAM.COM |
| WALSH PIZZI O'REILLY FALANGA<br>(PROPOSED COUNSEL TO RANDI S. ELLIS, FTCR)<br>ATTN: MARK FALK<br>THREE GATEWAY CENTER<br>100 MULBERRY ST, 15TH FL<br>NEWARK, NJ 07102<br>MFALK@WALSH.LAW | WARD AND SMITH, P.A.<br>ATTN: PAUL A. FANNING, NORMAN J. LEONARD<br>POST OFFICE BOX 2020<br>ASHEVILLE, NC 28802-2020<br>PAF@WARDANDSMITH.COM;<br>NJL@WARDANDSMITH.COM |
| WEITZ & LUXENBERG, P.C.<br>ATTN ELLEN RELKIN<br>220 LAKE DR EAST, STE 210<br>CHERRY HILL, NJ 08002<br>ERELKIN@WEITZLUX.COM | WEITZ & LUXENBERG, P.C.<br>ATTN DANNY KRAFT, LISA N. BUSCH, JUSTINE DELANEY & PERRY WEITZ<br>700 BROADWAY<br>NEW YORK, NY 10003<br>DKRAFTJR@WEITZLUX.COM;<br>JDELANEY@WEITZLUX.COM;<br>LBUSCH@WEITZLUX.COM |
| WHITE & CASE LLP<br>(COUNSEL TO J & J AND J & J CONSUMER INC)<br>ATTN JESSICA LAURIA, GLENN M KURTZ &<br>RICARDO PASIANOTTO<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020-1095<br>JESSICA.LAURIA@WHITECASE.COM;<br>GKURTZ@WHITECASE.COM;<br>RICARDO.PASIANOTTO@WHITECASE.COM | WHITE & CASE LLP<br>(COUNSEL TO J & J AND J & J CONSUMER INC)<br>ATTN MICHAEL C SHEPHERD & LAURA L FEMINO<br>200 SOUTH BISCAYNE BLVD, STE 4900<br>MIAMI, FL 33131-2352<br>MSHEPHERD@WHITECASE.COM;<br>LAURA.FEMINO@WHITECASE.COM |
| WILLIAMS HART LAW FIRM<br>ATN JOHN BOUNDAS, SEJAL BRAHMNHATT,<br>WALT CUBBERLY & MARGOT TREVINO<br>8441 GULF FREEWAY, STE 600<br>HOUSTON, TX 77017<br>JBOUNDAS@HWLAW.COM | WINDELS MARX LANE & MITTENDORF LLP<br>(COUNSEL TO ALLSTATE INSURANCE CO)<br>ATTN: ANDREW K CRAIG, STEFANO CALOGERO<br>ONE GIRALDA FARMS<br>MADISON, NJ 07940<br>ACRAIG@WINDELSMARX.COM;<br>SCALOGER@WINDELSMARX.COM |

| | |
|---|---|
| WOLLMUTH MAHER & DEUTSCH LLP<br>(LOCAL COUNSEL TO THE DEBTOR)<br>ATTN: JAMES N. LAWLOR, PAUL DEFILIPPO, LYNDON M. TRETTER, JOSEPH F. PACELLI<br>500 FIFTH AVENUE, 12TH FL<br>NEW YORK, NY 10110<br>JLAWLOR@WMD-LAW.COM;<br>PDEFILIPPO@WMD-LAW.COM;<br>LTRETTER@WMD-LAW.COM;<br>JPACELLI@WMD-LAW.COM;<br>BAXELROD@WMD-LAW.COM | WOMBLE BOND DICKINSON (US) LLP<br>(COUNSEL TO AD HOC COMMITTEE OF STATES HOLDING<br>CONSUMER PROTECTION CLAIMS)<br>ATTN MATTHEW WARD & ERICKA JOHNSON<br>1313 N MARKET ST, STE 1200<br>WILMINGTON, DE 19801<br>MATTHEW.WARD@WBD-US.COM;<br>ERICKA.JOHNSON@WBD-US.COM |
| ZELLE LLP<br>(COUNSEL TO EMPLOYERS INS. COMAPNY OF<br>WAUSAU, ET AL.)<br>ATTN ALEXANDER W COGBILL<br>45 BROADWAY, SUITE 920<br>NEW YORK, NY 10006<br>ACOGBILL@ZELLE.COM | |