| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**COOLEY LLP**<br>Cullen D. Speckhart (admitted pro hac vice)<br>Michael Klein (admitted pro hac vice)<br>Erica J. Richards (admitted pro hac vice)<br>Lauren A. Reichardt (admitted pro hac vice))<br>Evan M. Lazerowitz<br>55 Hudson Yards<br>New York, NY 10001<br>Tel: (212) 479-6000<br>Fax: (212) 479-6275<br>Email:  cspeckhart@cooley.com<br>　　　　mklein@cooley.com<br>　　　　erichards@cooley.com<br>　　　　lreichardt@cooley.com<br>　　　　elazerowitz@cooley.com<br><br>*Co-Counsel to the*<br>*Official Committee of Talc Claimants II* | **BAILEY GLASSER LLP**<br>Brian A. Glasser (admitted pro hac vice)<br>Thomas B. Bennett (admitted pro hac vice)<br>Kevin W. Barrett (admitted pro hac vice)<br>Maggie B. Burrus (admitted pro hac vice)<br>Katherine E. Charonko (admitted pro hac vice)<br>1055 Thomas Jefferson St. NW, Suite 540<br>Washington, DC 20007<br>Tel: (202) 463-2101<br>Fax: (202) 463-2103<br>Email: bglasser@baileyglasser.com<br>　　　　tbennett@baileyglasser.com<br>　　　　kbarrett@baileyglasser.com<br>　　　　mburrus@baileyglasser.com<br><br>*Co-Counsel to the*<br>*Official Committee of Talc Claimants II* |
| **WALDREP WALL BABCOCK & BAILEY PLLC**<br>　Thomas W. Waldrep, Jr. (admitted pro hac vice)<br>　Kevin L. Sink (admitted pro hac vice)<br>　James C. Lanik (admitted pro hac vice)<br>　Jennifer B. Lyday (admitted pro hac vice)<br>370 Knollwood Street, Suite 600<br>Winston-Salem, NC 27103<br>Tel: (336) 717-1280<br>Fax: (336) 717-1340<br>Email: notice@waldrepwall.com<br><br>*Co-Counsel to the*<br>*Official Committee of Talc Claimants II* | **MASSEY & GAIL LLP**<br>Jonathan S. Massey (admitted pro hac vice)<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC 20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>Email: jmassey@masseygail.com<br><br>*Co-Counsel to the*<br>*Official Committee of Talc Claimants II* |
| **SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.**<br>Arthur J. Abramowitz<br>Alan I. Moldoff<br>Ross J. Switkes<br>308 Harper Drive, Suite 200<br>Moorestown, NJ 08057<br>Tel: (856) 662-0700<br>Email: aabramowitz@shermansilverstein.com<br>　　　　amoldoff@shermansilverstein.com<br>　　　　rswitkes@shermansilverstein.com<br><br>*Local Counsel to the*<br>*Official Committee of Talc Claimants II* | |

| | |
|---|---|
| In re:<br><br>**LTL MANAGEMENT LLC,**<br><br>Debtor. | Chapter 11<br><br>Case No.:  21-30589 (MBK)<br><br>Honorable Michael B. Kaplan |

**MODIFIED LOCAL FORM CERTIFICATION OF NO OBJECTION REGARDING MONTHLY FEE STATEMENT OF SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A., LOCAL COUNSEL TO THE OFFICIAL COMMITTEE OF TALC CLAIMANTS II, FOR THE PERIOD OF MARCH 1, 2022 THROUGH MARCH 31, 2022 (DOCUMENT NO. 2132)**

The Court authorized, under D.N.J. LBR 2016-3(a), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professionals* [Dkt. No. 761] and *Order Modifying Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professionals* [Dkt. No. 870] (Dkt. Nos. 761 and 870 together, the "Interim Compensation Procedures Order"), compensation to professionals on a monthly basis. Under the Interim Compensation Procedures Order, objections to the monthly fee statement of Sherman, Silverstein, Kohl, Rose & Podolsky, P.A. for the period of March 1, 2022 through March 31, 2022 (the "Monthly Fee Statement") filed and served on April 20, 2022 [Dkt. Nos. 2132; 2153], were to be filed and served not later than May 4, 2022.

I, Arthur J. Abramowitz, Esq., certify that, as of May 5, 2022, I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleasing to the above Monthly Fee Statement has been filed.  Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of this Certification.

Date: May 5, 2022                                                            Respectfully submitted,


                                                                                           */s/ Arthur J. Abramowitz*
                                                                                           Arthur J. Abramowitz