| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**PARKINS LEE & RUBIO LLP**<br>Lenard M. Parkins, Esq.<br>Charles M. Rubio, Esq.<br>lparkins@parkinslee.com<br>crubio@parkinslee.com<br>Pennzoil Place<br>700 Milan St., Suite 1300<br>Houston, TX  77002<br>Tel: (713) 715-1666<br><br>*Special Counsel to*<br>*Official Committee of Talc Claimants* | |
| In re:<br><br>**LTL MANAGEMENT, LLC,**<br><br>                       Debtor. | Chapter 11<br><br>Case No.: 21-30589 (MBK)<br><br>Honorable Michael B. Kaplan |

## MODIFIED LOCAL FORM CERTIFICATION OF NO OBJECTION REGARDING MONTHLY FEE STATEMENT OF PARKINS LEE & RUBIO LLP, SPECIAL COUNSEL TO TALC CLAIMANTS COMMITTEE I, FOR THE PERIOD OF MARCH 1, 2022 THROUGH MARCH 31, 2022

The Court authorized, under D.N.J. LBR 2016-3(a), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professionals* [Dkt. No. 761] and the *Order Modifying Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professionals* [Dkt. No. 870] (Dkt. Nos. 761 and 870 together, the "Interim Compensation Procedures Order"), compensation to professionals on a monthly basis.  Under the Interim Compensation Procedures Order, parties have 14 days after service of a monthly fee statement to object to such statement.

On April 20, 2022, Parkins Lee & Rubio LLP caused to be filed its *Monthly Fee Statement of Parkins Lee & Rubio LLP, Special Counsel To Talc Claimants Committee I, For The Period*

*March 1, 2022 Through March 28, 2022* [Dkt. No. 2135] (the "Subject Monthly Fee Statement"). The Subject Monthly Fee Statement was served on the notice parties on April 20, 2022. Accordingly, objections to the Subject Monthly Fee Statement were to be filed and served no later than May 4, 2022.

I, Charles M. Rubio certify that, as of May 5, 2022, I have reviewed the court's docket in this case and no answer, objection, or other responsive pleading to the Subject Monthly Fee Statement has been filed. Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of this Certification.

Dated: May 5, 2022

**PARKINS LEE & RUBIO LLP**
*Special Counsel to the Talc*
*Claimants Committee I*

By: */s/ Charles M. Rubio*
    Charles M. Rubio