

Genova Burns LLC
110 Allen Rd., Ste. 304
Basking Ridge, NJ 07920
**Tel:** 973.467.2700  **Fax:** 973.467.8126
**Web:** www.genovaburns.com

Daniel M. Stolz, Esq.
Partner
Member of the NJ Bar
dstolz@genovaburns.com
Direct:  973-230-2095

May 19, 2022

*Via ECF and Email*

Honorable Michael B. Kaplan
Chief United States Bankruptcy Judge
United States Bankruptcy Court
402 East State Street
Trenton, NJ 08608

**Re:** **LTL Management LLC**
**Case no. 21-30589 MBK**

Dear Judge Kaplan:

During Ms. Beville's presentation to the Court on May 4th with regard to the status of the retention of TCC professionals, it was agreed that the TCC would provide the Court with a listing of those professionals to be utilized by the TCC going forward.

Attached is a list of the TCC's proposed professionals, the status of the retentions and whether said professional was initially employed by the TCC, TCC I or TCC II.  The TCC reserves the right to seek the retention of additional professionals, should the need arise.  Also attached is a listing of the professionals who will no longer be employed by the TCC.

We are hopeful that the foregoing provides the Court and parties with further clarity regarding the professionals to be employed by the TCC going forward.  We are happy to answer any questions of the Court or the parties during the hearings currently scheduled for May 24, 2022.

Respectfully yours,

**GENOVA BURNS, LLC.**

**DANIEL M. STOLZ**

DMS:ms
Enc.

GENOVA
BURNS
ATTORNEYS-AT-LAW

Honorable Michael B. Kaplan
LTL Management, LLC
May 19, 2002

PAGE 2

cc:  Paul R. DeFilippo, Esq. (pdefilippo@wmd-law.com)
cc:  Gregory M. Gordon, Esq. (gmgordon@jonesday.com)
cc:  Brad B. Erens, Esq. (bberens@jonesday.com)
cc:  Daniel B. Prieto, Esq. (dbprieto@jonesday.com)
cc:  Amanda Rush, Esq. (asrush@jonesday.com)
cc:  David Molton, Esq. (dmolton@brownrudnick.com)
cc:  Robert J. Stark, Esq. (rstark@borwnrudnick.com)
cc:  Jeffrey L. Jonas, Esq. (jjonas@brownrudnick.com)
cc:  Lenard M. Parkins, Esq. (lparkins@parkinslee.com)
cc:  Charles M. Rubio, Esq. (crubio@parkinslee.com)
cc:  Melanie L. Cyganowski, Esq. (mcyganowski@otterbourg.com)
cc:  Jeffrey M. Sponder, Esq. (Jeffrey.m.sponder@usdoj.gov)
cc:  Lauren Bielskie, Esq. (lauren.bielskie@usdoj.gov)
cc:  Robert J. Pfister, Esq. (rpfishter@ktbslaw.com)
cc:  Nir Maoz, Esq. (nmaoz@ktbslaw.com)
cc:  Samuel M. Kidder, Esq. (skidder@ktbslaw.com)
cc:  Arthur J. Abramowitz, Esq. (aabramowitz@shermansilverstein.com)
cc:  Adam C. Silverstein, Esq. (asilverstein@otterbourg.com)
cc:  Brian Glasser, Esq. (bglasser@baileyglasser.com)
cc:  Jonathan Massey, Esq. (jmassey@masseygail.com)
cc:  Kenneth A. Rosen, Esq. (krosen@lowenstein.com)
cc:  Jessica Lauria, Esq. (jessica.lauria@whitecase.com)