**List of Professionals Retained by TCC (and to be Retained):**

| Professional | Type | Retained By / Date of Order | Ret App Doc # (Date) | Ret Order Doc # (Entry Date) |
|---|---|---|---|---|
| **Bailey & Glasser LLP** | Co-Counsel | Original TCC / 12.17.2021 | 502 (11/20/2021) | 865 (12/17/2021) |
| **Brown Rudnick LLP** | Co-Counsel | Original TCC / 12.16.2021 | 501 (11/20/2021) | 853 (12/16/2021) |
| **Genova Burns LLC** | Local Counsel | Original TCC / 12.16.2021 | 422 (11/17/2021) | 850 (12/16/2021) |
| **FTI** | Financial Advisor | Original TCC/ 1.13.2022 (Interim) | 954 (12/22/2021) | 1134 (1/13/2022) |
| **Houlihan Lokey Capital, Inc.** | Investment Banker | Original TCC / 1.12.2022 (Interim) | 953 (12/22/2021) | 1244 (1/24/2022) |
| **Massey & Gail LLP** | Special Counsel | Original TCC / 12.17.2021 | 504 (11/20/2021) | 864 (12/17/2021) |
| **Monzack Mersky and Browder, P.A.** | Special (Delaware) Counsel | Original TCC / 12.29.2021 | 869 (12/17/2021) | 1007 (12/29/2021) |
| **Miller Thomson LLP** | Special Canadian Counsel | Original TCC / 12.29.2021 | 829 (12/14/2021) | 1008 (12/29/2021) |
| **Otterbourg P.C.** | Co-Counsel | Original TCC / 12.16.2021 | 503 (11/20/2021) | 855 (12/16/2021) |
| **Parkins Lee & Rubio LLP** | Special Counsel | Original TCC / 12.16.2021 | 505 (11/20/2021) | 856 (12/16/2021) |
| **Brattle Group, Inc.** | Talc Consultants | TCC I / 2.8.2022 | 1289 | 2124 (4/19/2022) (Amended Order) |
| **Anderson Kill** | Special Insurance Counsel | TCC | | |

16519450v3 (24987.001)

**List of Professionals Retained by TCC I Services No Longer Required:**

| Professional | Type | Retained By / Date of Order | Ret App Doc # (Date) | Ret Order Doc # (Entry Date) |
|---|---|---|---|---|
| **Gilbert LLP** | Special Insurance Counsel | TCC / 4.12.2022 | 1702 (3/11/2022) 2068 (4/11/2022)[1] | 2077 (4/12/2022) (Amended Order) |

**List of Retention Applications by TCC II No Longer Pending:**

| Professional | Type | Ret App Doc # (Date) |
|---|---|---|
| **Cooley LLP** | Co-Counsel | 1080 (1/6/2022) |
| **Ducera Partners LLC** | Investment Banker | 1702 (3/11/2022)[2] |
| **Sherman, Silverstein, Kohl, Rose & Podolsky, P.A.** | Local Counsel | 1079 (1/6/2022) |
| **Waldrep Wall Babcock & Bailey PLLC** | Co-Counsel | 1091(1/7/2022) |

---

[1] An amended retention application for Gilbert LLP was filed on 4/11/2022 (Docket No. 2068).

[2] An order was entered on 4/13/2022 denying the Ducera Partners LLC retention application (Docket No. 2093).

16519450v3 (24987.001)