|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**WOLLMUTH MAHER & DEUTSCH LLP**<br>Paul R. DeFilippo, Esq.<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>Facsimile: (212) 382-0050<br>pdefilippo@wmd-law.com<br><br>**JONES DAY**<br>Gregory M. Gordon, Esq.<br>Brad B. Erens, Esq.<br>Dan B. Prieto, Esq.<br>Amanda Rush, Esq.<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>gmgordon@jonesday.com<br>bberens@jonesday.co<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br><br>ATTORNEYS FOR DEBTOR | **McCARTER & ENGLISH LLP**<br>John C. Garde, Esq. (Bar No. 014171986)<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>Telephone: (973) 622-4444<br>Facsimile: (973) 624-7070<br>jgarde@McCarter.com<br><br>SPECIAL COUNSEL FOR DEBTOR |
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>                    Debtor. | Chapter 11<br><br>Case No.: 21-30589<br><br>Judge: Michael B. Kaplan |

## SUPPLEMENTAL DISCLOSURE OF
## COMPENSATION OF MCCARTER & ENGLISH, LLP

      Pursuant to section 329(a) of the Bankruptcy Code and Rule 2016(b) of the Federal Rules of Bankruptcy Procedure, I, John C. Garde, hereby certify as follows:

      1.     I am a partner with the law firm of McCarter & English, LLP ("McCarter") and am duly authorized to make this Supplemental Disclosure of Compensation on

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

behalf of McCarter in connection with the *Application to Amend Retention of McCarter & English, LLP, Effective as of October 14, 2021* (the "Application") and *Application to Amend Retention of McCarter & English LLP as Special Counsel* (the "Amended Application"). The facts set forth in this Supplemental Disclosure of Compensation are personally known to me and, if called as a witness, I could and would testify thereto.

2. Both the Application and the Amended Application disclosed the amount of fees that McCarter received in the one-year period prior to the Petition Date on the matters for which McCarter was to be retained. On May 17, 2022, my office spoke with the Office of the United States Trustee ("OUST"). The OUST requested that McCarter disclose the total amount of compensation received by McCarter on all matters for Johnson & Johnson[2] and Old JJCI in the one-year preceding the Petition Date.

3. As a result of that discussion, I am filing this Supplemental Disclosure of Compensation.

4. In the one-year period preceding the Petition Date and before the formation of the Debtor, McCarter & English received payments from Johnson & Johnson totaling $9,537,177.75 for fees and expenses relating to all prepetition legal services in connection with its legal work for Johnson & Johnson and Old JJCI.

Date: May 20, 2022

/s/ *John C. Garde*
John C. Garde (Bar No. 014171986)
McCARTER & ENGLISH LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
Facsimile: (973) 624-7070

---

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Amended Application.