**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 21-30589 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON MAY 24, 2022 AT 10:00 A.M.**

*Parties are directed to https://www.njb.uscourts.gov/LTL*
*for appearing via Court-Solutions or in-person, or observing via zoom*

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

NAI-1530626911

**CONTESTED MATTERS GOING FORWARD**

1. Application of the Official Committee of Talc Claimants for Retention of Houlihan Lokey Capital, Inc. as Investment Banker Under Bankruptcy Code Section 328(a) Effective as of December 17, 2021 [Dkt. 953] (the "Houlihan Retention Application").

   **Status: This matter is going forward.**

   Objection Deadline: May 17, 2022

   Related Documents:

   A. Official Committee of Talc Claimants I January 9, 2022 Letter to the Court [Dkt. 1100].

   B. Supplemental Certification of Saul R. Burian in Support of the Houlihan Retention Application [Dkt. 1110].

   C. Interim Order Authorizing the Retention of Houlihan Lokey Capital, Inc. as Investment Banker to the Official Committee of Talc Claimants I Under Bankruptcy Code Section 328(a) [Dkt. 1133].

   D. Interim Order Authorizing the Retention of Houlihan Lokey Capital, Inc. as Investment Banker to the Official Committee of Talc Claimants I Under Bankruptcy Code Section 328(a) [Dkt. 1244].

   E. Determination of Adjournment Request Granted [Dkt. 1620].

   F. Supplemental Exhibit to Houlihan Retention Application [Dkt. 2055].

   G. Determination of Adjournment Request Granted [Dkt. 2193].

   H. Official Committee of Talc Claimants May 19, 2022 Letter to the Court [Dkt. 2319] (the "TCC Letter").

   I. Response by the Official Talc Claimants Committee to the Debtor's Supplemental Omnibus Objection to the Retention of Houlihan Lokey Capital, Inc., FTI Consulting, Inc. and The Brattle Group, Inc. [Dkt. 2330] (the "TCC Response").

   J. Second Supplemental Certification of Saul R. Burian in Further Support of the Houlihan Retention Application and in Response to the Debtor's Supplemental Omnibus Objection Thereto [Dkt. 2332].

   Objections Received:

   K. Debtor's Omnibus Objection to Application of the Official Committee of Talc Claimants for Retention of Houlihan Lokey Capital, Inc. as Investment Banker Under Bankruptcy Code Section 328(a) Effective as of December 17, 2021 and Application for Retention of FTI Consulting, Inc. as Financial Advisor for the

            Official Committee of Talc Claimants Effective December 13, 2021 [Dkt. 1087] (the "Debtor's Objection")

L.    Debtor's Supplemental Omnibus Objection to Applications of the Official Committee of Talc Claimants to Retain (I) Houlihan Lokey Capital, Inc. as Investment Banker, (II) FTI Consulting, Inc. as Financial Advisor and (III) The Brattle Group, Inc. as Talc Consultants [Dkt. 2313] (the "Debtor's Supplemental Objection").

2.    Application of the Official Committee of Talc Claimants for Retention of FTI Consulting, Inc. as Financial Advisor Effective December 13, 2021 [Dkt. 954] (the "FTI Retention Application").

**Status:  This matter is going forward.**

Objection Deadline:  May 17, 2022

Related Documents:

A.    Official Committee of Talc Claimants I January 9, 2022 Letter to the Court [Dkt. 1100].

B.    Supplemental Certification of Matthew Diaz in Support of the FTI Retention Application [Dkt. 1111].

C.    Order Authorizing the Retention of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Talc Claimants II Effective December 13, 2021 [Dkt. 1132].

D.    Amended Order Authorizing the Retention of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Talc Claimants II Effective December 13, 2021 [Dkt. 1134].

E.    Determination of Adjournment Request Granted [Dkt. 1620].

F.    Second Supplemental Certification of Conor P. Tully in Support of Application for Retention of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Talc Claimants and the Official Committee of Talc Claimants II Effective December 13, 2021 [Dkt. 1899].

G.    Determination of Adjournment Request Granted [Dkt. 2193].

H.    The TCC Letter.

I.    The TCC Response.

J.    Third Supplemental Certification of Conor P. Tully in Support of Application for Retention of FTI Consulting, Inc. as Financial Advisor to the Official Committee

NAI-1530626911

       of Talc Claimants and the Official Committee of Talc Claimants II Effective December 13, 2021 [Dkt. 2333].

       Objections Received:

    K.     The Debtor's Objection.

    L.     Objection of the United States Trustee to the Application of the Official Committee of Talc Claimants II for Retention of FTI Consulting, Inc. as Financial Advisor [Dkt. 1108].

    M.    The Debtor's Supplemental Objection.

3.    Application of the Official Committee of Talc Claimants I for Retention of The Brattle Group, Inc. as Talc Consultants [Dkt. 1289].

    **Status:  This matter is going forward.**

    Objection Deadline:  May 17, 2022

    Related Documents:

    A.    Order Authorizing Retention of The Brattle Group, Inc. as Talc Consultants to the Official Committee of Talc Claimants I [Dkt. 1426].

    B.    Supplemental Certification of Yvette Austin Smith in Support of Application for Retention of The Brattle Group, Inc. as Talc Consultants to the Official Committee of Talc Claimants I [Dkt. 1466].

    C.    Amended Interim Oder Authorizing Retention of the Brattle Group, Inc. as Talc Consultants to the Official Committee of Talc Claimants I [Dkt. 2124].

    D.    Determination of Adjournment Request Granted [Dkt. 2193].

    E.    The TCC Letter.

    F.    The TCC Response.

    G.    Second Supplemental Certification of Yvette Austin Smith in Support of Application for Retention of The Brattle Group, Inc. [Dkt. 2331].

    Objections Received:

    H.    The Debtor's Supplemental Objection.

NAI-1530626911

-5-

4. United States Trustee Motion for Entry of an Order Compelling Law Firms and/or Attorneys to Comply with Fed. R. Bankr. P. 2019 [Dkt. 2229].

   **Status: This matter is going forward.**

   Objection Deadline: May 17, 2022

   Related Documents: None.

   Objections Received:

   A. Arnold & Itkin LLP's Response to Motion by the United States Trustee for an Order Compelling Compliance With Fed. R. Bankr. P. 2019 [Dkt. 2304] (the "A&I Response").

   B. Aylstock, Witkin, Kreis & Overholtz, PLLC Response and Reservation of Rights Regarding Motion of the United States Trustee to Compel Compliance With Federal Rule of Bankruptcy Procedure 2019 [Dkt. 2305].

   C. Debtor's Statement in Support of the Motion of the United States Trustee to Compel Compliance With Fed. R. Bankr. P. 2019 and Reservation of Rights [Dkt. 2312].

   D. Debtor's Limited Objection to the A&I Response [Dkt. 2339].

-6-

| | |
|---|---|
| Dated: May 20, 2022 | **WOLLMUTH MAHER & DEUTSCH LLP** |
| | |
| | */s/ Paul R. DeFilippo* |
| | Paul R. DeFilippo, Esq. |
| | James N. Lawlor, Esq. |
| | Joseph F. Pacelli, Esq. (*pro hac vice*) |
| | 500 Fifth Avenue |
| | New York, New York 10110 |
| | Telephone: (212) 382-3300 |
| | Facsimile: (212) 382-0050 |
| | pdefilippo@wmd-law.com |
| | jlawlor@wmd-law.com |
| | jpacelli@wmd-law.com |
| | |
| | **JONES DAY** |
| | Gregory M. Gordon, Esq. |
| | Brad B. Erens, Esq. |
| | Dan B. Prieto, Esq. |
| | Amanda Rush, Esq. |
| | 2727 N. Harwood Street |
| | Dallas, Texas 75201 |
| | Telephone: (214) 220-3939 |
| | Facsimile: (214) 969-5100 |
| | gmgordon@jonesday.com |
| | bberens@jonesday.com |
| | dbprieto@jonesday.com |
| | asrush@jonesday.com |
| | (Admitted *pro hac vice*) |
| | |
| | *ATTORNEYS FOR DEBTOR* |