**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET FOR THE**
**PERIOD FEBRUARY 1, 2022 THROUGH MARCH 31, 2022**

Debtor: LTL Management LLC

Case No.: 21-30589-MBK

Chapter: 11

Applicant: Orrick, Herrington & Sutcliffe LLP

Client: LTL Management LLC

Case Filed: October 14, 2021 (the "Petition Date")

**SECTION 1**
**FEE SUMMARY**

☒ Monthly Fee Application No. 2    or    ☐ Final Fee Application

Summary of Amounts Requested for the Period from February 1, 2022 through March 31, 2022 (the "Second Statement Period").

| | |
|---|---|
| Total Fees: | $235,339.50[1] |
| Total Disbursements: | $0.00 |
| Total Fees Plus Disbursements: | $235,339.50 |
| Minus 20% Holdback of Fees: | $47,067.90 |
| Amount Sought at this Time: | $188,271.60 |

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fees Requested: | $757,879.00 | $25,848.83 |
| Total Fees Allowed to Date: | $0.00 | $0.00 |
| Total Retainer (If Applicable): | $0.00 | $0.00 |
| Total Holdback (If Applicable): | $151,575.80 | $0.00 |
| Total Received by Applicant: | $0.00 | $0.00 |

---

[1] The total amount of fees and expenses incurred by Orrick during the Second Statement Period for matters in which it is solely representing the Debtor (invoice numbers 2017497 and 2017498) or is representing the Debtor jointly with Johnson & Johnson ("J&J") (invoice numbers 2017503LTL and 2017504LTL accounting for the portion allocated to the Debtor) is $235,339.50. Of this amount, as set forth in this fee statement, Orrick is seeking payment in the amount of $188,271.60 in fees from the Debtor. Orrick's fees for matters in which it is solely representing J&J are not reflected in this consolidated monthly fee statement.

-1-

4131-3931-1160.1

| Invoice No. (for services rendered on behalf of the Debtor) | Date Services Rendered | Fees ($) | Expenses ($) | Fees and Expenses ($) | 20% Holdback ($) | Amount Sought at this Time ($) |
|---|---|---|---|---|---|---|
| 2017497 | February 1, 2022 - February 28, 2022 | 24,313.50 | - | 24,313.50 | (4,862.70) | 19,450.80 |
| 2017498 | March 1, 2022 - March 31, 2022 | 16,758.60 | - | 16,758.60 | (3,351.72) | 13,406.88 |
| **Total** | | **$41,072.10** | | **$41,072.10** | **(8,214.42)** | **$32,857.68** |

| Invoice No. (for services rendered on behalf of the Debtor and J&J) | Date Services Rendered | Fees ($) | Expenses ($) | Fees and Expenses ($) | 20% Holdback ($) | Amount Sought at this Time ($) |
|---|---|---|---|---|---|---|
| 2017503LTL | February 1, 2022 - February 28, 2022 | 61,031.35 | - | 61,031.35 | (12,206.27) | 48,825.08 |
| 2017504LTL | March 1, 2022 - March 31, 2022 | 133,236.05 | - | 133,236.05 | (26,647.21) | 106,588.84 |
| **Total** | | **$194,267.40** | | **$194,267.40** | **(38,853.48)** | **$155,413.92** |

| **Grand Total** | | **$235,339.50** | **$0.00** | **$235,339.50** | **(47,067.90)** | **$188,271.60** |

4131-3931-1160.1

# COMPENSATION BY: PROFESSIONAL FEBRUARY 14, 2022 THROUGH MARCH 31, 2022

The attorneys who rendered professional services in these chapter 11 case during the Second Statement Period are:

**Invoice 2017497 and 2017498 (for services rendered on behalf of the Debtor):**

| Name of Professional: Partners | Year Admitted | Department | Hourly Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| **Loeb, Robert** | 1987 | Supreme Court and Appellate | $919.00 | 0.60 | $551.40 |
| **Simpson, Lisa T.** | 1994 | Intellectual Property | $897.00 | 10.30 | $9,239.10 |
| **Grand Total** | | | | **10.90** | **$9,790.50** |

| Name of Professional: Associates | Year Admitted | Department | Hourly Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| **Weber, Lauren A.** | 2017 | Supreme Court and Appellate | $604.00 | 2.40 | $1,449.60 |
| **Yiu, Vincent Chanhong** | 2015 | Restructuring | $678.00 | 44.00 | $29,832.00 |
| **Grand Total** | | | | **46.40** | **$31,281.60** |

| Professionals | Blended Rate | Total Hours Billed | Total Fees |
|---|---|---|---|
| Partner | $898.21 | 10.90 | $9,790.50 |
| Associate | $674.17 | 46.40 | $31,281.60 |
| **Grand Total** | **$716.79** | **57.30** | **$41,072.10** |

**Invoice 2017503LTL and 2017504LTL (for services rendered on behalf of the Debtor and J&J):**

| Name of Professional: Partners | Year Admitted | Department | Hourly Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| **Loeb, Robert** | 1987 | Supreme Court and Appellate | $919.00 | 63.60 | $58,448.40 |
| **Scotten, Naomi J.** | 2011 | Supreme Court and Appellate | $807.00 | 1.90 | $1,533.30 |

-3-

| Name | Year Admitted | Department | Hourly Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| **Simpson, Lisa T.** | 1994 | Intellectual Property | $897.00 | 1.30 | $1,166.10 |
| **Grand Total** | | | | **66.80** | **$61,147.80** |

| Name of Professional: Associates | Year Admitted | Department | Hourly Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| **Bhatti, Upnit K.** | 2015 | Supreme Court and Appellate | $651.00 | 90.80 | $59,110.80 |
| **Carter-Oberstone, Max** | 2014 | Supreme Court and Appellate | $672.00 | 79.40 | $53,356.80 |
| **Hennessee, Zachary** | 2018 | Supreme Court and Appellate | $604.00 | 1.60 | $966.40 |
| **Meyer, Paul David** | 2014 | Supreme Court and Appellate | $672.00 | 146.60 | $98,515.20 |
| **Quilici, Jeff** | 2012 | Supreme Court and Appellate | $722.00 | 15.90 | $11,479.80 |
| **Savin, Anne** | 2001 | Supreme Court and Appellate | $606.00 | 1.10 | $666.60 |
| **Shaw, Geoffrey** | 2016 | Supreme Court and Appellate | $628.00 | 153.10 | $96,146.80 |
| **Grand Total** | | | | **488.50** | **$320,242.40** |

| Name of Professional: Paralegals | Department | Hourly Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|
| **Gerrish, Amy S.** | Supreme Court and Appellate | $325.00 | 0.80 | $260.00 |
| **Kunkler, Patrick** | Litigation General | $324.00 | 1.80 | $583.20 |
| **Okano, Youske** | Litigation General | $305.00 | 9.40 | $2,867.00 |
| **Walker, Elizabeth Y.** | Litigation General | $324.00 | 10.60 | $3,434.40 |
| **Grand Total** | | | **22.60** | **$7,144.60** |

4131-3931-1160.1

| Professionals | Blended Rate | Total Hours Billed | Total Fees |
|---|---|---|---|
| Partner | $915.39 | 66.80 | $61,147.80 |
| Associate | $655.56 | 488.50 | $320,242.40 |
| Paralegal | $316.13 | 22.60 | $7,144.60 |
| **Total** | **$672.32** | **577.90** | **$388,534.80** |
| Portion Billed to J&J | | | ($194,267.40) |
| **Grand Total** | | | **$194,267.40** |

4131-3931-1160.1

# SECTION II
# SUMMARY OF SERVICES

**COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED BY ORRICK, HERRINGTON & SUTCLIFFE LLP
FOR THE PERIOD FEBRUARY 1, 2022 THROUGH MARCH 31, 2022**

**Invoice 2017497 and 2017498 (for services rendered on behalf of the Debtor):**

| DESCRIPTION | HOURS | FEES |
|---|---|---|
| Fee/Employment Applications | 54.30 | $39,071.10 |
| Other Contested Matters | 3.00 | $2,001.00 |
| **Total Fees Requested** | 57.30 | $41,072.10 |

**Invoice 2017503LTL and 2017504LTL (for services rendered on behalf of the Debtor and J&J)**

| DESCRIPTION | HOURS | FEES |
|---|---|---|
| Other Contested Matters | 577.90 | $388,534.80 |
| Portion Billed to J&J |  | ($194,267.40) |
| **Total Fees Requested** |  | $194,267.40 |

4131-3931-1160.1

## SECTION III
## SUMMARY OF DISBURSEMENTS

### DISBURSEMENT SUMMARY BY ORRICK, HERRINGTON & SUTCLIFFE LLP
### FOR THE PERIOD FEBRUARY 1, 2022 THROUGH MARCH 31, 2022

| DISBURSEMENTS | AMOUNT |
|---|---|
| **DISBURSEMENTS TOTALS** | $0.00 |

# SECTION IV
# CASE HISTORY

(1) Date Case Filed                                      October 14, 2021

(2) Chapter Under Which Case Commenced:                  Chapter 11

(3) Date of Retention:                                   April 6, 2022 *nunc pro tunc* to October 14, 2021 [Dkt. 1993] (the "Retention Order")[2]

(4) Summarize in brief the benefits to the estate and attach supplements as needed    SEE BELOW

During the Second Statement Period, Orrick, Herington & Sutcliffe LLP ("Orrick") provided the following services to the Debtor including, but not limited to, the following:

*Fee/Employment Applications*

- Prepared and filed Debtor's application to retain Orrick as special appellate counsel.

- Coordinated with the Debtor's counsel to address questions and issues raised by the U.S. Trustee and the talc committee with respect to Orrick's retention application.

- Reviewed and analyzed objection to Orrick's retention application and discussed same with the Debtor's counsel.

*Other Contested Matters*

- Drafted and filed briefs as required in multiple appeal proceedings.

- Prepared and appeared on behalf of the Debtor at oral argument, meetings, and other proceedings.

- Analyzed various appellate issues, drafted memorandums, and performed associated legal research and record review.

(5) Anticipated distribution to creditors:

| (a) Administrative expense | Unknown at this time. |
|---|---|
| (b) Secured creditors | Unknown at this time. |
| (c) Priority creditors | Unknown at this time. |

---

[2] The Retention Order is attached hereto as Exhibit A.

4131-3931-1160.1

| (d) General unsecured creditors | Unknown at this time. |

| (6) Final disposition of case and percentage of dividend paid to creditors: | Final dividend percentages are unknown at this time. |

I certify under penalty of perjury that the above is true.

Date:  May 24, 2022                              */s/ Robert Loeb*

4131-3931-1160.1