# **EXHIBIT B**

Invoices



LTL Management LLC
501 George Street
New Brunswick, NJ 08933                                        May 19, 2022
Attn: John K. Kim                                         Client No. 14740
Chief Legal Officer                                    Invoice No. 2017497

                                          Orrick Contact: Lisa T. Simpson

FOR SERVICES RENDERED through February 28, 2022 in connection
with the matters described on the attached pages:          $      24,313.50

DISBURSEMENTS as per attached pages:                                  0.00

**Total Fees & Disbursements Owed by LTL 100%**        **$      24,313.50**
**Holdback of Fees 20%**                                     **(4,862.70)**
**Amount Sought at this Time**                         **$      19,450.80**

Matter(s): 14740/2026 – Bankruptcy – LTL
          JJL2021019389

### DUE UPON RECEIPT

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2704. Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|---|---|---|
| *Orrick, Herrington & Sutcliffe LLP* | ***ACH & Wire Transfers:*** | *Orrick, Herrington & Sutcliffe LLP* |
| *2121 Main Street* | ***ABA Number 121000248*** | *2121 Main Street* |
| *Wheeling, WV 26003* | ***SWIFT CODE: WFBIUS6S*** | *Wheeling, WV 26003* |
| *Reference: 14740/ Invoice: 2017497* | ***Account Number: 4123701088*** | *(304) 231-2703* |
| | *Wells Fargo* | *Reference: 14740/ Invoice: 2017497* |
| | *420 Montgomery Street* | |
| | *San Francisco, CA 94104* | |
| | *Account of* | |
| | *Orrick, Herrington & Sutcliffe LLP* | |
| | *Reference: 14740/ Invoice: 2017497* | |
| | *E.I.N. 94-2952627* | |

**To pay online visit www.e-billexpress.com/ebpp/Orrick/**



LTL Management LLC
501 George Street
New Brunswick, NJ 08933                                May 19, 2022
Attn: John K. Kim                                 Client No. 14740
Chief Legal Officer                              Invoice No. 2017497


Orrick Contact: Lisa T. Simpson


For Legal Services Rendered Through February 28, 2022 in Connection With:

**Matter:  2026 - Bankruptcy – LTL**
**Matter: JJL2021019389**


**PHASE B100 – ADMINISTRATION**

*Task B160 – Fee/Employment Applications*

| Date | Names | Description of services rendered | Hours | Amount |
|---|---|---|---|---|
| 02/01/22 | L.  Simpson | Review revisions to application and respond to inquiries from Jones Day on same. | 2.80 | 2,511.60 |
| 02/01/22 | V.  Yiu | Researched automatic stay issue (1.6), updated conflict diligence (.8), and revised retention application (.5). | 2.90 | 1,966.20 |
| 02/02/22 | V.  Yiu | Reviewed and finalized engagement letter (.7) and drafted email correspondence to team and debtor counsel (.2). | 0.90 | 610.20 |
| 02/03/22 | V.  Yiu | Attended to team email correspondence. | 0.30 | 203.40 |
| 02/03/22 | L.  Simpson | Provide information in response to Jones Day requests in connection with special counsel application. | 1.00 | 897.00 |
| 02/04/22 | V.  Yiu | Call and email correspondence with team (.4) and email correspondence  with debtor counsel (.4). | 0.80 | 542.40 |
| 02/07/22 | L.  Simpson | Respond to follow up questions from Jones Day on application. | 0.80 | 717.60 |
| 02/08/22 | V.  Yiu | Reviewed and revised application draft (.9), and drafted team email correspondence (.5). | 1.40 | 949.20 |



LTL Management LLC - 14740                                          May 19, 2022
page 2                                                        Invoice No. 2017497

| Date | Names | Description of services rendered | Hours | Amount |
|------|-------|--------------------------------|-------|--------|
| 02/08/22 | L. Simpson | Attend to application and review revisions and follow up on open questions. | 0.80 | 717.60 |
| 02/09/22 | V. Yiu | Reviewed first day declaration and retention application draft. | 0.90 | 610.20 |
| 02/09/22 | L. Simpson | Follow up on questions from Jones Day on application. | 0.60 | 538.20 |
| 02/10/22 | V. Yiu | Finalized retention application (.7), reviewed list of billing task codes and billing memo (.8), and attention to email correspondence (.7). | 2.20 | 1,491.60 |
| 02/10/22 | L. Simpson | Attend to application with Jones Day. | 0.50 | 448.50 |
| 02/22/22 | L. Simpson | Attend to questions from the UST on application. | 0.50 | 448.50 |
| 02/24/22 | V. Yiu | Reviewed and analyzed interim comp order and UST guidelines (1.6), researched indemnification caselaw and precedent (4.4), and drafted email correspondence with team and debtor counsel to address UST comments on retention application (1.9). | 7.90 | 5,356.20 |
| 02/24/22 | L. Simpson | Response to inquiry from UST on application and confer with Jones Day on same. | 0.50 | 448.50 |
| 02/25/22 | V. Yiu | Reviewed dismissal and injunction continuation opinions. | 4.80 | 3,254.40 |
| 02/25/22 | L. Simpson | Attend to follow up questions from UST and confer with team on same. | 1.00 | 897.00 |
| 02/28/22 | V. Yiu | Reviewed and analyzed bankruptcy docket. | 0.90 | 610.20 |
| | | *B160 – Fee/Employment Applications Total* | *31.50* | *23,218.50* |

*Task B190 – Other Contested Matters*

| Date | Names | Description of services rendered | Hours | Amount |
|------|-------|--------------------------------|-------|--------|
| 02/02/22 | L. Weber | Gutierrez (CA): Calendar status report for March 30. | 0.10 | 60.40 |
| 02/25/22 | L. Weber | Gutierrez (CA): Review bankruptcy court's opinion extending preliminary injunction. | 0.10 | 60.40 |
| 02/28/22 | L. Weber | Gutierrez (CA): Draft and revise status report about status of bankruptcy proceeding. | 0.70 | 422.80 |
| 02/28/22 | R. Loeb | Gutierrez (CA): Review and revisions to draft status report for Ninth Circuit in light of bankruptcy court orders (.4), and related communications with Orrick team (.2). | 0.60 | 551.40 |
| | | *B190 – Other Contested Matters Total* | *1.50* | *1,095.00* |



LTL Management LLC - 14740                                    May 19, 2022
page 3                                                 Invoice No. 2017497


**PHASE B100 – ADMINISTRATION TOTAL**                    **33.00**      **24,313.50**

|  | Total Hours | 33.00 |  |
|  | Total For Services |  | $24,313.50 |

| Task Code | Description | Hours | Billed Amount |
|---|---|---|---|
| **PHASE B100 – ADMINISTRATION** | | | |
| B160 | Fee/Employment Applications | 31.50 | 23,218.50 |
| B190 | Other Contested Matters | 1.50 | 1,095.00 |
| **PHASE B100 – ADMINISTRATION TOTALS** | | **33.00** | **24,313.50** |
|  | Totals | 33.00 | $24,313.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Robert  Loeb | 0.60 | 919.00 | 551.40 |
| Lisa T.  Simpson | 8.50 | 897.00 | 7,624.50 |
| Lauren A.  Weber | 0.90 | 604.00 | 543.60 |
| Vincent C.  Yiu | 23.00 | 678.00 | 15,594.00 |
| Total All Timekeepers | 33.00 | $736.77 | $24,313.50 |

**Total For This Matter**                    **$24,313.50**
**Holdback of Fees 20%**                    **(4,862.70)**
**Amount Sought at this Time**                    **$19,450.80**



LTL Management LLC
501 George Street
New Brunswick, NJ 08933                                                     May 19, 2022
Attn: John K. Kim                                                        Client No. 14740
Chief Legal Officer                                                  Invoice No. 2017498

                                                        Orrick Contact: Lisa T. Simpson

FOR SERVICES RENDERED through March 31, 2022 in connection
with the matters described on the attached pages:              $         16,758.60

DISBURSEMENTS as per attached pages:                                         0.00

**Total Fees & Disbursements Owed by LTL 100%**       **$**        **16,758.60**
**Holdback of Fees 20%**                                          **(3,351.72)**
**Amount Sought at this Time**                        **$**        **13,406.88**

Matter(s): 14740/2026 – Bankruptcy – LTL
        JJL2021019389

### DUE UPON RECEIPT

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2704.  Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|---|---|---|
| *Orrick, Herrington & Sutcliffe LLP* | ***ACH & Wire Transfers:*** | *Orrick, Herrington & Sutcliffe LLP* |
| *2121 Main Street* | ***ABA Number 121000248*** | *2121 Main Street* |
| *Wheeling, WV 26003* | ***SWIFT CODE: WFBIUS6S*** | *Wheeling, WV 26003* |
| *Reference: 14740/ Invoice: 2017498* | ***Account Number: 4123701088*** | *(304) 231-2703* |
| | *Wells Fargo* | *Reference: 14740/ Invoice: 2017498* |
| | *420 Montgomery Street* | |
| | *San Francisco, CA  94104* | |
| | *Account of* | |
| | *Orrick, Herrington & Sutcliffe LLP* | |
| | *Reference: 14740/ Invoice: 2017498* | |
| | *E.I.N. 94-2952627* | |

### To pay online visit www.e-billexpress.com/ebpp/Orrick/



LTL Management LLC
501 George Street
New Brunswick, NJ 08933                                                      May 19, 2022
Attn:  John K. Kim                                                        Client No. 14740
Chief Legal Officer                                                   Invoice No. 2017498


Orrick Contact: Lisa T. Simpson


For Legal Services Rendered Through March 31, 2022 in Connection With:

**Matter:  2026 - Bankruptcy – LTL**
**Matter: JJL2021019389**


**PHASE B100 – ADMINISTRATION**

*Task B160 – Fee/Employment Applications*

| Date | Names | Description of services rendered | Hours | Amount |
|------|-------|----------------------------------|-------|--------|
| 03/01/22 | V.  Yiu | Reviewed and analyzed case management order, OCP order, interim comp order, and TCC objection (2), and drafted email correspondence with team and debtor counsel (.3). | 2.30 | 1,559.40 |
| 03/01/22 | L.  Simpson | Review objection filed re Orrick's retention and confer with Jones Day on same. | 1.00 | 897.00 |
| 03/04/22 | V.  Yiu | Reviewed and analyzed debtor's supplement response in support of retention applications. | 1.00 | 678.00 |
| 03/08/22 | V.  Yiu | Virtually attended hearing on retention applications. | 3.60 | 2,440.80 |
| 03/09/22 | V.  Yiu | Reviewed bankruptcy docket, interim comp order (.4), and attention to email correspondence (.4). | 0.80 | 542.40 |
| 03/15/22 | V.  Yiu | Reviewed bankruptcy docket, interim comp orders (.8), and drafted email correspondence for debtor counsel (.7). | 1.50 | 1,017.00 |



LTL Management LLC - 14740                                              May 19, 2022
page 2                                                           Invoice No. 2017498

| 03/16/22 | V. Yiu | Researched fee statement form (1.4), reviewed interim comp orders and employment application (1.1), and drafted email correspondence to team and debtor counsel (.9). | 3.40 | 2,305.20 |
|---|---|---|---|---|
| 03/21/22 | V. Yiu | Reviewed bankruptcy dockets and fee applications (.6), and email correspondence with debtor counsel (.3). | 0.90 | 610.20 |
| 03/22/22 | V. Yiu | Reviewed fee statement and fee application forms (1.2), and drafted email correspondence with team and debtor counsel (.6). | 1.80 | 1,220.40 |
| 03/30/22 | V. Yiu | Virtually attended omnibus hearing for Orrick's application (3.9), reviewed fee statement and interim fee application forms (.5), and drafted team email correspondence (.9). | 5.30 | 3,593.40 |
| 03/30/22 | L. Simpson | Confer with team on approval of fee application. | 0.80 | 717.60 |
| 03/31/22 | V. Yiu | Attention to team email correspondence. | 0.40 | 271.20 |
| | | *B160 – Fee/Employment Applications Total* | *22.80* | *15,852.60* |

*Task B190 – Other Contested Matters*

| **Date** | **Names** | **Description of services rendered** | **Hours** | **Amount** |
|---|---|---|---|---|
| 03/01/22 | L. Weber | Review comments from client about status report. | 0.10 | 60.40 |
| 03/02/22 | L. Weber | Coordinate filing of status report. | 0.20 | 120.80 |
| 03/09/22 | L. Weber | Review new order from Ninth Circuit about next status report. | 0.10 | 60.40 |
| 03/17/22 | L. Weber | Draft Q1 update for client's report. | 0.70 | 422.80 |
| 03/24/22 | L. Weber | Revise Q1 update document at client's request. | 0.30 | 181.20 |
| 03/28/22 | L. Weber | Review petition for rehearing en banc in CERT v. Cal. Chamber of Commerce to determine whether it could have any effect on this appeal. | 0.10 | 60.40 |
| | | *B190 – Other Contested Matters Total* | *1.50* | *906.00* |

| **PHASE B100 – ADMINISTRATION TOTAL** | | | **24.30** | **16,758.60** |
|---|---|---|---|---|

|  | Total Hours | 24.30 | |
|---|---|---|---|
|  | Total For Services | | $16,758.60 |



LTL Management LLC - 14740
page 3

May 19, 2022
Invoice No. 2017498

| Task Code | Description | Hours | Billed Amount |
|---|---|---|---|
| **PHASE B100 – ADMINISTRATION** | | | |
| B160 | Fee/Employment Applications | 22.80 | 15,852.60 |
| B190 | Other Contested Matters | 1.50 | 906.00 |
| **PHASE B100 – ADMINISTRATION TOTALS** | | 24.30 | 16,758.60 |
| | Totals | 24.30 | $16,758.60 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Lisa T. Simpson | 1.80 | 897.00 | 1,614.60 |
| Lauren A. Weber | 1.50 | 604.00 | 906.00 |
| Vincent C. Yiu | 21.00 | 678.00 | 14,238.00 |
| Total All Timekeepers | 24.30 | $689.65 | $16,758.60 |

**Total For This Matter** $16,758.60
**Holdback of Fees 20%** (3,351.72)
**Amount Sought at this Time** $13,406.88



LTL Management LLC
501 George Street
New Brunswick, NJ  08933                                        May 19, 2022
Attn: John K. Kim                                          Client No. 14740
Chief Legal Officer                                    Invoice No. 2017503LTL

                                              Orrick Contact: Lisa T. Simpson

FOR SERVICES RENDERED through February 28, 2022 in connection
with the matters described on the attached pages:          $          122,062.70

DISBURSEMENTS as per attached pages:                                    0.00

**TOTAL CURRENT FEES & DISBURSEMENTS**               **$          122,062.70**
**Portion Billed to LTL Bankruptcy (J&J) 50%**                   **(61,031.35)**
**Portion Owed by LTL 50%**                          **$           61,031.35**
**Holdback of Fees 20%**                                         **(12,206.27)**
**Amount Sought at this Time**                       **$           48,825.08**

Matter(s):  14740/2027 – Bankruptcy – LTL
         JJL2021019389

## DUE UPON RECEIPT

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2704.  Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

**REMITTANCE ADDRESS:**        **ELECTRONIC FUNDS**        **OVERNIGHT DELIVERY:**
                                **TRANSFERS:**
*Orrick, Herrington & Sutcliffe LLP*   ***ACH & Wire Transfers:***   *Orrick, Herrington & Sutcliffe LLP*
*2121 Main Street*             **ABA Number 121000248**      *2121 Main Street*
*Wheeling, WV 26003*           ***SWIFT CODE:  WFBIUS6S***    *Wheeling, WV 26003*
*Reference: 14740/ Invoice: 2017503*   ***Account Number: 4123701088***   *(304) 231-2703*
                                *Wells Fargo*               *Reference: 14740/ Invoice:*
                                *420 Montgomery Street*      *2017503*
                                *San Francisco, CA  94104*
                                *Account of*
                                *Orrick, Herrington & Sutcliffe LLP*
                                *Reference: 14740/ Invoice: 2017503*
                                *E.I.N. 94-2952627*

**To pay online visit www.e-billexpress.com/ebpp/Orrick/**

# orrick

LTL Management LLC
501 George Street
New Brunswick, NJ  08933
Attn: John K. Kim
Chief Legal Officer

May 19, 2022
Client No. 14740
Invoice No. 2017503LTL

Orrick Contact: Lisa T. Simpson

For Legal Services Rendered Through February 28, 2022 in Connection With:

**Matter:  2027 - Bankruptcy – LTL**
**Matter: JJL2021019389**

**PHASE B100 – ADMINISTRATION**

*Task B190 – Other Contested Matters*

| Date | Names | Description of services rendered | Hours | Amount |
|------|-------|----------------------------------|-------|--------|
| 02/01/22 | P. Meyer | Prudencio (CA): Analyze and draft argument challenging plaintiffs' experts' report. | 1.60 | 1,075.20 |
| 02/01/22 | G. Shaw | Prudencio (CA): Perform legal research regarding appeal issue and draft memorandum to Orrick team. | 3.40 | 2,135.20 |
| 02/01/22 | U. Bhatti | Prudencio (CA): Review record and motion in Limine rulings to determine and draft issues for appeal. | 3.70 | 2,408.70 |
| 02/02/22 | P. Meyer | Prudencio (CA): Analyze and draft argument challenging plaintiffs' experts' report and analyzing closing statements for relevance to issues on appeal. | 4.20 | 2,822.40 |
| 02/02/22 | E. Walker | Prudencio (CA): Continued review trial court transcripts, motions, and trial court orders to determine arguments and issues for appellate briefing. | 3.20 | 1,036.80 |
| 02/02/22 | G. Shaw | Prudencio (CA): Research possible appeal issue and draft memorandum to Orrick team. | 4.50 | 2,826.00 |



LTL Management LLC - 14740                                                        May 19, 2022
page 2                                                              Invoice No. 2017503LTL

| | | | | |
|---|---|---|---|---|
| 02/02/22 | U. Bhatti | Prudencio (CA): Review record and motion in Limine rulings to determine and draft issues for appeal. | 5.30 | 3,450.30 |
| 02/03/22 | P. Meyer | Prudencio (CA): Analyze follow-up appellate issue memos from G. Shaw and U. Bhatti (1.2), and review testimony from expert (.6). | 1.80 | 1,209.60 |
| 02/03/22 | E. Walker | Prudencio (CA): Continued review of trial court transcripts, motions, and trial court orders to determine arguments and issues for appellate briefing. | 2.80 | 907.20 |
| 02/03/22 | R. Loeb | Prudentio (CA): Analysis of supplemental appeal issue memoranda and related filings. | 2.30 | 2,113.70 |
| 02/03/22 | L. Simpson | Update call with appellate team. | 0.80 | 717.60 |
| 02/03/22 | U. Bhatti | Prudencio (CA): Review record and motion in Limine rulings to determine and draft issues for appeal. | 4.40 | 2,864.40 |
| 02/04/22 | R. Loeb | Prudentio (CA): Analysis of supplemental appeal issue memoranda and related filings (2.9). Discussion of same with Orrick team (.5). | 3.40 | 3,124.60 |
| 02/04/22 | P. Meyer | Prudencio (CA): Prepare for and help lead call to discuss follow up analysis on possible appellate issues (1.6), and analyze relevant motions, hearings, and trial transcript surrounding a potential challenge to admissibility (2.9). | 4.50 | 3,024.00 |
| 02/04/22 | N. Scotten | Prudencio (CA): Review and analyze strategy memos regarding opening brief and participate in call with briefing team regarding same. | 1.60 | 1,291.20 |
| 02/04/22 | G. Shaw | Prudencio (CA): Prepare for and participate in conference with Orrick team regarding appellate issues and strategy. | 1.00 | 628.00 |
| 02/04/22 | G. Shaw | Prudencio (CA): Participate in meeting with P. Meyer and U. Bhatti regarding briefing strategy and appeal issues and perform follow up communications. | 0.60 | 376.80 |
| 02/04/22 | U. Bhatti | Prudencio (CA): Review record and motion in Limine rulings to determine and draft issues for appeal. | 3.10 | 2,018.10 |
| 02/04/22 | U. Bhatti | Prudencio (CA): Attend Orrick team call to discuss memos concerning issues to include on appeal and follow up steps. | 1.30 | 846.30 |
| 02/05/22 | P. Meyer | Prudencio (CA): Confer with U. Bhatti regarding further expert analysis. | 0.20 | 134.40 |



LTL Management LLC - 14740                                                    May 19, 2022
page 3                                                          Invoice No. 2017503LTL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02/07/22 | P. Meyer | Prudencio (CA): Prepare for and participate in call with K. Hynes from trial team regarding possible challenge to admissibility of expert testimony and confer with U. Bhatti regarding analysis of the testimony. | 1.80 | 1,209.60 |
| 02/07/22 | U. Bhatti | Prudencio (CA): Review record and motion in Limine rulings to determine and draft issues for appeal. | 1.90 | 1,236.90 |
| 02/07/22 | U. Bhatti | Prudencio (CA): Attend call with P. Meyer and K. Hynes of K&S to discuss expert testimony and method to determine issues to challenge on appeal. | 1.00 | 651.00 |
| 02/07/22 | U. Bhatti | Bader (CA): Review appellee's brief to draft reply. | 1.20 | 781.20 |
| 02/08/22 | P. Meyer | Prudencio (CA): Review additional analysis of challenge to expert testimony from U. Bhatti. | 0.20 | 134.40 |
| 02/08/22 | R. Loeb | Review and analysis of Response brief (and cited authorities and record) (2.3). | 2.30 | 2,113.70 |
| 02/08/22 | U. Bhatti | Prudencio (CA): Review record and motion in Limine rulings to determine and draft issues for appeal. | 2.10 | 1,367.10 |
| 02/08/22 | U. Bhatti | Bader (CA): Review appellee and appellant's briefs to draft reply. | 0.70 | 455.70 |
| 02/08/22 | J. Quilici | Bader (CA): Analyze responsive appellate brief, including drafting summary and analysis of same with recommendations concerning reply brief. | 4.40 | 3,176.80 |
| 02/09/22 | J. Quilici | Bader (CA): Complete draft summary of responsive brief, including recommendations for reply. | 1.00 | 722.00 |
| 02/09/22 | J. Quilici | Bader (CA): Research revision to Cal. Code of Civ. P. 377.34(b) in preparation for drafting reply. | 0.40 | 288.80 |
| 02/09/22 | P. Meyer | Prudencio (CA): Analyze and revise additional analysis of challenge to expert testimony from U. Bhatti. | 0.80 | 537.60 |
| 02/09/22 | R. Loeb | Review and analysis of Response brief (and cited authorities and record) (3.8). | 3.80 | 3,492.20 |
| 02/10/22 | P. Meyer | Prudencio (CA): Review final memo with analysis of challenge to expert testimony from U. Bhatti. | 0.20 | 134.40 |
| 02/10/22 | R. Loeb | Review and analysis of Response brief (and cited authorities and record) (2.1). Related communications with Orrick team (.5). | 2.60 | 2,389.40 |



LTL Management LLC - 14740                                              May 19, 2022
page 4                                                        Invoice No. 2017503LTL

| 02/10/22 | U. Bhatti | Prudencio (CA): Review record and motion in Limine rulings to determine and draft issues for appeal. | 2.00 | 1,302.00 |
|---|---|---|---|---|
| 02/10/22 | U. Bhatti | Bader (CA): Review appellee and appellant's briefs to draft reply. | 0.60 | 390.60 |
| 02/11/22 | R. Loeb | Bader (CA): Review and analysis of Response brief (and cited authorities and record) (1.8). Related communications with Orrick team. (.5). | 2.30 | 2,113.70 |
| 02/11/22 | R. Loeb | Prudencio (CA): Analysis of appeal issues and related MILs and oppositions (3.2). Related communications with Orrick team (.5). | 3.70 | 3,400.30 |
| 02/11/22 | N. Scotten | Prudencio (CA): Review strategy memo in connection with opening brief. | 0.30 | 242.10 |
| 02/11/22 | P. Meyer | Prudencio (CA): Further analyze whether to appeal admissibility of expert testimony and confer with team regarding drafting plan. | 0.40 | 268.80 |
| 02/12/22 | U. Bhatti | Prudencio (CA): Review record and motion in Limine rulings to determine and draft issues for appeal. | 1.20 | 781.20 |
| 02/12/22 | U. Bhatti | Bader (CA): Review appellee and appellant's briefs to draft reply. | 0.90 | 585.90 |
| 02/13/22 | M. Carter-Oberstone | Bader (CA): Reading/analyzing answering brief (2.5), and reviewing relevant portions of opening brief (0.3). | 2.80 | 1,881.60 |
| 02/14/22 | A. Gerrish | Prudencio (CA): Prepare template for Opening Brief. | 0.80 | 260.00 |
| 02/14/22 | P. Meyer | Prudencio (CA): Analyze and draft opening brief intro and argument sections focused on definition of asbestos (3.6), draft summary of appellate strategy to send to client (.5), and analyze internal briefing schedule and confer with team regarding briefing plan (.4). | 4.50 | 3,024.00 |
| 02/14/22 | M. Carter-Oberstone | Bader (CA): Preparing for/participating in internal team strategy meeting regarding reply brief. | 0.90 | 604.80 |
| 02/14/22 | J. Quilici | Bader (CA): Develop structure, arguments, and drafting plan for reply brief on appeal, with R. Loeb, U. Bhatti, and M. Carter-Oberstone. | 0.70 | 505.40 |
| 02/14/22 | R. Loeb | Bader (CA): Review and analysis of Response brief (and cited authorities and record) (4.0).  Related communications with Orrick team re reply brief strategies. (.7). | 4.70 | 4,319.30 |



LTL Management LLC - 14740                                              May 19, 2022
page 5                                                       Invoice No. 2017503LTL

| 02/14/22 | U. Bhatti | Bader (CA): Review appellee and appellant's briefs to draft reply. | 2.10 | 1,367.10 |
|---|---|---|---|---|
| 02/14/22 | U. Bhatti | Bader (CA): Attend Orrick team call to review appellee's brief and determine responses for reply. | 0.60 | 390.60 |
| 02/15/22 | P. Meyer | Prudencio (CA):  Analyze and draft argument challenging admissibility of expert testimony. | 5.40 | 3,628.80 |
| 02/15/22 | U. Bhatti | Prudencio (CA): Review record and motion in Limine rulings to determine and draft issues for appeal. | 0.30 | 195.30 |
| 02/15/22 | U. Bhatti | Bader (CA): Review appellee and appellant's briefs to draft reply. | 0.40 | 260.40 |
| 02/16/22 | P. Meyer | Prudencio (CA):  Analyze and draft argument challenging admissibility of expert testimony. | 5.20 | 3,494.40 |
| 02/16/22 | R. Loeb | Strobel (CA): Review of draft court update and related communications. | 0.20 | 183.80 |
| 02/17/22 | R. Loeb | Bader (CA) : Analysis of response brief and reply issues, and related record materials. (3.7). | 3.70 | 3,400.30 |
| 02/17/22 | U. Bhatti | Bader (CA): Review appellee and appellant's briefs to draft reply. | 0.50 | 325.50 |
| 02/17/22 | P. Meyer | Prudencio (CA):  Analyze and draft argument challenging admissibility of expert testimony. | 5.00 | 3,360.00 |
| 02/18/22 | R. Loeb | Bader (CA): Analysis of response brief and reply issues, and related record materials (2.3). | 2.30 | 2,113.70 |
| 02/18/22 | U. Bhatti | Prudencio (CA): Review record and motion in Limine rulings and draft issues for appeal. | 1.00 | 651.00 |
| 02/18/22 | P. Meyer | Prudencio (CA):  Draft summary of appellate strategy for client and revise summary based on feedback from G. Shaw and U. Bhatti. | 4.10 | 2,755.20 |
| 02/18/22 | G. Shaw | Prudencio (CA): Review and analyze draft memorandum regarding appeal strategy and communicate with Orrick team. | 0.40 | 251.20 |
| 02/21/22 | M. Carter-Oberstone | Bader (CA). Outlining reply br. sections and doing related research. | 1.50 | 1,008.00 |
| 02/21/22 | P. Meyer | Prudencio (CA): Edit summary of appellate strategy for email to trial counsel and client. | 0.60 | 403.20 |
| 02/21/22 | U. Bhatti | Bader (CA): Review appellee and appellant's briefs to assess issues relating to experts and draft reply. | 1.50 | 976.50 |



LTL Management LLC - 14740
page 6

May 19, 2022
Invoice No. 2017503LTL

| 02/22/22 | U. Bhatti | Bader (CA): Review appellee and appellant's briefs to assess issues relating to experts and draft reply. | 1.00 | 651.00 |
|---|---|---|---|---|
| 02/23/22 | P. Kunkler | Bader (CA):  Review case file in connection with briefing on appeal. | 0.60 | 194.40 |
| 02/23/22 | E. Walker | Bader (CA): Correspond with L. Fermin re restoration of U. Bhatti access to K&S Box Regional files. | 0.40 | 129.60 |
| 02/23/22 | E. Walker | Bader (CA): Review Box database re expert report. | 1.30 | 421.20 |
| 02/23/22 | P. Meyer | Prudencio (CA): Draft opening brief intro and argument section challenging admissibility of expert testimony. | 2.30 | 1,545.60 |
| 02/23/22 | U. Bhatti | Bader (CA): Review appellee and appellant's briefs to assess issues relating to experts and draft reply. | 2.80 | 1,822.80 |
| 02/24/22 | P. Meyer | Prudencio (CA): Draft opening brief intro and argument section challenging admissibility of expert testimony. | 1.50 | 1,008.00 |
| 02/24/22 | U. Bhatti | Bader (CA): Review appellee and appellant's briefs to assess issues relating to experts and draft reply. | 0.40 | 260.40 |
| 02/25/22 | Z. Hennessee | Hayes (KY S Ct.): Read opinions denying MTDs and granting LTL's motion to extend stay to non-debtors and draft status update for KY S. Ct. | 1.20 | 724.80 |
| 02/25/22 | R. Loeb | Hayes (KY): Analysis of bankruptcy court ruling rejecting dismissal and extending the stay/pi (.3).  Related communications with Hayes Orrick team (.1). | 0.40 | 367.60 |
| 02/25/22 | R. Loeb | Bader (CA) : Analysis of record and authorities re expert testimony (3.1). | 3.10 | 2,848.90 |
| 02/25/22 | R. Loeb | Prudencio (CA): Analysis of appeal issues (2.3), and related communications with Orrick team (.5). | 2.80 | 2,573.20 |
| 02/25/22 | P. Meyer | Prudencio (CA): Draft opening brief intro and argument section challenging admissibility of expert testimony. | 1.60 | 1,075.20 |
| 02/28/22 | U. Bhatti | Bader (CA): Review appellee and appellant's briefs to assess issues relating to experts and draft reply. | 0.60 | 390.60 |
| 02/28/22 | U. Bhatti | Prudencio (CA): Draft section concerning challenge to expert testimony. | 0.70 | 455.70 |



LTL Management LLC - 14740                                      May 19, 2022
page 7                                            Invoice No. 2017503LTL

| | | | | |
|---|---|---|---|---|
| 02/28/22 | P. Meyer | Prudencio (CA): Draft opening brief intro and argument sections challenging admissibility of expert testimony (5.2), and confer with internal team regarding briefing timeline (.2). | 5.40 | 3,628.80 |
| 02/28/22 | G. Shaw | Prudencio (CA): Draft opening brief factual statement and perform associated record review. | 5.90 | 3,705.20 |
| 02/28/22 | R. Loeb | Bader (CA): Analysis of record and issues for appeal (2.3). | 2.30 | 2,113.70 |
| | | *B190 – Other Contested Matters Total* | *173.00* | *122,062.70* |

**PHASE B100 – ADMINISTRATION TOTAL**                      **173.00**   **122,062.70**

Total Hours    173.00
Total For Services              $122,062.70

| Task Code | Description | Hours | Billed Amount |
|---|---|---|---|
| **PHASE B100 – ADMINISTRATION** | | | |
| B190 | Other Contested Matters | 173.00 | 122,062.70 |
| **PHASE B100 – ADMINISTRATION TOTALS** | | 173.00 | 122,062.70 |
| | Totals | 173.00 | $122,062.70 |



LTL Management LLC - 14740
page 8

May 19, 2022
Invoice No. 2017503LTL

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Upnit K.  Bhatti | 41.30 | 651.00 | 26,886.30 |
| Max  Carter-Oberstone | 5.20 | 672.00 | 3,494.40 |
| Amy S.  Gerrish | 0.80 | 325.00 | 260.00 |
| Zachary  Hennessee | 1.20 | 604.00 | 724.80 |
| Patrick P.  Kunkler | 0.60 | 324.00 | 194.40 |
| Robert  Loeb | 39.90 | 919.00 | 36,668.10 |
| Paul D.  Meyer | 51.30 | 672.00 | 34,473.60 |
| Jeff  Quilici | 6.50 | 722.00 | 4,693.00 |
| Naomi J.  Scotten | 1.90 | 807.00 | 1,533.30 |
| Geoffrey  Shaw | 15.80 | 628.00 | 9,922.40 |
| Lisa T.  Simpson | 0.80 | 897.00 | 717.60 |
| Elizabeth Y.  Walker | 7.70 | 324.00 | 2,494.80 |
| Total All Timekeepers | 173.00 | $705.56 | $122,062.70 |

|  |  |
|---|---|
| **Total For This Matter** | **$122,062.70** |
| **Portion Billed to LTL Bankruptcy (J&J) 50%** | **(61,031.35)** |
| **Portion Owed by LTL 50%** | **$61,031.35** |
| **Holdback of Fees 20%** | **(12,206.27)** |
| **Amount Sought at this Time** | **$48,825.08** |



LTL Management LLC
501 George Street
New Brunswick, NJ  08933                                          May 19, 2022
Attn: John K. Kim                                            Client No. 14740
Chief Legal Officer                                    Invoice No. 2017504LTL

                                              Orrick Contact: Lisa T. Simpson

FOR SERVICES RENDERED through March 31, 2022 in connection
with the matters described on the attached pages:          $        266,472.10

DISBURSEMENTS as per attached pages:                                    0.00

**TOTAL CURRENT FEES & DISBURSEMENTS**            **$        266,472.10**
**Portion Billed to LTL Bankruptcy (J&J) 50%**              **(133,236.05)**
**Portion Owed by LTL 50%**                       **$        133,236.05**
**Holdback of Fees 20%**                                    **(26,647.21)**
**Amount Sought at this Time**                    **$        106,588.84**

Matter(s):  14740/2027 – Bankruptcy – LTL
            JJL2021019389

### DUE UPON RECEIPT

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2704.  Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|---|---|---|
| *Orrick, Herrington & Sutcliffe LLP* | ***ACH & Wire Transfers:*** | *Orrick, Herrington & Sutcliffe LLP* |
| *2121 Main Street* | ***ABA Number 121000248*** | *2121 Main Street* |
| *Wheeling, WV 26003* | ***SWIFT CODE:  WFBIUS6S*** | *Wheeling, WV 26003* |
| *Reference: 14740/ Invoice: 2017504* | ***Account Number: 4123701088*** | *(304) 231-2703* |
| | *Wells Fargo* | *Reference: 14740/ Invoice:* |
| | *420 Montgomery Street* | *2017504* |
| | *San Francisco, CA  94104* | |
| | *Account of* | |
| | *Orrick, Herrington & Sutcliffe LLP* | |
| | *Reference: 14740/ Invoice: 2017504* | |
| | *E.I.N. 94-2952627* | |

**To pay online visit www.e-billexpress.com/ebpp/Orrick/**



LTL Management LLC
501 George Street
New Brunswick, NJ  08933
Attn: John K. Kim
Chief Legal Officer

May 19, 2022
Client No. 14740
Invoice No. 2017504LTL

Orrick Contact: Lisa T. Simpson

For Legal Services Rendered Through March 31, 2022 in Connection With:

**Matter:  2027 - Bankruptcy – LTL**
**Matter: JJL2021019389**

**PHASE B100 – ADMINISTRATION**

*Task B190 – Other Contested Matters*

| Date | Names | Description of services rendered | Hours | Amount |
|------|-------|----------------------------------|-------|--------|
| 03/01/22 | G. Shaw | Prudencio (CA): Draft factual statement for appellate brief and perform associated record review. | 5.20 | 3,265.60 |
| 03/01/22 | R. Loeb | Bader (CA): Analysis of record and issues for appeal. (4.1). | 4.10 | 3,767.90 |
| 03/01/22 | U. Bhatti | Prudencio (CA): Draft section concerning challenge to expert testimony and testing methods. | 0.80 | 520.80 |
| 03/02/22 | Z. Hennessee | Hayes (KY S Ct.): Share draft of status update with R. Loeb, revise and send to local counsel for filing. | 0.40 | 241.60 |
| 03/02/22 | M. Carter-Oberstone | Bader (CA). Researching appeal issues and outlining arguments for reply brief. | 1.80 | 1,209.60 |
| 03/02/22 | G. Shaw | Prudencio (CA): Draft factual statement of opening appellate brief and perform associated record and transcript review. | 4.20 | 2,637.60 |
| 03/02/22 | R. Loeb | Bader (CA): Analysis of record and issues for appeal, (3.2) and related communications with Orrick team and co-defendant counsel (.5). | 3.70 | 3,400.30 |



LTL Management LLC - 14740                                            May 19, 2022
page 2                                                    Invoice No. 2017504LTL

| 03/02/22 | R. Loeb | Hayes (KY): Editing status report to KY Supreme Court. | 0.30 | 275.70 |
|---|---|---|---|---|
| 03/02/22 | U. Bhatti | Bader (CA): Review appellee and appellant's briefs to assess issues relating to experts and draft reply. | 1.80 | 1,171.80 |
| 03/02/22 | U. Bhatti | Bader (CA): Attend call with R. Loeb to discuss possible arguments to make concerning expert in reply brief. | 0.40 | 260.40 |
| 03/03/22 | M. Carter-Oberstone | Bader (CA): Researching/analyzing appeal issues and outlining arguments for reply brief. | 8.70 | 5,846.40 |
| 03/03/22 | P. Meyer | Prudencio (CA): Draft opening brief intro and argument sections challenging admissibility of expert testimony. | 2.80 | 1,881.60 |
| 03/03/22 | G. Shaw | Prudencio (CA): Draft factual statement of opening appellate brief and perform associated record review. | 5.80 | 3,642.40 |
| 03/04/22 | G. Shaw | Prudencio (CA): Research and draft factual narrative of opening brief and perform associated record review. | 5.10 | 3,202.80 |
| 03/04/22 | M. Carter-Oberstone | Bader (CA): Researching/analyzing appeal issue and outlining arguments for reply brief. | 2.30 | 1,545.60 |
| 03/04/22 | P. Meyer | Prudencio (CA): Draft opening brief argument sections challenging admissibility of expert testimony. | 2.50 | 1,680.00 |
| 03/04/22 | A. Savin | General appellate management: Review case statuses for all pending post-trial and appellate matters in support of national appellate oversight counsel role. | 1.10 | 666.60 |
| 03/04/22 | L. Simpson | Review status of appeals. | 0.50 | 448.50 |
| 03/04/22 | U. Bhatti | Bader (CA): Review appellee and appellant's briefs to assess issues relating to Longo and Egilman and draft reply. | 2.40 | 1,562.40 |
| 03/05/22 | G. Shaw | Prudencio (CA): Research and draft factual statement for appellate brief. | 1.70 | 1,067.60 |
| 03/07/22 | J. Quilici | Bader (CA): Analyze Berroteran decision in preparation for drafting appellate reply brief. | 0.70 | 505.40 |
| 03/07/22 | P. Meyer | Prudencio (CA): Draft opening brief argument sections challenging admissibility of expert testimony expanding definition of asbestos, and confer with U. Bhatti regarding draft. | 8.50 | 5,712.00 |
| 03/07/22 | G. Shaw | Prudencio (CA): Research and draft factual statement for appellate brief. | 6.10 | 3,830.80 |



LTL Management LLC - 14740                                    May 19, 2022
page 3                                              Invoice No. 2017504LTL

| 03/07/22 | G. Shaw | Prudencio (CA): Research and draft argument section and perform associated record review. | 3.30 | 2,072.40 |
|---|---|---|---|---|
| 03/07/22 | U. Bhatti | Prudencio (CA): Draft section of appeal brief. | 1.30 | 846.30 |
| 03/08/22 | P. Meyer | Prudencio (CA): Draft opening brief argument sections challenging admissibility of expert testimony. | 6.20 | 4,166.40 |
| 03/08/22 | G. Shaw | Prudencio (CA): Draft factual statement of opening brief and perform associated research and record review. | 4.40 | 2,763.20 |
| 03/08/22 | G. Shaw | Prudencio (CA): Research and draft argument section for appellate brief. | 1.60 | 1,004.80 |
| 03/09/22 | P. Meyer | Prudencio (CA): Draft opening brief argument sections challenging admissibility of expert testimony. | 3.60 | 2,419.20 |
| 03/09/22 | G. Shaw | Prudencio (CA): Draft factual statement for opening brief and perform associated research and record review. | 4.70 | 2,951.60 |
| 03/09/22 | G. Shaw | Prudencio (CA): Research and draft argument for opening appellate brief. | 2.10 | 1,318.80 |
| 03/09/22 | U. Bhatti | Prudencio (CA): Draft section of appeal brief. | 1.50 | 976.50 |
| 03/10/22 | P. Meyer | Prudencio (CA): Draft opening brief argument sections challenging admissibility of expert testimony and analyze California citation rules for unpublished opinions. | 3.90 | 2,620.80 |
| 03/10/22 | G. Shaw | Prudencio (CA): Draft factual narrative for opening appellate brief and perform associated record review. | 5.20 | 3,265.60 |
| 03/10/22 | G. Shaw | Prudencio (CA): Draft argument section and perform associated caselaw research and record review. | 1.80 | 1,130.40 |
| 03/11/22 | E. Walker | Bader (CA):  Review expert reports. | 2.20 | 712.80 |
| 03/11/22 | R. Loeb | Bader (CA): Communications with co-defendant counsel re strategies for responding to issues raised in plaintiffs' brief, and related prep for call. | 0.70 | 643.30 |
| 03/11/22 | G. Shaw | Prudencio (CA): Draft factual narrative for opening appellate brief and perform associated record review. | 1.60 | 1,004.80 |
| 03/11/22 | U. Bhatti | Prudencio (CA): Draft section of appeal brief. | 1.00 | 651.00 |
| 03/11/22 | U. Bhatti | Bader (CA): Review appellee and appellant's briefs to assess issues relating to experts and draft reply. | 1.70 | 1,106.70 |



LTL Management LLC - 14740                                    May 19, 2022
page 4                                                Invoice No. 2017504LTL

| 03/11/22 | U. Bhatti | Bader (CA): Attend call with counsel for co-defendant to discuss arguments in reply brief. | 0.50 | 325.50 |
|---|---|---|---|---|
| 03/12/22 | U. Bhatti | Prudencio (CA): Draft section of appeal brief. | 0.90 | 585.90 |
| 03/13/22 | G. Shaw | Prudencio (CA): Draft appellate argument and perform associated caselaw research and record review. | 2.20 | 1,381.60 |
| 03/14/22 | P. Meyer | Prudencio (CA): Draft opening brief argument sections challenging admissibility of expert testimony. | 5.20 | 3,494.40 |
| 03/14/22 | G. Shaw | Prudencio (CA): Draft statement of the case portion of opening appellate brief and perform associated record review. | 6.60 | 4,144.80 |
| 03/14/22 | G. Shaw | Prudencio (CA): Research and draft argument section of appellate brief relating to causation. | 2.90 | 1,821.20 |
| 03/14/22 | J. Quilici | Bader (CA): Analyze appellate response brief in preparation for drafting reply. | 2.20 | 1,588.40 |
| 03/14/22 | U. Bhatti | Prudencio (CA): Draft section of appeal brief. | 1.60 | 1,041.60 |
| 03/15/22 | G. Shaw | Prudencio (CA): Draft factual narrative of opening appellate brief and perform associated record review. | 7.40 | 4,647.20 |
| 03/15/22 | G. Shaw | Prudencio (CA): Edit, revise, and prepare for circulation initial factual narrative of opening appellate brief, perform associated record review (4.8), and communicate with Orrick team (.5). | 5.30 | 3,328.40 |
| 03/15/22 | P. Meyer | Prudencio (CA): Draft opening brief argument sections challenging admissibility of expert testimony and review draft statement of facts from G. Shaw. | 3.60 | 2,419.20 |
| 03/15/22 | R. Loeb | Prudencio (CA): Analysis of issues and record (3.1), and related communications with Orrick team (.8). | 3.90 | 3,584.10 |
| 03/15/22 | U. Bhatti | Prudencio (CA): Draft section of appeal brief. | 1.30 | 846.30 |
| 03/16/22 | P. Meyer | Prudencio (CA): Draft opening brief argument sections challenging admissibility of expert testimony, analyze and revise draft statement of facts from G. Shaw, review draft argument section and analyze California rules regarding appeals of awards of costs and appellate deadlines. | 11.90 | 7,996.80 |



LTL Management LLC - 14740                                                    May 19, 2022
page 5                                                            Invoice No. 2017504LTL

| 03/16/22 | M. Carter-Oberstone | Bader (CA): Researching (record review)/outlining section of reply brief. | 4.30 | 2,889.60 |
|---|---|---|---|---|
| 03/16/22 | R. Loeb | Prudencio (CA): Analysis of issues and record (2.5), and related communications with Orrick team (.5). Drafting and editing strategy note for co-counsel (.6). | 3.60 | 3,308.40 |
| 03/16/22 | G. Shaw | Prudencio (CA): Research and draft appellate brief section and perform associated caselaw analysis and record review. | 8.70 | 5,463.60 |
| 03/16/22 | G. Shaw | Prudencio (CA): Review and analyze comments on draft factual statement for appellate brief and revise factual statement. | 0.60 | 376.80 |
| 03/16/22 | U. Bhatti | Prudencio (CA): Draft section of appeal brief. | 7.20 | 4,687.20 |
| 03/17/22 | P. Meyer | Prudencio (CA): Analyze and revise draft brief sections from G. Shaw and U. Bhatti, and draft brief sections challenging expert testimony. | 13.30 | 8,937.60 |
| 03/17/22 | M. Carter-Oberstone | Bader (CA): Researching/outlining/drafting section of reply brief. | 8.30 | 5,577.60 |
| 03/17/22 | G. Shaw | Prudencio (CA): Draft and revise appellate brief section and perform associated caselaw analysis and record review. | 4.40 | 2,763.20 |
| 03/17/22 | G. Shaw | Prudencio (CA): Revise draft factual statement for opening appellate brief in light of comments from Orrick team and perform associated record review. | 6.60 | 4,144.80 |
| 03/17/22 | Y. Okano | Prudencio (CA): Research trial transcripts and record for citations in support of statements in appellate brief. | 4.20 | 1,281.00 |
| 03/17/22 | U. Bhatti | Prudencio (CA): Draft section of appeal brief. | 2.20 | 1,432.20 |
| 03/18/22 | P. Meyer | Prudencio (CA): Analyze and revise draft brief sections from G. Shaw and U. Bhatti, and revise brief sections challenging expert testimony. | 12.80 | 8,601.60 |
| 03/18/22 | M. Carter-Oberstone | Bader (CA): Researching/outlining/drafting section of reply brief. | 5.20 | 3,494.40 |
| 03/18/22 | G. Shaw | Prudencio (CA): Revise draft factual narrative of opening appellate brief in light of comments from Orrick team and perform associated record analysis. | 7.90 | 4,961.20 |
| 03/18/22 | G. Shaw | Prudencio (CA): Revise draft brief section and perform associated caselaw analysis and record review. | 4.60 | 2,888.80 |



LTL Management LLC - 14740                                          May 19, 2022
page 6                                                   Invoice No. 2017504LTL

| 03/18/22 | Y. Okano | Prudencio (CA) Research trial transcripts and record for citations in support of statements in appellate brief. | 5.20 | 1,586.00 |
|---|---|---|---|---|
| 03/18/22 | P. Kunkler | Prudencio (CA): Review and analyze record on appeal for attorney use in connection with briefing on appeal. | 0.70 | 226.80 |
| 03/18/22 | U. Bhatti | Prudencio (CA): Draft section of appeal brief. | 5.90 | 3,840.90 |
| 03/19/22 | U. Bhatti | Prudencio (CA): Draft section of appeal brief. | 1.00 | 651.00 |
| 03/20/22 | U. Bhatti | Prudencio (CA): Draft section of appeal brief. | 4.60 | 2,994.60 |
| 03/21/22 | P. Meyer | Prudencio (CA): Analyze and revise draft brief sections from U. Bhatti, and revise brief sections challenging expert testimony. | 5.30 | 3,561.60 |
| 03/21/22 | M. Carter-Oberstone | Bader (CA): Researching (record/WL)/outlining/drafting section of reply brief. | 9.20 | 6,182.40 |
| 03/21/22 | R. Loeb | Prudencio (CA): Communications with Orrick team and co-counsel re appeal issues (.5). Communications re finalizing record for appeal (.4). | 0.90 | 827.10 |
| 03/21/22 | G. Shaw | Prudencio (CA): Edit and revise draft factual statement of opening appellate brief and perform associated record analysis. | 0.70 | 439.60 |
| 03/21/22 | U. Bhatti | Prudencio (CA): Draft section of appeal brief. | 1.90 | 1,236.90 |
| 03/22/22 | P. Meyer | Prudencio (CA): Analyze historical studies in record and revise draft brief section challenging expert testimony. | 6.10 | 4,099.20 |
| 03/22/22 | M. Carter-Oberstone | Bader (CA): Researching (record/WL)/outlining/drafting section of reply brief. | 3.80 | 2,553.60 |
| 03/22/22 | G. Shaw | Prudencio (CA): Edit and revise draft factual statement of opening appellate brief and perform associated record review. | 2.60 | 1,632.80 |
| 03/22/22 | U. Bhatti | Prudencio (CA): Draft section of appeal brief. | 1.00 | 651.00 |
| 03/23/22 | P. Meyer | Prudencio (CA): Draft brief section challenging expert testimony. | 5.00 | 3,360.00 |
| 03/23/22 | R. Loeb | Prudencio (CA): Communications with Orrick team and client re appeal issues (.5). Revisions and edits to draft brief (2.0). | 2.50 | 2,297.50 |



LTL Management LLC - 14740                                              May 19, 2022
page 7                                                          Invoice No. 2017504LTL

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 03/23/22 | G. Shaw | Prudencio (CA): Draft, edit, and revise factual narrative of opening appellate brief and perform associated record and transcript analysis. | 4.60 | 2,888.80 |
| 03/23/22 | U. Bhatti | Prudencio (CA): Draft section of appeal brief. | 1.20 | 781.20 |
| 03/24/22 | E. Walker | Bader (CA): Review electronic files re appeal issues. | 0.70 | 226.80 |
| 03/24/22 | R. Loeb | Prudencio (CA): Revisions and edits to draft brief. | 1.30 | 1,194.70 |
| 03/24/22 | J. Quilici | Bader (CA): Update case law research in preparation for drafting appellate reply brief. | 3.40 | 2,454.80 |
| 03/24/22 | P. Meyer | Prudencio (CA): Revise draft opening brief and confer with U. Bhatti regarding brief. | 2.60 | 1,747.20 |
| 03/24/22 | P. Kunkler | Schmitz (CA): Review case file for issues on appeal. | 0.50 | 162.00 |
| 03/24/22 | G. Shaw | Prudencio (CA): Draft, edit, and revise factual narrative of opening appellate brief and perform associated record and transcript analysis. | 3.90 | 2,449.20 |
| 03/24/22 | U. Bhatti | Prudencio (CA): Draft section of appeal brief. | 2.10 | 1,367.10 |
| 03/25/22 | P. Meyer | Prudencio (CA): Analyze draft opening brief. | 0.20 | 134.40 |
| 03/25/22 | G. Shaw | Prudencio (CA): Draft, edit, and revise factual narrative of opening appellate brief and perform associated record and transcript analysis. | 4.10 | 2,574.80 |
| 03/25/22 | U. Bhatti | Prudencio (CA): Draft section of appeal brief. | 1.60 | 1,041.60 |
| 03/26/22 | U. Bhatti | Prudencio (CA): Draft section of appeal brief. | 3.20 | 2,083.20 |
| 03/28/22 | J. Quilici | Bader (CA): Begin drafting argument section of reply appellate brief. | 3.10 | 2,238.20 |
| 03/28/22 | M. Carter-Oberstone | Bader (CA): Researching/outlining section of reply brief. | 8.30 | 5,577.60 |
| 03/28/22 | P. Meyer | Olson (NY): Analyze status of proceedings. | 0.40 | 268.80 |
| 03/28/22 | P. Meyer | Prudencio (CA): Confer with associate team regarding next steps in drafting, and with R. Loeb regarding draft. | 0.30 | 201.60 |
| 03/28/22 | G. Shaw | Prudencio (CA): Research and draft argument summary section and perform associated analysis, and review and revise draft introduction, factual narrative, and causation sections of draft brief. | 3.40 | 2,135.20 |



LTL Management LLC - 14740         May 19, 2022
page 8         Invoice No. 2017504LTL

| | | | | |
|---|---|---|---|---|
| 03/29/22 | M. Carter-Oberstone | Bader (CA). Researching/outlining section of reply brief. | 8.20 | 5,510.40 |
| 03/29/22 | G. Shaw | Prudencio (CA): Research and draft argument summary section and perform associated analysis. | 3.70 | 2,323.60 |
| 03/30/22 | M. Carter-Oberstone | Bader (CA): Researching/outlining section of reply brief. | 5.70 | 3,830.40 |
| 03/30/22 | P. Meyer | Prudencio (CA): Analyze edits to opening brief draft, and confer with U. Bhatti regarding further revisions. | 1.10 | 739.20 |
| 03/30/22 | G. Shaw | Prudencio (CA): Research and draft argument summary section and perform associated analysis, and review and revise draft introduction, factual narrative, and causation sections of draft brief. | 4.30 | 2,700.40 |
| 03/30/22 | U. Bhatti | Prudencio (CA): Draft section of appeal brief. | 1.50 | 976.50 |
| 03/31/22 | M. Carter-Oberstone | Bader (CA). Researching/outlining/drafting section of reply brief | 8.40 | 5,644.80 |
| 03/31/22 | U. Bhatti | Prudencio (CA): Draft section of appeal brief. | 0.90 | 585.90 |
| 03/31/22 | R. Loeb | Prudencio (CA): Revisions and edits to draft brief, and analysis of related record materials. | 2.70 | 2,481.30 |
| | | *B190 – Other Contested Matters Total* | *404.90* | *266,472.10* |

**PHASE B100 – ADMINISTRATION TOTAL**        **404.90**    **266,472.10**

| | | |
|---|---|---|
| Total Hours | 404.90 | |
| Total For Services | | $266,472.10 |

| Task Code | Description | | Hours | Billed Amount |
|---|---|---|---|---|
| **PHASE B100 – ADMINISTRATION** | | | | |
| B190 | Other Contested Matters | | 404.90 | 266,472.10 |
| **PHASE B100 – ADMINISTRATION TOTALS** | | | 404.90 | 266,472.10 |
| | | Totals | 404.90 | $266,472.10 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Upnit K. Bhatti | 49.50 | 651.00 | 32,224.50 |
| Max Carter-Oberstone | 74.20 | 672.00 | 49,862.40 |



LTL Management LLC - 14740                                              May 19, 2022
page 9                                                      Invoice No. 2017504LTL

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Zachary  Hennessee | 0.40 | 604.00 | 241.60 |
| Patrick P.  Kunkler | 1.20 | 324.00 | 388.80 |
| Robert  Loeb | 23.70 | 919.00 | 21,780.30 |
| Paul D.  Meyer | 95.30 | 672.00 | 64,041.60 |
| Youske  Okano | 9.40 | 305.00 | 2,867.00 |
| Jeff  Quilici | 9.40 | 722.00 | 6,786.80 |
| Anne  Savin | 1.10 | 606.00 | 666.60 |
| Geoffrey  Shaw | 137.30 | 628.00 | 86,224.40 |
| Lisa T.  Simpson | 0.50 | 897.00 | 448.50 |
| Elizabeth Y.  Walker | 2.90 | 324.00 | 939.60 |
| Total All Timekeepers | 404.90 | $658.12 | $266,472.10 |

|  |  |
|---|---|
| **Total For This Matter** | **$266,472.10** |
| **Portion Billed to LTL Bankruptcy (J&J) 50%** | **(133,236.05)** |
| **Portion Owed by LTL 50%** | **$133,236.05** |
| **Holdback of Fees 20%** | **(26,647.21)** |
| **Amount Sought at this Time** | **$106,588.84** |