| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**WOLLMUTH MAHER & DEUTSCH LLP**<br>Paul R. DeFilippo, Esq.<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>Facsimile: (212) 382-0050<br>pdefilippo@wmd-law.com<br><br>**JONES DAY**<br>Gregory M. Gordon, Esq.<br>Brad B. Erens, Esq.<br>Dan B. Prieto, Esq.<br>Amanda Rush, Esq.<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>gmgordon@jonesday.com<br>bberens@jonesday.co<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br>(Admitted *pro hac vice*)<br><br>*ATTORNEYS FOR DEBTOR* | Order Filed on May 23, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br><br><br><br><br><br><br><br>**McCARTER & ENGLISH LLP**<br>John C. Garde, Esq. (Bar No. 014171986)<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>Telephone: (973) 622-4444<br>Facsimile: (973) 624-7070<br>jgarde@McCarter.com<br><br>SPECIAL COUNSEL FOR DEBTOR |
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>                Debtor. | Chapter 11<br><br>Case No.: 21-30589<br><br>Judge: Michael B. Kaplan |

### ORDER AMENDING RETENTION OF
### McCARTER & ENGLISH LLP, EFFECTIVE AS OF OCTOBER 14, 2021

    The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 23, 2022**

                                                              Honorable Michael B. Kaplan
                                                              United States Bankruptcy Judge

(Page 2)
Debtor: LTL Management LLC
Case No. 21-30589-MBK
Caption: Order Amending Retention of McCarter & English LLP, Effective as of October 14, 2021

Upon the applicant's, LTL Management LLC (the "Debtor"),[2] request to amend the retention McCarter & English LLP ("McCarter") as special counsel to the Debtor, effective as of October 14, 2021 (the "Application"), it is hereby **ORDERED**:

1. The Application is Granted.

2. Pursuant to section 327(e) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016 and Local Bankruptcy Rules 2014-1 and 2016-1, the retention of McCarter is amended to include the legal services detailed in the Application, effective as of October 14, 2021.

3. Except as set forth in this Order, all provisions in the *Order Authorizing Retention of McCarter & English LLP* [Dkt. 861] shall remain in effect.

---

[2] Capitalized terms used herein but not defined shall have the meaning given to such terms in the Application.