| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**KLEHR HARRISON HARVEY BRANZBURG, LLP**<br>Morton R. Branzburg, Esquire<br>Carol Ann Slocum, Esquire<br>10000 Lincoln Drive East, Suite 201<br>Marlton, New Jersey 08053<br>(856) 486-6961<br>cslocum@klehr.com<br>Attorneys for Ad Hoc Mesothelioma Committee | Case No.: 21-30589<br><br>Chapter: 11<br><br>Judge: Michael B. Kaplan |
| In re:<br><br>LTL MANAGEMENT, LLC,[1]<br><br>                                 Debtor | |

## NOTICE OF WITHDRAWL OF APPEARANCE OF
## KLEHR HARRISON HARVEY BRANZBURG, LLP

**PLEASE TAKE NOTICE** that Klehr Harrison Harvey Branzburg, LLP has withdrawn as counsel to Ad Hoc Mesothelioma Committee, and the undersigned hereby respectfully withdraws the appearances of Morton R. Branzburg and Carol Ann Slocum, for the Ad Hoc Mesothelioma Committee in the above-captioned bankruptcy case and any related adversary proceeding.

**PLEASE TAKE FURTHER NOTICE** that the undersigned further requests that Mr. Branzburg and Ms. Slocum be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list.

                                                                               KLEHR HARRISON HARVEY
                                                                                   BRANZBURG, LLP

Dated: May 25, 2022                                                 By: /s/ Carol Ann Slocum

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

10017487.v1