# **EXHIBIT B**

NAI-1530005945

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 21-30589 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

## CERTIFICATION OF DAN B. PRIETO

Dan B. Prieto, under penalty of perjury, certifies as follows:

1. I am of counsel with the law firm of Jones Day. I make this certification in accordance with the Local Rules of the United States Bankruptcy Court of New Jersey (the "Local Rules") regarding the contents of applications for compensation and expenses.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

- 2 -

2. I have read the First Interim Fee Application of Jones Day for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtor for the Period from October 14, 2021 through January 31, 2022 (the "Application").[2] The Debtor has been provided with copies of the Prior Monthly Fee Applications and this Application. As of the date hereof, the Debtor has not reviewed or approved the Application.

3. I have reviewed the requirements of the Interim Compensation Order, the Guidelines, and the Local Rules, and I believe this Application complies therewith.

Dated: May 25, 2022      */s/ Dan B. Prieto*
                                       Dan B. Prieto

---

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Application.

- 2 -

NAI-1530005945