| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br><br><br>In Re:<br><br>LTL MANAGEMENT LLC,<br><br>                    Debtor. | Order Filed on May 27, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br><br><br>Chapter 11<br><br>Case No. 21-30589<br><br>Hearing Date:  May 24, 2022<br><br>Judge:  Michael B. Kaplan |

# ORDER APPOINTING CO-MEDIATOR

The relief set forth on the following pages is hereby ORDERED.

**DATED: May 27, 2022**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Page 2
Debtor:            LTL MANAGEMENT LLC
Case No.:          21-30589 (MBK)
Caption of Order:  ORDER APPOINTING CO-MEDIATOR

WHEREAS, at hearings on March 8, 2022 and May 24, 2022, in the above captioned case (the "Case") the Court determined that mediation would produce a mutually agreeable resolution of all or some of the issues and claims in the Case;

WHEREAS, on May 16, 2022, the Court entered the *Amended Order Establishing Mediation Protocol* [D.I. 2300] (the "Amended Mediation Protocol Order");

Now, therefore, it is hereby **ORDERED** that:

1. The Hon. Donald H. Steckroth (Ret.) (the "Co-Mediator"), whose address is Cole Schotz P.C., 25 Main Street, Hackensack, New Jersey 07602 is hereby appointed as Co-Mediator in accordance with the terms of this Order effective as of May 16, 2022.

2. The Co-Mediator is authorized to mediate a comprehensive resolution of issues in the Case, which includes, without limitation, a chapter 11 plan, all matters related to the estimation and plan treatment of the consumer protection claims held by the states (the "Consumer Claims Mediation"), as well as all matters related to the estimation and plan treatment of personal injury claims against the estate related to talc or talc-containing products.

3. The following parties (the "Parties") are referred to the mediation in connection with the Consumer Claims Mediation: (i) the Debtor and its affiliates and (ii) the Ad Hoc Committee of States Holding Consumer Protection Claims.

4. All of the terms and conditions of the Amended Mediation Protocol Order shall apply to the Co-Mediator's appointment under this Order as if set forth herein at length.

40000/0462-43095629v3

Page 3
Debtor: LTL MANAGEMENT LLC
Case No.: 21-30589 (MBK)
Caption of Order: ORDER APPOINTING CO-MEDIATOR

5. In the event of a conflict between the terms of this Order and those of D.N.J. LBR 9019-1 and 9019-2, the terms of this Order shall control.

6. All rights of the Parties are preserved and shall not be prejudiced by participation in the Mediation.

7. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

40000/0462-43095629v3