**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET FOR THE**
**PERIOD APRIL 1, 2022 THROUGH APRIL 30, 2022**

| | |
|---|---|
| Debtor: LTL Management LLC | Applicant: Skadden, Arps, Slate, Meagher & Flom LLP |
| Case No.: 21-30589-MBK | Client: Special Counsel to LTL Management LLC |
| Chapter: 11 | Case Filed: October 14, 2021 (the "Petition Date") |

**SECTION 1**
**FEE SUMMARY**

☒ Monthly Fee Application No. __6__   or   ☐ Final Fee Application

Summary of Amounts Requested for the Period from April 1, 2022 through April 30, 2022 (the "Sixth Statement Period").

| | |
|---|---|
| Total Fees: | $19,394.80 |
| Total Disbursements: | $9,794.76[1] |
| Total Fees Plus Disbursements: | $29,189.56 |
| Minus 20% Holdback of Fees: | $3,878.96 |
| Amount Sought at this Time: | $25,310.60 |

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fees Requested: | $2,013,642.32 | $152,185.75 |
| Total Fees Allowed to Date: | $0.00 | $0.00 |
| Total Retainer (If Applicable): | $0.00 | $0.00 |
| Total Holdback (If Applicable): | $438,307.02 | $0.00 |
| Total Received by Applicant: | $1,774,563.63 | $152,185.75 |

---

[1] A total of $9,733.46 in out of town travel and equipment rental incurred in February is included in these disbursements because it was inadvertently omitted from the February Monthly Fee Statement [Dkt 1915].

## COMPENSATION BY: PROFESSIONAL
## APRIL 1, 2022 THROUGH APRIL 30, 2022

The attorneys who rendered professional services in these chapter 11 cases from April 1, 2022 through April 30, 2022 (the "**Fee Period**") are:

| Name of Professional: Partners | Year Admitted | Department | Hourly Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| Brown, Allison | 2004 | Mass Torts | $1,113.00 / $556.50*[2] | 11.50 | $12,243.00 |
| **Total Partners** | | | | 11.50 | $12,243.00 |

| Name of Professional: Counsels | Year Admitted | Department | Hourly Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| McNulty, Patricia | 1986 | Mass Torts | $857.00 | 0.40 | $342.80 |
| **Total Counsels** | | | | 0.40 | $342.80 |

---

[2] *50% rate charged for travel time

| Name of Professional: Associates | Year Admitted | Department | Hourly Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| Schoch, Joshua | 2020 | Mass Torts | $522.00 | 10.50 | $5,481.00 |
| **Total Associates** | | | | **10.50** | **$5,481.00** |

The Legal Assistants who rendered professional services in these chapter 11 cases during the Fee Period are:

| Name of Professional: Legal Assistants and Client Specialist | Department | Hourly Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|
| Efroymson, Sarah | Legal Tech | $428.00 | 2.20 | $941.60 |
| Cohen, Morgan | Mass Torts | $322.00 | 0.30 | $96.60 |
| Martin, Stephanie | Mass Torts | $322.00 | 0.90 | $289.80 |
| **Total Legal Assistants** | | | **3.40** | **$1,328.00** |

The total fees for the Fee Period are:

| Professionals | Blended Rate | Total Hours Billed | Total Fees |
|---|---|---|---|
| Partners: | $1,064.61 | 11.50 | $12,243.00 |
| Counsels: | $857.00 | 0.40 | $342.80 |
| Associates: | $522.00 | 10.50 | $5,481.00 |
| Legal Assistants: | $390.59 | 3.40 | $1,328.00 |
| **Blended Attorney Rate:** | $806.55 | | |
| **Blended Rate for All Timekeepers:** | $751.74 | | |
| **Total Fees Incurred:** | | **25.80** | **$19,394.80** |

# SECTION II
# SUMMARY OF SERVICES

## COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP FOR THE PERIOD APRIL 1, 2022 THROUGH APRIL 30, 2022

| DESCRIPTION | HOURS | AMOUNT |
|---|---|---|
| Fee/Employment Applications | 11.00 | $5,642.00 |
| Litigation Consulting | 13.80 | $13,196.30 |
| Travel Time | 1.00 | $556.50 |
| **Total Fees Requested** | **25.80** | **$19,394.80** |

**SECTION III**
**SUMMARY OF DISBURSEMENTS**

**DISBURSEMENT SUMMARY BY**
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
**FOR THE PERIOD APRIL 1, 2022 THROUGH APRIL 30, 2022**

| DISBURSEMENTS | AMOUNT |
|---|---|
| Local Travel | $839.56 |
| Out-of-town Travel | |
|    Other (Equipment rental offsite trial support) | $5,575.80 |
| Online Research | $61.30 |
| Trial Transcripts | $3,318.10 |
| **DISBURSEMENTS TOTALS** | **$9,794.76** |

## SECTION IV
## CASE HISTORY

| | |
|---|---|
| (1) Date cases filed: | October 14, 2001 |
| (2) Chapter under which case commenced: | Chapter 11 |
| (3) Date of retention: | March 16, 2022 *nunc pro tunc* to October 14, 2021 [Dkt. 1736] (the "Retention Order")[3]. |
| (4) Summarize in brief the benefits to the estate and attach supplements as needed | SEE BELOW |

During the Sixth Statement Period, Skadden, Arps, Slate, Meacher & Flom LLP ("Skadden") provided the following services to the Debtor including, but not limited to, the following:

*Fee / Employment Applications*

- Review order appointing fee examiner and memo from fee examiner in order to submit materials in compliance with same, including expenses, Monthly Fee Statements, and LEDES files.

- Review and revise invoices for privilege and compliance with U.S. Trustee's Guidelines.

- Draft, revise, finalize and submit March Monthly Fee Statements.

*Litigation Consulting*

- Coordinate database management with client and vendors.

- Discuss strategy for bankruptcy proceedings with client and co-counsel concerning a variety of issues.

- Prepare for and participate in omnibus hearing.

- Address issues and other matters relating to talc-related litigation.

*Travel Time*

- Travel to and from omnibus hearing.

(5) Anticipated distribution to creditors:

| | |
|---|---|
| (a) Administration expense: | Unknown at this time. |
| (b) Secured creditors: | Unknown at this time. |
| (c) Priority creditors: | Unknown at this time. |
| (d) General unsecured creditors: | Unknown at this time. |

---

[3] The Retention Order is attached hereto as Exhibit A.

| | |
|---|---|
| (6) Final disposition of case and percentage of dividend paid to creditors | Final dividend percentages are unknown at this time. |

I certify under penalty of perjury that the above is true.

Date: May 27, 2022

*/s/ Allison M. Brown*
Allison M. Brown