## **EXHIBIT B**

Invoices

# Skadden, Arps, Slate, Meagher & Flom llp
## and affiliates

LTL Management LLC
501 George Street
New Brunswick, New Jersey  08933
Attn:  John K. Kim
Chief Legal Officer

May 24, 2022
Bill No.:  1895056

TIN:  13-1777230

<table>
<tr><td colspan="3" align="center"><strong>PLEASE REMIT TO:</strong></td></tr>
<tr>
<td><u>By Check</u>:</td>
<td>SASM&F LLP<br>P.O. Box 1764<br>White Plains, NY  10602</td>
<td><u>By Wire</u>:</td>
<td><u>In US Dollars to:</u><br>Citibank, N.A., New York<br>A.B.A. Number: 021000089<br>Swift Code: CITIUS33 or CITIUS33XXX<br>For Credit To Account: 30060143<br>Reference Bill No.: 1895056</td>
</tr>
<tr><td colspan="4" align="center">If you receive a request, via email or otherwise, to change our remittance account information, please verify that this is our intent by contacting your Skadden contact.</td></tr>
</table>

690970/8

Re:  Matter ID: JJL2021019389

FOR PROFESSIONAL SERVICES rendered
through April 30, 2022 with respect to the
Bankruptcy matter...................................$19,394.80

### CHARGES AND DISBURSEMENTS

| | |
|---|---|
| Business Travel & Lodging | $  839.56 |
| Outside Research Services | 61.30 |
| Professional Fees | 3,318.10 |
| Other (Equipment rental offsite trial support) | 5,575.80 |
| | $ 9,794.76 |
| | $29,189.56 |

PAYMENT DUE UPON RECEIPT.
***
MAY INCLUDE PROFESSIONAL SERVICES, CHARGES AND DISBURSEMENTS FROM AFFILIATES.

B01A

**TIME SUMMARY**
**LTL MANAGEMENT LLC**

**MATTER #8 Bankruptcy**                                          **Bill No: 1895056**

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| | | | |
| ALLISON M. BROWN | $556.50 | 1.00 | $  556.50 |
| | 1,113.00 | 10.50 | 11,686.50 |
| | | | |
| TOTAL PARTNER | | **11.50** | **$12,243.00** |
| | | | |
| **COUNSEL** | | | |
| | | | |
| PATRICIA A. MCNULTY | $857.00 | 0.40 | $  342.80 |
| | | | |
| TOTAL COUNSEL | | **0.40** | **$  342.80** |
| | | | |
| **ASSOCIATE** | | | |
| | | | |
| JOSHUA J. SCHOCH | $522.00 | 10.50 | $ 5,481.00 |
| | | | |
| TOTAL ASSOCIATE | | **10.50** | **$ 5,481.00** |
| | | | |
| **CLIENT SPECIALIST** | | | |
| | | | |
| SARAH EFROYMSON | $428.00 | 2.20 | $  941.60 |
| | | | |
| TOTAL CLIENT SPECIALIST | | **2.20** | **$  941.60** |
| | | | |
| **LEGAL ASSISTANTS** | | | |
| | | | |
| MORGAN W. COHEN | $322.00 | 0.30 | $   96.60 |
| STEPHANIE E. MARTIN | 322.00 | 0.90 | 289.80 |
| | | | |
| TOTAL LEGAL ASSISTANTS | | **1.20** | **$  386.40** |
| | | | |
| | | | |
| **MATTER TOTAL** | | **25.80** | **$19,394.80** |

CH09J

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

```
CLIENT:  690970  LTL Management LLC              Bill Date:  05/24/22
MATTER:     8  Bankruptcy                        Bill Number:  1895056
```

| NAME | DATE | HOURS | TASK | DESCRIPTION |
|------|------|-------|------|-------------|

H) FEE/EMPLOYMENT APPLICATIONS

| NAME | DATE | HOURS | TASK | DESCRIPTION |
|------|------|-------|------|-------------|
| SCHOCH JJ | 04/04/22 | 0.90 | 7590 | ANALYZE FEE EXAMINER MEMO AND ORDER IN SUPPORT OF COMPLYING WITH SAME (0.4); CONFER WITH I. PEREZ, A. BROWN AND C. MCKAY RE: SUBMITTING MATERIALS IN COMPLIANCE WITH SAME (0.5). |
| MARTIN SE | 04/06/22 | 0.50 | 7590 | REVIEW AND FINALIZE SKADDEN'S DECEMBER, JANUARY, AND FEBRUARY EXPENSES IN PREPARATION FOR SUBMISSION TO FEE EXAMINER (0.4); CORRESPONDENCE WITH J. SCHOCH RE: SAME (0.1). |
| SCHOCH JJ | 04/06/22 | 2.90 | 7590 | REVIEW EXPENSES FROM FIRST FOUR MONTHLY STATEMENTS AND REDACT PRIVILEGED AND PERSONAL INFORMATION (2.4); CONFER WITH A. BROWN, S. MARTIN, C. MCKAY, AND J. PACELLI RE: SAME (0.5). |
| SCHOCH JJ | 04/07/22 | 0.20 | 7590 | ANALYZE FEE EXAMINER MEMO AND ORDER IN SUPPORT OF COMPLYING WITH SAME. |
| SCHOCH JJ | 04/08/22 | 0.90 | 7590 | REVIEW TIME ENTRIES BY SKADDEN PROFESSIONALS FOR PRIVILEGED AND CONFIDENTIAL INFORMATION. |
| SCHOCH JJ | 04/11/22 | 1.50 | 7590 | REVIEW TIME ENTRIES BY SKADDEN PROFESSIONALS FOR PRIVILEGED AND CONFIDENTIAL INFORMATION. |
| SCHOCH JJ | 04/12/22 | 0.10 | 7590 | REVIEW ORDER APPOINTING FEE EXAMINER IN SUPPORT OF COMPLIANCE WITH SAME. |
| SCHOCH JJ | 04/13/22 | 0.50 | 7590 | REVIEW TIME ENTRIES OF SKADDEN PROFESSIONALS FOR PRIVILEGED AND CONFIDENTIAL INFORMATION (0.2); DRAFT MARCH MONTHLY FEE STATEMENT (0.3). |
| SCHOCH JJ | 04/14/22 | 1.30 | 7590 | REVISE MARCH MONTHLY FEE STATEMENT (0.6); REVIEW MARCH EXPENSES FOR PRIVILEGED OR PERSONAL INFORMATION AND REDACT SAME (0.4); CONFER WITH C. MCKAY, I. PEREZ AND A. RUSH RE: MARCH MONTHLY FEE STATEMENT (0.2); REVIEW CERTIFICATE OF NO OBJECTION FOR FILING (0.1). |

D25M

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| SCHOCH JJ | 04/15/22 | 0.70 | 7590 | REVIEW TIME ENTRIES BY SKADDEN PROFESSIONALS FOR PRIVILEGE AND COMPLIANCE WITH US TRUSTEE GUIDELINES (0.5); CONFER WITH A. BROWN AND C. MCKAY RE: MARCH MONTHLY FEE STATEMENT (0.1), CONFER WITH J. PACELLI RE: CERTIFICATE OF NO OBJECTION (0.1). |
| SCHOCH JJ | 04/18/22 | 0.70 | 7590 | REVISE MARCH MONTHLY FEE STATEMENT (0.4); CONFER WITH A. BROWN RE: SAME (0.3). |
| SCHOCH JJ | 04/19/22 | 0.70 | 7590 | REVISE MARCH MONTHLY FEE STATEMENT (0.3); CONFER WITH A. BROWN AND C. MCKAY RE: MARCH MONTHLY FEE STATEMENT (0.3), CONFER WITH N. YEARY AND J. PACELLI RE: MARCH MONTHLY FEE STATEMENT (0.1). |
| SCHOCH JJ | 04/21/22 | 0.10 | 7590 | CONFER WITH A. BROWN AND D. SEGAL RE: BILLING PROCEDURES AND FEES. |
| **TOTAL H) FEE/EMPLOYMENT APPLICATIONS** | | **11.00** | | **$5,642.00** |

S) LITIGATION CONSULTING

| | | | | |
|---|---|---|---|---|
| MCNULTY PA | 04/04/22 | 0.20 | 7601 | REVIEW CORRESPONDENCE FROM LIGHTHOUSE AND JONES DAY RE: LTL DATABASE AND BUDGET (.10) AND DISCUSS SAME WITH A. ST. AMAND (.10). |
| BROWN AM | 04/05/22 | 1.00 | 7601 | PARTICIPATE IN CONFERENCE CALL WITH J.KIM, E.HAAS, A.WHITE, JONES DAY AND WHITE & CASE TEAM REGARDING CASE STATUS AND STRATEGY. |
| MARTIN SE | 04/05/22 | 0.40 | 7601 | ATTEND TO DOCKETING OF UPCOMING OMNIBUS HEARING SCHEDULE FOR A. BROWN. |
| MCNULTY PA | 04/05/22 | 0.20 | 7601 | TEL. CONF. WITH M. RASMUSSEN (JONES DAY) AND K. MELFI (LIGHTHOUSE) RE: DATABASE OPTIONS, STATUS OF CASE AND BUDGET PROPOSAL. |
| BROWN AM | 04/12/22 | 7.00 | 7601 | ATTEND OMNIBUS HEARING (5.9); DISCUSSIONS WITH J.KIM, A.WHITE AND JONES DAY TEAM REGARDING THE SAME (1.1). |
| EFROYMSON S | 04/13/22 | 1.20 | 7601 | TELEPHONE CONFERENCE WITH P. DOWNS (TRIALITY) AND M. COHEN (SKADDEN) RE: IDENTIFICATION AND TRACKING OF LTL MATERIALS. |

D25M

Skadden, Arps, Slate, Meagher & Flom llp and affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| BROWN AM | 04/19/22 | 1.00 | 7601 | PARTICIPATE IN CONFERENCE CALL WITH J.KIM, A.WHITE, AND E.HAAS AND JONES DAY AND WHITE AND CASE TEAM REGARDING STATUS OF CASE. |
| COHEN MW | 04/20/22 | 0.30 | 7601 | ATTEND CALL WITH P. MCNULTY RE: MEMORIALIZATION IN DATABASE OF PRODUCTIONS AND CLAWBACKS. |
| BROWN AM | 04/26/22 | 1.00 | 7601 | PARTICIPATE IN CONFERENCE CALL WITH A.WHITE, J.KIM, E.HAAS AND JONES DAY AND WHITE & CASE TEAMS REGARDING CASE STRATEGY (0.8); FOLLOW UP DISCUSSION WITH K.FOURNIER REGARDING THE SAME (0.2). |
| EFROYMSON S | 04/26/22 | 1.00 | 7601 | TELEPHONE CONFERENCE WITH P. DOWNS (TRIALITY) AND M. COHEN (SKADDEN) RE: IDENTIFICATION AND TRACKING OF LTL MATERIALS. |
| BROWN AM | 04/28/22 | 0.50 | 7601 | CORRESPONDENCE WITH K.FOURNIER REGARDING CASE STRATEGY. |
| **TOTAL S) LITIGATION CONSULTING** | | **13.80** | | **$13,196.30** |

W) TRAVEL TIME

| | | | | |
|---|---|---|---|---|
| BROWN AM | 04/12/22 | 1.00 | 7605 | TRAVEL TO AND FROM OMNIBUS HEARING IN TRENTON, NJ. |
| **TOTAL W) TRAVEL TIME** | | **1.00** | | **$556.50** |
| **TOTAL MATTER** | | **25.80** | | **$19,394.80** |

D25M

skadden, arps, slate, meagher & flom llp and affiliates

**LTL MANAGEMENT LLC**                                                                    **BILL DATE: 05/24/22**
**BANKRUPTCY**                                                                            **BILL NO: 1895056**

| DISBURSEMENT | DATE | INVOICE # | VENDOR/EMPLOYEE | AMOUNT | NARRATIVE |
|---|---|---|---|---|---|
| **LOCAL TRAVEL** (BUSINESS TRAVEL & LODGING) | 02/11/22 | 57992 | Martin SESummitQwest | $ 162.76 | Vendor: SummitQwest Invoice#: 57992 Date: 2/23/2022 - \| - Co: Dial Date: 02-11-22 Time: 08:10 PM From: 401 9 Ave, NYC, NY To: PRINCETON, NJ Base: 162.00 TollsBase: 30.65 Package: 8.00 Tax: 6.11 Service Charge: 3.00 IT Fee: 3.00 |
| | 02/13/22 | 57992 | Martin SESummitQwest | 204.17 | Vendor: SummitQwest Invoice#: 57992 Date: 2/23/2022 - \| - Co: Dial Date: 02-13-22 Time: 09:37 AM From: 401 9 Ave, NYC, NY To: PRINCETON, NJ Base: 162.00 TollsBase: 30.85 Package: 48.00 Tax: 7.32 Service Charge: 3.00 IT Fee: 3.00 |
| | 02/14/22 | 58116 | Martin SESummitQwest | 154.47 | Vendor: SummitQwest Invoice#: 58116 Date: 3/4/2022 - \| - Co: Dial Date: 02-14-22 Time: 01:23 AM From: 401 9 Ave, NYC, NY To: PRINCETON, NJ Base: 162.00 TollsBase: 22.60 Package: 8.00 Tax: 5.87 Service Charge: 3.00 IT Fee: 3.00 |
| | 02/15/22 | 58116 | Martin SESummitQwest | 163.69 | Vendor: SummitQwest Invoice#: 58116 Date: 3/4/2022 - \| - Co: Dial Date: 02-15-22 Time: 04:45 AM From: 401 9 Ave, NYC, NY To: PRINCETON, NJ Base: 162.00 TollsBase: 31.55 Package: 8.00 Tax: 6.14 Service Charge: 3.00 IT Fee: 3.00 |
| | 02/18/22 | 58116 | Martin SESummitQwest | 154.47 | Vendor: SummitQwest Invoice#: 58116 Date: 3/4/2022 - \| - Co: Dial Date: 02-18-22 Time: 02:42 AM From: 401 9 Ave, NYC, NY To: PRINCETON, NJ Base: 162.00 TollsBase: 22.60 Package: 8.00 Tax: 5.87 Service Charge: 3.00 IT Fee: 3.00 |
| | | | **TOTAL LOCAL TRAVEL** | 839.56 | |
| **OTHER PROFESSIONAL FEES** (PROFESSIONAL FEES) | 02/11/22 | 1263878 | Brown AMLexitas | $ 3,318.10 | Vendor: Lexitas; Invoice#: 1263878; Date: 2/11/2022 - Invoice for outside services |
| | | | **TOTAL OTHER PROFESSIONAL FEES** | 3,318.10 | |
| **OUTSIDE RESEARCH** (OUTSIDE RESEARCH SERVICES) | 04/07/22 | 2629000-Q12 022 | Research & Knowledge Mgmt, DPacer Service Center | $ 24.60 | Vendor: Pacer Service Center; Invoice#: 2629000-Q12022; Date: 4/7/2022 - DC Pacer statement for the first quarter of 2022. Usage from 1/1/22 - 3/31/22. |

skadden, arps, slate, meagher & flom llp and affiliates

| DISBURSEMENT | DATE | INVOICE # | VENDOR/EMPLOYEE | AMOUNT | NARRATIVE |
|---|---|---|---|---|---|
| | 04/07/22 | 2629000-Q12 022 | Research & Knowledge Mgmt, DPacer Service Center | 6.00 | Vendor: Pacer Service Center; Invoice#: 2629000-Q12022; Date: 4/7/2022  -  DC Pacer statement for the first quarter of 2022.  Usage from 1/1/22 - 3/31/22. |
| | 04/07/22 | 2629576-Q12 022 | Corporate Restructur-ingPacer Service Center | 3.00 | Vendor: Pacer Service Center; Invoice#: 2629576-Q12022; Date: 4/7/2022  -  Accessing and printing out dockets and pleadings from various courts; Billing cycle: 1/1/22 - 3/31/22. |
| | 04/07/22 | 2629576-Q12 022 | Corporate Restructur-ingPacer Service Center | 20.80 | Vendor: Pacer Service Center; Invoice#: 2629576-Q12022; Date: 4/7/2022  -  Accessing and printing out dockets and pleadings from various courts; Billing cycle: 1/1/22 - 3/31/22. |
| | 04/07/22 | 6102277-Q12 022 | Corporate Restructur-ingPacer Service Center | 6.90 | Vendor: Pacer Service Center; Invoice#: 6102277-Q12022; Date: 4/7/2022 - WIL - Public Access to Court Electronic Records Usage from 1/1/2022 to 3/31/2022 |
| | | | **TOTAL OUTSIDE RESEARCH** | 61.30 | |
| **LEASES-OFFICE EQUIPMENT/FURNITURE** (MISCELLANEOUS OUTSIDE EXPENSES) | 02/24/22 | 711043991 | Network, DSmartSource | $ 5,575.80 | Vendor: SmartSource; Invoice#: 711043991; Date: 2/24/2022  -  Feb 12-18, 2022 Equipment Rental for offsite trial support - Approved by Allison Brown |
| | | | **TOTAL LEASES-OFFICE EQUIPMENT/FURNITURE** | 5,575.80 | |
| | | | **TOTAL DISBURSEMENTS:** | **$9,794.76** | |