| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Jeffrey Traurig<br>**TRAURIG LAW LLC**<br>One University Plaza, Suite 124<br>Hackensack, NJ  07601<br>Tel: (646) 974-8650<br>E-mail:  jtraurig@trauriglaw.com<br>*Local Counsel to the Fee Examiner* | Robert J. Keach, Esq. (pro hac vice pending)<br>**BERNSTEIN SHUR SAWYER & NELSON, P.A.**<br>100 Middle Street<br>Portland, ME  04104<br>Tel: (207) 774-1200<br>Fax: (207) 774-1127<br>E-Mail: rkeach@bernsteinshur.com<br>*Fee Examiner*<br><br>**BERNSTEIN SHUR SAWYER & NELSON, P.A.**<br>Letson Douglass Boots, Esq. (pro hac vice pending)<br>100 Middle Street<br>Portland, ME  04104<br>Tel: (207) 774-1200<br>Fax: (207) 774-1127<br>E-Mail: lboots@bernsteinshur.com<br>*Counsel to the Fee Examiner* |
| In Re:<br><br>LTL MANAGEMENT LLC,<br><br>Debtor | Case No.:    21-30589 (MBK)<br><br>Judge:    Michael B. Kaplan<br><br>Chapter 11 |

**CERTIFICATION OF SERVICE**

1. I, Karla M. Quirk:

    ☐ represent [ ]    in this matter.

    X  am a paralegal for Bernstein, Shur, Sawyer & Nelson, P.A., who represents the Fee Examiner in this matter.

    ☐ am the  [ ]    in this case and am representing myself.

2. On May 31, 2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   DE 2385    Fee Examiner's Consolidated Final Report Pertaining to the Interim Fee Applications of Retained Professionals for the Period From October 14, 2021 Through January 31, 2022.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: May 31, 2022              /s/ Karla M. Quirk
                                Karla M. Quirk, Paralegal

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| See Attached Exhibit A | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>X  Other email<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| | | |

| EXHIBIT A ||
|---|---|
| **NAME** | **EMAIL** |
| ARNOLD & ITKIN LLP | CBOATRIGHT@ARNOLDITKIN.COM; CHRISTENSEN@ARNOLDITKIN.COM; JITKIN@ARNOLDITKIN.COM |
| ASHCRAFT & GEREL, LLP | jgreen@ashcraftlaw.com; plyons@ashcratlaw.com; mparfitt@ashcraftlaw.com |
| AYLSTOCK WITKIN KREIS & | MARYBETH@PUTNICKLEGAL.COM; DTHORNBURGH@AWKOLAW.COM |
| BAILEY & GLASSER LLP | cjoshi@baileyglasser.com |
| BALLARD SPAHR LLP | daluzt@ballardspahr.com; heilmanl@ballrdspahr.com; roglenl@ballardspahr.com |
| BARNES FIRM | JOE.VAZQUEZ@THEBARNESFIRM.COM |
| BEASLEY ALLEN LAW FIRM | CHARLIE.STERN@BEASLEYALLEN.COM; LEIGH.ODELL@BEASLEYALLEN.COM |
| BLANCO TACKABERY & MATAMOROS, P.A. | asr@blancolaw.com |
| BROWN RUDNICK LLP | sbeville@brownrudnick.com |
| BROWN RUDNICK LLP | dmolton@brownrudnick.com; rstark@brownrudnick.com |
| BURNS CHAREST LLP | dcharest@burnscharest.com |
| CELLINO LAW LLP | BRIAN.GOLDSTEIN@CELLINOLAW.COM |
| CLYDE & CO US LLP | konrad.krebs@clydeco.us |
| CLYDE AND CO US LLP | clinton.cameron@clydeco.us; meghan.dalton@clydeco.us |
| COHEN, PLACITELLA & ROTH, P.C. | DGEIER@CPRLAW.COM; CPLACITELLA@CPRLAW.COM |
| COHEN, PLACITELLA & ROTH, P.C. | JMPLACITELLA@CPRLAW.COM |
| COLE SCHOTZ P.C. | fyudkin@coleschotz.com |
| COLE SCHOTZ P.C. | mtsukerman@coleschotz.com |
| COOLEY LLP | elazerowitz@cooley.com |
| CORDES LAW, PLLC | stacy@cordes-law.com; meghan@cordes-law.com |
| COUGHLIN MIDLIGE & GARLAND LLP | smidlige@cmg.law |
| CROWELL & MORING LLP | gplotko@crowell.com |
| CROWELL & MORING LLP | mplevin@crowell.com; kcacabelos@crowell.com |
| CROWELL & MORING LLP | tyoon@crowell.com; rjankowski@crowell.com |
| DALIMONTE RUEB STOLLER, LLP | JOHN@DRLAWLL.COM; GREG@DRLAWLLP.COM |
| DAVID CHRISTIAN ATTORNEYS LLC | dchristian@dca.law |
| DEAN OMAR BRANHAM SHIRLEY, LLC | JDEAN@DOBSLEGAL.COM; TBRANHAM@DOBSLEGAL.COM; BSMITH@DOBSLEGAL.COM |
| DLA PIPER LLP (US) | aidan.mccormack@dlapiper.com; brian.seibert@dlapiper.com |
| DRISCOLL FIRM, LLC | 6182770962@fax.bssn.com |
| DUANE MORRIS LLP | prmatthews@duanemorris.com |
| DUANE MORRIS LLP | slross@duanemorris.com |
| EMMET, MARVIN & MARTIN LLP | tpitta@emmetmarvin.com |
| EPIQ CORPORATE RESTRUCTURING, LLC | ltlinfo@epiqglobal.com |

| NAME | EMAIL |
|---|---|
| FEARS NACHAWATI LAW FIRM | DMCDOWELL@FNLAWFIRM.COM |
| FERRARO LAW FIRM | LBR@FERRAROLAW.COM; JLB@FERRAROLAW.COM |
| FLINT LAW FIRM LLC | EFLINT@FLINTLAW.COM |
| FOX ROTHSCHILD LLP | jdipasquale@foxrothschild.com |
| FOX ROTHSCHILD LLP | jcaneco@foxrothschild.com |
| GENOVA BURNS LLC | dstolz@genovaburns.com; dclarke@genovaburns.com; mbaker@genovaburns.com |
| GIMIGLIANO MAURIELLO & MALONEY | sgimigliano@lawgmm.com; jmaloney@lawgmm.com; rrabinowitz@lawgmm.com |
| GOLOMB SPIRIT GRUNFELD, PC | KGRUNFELD@GOLOMBHONIK.COM; RGOLOMB@GOLOMBHONIK.COM; ASPIRT@GOLOMBHONIK.COM; KGOLOMB@GOLOMBLEGAL.COM |
| GREENBAUM, ROWE, SMITH & DAVIS LLP | nisaacson@greenbaumlaw.com |
| GREENBERG TRAURIG, LLP | brodya@tlaw.com |
| HALPERIN BATTAGLIA BENZIJA LLP | ahalperin@halperinlaw.net; dlieberman@halperinlaw.net |
| HERRICK FEINSTEIN LLP | ssmith@herrick.com; rginzburg@herrick.com |
| HILL HILL CARTER FRANCO COLE & | ecarter@hillhillcarter.com |
| HONIK LLC | RUBEN@HONIKLAW.COM; DAVID@HONIKLAW.COM |
| HUGHES HUBBARD & REED LLP | CHRIS.KIPLOK@HUGHESHUBBARD.COM; WILLIAM.BEAUSOLEIL@HUGHESHUBBARD.COM; ERIN.DIERS@HUGHESHUBBARD.COM |
| J.C. WHITE LAW GROUP PLLC | jwhite@jcwhitelaw.com |
| JD THOMPSON LAW | jdt@jdthompsonlaw.com |
| JOHNSON LAW GROUP | 8007316018@fax.bssn.com |
| JONES DAY | gmgordon@jonesday.com; dbprieto@jonesday.com; asrush@jonesday.com; iperez@jonesday.com |
| JONES DAY | bberens@jonesday.com |
| KARST & VON OISTE LLP | EPK@KARSTVONOISTE.COM |
| KARST & VON OISTE, LLP | dac@karstvonoiste.com |
| KASOWITZ BENSON TORRES LLP | drosner@kasowitz.com; rnovick@kasowitz.com; agolden@kasowitz.com |
| KASOWITZ BENSON TORRES LLP | mhutchins@kasowitz.com |
| KATTEN MUCHIN ROSENMAN LLP | shaya.rochester@katten.com |
| KATTEN MUCHIN ROSENMAN LLP | kelsey.panizzolo@katten.com |
| KAZAN MCCLAIN SATTERLY & | JSATTERLEY@KAZANLAW.COM |
| KENNEDYS CMK LLP | heather.simpson@kennedyslaw.com |
| KIESEL LAW, LLP | ZUKIN@KIESEL.LAW; KIESEL@KIESEL.LAW; PALMER@KIESEL.LAW |
| KING & SPALDING LLP | ccorey@kslaw.com |
| KING & SPALDING LLP | dschneider@kslaw.com |
| KLEHR HARRISON HARVEY BRANZBURG LLP | cslocum@klehr.com; mbranzburg@klehr.com |
| KTBS LAW LLP | nmaoz@ktbslaw.com; skidder@ktbslaw.com; rpfister@ktbslaw.com; mtuchin@ktbslaw.com |

| NAME | EMAIL |
|---|---|
| LANIER LAW FIRM | MICHAEL.AKSELRUD@LANIERLAWFIRM.COM |
| LATHAM & WATKINS LLP | jeff.bjork@lw.com; kim.posin@lw.com; amy.quartarolo@lw.com |
| LATHAM & WATKINS LLP | adam.ravin@lw.com |
| LAW FIRM OF BRIAN W HOFMEISTER, LLC | bwh@hofmeisterfirm.com |
| LAW OFFICES OF MITCHELL J. MALZBERG, LLC | mmalzberg@mjmalzberglaw.com |
| LAW OFFICES OF R. KEITH JOHNSON, P.A. | 7048274477@fax.bssn.com |
| LEVIN PAPANTONIO RAFFERTY | ctisi@levinlaw.com |
| LEVY KONIGSBERG LLP | MMAIMON@LEVYLAW.COM |
| LEVY KONIGSBERG LLP | JBLOCK@LEVYLAW.COM |
| LEX NOVA LAW LLC | rdressel@lexnovalaw.com |
| LEX NOVA LAW LLC | rdressel@lexnovalaw.com |
| LITE DEPALMA GREENBERG & AFANADOR, LLC | aunderwood@litedepalma.com |
| LOWENSTEIN SANDLER LLP | krosen@lowenstein.com; mseymour@lowenstein.com |
| LTL MANAGEMENT LLC | jkim2@its.jnj.com |
| MANIER & HEROD, P.C. | rmiller@manierherod.com |
| MARSHACK HAYS LLP | lmasud@marshackhays.com |
| MASSEY & GAIL LLP | jmassey@masseygail.com |
| MAUNE RAICHLE HARTLEY FRENCH & | BFRENCH@MRHFMLAW.COM |
| MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC | sratcliffe@mrhfmlaw.com |
| MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC | cthompson@mrhfmlaw.com |
| MCCARTER & ENGLISH LLP | bkahn@mccarter.com; tladd@mccarter.com |
| MCMANIMON, SCOTLAND & BAUMANN, LLC | asodono@msbnj.com; splacona@msbnj.com |
| MENDES & MOUNT LLP | eileen.mccabe@mendes.com; stephen.roberts@mendes.com |
| MILLER FIRM, LLC | CHOKE@MILLERFIRMLLC.COM |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C | pwkalish@mintz.com; emfarrell@mintz.com |
| MOON WRIGHT & HOUSTON, PLLC | rwright@mwhattorneys.com; ahouston@mwhattorneys.com; cbrown@mwhattorneys.com |
| MOORE & VAN ALLEN PLLC | hillaryrcrabtree@mvalaw.com |
| MORITT HOCK & HAMROFF LLP | lberkoff@moritthock.com; aarotsky@moritthock.com |
| MOTLEY RICE LLC | JHURST@MOTLEYRICE.COM |
| MOTLEY RICE LLC | CSCOTT@MOTLEYRICE.COM |
| MOTLEY RICE LLC | dlapinski@motleyrice.com |
| NAME AND ADDRESS INFORMATION | deborah.fletcher@fisherbroyles.com |
| NAPOLI SHKOLNIK PLLC | CLOPALO@NAPOLIBERN.COM; |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | rachel.obaldo@oag.texas.gov; autumn.highsmith@oag.texas.gov |
| OFFICE OF THE U.S. ATTORNEY | eamonn.ohagan(a)usdoj.gov |

| NAME | EMAIL |
|---|---|
| OFFICE OF THE US TRUSTEE | lauren.bielskie@usdoj.gov; jeffrey.m.sponder@usdoj.gov; Mitchell.B.Hausman@usdoj.gov |
| OFFIT KURMAN, P.A. | paul.baynard@offitkurman.com |
| OFFIT KURMAN, P.A. | pwinterhalter@offitkurman.com |
| ONDERLAW, LLC | ONDER@ONDERLAW.COM |
| OTTERBOURG P.C. | jbougiamas@otterbourg.com; mcyganowski@otterbourg.com; asilverstein@otterbourg.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ljones@pszjlaw.com; kdine@pszjlaw.com; crobinson@pszjlaw.com; pkeane@pszjlaw.com |
| PARKER POE ADAMS & BERNSTEIN LLP | ashleyedwards@parkerpoe.com |
| PARKINS LEE & RUBIO LLP | crubio@parkinslee.com; lparkins@parkinslee.com |
| PARKINS LEE & RUBIO LLP | lparkins@parkinslee.com; crubio@parkinslee.com |
| PENSION BENEFIT GUARANTY CORPORATION | lachman.carolyn@pbgc.gov; efile@pbgc.gov |
| PENSION BENEFIT GUARANTY CORPORATION | torres.simon@pbgc.gov; efile@pbgc.gov |
| PORZIO, BROMBERG & NEWMAN, P.C. | raparisi@pbnlaw.com; kdcurtin@pbnlaw.com |
| PRYOR CASHMAN LLP | slieberman@pryorcashman.com; arichmond@pryorcashman.com |
| RABINOWITZ, LUBETKIN & TULLY, LLC | jrabinowitz@rltlawfirm.com |
| RANDI S. ELLIS | randi@randiellis.com |
| RAWLINGS & ASSOCIATES | mdf@rawlingsandassociates.com; rgl@rawlingsandassociates.com |
| RAYBURN COOPER & DURHAM, P.A. | rrayburn@rcdlaw.net; jmiller@rcdlaw.net; mtomsic@rcdlaw.net |
| REED SMITH LLP | psinger@reedsmith.com |
| REED SMITH LLP | jangelo@reedsmith.com |
| REED SMITH LLP | dbaker@reedsmith.com; |
| RIVKIN RADLER LLP | brian.ade@rivkin.com |
| ROBINSON, CALCAGNIE, ROBINSON, | 9497201292@fax.bssn.com |
| ROSS FELLER CASEY, LLP | bmcccormick@rossfellercasey.com |
| RUGGERI PARKS WEINBERG LLP | jweinberg@ruggerilaw.com; jmayer@ruggerilaw.com |
| SAIBER LLC | jaugust@saiber.com; mwolin@saiber.com |
| SAVO, SCHALK, GILLESPIE, O'GRODNICK | schalk@centraljerseylaw.com; brokaw@centraljerseylaw.com |
| SHERMAN SILVERSTEIN KOHL ROSE & PODOLSKY, P.A. | aabramowitz@shermansilverstein.com; amoldoff@shermansilverstein.com; rswitkes@shermansilverstein.com |
| SIMMONS HANLY CONROY LLC | JKRAMER@SIMMONSFIRM.COM |
| SIMON GREENSTONE PANATIERE | CPANATIER@SGPBLAW.COM |
| SIMPSON THACHER & BARTLETT LLP | squsba@stblaw.com; cwaldman@stblaw.com; jamie.fell@stblaw.com; zachary.weiner@stblaw.com; |

| NAME | EMAIL |
|---|---|
| SIMPSON THACHER & BARTLETT LLP | michael.torkin@stblaw.com; afrankel@stblaw.com; kmclendon@stblaw.com; |
| SIMPSON THACHER & BARTLETT LLP | afrankel@stblaw.com |
| STEVENS & LEE, P.C. | andreas.milliaressis@stevenslee.com |
| STEVENS & LEE, P.C. | joseph.huston@stevenslee.com |
| THE GORI LAW FIRM | BETH@GORIJULIANLAW.COM; SARA@GORIJULIANLAW.COM; TODD@GORIJULIANLAW.COM |
| THE KELLY FIRM, P.C. | akelly@kbtlaw.com |
| THE LAYTON LAW FIRM, PLLC | chris@thelaytonlawfirm.com |
| THE SHAPIRO LAW FIRM | jshapiro@shapirolawfirm.com |
| TOGUT, SEGAL & SEGAL LLP | altogut@teamtogut.com; frankoswald@teamtogut.com; bshaughnessy@teamtogut.com |
| TRAMMELL PC | FLETCH@TRAMMELLPC.COM |
| TRAURIG LAW LLC | jtraurig@trauriglaw.com |
| TRIF & MODUGNO LLC | lmodugno@tm-firm.com |
| US DEPARTMENT OF JUSTICE | john.z.balasko@usdoj.gov |
| VINSON & ELKINS LLP | sabramowitz@velaw.com |
| WALLACE & GRAHAM PA | bgraham@wallacegraham.com |
| WALSH PIZZI O'REILLY FALANGA | mfalk@walsh.law |
| WARD AND SMITH, P.A. | paf@wardandsmith.com; njl@wardandsmith.com |
| WEITZ & LUXENBERG, P.C. | ERELKIN@WEITZLUX.COM |
| WEITZ & LUXENBERG, P.C. | DKRAFTJR@WEITZLUX.COM; JDELANEY@WEITZLUX.COM; LBUSCH@WEITZLUX.COM |
| WHITE & CASE LLP | JESSICA.LAURIA@WHITECASE.COM; GKURTZ@WHITECASE.COM; RICARDO.PASIANOTTO@WHITECASE.COM; jessica.boelter@whitecase.com |
| WHITE & CASE LLP | mshepherd@whitecase.com; laura.femino@whitecase.com |
| WHITE & CASE LLP | blair.warner@whitecase.com |
| WILLIAMS HART LAW FIRM | 7136436226@fax.bssn.com |
| WINDELS MARX LANE & MITTENDORF LLP | acraig@windelsmarx.com; scaloger@windelsmarx.com |
| WOLLMUTH MAHER & DEUTSCH LLP | jlawlor@wmd-law.com; pdefilippo@wmd-law.com; ltretter@wmd-law.com; jpacelli@wmd-law.com; baxelrod@wmd-law.com |
| WOMBLE BOND DICKINSON (US) LLP | matthew.ward@wbd-us.com; ericka.johnson@wbd-us.com |
| ZELLE LLP | acogbill@zelle.com |