# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

## FEE STATEMENT COVER SHEET FOR THE
## PERIOD MARCH 1, 2022 THROUGH APRIL 30, 2022

| | |
|---|---|
| Debtor: LTL Management LLC ("**LTL**") | Name of Applicant: King & Spalding LLP ("**K&S**") |
| Case No.: 21-30589 (MBK) | Client: Special Counsel to LTL Management LLC |
| Chapter: 11 | Case Filed: October 14, 2021 (the "**Petition Date**") |

## SECTION I
## FEE SUMMARY

| ☒   Monthly Fee Application No. 4 | ☐   Interim Fee Application | ☐   Final Fee Application |
|---|---|---|

Summary of Amounts Requested for the Period March 1, 2022 through April 30, 2022 (the "**Fourth Statement Period**")

| | |
|---|---|
| **Total Fees for the LTL Debtor:** | $168,385.00[1] |
| **Total Disbursements:** | $11,971.00 |
| **Total Fees Plus Disbursements:** | $180,356.00 |
| **Minus 20% Holdback of Fees** | $33,677.00 |
| **Amount Sought at this Time:** | $146,679.00 |

**Summary of Amounts Requested for Previous Periods**:

| | FEES | EXPENSES |
|---|---|---|
| **Total Previous Fee Requested:** | $993,545.55 | $18,359.92 |
| **Total Fees Allowed To Date:** | $0.00 | $0.00 |
| **Total Retainer (If Applicable):** | $0.00 | $0.00 |
| **Total Holdback (If Applicable):** | $198,709.11 | $0.00 |
| **Total Received By Applicant:** | $794,836.44 | $27,935.32 |

---

[1] The total amount of fees and expenses incurred by K&S during the Fourth Statement Period for matters in which it is solely representing LTL or is representing LTL jointly with Johnson & Johnson is $194,382.60. Of this amount, as set forth in this fee statement, K&S is seeking payment in the amount of $168,385.00 in fees and $11,971.00 in expenses from LTL. K&S' fees for matters in which it is solely representing Johnson & Johnson are not reflected in this monthly fee statement.

40454759v3

## COMPENSATION BY PROFESSIONAL
## <u>MARCH 1, 2022 THROUGH APRIL 30, 2022</u>

The attorneys who rendered professional services in these chapter 11 cases Fourth Statement Period are:

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL: | YEAR ADMITTED | HOURLY RATE | TOTAL MARCH HOURS BILLED | TOTAL APRIL HOURS BILLED | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Bush, Matthew | 2012 | 725.00 | 7.3 | - | 7.3 | $5,292.50 |
| Fournier, Kristen | 2002 | 832.00 | 44.8 | 12.3 | 57.1 | $47,507.20 |
| Hoffmann, Timothy | 2003 | 1,240.00 | 13.9 | - | 13.9 | $17,236.00 |
| Hynes, Kevin | 2013 | 731.00 | 20.7 | - | 20.7 | $15,131.70 |
| Johnson, Paul | 1984 | 850.00 | 4.9 | - | 4.9 | $4,165.00 |
| **Total Partners and Counsel:** | | | **91.6** | **12.3** | **103.9** | **$89,332.40** |

| NAME OF PROFESSIONAL: ASSOCIATES: | YEAR ADMITTED† | HOURLY RATE | TOTAL MARCH HOURS BILLED | TOTAL APRIL HOURS BILLED | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Adovasio, Amy | 2011 | 345.00 | 14.1 | - | 14.1 | $4,864.50 |
| Baker, Britney | 2018 | 888.00 | 38.1 | 7.8 | 45.9 | $40,759.20 |
| Foster, Stacy | 2012 | 720.00 | 12.5 | - | 12.5 | $9,000.00 |
| Gascoine, Evan | 2008 | 510.00 | 40.2 | 7.8 | 48.0 | $24,480.00 |
| **Total Associates:** | | | **104.9** | **15.6** | **120.5** | **$ 79,103.70** |

---

† *Not Yet Admitted

The paraprofessionals who rendered professional services in these chapter 11 cases during the Fourth Statement Period are:

| NAME OF PARAPROFESSIONALS AND OTHER NON-LEGAL STAFF | HOURLY RATE | TOTAL MARCH HOURS BILLED | TOTAL APRIL HOURS BILLED | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Fermin, Luis | 345.00 | 6.1 | - | 6.1 | $2,104.50 |
| **Total Paraprofessionals & Other Non-Legal Staff:** | | | | **6.1** | **$2,104.50** |

The total fees for the Fourth Statement Period are:

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| **TOTALS:** | | | |
| Partners and Counsel: | $859.79 | 103.9 | $89,332.40 |
| Associates: | $656.46 | 120.5 | $79,103.70 |
| Paraprofessionals and Other Non-Legal Staff: | $345.00 | 6.1 | $2,104.50 |
| **Blended Attorney Rate:** | $750.61 | | |
| **Blended Rate for All Timekeepers:** | $739.87 | | |
| **Total Fees Incurred:** | | **230.5** | **$170,540.60** |
| Less Fees for Johnson & Johnson Only Representation: | | | ($2,155.60)[2] |
| **Total LTL Debtor Fees:** | | | **$168,385.00** |

---

[2] For ease of reference, fees charged 100% to LTL, as well as those charged 50% to LTL and 50% to Johnson &Johnson, are broken down separately in Section II while disbursements are similarly distinguished in Section III.

**SECTION II**
**SUMMARY OF SERVICES**

**COMPENSATION BY WORK TASK CODE FOR**
**SERVICES RENDERED BY KING & SPALDING LLP**
**FOR THE PERIOD MARCH 1, 2022 THROUGH APRIL 30, 2022**

**100% LTL**

| TASK CODE | DESCRIPTION | MARCH HOURS | APRIL HOURS | TOTAL HOURS | AMOUNT |
|---|---|---|---|---|---|
| L002 | Case Administration | 0.1 | 4.1 | 4.2 | $3,121.40 |
| L004 | Fee/Employment Applications | 52.8 | 7.8 | 60.6 | $58,660.80 |
| L005 | Relief from Stay Proceedings | 17.3 | 5.1 | 22.4 | $18,636.80 |
| L006 | Litigation Consulting | 127.3 | 10.9 | 138.2 | $85,759.40 |
| **Totals:** | | **197.5** | **27.9** | **225.4** | **$166,229.40** |

**50% LTL / 50% Johnson & Johnson**

| TASK CODE | DESCRIPTION | MARCH HOURS | APRIL HOURS | TOTAL HOURS | AMOUNT |
|---|---|---|---|---|---|
| L008 | Litigation - Work on Appeals | 5.1 | - | 5.1 | $4,311.20 |
| **Totals:** | | **5.1** | **-** | **5.1** | **$4,311.20** |
| Less Fees for Johnson & Johnson Only Representation: | | | | | ($2,155.60) |
| **Total Fees Requested:** | | | | | **$2,155.60** |

### SECTION III
### SUMMARY OF DISBURSEMENTS

### DISBURSEMENT SUMMARY BY KING & SPALDING LLP
### FOR THE PERIOD MARCH 1, 2022 THROUGH APRIL 30, 2022

**100% LTL**

| DISBURSEMENTS | MARCH AMOUNTS | APRIL AMOUNTS | TOTAL AMOUNTS |
|---|---|---|---|
| - | - | - | - |
| Totals: | - | - | - |

**50% LTL / 50% Johnson & Johnson**

| DISBURSEMENTS | MARCH AMOUNTS | APRIL AMOUNTS | TOTAL AMOUNTS |
|---|---|---|---|
| Court Reporter | $23,742.00 | - | $23,742.00 |
| Total: | **$23,742.00** | **-** | **$23,742.00** |
| Less Expenses for Johnson & Johnson Only Representation: | | | ($11,871.00) |
| Total Requested: | | | **$11,871.00** |

**SECTION IV**
**CASE HISTORY**

| | |
|---|---|
| (1)  Date cases filed: | October 14, 2021 |
| (2)  Chapter under which case commenced: | Chapter 11 |
| (3)  Date of retention: | December 16, 2021 *nunc pro tunc* to October 14, 2021 [Dkt. 859] (the "Retention Order")[3]. |
| (4)  Summarize in brief the benefits to the estate and attach supplements as needed | SEE BELOW |

During the Fourth Statement Period, King & Spalding LLP ("King & Spalding") provided the following services to the Debtor including, but not limited to, the following:

*Case Administration*

- Discuss material contingency quarterly update needed for client reporting obligations.

- Assist with compiling objections to Ducera and FTI retentions and related billing.

*Litigation Counseling*

- Review plaintiff records and case information to gather data needed for experts to analyze claims in preparation for bankruptcy mediation.

- Discuss and draft brief regarding Edley lift stay motion and application of automatic stay to industrial talc cases.

- Compile and provide to access to various cases folders in preparation of document production to various attorneys general.

- Prepare memorandum of relevant information related to industrial talc including historical document review data, relevant trial testimony, and comparison of allegations in prior talc matters to assist in bankruptcy matter

- Discuss developments in insurance coverage matters, retention issues, and related issues.

- Attend hearing on objections to various retention applications including Skadden, Weil and Jones Day.

- Discuss preparations for mediation and next steps in chapter 11 case.

- Discuss and draft notices and status updates regarding bankruptcy, automatic stay and preliminary injunction requested by state and federal courts.

- Update pending case lists and other materials for bankruptcy teams.

---

[3] The Retention Order is attached hereto as Exhibit A.

- Discuss ordinary course professional billing guidelines.

- Attend fee examiner hearing.

- Address issues and other matters relating to talc-related litigation.

*Relief from Stay Proceedings*

- Discuss and draft analysis of industrial talc stay issues, Edley lift stay motion and next steps.

- Review allegations in attorney general actions for discussions with bankruptcy team.

*Fee Application Preparation*

- Correspond with Jones Day to discuss monthly fee statement and billing guidelines.

- Prepare interim fee application, monthly fee statement and related exhibits, including review and revise invoices for privilege and compliance with U.S. Trustee's Guidelines.

*Litigation – Work on Appeals (50% Johnson & Johnson Split)*

- Address various strategic issues and other matters relating to appeals.

- Compile materials for appellate briefing.

- Communicate with counsel regarding various issues, including those relating to briefing and appellate strategy.

(5)  Anticipated distribution to creditors:

| | |
|---|---|
| (a)  Administration expense: | Unknown at this time. |
| (b)  Secured creditors: | Unknown at this time. |
| (c)  Priority creditors: | Unknown at this time. |
| (d)  General unsecured creditors: | Unknown at this time. |

| | |
|---|---|
| (6)  Final disposition of case and percentage of dividend paid to creditors | Final dividend percentages are unknown at this time. |

I certify under penalty of perjury that the above is true.

Date: June 1, 2022

*/s/ Kristen R. Fournier*
Kristen R. Fournier