## EXHIBIT B

**Invoices**

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: Truist Bank (formerly SunTrust Bank)
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

LTL Management LLC
New Brunswick, NJ 08933-7001

| | |
|---|---|
| Invoice No. | 10526488 |
| Invoice Date | 05/31/22 |
| Client No. | 32880 |
| Matter No. | 145001 |

RE: Chapter 11 Bankruptcy Assistance and Advice
Client Matter Reference: JJL2021019389

For questions, contact:
Kristen Fournier 1 212 790 5342

For Professional Services Rendered through 03/31/22:

| | | |
|---|---|---:|
| Fees | $ | 145,091.40 |
| Expenses | | 100.00 |
| **Total this Invoice** | **$** | **145,191.40** |

*Payment is Due Upon Receipt*

| 32880 | LTL Management LLC | | | | Invoice No. 10526488 |
| 145001 | Chapter 11 Bankruptcy Assistance and Advice | | | | Page 2 |
| 05/31/22 | | | | | |

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Description | Hours | Value |
|------|-----------|------|-------------|-------|-------|
| 03/10/22 | E Gascoine | L002 | Confer with M. Mitchell (Butler Snow) regarding material contingency quarterly update needed for client reporting obligations | 0.1 | 51.00 |
| | | | **Total L002** | **0.1** | **51.00** |
| 03/01/22 | B Baker | L004 | Call with A. Songer concerning second fee application and invoices (.3); email correspondence with K&S team regarding the same (.1) | 0.4 | 355.20 |
| 03/01/22 | T Hoffmann | L004 | Review/analyze issues relating to retention and related filing of fee applications (.9); communicate with Fournier, Baker and Songer regarding monthly fee applications and related issues (.1) | 1.0 | 1,240.00 |
| 03/02/22 | B Baker | L004 | Draft second monthly fee application | 1.2 | 1,065.60 |
| 03/03/22 | B Baker | L004 | Email correspondence with K&S team concerning time entry worksheet and interim fee application forms | 0.8 | 710.40 |
| 03/03/22 | T Hoffmann | L004 | Review/analyze retention issues, including first interim fee application forms and related informational items (1.0); communicate with Perez (JD) regarding fee applications (.1); review/revise second monthly application and related exhibits (2.8) | 3.9 | 4,836.00 |
| 03/04/22 | B Baker | L004 | Email correspondence with K&S team regarding edits to monthly fee application (.7); call and email correspondence with A. Songer regarding invoices and numbers for fee application (1.0); revise fee application (1.5); review interim fee application forms and guidelines (1.4) | 4.6 | 4,084.80 |
| 03/04/22 | T Hoffmann | L004 | Review/revise monthly fee application (.5); review/analyze | 0.7 | 868.00 |

| 32880 | LTL Management LLC | | | Invoice No. 10526488 | |
| 145001 | Chapter 11 Bankruptcy Assistance and Advice | | | Page 3 | |
| 05/31/22 | | | | | |

| Date | Timekeeper | Task | Description | Hours | Value |
|------|-----------|------|-------------|-------|-------|
| | | | interim fee application precedent (.1); communicate with Fournier and Schoch (Skadden) regarding interim fee applications (.1) | | |
| 03/07/22 | B Baker | L004 | Email correspondence with I. Perez (Jones Day) and K&S team concerning second monthly fee application (.2); review precedent and draft first interim monthly fee application (3.0) | 3.2 | 2,841.60 |
| 03/08/22 | B Baker | L004 | Draft first interim monthly fee application | 3.0 | 2,664.00 |
| 03/09/22 | B Baker | L004 | Email correspondence with I. Perez (Jones Day) and K&S team concerning second monthly fee application (1.2); review comments and revise second monthly fee application (2.0); draft first interim fee application (1.5) | 4.7 | 4,173.60 |
| 03/09/22 | T Hoffmann | L004 | Review/revise second monthly fee application and related exhibits (1.0); review/analyze Jones Day edits to second monthly application (.2) | 1.2 | 1,488.00 |
| 03/10/22 | B Baker | L004 | Email correspondence with I. Perez (Jones Day) and K&S team concerning second monthly fee application (1.3); review comments and revise second monthly fee application (1.0) | 2.3 | 2,042.40 |
| 03/11/22 | B Baker | L004 | Email correspondence with J. Pacelli (Wollmuth) and K&S team concerning second monthly fee application (.5); call with A. Songer concerning second monthly fee application (.5); revise second monthly fee application (1.0); draft first interim monthly fee application (1.0) | 3.0 | 2,664.00 |
| 03/14/22 | B Baker | L004 | Call with A. Songer concerning first interim fee application (.5); email correspondence with K&S team regarding revised interim fee application (.5); revise fee application (.8); review hourly rates for fee application (.2) | 2.0 | 1,776.00 |
| 03/14/22 | T Hoffmann | L004 | Review/revise first interim fee | 4.4 | 5,456.00 |

| 32880 | LTL Management LLC | | | Invoice No. 10526488 | |
| 145001 | Chapter 11 Bankruptcy Assistance and Advice | | | Page 4 | |
| 05/31/22 | | | | | |

| Date | Timekeeper | Task | Description | Hours | Value |
|-------|-----------|------|-------------|-------|-------|
| | | | application (2.9); review/analyze related materials and precedent (1.5) | | |
| 03/15/22 | B Baker | L004 | Calls with A. Songer and T. Hoffman concerning numbers for first interim fee application (1.0); email correspondence with K&S team and I. Perez (Jones Day) regarding interim fee application and filing(.8); revise fee application (2.0) | 3.8 | 3,374.40 |
| 03/15/22 | T Hoffmann | L004 | Review/analyze first interim fee application and related exhibits and materials (.8); communicate with Baker and Perez (JD) regarding first interim issue and related issues (.1) | 0.9 | 1,116.00 |
| 03/16/22 | B Baker | L004 | Email correspondence with K&S team and J. Pacelli (Wollmuth) regarding local counsel review of interim fee application and filing (1.0); call with T. Hoffman concerning revisions to interim fee application (.3); revise fee application (2.7) | 4.0 | 3,552.00 |
| 03/16/22 | T Hoffmann | L004 | Review/analyze first interim fee application (.3); communicate with Baker regarding related revisions (.2) | 0.5 | 620.00 |
| 03/17/22 | B Baker | L004 | Email correspondence with K&S team and J. Pacelli (Wollmuth) regarding interim fee application filing (.2); update and convert interim fee application for filing (.3) | 0.5 | 444.00 |
| 03/21/22 | B Baker | L004 | Draft third monthly fee application | 1.5 | 1,332.00 |
| 03/21/22 | K Fournier | L004 | Review and edit K&S fee application | 0.4 | 332.80 |
| 03/22/22 | K Fournier | L004 | Call with D. Pietro (Jones Day) concerning response to fee examiner motion | 0.4 | 332.80 |
| 03/23/22 | B Baker | L004 | Email correspondence with K&S team regarding concerning February invoices and submitting ledes files | 0.5 | 444.00 |
| 03/24/22 | B Baker | L004 | Email correspondence with K&S | 0.3 | 266.40 |

| Date | Timekeeper | Task | Description | Hours | Value |
|------|-----------|------|-------------|-------|-------|
| | | | team, M. Miller, H. Bell, and S. Cramer (litops) regarding ledes files | | |
| 03/25/22 | B Baker | L004 | Email correspondence concerning review of LEDES files | 0.1 | 88.80 |
| 03/28/22 | B Baker | L004 | Review draft certificate of no objection for filing (.2); email correspondence concerning third monthly fee application and invoices (.3); draft third monthly fee application (1.5) | 2.0 | 1,776.00 |
| 03/28/22 | T Hoffmann | L004 | Review/revise monthly application and related exhibits (1.1); review/analyze certificate of no objection and related items (.2) | 1.3 | 1,612.00 |
| 03/29/22 | B Baker | L004 | Email correspondence with I. Perez (Jones Day) and C. Smith (Jones Day) concerning Ledes files | 0.1 | 88.80 |
| 03/31/22 | B Baker | L004 | Email correspondence with K&S team and I. Perez (Jones Day) concerning review of time entires for third monthly fee application | 0.1 | 88.80 |
| | | | **Total L004** | **52.8** | **51,734.40** |
| 03/14/22 | K Fournier | L005 | Draft comprehensive analysis of industrial talc issues and related materials as implicated by lift stay motion and circulate to Jones Day (D. Pietro), White & Case (J. Boelter), LTL (A. Kim) and JJ (E. Haas, A. White) | 3.2 | 2,662.40 |
| 03/14/22 | K Fournier | L005 | Call with JJ (A. White) and LTL (J. Kim) to discuss industrial talc and stay related issues | 0.9 | 748.80 |
| 03/15/22 | K Fournier | L005 | Communications with J. Garde (McCarter) concerning Hollish case and stay issues related to same (.4) and update LTL (J. Kim), JJ (A. White) and Jones Day (D. Pietro) regarding same (.3) | 0.7 | 582.40 |
| 03/15/22 | K Fournier | L005 | Call with Weil (R. Berkovich) and Jones Day (D. Pietro) to discuss response to lift stay motion and additional analysis needed | 1.0 | 832.00 |

| | | | | | |
|---|---|---|---|---|---|
| 32880 | LTL Management LLC | | | | Invoice No. 10526488 |
| 145001 | Chapter 11 Bankruptcy Assistance and Advice | | | | Page 6 |
| 05/31/22 | | | | | |

| Date | Timekeeper | Task | Description | Hours | Value |
|---|---|---|---|---|---|
| 03/16/22 | K Fournier | L005 | Call with LTL (J. Kim), JJ (A. White), D. Pietro (Jones Day) and R. Berkovich (Weil) to discuss lift stay issues and industrial talc | 0.7 | 582.40 |
| 03/16/22 | K Fournier | L005 | Call with Weil (R. Berkovich), Jones Day (D. Pietro) and Imerys counsel to discuss lift stay issues relative to industrial talc | 0.7 | 582.40 |
| 03/17/22 | K Fournier | L005 | Begin drafting brief inserts for lift stay issues related to industrial talc | 2.3 | 1,913.60 |
| 03/22/22 | K Fournier | L005 | Call with D. Pietro (Jones Day) to prepare for further discussion with Imerys counsel regarding industrial talc lift stay motion | 0.4 | 332.80 |
| 03/23/22 | K Fournier | L005 | Work on sections of evidence based arguments on lift stay motion | 2.4 | 1,996.80 |
| 03/23/22 | K Fournier | L005 | Coordination call for LTL counsel (D. Pietro), JJ counsel (G. Starner) and Imerys counsel for lift stay motions and next steps | 0.7 | 582.40 |
| 03/23/22 | K Fournier | L005 | Call with K. Hynes and M. Bush to discuss multiple inserts on evidence for various lift stay submissions | 0.5 | 416.00 |
| 03/25/22 | K Fournier | L005 | Continued work on industrial talc evidentiary modules for use in opposition to lift stay | 2.2 | 1,830.40 |
| 03/28/22 | K Fournier | L005 | Edit memorandum on evidence and history related to industrial talc and circulate to both LTL counsel (Jones Day) and JJ counsel (White and Case) teams | 1.6 | 1,331.20 |
| | | | **Total L005** | **17.3** | **14,393.60** |
| 03/01/22 | E Gascoine | L006 | Confer with D. McCarthy (MG+M) regarding responding to Special Master's request for an update on bankruptcy litigation in Paul Lovell case in Massachusetts | 0.1 | 51.00 |
| 03/01/22 | E Gascoine | L006 | Confer with B. Ford (Quattlebaum Grooms) regarding pending Arkansas cases in light of preliminary injunction | 0.1 | 51.00 |

32880       LTL Management LLC                                        Invoice No. 10526488
145001      Chapter 11 Bankruptcy Assistance and Advice                              Page 7
05/31/22

| Date | Timekeeper | Task | Description | Hours | Value |
|------|-----------|------|-------------|-------|-------|
| 03/02/22 | K Fournier | L006 | Join call with J. Kim (LTL), E. Haas and A. White (JJ), G. Gordon and D. Pietro (Jones Day) and A. Brown (Skadden) to discuss FCR selection and retention issues | 1.1 | 915.20 |
| 03/02/22 | K Fournier | L006 | Coordinate with I. Perez (Jones Day) and K. Frazier (Shook) to schedule and plan billing seminar for ordinary course professionals | 0.5 | 416.00 |
| 03/02/22 | E Gascoine | L006 | Review and update list of all local counsel used in talc litigation to provide to bankruptcy counsel to assist with analysis of costs | 0.3 | 153.00 |
| 03/04/22 | K Fournier | L006 | Second call with LTL (J. Kim), JJ (E. Haas, A. White), Jones Day team (including D. Pietro), White and Case team (including G. Starner) and J. Murdica (Barnes) regarding FCR selection and related issues | 0.9 | 748.80 |
| 03/04/22 | K Fournier | L006 | Call with LTL (J. Kim), JJ (E. Haas, A. White), Jones Day team (including D. Pietro), White and Case team (including G. Starner) and J. Murdica (Barnes) regarding FCR selection and related issues | 1.0 | 832.00 |
| 03/04/22 | K Fournier | L006 | Call with LTL (J. Kim), McCarter (T. Ladd and B. Kahn), D. Pietro (Jones Day) and JJ (A. White) to discuss developments in insurance coverage matter and related issues | 1.2 | 998.40 |
| 03/04/22 | E Gascoine | L006 | Confer with insurance counsel B. Kahn (McCarter English) regarding updates on bankruptcy and recently filed cases | 0.1 | 51.00 |
| 03/08/22 | K Fournier | L006 | Attend hearing regarding objections to various retention applications including Skadden, Weil and Jones Day | 2.7 | 2,246.40 |
| 03/08/22 | E Gascoine | L006 | Review executed stipulations of dismissal in New Jersey cases to assist counsel with analysis of issues in bankruptcy | 0.2 | 102.00 |
| 03/08/22 | E Gascoine | L006 | Review newly filed complaint for plaintiff  Hollish and analyze stay related matters | 0.3 | 153.00 |

32880        LTL Management LLC                                              Invoice No. 10526488
145001       Chapter 11 Bankruptcy Assistance and Advice                                    Page 8
05/31/22

| Date | Timekeeper | Task | Description | Hours | Value |
|------|-----------|------|-------------|-------|-------|
| 03/10/22 | K Fournier | L006 | Call with LTL (J. Kim), JJ (E. Haas, A. White), Jones Day (D. Pietro, B. Erens), A. Brown (Skadden), White and Case (G. Starner) and J. Murdica (Barnes) to discuss assignments, work streams and general planning issues for next 3 months of case | 1.2 | 998.40 |
| 03/10/22 | E Gascoine | L006 | Review cases to determine whether any industrial talc allegations were made to assist bankruptcy counsel with analysis | 1.0 | 510.00 |
| 03/10/22 | E Gascoine | L006 | Confer with C. Cox (Skadden) regarding status of two ovarian cancer cases to assist him with analysis of bankruptcy issues and testimony in talc litigation | 0.2 | 102.00 |
| 03/14/22 | E Gascoine | L006 | Confer with J. Garde (McCarter English) regarding motion filed in bankruptcy case to attempt to lift stay on industrial talc cases | 0.2 | 102.00 |
| 03/14/22 | E Gascoine | L006 | Review newly filed complaint as part of motion to lift stay on industrial talc cases | 0.2 | 102.00 |
| 03/14/22 | E Gascoine | L006 | Confer with K. Fournier regarding motion filed in bankruptcy to lift the stay on industrial talc cases | 0.2 | 102.00 |
| 03/14/22 | E Gascoine | L006 | Confer with K. Fournier regarding issues in plaintiff cases to assist bankruptcy counsel with briefing | 0.1 | 51.00 |
| 03/14/22 | E Gascoine | L006 | Confer with C. Caryl (Tucker Ellis) regarding motion filed in bankruptcy case to lift stay on industrial talc cases | 0.1 | 51.00 |
| 03/14/22 | E Gascoine | L006 | Draft summary of allegations from multiple cases to assist bankruptcy counsel with briefing | 1.8 | 918.00 |

| 32880 | LTL Management LLC | | | Invoice No. 10526488 | |
|---|---|---|---|---|---|
| 145001 | Chapter 11 Bankruptcy Assistance and Advice | | | | Page 9 |
| 05/31/22 | | | | | |

| Date | Timekeeper | Task | Description | Hours | Value |
|---|---|---|---|---|---|
| 03/14/22 | E Gascoine | L006 | Confer with A. Rush (Jones Day) regarding review of cases to assist bankruptcy counsel with briefing | 0.1 | 51.00 |
| 03/14/22 | E Gascoine | L006 | Confer with N. Trovato regarding industrial talc cases to assist bankruptcy counsel with motion to lift stay by plaintiffs in industrial talc cases | 0.1 | 51.00 |
| 03/15/22 | S Foster | L006 | Prepare memorandum of relevant trial testimony related to industrial talc to assist with bankruptcy matter | 1.6 | 1,152.00 |
| 03/15/22 | S Foster | L006 | Prepare memorandum of relevant information related to industrial talc including historical document review data to assist in bankruptcy matter | 1.4 | 1,008.00 |
| 03/15/22 | K Fournier | L006 | Call with Jones Day (D. Pietro), J. Murdica (Barnes) and Bates White to discuss preparations for mediation (1.0), and send follow up communication regarding same (.4) | 1.4 | 1,164.80 |
| 03/15/22 | K Fournier | L006 | Follow up call with Bates White to follow up on preparations for mediation analysis | 0.7 | 582.40 |
| 03/15/22 | K Fournier | L006 | Call with A. White (JJ) concerning mediation related assignments | 0.6 | 499.20 |
| 03/15/22 | K Fournier | L006 | Call with A. White (JJ) concerning industrial talc issues | 0.4 | 332.80 |
| 03/15/22 | E Gascoine | L006 | Confer with J. Garde and B. Sherman (McCarter English) regarding list of industrial talc cases to assist with bankruptcy issues | 0.2 | 102.00 |
| 03/15/22 | E Gascoine | L006 | Confer with K. Fournier regarding list of industrial talc cases to assist with bankruptcy issues | 0.4 | 204.00 |
| 03/15/22 | E Gascoine | L006 | Confer with B. Rowlen (Lewis Brisbois) regarding list of industrial talc cases to assist with | 0.1 | 51.00 |

32880      LTL Management LLC                                    Invoice No. 10526488
145001     Chapter 11 Bankruptcy Assistance and Advice                        Page 10
05/31/22

| Date | Timekeeper | Task | Description | Hours | Value |
|------|-----------|------|-------------|-------|-------|
| | | | bankruptcy issues | | |
| 03/15/22 | E Gascoine | L006 | Confer with K. Fournier regarding review of deposition transcripts to assist bankruptcy counsel with plaintiff's efforts to lift stay in industrial talc cases | 0.1 | 51.00 |
| 03/15/22 | E Gascoine | L006 | Review deposition transcripts to assist bankruptcy counsel with plaintiff's efforts to lift stay in industrial talc cases | 2.3 | 1,173.00 |
| 03/15/22 | E Gascoine | L006 | Draft updated list of industrial talc cases filed over history and entities named for bankruptcy counsel | 2.0 | 1,020.00 |
| 03/15/22 | E Gascoine | L006 | Confer with K. Fournier regarding review of prior corporate deposition transcripts to assist bankruptcy counsel with understanding statements made about industrial talc | 0.1 | 51.00 |
| 03/15/22 | E Gascoine | L006 | Confer with M. Vives regarding review of prior corporate deposition transcripts to assist bankruptcy counsel with understanding statements made about industrial talc | 0.2 | 102.00 |
| 03/15/22 | E Gascoine | L006 | Confer with K. O'Connor regarding review of prior corporate deposition transcripts to assist bankruptcy counsel with understanding statements made about industrial talc | 0.1 | 51.00 |
| 03/15/22 | E Gascoine | L006 | Review affidavit relating to industrial talc related issues to assist bankruptcy counsel with stay related matters | 0.3 | 153.00 |
| 03/15/22 | E Gascoine | L006 | Confer with K. Fournier regarding affidavit relating to industrial talc related issues to assist bankruptcy counsel with stay related matters | 0.1 | 51.00 |
| 03/15/22 | E Gascoine | L006 | Confer with  T. Kurland (Patterson Belknap)  regarding list of | 0.1 | 51.00 |

32880      LTL Management LLC                                             Invoice No. 10526488
145001     Chapter 11 Bankruptcy Assistance and Advice                              Page 11
05/31/22

| Date | Timekeeper | Task | Description | Hours | Value |
|------|-----------|------|-------------|-------|-------|
| | | | industrial talc cases to assist with bankruptcy issues | | |
| 03/15/22 | K Hynes | L006 | Review evidence and testimony cited in and related to D. Edley complaint for purposes of responding to allegations therein | 1.1 | 804.10 |
| 03/16/22 | K Fournier | L006 | Call with C. Mullen (Bates White) to review issues relative to mediation analysis and next steps for related work | 1.2 | 998.40 |
| 03/16/22 | E Gascoine | L006 | Confer with K. Frazier (Shook Hardy) regarding updated list of talc counsel that are considered ordinary course professionals under bankruptcy | 0.2 | 102.00 |
| 03/16/22 | E Gascoine | L006 | Review and revise list of talc counsel that are considered ordinary course professionals under bankruptcy to assist client | 0.6 | 306.00 |
| 03/17/22 | A Adovasio | L006 | Review plaintiff records and case information in 500 cases to compile data requested by mediators and client in preparation for bankruptcy mediation | 3.3 | 1,138.50 |
| 03/17/22 | K Fournier | L006 | Call with E. Gascoine to review mesothelioma filing and settlement data for use in mediation preparation | 0.4 | 332.80 |
| 03/17/22 | E Gascoine | L006 | Meeting with T. Roethke and A. Adovasio regarding analysis of case information for previously settled talc cases to assist bankruptcy counsel with preparing for mediation | 0.4 | 204.00 |
| 03/17/22 | E Gascoine | L006 | Confer with A. Hau (Lewis Brisbois) regarding deposition in Sye case pending in Illinois | 0.1 | 51.00 |
| 03/17/22 | E Gascoine | L006 | Draft an updated analysis of case information for previously settled cases to assist bankruptcy counsel with preparing for mediation | 2.6 | 1,326.00 |
| 03/17/22 | E Gascoine | L006 | Confer with K. Fournier regarding | 0.3 | 153.00 |

| 32880 | LTL Management LLC | | | Invoice No. 10526488 | |
| 145001 | Chapter 11 Bankruptcy Assistance and Advice | | | Page 12 | |
| 05/31/22 | | | | | |

| Date | Timekeeper | Task | Description | Hours | Value |
|-------|------------|------|-------------|-------|-------|
| | | | previously settled cases to assist bankruptcy counsel in preparation for mediation | | |
| 03/17/22 | E Gascoine | L006 | Call with K. Fournier to discuss preparing analysis of case information for previously settled talc cases to assist bankruptcy counsel | 0.5 | 255.00 |
| 03/18/22 | E Gascoine | L006 | Confer with K. Fournier regarding deposition in Sye case pending in Illinois | 0.2 | 102.00 |
| 03/20/22 | A Adovasio | L006 | Review plaintiff records and case information in 500 cases to compile data requested by mediators and client in preparation for bankruptcy mediation | 1.9 | 655.50 |
| 03/20/22 | E Gascoine | L006 | Confer with A. Adovasio regarding analysis of case information for previously settled talc cases to assist bankruptcy counsel | 0.2 | 102.00 |
| 03/21/22 | A Adovasio | L006 | Review plaintiff records and case information in 500 cases to compile data requested by mediators and client in preparation for bankruptcy mediation | 1.4 | 483.00 |
| 03/21/22 | E Gascoine | L006 | Draft updated chart of settled cases with additional information gathered from review of complaints to assist bankruptcy counsel | 2.9 | 1,479.00 |
| 03/22/22 | A Adovasio | L006 | Review plaintiff records and case information in 500 cases to compile data requested by mediators and client in preparation for bankruptcy mediation | 3.6 | 1,242.00 |
| 03/22/22 | E Gascoine | L006 | Draft updated chart of settled cases with additional information gathered from review of complaints to assist bankruptcy | 2.9 | 1,479.00 |

32880     LTL Management LLC        Invoice No. 10526488
145001    Chapter 11 Bankruptcy Assistance and Advice       Page 13
05/31/22

| Date | Timekeeper | Task | Description | Hours | Value |
|---|---|---|---|---|---|
| | | | counsel | | |
| 03/22/22 | E Gascoine | L006 | Confer with K. Fournier and J. Bash (Lewis Brisbois) regarding Syes case | 0.2 | 102.00 |
| 03/22/22 | E Gascoine | L006 | Confer with A. Adovasio regarding updating chart of settled cases to assist bankruptcy counsel | 0.1 | 51.00 |
| 03/23/22 | A Adovasio | L006 | Review plaintiff records and case information in 500 cases to compile data requested by mediators and client in preparation for bankruptcy mediation | 0.4 | 138.00 |
| 03/23/22 | M Bush | L006 | Confer with K. Fournier and K. Hynes regarding response to motion regarding application of stay to industrial talc cases | 0.6 | 435.00 |
| 03/23/22 | E Gascoine | L006 | Draft updated chart of settled cases with additional information gathered from review of complaints to assist bankruptcy counsel | 5.0 | 2,550.00 |
| 03/23/22 | E Gascoine | L006 | Review newly served complaint in Illinois to determine whether notice of bankruptcy should be filed | 0.1 | 51.00 |
| 03/23/22 | E Gascoine | L006 | Confer with J. Bash (Lewis Brisbois) about filing notice bankruptcy in Payne case filed in Illinois | 0.1 | 51.00 |
| 03/23/22 | K Hynes | L006 | Edley (NJ) Call with K. Fournier and M. Bush to discuss drafting opposition to motion by non-party movants regarding lifting the automatic stay | 0.5 | 365.50 |
| 03/24/22 | A Adovasio | L006 | Review plaintiff records and case information in 500 cases to compile data requested by mediators and client in preparation for bankruptcy mediation | 3.5 | 1,207.50 |
| 03/24/22 | S Foster | L006 | Call with K. Fournier and E. Gascoine regarding analysis of | 0.5 | 360.00 |

32880          LTL Management LLC                                   Invoice No. 10526488
145001        Chapter 11 Bankruptcy Assistance and Advice                      Page 14
05/31/22

| Date | Timekeeper | Task | Description | Hours | Value |
|------|-----------|------|-------------|-------|-------|
| | | | select documents described in Reuters article | | |
| 03/24/22 | S Foster | L006 | Conduct research and analyze relevant documents at request of bankruptcy team related to Reuters article | 3.3 | 2,376.00 |
| 03/24/22 | K Fournier | L006 | Call with retailer counsel (K. Ollah) regarding stay related issues | 0.6 | 499.20 |
| 03/24/22 | E Gascoine | L006 | Confer with A. Adovasio regarding updating chart of settled cases to assist bankruptcy counsel | 0.3 | 153.00 |
| 03/24/22 | E Gascoine | L006 | Draft updated chart of settled cases with additional information gathered from review of complaints to assist bankruptcy counsel | 6.5 | 3,315.00 |
| 03/24/22 | E Gascoine | L006 | Call with K. Fournier to discuss plaintiff verdicts and jurisdiction issues to assist bankruptcy counsel | 0.2 | 102.00 |
| 03/24/22 | K Hynes | L006 | Edley (NJ) Outline and draft opposition to motion by non-party movants regarding lifting the automatic stay | 1.9 | 1,388.90 |
| 03/25/22 | S Foster | L006 | Conduct research on relevant documents discussed in Reuters article and prepare memorandum of information on documents to assist with bankruptcy team | 3.4 | 2,448.00 |
| 03/25/22 | K Fournier | L006 | Assist with certain portions of confidential mediation statement and correspondence with J. Murdica (Barnes) regarding same | 1.1 | 915.20 |
| 03/25/22 | K Fournier | L006 | Call with LTL (J. Kim), JJ (E. Haas and A. White), J. Murdica (Barnes) and C. Mullen regarding mediation planning | 1.0 | 832.00 |
| 03/25/22 | K Fournier | L006 | Call with K. Rosen to discuss case planning issues | 0.8 | 665.60 |
| 03/25/22 | E Gascoine | L006 | Draft updated chart of settled cases | 4.3 | 2,193.00 |

| 32880 | LTL Management LLC | | | | Invoice No. 10526488 |
| 145001 | Chapter 11 Bankruptcy Assistance and Advice | | | | Page 15 |
| 05/31/22 | | | | | |

| Date | Timekeeper | Task | Description | Hours | Value |
|---|---|---|---|---|---|
| | | | with additional information gathered from review of complaints to assist bankruptcy counsel | | |
| 03/25/22 | K Hynes | L006 | Edley (NJ) Continue to outline and draft the response to plaintiffs' class action complaint | 7.8 | 5,701.80 |
| 03/26/22 | K Hynes | L006 | Edley (NJ) Continue to outline and draft response to plaintiffs' class action complaint | 4.5 | 3,289.50 |
| 03/27/22 | M Bush | L006 | Draft section of argument regarding application of stay to industrial talc cases | 2.3 | 1,667.50 |
| 03/27/22 | K Hynes | L006 | Continue to outline and draft response to plaintiffs' class action complaint in Edley (NJ) | 0.8 | 584.80 |
| 03/28/22 | M Bush | L006 | Draft section of argument regarding application of stay to industrial talc cases | 4.4 | 3,190.00 |
| 03/28/22 | S Foster | L006 | Prepare memorandum related to documents identified in Reuters article to assist with bankruptcy matter | 0.9 | 648.00 |
| 03/28/22 | K Fournier | L006 | Call with A. White (JJ) regarding talc-related issues and communications from plaintiffs' counsel | 0.6 | 499.20 |
| 03/28/22 | E Gascoine | L006 | Confer with M. Bush and K. Hynes regarding issues related to stay and industrial talc | 0.2 | 102.00 |
| 03/28/22 | E Gascoine | L006 | Confer with J. Bash (Lewis Brisbois) regarding Fontenot case filed in Illinois | 0.2 | 102.00 |
| 03/28/22 | K Hynes | L006 | Continue to draft response to the plaintiffs' motion in Edley (NJ) | 1.1 | 804.10 |
| 03/29/22 | K Fournier | L006 | Attend weekly WIP call related to ongoing case work | 1.2 | 998.40 |
| 03/29/22 | K Fournier | L006 | Call with LTL (J. Kim), Jones Day (D. Prieto), and JJ (A. White) regarding New Mexico AG action and next steps | 0.6 | 499.20 |
| 03/29/22 | E Gascoine | L006 | Confer with S. Capriotti (Kelly | 0.1 | 51.00 |

32880          LTL Management LLC                                          Invoice No. 10526488
145001         Chapter 11 Bankruptcy Assistance and Advice                              Page 16
05/31/22

| Date | Timekeeper | Task | Description | Hours | Value |
|------|-----------|------|-------------|-------|-------|
| | | | Jasons) regarding filing notice of bankruptcy in new Pennsylvania case called Seneca | | |
| 03/29/22 | E Gascoine | L006 | Confer with A. Hau (Lewis Brisbois) regarding language to use in Notice of Bankruptcy in Payne case filed in Illinois | 0.1 | 51.00 |
| 03/29/22 | E Gascoine | L006 | Review complaint filed in Pennsylvania in Seneca case to determine whether notice of bankruptcy should be filed | 0.2 | 102.00 |
| 03/29/22 | K Hynes | L006 | Continue to draft and revise opposition to plaintiffs' motion in Edley (NJ) | 2.6 | 1,900.60 |
| 03/30/22 | L Fermin | L006 | Search and gather various exhibits cited in the Edley's write up as per K. Hynes' request | 6.1 | 2,104.50 |
| 03/30/22 | S Foster | L006 | Prepare/revise chart of information related to documents cited in Reuters article to assist bankruptcy team | 0.6 | 432.00 |
| 03/30/22 | K Fournier | L006 | Attend hearing on fee examiner, motion for continuance of TCC II and direct appeal | 4.5 | 3,744.00 |
| 03/30/22 | K Fournier | L006 | Communications with A. Wein (JJ) and LTL (J. Kim) concerning appeals | 0.8 | 665.60 |
| 03/30/22 | K Fournier | L006 | Call with Bates White analyst team regarding WIP | 1.0 | 832.00 |
| 03/30/22 | K Hynes | L006 | Assist with compiling materials cited in the opposition to plaintiffs' motion in Edley (NJ) | 0.2 | 146.20 |
| 03/31/22 | S Foster | L006 | Revise chart of relevant documents cited in Reuters article to assist bankruptcy counsel | 0.6 | 432.00 |
| 03/31/22 | S Foster | L006 | Prepare correspondence to K. Fournier regarding chart of documents from Reuters article | 0.2 | 144.00 |
| 03/31/22 | K Fournier | L006 | Draft summary of New Mexico AG action and elements of claims as relates to underlying tort actions for Jones Day | 1.2 | 998.40 |
| 03/31/22 | E Gascoine | L006 | Review transcript from Syes case filed in Illinois to support filing notice of bankruptcy | 0.5 | 255.00 |

32880     LTL Management LLC                                                    Invoice No. 10526488
145001    Chapter 11 Bankruptcy Assistance and Advice                                        Page 17
05/31/22

| Date | Timekeeper | Task | Description | Hours | Value |
|------|-----------|------|-------------|-------|-------|
| | | | **Total L006** | **127.3** | **78,912.40** |
| | | | Total | 197.5 | 145,091.40 |

**Expenses Incurred**

| | | |
|------|------|------|
| 03/08/22 | VENDOR: Peralta, Josefina INVOICE#: 5050667503241159 DATE: 3/24/2022<br>LTL Hearing | 50.00 |
| 03/30/22 | VENDOR: Fournier, Kristen INVOICE#: 5070680804071341 DATE: 4/7/2022<br>Court hearing | 50.00 |
| | Total Expenses | 100.00 |

32880      LTL Management LLC                                              Invoice No. 10526488
145001     Chapter 11 Bankruptcy Assistance and Advice                              Page 18
05/31/22

**Task Summary**

| Task | | Hours | Value |
|------|--|-------|-------|
| L002 | Case Administration | 0.1 | 51.00 |
| L004 | Fee/Employment Applications | 52.8 | 51,734.40 |
| L005 | Relief from Stay Proceedings | 17.3 | 14,393.60 |
| L006 | Litigation Counseling | 127.3 | 78,912.40 |
| Total | | 197.5 | 145,091.40 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: Truist Bank (formerly SunTrust Bank)
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

LTL Management LLC
New Brunswick, NJ 08933-7001

| | |
|---|---|
| Invoice No. | 10526491 |
| Invoice Date | 05/31/22 |
| Client No. | 32880 |
| Matter No. | 240001 |

RE: 50% LTL / J&J
Client Matter Reference: JJL2021019389 /JJL2021019364

For questions, contact:
Kristen Fournier 1 212 790 5342

For Professional Services Rendered through 03/31/22:

| | | |
|---|---|---|
| Fees | $ | 4,311.20 |
| Expenses | | 23,742.00 |
| **Total this Invoice** | **$** | **28,053.20** |

**Allocation by Payor**

| | | | |
|---|---|---|---|
| Total Due from Johnson & Johnson | 50.00% | $ | 14,026.60 |
| Total Due from LTL Management LLC | 50.00% | $ | 14,026.60 |

32880       LTL Management LLC                                            Invoice No. 10526491
240001      50% LTL / J&J                                                              Page 2
05/31/22

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Description | Hours | Value |
|------|-----------|------|-------------|-------|-------|
| 03/11/22 | P Johnson | L008 | Prepare email to counsel for co-defendant regarding reply brief issues (Bader) | 0.1 | 85.00 |
| 03/11/22 | P Johnson | L008 | Analyze and email R. Loeb (Orrick) and U. Bhatti (Orrick) regarding submission of reporter's transcript and briefing schedule issues (Prudencio) | 0.4 | 340.00 |
| 03/11/22 | P Johnson | L008 | Remote conference with R. Loeb (Orrick), U. Bhatti (Orrick), and counsel for co-defendant regarding plaintiff's appellate briefs and strategy for preparation of reply briefs (Bader) | 0.5 | 425.00 |
| 03/11/22 | P Johnson | L008 | Briefly review 65-volume reporter's transcript on appeal and accompanying notification from reporter (Prudencio) | 0.3 | 255.00 |
| 03/16/22 | P Johnson | L008 | Analyze and reply to email from R. Loeb regarding status of appellate record, reviewing rules and court practices in prior cases (Prudencio) | 0.4 | 340.00 |
| 03/21/22 | P Johnson | L008 | Follow-up emails with opposing counsel regarding proposed correction in reporter's transcript (Prudencio) | 0.1 | 85.00 |
| 03/21/22 | P Johnson | L008 | Prepare proposed volume to correct reporter's transcript (Prudencio) | 0.2 | 170.00 |
| 03/21/22 | P Johnson | L008 | Prepare letter and email to court clerks, reporter, and opposing counsel regarding reporter's transcript and proposed correction (Prudencio) | 0.7 | 595.00 |
| 03/21/22 | P Johnson | L008 | Review replacement reporter's transcript  (Prudencio) | 0.2 | 170.00 |

32880          LTL Management LLC                                    Invoice No. 10526491
240001         50% LTL / J&J                                                        Page 3
05/31/22

| Date | Timekeeper | Task | Description | Hours | Value |
|------|-----------|------|-------------|-------|-------|
| 03/21/22 | P Johnson | L008 | Review 10,543-page reporter's transcript for completeness and identify deficiency (Prudencio) | 1.3 | 1,105.00 |
| 03/21/22 | P Johnson | L008 | Emails with R. Loeb (Orrick) regarding reporter's transcript and proposed correction (Prudencio) | 0.2 | 170.00 |
| 03/21/22 | P Johnson | L008 | Follow-up emails with reporters regarding reporter's transcript (Prudencio) | 0.3 | 255.00 |
| 03/21/22 | P Johnson | L008 | Email R. Loeb (Orrick) regarding strategy for appellate briefing (Prudencio) | 0.1 | 85.00 |
| 03/22/22 | P Johnson | L008 | Email court clerks, reporters, and other parties regarding replacement of reporter's transcript for appeal (Prudencio) | 0.1 | 85.00 |
| 03/25/22 | K Hynes | L008 | Communications with U. Bhatti (Orrick) regarding appellate brief contents (Prudencio) | 0.2 | 146.20 |
| | | | **Total L008** | **5.1** | **4,311.20** |
| | | | Total | 5.1 | 4,311.20 |

**Expenses Incurred**

| | | |
|---|---|---|
| 03/16/22 | Court Reporter - VENDOR: Veritext LLC INVOICE#: 5647646 DATE: 3/16/2022  Court reporter - Appeal / Volume 1-65 / Job date: 12/16/21 | 23,742.00 |
| | Total Expenses | 23,742.00 |

32880     LTL Management LLC                                      Invoice No. 10526491
240001    50% LTL / J&J                                                       Page 4
05/31/22

**Task Summary**

| Task | | Hours | Value |
|------|------|-------|-------|
| L008 | Litigation - Work on appeals | 5.1 | 4,311.20 |
| Total | | 5.1 | 4,311.20 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: Truist Bank (formerly SunTrust Bank)
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

LTL Management LLC
New Brunswick, NJ 08933-7001

| | |
|---|---|
| Invoice No. | 10526494 |
| Invoice Date | 05/31/22 |
| Client No. | 32880 |
| Matter No. | 145001 |

RE: Chapter 11 Bankruptcy Assistance and Advice
Client Matter Reference: JJL2021019389

For questions, contact:
Kristen Fournier 1 212 790 5342

For Professional Services Rendered through 04/30/22:

| | | |
|---|---|---|
| Fees | $ | 21,138.00 |
| **Total this Invoice** | **$** | **21,138.00** |

*Payment is Due Upon Receipt*

| 32880 | LTL Management LLC | | | | Invoice No. 10526494 |
| 145001 | Chapter 11 Bankruptcy Assistance and Advice | | | | Page 2 |
| 05/31/22 | | | | | |

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Description | Hours | Value |
|------|-----------|------|-------------|-------|-------|
| 04/01/22 | E Gascoine | L002 | Review the quarterly legal note on talc | 0.2 | 102.00 |
| 04/01/22 | E Gascoine | L002 | Confer with M. Dmochowski (J&J), C. Denig (Covington), and K. Frazier (Shook Hardy) regarding quarterly update of legal note for talc | 0.2 | 102.00 |
| 04/02/22 | E Gascoine | L002 | Confer with K. Frazier (Shook Hardy) regarding quarterly update of legal note for talc | 0.1 | 51.00 |
| 04/04/22 | E Gascoine | L002 | Confer with C. Denig (Covington) regarding first quarter update of Legal Note on talc litigation for client | 0.2 | 102.00 |
| 04/04/22 | E Gascoine | L002 | Confer with K. Frazier (Shook Hardy) regarding first quarter update of Legal Note on talc litigation for client | 0.1 | 51.00 |
| 04/04/22 | E Gascoine | L002 | Confer with J. George (Weil) regarding first quarter update of Legal Note on talc litigation for client | 0.1 | 51.00 |
| 04/06/22 | K Fournier | L002 | Assist with compiling objections to Ducera and FTI retentions and related billing | 3.2 | 2,662.40 |
| | | | **Total L002** | **4.1** | **3,121.40** |
| 04/01/22 | B Baker | L004 | Email correspondence with K&S team and I. Perez (Jones Day) concerning third monthly fee application (.2); revise third monthly fee application (1.2) | 1.4 | 1,243.20 |
| 04/04/22 | B Baker | L004 | Review initial memo and order appointing fee examiner (1.1); email correspondence with K&S team and I. Perez (Jones Day) concerning submission of Ledes files to fee examiner (.2); email correspondence concerning third monthly fee application (.1) | 1.4 | 1,243.20 |
| 04/05/22 | B Baker | L004 | Email correspondence with K&S team and I. Perez (Jones Day) concerning third monthly fee application draft (.2); revise fee application to incorporate comments (.5) | 0.7 | 621.60 |
| 04/06/22 | B Baker | L004 | Email correspondence with K&S team and I. Perez (Jones Day) concerning third monthly fee application draft (.3); revise fee application to incorporate comments (.8) | 1.1 | 976.80 |

| 32880 | LTL Management LLC | | | Invoice No. 10526494 |
| 145001 | Chapter 11 Bankruptcy Assistance and Advice | | | Page 3 |
| 05/31/22 | | | | |

| Date | Timekeeper | Task | Description | Hours | Value |
|---|---|---|---|---|---|
| 04/07/22 | B Baker | L004 | Email correspondence with K&S team and J. Pacelli (Wollmuth) concerning filing third monthly fee application | 0.2 | 177.60 |
| 04/11/22 | B Baker | L004 | Email correspondence with K&S team and I. Perez (Jones Day) concerning LEDES files | 0.2 | 177.60 |
| 04/12/22 | B Baker | L004 | Call and email correspondence with A. Songer concerning LEDES files and expense backups | 0.2 | 177.60 |
| 04/13/22 | B Baker | L004 | Email correspondence with K&S team, US trustee, and fee examiner concerning LEDES files and expense backups | 1.0 | 888.00 |
| 04/20/22 | B Baker | L004 | Email correspondence with A. Songer concerning invoices for fourth monthly fee application | 1.2 | 1,065.60 |
| 04/22/22 | B Baker | L004 | Draft fourth monthly fee application | 0.3 | 266.40 |
| 04/28/22 | B Baker | L004 | Email correspondence with A. Songer concerning invoices for fourth monthly fee application | 0.1 | 88.80 |
| | | | **Total L004** | **7.8** | **6,926.40** |
| 04/01/22 | K Fournier | L005 | Meeting to discuss Edley lift stay motion and next steps | 0.8 | 665.60 |
| 04/04/22 | K Fournier | L005 | Draft and circulate factual analysis of industrial talc issues in connection with Edley lift stay motion | 2.2 | 1,830.40 |
| 04/04/22 | K Fournier | L005 | Work with E. Gascoine to compile complaint comparisons and general overview regarding New Mexico AG action as requested by LTL counsel (A. Rush) | 1.3 | 1,081.60 |
| 04/04/22 | K Fournier | L005 | Call with counsel to LTL (D. Pietro), JJ (G. Starner) and Weil (R. Berkovich) to discuss Edley lift stay motion and strategy regarding same | 0.8 | 665.60 |
| | | | **Total L005** | **5.1** | **4,243.20** |
| 04/04/22 | E Gascoine | L006 | Confer with K. Fournier regarding allegations in prior talc complaints and in New Mexico Attorney General action | 0.2 | 102.00 |
| 04/04/22 | E Gascoine | L006 | Draft memorandum regarding allegations in prior talc complaints and in New Mexico Attorney General action | 2.2 | 1,122.00 |
| 04/04/22 | E Gascoine | L006 | Confer with B. Kahn (McCarter English) regarding insurers request for update about talc filings since bankruptcy ruling | 0.1 | 51.00 |
| 04/05/22 | K Fournier | L006 | Weekly WIP meeting with LTL (Jones Day) and JJ | 1.0 | 832.00 |

| 32880 | LTL Management LLC | | | | Invoice No. 10526494 |
|---|---|---|---|---|---|
| 145001 | Chapter 11 Bankruptcy Assistance and Advice | | | | Page 4 |
| 05/31/22 | | | | | |

| Date | Timekeeper | Task | Description | Hours | Value |
|---|---|---|---|---|---|
| | | | (White & Case) counsel, as well as company representatives, to discuss status of case activities, applications, upcoming hearings and related issues | | |
| 04/05/22 | K Fournier | L006 | Call with Bates White regarding gathering certain underlying litigation materials and related issues | 0.8 | 665.60 |
| 04/05/22 | E Gascoine | L006 | Review amended complaint in Cammalleri against Weitz firm in New Jersey | 0.1 | 51.00 |
| 04/07/22 | E Gascoine | L006 | Confer with M. Dmochowski (J&J) regarding filing notice of bankruptcy in recently filed complaint in Illinois for the Payne case | 0.1 | 51.00 |
| 04/08/22 | E Gascoine | L006 | Confer with K. Frazier (Shook Hardy) regarding a talc mesothelioma case and case management issues | 0.1 | 51.00 |
| 04/08/22 | E Gascoine | L006 | Review talc mesothelioma cases in connection with case management issues | 0.1 | 51.00 |
| 04/11/22 | E Gascoine | L006 | Review Plant case in South Carolina recently served on client | 0.1 | 51.00 |
| 04/11/22 | E Gascoine | L006 | Review Vaughn case in Illinois recently served on client | 0.1 | 51.00 |
| 04/11/22 | E Gascoine | L006 | Confer with K. Frazier (Shook Hardy) regarding Vaughn case in Illinois | 0.1 | 51.00 |
| 04/11/22 | E Gascoine | L006 | Confer with K. Fournier and S. Foster regarding research in connection with Reuters article | 0.1 | 51.00 |
| 04/11/22 | E Gascoine | L006 | Confer with K. Fournier regarding pending cases that are currently stayed by bankruptcy court | 0.1 | 51.00 |
| 04/11/22 | E Gascoine | L006 | Review all pending cases that are currently stayed by bankruptcy court | 0.1 | 51.00 |
| 04/13/22 | K Fournier | L006 | WIP meeting with D. Prieto (Jones Day) and Bates White team, and organize and forward certain follow up data related to same | 0.7 | 582.40 |
| 04/18/22 | E Gascoine | L006 | Review new complaint filed in New Jersey by Levy Konigsberg | 0.2 | 102.00 |
| 04/19/22 | E Gascoine | L006 | Review and update ordinary course professionals report to assist Jones Day with upcoming filing requirements with bankruptcy court | 0.3 | 153.00 |

| 32880 | LTL Management LLC | | | | Invoice No. 10526494 |
| 145001 | Chapter 11 Bankruptcy Assistance and Advice | | | | Page 5 |
| 05/31/22 | | | | | |

| Date | Timekeeper | Task | Description | Hours | Value |
|-------|-----------|------|-------------|-------|-------|
| 04/19/22 | E Gascoine | L006 | Confer with B. Sherman and J. Garde (McCarter English) regarding complaint in original industrial talc and asbestos case filed by Louis Edley in New Jersey in 1986 | 0.2 | 102.00 |
| 04/19/22 | E Gascoine | L006 | Draft updated notice of bankruptcy language to assist J. Garde (McCarter English) with filing notice in Steelman case filed in New Jersey by Levy Konigsberg | 0.1 | 51.00 |
| 04/19/22 | E Gascoine | L006 | Confer with J. Garde (McCarter English) regarding filing a notice of bankruptcy in Steelman case filed in New Jersey by Levy Konigsberg | 0.2 | 102.00 |
| 04/21/22 | E Gascoine | L006 | Review recommendation of special master regarding deposition protocol in the Hagwood case filed in New Jersey | 0.1 | 51.00 |
| 04/26/22 | K Fournier | L006 | Weekly WIP call with LTL (J. Kim), JJ (E. Haas and A. White) and counsel for same to discuss upcoming deadlines, mediation and other issues | 0.9 | 748.80 |
| 04/27/22 | E Gascoine | L006 | Research prior talc cases to assist bankruptcy counsel with briefing | 2.1 | 1,071.00 |
| 04/27/22 | E Gascoine | L006 | Confer with K. Hynes regarding prior cases to assist briefing team | 0.1 | 51.00 |
| 04/28/22 | K Fournier | L006 | Call with Bates White team regarding ongoing factual analysis and additional requests for materials | 0.6 | 499.20 |
| 04/29/22 | E Gascoine | L006 | Confer with D. McCarthy (MGM) regarding deposition related protocol in Lovell case in Massachusetts | 0.1 | 51.00 |
| | | | **Total L006** | **10.9** | **6,847.00** |
| | | | Total | 27.9 | 21,138.00 |

32880       LTL Management LLC                                                    Invoice No. 10526494
145001      Chapter 11 Bankruptcy Assistance and Advice                                        Page 6
05/31/22


**Task Summary**

| Task |  | Hours | Value |
|------|--------|------:|------:|
| L002 | Case Administration | 4.1 | 3,121.40 |
| L004 | Fee/Employment Applications | 7.8 | 6,926.40 |
| L005 | Relief from Stay Proceedings | 5.1 | 4,243.20 |
| L006 | Litigation Counseling | 10.9 | 6,847.00 |
| Total |  | 27.9 | 21,138.00 |