Marc E. Wolin, Esq.
John M. August, Esq.
SAIBER LLC
18 Columbia Turnpike, Suite 200
Florham Park, NJ  07932
Tel:  (973) 622-8401

-and-

Steven Kazan, Esq.
Joseph D. Satterley, Esq.
Denyse F. Clancy, Esq.
KAZAN, McCLAIN, SATTERLEY & GREENWOOD
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, California 94607
Tel: (510) 302-1000

*Counsel for Various Talc Claimants*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LTL MANAGEMENT LLC, | : | Case No. 21-30589 |
| | : | |
| Debtor. | : | |
| | : | |

**APPLICATION FOR *PRO HAC VICE*
ADMISSION OF JOSEPH SATTERLEY**

Audra Johnson and Anthony Hernandez Valadez, by and through their local counsel Saiber LLC, submit this application for the *pro hac vice* admission of Joseph Satterley, Esq. of Kazan, McClain, Satterley & Greenwood, A Professional Law Corporation, in the above captioned bankruptcy case. Mr. Satterley has previously been admitted *pro hac vice* for various Talc Claimants.

01611749.DOCX

In support of this application, Audra Johnson and Anthony Hernandez Valadez shall rely upon the accompanying Certifications of John M. August and Joseph Satterley submitted herewith.

A proposed form of Order is annexed hereto.

                                        Respectfully submitted:

                                        SAIBER LLC
                                        *Local Counsel for Various Talc Claimants*

                                        By:    /s/ John M. August
                                                   JOHN M. AUGUST

DATED: June 1, 2022

01611749.DOCX