# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

## D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

| | | | |
|---|---|---|---|
| In Re: | LTL Management LLC[1] | Applicant: | Houlihan Lokey Capital, Inc. |
| Case No.: | 21-30589 (MBK) | Client: | Official Committee of Talc Claimants ("TCC") |
| Chapter: | 11 | Case Filed: | October 14, 2021 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

**FIFTH MONTHLY FEE STATEMENT OF HOULIHAN LOKEY CAPITAL, INC. FOR THE PERIOD OF APRIL 1, 2022 THROUGH APRIL 30, 2022**

## SECTION 1
## FEE SUMMARY

☒ Interim Fee Application No. __5__   or   ☐ Final Fee Application

| NAME OF PROFESSIONAL | TITLE | HOURS |
|---|---|---|
| SAUL BURIAN | MANAGING DIRECTOR | 31.0 |
| TOM HEDUS | DIRECTOR | 41.5 |
| CHRISTOPHER KHOURY | VICE PRESIDENT | 1.5 |
| TIM PETERSEN | ASSOCIATE | 40.5 |
| TOPE ODUSANYA | ASSOCIATE | 44.0 |
| DREW MCGEARY | ANALYST | 60.0 |
| DANNY GENDLER | ANALYST | 40.0 |
| | **TOTAL:** | **258.5** |

| | |
|---|---:|
| FEE TOTALS | $200,000.00[2,3] |
| MINUS 20% HOLDBACK | -$40,000.00 |
| TOTAL FEES CURRENTLY PAYABLE | $160,000.00 |
| DISBURSEMENTS | $0.00 |
| **TOTAL PAYABLE THIS INVOICE** | **$160,000.00** |

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

[2] Houlihan Lokey's Monthly Fee beginning with the fourth monthly anniversary of the Effective Date was amended from $300,000 to $200,000 per the amended Engagement Agreement as filed with the Court [Docket No. 2055]

[3] Pursuant to section 3(i) of Houlihan Lokey's Engagement Agreement, as amended, Houlihan Lokey's Monthly Fee is paid in advance each month, beginning on December 17th. Therefore, the Monthly Fee requested herein covers the period from April 17th through May 16th, and reference should be made to the Sixth Monthly Fee Statement of Houlihan Lokey Capital, Inc. (when filed) for the relevant services provided from May 1st to May 16th.

### SECTION II – SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS |
|---|---|
| a) **General Case Administration** | 116.0 |
| b) **Analysis, Presentations, and Due Diligence** | 82.0 |
| c) **Correspondence with TCC I Advisors** | 14.5 |
| d) **Correspondence with TCC I Members** | 46.0 |
| **SERVICES TOTAL:** | **258.5** |

### SECTION III – SUMMARY OF EXPENSES

| EXPENSES | AMOUNT |
|---|---|
| a) **Travel and Overtime Meals** | $0.00 |
| b) **Telephone and Data** | $0.00 |
| c) **Ground Transportation** | $0.00 |
| **EXPENSE TOTAL:** | **$0.00** |

### SECTION IV - CASE HISTORY

(NOTE: Items 3 – 6 are not applicable to applications under 11 U.S.C. §506)

(1) DATE CASE FILED: **October 14, 2021**

(2) CHAPTER UNDER WHICH CASE WAS COMMENCED: **11**

(3) DATE OF RETENTION:
(ANNEX COPY OF ORDER(S))
IF LIMIT ON NUMBERS OF HOURS OR OTHER
LIMITATIONS TO RETENTION, SET FORTH:

**January 24, 2022, effective as of December 17, 2021 [Docket No. 1244]**

**Retention authorized by interim order**

(4) SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

   (a) **Produced various financial analyses requested by Committee representatives with respect to mediation issues;**
   (b) **Researched precedent settlement trusts, investment guidelines and other structure considerations;**
   (c) **Performed due diligence on Royalty A&M's monthly operating reports, including analyzing Royalty A&M's income statement, balance sheet and cash flows. Requested related diligence materials from the Debtor with respect to Royalty A&M; and**
   (d) **Created and produced documents related to case administration, including monthly fee statement and fee examiner requests**

(5) ANTICIPATED DISTRIBUTION TO CREDITORS:
   (A) ADMINISTRATION EXPENSES: (unknown at this time)
   (B) SECURED CREDITORS: (unknown at this time)
   (C) PRIORITY CREDITORS: (unknown at this time)
   (D) GENERAL UNSECURED CREDITORS: (unknown at this time)

(6) FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITOR (IF APPLICABLE): Final disposition of case and dividend are unknown at this time.

(7) I certify under penalty of perjury that the above is true.

Date: May 31, 2022

Saul E. Burian