# EXHIBIT B

# Time Detail

**Houlihan Lokey - LTL Management LLC Work Hours Summary**
**(Apr. 01, 2022 - Apr. 30, 2022)**

| Employee | A | B | C | D | Total |
|---|---|---|---|---|---|
| Saul Burian | 8.5 | 6.5 | 8.5 | 7.5 | 31.0 |
| Tom Hedus | 17.5 | 14.5 | 2.0 | 7.5 | 41.5 |
| Christopher Khoury | 0.5 | 0.0 | 0.0 | 1.0 | 1.5 |
| Tim Petersen | 23.0 | 9.0 | 1.0 | 7.5 | 40.5 |
| Tope Odusanya | 20.0 | 15.5 | 1.0 | 7.5 | 44.0 |
| Drew McGeary | 36.5 | 15.0 | 1.0 | 7.5 | 60.0 |
| Danny Gendler | 10.0 | 21.5 | 1.0 | 7.5 | 40.0 |
| **Total** | **116.0** | **82.0** | **14.5** | **46.0** | **258.5** |

**Legend**

| | | |
|---|---|---|
| | **A** | General Case Administration |
| | **B** | Analysis, Presentations, and Due Diligence |
| | **C** | Correspondence with TCC Advisors |
| | **D** | Correspondence with TCC Members |

**Hours for:** Saul Burian
**Month of:** April 2022
**Total Hours:** 31.0

**Task Reference Table**

| | |
|---|---|
| A | General Case Administration |
| B | Analysis, Presentations, and Due Diligence |
| C | Correspondence with TCC Advisors |
| D | Correspondence with TCC Members |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Sunday, April 3, 2022 | A | General Case Administration | 0.5 | Reading presentation from Members |
| Monday, April 4, 2022 | A | General Case Administration | 0.5 | Reviewing fee examiner procedures |
| Wednesday, April 6, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Member |
| Thursday, April 7, 2022 | C | Correspondence with TCC Advisors | 0.5 | Call with Advisors |
| Friday, April 8, 2022 | A | General Case Administration | 0.5 | Discussion with Counsel on pleadings |
| Friday, April 8, 2022 | A | General Case Administration | 1.0 | Reading docket filings |
| Monday, April 11, 2022 | D | Correspondence with TCC Members | 1.0 | Weekly call with Advisors and Members |
| Tuesday, April 12, 2022 | A | General Case Administration | 1.0 | Hearing participation |
| Thursday, April 21, 2022 | A | General Case Administration | 0.5 | Call with Member |
| Thursday, April 21, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Internal discussion on financial analysis requested by Members |
| Saturday, April 23, 2022 | B | Analysis, Presentations, and Due Diligence | 1.5 | Financial analysis at request of the Committee |
| Monday, April 25, 2022 | C | Correspondence with TCC Advisors | 2.5 | Call with Advisors |
| Monday, April 25, 2022 | D | Correspondence with TCC Members | 1.0 | Claims estimation pitch participation |
| Monday, April 25, 2022 | C | Correspondence with TCC Advisors | 0.5 | Discussion with Counsel on pleadings |
| Monday, April 25, 2022 | A | General Case Administration | 0.5 | Reading docket filings |
| Monday, April 25, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Reading presentation from Members |
| Tuesday, April 26, 2022 | C | Correspondence with TCC Advisors | 1.0 | Call with Advisors |
| Tuesday, April 26, 2022 | C | Correspondence with TCC Advisors | 1.5 | Call with Members |
| Tuesday, April 26, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Reading presentation from Members |
| Tuesday, April 26, 2022 | A | General Case Administration | 1.0 | Review of draft docket filing prepared by Counsel |
| Tuesday, April 26, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Reviewing draft research summary at request of the Committee |
| Wednesday, April 27, 2022 | D | Correspondence with TCC Members | 0.5 | Claims estimation pitch participation |
| Wednesday, April 27, 2022 | C | Correspondence with TCC Advisors | 0.5 | Discussion with Counsel on pleadings |
| Wednesday, April 27, 2022 | A | General Case Administration | 0.5 | Internal coordination call |
| Wednesday, April 27, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Internal coordination call |
| Wednesday, April 27, 2022 | A | General Case Administration | 0.5 | Reading docket filings |
| Wednesday, April 27, 2022 | B | Analysis, Presentations, and Due Diligence | 2.0 | Reviewing draft research summary at request of the Committee |
| Wednesday, April 27, 2022 | A | General Case Administration | 0.5 | Reviewing retention-related analysis |
| Wednesday, April 27, 2022 | C | Correspondence with TCC Advisors | 1.0 | Weekly call with Advisors |
| Wednesday, April 27, 2022 | D | Correspondence with TCC Members | 2.0 | Weekly call with Advisors and Members |
| Thursday, April 28, 2022 | D | Correspondence with TCC Members | 2.0 | Call with FTCR, Advisors and Members |
| Thursday, April 28, 2022 | C | Correspondence with TCC Advisors | 0.5 | Correspondence with Advisors |
| Thursday, April 28, 2022 | A | General Case Administration | 0.5 | Fee statement preparation and review |
| Friday, April 29, 2022 | C | Correspondence with TCC Advisors | 0.5 | Discussion with Counsel on pleadings |
| Friday, April 29, 2022 | A | General Case Administration | 1.0 | Reading docket filings |

**Hours for:** Tom Hedus
**Month of:** April 2022
**Total Hours:** 41.5

### Task Reference Table

| | | |
|---|---|---|
| A | General Case Administration | |
| B | Analysis, Presentations, and Due Diligence | |
| C | Correspondence with TCC Advisors | |
| D | Correspondence with TCC Members | |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, April 1, 2022 | A | General Case Administration | 1.0 | Reading docket filings |
| Friday, April 1, 2022 | A | General Case Administration | 0.5 | Reviewing case update prepared by Counsel |
| Friday, April 1, 2022 | A | General Case Administration | 0.5 | Reviewing retention-related analysis |
| Sunday, April 3, 2022 | A | General Case Administration | 1.0 | Reading presentation from Members |
| Monday, April 4, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Researching comparable cases |
| Monday, April 4, 2022 | A | General Case Administration | 0.5 | Reviewing fee examiner procedures |
| Tuesday, April 5, 2022 | A | General Case Administration | 0.5 | Reading docket filings |
| Wednesday, April 6, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Member |
| Wednesday, April 6, 2022 | A | General Case Administration | 0.5 | Reading docket filings |
| Wednesday, April 6, 2022 | A | General Case Administration | 1.0 | Reviewing fee examiner procedures |
| Thursday, April 7, 2022 | A | General Case Administration | 0.5 | Reading docket filings |
| Friday, April 8, 2022 | A | General Case Administration | 0.5 | Reading docket filings |
| Monday, April 11, 2022 | A | General Case Administration | 0.5 | Reading docket filings |
| Monday, April 11, 2022 | D | Correspondence with TCC Members | 1.0 | Weekly call with Advisors and Members |
| Tuesday, April 12, 2022 | A | General Case Administration | 2.0 | Hearing participation |
| Tuesday, April 12, 2022 | A | General Case Administration | 1.0 | Reviewing materials for fee examiner |
| Wednesday, April 13, 2022 | A | General Case Administration | 1.0 | Reviewing materials for fee examiner |
| Monday, April 18, 2022 | A | General Case Administration | 1.5 | Fee statement preparation and review |
| Wednesday, April 20, 2022 | A | General Case Administration | 0.5 | Reading docket filings |
| Thursday, April 21, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Financial analysis at request of the Committee |
| Thursday, April 21, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Internal discussion on financial analysis requested by Members |
| Friday, April 22, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Financial analysis at request of the Committee |
| Saturday, April 23, 2022 | C | Correspondence with TCC Advisors | 0.5 | Call with Advisors |
| Saturday, April 23, 2022 | B | Analysis, Presentations, and Due Diligence | 2.0 | Financial analysis at request of the Committee |
| Sunday, April 24, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Drafting research summary at the request of the Committee |
| Monday, April 25, 2022 | D | Correspondence with TCC Members | 1.0 | Claims estimation pitch participation |
| Monday, April 25, 2022 | A | General Case Administration | 0.5 | Reading docket filings |
| Monday, April 25, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Reading presentation from Members |
| Monday, April 25, 2022 | B | Analysis, Presentations, and Due Diligence | 2.0 | Reviewing draft research summary at request of the Committee |
| Tuesday, April 26, 2022 | C | Correspondence with TCC Advisors | 0.5 | Call with Advisors |
| Tuesday, April 26, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Reading presentation from Members |
| Tuesday, April 26, 2022 | B | Analysis, Presentations, and Due Diligence | 2.0 | Reviewing draft research summary at request of the Committee |
| Wednesday, April 27, 2022 | D | Correspondence with TCC Members | 0.5 | Claims estimation pitch participation |
| Wednesday, April 27, 2022 | A | General Case Administration | 0.5 | Fee statement preparation and review |
| Wednesday, April 27, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Internal coordination call |
| Wednesday, April 27, 2022 | A | General Case Administration | 0.5 | Internal coordination call |
| Wednesday, April 27, 2022 | B | Analysis, Presentations, and Due Diligence | 2.5 | Reviewing draft research summary at request of the Committee |
| Wednesday, April 27, 2022 | A | General Case Administration | 0.5 | Reviewing retention-related analysis |
| Wednesday, April 27, 2022 | C | Correspondence with TCC Advisors | 1.0 | Weekly call with Advisors |
| Wednesday, April 27, 2022 | D | Correspondence with TCC Members | 2.0 | Weekly call with Advisors and Members |
| Thursday, April 28, 2022 | D | Correspondence with TCC Members | 2.0 | Call with FTCR, Advisors and Members |
| Thursday, April 28, 2022 | A | General Case Administration | 1.0 | Discussion with Advisors related to scope of services |
| Thursday, April 28, 2022 | A | General Case Administration | 0.5 | Fee statement preparation and review |
| Friday, April 29, 2022 | A | General Case Administration | 0.5 | Reading docket filings |
| Friday, April 29, 2022 | A | General Case Administration | 0.5 | Reviewing materials for fee examiner |

**Hours for:** Christopher Khoury
**Month of:** April 2022
**Total Hours:** 1.5

| | | Task Reference Table | |
|---|---|---|---|
| | A | General Case Administration | |
| | B | Analysis, Presentations, and Due Diligence | |
| | C | Correspondence with TCC Advisors | |
| | D | Correspondence with TCC Members | |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, April 4, 2022 | A | General Case Administration | 0.5 | Reviewing fee examiner procedures |
| Wednesday, April 6, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Member |

**Hours for:** Tim Petersen
**Month of:** April 2022
**Total Hours:** 40.5

**Task Reference Table**

| | | |
|---|---|---|
| | A | General Case Administration |
| | B | Analysis, Presentations, and Due Diligence |
| | C | Correspondence with TCC Advisors |
| | D | Correspondence with TCC Members |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, April 4, 2022 | A | General Case Administration | 1.0 | Reading docket filings |
| Monday, April 4, 2022 | A | General Case Administration | 0.5 | Reviewing fee examiner procedures |
| Tuesday, April 5, 2022 | A | General Case Administration | 1.5 | Reading docket filings |
| Wednesday, April 6, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Member |
| Wednesday, April 6, 2022 | A | General Case Administration | 1.5 | Reading docket filings |
| Wednesday, April 6, 2022 | A | General Case Administration | 1.0 | Reviewing fee examiner procedures |
| Thursday, April 7, 2022 | A | General Case Administration | 0.5 | Fee statement preparation and review |
| Thursday, April 7, 2022 | A | General Case Administration | 1.0 | Reviewing fee examiner procedures |
| Friday, April 8, 2022 | A | General Case Administration | 1.0 | Reading docket filings |
| Monday, April 11, 2022 | A | General Case Administration | 1.0 | Reading docket filings |
| Monday, April 11, 2022 | D | Correspondence with TCC Members | 1.0 | Weekly call with Advisors and Members |
| Tuesday, April 12, 2022 | A | General Case Administration | 3.0 | Hearing participation |
| Wednesday, April 13, 2022 | A | General Case Administration | 2.0 | Fee statement preparation and review |
| Wednesday, April 13, 2022 | A | General Case Administration | 0.5 | Reviewing materials for fee examiner |
| Friday, April 15, 2022 | A | General Case Administration | 0.5 | Fee statement preparation and review |
| Friday, April 15, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Internal coordination call |
| Monday, April 18, 2022 | A | General Case Administration | 0.5 | Fee statement preparation and review |
| Wednesday, April 20, 2022 | A | General Case Administration | 1.0 | Reading docket filings |
| Thursday, April 21, 2022 | A | General Case Administration | 0.5 | Call regarding fee examiner requests |
| Thursday, April 21, 2022 | A | General Case Administration | 1.0 | Internal coordination call |
| Friday, April 22, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Internal coordination call |
| Friday, April 22, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Monthly operating report review and analysis with respect to RAM |
| Friday, April 22, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Reviewing draft research summary at request of the Committee |
| Saturday, April 23, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Financial analysis at request of the Committee |
| Sunday, April 24, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Reviewing draft research summary at request of the Committee |
| Monday, April 25, 2022 | D | Correspondence with TCC Members | 1.0 | Claims estimation pitch participation |
| Monday, April 25, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Internal coordination call |
| Monday, April 25, 2022 | A | General Case Administration | 0.5 | Reading docket filings |
| Monday, April 25, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Reading presentation from Members |
| Monday, April 25, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Reviewing draft research summary at request of the Committee |
| Tuesday, April 26, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Internal coordination call |
| Tuesday, April 26, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Reading presentation from Members |
| Tuesday, April 26, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of draft docket filing prepared by Counsel |
| Wednesday, April 27, 2022 | D | Correspondence with TCC Members | 0.5 | Claims estimation pitch participation |
| Wednesday, April 27, 2022 | A | General Case Administration | 1.0 | Reading docket filings |
| Wednesday, April 27, 2022 | A | General Case Administration | 1.0 | Reviewing retention-related analysis |
| Wednesday, April 27, 2022 | C | Correspondence with TCC Advisors | 1.0 | Weekly call with Advisors |
| Wednesday, April 27, 2022 | D | Correspondence with TCC Members | 2.0 | Weekly call with Advisors and Members |
| Thursday, April 28, 2022 | D | Correspondence with TCC Members | 2.0 | Call with FTCR, Advisors and Members |
| Thursday, April 28, 2022 | A | General Case Administration | 0.5 | Fee statement preparation and review |
| Thursday, April 28, 2022 | A | General Case Administration | 1.0 | Reviewing retention-related analysis |
| Friday, April 29, 2022 | A | General Case Administration | 0.5 | Fee statement preparation and review |
| Friday, April 29, 2022 | A | General Case Administration | 0.5 | Reading docket filings |

**Hours for:** Tope Odusanya
**Month of:** April 2022
**Total Hours:** 44.0

### Task Reference Table

| | |
|---|---|
| A | General Case Administration |
| B | Analysis, Presentations, and Due Diligence |
| C | Correspondence with TCC Advisors |
| D | Correspondence with TCC Members |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, April 1, 2022 | B | Analysis, Presentations, and Due Diligence | 2.0 | Financial analysis at request of the Committee |
| Friday, April 1, 2022 | A | General Case Administration | 0.5 | Reading docket filings |
| Monday, April 4, 2022 | A | General Case Administration | 1.0 | Fee statement preparation and review |
| Monday, April 4, 2022 | A | General Case Administration | 0.5 | Reviewing fee examiner procedures |
| Tuesday, April 5, 2022 | A | General Case Administration | 1.0 | Reviewing fee examiner procedures |
| Wednesday, April 6, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Member |
| Wednesday, April 6, 2022 | A | General Case Administration | 0.5 | Reading docket filings |
| Wednesday, April 6, 2022 | A | General Case Administration | 1.0 | Reviewing fee examiner procedures |
| Thursday, April 7, 2022 | A | General Case Administration | 0.5 | Reading docket filings |
| Thursday, April 7, 2022 | A | General Case Administration | 1.0 | Reviewing fee examiner procedures |
| Friday, April 8, 2022 | A | General Case Administration | 0.5 | Reading docket filings |
| Monday, April 11, 2022 | A | General Case Administration | 1.0 | Reviewing fee examiner procedures |
| Monday, April 11, 2022 | D | Correspondence with TCC Members | 1.0 | Weekly call with Advisors and Members |
| Tuesday, April 12, 2022 | A | General Case Administration | 1.0 | Fee statement preparation and review |
| Tuesday, April 12, 2022 | A | General Case Administration | 3.0 | Hearing participation |
| Wednesday, April 13, 2022 | A | General Case Administration | 0.5 | Reading docket filings |
| Thursday, April 14, 2022 | A | General Case Administration | 0.5 | Reading docket filings |
| Friday, April 15, 2022 | A | General Case Administration | 0.5 | Reading docket filings |
| Wednesday, April 20, 2022 | A | General Case Administration | 0.5 | Reading docket filings |
| Thursday, April 21, 2022 | A | General Case Administration | 0.5 | Call regarding fee examiner requests |
| Thursday, April 21, 2022 | A | General Case Administration | 1.0 | Fee statement preparation and review |
| Thursday, April 21, 2022 | A | General Case Administration | 1.0 | Internal coordination call |
| Thursday, April 21, 2022 | A | General Case Administration | 0.5 | Reading docket filings |
| Friday, April 22, 2022 | B | Analysis, Presentations, and Due Diligence | 3.0 | Drafting research summary at the request of the Committee |
| Friday, April 22, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Internal coordination call |
| Friday, April 22, 2022 | B | Analysis, Presentations, and Due Diligence | 1.5 | Monthly operating report review and analysis with respect to RAM |
| Friday, April 22, 2022 | A | General Case Administration | 0.5 | Reading docket filings |
| Sunday, April 24, 2022 | B | Analysis, Presentations, and Due Diligence | 3.0 | Drafting research summary at the request of the Committee |
| Monday, April 25, 2022 | D | Correspondence with TCC Members | 1.0 | Claims estimation pitch participation |
| Monday, April 25, 2022 | B | Analysis, Presentations, and Due Diligence | 2.0 | Drafting research summary at the request of the Committee |
| Monday, April 25, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Internal coordination call |
| Monday, April 25, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Reading presentation from Members |
| Tuesday, April 26, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Drafting research summary at the request of the Committee |
| Tuesday, April 26, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Reading presentation from Members |
| Wednesday, April 27, 2022 | D | Correspondence with TCC Members | 0.5 | Claims estimation pitch participation |
| Wednesday, April 27, 2022 | A | General Case Administration | 0.5 | Reading docket filings |
| Wednesday, April 27, 2022 | A | General Case Administration | 0.5 | Retention-related analysis |
| Wednesday, April 27, 2022 | C | Correspondence with TCC Advisors | 1.0 | Weekly call with Advisors |
| Wednesday, April 27, 2022 | D | Correspondence with TCC Members | 2.0 | Weekly call with Advisors and Members |
| Thursday, April 28, 2022 | D | Correspondence with TCC Members | 2.0 | Call with FTCR, Advisors and Members |
| Thursday, April 28, 2022 | A | General Case Administration | 0.5 | Reading docket filings |
| Friday, April 29, 2022 | A | General Case Administration | 1.0 | Fee statement preparation and review |
| Friday, April 29, 2022 | A | General Case Administration | 0.5 | Reading docket filings |

**Hours for:** Drew McGeary
**Month of:** April 2022
**Total Hours:** 60.0

### Task Reference Table

| | |
|---|---|
| A | General Case Administration |
| B | Analysis, Presentations, and Due Diligence |
| C | Correspondence with TCC Advisors |
| D | Correspondence with TCC Members |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, April 1, 2022 | A | General Case Administration | 2.0 | Reading docket filings |
| Friday, April 1, 2022 | A | General Case Administration | 2.0 | Researching comparable cases |
| Monday, April 4, 2022 | A | General Case Administration | 0.5 | Reviewing fee examiner procedures |
| Monday, April 4, 2022 | A | General Case Administration | 2.0 | Reviewing materials for fee examiner |
| Tuesday, April 5, 2022 | A | General Case Administration | 2.0 | Reviewing materials for fee examiner |
| Wednesday, April 6, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Member |
| Wednesday, April 6, 2022 | A | General Case Administration | 4.0 | Creating requested materials for fee examiner |
| Wednesday, April 6, 2022 | A | General Case Administration | 2.0 | Fee statement preparation and review |
| Wednesday, April 6, 2022 | A | General Case Administration | 1.0 | Reading docket filings |
| Wednesday, April 6, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Researching comparable cases |
| Thursday, April 7, 2022 | A | General Case Administration | 1.0 | Fee statement preparation and review |
| Thursday, April 7, 2022 | A | General Case Administration | 1.0 | Reading docket filings |
| Friday, April 8, 2022 | A | General Case Administration | 1.0 | Reading docket filings |
| Sunday, April 10, 2022 | A | General Case Administration | 1.0 | Creating requested materials for fee examiner |
| Sunday, April 10, 2022 | A | General Case Administration | 1.0 | Reviewing materials for fee examiner |
| Monday, April 11, 2022 | A | General Case Administration | 1.0 | Reading docket filings |
| Monday, April 11, 2022 | D | Correspondence with TCC Members | 1.0 | Weekly call with Advisors and Members |
| Tuesday, April 12, 2022 | A | General Case Administration | 1.0 | Creating requested materials for fee examiner |
| Tuesday, April 12, 2022 | A | General Case Administration | 3.0 | Hearing participation |
| Tuesday, April 12, 2022 | A | General Case Administration | 0.5 | Reading docket filings |
| Thursday, April 14, 2022 | A | General Case Administration | 2.0 | Fee statement preparation and review |
| Friday, April 15, 2022 | A | General Case Administration | 1.0 | Fee statement preparation and review |
| Friday, April 15, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Internal coordination call |
| Tuesday, April 19, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | J&J earnings presentation participation |
| Wednesday, April 20, 2022 | A | General Case Administration | 1.0 | Fee statement preparation and review |
| Thursday, April 21, 2022 | B | Analysis, Presentations, and Due Diligence | 1.5 | Monthly operating report review and analysis with respect to RAM |
| Friday, April 22, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Monthly operating report review and analysis with respect to RAM |
| Saturday, April 23, 2022 | B | Analysis, Presentations, and Due Diligence | 4.0 | Financial analysis at request of the Committee |
| Monday, April 25, 2022 | D | Correspondence with TCC Members | 1.0 | Claims estimation pitch participation |
| Monday, April 25, 2022 | A | General Case Administration | 1.0 | Reading docket filings |
| Monday, April 25, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Reading presentation from Members |
| Tuesday, April 26, 2022 | B | Analysis, Presentations, and Due Diligence | 1.5 | Reading presentation from Members |
| Wednesday, April 27, 2022 | D | Correspondence with TCC Members | 0.5 | Claims estimation pitch participation |
| Wednesday, April 27, 2022 | A | General Case Administration | 1.0 | Fee statement preparation and review |
| Wednesday, April 27, 2022 | A | General Case Administration | 2.0 | Retention-related analysis |
| Wednesday, April 27, 2022 | A | General Case Administration | 0.5 | Reviewing retention-related analysis |
| Wednesday, April 27, 2022 | C | Correspondence with TCC Advisors | 1.0 | Weekly call with Advisors |
| Wednesday, April 27, 2022 | D | Correspondence with TCC Members | 2.0 | Weekly call with Advisors and Members |
| Thursday, April 28, 2022 | D | Correspondence with TCC Members | 2.0 | Call with FTCR, Advisors and Members |
| Thursday, April 28, 2022 | B | Analysis, Presentations, and Due Diligence | 2.0 | Financial analysis at request of the Committee |
| Thursday, April 28, 2022 | B | Analysis, Presentations, and Due Diligence | 2.0 | Researching comparable cases |
| Thursday, April 28, 2022 | A | General Case Administration | 2.0 | Retention-related analysis |

**Hours for:** Danny Gendler
**Month of:** April 2022
**Total Hours:** 40.0

### Task Reference Table

| | |
|---|---|
| A | General Case Administration |
| B | Analysis, Presentations, and Due Diligence |
| C | Correspondence with TCC Advisors |
| D | Correspondence with TCC Members |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, April 4, 2022 | A | General Case Administration | 0.5 | Reviewing fee examiner procedures |
| Wednesday, April 6, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Member |
| Wednesday, April 6, 2022 | A | General Case Administration | 0.5 | Fee statement preparation and review |
| Friday, April 8, 2022 | A | General Case Administration | 1.0 | Reading docket filings |
| Monday, April 11, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Reviewing draft research summary at request of the Committee |
| Monday, April 11, 2022 | D | Correspondence with TCC Members | 1.0 | Weekly call with Advisors and Members |
| Tuesday, April 12, 2022 | A | General Case Administration | 3.0 | Hearing participation |
| Friday, April 15, 2022 | A | General Case Administration | 0.5 | Fee statement preparation and review |
| Thursday, April 21, 2022 | B | Analysis, Presentations, and Due Diligence | 1.5 | Monthly operating report review and analysis with respect to RAM |
| Friday, April 22, 2022 | B | Analysis, Presentations, and Due Diligence | 4.5 | Drafting research summary at the request of the Committee |
| Friday, April 22, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Internal coordination call |
| Friday, April 22, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Monthly operating report review and analysis with respect to RAM |
| Saturday, April 23, 2022 | B | Analysis, Presentations, and Due Diligence | 2.0 | Drafting research summary at the request of the Committee |
| Sunday, April 24, 2022 | B | Analysis, Presentations, and Due Diligence | 4.0 | Drafting research summary at the request of the Committee |
| Monday, April 25, 2022 | D | Correspondence with TCC Members | 1.0 | Claims estimation pitch participation |
| Monday, April 25, 2022 | B | Analysis, Presentations, and Due Diligence | 3.0 | Drafting research summary at the request of the Committee |
| Monday, April 25, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Reading presentation from Members |
| Tuesday, April 26, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Drafting research summary at the request of the Committee |
| Tuesday, April 26, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Internal coordination call |
| Tuesday, April 26, 2022 | B | Analysis, Presentations, and Due Diligence | 2.0 | Reading presentation from Members |
| Wednesday, April 27, 2022 | D | Correspondence with TCC Members | 0.5 | Claims estimation pitch participation |
| Wednesday, April 27, 2022 | C | Correspondence with TCC Advisors | 1.0 | Weekly call with Advisors |
| Wednesday, April 27, 2022 | D | Correspondence with TCC Members | 2.0 | Weekly call with Advisors and Members |
| Thursday, April 28, 2022 | D | Correspondence with TCC Members | 2.0 | Call with FTCR, Advisors and Members |
| Thursday, April 28, 2022 | A | General Case Administration | 0.5 | Reading docket filings |
| Thursday, April 28, 2022 | A | General Case Administration | 3.5 | Retention-related analysis |
| Friday, April 29, 2022 | A | General Case Administration | 0.5 | Reading docket filings |