| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Jeffrey Traurig<br>**TRAURIG LAW LLC**<br>One University Plaza, Suite 124<br>Hackensack, NJ  07601<br>Tel: (646) 974-8650<br>E-mail:  jtraurig@trauriglaw.com<br>*Local Counsel to the Fee Examiner* | Robert J. Keach, Esq. (pro hac vice pending)<br>**BERNSTEIN SHUR SAWYER & NELSON, P.A.**<br>100 Middle Street<br>Portland, ME  04104<br>Tel: (207) 774-1200<br>Fax: (207) 774-1127<br>E-Mail: rkeach@bernsteinshur.com<br>*Fee Examiner*<br><br>**BERNSTEIN SHUR SAWYER & NELSON, P.A.**<br>Letson Douglass Boots, Esq. (pro hac vice pending)<br>100 Middle Street<br>Portland, ME  04104<br>Tel: (207) 774-1200<br>Fax: (207) 774-1127<br>E-Mail: lboots@bernsteinshur.com<br>*Counsel to the Fee Examiner* |
| In Re:<br><br>LTL MANAGEMENT LLC,<br><br>Debtor | Case No.:    21-30589 (MBK)<br><br>Judge:        Michael B. Kaplan<br><br>Chapter 11 |

## CERTIFICATION OF SERVICE

1. I, Karla M. Quirk:

    ☐ represent [ ]                    in this matter.

    X  am a paralegal for Bernstein, Shur, Sawyer & Nelson, P.A., who represents the Fee Examiner in this matter.

    ☐ am the   [ ]                     in this case and am representing myself.

2. On June 1, 2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   DE 2393    Statement of Fee Examiner in Connection with the Second Supplemental Certification of Saul E. Burian in Further Support of Retention of Houlihan Lokey Capital, Inc. as Investment Banker to the Official Committee of Talc Claimants and in Response to the Debtor's Supplemental Omnibus Objection Thereto.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Date: June 1, 2022                                   /s/ Karla M. Quirk
                                                    Karla M. Quirk, Paralegal

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| See Attached Exhibit A | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>X Other email<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| | | |

2

**Exhibit A**

| NAME | EMAIL |
|---|---|
| ARNOLD & ITKIN LLP | CBOATRIGHT@ARNOLDITKIN.COM; RCHRISTENSEN@ARNOLDITKIN.COM; JITKIN@ARNOLDITKIN.COM |
| ASHCRAFT & GEREL, LLP | jgreen@ashcraftlaw.com; plyons@ashcraftlaw.com; mparfitt@ashcraftlaw.com |
| AYLSTOCK WITKIN KREIS & | MARYBETH@PUTNICKLEGAL.COM; DTHORNBURGH@AWKOLAW.COM |
| BAILEY & GLASSER LLP | cjoshi@baileyglasser.com |
| BALLARD SPAHR LLP | daluzt@ballardspahr.com; heilmanl@ballardspahr.com; roglenl@ballardspahr.com |
| BARNES FIRM | JOE.VAZQUEZ@THEBARNESFIRM.COM |
| BEASLEY ALLEN LAW FIRM | CHARLIE.STERN@BEASLEYALLEN.COM; LEIGH.ODELL@BEASLEYALLEN.COM |
| BLANCO TACKABERY & MATAMOROS, P.A. | asr@blancolaw.com |
| BROWN RUDNICK LLP | sbeville@brownrudnick.com |
| BROWN RUDNICK LLP | dmolton@brownrudnick.com; rstark@brownrudnick.com |
| BURNS CHAREST LLP | dcharest@burnscharest.com |
| CELLINO LAW LLP | BRIAN.GOLDSTEIN@CELLINOLAW.COM |
| CLYDE & CO US LLP | konrad.krebs@clydeco.us |
| CLYDE AND CO US LLP | clinton.cameron@clydeco.us; meghan.dalton@clydeco.us |
| COHEN, PLACITELLA & ROTH, P.C. | DGEIER@CPRLAW.COM; CPLACITELLA@CPRLAW.COM |
| COHEN, PLACITELLA & ROTH, P.C. | JMPLACITELLA@CPRLAW.COM |
| COLE SCHOTZ P.C. | fyudkin@coleschotz.com |
| COLE SCHOTZ P.C. | mtsukerman@coleschotz.com |
| COOLEY LLP | elazerowitz@cooley.com |
| CORDES LAW, PLLC | stacy@cordes-law.com; meghan@cordes-law.com |
| COUGHLIN MIDLIGE & GARLAND LLP | smidlige@cmg.law |
| CROWELL & MORING LLP | gplotko@crowell.com |
| CROWELL & MORING LLP | mplevin@crowell.com; kcacabelos@crowell.com |
| CROWELL & MORING LLP | tyoon@crowell.com; rjankowski@crowell.com |
| DALIMONTE RUEB STOLLER, LLP | JOHN@DRLAWLLP.COM; GREG@DRLAWLLP.COM |
| DAVID CHRISTIAN ATTORNEYS LLC | dchristian@dca.law |
| DEAN OMAR BRANHAM SHIRLEY, LLC | JDEAN@DOBSLEGAL.COM; TBRANHAM@DOBSLEGAL.COM; BSMITH@DOBSLEGAL.COM |
| DLA PIPER LLP (US) | aidan.mccormack@dlapiper.com; brian.seibert@dlapiper.com |
| DRISCOLL FIRM, LLC | 6182770962@fax.bssn.com |
| DUANE MORRIS LLP | prmatthews@duanemorris.com |

| | |
|---|---|
| DUANE MORRIS LLP | slross@duanemorris.com |
| EMMET, MARVIN & MARTIN LLP | tpitta@emmetmarvin.com |
| EPIQ CORPORATE RESTRUCTURING, LLC | ltlinfo@epiqglobal.com |
| FEARS NACHAWATI LAW FIRM | DMCDOWELL@FNLAWFIRM.COM |
| FERRARO LAW FIRM | LBR@FERRAROLAW.COM; JLB@FERRAROLAW.COM |
| FLINT LAW FIRM LLC | EFLINT@FLINTLAW.COM |
| FOX ROTHSCHILD LLP | jdipasquale@foxrothschild.com |
| FOX ROTHSCHILD LLP | jcaneco@foxrothschild.com |
| GENOVA BURNS LLC | dstolz@genovaburns.com; dclarke@genovaburns.com; mbaker@genovaburns.com |
| GIMIGLIANO MAURIELLO & MALONEY | sgimigliano@lawgmm.com; jmaloney@lawgmm.com; rrabinowitz@lawgmm.com |
| GOLOMB SPIRIT GRUNFELD, PC | KGRUNFELD@GOLOMBHONIK.COM; RGOLOMB@GOLOMBHONIK.COM; ASPIRT@GOLOMBHONIK.COM; KGOLOMB@GOLOMBLEGAL.COM |
| GREENBAUM, ROWE, SMITH & DAVIS LLP | nisaacson@greenbaumlaw.com |
| GREENBERG TRAURIG, LLP | brodya@gtlaw.com |
| HALPERIN BATTAGLIA BENZIJA LLP | ahalperin@halperinlaw.net; dlieberman@halperinlaw.net |
| HERRICK FEINSTEIN LLP | ssmith@herrick.com; rginzburg@herrick.com |
| HILL HILL CARTER FRANCO COLE & | ecarter@hillhillcarter.com |
| HONIK LLC | RUBEN@HONIKLAW.COM; DAVID@HONIKLAW.COM |
| HUGHES HUBBARD & REED LLP | CHRIS.KIPLOK@HUGHESHUBBARD.COM; WILLIAM.BEAUSOLEIL@HUGHESHUBBARD.COM; ERIN.DIERS@HUGHESHUBBARD.COM |
| J.C. WHITE LAW GROUP PLLC | jwhite@jcwhitelaw.com |
| JD THOMPSON LAW | jdt@jdthompsonlaw.com |
| JOHNSON LAW GROUP | 8007316018@fax.bssn.com |
| JONES DAY | gmgordon@jonesday.com; dbprieto@jonesday.com; asrush@jonesday.com; iperez@jonesday.com |
| JONES DAY | bberens@jonesday.com |
| KARST & VON OISTE LLP | EPK@KARSTVONOISTE.COM |
| KARST & VON OISTE, LLP | dac@karstvonoiste.com |
| KASOWITZ BENSON TORRES LLP | drosner@kasowitz.com; rnovick@kasowitz.com; agolden@kasowitz.com |
| KASOWITZ BENSON TORRES LLP | mhutchins@kasowitz.com |
| KATTEN MUCHIN ROSENMAN LLP | shaya.rochester@katten.com |
| KATTEN MUCHIN ROSENMAN LLP | kelsey.panizzolo@katten.com |
| KAZAN MCCLAIN SATTERLY & | JSATTERLEY@KAZANLAW.COM |
| KENNEDYS CMK LLP | heather.simpson@kennedyslaw.com |
| KIESEL LAW, LLP | ZUKIN@KIESEL.LAW; KIESEL@KIESEL.LAW; PALMER@KIESEL.LAW |
| KING & SPALDING LLP | ccorey@kslaw.com |
| KING & SPALDING LLP | dschneider@kslaw.com |

| | |
|---|---|
| KLEHR HARRISON HARVEY BRANZBURG LLP | cslocum@klehr.com; mbranzburg@klehr.com |
| KTBS LAW LLP | nmaoz@ktbslaw.com; skidder@ktbslaw.com; rpfister@ktbslaw.com; mtuchin@ktbslaw.com |
| LANIER LAW FIRM | MICHAEL.AKSELRUD@LANIERLAWFIRM.COM |
| LATHAM & WATKINS LLP | jeff.bjork@lw.com; kim.posin@lw.com; amy.quartarolo@lw.com |
| LATHAM & WATKINS LLP | adam.ravin@lw.com |
| LAW FIRM OF BRIAN W HOFMEISTER, LLC | bwh@hofmeisterfirm.com |
| LAW OFFICES OF MITCHELL J. MALZBERG, LLC | mmalzberg@mjmalzberglaw.com |
| LAW OFFICES OF R. KEITH JOHNSON, P.A. | 7048274477@fax.bssn.com |
| LEVIN PAPANTONIO RAFFERTY | ctisi@levinlaw.com |
| LEVY KONIGSBERG LLP | MMAIMON@LEVYLAW.COM |
| LEVY KONIGSBERG LLP | JBLOCK@LEVYLAW.COM |
| LEX NOVA LAW LLC | rdressel@lexnovalaw.com |
| LEX NOVA LAW LLC | rdressel@lexnovalaw.com |
| LITE DEPALMA GREENBERG & AFANADOR, LLC | aunderwood@litedepalma.com |
| LOWENSTEIN SANDLER LLP | krosen@lowenstein.com; mseymour@lowenstein.com |
| LTL MANAGEMENT LLC | jkim2@its.jnj.com |
| MANIER & HEROD, P.C. | rmiller@manierherod.com |
| MARSHACK HAYS LLP | lmasud@marshackhays.com |
| MASSEY & GAIL LLP | jmassey@masseygail.com |
| MAUNE RAICHLE HARTLEY FRENCH & | BFRENCH@MRHFMLAW.COM |
| MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC | sratcliffe@mrhfmlaw.com |
| MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC | cthompson@mrhfmlaw.com |
| MCCARTER & ENGLISH LLP | bkahn@mccarter.com; tladd@mccarter.com |
| MCMANIMON, SCOTLAND & BAUMANN, LLC | asodono@msbnj.com; splacona@msbnj.com |
| MENDES & MOUNT LLP | eileen.mccabe@mendes.com; stephen.roberts@mendes.com |
| MILLER FIRM, LLC | CHOKE@MILLERFIRMLLC.COM |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C | pwkalish@mintz.com; emfarrell@mintz.com |
| MOON WRIGHT & HOUSTON, PLLC | rwright@mwhattorneys.com; ahouston@mwhattorneys.com; cbrown@mwhattorneys.com |
| MOORE & VAN ALLEN PLLC | hillarycrabtree@mvalaw.com |
| MORITT HOCK & HAMROFF LLP | lberkoff@moritthock.com; aarotsky@moritthock.com |
| MOTLEY RICE LLC | JHURST@MOTLEYRICE.COM |
| MOTLEY RICE LLC | CSCOTT@MOTLEYRICE.COM |
| MOTLEY RICE LLC | dlapinski@motleyrice.com |

| NAME AND ADDRESS INFORMATION | |
|---|---|
| NAPOLI SHKOLNIK PLLC | deborah.fletcher@fisherbroyles.com |
| | CLOPALO@NAPOLIBERN.COM; |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | rachel.obaldo@oag.texas.gov; |
| | autumn.highsmith@oag.texas.gov |
| OFFICE OF THE U.S. ATTORNEY | eamonn.ohagan(a)usdoj.gov |
| OFFICE OF THE US TRUSTEE | lauren.bielskie@usdoj.gov; |
| | jeffrey.m.sponder@usdoj.gov; |
| | Mitchell.B.Hausman@usdoj.gov |
| OFFIT KURMAN, P.A. | paul.baynard@offitkurman.com |
| OFFIT KURMAN, P.A. | pwinterhalter@offitkurman.com |
| ONDERLAW, LLC | ONDER@ONDERLAW.COM |
| OTTERBOURG P.C. | jbougiamas@otterbourg.com; |
| | mcyganowski@otterbourg.com; |
| | asilverstein@otterbourg.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ljones@pszjlaw.com; |
| | kdine@pszjlaw.com; |
| | crobinson@pszjlaw.com; |
| | pkeane@pszjlaw.com |
| PARKER POE ADAMS & BERNSTEIN LLP | ashleyedwards@parkerpoe.com |
| PARKINS LEE & RUBIO LLP | crubio@parkinslee.com; lparkins@parkinslee.com |
| PARKINS LEE & RUBIO LLP | lparkins@parkinslee.com; crubio@parkinslee.com |
| PENSION BENEFIT GUARANTY CORPORATION | lachman.carolyn@pbgc.gov; efile@pbgc.gov |
| PENSION BENEFIT GUARANTY CORPORATION | torres.simon@pbgc.gov; efile@pbgc.gov |
| PORZIO, BROMBERG & NEWMAN, P.C. | raparisi@pbnlaw.com; |
| | kdcurtin@pbnlaw.com |
| PRYOR CASHMAN LLP | slieberman@pryorcashman.com; |
| | arichmond@pryorcashman.com |
| RABINOWITZ, LUBETKIN & TULLY, LLC | jrabinowitz@rltlawfirm.com |
| RANDI S. ELLIS | randi@randiellis.com |
| RAWLINGS & ASSOCIATES | mdf@rawlingsandassociates.com; |
| | rgl@rawlingsandassociates.com |
| RAYBURN COOPER & DURHAM, P.A. | rrayburn@rcdlaw.net; jmiller@rcdlaw.net; |
| | mtomsic@rcdlaw.net |
| REED SMITH LLP | psinger@reedsmith.com |
| REED SMITH LLP | jangelo@reedsmith.com |
| REED SMITH LLP | dbaker@reedsmith.com; |
| RIVKIN RADLER LLP | brian.ade@rivkin.com |
| ROBINSON, CALCAGNIE, ROBINSON, | 9497201292@fax.bssn.com |
| ROSS FELLER CASEY, LLP | bmccormick@rossfellercasey.com |
| RUGGERI PARKS WEINBERG LLP | jweinberg@ruggerilaw.com; |
| | jmayer@ruggerilaw.com |
| SAIBER LLC | jaugust@saiber.com; |
| | mwolin@saiber.com |
| SAVO, SCHALK, GILLESPIE, O'GRODNICK | schalk@centraljerseylaw.com; |
| | brokaw@centraljerseylaw.com |

| | |
|---|---|
| SHERMAN SILVERSTEIN KOHL ROSE & PODOLSKY, P.A. | aabramowitz@shermansilverstein.com; amoldoff@shermansilverstein.com; rswitkes@shermansilverstein.com |
| SIMMONS HANLY CONROY LLC | JKRAMER@SIMMONSFIRM.COM |
| SIMON GREENSTONE PANATIERE | CPANATIER@SGPBLAW.COM |
| SIMPSON THACHER & BARTLETT LLP | squsba@stblaw.com; cwaldman@stblaw.com; jamie.fell@stblaw.com; zachary.weiner@stblaw.com; |
| SIMPSON THACHER & BARTLETT LLP | michael.torkin@stblaw.com; afrankel@stblaw.com; kmclendon@stblaw.com; |
| SIMPSON THACHER & BARTLETT LLP | afrankel@stblaw.com |
| STEVENS & LEE, P.C. | andreas.milliaressis@stevenslee.com |
| STEVENS & LEE, P.C. | joseph.huston@stevenslee.com |
| THE GORI LAW FIRM | BETH@GORIJULIANLAW.COM; SARA@GORIJULIANLAW.COM; TODD@GORIJULIANLAW.COM |
| THE KELLY FIRM, P.C. | akelly@kbtlaw.com |
| THE LAYTON LAW FIRM, PLLC | chris@thelaytonlawfirm.com |
| THE SHAPIRO LAW FIRM | jshapiro@shapirolawfirm.com |
| TOGUT, SEGAL & SEGAL LLP | altogut@teamtogut.com; frankoswald@teamtogut.com; bshaughnessy@teamtogut.com |
| TRAMMELL PC | FLETCH@TRAMMELLPC.COM |
| TRAURIG LAW LLC | jtraurig@trauriglaw.com |
| TRIF & MODUGNO LLC | lmodugno@tm-firm.com |
| US DEPARTMENT OF JUSTICE | john.z.balasko@usdoj.gov |
| VINSON & ELKINS LLP | sabramowitz@velaw.com |
| WALLACE & GRAHAM PA | bgraham@wallacegraham.com |
| WALSH PIZZI O'REILLY FALANGA | mfalk@walsh.law |
| WARD AND SMITH, P.A. | paf@wardandsmith.com; njl@wardandsmith.com |
| WEITZ & LUXENBERG, P.C. | ERELKIN@WEITZLUX.COM |
| WEITZ & LUXENBERG, P.C. | DKRAFTJR@WEITZLUX.COM; JDELANEY@WEITZLUX.COM; |
| WHITE & CASE LLP | JESSICA.LAURIA@WHITECASE.COM; GKURTZ@WHITECASE.COM; RICARDO.PASIANOTTO@WHITECASE.COM; jessica.boelter@whitecase.com |
| WHITE & CASE LLP | mshepherd@whitecase.com; laura.femino@whitecase.com |
| WHITE & CASE LLP | blair.warner@whitecase.com |
| WILLIAMS HART LAW FIRM | 7136436226@fax.bssn.com |
| WINDELS MARX LANE & MITTENDORF LLP | acraig@windelsmarx.com; scalogero@windelsmarx.com |

| | |
|---|---|
| WOLLMUTH MAHER & DEUTSCH LLP | jlawlor@wmd-law.com; pdefilippo@wmd-law.com; ltretter@wmd-law.com; jpacelli@wmd-law.com; baxelrod@wmd-law.com |
| WOMBLE BOND DICKINSON (US) LLP | matthew.ward@wbd-us.com; ericka.johnson@wbd-us.com |
| ZELLE LLP | acogbill@zelle.com |