**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

JONES DAY
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted pro hac vice)

ATTORNEYS FOR DEBTOR

| | |
|---|---|
| In re: | Case No.: 21-30589 (MBK) |
| | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Subchapter V: ☐ Yes ☒ No |
| Debtor. | Hearing Date: June 14, 2022 |
| | Judge: Michael B. Kaplan |

## ADJOURNMENT REQUEST

1. I, James N. Lawlor,

    ☒ am the attorney for: LTL Management LLC, the Debtor

    ☐ am self-represented,

    And request an adjournment of the following hearing for the reason set forth below.

    Matters: (i) *Debtor's Motion for an Order Authorizing Establishment of a Qualified Settlement Fund for Payment of Talc Claims* [Dkt. No. 8] and (ii) *Debtor's Motion for an Order (A) Authorizing the Filing Under Seal of Certain Confidential Commercial Information in Connection with the Debtor's Motion for an Order Authorizing the Establishment of a Qualified Settlement Fund for Payment of Talc Claims and (B) if Necessary, In Camera Hearing* [Dkt. No. 9].

    Current hearing date and time: June 14, 2022 at 10:00 a.m.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

New date requested: September Omnibus Hearing

Reason for adjournment: Efficiency would best be served if the above referenced matters are adjourned.

2. Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

(i) The United States of America, (ii) the Talc Creditors' Committee, (iii) Aylstock, Witkin, Kreis & Overholtz, PLLC, (iv) Maune Raichle Harley French & Mudd, and (v) Blue Cross and Blue Shield Association have consented to this adjournment.

I certify under penalty of perjury that the foregoing is true.

Date: _____June 1, 2022_____        _____/s/ James N. Lawlor_____
                                                                        Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted        New hearing date: _____7/6/22 At 10 am_____        ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____        ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**