Order Filed on June 3, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(B)**<br><br>Mark Falk, Esq.<br>WALSH PIZZI O'REILLY FALANGA LLP<br>Three Gateway Center<br>100 Mulberry Street, 15th Floor<br>Newark, NJ 07102<br>(973) 757-1100<br>*Counsel for Randi S. Ellis, Legal Representative for Future Talc Claimants* | |
| In re:<br><br>LTL Management, LLC,<br><br>                                Debtor. | Case No.: 21-30589<br>Judge:   Michael B. Kaplan<br>Chapter: 11 |

# ORDER AUTHORIZING RETENTION OF VERUS CLAIMS SERVICES, LLC EFFECTIVE AS OF MAY 17, 2022 ON BEHALF OF APPLICANT RANDI S. ELLIS, LEGAL REPRESENTATIVE FOR FUTURE TALC CLAIMANTS

The relief set forth on the following page is **ORDERED**.

**DATED: June 3, 2022**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain Verus Claims Services, LLC to provide expert consulting services and analysis of talc claim liability for *Randi S. Ellis, Legal Representative for Future Talc Claimants* , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is:

   Verus, LLC
   Attn: Mark Eveland
   3967 Princeton Pike
   Princeton, New Jersey 08540

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is May 17, 2022.