UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on June 1, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | Case No.: _____21-30589_____ |
| LTL MANAGEMENT, LLC, | Chapter: _____11_____ |
| | Hearing Date: _____ |
| | Judge: _____Michael Kaplan_____ |

ORDER AUTHORIZING FINAL RETENTION OF FTI CONSULTING, INC. AS
FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF TALC
CLAIMANTS AND THE OFFICIAL COMMITTEE OF TALC CLAIMANTS II
EFFECTIVE DECEMBER 13, 2021

The relief set forth on the following pages is **ORDERED**.

**DATED: June 1, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Matthew I.W. Baker, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>mbaker@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br>*Local Counsel to the Official Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Robert J. Stark, Esq.<br>Michael S. Winograd, Esq.<br>dmolton@brownrudnick.com<br>rstark@brownrudnick.com<br>mwinograd@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>and<br><br>Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>Sharon I. Dwoskin, Esq.<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>sdwoskin@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Co-Counsel for the Official Committee of Talc Claimants* |
| **BAILEY GLASSER LLP**<br>Brian A. Glasser, Esq.<br>Thomas B. Bennett, Esq.<br>bglasser@baileyglasser.com<br>tbennett@baileyglasser.com<br>105 Thomas Jefferson St. NW, Suite 540<br>Washington, DC 20007<br>Tel: (202) 463-2101<br>Fax: (202) 463-2103<br>*Co-Counsel for the Official Committee of Talc Claimants* | **OTTERBOURG P.C.**<br>Melanie L. Cyganowski, Esq.<br>Adam C. Silverstein, Esq.<br>Jennifer S. Feeney, Esq.<br>mcyganowski@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>*Co-Counsel for the Official Committee of Talc Claimants* |

| | |
|---|---|
| **PARKINS LEE & RUBIO LLP**<br>Lenard M. Parkins, Esq.<br>Charles M. Rubio, Esq.<br>lparkins@parkinslee.com<br>crubio@parkinslee.com<br>Pennzoil Place<br>700 Milan St., Suite 1300<br>Houston, TX 77002<br>Tel: (713) 715-1666<br>*Special Counsel to the Official Committee of Talc Claimants* | **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>jmassey@masseygail.com<br>1000 Main Ave. SW, Suite 450<br>Washington, DC  20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>*Special Counsel for the Official Committee of Talc Claimants* |
| In Re:<br><br>**LTL MANAGEMENT, LLC,**[1]<br><br>                 Debtor. | Chapter 11<br><br>Case No.: 21-30589 (MBK)<br><br>Honorable Michael B. Kaplan<br><br>Ref. Dkt. No. 954 |

## ORDER AUTHORIZING FINAL RETENTION OF FTI CONSULTING, INC. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF TALC CLAIMANTS AND THE OFFICIAL COMMITTEE OF TALC CLAIMANTS II EFFECTIVE DECEMBER 13, 2021

      The relief set forth on the following page is **ORDERED**.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

2

This Court, having considered (i) the *Application for Retention of FTI Consulting, Inc. as Financial Advisor for the Official Committee of Talc Claimants Effective December 13, 2021* [Dkt. No. 954] (the "Application"), (ii) the *Certification of Matthew Diaz in Support of Application for Retention of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Talc Claimants Effective December 13, 2021* [Dkt. No. 954-1] (the "Certification"), (iii) the *Supplemental Certification of Matthew Diaz in Support of Application for Retention of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Talc Claimants II Effective December 13, 2021* filed on January 11, 2022 [Dkt. No. 1111] (the "Supplemental Certification"), (iv) the *Second Supplemental Certification By Conor P. Tully in Support of Application for Retention of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Talc Claimants II Effective December 13, 2021* filed on March 29, 2022 [Dkt. No. 1899] (the "Second Supplemental Certification"), (v) the *Third Supplemental Certification By Conor P. Tully in Support of Application for Retention of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Talc Claimants II Effective December 13, 2021* filed on May 20, 2022 [Dkt. No. 2333] (the "Third Supplemental Certification," and collectively with the Certification, the Supplemental Certification, and the Second Supplemental Certification, the "Certifications") (vi) the *Debtors' Omnibus Objection to Application of the Official Committee of Talc Claimants for Retention of Houlihan Lokey Capital, Inc. as Investment Banker Under Bankruptcy Code Section 328(a) Effective as of December 17, 2021 and Application for Retention of FTI Consulting, Inc. as Financial Advisor for the Official Committee of Talc Claimants Effective December 13, 2021* [Dkt. No. 1087] (the "Omnibus Objection"), (vii) the *Debtors' Supplemental Omnibus Objection to Applications of the Official Committee of Talc Claimants to retain (I) Houlihan Lokey Capital, Inc. as Investment Banker, (II) FTI Consulting, Inc. as Financial Advisor and (III) the Brattle Group, Inc. as Talc Consultants* [Dkt. No. 2313] (the "Supplemental Omnibus Objection," and collectively with the Omnibus Objections, the "Objections") and (viii) the *Objection of the United States Trustee to the Application of the Official Committee of Talc Claimants II for Retention of FTI Consulting, Inc., as Financial Advisor* [Dkt No. 1108]; and the Court having previously entered its *Order Authorizing Interim Retention of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Talc Claimants II Effective December 13, 2021* (the "Interim Order") [Dkt No. 1134]; and for the reasons set forth on the record at the hearing conducted May 24, 2022; and upon the record of above-captioned chapter 11 case (the "Chapter 11 Case"); it is hereby ORDERED:

1.      Any objections to the retention of FTI Consulting, Inc. ("FTI") are overruled, and the Application is GRANTED on a final basis as set forth herein.

2.      Pursuant to sections 328(a) and 1103 of the Bankruptcy Code, Rule 2014 of the Federal Rules of

3

Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014-1 of the Local Rules of Bankruptcy

Practice and Procedure of the United States Bankruptcy Court for the District of New Jersey (the "Local

Rules"), the Official Committee of Talc Claimants (the "Talc Committee") (for the period from December

13, 2021 through December 23, 2021, and from and after April 12, 2022) and the Official Committee of

Talc Claimants II ("TCC II," and together with the Talc Committee, as applicable, the "Committee") (for

the period from December 24, 2021 through April 11, 2022) are authorized and empowered to employ

and retain, and the Debtor is authorized to compensate and reimburse, FTI  during the respective noted

periods, in the above-captioned chapter 11 case upon the terms and conditions set forth in the Application,

except as may be modified herein.  For the avoidance of doubt, since the reinstatement of the Talc

Committee on April 12, 2022, the Talc Committee has renewed its retention of FTI as its financial advisor

to perform the services provided herein.


3.       The effective date of retention is December 13, 2021.


4.       The professional's address is:     FTI Consulting, Inc.

                                            1166 Avenue of the Americas, 14th Floor

                                            New York, NY 10036


5.       FTI shall keep its time records in tenth-of-an-hour increments in accordance with Local Rule

2016-2 of this Court and shall otherwise comply with the requirements of that Local Rule, as well as

Bankruptcy Rule 2016(a), and the United States Trustee Fee Guidelines.


6.       FTI shall apply for compensation and reimbursement of actual and necessary expenses in

accordance with the procedures set forth in the applicable provisions of the Bankruptcy Code, the

Bankruptcy Rules, Local Rules, this Order, and the Court's *Order Establishing Procedures for Interim

Compensation and Reimbursement of Retained Professionals* [Dkt. No. 761], and any other applicable

orders of this Court. FTI's services are subject to the standard of review set forth in section 330 of the

Bankruptcy Code. The rights of any party in interest to object to any such request for compensation and

reimbursement of actual and necessary expenses, including on the basis that services provided are

duplicative or do not benefit the estate, including any strategic communications services that involve

media advocacy or public relations outreach, except as may be necessary for TCC to satisfy its obligations

under section 1103 of the Bankruptcy Code, and the right of FTI to respond to any such objection, are

fully preserved.

4

7.      Compensation and reimbursement of expenses will be paid in such amounts as may be allowed by the Court on proper application(s).

8.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9.      The following indemnification provisions are approved on a final basis:

a.      subject to the provisions of subparagraphs (b) and (c) below and approval of the Court, the Debtor is authorized to indemnify, and shall indemnify, FTI for any claims arising from, related to, or in connection with FTI's engagement under the Application, but not for any claim arising from, related to, or in connection with FTI's post-petition performance of any other services other than those in connection with the engagement, unless such post-petition services and indemnification therefore are approved by this Court; and

b.      the Debtor shall have no obligation to indemnify FTI for any claim or expense that is either (i) judicially determined (the determination having become final) to have arisen primarily from FTI's gross negligence, willful misconduct, crime or fraud unless the Court determines that indemnification would be permissible pursuant to *In re United Artists Theatre Co.,* 315 F.3d 217 (3d Cir. 2003), or (ii) settled prior to a judicial determination as to FTI's gross negligence, willful misconduct or fraud, but determined by this Court, after notice and a hearing, to be a claim or expense for which FTI is not entitled to receive indemnity under the terms of this Order; and

c.      if, before the earlier of (i) the entry of an order confirming a chapter 11 plan in this case (that order having become a final order no longer subject to appeal), and (ii) the entry of an order closing this chapter 11 case, FTI believes that it is entitled to the payment of any amounts by the Debtor on account of the Debtor's indemnification obligations under the this Order, including, without limitation, the advancement of defense costs, FTI must file an application in this Court, and the Debtor may not pay any such amounts to FTI before the entry of an order by this Court approving the payment. This subparagraph (c) is intended only to specify the period of time under which the Court shall have jurisdiction over any request for fees and expenses by FTI for indemnification, and not as a provision limiting the duration of the Debtor's obligation to indemnify FTI.  All parties in interest shall retain the right to object to any demand by FTI for indemnification consistent with the above-mentioned provisions and procedures.

5

10.     Notwithstanding anything to the contrary in the Application or the Certifications, FTI will only bill 50% for non-working travel.

11.     FTI shall focus on advising the Talc Committee with respect to matters that involve expertise in forensic investigations, accounting, taxation, economic consulting and communications, including but not limited to: (i) evaluating, monitoring and assessing the Debtor's (and its affiliate's) current financial performance, intercompany transactions, tax positions and accounting, (ii) assisting its counsel in any forensic analysis and evaluating and developing certain causes of action, (iii) estimating the Debtor's current and contingent mesothelioma liabilities, (iv) providing assistance in the development and implementation of its communications strategies, and (v) assessing any business plans or liquidation analyses

12.     Notwithstanding  the terms of the Application or the Certifications, the professional services to be rendered by FTI shall include the following:

    a.      Reviewing financial related disclosures required by the Court, including but not limited to, the Schedules of Assets and Liabilities, the Statement of Financial Affairs, Rule 2015.3 Reports of Financial Information on Entities in Which a Chapter 11 Estate Holds a Controlling or Substantial Interest, and Monthly Operating Reports;

    b.      Preparing analyses required to assess the Debtor's funding and other intercompany agreements with Johnson & Johnson and Johnson & Johnson Consumer, Inc. and any other proposed financing;

    c.      Assessing and monitoring of the Debtor's and its non-Debtor subsidiary's short-term cash flow, liquidity, and operating results;

    d.      Reviewing the Debtor's and its non-Debtor subsidiary's analysis of core business assets, valuation of those assets, and the potential disposition or liquidation of non-core assets;

    e.      Reviewing the Debtor's cost/benefit analysis with respect to the affirmation or rejection of various executory contracts and leases;

    f.      Reviewing any tax issues associated with, but not limited to, claims trading, preservation of net operating losses, refunds due to the Debtor, plans of reorganization, and asset sales;

    g.      Reviewing other financial information prepared by the Debtor and its non-Debtor subsidiary, including, but not limited to, cash flow projections and budgets, business plans, cash receipts and disbursement analysis, asset and liability analysis, and the economic analysis of proposed transactions for which Court approval is sought;

NAI-1529077107v3

#16552581v1 (24987.001)

h.    Attending, assisting, and preparing materials related to due diligence sessions, discovery, depositions, negotiations, mediations, and other relevant meetings, and assisting in discussions with the Debtor, the Committee, any futures claimant's representative appointed in these cases (the "FCR"), Johnson & Johnson and/or its subsidiaries, the United States Trustee, other parties in interest, and their respective professionals;

i.    Evaluating, analyzing, and performing a forensic review of avoidance actions, including fraudulent conveyances and preferential transfers;

j.    Evaluating any pre-petition transactions of interest to the Committee;

k.    Assisting in the prosecution of Committee responses/objections to the Debtor's and other parties of interest's motions and pleadings, including attendance at depositions and provision of expert reports/testimony on case issues as required by the Committee;

l.    Assistance in the review and/or preparation of information and analysis necessary for the confirmation of a plan and related disclosure statement in these Chapter 11 proceedings;

m.    Assistance in the development and implementation of communications strategies, including digital insights and development, with various stakeholders including, but not limited to, messaging related to the talc powder claims and any plan confirmation, estimation, and/or trust process;

n.    Assistance in the review and/or preparation of information in connection with developing estimates of the number and value of present and future Mesothelioma personal-injury claims and demands including testimony as necessary, as well as developing claims procedures to be used in connection with a claims resolution trust; and

o.    Render such other general business consulting or such other assistance as the Committee or its counsel may deem necessary that are consistent with the role of a financial advisor, consistent with the disclosures made by FTI and all other professionals retained by the Committee, and in a manner designed to avoid duplication of services provided by other Committee professionals.

Any additional services provided by FTI not described herein require further Court approval.

13.    In order to avoid duplication of services with those performed by Houlihan Lokey Capital, Inc. ("Houlihan"), The Brattle Group ("Brattle") or other professionals retained by the Talc Committee, the following system shall be implemented to determine the distribution of work relating to the bankruptcy case and related proceedings.  First, a small group of senior professionals at FTI, Brattle and Houlihan shall confer to determine work strategy and tasks, in consultation with the Talc Committee's counsel and the Talc Committee members.  Second, FTI, Brattle and Houlihan will coordinate responsibility for completing any applicable task.  Third, to the extent any non-proprietary work product related to a task is relevant to the other's work or advice for the Talc Committee, such non-proprietary work product shall be shared with FTI, Brattle or Houlihan, as applicable, so that both FTI, Brattle or Houlihan have the benefit of the other's relevant analysis and work product; provided, however, that FTI, Brattle and Houlihan shall

7

not be required to share any proprietary work product, such as models and methodologies, and other protected intellectual property.

14.     In the event that, during the pendency of the Chapter 11 Case, FTI seeks reimbursement for any attorneys' fees and/or expenses, the invoices and supporting time records from such attorneys shall be included in FTI's fee applications and such invoices and time records shall be in compliance with the Local Bankruptcy Rules, and shall be subject to the Compensation Guidelines and approval of the Court under the standards of Bankruptcy Code sections 330 and 331, without regard to whether such attorney has been retained under Bankruptcy Code section 327.  All rights are reserved to object to any request for reimbursement of expenses, including but not limited to any request for the reimbursement of legal fees of FTI's independent legal counsel.  Notwithstanding anything to the contrary in the Application or the Certifications, FTI shall not seek reimbursement of any fees or costs, including attorney fees and costs, arising from the defense of any of FTI's fee applications in the Chapter 11 Case.

15.     To the extent FTI uses the services of independent contractors (the "Contractors") in the Chapter 11 Case, FTI shall: (a) pass through the cost of such Contractors at the same rate that FTI pays the Contractors; (b) seek reimbursement for actual costs incurred; (c) require the Contractors to file Rule 2014 affidavits indicating that the Contractors have reviewed the Parties in Interest List in this case, disclose the Contractors' relationships, if any, with Parties in Interest List and indicate that the Contractors are disinterested; and (d) FTI shall attach any such Contractor invoices to its monthly fee statements, interim fee applications and/or final fee applications filed in this case.

16.     The Talc Committee and FTI are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

17.     The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

18.     To the extent that there may be any inconsistency between the terms of the Application, the Certifications, and the Interim Order, the terms of this Order shall govern.

NAI-1529077107v3
64718636 v1-WorkSiteUS-037381/0001
#16552581v1 (24987.001)

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 21-30589-MBK

LTL Management LLC                                              Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                    User: admin                                    Page 1 of 16
Date Rcvd: Jun 01, 2022                 Form ID: pdf903                          Total Noticed: 4

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2022:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/Text: jkim8@its.jnj.com | Jun 01 2022 20:48:00 | LTL Management LLC, 501 George Street, New Brunswick, NJ 08933-0001 |
| aty | ^ | MEBN | Jun 01 2022 20:45:11 | Glenn M. Kurtz, White & Case LLP, 1221 Avenue of the America, New York, NY 10020-1001 |
| aty | ^ | MEBN | Jun 01 2022 20:46:18 | Jessica Lauria, White & Case LLP, 1221 Avenue of the America, New York,, NY 10020-1001 |
| aty | + | Email/Text: tlindsay@rcdlaw.net | Jun 01 2022 20:48:00 | Rayburn, Cooper & Durham, P.A., The Carillon, Suite 1200, 227 West Trade St., Charlotte, NC 28202-1672 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2022                 Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam C. Silverstein | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products |

|  |  |
|---|---|
|  | Marketing  Sales Practices and Products Liability Multi-District Litigation asilverstein@otterbourg.com, awilliams@otterbourg.com |
| Adam C. Silverstein | on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi District Litigation asilverstein@otterbourg.com, awilliams@otterbourg.com |
| Adam S. Ravin | on behalf of Interested Party Imerys Talc Canada Inc. adam.ravin@lw.com |
| Adam S. Ravin | on behalf of Interested Party Imerys Talc America  Inc. adam.ravin@lw.com |
| Adam S. Ravin | on behalf of Interested Party Imerys Talc Vermont  Inc. adam.ravin@lw.com |
| Alan I. Moldoff | on behalf of Creditor Committee Official Committee of Talc Claimants II amoldoff@shermansilverstein.com |
| Alan J. Brody | on behalf of Creditor Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International  Inc. brodya@gtlaw.com, NJLitDock@gtlaw.com |
| Alan J. Brody | on behalf of Creditor Bausch Health US  LLC f/k/a Valeant Pharmaceuticals North America LLC brodya@gtlaw.com, NJLitDock@gtlaw.com |
| Alan J. Brody | on behalf of Creditor Bausch Health Americas  Inc. f/k/a Valeant Pharmaceuticals International brodya@gtlaw.com, NJLitDock@gtlaw.com |
| Albert Togut | on behalf of Interested Party Roger Frankel  as Legal Representative for Future Personal Injury Claimants appointed in the Chapter 11 bankruptcy case of Cyprus Mines Corporation altogut@teamtogut.com, eozuna@teamtogut.com;seratner@teamtogut.com;dperson@teamtogut.com |
| Alexander Walker Cogbill | on behalf of Interested Party Nationwide Indemnity acogbill@zelle.com |
| Alexander Walker Cogbill | on behalf of Interested Party Employers Ins. of Wausau acogbill@zelle.com |
| Alexander Walker Cogbill | on behalf of Interested Party Employers Ins. Company of Wausau acogbill@zelle.com |
| Alexander Walker Cogbill | on behalf of Interested Party Employers Mutual Casualty Company acogbill@zelle.com |
| Alexander Walker Cogbill | on behalf of Interested Party Scottsdale Insurance acogbill@zelle.com |
| Allen Joseph Underwood, II | on behalf of Creditor DeSanto Canadian Class Action Plaintiffs aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com |
| Allen Joseph Underwood, II | on behalf of Attorney Lite DePalma Greenberg & Afandaor LLC aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com |
| Allen Joseph Underwood, II | on behalf of Creditor DiSanto Canadian Class Action Creditors aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com |
| Allison J. Arotsky | on behalf of Creditor PTI Union LLC aarotsky@moritthock.com |
| Allison J. Arotsky | on behalf of Creditor PTI Royston LLC aarotsky@moritthock.com |
| Allison J. Arotsky | on behalf of Creditor Broadview Investments LLC aarotsky@moritthock.com |
| Amanda Rush | on behalf of Plaintiff LTL Management LLC asrush@jonesday.com |
| Amanda Rush | on behalf of Debtor LTL Management LLC asrush@jonesday.com |
| Andreas Milliaressis | on behalf of Interested Party Hartford Accident and Indemnity Company adm@stevenslee.com |
| Andreas Milliaressis | on behalf of Interested Party First State Insurance Company adm@stevenslee.com |

Andrew Ambruoso
on behalf of Interested Party Imerys Talc Canada Inc. andrew.ambruoso@lw.com  andrew-ambruoso-6817@ecf.pacerpro.com

Andrew Ambruoso
on behalf of Interested Party Imerys Talc America  Inc. andrew.ambruoso@lw.com, andrew-ambruoso-6817@ecf.pacerpro.com

Andrew Ambruoso
on behalf of Interested Party Imerys Talc Vermont  Inc. andrew.ambruoso@lw.com, andrew-ambruoso-6817@ecf.pacerpro.com

Andrew Craig
on behalf of Creditor Allstate Insurance Company acraig@windelsmarx.com

Andrew Golden
on behalf of Interested Party Cyprus Mines Corporation agolden@kasowitz.com

Andrew J. Kelly
on behalf of Interested Party Blue Cross Blue Shield of Massachusetts  Inc. akelly@kbtlaw.com,
wsheridan@kbtlaw.com;saudino@kbtlaw.com;tgraga@kbtlaw.com;pschenke@kbtlaw.com

Andrew S. Richmond
on behalf of Interested Party Williams Hart Boundas Easterby  LLP, on behalf of certain personal injury claimants (Williams Hart
Plaintiffs) arichmond@pryorcashman.com

Andrew T. Frankel
on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)
afrankel@stblaw.com

Andy Frankel
on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)
afrankel@stblaw.com

Anthony Sodono, III
on behalf of Creditor Alishia Landrum  Committee Member asodono@msbnj.com

Anthony Sodono, III
on behalf of Creditor Dr. Rebecca Love asodono@msbnj.com

Arthur Abramowitz
on behalf of Interested Party Massey & Gail LLP aabramowitz@shermansilverstein.com
jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Arthur Abramowitz
on behalf of Creditor Committee Official Committee of Talc Claimants II aabramowitz@shermansilverstein.com
jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Arthur Abramowitz
on behalf of Attorney Waldrep Wall Babcock & Bailey PLLC aabramowitz@shermansilverstein.com
jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Arthur Abramowitz
on behalf of Attorney Sherman  Silverstein, Kohl, Rose & Podolsky, P.A. aabramowitz@shermansilverstein.com,
jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Arthur Abramowitz
on behalf of Interested Party Bailey & Glasser LLP aabramowitz@shermansilverstein.com
jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Arthur Abramowitz
on behalf of Other Prof. FTI Consulting  Inc. aabramowitz@shermansilverstein.com,
jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Arthur Abramowitz
on behalf of Attorney Cooley LLP aabramowitz@shermansilverstein.com
jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Autumn D. Highsmith
on behalf of Interested Party State of Texas autumn.highsmith@oag.texas.gov

Bill Graham
on behalf of Attorney Wallace & Graham P.A. bgraham@wallacegraham.com

Brad B. Erens
on behalf of Debtor LTL Management LLC bberens@jonesday.com

Brad B. Erens
on behalf of Plaintiff LTL Management LLC bberens@jonesday.com

Brad Jeffrey Axelrod
on behalf of Debtor LTL Management LLC baxelrod@wmd-law.com

Brad Jeffrey Axelrod
on behalf of Plaintiff LTL Management LLC baxelrod@wmd-law.com

Brett Kahn
on behalf of Spec. Counsel McCarter & English  LLP bkahn@mccarter.com

Brian J. McCormick, Jr.
on behalf of Interested Party Ross Feller Casey LLP bmccormick@rossfellercasey.com  earend@rossfellercasey.com

Brian R. Ade
on behalf of Interested Party Sentry Insurance Company brian.ade@rivkin.com

Brian W. Hofmeister
on behalf of Attorney Law Firm of Brian W. Hofmeister  of behalf of various claimants bwh@hofmeisterfirm.com,
j119@ecfcbis.com

C. Richard Rayburn, Jr.
on behalf of Plaintiff LTL Management LLC rrayburn@rcdlaw.net  jrobinson@rcdlaw.net

Caitlin K. Cahow
on behalf of Debtor LTL Management LLC ccahow@jonesday.com

Carolyn Lachman
on behalf of Creditor Pension Benefit Guaranty Corporation lachman.carolyn@pbgc.gov  efile@pbgc.gov

Cary Joshi
on behalf of Creditor Committee Official Committee of Talc Claimants II cjoshi@baileyglasser.com

Charles Michael Rubio
on behalf of Interested Party OnderLaw  LLC crubio@parkinslee.com, 7485062420@filings.docketbird.com

Charles Michael Rubio
on behalf of Creditor OnderLaw  LLC crubio@parkinslee.com, 7485062420@filings.docketbird.com

Chelsea Corey
on behalf of Interested Party Bestwall LLC ccorey@kslaw.com

Christopher K. Kiplok
on behalf of Interested Party Imerys SA kiplok@hugheshubbard.com

Christopher M. Placitella
on behalf of Interested Party Cohen  Placitella & Roth, P.C. cplacitella@cprlaw.com, cmcnelis@cprlaw.com

Christopher M. Placitella
on behalf of Unknown Role Type Daniel & Roger Edley cplacitella@cprlaw.com  cmcnelis@cprlaw.com

Christopher M. Placitella
on behalf of Attorney Christopher M. Placitella cplacitella@cprlaw.com  cmcnelis@cprlaw.com

Christopher M. Placitella
cplacitella@cprlaw.com  cmcnelis@cprlaw.com

Christopher Vincent Tisi
on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products
Marketing  Sales Practices and Products Liability Multi-District Litigation ctisis@levinlaw.com

Clay Thompson
on behalf of Creditor Katherine Tollefson cthompson@mrhfmlaw.com

Clay Thompson
on behalf of Interested Party Maune Raichle Hartley French & Mudd  LLC cthompson@mrhfmlaw.com

Clay Thompson
on behalf of Creditor Jan Deborah Michelson-Boyle cthompson@mrhfmlaw.com

Clinton E. Cameron
on behalf of Interested Party The Continental Insurance Company Clinton.Cameron@clydeco.us

Cole Hayes
on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales
Practices and Products Liability Multi District Litigation cole@colehayeslaw.com

Cole Hayes
on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products
Marketing  Sales Practices and Products Liability Multi-District Litigation cole@colehayeslaw.com

Colin R. Robinson
on behalf of Interested Party Arnold & Itkin LLP crobinson@pszjlaw.com

Colin R. Robinson
on behalf of Creditor Arnold & Itkin LLP crobinson@pszjlaw.com

Daniel Lapinski
on behalf of Interested Party Motley Rice LLC dlapinski@motleyrice.com

Daniel Stolz

on behalf of Interested Party Bailey & Glasser LLP dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz

on behalf of Spec. Counsel Massey & Gail LLP dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz

on behalf of Attorney Genova Burns LLC dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz

on behalf of Spec. Counsel Parkins Lee & Rubio LLP dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz

on behalf of Creditor Committee Official Committee of Talc Claimants dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz

on behalf of Spec. Counsel Gilbert  LLP dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz

on behalf of Interested Party Otterbourg P.C dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz

on behalf of Creditor Proposed Local Counsel to Official Committee of Talc Claimants for LTL Management  LLC
dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz

on behalf of Other Prof. Houlihan Lokey Capital  Inc. dstolz@genovaburns.com,
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz

on behalf of Creditor Committee Official Committee of Talc Claimants I dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz

on behalf of Interested Party Brown Rudnick LLP dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz

on behalf of Creditor Committee Committee of Talc Claimants dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz

on behalf of Consultant The Brattle Group  Inc. dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz

on behalf of Interested Party Committee of Talc Claimants dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz

on behalf of Spec. Counsel Miller Thomson LLP dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel B. Prieto

on behalf of Debtor LTL Management LLC dbprieto@jonesday.com

Daniel B. Prieto

on behalf of Plaintiff LTL Management LLC dbprieto@jonesday.com

Daniel H. Charest

on behalf of Creditor Julia Lathrop dcharest@burnscharest.com  manderson@burnscharest.com;mkweik@burnscharest.com

Daniel H. Charest

on behalf of Creditor Daniel Mercer dcharest@burnscharest.com  manderson@burnscharest.com;mkweik@burnscharest.com

Daniel H. Charest

on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products
Marketing  Sales Practices and Products Liability Multi-District Litigation dcharest@burnscharest.com,
manderson@burnscharest.com;mkweik@burnscharest.com

Daniel Robert Lapinski

on behalf of Interested Party Motley Rice LLC dlapinski@motleyrice.com  hfonseca@motleyrice.com,kdotson@motleyrice.com

Danielle Spinelli

on behalf of Interested Party Three Crowns Insurance Company Danielle.Spinelli@wilmerhale.com

Danielle Spinelli

on behalf of Interested Party Rio Tinto America Inc. Danielle.Spinelli@wilmerhale.com

Darren McDowell

on behalf of Interested Party Fears Nachawati PLLC dmcdowell@fnlawfirm.com

District/off: 0312-3                          User: admin                                    Page 6 of 16
Date Rcvd: Jun 01, 2022                       Form ID: pdf903                                 Total Noticed: 4

mn@fnlawfirm.com;jwoodman@essexrichards.com;cbritton@fnlawfirm.com

David Chandler

on behalf of Interested Party Karst & von Oiste LLP dac@karstvonoiste.com  akk@karstvonoiste.com

David Christian

on behalf of Creditor The Continental Insurance Company dchristian@davodcjrostoamattprmeus.com

David Christian

on behalf of Interested Party The Continental Insurance Company dchristian@davodcjrostoamattprmeus.com

David Rosner

on behalf of Interested Party Cyprus Mines Corporation drosner@kasowitz.com  courtnotices@kasowitz.com

David J. Molton

on behalf of Creditor Committee Official Committee of Talc Claimants dmolton@brownrudnick.com
hcohen@brownrudnick.com

David J. Molton

on behalf of Creditor Committee Committee of Talc Claimants dmolton@brownrudnick.com  hcohen@brownrudnick.com

Dennis Geier

on behalf of Interested Party Cohen  Placitella & Roth, P.C. dgeier@cprlaw.com, cmcnelis@cprlaw.com

Denyse F. Clancy

on behalf of Interested Party Kazan  McClain, Satterley & Greenwood, PLC dclancy@kazanlaw.com

Derek J. Baker

on behalf of Interested Party Cyprus Mines Corporation dbaker@reedsmith.com

Donald W Clarke

on behalf of Interested Party Parkins Lee & Rubio LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donald W Clarke

on behalf of Attorney Genova Burns LLC dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donald W Clarke

on behalf of Interested Party Bailey & Glasser LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donald W Clarke

on behalf of Interested Party Otterbourg P.C dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donald W Clarke

on behalf of Other Prof. Houlihan Lokey Capital  Inc. dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com

Donald W Clarke

on behalf of Spec. Counsel Parkins Lee & Rubio LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donald W Clarke

on behalf of Creditor Proposed Local Counsel to Official Committee of Talc Claimants for LTL Management  LLC
dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com

Donald W Clarke

on behalf of Creditor Committee Committee of Talc Claimants dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donald W Clarke

on behalf of Creditor Committee Official Committee of Talc Claimants dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donald W Clarke

on behalf of Interested Party Brown Rudnick LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donald W Clarke

on behalf of Spec. Counsel Massey & Gail LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donald W Clarke

on behalf of Spec. Counsel Miller Thomson LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donald W Clarke

on behalf of Spec. Counsel Gilbert  LLP dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com

Donald W Clarke

on behalf of Interested Party Committee of Talc Claimants dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donald W Clarke

on behalf of Creditor Committee Official Committee of Talc Claimants I dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donald W Clarke

on behalf of Interested Party Massey & Gail LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

E. Richard Dressel

on behalf of Creditor Evan Plotkin rdressel@lexnovalaw.com

E. Richard Dressel

District/off: 0312-3    User: admin    Page 7 of 16
Date Rcvd: Jun 01, 2022    Form ID: pdf903    Total Noticed: 4

on behalf of Creditor Giovanni Sosa rdressel@lexnovalaw.com

Eamonn O'Hagan

on behalf of Creditor UNITED STATES OF AMERICA eamonn.ohagan@usdoj.gov

Eileen McCabe

on behalf of Interested Party Starr Indemnity & Liability Company eileen.mccabe@mendes.com

Eileen McCabe

on behalf of Interested Party Lexington Insurance Company eileen.mccabe@mendes.com

Eileen McCabe

on behalf of Interested Party ASR Schadeverzekering N.V. eileen.mccabe@mendes.com

Eileen McCabe

on behalf of Interested Party The North River Insurance Company eileen.mccabe@mendes.com

Eileen McCabe

on behalf of Interested Party AIG Property Casualty Company eileen.mccabe@mendes.com

Eileen McCabe

on behalf of Interested Party AIG Europe S.A. eileen.mccabe@mendes.com

Eileen McCabe

on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd eileen.mccabe@mendes.com

Eileen McCabe

on behalf of Interested Party The Insurance Company of the State of Pennsylvania eileen.mccabe@mendes.com

Eileen McCabe

on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA eileen.mccabe@mendes.com

Eileen McCabe

on behalf of Interested Party AIU Insurance Company eileen.mccabe@mendes.com

Eileen McCabe

on behalf of Interested Party RheinLand Versicherungen eileen.mccabe@mendes.com

Eileen McCabe

on behalf of Interested Party Atlanta International Insurance Company eileen.mccabe@mendes.com

Eileen McCabe

on behalf of Interested Party Granite State Insurance Company eileen.mccabe@mendes.com

Eileen McCabe

on behalf of Interested Party New Hampshire Insurance Company eileen.mccabe@mendes.com

Emil A. Kleinhaus

on behalf of Interested Party Cyprus Amax Minerals Company EAKleinhaus@WLRK.com

Erica Villanueva

on behalf of Interested Party Three Crowns Insurance Company EVillanueva@fbm.com

Erica Villanueva

on behalf of Interested Party Rio Tinto America Inc. EVillanueva@fbm.com

Ericka Fredricks Johnson

on behalf of Interested Party Ad Hoc Committee of States Holding Consumer Protection Claims ErJohnson@wcsr.com
Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com

Evan Lazerowitz

on behalf of Creditor Committee Official Committee of Talc Claimants II elazerowitz@cooley.com
efiling-notice@ecf.pacerpro.com;jbrown@cooley.com;mklein@cooley.com;rkanowitz@cooley.com

Geoffrey S Brounell

on behalf of Unknown Role Type Reuters News & Media  Inc. geoffreybrounell@dwt.com

Gregory Plotko

on behalf of Interested Party Pacific Employers Insurance Company gplotko@crowell.com
mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko

on behalf of Interested Party Westchester Fire Insurance Company gplotko@crowell.com
mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko

on behalf of Interested Party Firemans Fund Insurance Company gplotko@crowell.com
mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko

on behalf of Interested Party Federal Insurance Company gplotko@crowell.com
mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

District/off: 0312-3                          User: admin                          Page 8 of 16
Date Rcvd: Jun 01, 2022                       Form ID: pdf903                       Total Noticed: 4

Gregory Plotko
    on behalf of Interested Party Great Northern Insurance Company gplotko@crowell.com
mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko
    on behalf of Interested Party ACE Property and Casualty Insurance Company gplotko@crowell.com
mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko
    on behalf of Interested Party Allianz Global Risk US Insurance Company gplotko@crowell.com
mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko
    on behalf of Interested Party Central National Insurance Company of Omaha gplotko@crowell.com
mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko
    on behalf of Interested Party Century Indemnity Company gplotko@crowell.com
mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory M. Gordon
    on behalf of Debtor LTL Management LLC gmgordon@jonesday.com

Gregory M. Gordon
    on behalf of Plaintiff LTL Management LLC gmgordon@jonesday.com

Heather Elizabeth Simpson
    on behalf of Interested Party TIG Insurance Company heather.simpson@kennedyscmk.com

Heather Elizabeth Simpson
    on behalf of Interested Party Everest Reinsurance Company heather.simpson@kennedyscmk.com

Isley M. Gostin
    on behalf of Interested Party Three Crowns Insurance Company Isley.Gostin@wilmerhale.com

Isley M. Gostin
    on behalf of Interested Party Rio Tinto America Inc. Isley.Gostin@wilmerhale.com

James E. Cecchi
    on behalf of Defendant San Diego County Employees Retirement Association  Individually and on Behalf of All Others Similarly
Situated jcecchi@carellabyrne.com

James Francis Green
    on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products
Marketing  Sales Practices and Products Liability Multi-District Litigation jgreen@ashcraftlaw.com,
tnguyen@ashcraftlaw.com;nparfitt@ashcraftlaw.com;plyons@ashcraft.com;twaters@ashcraftlaw.com

James M. Jones
    on behalf of Debtor LTL Management LLC jmjones@jonesday.com

James N. Lawlor
    on behalf of Spec. Counsel Patterson Belknap Webb & Tyler LLP jlawlor@wmd-law.com

James N. Lawlor
    on behalf of Plaintiff LTL Management LLC jlawlor@wmd-law.com

James N. Lawlor
    on behalf of Debtor LTL Management LLC jlawlor@wmd-law.com

Janet A. Shapiro
    on behalf of Interested Party Employers Mutual Casualty Company jshapiro@shapirolawfirm.com

Janet A. Shapiro
    on behalf of Interested Party Scottsdale Insurance jshapiro@shapirolawfirm.com

Janet A. Shapiro
    on behalf of Interested Party Employers Ins. of Wausau jshapiro@shapirolawfirm.com

Janet A. Shapiro
    on behalf of Interested Party Nationwide Indemnity jshapiro@shapirolawfirm.com

Janet A. Shapiro
    on behalf of Interested Party Employers Ins Co of Wausau jshapiro@shapirolawfirm.com

Janet A. Shapiro
    on behalf of Interested Party Employers Ins. Company of Wausau jshapiro@shapirolawfirm.com

Jason D Angelo
    on behalf of Interested Party Cyprus Mines Corporation jangelo@reedsmith.com

Jeffrey A. Cooper
    on behalf of Creditor Baker Canadian Class Action Creditors jcooper@rltlawfirm.com
cooperatty@aol.com;rgaydos@rltlawfirm.com

District/off: 0312-3                          User: admin                          Page 9 of 16
Date Rcvd: Jun 01, 2022                      Form ID: pdf903                    Total Noticed: 4

Jeffrey M. Sponder
    on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov

Jeffrey M. Sponder
    on behalf of U.S. Trustee United States Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov

Jeffrey M. Traurig
    on behalf of Other Prof. Robert J. Keach jtraurig@trauriglaw.com

Jeffrey M. Traurig
    on behalf of Examiner Robert J Keach jtraurig@trauriglaw.com

Jeffrey M. Traurig
    on behalf of Attorney Bernstein Shur Sawyer & Nelson  P.A. jtraurig@trauriglaw.com

Jeffrey M. Traurig
    on behalf of Attorney Traurig Law LLC jtraurig@trauriglaw.com

Jennifer S. Feeney
    on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products
    Marketing  Sales Practices and Products Liability Multi-District Litigation jfeeney@otterbourg.com

Jerome Howard Block
    on behalf of Interested Party Levy Konigsberg LLP jblock@levylaw.com

Jerome Howard Block
    on behalf of Interested Party Talc Claimants jblock@levylaw.com

Joel Rhine
    on behalf of Interested Party Clients of Clifford Law Offices  P.C., and Taft Stettinius & Hollister, LLP slc@rhinelawfirm.com

John Bougiamas
    on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales
    Practices and Products Liability Multi District Litigation jbougiamas@otterbourg.com,
    ryan@otterbourg.com;jfeeney@otterbourg.com;mmaizel@otterbourg.com;jhildebrandt@otterbourg.com

John Bougiamas
    on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products
    Marketing  Sales Practices and Products Liability Multi-District Litigation jbougiamas@otterbourg.com,
    ryan@otterbourg.com;jfeeney@otterbourg.com;mmaizel@otterbourg.com;jhildebrandt@otterbourg.com

John Maloney
    on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)
    jmaloney@lawgmm.com

John A. Baden, IV
    on behalf of Interested Party Motley Rice LLC jbaden@motleyrice.com

John A. Baden, IV
    on behalf of Other Prof. Epiq Corporate Restructuring  LLC jbaden@motleyrice.com

John A. Bougiamas
    on behalf of Interested Party Committee of Talc Claimants jbougiamas@oshr.com
    jfeeney@otterbourg.com;awilliams@otterbourg.com;mpantzer@otterbourg.com

John C. Woodman
    on behalf of Attorney John C. Woodman jwoodman@essexrichards.com
    DDiMatteo@essexrichards.com;SMarak@essexrichards.com

John D. Green
    on behalf of Interested Party Rio Tinto America Inc. JGreen@fbm.com

John D. Green
    on behalf of Interested Party Three Crowns Insurance Company JGreen@fbm.com

John F. Bracaglia, Jr.
    on behalf of Creditor Jeanne Stephenson brokaw@centraljerseylaw.com

John M. August
    on behalf of Creditor Vincent Hill jaugust@saiber.com  rtucker@saiber.com

John M. August
    on behalf of Creditor Certain Mesothelioma Claimants Represented by Kazan McClain Satterley & Greenwood
    jaugust@saiber.com  rtucker@saiber.com

John M. August
    on behalf of Creditor Anthony Hernandez Valadez jaugust@saiber.com  rtucker@saiber.com

John M. August
    on behalf of Creditor Kristie Lynn Doyle jaugust@saiber.com  rtucker@saiber.com

John M. August
    on behalf of Creditor Audra Johnson jaugust@saiber.com  rtucker@saiber.com

District/off: 0312-3                          User: admin                          Page 10 of 16
Date Rcvd: Jun 01, 2022                      Form ID: pdf903                      Total Noticed: 4

John R. Miller, Jr.

on behalf of Debtor LTL Management LLC jmiller@rcdlaw.net

John R. Miller, Jr.

on behalf of Plaintiff LTL Management LLC jmiller@rcdlaw.net

John Zachary Balasko

on behalf of Creditor UNITED STATES OF AMERICA john.z.balasko@usdoj.gov

Jonathan I. Rabinowitz

on behalf of Attorney J. Maria Glover jrabinowitz@rltlawfirm.com  jcoleman@rltlawfirm.com

Jonathan S Massey

on behalf of Interested Party Massey & Gail LLP jloper@masseygail.com

Joseph Satterley

on behalf of Creditor Audra Johnson jsatterley@kazanlaw.com

Joseph Satterley

on behalf of Creditor Anthony Hernandez Valadez jsatterley@kazanlaw.com

Joseph Satterley

on behalf of Interested Party Kazan  McClain, Satterley & Greenwood, PLC jsatterley@kazanlaw.com

Joseph A. Caneco

on behalf of Interested Party Sequoia Ventures  Inc. jcaneco@foxrothschild.com

Joseph A. Caneco

on behalf of Interested Party Bechtel Corporation jcaneco@foxrothschild.com

Joseph F. Rice

on behalf of Interested Party Motley Rice LLC jrice@motleyrice.com

Joseph Francis Pacelli

on behalf of Debtor LTL Management LLC jpacelli@wmd-law.com

Joseph Francis Pacelli

on behalf of Plaintiff LTL Management LLC jpacelli@wmd-law.com

Joseph J. DiPasquale

on behalf of Interested Party Sequoia Ventures  Inc. Jdipasquale@foxrothschild.com,
cbrown@foxrothschild.com;ShavoneGreen@foxrothschild.com

Joseph J. DiPasquale

on behalf of Interested Party Bechtel Corporation Jdipasquale@foxrothschild.com
cbrown@foxrothschild.com;ShavoneGreen@foxrothschild.com

Judy D. Thompson

on behalf of Interested Party Barnes Law Group  LLC jdt@jdthompsonlaw.com, sxb@jdthompsonlaw.com

Katherine Scherling

on behalf of Interested Party AIG Europe S.A. katherine.scherling@katten.com

Katherine Scherling

on behalf of Interested Party RheinLand Versicherungen katherine.scherling@katten.com

Katherine Scherling

on behalf of Interested Party ASR Schadeverzekering N.V. katherine.scherling@katten.com

Katherine Scherling

on behalf of Interested Party AIU Insurance Company katherine.scherling@katten.com

Katherine Scherling

on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd katherine.scherling@katten.com

Katherine Scherling

on behalf of Interested Party Lexington Insurance Company katherine.scherling@katten.com

Katherine Scherling

on behalf of Interested Party The North River Insurance Company katherine.scherling@katten.com

Katherine Scherling

on behalf of Interested Party AIG Property Casualty Company katherine.scherling@katten.com

Katherine Scherling

on behalf of Interested Party Granite State Insurance Company katherine.scherling@katten.com

Katherine Scherling

on behalf of Interested Party Atlanta International Insurance Company katherine.scherling@katten.com

Katherine Scherling

on behalf of Interested Party New Hampshire Insurance Company katherine.scherling@katten.com

District/off: 0312-3                          User: admin                                      Page 11 of 16
Date Rcvd: Jun 01, 2022                       Form ID: pdf903                            Total Noticed: 4

Katherine Scherling
                    on behalf of Interested Party The Insurance Company of the State of Pennsylvania katherine.scherling@katten.com

Katherine Scherling
                    on behalf of Interested Party Starr Indemnity & Liability Company katherine.scherling@katten.com

Katherine Scherling
                    on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA katherine.scherling@katten.com

Kathleen A Frazier
                    on behalf of Debtor LTL Management LLC kfrazier@shb.com

Kelly D. Curtin
                    on behalf of Interested Party Rio Tinto America Inc. kdcurtin@pbnlaw.com
                    mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com

Kelly D. Curtin
                    on behalf of Interested Party Rio Tinto America Holdings Inc. kdcurtin@pbnlaw.com
                    mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com

Kelly D. Curtin
                    on behalf of Interested Party Rio Tinto Services Inc. kdcurtin@pbnlaw.com
                    mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com

Kelly D. Curtin
                    on behalf of Interested Party Three Crowns Insurance Company kdcurtin@pbnlaw.com
                    mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com

Kelly D. Curtin
                    on behalf of Interested Party Metals & Minerals Insurance Company Pte. Ltd. kdcurtin@pbnlaw.com
                    mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com

Kelsey Panizzolo
                    on behalf of Interested Party AIG Europe S.A. kelsey.panizzolo@katten.com  courtalertclt@katten.com

Kelsey Panizzolo
                    on behalf of Interested Party ASR Schadeverzekering N.V. kelsey.panizzolo@katten.com  courtalertclt@katten.com

Kelsey Panizzolo
                    on behalf of Interested Party Atlanta International Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com

Kelsey Panizzolo
                    on behalf of Interested Party AIG Property Casualty Company kelsey.panizzolo@katten.com  courtalertclt@katten.com

Kelsey Panizzolo
                    on behalf of Interested Party Starr Indemnity & Liability Company kelsey.panizzolo@katten.com  courtalertclt@katten.com

Kelsey Panizzolo
                    on behalf of Interested Party The North River Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com

Kelsey Panizzolo
                    on behalf of Interested Party The Insurance Company of the State of Pennsylvania kelsey.panizzolo@katten.com
                    courtalertclt@katten.com

Kelsey Panizzolo
                    on behalf of Interested Party Granite State Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com

Kelsey Panizzolo
                    on behalf of Interested Party New Hampshire Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com

Kelsey Panizzolo
                    on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd kelsey.panizzolo@katten.com
                    courtalertclt@katten.com

Kelsey Panizzolo
                    on behalf of Interested Party RheinLand Versicherungen kelsey.panizzolo@katten.com  courtalertclt@katten.com

Kelsey Panizzolo
                    on behalf of Interested Party Lexington Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com

Kelsey Panizzolo
                    on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA kelsey.panizzolo@katten.com
                    courtalertclt@katten.com

Kelsey Panizzolo
                    on behalf of Interested Party AIU Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com

Kenneth A. Rosen
                    on behalf of Interested Party Johnson & Johnson krosen@lowenstein.com  dclaussen@lowenstein.com

Kenneth A. Rosen
                    on behalf of Interested Party Johnson & Johnson and Johnson & Johnson Consumer Inc. krosen@lowenstein.com
                    dclaussen@lowenstein.com

District/off: 0312-3                          User: admin                                    Page 12 of 16
Date Rcvd: Jun 01, 2022                       Form ID: pdf903                                 Total Noticed: 4

Konrad Krebs
    on behalf of Interested Party The Continental Insurance Company konrad.krebs@clydeco.us

Kristen R. Fournier
    on behalf of Debtor LTL Management LLC kfournier@kslaw.com

Laila Masud
    on behalf of Interested Party Talc Claimants lmasud@marshackhays.com

Laura Davis Jones
    on behalf of Creditor Arnold & Itkin LLP ljones@pszjlaw.com

Lauren Bielskie
    on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Lenard Parkins
    on behalf of Creditor OnderLaw  LLC lparkins@parkinslee.com

Leslie Carol Heilman
    on behalf of Creditor Albertsons Companies  Inc. heilmanl@ballardspahr.com, carbonej@ballardspahr.com

Liza M. Walsh
    on behalf of Other Prof. Randi S. Ellis lwalsh@walsh.law  btroyan@walsh.law;sfalanga@walsh.law;mfalk@walsh.law

Louis A. Modugno
    on behalf of Interested Party The North River Insurance Company lmodugno@tm-firm.com

Louis A. Modugno
    on behalf of Interested Party Atlanta International Insurance Company lmodugno@tm-firm.com

Louis A. Modugno
    on behalf of Interested Party AIG Europe S.A. lmodugno@tm-firm.com

Louis A. Modugno
    on behalf of Interested Party Granite State Insurance Company lmodugno@tm-firm.com

Louis A. Modugno
    on behalf of Interested Party New Hampshire Insurance Company lmodugno@tm-firm.com

Louis A. Modugno
    on behalf of Interested Party ASR Schadeverzekering N.V. lmodugno@tm-firm.com

Louis A. Modugno
    on behalf of Interested Party AIG Property Casualty Company lmodugno@tm-firm.com

Louis A. Modugno
    on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA lmodugno@tm-firm.com

Louis A. Modugno
    on behalf of Interested Party RheinLand Versicherungen lmodugno@tm-firm.com

Louis A. Modugno
    on behalf of Interested Party Lexington Insurance Company lmodugno@tm-firm.com

Louis A. Modugno
    on behalf of Interested Party Starr Indemnity & Liability Company lmodugno@tm-firm.com

Louis A. Modugno
    on behalf of Interested Party The Insurance Company of the State of Pennsylvania lmodugno@tm-firm.com

Louis A. Modugno
    on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd lmodugno@tm-firm.com

Louis A. Modugno
    on behalf of Interested Party AIU Insurance Company lmodugno@tm-firm.com

Louis A. Modugno
    on behalf of Interested Party Objecting Insurers lmodugno@tm-firm.com

Lyndon Mitchell Tretter
    on behalf of Plaintiff LTL Management LLC ltretter@wmd-law.com

Lyndon Mitchell Tretter
    on behalf of Debtor LTL Management LLC ltretter@wmd-law.com

Marc E. Wolin
    on behalf of Creditor Kristie Lynn Doyle mwolin@saiber.com  ccarfagno@saiber.com

Mark Falk
    on behalf of Other Prof. Randi S. Ellis mfalk@walsh.law

Mark Falk
    on behalf of Attorney Walsh Pizzi O'Reilly Falanga LLP mfalk@walsh.law

District/off: 0312-3                                    User: admin                                    Page 13 of 16
Date Rcvd: Jun 01, 2022                                Form ID: pdf903                                Total Noticed: 4

Mark P. Robinson, Jr
on behalf of Interested Party Talc Claimants mrobinson@robinsonfirm.com

Mark W. Rasmussen
on behalf of Debtor LTL Management LLC mrasmussen@jonesday.com

Mary E. Seymour
on behalf of Interested Party Johnson & Johnson and Johnson & Johnson Consumer Inc. mseymour@lowenstein.com
jkimble@lowenstein.com

Matthew I. W. Baker
on behalf of Creditor Proposed Local Counsel to Official Committee of Talc Claimants for LTL Management  LLC
mbaker@genovaburns.com

Matthew L Tomsic
on behalf of Plaintiff LTL Management LLC mtomsic@rcdlaw.net

Matthew L Tomsic
on behalf of Debtor LTL Management LLC mtomsic@rcdlaw.net

Melanie Louise Cyganowski
on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales
Practices and Products Liability Multi District Litigation mcyganowski@otterbourg.com, awilliams@otterbourg.com

Melanie Louise Cyganowski
on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products
Marketing  Sales Practices and Products Liability Multi-District Litigation mcyganowski@otterbourg.com,
awilliams@otterbourg.com

Michael Hutchins
on behalf of Interested Party Cyprus Mines Corporation mhutchins@kasowitz.com  courtnotices@kasowitz.com

Michael E. Collins
on behalf of Interested Party Westchester Fire Insurance Company mcollins@manierherod.com

Michael H. Torkin
on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)
michael.torkin@stblaw.com

Michael L. Tuchin
on behalf of Interested Party Aylstock  Witkin, Kreis & Overholtz, PLLC mtuchin@ktbslaw.com

Michelle A. Parfitt
on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products
Marketing  Sales Practices and Products Liability Multi-District Litigation mparfitt@ashcraftlaw.com

Mitchell Malzberg
on behalf of Interested Party Talc Claimants mmalzberg@mjmalzberglaw.com  dlapham@mjmalzberglaw.com

Mitchell Malzberg
on behalf of Creditor Various Claimants mmalzberg@mjmalzberglaw.com  dlapham@mjmalzberglaw.com

Nabil Majed Nachawati, II
on behalf of Interested Party Fears Nachawati PLLC MN@fnlawfirm.com

Nancy Isaacson
on behalf of Interested Party Motley Rice LLC nisaacson@greenbaumlaw.com

Nathan David Finch
on behalf of Interested Party Motley Rice LLC nfinch@motleyrice.com

Nir Maoz
on behalf of Interested Party Aylstock  Witkin, Kreis & Overholtz, PLLC nmaoz@ktbslaw.com

P. Leigh O'Dell
on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales
Practices and Products Liability Multi District Litigation leigh.odell@beasleyallen.com

Patricia M. Kipnis
on behalf of Interested Party Committee of Talc Claimants pkipnis@baileyglasser.com  mchapman@baileyglasser.com

Paul E. Heath
on behalf of Interested Party Cyprus Amax Minerals Company pheath@velaw.com

Paul J. Winterhalter
on behalf of Interested Party Aylstock  Witkin, Kreis & Overholtz, PLLC pwinterhalter@offitkurman.com,
rbarnhart@offitkurman.com

Paul M. Singer
on behalf of Interested Party Cyprus Mines Corporation psinger@reedsmith.com

Paul R. DeFilippo
on behalf of Spec. Counsel King & Spalding  LLP pdefilippo@wmd-law.com

Paul R. DeFilippo
                    on behalf of Spec. Counsel Skadden  Arps, Slate, Meagher & Flom LLP pdefilippo@wmd-law.com

Paul R. DeFilippo
                    on behalf of Spec. Counsel Patterson Belknap Webb & Tyler LLP pdefilippo@wmd-law.com

Paul R. DeFilippo
                    on behalf of Spec. Counsel McCarter & English  LLP pdefilippo@wmd-law.com

Paul R. DeFilippo
                    on behalf of Debtor LTL Management LLC pdefilippo@wmd-law.com

Paul R. DeFilippo
                    on behalf of Other Prof. Bates White  LLC pdefilippo@wmd-law.com

Paul R. DeFilippo
                    on behalf of Spec. Counsel Blake  Cassels & Graydon LLP pdefilippo@wmd-law.com

Paul R. DeFilippo
                    on behalf of Attorney Rayburn Cooper & Durham  P.A pdefilippo@wmd-law.com

Paul R. DeFilippo
                    on behalf of Attorney Jones Day pdefilippo@wmd-law.com

Paul R. DeFilippo
                    on behalf of Other Prof. AlixPartners  LLP pdefilippo@wmd-law.com

Paul R. DeFilippo
                    on behalf of Attorney Wollmuth Maher & Deutsch LLP pdefilippo@wmd-law.com

Paul R. DeFilippo
                    on behalf of Plaintiff LTL Management LLC pdefilippo@wmd-law.com

Paul R. DeFilippo
                    on behalf of Spec. Counsel Weil  Gotshal, & Manges, LLP pdefilippo@wmd-law.com

Paul R. DeFilippo
                    on behalf of Spec. Counsel Orrick  Herrington & Sutcliffe LLP pdefilippo@wmd-law.com

Rachel Ginzburg
                    on behalf of Unknown Role Type The Amici Professors rginzburg@herrick.com

Rachel R Obaldo
                    on behalf of Interested Party State of Texas bk-robaldo@texasattorneygeneral.gov

Rashad Blossom
                    on behalf of Interested Party Joseph McGovern rblossom@blossomlaw.com
                    pogando@blossomlaw.com;R41929@notify.bestcase.com;ecfnotices2018@gmail.com

Rashad Blossom
                    on behalf of Attorney Christopher M. Placitella rblossom@blossomlaw.com
                    pogando@blossomlaw.com;R41929@notify.bestcase.com;ecfnotices2018@gmail.com

Richard A. Schneider
                    on behalf of Interested Party Bestwall LLC dschneider@kslaw.com

Richard Moss Golomb
                    on behalf of Interested Party Golomb Spirt Grunfeld rgolomb@golomblegal.com

Richard Moss Golomb
                    on behalf of Creditor Brandi Carl rgolomb@golomblegal.com

Robert Novick
                    on behalf of Interested Party Cyprus Mines Corporation rnovick@kasowitz.com

Robert J. Keach
                    rkeach@bernsteinshur.com
                    astewart@bernsteinshur.com;kquirk@bernsteinshur.com;acummings@bernsteinshur.com;cmastrogiorgio@bernsteinshur.com

Robert J. Pfister
                    on behalf of Interested Party Aylstock  Witkin, Kreis & Overholtz, PLLC rpfister@ktbslaw.com

Robert W. Hamilton
                    on behalf of Debtor LTL Management LLC rwhamilton@jonesday.com

Robert William Miller
                    on behalf of Interested Party Westchester Fire Insurance Company RMiller@ManierHerod.com

Robin Rabinowitz
                    on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)
                    rrabinowitz@lawgmm.com

Rochelle Guiton

District/off: 0312-3                          User: admin                                    Page 15 of 16
Date Rcvd: Jun 01, 2022                       Form ID: pdf903                              Total Noticed: 4

on behalf of Creditor Aleathea Goodins rochelle@dmillerlaw.com

Ross J. Switkes

    on behalf of Other Prof. FTI Consulting  Inc. rswitkes@shermansilverstein.com

Ross J. Switkes

    on behalf of Creditor Committee Official Committee of Talc Claimants II rswitkes@shermansilverstein.com

Ross J. Switkes

    on behalf of Attorney Sherman  Silverstein, Kohl, Rose & Podolsky, P.A. rswitkes@shermansilverstein.com

Ross J. Switkes

    on behalf of Attorney Cooley LLP rswitkes@shermansilverstein.com

Ross J. Switkes

    on behalf of Attorney Waldrep Wall Babcock & Bailey PLLC rswitkes@shermansilverstein.com

Samuel M. Kidder

    on behalf of Interested Party Aylstock  Witkin, Kreis & Overholtz, PLLC skidder@ktbslaw.com

Sandy Qusba

    on behalf of Creditor Bausch Health US  LLC f/k/a Valeant Pharmaceuticals North America LLC squsba@stblaw.com

Sandy Qusba

    on behalf of Creditor Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International  Inc. squsba@stblaw.com

Sandy Qusba

    on behalf of Creditor Bausch Health Americas  Inc. f/k/a Valeant Pharmaceuticals International squsba@stblaw.com

Sarah Meiman

    on behalf of Creditor Pension Benefit Guaranty Corporation meiman.sarah@pbgc.gov

Sari Blair Placona

    on behalf of Creditor Alishia Landrum  Committee Member splacona@msbnj.com

Seth H. Lieberman

    on behalf of Interested Party Williams Hart Boundas Easterby  LLP, on behalf of certain personal injury claimants (Williams Hart
Plaintiffs) slieberman@pryorcashman.com

Sid Garabato

    on behalf of Other Prof. Epiq Corporate Restructuring  LLC sgarabato@epiqglobal.com, rjacobs@ecf.epiqsystems.com

Simon J. Torres

    on behalf of Creditor Pension Benefit Guaranty Corporation torres.simon@pbgc.gov  efile@pbgc.gov

Sommer Leigh Ross

    on behalf of Creditor Republic Indemnity Company of America slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Stephen M. Packman

    on behalf of Interested Party Roger Frankel  as Legal Representative for Future Personal Injury Claimants appointed in the
Chapter 11 bankruptcy case of Cyprus Mines Corporation spackman@archerlaw.com,
dleney@archerlaw.com,ahuber@archerlaw.com

Stephen T. Roberts

    on behalf of Interested Party Clients of Mendes & Mount  LLP stephen.roberts@mendes.com

Stephen V. Gimigliano

    on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)
sgimigliano@lawgmm.com

Steven Abramowitz

    on behalf of Interested Party Cyprus Amax Minerals Company sabramowitz@velaw.com
mmoran@velaw.com;kgrissel@velaw.com;tmitsch@velaw.com;kduchesne@velaw.com

Steven B Smith

    on behalf of Unknown Role Type The Amici Professors ssmith@herrick.com  courtnotices@herrick.com;lporetsky@herrick.com

Suzanne Ratcliffe

    on behalf of Creditor Jan Deborah Michelson-Boyle sratcliffe@mrhfmlaw.com

Suzanne Cocco Midlige

    on behalf of Interested Party Arrowood Indemnity Company smidlige@cmg.law

Thomas Pitta

    on behalf of Creditor PTI Royston LLC tpitta@emmetmarvin.com

Thomas Pitta

    on behalf of Creditor PTI Union LLC tpitta@emmetmarvin.com

Thomas W. Waldrep, Jr.

    on behalf of Interested Party Kazan  McClain, Satterley & Greenwood, PLC notice@waldrepwall.com,
8898@notices.nextchapterbk.com;khayden@waldrepwall.com

Thomas W. Waldrep, Jr.

    on behalf of Interested Party Kirk Smith notice@waldrepwall.com  8898@notices.nextchapterbk.com;khayden@waldrepwall.com

Thomas W. Waldrep, Jr.

    on behalf of Interested Party Kazan  McClain, Satterley & Greenwood notice@waldrepwall.com,
    8898@notices.nextchapterbk.com;khayden@waldrepwall.com

Thomas W. Waldrep, Jr.

    on behalf of Interested Party Levy Konigsberg LLP notice@waldrepwall.com
    8898@notices.nextchapterbk.com;khayden@waldrepwall.com

Thomas W. Waldrep, Jr.

    on behalf of Interested Party Ruckdeschel Law Firm  LLC notice@waldrepwall.com,
    8898@notices.nextchapterbk.com;khayden@waldrepwall.com

Thomas W. Waldrep, Jr.

    on behalf of Interested Party Weitz & Luxenberg P.C. notice@waldrepwall.com
    8898@notices.nextchapterbk.com;khayden@waldrepwall.com

Thomas W. Waldrep, Jr.

    on behalf of Interested Party Maune Raichle Hartley French & Mudd  LLC notice@waldrepwall.com,
    8898@notices.nextchapterbk.com;khayden@waldrepwall.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 365