| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(B)**<br><br>Mark Falk, Esq.<br>WALSH PIZZI O'REILLY FALANGA LLP<br>Three Gateway Center<br>100 Mulberry Street, 15th Floor<br>Newark, NJ 07102<br>(973) 757-1100<br>*Counsel for Randi S. Ellis, Legal Representative for Future Talc Claimants* | Order Filed on June 3, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>LTL Management, LLC,<br><br>                   Debtor. | Case No.: 21-30589<br>Judge: Michael B. Kaplan<br>Chapter: 11 |

### ORDER AUTHORIZING RETENTION OF
### VERUS CLAIMS SERVICES, LLC EFFECTIVE AS OF MAY 17, 2022
### ON BEHALF OF APPLICANT RANDI S. ELLIS, LEGAL REPRESENTATIVE FOR
### FUTURE TALC CLAIMANTS

The relief set forth on the following page is **ORDERED**.

**DATED: June 3, 2022**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain Verus Claims Services, LLC to provide expert consulting services and analysis of talc claim liability for *Randi S. Ellis, Legal Representative for Future Talc Claimants*, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is:

   Verus, LLC
   Attn: Mark Eveland
   3967 Princeton Pike
   Princeton, New Jersey 08540

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is May 17, 2022.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-30589-MBK |
| LTL Management LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 16 |
| Date Rcvd: Jun 03, 2022 | Form ID: pdf903 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: jkim8@its.jnj.com | Jun 03 2022 20:30:00 | LTL Management LLC, 501 George Street, New Brunswick, NJ 08933-0001 |
| aty | ^ MEBN | Jun 03 2022 20:29:21 | Glenn M. Kurtz, White & Case LLP, 1221 Avenue of the America, New York, NY 10020-1001 |
| aty | ^ MEBN | Jun 03 2022 20:29:12 | Jessica Lauria, White & Case LLP, 1221 Avenue of the America, New York,, NY 10020-1001 |
| aty | + Email/Text: tlindsay@rcdlaw.net | Jun 03 2022 20:30:00 | Rayburn, Cooper & Durham, P.A., The Carillon, Suite 1200, 227 West Trade St., Charlotte, NC 28202-1672 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2022        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam C. Silverstein | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products |

Case 21-30589-MBK    Doc 2411    Filed 06/05/22    Entered 06/06/22 00:14:48    Desc
Imaged Certificate of Notice    Page 4 of 18

| District/off: 0312-3 | User: admin | Page 2 of 16 |
|---|---|---|
| Date Rcvd: Jun 03, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| | Marketing Sales Practices and Products Liability Multi-District Litigation asilverstein@otterbourg.com, awilliams@otterbourg.com |
| Adam C. Silverstein | |
| | on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi District Litigation asilverstein@otterbourg.com, awilliams@otterbourg.com |
| Adam S. Ravin | |
| | on behalf of Interested Party Imerys Talc Canada Inc. adam.ravin@lw.com |
| Adam S. Ravin | |
| | on behalf of Interested Party Imerys Talc America Inc. adam.ravin@lw.com |
| Adam S. Ravin | |
| | on behalf of Interested Party Imerys Talc Vermont Inc. adam.ravin@lw.com |
| Alan I. Moldoff | |
| | on behalf of Creditor Committee Official Committee of Talc Claimants II amoldoff@shermansilverstein.com |
| Alan J. Brody | |
| | on behalf of Creditor Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International Inc. brodya@gtlaw.com, NJLitDock@gtlaw.com |
| Alan J. Brody | |
| | on behalf of Creditor Bausch Health US LLC f/k/a Valeant Pharmaceuticals North America LLC brodya@gtlaw.com, NJLitDock@gtlaw.com |
| Alan J. Brody | |
| | on behalf of Creditor Bausch Health Americas Inc. f/k/a Valeant Pharmaceuticals International brodya@gtlaw.com, NJLitDock@gtlaw.com |
| Albert Togut | |
| | on behalf of Interested Party Roger Frankel as Legal Representative for Future Personal Injury Claimants appointed in the Chapter 11 bankruptcy case of Cyprus Mines Corporation altogut@teamtogut.com, eozuna@teamtogut.com;seratner@teamtogut.com;dperson@teamtogut.com |
| Alexander Walker Cogbill | |
| | on behalf of Interested Party Nationwide Indemnity acogbill@zelle.com |
| Alexander Walker Cogbill | |
| | on behalf of Interested Party Employers Ins. of Wausau acogbill@zelle.com |
| Alexander Walker Cogbill | |
| | on behalf of Interested Party Employers Ins. Company of Wausau acogbill@zelle.com |
| Alexander Walker Cogbill | |
| | on behalf of Interested Party Employers Mutual Casualty Company acogbill@zelle.com |
| Alexander Walker Cogbill | |
| | on behalf of Interested Party Scottsdale Insurance acogbill@zelle.com |
| Allen Joseph Underwood, II | |
| | on behalf of Creditor DeSanto Canadian Class Action Plaintiffs aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com |
| Allen Joseph Underwood, II | |
| | on behalf of Attorney Lite DePalma Greenberg & Afandaor LLC aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com |
| Allen Joseph Underwood, II | |
| | on behalf of Creditor DiSanto Canadian Class Action Creditors aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com |
| Allison J. Arotsky | |
| | on behalf of Creditor PTI Union LLC aarotsky@moritthock.com |
| Allison J. Arotsky | |
| | on behalf of Creditor PTI Royston LLC aarotsky@moritthock.com |
| Allison J. Arotsky | |
| | on behalf of Creditor Broadview Investments LLC aarotsky@moritthock.com |
| Amanda Rush | |
| | on behalf of Plaintiff LTL Management LLC asrush@jonesday.com |
| Amanda Rush | |
| | on behalf of Debtor LTL Management LLC asrush@jonesday.com |
| Andreas Milliaressis | |
| | on behalf of Interested Party Hartford Accident and Indemnity Company adm@stevenslee.com |
| Andreas Milliaressis | |
| | on behalf of Interested Party First State Insurance Company adm@stevenslee.com |

Case 21-30589-MBK    Doc 2411    Filed 06/05/22    Entered 06/06/22 00:14:48    Desc
Imaged Certificate of Notice    Page 5 of 18

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 16 |
| Date Rcvd: Jun 03, 2022 | Form ID: pdf903 | Total Noticed: 4 |

Andrew Ambruoso
    on behalf of Interested Party Imerys Talc Canada Inc. andrew.ambruoso@lw.com andrew-ambruoso-6817@ecf.pacerpro.com

Andrew Ambruoso
    on behalf of Interested Party Imerys Talc America Inc. andrew.ambruoso@lw.com, andrew-ambruoso-6817@ecf.pacerpro.com

Andrew Ambruoso
    on behalf of Interested Party Imerys Talc Vermont Inc. andrew.ambruoso@lw.com, andrew-ambruoso-6817@ecf.pacerpro.com

Andrew Craig
    on behalf of Creditor Allstate Insurance Company acraig@windelsmarx.com

Andrew Golden
    on behalf of Interested Party Cyprus Mines Corporation agolden@kasowitz.com

Andrew J. Kelly
    on behalf of Interested Party Blue Cross Blue Shield of Massachusetts Inc. akelly@kbtlaw.com, wsheridan@kbtlaw.com;saudino@kbtlaw.com;tgraga@kbtlaw.com;pschenke@kbtlaw.com

Andrew S. Richmond
    on behalf of Interested Party Williams Hart Boundas Easterby LLP, on behalf of certain personal injury claimants (Williams Hart Plaintiffs) arichmond@pryorcashman.com

Andrew T. Frankel
    on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) afrankel@stblaw.com

Andy Frankel
    on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) afrankel@stblaw.com

Anthony Sodono, III
    on behalf of Creditor Alishia Landrum Committee Member asodono@msbnj.com

Anthony Sodono, III
    on behalf of Creditor Dr. Rebecca Love asodono@msbnj.com

Arthur Abramowitz
    on behalf of Interested Party Massey & Gail LLP aabramowitz@shermansilverstein.com jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Arthur Abramowitz
    on behalf of Creditor Committee Official Committee of Talc Claimants II aabramowitz@shermansilverstein.com jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Arthur Abramowitz
    on behalf of Attorney Waldrep Wall Babcock & Bailey PLLC aabramowitz@shermansilverstein.com jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Arthur Abramowitz
    on behalf of Attorney Sherman Silverstein, Kohl, Rose & Podolsky, P.A. aabramowitz@shermansilverstein.com, jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Arthur Abramowitz
    on behalf of Interested Party Bailey & Glasser LLP aabramowitz@shermansilverstein.com jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Arthur Abramowitz
    on behalf of Other Prof. FTI Consulting Inc. aabramowitz@shermansilverstein.com, jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Arthur Abramowitz
    on behalf of Attorney Cooley LLP aabramowitz@shermansilverstein.com jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Autumn D. Highsmith
    on behalf of Interested Party State of Texas autumn.highsmith@oag.texas.gov

Bill Graham
    on behalf of Attorney Wallace & Graham P.A. bgraham@wallacegraham.com

Brad B. Erens
    on behalf of Debtor LTL Management LLC bberens@jonesday.com

Brad B. Erens
    on behalf of Plaintiff LTL Management LLC bberens@jonesday.com

Brad Jeffrey Axelrod
    on behalf of Debtor LTL Management LLC baxelrod@wmd-law.com

Brad Jeffrey Axelrod
    on behalf of Plaintiff LTL Management LLC baxelrod@wmd-law.com

Case 21-30589-MBK    Doc 2411    Filed 06/05/22    Entered 06/06/22 00:14:48    Desc
Imaged Certificate of Notice    Page 6 of 18

| District/off: 0312-3 | User: admin | Page 4 of 16 |
|---|---|---|
| Date Rcvd: Jun 03, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| Brett Kahn | on behalf of Spec. Counsel McCarter & English  LLP bkahn@mccarter.com |
| Brian J. McCormick, Jr. | on behalf of Interested Party Ross Feller Casey LLP bmccormick@rossfellercasey.com   earend@rossfellercasey.com |
| Brian R. Ade | on behalf of Interested Party Sentry Insurance Company brian.ade@rivkin.com |
| Brian W. Hofmeister | on behalf of Attorney Law Firm of Brian W. Hofmeister  of behalf of various claimants bwh@hofmeisterfirm.com, j119@ecfcbis.com |
| C. Richard Rayburn, Jr. | on behalf of Plaintiff LTL Management LLC rrayburn@rcdlaw.net   jrobinson@rcdlaw.net |
| Caitlin K. Cahow | on behalf of Debtor LTL Management LLC ccahow@jonesday.com |
| Carolyn Lachman | on behalf of Creditor Pension Benefit Guaranty Corporation lachman.carolyn@pbgc.gov   efile@pbgc.gov |
| Cary Joshi | on behalf of Creditor Committee Official Committee of Talc Claimants II cjoshi@baileyglasser.com |
| Charles Michael Rubio | on behalf of Interested Party OnderLaw  LLC crubio@parkinslee.com, 7485062420@filings.docketbird.com |
| Charles Michael Rubio | on behalf of Creditor OnderLaw  LLC crubio@parkinslee.com, 7485062420@filings.docketbird.com |
| Chelsea Corey | on behalf of Interested Party Bestwall LLC ccorey@kslaw.com |
| Christopher K. Kiplok | on behalf of Interested Party Imerys SA kiplok@hugheshubbard.com |
| Christopher M. Placitella | on behalf of Interested Party Cohen  Placitella & Roth, P.C. cplacitella@cprlaw.com, cmcnelis@cprlaw.com |
| Christopher M. Placitella | on behalf of Unknown Role Type Daniel & Roger Edley cplacitella@cprlaw.com   cmcnelis@cprlaw.com |
| Christopher M. Placitella | on behalf of Attorney Christopher M. Placitella cplacitella@cprlaw.com   cmcnelis@cprlaw.com |
| Christopher M. Placitella | cplacitella@cprlaw.com   cmcnelis@cprlaw.com |
| Christopher Vincent Tisi | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation ctisis@levinlaw.com |
| Clay Thompson | on behalf of Creditor Katherine Tollefson cthompson@mrhfmlaw.com |
| Clay Thompson | on behalf of Interested Party Maune Raichle Hartley French & Mudd  LLC cthompson@mrhfmlaw.com |
| Clay Thompson | on behalf of Creditor Jan Deborah Michelson-Boyle cthompson@mrhfmlaw.com |
| Clinton E. Cameron | on behalf of Interested Party The Continental Insurance Company Clinton.Cameron@clydeco.us |
| Cole Hayes | on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi District Litigation cole@colehayeslaw.com |
| Cole Hayes | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation cole@colehayeslaw.com |
| Colin R. Robinson | on behalf of Interested Party Arnold & Itkin LLP crobinson@pszjlaw.com |
| Colin R. Robinson | on behalf of Creditor Arnold & Itkin LLP crobinson@pszjlaw.com |
| Daniel Lapinski | on behalf of Interested Party Motley Rice LLC dlapinski@motleyrice.com |
| Daniel Stolz | |

Case 21-30589-MBK    Doc 2411    Filed 06/05/22    Entered 06/06/22 00:14:48    Desc
Imaged Certificate of Notice    Page 7 of 18

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 5 of 16 |
| Date Rcvd: Jun 03, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| | on behalf of Interested Party Bailey & Glasser LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Spec. Counsel Massey & Gail LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Attorney Genova Burns LLC dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Spec. Counsel Parkins Lee & Rubio LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Creditor Committee Official Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Spec. Counsel Gilbert LLP dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Interested Party Otterbourg P.C dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Creditor Proposed Local Counsel to Official Committee of Talc Claimants for LTL Management LLC dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Other Prof. Houlihan Lokey Capital Inc. dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Creditor Committee Official Committee of Talc Claimants I dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Interested Party Brown Rudnick LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Creditor Committee Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Consultant The Brattle Group Inc. dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Interested Party Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Spec. Counsel Miller Thomson LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel B. Prieto | on behalf of Debtor LTL Management LLC dbprieto@jonesday.com |
| Daniel B. Prieto | on behalf of Plaintiff LTL Management LLC dbprieto@jonesday.com |
| Daniel H. Charest | on behalf of Creditor Julia Lathrop dcharest@burnscharest.com manderson@burnscharest.com;mkweik@burnscharest.com |
| Daniel H. Charest | on behalf of Creditor Daniel Mercer dcharest@burnscharest.com manderson@burnscharest.com;mkweik@burnscharest.com |
| Daniel H. Charest | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi-District Litigation dcharest@burnscharest.com, manderson@burnscharest.com;mkweik@burnscharest.com |
| Daniel Robert Lapinski | on behalf of Interested Party Motley Rice LLC dlapinski@motleyrice.com hfonseca@motleyrice.com,kdotson@motleyrice.com |
| Danielle Spinelli | on behalf of Interested Party Three Crowns Insurance Company Danielle.Spinelli@wilmerhale.com |
| Danielle Spinelli | on behalf of Interested Party Rio Tinto America Inc. Danielle.Spinelli@wilmerhale.com |
| Darren McDowell | on behalf of Interested Party Fears Nachawati PLLC dmcdowell@fnlawfirm.com |

Case 21-30589-MBK    Doc 2411    Filed 06/05/22    Entered 06/06/22 00:14:48    Desc
Imaged Certificate of Notice    Page 8 of 18

| District/off: 0312-3 | User: admin | Page 6 of 16 |
|---|---|---|
| Date Rcvd: Jun 03, 2022 | Form ID: pdf903 | Total Noticed: 4 |

        mn@fnlawfirm.com;jwoodman@essexrichards.com;cbritton@fnlawfirm.com

David Chandler
        on behalf of Interested Party Karst & von Oiste LLP dac@karstvonoiste.com akk@karstvonoiste.com

David Christian
        on behalf of Creditor The Continental Insurance Company dchristian@davodcjrostoamattprmeus.com

David Christian
        on behalf of Interested Party The Continental Insurance Company dchristian@davodcjrostoamattprmeus.com

David Rosner
        on behalf of Interested Party Cyprus Mines Corporation drosner@kasowitz.com courtnotices@kasowitz.com

David J. Molton
        on behalf of Creditor Committee Official Committee of Talc Claimants dmolton@brownrudnick.com
hcohen@brownrudnick.com

David J. Molton
        on behalf of Creditor Committee Committee of Talc Claimants dmolton@brownrudnick.com hcohen@brownrudnick.com

Dennis Geier
        on behalf of Interested Party Cohen Placitella & Roth, P.C. dgeier@cprlaw.com, cmcnelis@cprlaw.com

Denyse F. Clancy
        on behalf of Interested Party Kazan McClain, Satterley & Greenwood, PLC dclancy@kazanlaw.com

Derek J. Baker
        on behalf of Interested Party Cyprus Mines Corporation dbaker@reedsmith.com

Donald W Clarke
        on behalf of Interested Party Parkins Lee & Rubio LLP dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
        on behalf of Attorney Genova Burns LLC dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
        on behalf of Interested Party Bailey & Glasser LLP dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
        on behalf of Interested Party Otterbourg P.C dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
        on behalf of Other Prof. Houlihan Lokey Capital Inc. dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com

Donald W Clarke
        on behalf of Spec. Counsel Parkins Lee & Rubio LLP dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
        on behalf of Creditor Proposed Local Counsel to Official Committee of Talc Claimants for LTL Management LLC
dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com

Donald W Clarke
        on behalf of Creditor Committee Committee of Talc Claimants dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
        on behalf of Creditor Committee Official Committee of Talc Claimants dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
        on behalf of Interested Party Brown Rudnick LLP dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
        on behalf of Spec. Counsel Massey & Gail LLP dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
        on behalf of Spec. Counsel Miller Thomson LLP dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
        on behalf of Spec. Counsel Gilbert LLP dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com

Donald W Clarke
        on behalf of Interested Party Committee of Talc Claimants dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
        on behalf of Creditor Committee Official Committee of Talc Claimants I dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
        on behalf of Interested Party Massey & Gail LLP dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

E. Richard Dressel
        on behalf of Creditor Evan Plotkin rdressel@lexnovalaw.com

E. Richard Dressel

Case 21-30589-MBK    Doc 2411    Filed 06/05/22    Entered 06/06/22 00:14:48    Desc
Imaged Certificate of Notice    Page 9 of 18

| District/off: 0312-3 | User: admin | Page 7 of 16 |
|---|---|---|
| Date Rcvd: Jun 03, 2022 | Form ID: pdf903 | Total Noticed: 4 |

on behalf of Creditor Giovanni Sosa rdressel@lexnovalaw.com

Eamonn O'Hagan

on behalf of Creditor UNITED STATES OF AMERICA eamonn.ohagan@usdoj.gov

Eileen McCabe

on behalf of Interested Party Starr Indemnity & Liability Company eileen.mccabe@mendes.com

Eileen McCabe

on behalf of Interested Party Lexington Insurance Company eileen.mccabe@mendes.com

Eileen McCabe

on behalf of Interested Party ASR Schadeverzekering N.V. eileen.mccabe@mendes.com

Eileen McCabe

on behalf of Interested Party The North River Insurance Company eileen.mccabe@mendes.com

Eileen McCabe

on behalf of Interested Party AIG Property Casualty Company eileen.mccabe@mendes.com

Eileen McCabe

on behalf of Interested Party AIG Europe S.A. eileen.mccabe@mendes.com

Eileen McCabe

on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd eileen.mccabe@mendes.com

Eileen McCabe

on behalf of Interested Party The Insurance Company of the State of Pennsylvania eileen.mccabe@mendes.com

Eileen McCabe

on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA eileen.mccabe@mendes.com

Eileen McCabe

on behalf of Interested Party AIU Insurance Company eileen.mccabe@mendes.com

Eileen McCabe

on behalf of Interested Party RheinLand Versicherungen eileen.mccabe@mendes.com

Eileen McCabe

on behalf of Interested Party Atlanta International Insurance Company eileen.mccabe@mendes.com

Eileen McCabe

on behalf of Interested Party Granite State Insurance Company eileen.mccabe@mendes.com

Eileen McCabe

on behalf of Interested Party New Hampshire Insurance Company eileen.mccabe@mendes.com

Emil A. Kleinhaus

on behalf of Interested Party Cyprus Amax Minerals Company EAKleinhaus@WLRK.com

Erica Villanueva

on behalf of Interested Party Three Crowns Insurance Company EVillanueva@fbm.com

Erica Villanueva

on behalf of Interested Party Rio Tinto America Inc. EVillanueva@fbm.com

Ericka Fredricks Johnson

on behalf of Interested Party Ad Hoc Committee of States Holding Consumer Protection Claims ErJohnson@wcsr.com Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com

Evan Lazerowitz

on behalf of Creditor Committee Official Committee of Talc Claimants II elazerowitz@cooley.com efiling-notice@ecf.pacerpro.com;jbrown@cooley.com;mklein@cooley.com;rkanowitz@cooley.com

Geoffrey S Brounell

on behalf of Unknown Role Type Reuters News & Media  Inc. geoffreybrounell@dwt.com

Gregory Plotko

on behalf of Interested Party Pacific Employers Insurance Company gplotko@crowell.com mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko

on behalf of Interested Party Westchester Fire Insurance Company gplotko@crowell.com mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko

on behalf of Interested Party Firemans Fund Insurance Company gplotko@crowell.com mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko

on behalf of Interested Party Federal Insurance Company gplotko@crowell.com mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Case 21-30589-MBK    Doc 2411    Filed 06/05/22    Entered 06/06/22 00:14:48    Desc
Imaged Certificate of Notice    Page 10 of 18

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 8 of 16 |
| Date Rcvd: Jun 03, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| Gregory Plotko | on behalf of Interested Party Great Northern Insurance Company gplotko@crowell.com mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com |
| Gregory Plotko | on behalf of Interested Party ACE Property and Casualty Insurance Company gplotko@crowell.com mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com |
| Gregory Plotko | on behalf of Interested Party Allianz Global Risk US Insurance Company gplotko@crowell.com mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com |
| Gregory Plotko | on behalf of Interested Party Central National Insurance Company of Omaha gplotko@crowell.com mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com |
| Gregory Plotko | on behalf of Interested Party Century Indemnity Company gplotko@crowell.com mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com |
| Gregory M. Gordon | on behalf of Debtor LTL Management LLC gmgordon@jonesday.com |
| Gregory M. Gordon | on behalf of Plaintiff LTL Management LLC gmgordon@jonesday.com |
| Heather Elizabeth Simpson | on behalf of Interested Party TIG Insurance Company heather.simpson@kennedyscmk.com |
| Heather Elizabeth Simpson | on behalf of Interested Party Everest Reinsurance Company heather.simpson@kennedyscmk.com |
| Isley M. Gostin | on behalf of Interested Party Three Crowns Insurance Company Isley.Gostin@wilmerhale.com |
| Isley M. Gostin | on behalf of Interested Party Rio Tinto America Inc. Isley.Gostin@wilmerhale.com |
| James E. Cecchi | on behalf of Defendant San Diego County Employees Retirement Association  Individually and on Behalf of All Others Similarly Situated jcecchi@carellabyrne.com |
| James Francis Green | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation jgreen@ashcraftlaw.com, tnguyen@ashcraftlaw.com;nparfitt@ashcraftlaw.com;plyons@ashcraft.com;twaters@ashcraftlaw.com |
| James M. Jones | on behalf of Debtor LTL Management LLC jmjones@jonesday.com |
| James N. Lawlor | on behalf of Spec. Counsel Patterson Belknap Webb & Tyler LLP jlawlor@wmd-law.com |
| James N. Lawlor | on behalf of Plaintiff LTL Management LLC jlawlor@wmd-law.com |
| James N. Lawlor | on behalf of Debtor LTL Management LLC jlawlor@wmd-law.com |
| Janet A. Shapiro | on behalf of Interested Party Employers Mutual Casualty Company jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | on behalf of Interested Party Scottsdale Insurance jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | on behalf of Interested Party Employers Ins. of Wausau jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | on behalf of Interested Party Nationwide Indemnity jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | on behalf of Interested Party Employers Ins Co of Wausau jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | on behalf of Interested Party Employers Ins. Company of Wausau jshapiro@shapirolawfirm.com |
| Jason D Angelo | on behalf of Interested Party Cyprus Mines Corporation jangelo@reedsmith.com |
| Jeffrey A. Cooper | on behalf of Creditor Baker Canadian Class Action Creditors jcooper@rltlawfirm.com cooperatty@aol.com;rgaydos@rltlawfirm.com |

Case 21-30589-MBK    Doc 2411    Filed 06/05/22    Entered 06/06/22 00:14:48    Desc
Imaged Certificate of Notice    Page 11 of 18

| District/off: 0312-3 | User: admin | Page 9 of 16 |
|---|---|---|
| Date Rcvd: Jun 03, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Jeffrey M. Sponder | on behalf of U.S. Trustee United States Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Jeffrey M. Traurig | on behalf of Other Prof. Robert J. Keach jtraurig@trauriglaw.com |
| Jeffrey M. Traurig | on behalf of Examiner Robert J Keach jtraurig@trauriglaw.com |
| Jeffrey M. Traurig | on behalf of Attorney Bernstein Shur Sawyer & Nelson P.A. jtraurig@trauriglaw.com |
| Jeffrey M. Traurig | on behalf of Attorney Traurig Law LLC jtraurig@trauriglaw.com |
| Jennifer S. Feeney | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi-District Litigation jfeeney@otterbourg.com |
| Jerome Howard Block | on behalf of Interested Party Levy Konigsberg LLP jblock@levylaw.com |
| Jerome Howard Block | on behalf of Interested Party Talc Claimants jblock@levylaw.com |
| Joel Rhine | on behalf of Interested Party Clients of Clifford Law Offices P.C., and Taft Stettinius & Hollister, LLP slc@rhinelawfirm.com |
| John Bougiamas | on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi District Litigation jbougiamas@otterbourg.com, ryan@otterbourg.com;jfeeney@otterbourg.com;mmaizel@otterbourg.com;jhildebrandt@otterbourg.com |
| John Bougiamas | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi-District Litigation jbougiamas@otterbourg.com, ryan@otterbourg.com;jfeeney@otterbourg.com;mmaizel@otterbourg.com;jhildebrandt@otterbourg.com |
| John Maloney | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) jmaloney@lawgmm.com |
| John A. Baden, IV | on behalf of Interested Party Motley Rice LLC jbaden@motleyrice.com |
| John A. Baden, IV | on behalf of Other Prof. Epiq Corporate Restructuring LLC jbaden@motleyrice.com |
| John A. Bougiamas | on behalf of Interested Party Committee of Talc Claimants jbougiamas@oshr.com jfeeney@otterbourg.com;awilliams@otterbourg.com;mpantzer@otterbourg.com |
| John C. Woodman | on behalf of Attorney John C. Woodman jwoodman@essexrichards.com DDiMatteo@essexrichards.com;SMarak@essexrichards.com |
| John D. Green | on behalf of Interested Party Rio Tinto America Inc. JGreen@fbm.com |
| John D. Green | on behalf of Interested Party Three Crowns Insurance Company JGreen@fbm.com |
| John F. Bracaglia, Jr. | on behalf of Creditor Jeanne Stephenson brokaw@centraljerseylaw.com |
| John M. August | on behalf of Creditor Vincent Hill jaugust@saiber.com rtucker@saiber.com |
| John M. August | on behalf of Creditor Certain Mesothelioma Claimants Represented by Kazan McClain Satterley & Greenwood jaugust@saiber.com rtucker@saiber.com |
| John M. August | on behalf of Creditor Anthony Hernandez Valadez jaugust@saiber.com rtucker@saiber.com |
| John M. August | on behalf of Creditor Kristie Lynn Doyle jaugust@saiber.com rtucker@saiber.com |
| John M. August | on behalf of Creditor Audra Johnson jaugust@saiber.com rtucker@saiber.com |

Case 21-30589-MBK    Doc 2411    Filed 06/05/22    Entered 06/06/22 00:14:48    Desc
Imaged Certificate of Notice    Page 12 of 18

| District/off: 0312-3 | User: admin | Page 10 of 16 |
|---|---|---|
| Date Rcvd: Jun 03, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| John R. Miller, Jr. | on behalf of Debtor LTL Management LLC jmiller@rcdlaw.net |
| John R. Miller, Jr. | on behalf of Plaintiff LTL Management LLC jmiller@rcdlaw.net |
| John Zachary Balasko | on behalf of Creditor UNITED STATES OF AMERICA john.z.balasko@usdoj.gov |
| Jonathan I. Rabinowitz | on behalf of Attorney J. Maria Glover jrabinowitz@rltlawfirm.com  jcoleman@rltlawfirm.com |
| Jonathan S Massey | on behalf of Interested Party Massey & Gail LLP jloper@masseygail.com |
| Joseph Satterley | on behalf of Creditor Audra Johnson jsatterley@kazanlaw.com |
| Joseph Satterley | on behalf of Creditor Anthony Hernandez Valadez jsatterley@kazanlaw.com |
| Joseph Satterley | on behalf of Interested Party Kazan  McClain, Satterley & Greenwood, PLC jsatterley@kazanlaw.com |
| Joseph A. Caneco | on behalf of Interested Party Sequoia Ventures  Inc. jcaneco@foxrothschild.com |
| Joseph A. Caneco | on behalf of Interested Party Bechtel Corporation jcaneco@foxrothschild.com |
| Joseph F. Rice | on behalf of Interested Party Motley Rice LLC jrice@motleyrice.com |
| Joseph Francis Pacelli | on behalf of Debtor LTL Management LLC jpacelli@wmd-law.com |
| Joseph Francis Pacelli | on behalf of Plaintiff LTL Management LLC jpacelli@wmd-law.com |
| Joseph J. DiPasquale | on behalf of Interested Party Sequoia Ventures  Inc. Jdipasquale@foxrothschild.com, cbrown@foxrothschild.com;ShavoneGreen@foxrothschild.com |
| Joseph J. DiPasquale | on behalf of Interested Party Bechtel Corporation Jdipasquale@foxrothschild.com cbrown@foxrothschild.com;ShavoneGreen@foxrothschild.com |
| Judy D. Thompson | on behalf of Interested Party Barnes Law Group  LLC jdt@jdthompsonlaw.com, sxb@jdthompsonlaw.com |
| Katherine Scherling | on behalf of Interested Party AIG Europe S.A. katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party RheinLand Versicherungen katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party ASR Schadeverzekering N.V. katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party AIU Insurance Company katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party Lexington Insurance Company katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party The North River Insurance Company katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party AIG Property Casualty Company katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party Granite State Insurance Company katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party Atlanta International Insurance Company katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party New Hampshire Insurance Company katherine.scherling@katten.com |

Case 21-30589-MBK    Doc 2411    Filed 06/05/22    Entered 06/06/22 00:14:48    Desc
Imaged Certificate of Notice    Page 13 of 18

| District/off: 0312-3 | User: admin | Page 11 of 16 |
|---|---|---|
| Date Rcvd: Jun 03, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| Katherine Scherling | on behalf of Interested Party The Insurance Company of the State of Pennsylvania katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party Starr Indemnity & Liability Company katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA katherine.scherling@katten.com |
| Kathleen A Frazier | on behalf of Debtor LTL Management LLC kfrazier@shb.com |
| Kelly D. Curtin | on behalf of Interested Party Rio Tinto America Inc. kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com |
| Kelly D. Curtin | on behalf of Interested Party Rio Tinto America Holdings Inc. kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com |
| Kelly D. Curtin | on behalf of Interested Party Rio Tinto Services Inc. kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com |
| Kelly D. Curtin | on behalf of Interested Party Three Crowns Insurance Company kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com |
| Kelly D. Curtin | on behalf of Interested Party Metals & Minerals Insurance Company Pte. Ltd. kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com |
| Kelsey Panizzolo | on behalf of Interested Party AIG Europe S.A. kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party ASR Schadeverzekering N.V. kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party Atlanta International Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party AIG Property Casualty Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party Starr Indemnity & Liability Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party The North River Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party The Insurance Company of the State of Pennsylvania kelsey.panizzolo@katten.com courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party Granite State Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party New Hampshire Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd kelsey.panizzolo@katten.com courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party RheinLand Versicherungen kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party Lexington Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA kelsey.panizzolo@katten.com courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party AIU Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kenneth A. Rosen | on behalf of Interested Party Johnson & Johnson krosen@lowenstein.com  dclaussen@lowenstein.com |
| Kenneth A. Rosen | on behalf of Interested Party Johnson & Johnson and Johnson & Johnson Consumer Inc. krosen@lowenstein.com dclaussen@lowenstein.com |

Case 21-30589-MBK    Doc 2411    Filed 06/05/22    Entered 06/06/22 00:14:48    Desc
Imaged Certificate of Notice    Page 14 of 18

| District/off: 0312-3 | User: admin | Page 12 of 16 |
|---|---|---|
| Date Rcvd: Jun 03, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| Konrad Krebs | on behalf of Interested Party The Continental Insurance Company konrad.krebs@clydeco.us |
| Kristen R. Fournier | on behalf of Debtor LTL Management LLC kfournier@kslaw.com |
| Laila Masud | on behalf of Interested Party Talc Claimants lmasud@marshackhays.com |
| Laura Davis Jones | on behalf of Creditor Arnold & Itkin LLP ljones@pszjlaw.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Lenard Parkins | on behalf of Creditor OnderLaw  LLC lparkins@parkinslee.com |
| Leslie Carol Heilman | on behalf of Creditor Albertsons Companies  Inc. heilmanl@ballardspahr.com, carbonej@ballardspahr.com |
| Liza M. Walsh | on behalf of Other Prof. Randi S. Ellis lwalsh@walsh.law  btroyan@walsh.law;sfalanga@walsh.law;mfalk@walsh.law |
| Louis A. Modugno | on behalf of Interested Party The North River Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Atlanta International Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party AIG Europe S.A. lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Granite State Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party New Hampshire Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party ASR Schadeverzekering N.V. lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party AIG Property Casualty Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party RheinLand Versicherungen lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Lexington Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Starr Indemnity & Liability Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party The Insurance Company of the State of Pennsylvania lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party AIU Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Objecting Insurers lmodugno@tm-firm.com |
| Lyndon Mitchell Tretter | on behalf of Plaintiff LTL Management LLC ltretter@wmd-law.com |
| Lyndon Mitchell Tretter | on behalf of Debtor LTL Management LLC ltretter@wmd-law.com |
| Marc E. Wolin | on behalf of Creditor Kristie Lynn Doyle mwolin@saiber.com  ccarfagno@saiber.com |
| Mark Falk | on behalf of Other Prof. Randi S. Ellis mfalk@walsh.law |
| Mark Falk | on behalf of Attorney Walsh Pizzi O'Reilly Falanga LLP mfalk@walsh.law |

Case 21-30589-MBK    Doc 2411    Filed 06/05/22    Entered 06/06/22 00:14:48    Desc
Imaged Certificate of Notice    Page 15 of 18

| District/off: 0312-3 | User: admin | Page 13 of 16 |
|---|---|---|
| Date Rcvd: Jun 03, 2022 | Form ID: pdf903 | Total Noticed: 4 |

Mark P. Robinson, Jr
    on behalf of Interested Party Talc Claimants mrobinson@robinsonfirm.com

Mark W. Rasmussen
    on behalf of Debtor LTL Management LLC mrasmussen@jonesday.com

Mary E. Seymour
    on behalf of Interested Party Johnson & Johnson and Johnson & Johnson Consumer Inc. mseymour@lowenstein.com jkimble@lowenstein.com

Matthew I. W. Baker
    on behalf of Creditor Proposed Local Counsel to Official Committee of Talc Claimants for LTL Management  LLC mbaker@genovaburns.com

Matthew L Tomsic
    on behalf of Plaintiff LTL Management LLC mtomsic@rcdlaw.net

Matthew L Tomsic
    on behalf of Debtor LTL Management LLC mtomsic@rcdlaw.net

Melanie Louise Cyganowski
    on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi District Litigation mcyganowski@otterbourg.com, awilliams@otterbourg.com

Melanie Louise Cyganowski
    on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation mcyganowski@otterbourg.com, awilliams@otterbourg.com

Michael Hutchins
    on behalf of Interested Party Cyprus Mines Corporation mhutchins@kasowitz.com  courtnotices@kasowitz.com

Michael E. Collins
    on behalf of Interested Party Westchester Fire Insurance Company mcollins@manierherod.com

Michael H. Torkin
    on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) michael.torkin@stblaw.com

Michael L. Tuchin
    on behalf of Interested Party Aylstock  Witkin, Kreis & Overholtz, PLLC mtuchin@ktbslaw.com

Michelle A. Parfitt
    on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation mparfitt@ashcraftlaw.com

Mitchell Malzberg
    on behalf of Interested Party Talc Claimants mmalzberg@mjmalzberglaw.com  dlapham@mjmalzberglaw.com

Mitchell Malzberg
    on behalf of Creditor Various Claimants mmalzberg@mjmalzberglaw.com  dlapham@mjmalzberglaw.com

Nabil Majed Nachawati, II
    on behalf of Interested Party Fears Nachawati PLLC MN@fnlawfirm.com

Nancy Isaacson
    on behalf of Interested Party Motley Rice LLC nisaacson@greenbaumlaw.com

Nathan David Finch
    on behalf of Interested Party Motley Rice LLC nfinch@motleyrice.com

Nir Maoz
    on behalf of Interested Party Aylstock  Witkin, Kreis & Overholtz, PLLC nmaoz@ktbslaw.com

P. Leigh O'Dell
    on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi District Litigation leigh.odell@beasleyallen.com

Patricia M. Kipnis
    on behalf of Interested Party Committee of Talc Claimants pkipnis@baileyglasser.com  mchapman@baileyglasser.com

Paul E. Heath
    on behalf of Interested Party Cyprus Amax Minerals Company pheath@velaw.com

Paul J. Winterhalter
    on behalf of Interested Party Aylstock  Witkin, Kreis & Overholtz, PLLC pwinterhalter@offitkurman.com, rbarnhart@offitkurman.com

Paul M. Singer
    on behalf of Interested Party Cyprus Mines Corporation psinger@reedsmith.com

Paul R. DeFilippo
    on behalf of Spec. Counsel King & Spalding  LLP pdefilippo@wmd-law.com

Case 21-30589-MBK    Doc 2411    Filed 06/05/22    Entered 06/06/22 00:14:48    Desc
Imaged Certificate of Notice    Page 16 of 18

| District/off: 0312-3 | User: admin | Page 14 of 16 |
|---|---|---|
| Date Rcvd: Jun 03, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| Paul R. DeFilippo | on behalf of Spec. Counsel Skadden  Arps, Slate, Meagher & Flom LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Spec. Counsel Patterson Belknap Webb & Tyler LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Spec. Counsel McCarter & English  LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Debtor LTL Management LLC pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Other Prof. Bates White  LLC pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Spec. Counsel Blake  Cassels & Graydon LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Attorney Rayburn Cooper & Durham  P.A pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Attorney Jones Day pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Spec. Counsel Shook  Hardy & Bacon L.L.P. pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Other Prof. AlixPartners  LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Attorney Wollmuth Maher & Deutsch LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Plaintiff LTL Management LLC pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Spec. Counsel Weil  Gotshal, & Manges, LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Spec. Counsel Orrick  Herrington & Sutcliffe LLP pdefilippo@wmd-law.com |
| Rachel Ginzburg | on behalf of Unknown Role Type The Amici Professors rginzburg@herrick.com |
| Rachel R Obaldo | on behalf of Interested Party State of Texas bk-robaldo@texasattorneygeneral.gov |
| Rashad Blossom | on behalf of Interested Party Joseph McGovern rblossom@blossomlaw.com pogando@blossomlaw.com;R41929@notify.bestcase.com;ecfnotices2018@gmail.com |
| Rashad Blossom | on behalf of Attorney Christopher M. Placitella rblossom@blossomlaw.com pogando@blossomlaw.com;R41929@notify.bestcase.com;ecfnotices2018@gmail.com |
| Richard A. Schneider | on behalf of Interested Party Bestwall LLC dschneider@kslaw.com |
| Richard Moss Golomb | on behalf of Interested Party Golomb Spirt Grunfeld rgolomb@golomblegal.com |
| Richard Moss Golomb | on behalf of Creditor Brandi Carl rgolomb@golomblegal.com |
| Robert Novick | on behalf of Interested Party Cyprus Mines Corporation rnovick@kasowitz.com |
| Robert J. Keach | rkeach@bernsteinshur.com astewart@bernsteinshur.com;kquirk@bernsteinshur.com;acummings@bernsteinshur.com;cmastrogiorgio@bernsteinshur.com |
| Robert J. Pfister | on behalf of Interested Party Aylstock  Witkin, Kreis & Overholtz, PLLC rpfister@ktbslaw.com |
| Robert W. Hamilton | on behalf of Debtor LTL Management LLC rwhamilton@jonesday.com |
| Robert William Miller | on behalf of Interested Party Westchester Fire Insurance Company RMiller@ManierHerod.com |
| Robin Rabinowitz | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) |

Case 21-30589-MBK    Doc 2411    Filed 06/05/22    Entered 06/06/22 00:14:48    Desc
Imaged Certificate of Notice    Page 17 of 18

| District/off: 0312-3 | User: admin | Page 15 of 16 |
|---|---|---|
| Date Rcvd: Jun 03, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| | rrabinowitz@lawgmm.com |
| Rochelle Guiton | on behalf of Creditor Aleathea Goodins rochelle@dmillerlaw.com |
| Ross J. Switkes | on behalf of Other Prof. FTI Consulting Inc. rswitkes@shermansilverstein.com |
| Ross J. Switkes | on behalf of Creditor Committee Official Committee of Talc Claimants II rswitkes@shermansilverstein.com |
| Ross J. Switkes | on behalf of Attorney Sherman Silverstein, Kohl, Rose & Podolsky, P.A. rswitkes@shermansilverstein.com |
| Ross J. Switkes | on behalf of Attorney Cooley LLP rswitkes@shermansilverstein.com |
| Ross J. Switkes | on behalf of Attorney Waldrep Wall Babcock & Bailey PLLC rswitkes@shermansilverstein.com |
| Samuel M. Kidder | on behalf of Interested Party Aylstock Witkin, Kreis & Overholtz, PLLC skidder@ktbslaw.com |
| Sandy Qusba | on behalf of Creditor Bausch Health US LLC f/k/a Valeant Pharmaceuticals North America LLC squsba@stblaw.com |
| Sandy Qusba | on behalf of Creditor Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International Inc. squsba@stblaw.com |
| Sandy Qusba | on behalf of Creditor Bausch Health Americas Inc. f/k/a Valeant Pharmaceuticals International squsba@stblaw.com |
| Sarah Meiman | on behalf of Creditor Pension Benefit Guaranty Corporation meiman.sarah@pbgc.gov |
| Sari Blair Placona | on behalf of Creditor Alishia Landrum Committee Member splacona@msbnj.com |
| Seth H. Lieberman | on behalf of Interested Party Williams Hart Boundas Easterby LLP, on behalf of certain personal injury claimants (Williams Hart Plaintiffs) slieberman@pryorcashman.com |
| Sid Garabato | on behalf of Other Prof. Epiq Corporate Restructuring LLC sgarabato@epiqglobal.com, rjacobs@ecf.epiqsystems.com |
| Simon J. Torres | on behalf of Creditor Pension Benefit Guaranty Corporation torres.simon@pbgc.gov efile@pbgc.gov |
| Sommer Leigh Ross | on behalf of Creditor Republic Indemnity Company of America slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Stephen M. Packman | on behalf of Interested Party Roger Frankel as Legal Representative for Future Personal Injury Claimants appointed in the Chapter 11 bankruptcy case of Cyprus Mines Corporation spackman@archerlaw.com, dleney@archerlaw.com,ahuber@archerlaw.com |
| Stephen T. Roberts | on behalf of Interested Party Clients of Mendes & Mount LLP stephen.roberts@mendes.com |
| Stephen V. Gimigliano | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) sgimigliano@lawgmm.com |
| Steven Abramowitz | on behalf of Interested Party Cyprus Amax Minerals Company sabramowitz@velaw.com mmoran@velaw.com;kgrissel@velaw.com;tmitsch@velaw.com;kduchesne@velaw.com |
| Steven B Smith | on behalf of Unknown Role Type The Amici Professors ssmith@herrick.com courtnotices@herrick.com;lporetsky@herrick.com |
| Suzanne Ratcliffe | on behalf of Creditor Jan Deborah Michelson-Boyle sratcliffe@mrhfmlaw.com |
| Suzanne Cocco Midlige | on behalf of Interested Party Arrowood Indemnity Company smidlige@cmg.law |
| Thomas Pitta | on behalf of Creditor PTI Royston LLC tpitta@emmetmarvin.com |
| Thomas Pitta | on behalf of Creditor PTI Union LLC tpitta@emmetmarvin.com |
| Thomas W. Waldrep, Jr. | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 16 of 16 |
| Date Rcvd: Jun 03, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| | on behalf of Interested Party Kazan McClain, Satterley & Greenwood, PLC notice@waldrepwall.com, 8898@notices.nextchapterbk.com;khayden@waldrepwall.com |
| Thomas W. Waldrep, Jr. | on behalf of Interested Party Kirk Smith notice@waldrepwall.com 8898@notices.nextchapterbk.com;khayden@waldrepwall.com |
| Thomas W. Waldrep, Jr. | on behalf of Interested Party Kazan McClain, Satterley & Greenwood notice@waldrepwall.com, 8898@notices.nextchapterbk.com;khayden@waldrepwall.com |
| Thomas W. Waldrep, Jr. | on behalf of Interested Party Levy Konigsberg LLP notice@waldrepwall.com 8898@notices.nextchapterbk.com;khayden@waldrepwall.com |
| Thomas W. Waldrep, Jr. | on behalf of Interested Party Ruckdeschel Law Firm LLC notice@waldrepwall.com, 8898@notices.nextchapterbk.com;khayden@waldrepwall.com |
| Thomas W. Waldrep, Jr. | on behalf of Interested Party Weitz & Luxenberg P.C. notice@waldrepwall.com 8898@notices.nextchapterbk.com;khayden@waldrepwall.com |
| Thomas W. Waldrep, Jr. | on behalf of Interested Party Maune Raichle Hartley French & Mudd LLC notice@waldrepwall.com, 8898@notices.nextchapterbk.com;khayden@waldrepwall.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 366