**Order Filed on June 6, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | _____ |
|---|---|---|
| | Chapter: | _____ |
| | Hearing Date: | _____ |
| | Judge: | _____ |

## ORDER VACATING

_____

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 6, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court on its own motion finds that the:

_____

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated _____, be and the same is hereby vacated.

*revised 2/25/14*