| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>LTL MANAGEMENT LLC,<br><br>          Debtor. | Case No.: _____21- 30589_____<br><br>Adversary No.: _____<br><br>Chapter: _____11_____<br><br>Judge: ___Hon. Michael B. Kaplan___ |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:    Randi S. Ellis,  Legal Representative for Future Talc Claimants
(Example: John Smith, creditor)

Old address:    Randi S. Ellis, Esq.
                    2220 Westcreek Lane, Suite 217
                    Houston, Texas 77027

New address:    Randi S. Ellis, Esq.
                    5757 Indian Circle
                    Houston, Texas 77057

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:  ___6/6/2022___              s/Randi S. Ellis
                                     Signature

*rev.8/1/2021*