# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0312–3 | User: admin | Date Created: 6/6/2022 |
| Case: 21–30589–MBK | Form ID: orderntc | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty    Denyse F. Clancy    dclancy@kazanlaw.com

TOTAL: 1