UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**COVER SHEET FOR THIRD MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF TALC CLAIMANTS[1] FOR THE PERIOD FROM MARCH 1, 2022 THROUGH AND INCLUDING MARCH 31, 2022**

| | |
|---|---|
| Debtor: LTL Management LLC | Applicant: FTI Consulting, Inc. ("FTI") |
| Case No: Case No. 21-30589 (MBK) | Client: The Official Committee of Talc Claimants |
| Chapter: 11 | Case Filed: October 14, 2021 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746.

FINAL RETENTION ORDER ATTACHED (EXHIBIT A)

/s/ Conor P. Tully        6/3/2022
Conor P. Tully            Date

---

[1] As more fully described in the Order Authorizing Final Retention of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Talc Claimants and the Official Committee of Talc Claimants II Effective December 13, 2021 (Dkt. No. 2390) entered on June 1, 2022, FTI served as financial advisor to the Official Committee of Talc Claimants II during the March 2022 Fee Period.

## SECTION I
## FEE SUMMARY

Summary of the Amounts Requested for the Period from
March 1, 2022 through March 31, 2022 (the "Fee Period")[2]

| | |
|---|---:|
| Fee Total: | $387,958.00 |
| Disbursement Total[3] | 0.00 |
| Total Fees Plus Disbursements | $387,958.00 |
| Less: 20% Holdback | (77,591.60) |
| Total Sought at this Time | $310,366.40 |

Summary of Amounts Requested for Previous Periods

| | FEES | EXPENSES |
|---|---:|---:|
| Total Previous Fee Requested: | $2,107,825.50 | $5,328.34 |
| Total Fees Allowed To Date: | $1,686,260.40 | $5,328.34 |
| Total Retainer (If Applicable): | $0.00 | $0.00 |
| Total Holdback: | $421,565.10 | $0.00 |
| Total Received By Applicant: | $1,007,218.40 | $404.85 |

---

[2] Prior to the filing of this Fee Statement, a copy was provided to the Committee.
[3] FTI reserves the right to request, in subsequent fee statements, reimbursement of any additional expenses incurred during the Fee Period, as such expenses may not have been captured in FTI's billing system as of the date of filing this Fee Statement.

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| **Restructuring** | | | | |
| Diaz, Matthew | Senior Managing Director | $ 1,200 | 51.9 | $ 62,280.00 |
| Scruton, Andrew | Senior Managing Director | 1,200 | 22.8 | 27,360.00 |
| Star, Samuel | Senior Managing Director | 1,200 | 1.1 | 1,320.00 |
| Tully, Conor | Senior Managing Director | 1,200 | 63.2 | 75,840.00 |
| Berkin, Michael | Managing Director | 960 | 57.4 | 55,104.00 |
| Tirabassi, Kathryn | Senior Consultant | 695 | 37.2 | 25,854.00 |
| Hansen, Sean | Consultant | 485 | 79.7 | 38,654.50 |
| Lampert, Grace | Consultant | 440 | 72.0 | 31,680.00 |
| Hellmund-Mora, Marili | Project Assistant | 300 | 1.1 | 330.00 |
| **Communications** | | | | |
| Staples Miller, Citseko | Managing Director | 800 | 14.7 | 11,760.00 |
| Thalassinos, Angelo | Managing Director | 800 | 36.8 | 29,440.00 |
| LaMagna, Matthew | Senior Director | 680 | 0.6 | 408.00 |
| Caves, Jefferson | Director | 590 | 1.0 | 590.00 |
| Rivera, Jacqueline | Director | 590 | 4.3 | 2,537.00 |
| Williams, Erin | Director | 590 | 4.1 | 2,419.00 |
| Ash, Alexa | Senior Consultant | 470 | 4.1 | 1,927.00 |
| Labkoff, Nicole | Senior Consultant | 470 | 19.6 | 9,212.00 |
| Negron, Sabrina | Senior Consultant | 470 | 4.1 | 1,927.00 |
| Gardner, Lindsay | Consultant | 370 | 0.6 | 222.00 |
| Gregoire, Merzulie | Consultant | 370 | 8.9 | 3,293.00 |
| Komensky, Jenna | Consultant | 440 | 8.6 | 3,784.00 |
| Siegel, Arlo | Consultant | 370 | 8.4 | 3,108.00 |
| Weltman, Allison | Consultant | 370 | 20.0 | 7,400.00 |
| **Forensic Litigation** | | | | |
| Flaharty, William | Managing Director | 860 | 4.7 | 4,042.00 |
| Whitman, Andrew | Senior Director | 745 | 1.7 | 1,266.50 |
| **Subtotal** | | | | **$ 401,758.00** |
| Less: 50% discount for non-working travel time | | | | (1,800.00) |
| Less: Voluntary Reduction[4] | | | | (12,000.00) |
| **Grand Total** | | | **528.6** | **$ 387,958.00** |

---

[4] The voluntary reduction relates to time associated with transitory timekeepers, duplication, and other adjustments made in FTI's billing discretion.

## SECTION II
## SUMMARY OF SERVICES

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 1 | Current Operating Results & Events | 39.2 | $ 25,572.00 |
| 11 | Prepare for and Attend Court Hearings | 24.6 | 24,053.00 |
| 14 | Analysis of Claims and Liabilities Subject to Compromise | 16.1 | 10,412.50 |
| 18 | Potential Avoidance Actions & Litigation | 187.3 | 156,796.50 |
| 19 | Case Management | 29.6 | 32,676.00 |
| 21 | General Mtgs with ACC & ACC Counsel | 29.6 | 27,081.50 |
| 23 | Firm Retention | 12.8 | 15,360.00 |
| 24 | Preparation of Fee Application | 60.7 | 31,323.50 |
| 25 | Travel Time | 3.0 | 3,600.00 |
| 26 | Communications | 125.7 | 74,883.00 |
|  | **SUBTOTAL** | **528.6** | **$ 401,758.00** |
|  | Less: 50% discount for non-working travel time |  | (1,800.00) |
|  | Less: Voluntary Reduction |  | (12,000.00) |
|  | **Grand Total** | **528.6** | **$ 387,958.00** |

## SECTION III
## CASE HISTORY

(1) Date cases filed: October 14, 2021

(2) Chapter under which cases commenced: Chapter 11

(3) Date of Retention: December 13, 2021[5]

(4) Summarize in brief the benefits to the estate and attach supplements as needed:

    (a) FTI assisted in the case by attending court hearings, monitoring and analyzing miscellaneous motions, and reviewing other restructuring transactions from the Debtor.

    (b) FTI evaluated the Debtor's current operating results and events to assist the Committee in understanding the financial position of the Debtor in connection to the case.

    (c) FTI participated in regular calls with Counsel and Committee member representatives to discuss status of the case and other topics.

    (d) FTI provided communications updates to the Committee consisting of media monitoring and periodic media updates.

    (e) To the extent not addressed by the foregoing descriptions, FTI performed other services on behalf of the Committee that were necessary and appropriate in this chapter 11 case.

FTI's fee detail for the Fee Period is attached hereto as <u>Exhibit D</u>.[6]

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  June 3, 2022                           /s/ Conor P. Tully
                                                                                        Conor P. Tully

---

[5] As more fully described in the Order Authorizing Final Retention of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Talc Claimants and the Official Committee of Talc Claimants II Effective December 13, 2021 (Dkt. No. 2390) entered on June 1, 2022, FTI was retained as financial advisor to the Official Committee of Talc Claimants on December 13, 2021.

[6] FTI reserves the right to request, in subsequent fee statements, reimbursement of any additional expenses incurred during the Fee Period, as such expenses may not have been captured in FTI's billing system as of the date of filing this Fee Statement.