**UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY**

**MONTHLY FEE COVER SHEET
FOR THE PERIOD MAY 2022**

| | | | |
|---|---|---|---|
| Debtor: | LTL Management LLC | Applicant: | Genova Burns LLC |
| Case No.: | 21-30589(MBK) | Client: | Off'l Comm of Talc Claimants |
| Chapter: | 11 | Case Filed: | October 14, 2021 |

## SECTION 1
## FEE SUMMARY

X   Interim Monthly Fee Statement No.  7   or   ☐ Final Fee Application

Summary of Amounts Requested for the Period from May 1-31, 2022 (the "Seventh Statement Period")

| | |
|---|---|
| Total Fees: | $140,462.50 |
| Total Disbursements: | $   5,155.01 |
| Minus 20% holdback of Fees: | $ 28,092.50 |
| Amount Sought at this Time: | $117,525.01 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1.  Angelo J. Genova, Partner | 1979 | 1.00 | 900.00 | 900.00 |
| 2.  Daniel M. Stolz, Partner | 1980 | 122.20 | 750.00 | 91,650.00 |
| 3.  Daniel M. Stolz, Partner | 1980 | 12.90 | 375.00 | 4,837.50 |
| 4.  Donald W. Clarke | 2008 | 69.20 | 550.00 | 38,060.00 |
| 5.  Gregory S. Kinoian | 1992 | .10 | 550.00 | 55.00 |
| 6.  Lorrie Denson | Paralegal | 19.90 | 200.00 | 3,980.00 |
| 7.  Maria A. Sousa | Paraprofessional | 4.90 | 200.00 | 980.00 |

| | |
|---|---|
| Fee Totals: | $ 140,462.50 |
| Disbursements Totals: | $   5,155.01 |
| Total Fee Application | $145,617.51 |

#16559130v1 (24987.001)

## SECTION II SUMMARY OF SERVICES

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| a) | **Asset Analysis and Recovery:** Identification and review of potential assets including causes of action and non-litigation recoveries. | | |
| b) | **Asset Disposition** Sales, leases, abandonment and related transaction work. | | |
| c) | **Avoidance Action Litigation** Preference and fraudulent transfer litigation. | | |
| d) | **Business Operations** Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| e) | **Case Administration** Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 207.70 | 132,020.00 |
| f) | **Claims Administration and Objections** Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | | |
| g) | **Employee Benefits/Pensions** Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| h) | **Fee/Employment Applications** Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 9.50 | 3,550.00 |
| i) | **Fee/Employment Objections** Review of an objections to the employment and fee applications of others. | | |
| j) | **Financing** Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | | |
| k) | **Litigation** Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | .10 | 55.00 |
| l) | **Meetings of Creditors** Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | | |
| m) | **Plan and Disclosure Statement** Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | | |

2

#16559130v1 (24987.001)

| **SERVICES RENDERED** | **HOURS** | **FEE** |
|---|---|---|
| n) **Relief from Stay Proceedings** <br> Matters relating to termination or continuation of automatic stay under 362. | | |
| o) **Accounting/Auditing** <br> Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) **Business Analysis** <br> Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) **Corporate Finance** <br> Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r) **Data Analysis** <br> Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | | |
| s) **Litigation Consulting** <br> Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | | |
| t) **Reconstruction Accounting** <br> Reconstructing books and records from past transactions and brining accounting current. | | |
| u) **Tax Issues** <br> Analysis of tax issues and preparation of state and federal tax returns. | | |
| v) **Valuation** <br> Appraise or review appraisals of assets. | | |
| w) **Travel Time** | 12.90 | 4,837.50 |
| **SERVICE TOTALS:** | 230.20 | $140,462.50 |

### SECTION III
### SUMMARY OF DISBURSEMENTS

| **DISBURSEMENTS** | **AMOUNT** |
|---|---|
| a) **Filing Fees** <br> Payable to Clerk of Court. | 1,242.00 |
| b) **Computer Assisted Legal Research** <br> Westlaw, Lexis and a description of manner calculated. | 135.92 |
| c) **Pacer Fees** <br> Payable to the Pacer Service Center for search and/or print. | |
| d) **Fax** <br> Include per page fee charged. | |

3

#16559130v1 (24987.001)

| | | |
|---|---|---|
| e) | **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges. | |
| f) | **In-house Reproduction Services**<br>Exclusive of overhead charges. | |
| g) | **Outside Reproduction Services**<br>Including scanning services. | |
| h) | **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | |
| i) | **Court Reporting**<br>Transcripts. | 199.20 |
| j) | **Travel**<br>Mileage, tolls, airfare, parking. | 25.00 |
| k) | **Courier & Express Carriers**<br>Overnight and personal delivery. | 153.29 |
| l) | **Postage** | |
| m) | **Other (specify) Other Professionals; Meals; Litigation Support vendors** | 3,399.60 |
| | **DISBURSEMENTS TOTAL:** | $5,155.01 |

I certify under penalty of perjury that the above is true.

Date:  June 8, 2022                                                      */s/  Daniel M. Stolz*  .