**EXHIBIT "A"**

GENOVA BURNS LLC

June 8, 2022
Invoice No.:    477072

## PROFESSIONAL SERVICES RENDERED

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 5/01/22 | DMS | B110 | Email with Winograd and Molton regarding mediation discovery. | .30 | 750.00 | 225.00 |
| 5/01/22 | DMS | B110 | Emails regarding Third Circuit Appellate counsel. | .30 | 750.00 | 225.00 |
| 5/01/22 | GSK | B190 | Review various correspondence regarding open discovery issues. | .10 | 550.00 | 55.00 |
| 5/02/22 | DMS | B110 | Review calendar from Grimm. | .20 | 750.00 | 150.00 |
| 5/02/22 | DMS | B110 | Email with Melanie C. and Stark regarding amicus for Third Circuit. | .30 | 750.00 | 225.00 |
| 5/02/22 | DMS | B110 | Email with co-counsel and TCC regarding CC call. | .30 | 750.00 | 225.00 |
| 5/02/22 | DMS | B110 | Emails with Molton and Melanie C. regarding Appellate counsel. | .20 | 750.00 | 150.00 |
| 5/02/22 | DMS | B110 | Conference call with Court regarding discovery. | .50 | 750.00 | 375.00 |
| 5/02/22 | DMS | B110 | Follow up emails and calls regarding mediation and discovery with Molton and TCC members. | .30 | 750.00 | 225.00 |
| 5/02/22 | DMS | B110 | Call with DWC regarding preparation for executive TCC call. | .30 | 750.00 | 225.00 |
| 5/02/22 | DMS | B110 | Interview with TCC and Insurance counsel. | 1.00 | 750.00 | 750.00 |
| 5/02/22 | DMS | B110 | Insurance counsel pitch (Part 2) | 1.00 | 750.00 | 750.00 |
| 5/02/22 | DMS | B110 | Call with Molton regarding various issues. | .20 | 750.00 | 150.00 |
| 5/02/22 | DMS | B110 | Call with Executive Committee and follow ups. | 1.20 | 750.00 | 900.00 |
| 5/02/22 | DWC | B110 | Rvw emails and other communication from co counsel for responsiveness | .80 | 550.00 | 440.00 |
| 5/02/22 | DWC | B110 | Cover for DMS on executive committee zoom | .90 | 550.00 | 495.00 |
| 5/03/22 | DMS | B110 | Call with Molton regarding prep for 5/4 and mediation. | .30 | 750.00 | 225.00 |
| 5/03/22 | DMS | B110 | Email to TCC regarding attendance on 5/4. | .30 | 750.00 | 225.00 |

GENOVA BURNS LLC

June 8, 2022
Invoice No.:    477072

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|----------------------------------|-------|------|--------|
| 5/03/22 | DMS | B110 | Emails with Melanie regarding economist conflicts. | .20 | 750.00 | 150.00 |
| 5/03/22 | DMS | B110 | Reviewed Travelers reply on motion to seal. | .20 | 750.00 | 150.00 |
| 5/03/22 | DMS | B110 | Reviewed supplemental disclosure by ordinary course. | .20 | 750.00 | 150.00 |
| 5/03/22 | DMS | B110 | Emails with Molton, Melanie and Glasser regarding insurance issues. | .30 | 750.00 | 225.00 |
| 5/03/22 | DMS | B110 | Reviewed preliminary plan term sheet. | .30 | 750.00 | 225.00 |
| 5/03/22 | DMS | B110 | Call with co-counsel regarding plan formulation. | 1.20 | 750.00 | 900.00 |
| 5/03/22 | DMS | B110 | Reviewed US Trustee's 2019 motion. | .20 | 750.00 | 150.00 |
| 5/03/22 | DMS | B110 | Reviewed revised agenda. | .20 | 750.00 | 150.00 |
| 5/03/22 | DMS | B110 | Reviewed revised mediation order and emails. | .50 | 750.00 | 375.00 |
| 5/03/22 | DMS | B110 | Reviewed various re-drafts of mediation order. | .30 | 750.00 | 225.00 |
| 5/03/22 | DMS | B110 | Prepared files in preparation of 5/4 hearing. | .40 | 750.00 | 300.00 |
| 5/03/22 | DWC | B110 | Emails and call from co counsel re telephonic appearance and hearing prep | 1.40 | 550.00 | 770.00 |
| 5/03/22 | DWC | B110 | Rvw issues with PHV payment | .40 | 550.00 | 220.00 |
| 5/03/22 | MAS | B110 | Prepare binder for D. Stolz on matters to be heard on May 4th. | 3.00 | 200.00 | 600.00 |
| 5/04/22 | DMS | B110 | Court appearance in Trenton and meeting with TCC members. | 4.10 | 750.00 | 3,075.00 |
| 5/04/22 | DMS | B110 | Reviewed and authorized filing of Miller fee application. | .20 | 750.00 | 150.00 |
| 5/04/22 | DMS | B110 | Email regarding foreign claims. | .30 | 750.00 | 225.00 |
| 5/04/22 | DMS | B110 | Calls with Molton and Melanie regarding next steps. | .40 | 750.00 | 300.00 |
| 5/04/22 | DMS | B195 | Travel to USBC in Trenton and billed at half-hourly rate. | 1.30 | 375.00 | 487.50 |

GENOVA BURNS LLC

June 8, 2022
Invoice No.:    477072

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 5/04/22 | DMS | B195 | Travel from USBC in Trenton to Basking Ridge billed at half-hourly rate. | 1.20 | 375.00 | 450.00 |
| 5/04/22 | DWC | B110 | Omnibus hearing on committee membership additions; exclusivity; professional retentions; client services | 5.20 | 550.00 | 2,860.00 |
| 5/04/22 | LD | B110 | Email to Lisa Q. regarding LEDES format of invoices. | .10 | 200.00 | 20.00 |
| 5/04/22 | LD | B160 | File Miller Thomson first interim fee application. | .50 | 200.00 | 100.00 |
| 5/05/22 | DMS | B110 | Conference call with TCC co-counsel. | 1.00 | 750.00 | 750.00 |
| 5/05/22 | DMS | B110 | Emails regarding Hogan Lovell's retention. | .30 | 750.00 | 225.00 |
| 5/05/22 | DMS | B110 | Full TCC meeting. | 1.40 | 750.00 | 1,050.00 |
| 5/05/22 | DMS | B110 | Reviewed 5/4 transcript and email to TCC members. | .70 | 750.00 | 525.00 |
| 5/05/22 | DWC | B110 | Co counsel zoom | 1.00 | 550.00 | 550.00 |
| 5/05/22 | DWC | B110 | Rvw Brattle request re LEDES file | .30 | 550.00 | 165.00 |
| 5/05/22 | LD | B110 | File PLR March 2022 CNO regarding monthly fee statement. | .30 | 200.00 | 60.00 |
| 5/06/22 | DMS | B110 | Call with Molton regarding prep for mediation and member call. | .30 | 750.00 | 225.00 |
| 5/06/22 | DMS | B110 | Call with Melanie regarding mediators, Canada counsel, etc. | .30 | 750.00 | 225.00 |
| 5/06/22 | DMS | B110 | Reviewed agenda for member call. | .10 | 750.00 | 75.00 |
| 5/06/22 | DMS | B110 | Call with Anderson - new insurance counsel. | .50 | 750.00 | 375.00 |
| 5/06/22 | DMS | B110 | Call with Canadian counsel regarding amended retention. | .30 | 750.00 | 225.00 |
| 5/06/22 | DMS | B110 | Reviewed with co-counsel exclusivity order. | .30 | 750.00 | 225.00 |
| 5/06/22 | DMS | B110 | Reviewed amended mediation order and insurance company objections. | .20 | 750.00 | 150.00 |
| 5/06/22 | DMS | B110 | Email with DWC regarding Canadian counsel. | .20 | 750.00 | 150.00 |

**GENOVA BURNS LLC**

June 8, 2022
Invoice No.:    477072

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|----------------------------------|-------|------|--------|
| 5/06/22 | DMS | B110 | Call with TCC members. | 1.10 | 750.00 | 825.00 |
| 5/06/22 | DWC | B110 | Rvw emails re Miller thomson time entries preceding retention effectiveness | .40 | 550.00 | 220.00 |
| 5/06/22 | LD | B160 | Redact and file Brown Rudnick April 2022 monthly fee statement and send to BMC for service. | .50 | 200.00 | 100.00 |
| 5/06/22 | LD | B110 | Draft CNO for BR April monthly fee statement to be filed on 5/23/2022. | .30 | 200.00 | 60.00 |
| 5/06/22 | LD | B110 | File CNO regarding Massey Gail March 2022 monthly fee statement. | .20 | 200.00 | 40.00 |
| 5/06/22 | LD | B160 | Draft April 2022 monthly fee statement. | 1.00 | 200.00 | 200.00 |
| 5/08/22 | DMS | B110 | Reviewed summary for mediation and emails with co-counsel. | .60 | 750.00 | 450.00 |
| 5/08/22 | DMS | B110 | Reviewed order on securities appeal. | .20 | 750.00 | 150.00 |
| 5/08/22 | DMS | B110 | Emails regarding Miller retention. | .20 | 750.00 | 150.00 |
| 5/08/22 | DMS | B110 | Reviewed insurance documents produced by J&J and follow up emails. | .70 | 750.00 | 525.00 |
| 5/09/22 | DMS | B110 | Research on estingation and section 524(g). | .50 | 750.00 | 375.00 |
| 5/09/22 | DMS | B110 | Reviewed Third Circuit case and email to co-counsel regarding funding agreement. | .40 | 750.00 | 300.00 |
| 5/09/22 | DMS | B110 | Email from Grimm regarding upcoming schedule. | .20 | 750.00 | 150.00 |
| 5/09/22 | DMS | B110 | Reviewed signed exclusivity order and share with co-counsel. | .20 | 750.00 | 150.00 |
| 5/09/22 | DMS | B110 | Reviewed and edit April monthly operating report. | .40 | 750.00 | 300.00 |
| 5/09/22 | DMS | B110 | Reviewed G-1 opinions regarding estimation process. | .90 | 750.00 | 675.00 |
| 5/09/22 | DMS | B195 | Travel from Basking Ridge to NYC for mediation - billed at half-hourly rate. | 1.30 | 375.00 | 487.50 |
| 5/09/22 | DMS | B195 | Travel from mediation in NYC to Basking Ridge - billed at half hourly rate. | 1.30 | 375.00 | 487.50 |

**GENOVA BURNS LLC**

June 8, 2022
Invoice No.:    477072

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|----------------------------------|-------|------|--------|
| 5/09/22 | DMS | B110 | Mediation and meetings with clients. | 8.60 | 750.00 | 6,450.00 |
| 5/09/22 | DWC | B110 | Rvw emails from co counsel and member counsel | 1.40 | 550.00 | 770.00 |
| 5/09/22 | DWC | B110 | Call with Asim Iqbal re summary of immediate and necessary services | .40 | 550.00 | 220.00 |
| 5/09/22 | LD | B160 | Finalize and file GB April fee statement and forward to BMC for service. | .70 | 200.00 | 140.00 |
| 5/09/22 | LD | B110 | Prepare draft CNO regarding GB April fee statement, to be filed May 24. | .30 | 200.00 | 60.00 |
| 5/10/22 | DMS | B110 | Reviewed estimation memo from BR. | .40 | 750.00 | 300.00 |
| 5/10/22 | DMS | B110 | Reviewed draft complaint and emails with Molton, Melanie and Parking. | .60 | 750.00 | 450.00 |
| 5/10/22 | DMS | B110 | Reviewed emails regarding revisions to complaint. | .30 | 750.00 | 225.00 |
| 5/10/22 | DMS | B110 | Reviewed emails regarding J&J ability to settlement outside plan. | .40 | 750.00 | 300.00 |
| 5/10/22 | DMS | B110 | Call with Molton regarding status of mediation. | .20 | 750.00 | 150.00 |
| 5/10/22 | DMS | B160 | Emails with Beville regarding revised FTI, HL and Brattle retentions. | .40 | 750.00 | 300.00 |
| 5/10/22 | DMS | B110 | Calls with Melanie and Court regarding exclusivity Order. | .30 | 750.00 | 225.00 |
| 5/10/22 | DMS | B110 | Review draft Plan from Goodman. | 1.10 | 750.00 | 825.00 |
| 5/10/22 | DMS | B110 | Review 2019 Statement by Adhoc Committee of States. | .20 | 750.00 | 150.00 |
| 5/10/22 | DWC | B110 | Rvw emails from member-reps and co counsel | 1.60 | 550.00 | 880.00 |
| 5/10/22 | LD | B110 | File COS regarding BR and BG April monthly fee statements. | .40 | 200.00 | 80.00 |
| 5/10/22 | LD | B110 | Review docket for appearances filed, entered orders, and update service list. | .50 | 200.00 | 100.00 |
| 5/11/22 | DMS | B110 | Review Third Circuit Order regarding appeals and emails with Molton and TCC. | .80 | 750.00 | 600.00 |

GENOVA BURNS LLC

June 8, 2022
Invoice No.:    477072

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 5/11/22 | DMS | B110 | Emails regarding preparation for Third Circuit briefing. | .30 | 750.00 | 225.00 |
| 5/11/22 | DMS | B110 | Send Third Circuit Order to mediators and Judge Kaplan's chambers. | .30 | 750.00 | 225.00 |
| 5/11/22 | DMS | B195 | Travel to New York City for Mediation. | 1.30 | 375.00 | 487.50 |
| 5/11/22 | DMS | B110 | Mediation in New York City. | 7.70 | 750.00 | 5,775.00 |
| 5/11/22 | DMS | B195 | Travel to Basking Ridge from New York City. | 1.30 | 375.00 | 487.50 |
| 5/11/22 | DMS | B110 | Calls with Molton and Glasser regarding mediation follow up. | .40 | 750.00 | 300.00 |
| 5/11/22 | DWC | B110 | Rvw multiple fee statements and coordinate filing | 1.80 | 550.00 | 990.00 |
| 5/11/22 | LD | B160 | File Bailey Glasser April 2022 monthly fee statement and send to BMC for service. | .40 | 200.00 | 80.00 |
| 5/12/22 | DMS | B110 | Emails with Molton and Melanie regarding next steps. | .60 | 750.00 | 450.00 |
| 5/12/22 | DMS | B110 | Emails with Court regarding excl. Order. | .30 | 750.00 | 225.00 |
| 5/12/22 | DMS | B110 | Email with Cicero et al. regarding fraud conveyance complaint. | .50 | 750.00 | 375.00 |
| 5/12/22 | DMS | B110 | Review Complaints in other two step cases. | .60 | 750.00 | 450.00 |
| 5/12/22 | DMS | B110 | Review Order vacating excl. Order and email with Melanie. | .20 | 750.00 | 150.00 |
| 5/12/22 | DMS | B110 | Emails with Majed and TCC explaining Order vacating excl. Order. | .30 | 750.00 | 225.00 |
| 5/12/22 | DMS | B110 | Calls with Reining and emails regarding District Court scheduling. | .60 | 750.00 | 450.00 |
| 5/12/22 | DMS | B110 | Review and file briefing schedule in District Court. | .40 | 750.00 | 300.00 |
| 5/12/22 | DMS | B110 | Email with Reining and Winograd regarding District Court filing. | .20 | 750.00 | 150.00 |
| 5/12/22 | DWC | B110 | Rvw email and Henry expense statement; email LD and MS re payment | .40 | 550.00 | 220.00 |

GENOVA BURNS LLC

June 8, 2022
Invoice No.:    477072

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 5/12/22 | DWC | B110 | Rvw Miller Thomson explanation for services predating application for retention | .40 | 550.00 | 220.00 |
| 5/12/22 | DWC | B110 | Rvw UST email; forward proposed supplement again; awaiting response | .40 | 550.00 | 220.00 |
| 5/12/22 | DWC | B110 | Circulate email from UST accepting supplemental cert for miller thomson retention; address amended application to cover preretention services. | .30 | 550.00 | 165.00 |
| 5/12/22 | LD | B110 | File stipulation and scheduling order in each of the 4 district court cases. | .80 | 200.00 | 160.00 |
| 5/12/22 | LD | B110 | Email to BR filed district court documents. | .10 | 200.00 | 20.00 |
| 5/12/22 | LD | B110 | Update and file supplemental certification of Carhart in support of retention. | .30 | 200.00 | 60.00 |
| 5/13/22 | DMS | B160 | Emails with co-counsel regarding Hogan retention. | .30 | 750.00 | 225.00 |
| 5/13/22 | DMS | B110 | Call with TCC co-counsel. | 1.00 | 750.00 | 750.00 |
| 5/13/22 | DMS | B160 | Email with US Trustee regarding retentions. | .30 | 750.00 | 225.00 |
| 5/13/22 | DMS | B110 | Call with TCC. | 1.00 | 750.00 | 750.00 |
| 5/13/22 | DMS | B110 | Email with co-counsel regarding Hogan. | .30 | 750.00 | 225.00 |
| 5/13/22 | DMS | B110 | Email with US Trustee regarding TCC professionals. | .20 | 750.00 | 150.00 |
| 5/13/22 | DMS | B110 | Email with Russo and Satterly regarding mediations. | .30 | 750.00 | 225.00 |
| 5/13/22 | DMS | B110 | Email to Reining et al with Wolfson Order. | .20 | 750.00 | 150.00 |
| 5/13/22 | DMS | B110 | Review Diparval appearance and email with Melanie. | .20 | 750.00 | 150.00 |
| 5/13/22 | DMS | B110 | Emails with co-counsel regarding derivative complaint. | .30 | 750.00 | 225.00 |
| 5/13/22 | DMS | B110 | Email with Beville regarding HL Order. | .30 | 750.00 | 225.00 |
| 5/13/22 | DWC | B110 | Emails re final retention order for TCC professionals (edits for TCC 1 and TCC 2) | .60 | 550.00 | 330.00 |
| 5/13/22 | DWC | B110 | Rvw file and emails re Mr. Henry's expenses approved; procedure for payment | .80 | 550.00 | 440.00 |

GENOVA BURNS LLC

June 8, 2022
Invoice No.:    477072

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 5/13/22 | DWC | B110 | Rvw memo from Otterbourg | .30 | 550.00 | 165.00 |
| 5/13/22 | DWC | B110 | Rvw plan term sheet and draft | .80 | 550.00 | 440.00 |
| 5/13/22 | LD | B110 | File COS regarding Bailey Glasser April fee statement. | .30 | 200.00 | 60.00 |
| 5/13/22 | LD | B110 | Email to DWC regarding clarification of an amendment to Miller Thomson retention. | .10 | 200.00 | 20.00 |
| 5/13/22 | LD | B110 | Draft Houlihan Lokey final retention order. | .50 | 200.00 | 100.00 |
| 5/13/22 | LD | B110 | Review docket and update service lists with appearances filed. | .30 | 200.00 | 60.00 |
| 5/14/22 | DMS | B110 | Email with GSK regarding appeal call. | .20 | 750.00 | 150.00 |
| 5/14/22 | DMS | B110 | Email with Aulet et al regarding appellate standing. | .30 | 750.00 | 225.00 |
| 5/14/22 | DWC | B110 | Conf call with committee professionals re timing of pleadings and procedure | 1.10 | 550.00 | 605.00 |
| 5/14/22 | DWC | B110 | Rvw emails from member reps and co counsel | .70 | 550.00 | 385.00 |
| 5/15/22 | DMS | B110 | Emails with Winograd regarding Motion to expedite. | .30 | 750.00 | 225.00 |
| 5/15/22 | DMS | B110 | Emails regarding appeal conference call. | .40 | 750.00 | 300.00 |
| 5/15/22 | DMS | B110 | Appeal conference call with co-counsel. | .80 | 750.00 | 600.00 |
| 5/15/22 | DWC | B110 | Rvw 3rd cir motion to consolidate and expedite; rvw emails re same from co counsel and member reps | 1.20 | 550.00 | 660.00 |
| 5/16/22 | DMS | B110 | Reviewed revised mediation protocol order re - mail. | .30 | 750.00 | 225.00 |
| 5/16/22 | DMS | B110 | Reviewed plan term sheet and TCC comments. | .50 | 750.00 | 375.00 |
| 5/16/22 | DMS | B110 | Reviewed revised 3rd Circuit motion to expedite, etc. and numerous emails with co-counsel. | .80 | 750.00 | 600.00 |
| 5/16/22 | DMS | B110 | Call with Rosen regarding mediation. | .30 | 750.00 | 225.00 |
| 5/16/22 | DMS | B110 | Email with Molton and JD regarding 2019 motion. | .20 | 750.00 | 150.00 |
| 5/16/22 | DMS | B110 | Reviewed edits to draft 3rd Circuit order from co-counsel. | .30 | 750.00 | 225.00 |

GENOVA BURNS LLC

June 8, 2022
Invoice No.:    477072

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|----------------------------------|-------|------|--------|
| 5/16/22 | DMS | B110 | Call with Molton regarding mediation issues. | .30 | 750.00 | 225.00 |
| 5/16/22 | DMS | B110 | Emails with Rush Esq. and Molton regarding 2019 motion. | .30 | 750.00 | 225.00 |
| 5/16/22 | DMS | B110 | Email with Molton and Brunstad regarding possible retention. | .30 | 750.00 | 225.00 |
| 5/16/22 | DMS | B110 | Reviewed estimation memo from Cicero and provide edits. | .30 | 750.00 | 225.00 |
| 5/16/22 | DMS | B110 | Reviewed cases cited by Cicero. | .60 | 750.00 | 450.00 |
| 5/16/22 | DMS | B110 | Further edits to estimation memo. | .30 | 750.00 | 225.00 |
| 5/16/22 | DMS | B110 | Reviewed joinder in 2019 and provide comments. | .30 | 750.00 | 225.00 |
| 5/16/22 | DMS | B110 | Conference call with co-counsel regarding complaint and mediation. | .60 | 750.00 | 450.00 |
| 5/16/22 | DMS | B110 | Reviewed replies from debtor counsel et al, regarding 3rd Circuit briefing. | .20 | 750.00 | 150.00 |
| 5/16/22 | DMS | B110 | Call with TCC executive committee. | 1.00 | 750.00 | 750.00 |
| 5/16/22 | DWC | B110 | Draft final order retaining Houlihan Lockey Capital | .80 | 550.00 | 440.00 |
| 5/16/22 | DWC | B110 | Rvw Massey fee statement for compliance and TCC references | .40 | 550.00 | 220.00 |
| 5/16/22 | DWC | B110 | Draft amended application for retention for Miller Thomson | .70 | 550.00 | 385.00 |
| 5/16/22 | DWC | B110 | Rvw emails from co counsel and member counsel re mediation  memo; 3rd cir filings | .70 | 550.00 | 385.00 |
| 5/16/22 | LD | B110 | Prepare and file CNO regarding HL March fee statement. | .30 | 200.00 | 60.00 |
| 5/16/22 | LD | B110 | Prepare and file CNO regarding Gilbert March fee statement. | .30 | 200.00 | 60.00 |
| 5/17/22 | DMS | B110 | Call with co-counsel and potential appellate counsel. | .50 | 750.00 | 375.00 |
| 5/17/22 | DMS | B110 | Reviewed calendar from Harriet Cohen. | .20 | 750.00 | 150.00 |

GENOVA BURNS LLC

June 8, 2022
Invoice No.:    477072

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/17/22 | DMS | B110 | Emails from co-counsel regarding fee exam responses. | .40 | 750.00 | 300.00 |
| 5/17/22 | DMS | B110 | Reviewed A&I response to Rule 2019 motion and email with co-counsel regarding same. | .50 | 750.00 | 375.00 |
| 5/17/22 | DMS | B110 | Reviewed mediator's emails regarding 5/23 mediation. | .20 | 750.00 | 150.00 |
| 5/17/22 | DMS | B110 | Conference call with co-counsel regarding Amici briefs for co-counsel. | .70 | 750.00 | 525.00 |
| 5/17/22 | DMS | B110 | Reviewed Goodman and send questions. | .40 | 750.00 | 300.00 |
| 5/17/22 | DWC | B110 | Revise verified amended retention application for miller thomson | .60 | 550.00 | 330.00 |
| 5/17/22 | DWC | B110 | Multiple emails with co counsel and Canadian counsel re verified amended application | .40 | 550.00 | 220.00 |
| 5/17/22 | DWC | B110 | Call with Houlihan re fee examiner issues | .40 | 550.00 | 220.00 |
| 5/17/22 | DWC | B110 | Rvw letter from fee examiner re Houlihan expenses | .40 | 550.00 | 220.00 |
| 5/17/22 | DWC | B110 | Circulate Miller verified Amended application to Exec Comm for sign off | .20 | 550.00 | 110.00 |
| 5/17/22 | DWC | B110 | Rvw emails from co counsel and member reps re pleadings, terms sheet | .70 | 550.00 | 385.00 |
| 5/17/22 | LD | B160 | Prepare draft amended retention order for Miller Thomson. | .40 | 200.00 | 80.00 |
| 5/17/22 | LD | B110 | Emails and phone calls with court, and help desk regarding payment of docketing fees for appeal. | 1.00 | 200.00 | 200.00 |
| 5/17/22 | LD | B110 | Check docket for appearances filed; objections filed. | .30 | 200.00 | 60.00 |
| 5/18/22 | DMS | B110 | Call with Burian regarding debtor retention objection. | .30 | 750.00 | 225.00 |
| 5/18/22 | DMS | B110 | Reviewed debtor's objection to HL, FTI and Brattle retention and emails with co-counsel regarding response thereto. | .90 | 750.00 | 675.00 |
| 5/18/22 | DMS | B110 | Prepare omnibus reply to debtor's objection (introduction). | 1.00 | 750.00 | 750.00 |

GENOVA BURNS LLC

June 8, 2022
Invoice No.:    477072

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|----------------------------------|-------|------|--------|
| 5/18/22 | DMS | B110 | Emails regarding call to coordinate response to objection. | .30 | 750.00 | 225.00 |
| 5/18/22 | DMS | B110 | Call with Kinoian regarding work on professional declarations. | .30 | 750.00 | 225.00 |
| 5/18/22 | DMS | B110 | Send Kinoian HL retention documents and debtor objection for declaration preparation. | .30 | 750.00 | 225.00 |
| 5/18/22 | DMS | B110 | Call with co-counsel and HL, FTI, Brattle regarding response to debtor objection. | .50 | 750.00 | 375.00 |
| 5/18/22 | DMS | B110 | Reviewed draft motion for expedited appeal and emails with co-counsel regarding same. | .40 | 750.00 | 300.00 |
| 5/18/22 | DMS | B110 | Meeting of TCC with individual members. | 2.10 | 750.00 | 1,575.00 |
| 5/18/22 | DMS | B110 | Call with Molton regarding follow up from TCC meeting. | .30 | 750.00 | 225.00 |
| 5/18/22 | DMS | B110 | Review of draft of 3rd Circuit brief and provide comments. | .80 | 750.00 | 600.00 |
| 5/18/22 | DMS | B110 | Reviewed draft Burian certification from Kinoian, call with Kinoian and email to Burian, | .60 | 750.00 | 450.00 |
| 5/18/22 | DMS | B110 | Reviewed Rule 2019 responses and draft order from Pfister. | .50 | 750.00 | 375.00 |
| 5/18/22 | DMS | B110 | Emails with Prieto regarding mediation arrangements. | .30 | 750.00 | 225.00 |
| 5/18/22 | DMS | B160 | Emails with Molton regarding retention issues. | .40 | 750.00 | 300.00 |
| 5/18/22 | DWC | B110 | Counsel only zoom prep for committee member meeting | .50 | 550.00 | 275.00 |
| 5/18/22 | DWC | B110 | Committee member meeting | 2.30 | 550.00 | 1,265.00 |
| 5/19/22 | DMS | B110 | Reviewed emails from Beville, HL and FTI regarding retention orders and reviewed orders. | .40 | 750.00 | 300.00 |
| 5/19/22 | DMS | B110 | Email with Kinoian regarding HL supplemental certification. | .20 | 750.00 | 150.00 |

GENOVA BURNS LLC

June 8, 2022
Invoice No.:    477072

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 5/19/22 | DMS | B110 | Calls with Molton, Melanie and Rebecca E. regarding preparation for 5/23 mediation. | .80 | 750.00 | 600.00 |
| 5/19/22 | DMS | B110 | Emails with Falk, Carter and Chambers regarding preparation for mediation. | .60 | 750.00 | 450.00 |
| 5/19/22 | DMS | B110 | Call and email with Prieto regarding preparation for mediation. | .40 | 750.00 | 300.00 |
| 5/19/22 | DMS | B110 | Calls with Molton and Melanie regarding preparation for mediation and 5/24 hearings. | .60 | 750.00 | 450.00 |
| 5/19/22 | DMS | B110 | Calls with Malzberg and Hofmeister regarding 5/23 mediation. | .40 | 750.00 | 300.00 |
| 5/19/22 | DMS | B110 | Letter to Judge with schedule of current and past TCC professionals. | .60 | 750.00 | 450.00 |
| 5/19/22 | DMS | B110 | Emails with Molton and DWC regarding list of LTL retentions. | .40 | 750.00 | 300.00 |
| 5/19/22 | DMS | B110 | Conference call with FCR and counsel. | 1.10 | 750.00 | 825.00 |
| 5/19/22 | DMS | B110 | Call with Molton regarding preparation for mediation and call with FCR. | .20 | 750.00 | 150.00 |
| 5/19/22 | DMS | B110 | Meet and confer with debtor's counsel regarding retention issues. | .90 | 750.00 | 675.00 |
| 5/19/22 | DMS | B110 | Emails to parties regarding preparation for mediation and arrangements. | .90 | 750.00 | 675.00 |
| 5/19/22 | DMS | B110 | Reviewed reply to objection to retentions and emails to Beville regarding same. | .50 | 750.00 | 375.00 |
| 5/19/22 | DMS | B110 | Reviewed and comment on supplemental certifications from HL, FTL and Brattle. | .70 | 750.00 | 525.00 |
| 5/19/22 | DWC | B110 | Rvw emails from cocounsel and member reps re fee statements and expenses; review drafts | 1.30 | 550.00 | 715.00 |
| 5/19/22 | DWC | B110 | Rvw status of Anderson Kill retention; circulate conflict list, solicit cert from special counsel | .70 | 550.00 | 385.00 |

GENOVA BURNS LLC

June 8, 2022
Invoice No.:    477072

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 5/19/22 | DWC | B110 | Prepare and arrange for attorney services | .60 | 550.00 | 330.00 |
| 5/19/22 | MAS | B110 | Email Chambers with Letter to Court and list of TCC proposed professionals. | .10 | 200.00 | 20.00 |
| 5/20/22 | DMS | B110 | Email with Kazan and Beville regarding HL supplemental certification. | .30 | 750.00 | 225.00 |
| 5/20/22 | DMS | B110 | Email with Molton regarding Lampken retention. | .20 | 750.00 | 150.00 |
| 5/20/22 | DMS | B110 | Reviewed Grimm update. | .10 | 750.00 | 75.00 |
| 5/20/22 | DMS | B110 | Emails with Reining regarding payment of 3rd Circuit fees. | .30 | 750.00 | 225.00 |
| 5/20/22 | DMS | B110 | Reviewed Burian signed supplement certification and arrange filing. | .20 | 750.00 | 150.00 |
| 5/20/22 | DMS | B110 | Reviewed final FTI and Brattle certifications. | .30 | 750.00 | 225.00 |
| 5/20/22 | DMS | B110 | Email with Goodman regarding meeting. | .20 | 750.00 | 150.00 |
| 5/20/22 | DMS | B110 | Reviewed US Trustee's comments on retention orders. | .10 | 750.00 | 75.00 |
| 5/20/22 | DMS | B110 | Reviewed reports from Canadian counsel. | .30 | 750.00 | 225.00 |
| 5/20/22 | DMS | B110 | Reviewed FCR application to retain versus. | .20 | 750.00 | 150.00 |
| 5/20/22 | DMS | B110 | Reviewed filed TCC response to retention objections. | .20 | 750.00 | 150.00 |
| 5/20/22 | DMS | B110 | Reviewed debtor motion to pay fees. | .10 | 750.00 | 75.00 |
| 5/20/22 | DMS | B110 | Reviewed drat appeal appendix from Reining. | .30 | 750.00 | 225.00 |
| 5/20/22 | DMS | B110 | Reviewed 5/24 agenda. | .20 | 750.00 | 150.00 |
| 5/20/22 | DMS | B110 | Reviewed debtor 2019 objection. | .20 | 750.00 | 150.00 |
| 5/20/22 | DWC | B110 | Email HL Tim Peterson re fee examiner | .10 | 550.00 | 55.00 |
| 5/20/22 | DWC | B110 | Follow up with HL re examiner comments | .10 | 550.00 | 55.00 |
| 5/20/22 | DWC | B110 | Emails re 3rd cir fee payment notice | .40 | 550.00 | 220.00 |

GENOVA BURNS LLC

June 8, 2022
Invoice No.:    477072

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|----------------------------------|-------|------|--------|
| 5/20/22 | DWC | B110 | Draft notice of payment of fees for 3d cir cases; TCC I and TCC II cases | .60 | 550.00 | 330.00 |
| 5/20/22 | DWC | B110 | Multiple emails re response to supplemental objection; final edits | .40 | 550.00 | 220.00 |
| 5/20/22 | DWC | B110 | Make final edits to supplemental response to objection | .40 | 550.00 | 220.00 |
| 5/20/22 | MAS | B110 | Efiled Response to Supplemental Objection. | .10 | 200.00 | 20.00 |
| 5/20/22 | MAS | B110 | Efiled three Supplemental Certifications. | .20 | 200.00 | 40.00 |
| 5/20/22 | MAS | B110 | Efiled Notice of paid filing fee in Third Circuit. | .10 | 200.00 | 20.00 |
| 5/21/22 | DMS | B110 | Reviewed Lumpken bio and update from Grimm. | .20 | 750.00 | 150.00 |
| 5/21/22 | DMS | B110 | Emails with Winograd and Reining regarding Third Circuit filings. | .30 | 750.00 | 225.00 |
| 5/22/22 | DWC | B110 | Emails from co counsel with lemken retention request; circulate retention docs and instructions | .30 | 550.00 | 165.00 |
| 5/23/22 | AJG | B110 | Attend to filing motions re consolidation and expedited hearing in Third Circuit , review briefs , case summary and related forms; review with D Colburn and LB | 1.00 | 900.00 | 900.00 |
| 5/23/22 | DMS | B110 | Mediation in Trenton NJ and meeting with clients and co-counsel in Princeton. | 9.00 | 750.00 | 6,750.00 |
| 5/23/22 | DMS | B195 | Travel to Trenton, NJ from Basking Ridge, NJ | 1.30 | 375.00 | 487.50 |
| 5/23/22 | DMS | B195 | Travel to Basking Ridge, NJ from Trenton, NJ | 1.30 | 375.00 | 487.50 |
| 5/23/22 | DMS | B110 | Coordinate filings in Third Circuit and emails with co-counsel. | .80 | 750.00 | 600.00 |
| 5/23/22 | DWC | B110 | Emails and calls re meal coordination during mediation | .60 | 550.00 | 330.00 |
| 5/23/22 | DWC | B110 | Rvw docs for fee statements from all co-counsel | 1.60 | 550.00 | 880.00 |
| 5/23/22 | DWC | B110 | Rvw appellate dockets and compare notice of appeal; | .70 | 550.00 | 385.00 |
| 5/23/22 | DWC | B110 | Call from 3rd cir clerk re additional fees needed; circulate email and call GK re additional fees to open appellate dockets | .60 | 550.00 | 330.00 |

**GENOVA BURNS LLC**

June 8, 2022
Invoice No.:    477072

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 5/23/22 | DWC | B110 | Calls/emails with staff re filing appellate info | .60 | 550.00 | 330.00 |
| 5/23/22 | DWC | B110 | Coordinate payment of appeal fees | .40 | 550.00 | 220.00 |
| 5/23/22 | DWC | B110 | Rvw file for draft brattle final order; retrace from interim | .40 | 550.00 | 220.00 |
| 5/23/22 | DWC | B110 | Prepare for hearing on retentions | .70 | 550.00 | 385.00 |
| 5/23/22 | DWC | B110 | Draft brattle final; revise HL and FTI final retention orders | .80 | 550.00 | 440.00 |
| 5/23/22 | DWC | B110 | Emails with UST re draft orders | .30 | 550.00 | 165.00 |
| 5/23/22 | DWC | B110 | Rvw and confirm LTL professionals and ordinary course | .40 | 550.00 | 220.00 |
| 5/23/22 | DWC | B110 | Emails circulating final draft retention order to UST, and professionals | .40 | 550.00 | 220.00 |
| 5/23/22 | MAS | B110 | Checked docket for objections and efiled Cert of No Objection for Brown Rudnick. | .30 | 200.00 | 60.00 |
| 5/23/22 | MAS | B110 | Efiled April 2022 Monthly Fee Statement for Parkins Rubio and arranged for service of same. | .20 | 200.00 | 40.00 |
| 5/24/22 | DMS | B195 | Travel to Trenton, NJ from Basking Ridge, NJ | 1.30 | 375.00 | 487.50 |
| 5/24/22 | DMS | B110 | Hearing at USBC in Trenton, NJ and meetings before and after. | 3.20 | 750.00 | 2,400.00 |
| 5/24/22 | DMS | B195 | Trenton to Basking Ridge, NJ from Trenton, NJ | 1.30 | 375.00 | 487.50 |
| 5/24/22 | DMS | B110 | Calls with Molton and Melanie regarding next steps. | .40 | 750.00 | 300.00 |
| 5/24/22 | DMS | B160 | Review Orrick Fee Application. | .30 | 750.00 | 225.00 |
| 5/24/22 | DMS | B110 | Review Satterly Motions and emails with co-counsel regarding same. | .60 | 750.00 | 450.00 |
| 5/24/22 | DWC | B110 | Email UST re draft brattle order | .20 | 550.00 | 110.00 |
| 5/24/22 | DWC | B110 | Email brattle re final order confirmation | .20 | 550.00 | 110.00 |
| 5/24/22 | DWC | B110 | Discussion with JS from UST office re draft final orders | .20 | 550.00 | 110.00 |

**GENOVA BURNS LLC**

June 8, 2022
Invoice No.:    477072

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 5/24/22 | DWC | B110 | Rvw court notice re additional appeal payments | .60 | 550.00 | 330.00 |
| 5/24/22 | DWC | B110 | Rvw and coordinate filing of Otterbourg | .40 | 550.00 | 220.00 |
| 5/24/22 | DWC | B110 | Email UST and TCC team re proposed final orders per court instruction at hearing | .70 | 550.00 | 385.00 |
| 5/24/22 | DWC | B110 | Draft notice of payment for all appeal dockets; coordinate filing | 1.20 | 550.00 | 660.00 |
| 5/24/22 | DWC | B110 | Circulate Miller Thomson amended application | .40 | 550.00 | 220.00 |
| 5/24/22 | DWC | B110 | Emails coordinating fee notice filing | .40 | 550.00 | 220.00 |
| 5/24/22 | DWC | B110 | Hearings on retention of TCC professionals | 3.70 | 550.00 | 2,035.00 |
| 5/24/22 | MAS | B110 | Efiled April 2022 Monthly Fee Statement for Otterbourg PC and arranged for service of same. | .50 | 200.00 | 100.00 |
| 5/24/22 | MAS | B110 | Efiled Notice of paid filing fee in Third Circuit. | .10 | 200.00 | 20.00 |
| 5/25/22 | DMS | B160 | Email to Clarke and Horkovitch regarding AK retention. | .20 | 750.00 | 150.00 |
| 5/25/22 | DMS | B110 | Email to TCC regarding new case of third party PI. | .30 | 750.00 | 225.00 |
| 5/25/22 | DMS | B110 | Emails with Weitz, Kazan etc. regarding appeal fees. | .30 | 750.00 | 225.00 |
| 5/25/22 | DMS | B110 | Call with counsel for Imerys and Cypros TCCs. | .50 | 750.00 | 375.00 |
| 5/25/22 | DMS | B110 | Call with TCC co-counsel to prepare for TCC meeting. | .50 | 750.00 | 375.00 |
| 5/25/22 | DMS | B110 | Zoom call with TCC. | 1.20 | 750.00 | 900.00 |
| 5/25/22 | DMS | B110 | Calls with Abramowitz regarding ad hoc. | .40 | 750.00 | 300.00 |
| 5/25/22 | DWC | B110 | Co counsel call to discuss status | 1.00 | 550.00 | 550.00 |
| 5/25/22 | DWC | B110 | Call with committee to discuss status and appeals | 1.20 | 550.00 | 660.00 |
| 5/25/22 | DWC | B110 | Emails re gilbert disclosures for AndersonKill retention | .20 | 550.00 | 110.00 |
| 5/25/22 | DWC | B110 | Emails coordinating info on payment of appeal notices | .30 | 550.00 | 165.00 |
| 5/25/22 | DWC | B110 | Email debtor re final draft orders for retention FTI | .30 | 550.00 | 165.00 |

GENOVA BURNS LLC

June 8, 2022
Invoice No.:    477072

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 5/25/22 | DWC | B110 | Email debtor re final draft retention order for Brattle | .30 | 550.00 | 165.00 |
| 5/25/22 | DWC | B110 | Emails with UST re confirmation on Brattle order | .20 | 550.00 | 110.00 |
| 5/25/22 | DWC | B110 | Emails with Mololamken re retention application; responses to scope of disclosure and process for investigation | .40 | 550.00 | 220.00 |
| 5/25/22 | DWC | B110 | Rvw Anderson Kill retention application and respond to questions by email | .40 | 550.00 | 220.00 |
| 5/25/22 | DWC | B110 | Rvw debtor proposed edits to FTI retention order and email team | .40 | 550.00 | 220.00 |
| 5/25/22 | DWC | B110 | Email FYI re proposed changes by debto3 | .40 | 550.00 | 220.00 |
| 5/25/22 | DWC | B110 | Emails from co counsel re fee statemen status | .20 | 550.00 | 110.00 |
| 5/25/22 | DWC | B110 | Email Anderson Kill re debtor's proposed changes | .20 | 550.00 | 110.00 |
| 5/25/22 | DWC | B110 | Make revisions to final retention order per debtor request | .40 | 550.00 | 220.00 |
| 5/25/22 | MAS | B110 | Checked docket for objections and efiled Cert of No Objection for GB. | .30 | 200.00 | 60.00 |
| 5/26/22 | DMS | B110 | Email with co-counsel regarding appellate issues. | .30 | 750.00 | 225.00 |
| 5/26/22 | DMS | B110 | Call with counsel for Ad hoc of State hearings. | .40 | 750.00 | 300.00 |
| 5/26/22 | DMS | B110 | Call with Molton regarding various issues. | .30 | 750.00 | 225.00 |
| 5/26/22 | DMS | B110 | Call with chambers regarding adding Steckroth to mediation Order and email to counsel. | .30 | 750.00 | 225.00 |
| 5/26/22 | DMS | B110 | Review notices from Third Circuit and email with co-counsel. | .50 | 750.00 | 375.00 |
| 5/26/22 | DMS | B110 | More emails regarding call to coordinate appeals and docket confusion. | .60 | 750.00 | 450.00 |
| 5/26/22 | DMS | B110 | Emails with Steckroth regarding call to discuss case. | .30 | 750.00 | 225.00 |
| 5/26/22 | DMS | B160 | Call with Burian regarding HL retention terms. | .30 | 750.00 | 225.00 |

**GENOVA BURNS LLC**

June 8, 2022
Invoice No.:    477072

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/26/22 | DWC | B110 | Rvw emails from co counsel re status of appeals, fee statements, various pleadings | .80 | 550.00 | 440.00 |
| 5/26/22 | DWC | B110 | Multiple emails with co counsel re appeal briefing; timing; appeal dockets and clerk follow up | .60 | 550.00 | 330.00 |
| 5/26/22 | DWC | B110 | Email from and to Houlihan re crediting discounts from examiner | .30 | 550.00 | 165.00 |
| 5/26/22 | DWC | B110 | Rvw emails re coordinating appeal filings | .40 | 550.00 | 220.00 |
| 5/26/22 | LD | B110 | Email April CNO to A. Rush for payment. | .10 | 200.00 | 20.00 |
| 5/26/22 | LD | B160 | Prepare April 2022 monthly fee statement for Miller Thompson and send for review. | 1.00 | 200.00 | 200.00 |
| 5/26/22 | LD | B110 | Prepare and file CNO regarding Bailey Glasser April 2022 fee statement. | .30 | 200.00 | 60.00 |
| 5/26/22 | LD | B110 | Review emails on filing of various documents. | 1.00 | 200.00 | 200.00 |
| 5/26/22 | LD | B160 | Finalize and file Anderson Kill retention documents. | .50 | 200.00 | 100.00 |
| 5/26/22 | LD | B110 | Review docket for appearances filed and update list. | .30 | 200.00 | 60.00 |
| 5/27/22 | DMS | B110 | Conference call with counsel regarding Third Circuit Appeal issues. | .70 | 750.00 | 525.00 |
| 5/27/22 | DMS | B110 | Call with Melanie C. regarding HL retention, appeals, etc. | .30 | 750.00 | 225.00 |
| 5/27/22 | DMS | B110 | More emails with LLD and DWC regarding attempts to file in Third Circuit. | .30 | 750.00 | 225.00 |
| 5/27/22 | DMS | B110 | Research Section 328 retention and emails with HL, Molton and Melanie C. | 1.10 | 750.00 | 825.00 |
| 5/27/22 | DMS | B110 | Review revised Mediation Order and emails with co-counsel and TCC regarding Steckroth and expanded role. | .50 | 750.00 | 375.00 |
| 5/27/22 | DMS | B110 | Call with Molton regarding mediation, appeals and Plan. | .40 | 750.00 | 300.00 |

GENOVA BURNS LLC

June 8, 2022
Invoice No.:    477072

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 5/27/22 | DMS | B110 | Review Third Circuit dockets and coordinate filing of Motion to Expedite. | .60 | 750.00 | 450.00 |
| 5/27/22 | DMS | B110 | Emails regarding matters to raise at status conference. | .50 | 750.00 | 375.00 |
| 5/27/22 | DMS | B110 | Emails with TCC members regarding new mediator. | .30 | 750.00 | 225.00 |
| 5/27/22 | DMS | B110 | Review Rush email regarding QSF Motion and replies. | .20 | 750.00 | 150.00 |
| 5/27/22 | DMS | B110 | Review new draft of Complaint and provide comments. | 1.10 | 750.00 | 825.00 |
| 5/27/22 | DMS | B110 | Call with LIsa Busch regarding new mediator, etc. | .30 | 750.00 | 225.00 |
| 5/27/22 | DMS | B110 | Call with Lampken and Appellate team. | .90 | 750.00 | 675.00 |
| 5/27/22 | DWC | B110 | Coordinate filing of case opening documents for the 9 appeal dockets; statement of corp interest; statement of financial interest; statement of case | 2.30 | 550.00 | 1,265.00 |
| 5/27/22 | DWC | B110 | Call with 3d cir court clerk | .60 | 550.00 | 330.00 |
| 5/27/22 | DWC | B110 | Make revisions per debtor suggestions; circulate final retention orders | .70 | 550.00 | 385.00 |
| 5/27/22 | DWC | B110 | Email follow up regarding Miller THomson amended application | .30 | 550.00 | 165.00 |
| 5/27/22 | DWC | B110 | Call with co counsel re coordinating appeal documents for filing | .60 | 550.00 | 330.00 |
| 5/27/22 | DWC | B110 | Call with molo firm to get up to speed on appeal | .90 | 550.00 | 495.00 |
| 5/27/22 | LD | B110 | Phone call with DWC regarding member expenses. | .20 | 200.00 | 40.00 |
| 5/27/22 | LD | B110 | Conference call with team regarding third circuit filings. | .50 | 200.00 | 100.00 |
| 5/27/22 | LD | B110 | File Certificates of Service regarding Parkins Rubio and Otterbourg April fee statements, and Anderson Kill retention. | .50 | 200.00 | 100.00 |
| 5/27/22 | LD | B110 | Call with third circuit case manager regarding filing of documents. | .20 | 200.00 | 40.00 |

GENOVA BURNS LLC

June 8, 2022
Invoice No.:    477072

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 5/27/22 | LD | B110 | File Civil Information Statements and Concise Summary of Case in each of the six dockets in Third Circuit. | 1.00 | 200.00 | 200.00 |
| 5/27/22 | LD | B110 | Call with DWC and M. Reining regarding motion filing in third circuit. | .40 | 200.00 | 80.00 |
| 5/27/22 | LD | B110 | Prepare draft expense reimbursement for Beasley Allen. | .50 | 200.00 | 100.00 |
| 5/27/22 | LD | B110 | Prepare draft expense reimbursement for Ashcraft Geral. | .50 | 200.00 | 100.00 |
| 5/27/22 | LD | B110 | Emails with Miller Thomson regarding April fee statement and invoice. | .20 | 200.00 | 40.00 |
| 5/27/22 | LD | B110 | Finalize and file emergency motion for consolidation in third circuit. | .60 | 200.00 | 120.00 |
| 5/27/22 | LD | B110 | File motion and proposed order for stay pending third circuit ruling in two district court cases. | .40 | 200.00 | 80.00 |
| 5/30/22 | DWC | B110 | Rvw emails from and to committee reps and co counsel | .70 | 550.00 | 385.00 |
| 5/31/22 | DMS | B110 | Emails regarding call with Steckroth. | .30 | 750.00 | 225.00 |
| 5/31/22 | DMS | B110 | Review Grimm calendar update. | .10 | 750.00 | 75.00 |
| 5/31/22 | DMS | B160 | Review Ankill retention documents. | .20 | 750.00 | 150.00 |
| 5/31/22 | DMS | B160 | Email to TCC regarding information in fee applications. | .40 | 750.00 | 300.00 |
| 5/31/22 | DMS | B110 | Emails with Schneider regarding charts. | .40 | 750.00 | 300.00 |
| 5/31/22 | DMS | B110 | Email to Birchfield regarding grids for Schneider. | .20 | 750.00 | 150.00 |
| 5/31/22 | DMS | B110 | Emails regarding working group meeting in New York City. | .30 | 750.00 | 225.00 |
| 5/31/22 | DMS | B110 | Emails regarding stay of briefing in Wolfson appeals. | .40 | 750.00 | 300.00 |
| 5/31/22 | DMS | B110 | Conference call with co-counsel and Steckroth and then call with co-counsel. | 1.00 | 750.00 | 750.00 |
| 5/31/22 | DMS | B110 | Email with OC and MESO regarding presentation to Steckroth. | .30 | 750.00 | 225.00 |

GENOVA BURNS LLC

June 8, 2022
Invoice No.:    477072

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 5/31/22 | DMS | B110 | Review FCR withdrawal of Ventus and email to Falanga. | .20 | 750.00 | 150.00 |
| 5/31/22 | DMS | B110 | Emails regarding Amicus in Third Circuit. | .30 | 750.00 | 225.00 |
| 5/31/22 | DMS | B110 | Call with Molton regarding continuing mediation, Plan, etc. | .30 | 750.00 | 225.00 |
| 5/31/22 | DMS | B160 | Review Lampken Application for retention and comment. | .20 | 750.00 | 150.00 |
| 5/31/22 | DWC | B110 | Prepare and coordinate final draft of Miller Thomson amended Application for retention | .70 | 550.00 | 385.00 |
| 5/31/22 | DWC | B110 | Organize and coordinate PHV for Anderson Kill attorneys; forward court infor for PHV | .60 | 550.00 | 330.00 |
| 5/31/22 | DWC | B110 | Organize all comments and revise proposed FTI final retention order, circulate to client for signoff | .60 | 550.00 | 330.00 |
| 5/31/22 | DWC | B110 | Organize edits and coordinate revisions for proposed final FTI order; circulate with comment to Debtor and UST | .70 | 550.00 | 385.00 |
| 5/31/22 | DWC | B110 | Rvw and coordinate filing of co counsel fee statements | .80 | 550.00 | 440.00 |
| 5/31/22 | DWC | B110 | Organize and coordinate final proposed order for Brattle; incorporate changes, circulate to debtor and UST with explanation | .60 | 550.00 | 330.00 |
| 5/31/22 | LD | B160 | File and serve verified amended application and order regarding Miller Thomson. | .50 | 200.00 | 100.00 |
| 5/31/22 | LD | B160 | File Massey Gail April 2022 monthly fee statement and send to BMC for service. | .50 | 200.00 | 100.00 |
| 5/31/22 | LD | B160 | File and send for service Miller Thomson April fee statement. | .50 | 200.00 | 100.00 |
| 5/31/22 | LD | B110 | Review docket for appearances filed and update lists. | .30 | 200.00 | 60.00 |

**TOTAL PROFESSIONAL SERVICES**                          **$ 140,462.50**

GENOVA BURNS LLC

June 8, 2022
Invoice No.:    477072

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Staff Level | Hours | Rate | Total |
|------|-------------|-------|------|-------|
| Angelo J. Genova | Senior Partner | 1.00 | 900.00 | 900.00 |
| Daniel M Stolz | Partner | 12.90 | 375.00 | 4,837.50 |
| Daniel M Stolz | Partner | 122.20 | 750.00 | 91,650.00 |
| Donald W. Clarke | Counsel | 69.20 | 550.00 | 38,060.00 |
| Maria A. Sousa | Paraprofessional | 4.90 | 200.00 | 980.00 |
| Lorrie Denson | Paralegal | 19.90 | 200.00 | 3,980.00 |
| Gregory S. Kinoian | Counsel | .10 | 550.00 | 55.00 |
| **TOTALS** | | **230.20** | | **$ 140,462.50** |