**EXHIBIT "B"**

GENOVA BURNS LLC

June 8, 2022
Invoice No.:    477072

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---:|
| 3/31/22 | PACER SERVICE, PACER Service Center, 2552798-Q12022 - Amex Period Ending 5-31-CH | 208.30 |
| 4/05/22 | WestLaw Research - WestLaw Research, Thomson Reuters - West Payment Center, 846341909 | 135.92 |
| 4/12/22 | Parking - 110 N Warren, Trenton, NJ - Amex Period Ending 4-30-DMS | 12.00 |
| 5/03/22 | Box Lunches with Drinks for hearing on May 4th. | 420.27 |
| 5/04/22 | Parking Parking at USBC, Trenton, NJ | 8.00 |
| 5/04/22 | Coffee for Court Hearing, USBC, Trenton, NJ | 19.18 |
| 5/04/22 | Breakfast for Court Hearing USBC, Trenton, NJ | 56.23 |
| 5/05/22 | Court Reporter, J&J Court Transcribers, Inc., 2022-00852 - Dkt. #21-30589-MBK U.S. Bankruptcy Court, Trenton NJ, Fee for 1 transcript copy 93 pages Federal Court Daily on 5/4/22 | 111.60 |
| 5/17/22 | Filing Fee, U.S. Bankruptcy Court District of NJ, 17-May-2022 - Docketing Fees for Petition for Leave to Appeal to Third Circuit. | 414.00 |
| 5/17/22 | UPS Delivery - UPS Delivery, Unishippers NJN, 1019495704 (US Bankruptcy Court, Clerk's Office) | 28.29 |
| 5/24/22 | Parking Parking at USBC, Trenton, NJ | 5.00 |
| 5/24/22 | Meals | 85.62 |
| 5/24/22 | Filing Fee, United States Bankruptcy Court, 24-May-2022 - Docketing Fees for Petition for Leave to Appeal to Third Circuit | 828.00 |
| 5/24/22 | In-House Messenger Delivery To: Clerk, U.S. Bankruptcy Court, 402 East State Street, Trenton, NJ 08608 (Mercer Cnty) - Requesting Atty: Don Clarke | 125.00 |
| 5/25/22 | Court Reporter, J&J Court Transcribers, Inc., 2022-00965 - Dkt. 21-30589-MBK - Transcription fee for 1 copy of 73 pgs, Federal Court Daily on 5/24/22. | 87.60 |
| 5/27/22 | Other Professional, BMC Group, Inc., 429_2022_04_30 - Information Management Professional Services Rendered for April 2022, Project LTL Management, File No. 24987.001 | 2,610.00 |
| | **TOTAL DISBURSEMENTS** | **$ 5,155.01** |