UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-1(b)**

**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones
Karen B. Dine
Colin R. Robinson
Peter J. Keane
919 N. Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: ljones@pszjlaw.com
         kdine@pszjlaw.com
         crobinson@pszjlaw.com
         pkeane@pszjlaw.com

*Counsel to Arnold & Itkin LLP*

---

In re:

LTL MANAGEMENT LLC,

                            Debtor. [1]

Chapter 11

Case No. 21-30589 (MBK)

Judge: Michael B. Kaplan

## CERTIFICATION OF SERVICE

1.  I, Colin R. Robinson, represent Arnold & Itkin LLP in this matter.

2.  On June 8, 2022, I sent a copy of the following pleadings and/or documents

    to the parties on the attached service list in the method as indicated therein.

- **[REDACTED] Verified Statement of Arnold & Itkin LLP Pursuant to Bankruptcy Rule 2019**

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

3.  I certify under penalty of perjury that the above documents were sent using the mode of

service indicated.


Dated: June 8, 2022                        PACHULSKI STANG ZIEHL & JONES LLP


                                           By: */s/ Colin R. Robinson*                        
                                           Colin R. Robinson
                                           919 N. Market Street, 17th Floor
                                           P.O. Box 8705
                                           Wilmington, DE 19899-8705 (Courier 19801)
                                           Telephone: (302) 652-4100
                                           Facsimile: (302) 652-4400
                                           Email: crobinson@pszjlaw.com

                                           *Counsel for Arnold & Itkin LLP*

LTL Management LLC FCM
NJ Case No. 21-30589 (MBK)
Document No. 237219v.3
06 - First Class Mail
252- Electronic Mail (Email)

(Counsel for Arnold & Itkin)
Laura Davis Jones, Esq.
Karen B. Dine, Esq.
Peter J. Keane, Esq.
Colin R. Robinson, Esq.
Pachulski, Stang, Ziehl & Jones LLP
919 N. Market Street, 29th Floor
Wilmington, DE  19808
**Email: ljones@pszjlaw.com;
kdine@pszjlaw.com;
pkeane@pszjlaw.com;
crobinson@pszjlaw.com**

*FIRST CLASS MAIL*
Driscoll Firm, LLC
John Driscoll, Esq.
211 North Broadway, 40th Floor
St. Louis, MO  63102

*FIRST CLASS MAIL*
Johnson Law Group
Blake Tanase
Basil Adham
2925 Richmond Ave, Ste 1700
Houston, TX  77098

*FIRST CLASS MAIL*
(Counsel to Linda Rabasca and Brandi Carl)
Law Offices of R. Keith Johnson, P.A.
R. Keith Johnson, Esq.
1275 S. NC Bus. Hwy. 16
Stanley, NC  28164

*FIRST CLASS MAIL*
Robinson, Calcagnie, Robinson,
Shapiro, Davis, Inc.
Mark P. Robinson, Jr.
19 Corporate Plaza Drive
Newport Beach, CA  92660

*FIRST CLASS MAIL*
Williams Hart Law Firm
John Boundas, Esq.
Sejal Brahmnhatt, Esq.
Walt Cubberly, Esq.
Margot Trevino, Esq.
8441 Gulf Freeway, Ste 600
Houston, TX  77017

*ELECTRONIC DELIVERY*
(Counsel for Pension Guaranty Corporation)
Sarah E. Meiman, Esq.
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, NW
Washington, DC 20005-4026
Email: meiman.sarah@pbgc.gov

*FIRST CLASS MAIL*
(Counsel for Pension Guaranty Corporation)
Eamonn O'Hagan, Esq.
Senior Bankruptcy Counsel
970 Broad Street, Suite 700
Newark, NJ  07102

*ELECTRONIC DELIVERY*
Levin Papantonio Rafferty
Christopher Tisi, Esq.
316 S Baylen Street, Suite 600
Pensacola, Fl 325002
**Email:  ctisi@levinlaw.com**

*ELECTRONIC MAIL*
Arnold & Itkin LLP
Kurt B Arnold, Esq.
Caj Boatright, Esq.
Roland Christensen, Esq.
Jason Itkin, Esq.
6009 Memorial Drive
Houston, TX  77007
**Email:  cboatright@arnolditkin.com;
rchristensen@arnolditkin.com;
jitkin@arnolditkin.com**

*ELECTRONIC MAIL*
Hill Hill Carter Franco Cole & Black, PC
Elizabeth Carter, Esq.
425 Perry Street
Montgomery, AL  36104
**Email: ecarter@hillhillcarter.com**

*ELECTRONIC MAIL*
(Counsel To Various Claimants)
Law Firm of Brian W Hofmeister, Llc
Brian W. Hofmeister, Esq.
313 Princeton Pike, Bldg 5, Ste 110
Lawrenceville, NJ  08648
**Email:  bwh@hofmeisterfirm.com**

*ELECTRONIC MAIL*
(Co-Counsel for Dr. Rebecca Love,
Committee Member)
Ashcraft & Gerel, LLP
Michelle Parfitt, Esq.
James F. Green, Esq.
Patrick Lyons, Esq.
1825 K Street, NW, Ste 70
Washington, DC  20006
**Email:  jgreen@ashcraftlaw.com;
plyons@ashcraftlaw.com;
mparfitt@ashcraftlaw.com**

*ELECTRONIC MAIL*
Aylstock Witkin Kreis & Overholtz PLLC
Mary Putnick, Esq.
Daniel Thornburgh, Esq.
17 E. Main St, Ste 200
P.O. Box 12630
Pensacola, FL  32502
**Email: Marybeth@putnicklegal.com;
Dthornburgh@awkolaw.com**

*ELECTRONIC MAIL*
(Counsel Albertsons Companies, Inc.)
Ballard Spahr LLP
Tobey M. Daluz, Esq.
Leslie C. Heilman, Esq.
Laurel D. Roglen, Esq.
919 N. Market Street, 11th Floor
Wilmington, DE  19801
**Email: daluzt@ballardspahr.com;
heilmanl@ballardspahr.com;
roglenl@ballardspahr.com**

*ELECTRONIC MAIL*
Barnes Firm
Joe Vazquez, Esq.
420 Lexington Ave, Ste 2140
New York, NY  10170
**Email: joe.vazquez@thebarnesfirm.com**

*ELECTRONIC MAIL*
Beasley Allen Law Firm
Charlie Stern, Esq.
Leigh O'Dell, Esq.
218 Commerce St
P.O. Box 4160
Montgomery, AL  36104
**Email:  charlie.stern@beasleyallen.com;
leigh.odell@beasleyallen.com**

*ELECTRONIC MAIL*
(Counsel To Imerys Talc America, Inc)
Blanco Tackabery & Matamoros, P.A.
Ashley S. Rusher, Esq.
404 North Marshall St
Winston-Salem, NC  27101
**Email:  asr@blancolaw.com**

*ELECTRONIC MAIL*
(Proposed Co-Counsel To The Committee
Of Talc Claimants)
Brown Rudnick LLP
Sunni P. Beville, Esq.
One Financial Center
Boston, Ma  02111
**Email:  sbeville@brownrudnick.com**

***ELECTRONIC MAIL***
(Counsel to Official Committee of Talc
Claimants)
Brown Rudnick LLP
Attn: David J. Molton
Seven Times Square
New York, NY  10036
**Email:  dmolton@brownrudnick.com**

***ELECTRONIC MAIL***
(Counsel To Plaintiffs Steering
Committee)
Burns Charest LLP
Daniel H Charest
900 Jackson Street, Suite 500
Dallas, TX  75202
**Email:  dcharest@burnscharest.com**

***ELECTRONIC MAIL***
Cellino Law LLP
Brian Goldstein, Esq.
800 Delaware Ave
Buffalo, NY  14209
**Email:  brian.goldstein@cellinolaw.com**

***ELECTRONIC MAIL***
Cohen, Placitella & Roth, P.C.
Dennis M. Geier, Esq.
Christopher M. Placitella, Esq.
127 Maple Ave
Red Bank, NJ  07701
**Email:  dgeier@cprlaw.com;
cplacitella@cprlaw.com**

***ELECTRONIC MAIL***
Cohen, Placitella & Roth, P.C.
Jared M. Placitella, Esq.
2001 Market St, Suite 2900
Philadelphia, PA  19103
**Email:  jmplacitella@cprlaw.com**

***ELECTRONIC MAIL***
(Counsel To Century Insurers)
Crowell & Moring LLP
Gregory Gennady Plotko, Esq.
590 Madison Avenue, 19th Floor
New York, NY  10022-2524
**Email:  gplotko@crowell.com**

***ELECTRONIC MAIL***
(Counsel To Century Insurers)
Crowell & Moring LLP
Mark D. Plevin, Esq.
Kevin D. Cacabelos, Esq.
Three Embarcadero Center, 26th Floor
San Francisco, CA  94111
**Email:  mplevin@crowell.com;
kcacabelos@crowell.com**

***ELECTRONIC MAIL***
(Counsel To Century Insurers)
Crowell & Moring Llp
Attn Tacie Yoon & Rachel Jankowski
1001 Pennsylvania Ave, N.W.
Washington, DC  20004
**Email:  Tyoon@Crowell.Com;
Rjankowski@Crowell.Com**

***ELECTRONIC MAIL***
Dalimonte Rueb Stoller, LLP
John A Dalimonte, Esq.
Gregory Rueb, Esq.
1250 Connecticut Ave NW
Ste 200
Washington, DC  20036
**Email:  john@drlawllp.com;
greg@drlawllp.com**

*ELECTRONIC MAIL*
Dean Omar Branham Shirley, LLC
Jessica Dean, Esq.
J Bradley Smith, Esq.
Charles W Branham III, Esq.
302 N Market St, Ste 300
Dallas, TX 75202
**Email: jdean@jobslegal.com;
tbranham@dobslegal.com;
bsmith@dobslegal.com**

*ELECTRONIC MAIL*
DLA Piper LLP (US)
(Counsel To Century Insurers)
Aidan Mccormack, Esq.
Brian Seibert, Esq.
1251 Avenue Of The Americas
New York, NY 10020
**Email: aidan.mccormack@dlapiper.com;
brian.seibert@dlapiper.com**

*ELECTRONIC MAIL*
(Counsel To Republic Indemnity Company
of America)
Duane Morris LLP
Philip R. Matthews, Esq.
Spear Tower
One Market Plaza, Ste 2200
San Francisco, CA 94105-1127
**EMAIL: prmatthews@duanemorris.com**

*ELECTRONIC MAIL*
(Counsel To Republic Indemnity Company
of America)
Duane Morris LLP
Attn: Sommer L. Ross
1940 Route 70 East, Ste 100
Cherry Hill, NJ 08003-2171
**Email: slross@duanemorris.com**

*ELECTRONIC MAIL*
(Counsel To Official Committee of Talc
Claimants)
Epiq Corporate Restructuring, LLC
LTL Case Team
P.O. Box 4419
Beaverton, OR 97076-4419
**Email: ltlinfo@epiqglobal.com**

*ELECTRONIC MAIL*
Fears Nachawati Law Firm
Darren Mcdowell, Esq.
Majed Machawati, Esq.
5473 Blair Rd
Dallas, TX 75231
**Email: dmcdowell@fnlawfirm.com
mmachawati@fnlawfirm.com**

*ELECTRONIC MAIL*
Ferraro Law Firm
Leslie Rothenberg, Esq.
Jose Becerr, Esq.
600 Brickell Ave, Ste 3800
Miami, FL 33131
**Email: lbr@ferrarolaw.com;
jlb@ferrarolaw.com**

*ELECTRONIC MAIL*
(Counsel To Travelers Casualty And Surety
Co.)
Fisherbroyles LLP
Deborah L Fletcher, Esq.
338 Sharon Amity Road, #518
Charlotte, NC 28211
**Email:
deborah.fletcher@fisherbroyles.com**

*ELECTRONIC MAIL*
Flint Law Firm LLC
Ethan Flint, Esq.
222 E Park St, Ste 500
P.O. Box 189
Edwardsville, IL 62034
**Email: eflint@flintlaw.com**

*ELECTRONIC MAIL*
Genova Burns LLC.
Daniel M. Stolz, Esq.
Donald W. Clarke, Esq,
Matthew I. W. Baker, Esq
110 Allen Road, Ste 304
Basking Ridge, NJ  07920
**Email:  dstolz@genovaburns.com;
dclarke@genovaburns.com;
mbaker@genovaburns.com**

*ELECTRONIC MAIL*
(Counsel To Travelers Casualty and Surety
Company f/k/a The Aetna Casualty &
Surety Company)
Gimigliano Mauriello & Maloney
Stephen V. Gimigliano, Esq.
John Maloney, Esq.
Robin Rabinowitz, Esq.
P.O. Box 1449
Morristown, NJ  07962-1449
**Email:  sgimigliano@lawgmm.com;
jmaloney@lawgmm.com;
rrabinowitz@lawgmm.com**

*ELECTRONIC MAIL*
Golomb Spirit Grunfeld, PC
Richard Golomb, Esq.
Andrew Spirit, Esq.
Kenneth Grunfeld, Esq.
1835 Market St, Ste 2900
Philadelphia, PA  19103
**Email:  Kgrunfeld@Golombhonik.Com;
Rgolomb@Golombhonik.Com;
Aspirt@Golombhonik.Com;
Kgrunfeld@Golomblegal.Com**

*ELECTRONIC MAIL*
(Counsel To Motley Rice Llc)
Greenbaum, Rowe, Smith & Davis LLP
Nancy Isaacson, Esq.
75 Livingston Avenue, Suite 301
Roseland, NJ  07068
**Email:  nisaacson@greenbaumlaw.com**

*ELECTRONIC MAIL*
(Counsel To Bausch Health)
Greenberg Traurig, LLP
Alan J. Brody. Esq.
500 Campus Drive
Florham Park, NJ  07932
**Email:  brodya@gtlaw.com**

*ELECTRONIC MAIL*
(Counsel To Blue Cross Blue Shield)
Halperin Battaglia Benzija LLP
Alan D. Halperin, Esq.
Walter Benzija, Esq.
Donna H. Lieberman,Esq.
40 Wall Street, 37th Floor
New York, NY  10005
**Email:  ahalperin@halperinlaw.net;
wbenzija@halperinlaw.net;
dlieberman@halperinlaw.net**

*ELECTRONIC MAIL*
Honik LLC
Ruben Honik, Esq.
David Stanoch, Esq.
1515 Market St, Ste 1100
Philadelphia, PA  19102
**Email:  Ruben@Honiklaw.Com;
David@Honiklaw.Com**

*ELECTRONIC MAIL*
(Counsel To Imerys Sa)
Hughes Hubbard & Reed LLP
Christopher L. Kiplok, Esq.
William J. Beausoleil, Esq.
Erin E. Diers, Esq.
One Battery Park Plaza
New York, NY  10004
**Email:
chris.kiplok@hugheshubbard.com;
william.beausoleil@hugheshubbard.com;
erin.diers@hugheshubbard.com**

*ELECTRONIC MAIL*
J.C. White Law Group PLLC
Attn: James C. White
100 Europa Drive, Suite 401
Chapel Hill, Nc  27517
**Email:  jwhite@jcwhitelaw.com**

*ELECTRONIC MAIL*
(Counsel To Onderlaw, LLC)
JD Thompson Law
Judy D. Thompson, Esq.
P.O. Box 33127
Charlotte, NC  28233
**Email:  jdt@jdthompsonlaw.com**

*ELECTRONIC MAIL*
(Debtor's Proposed Counsel)
Jones Day
Gregory M Gordon, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N Harwood St
Dallas, TX  75201
**Email:  gmgordon@jonesday.com;
dbprieto@jonesday.com;
asrush@jonesday.com**

*ELECTRONIC MAIL*
(Debtor's Proposed Counsel)
Jones Day
Brad B Erens, Esq.
110 North Wacker Drive, Suite 4800
Chicago, IL  60606
**Email:  bberens@jonesday.com**

*ELECTRONIC MAIL*
Karst & Von Oiste LLP
Eric Karst, Esq.
23923 Gosling Rd, Ste A
Spring, TX  77389
**Email:  epk@karstvonoiste.com**

*ELECTRONIC MAIL*
Kasowitz Benson Torres Llp
(Counsel To Cyprus Mines Corporation)
Attn: David S. Rosner, Robert M. Novick &
Andrew S. Golden
1633 Broadway
New York, Ny  10019
**Email:  drosner@kasowitz.com;
rnovick@kasowitz.com;
agolden@kasowitz.com**

*ELECTRONIC MAIL*
(Counsel To Cyprus Mines Corporation)
Kasowitz Benson Torres LLP
Michael E. Hutchins
1230 Peachtree, Ne, Suite 2445
Atlanta, GA  30309
**Email:  mhutchins@kasowitz.com**

*ELECTRONIC MAIL*
Katten Muchin Rosenman Llp
Shaya Rochester, Esq.
575 Madison Ave
New York, NY  10022-2585
**Email:  shaya.rochester@katten.com;**

*ELECTRONIC MAIL*
(Counsel To Atlanta International Insurance,
etc)
Katten Muchin Rosenman LLP
Kelsey R. Panizzolo, Esq.
550 South Tryon Street
Ste 2900
Charlotte, NC  28202-4213
**Email:  kelsey.panizzolo@katten.com**

***ELECTRONIC MAIL***
(Counsel to Kristie Lynn Doyle)
Kazan Mcclain Satterly &
Greenwood PLC
Joseph Satterley, Esq.
Steven Kazan, Esq.
Denyse F. Clancy, Esq.
55 Harison St, Ste 400
Oakland, CA  94607
**Email:  jsatterley@kazanlaw.com;**

***ELECTRONIC MAIL***
Kiesel Law, LLP
Paul R Kiesel, Esq.
Melanie Palmer, Esq.
8648 Wilshire Blvd
Beverly Hills, CA  90211
**Email:  Kiesel@kiesel.law;
Palmer@kiesel.law**

***ELECTRONIC MAIL***
(Counsel To Bestwall LLC)
King & Spalding LLP
Chelsea Corey, Esq.
300 South Tryon Street, Ste 1700
Charlotte, NC  28202
**Email:  ccorey@kslaw.com**

***ELECTRONIC MAIL***
(Counsel To Bestwall LLC)
King & Spalding LLP
Richard A. Schneider, Esq.
1180 Peachtree Street, N.E.
Atlanta, GA  30309
**Email:  dschneider@kslaw.com**

***ELECTRONIC MAIL***
(Counsel to Aylstock, Witkin, Kreis &
Overholtz, PLLC)
KTBS Law LLP
Michael L. Tuchin, Esq.
Robert J. Pfister, Esq.
Samuel M. Kidder, Esq.
Nir Maoz, Esq.
1801 Century Park East, 26th Floor
Los Angeles, CA  90067
**Email:  nmaoz@ktbslaw.com;
skidder@ktbslaw.com;
rpfister@ktbslaw.com;
mtuchin@ktbslaw.com**

***ELECTRONIC MAIL***
Lanier Law Firm
Michael A Akselrud, Esq.
21550 Oxnard St, 3rd Fl
Woodlands Hills, Ca  91367
**Email:
michael.akselrud@lanierlawfirm.com**

***ELECTRONIC MAIL***
(Counsel To Imerys Talc America, Inc.,
Imerys Talc Vermont, Inc.; Imerys Talc
Canada Inc.)
Latham & Watkins LLP
Jeffrey E. Bjork, Esq.
Kimberly A. Posin, Esq.
Amy C. Quartarolo, Esq.
355 South Grand Avenue, Suite 100
Los Angeles, CA  90071-1560
**Email:  jeff.bjork@lw.com;
kim.posin@lw.com;
amy.quartarolo@lw.com**

***ELECTRONIC MAIL***
(Counsel To Imerys Talc America, Inc.;
Imerys Talc Vermont, Inc.; Imerys Talc
Canada Inc.)
Latham & Watkins LLP
Adam S. Ravin, Esq.
1271 Avenue Of The Americas
New York, NY  10020-1401
**Email:  adam.ravin@lw.com**

***ELECTRONIC MAIL***
(Counsel To Various Claimants)
Law Offices Of Mitchell J. Malzberg, Llc
Mitchell Malzberg, Esq.
P.O. Box 5122
6 E Main Street, Ste 7
Clinton, NJ  08809
**EMAIL:
mmalzberg@mjmalzberglaw.com**

***ELECTRONIC MAIL***
Levy Konigsberg LLP
Moshe Maimon, Esq.
101 Grovers Mill Rd, Ste 105
Lawrence Twp, NJ  08648
**Email:  mmaimon@levylaw.com**

***ELECTRONIC MAIL***
(Attorneys for Talc Committee Claimant,
Randy Derouen)
Jerome H. Block, Esq.
Levy Konigsberg, LLP
605 Third Avenue, 33rd Floor
New York, NY  10158
**Email: jblock@levylaw.com**

***ELECTRONIC MAIL***
(Counsel To Johnson & Johnson and
Johnson & Johnson Consumer Inc.)
Lowenstein Sandler LLP
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
One Lowenstein Dr
RoselaND, NJ  07068
**EMAIL:  krosen@lowenstein.com;
mseymour@lowenstein.com**

***ELECTRONIC MAIL***
(Debtor)
LTL Management LLC
John K Kim, Chief Legal Officer
501 George St
New Brunswick, Nj  08933
**Email:  jkim2@its.jnj.com**

***ELECTRONIC MAIL***
(Counsel To Westchester Fire Insurance
Company)
Manier & Herod, P.C.
Robert W. Miller
1201 Demonbreun St.
Suite 900
Nashville, TN  37203
**Email:  rmiller@manierherod.com**

***ELECTRONIC MAIL***
Marshack Hays LLP
(Counsel to Various Talc Claimants)
Laila Masud, Esq.
870 Roosevelt
Irvine, CA  92620
**Email:  lmasud@marshackhays.com**

***ELECTRONIC MAIL***
Maune Raichle Hartley French &
Mudd, LLC
T. Barton Frence
1015 Locust St, Ste 1200
St. Louis, Mo  63101
**Email:  bfrench@mrhfmlaw.com**

***ELECTRONIC MAIL***
(Counsel To Atlanta International Insurance
etc)
Mendes & Mount LLP
Eileen T. McCabe, Esq.
Stephen T. Roberts. Esq.
750 Seventh Avenue
New York, NY  10019
**Email:  eileen.mccabe@mendes.com;
stephen.roberts@mendes.com**

***ELECTRONIC MAIL***
Miller Firm, LLC
Curtis G Hoke, Esq.
108 Railroad Ave
Orange, VA  22960
**Email:  choke@millerfirmllc.com**

***ELECTRONIC MAIL***
(Counsel To Plaintiffs, Arnold & Itkin)
Moon Wright & Houston, PLLC
Richard S Wright, Esq.
Andrew T. Houston, Esq.
Caleb Brown, Esq.
121 W. Trade Street, Suite 1950
Charlotte, NC 28202
**Email: rwright@mwhattorneys.com;
ahouston@mwhattorneys.com;
cbrown@mwhattorneys.com**

***ELECTRONIC MAIL***
(Counsel To J & J And J & J Consumer Inc.)
Moore & Van Allen PLLC
Hillary B Crabtree, Esq.
100 N Tryon St, Ste 4700
Charlotte, NC 28202
**Email: hillarycrabtree@mvalaw.com**

***ELECTRONIC MAIL***
Motley Rice LLC
John D Hurst, Esq.
50 Clay St, Ste 1
Morgantown, WY 26501
**Email: jhurst@motleyrice.com**

***ELECTRONIC MAIL***
Motley Rice LLC
Carmen S. Scott, Esq.
28 Bridgeside Blvd
Mount Pleasant, SC 29464
**Email: cscott@motleyrice.com**

***ELECTRONIC MAIL***
(Counsel To Mesothelioma and Ovarian Cancer, Plaintiffs)
Motley Rice LLC
Daniel R. Lapinski, Esq.
210 Lake Drive East, Ste 101
Cherry Hill, NJ 08002
**Email: dlapinski@motleyrice.com**

***ELECTRONIC MAIL***
Napoli Shkolnik PLLC
Christopher R Lopalo, Esq.
919 North Market St, Ste 1801
Wilmington, De 19801
**Email: CLoPalo@napolilaw.com;**

***ELECTRONIC MAIL***
(Counsel To Rio Tinto America Inc. etc)
Nexsen Pruet, PLLC
Christine L. Myatt & Harris M. Watkins
Post Office Box 3463
Greensboro, Nc 27402
**Email: cmyatt@nexsenpruet.com;
mwatkins@nexsenpruet.com**

***ELECTRONIC MAIL***
(Counsel To Cyprus Mines Corporation)
John Paul Cournoyer, Esq.
Vicki L. Parrott, Esq.
1414 Raleigh Road, Suite 435
Chapel Hill, NC 27517
**Email: jpc@nbfirm.com;
vlp@nbfirm.com**

***ELECTRONIC MAIL***
Office Of The Attorney General Of Texas
Assistant Attorneys General
Attn: Rachel R Obaldo & Autumn D Highsmith
P.O. Box 12548- Mc 008
Austin, TX 78711-2548
**Email: rachel.obaldo@oag.texas.gov;
autumn.highsmith@oag.texas.gov**

***ELECTRONIC MAIL***
(on Behalf of the U.S. Trustee)
Office Of The U.S. Trustee
Lauren Bielskie, Esq.
Jeffrey M. Sponder, Esq.
One Newark Center, Ste 2100
Newark, NJ 07102
**Email: lauren.bielskie@usdoj.gov;
jeffrey.m.sponder@usdoj.gov;**

***ELECTRONIC MAIL***
Offit Kurman, P.A.
Attn Paul R. Baynard, Esq.
301 South College St, Ste 2600
Charlotte, Nc  28202
**Email:  paul.baynard@offitkurman.com**

***ELECTRONIC MAIL***
(Counsel To Aylstock, Witkin, Kreis &
Overholtz, PLLC)
Offit Kurman, P.A.
Paul J. Winterhalter, Esq.
99 Wood Avenue South, Suite 203
Iselin, NJ  08830
**Email:  pwinterhalter@offitkurman.com**

***ELECTRONIC MAIL***
Onderlaw, LLC
James Onder, Esq.
110 East Lockwood, Second Fl
St Louis, Mo  63119
**Email:  onder@onderlaw.com**

***ELECTRONIC MAIL***
(Counsel To Plantiff's Steering Committee)
Otterbourg P.C.
John Bougiamas, Esq.
Melanie L Cyganowski, Esq.
Adam C Silverstein, Esq.
230 Park Avenue
New York, NY  10169
**Email:  jbougiamas@otterbourg.com;
mcyganowski@otterbourg.com;
asilverstein@otterbourg.com**

***ELECTRONIC MAIL***
(Counsel For The Continental Insurance
Company)
Parker Poe Adams & Bernstein LLP
Ashley A. Edwards, Esq
620 South Tryon St, Ste 800
Charlotte, NC  28202
**Email:  ashleyedwards@parkerpoe.com**

***ELECTRONIC MAIL***
(Counsel To Onderlaw, LLC)
Parkins Lee & Rubio LLP
Charles M. Rubio, Esq.
Lenard M. Parkins, Esq.
Pennzoil Place
700 Milam Street
Suite 1300
Houston, TX  77002
**Email:  crubio@parkinslee.com;
lparkins@parkinslee.com**

***ELECTRONIC MAIL***
Pension Benefit Guaranty Corporation
Office Of The General Counsel
Carolyn J Lachman, Esq.
Simon J. Torres, Esq.
1200 K Street, Nw, Ste 340
Washington, Dc  20005-4026
**Email:  lachman.carolyn@pbgc.gov;
efile@pbgc.gov; torres.simon@pbgc.gov;
efile@pbgc.gov;**

***ELECTRONIC MAIL***
(Counsel To Rio Tinto America Holdings
Inc.,)
Porzio, Bromberg & Newman, P.C.
Rachel A. Parisi, Esq.
Kelly D.Curtin, Esq.
100 Southgate Parkway
Morristown, NJ  07962
**Email:  raparisi@pbnlaw.com;
kdcurtin@pbnlaw.com**

***ELECTRONIC MAIL***
Pryor Cashman LLP
Attn: Seth H. Lieberman &
Andrew S. Richmond
7 Times Square
New York, NY  10036-6569
**Email:  slieberman@pryorcashman.com;
arichmond@pryorcashman.com**

**ELECTRONIC MAIL**
(Counsel To Blue Cross Blue Shield)
Rawlings & Associates
Mark D Fischer, Esq.
Robert C. Griffith, Esq.
1 Eden Parkway
La Grange, KY 40031
**Email: mdf@rawlingsandassociates.com;**

**ELECTRONIC MAIL**
(Proposed Local Counsel To Debtor)
Rayburn Cooper & Durham, P.A.
Crichard Rayburn, Jr, Esq.
John R. Miller, Jr, Esq.
Matthew L. Tomsic, Esq.
227 West Trade St, Ste 1200
Charlotte, NC 28202
**Email: rrayburn@rcdlaw.net;**
**jmiller@rcdlaw.net;**
**mtomsic@rcdlaw.net**

**ELECTRONIC MAIL**
(Counsel To Cyprus Mines Corporation)
Reed Smith LLP
Paul M. Singer, Esq
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
**Email: psinger@reedsmith.com**

**ELECTRONIC MAIL**
Reed Smith LLP
Jason D Angelo, Esq
1201 North Market Street, Suite 1500
Wilmington, DE 19801
**Email: jangelo@reedsmith.com**

**ELECTRONIC MAIL**
(Counsel To Cyprus Mines Corporation)
Reed Smith LLP
Derek J. Baker, Esq.
506 Carnegie Center
Ste 300
Princeton, NJ 08543
**Email: dbaker@reedsmith.com;**

**ELECTRONIC MAIL**
Ross Feller Casey, LLP
Attn: Brian J. Mccormick, Jr.
One Liberty Place
1650 Market St, 34th Fl
Philadelphia, PA 19103
**Email: bmccormick@rossfellercasey.com**

**ELECTRONIC MAIL**
(Counsel To Kristie Lynn Doyle)
Saiber LLC
John M August, Esq.
Marc E Wolin, Esq.
18 Columbia Turnpike, Ste 200
Florham Park, NJ 07932
**Email: jaugust@saiber.com;**
**mwolin@saiber.com**

**ELECTRONIC MAIL**
(Counsel To Jeanne Stephenson)
Savo, Schalk, Gillespie, O'Grodnick
& Fisher, P.A.
Charles S. Schalk, Esq.
John F. Bracaglia Jr., Esq.
56 East Main St, Ste 301
Somerville, NJ 08876
**Email: schalk@centraljerseylaw.com;**
**brokaw@centraljerseylaw.com**

**ELECTRONIC MAIL**
Simmons Hanly Conroy LLC
James Kramer, Esq.
112 Madison Ave
New York, NY 10016
**Email: jkramer@simmonsfirm.com**

**ELECTRONIC MAIL**
Simon Greenstone Panatiere
Bartlett, PC
Chris Panatier, Esq.
1201 Elm St, Ste 3400
Dallas, TX 75204
**Email: cpanatier@sgpblaw.com**

***ELECTRONIC MAIL***
(Counsel To Bausch Health)
Simpson Thacher & Bartlett LLP
Sandeep Qusba, Esq.
Craig S. Waldman, Esq.
Jamie J. Fell, Esq.
Zachary J. Weiner, Esq
425 Lexington Ave
New York, NY  10017
**Email:  squsba@stblaw.com;
cwaldman@stblaw.com;
jamie.fell@stblaw.com;
zachary.weiner@stblaw.com;**

***ELECTRONIC MAIL***
(Counsel to Travelers)
Simpson Thacher & Bartlett LLP
Michael H. Torkin, Esq.
Andrew T. Frankel, Esq.
Kathrine A. Mclendon, Esq.
Bev Serrant, Esq.
425 Lexington Avenue
New York, NY  10017
**Email:  michael.torkin@stblaw.com;
afrankel@stblaw.com;
kmclendon@stblaw.com;
bserrant@stblaw.com**

***ELECTRONIC MAIL***
The Gori Law Firm
D Todd Matthews, Esq.
Beth Gori, Esq.
Sara Salger, Esq.
156 N Main St
Edwardsville, IL  62025
**Email:  beth@gorijulianlaw.com;
sara@gorijulianlaw.com;
todd@gorijulianlaw.com**

***ELECTRONIC MAIL***
(Counsel To BCBS Of Massachusetts)
The Kelly Firm, P.C.
Andrew J. Kelly, Esq.
1011 Highway 71, Ste 200
Spring Lake, NJ  07762
**Email:  akelly@kbtlaw.com**

***ELECTRONIC MAIL***
(Counsel To "Williams Hart Plaintiffs")
The Layton Law Firm, PLLC
Christopher D. Layton, Esq.
2701 Coltsgate Rd, Suite 210
Charlotte, NC  28211
**Email:  chris@thelaytonlawfirm.com**

***ELECTRONIC MAIL***
The Shapiro Law Firm
Attn: Janet A. Shapiro
325 N. Maple Drive, #15186
Beverly Hills, CA  90209
**EMAIL:  jshapiro@shapirolawfirm.com**

***ELECTRONIC MAIL***
Togut, Segal & Segal Llp
Albert Togut, Esq.
Frank Oswald, Esq.
Brian Shaughnessy, Esq.
One Penn Plaza, Suite 3335
New York, NY  10119
**Email:  altogut@teamtogut.com;
frankoswald@teamtogut.com;
bshaughnessy@teamtogut.com**

***ELECTRONIC MAIL***
Trammell PC
Fletcher V Trammell, Esq.
3262 Westheimer Rd, Ste 423
Houston, TX  77098
**Email:  fletch@trammellpc.com**

***ELECTRONIC MAIL***
(Counsel To Atlanta International Company,
Etc.)
Trif & Modugno Llc
Attn Louis A. Modugno
89 Headquarters Plaza
North Tower, Suite 1201
Morristown, NJ  07960
**Email:  lmodugno@tm-firm.com**

***ELECTRONIC MAIL***
Vinson & Elkins LLP
Steven M. Abramowitz, Esq.
114 Avenue Of The Americas, 32nd Fl
New York, NY  10036
**Email: sabramowitz@velaw.com**

***ELECTRONIC MAIL***
(Counsel To Dean Omar Branham Shirley
LLP)
Wallace & Graham PA
William M. Graham
525 N. Main Street
Salisbury, NC  28144
**Email: bgraham@wallacegraham.com**

***ELECTRONIC MAIL***
Weitz & Luxenberg, P.C.
Ellen Relkin, Esq.
220 Lake Dr East, Ste 210
Cherry Hill, NJ  08002
**Email: erelkin@weitzlux.com**

***ELECTRONIC MAIL***
Weitz & Luxenberg, P.C.
Danny Kraft, Esq.
Lisa N. Busch, Esq
Justine Delaney, Esq.
Perry Weitz, Esq.
700 Broadway
New York, NY  10003
**Email: dkraftjr@weitzlux.com;
jdelaney@weitzlux.com;
lbusch@weitzlux.com;
pweitz@weitzlux.com**

***ELECTRONIC MAIL***
(Counsel To J & J And J & J Consumer Inc)
White & Case LLP
Jessica Lauria, Esq.
Glenn M. Kurtz, Esq.
Ricardo Pasianotto, Esq.
1221 Avenue Of The Americas
New York, NY  10020-1095
**Email: jessica.lauria@whitecase.com;
gkurtz@whitecase.com;
ricardo.pasianotto@whitecase.com**

***ELECTRONIC MAIL***
(Counsel To J & J And J & J Consumer Inc)
White & Case LLP
Michael C. Shepherd, Esq.
Laura L Femino, Esq.
200 South Biscayne Blvd, Ste 4900
Miami, FL  33131-2352
**Email: mshepherd@whitecase.com;
laura.femino@whitecase.com**

***ELECTRONIC MAIL***
(Counsel To J & J And J & J Consumer
Inc.)
White & Case LLP
Blair Warner, Esq.
111 South Wacker Dr, Ste 5100
Chicago, IL  60606-4302
**Email: blair.warner@whitecase.com**

***ELECTRONIC MAIL***
(Proposed Local Counsel To The Debtor)
Wollmuth Maher & Deutsch LLP
James N. Lawlor, Esq.
Paul Defilippo, Esq.
Lyndon M. Tretter, Esq.
Joseph F. Pacelli, Esq.
Brad J. Axelrod, Esq.
500 Fifth Avenue, 12th Fl
New York, NY  10110
**Email: jlawlor@wmd-law.com;
pdefilippo@wmd-law.com;
ltretter@wmd-law.com;
jpacelli@wmd-law.com;
baxelrod@wmd-law.com**

*ELECTRONIC MAIL*
(Attorneys for The Continental Insurance
Company, as successor in interest to Harbor
Insurance Company and London Guarantee
and Accident Company of New York)
Konrad R. Krebs, Esq.
CLYDE & CO US LLP
200 Campus Drive, Suite 300
Florham Park, NJ 07932
**Email: konrad.krebs@clydeco.us**

*ELECTRONIC MAIL*
(Attorneys for The Continental Insurance
Company, as successor in interest to Harbor
Insurance Company and London Guarantee
and Accident Company of New York)
Clinton E. Cameron, Esq.
Meghan Dalton, Esq.
CLYDE AND CO US LLP
55 West Monroe Street
Suite 3000
Chicago, IL 60603
**Email: clinton.cameron@clydeco.us
meghan.dalton@clydeco.us**

*ELECTRONIC MAIL*
(Attorneys for The Continental Insurance
Company, as successor in interest to Harbor
Insurance Company and London Guarantee
and
Accident Company of New York)
David Christian, Esq.
DAVID CHRISTIAN ATTORNEYS LLC
105 W. Madison St., Suite 1400
Chicago, IL 60602
**Email: dchristian@dca.law**

*ELECTRONIC MAIL*
(Attorneys for Aylstock, Witkin, Kreis &
Overholtz, PLLC)
Paul J. Winterhalter, Esq.
**OFFIT KURMAN, P.A.**
99 Wood Avenue South, Suite 302
Iselin, NJ 08830
**Email: pwinterhalter@offitkurman.com**

*ELECTRONIC MAIL*
(Attorneys for Aylstock, Witkin, Kreis &
Overholtz, PLLC)
Michael L. Tuchin, Esq.
**KTBS LAW LLP**
1801 Century Park East, 26th Floor
Los Angeles, CA 90067
**Email: mtuchin@ktbslaw.com**

*ELECTRONIC MAIL*
(Attorneys for Aylstock, Witkin, Kreis &
Overholtz, PLLC)
Robert J. Pfister, Esq.
**KTBS LAW LLP**
1801 Century Park East, 26th Floor
Los Angeles, CA 90067
**Email: rpfister@ktbslaw.com**

*ELECTRONIC MAIL*
(Attorneys for Aylstock, Witkin, Kreis &
Overholtz, PLLC)
Samuel M. Kidder, Esq.
**KTBS LAW LLP**
1801 Century Park East, 26th Floor
Los Angeles, CA 90067
**Email: skidder@ktbslaw.com**

*ELECTRONIC MAIL*
(Attorneys for Aylstock, Witkin, Kreis &
Overholtz, PLLC)
Nir Maoz, Esq
**KTBS LAW LLP**
1801 Century Park East, 26th Floor
Los Angeles, CA 90067
**Email: nmaoz@ktbslaw.com**

*ELECTRONIC MAIL*
(Attorneys for Hartford Accident and
Indemnity Company and First State
Insurance Company)
STEVENS & LEE, P.C.
A PA Professional Corporation
Andreas D. Milliaressis
485 Madison Avenue, 20th Floor

New York, NY 10022
**Email:
Andreas.milliaressis@stevenslee.com**

***ELECTRONIC MAIL***
(Attorneys for Hardford Accident and
Indemnity Company and First State
Insurance Company)
Joshua P. Mayer, Esq.
Joshua D. Weinberg, Esq.
RUGGERI PARKS WEINBERG LLP
1875 K Street NW, Suite 600
Washington, DC  20006-1251
**Email: jmayer@ruggerilaw.com;
jweinberg@ruggerilaw.com**

***ELECTRONIC MAIL***
(Attorneys for Hardford Accident and
Indemnity Company and First State
Insurance Company)
Joseph H. Huston, Jr., Esq.
919 North Market Street
Suite 1300
Wilmington, DE 19801
**Email: joseph.huston@stevenslee.com;**

***ELECTRONIC MAIL***
(Attorneys for Official Committee of Talc
Claimants II)
Arthur J. Abramowitz, Esq.
Alan I. Moldoff, Esq.
Ross J. Switkes, Esq.
Sherman, Silverstein, Kohl, Rose &
Podolsky, P.A.
308 Harper Drive, Suite 200
Moorestown, NJ  08057
**Email:
aabramowitz@shermansilverstein.com
amoldoff@shermansilverstein.com
rswitkes@shermansilverstein.com**

***ELECTRONIC MAIL***
(Attorneys for Official Committee of Talc
Claimants II)
Cari Joshi, Esq.
Bailey & Glasser LLP
1055 Thomas Jefferson Street NW

Suite 540
Washington, DC  20007
**Email: cjoshi@baileyglasser.com**

***ELECTRONIC MAIL***
(Attorneys for Official Committee of Talc
Claimants II)
Evan M. Lazerowitz, Esq.
COOLEY LLP
55 Hudson Yards
New York, NY  100001
**Email:  elazerowitz@cooley.com**

***ELECTRONIC MAIL***
(Attorneys for Allstate Insurance Company,
solely as successor to interest to Northbrook
Excess & Surplus Insurance Company,
formerly Northbrook Insurance Company)
Andrew K. Craig, Esq.
Stefano V. Calogero, Esq.
WINDELS MARZ LANE &
MITTENDORF, LLP
One Giralda Farams
Madison, New Jersey 07940
**Email: acraig@windelsmarx.com;
scalogero@windelsmarx.com**

***ELECRONIC MAIL***
(Attorneys for Alishia Landrum,
member of the Official Committee of
Talc Claimants)
Anthony Sodono, III, Esq.
Sari B. Placona, Esq.
McManimon, Scottland & Baumann, LLC
75 Livingston Avenue, 2nd Floor
Roseland, NJ  07068
**Email:  asodono@msbnj.com;
splacona@msbnj.com**

*ELECRONIC MAIL*
(Attorneys for Alishia Landrum,
member of the Official Committee of
Talc Claimants)
Leigh O'Dell, Esq.
Ted Meadows, Esq.
Beasley Allen
218 Commerce Street
Montgomery, Alabama  36104
**Email: Leigh.Odell@BeasleyAllen.com**
**Ted.Meadows@BeasleyAllen.com**

*ELECTRONIC MAIL*
(Attorneys for Everest Reinsurance
Company and TIG Insurance Company)
Heather Simpson, Esq.
KENNEDYS CMK LLP
120 Mountain View Boulevard
P.O. Box 650
Basking Ridge, NJ  07920
**Email:**
**heather.simpson@kennedyslaw.com**

*ELECTRONIC MAIL*
(Attorneys for The Amici Professors)
Herrick Feinstein LLP
Attn:  Rachel H. Ginzburg
Sean E. O'Donnell, Esq.
Stephen B. Selbst, Esq.
Steven B. Smith, Esq.
2 Park Avenue
New York, NY  10016
**Email: rginzburg@herrick.com;**
**sodonnell@herrick.com;**
**sselbst@herrick.com;**
**ssmith@herrick.com;**

*ELECTRONIC MAIL*
(Attorneys for PTI Union LLC and PTI
Royston LLC)
Thomas A. Pitta, Esq.
120 Broadway, 32nd Floor
New York, NY  10271
**Email:tpitta@emmetmarvin.com**

*ELECTRONIC MAIL*
(Attorneys for Ad Hoc Mesothelioma
Committee)
Morton R. Branzburg, Esq.
Carol Ann Slocum, Esq.
1000 Lincoln Drive East, Suite 201
Marlton, NJ  08053
Email:  cslocum@klehr.com

*ELECTRONIC MAIL*
(Attorneys for Debtor, LTL Management
LLC)
Brett D. Kahn, Esq.
Thomas W. Ladd, Esq.
McCarter & English LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102
Email: bkahn@mccarter.com;
tladd@mccarter.com

*ELECTRONIC MAIL*
(Attorneys for Rio Tinto America Holdings,
Inc.,
Rio Tinto America Inc., Rio Tinto Services
Inc.,
Three Crowns Insurance Company
(formerly
Three Crowns Insurance Company Limited),
and
Metals & Minerals Insurance Company Pte.
Ltd.)
John D. Green, Esq.
Erica Villanueva, Esq.
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Email:  jgreen@fbm.com
evillanueva@fbm.com

*ELECTRONIC MAIL*
(Attorneys for Rio Tinto America Holdings,
Inc.,
Rio Tinto America Inc., Rio Tinto Services
Inc.,
Three Crowns Insurance Company

(formerly
Three Crowns Insurance Company Limited),
and
Metals & Minerals Insurance Company Pte.
Ltd.)
Daniele Spinelli, Esq.
Isley M. Gostin, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Email: danielle.spinelli@wilmerhale.com ;
Isley.Gostin@wilmerhale.com

*ELECTRONIC MAIL*
(Attorneys for Rio Tinto America Holdings,
Inc.,
Rio Tinto America Inc., Rio Tinto Services
Inc.,
Three Crowns Insurance Company
(formerly
Three Crowns Insurance Company Limited),
and
Metals & Minerals Insurance Company Pte.
Ltd.)
Kelly D. Curtin, Esq.
Rachel A. Parisi, Esq.
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ  07962
Email: kdcurtin@pbnlaw.com
raparisi@pbnlaw.com

*ELECTRONIC MAIL*
(Attorneys for Various Talc Claimants
Laila Masud, Esq.
Marshack Hays LLP
870 Roosevelt
Irvine, CA  92620
Email:  lmasud@marshackhays.com

*ELECTRONIC MAIL*
(Attorneys for Ross Feller Casey LLP)
Brian J. McCormick, Jr., Esq.
One Liberty Place
1650 Market Street, 34th Floor

Philadelphia, PA  19103
Email:  bmccormick@rossfellercasey.com

*ELECTRONIC MAIL*
(Counsel to J. Maria Glover,
Proposed Amicus Curiae)
Rabinowitz, Lubetkin & Tully, LLC
Attn:  Jonathan I. Rabinowitz, Esq.
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
Email:  jrabinowitz@rltlawfirm.com

*ELECTRONIC MAIL*
 (Counsel to DiSanto Canadian Class
Action Creditors)
Allen J. Underwood, II, Esq.
Lite DePalma Greenberg & Afanador, LLC
570 Broad Street, Suite 1200
Newark, NJ  07102
Email:  aunderwood@litedepalma.com

*ELECTRONIC MAIL*
(Counsel to PTI Union, LLC; PTI Royston,
LLC;
and Broadview Investments LLC)
Allison Arotsky, Esq.
Moritt Hock & Hamroff LLP
400 Garden City Plaza
Garden City, NY  11530
Email: aarotsky@morritthock.com

*ELECTRONIC MAIL*
(Counsel to PTI Union, LLC; PTI Royston,
LLC;
and Broadview Investments LLC)
Leslie A. Berkoff, Esq.
Allison Arotsky, Esq.
Moritt Hock & Hamroff LLP
400 Garden City Plaza
Garden City, NY  11530
Email:  lberkoff@morritthock.com
aarotsky@morritthock.com

***ELECTRONIC MAIL***
(Counsel to Talc Committee Claimant,
Randy Derouen, Tonya Whesel, James E.
Whetsel,
Kristen Mary Whetsel, Avery Grace
Whetsel,
and Kayleigh Kline as representative of the
Estate of Brandon Whetsel, Deceased)
David A. Chandler, Esq.
KARST & von OISTE, LLP
505 Main Street
Port Jefferson, NY  11777
**Email: dac@karstvonoiste.com**

***ELECTRONIC MAIL***
(Counsel to Katherine Tollefson)
Suzanne M. Ratcliffe, Esq.
Maune Raichle Hartley French & Mudd
LLC
150 West 30th Street, Suite 201
New York, NY  10061
**Email:  sratcliffe@mrhfmlaw.com**

***ELECRONIC MAIL***
(Attorneys for San Diego County
Employees Retirement Association)
Kevin G. Cooper, Esq.
CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ  07068
**Email: KCooper@carellabyrne.com**

***ELECRONIC MAIL***
(Attorneys for Employers Ins. Co. of
Wausau,
Employers Mutual Casualty Company,
Nationwide Indemnity, and Scottsdale
Insurance)
Alexander W. Cogbill, Esq.
ZELLE LLP
45 Broadway, Suite 920
New York, NY  10006
Email: acogbill@zelle.com

***ELECRONIC MAIL***
(Attorneys for Fee Examiner)
Robert J. Keach, Esq.
Bernstein Shur Sawyer & Nelson
100 Middle Street
P.O. Box 9729
Portland, ME 04104
**Email: rkeach@bernsteinshur.com**

***ELECTRONIC MAIL***
(Attorneys for Talc Committee Claimant
Jan Deborah Michelson-Boyle)
Clayton L. Thompson, Esq.
Maune Raichle Hartley French & Mudd
LLC
150 West 30th Street, Suite 201
New York, NY  10001
**Email:  cthompson@mrhfmlaw.com**

***ELECTRONIC MAIL***
 (Attorneys for Allianz Global Risk US
Insurance Company,
f/k/a Allianz Insurance Company and
Fireman's Fund
Insurance Company)
Gregory Gennady Plotko
CROWELL & MORING LLP
 590 Madison Avenue, 19th Floor
 New York, New York 10022-2524
 **Email: gplotko@crowell.com**

***ELECTRONIC MAIL***
 (Attorneys for Allianz Global Risk US
Insurance Company,
f/k/a Allianz Insurance Company and
Fireman's Fund
Insurance Company)
Mark D. Plevin
 Kevin D. Cacabelos
 CROWELL & MORING LLP
 Three Embarcadero Center, 26th Floor
 San Francisco, California 94111
**Email: mplevin@crowell.com;
kcacabelos@crowell.com**

***ELECTRONIC MAIL***
 (Attorneys for Allianz Global Risk US
Insurance Company,
f/k/a Allianz Insurance Company and
Fireman's Fund
Insurance Company)
Tacie H. Yoon
 Rachel Jankowski
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
**Email: tyoon@crowell.com;
rjankowski@crowell.com**

***ELECTRONIC MAIL***
(Attorneys for Allianz Global Risk US
Insurance Company,
f/k/a Allianz Insurance Company and
Fireman's Fund
Insurance Company)
 Paul W. Kalish
 Ellen M. Farrell Mintz
Levin, Cohn, Ferris, Glovsky and Popeo,
P.C.
555 12th Street N.W., Suite 1100
Washington, D.C. 20004
**Email: pwkalish@mintz.com;
emfarrell@mintz.com**

***ELECTRONIC MAIL***
(Attorneys for Sentry Insurance Company as
Assumptive
Reinsurer of Great Southwest Fire Insurance
Company)
Brian R. Ade. Esq.
RIVKIN RADLER LLP
25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ  07601-7082
**Email:  brian.ade@rivkin.com**

***ELECTRONIC MAIL***
(Attorneys for Claimant Giovanni Sosa**)**
Katharine C. Byrne, Esquire
COONEY CONWAY
120 N. LaSalle Street

Suite 300
Chicago, IL  60602
**Email:  kbyrne@cooneyconway.com**

***ELECTRONIC MAIL***
(Attorneys for Bechtel Corporation and
Sequoia Ventures, Inc.)
Joseph J. DiPasquale, Esq.
FOX ROTHSCHILD LLP
49 Market Street
Morristown, NJ  07960
**Email:  jdipasquale@foxrothschild.com**

***ELECTRONIC MAIL***
(Attorneys for Bechtel Corporation and
Sequoia Ventures, Inc.)
Joseph A. Caneco, Esq.
FOX ROTHSCHILD LLP
101 Park Avenue, Suite 1700
New York, NY  10178
**Email:  jcaneco@foxrothschild.com**

***ELECTRONIC MAIL***
(Attorneys for Audra Johnson and
Anthony Hernandez Valadez)
John M. August, Esq.
SAIBER LLC
18 Columbia Turnpike, Suite 200
Florham Park, NJ  07932
**Email:  jaugust@saiber.com**

***ELECTRONIC MAIL***
(Counsel to Future Talc Claimants)
Randi S. Ellis, Esq.
Randi S. Ellis, LLC
5757 Indian Circle
Houston, TX  77057
**Email:  Randi@RandiEllis.com**