# EXHIBIT A

Attorney Work Product
06/08/2022

Case 21-30589-MBK   Doc 2439-1   Filed 06/08/22   Entered 06/08/22 17:01:29   Desc
Exhibit A to Verified Statement (Redacted)   Page 2 of 16

Williams Hart Boundas Easterby
Talc Bankruptcy Project

Cases Filed in MDL

| Client Last Name | Client First Name | Address | City | State | Zip | Nature of Claim | Type of Cancer | Stage | Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| A | Harriet | | | | | Talc Personal Injury | | | Unliquidated |
| A | Sara | | | | | Talc Personal Injury | | | Unliquidated |
| A | Elisa | | | | | Talc Personal Injury | | | Unliquidated |
| A | Joanne | | | | | Talc Personal Injury | | | Unliquidated |
| A | Myriam | | | | | Talc Personal Injury | | | Unliquidated |
| A | Nancy | | | | | Talc Personal Injury | | | Unliquidated |
| A | Barbara E. | | | | | Talc Personal Injury | | | Unliquidated |
| A | Bonnie | | | | | Talc Personal Injury | | | Unliquidated |
| A | Deborah | | | | | Talc Personal Injury | | | Unliquidated |
| A | Margaret | | | | | Talc Personal Injury | | | Unliquidated |
| A | Deborah | | | | | Talc Personal Injury | | | Unliquidated |
| A | Julie | | | | | Talc Personal Injury | | | Unliquidated |
| A | Julie | | | | | Talc Personal Injury | | | Unliquidated |
| A | Laurie L. | | | | | Talc Personal Injury | | | Unliquidated |
| A | Nancy J. | | | | | Talc Personal Injury | | | Unliquidated |
| A | Suzanne | | | | | Talc Personal Injury | | | Unliquidated |
| A | Edna | | | | | Talc Personal Injury | | | Unliquidated |
| A | Wilma | | | | | Talc Personal Injury | | | Unliquidated |
| A | Sherry | | | | | Talc Personal Injury | | | Unliquidated |
| A | Minnie L. | | | | | Talc Personal Injury | | | Unliquidated |
| A | Brenda | | | | | Talc Personal Injury | | | Unliquidated |
| A | Gayle | | | | | Talc Personal Injury | | | Unliquidated |
| B | Dee | | | | | Talc Personal Injury | | | Unliquidated |
| B | Debra | | | | | Talc Personal Injury | | | Unliquidated |
| B | Susan | | | | | Talc Personal Injury | | | Unliquidated |
| B | Latosha | | | | | Talc Personal Injury | | | Unliquidated |
| B | Lisa | | | | | Talc Personal Injury | | | Unliquidated |
| B | Ligia | | | | | Talc Personal Injury | | | Unliquidated |
| B | Irene E. | | | | | Talc Personal Injury | | | Unliquidated |
| B | Delores | | | | | Talc Personal Injury | | | Unliquidated |
| B | Himara | | | | | Talc Personal Injury | | | Unliquidated |
| B | Alberta | | | | | Talc Personal Injury | | | Unliquidated |
| B | Terri | | | | | Talc Personal Injury | | | Unliquidated |
| B | Diane | | | | | Talc Personal Injury | | | Unliquidated |
| B | Wanda | | | | | Talc Personal Injury | | | Unliquidated |
| B | Bertha  L. | | | | | Talc Personal Injury | | | Unliquidated |
| B | Marilyn | | | | | Talc Personal Injury | | | Unliquidated |
| B | Marcella | | | | | Talc Personal Injury | | | Unliquidated |

EXHIBIT "A"

Attorney Work Product
06/08/2022

Case 21-30589-MBK    Doc 2439-1    Filed 06/08/22    Entered 06/08/22 17:01:29    Desc
Exhibit A to Verified Statement (Redacted)    Page 3 of 16
Williams Hart Boundas Easterby
Talc Bankruptcy Project

Cases Filed in MDL

| Client Last Name | Client First Name | Address | City | State | Zip | Nature of Claim | Type of Cancer | Stage | Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| B | Marquerite D. | | | | | Talc Personal Injury | | | Unliquidated |
| B | Eddie M. | | | | | Talc Personal Injury | | | Unliquidated |
| B | Jessica | | | | | Talc Personal Injury | | | Unliquidated |
| B | Wanda | | | | | Talc Personal Injury | | | Unliquidated |
| B | Nora | | | | | Talc Personal Injury | | | Unliquidated |
| B | Cathy | | | | | Talc Personal Injury | | | Unliquidated |
| B | Kathleen | | | | | Talc Personal Injury | | | Unliquidated |
| B | Lorraine | | | | | Talc Personal Injury | | | Unliquidated |
| B | Patricia | | | | | Talc Personal Injury | | | Unliquidated |
| B | Heidi | | | | | Talc Personal Injury | | | Unliquidated |
| B | Beatrice | | | | | Talc Personal Injury | | | Unliquidated |
| B | Kimberly | | | | | Talc Personal Injury | | | Unliquidated |
| B | Katherine | | | | | Talc Personal Injury | | | Unliquidated |
| B | Verna | | | | | Talc Personal Injury | | | Unliquidated |
| B | Corolyn | | | | | Talc Personal Injury | | | Unliquidated |
| B | Phyllis | | | | | Talc Personal Injury | | | Unliquidated |
| B | Ann | | | | | Talc Personal Injury | | | Unliquidated |
| B | Elizabeth | | | | | Talc Personal Injury | | | Unliquidated |
| B | Lana | | | | | Talc Personal Injury | | | Unliquidated |
| B | Connie M. | | | | | Talc Personal Injury | | | Unliquidated |
| B | Erica | | | | | Talc Personal Injury | | | Unliquidated |
| B | Jana | | | | | Talc Personal Injury | | | Unliquidated |
| B | Judith | | | | | Talc Personal Injury | | | Unliquidated |
| B | Christine | | | | | Talc Personal Injury | | | Unliquidated |
| B | Rochelle | | | | | Talc Personal Injury | | | Unliquidated |
| B | Dana | | | | | Talc Personal Injury | | | Unliquidated |
| B | Mattie M. | | | | | Talc Personal Injury | | | Unliquidated |
| C | Marlene | | | | | Talc Personal Injury | | | Unliquidated |
| C | Janet | | | | | Talc Personal Injury | | | Unliquidated |
| C | Janel O. | | | | | Talc Personal Injury | | | Unliquidated |
| C | Latandra, | | | | | Talc Personal Injury | | | Unliquidated |
| C | Shannon | | | | | Talc Personal Injury | | | Unliquidated |
| C | Susan | | | | | Talc Personal Injury | | | Unliquidated |
| C | Yolanda | | | | | Talc Personal Injury | | | Unliquidated |
| C | Marie | | | | | Talc Personal Injury | | | Unliquidated |
| C | Francine | | | | | Talc Personal Injury | | | Unliquidated |
| C | Dottie | | | | | Talc Personal Injury | | | Unliquidated |
| C | Carlene | | | | | Talc Personal Injury | | | Unliquidated |
| C | Barbara | | | | | Talc Personal Injury | | | Unliquidated |
| C | Patricia | | | | | Talc Personal Injury | | | Unliquidated |

EXHIBIT "A"

Attorney Work Product
06/08/2022

Case 21-30589-MBK    Doc 2439-1    Filed 06/08/22    Entered 06/08/22 17:01:29    Desc
Exhibit A to Verified Statement (Redacted)    Page 4 of 16
Williams Hart Boundas Easterby
Talc Bankruptcy Project

Cases Filed in MDL

| Client Last Name | Client First Name | Address | City | State | Zip | Nature of Claim | Type of Cancer | Stage | Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| C | Pompilia | | | | | Talc Personal Injury | | | Unliquidated |
| C | Randi | | | | | Talc Personal Injury | | | Unliquidated |
| C | Katrina | | | | | Talc Personal Injury | | | Unliquidated |
| C | Jeri L. | | | | | Talc Personal Injury | | | Unliquidated |
| C | Jacqueline | | | | | Talc Personal Injury | | | Unliquidated |
| C | Carrie | | | | | Talc Personal Injury | | | Unliquidated |
| C | Suzanne | | | | | Talc Personal Injury | | | Unliquidated |
| C | Melissa | | | | | Talc Personal Injury | | | Unliquidated |
| C | Jenny | | | | | Talc Personal Injury | | | Unliquidated |
| C | Loretta | | | | | Talc Personal Injury | | | Unliquidated |
| C | Deborah | | | | | Talc Personal Injury | | | Unliquidated |
| C | Krystal | | | | | Talc Personal Injury | | | Unliquidated |
| C | Michelle | | | | | Talc Personal Injury | | | Unliquidated |
| C | Nancy | | | | | Talc Personal Injury | | | Unliquidated |
| C | Beverly | | | | | Talc Personal Injury | | | Unliquidated |
| C | Mandy | | | | | Talc Personal Injury | | | Unliquidated |
| C | Ashleigh | | | | | Talc Personal Injury | | | Unliquidated |
| C | Marsha | | | | | Talc Personal Injury | | | Unliquidated |
| C | Gracie | | | | | Talc Personal Injury | | | Unliquidated |
| C | Rhonda | | | | | Talc Personal Injury | | | Unliquidated |
| C | Rachel | | | | | Talc Personal Injury | | | Unliquidated |
| D | Marilyn J. | | | | | Talc Personal Injury | | | Unliquidated |
| D | Chelsea E. | | | | | Talc Personal Injury | | | Unliquidated |
| D | Lisa N. | | | | | Talc Personal Injury | | | Unliquidated |
| D | Samantha | | | | | Talc Personal Injury | | | Unliquidated |
| D | Glenda | | | | | Talc Personal Injury | | | Unliquidated |
| D | Susan | | | | | Talc Personal Injury | | | Unliquidated |
| D | Elta | | | | | Talc Personal Injury | | | Unliquidated |
| D | Kathleen | | | | | Talc Personal Injury | | | Unliquidated |
| D | Brenda | | | | | Talc Personal Injury | | | Unliquidated |
| D | Diane | | | | | Talc Personal Injury | | | Unliquidated |
| D | Loquator B. | | | | | Talc Personal Injury | | | Unliquidated |
| D | Marilyn | | | | | Talc Personal Injury | | | Unliquidated |
| D | Linda | | | | | Talc Personal Injury | | | Unliquidated |
| D | Linda | | | | | Talc Personal Injury | | | Unliquidated |
| D | Sharon | | | | | Talc Personal Injury | | | Unliquidated |
| D | Joan | | | | | Talc Personal Injury | | | Unliquidated |
| D | Mary | | | | | Talc Personal Injury | | | Unliquidated |
| D | Louise | | | | | Talc Personal Injury | | | Unliquidated |
| E | Lois | | | | | Talc Personal Injury | | | Unliquidated |
| E | Danielle M. | | | | | Talc Personal Injury | | | Unliquidated |
| E | Mona K. | | | | | Talc Personal Injury | | | Unliquidated |
| E | Kimberly | | | | | Talc Personal Injury | | | Unliquidated |

EXHIBIT "A"

Attorney Work Product
06/08/2022

Case 21-30589-MBK    Doc 2439-1    Filed 06/08/22    Entered 06/08/22 17:01:29    Desc
Exhibit A to Verified Statement (Redacted)    Page 5 of 16
Williams Hart Boundas Easterby
Talc Bankruptcy Project

Cases Filed in MDL

| Client Last Name | Client First Name | Address | City | State | Zip | Nature of Claim | Type of Cancer | Stage | Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| E | Edna L. | | | | | Talc Personal Injury | | | Unliquidated |
| E | Mary M. | | | | | Talc Personal Injury | | | Unliquidated |
| E | Sally J. | | | | | Talc Personal Injury | | | Unliquidated |
| F | Dorothy | | | | | Talc Personal Injury | | | Unliquidated |
| F | Phyllis | | | | | Talc Personal Injury | | | Unliquidated |
| F | Shari | | | | | Talc Personal Injury | | | Unliquidated |
| F | Marianne | | | | | Talc Personal Injury | | | Unliquidated |
| F | Joann | | | | | Talc Personal Injury | | | Unliquidated |
| F | Anissa | | | | | Talc Personal Injury | | | Unliquidated |
| F | Sheri | | | | | Talc Personal Injury | | | Unliquidated |
| F | Bethanie K. | | | | | Talc Personal Injury | | | Unliquidated |
| F | Michelle | | | | | Talc Personal Injury | | | Unliquidated |
| F | Catherine | | | | | Talc Personal Injury | | | Unliquidated |
| F | Marlene | | | | | Talc Personal Injury | | | Unliquidated |
| F | Michelle | | | | | Talc Personal Injury | | | Unliquidated |
| G | Amanda | | | | | Talc Personal Injury | | | Unliquidated |
| G | Josefina | | | | | Talc Personal Injury | | | Unliquidated |
| G | Jenny | | | | | Talc Personal Injury | | | Unliquidated |
| G | Linda | | | | | Talc Personal Injury | | | Unliquidated |
| G | Patricia | | | | | Talc Personal Injury | | | Unliquidated |
| G | Gail | | | | | Talc Personal Injury | | | Unliquidated |
| G | Lisa | | | | | Talc Personal Injury | | | Unliquidated |
| G | Beverly | | | | | Talc Personal Injury | | | Unliquidated |
| G | Janice | | | | | Talc Personal Injury | | | Unliquidated |
| G | Sukanthi | | | | | Talc Personal Injury | | | Unliquidated |
| G | Shelia | | | | | Talc Personal Injury | | | Unliquidated |
| G | Della | | | | | Talc Personal Injury | | | Unliquidated |
| G | Chantelle | | | | | Talc Personal Injury | | | Unliquidated |
| G | Janet | | | | | Talc Personal Injury | | | Unliquidated |
| G | Marsha | | | | | Talc Personal Injury | | | Unliquidated |
| G | Nancy | | | | | Talc Personal Injury | | | Unliquidated |
| G | Mari S. | | | | | Talc Personal Injury | | | Unliquidated |
| G | Beverly | | | | | Talc Personal Injury | | | Unliquidated |
| G | Cynthia | | | | | Talc Personal Injury | | | Unliquidated |
| G | Shirleen | | | | | Talc Personal Injury | | | Unliquidated |
| G | Barbara | | | | | Talc Personal Injury | | | Unliquidated |
| H | Doris | | | | | Talc Personal Injury | | | Unliquidated |
| H | Sandy | | | | | Talc Personal Injury | | | Unliquidated |
| H | Darlene | | | | | Talc Personal Injury | | | Unliquidated |
| H | Sheena | | | | | Talc Personal Injury | | | Unliquidated |

EXHIBIT "A"

Attorney Work Product
06/08/2022

Williams Hart Boundas Easterby
Talc Bankruptcy Project

Cases Filed in MDL

| Client Last Name | Client First Name | Address | City | State | Zip | Nature of Claim | Type of Cancer | Stage | Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| H | Brenda | | | | | Talc Personal Injury | | | Unliquidated |
| H | Tammy | | | | | Talc Personal Injury | | | Unliquidated |
| H | Mary | | | | | Talc Personal Injury | | | Unliquidated |
| H | Robin | | | | | Talc Personal Injury | | | Unliquidated |
| H | Robin | | | | | Talc Personal Injury | | | Unliquidated |
| H | Sonja | | | | | Talc Personal Injury | | | Unliquidated |
| H | Judith | | | | | Talc Personal Injury | | | Unliquidated |
| H | Carol | | | | | Talc Personal Injury | | | Unliquidated |
| H | Donna | | | | | Talc Personal Injury | | | Unliquidated |
| H | Patricia | | | | | Talc Personal Injury | | | Unliquidated |
| H | Linda | | | | | Talc Personal Injury | | | Unliquidated |
| H | Carol | | | | | Talc Personal Injury | | | Unliquidated |
| H | Joyce | | | | | Talc Personal Injury | | | Unliquidated |
| H | Judi | | | | | Talc Personal Injury | | | Unliquidated |
| H | Melissa | | | | | Talc Personal Injury | | | Unliquidated |
| H | Sandra | | | | | Talc Personal Injury | | | Unliquidated |
| H | Elizabeth | | | | | Talc Personal Injury | | | Unliquidated |
| H | Edith | | | | | Talc Personal Injury | | | Unliquidated |
| H | Kimberly | | | | | Talc Personal Injury | | | Unliquidated |
| H | Cynthia | | | | | Talc Personal Injury | | | Unliquidated |
| H | Mary | | | | | Talc Personal Injury | | | Unliquidated |
| H | DeeAnna | | | | | Talc Personal Injury | | | Unliquidated |
| H | Becky | | | | | Talc Personal Injury | | | Unliquidated |
| H | Cynthia | | | | | Talc Personal Injury | | | Unliquidated |
| H | Cheri | | | | | Talc Personal Injury | | | Unliquidated |
| H | Deborah | | | | | Talc Personal Injury | | | Unliquidated |
| H | Lona A. | | | | | Talc Personal Injury | | | Unliquidated |
| H | Joyce | | | | | Talc Personal Injury | | | Unliquidated |
| I | Sandra | | | | | Talc Personal Injury | | | Unliquidated |
| I | Frances | | | | | Talc Personal Injury | | | Unliquidated |
| J | Hermenia | | | | | Talc Personal Injury | | | Unliquidated |
| J | Kelli | | | | | Talc Personal Injury | | | Unliquidated |
| J | Pamela | | | | | Talc Personal Injury | | | Unliquidated |
| J | Lori | | | | | Talc Personal Injury | | | Unliquidated |
| J | Betty L. | | | | | Talc Personal Injury | | | Unliquidated |
| J | Shirley M. | | | | | Talc Personal Injury | | | Unliquidated |
| J | Victoria R. | | | | | Talc Personal Injury | | | Unliquidated |
| J | Leticia | | | | | Talc Personal Injury | | | Unliquidated |
| J | Beverly | | | | | Talc Personal Injury | | | Unliquidated |
| J | Brandy | | | | | Talc Personal Injury | | | Unliquidated |
| J | Ann S. | | | | | Talc Personal Injury | | | Unliquidated |
| J | Debra | | | | | Talc Personal Injury | | | Unliquidated |
| J | Lena | | | | | Talc Personal Injury | | | Unliquidated |
| J | Margarite R. | | | | | Talc Personal Injury | | | Unliquidated |

EXHIBIT "A"

Attorney Work Product
06/08/2022

Williams Hart Boundas Easterby
Talc Bankruptcy Project

Cases Filed in MDL

| Client Last Name | Client First Name | Address | City | State | Zip | Nature of Claim | Type of Cancer | Stage | Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| J | Roberta | | | | | Talc Personal Injury | | | Unliquidated |
| J | Janice | | | | | Talc Personal Injury | | | Unliquidated |
| J | Susan | | | | | Talc Personal Injury | | | Unliquidated |
| J | Ina | | | | | Talc Personal Injury | | | Unliquidated |
| K | Cynthia | | | | | Talc Personal Injury | | | Unliquidated |
| K | Patricia | | | | | Talc Personal Injury | | | Unliquidated |
| K | Diane | | | | | Talc Personal Injury | | | Unliquidated |
| K | Danna L. | | | | | Talc Personal Injury | | | Unliquidated |
| K | Kally | | | | | Talc Personal Injury | | | Unliquidated |
| K | Valerie | | | | | Talc Personal Injury | | | Unliquidated |
| K | Brenda | | | | | Talc Personal Injury | | | Unliquidated |
| K | Cathy | | | | | Talc Personal Injury | | | Unliquidated |
| K | Shari | | | | | Talc Personal Injury | | | Unliquidated |
| K | April L. | | | | | Talc Personal Injury | | | Unliquidated |
| K | Lisa | | | | | Talc Personal Injury | | | Unliquidated |
| K | Kathy | | | | | Talc Personal Injury | | | Unliquidated |
| K | Alice | | | | | Talc Personal Injury | | | Unliquidated |
| K | Jenelle | | | | | Talc Personal Injury | | | Unliquidated |
| K | Joy | | | | | Talc Personal Injury | | | Unliquidated |
| K | Patricia | | | | | Talc Personal Injury | | | Unliquidated |
| K | Maryann | | | | | Talc Personal Injury | | | Unliquidated |
| K | Marlene | | | | | Talc Personal Injury | | | Unliquidated |
| K | Norma | | | | | Talc Personal Injury | | | Unliquidated |
| K | Delores | | | | | Talc Personal Injury | | | Unliquidated |
| K | Jeanne | | | | | Talc Personal Injury | | | Unliquidated |
| K | Maureen | | | | | Talc Personal Injury | | | Unliquidated |
| K | Jane N. | | | | | Talc Personal Injury | | | Unliquidated |
| K | Donna | | | | | Talc Personal Injury | | | Unliquidated |
| L | Tonia | | | | | Talc Personal Injury | | | Unliquidated |
| L | Gale | | | | | Talc Personal Injury | | | Unliquidated |
| L | Patsy E. | | | | | Talc Personal Injury | | | Unliquidated |
| L | Claudia | | | | | Talc Personal Injury | | | Unliquidated |
| L | Brenda | | | | | Talc Personal Injury | | | Unliquidated |
| L | Michele | | | | | Talc Personal Injury | | | Unliquidated |
| L | Charlene | | | | | Talc Personal Injury | | | Unliquidated |
| L | Joanne | | | | | Talc Personal Injury | | | Unliquidated |
| L | Ruth | | | | | Talc Personal Injury | | | Unliquidated |
| L | Caroline | | | | | Talc Personal Injury | | | Unliquidated |
| L | Wendy | | | | | Talc Personal Injury | | | Unliquidated |
| L | Connie | | | | | Talc Personal Injury | | | Unliquidated |
| L | Beth | | | | | Talc Personal Injury | | | Unliquidated |
| L | Rosemary | | | | | Talc Personal Injury | | | Unliquidated |
| L | Myrna G. | | | | | Talc Personal Injury | | | Unliquidated |
| L | Kimberly | | | | | Talc Personal Injury | | | Unliquidated |
| L | Linda J. | | | | | Talc Personal Injury | | | Unliquidated |

EXHIBIT "A"

Cases Filed in MDL

Williams Hart Boundas Easterby
Talc Bankruptcy Project

| Client First Name | Address | City | State | Zip | Nature of Claim | Type of Cancer | Stage | Claim Amount |
|---|---|---|---|---|---|---|---|---|
| May R. | | | | | Talc Personal Injury | | | Unliquidated |
| Verna | | | | | Talc Personal Injury | | | Unliquidated |
| Virginia | | | | | Talc Personal Injury | | | Unliquidated |
| Susan | | | | | Talc Personal Injury | | | Unliquidated |
| Bobbie | | | | | Talc Personal Injury | | | Unliquidated |
| Kathleen | | | | | Talc Personal Injury | | | Unliquidated |
| Bonnie N. | | | | | Talc Personal Injury | | | Unliquidated |
| Vera | | | | | Talc Personal Injury | | | Unliquidated |
| Elsa | | | | | Talc Personal Injury | | | Unliquidated |
| Christie | | | | | Talc Personal Injury | | | Unliquidated |
| Patty M. | | | | | Talc Personal Injury | | | Unliquidated |
| Rhonda | | | | | Talc Personal Injury | | | Unliquidated |
| Connie | | | | | Talc Personal Injury | | | Unliquidated |
| Juanita | | | | | Talc Personal Injury | | | Unliquidated |
| Linda | | | | | Talc Personal Injury | | | Unliquidated |
| Kay | | | | | Talc Personal Injury | | | Unliquidated |
| Candace | | | | | Talc Personal Injury | | | Unliquidated |
| Anne E. | | | | | Talc Personal Injury | | | Unliquidated |
| Richelle | | | | | Talc Personal Injury | | | Unliquidated |
| Lois | | | | | Talc Personal Injury | | | Unliquidated |
| Reba | | | | | Talc Personal Injury | | | Unliquidated |
| Harriet | | | | | Talc Personal Injury | | | Unliquidated |
| Earnestine W. | | | | | Talc Personal Injury | | | Unliquidated |
| Marilyn | | | | | Talc Personal Injury | | | Unliquidated |
| Janie U. | | | | | Talc Personal Injury | | | Unliquidated |
| Yvonne L. | | | | | Talc Personal Injury | | | Unliquidated |
| Sandra | | | | | Talc Personal Injury | | | Unliquidated |
| Gwendolyn | | | | | Talc Personal Injury | | | Unliquidated |
| Patricia | | | | | Talc Personal Injury | | | Unliquidated |
| Brenda | | | | | Talc Personal Injury | | | Unliquidated |
| Carol | | | | | Talc Personal Injury | | | Unliquidated |
| Karen | | | | | Talc Personal Injury | | | Unliquidated |
| Carol | | | | | Talc Personal Injury | | | Unliquidated |
| Wendy | | | | | Talc Personal Injury | | | Unliquidated |
| Emily A. | | | | | Talc Personal Injury | | | Unliquidated |
| Loyce | | | | | Talc Personal Injury | | | Unliquidated |
| Joan | | | | | Talc Personal Injury | | | Unliquidated |
| Monica  R. | | | | | Talc Personal Injury | | | Unliquidated |
| Tami | | | | | Talc Personal Injury | | | Unliquidated |
| Tamara | | | | | Talc Personal Injury | | | Unliquidated |
| Martha L. | | | | | Talc Personal Injury | | | Unliquidated |
| Deborah | | | | | Talc Personal Injury | | | Unliquidated |
| Allen J. | | | | | Talc Personal Injury | | | Unliquidated |

EXHIBIT "A"

Attorney Work Product
06/08/2022

Case 21-30589-MBK   Doc 2439-1   Filed 06/08/22   Entered 06/08/22 17:01:29   Desc
Exhibit A to Verified Statement (Redacted)   Page 9 of 16

Williams Hart Boundas Easterby
Talc Bankruptcy Project

Cases Filed in MDL

| Client Last Name | Client First Name | Address | City | State | Zip | Nature of Claim | Type of Cancer | Stage | Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| M | Darlene | | | | | Talc Personal Injury | | | Unliquidated |
| M | Katren L. | | | | | Talc Personal Injury | | | Unliquidated |
| M | Leanne R. | | | | | Talc Personal Injury | | | Unliquidated |
| M | Loretta | | | | | Talc Personal Injury | | | Unliquidated |
| M | Virginia | | | | | Talc Personal Injury | | | Unliquidated |
| M | Cynthia | | | | | Talc Personal Injury | | | Unliquidated |
| M | Jayme | | | | | Talc Personal Injury | | | Unliquidated |
| M | Leatha | | | | | Talc Personal Injury | | | Unliquidated |
| M | Susan | | | | | Talc Personal Injury | | | Unliquidated |
| M | Anna | | | | | Talc Personal Injury | | | Unliquidated |
| M | Marilyn | | | | | Talc Personal Injury | | | Unliquidated |
| M | Rosa | | | | | Talc Personal Injury | | | Unliquidated |
| M | Jenny | | | | | Talc Personal Injury | | | Unliquidated |
| M | Brenda | | | | | Talc Personal Injury | | | Unliquidated |
| M | Terri R. | | | | | Talc Personal Injury | | | Unliquidated |
| M | Debbie | | | | | Talc Personal Injury | | | Unliquidated |
| M | Sandra | | | | | Talc Personal Injury | | | Unliquidated |
| M | Cynthia | | | | | Talc Personal Injury | | | Unliquidated |
| M | Nancy | | | | | Talc Personal Injury | | | Unliquidated |
| M | Judith E. | | | | | Talc Personal Injury | | | Unliquidated |
| M | Martha | | | | | Talc Personal Injury | | | Unliquidated |
| M | Lou Ann | | | | | Talc Personal Injury | | | Unliquidated |
| N | Laura | | | | | Talc Personal Injury | | | Unliquidated |
| N | Cheryl | | | | | Talc Personal Injury | | | Unliquidated |
| N | Earline | | | | | Talc Personal Injury | | | Unliquidated |
| N | Lauri | | | | | Talc Personal Injury | | | Unliquidated |
| N | Jessica | | | | | Talc Personal Injury | | | Unliquidated |
| N | Rita A. | | | | | Talc Personal Injury | | | Unliquidated |
| N | Maryellen J. | | | | | Talc Personal Injury | | | Unliquidated |
| N | Margaret | | | | | Talc Personal Injury | | | Unliquidated |
| N | Stefanie D. | | | | | Talc Personal Injury | | | Unliquidated |
| O | Lea | | | | | Talc Personal Injury | | | Unliquidated |
| O | Margaret | | | | | Talc Personal Injury | | | Unliquidated |
| O | Susan | | | | | Talc Personal Injury | | | Unliquidated |
| P | Gwendolyn L. | | | | | Talc Personal Injury | | | Unliquidated |
| P | Sandra | | | | | Talc Personal Injury | | | Unliquidated |
| P | Kristine | | | | | Talc Personal Injury | | | Unliquidated |
| P | Theresa | | | | | Talc Personal Injury | | | Unliquidated |
| P | Linda | | | | | Talc Personal Injury | | | Unliquidated |
| P | Antoinette | | | | | Talc Personal Injury | | | Unliquidated |
| P | Linda | | | | | Talc Personal Injury | | | Unliquidated |
| P | Audrey | | | | | Talc Personal Injury | | | Unliquidated |
| P | Marvetta | | | | | Talc Personal Injury | | | Unliquidated |
| P | Heidi | | | | | Talc Personal Injury | | | Unliquidated |
| P | Gloria | | | | | Talc Personal Injury | | | Unliquidated |
| P | Garnett | | | | | Talc Personal Injury | | | Unliquidated |

EXHIBIT "A"

Attorney Work Product
06/08/2022

Williams Hart Boundas Easterby
Talc Bankruptcy Project

Cases Filed in MDL

| Client Last Name | Client First Name | Address | City | State | Zip | Nature of Claim | Type of Cancer | Stage | Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| P | Kelly | | | | | Talc Personal Injury | | | Unliquidated |
| P | Marsha | | | | | Talc Personal Injury | | | Unliquidated |
| P | Erin | | | | | Talc Personal Injury | | | Unliquidated |
| P | Patricia | | | | | Talc Personal Injury | | | Unliquidated |
| P | Barbara | | | | | Talc Personal Injury | | | Unliquidated |
| P | Joyce | | | | | Talc Personal Injury | | | Unliquidated |
| P | Michele C. | | | | | Talc Personal Injury | | | Unliquidated |
| P | Mitzi | | | | | Talc Personal Injury | | | Unliquidated |
| P | Nancy | | | | | Talc Personal Injury | | | Unliquidated |
| P | Brenda | | | | | Talc Personal Injury | | | Unliquidated |
| P | Evelyn | | | | | Talc Personal Injury | | | Unliquidated |
| P | Michele | | | | | Talc Personal Injury | | | Unliquidated |
| P | April | | | | | Talc Personal Injury | | | Unliquidated |
| P | Annie R. | | | | | Talc Personal Injury | | | Unliquidated |
| P | Rebecca | | | | | Talc Personal Injury | | | Unliquidated |
| P | Herlena | | | | | Talc Personal Injury | | | Unliquidated |
| P | Brenda | | | | | Talc Personal Injury | | | Unliquidated |
| P | Beatrice | | | | | Talc Personal Injury | | | Unliquidated |
| P | Laura | | | | | Talc Personal Injury | | | Unliquidated |
| P | Lori | | | | | Talc Personal Injury | | | Unliquidated |
| P | Barbara | | | | | Talc Personal Injury | | | Unliquidated |
| R | Brenda | | | | | Talc Personal Injury | | | Unliquidated |
| R | Latrese | | | | | Talc Personal Injury | | | Unliquidated |
| R | Julie | | | | | Talc Personal Injury | | | Unliquidated |
| R | Dianna | | | | | Talc Personal Injury | | | Unliquidated |
| R | Angela | | | | | Talc Personal Injury | | | Unliquidated |
| R | Geraldine R. | | | | | Talc Personal Injury | | | Unliquidated |
| R | Ollie I. | | | | | Talc Personal Injury | | | Unliquidated |
| R | Kathy | | | | | Talc Personal Injury | | | Unliquidated |
| R | Norma K. | | | | | Talc Personal Injury | | | Unliquidated |
| R | Laura | | | | | Talc Personal Injury | | | Unliquidated |
| R | Bridget | | | | | Talc Personal Injury | | | Unliquidated |
| R | Theresa | | | | | Talc Personal Injury | | | Unliquidated |
| R | Stacey C. | | | | | Talc Personal Injury | | | Unliquidated |
| R | Jamie D. | | | | | Talc Personal Injury | | | Unliquidated |
| R | Bertie | | | | | Talc Personal Injury | | | Unliquidated |
| R | Christi | | | | | Talc Personal Injury | | | Unliquidated |
| R | Karen | | | | | Talc Personal Injury | | | Unliquidated |
| R | Lois | | | | | Talc Personal Injury | | | Unliquidated |
| R | Josie | | | | | Talc Personal Injury | | | Unliquidated |
| R | Melissa | | | | | Talc Personal Injury | | | Unliquidated |
| R | Margaret J. | | | | | Talc Personal Injury | | | Unliquidated |
| R | Patricia  E. | | | | | Talc Personal Injury | | | Unliquidated |
| R | Brenda L. | | | | | Talc Personal Injury | | | Unliquidated |
| R | Christine | | | | | Talc Personal Injury | | | Unliquidated |

EXHIBIT "A"

Williams Hart Boundas Easterby
Talc Bankruptcy Project

Cases Filed in MDL

| Client Last Name | Client First Name | Address | City | State | Zip | Nature of Claim | Type of Cancer | Stage | Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| R | Jackie L. | | | | | Talc Personal Injury | | | Unliquidated |
| R | Rebecca | | | | | Talc Personal Injury | | | Unliquidated |
| R | Robin | | | | | Talc Personal Injury | | | Unliquidated |
| R | Willye J. | | | | | Talc Personal Injury | | | Unliquidated |
| R | Jody | | | | | Talc Personal Injury | | | Unliquidated |
| R | Jo A. | | | | | Talc Personal Injury | | | Unliquidated |
| R | Susan | | | | | Talc Personal Injury | | | Unliquidated |
| R | Catherine | | | | | Talc Personal Injury | | | Unliquidated |
| R | Deborah | | | | | Talc Personal Injury | | | Unliquidated |
| R | Susie B. | | | | | Talc Personal Injury | | | Unliquidated |
| R | Grace W. | | | | | Talc Personal Injury | | | Unliquidated |
| R | Denise E. | | | | | Talc Personal Injury | | | Unliquidated |
| R | Elizabeth | | | | | Talc Personal Injury | | | Unliquidated |
| R | Susan | | | | | Talc Personal Injury | | | Unliquidated |
| S | Judith | | | | | Talc Personal Injury | | | Unliquidated |
| S | Joyce | | | | | Talc Personal Injury | | | Unliquidated |
| S | Judy | | | | | Talc Personal Injury | | | Unliquidated |
| S | Barbara | | | | | Talc Personal Injury | | | Unliquidated |
| S | Brandi | | | | | Talc Personal Injury | | | Unliquidated |
| S | Faithann | | | | | Talc Personal Injury | | | Unliquidated |
| S | Connie | | | | | Talc Personal Injury | | | Unliquidated |
| S | Jenifer | | | | | Talc Personal Injury | | | Unliquidated |
| S | Beata | | | | | Talc Personal Injury | | | Unliquidated |
| S | Phyllis | | | | | Talc Personal Injury | | | Unliquidated |
| S | Karen F. | | | | | Talc Personal Injury | | | Unliquidated |
| S | Wendy | | | | | Talc Personal Injury | | | Unliquidated |
| S | Scott, Lori | | | | | Talc Personal Injury | | | Unliquidated |
| S | Terri L. | | | | | Talc Personal Injury | | | Unliquidated |
| S | Dawn M. | | | | | Talc Personal Injury | | | Unliquidated |
| S | Shellie | | | | | Talc Personal Injury | | | Unliquidated |
| S | Bobbi A. | | | | | Talc Personal Injury | | | Unliquidated |
| S | Michelle | | | | | Talc Personal Injury | | | Unliquidated |
| S | Dianne | | | | | Talc Personal Injury | | | Unliquidated |
| S | Lisa | | | | | Talc Personal Injury | | | Unliquidated |
| S | Sandy | | | | | Talc Personal Injury | | | Unliquidated |
| S | Rose | | | | | Talc Personal Injury | | | Unliquidated |
| S | Betty S. | | | | | Talc Personal Injury | | | Unliquidated |
| S | Bettye J. | | | | | Talc Personal Injury | | | Unliquidated |
| S | kathy | | | | | Talc Personal Injury | | | Unliquidated |
| S | Lauretta | | | | | Talc Personal Injury | | | Unliquidated |
| S | Melinda | | | | | Talc Personal Injury | | | Unliquidated |
| S | Rita A. | | | | | Talc Personal Injury | | | Unliquidated |
| S | Rustina | | | | | Talc Personal Injury | | | Unliquidated |
| S | Suzanne | | | | | Talc Personal Injury | | | Unliquidated |
| S | Debbie L. | | | | | Talc Personal Injury | | | Unliquidated |

EXHIBIT "A"

Attorney Work Product
06/08/2022

Williams Hart Boundas Easterby
Talc Bankruptcy Project

| Client Last Name | Client First Name | Address | City | State | Zip | Nature of Claim | Type of Cancer | Stage | Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| S | Ralynn | | | | | Talc Personal Injury | | | Unliquidated |
| S | Myrtle | | | | | Talc Personal Injury | | | Unliquidated |
| S | Gladys | | | | | Talc Personal Injury | | | Unliquidated |
| S | Laura | | | | | Talc Personal Injury | | | Unliquidated |
| S | Angela | | | | | Talc Personal Injury | | | Unliquidated |
| S | Sallye | | | | | Talc Personal Injury | | | Unliquidated |
| S | Sylvia | | | | | Talc Personal Injury | | | Unliquidated |
| S | Darla | | | | | Talc Personal Injury | | | Unliquidated |
| S | Kim L. | | | | | Talc Personal Injury | | | Unliquidated |
| S | Hazel | | | | | Talc Personal Injury | | | Unliquidated |
| S | Michelle | | | | | Talc Personal Injury | | | Unliquidated |
| S | Lynne | | | | | Talc Personal Injury | | | Unliquidated |
| S | Elaine | | | | | Talc Personal Injury | | | Unliquidated |
| S | Jeanne | | | | | Talc Personal Injury | | | Unliquidated |
| T | Diana | | | | | Talc Personal Injury | | | Unliquidated |
| T | Amber | | | | | Talc Personal Injury | | | Unliquidated |
| T | Amber E. | | | | | Talc Personal Injury | | | Unliquidated |
| T | Elizabeth | | | | | Talc Personal Injury | | | Unliquidated |
| T | Anna | | | | | Talc Personal Injury | | | Unliquidated |
| T | Dorsell | | | | | Talc Personal Injury | | | Unliquidated |
| T | Thuy | | | | | Talc Personal Injury | | | Unliquidated |
| T | Sharon | | | | | Talc Personal Injury | | | Unliquidated |
| T | Antelina | | | | | Talc Personal Injury | | | Unliquidated |
| T | Amy | | | | | Talc Personal Injury | | | Unliquidated |
| T | Lou | | | | | Talc Personal Injury | | | Unliquidated |
| T | Kimberly | | | | | Talc Personal Injury | | | Unliquidated |
| U | Nora | | | | | Talc Personal Injury | | | Unliquidated |
| U | Rebecca | | | | | Talc Personal Injury | | | Unliquidated |
| V | Griselle | | | | | Talc Personal Injury | | | Unliquidated |
| V | Emma | | | | | Talc Personal Injury | | | Unliquidated |
| V | Janice C. | | | | | Talc Personal Injury | | | Unliquidated |
| V | Ann | | | | | Talc Personal Injury | | | Unliquidated |
| V | Maray | | | | | Talc Personal Injury | | | Unliquidated |
| V | Helen D. | | | | | Talc Personal Injury | | | Unliquidated |
| V | Marie | | | | | Talc Personal Injury | | | Unliquidated |
| V | Michelle | | | | | Talc Personal Injury | | | Unliquidated |
| V | Maria G. | | | | | Talc Personal Injury | | | Unliquidated |
| V | Jane | | | | | Talc Personal Injury | | | Unliquidated |
| V | Lisa | | | | | Talc Personal Injury | | | Unliquidated |
| V | Betty | | | | | Talc Personal Injury | | | Unliquidated |
| | Julie | | | | | Talc Personal Injury | | | Unliquidated |

EXHIBIT "A"

Attorney Work Product
06/08/2022

Case 21-30589-MBK   Doc 2439-1   Filed 06/08/22   Entered 06/08/22 17:01:29   Desc
Exhibit A to Verified Statement (Redacted)   Page 13 of 16

Williams Hart Boundas Easterby
Talc Bankruptcy Project

Cases Filed in MDL

| Client Last Name | Client First Name | Address | City | State | Zip | Nature of Claim | Type of Cancer | Stage | Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| W | Carrie | | | | | Talc Personal Injury | | | Unliquidated |
| W | Lisa M. | | | | | Talc Personal Injury | | | Unliquidated |
| W | Carol J. | | | | | Talc Personal Injury | | | Unliquidated |
| W | Chelce | | | | | Talc Personal Injury | | | Unliquidated |
| W | Doris R. | | | | | Talc Personal Injury | | | Unliquidated |
| W | Kathy | | | | | Talc Personal Injury | | | Unliquidated |
| W | Andrea | | | | | Talc Personal Injury | | | Unliquidated |
| W | Barbara | | | | | Talc Personal Injury | | | Unliquidated |
| W | Mabel | | | | | Talc Personal Injury | | | Unliquidated |
| W | Patricia | | | | | Talc Personal Injury | | | Unliquidated |
| W | Kasandra | | | | | Talc Personal Injury | | | Unliquidated |
| W | Leah | | | | | Talc Personal Injury | | | Unliquidated |
| W | Marsha | | | | | Talc Personal Injury | | | Unliquidated |
| W | Annette | | | | | Talc Personal Injury | | | Unliquidated |
| W | Carolyn | | | | | Talc Personal Injury | | | Unliquidated |
| W | Lisa | | | | | Talc Personal Injury | | | Unliquidated |
| W | Carrie | | | | | Talc Personal Injury | | | Unliquidated |
| W | Josephine  F. | | | | | Talc Personal Injury | | | Unliquidated |
| W | Constance | | | | | Talc Personal Injury | | | Unliquidated |
| W | Rachelle | | | | | Talc Personal Injury | | | Unliquidated |
| W | Michelle | | | | | Talc Personal Injury | | | Unliquidated |
| W | Deborah | | | | | Talc Personal Injury | | | Unliquidated |
| W | Lorrie A. | | | | | Talc Personal Injury | | | Unliquidated |
| Sa | Michelle | | | | | Talc Personal Injury | | | Unliquidated |
| W | Nancy J. | | | | | Talc Personal Injury | | | Unliquidated |
| W | Nancy | | | | | Talc Personal Injury | | | Unliquidated |
| W | Jo Anne | | | | | Talc Personal Injury | | | Unliquidated |
| W | Linda | | | | | Talc Personal Injury | | | Unliquidated |
| W | Jacqueline | | | | | Talc Personal Injury | | | Unliquidated |
| W | Annerose S. | | | | | Talc Personal Injury | | | Unliquidated |
| W | Rebecca | | | | | Talc Personal Injury | | | Unliquidated |
| W | Mildred | | | | | Talc Personal Injury | | | Unliquidated |
| W | Karen | | | | | Talc Personal Injury | | | Unliquidated |
| W | Leslie E. | | | | | Talc Personal Injury | | | Unliquidated |
| Y | Shelley F. | | | | | Talc Personal Injury | | | Unliquidated |
| Y | Sue | | | | | Talc Personal Injury | | | Unliquidated |
| Y | Denise | | | | | Talc Personal Injury | | | Unliquidated |
| Z | Patricia | | | | | Talc Personal Injury | | | Unliquidated |

Attorney Work Product
06/08/2022

Williams Hart Boundas Easterby
Talc Bankruptcy Project

Cases Filed in MDL

| Client Last Name | Client First Name | Address | City | State | Zip | Nature of Claim | Type of Cancer | Stage | Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Z███ | Nanci | | | | | Talc Personal Injury | | | Unliquidated |
| Z███ | Vallary | | | | | Talc Personal Injury | | | Unliquidated |
| Z███ | Alice | | | | | Talc Personal Injury | | | Unliquidated |

EXHIBIT "A"

Attorney Work Product
06/08/2022

Williams Hart Boundas Easterby
Talc Bankruptcy Project

| Client Last Name | Client First Name | Address | City | State | Zip | Nature of Claim | Type | Stage | Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| C | Susan | | | | | Talc Personal Injury | | | Unliquidated |
| C | Shaheda | | | | | Talc Personal Injury | | | Unliquidated |
| D | Monica | | | | | Talc Personal Injury | | | Unliquidated |
| D | LuAnn | | | | | Talc Personal Injury | | | Unliquidated |
| D | Joanne | | | | | Talc Personal Injury | | | Unliquidated |
| E | Svetlana | | | | | Talc Personal Injury | | | Unliquidated |
| F | Deborah | | | | | Talc Personal Injury | | | Unliquidated |
| Fi | Irene | | | | | Talc Personal Injury | | | Unliquidated |
| G | Cindy | | | | | Talc Personal Injury | | | Unliquidated |
| H | Julie A. | | | | | Talc Personal Injury | | | Unliquidated |
| L | Eileen | | | | | Talc Personal Injury | | | Unliquidated |
| O | Jamila | | | | | Talc Personal Injury | | | Unliquidated |
| R | Debbie | | | | | Talc Personal Injury | | | Unliquidated |
| S | Mary E. | | | | | Talc Personal Injury | | | Unliquidated |
| S | Karen | | | | | Talc Personal Injury | | | Unliquidated |
| V | Penny | | | | | Talc Personal Injury | | | Unliquidated |

EXHIBIT "A"

Attorney Work Product
06/08/2022

Williams Hart Boundas Easterby
Talc Bankruptcy Project

Stayed-Unfiled Cases

| Client Last Name | Client First Name | Address | City | State | Zip | Nature of Claim | Type of Cancer | Stage | Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| A | Carol S. | | | | | Talc Personal Injury | | | Unliquidated |
| B | Carletta | | | | | Talc Personal Injury | | | Unliquidated |
| B | Mary | | | | | Talc Personal Injury | | | Unliquidated |
| D | Natalie J. | | | | | Talc Personal Injury | | | Unliquidated |
| F | Maria | | | | | Talc Personal Injury | | | Unliquidated |
| F | Nancy | | | | | Talc Personal Injury | | | Unliquidated |
| G | Mayra | | | | | Talc Personal Injury | | | Unliquidated |
| H | Ruth | | | | | Talc Personal Injury | | | Unliquidated |
| L | Carrie | | | | | Talc Personal Injury | | | Unliquidated |
| L | Patricia | | | | | Talc Personal Injury | | | Unliquidated |
| M | Sanjuana | | | | | Talc Personal Injury | | | Unliquidated |
| M | Essie | | | | | Talc Personal Injury | | | Unliquidated |
| M | Lora L. | | | | | Talc Personal Injury | | | Unliquidated |
| P | Pilar | | | | | Talc Personal Injury | | | Unliquidated |
| P | Pauline | | | | | Talc Personal Injury | | | Unliquidated |
| P | Frances | | | | | Talc Personal Injury | | | Unliquidated |
| R | Shirley | | | | | Talc Personal Injury | | | Unliquidated |
| S | Rita | | | | | Talc Personal Injury | | | Unliquidated |
| S | Janice | | | | | Talc Personal Injury | | | Unliquidated |
| S | Geraldine | | | | | Talc Personal Injury | | | Unliquidated |
| S | Deborah | | | | | Talc Personal Injury | | | Unliquidated |
| | Joe  E. | | | | | Talc Personal Injury | | | Unliquidated |
| | Cornice | | | | | Talc Personal Injury | | | Unliquidated |
| | Jennifer M. | | | | | Talc Personal Injury | | | Unliquidated |