# Exhibit A

| Last Name | First Name | Mailing Address |
|---|---|---|
| A███ | Iman (Estate) | ████████████████ |
| A███ | Ginette (Estate) | ████████ |
| A███ | Marie Elaine | |
| A█ | Bibi | ████████ |
| A███ | Margaret | ████████████ |
| A████ | Jaya | ████████████ |
| A████ | Roslyn | ████████████████ |
| A███ | Jessica | ██████████ |
| A█████ | Anna | ████████████ |
| A████ | Brooke | ████████████ |
| B███ | Serafina | ████████████ |
| B████ | Mootoomah Mavis | ████████████ |
| B█ | Cheryl | ████████████ |
| B███ | Armenouhie | ████████████ |
| B██ | Lynn | ████████████████ |

| | | |
|---|---|---|
| B ████████ | Mary (Estate) | ████████ |
| B ███ | Jacinthe (Estate) | ████████ |
| B ███ | Laquesha | ████████ |
| B ████ | Ginette (Estate) | ████████ |
| B ███ | Christine Ann | ████████ |
| B ███ | Daniela | ████████ |
| B ██ | Ady | ████████ |
| B ██ | Barbara | ████████ |
| B ██ | Donna (Estate) | ████████ |
| B ██ | Lynda | ████████ |
| B ████ | Yanely | ████████ |

| B███ | Jean | ██████ |
|---|---|---|
| B███ | Thérèse (Estate) | ██████ |
| B███ | Kelly Ann | ██████ |
| B███ | Karen | ██████ |
| B██ | Kerry | ██████ |
| B███ | Cathy | ██████ |
| B███ | Margaret | ██████ |
| B███ | Audrey | ██████ |
| B███ | Diana | ██████ |
| B████ | Ruby | ██████ |
| B███ | Sarah (Estate) | ██████ |
| B███ | Shirley | ██████ |
| B██ | Frances | ██████ |
| B███ | Linda | ██████ |
| B███ | Francine | ██████ |
| B███ | Kimberley | ██████ |

| | | |
|---|---|---|
| B ████ | Debbie | ████████ |
| B █████████ | Doreen Isabelle (Estate) | ████████ |
| B ████ | Colleen V. | ████████ |
| B ████ | Elaine (Estate) | ████████ |
| B ████ | Silvana | ████████ |
| B ████ | Debra | ████████ |
| B ██ | Susan (Estate) | ████████ |
| B ████ | Carole | ████████ |
| B ████ | Barbara | ████████ |
| C ██ | Valerie | ████████ |
| C ████ | Steffani | ████████ |
| C ████ | Heather | ████████ |
| C ██ | Ian | ████████ |
| C ████ | Diane | ████████ |
| C ████ | Guiseppina (Estate) | ████████ |
| C ████ | Malissa | ████████ |

| | | |
|---|---|---|
| C | Anna | |
| C | Denise | |
| C | Theresa | |
| C | Holly | |
| C | Bonnie (Estate) | |
| C | Rosa (Estate) | |
| C | Sarah Muriel | |
| C | Susan | |
| C | Christine (Estate) | |
| C | Victoria Anne | |
| C | Colleen | |
| C | Valerie | |
| C | Lori | |
| C | Michele | |
| C | Dawna Rae (Estate) | |

| | | | |
|---|---|---|---|
| C | Elizabeth | | |
| C | Lee Anne (Estate) | | |
| C | Lori | | |
| C | Leitia (Estate) | | |
| C | Suzan | | |
| C | Janine | | |
| C | Michelle | | |
| D | Maureen | | |
| D | Alexandra | | |
| D | Bernadette | | |
| D | Jean (Estate) | | |
| D | Frayda (Estate) | | |
| D | Lorelei | | |
| D | Nicole | | |
| D | Andree | | |
| D | Rubina | | |
| D | Heather | | |
| D | Cecile (Estate) | | |

| | | | |
|---|---|---|---|
| D | Donna | | |
| D | Maria | | |
| D | Rhonda | | |
| D | Janis | | |
| D | Evelyn (Estate) | | |
| D | Lorraine | | |
| D | Giovanna | | |
| D | Johanne | | |
| D | Line | | |
| D | Charleen | | |
| D | Edna Jayne (Estate) | | |
| D | Francine | | |
| D | Christine | | |
| D | Claudette | | |
| D | Diane (Estate) | | |

| | | | |
|---|---|---|---|
| D | Annie | | |
| D | Jennifer | | |
| D | Ingrid | | |
| E | Emmily | | |
| E | Jane | | |
| E | Phillipa | | |
| E | Monica Ochoa | | |
| E | Carol Anne | | |
| F | Ellen | | |
| F | Shaeda | | |
| F | Jill (Estate) | | |
| F | Dr. Holly | | |
| F | Linda (Estate) | | |
| F | Nicole | | |
| F | Elaine Sherkin | | |
| F | Mary (Estate) | | |

| | | |
|---|---|---|
| F | Christine (Zizi) | |
| F | Margaret | |
| F | Cynthia | |
| F | Deborah | |
| G | Yanie | |
| G | Marlina (Estate) | |
| G | Jacquelynn | |
| G | Ghislaine | |
| G | Lisa | |
| G | Sharon | |
| G | Helene | |
| G | Celine | |
| G | Celine | |
| G | Brenda | |
| G | Andrea Downs (Estate) | |
| G | Kimberly | |

| | | | |
|---|---|---|---|
| G | Dorota | | |
| G | Maria Cristina | | |
| G | Monica Belluso (Estate) | | |
| G | Debra (Estate) | | |
| G | Sandie | | |
| G | Parvaneh | | |
| G | Janet | | |
| G | Donna Lynn | | |
| G | Kathleen | | |
| G | Goldie | | |
| G | Louise | | |
| G | Marie-Soleil | | |
| H | Michelle | | |
| H | Phyllis | | |

| H | Joan | | |
|---|------|---|---|
| H | Sharon Georgie | | |
| H | Barbara (Estate) | | |
| H | Doris | | |
| H | Frances (Estate) | | |
| H | Andrea (Estate) | | |
| H | Catherine | | |
| H | Janet (Estate) | | |
| H | Kathryn (Estate) | | |
| H | Myrtle Hazel | | |
| H | Tracy | | |
| H | Nadia | | |
| H | Kimberly | | |

| | | | |
|---|---|---|---|
| H | Susan Lea | | |
| H | Gillian | | |
| H | Marie (Estate) | | |
| H | Shirley (Estate) | | |
| H | Jessica | | |
| H | Helen | | |
| I | Victoria Keays | | |
| J | Eleanor Diane (Estate) | | |
| J | Marilyn (Estate) | | |
| J | Iris Helen (Estate) | | |
| J | Susan | | |
| J | Rose M. | | |
| J | Brenda | | |
| K | Marcella | | |

| K | Cynthia Elizabeth (Estate) | |
|---|---|---|
| K | Sabira | |
| K | Frances (Estate) | |
| K | Patricia (Estate) | |
| K | Pat | |
| K | Cherry | |
| K | Brenda | |
| K | Edna Jayne (Estate) | |
| K | Laurie (Estate) | |
| K | Julie (Estate) | |
| K | Mary | |

| | | |
|---|---|---|
| K | Mary (Estate) | |
| K | Shari | |
| K | Barbara | |
| L | Michael (on behalf of family member) | |
| L | Ellen | |
| L | Gisele (Estate) | |
| L | Catherine | |
| L | Marcy | |
| L | Lucille (Estate) | |
| L | Martha (Estate) | |
| L | Yo Soon (Estate) | |
| L | Julie | |
| L | France | |

| | |
|---|---|
| L | Lucie (Estate) |
| L | Rhona |
| L | Karry (Estate) |
| L | Carolyn |
| L | Margaret |
| L | Valerie |
| L | Kimberly |
| L | Josee |
| L | Kimberley |
| L | Laura |
| L | Joan |
| L | Ashley (Estate) |
| M | Connie |
| M | Deborah |
| M | Winnifred |

| | | | |
|---|---|---|---|
| M | Kimberly | | |
| M | Yaroslava | | |
| M | Penelope | | |
| M | Geraldine | | |
| M | Cindy | | |
| M | Lea | | |
| M | Bonnie Patricia | | |
| M | Julie (Estate) | 1 | |
| M | Kathy | | |
| M | Darlene | | |
| M | Josee Ann | | |
| M | Carol | | |
| M | Susan | | |
| M | Hilda | | |
| M | Mary-Anne (Estate) | | |
| M | Joan | | |

| | | |
|---|---|---|
| M | Patricia (Estate) | |
| M | Gladys | |
| M | Joan Constance (Estate) | |
| M | Sandra | |
| M | Pearl (Estate) | |
| M | Gail (Estate) | |
| M | Jacqueline (Estate) | |
| M | France (Estate) | |
| M | Lisa | |
| M | Sandra (Estate) | |
| M | Virginia Crankshaw (Estate) | |
| M | Salma | |
| M | Evelyn (Estate) | |
| M | Janet | |

| | | | |
|---|---|---|---|
| M | Sandra (Estate) | | |
| M | Kathryn | | |
| M | Karen | | |
| M | Nancy Jane (Estate) | | |
| M | Martine | | |
| M | Carole (Estate) | | |
| M | Joanne Beverly | | |
| M | Rose | | |
| M | Victoria (Estate) | | |
| M | Cherylanne Monica (Estate) | | |
| M | Noella (Estate) | | |
| M | Janet Agnes (Estate) | | |
| M | Alexandrina | | |
| M | Tani | | |

| | | | |
|---|---|---|---|
| M | Maria | | |
| N | Carole | | |
| N | Sandra-Faye | | |
| N | Lovejeet | | |
| N | Vivian Jane | | |
| N | Francine | | |
| O | Anne Elizabeth (Estate) | | |
| O | Lucy | | |
| P | Donna Geraldine | | |
| P | Judith Anne | | |
| P | Marie Laurendeau (Estate) | | |
| P | Denyse | | |
| P | Megan | | |
| P | Tara Ann | | |
| P | Shirley Ila (Estate) | | |
| P | Margarita (Estate) | | |

| | | | |
|---|---|---|---|
| P | Andrea | | |
| P | Christine | | |
| P | Kelley | | |
| P | Marylene (Estate) | | |
| P | Colleen | | |
| P | Tanya | | |
| P | Lorraine | | |
| P | Tausha (Estate) | | |
| P | Ora | | |
| P | Patricia (Estate) | | |
| P | Kimberley Anne | | |
| P | Jacqueline | | |
| P | Nancy | | |

| | | | |
|---|---|---|---|
| P | Kristi | | |
| Q | Susan (Estate) | | |
| R | Enza | | |
| R | Fatma | | |
| R | Annette Louise | | |
| R | Terri | | |
| R | Colleen | | |
| R | Donna | | |
| R | Stephanie | | |
| R | Mary Joan | | |
| R | Beverley | | |
| R | Dunica | | |
| R | Valerie | | |
| R | Cynthia | | |
| R | Brenda | | |
| R | Brenda Brigitte (Estate) | | |

| S | Lise (Estate) | |
| S | Nada | |
| S | Faustina (Estate) | |
| S | Shamim | |
| S | Deborah | |
| S | Lenda | |
| S | Kaitlyn | |
| S | Angela | |
| S | Jennie (Estate) | |
| S | Eelkje | |
| S | Evelyn | |
| S | Margaret (Estate) | |
| S | Maria Antonia (Estate) | |
| S | Kayla | |
| S | Dianne (Estate) | |
| S | Sushma | |

| | | |
|---|---|---|
| S | Barbara (Estate) | |
| S | Maria (Estate) | |
| S | Josephine (Estate) | |
| S | Lesley | |
| S | Yvonne Elizabeth (Estate) | |
| S | Debra Ann (Estate) | |
| S | Louise (Estate) | |
| S | Christine | |
| S | Caroline | |
| S | Simone (Estate) | |
| S | Doreen (Estate) | |
| S | Esther | |
| S | Linda | |
| S | Kathleen | |

| | | |
|---|---|---|
| S | Cheryl (Estate) | |
| S | Cheryl | |
| S | Jacqueline | |
| S | Marta | |
| S | Sylvia | |
| S | Margaret | |
| T | Judith (Estate) | |
| T | Mary Geraldine (Estate) | |
| T | Sandra (Estate) | |
| T | Mehwish (Estate) | |
| T | Hermance | |
| T | Susan | |
| T | Melissa | |
| T | Brenda | |

| | | |
|---|---|---|
| T | Louise | |
| T | Brenda | |
| T | Margaret Erica (Estate) | |
| T | Myriam | |
| T | Rosemarie | |
| T | Hilda Lorraine (Estate) | |
| T | Alberta Girard (Estate) | |
| T | Barbara (Estate) | |
| T | Jacklynn | |
| T | Joyce | |
| T | Jacinthe | |
| T | Odette (Estate) | |
| T | Cathy | |
| V | Roseline (Estate) | |

| | | |
|---|---|---|
| V | Kimberly (Estate) | |
| V | Cheryle | |
| V | Karen | |
| V | Donna Real | |
| V | Donna | |
| W | Melanie | |
| W | Ann | |
| W | Charleine (Estate) | |
| W | Jean (Estate) | |
| W | Julie | |
| W | Diane | |
| W | Renee | |
| W | Lauraine Hazel (Estate) | |
| W | Brianne | |
| W | Erynn | |
| W | Theresa | |

| | | |
|---|---|---|
| W | Carole | |
| W | June (Estate) | |
| W | Ania | |
| W | Lezley Joan (Estate) | |
| W | Tisa | |
| Y | Claudette | |
| Y | Mary Margaret Florina | |
| Y | Debra | |
| Y | Margit | |
| Y | Dorothy | |
| Z | Katrina | |
| Z | Uljana | |

| | | | |
|---|---|---|---|
| Z███████ | Ileana (Estate of) | | |
| Z███ | Norma | | |
| Z█ | Leona | | |
| Z | Helen | | |
| Z | Barbara | | |

| | |
|---|---|
| A | Marianna |
| B | Kristin |
| B | Sofia (Deceased) |
| B | Bernice |
| C | Lisa |
| C | Kimberley (deceased) |
| D | Lisa |
| D | Sandra |
| E | Katherine |

| E | Edward (Estate of Joyce Ellison) |
| F | Leila |
| F | Verona |
| H | Colleen |
| H | Cindy |
| H | Lori-Kyle |
| H | Janice (Estate of) |
| H | Dawn (Judith Morris, deceased) |
| H | Julie |
| J | Iris (Mary Jackson, deceased) |
| K | Halina (Stephen McCallum) |
| L | Colin (Jennifer Laker, deceased) |
| M | Elizabeth |
| M | Sheila |
| M | Carol |
| N | Elizabeth |

| | |
|---|---|
| O | Cynthia |
| P | Sharon |
| P | Kathy-Jo Morgan |
| P | Diane |
| Q | Rita |
| R | Cynthia |
| S | Deborah |
| S | Cindy |
| S | Lorraine (Estate of Catherine McQuillen) |
| V | Stephanie |
| Y | Audrey |
| | Chantelle (for mother) |
| J | Joanne (Giovanna) |
| C | Terri Lee |
| V | Rachel |
| F | Sherry (deceased) |
| C | Fiona |
| R | Cheryl |

| | |
|---|---|
| B | Kelly (on behalf of mother, Roseanna Yarrow) |
| P | Alison |
| T | Lucille |
| M | Tammy |
| V | Mary Jane |
| C | Marsha (Deceased) |
| K | Sharon (Deceased) |
| R | Mary (Deceased) |
| B | Kristy |
| L | Lisa |
| F | Danny (Estate of Audrey Yermus) - common law husband Executor - Helen (cousin) |
| W | Corry |
| D | Magda |
| T | Samantha |