| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**THE GARNER FIRM, LTD**<br>Melanie J. Garner, Esquire (004982004)<br>1617 John F. Kennedy Blvd., Suite 550<br>Philadelphia, PA 19103<br>Telephone:    (215) 645-5955<br>Facsimile:    (215) 645-5960<br>E-mail:    melanie@garnerltd.com<br><br>**WATERS & KRAUS LLP**<br>Leslie MacLean (*pro hac* pending)<br>3141 Hood Street, Suite 700<br>Dallas, TX 75219<br>Telephone:    (214) 357-6244<br>Facsimile:    (214) 357-7252<br>E-mail:    lmaclean@waterskaus.com<br><br>*Attorneys for Waters & Kraus LLP Claimants*<br>_____<br>In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No.:  21-30589 (MBK)<br><br>Judge: Michael B. Kaplan |

## NOTICE OF FILING REDACTED VERSION OF VERIFIED STATEMENT OF WATERS & KRAUS LLP PURSUANT TO BANKRTUPCY RULE 2019

**PLEASE TAKE NOTICE THAT**, on June 8, 2022, Waters & Kraus LLP ("WK"), by and through undersigned counsel, hereby files the *Verified Statement of Waters & Kraus LLP Pursuant to Bankruptcy Rule 2019* (the "Verified Statement").

**PLEASE TAKE FURTHER NOTICE THAT,** in accordance with the *Order Compelling Compliance with Fed. R. Bankr. P. 2019* [Docket No. 2352], attached hereto as Exhibit A is a redacted version of the Verified Statement.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

Dated: June 8, 2022

                          Respectfully submitted,

/s/ Melanie J. Garner
**THE GARNER FIRM, LTD**
Melanie J. Garner, Esquire (004982004)
1617 John F. Kennedy Blvd., Suite 550
Philadelphia, PA 19103
Telephone: (215) 645-5955
Facsimile: (215) 645-5960
E-mail: melanie@garnerltd.com

**WATERS & KRAUS LLP**
Leslie MacLean (pro hac pending)
3141 Hood Street, Suite 700
Dallas, TX 75219
Telephone: (214) 357-6244
Facsimile: (214) 357-7252
E-mail: lmaclean@waterskaus.com

*Attorneys for Waters & Kraus LLP Claimants*