| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>MARTIN BAUGHMAN, PLLC<br>Laura Baughman<br>Texas State Bar No. 00791846<br>Rachel L. Wright<br>Texas State Bar No. 24054255<br>Emily Acosta (332142021)<br>3141 Hood Street, Suite # 600<br>Dallas, Texas 75219<br>(214) 761-6614<br>(214) 744-7590 (facsimile)<br>lbaughman@martinbaughman.com<br>rwright@martinbaughman.com<br>eacosta@martinbaughman.com<br><br>and<br><br>THE GARNER FIRM, LTD<br>Melanie J. Garner, Esquire (004982004)<br>1617 John F. Kennedy Blvd., Suite 550<br>Philadelphia, PA 19103<br>Telephone: (215) 645-5955<br>Facsimile: (215) 645-5960<br>E-mail: melanie@garnerltd.com | Chapter 11<br><br>Case No.: 21-30589 (MBK)<br><br>Judge: Michael B. Kaplan |
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>                  Debtor. | |

**NOTICE OF FILING OF REDACTED VERSION OF**
**VERIFIED STATEMENT OF MARTIN BAUGHMAN, PLLC**
**<u>PURSUANT TO BANKRUPTCY RULE 2019</u>**

**PLEASE TAKE NOTICE THAT**, on June 7, 2022, Martin Baughman PLLC Claimants, by and through undersigned counsel, filed the *Verified Statement of Martin Baughman, PLLC Pursuant to Bankruptcy Rule 2019* (the "<u>Verified Statement</u>").

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

**PLEASE TAKE FURTHER NOTICE THAT**, in accordance with the *Order Compelling Compliance with Fed. R. Bankr. P. 2019* [Docket No. 2352], attached hereto as Exhibit A is a redacted version of the Verified Statement.

DATED: June 8, 2022

Respectfully submitted,

/s/ Melanie J. Garner
Melanie J. Garner, Esquire (004982004)
THE GARNER FIRM, LTD
1617 John F. Kennedy Blvd., Suite 550
Philadelphia, PA 19103
Telephone: (215) 645-5955
Facsimile: (215) 645-5960
melanie@garnerltd.com

and

MARTIN BAUGHMAN, PLLC
Laura Baughman
Texas State Bar No. 00791846
Rachel L. Wright
Texas State Bar No. 24054255
Emily Acosta (332142021)
3141 Hood Street, Suite # 600
Dallas, Texas 75219
(214) 761-6614
(214) 744-7590 (facsimile)
lbaughman@martinbaughman.com
rwright@martinbaughman.com
eacosta@martinbaughman.com

*Attorneys for Martin Baughman PLLC Claimants*