GENOVA BURNS LLC
Daniel M. Stolz
Donald W. Clarke
110 Allen Rd., Suite 304
Basking Ridge, NJ 07920
Telephone: (973) 230-2095
Fax: (973) 533-1112
Email: DStolz@genovaburns.com
      DClarke@genovaburns.com

*Local Counsel for the Official Committee of Talc Claimants*

-and-

BROWN RUDNICK LLP
Susan Sieger-Grimm, Esq.
Seven Times Square
New York, NY  10036
Telephone: (212) 209-4800
Fax: (212) 209-4801
Email:  ssieger-grimm@brownrudnick.com

One Financial Center
Boston, MA  02111
Sunni P. Beville, Esq.
Jeffrey L. Jonas, Esq.
Telephone: (617) 856-8300
Fax:  (617) 856-8201
Email: sbeville@brownrudnick.com
      jjonas@brownrudnick.com

601 Thirteenth Street NW Suite 600
Washington, DC 20005
Telephone: (202) 536-1740
Email:  egoodman@brownrudnick.com

*Co-Counsel for the Official Committee of Talc Claimants*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LTL MANAGEMENT LLC, | : | Case No. 21-30589 |
| | : | |
| Debtor. | : | |

#16564977v1 (24987.001)

## CERTIFICATION OF ERIC R. GOODMAN, ESQ.

I, Eric R. Goodman, Esq., hereby certify as follows:

1. I am an attorney with the law firm of Brown Rudnick LLP, co-counsel to the Official Committee of Talc Claimants. My office is located at 601 Thirteenth Street NW, Suite 600, Washington, DC 20005. I make this Certification in support of my application to appear in this case *pro hac vice* pursuant to Local Bankruptcy Rule 9010-1.

2. I was admitted to practice law in the State of Ohio in 2003, the State of New York in 2018, the State of Illinois in 2020, the State of Massachusetts in 2021, and the District of Columbia in 2021. I am also admitted to Practice before the United States District Court for the Southern District of New York, the Northern District of Illinois, the Eastern District of Michigan, the Western District of Pennsylvania, and the Northern and Southern Districts of Ohio.

3. I am a member in good standing of the Bar in each of the jurisdictions in which I am admitted to practice.

4. No disciplinary proceedings are pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

5. I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

6. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: June 13, 2022

    /s/ Eric R. Goodman      .
ERIC R. GOODMAN, ESQ.
Brown Rudnick LLP
601 Thirteenth Street NW Suite 600
Washington, DC 20005
Email: egoodman@brownrudnick.com

*Co-Counsel for the Official Committee of Talc Claimants*

#16564977v1 (24987.001)