**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 21-30589 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JUNE 14, 2022 AT 10:00 A.M.**

*Parties are directed to https://www.njb.uscourts.gov/LTL*
*for appearing via Court-Solutions or in-person, or observing via zoom*

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

[2] Amended agenda items appear in bold.

## STATUS CONFERENCE

1. Pursuant to the Court's May 27, 2022 order, a status conference on the case is going forward.

    **Status: This matter is going forward.**

    Response Deadline: June 10, 2022 by 5:00 p.m., prevailing Eastern Time for any party wanting to docket statements in advance of the status conference.

    Related Documents:

    A. Official Committee of Talc Claimants' Status Report Dated June 10, 2022 [Dkt. 2465].

    B. Debtor's Statement on Proposed Next Steps in Chapter 11 Case [Dkt. 2473].

    C. **Official Committee of Talc Claimants' Limited Response to Debtor's Status Report Dated June 10, 2022 [Dkt. 2488].**

## MATTERS NOT GOING FORWARD

2. Debtor's Motion for an Order Authorizing Establishment of a Qualified Settlement Fund for Payment of Talc Claims [Dkt. 8].

    **Status: This matter has been adjourned to the September 14, 2022 hearing.**

3. Debtor's Motion for an Order (A) Authorizing the Filing Under Seal of Certain Confidential Commercial Information in Connection with the Debtor's Motion for an Order Authorizing Establishment of a Qualified Settlement Fund for Payment of Talc Claims and (B) if Necessary, In Camera Hearing [Dkt. 9].

    **Status: The matter has been adjourned to the September 14, 2022 hearing.**

4. Motion for an Order Granting Relief From the Automatic Stay to Allow the NJ Coverage Action to Proceed [Dkt. 1488].

    **Status: The matter has been adjourned to the July 6, 2022 hearing.**

5. Motion for an Order (I) Confirming That the Automatic Stay Does Not Apply to the New Jersey Coverage Action Or, in the Alternative, (II) Granting Relief From the Automatic Stay to Allow the New Jersey Coverage Action to Proceed [Dkt. 1491].

    **Status: The matter has been adjourned to the July 6, 2022 hearing.**

**CONTESTED MATTERS GOING FORWARD**

6. Application of the Official Committee of Talc Claimants for Retention of Houlihan Lokey Capital, Inc. as Investment Banker Under Bankruptcy Code Section 328(a) Effective as of December 17, 2021 [Dkt. 953] (the "Houlihan Retention Application").

    **Status:  This matter is going forward.  The Court previously heard oral argument on this matter on May 24, 2022.**

    Objection Deadline:  May 17, 2022

    Related Documents:

    A. Official Committee of Talc Claimants I January 9, 2022 Letter to the Court [Dkt. 1100].

    B. Supplemental Certification of Saul R. Burian in Support of the Houlihan Retention Application [Dkt. 1110].

    C. Interim Order Authorizing the Retention of Houlihan Lokey Capital, Inc. as Investment Banker to the Official Committee of Talc Claimants I Under Bankruptcy Code Section 328(a) [Dkt. 1133].

    D. Interim Order Authorizing the Retention of Houlihan Lokey Capital, Inc. as Investment Banker to the Official Committee of Talc Claimants I Under Bankruptcy Code Section 328(a) [Dkt. 1244].

    E. Determination of Adjournment Request Granted [Dkt. 1620].

    F. Supplemental Exhibit to Houlihan Retention Application [Dkt. 2055].

    G. Determination of Adjournment Request Granted [Dkt. 2193].

    H. Official Committee of Talc Claimants May 19, 2022 Letter to the Court [Dkt. 2319].

    I. Response by the Official Talc Claimants Committee to the Debtor's Supplemental Omnibus Objection to the Retention of Houlihan Lokey Capital, Inc., FTI Consulting, Inc. and The Brattle Group, Inc. [Dkt. 2330].

    J. Second Supplemental Certification of Saul R. Burian in Further Support of the Houlihan Retention Application and in Response to the Debtor's Supplemental Omnibus Objection Thereto [Dkt. 2332].

    K. Statement of Fee Examiner in Connection With the Second Supplemental Certification of Saul E. Burian in Further Support of Retention of Houlihan Lokey Capital, Inc. as Investment Banker to the Official Committee of Talc Claimants

-3-

and in Response to the Debtor's Supplemental Omnibus Objection Thereto [Dkt. 2393].

L. Third Supplemental Certification of Saul R. Burian in Further Support of Houlihan Retention Application [Dkt. 2426].

Objections Received:

M. Debtor's Omnibus Objection to Application of the Official Committee of Talc Claimants for Retention of Houlihan Lokey Capital, Inc. as Investment Banker Under Bankruptcy Code Section 328(a) Effective as of December 17, 2021 and Application for Retention of FTI Consulting, Inc. as Financial Advisor for the Official Committee of Talc Claimants Effective December 13, 2021 [Dkt. 1087].

N. Debtor's Supplemental Omnibus Objection to Applications of the Official Committee of Talc Claimants to Retain (I) Houlihan Lokey Capital, Inc. as Investment Banker, (II) FTI Consulting, Inc. as Financial Advisor and (III) The Brattle Group, Inc. as Talc Consultants [Dkt. 2313].

O. **Objection of the United States Trustee to the Official Committee of Talc Claimant's Application for Retention of Houlihan Lokey Capital, Inc. as Investment Banker Under Bankruptcy Code Section 328(a) Effective as of December 17, 2021 [Dkt. 2493].**

7. Debtor's Application for Retention of Hogan Lovells US LLP as Special Counsel [Dkt. 2240].

   **Status:  This matter is going forward.**

   Objection Deadline: May 20, 2022

   Related Documents:

   A. Reply in Support of Debtor's Application for Retention of Hogan Lovells US LLP, Effective as of April 4, 2022 [Dkt. **2476**].

   Objections Received:

   B. Objection of the United States Trustee to Debtor's Application for Retention of Hogan Lovells US LLP as Special Counsel, Effective as of April 4, 2022 [Dkt. 2324].

8. Debtor's Motion for an Order Authorizing it to Enter into Expense Reimbursement Agreement With Ad Hoc Committee of State Attorneys General [Dkt. 2338].

   **Status:  This matter is going forward.**

   Objection Deadline:  June 7, 2022

-4-

<div style="margin-left: 2em;">

Related Documents:

</div>

    A.    Ad Hoc Committee of States Holding Consumer Protection Claims' Response in Support of Debtor's Motion for an Order Authorizing it to Enter into Expense Reimbursement Agreement With Ad Hoc Committee of State Attorneys General [Dkt. 2467].

    B.    Debtor's Reply in Support of Motion for an Order Authorizing it to Enter into Expense Reimbursement Agreement With Ad Hoc Committee of State Attorneys General [Dkt. 2471].

Objections Received:

    C.    United States Trustee's Objection to Debtor's Motion for an Order Authorizing It to Enter Into Expense Reimbursement Agreement With Ad Hoc Committee of State Attorney General [Dkt. 2427].

9.    Motion by Movant Anthony Hernandez Valadez for an Order Granting Relief From the Preliminary Injunction to Allow Him to File His Asbestos Personal-Injury Action in California State Court, or, in the Alternative, (II) Conduct Discovery, and (III) Waiving the Fourteen Day Stay Under Federal Rule of Bankruptcy Procedure 4001(a)(3) [Dkt. 2348].

**Status:  This matter is going forward.**

Objection Deadline:  June 7, 2022

Related Documents:

    A.    Maune Raichle Hartley French & Mudd LLC's Joinder in Support of Motions by Anthony Hernandez Valdez and Audra Johnson for an Order Granting Relief from the Preliminary Injunction [Dkts. 2466**, 2484**] (the "Maune Joinder").

    B.    Movant's Reply to Debtor's Omnibus Objection [Dkt. 2469].

Objections Received:

    C.    Debtor's Omnibus Objection to Anthony Hernandez Valadez's and Audra Johnson's Motions Seeking Relief From the Preliminary Injunction and Certain Related Relief [Dkt. 2429] (the "Debtor's Omnibus Objection").

10.    Motion by Movant Audra Johnson for an Order Granting Relief From the Preliminary Injunction to Allow Her to File an Asbestos Personal-Injury Action in California State Court, or, in the Alternative, (II) Conduct Discovery, and (III) Waiving the Fourteen Day Stay Under Federal Rule of Bankruptcy Procedure 4001(a)(3) [Dkt. 2349].

**Status:  This matter is going forward.**

Objection Deadline:  June 7, 2022

Related Documents:

A.  The Maune Joinder.

B.  Movant's Reply to Debtor's Omnibus Objection [Dkt. 2470].

Objections Received:

C.  The Debtor's Omnibus Objection.

### INTERIM FEE APPLICATIONS GOING FORWARD

The following **uncontested** interim applications for compensation and reimbursement of expenses are going forward:

11. AlixPartners, LLP [Dkt. 1771].

    Objection Deadline:  June 7, 2022.

    Related Documents:

    A.  Fee Examiner's Consolidated Final Report Pertaining to the Interim Fee Applications of Retained Professionals for the Period From October 14, 2021 Through January 31, 2022 [Dkt. 2385] (the "Fee Examiner Final Report").

    Objections Received:  None.

12. Bailey Glasser LLP [Dkt. 1757].

    Objection Deadline:  June 7, 2022.

    Related Documents:

    A.  The Fee Examiner Final Report.

    B.  Debtor's Statement Regarding Interim Fee Applications Filed by Professionals for the Official Committee of Talc Claimants, the Official Committee of Talc Claimants I and the Official Committee of Talc Claimants II [Dkt. 2432] (the "Debtor's Statement").

    Objections Received:  None.

13. Bates White, LLC [Dkt. 1778].

    Objection Deadline:  June 7, 2022.

Case 21-30589-MBK    Doc 2494    Filed 06/13/22    Entered 06/13/22 17:09:49    Desc Main
Document    Page 7 of 11

-7-

Related Documents:

    A.    The Fee Examiner Final Report.

Objections Received: None.

14. Blake, Cassels & Graydon LLP [Dkt. 1777].

    Objection Deadline: June 7, 2022.

    Related Documents:

    A.    The Fee Examiner Final Report.

    Objections Received: None.

15. FTI Consulting, Inc. [Dkt. 1755].

    Objection Deadline: June 7, 2022.

    Related Documents:

    A.    The Fee Examiner Final Report.

    Objections Received: None.

16. Genova Burns LLC [Dkt. 1758].

    Objection Deadline: June 7, 2022.

    Related Documents:

    A.    The Fee Examiner Final Report.

    B.    The Debtor's Statement.

    Objections Received: None.

17. Houlihan Lokey Capital, Inc. [Dkt. 1764].

    Objection Deadline: June 7, 2022.

    Related Documents:

    A.    The Fee Examiner Final Report.

    B.    The Debtor's Statement.

    Objections Received: None.

-7-
NAI-1531406043

-8-

18. King & Spalding LLP [Dkt. 1753].

   Objection Deadline:  June 7, 2022.

   Related Documents:

   A.   The Fee Examiner Final Report.

   Objections Received:  None.

19. Massey & Gail [Dkt. 1776].

   Objection Deadline:  June 7, 2022.

   Related Documents:

   A.   The Fee Examiner Final Report.

   B.   The Debtor's Statement.

   Objections Received:  None.

20. McCarter & English, LLP [Dkt. 1728].

   Objection Deadline:  June 7, 2022.

   Related Documents:

   A.   The Fee Examiner Final Report.

   Objections Received:  None.

21. Otterbourg P.C. [Dkt. 1763].

   Objection Deadline:  June 7, 2022.

   Related Documents:

   A.   The Fee Examiner Final Report.

   B.   The Debtor's Statement.

   Objections Received:  None.

22. Parkins & Rubio LLP [Dkt. 1762].

   Objection Deadline:  June 7, 2022.

    Related Documents:

    A.    The Fee Examiner Final Report.

    B.    The Debtor's Statement.

    Objections Received:  None.

23.    Sherman, Silverstein, Kohl, Rose & Podolsky, P.A. [Dkt. 1756].

    Objection Deadline: June 7, 2022.

    Related Documents:

    A.    The Fee Examiner Final Report.

    B.    The Debtor's Statement.

    Objections Received:  None.

24.    Skadden, Arps, Slate, Meagher & Flom LLP [Dkt. 1779].

    Objection Deadline: June 7, 2022.

    Related Documents:

    A.    The Fee Examiner Final Report.

    Objections Received:  None.

25.    Waldrep Wall Babcock & Bailey PLLC [Dkt. 1754].

    Objection Deadline: June 7, 2022.

    Related Documents:

    A.    The Fee Examiner Final Report.

    B.    The Debtor's Statement.

    Objections Received:  None.

26.    Weil, Gotshal & Manges LLP [Dkt. 1870].

    Objection Deadline: June 7, 2022.

    Related Documents:

    A.    The Fee Examiner Final Report.

<u>Objections Received</u>:  None.

27.   Wollmuth Maher & Deutsch LLP [Dkt. 1769].

<u>Objection Deadline</u>:  June 7, 2022.

<u>Related Documents</u>:

A.   The Fee Examiner Final Report.

<u>Objections Received</u>:  None.

## INTERIM FEE APPLICATIONS NOT GOING FORWARD

The following interim applications for compensation and reimbursement of expenses have been adjourned to July 6, 2022:

28.   Brown Rudnick LLP [Dkt. 1761].

29.   Cooley LLP [Dkt. 1767].

30.   Miller Thomson LLP [Dkt. 2233].

31.   Rayburn Cooper & Durham, P.A. [Dkt. 1748].

-10-

| | |
|---|---|
| Dated: June 13, 2022 | **WOLLMUTH MAHER & DEUTSCH LLP**<br><br>*/s/ Paul R. DeFilippo*<br>Paul R. DeFilippo, Esq.<br>James N. Lawlor, Esq.<br>Joseph F. Pacelli, Esq. (*pro hac vice*)<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>Facsimile: (212) 382-0050<br>pdefilippo@wmd-law.com<br>jlawlor@wmd-law.com<br>jpacelli@wmd-law.com<br><br>**JONES DAY**<br>Gregory M. Gordon, Esq.<br>Brad B. Erens, Esq.<br>Dan B. Prieto, Esq.<br>Amanda Rush, Esq.<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>gmgordon@jonesday.com<br>bberens@jonesday.com<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br>(Admitted *pro hac vice*)<br><br>*ATTORNEYS FOR DEBTOR* |

NAI-1531406043