**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC, | Case No. 21- 30589 |
| Debtor. | Honorable Michael B. Kaplan |

**MONTHLY FEE STATEMENT OF RANDI S. ELLIS,**
**LEGAL REPRESENTATIVE FOR FUTURE TALC CLAIMANTS,**
**FOR THE PERIOD MAY 1, 2022 THROUGH MAY 31, 2022**

Randi S. Ellis, Legal Representative for Future Talc Claimants ("FTCR") submits this Monthly Fee Statement for Services Rendered and Expenses Incurred as Legal Representative for Future Talc Claimants (the "Statement") for the period commencing May 1, 2022 and ending May 31, 2022 (the "Statement Period"), pursuant to the Order Establishing Procedures for the Allowance of Interim Compensation and Reimbursement of Expenses of Retained Professionals [Dkt. No. 761] and the Modified Order Establishing Procedures for the Allowance of Interim Compensation and Reimbursement of Expenses of Retained Professionals [Dkt. No. 870] (collectively, the "Interim Compensation Order"). The date of the Order Appointing Randi S. Ellis as FTCR is March 18, 2022 [Dkt. No. 1786], effective as of March 8, 2022 (the "Appointment Order"). Paragraph 4 of the Appointment Order, which is annexed as Exhibit "A", permits payment of compensation to the FTCR incurred on or after March 8, 2022. *See* Exhibit A.

The billing invoice for the Statement Period is annexed hereto as Exhibit "B". This invoice details the services performed. A detailed breakdown of all out-of-pocket disbursements necessarily incurred by the FTCR is included in the invoice annexed as Exhibit "B". The fees and expense reimbursement sought in the within Statement Period is as follows:

| Fees | Less 20% Holdback | Fee Payment Requested | Expense Reimbursement (100%) |
|---|---|---|---|
| $150,432.50 | $30,086.50 | $120,346.00 | $3,074.24 |

WHEREFORE, the FTCR respectfully requests the interim payment of fees for this Statement Period in the sum $120,346.00 (representing the amount of fees after a 20% holdback), together with expenses of $3,074.24 for a total requested interim payment of $123,420.24, in accordance with the terms of the Interim Compensation Order.

I certify under penalty of perjury that the foregoing is true correct.

Executed: June 14, 2022                                    Respectfully submitted,

                                                           *s/Randi S. Ellis*
                                                           Randi S. Ellis

                                                           *Legal Representative for Future Talc Claimants*