# **EXHIBIT B**

Time and Expense Invoice

# RANDI ELLIS, LLC
## ATTORNEY AT LAW*
(A LIMITED LIABILITY COMPANY)

EMAIL: RANDI@RANDIELLIS.COM      *LICENSED IN LOUISIANA AND TEXAS

United States Bankruptcy Court  
District of New Jersey  
402 East State Street  
Trenton, NJ 08608

June 14, 2022  
Client: 001000  
Matter: 000001  
Invoice #: 8  
Resp. Atty: LMW  
Page: 1

RE: In Re: LTL Management, LLC  
    Case No.: 21-30589  
    Judge: Michael B. Kaplan  
    Chapter: 11

For Professional Services Rendered Through May 31, 2022

**SERVICES**

| Date | TMK | Task | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/1/2022 | RE | B200 | Review and analyze filings from 4/28 and 4/29 (1.2); Prepare for hearing with Judge Kaplan regarding discovery requests sent to Debtor (.3). | 1.5 | $950.00 | $1,425.00 |
| 5/2/2022 | RE | B200 | Zoom call with potential experts to discuss conflicts, timeline, scope of work (.6); Follow up emails regarding same (.3); Attending Court call regarding debtor's answers to discovery (.5). | 1.4 | $950.00 | $1,330.00 |
| 5/2/2022 | RE | B195 | Travel Houston to Philadelphia to attend meeting with mediators and attending 5/4/2022 Court Hearing. | 7.0 | $475.00 | $3,325.00 |
| 5/3/2022 | RE | B200 | Meeting with mediators (4.0); Follow up communications with potential experts (.5); Review of filings in preparation for May 4 hearing (2.8). | 7.3 | $950.00 | $6,935.00 |
| 5/4/2022 | RE | B140 | Attending May 4, 2022 Omnibus Hearing (5.0); Meeting with mediators before the hearing (1.5); Meeting with counsel after the hearing to discuss pending matters and mediation strategy (3.2). | 9.7 | $950.00 | $9,215.00 |
| 5/5/2022 | RE | B200 | Meetings with counsel to discuss and interview potential experts and strategy for mediation (5.3); Review of additional materials from potential expert and additional due diligence regarding same (2.2). | 7.5 | $950.00 | $7,125.00 |

June 14, 2022
Client:         001000
Matter:         000001
Invoice #:           8
Resp. Atty:        LMW
Page:                2

**SERVICES**

| Date | TMK | Task | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/6/2022 | RE | B200 | Preparing for and attending Zoom with potential expert (2.5); Review of reports and filings in preparation for mediation set for next week (1.6); Communications with mediators (.4). | 4.5 | $950.00 | $4,275.00 |
| 5/8/2022 | RE | B200 | Preparing for mediation, review of facts and findings, pending motions, court rulings, and filed reports (4.3). | 4.3 | $950.00 | $4,085.00 |
| 5/9/2022 | RE | B200 | Communications with potential experts and additional due diligence regarding same (1.5); Preparing for mediation (2.0); Meeting with counsel before attending mediation (1.3); Attending mediation (5.0). | 9.8 | $950.00 | $9,310.00 |
| 5/10/2022 | RE | B200 | Preparing for mediation (1.5); Attending mediation (7.0); Meeting with counsel after mediation (4.0). | 12.5 | $950.00 | $11,875.00 |
| 5/11/2022 | RE | B200 | Attending mediation (9.0) and Meeting with counsel before and after mediation (2.5). | 11.5 | $950.00 | $10,925.00 |
| 5/12/2022 | RE | B195 | Travel Time return home from mediation. | 6.0 | $475.00 | $2,850.00 |
| 5/12/2022 | RE | B200 | Correspondences with counsel regarding experts (.4); Communications with mediators (.5). | 0.9 | $950.00 | $855.00 |
| 5/13/2022 | RE | B200 | Communications with mediators (.6); Research and review of filings regarding plan proposals, strategy and review of facts (2.5). | 3.1 | $950.00 | $2,945.00 |
| 5/14/2022 | RE | B200 | Review correspondences with potential expert (.3); Research trust plans and FCR duties (2.5). | 2.8 | $950.00 | $2,660.00 |
| 5/14/2022 | RE | B200 | Research regarding future claims modeling estimating aggregate liabilities. | 2.8 | $950.00 | $2,660.00 |
| 5/16/2022 | RE | B200 | Review of certifications filed regarding monthly statement (.2); Review of Amended Order Establishing Mediation Protocol (.2); Communications with mediators and counsel in preparation of mediation set for May 23 (.4); Review of case facts and strategize same (1.5). | 2.3 | $950.00 | $2,185.00 |
| 5/17/2022 | RE | B200 | Review of draft certification for retention of expert (.3); Review of prior bankruptcy trust agreements and TDPs and communications with counsel regarding same (2.3); Review of pleadings filed by US Trustee to Compel Compliance with Rule 2019; Responses to same by AWOK and Arnold & Itkin (.5); Communications with counsel regarding next steps (.3). | 3.4 | $950.00 | $3,230.00 |

Case 21-30589-MBK    Doc 2497-3    Filed 06/14/22    Entered 06/14/22 15:01:39    Desc
Exhibit B - Time and Expense Invoice    Page 4 of 7

June 14, 2022
Client: 001000
Matter: 000001
Invoice #: 8
Resp. Atty: LMW
Page: 3

**SERVICES**

| Date | TMK | Task | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/18/2022 | RE | B200 | Review of revised versions of certification documents and exhibits (.5); Review of public trust agreements and TDP from prior bankruptcies (1.8). | 2.3 | $950.00 | $2,185.00 |
| 5/19/2022 | RE | B200 | Attending zoom call with TCC and counsel (.8); Review of draft correspondence, revisions, and filings regarding potential expert (.6). | 1.4 | $950.00 | $1,330.00 |
| 5/19/2022 | RE | B200 | Review of revisions of retention application and certification (.4); Review of EFC No. 2319 Letter to J. Kaplan and exhibits regarding retained professionals (.2); Communications with counsel regarding strategy (.3). | 0.9 | $950.00 | $855.00 |
| 5/20/2022 | RE | B200 | Final review of executed documents and proposed order regarding certification in support of retention application and communications with counsel (.8); Review of ECF 2324 Trustee's Objection to Debtor's Retention of Special Counsel (.3); Review of filings regarding debtor's objection to motion to compel Rule 2019 (.2). | 1.3 | $950.00 | $1,235.00 |
| 5/21/2022 | RE | B200 | Review of agenda and pleadings to prepare for May 24 court hearings. | 2.2 | $950.00 | $2,090.00 |
| 5/22/2022 | RE | B195 | Travel Time from Houston to attend mediation in Trenton on May 23, 2022. | 7.0 | $475.00 | $3,325.00 |
| 5/22/2022 | RE | B200 | Meeting with counsel to prepare for mediation and hearings. | 3.5 | $950.00 | $3,325.00 |
| 5/23/2022 | RE | B200 | Meeting with counsel (.6); Attending mediation in Trenton (7.0); Meeting with mediators (1.5). | 9.1 | $950.00 | $8,645.00 |
| 5/24/2022 | RE | B140 | Attending May 24, 2022 Court hearing (3.0); Meeting with mediators and counsel (.5); Meeting with counsel to strategize and review facts (2.3). | 5.8 | $950.00 | $5,510.00 |
| 5/24/2022 | RE | B195 | Travel Time return from attending court hearing to Houston. | 6.5 | $475.00 | $3,087.50 |
| 5/25/2022 | RE | B200 | Communications with counsel regarding filings for retention of expert (.7); Communications with potential expert regarding review facts and data (1.3); Review of filings regarding expert (.4); Communications with mediators regarding next steps (.3); Review of article regarding bankruptcy process with respect to mass torts and analyze same (1.5). | 4.2 | $950.00 | $3,990.00 |

June 14, 2022
Client:         001000
Matter:         000001
Invoice #:           8
Resp. Atty:        LMW
Page:                4

## SERVICES

| Date | TMK | Task | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/26/2022 | RE | B200 | Communications with counsel regarding expert (1.4); Review of filings for expert (.4); Analyze FCR articles regarding due process and mass torts (1.8); Communications with expert regarding facts and status of retention (.5); Review of proposed agreement (.2). | 4.3 | $950.00 | $4,085.00 |
| 5/27/2022 | RE | B200 | Communications with counsel regarding potential experts (1.5); Communications with potential experts (1.8); Research on conflicts and objections in bankruptcy court (2.5). | 5.8 | $950.00 | $5,510.00 |
| 5/28/2022 | RE | B200 | Research and communications with potential experts (3.8); Communications with counsel regarding potential experts (.5); Communications with mediators regarding update and next steps (.6). | 4.9 | $950.00 | $4,655.00 |
| 5/29/2022 | RE | B200 | Communications with counsel regarding potential experts, setting meetings (.4); Research regarding future claims forecasting and reports (1.5); Due diligence regarding FCR duties and strategy for next steps (2.8). | 4.7 | $950.00 | $4,465.00 |
| 5/30/2022 | RE | B200 | Research and review of prior bankruptcy trust agreements and TDPs (3.5); Analyze facts (1.5). | 5.0 | $950.00 | $4,750.00 |
| 5/31/2022 | RE | B200 | Communications with counsel regarding potential experts (.6); Preparing for call with potential experts (.3); Attending zoom call with potential experts and counsel (.5); Call with counsel regarding potential experts (1.0); Communications with potential experts (1.4); Communications with other experts regarding potential experts (.6). | 4.4 | $950.00 | $4,180.00 |
| | | | Total Professional Services | 171.6 | | $150,432.50 |

## PERSON RECAP

| Person | | Hours | Rate | Amount |
|---|---|---|---|---|
| RE | Randi Ellis | 26.5 | $475.00 | $12,587.50 |
| RE | Randi Ellis | 145.1 | $950.00 | $137,845.00 |

## EXPENSES

| Date | Task | Description of Expenses | Amount |
|---|---|---|---|
| 5/5/2022 | E100 - E110 | Randi S. Ellis- Airfare - May 2, 2022 and May 12, 2022 to attend May 4 hearing and May 9-11 Mediation Sessions NYC | $884.20 |

June 14, 2022
Client:  001000
Matter:  000001
Invoice #:  8
Resp. Atty:  LMW
Page:  5

**EXPENSES**

| Date | Task | Description of Expenses | Amount |
|---|---|---|---:|
| 5/5/2022 | E100 - E110 | Randi S. Ellis- Uber - Newark to NYC for meditations | $59.88 |
| 5/12/2022 | E100 - E110 | Randi S. Ellis- Uber - NYC hotel to Newark airport return after Mediations May 9-11, 2022 | $94.92 |
| 5/18/2022 | E100 - E110 | Randi S. Ellis- Airfare - Houston to Newark 05/22-24/2022 | $567.20 |
| 5/22/2022 | E100 - E110 | Randi S. Ellis- Alto - Transportation to Airport for May 23 mediation and May 24 hearing in Trenton, NJ | $98.24 |
| 5/22/2022 | E100 - E110 | Randi S. Ellis- Hotel - 05/22 -05/24/2022 | $539.21 |
| 5/24/2022 | E100 - E110 | Randi S. Ellis- Alto - Transportation Return from Mediation and Hearing | $113.39 |
| 5/25/2022 | E100 - E110 | Randi S. Ellis- Airfare - Houston to Newark 06/13-14/2022 | $717.20 |

|  |  |
|---|---:|
| Total Expenses | $3,074.24 |
| Total Services | $150,432.50 |
| Total Disbursements | $3,074.24 |
| Total Current Charges | $153,506.74 |
| Previous Balance | $230,254.92 |
| *Less Payments* | *($185,006.42)* |
| **PAY THIS AMOUNT** | **$198,755.24** |

*Due Upon Receipt. Please include the invoice number on all remittance. Thank you.*

Case 21-30589-MBK    Doc 2497-3    Filed 06/14/22    Entered 06/14/22 15:01:39    Desc
Exhibit B - Time and Expense Invoice    Page 7 of 7

June 14, 2022
Client:         001000
Matter:         000001
Invoice #:           8
Resp. Atty:        LMW
Page:                6

**TASK RECAP**

**Services**

| Category | Hours | Amount |
|---|---:|---:|
| B140 | 15.50 | $14,725.00 |
| B195 | 26.50 | $12,587.50 |
| B200 | 129.60 | $123,120.00 |
| | 171.60 | $150,432.50 |

**Disbursements**

| Category | Amount |
|---|---:|
| E100 - E110 | $3,074.24 |
| | $0.00 |
| | $0.00 |
| | $3,074.24 |