# Exhibit "A"



308 Harper Drive, Suite 200
Moorestown, NJ 08057
Telephone: 856.662.0700

LTL Management LLC

06/13/2022
Account No: 32682-101
Invoice No: 6

PLEASE WRITE YOUR ACCOUNT NUMBER ON CHECK

Committee Representation - Local Counsel
OUR FILE NO: 32682.101/AJA

| Date | | | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| 05/02/2022 | RS | B110 | A111 | correspondence with BMC re service of Cooley fee statement and related certificate of service | 550.00 | 0.40 | 220.00 |
| | RS | B110 | A111 | review COS for Cooley fee statement and coordinate filing | 550.00 | 0.30 | 165.00 |
| 05/05/2022 | RS | B160 | A111 | review docket, finalize certification of no objection re Sherman Silverstein March 2022 fee statement; coordinate filing | 550.00 | 0.20 | 110.00 |
| | RS | B160 | A111 | correspondence with I. Perez re certification of no objection re March 2022 fee statement | 550.00 | 0.10 | 55.00 |
| 05/11/2022 | RS | B110 | A111 | correspondence with BMC re invoice for April service items | 550.00 | 0.10 | 55.00 |
| 05/12/2022 | RS | B110 | A111 | correspondence with AJA and BMC re invoice for April service items | 550.00 | 0.20 | 110.00 |
| 05/16/2022 | RS | B160 | A111 | Begin review and analysis of initial report provided by Fee Examiner | 550.00 | 0.80 | 440.00 |
| 05/17/2022 | RS | B160 | A111 | confer with AJA re Fee Examiner preliminary report | 550.00 | 0.20 | 110.00 |
| | RS | B160 | A111 | correspondence with A. Cummings re conference call to discuss Preliminary Report | 550.00 | 0.10 | 55.00 |
| | RS | B160 | A111 | review and analyze Fee Examiner initial report and fee application; draft and revise response | 550.00 | 3.20 | 1,760.00 |

SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.

LTL Management LLC

(CONTINUED)
06/13/2022
Account No: 32682-101
Invoice No: 6

Committee Representation - Local Counsel
OUR FILE NO: 32682.101/AJA

| Date | TK | | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---:|---:|---:|
| 05/18/2022 | RS | B160 | A111 | confer with AJA re fee examiner letter | 550.00 | 0.30 | 165.00 |
| | RS | B160 | A111 | correspondence with A. Cummings re call with Fee Examiner | 550.00 | 0.20 | 110.00 |
| | RS | B160 | A111 | draft and revise letter to Fee Examiner re Preliminary Report | 550.00 | 1.10 | 605.00 |
| | AJA | B160 | A111 | Review issues re: applications and Fee Examiner report | 800.00 | 0.30 | 240.00 |
| 05/19/2022 | RS | B160 | A111 | finalize Sherman Silverstein monthly fee statement and coordinate filing | 550.00 | 0.20 | 110.00 |
| | RS | B160 | A111 | correspondence with I. Perez and Fee Examiner re Sherman Silverstein monthly fee statement | 550.00 | 0.10 | 55.00 |
| | RS | B110 | A111 | correspondence with BMC re service of monthly fee statement | 550.00 | 0.30 | 165.00 |
| 05/20/2022 | RS | B110 | A111 | correspondence with BMC re COS for service of fee statement | 550.00 | 0.10 | 55.00 |
| | RS | B110 | A111 | review COS re Sherman Silverstein fee statement and coordinate filing | 550.00 | 0.20 | 110.00 |
| 05/23/2022 | RS | B160 | A111 | Zoom call with Fee Examiner; confer with AJA re same | 550.00 | 0.40 | 220.00 |
| | RS | B160 | A111 | review report and response in preparation of call with Fee Examiner | 550.00 | 0.30 | 165.00 |
| | RS | B160 | A111 | correspondence with Fee Examiner confirming resolution | 550.00 | 0.10 | 55.00 |
| | AJA | B160 | A111 | Other; Conference call w/fee examiner and decision Re: settlement | 800.00 | 0.40 | 320.00 |
| 05/31/2022 | RS | B160 | A111 | review Fee Examiner's final report | 550.00 | 0.20 | 110.00 |
| | | | | **FOR CURRENT SERVICES RENDERED** | | 9.80 | 5,565.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---:|---:|---:|
| Arthur J. Abramowitz | 0.70 | $800.00 | $560.00 |
| Ross Switkes | 9.10 | 550.00 | 5,005.00 |