**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | **BROWN RUDNICK LLP** |
| | David J. Molton, Esq. |
| **GENOVA BURNS LLC** | Robert J. Stark, Esq. |
| Daniel M. Stolz, Esq. | Michael S. Winograd, Esq. |
| Donald W. Clarke, Esq. | dmolton@brownrudnick.com |
| Matthew I.W. Baker, Esq. | rstark@brownrudnick.com |
| dstolz@genovaburns.com | mwinograd@brownrudnick.com |
| dclarke@genovaburns.com | Seven Times Square |
| mbaker@genovaburns.com | New York, NY 10036 |
| 110 Allen Road, Suite 304 | Tel: (212) 209-4800 |
| Basking Ridge, NJ 07920 | Fax: (212) 209-4801 |
| Tel: (973) 467-2700 | |
| Fax: (973) 467-8126 | and |
| *Local Counsel for the* | |
| *Official Committee of Talc Claimants* | Jeffrey L. Jonas, Esq. |
| | Sunni P. Beville, Esq. |
| | jjonas@brownrudnick.com |
| | sbeville@brownrudnick.com |
| | One Financial Center |
| | Boston, MA 02111 |
| | Tel: (617) 856-8200 |
| | Fax: (617) 856-8201 |
| | *Co-Counsel for the* |
| | *Official Committee of Talc Claimants* |
| **BAILEY GLASSER LLP** | **OTTERBOURG PC** |
| Brian A. Glasser, Esq. | Melanie L. Cyganowski, Esq. |
| Thomas B. Bennett, Esq. | Adam C. Silverstein, Esq. |
| Kevin W. Barrett, Esq. | Jennifer S. Feeney, Esq. |
| Maggie B. Burrus, Esq. | mcyganowski@otterbourg.com |
| bglasser@baileyglasser.com | asilverstein@otterbourg.com |
| tbennett@baileyglasser.com | jfeeney@otterbourg.com |
| kbarrett@baileyglasser.com | 230 Park Avenue |
| mburrus@baileyglasser.com | New York, NY 10169 |
| 1055 Thomas Jefferson St. NW, Suite 540 | Tel: (212) 905-3628 |
| Washington, DC 20007 | Fax: (212) 682-6104 |
| Tel: (202) 463-2101 | *Co-Counsel for the* |
| Fax: (202) 463-2103 | *Official Committee of Talc Claimants* |
| *Co-Counsel for the* | |
| *Official Committee of Talc Claimants* | |

| | |
|---|---|
| **PARKINS LEE & RUBIO LLP**<br>Lenard M. Parkins, Esq.<br>Charles M. Rubio, Esq.<br>lparkins@parkinslee.com<br>crubio@parkinslee.com<br>Pennzoil Place<br>700 Milan St., Suite 1300<br>Houston, TX 77002<br>Tel: (713) 715-1666<br>*Special Counsel for the*<br>*Official Committee of Talc Claimants* | **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>Rachel S. Morse, Esq.<br>jmassey@masseygail.com<br>rmorse@masseygail.com<br>100 Main Ave. SW, Suite 450<br>Washington, DC  20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>*Special Counsel for the*<br>*Official Committee of Talc Claimants* |
| In Re:<br><br>**LTL MANAGEMENT, LLC,**[1]<br><br>Debtor. | Chapter 11<br><br>Case No.: 21-30589 (MBK)<br><br>Honorable Michael B. Kaplan |

## MODIFIED LOCAL FORM CERTIFICATION OF NO OBJECTION REGARDING MONTHLY FEE STATEMENT OF MASSEY & GAIL LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF TALC CLAIMANTS, FOR THE PERIOD OF APRIL 1, 2022 THROUGH APRIL 30, 2022, DOCUMENT NO. 2378

The Court authorized, under D.N.J. LBR 2016-3(a), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professionals* [Dkt. No. 761] and *Order Modifying Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professionals* [Dkt. No. 870] (Dkt. Nos. 761 and 870 together, the "Interim Compensation Procedures Order"), compensation to professionals monthly.  Under the Interim Compensation Procedures Order, objections to the April Monthly Fee Statement filed and served on May 31, 2022 [Dkt. No. 2378], were to be filed and served not later than June 15, 2022.

I, Daniel M. Stolz, Esq., certify that, as of June 15, 2022, I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the above Monthly

---

[1]  The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

Fee Statement has been filed.  Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of this Certification.

Date: June 15, 2022                                    Respectfully submitted,


                                                       */s/  Daniel M. Stolz*
                                                       Daniel M. Stolz