| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Jeffrey Traurig<br>**TRAURIG LAW LLC**<br>One University Plaza, Suite 124<br>Hackensack, NJ  07601<br>Tel: (646) 974-8650<br>E-mail:  jtraurig@trauriglaw.com<br>*Local Counsel to the Fee Examiner* | **Order Filed on June 15, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Robert J. Keach, Esq. (admitted *pro hac vice*)<br>**BERNSTEIN SHUR SAWYER & NELSON, P.A.**<br>100 Middle Street<br>Portland, ME  04104<br>Tel: (207) 774-1200<br>Fax: (207) 774-1127<br>E-Mail: rkeach@bernsteinshur.com<br>*Fee Examiner*<br><br>**BERNSTEIN SHUR SAWYER & NELSON, P.A.**<br>Letson Douglass Boots, Esq. (admitted *pro hac vice*)<br>100 Middle Street<br>Portland, ME  04104<br>Tel: (207) 774-1200<br>Fax: (207) 774-1127<br>E-Mail: lboots@bernsteinshur.com<br>*Counsel to the Fee Examiner* |
| In Re:<br><br>LTL MANAGEMENT LLC,<br><br>                                Debtor | Case No.:    21-30589 (MBK)<br><br>Judge:         Michael B. Kaplan<br><br>Chapter 11 |

**ORDER ALLOWING INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSENT OF EXPENSES OF THE RETAINED PROFESSIONALS FOR <u>THE PERIOD FROM OCTOBER 14, 2021 THROUGH JANUARY 31, 2022</u>**

     The relief set forth on the following pages(s), number two (2) through three (3), is hereby **ORDERED**.

**DATED: June 15, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

LTL MANAGEMENT LLC

Chapter 11, Case No. : 21-30589 (MBK)

**Order Granting Interim Compensation for Retained Professionals**

Upon the interim fee applications (the "<u>Interim Applications</u>") of the professionals retained in the above-captioned Debtor's chapter 11 case and listed on **Exhibit A** hereto (collectively, the "<u>Retained Professionals</u>" and each a "<u>Retained Professional</u>"), and this Court having previously authorized the employment of the Retained Professionals in the Debtor's case; and it appearing that all of the requirements of sections 327, 328, 330, and 331 of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and the local rules of this Court have been satisfied; and it further appearing that the fees and expenses incurred were reasonable and necessary; and proper and adequate notice of the Interim Applications has been given and that no other or further notice is necessary; and no objections or other responses having been filed with regard to the Interim Applications; and in consideration of the various recommendations of the fee examiner, Robert J. Keach (the "<u>Fee Examiner</u>") with respect to the Interim Applications as set forth in the *Fee Examiner's Consolidated Final Report Pertaining to the Interim Fee Applications of Retained Professionals for the Period From October 14, 2021 through January 31, 2022* [Docket No. 2385] (the "<u>Consolidated Report</u>"); and the Court having considered the Interim Applications of the Retained Professionals and the Consolidated Report, and good and sufficient cause appearing therefore, accordingly,

**IT IS HEREBY ORDERED THAT:**

1. The Interim Applications are hereby approved in the amounts set forth on **Exhibit A** attached to this Order.

(Page 3)

LTL MANAGEMENT LLC

Chapter 11, Case No. : 21-30589 (MBK)

**Order Granting Interim Compensation for Retained Professionals**

2. The Retained Professionals are hereby granted allowance of compensation and reimbursement of expenses in the amounts set forth on **Exhibit A** under the columns entitled "Total Amount Allowed per Court Order (Fees)" and "Total Amount Allowed per Court Order (Expenses)" (jointly, the "Allowed Professional Claims").

3. The Debtor is hereby authorized and directed to remit to each Retained Professional the full amount of the Allowed Professional Claims less any and all amounts previously paid on account of such fees and expenses. Without limiting the foregoing, any amounts previously held back with respect to the period covered by the Interim Applications may be released in payment of the Allowed Professional Claims.

4. This Order shall constitute a separate order for each Retained Professional and the appeal of any order with respect to any Retained Professional shall have no effect on the authorized fees and expenses of the other Retained Professionals.

5. By agreement, the hearings on the interim fee applications of Brown Rudnick LLP, Cooley LLP, and Rayburn Cooper & Durham, P.A. shall be adjourned, and those interim fee applications shall be set for hearing on July 6, 2022.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

**Exhibit A**

LTL MANAGEMENT LLC
CASE NO. 21-30589-MBK

### First Interim Fee Application

| # | Applicant[1] | First Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Total Amount Allowed per Court Order (Fees) | Total Amount Allowed per Court Order (Expenses) |
|---|---|---|---|---|---|---|---|---|
| | *Financial Advisor to the Chapter 11 Debtor* | | | | | | | |
| 1 | AlixPartners, LLP [Dkt. No. 1771] | 10/14/21 - 1/31/22 | $ 1,157,448.00 | $ 49,685.05 | $ 3,914.25 | $ - | $ 1,107,762.95 | $ 3,914.25 |
| | *Counsel to the Official Committee of Talc Claimants II* | | | | | | | |
| 2 | Bailey Glasser LLP [Dkt. No. 1757] | 11/11/21 - 1/31/22 | $ 3,073,740.00 | $ 176,159.38 | $ 51,141.17 | $ 249.60 | $ 2,897,580.62 | $ 50,891.57 |
| | *Talc Consultants for Debtor* | | | | | | | |
| 3 | Bates White, LLC [Dkt. No. 1778] | 10/14/21 - 1/31/22 | $ 579,305.00 | $ 25,203.55 | $ 1,007.51 | $ - | $ 554,101.45 | $ 1,007.51 |
| | *Financial Advisor to the Official Committee of Talc Claimants* | | | | | | | |
| 4 | FTI Consulting, Inc. [Dkt. No. 1755] | 12/13/21 - 1/31/22 | $ 1,259,023.00 | $ 50,000.00 | $ 404.85 | $ 254.85 | $ 1,209,023.00 | $ 150.00 |
| | *Local Counsel to the Official Committee of Talc Claimants I* | | | | | | | |
| 5 | Genova Burns LLC [Dkt. No. 1758] | 11/15/21 - 2/28/22 | $ 610,100.00 | $ 16,377.00 | $ 29,403.35 | $ - | $ 593,723.00 | $ 29,403.35 |
| | *Investment Banker to the Official Committee of Talc Claimants I* | | | | | | | |
| 6 | Houlihan Lokey Capital, Inc. [Dkt. No. 1764] | 12/17/21 - 1/31/22 | $ 800,000.00 | $ - | $ 1,621.80 | $ 804.00 | $ 800,000.00 | $ 817.80 |
| | *Special Counsel to the Debtor* | | | | | | | |
| 7 | King & Spalding LLP [Dkt. No. 1753] | 10/14/21 - 1/31/22 | $ 874,796.55 | $ 57,272.05 | $ 27,650.57 | $ - | $ 817,524.50 | $ 27,650.57 |
| | *Co-Counsel to the Official Committee of Talc Claimants II* | | | | | | | |
| 8 | Massey & Gail [Dkt. No. 1776] | 11/15/21 - 1/31/22 | $ 914,415.00 | $ 124,581.87 | $ 1,942.23 | $ - | $ 789,833.13 | $ 1,942.23 |
| | *Special Insurance Counsel for the Debtor* | | | | | | | |
| 9 | McCarter & English, LLP [Dkt. No. 1728] | 10/14/21 - 1/31/22 | $ 478,830.90 | $ 25,567.60 | $ 574.97 | $ - | $ 453,263.30 | $ 574.97 |
| | *Co-Counsel for the Official Committee of Talc Claimants I* | | | | | | | |
| 10 | Otterbourg P.C. [Dkt. No. 1763] | 11/12/21 - 2/28/22 | $ 2,267,179.50 | $ 192,000.00 | $ 13,645.23 | $ 258.97 | $ 2,075,179.50 | $ 13,386.26 |
| | *Special Bankruptcy Counsel for the Official Committee of Talc Claimants* | | | | | | | |
| 11 | Parkins & Rubio LLP [Dkt. No. 1762] | 11/11/21 - 1/31/22 | $ 360,195.00 | $ 30,404.85 | $ 2,223.35 | $ - | $ 329,790.15 | $ 2,223.35 |
| | *Counsel to the Official Committee of Talc Claimants II* | | | | | | | |
| 12 | Sherman, Silverstein, Kohl, Rose & Podolsky, P.A. [Dkt. No. 1756] | 12/31/21 - 1/31/22 | $ 195,106.00 | $ 3,720.00 | $ 3,501.25 | $ - | $ 191,386.00 | $ 3,501.25 |
| | *Special Counsel to the Debtor* | | | | | | | |
| 13 | Skadden, Arps, Slate, Meagher & Flom LLP [Dkt. No. 1779] | 10/14/21 - 1/31/22 | $ 1,331,575.67 | $ 56,964.35 | $ 1,404.31 | $ - | $ 1,274,611.32 | $ 1,404.31 |
| | *Bankruptcy Co-Counsel to the Official Committee of Talc Claimants II* | | | | | | | |
| 14 | Waldrep Wall Babcock & Bailey PLLC [Dkt. No. 1754] | 1/1/22 - 1/31/22 | $ 197,800.50 | $ 11,417.60 | $ 1,529.34 | $ - | $ 186,382.90 | $ 1,529.34 |
| | *Special Counsel to the Debtor* | | | | | | | |
| 15 | Weil, Gotshal & Manges LLP [Dkt. No. 1870] | 10/14/21 - 1/31/22 | $ 767,385.79 | $ 95,000.46 | $ 9,687.24 | $ 106.48 | $ 672,385.33 | $ 9,580.76 |
| | *Counsel for the Debtor* | | | | | | | |
| 16 | Wollmuth Maher & Deutsch LLP [Dkt. No. 1769] | 11/12/21 - 1/31/22 | $ 842,833.50 | $ 38,062.50 | $ 8,121.62 | $ - | $ 804,771.00 | $ 8,121.62 |
| | **TOTALS** | | **$ 15,709,734.41** | **$ 952,416.26** | **$ 157,773.04** | **$ 1,673.90** | **$ 14,757,318.15** | **$ 156,099.14** |

| # | Applicant | First Compensation Period | Interim Fees Requested (CAD) | Fee Examiner's Recommended Fee Adjustments (CAD) | Interim Expenses Requested (CAD)[2] | Fee Examiner's Recommended Expense Adjustments (CAD) | Total Amount Allowed per Court Order (Fees) (CAD) | Total Amount Allowed per Court Order (Expenses) (CAD)[2] |
|---|---|---|---|---|---|---|---|---|
| | *Counsel for the Debtor* | | | | | | | |
| 17 | Blake, Cassels & Graydon LLP [Dkt. No. 1777] | 10/14/21 - 1/31/22 | $ 353,336.30 | $ 17,538.40 | $ 48,007.14 | $ - | $ 335,797.90 | $ 48,007.14 |
| | **TOTALS (CAD)** | | **$ 353,336.30** | **$ 17,538.40** | **$ 48,007.14** | **$ -** | **$ 335,797.90** | **$ 48,007.14** |

[1] The following professionals requested adjournments to the July 6, 2022 hearing: Brown Rudnick LLP [Dkt. No. 1761], Cooley LLP [Dkt. No. 1767], and Rayburn Cooper & Durham, P.A. [Dkt. No. 1748].
[2] This includes the Canadian harmonized sales tax.