# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

## FEE APPLICATION COVER SHEET FOR THE
## PERIOD APRIL 1, 2022 THROUGH APRIL 30, 2022

| | |
|---|---|
| Debtor: LTL Management LLC | Applicant: Orrick, Herrington & Sutcliffe LLP |
| Case No.: 21-30589-MBK | Client: LTL Management LLC |
| Chapter: 11 | Case Filed: October 14, 2021 (the "Petition Date") |

## SECTION 1
## FEE SUMMARY

☒ Monthly Fee Application No. 3    or    ☐ Final Fee Application

Summary of Amounts Requested for the Period from April 1, 2022 through April 30, 2022 (the "Third Statement Period").

| | |
|---|---|
| Total Fees: | $94,967.85[1] |
| Total Disbursements: | $0.00 |
| Total Fees Plus Disbursements: | $94,967.85 |
| Minus 20% Holdback of Fees: | $18,993.57 |
| Amount Sought at this Time: | $75,974.28 |

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fees Requested: | $993,218.50 | $25,848.83 |
| Total Fees Allowed to Date: | $0.00 | $0.00 |
| Total Retainer (If Applicable): | $0.00 | $0.00 |
| Total Holdback (If Applicable): | $198,643.70 | $0.00 |
| Total Received by Applicant: | $0.00 | $0.00 |

---

[1] The total amount of fees and expenses incurred by Orrick during the Third Statement Period for matters in which it is solely representing the Debtor (invoice number 2023444) or is representing the Debtor jointly with Johnson & Johnson ("J&J") (invoice number 2023445LTL accounting for the portion allocated to the Debtor) is $94,967.85. Of this amount, as set forth in this fee statement, Orrick is seeking payment in the amount of $75,974.28 in fees from the Debtor. Orrick's fees for matters in which it is solely representing J&J are not reflected in this monthly fee statement.

4144-9014-9944.1

### COMPENSATION BY: PROFESSIONAL APRIL 1, 2022 THROUGH APRIL 30, 2022

The attorneys who rendered professional services in these chapter 11 case during the Third Statement Period are:

**Invoice 2023444 (for services rendered on behalf of the Debtor):**

| Name of Professional: Partners | Year Admitted | Department | Hourly Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| **Simpson, Lisa T.** | 1994 | Intellectual Property | $897.00 | 2.80 | $2,511.60 |
| **Grand Total** | | | | **2.80** | **$2,511.60** |

| Name of Professional: Associates | Year Admitted | Department | Hourly Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| **Weber, Lauren A.** | 2017 | Supreme Court and Appellate | $604.00 | 0.10 | $60.40 |
| **Yiu, Vincent Chanhong** | 2015 | Restructuring | $678.00 | 21.40 | $14,509.20 |
| **Grand Total** | | | | **21.50** | **$14,569.60** |

| Professionals | Blended Rate | Total Hours Billed | Total Fees |
|---|---|---|---|
| Partner | $897.00 | 2.80 | $2,511.60 |
| Associate | $677.66 | 21.50 | $14,569.60 |
| **Grand Total** | **$702.93** | **24.30** | **$17,081.20** |

**Invoice 203445LTL (for services rendered on behalf of the Debtor and J&J):**

| Name of Professional: Partners | Year Admitted | Department | Hourly Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| **Loeb, Robert** | 1987 | Supreme Court and Appellate | $919.00 | 50.40 | $46,317.60 |
| **Rosenkranz, Joshua** | 1986 | Supreme Court and Appellate | $1,291.00 | 2.50 | $3,227.50 |
| **Scotten, Naomi J.** | 2011 | Supreme Court and Appellate | $807.00 | 2.50 | $2,017.50 |

4144-9014-9944.1

| | | | | Total Hours Billed | |
|---|---|---|---|---|---|
| **Grand Total** | | | | **55.40** | **$51,562.60** |

| Name of Professional: Associates | Year Admitted | Department | Hourly Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| **Atkins, Siobhan** | 2014 | Supreme Court and Appellate | $731.00 | 2.60 | $1,900.60 |
| **Barnard-Yanni, Alyssa** | 2015 | Supreme Court and Appellate | $651.00 | 10.50 | $6,835.50 |
| **Bhatti, Upnit K.** | 2015 | Supreme Court and Appellate | $651.00 | 41.30 | $26,886.30 |
| **Carter-Oberstone, Max** | 2014 | Supreme Court and Appellate | $672.00 | 16.30 | $10,953.60 |
| **Meyer, Paul David** | 2014 | Supreme Court and Appellate | $672.00 | 26.90 | $18,076.80 |
| **Quilici, Jeff** | 2012 | Supreme Court and Appellate | $722.00 | 15.60 | $11,263.20 |
| **Shaw, Geoffrey** | 2016 | Supreme Court and Appellate | $628.00 | 44.90 | $28,197.20 |
| **Grand Total** | | | | **158.10** | **$104,113.20** |

| Name of Professional: Paralegals | Department | Hourly Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|
| **Gerrish, Amy S.** | Supreme Court and Appellate | $325.00 | 0.30 | 97.50 |
| **Grand Total** | | | **0.30** | **97.50** |

| Professionals | Blended Rate | Total Hours Billed | Total Fees |
|---|---|---|---|
| Partner | $930.73 | 55.40 | $51,562.60 |
| Associate | $658,53 | 158.10 | $104,113.20 |
| Paralegal | $325.00 | 0.30 | $97.50 |
| Total | $728.59 | 213.80 | $155,773.30 |
| Portion Billed to J&J | | | -77,886.65 |
| Grand Total | | | $77,886.65 |

4144-9014-9944.1

# SECTION II
# SUMMARY OF SERVICES

## COMPENSATION BY WORK TASK CODE FOR SERVICES

## RENDERED BY ORRICK, HERRINGTON & SUTCLIFFE LLP
## FOR THE PERIOD APRIL 1, 2022 THROUGH APRIL 30, 2022

### Invoice 2023444 (for services rendered on behalf of the Debtor):

| DESCRIPTION | HOURS | FEES |
|---|---:|---:|
| Fee/Employment Applications | 23.70 | $16,572.30 |
| Litigation | 0.60 | $508.90 |
| **Total Fees Requested** | 24.30 | $17,081.20 |

### Invoice 2023445LTL (for services rendered on behalf of the Debtor and J&J)

| DESCRIPTION | HOURS | FEES |
|---|---:|---:|
| Litigation | 213.80 | $155,773.30 |
| Portion Billed to J&J | | (77,886.65) |
| **Total Fees Requested** | | $77,886.65 |

4144-9014-9944.1

# SECTION III
# SUMMARY OF DISBURSEMENTS

**DISBURSEMENT SUMMARY BY ORRICK, HERRINGTON & SUTCLIFFE LLP**
**FOR THE PERIOD APRIL 1, 2022 THROUGH APRIL 30, 2022**

| DISBURSEMENTS | AMOUNT |
|---|---|
| **DISBURSEMENTS TOTALS** | $0.00 |

## SECTION IV
## CASE HISTORY

(1) Date Case Filed        October 14, 2021

(2) Chapter Under Which Case Commenced:        Chapter 11

(3) Date of Retention:        April 6, 2022 *nunc pro tunc* to October 14, 2021 [Dkt. 1993] (the "Retention Order")[2]

(4) Summarize in brief the benefits to the estate and attach supplements as needed        SEE BELOW

During the Third Statement Period, Orrick, Herington & Sutcliffe LLP ("Orrick") provided the following services to the Debtor including, but not limited to, the following:

*Fee/Employment Applications*

- Reviewed and revised invoices for the period from October 2021 to March 2022.

- Drafted consolidated monthly fee statements covering the same period.

*Litigation*

- Drafted and revised briefs in multiple appeal proceedings and attended to procedural issues and court communication, such as the filings of extension motion and letter addressed to the court.

- Reviewed and analyzed pleadings, and performed associated legal research and record review.

- Communicated and coordinated with internal team and co-counsel on case status and strategy.

(5) Anticipated distribution to creditors:

| | |
|---|---|
| (a) Administrative expense | Unknown at this time. |
| (b) Secured creditors | Unknown at this time. |
| (c) Priority creditors | Unknown at this time. |
| (d) General unsecured creditors | Unknown at this time. |

---

[2]  The Retention Order is attached hereto as Exhibit A.

4144-9014-9944.1

| | |
|---|---|
| (6) Final disposition of case and percentage of dividend paid to creditors: | Final dividend percentages are unknown at this time. |

I certify under penalty of perjury that the above is true.

Date:  June 15, 2022         /s/ Robert Loeb

4144-9014-9944.1