## EXHIBIT B

Invoices

4144-9014-9944.1



LTL Management LLC
501 George Street
New Brunswick, NJ 08933
Attn: John K. Kim
Chief Legal Officer

June 15, 2022
Client No. 14740
Invoice No. 2023444

Orrick Contact: Lisa T. Simpson

| | | |
|---|---:|---:|
| FOR SERVICES RENDERED through April 30, 2022 in connection with the matters described on the attached pages: | $ | 17,081.20 |
| DISBURSEMENTS as per attached pages: | | 0.00 |
| **Total Fees & Disbursements Owed by LTL 100%** | **$** | **17,081.20** |
| **Holdback of Fees 20%** | | **(3,416.24)** |
| **Amount Sought at this Time** | **$** | **13,664.96** |

Matter(s):  14740/2026 – Bankruptcy – LTL
            JJL2021019389

### DUE UPON RECEIPT

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2704.  Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|:---:|:---:|:---:|
| Orrick, Herrington & Sutcliffe LLP | *ACH & Wire Transfers:* | Orrick, Herrington & Sutcliffe LLP |
| 2121 Main Street | **ABA Number 121000248** | 2121 Main Street |
| Wheeling, WV 26003 | **SWIFT CODE:  WFBIUS6S** | Wheeling, WV 26003 |
| Reference: 14740/ Invoice: 2023444 | **Account Number: 4123701088** | (304) 231-2703 |
| | *Wells Fargo* | Reference: 14740/ Invoice: 2023444 |
| | *420 Montgomery Street* | |
| | *San Francisco, CA  94104* | |
| | *Account of* | |
| | *Orrick, Herrington & Sutcliffe LLP* | |
| | *Reference: 14740/ Invoice: 2023444* | |
| | *E.I.N. 94-2952627* | |

**To pay online visit www.e-billexpress.com/ebpp/Orrick/**



LTL Management LLC
501 George Street
New Brunswick, NJ 08933
Attn: John K. Kim
Chief Legal Officer

June 15, 2022
Client No. 14740
Invoice No. 2023444

Orrick Contact: Lisa T. Simpson

For Legal Services Rendered Through April 30, 2022 in Connection With:

**Matter: 2026 - Bankruptcy – LTL**
**Matter: JJL2021019389**

### PHASE B100 – ADMINISTRATION

*Task B160 – Fee/Employment Applications*

| Date | Names | Description of services rendered | Hours | Amount |
|---|---|---|---|---|
| 04/01/22 | V. Yiu | Review and analyze bankruptcy dockets and order (1.3), and draft team email correspondence (.4). | 1.70 | 1,152.60 |
| 04/05/22 | V. Yiu | Call with L. Simpson and R. Owen re fee application issues. | 0.50 | 339.00 |
| 04/07/22 | V. Yiu | Review bankruptcy dockets (.3), Orrick's retention order and filed engagement letter (.8). | 1.10 | 745.80 |
| 04/14/22 | V. Yiu | Review invoices for privilege and compliance with U.S. Trustee guidelines. | 2.60 | 1,762.80 |
| 04/15/22 | V. Yiu | Review invoices for privilege and compliance with U.S. Trustee guidelines. | 2.70 | 1,830.60 |
| 04/18/22 | V. Yiu | Review invoices for privilege and compliance with U.S. Trustee guidelines (1.9) and draft fee statement for period from 10.2021-3.2022 (2.4). | 4.30 | 2,915.40 |
| 04/25/22 | V. Yiu | Revise fee statement (.8) and draft team email correspondence (.3). | 1.10 | 745.80 |
| 04/25/22 | L. Simpson | Review and revise draft fee application. | 1.30 | 1,166.10 |
| 04/28/22 | V. Yiu | Revise fee statement (.8) and draft email correspondence with team (.5). | 1.30 | 881.40 |
| 04/29/22 | L. Simpson | Attend to fee application and accompanying invoices. | 1.00 | 897.00 |

# orrick

| | |
|---|---|
| LTL Management LLC - 14740 | June 15, 2022 |
| page 2 | Invoice No. 2023444 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 04/29/22 | V. Yiu | Review and revise invoices for privilege and compliance with bankruptcy requirements (5.6), and attention to team correspondence (.5). | 6.10 | 4,135.80 |
| | | *B160 – Fee/Employment Applications Total* | *23.70* | *16,572.30* |

*Task B190 – Other Contested Matters*

| Date | Names | Description of services rendered | Hours | Amount |
|---|---|---|---|---|
| 04/06/22 | L. Simpson | Confer with R. Loeb on appellate status. | 0.50 | 448.50 |
| 04/20/22 | L. Weber | (Gutierrez): Confirm next status report deadline for R. Loeb. | 0.10 | 60.40 |
| | | *B190 – Other Contested Matters Total* | *0.60* | *508.90* |

| | | | |
|---|---|---|---|
| **PHASE B100 – ADMINISTRATION TOTAL** | | **24.30** | **17,081.20** |
| | Total Hours | 24.30 | |
| | Total For Services | | $17,081.20 |

| Task Code | Description | Hours | Billed Amount |
|---|---|---|---|
| **PHASE B100 – ADMINISTRATION** | | | |
| B160 | Fee/Employment Applications | 23.70 | 16,572.30 |
| B190 | Other Contested Matters | 0.60 | 508.90 |
| **PHASE B100 – ADMINISTRATION TOTALS** | | **24.30** | **17,081.20** |
| | Totals | 24.30 | $17,081.20 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Lisa T. Simpson | 2.80 | 897.00 | 2,511.60 |
| Lauren A. Weber | 0.10 | 604.00 | 60.40 |
| Vincent C. Yiu | 21.40 | 678.00 | 14,509.20 |
| Total All Timekeepers | 24.30 | $702.93 | $17,081.20 |

| | |
|---|---|
| **Total For This Matter** | **$17,081.20** |
| **Holdback of Fees 20%** | **(3,416.24)** |
| **Amount Sought at this Time** | **$13,664.96** |



LTL Management LLC
501 George Street
New Brunswick, NJ  08933
Attn:  John K. Kim
Chief Legal Officer

June 15, 2022
Client No. 14740
Invoice No. 2023445LTL

Orrick Contact: Lisa T. Simpson

| | | |
|---|---:|---:|
| FOR SERVICES RENDERED through April 30, 2022 in connection with the matters described on the attached pages: | $ | 155,773.30 |
| DISBURSEMENTS as per attached pages: | | 0.00 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** | **$** | **155,773.30** |
| **Portion Billed to LTL Bankruptcy (J&J) 50%** | | **(77,886.65)** |
| **Portion Owed by LTL 50%** | **$** | **77,886.65** |
| **Holdback of Fees 20%** | | **(15,577.33)** |
| **Amount Sought at this Time** | **$** | **62,309.32** |

Matter(s):  14740/2027 – Bankruptcy – LTL
            JJL2021019389

### DUE UPON RECEIPT

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2704.  Fax (304) 231-2501.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|:---:|:---:|:---:|
| Orrick, Herrington & Sutcliffe LLP | ***ACH & Wire Transfers:*** | Orrick, Herrington & Sutcliffe LLP |
| *2121 Main Street* | ***ABA Number 121000248*** | *2121 Main Street* |
| *Wheeling, WV 26003* | ***SWIFT CODE:  WFBIUS6S*** | *Wheeling, WV 26003* |
| *Reference: 14740/ Invoice: 2023445* | ***Account Number: 4123701088*** | *(304) 231-2703* |
| | *Wells Fargo* | *Reference: 14740/ Invoice: 2023445* |
| | *420 Montgomery Street* | |
| | *San Francisco, CA  94104* | |
| | *Account of* | |
| | *Orrick, Herrington & Sutcliffe LLP* | |
| | *Reference: 14740/ Invoice: 2023445* | |
| | *E.I.N. 94-2952627* | |

**To pay online visit www.e-billexpress.com/ebpp/Orrick/**



LTL Management LLC
501 George Street
New Brunswick, NJ  08933
Attn:  John K. Kim
Chief Legal Officer

June 15, 2022
Client No. 14740
Invoice No. 2023445LTL

Orrick Contact: Lisa T. Simpson

For Legal Services Rendered Through April 30, 2022 in Connection With:

**Matter:  2027 - Bankruptcy – LTL**
**Matter: JJL2021019389**

### PHASE B100 – ADMINISTRATION

*Task B190 – Other Contested Matters*

| Date | Names | Description of services rendered | Hours | Amount |
|---|---|---|---|---|
| 04/01/22 | M. Carter-Oberstone | Bader (CA): Research, outline, and draft section of reply brief. | 6.80 | 4,569.60 |
| 04/01/22 | R. Loeb | Prudencio (CA): Revisions and edits to draft brief, including analysis of related record materials. | 5.80 | 5,330.20 |
| 04/01/22 | P. Meyer | Prudencio (CA): Confer with U. Bhatti regarding draft brief. | 0.10 | 67.20 |
| 04/01/22 | G. Shaw | Prudencio (CA): Draft and revise section of brief, including associated record review and legal research. | 1.30 | 816.40 |
| 04/01/22 | G. Shaw | Prudencio (CA): Revise appellate brief, including associated record review. | 3.20 | 2,009.60 |
| 04/01/22 | U. Bhatti | Prudencio (CA): Drafting for appeeal brief. | 0.50 | 325.50 |
| 04/04/22 | M. Carter-Oberstone | Bader (CA): Additional research and drafting for reply brief. | 4.30 | 2,889.60 |
| 04/04/22 | A. Barnard-Yanni | Prudencio (CA): Correspond with team and review the current draft of the opening brief to analyze issue on appeal. | 0.20 | 130.20 |
| 04/04/22 | P. Meyer | Prudencio (CA): Analyze edits to opening brief draft (.9), and confer with internal team regarding draft (.3). | 1.20 | 806.40 |



| | | | | |
|---|---|---|---|---|
| LTL Management LLC - 14740 | | | | June 15, 2022 |
| page 2 | | | | Invoice No. 2023445LTL |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---:|---:|
| 04/04/22 | G. Shaw | Prudencio (CA): Revise and edit draft brief in response to comments (2.5), perform associated caselaw research and record review (1.1), and communicate with Orrick team (.5). | 4.10 | 2,574.80 |
| 04/04/22 | U. Bhatti | Prudencio (CA): Additional drafting for appeal brief. | 1.80 | 1,171.80 |
| 04/04/22 | U. Bhatti | Bader (CA): Review appellee and appellant's briefs and record to draft arguments for reply. | 0.30 | 195.30 |
| 04/05/22 | A. Barnard-Yanni | Prudencio (CA): Coordinate with A. Gerrish re review of draft opening brief. | 0.10 | 65.10 |
| 04/05/22 | P. Meyer | Prudencio (CA): Analyze edits and comments to opening brief draft (3.0), and prepare for team call (.7). | 3.70 | 2,486.40 |
| 04/05/22 | M. Carter-Oberstone | Bader (CA): Additional research and drafting for reply brief. | 3.50 | 2,352.00 |
| 04/05/22 | G. Shaw | Prudencio (CA): Revise and edit draft brief (4.1), perform associated caselaw research and record review (2.1), and communicate with Orrick team (.5). | 6.70 | 4,207.60 |
| 04/05/22 | U. Bhatti | Prudencio (CA): Additional drafting for appeal brief. | 1.00 | 651.00 |
| 04/05/22 | U. Bhatti | Bader (CA): Review of pleadings and record to draft arguments for reply. | 1.00 | 651.00 |
| 04/06/22 | A. Barnard-Yanni | Prudencio (CA): Call with R. Loeb, G. Shaw, P. Meyer, and U. Bhatti to discuss opening brief draft. | 1.60 | 1,041.60 |
| 04/06/22 | R. Loeb | Prudencio (CA): Revision, edits and comment on draft opening brief (4.7). Related communications with Orrick team (1.2). | 5.90 | 5,422.10 |
| 04/06/22 | P. Meyer | Prudencio (CA): Prepare for and help lead internal team call to discuss opening brief draft (1.0), and revise draft (1.3). | 2.30 | 1,545.60 |
| 04/06/22 | G. Shaw | Prudencio (CA): Review draft brief in preparation for and participate in meeting with Orrick team regarding draft brief and revisions (3.1), and revise and edit draft brief (2.7). | 5.80 | 3,642.40 |
| 04/06/22 | U. Bhatti | Prudencio (CA): Additional drafting and revisions for appeal brief. | 3.20 | 2,083.20 |
| 04/06/22 | U. Bhatti | Prudencio (CA): Attend team call to discuss appeal brief. | 1.60 | 1,041.60 |
| 04/06/22 | U. Bhatti | Bader (CA): Review pleadings to draft arguments for reply. | 0.90 | 585.90 |



| | | | | |
|---|---|---|---|---|
| LTL Management LLC - 14740 | | | | June 15, 2022 |
| page 3 | | | | Invoice No. 2023445LTL |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04/07/22 | R. Loeb | Prudencio (CA): Revision, edits and comment on draft opening brief. | 2.90 | 2,665.10 |
| 04/07/22 | P. Meyer | Prudencio (CA): Analyze and revise appeal brief. | 3.60 | 2,419.20 |
| 04/07/22 | U. Bhatti | Prudencio (CA): Continued work drafting appeal brief. | 1.90 | 1,236.90 |
| 04/08/22 | A. Barnard-Yanni | Prudencio (CA): Call with team to discuss case status and strategy. | 1.10 | 716.10 |
| 04/08/22 | P. Meyer | Prudencio (CA): Prepare for and lead call with new associate team member A. Barnard-Yanni to discuss brief and next steps. | 1.30 | 873.60 |
| 04/08/22 | U. Bhatti | Prudencio (CA): Continued work drafting appeal brief. | 2.00 | 1,302.00 |
| 04/10/22 | P. Meyer | Prudencio (CA): Analyze and revise opening brief. | 6.10 | 4,099.20 |
| 04/11/22 | G. Shaw | Prudencio (CA): Revise and edit brief (3.3) and communicate with Orrick team (.5). | 3.80 | 2,386.40 |
| 04/11/22 | P. Meyer | Prudencio (CA): Analyze and revise draft brief. | 1.80 | 1,209.60 |
| 04/11/22 | R. Loeb | Bader (CA): Communications re reply brief. | 0.60 | 551.40 |
| 04/11/22 | U. Bhatti | Prudencio (CA): Continued work drafting appeal brief. | 0.70 | 455.70 |
| 04/11/22 | U. Bhatti | Bader (CA): Review pleadings and record to draft reply. | 1.40 | 911.40 |
| 04/12/22 | P. Meyer | Prudencio (CA): Analyze next steps for brief and timing, and confer with internal team. | 0.30 | 201.60 |
| 04/12/22 | R. Loeb | Prudencio (CA): Revisions and edits to draft opening brief, and related analysis of authorities and record. | 4.30 | 3,951.70 |
| 04/12/22 | U. Bhatti | Prudencio (CA): Continued work drafting appeal brief. | 1.10 | 716.10 |
| 04/12/22 | U. Bhatti | Bader (CA): Review pleadings and record for support for draft reply. | 1.00 | 651.00 |
| 04/12/22 | G. Shaw | Prudencio (CA): Draft and revise brief sections (4.0), and perform associated research and review (1.6). | 5.60 | 3,516.80 |
| 04/13/22 | P. Meyer | Prudencio (CA): Continued work drafting opening brief. | 0.70 | 470.40 |
| 04/13/22 | R. Loeb | Bader (CA): Revisions and edits to draft declaration, and related communications with U. Bhati (.4). | 0.40 | 367.60 |
| 04/13/22 | R. Loeb | Prudencio (CA): Revisions and edits to draft opening brief, and related analysis of authorities and record. | 2.70 | 2,481.30 |



| | | | | |
|---|---|---|---|---|
| LTL Management LLC - 14740 | | | | June 15, 2022 |
| page 4 | | | | Invoice No. 2023445LTL |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04/13/22 | U. Bhatti | Prudencio (CA): Continued work drafting appeal brief. | 2.00 | 1,302.00 |
| 04/13/22 | U. Bhatti | Bader (CA): Review pleadings and record for additional support for drafting reply. | 0.90 | 585.90 |
| 04/13/22 | A. Gerrish | Bader (CA): File extension motion for opening brief. | 0.30 | 97.50 |
| 04/13/22 | G. Shaw | Prudencio (CA): Revise appeal brief (3.1) and perform associated caselaw research and record review (2.1). | 5.20 | 3,265.60 |
| 04/14/22 | A. Barnard-Yanni | Prudencio (CA): Review current draft of the brief to evaluate argument sections. | 1.10 | 716.10 |
| 04/14/22 | P. Meyer | Prudencio (CA): Prepare for and participate in internal team call to discuss brief, outstanding issues, next steps (1.8), and analyze and edit brief (1.9). | 3.70 | 2,486.40 |
| 04/14/22 | A. Barnard-Yanni | Prudencio (CA): Call with Orrick team to discuss reorganized brief and next steps. | 0.60 | 390.60 |
| 04/14/22 | U. Bhatti | Prudencio (CA): Review and edit appeal brief. | 3.10 | 2,018.10 |
| 04/14/22 | U. Bhatti | Prudencio (CA): Attend team call to discuss edits and strategy. | 0.60 | 390.60 |
| 04/14/22 | R. Loeb | Prudencio (CA): Revisions and edits to draft opening brief, and related analysis of authorities and record (4.7). Related communications with Orrick team (.8). | 5.50 | 5,054.50 |
| 04/14/22 | G. Shaw | Prudencio (CA): Prepare for and participate in conference with Orrick team regarding draft brief and perform follow up. | 1.80 | 1,130.40 |
| 04/15/22 | P. Meyer | Prudencio (CA): Analyze and revise opening brief. | 2.10 | 1,411.20 |
| 04/15/22 | U. Bhatti | Prudencio (CA): Review and edit appeal brief. | 1.80 | 1,171.80 |
| 04/15/22 | R. Loeb | Prudencio (CA): Revisions and edits to draft opening brief, and related analysis of authorities and record. | 2.60 | 2,389.40 |
| 04/15/22 | G. Shaw | Prudencio (CA): Review and analyze comments on draft brief. | 0.40 | 251.20 |
| 04/19/22 | R. Loeb | Prudencio (CA): Revisions and edits to appeal brief. | 3.60 | 3,308.40 |
| 04/21/22 | J. Quilici | Bader (CA): Update case law research in preparation for drafting appellate reply brief. | 3.30 | 2,382.60 |
| 04/22/22 | J. Quilici | Bader(CA): Analyze appellate response brief, including review of cited cases and related research. | 1.60 | 1,155.20 |
| 04/22/22 | J. Quilici | Bader (CA): Begin drafting outline of appellate reply brief. | 1.20 | 866.40 |



LTL Management LLC - 14740  June 15, 2022
page 5  Invoice No. 2023445LTL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04/22/22 | R. Loeb | Prudencio (CA): Revisions and edits to appeal brief. | 2.70 | 2,481.30 |
| 04/25/22 | A. Barnard-Yanni | Prudencio (CA): Analyze pleadings and record for support for appeal brief. | 1.50 | 976.50 |
| 04/25/22 | A. Barnard-Yanni | Prudencio (CA): Review and revise appellate brief. | 1.20 | 781.20 |
| 04/25/22 | U. Bhatti | Bader (CA): Review pleadings and record and additional drafting for reply. | 4.00 | 2,604.00 |
| 04/26/22 | S. Atkins | Olson: Call with T. Kurland and Patterson team (0.4), call with R. Loeb and Orrick team (0.5), review case decision and edit supplemental submission to court (1.3). | 2.20 | 1,608.20 |
| 04/26/22 | A. Barnard-Yanni | Prudencio (CA): Review and edit appeal brief. | 3.10 | 2,018.10 |
| 04/26/22 | N. Scotten | Olson (NY): Analyze new case law (1.7) and strategize with team regarding application to Olson (.5). | 2.20 | 1,775.40 |
| 04/26/22 | J. Rosenkranz | Olson (NY): Read case law relevant to appeal. | 1.00 | 1,291.00 |
| 04/26/22 | R. Loeb | Olson (NY): Analysis of new case law relevant to appeal and related communications with Orrick team and co-counsel (2.1). Revisions and edits to draft letter to First Department, and related communications with Orrick team and co-counsel (1.6). | 3.70 | 3,400.30 |
| 04/26/22 | G. Shaw | Olson (NY): Review and analyze new case law relevant to appeal (1.5), communicate with Orrick team and co-counsel (.5), draft and revise post-argument submissions (3.7). | 5.70 | 3,579.60 |
| 04/26/22 | U. Bhatti | Olson (NY): Review case law to develop arguments to for supplemental letter to court. | 4.10 | 2,669.10 |
| 04/26/22 | U. Bhatti | Olson (NY): Attend call with co-counsel to determine content of supplemental letter to the court. | 0.40 | 260.40 |
| 04/26/22 | U. Bhatti | Olson (NY): Attend Orrick team call to determine content of supplemental letter to the court. | 0.30 | 195.30 |
| 04/26/22 | J. Quilici | Bader (CA): Review and edit reply brief. | 1.90 | 1,371.80 |
| 04/27/22 | S. Atkins | Olson: Provide edits to supplemental letter and correspond regarding same. | 0.40 | 292.40 |
| 04/27/22 | J. Rosenkranz | Olson (NY): Edit letter to court re new case law and correspondence re same. | 1.00 | 1,291.00 |
| 04/27/22 | J. Quilici | Bader (CA): Complete draft of argument section of reply appellate brief. | 4.30 | 3,104.60 |

...



LTL Management LLC - 14740  
page 6

June 15, 2022  
Invoice No. 2023445LTL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04/27/22 | R. Loeb | Olson (NY): Revisions and edits to draft letter to First Department, related communications with Orrick team and co-counsel, and finalizing letter for filing (1.3). Analysis of plaintiff reply filing and related communications re potential reply (.6). | 1.90 | 1,746.10 |
| 04/27/22 | R. Loeb | Prudencio (CA): Revisions and edits to appeal brief. | 1.20 | 1,102.80 |
| 04/27/22 | G. Shaw | Olson (NY): Communicate with Orrick team regarding letters in response to recent case law (.2), review and edit draft submissions (.4), and analyze plaintiff's filing (.3). | 0.90 | 565.20 |
| 04/27/22 | U. Bhatti | Bader (CA): Review appellee and appellant's briefs and record and draft arguments. | 1.30 | 846.30 |
| 04/27/22 | U. Bhatti | Olson (NY): Review and revise supplemental letter to court. | 1.90 | 1,236.90 |
| 04/27/22 | N. Scotten | Olson (NY): Strategize with team regarding supplemental letter to court. | 0.30 | 242.10 |
| 04/28/22 | M. Carter-Oberstone | Bader (CA): Review and edit reply brief. | 1.70 | 1,142.40 |
| 04/28/22 | J. Rosenkranz | Olson (NY): Review re reply letter on new case law and correspondence re same. | 0.50 | 645.50 |
| 04/28/22 | R. Loeb | Olson (NY): Communications with Orrick team and co-counsel re potential reply to supplemental letter and related review of draft letter. | 0.80 | 735.20 |
| 04/28/22 | R. Loeb | Bader (CA): Analysis of cases and record materials cited by plaintiffs. | 2.70 | 2,481.30 |
| 04/28/22 | G. Shaw | Olson (NY): Review and analyze draft response to post-argument filing (.3) and communicate with Orrick team (.1). | 0.40 | 251.20 |
| 04/28/22 | U. Bhatti | Olson (NY): Review reply to plaintiffs' supplemental response to develop strategy. | 0.60 | 390.60 |
| 04/28/22 | J. Quilici | Bader (CA): Review and edit reply brief | 1.30 | 938.60 |
| 04/29/22 | R. Loeb | Bader (CA): Analysis of cases and record materials cited by plaintiffs, and outline rely brief points. | 3.10 | 2,848.90 |
| 04/29/22 | U. Bhatti | Bader (CA): Review and edit reply brief. | 0.90 | 585.90 |
| 04/29/22 | J. Quilici | Bader (CA): Revise reply brief. | 2.00 | 1,444.00 |
| 04/30/22 | U. Bhatti | Bader (CA): Review and edit reply brief. | 1.00 | 651.00 |
| | | *B190 – Other Contested Matters Total* | 213.80 | 155,773.30 |
| **PHASE B100 – ADMINISTRATION TOTAL** | | | **213.80** | **155,773.30** |
| | | Total Hours | 213.80 | |



LTL Management LLC - 14740  
page 7  

June 15, 2022  
Invoice No. 2023445LTL  

Total For Services  $155,773.30

| Task Code | Description | Hours | Billed Amount |
|---|---|---|---|
| **PHASE B100 – ADMINISTRATION** | | | |
| B190 | Other Contested Matters | 213.80 | 155,773.30 |
| **PHASE B100 – ADMINISTRATION TOTALS** | | 213.80 | 155,773.30 |
| | Totals | 213.80 | $155,773.30 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Siobhan Atkins | 2.60 | 731.00 | 1,900.60 |
| Alyssa Barnard-Yanni | 10.50 | 651.00 | 6,835.50 |
| Upnit K. Bhatti | 41.30 | 651.00 | 26,886.30 |
| Max Carter-Oberstone | 16.30 | 672.00 | 10,953.60 |
| Amy S. Gerrish | 0.30 | 325.00 | 97.50 |
| Robert Loeb | 50.40 | 919.00 | 46,317.60 |
| Paul D. Meyer | 26.90 | 672.00 | 18,076.80 |
| Jeff Quilici | 15.60 | 722.00 | 11,263.20 |
| Joshua Rosenkranz | 2.50 | 1,291.00 | 3,227.50 |
| Naomi J. Scotten | 2.50 | 807.00 | 2,017.50 |
| Geoffrey Shaw | 44.90 | 628.00 | 28,197.20 |
| Total All Timekeepers | 213.80 | $728.59 | $155,773.30 |

**Total For This Matter**  $155,773.30  
**Portion Billed to LTL Bankruptcy (J&J) 50%**  (77,886.65)  
**Portion Owed by LTL 50%**  $77,886.65  
**Holdback of Fees 20%**  (15,577.33)  
**Amount Sought at this Time**  $62,309.32