## Exhibit A

LTL MANAGEMENT LLC
CASE NO. 21-30589-MBK

| | Applicant[1] | First Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *First Interim Fee Application* | | | | | | | |
| 1 | *Co-Counsel to the Official Committee of Talc Claimants I* | | | | | | | |
| | **Brown Rudnick LLP [Dkt. No. 1761]** | 11/12/21 - 2/28/22 | $ 7,758,952.75 | $ 560,239.50 | $ 298,265.35 | $ 2,639.57 | $ 7,198,713.25 | $ 295,625.78 |
| 2 | *Co-Counsel to the Debtors* | | | | | | | |
| | **Rayburn Cooper & Durham, P.A. [Docket No. 1748][2]** | 10/14/21 - 2/28/22 | $ 190,866.50 | $ 12,424.20 | $ 12,957.89 | $ - | $ 178,442.30 | $ 12,957.89 |
| | **TOTALS** | | **$ 7,949,819.25** | **$ 572,663.70** | **$ 311,223.24** | **$ 2,639.57** | **$ 7,377,155.55** | **$ 308,583.67** |

[1] *Cooley LLP [Dkt. No. 1767] requested adjournment to the September 14, 2022 omnibus hearing date.*

[2] *First Interim and Final Fee Application*