| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Jeffrey Traurig<br>**TRAURIG LAW LLC**<br>One University Plaza, Suite 124<br>Hackensack, NJ  07601<br>Tel: (646) 974-8650<br>E-mail:  jtraurig@trauriglaw.com<br>*Local Counsel to the Fee Examiner* | Robert J. Keach, Esq. (admitted *pro hac vice*)<br>**BERNSTEIN SHUR SAWYER & NELSON, P.A.**<br>100 Middle Street<br>Portland, ME  04104<br>Tel: (207) 774-1200<br>Fax: (207) 774-1127<br>E-Mail: rkeach@bernsteinshur.com<br>*Fee Examiner*<br><br>**BERNSTEIN SHUR SAWYER & NELSON, P.A.**<br>Letson Douglass Boots, Esq. (admitted *pro hac vice*)<br>100 Middle Street<br>Portland, ME  04104<br>Tel: (207) 774-1200<br>Fax: (207) 774-1127<br>E-Mail: lboots@bernsteinshur.com<br>*Counsel to the Fee Examiner* |
| In Re:<br><br>LTL MANAGEMENT LLC,<br><br>Debtor | Case No.:    21-30589 (MBK)<br><br>Judge:        Michael B. Kaplan<br><br>Chapter 11 |

# ORDER ALLOWING INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSENT OF EXPENSES OF BROWN RUDNICK LLP AND RAYBURN COOPER & DURHAM, P.A. FOR THE PERIOD FROM OCTOBER 14, 2021 <u>THROUGH JANUARY 31, 2022</u>

The relief set forth on the following pages(s), number two (2) through three (3), is hereby **ORDERED**.

(Page 2)

LTL MANAGEMENT LLC

Chapter 11, Case No. : 21-30589 (MBK)

**Order Granting Interim Compensation for Retained Professionals**

Upon the interim fee applications (the "Interim Applications") of the professionals retained in the above-captioned Debtor's chapter 11 case listed on **Exhibit A** hereto (collectively, the "Retained Professionals" and each a "Retained Professional"),[1] and this Court having previously authorized the employment of the Retained Professionals in the Debtor's case; and it appearing that all of the requirements of sections 327, 328, 330, and 331 of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and the local rules of this Court have been satisfied; and it further appearing that the fees and expenses incurred were reasonable and necessary; and proper and adequate notice of the Interim Applications has been given and that no other or further notice is necessary; and no objections or other responses having been filed with regard to the Interim Applications; and in consideration of the various recommendations of the fee examiner, Robert J. Keach (the "Fee Examiner") with respect to the Interim Applications as set forth in the *Fee Examiner's Consolidated Supplemental Final Report Pertaining to the Interim Fee Applications of Brown Rudnick LLP and Rayburn Cooper & Durham, P.A. for the Period From October 14, 2021 through January 31, 2022* [Docket No. __] (the "Supplemental Report"); and the Court having considered the Interim Applications of the Retained Professionals and the Supplemental Report, and good and sufficient cause appearing therefore, accordingly,

**IT IS HEREBY ORDERED THAT:**

---

[1] As noted on **Exhibit A**, the fee application of one of the Retained Professionals, Rayburn Cooper & Durham, P.A., is its first interim and final fee application.

(Page 3)

LTL MANAGEMENT LLC

Chapter 11, Case No. : 21-30589 (MBK)

**Order Granting Interim Compensation for Retained Professionals**

1. The Interim Applications are hereby approved in the amounts set forth on **Exhibit A** attached to this Order.

2. The Retained Professionals are hereby granted allowance of compensation and reimbursement of expenses in the amounts set forth on **Exhibit A** under the columns entitled "Total Amount Allowed per Court Order (Fees)" and "Total Amount Allowed per Court Order (Expenses)" (jointly, the "Allowed Professional Claims").

3. The Debtor is hereby authorized and directed to remit to each Retained Professional the full amount of the Allowed Professional Claims less any and all amounts previously paid on account of such fees and expenses. Without limiting the foregoing, any amounts previously held back with respect to the period covered by the Interim Applications may be released in payment of the Allowed Professional Claims.

4. This Order shall constitute a separate order for each Retained Professional and the appeal of any order with respect to any Retained Professional shall have no effect on the authorized fees and expenses of the other Retained Professionals.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

**Exhibit A**

LTL MANAGEMENT LLC
CASE NO. 21-30589-MBK

| | Applicant[1] | First Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Total Amount Allowed per Court Order (Fees) | Total Amount Allowed per Court Order (Expenses) |
|---|---|---|---|---|---|---|---|---|
| | *First Interim Fee Application* | | | | | | | |
| 1 | *Co-Counsel to the Official Committee of Talc Claimants I* <br> **Brown Rudnick LLP [Dkt. No. 1761]** | 11/12/21 - 2/28/22 | $ 7,758,952.75 | $ 560,239.50 | $ 298,265.35 | $ 2,639.57 | $ 7,198,713.25 | $ 295,625.78 |
| 2 | *Co-Counsel to the Debtors* <br> **Rayburn Cooper & Durham, P.A. [Docket No. 1748][2]** | 10/14/21 - 2/28/22 | $ 190,866.50 | $ 12,424.20 | $ 12,957.89 | $ - | $ 178,442.30 | $ 12,957.89 |
| | **TOTALS** | | $ 7,949,819.25 | $ 572,663.70 | $ 311,223.24 | $ 2,639.57 | $ 7,377,155.55 | $ 308,583.67 |

[1] *Cooley LLP [Dkt. No. 1767] requested adjournment to the September 14, 2022 omnibus hearing date.*

[2] *First Interim and Final Fee Application*