|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**WOLLMUTH MAHER & DEUTSCH LLP**<br>Paul R. DeFilippo, Esq.<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>Facsimile: (212) 382-0050<br>pdefilippo@wmd-law.com<br><br>**JONES DAY**<br>Gregory M. Gordon, Esq.<br>Brad B. Erens, Esq.<br>Dan B. Prieto, Esq.<br>Amanda Rush, Esq.<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>gmgordon@jonesday.com<br>bberens@jonesday.com<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br>(Admitted *pro hac vice*)<br><br>*ATTORNEYS FOR DEBTOR* | **Order Filed on June 24, 2022**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>                Debtor. | Chapter 11<br><br>Case No.:  21-30589<br><br>Judge:  Michael B. Kaplan<br><br>**Hearing Date and Time:**<br>June 14, 2022 at 10:00 a.m. |

## ORDER AUTHORIZING THE DEBTOR TO
## ENTER INTO THE REIMBURSEMENT AGREEMENT

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: June 24, 2022**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

NAI-1531706107

(Page 2)
Debtor: LTL Management LLC
Case No. 21-30589-MBK
Caption: Order Authorizng the Debtor to Enter Into the Reimbursement Agreement

This matter coming before the Court on the *Debtor's Motion for an Order Authorizing it to Enter into Expense Reimbursement Agreement with Ad Hoc Committee of State Attorneys General* [Dkt. 2338] (the "Motion");[2] the Court having reviewed the Motion, the United States Trustee's objection to the Motion [Dkt. 2427] (the "Objection"), the response of the ad hoc committee of state attorneys general in support of the Motion [Dkt. 2467], and the Debtor's reply in support of the Motion [Dkt. 2471], and having heard the statements of counsel and considered the evidence presented with respect to the Motion at a hearing before the Court (the "Hearing"); the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iv) notice of the Motion and the Hearing was sufficient under the circumstances and no further notice is necessary, (v) entry into the Reimbursement Agreement is a reasonable exercise of the Debtor's business judgment, and (vi) the relief requested in the Motion is in the best interests of the Debtor, its estate and its creditors; and after due deliberation, the Court having overruled the Objection and for the reasons set forth at the Hearing the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

---

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

NAI-1531706107

Case 21-30589-MBK    Doc 2607    Filed 06/26/22    Entered 06/27/22 00:15:58    Desc
Imaged Certificate of Notice    Page 3 of 19

(Page 3)
Debtor: LTL Management LLC
Case No. 21-30589-MBK
Caption:  Order Authorizng the Debtor to Enter Into the Reimbursement Agreement

2. The Debtor is authorized to enter into and perform its obligations under the Reimbursement Agreement pursuant to section 363 of the Bankruptcy Code.

3. The Debtor is authorized, but not directed, to pay the Debtor's share of the Fees and Expenses in accordance with the terms and conditions of the Reimbursement Agreement, the interim compensation order entered in this case (the "<u>Interim Compensation Order</u>"), and this Order, and the Debtor shall have no obligation to pay any Fees and Expenses incurred after the termination of the Reimbursement Agreement in accordance with its terms.

4. For Fees and Expenses covered by the Reimbursement Agreement, the Professionals shall comply with the processes and procedures set forth in the Interim Compensation Order and will be subject to the review procedures of the fee examiner.

5. Nothing in this Order shall be deemed to constitute:  (a) a grant of third-party beneficiary status or bestow any additional rights on any third party; (b) a waiver of any rights, claims or defenses of the Debtor; (c) an admission of the validity of any claim against the Debtor; (d) a waiver of the Debtor's rights or those of any party in interest to dispute, contest, setoff, or recoup any claim, or assert any related rights, claims, or defenses; or (e) an allowance of an administrative expense claim.

6. Notwithstanding the possible application of Bankruptcy Rule 6004(h), this Order shall be immediately effective and enforceable upon its entry.

7. The Court shall retain jurisdiction over all matters arising out of or related to the implementation, interpretation or enforcement of this Order.

NAI-1531706107

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-30589-MBK |
| LTL Management LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 16 |
| Date Rcvd: Jun 24, 2022 | Form ID: pdf903 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: jkim8@its.jnj.com | Jun 24 2022 20:35:00 | LTL Management LLC, 501 George Street, New Brunswick, NJ 08933-0001 |
| aty | ^ MEBN | Jun 24 2022 20:31:28 | Glenn M. Kurtz, White & Case LLP, 1221 Avenue of the America, New York, NY 10020-1001 |
| aty | ^ MEBN | Jun 24 2022 20:31:23 | Jessica Lauria, White & Case LLP, 1221 Avenue of the America, New York,, NY 10020-1001 |
| aty | + Email/Text: tlindsay@rcdlaw.net | Jun 24 2022 20:35:00 | Rayburn, Cooper & Durham, P.A., The Carillon, Suite 1200, 227 West Trade St., Charlotte, NC 28202-1672 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 26, 2022        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam C. Silverstein | |
| | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products |

Case 21-30589-MBK    Doc 2607    Filed 06/26/22    Entered 06/27/22 00:15:58    Desc
Imaged Certificate of Notice    Page 5 of 19

| District/off: 0312-3 | User: admin | Page 2 of 16 |
|---|---|---|
| Date Rcvd: Jun 24, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| | Marketing Sales Practices and Products Liability Multi-District Litigation asilverstein@otterbourg.com, awilliams@otterbourg.com |
| Adam C. Silverstein | |
| | on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi District Litigation asilverstein@otterbourg.com, awilliams@otterbourg.com |
| Adam S. Ravin | |
| | on behalf of Interested Party Imerys Talc Canada Inc. adam.ravin@lw.com |
| Adam S. Ravin | |
| | on behalf of Interested Party Imerys Talc America Inc. adam.ravin@lw.com |
| Adam S. Ravin | |
| | on behalf of Interested Party Imerys Talc Vermont Inc. adam.ravin@lw.com |
| Alan I. Moldoff | |
| | on behalf of Creditor Committee Official Committee of Talc Claimants II amoldoff@shermansilverstein.com |
| Alan J. Brody | |
| | on behalf of Creditor Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International Inc. brodya@gtlaw.com, NJLitDock@gtlaw.com |
| Alan J. Brody | |
| | on behalf of Creditor Bausch Health US LLC f/k/a Valeant Pharmaceuticals North America LLC brodya@gtlaw.com, NJLitDock@gtlaw.com |
| Alan J. Brody | |
| | on behalf of Creditor Bausch Health Americas Inc. f/k/a Valeant Pharmaceuticals International brodya@gtlaw.com, NJLitDock@gtlaw.com |
| Albert Togut | |
| | on behalf of Interested Party Roger Frankel as Legal Representative for Future Personal Injury Claimants appointed in the Chapter 11 bankruptcy case of Cyprus Mines Corporation altogut@teamtogut.com, eozuna@teamtogut.com;seratner@teamtogut.com;dperson@teamtogut.com |
| Alexander Walker Cogbill | |
| | on behalf of Interested Party Nationwide Indemnity acogbill@zelle.com |
| Alexander Walker Cogbill | |
| | on behalf of Interested Party Employers Ins. of Wausau acogbill@zelle.com |
| Alexander Walker Cogbill | |
| | on behalf of Interested Party Employers Ins. Company of Wausau acogbill@zelle.com |
| Alexander Walker Cogbill | |
| | on behalf of Interested Party Employers Mutual Casualty Company acogbill@zelle.com |
| Alexander Walker Cogbill | |
| | on behalf of Interested Party Scottsdale Insurance acogbill@zelle.com |
| Allen Joseph Underwood, II | |
| | on behalf of Creditor DeSanto Canadian Class Action Plaintiffs aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com |
| Allen Joseph Underwood, II | |
| | on behalf of Attorney Lite DePalma Greenberg & Afandaor LLC aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com |
| Allen Joseph Underwood, II | |
| | on behalf of Creditor DiSanto Canadian Class Action Creditors aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com |
| Allison J. Arotsky | |
| | on behalf of Creditor PTI Union LLC aarotsky@moritthock.com |
| Allison J. Arotsky | |
| | on behalf of Creditor PTI Royston LLC aarotsky@moritthock.com |
| Allison J. Arotsky | |
| | on behalf of Creditor Broadview Investments LLC aarotsky@moritthock.com |
| Amanda Rush | |
| | on behalf of Plaintiff LTL Management LLC asrush@jonesday.com |
| Amanda Rush | |
| | on behalf of Debtor LTL Management LLC asrush@jonesday.com |
| Andreas Milliaressis | |
| | on behalf of Interested Party Hartford Accident and Indemnity Company adm@stevenslee.com |
| Andreas Milliaressis | |
| | on behalf of Interested Party First State Insurance Company adm@stevenslee.com |

Case 21-30589-MBK    Doc 2607    Filed 06/26/22    Entered 06/27/22 00:15:58    Desc
Imaged Certificate of Notice    Page 6 of 19

| District/off: 0312-3 | User: admin | Page 3 of 16 |
|---|---|---|
| Date Rcvd: Jun 24, 2022 | Form ID: pdf903 | Total Noticed: 4 |

Andrew Ambruoso
: on behalf of Interested Party Imerys Talc Canada Inc. andrew.ambruoso@lw.com andrew-ambruoso-6817@ecf.pacerpro.com

Andrew Ambruoso
: on behalf of Interested Party Imerys Talc America Inc. andrew.ambruoso@lw.com, andrew-ambruoso-6817@ecf.pacerpro.com

Andrew Ambruoso
: on behalf of Interested Party Imerys Talc Vermont Inc. andrew.ambruoso@lw.com, andrew-ambruoso-6817@ecf.pacerpro.com

Andrew Craig
: on behalf of Creditor Allstate Insurance Company acraig@windelsmarx.com

Andrew Golden
: on behalf of Interested Party Cyprus Mines Corporation agolden@kasowitz.com

Andrew J. Kelly
: on behalf of Interested Party Blue Cross Blue Shield of Massachusetts Inc. akelly@kbtlaw.com, wsheridan@kbtlaw.com;saudino@kbtlaw.com;tgraga@kbtlaw.com;pschenke@kbtlaw.com

Andrew S. Richmond
: on behalf of Interested Party Williams Hart Boundas Easterby LLP, on behalf of certain personal injury claimants (Williams Hart Plaintiffs) arichmond@pryorcashman.com

Andrew T. Frankel
: on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) afrankel@stblaw.com

Andy Frankel
: on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) afrankel@stblaw.com

Anthony Sodono, III
: on behalf of Creditor Alishia Landrum Committee Member asodono@msbnj.com

Anthony Sodono, III
: on behalf of Creditor Dr. Rebecca Love asodono@msbnj.com

Arthur Abramowitz
: on behalf of Interested Party Massey & Gail LLP aabramowitz@shermansilverstein.com jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Arthur Abramowitz
: on behalf of Creditor Committee Official Committee of Talc Claimants II aabramowitz@shermansilverstein.com jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Arthur Abramowitz
: on behalf of Interested Party Bailey & Glasser LLP aabramowitz@shermansilverstein.com jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Arthur Abramowitz
: on behalf of Attorney Sherman Silverstein, Kohl, Rose & Podolsky, P.A. aabramowitz@shermansilverstein.com, jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Arthur Abramowitz
: on behalf of Other Prof. FTI Consulting Inc. aabramowitz@shermansilverstein.com, jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Arthur Abramowitz
: on behalf of Attorney Cooley LLP aabramowitz@shermansilverstein.com jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Autumn D. Highsmith
: on behalf of Interested Party State of Texas autumn.highsmith@oag.texas.gov

Bill Graham
: on behalf of Attorney Wallace & Graham P.A. bgraham@wallacegraham.com

Brad B. Erens
: on behalf of Debtor LTL Management LLC bberens@jonesday.com

Brad B. Erens
: on behalf of Plaintiff LTL Management LLC bberens@jonesday.com

Brad Jeffrey Axelrod
: on behalf of Debtor LTL Management LLC baxelrod@wmd-law.com

Brad Jeffrey Axelrod
: on behalf of Plaintiff LTL Management LLC baxelrod@wmd-law.com

Brett Kahn
: on behalf of Spec. Counsel McCarter & English LLP bkahn@mccarter.com

Brian J. McCormick, Jr.

Case 21-30589-MBK    Doc 2607    Filed 06/26/22    Entered 06/27/22 00:15:58    Desc
Imaged Certificate of Notice    Page 7 of 19

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 16 |
| Date Rcvd: Jun 24, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| | on behalf of Interested Party Ross Feller Casey LLP bmccormick@rossfellercasey.com  earend@rossfellercasey.com |
| Brian R. Ade | |
| | on behalf of Interested Party Sentry Insurance Company brian.ade@rivkin.com |
| Brian W. Hofmeister | |
| | on behalf of Attorney Law Firm of Brian W. Hofmeister  of behalf of various claimants bwh@hofmeisterfirm.com, j119@ecfcbis.com |
| C. Richard Rayburn, Jr. | |
| | on behalf of Plaintiff LTL Management LLC rrayburn@rcdlaw.net  jrobinson@rcdlaw.net |
| Caitlin K. Cahow | |
| | on behalf of Debtor LTL Management LLC ccahow@jonesday.com |
| Carolyn Lachman | |
| | on behalf of Creditor Pension Benefit Guaranty Corporation lachman.carolyn@pbgc.gov  efile@pbgc.gov |
| Cary Joshi | |
| | on behalf of Creditor Committee Official Committee of Talc Claimants II cjoshi@baileyglasser.com |
| Charles Michael Rubio | |
| | on behalf of Interested Party OnderLaw  LLC crubio@parkinslee.com, 7485062420@filings.docketbird.com |
| Charles Michael Rubio | |
| | on behalf of Creditor OnderLaw  LLC crubio@parkinslee.com, 7485062420@filings.docketbird.com |
| Chelsea Corey | |
| | on behalf of Interested Party Bestwall LLC ccorey@kslaw.com |
| Christopher K. Kiplok | |
| | on behalf of Interested Party Imerys SA kiplok@hugheshubbard.com |
| Christopher M. Placitella | |
| | on behalf of Interested Party Cohen  Placitella & Roth, P.C. cplacitella@cprlaw.com, cmcnelis@cprlaw.com |
| Christopher M. Placitella | |
| | on behalf of Unknown Role Type Daniel & Roger Edley cplacitella@cprlaw.com  cmcnelis@cprlaw.com |
| Christopher M. Placitella | |
| | on behalf of Attorney Christopher M. Placitella cplacitella@cprlaw.com  cmcnelis@cprlaw.com |
| Christopher M. Placitella | |
| | cplacitella@cprlaw.com  cmcnelis@cprlaw.com |
| Christopher Vincent Tisi | |
| | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation ctisis@levinlaw.com |
| Clay Thompson | |
| | on behalf of Creditor Katherine Tollefson cthompson@mrhfmlaw.com |
| Clay Thompson | |
| | on behalf of Interested Party Maune Raichle Hartley French & Mudd  LLC cthompson@mrhfmlaw.com |
| Clay Thompson | |
| | on behalf of Creditor Jan Deborah Michelson-Boyle cthompson@mrhfmlaw.com |
| Clinton E. Cameron | |
| | on behalf of Interested Party The Continental Insurance Company Clinton.Cameron@clydeco.us |
| Cole Hayes | |
| | on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi District Litigation cole@colehayeslaw.com |
| Cole Hayes | |
| | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation cole@colehayeslaw.com |
| Colin R. Robinson | |
| | on behalf of Interested Party Arnold & Itkin LLP crobinson@pszjlaw.com |
| Colin R. Robinson | |
| | on behalf of Creditor Arnold & Itkin LLP crobinson@pszjlaw.com |
| Daniel Lapinski | |
| | on behalf of Interested Party Motley Rice LLC dlapinski@motleyrice.com |
| Daniel Stolz | |
| | on behalf of Interested Party Bailey & Glasser LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | |

Case 21-30589-MBK    Doc 2607    Filed 06/26/22    Entered 06/27/22 00:15:58    Desc
Imaged Certificate of Notice    Page 8 of 19

| District/off: 0312-3 | User: admin | Page 5 of 16 |
|---|---|---|
| Date Rcvd: Jun 24, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| | on behalf of Spec. Counsel Massey & Gail LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Attorney Genova Burns LLC dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Spec. Counsel Parkins Lee & Rubio LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Creditor Committee Official Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Spec. Counsel Gilbert LLP dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Interested Party Otterbourg P.C dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Creditor Proposed Local Counsel to Official Committee of Talc Claimants for LTL Management LLC dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Other Prof. Houlihan Lokey Capital Inc. dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Creditor Committee Official Committee of Talc Claimants I dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Interested Party Brown Rudnick LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Spec. Counsel MoloLamken LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Creditor Committee Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Consultant The Brattle Group Inc. dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Interested Party Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Spec. Counsel Miller Thomson LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Other Prof. FTI Consulting Inc. dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel B. Prieto | on behalf of Debtor LTL Management LLC dbprieto@jonesday.com |
| Daniel B. Prieto | on behalf of Plaintiff LTL Management LLC dbprieto@jonesday.com |
| Daniel H. Charest | on behalf of Creditor Julia Lathrop dcharest@burnscharest.com manderson@burnscharest.com;mkweik@burnscharest.com |
| Daniel H. Charest | on behalf of Creditor Daniel Mercer dcharest@burnscharest.com manderson@burnscharest.com;mkweik@burnscharest.com |
| Daniel H. Charest | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi-District Litigation dcharest@burnscharest.com, manderson@burnscharest.com;mkweik@burnscharest.com |
| Daniel Robert Lapinski | on behalf of Interested Party Motley Rice LLC dlapinski@motleyrice.com hfonseca@motleyrice.com,kdotson@motleyrice.com |
| Danielle Spinelli | on behalf of Interested Party Three Crowns Insurance Company Danielle.Spinelli@wilmerhale.com |
| Danielle Spinelli | on behalf of Interested Party Rio Tinto America Inc. Danielle.Spinelli@wilmerhale.com |

Case 21-30589-MBK    Doc 2607    Filed 06/26/22    Entered 06/27/22 00:15:58    Desc
Imaged Certificate of Notice    Page 9 of 19

| District/off: 0312-3 | User: admin | Page 6 of 16 |
|---|---|---|
| Date Rcvd: Jun 24, 2022 | Form ID: pdf903 | Total Noticed: 4 |

Darren McDowell
  on behalf of Interested Party Fears Nachawati PLLC dmcdowell@fnlawfirm.com
  mn@fnlawfirm.com;jwoodman@essexrichards.com;cbritton@fnlawfirm.com

David Chandler
  on behalf of Interested Party Karst & von Oiste LLP dac@karstvonoiste.com akk@karstvonoiste.com

David Christian
  on behalf of Creditor The Continental Insurance Company dchristian@davodcjrostoamattprmeus.com

David Christian
  on behalf of Interested Party The Continental Insurance Company dchristian@davodcjrostoamattprmeus.com

David Rosner
  on behalf of Interested Party Cyprus Mines Corporation drosner@kasowitz.com courtnotices@kasowitz.com

David J. Molton
  on behalf of Creditor Committee Official Committee of Talc Claimants dmolton@brownrudnick.com
  hcohen@brownrudnick.com

David J. Molton
  on behalf of Creditor Committee Committee of Talc Claimants dmolton@brownrudnick.com hcohen@brownrudnick.com

Dennis Geier
  on behalf of Interested Party Cohen Placitella & Roth, P.C. dgeier@cprlaw.com, cmcnelis@cprlaw.com

Denyse F. Clancy
  on behalf of Creditor Various Claimants dclancy@kazanlaw.com

Denyse F. Clancy
  on behalf of Interested Party Kazan McClain, Satterley & Greenwood, PLC dclancy@kazanlaw.com

Derek J. Baker
  on behalf of Interested Party Cyprus Mines Corporation dbaker@reedsmith.com

Donald W Clarke
  on behalf of Interested Party Parkins Lee & Rubio LLP dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
  on behalf of Attorney Genova Burns LLC dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
  on behalf of Interested Party Bailey & Glasser LLP dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
  on behalf of Interested Party Otterbourg P.C dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
  on behalf of Other Prof. Houlihan Lokey Capital Inc. dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com

Donald W Clarke
  on behalf of Other Prof. FTI Consulting Inc. dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com

Donald W Clarke
  on behalf of Spec. Counsel Parkins Lee & Rubio LLP dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
  on behalf of Creditor Proposed Local Counsel to Official Committee of Talc Claimants for LTL Management LLC
  dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com

Donald W Clarke
  on behalf of Creditor Committee Committee of Talc Claimants dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
  on behalf of Creditor Committee Official Committee of Talc Claimants dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
  on behalf of Interested Party Brown Rudnick LLP dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
  on behalf of Spec. Counsel Massey & Gail LLP dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
  on behalf of Spec. Counsel Miller Thomson LLP dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
  on behalf of Spec. Counsel Gilbert LLP dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com

Donald W Clarke
  on behalf of Interested Party Committee of Talc Claimants dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
  on behalf of Creditor Committee Official Committee of Talc Claimants I dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Case 21-30589-MBK    Doc 2607    Filed 06/26/22    Entered 06/27/22 00:15:58    Desc
Imaged Certificate of Notice    Page 10 of 19

| District/off: 0312-3 | User: admin | Page 7 of 16 |
|---|---|---|
| Date Rcvd: Jun 24, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| Donald W Clarke | on behalf of Interested Party Massey & Gail LLP dclarke@genovaburns.com dclarke@ecf.inforuptcy.com |
| E. Richard Dressel | on behalf of Creditor Evan Plotkin rdressel@lexnovalaw.com |
| E. Richard Dressel | on behalf of Creditor Giovanni Sosa rdressel@lexnovalaw.com |
| E. Richard Dressel | on behalf of Interested Party Dean Omar Branham Shirley LLP rdressel@lexnovalaw.com |
| Eamonn O'Hagan | on behalf of Creditor UNITED STATES OF AMERICA eamonn.ohagan@usdoj.gov |
| Eileen McCabe | on behalf of Interested Party Starr Indemnity & Liability Company eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party Lexington Insurance Company eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party ASR Schadeverzekering N.V. eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party The North River Insurance Company eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party AIG Property Casualty Company eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party AIG Europe S.A. eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party The Insurance Company of the State of Pennsylvania eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party AIU Insurance Company eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party RheinLand Versicherungen eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party Atlanta International Insurance Company eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party Granite State Insurance Company eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party New Hampshire Insurance Company eileen.mccabe@mendes.com |
| Emil A. Kleinhaus | on behalf of Interested Party Cyprus Amax Minerals Company EAKleinhaus@WLRK.com |
| Erica Villanueva | on behalf of Interested Party Three Crowns Insurance Company EVillanueva@fbm.com |
| Erica Villanueva | on behalf of Interested Party Rio Tinto America Inc. EVillanueva@fbm.com |
| Ericka Fredricks Johnson | on behalf of Interested Party Ad Hoc Committee of States Holding Consumer Protection Claims ErJohnson@wcsr.com Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com |
| Evan Lazerowitz | on behalf of Creditor Committee Official Committee of Talc Claimants II elazerowitz@cooley.com efiling-notice@ecf.pacerpro.com;jbrown@cooley.com;mklein@cooley.com;rkanowitz@cooley.com |
| Geoffrey S Brounell | on behalf of Unknown Role Type Reuters News & Media Inc. geoffreybrounell@dwt.com |
| Gregory Plotko | on behalf of Interested Party Pacific Employers Insurance Company gplotko@crowell.com mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com |
| Gregory Plotko | on behalf of Interested Party Westchester Fire Insurance Company gplotko@crowell.com |

Case 21-30589-MBK    Doc 2607    Filed 06/26/22    Entered 06/27/22 00:15:58    Desc
Imaged Certificate of Notice    Page 11 of 19

| District/off: 0312-3 | User: admin | Page 8 of 16 |
|---|---|---|
| Date Rcvd: Jun 24, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| | mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com |
| Gregory Plotko | on behalf of Interested Party Firemans Fund Insurance Company gplotko@crowell.com mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com |
| Gregory Plotko | on behalf of Interested Party Federal Insurance Company gplotko@crowell.com mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com |
| Gregory Plotko | on behalf of Interested Party Great Northern Insurance Company gplotko@crowell.com mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com |
| Gregory Plotko | on behalf of Interested Party ACE Property and Casualty Insurance Company gplotko@crowell.com mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com |
| Gregory Plotko | on behalf of Interested Party Allianz Global Risk US Insurance Company gplotko@crowell.com mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com |
| Gregory Plotko | on behalf of Interested Party Central National Insurance Company of Omaha gplotko@crowell.com mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com |
| Gregory Plotko | on behalf of Interested Party Century Indemnity Company gplotko@crowell.com mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com |
| Gregory M. Gordon | on behalf of Debtor LTL Management LLC gmgordon@jonesday.com |
| Gregory M. Gordon | on behalf of Plaintiff LTL Management LLC gmgordon@jonesday.com |
| Heather Elizabeth Simpson | on behalf of Interested Party TIG Insurance Company heather.simpson@kennedyscmk.com |
| Heather Elizabeth Simpson | on behalf of Interested Party Everest Reinsurance Company heather.simpson@kennedyscmk.com |
| Isley M. Gostin | on behalf of Interested Party Three Crowns Insurance Company Isley.Gostin@wilmerhale.com |
| Isley M. Gostin | on behalf of Interested Party Rio Tinto America Inc. Isley.Gostin@wilmerhale.com |
| James E. Cecchi | on behalf of Defendant San Diego County Employees Retirement Association  Individually and on Behalf of All Others Similarly Situated jcecchi@carellabyrne.com |
| James Francis Green | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation jgreen@ashcraftlaw.com, tnguyen@ashcraftlaw.com;nparfitt@ashcraftlaw.com;plyons@ashcraft.com;twaters@ashcraftlaw.com |
| James M. Jones | on behalf of Debtor LTL Management LLC jmjones@jonesday.com |
| James N. Lawlor | on behalf of Spec. Counsel Patterson Belknap Webb & Tyler LLP jlawlor@wmd-law.com |
| James N. Lawlor | on behalf of Plaintiff LTL Management LLC jlawlor@wmd-law.com |
| James N. Lawlor | on behalf of Debtor LTL Management LLC jlawlor@wmd-law.com |
| Janet A. Shapiro | on behalf of Interested Party Employers Mutual Casualty Company jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | on behalf of Interested Party Scottsdale Insurance jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | on behalf of Interested Party Employers Ins. of Wausau jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | on behalf of Interested Party Nationwide Indemnity jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | on behalf of Interested Party Employers Ins Co of Wausau jshapiro@shapirolawfirm.com |

Janet A. Shapiro
    on behalf of Interested Party Employers Ins. Company of Wausau jshapiro@shapirolawfirm.com

Jason D Angelo
    on behalf of Interested Party Cyprus Mines Corporation jangelo@reedsmith.com

Jeffrey A. Cooper
    on behalf of Creditor Baker Canadian Class Action Creditors jcooper@rltlawfirm.com cooperatty@aol.com;rgaydos@rltlawfirm.com

Jeffrey M. Sponder
    on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov

Jeffrey M. Sponder
    on behalf of U.S. Trustee United States Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov

Jeffrey M. Traurig
    on behalf of Other Prof. Robert J. Keach jtraurig@trauriglaw.com

Jeffrey M. Traurig
    on behalf of Examiner Robert J Keach jtraurig@trauriglaw.com

Jeffrey M. Traurig
    on behalf of Attorney Bernstein Shur Sawyer & Nelson  P.A. jtraurig@trauriglaw.com

Jeffrey M. Traurig
    on behalf of Attorney Traurig Law LLC jtraurig@trauriglaw.com

Jennifer S. Feeney
    on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation jfeeney@otterbourg.com

Jerome Howard Block
    on behalf of Interested Party Levy Konigsberg LLP jblock@levylaw.com

Jerome Howard Block
    on behalf of Interested Party Talc Claimants jblock@levylaw.com

Joel Rhine
    on behalf of Interested Party Clients of Clifford Law Offices  P.C., and Taft Stettinius & Hollister, LLP slc@rhinelawfirm.com

John Bougiamas
    on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi District Litigation jbougiamas@otterbourg.com, ryan@otterbourg.com;jfeeney@otterbourg.com;mmaizel@otterbourg.com;jhildebrandt@otterbourg.com

John Bougiamas
    on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation jbougiamas@otterbourg.com, ryan@otterbourg.com;jfeeney@otterbourg.com;mmaizel@otterbourg.com;jhildebrandt@otterbourg.com

John Maloney
    on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) jmaloney@lawgmm.com

John A. Baden, IV
    on behalf of Interested Party Motley Rice LLC jbaden@motleyrice.com

John A. Baden, IV
    on behalf of Other Prof. Epiq Corporate Restructuring  LLC jbaden@motleyrice.com

John A. Bougiamas
    on behalf of Interested Party Committee of Talc Claimants jbougiamas@oshr.com jfeeney@otterbourg.com;awilliams@otterbourg.com;mpantzer@otterbourg.com

John C. Woodman
    on behalf of Attorney John C. Woodman jwoodman@essexrichards.com DDiMatteo@essexrichards.com;SMarak@essexrichards.com

John D. Green
    on behalf of Interested Party Rio Tinto America Inc. JGreen@fbm.com

John D. Green
    on behalf of Interested Party Three Crowns Insurance Company JGreen@fbm.com

John F. Bracaglia, Jr.
    on behalf of Creditor Jeanne Stephenson brokaw@centraljerseylaw.com

John M. August
    on behalf of Creditor Vincent Hill jaugust@saiber.com rtucker@saiber.com

John M. August
    on behalf of Creditor Certain Mesothelioma Claimants Represented by Kazan McClain Satterley & Greenwood

Case 21-30589-MBK    Doc 2607    Filed 06/26/22    Entered 06/27/22 00:15:58    Desc
Imaged Certificate of Notice    Page 13 of 19

| District/off: 0312-3 | User: admin | Page 10 of 16 |
|---|---|---|
| Date Rcvd: Jun 24, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| | jaugust@saiber.com rtucker@saiber.com |
| John M. August | on behalf of Creditor Anthony Hernandez Valadez jaugust@saiber.com rtucker@saiber.com |
| John M. August | on behalf of Creditor Kristie Lynn Doyle jaugust@saiber.com rtucker@saiber.com |
| John M. August | on behalf of Creditor Audra Johnson jaugust@saiber.com rtucker@saiber.com |
| John R. Miller, Jr. | on behalf of Debtor LTL Management LLC jmiller@rcdlaw.net |
| John R. Miller, Jr. | on behalf of Plaintiff LTL Management LLC jmiller@rcdlaw.net |
| John Zachary Balasko | on behalf of Creditor UNITED STATES OF AMERICA john.z.balasko@usdoj.gov |
| Jonathan I. Rabinowitz | on behalf of Attorney J. Maria Glover jrabinowitz@rltlawfirm.com jcoleman@rltlawfirm.com |
| Jonathan S Massey | on behalf of Interested Party Massey & Gail LLP jloper@masseygail.com |
| Joseph Satterley | on behalf of Creditor Audra Johnson jsatterley@kazanlaw.com |
| Joseph Satterley | on behalf of Creditor Anthony Hernandez Valadez jsatterley@kazanlaw.com |
| Joseph Satterley | on behalf of Interested Party Kazan McClain, Satterley & Greenwood, PLC jsatterley@kazanlaw.com |
| Joseph A. Caneco | on behalf of Interested Party Sequoia Ventures Inc. jcaneco@foxrothschild.com |
| Joseph A. Caneco | on behalf of Interested Party Bechtel Corporation jcaneco@foxrothschild.com |
| Joseph F. Rice | on behalf of Interested Party Motley Rice LLC jrice@motleyrice.com |
| Joseph Francis Pacelli | on behalf of Debtor LTL Management LLC jpacelli@wmd-law.com |
| Joseph Francis Pacelli | on behalf of Plaintiff LTL Management LLC jpacelli@wmd-law.com |
| Joseph J. DiPasquale | on behalf of Interested Party Sequoia Ventures Inc. Jdipasquale@foxrothschild.com, cbrown@foxrothschild.com;ShavoneGreen@foxrothschild.com |
| Joseph J. DiPasquale | on behalf of Interested Party Bechtel Corporation Jdipasquale@foxrothschild.com cbrown@foxrothschild.com;ShavoneGreen@foxrothschild.com |
| Judy D. Thompson | on behalf of Interested Party Barnes Law Group LLC jdt@jdthompsonlaw.com, sxb@jdthompsonlaw.com |
| Katherine Scherling | on behalf of Interested Party AIG Europe S.A. katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party RheinLand Versicherungen katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party ASR Schadeverzekering N.V. katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party AIU Insurance Company katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party Lexington Insurance Company katherine.scherling@katten.com |
| Katherine Scherling | on behalf of Interested Party The North River Insurance Company katherine.scherling@katten.com |
| Katherine Scherling | |

Case 21-30589-MBK    Doc 2607    Filed 06/26/22    Entered 06/27/22 00:15:58    Desc
Imaged Certificate of Notice    Page 14 of 19

| District/off: 0312-3 | User: admin | Page 11 of 16 |
|---|---|---|
| Date Rcvd: Jun 24, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| | on behalf of Interested Party AIG Property Casualty Company katherine.scherling@katten.com |
| Katherine Scherling | |
| | on behalf of Interested Party Granite State Insurance Company katherine.scherling@katten.com |
| Katherine Scherling | |
| | on behalf of Interested Party Atlanta International Insurance Company katherine.scherling@katten.com |
| Katherine Scherling | |
| | on behalf of Interested Party New Hampshire Insurance Company katherine.scherling@katten.com |
| Katherine Scherling | |
| | on behalf of Interested Party The Insurance Company of the State of Pennsylvania katherine.scherling@katten.com |
| Katherine Scherling | |
| | on behalf of Interested Party Starr Indemnity & Liability Company katherine.scherling@katten.com |
| Katherine Scherling | |
| | on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA katherine.scherling@katten.com |
| Kathleen A Frazier | |
| | on behalf of Debtor LTL Management LLC kfrazier@shb.com |
| Kelly D. Curtin | |
| | on behalf of Interested Party Rio Tinto America Inc. kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com |
| Kelly D. Curtin | |
| | on behalf of Interested Party Rio Tinto America Holdings Inc. kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com |
| Kelly D. Curtin | |
| | on behalf of Interested Party Rio Tinto Services Inc. kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com |
| Kelly D. Curtin | |
| | on behalf of Interested Party Three Crowns Insurance Company kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com |
| Kelly D. Curtin | |
| | on behalf of Interested Party Metals & Minerals Insurance Company Pte. Ltd. kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;jmoconnor@pbnlaw.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party AIG Europe S.A. kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party ASR Schadeverzekering N.V. kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party Atlanta International Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party AIG Property Casualty Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party The Insurance Company of the State of Pennsylvania kelsey.panizzolo@katten.com courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party Starr Indemnity & Liability Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party The North River Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party Granite State Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party New Hampshire Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd kelsey.panizzolo@katten.com courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party RheinLand Versicherungen kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party Lexington Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com |
| Kelsey Panizzolo | |
| | on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA kelsey.panizzolo@katten.com |

Case 21-30589-MBK    Doc 2607    Filed 06/26/22    Entered 06/27/22 00:15:58    Desc
Imaged Certificate of Notice    Page 15 of 19

| District/off: 0312-3 | User: admin | Page 12 of 16 |
|---|---|---|
| Date Rcvd: Jun 24, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| | courtalertclt@katten.com |
| Kelsey Panizzolo | on behalf of Interested Party AIU Insurance Company kelsey.panizzolo@katten.com courtalertclt@katten.com |
| Kenneth A. Rosen | on behalf of Interested Party Johnson & Johnson krosen@lowenstein.com dclaussen@lowenstein.com |
| Kenneth A. Rosen | on behalf of Interested Party Johnson & Johnson and Johnson & Johnson Consumer Inc. krosen@lowenstein.com dclaussen@lowenstein.com |
| Konrad Krebs | on behalf of Interested Party The Continental Insurance Company konrad.krebs@clydeco.us |
| Kristen R. Fournier | on behalf of Debtor LTL Management LLC kfournier@kslaw.com |
| Laila Masud | on behalf of Interested Party Talc Claimants lmasud@marshackhays.com |
| Laura Davis Jones | on behalf of Creditor Arnold & Itkin LLP ljones@pszjlaw.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Lenard Parkins | on behalf of Creditor OnderLaw  LLC lparkins@parkinslee.com |
| Leslie Carol Heilman | on behalf of Creditor Albertsons Companies  Inc. heilmanl@ballardspahr.com, carbonej@ballardspahr.com |
| Liza M. Walsh | on behalf of Other Prof. Randi S. Ellis lwalsh@walsh.law  btroyan@walsh.law;sfalanga@walsh.law;mfalk@walsh.law |
| Louis A. Modugno | on behalf of Interested Party The North River Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Atlanta International Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party AIG Europe S.A. lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Granite State Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party New Hampshire Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party ASR Schadeverzekering N.V. lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party AIG Property Casualty Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party RheinLand Versicherungen lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Lexington Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Starr Indemnity & Liability Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party The Insurance Company of the State of Pennsylvania lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party AIU Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Objecting Insurers lmodugno@tm-firm.com |
| Lyndon Mitchell Tretter | on behalf of Plaintiff LTL Management LLC ltretter@wmd-law.com |

| District/off: 0312-3 | User: admin | Page 13 of 16 |
|---|---|---|
| Date Rcvd: Jun 24, 2022 | Form ID: pdf903 | Total Noticed: 4 |

Lyndon Mitchell Tretter
    on behalf of Debtor LTL Management LLC ltretter@wmd-law.com

Marc E. Wolin
    on behalf of Creditor Kristie Lynn Doyle mwolin@saiber.com ccarfagno@saiber.com

Mark Falk
    on behalf of Other Prof. Randi S. Ellis mfalk@walsh.law

Mark Falk
    on behalf of Attorney Walsh Pizzi O'Reilly Falanga LLP mfalk@walsh.law

Mark P. Robinson, Jr
    on behalf of Interested Party Talc Claimants mrobinson@robinsonfirm.com

Mark W. Rasmussen
    on behalf of Debtor LTL Management LLC mrasmussen@jonesday.com

Mary E. Seymour
    on behalf of Interested Party Johnson & Johnson and Johnson & Johnson Consumer Inc. mseymour@lowenstein.com jkimble@lowenstein.com

Matthew I. W. Baker
    on behalf of Creditor Proposed Local Counsel to Official Committee of Talc Claimants for LTL Management LLC mbaker@genovaburns.com

Matthew L Tomsic
    on behalf of Plaintiff LTL Management LLC mtomsic@rcdlaw.net

Matthew L Tomsic
    on behalf of Debtor LTL Management LLC mtomsic@rcdlaw.net

Melanie J. Garner
    on behalf of Creditor Martin Baughman PLLC Claimants melanie@garnerltd.com

Melanie J. Garner
    on behalf of Creditor Waters & Kraus LLP Claimants melanie@garnerltd.com

Melanie Louise Cyganowski
    on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi District Litigation mcyganowski@otterbourg.com, awilliams@otterbourg.com

Melanie Louise Cyganowski
    on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi-District Litigation mcyganowski@otterbourg.com, awilliams@otterbourg.com

Michael Hutchins
    on behalf of Interested Party Cyprus Mines Corporation mhutchins@kasowitz.com courtnotices@kasowitz.com

Michael E. Collins
    on behalf of Interested Party Westchester Fire Insurance Company mcollins@manierherod.com

Michael H. Torkin
    on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) michael.torkin@stblaw.com

Michael L. Tuchin
    on behalf of Interested Party Aylstock Witkin, Kreis & Overholtz, PLLC mtuchin@ktbslaw.com

Michelle A. Parfitt
    on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi-District Litigation mparfitt@ashcraftlaw.com

Mitchell Malzberg
    on behalf of Interested Party Talc Claimants mmalzberg@mjmalzberglaw.com dlapham@mjmalzberglaw.com

Mitchell Malzberg
    on behalf of Creditor Various Claimants mmalzberg@mjmalzberglaw.com dlapham@mjmalzberglaw.com

Nabil Majed Nachawati, II
    on behalf of Interested Party Fears Nachawati PLLC MN@fnlawfirm.com

Nancy Isaacson
    on behalf of Interested Party Motley Rice LLC nisaacson@greenbaumlaw.com

Nathan David Finch
    on behalf of Interested Party Motley Rice LLC nfinch@motleyrice.com

Nir Maoz
    on behalf of Interested Party Aylstock Witkin, Kreis & Overholtz, PLLC nmaoz@ktbslaw.com

P. Leigh O'Dell

Case 21-30589-MBK    Doc 2607    Filed 06/26/22    Entered 06/27/22 00:15:58    Desc
Imaged Certificate of Notice    Page 17 of 19

| District/off: 0312-3 | User: admin | Page 14 of 16 |
|---|---|---|
| Date Rcvd: Jun 24, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| | on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi District Litigation leigh.odell@beasleyallen.com |
| Patricia M. Kipnis | |
| | on behalf of Interested Party Committee of Talc Claimants pkipnis@baileyglasser.com  mchapman@baileyglasser.com |
| Paul E. Heath | |
| | on behalf of Interested Party Cyprus Amax Minerals Company pheath@velaw.com |
| Paul J. Winterhalter | |
| | on behalf of Interested Party Aylstock  Witkin, Kreis & Overholtz, PLLC pwinterhalter@offitkurman.com, rbarnhart@offitkurman.com |
| Paul M. Singer | |
| | on behalf of Interested Party Cyprus Mines Corporation psinger@reedsmith.com |
| Paul R. DeFilippo | |
| | on behalf of Spec. Counsel King & Spalding  LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | |
| | on behalf of Spec. Counsel Skadden  Arps, Slate, Meagher & Flom LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | |
| | on behalf of Spec. Counsel Patterson Belknap Webb & Tyler LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | |
| | on behalf of Spec. Counsel McCarter & English  LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | |
| | on behalf of Debtor LTL Management LLC pdefilippo@wmd-law.com |
| Paul R. DeFilippo | |
| | on behalf of Other Prof. Bates White  LLC pdefilippo@wmd-law.com |
| Paul R. DeFilippo | |
| | on behalf of Spec. Counsel Blake  Cassels & Graydon LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | |
| | on behalf of Attorney Rayburn Cooper & Durham  P.A pdefilippo@wmd-law.com |
| Paul R. DeFilippo | |
| | on behalf of Attorney Jones Day pdefilippo@wmd-law.com |
| Paul R. DeFilippo | |
| | on behalf of Spec. Counsel Shook  Hardy & Bacon L.L.P. pdefilippo@wmd-law.com |
| Paul R. DeFilippo | |
| | on behalf of Other Prof. AlixPartners  LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | |
| | on behalf of Attorney Wollmuth Maher & Deutsch LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | |
| | on behalf of Plaintiff LTL Management LLC pdefilippo@wmd-law.com |
| Paul R. DeFilippo | |
| | on behalf of Spec. Counsel Weil  Gotshal, & Manges, LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | |
| | on behalf of Spec. Counsel Orrick  Herrington & Sutcliffe LLP pdefilippo@wmd-law.com |
| Rachel Ginzburg | |
| | on behalf of Unknown Role Type The Amici Professors rginzburg@herrick.com |
| Rachel R Obaldo | |
| | on behalf of Interested Party State of Texas bk-robaldo@texasattorneygeneral.gov |
| Rashad Blossom | |
| | on behalf of Interested Party Joseph McGovern rblossom@blossomlaw.com pogando@blossomlaw.com;R41929@notify.bestcase.com;ecfnotices2018@gmail.com |
| Rashad Blossom | |
| | on behalf of Attorney Christopher M. Placitella rblossom@blossomlaw.com pogando@blossomlaw.com;R41929@notify.bestcase.com;ecfnotices2018@gmail.com |
| Richard A. Schneider | |
| | on behalf of Interested Party Bestwall LLC dschneider@kslaw.com |
| Richard Moss Golomb | |
| | on behalf of Interested Party Golomb Spirt Grunfeld rgolomb@golomblegal.com |
| Richard Moss Golomb | |
| | on behalf of Creditor Brandi Carl rgolomb@golomblegal.com |

Case 21-30589-MBK    Doc 2607    Filed 06/26/22    Entered 06/27/22 00:15:58    Desc
Imaged Certificate of Notice    Page 18 of 19

| District/off: 0312-3 | User: admin | Page 15 of 16 |
|---|---|---|
| Date Rcvd: Jun 24, 2022 | Form ID: pdf903 | Total Noticed: 4 |

Robert Novick
    on behalf of Interested Party Cyprus Mines Corporation rnovick@kasowitz.com

Robert J. Keach
    rkeach@bernsteinshur.com
    astewart@bernsteinshur.com;kquirk@bernsteinshur.com;acummings@bernsteinshur.com;cmastrogiorgio@bernsteinshur.com

Robert J. Pfister
    on behalf of Interested Party Aylstock Witkin, Kreis & Overholtz, PLLC rpfister@ktbslaw.com

Robert W. Hamilton
    on behalf of Debtor LTL Management LLC rwhamilton@jonesday.com

Robert William Miller
    on behalf of Interested Party Westchester Fire Insurance Company RMiller@ManierHerod.com

Robin Rabinowitz
    on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) rrabinowitz@lawgmm.com

Rochelle Guiton
    on behalf of Creditor Aleathea Goodins rochelle@dmillerlaw.com

Ross J. Switkes
    on behalf of Other Prof. FTI Consulting Inc. rswitkes@shermansilverstein.com

Ross J. Switkes
    on behalf of Creditor Committee Official Committee of Talc Claimants II rswitkes@shermansilverstein.com

Ross J. Switkes
    on behalf of Attorney Sherman Silverstein, Kohl, Rose & Podolsky, P.A. rswitkes@shermansilverstein.com

Ross J. Switkes
    on behalf of Attorney Cooley LLP rswitkes@shermansilverstein.com

Samuel M. Kidder
    on behalf of Interested Party Aylstock Witkin, Kreis & Overholtz, PLLC skidder@ktbslaw.com

Sandy Qusba
    on behalf of Creditor Bausch Health US LLC f/k/a Valeant Pharmaceuticals North America LLC squsba@stblaw.com

Sandy Qusba
    on behalf of Creditor Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International Inc. squsba@stblaw.com

Sandy Qusba
    on behalf of Creditor Bausch Health Americas Inc. f/k/a Valeant Pharmaceuticals International squsba@stblaw.com

Sarah Meiman
    on behalf of Creditor Pension Benefit Guaranty Corporation meiman.sarah@pbgc.gov

Sari Blair Placona
    on behalf of Creditor Alishia Landrum Committee Member splacona@msbnj.com

Seth H. Lieberman
    on behalf of Interested Party Williams Hart Boundas Easterby LLP, on behalf of certain personal injury claimants (Williams Hart Plaintiffs) slieberman@pryorcashman.com

Sid Garabato
    on behalf of Other Prof. Epiq Corporate Restructuring LLC sgarabato@epiqglobal.com, rjacobs@ecf.epiqsystems.com

Simon J. Torres
    on behalf of Creditor Pension Benefit Guaranty Corporation torres.simon@pbgc.gov efile@pbgc.gov

Sommer Leigh Ross
    on behalf of Creditor Republic Indemnity Company of America slross@duanemorris.com AutoDocketWILM@duanemorris.com

Stephen M. Packman
    on behalf of Interested Party Roger Frankel as Legal Representative for Future Personal Injury Claimants appointed in the Chapter 11 bankruptcy case of Cyprus Mines Corporation spackman@archerlaw.com, dleney@archerlaw.com,ahuber@archerlaw.com

Stephen T. Roberts
    on behalf of Interested Party Clients of Mendes & Mount LLP stephen.roberts@mendes.com

Stephen V. Gimigliano
    on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) sgimigliano@lawgmm.com

Steven Abramowitz
    on behalf of Interested Party Cyprus Amax Minerals Company sabramowitz@velaw.com
    mmoran@velaw.com;kgrissel@velaw.com;tmitsch@velaw.com;kduchesne@velaw.com

Steven B Smith

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 16 of 16 |
| Date Rcvd: Jun 24, 2022 | Form ID: pdf903 | Total Noticed: 4 |

|  |  |
|---|---|
| | on behalf of Unknown Role Type The Amici Professors ssmith@herrick.com courtnotices@herrick.com;lporetsky@herrick.com |
| Suzanne Ratcliffe | on behalf of Creditor Jan Deborah Michelson-Boyle sratcliffe@mrhfmlaw.com |
| Suzanne Cocco Midlige | on behalf of Interested Party Arrowood Indemnity Company smidlige@cmg.law |
| Thomas Pitta | on behalf of Creditor PTI Royston LLC tpitta@emmetmarvin.com |
| Thomas Pitta | on behalf of Creditor PTI Union LLC tpitta@emmetmarvin.com |
| Thomas W. Waldrep, Jr. | on behalf of Interested Party Kazan McClain, Satterley & Greenwood notice@waldrepwall.com, 8898@notices.nextchapterbk.com;khayden@waldrepwall.com |
| Thomas W. Waldrep, Jr. | on behalf of Interested Party Levy Konigsberg LLP notice@waldrepwall.com 8898@notices.nextchapterbk.com;khayden@waldrepwall.com |
| Thomas W. Waldrep, Jr. | on behalf of Interested Party Weitz & Luxenberg P.C. notice@waldrepwall.com 8898@notices.nextchapterbk.com;khayden@waldrepwall.com |
| Thomas W. Waldrep, Jr. | on behalf of Interested Party Maune Raichle Hartley French & Mudd LLC notice@waldrepwall.com, 8898@notices.nextchapterbk.com;khayden@waldrepwall.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 368