

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on June 27, 2022**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

LEVY KONIGSBERG, LLP
Jerome H. Block, Esq. (272002018)
605 Third Avenue, 33rd FL
New York, NY 10158
Tel: (212) 605-6200
Fax: (212) 605-6290
Email: jblock@levylaw.com
*Attorneys for Talc Claimant Paul Crouch, Individually and as*
*Executor and as Executor Ad Prosequendum of the Estate of*
*Cynthia Lorraine Crouch*

Case No. 21-30589(MBK)

Chapter 11

Honorable Michael B.
Kaplan, U.S.B.J., Chief

In Re:

    LTL Management LLC,

                Debtor.

ORDER FOR ADMISSION PRO HAC VICE

The relief set forth on the following page is **ORDERED.**

**DATED: June 27, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been brought before the Court on application for an Order For

Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant,

out-of-state attorney, and considered this matter pursuant to Fed.R.Civ.Proc.78, D.N.J.  L.

Civ.R.101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

ORDERED that _____Jonathan Ruckdeschel_____ be permitted to appear pro hac

vice; provided that pursuant to D.N.J. L. Civ. R. 101.1 (c)(4), an appearance as counsel of record

shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and

pleading may be served, and who shall promptly notify the out-of-state attorney of their receipt.

Only an attorney at law of this Court may file papers, enter appearances for parties, sign

stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for

Client Protection for payment of the annual fee, for this year and for any year in which the out-

of-state attorney continues to represent a client in a matter pending in this Court in accordance

with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within

twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $150 fee required by D.N.J. L. Civ. R. 101 (c)(3) for pro hac vice

admission to the District Court for the District of New Jersey shall also be payable within twenty

(20) days of entry of this Order.  Payment in the form of a check must be payable to "Clerk,

USDC" and forwarded to the Clerk of the United States District Court for the District of new

Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102
*Attention: Pro Hac vice Admissions*

and it is further ORDERED that the applicant shall be bound by the Local Rule of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.