UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

**Order Filed on June 27, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: _____

Chapter: _____

Hearing Date: _____

Judge: _____

## ORDER ADJOURNING MATTERS

The relief set forth on the following pages, numbered two (2) through _____ is **ORDERED**.

**DATED: June 27, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Due to a scheduling conflict for the Court, the July 6, 2022 hearings will NOT be conducted in person.  Instead, there will be an abbreviated **ZOOM-ONLY\*** hearing, in which the following matters will be addressed:

- Docket No.1748 (Rayburn Fee Application);
- Docket No. 1761 (Brown Rudnick Fee Application);
- Docket No. 2511 (Debtor's Motion to Extend Time).

In addition, the Court will hear oral argument on the continuation of the preliminary injunction and automatic stay against third parties. <u>Please note, the Court will conclude the hearing no later than 12:15 pm</u>, so counsel are advised to take the abbreviated schedule into consideration when planning argument.

The Status Conference, including argument as to the merits of a claims estimation hearing, is being carried to the July 26, 2022 omnibus hearing date, and as a courtesy, the Court is extending all dates under the current briefing schedule by 14 days. The hearings/continued hearings on the following matters are also carried to the July 26, 2022 omnibus hearing date:

- Docket No. 2348 (Valadez);
- Docket No. 2394 (Johnson);
- Docket No. 1488 (Travelers);
- Docket No. 1491 (New Jersey Coverage).

All motions seeking relief from the automatic stay are being carried by the Court with consent of the parties and/or due to compelling circumstances, consistent with 11 U.S.C. § 362(e)(1).

**\*Parties who intend to present argument during the July 6 ZOOM-ONLY hearings must register with the Court to be given the necessary credentials.**  Please email Chambers (chambers_of_mbk@njb.uscourts.gov) and indicate the name and email address of the speaker, as well as provide information regarding who you represent and/or the purpose of your appearance.  PLEASE NOTE: if you are not approved in advance by the Court, you will be limited to observation only of the July 6 hearing and will not have the ability to be seen or heard by the Court or other attendees.