| Number | Name | Address | | Type of Disease | |
|---|---|---|---|---|---|
| 1 | Jeannette V. | ■ | | ■ | |
| 2 | Susan B. | ■ | | ■ | |
| 3 | Catherine M. | ■ | | ■ | |
| 4 | Emily D. | ■ | | ■ | |
| 5 | Alan G. | ■ | | ■ | |
| 6 | Roberto R. | ■ | | ■ | |
| 7 | Carol M. | ■ | | ■ | |
| 8 | Giovanni S. | ■ | | ■ | |
| 9 | Newel A. | ■ | | ■ | |
| 10 | Katrina U. | ■ | | ■ | |
| 11 | Sydney L. | ■ | | Mesothelioma | |
| 12 | James B. | ■ | | ■ | |
| 13 | Patricia J. | ■ | | ■ | |
| 14 | Pilar A. | ■ | | | ■ |