**EXHIBIT B**

**Time Detail**

**Houlihan Lokey - LTL Management LLC Work Hours Summary**
**(May. 01, 2022 - May. 31, 2022)**

| Employee | A | B | C | D | Total |
|---|---|---|---|---|---|
| Saul Burian | 21.5 | 5.5 | 6.0 | 9.0 | 42.0 |
| Tom Hedus | 42.0 | 9.0 | 5.5 | 9.5 | 66.0 |
| Tim Petersen | 29.5 | 12.5 | 4.5 | 6.0 | 52.5 |
| Tope Odusanya | 20.0 | 7.5 | 5.0 | 9.0 | 41.5 |
| Drew McGeary | 27.0 | 11.5 | 4.0 | 9.0 | 51.5 |
| Danny Gendler | 16.5 | 2.5 | 4.0 | 8.5 | 31.5 |
| **Total** | **156.5** | **48.5** | **29.0** | **51.0** | **285.0** |

**Legend**

| | | |
|---|---|---|
| | A | General Case Administration |
| | B | Analysis, Presentations, and Due Diligence |
| | C | Correspondence with TCC Advisors |
| | D | Correspondence with TCC Members |

**Hours for:** Saul Burian
**Month of:** May 2022
**Total Hours:** 42.0

### Task Reference Table

| | |
|---|---|
| A | General Case Administration |
| B | Analysis, Presentations, and Due Diligence |
| C | Correspondence with TCC Advisors |
| D | Correspondence with TCC Members |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, May 2, 2022 | A | General Case Administration | 0.5 | Discovery conference with Judge |
| Monday, May 2, 2022 | D | Correspondence with TCC Members | 1.5 | Insurance counsel interview participation |
| Monday, May 2, 2022 | A | General Case Administration | 0.5 | Reading docket filings |
| Wednesday, May 4, 2022 | A | General Case Administration | 1.0 | Court hearing participation |
| Wednesday, May 4, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Internal discussion regarding Mediation preparation |
| Wednesday, May 4, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Investment trust parameters review |
| Thursday, May 5, 2022 | C | Correspondence with TCC Advisors | 1.0 | Call with Advisors |
| Thursday, May 5, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Advisors and Members |
| Thursday, May 5, 2022 | D | Correspondence with TCC Members | 0.5 | Call with Members |
| Friday, May 6, 2022 | D | Correspondence with TCC Members | 0.5 | Call with Members to present analyses |
| Friday, May 6, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Reviewing presentation for Members |
| Monday, May 9, 2022 | A | General Case Administration | 1.0 | Call with Advisors |
| Monday, May 9, 2022 | D | Correspondence with TCC Members | 0.5 | Call with Advisors and Members |
| Monday, May 9, 2022 | A | General Case Administration | 4.5 | In-person Mediation attendance |
| Tuesday, May 10, 2022 | C | Correspondence with TCC Advisors | 1.0 | Update regarding mediation and follow-up regarding issues |
| Thursday, May 12, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Internal discussion regarding Mediation preparation |
| Friday, May 13, 2022 | C | Correspondence with TCC Advisors | 1.0 | Call with Advisors |
| Friday, May 13, 2022 | D | Correspondence with TCC Members | 2.0 | Call with Advisors and Members |
| Saturday, May 14, 2022 | A | General Case Administration | 0.5 | Reviewing Fee Examiner report |
| Sunday, May 15, 2022 | D | Correspondence with TCC Members | 0.5 | Call with Advisors and Members |
| Sunday, May 15, 2022 | A | General Case Administration | 0.5 | Internal discussion regarding retention documents |
| Monday, May 16, 2022 | A | General Case Administration | 0.5 | Reading Counsel memo |
| Monday, May 16, 2022 | A | General Case Administration | 1.0 | Reviewing Fee Examiner report |
| Wednesday, May 18, 2022 | C | Correspondence with TCC Advisors | 0.5 | Call with Advisors |
| Wednesday, May 18, 2022 | C | Correspondence with TCC Advisors | 0.5 | Call with Advisors |
| Wednesday, May 18, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Advisors and Members |
| Wednesday, May 18, 2022 | C | Correspondence with TCC Advisors | 0.5 | Call with Counsel |
| Wednesday, May 18, 2022 | A | General Case Administration | 0.5 | Call with Fee Examiner |
| Wednesday, May 18, 2022 | A | General Case Administration | 0.5 | Drafting and reviewing docket filing |
| Wednesday, May 18, 2022 | A | General Case Administration | 1.0 | Reading docket filings |
| Thursday, May 19, 2022 | A | General Case Administration | 1.0 | Drafting and reviewing docket filing |
| Thursday, May 19, 2022 | A | General Case Administration | 1.0 | Internal discussion regarding Fee Examiner report |
| Friday, May 20, 2022 | D | Correspondence with TCC Members | 0.5 | Call with Advisors and Members |
| Friday, May 20, 2022 | A | General Case Administration | 0.5 | Drafting and reviewing docket filing |
| Friday, May 20, 2022 | A | General Case Administration | 0.5 | Reviewing draft docket filing |
| Monday, May 23, 2022 | A | General Case Administration | 1.0 | Responding to Fee Examiner requests |
| Tuesday, May 24, 2022 | A | General Case Administration | 4.0 | Court hearing participation |
| Wednesday, May 25, 2022 | C | Correspondence with TCC Advisors | 1.0 | Call with Advisors |
| Wednesday, May 25, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Advisors and Members |
| Sunday, May 29, 2022 | A | General Case Administration | 0.5 | Retention related analysis |
| Tuesday, May 31, 2022 | C | Correspondence with TCC Advisors | 0.5 | Call with Counsel regarding retention |
| Tuesday, May 31, 2022 | A | General Case Administration | 1.0 | Reviewing draft fee statement |
| Tuesday, May 31, 2022 | B | Analysis, Presentations, and Due Diligence | 2.0 | Reviewing draft plan of reorganization |

**Hours for:** Tom Hedus
**Month of:** May 2022
**Total Hours:** 66.0

### Task Reference Table

| | |
|---|---|
| A | General Case Administration |
| B | Analysis, Presentations, and Due Diligence |
| C | Correspondence with TCC Advisors |
| D | Correspondence with TCC Members |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, May 2, 2022 | A | General Case Administration | 0.5 | Discovery conference with Judge |
| Monday, May 2, 2022 | D | Correspondence with TCC Members | 1.5 | Insurance counsel interview participation |
| Monday, May 2, 2022 | A | General Case Administration | 0.5 | Reading docket filings |
| Tuesday, May 3, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Review and analyze diligence responses from Debtor |
| Wednesday, May 4, 2022 | A | General Case Administration | 2.0 | Court hearing participation |
| Wednesday, May 4, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Internal discussion regarding Mediation preparation |
| Thursday, May 5, 2022 | C | Correspondence with TCC Advisors | 1.0 | Call with Advisors |
| Thursday, May 5, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Advisors and Members |
| Thursday, May 5, 2022 | D | Correspondence with TCC Members | 0.5 | Call with Members |
| Friday, May 6, 2022 | D | Correspondence with TCC Members | 0.5 | Call with Members to present analyses |
| Friday, May 6, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Reviewing presentation for Members |
| Monday, May 9, 2022 | A | General Case Administration | 1.0 | Call with Advisors |
| Monday, May 9, 2022 | D | Correspondence with TCC Members | 0.5 | Call with Advisors and Members |
| Monday, May 9, 2022 | A | General Case Administration | 2.0 | In-person Mediation attendance |
| Monday, May 9, 2022 | A | General Case Administration | 1.5 | Retention related drafting and review |
| Tuesday, May 10, 2022 | A | General Case Administration | 9.0 | In-person Mediation attendance |
| Wednesday, May 11, 2022 | A | General Case Administration | 5.0 | In-person Mediation attendance |
| Thursday, May 12, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Internal discussion regarding Mediation preparation |
| Friday, May 13, 2022 | C | Correspondence with TCC Advisors | 1.0 | Call with Advisors |
| Friday, May 13, 2022 | D | Correspondence with TCC Members | 2.0 | Call with Advisors and Members |
| Friday, May 13, 2022 | A | General Case Administration | 1.0 | Retention related drafting and review |
| Saturday, May 14, 2022 | D | Correspondence with TCC Members | 0.5 | Call with Advisors and Members |
| Sunday, May 15, 2022 | D | Correspondence with TCC Members | 0.5 | Call with Advisors and Members |
| Sunday, May 15, 2022 | A | General Case Administration | 0.5 | Internal discussion regarding retention documents |
| Monday, May 16, 2022 | A | General Case Administration | 0.5 | Reading Counsel memo |
| Monday, May 16, 2022 | A | General Case Administration | 1.0 | Review and comment on draft retention related docket filing |
| Monday, May 16, 2022 | A | General Case Administration | 1.0 | Reviewing Fee Examiner report |
| Tuesday, May 17, 2022 | A | General Case Administration | 1.0 | Analysis for Fee Examiner |
| Tuesday, May 17, 2022 | C | Correspondence with TCC Advisors | 0.5 | Call with Counsel |
| Wednesday, May 18, 2022 | C | Correspondence with TCC Advisors | 0.5 | Call with Advisors |
| Wednesday, May 18, 2022 | C | Correspondence with TCC Advisors | 0.5 | Call with Advisors |
| Wednesday, May 18, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Advisors and Members |
| Wednesday, May 18, 2022 | C | Correspondence with TCC Advisors | 0.5 | Call with Counsel |
| Wednesday, May 18, 2022 | A | General Case Administration | 0.5 | Call with Fee Examiner |
| Wednesday, May 18, 2022 | A | General Case Administration | 2.0 | Drafting and reviewing docket filing |
| Wednesday, May 18, 2022 | A | General Case Administration | 1.0 | Reading docket filings |
| Wednesday, May 18, 2022 | A | General Case Administration | 0.5 | Retention related drafting and review |
| Thursday, May 19, 2022 | A | General Case Administration | 1.0 | Drafting and reviewing docket filing |
| Thursday, May 19, 2022 | A | General Case Administration | 1.0 | Internal discussion regarding Fee Examiner report |
| Friday, May 20, 2022 | D | Correspondence with TCC Members | 0.5 | Call with Advisors and Members |
| Friday, May 20, 2022 | A | General Case Administration | 0.5 | Drafting and reviewing docket filing |
| Friday, May 20, 2022 | A | General Case Administration | 0.5 | Reviewing draft docket filing |
| Monday, May 23, 2022 | A | General Case Administration | 1.0 | Responding to Fee Examiner requests |
| Monday, May 23, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Review and comment on draft joint presentation for Committee |
| Tuesday, May 24, 2022 | A | General Case Administration | 4.0 | Court hearing participation |
| Wednesday, May 25, 2022 | C | Correspondence with TCC Advisors | 1.0 | Call with Advisors |
| Wednesday, May 25, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Advisors and Members |
| Thursday, May 26, 2022 | A | General Case Administration | 0.5 | Analysis for Fee Examiner |
| Friday, May 27, 2022 | A | General Case Administration | 2.0 | Reviewing draft fee statement |
| Tuesday, May 31, 2022 | C | Correspondence with TCC Advisors | 0.5 | Call with Counsel regarding retention |
| Tuesday, May 31, 2022 | A | General Case Administration | 1.0 | Reviewing draft fee statement |
| Tuesday, May 31, 2022 | B | Analysis, Presentations, and Due Diligence | 4.0 | Reviewing draft plan of reorganization |

**Hours for:** Tim Petersen
**Month of:** May 2022
**Total Hours:** 52.5

**Task Reference Table**

| | |
|---|---|
| A | General Case Administration |
| B | Analysis, Presentations, and Due Diligence |
| C | Correspondence with TCC Advisors |
| D | Correspondence with TCC Members |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, May 2, 2022 | A | General Case Administration | 0.5 | Discovery conference with Judge |
| Monday, May 2, 2022 | A | General Case Administration | 1.0 | Fee statement preparation |
| Monday, May 2, 2022 | D | Correspondence with TCC Members | 1.5 | Insurance counsel interview participation |
| Monday, May 2, 2022 | A | General Case Administration | 0.5 | Reading docket filings |
| Tuesday, May 3, 2022 | A | General Case Administration | 0.5 | Reading docket filings |
| Tuesday, May 3, 2022 | B | Analysis, Presentations, and Due Diligence | 2.0 | Review and analyze diligence responses from Debtor |
| Wednesday, May 4, 2022 | A | General Case Administration | 2.0 | Court hearing participation |
| Wednesday, May 4, 2022 | B | Analysis, Presentations, and Due Diligence | 2.0 | Financial analysis at the request of the Committee |
| Wednesday, May 4, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Internal discussion regarding Mediation preparation |
| Thursday, May 5, 2022 | C | Correspondence with TCC Advisors | 1.0 | Call with Advisors |
| Thursday, May 5, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Advisors and Members |
| Thursday, May 5, 2022 | D | Correspondence with TCC Members | 0.5 | Call with Members |
| Thursday, May 5, 2022 | B | Analysis, Presentations, and Due Diligence | 3.0 | Financial analysis at the request of the Committee |
| Friday, May 6, 2022 | D | Correspondence with TCC Members | 0.5 | Call with Members to present analyses |
| Sunday, May 15, 2022 | A | General Case Administration | 0.5 | Internal discussion regarding retention documents |
| Monday, May 16, 2022 | A | General Case Administration | 2.0 | Analysis for Fee Examiner |
| Monday, May 16, 2022 | A | General Case Administration | 0.5 | Reading Counsel memo |
| Monday, May 16, 2022 | A | General Case Administration | 1.0 | Review and comment on draft retention related docket filing |
| Monday, May 16, 2022 | A | General Case Administration | 1.0 | Reviewing Fee Examiner report |
| Tuesday, May 17, 2022 | A | General Case Administration | 1.0 | Analysis for Fee Examiner |
| Tuesday, May 17, 2022 | C | Correspondence with TCC Advisors | 0.5 | Call with Counsel |
| Wednesday, May 18, 2022 | C | Correspondence with TCC Advisors | 0.5 | Call with Advisors |
| Wednesday, May 18, 2022 | C | Correspondence with TCC Advisors | 0.5 | Call with Advisors |
| Wednesday, May 18, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Advisors and Members |
| Wednesday, May 18, 2022 | C | Correspondence with TCC Advisors | 0.5 | Call with Counsel |
| Wednesday, May 18, 2022 | A | General Case Administration | 0.5 | Call with Fee Examiner |
| Wednesday, May 18, 2022 | A | General Case Administration | 3.0 | Drafting and reviewing docket filing |
| Wednesday, May 18, 2022 | A | General Case Administration | 1.0 | Reading docket filings |
| Wednesday, May 18, 2022 | A | General Case Administration | 1.0 | Retention related drafting and review |
| Thursday, May 19, 2022 | A | General Case Administration | 2.0 | Drafting and reviewing docket filing |
| Thursday, May 19, 2022 | A | General Case Administration | 1.0 | Internal discussion regarding Fee Examiner report |
| Friday, May 20, 2022 | A | General Case Administration | 1.0 | Analysis for Fee Examiner |
| Friday, May 20, 2022 | D | Correspondence with TCC Members | 0.5 | Call with Advisors and Members |
| Friday, May 20, 2022 | A | General Case Administration | 2.0 | Drafting and reviewing docket filing |
| Friday, May 20, 2022 | A | General Case Administration | 0.5 | Reviewing draft docket filing |
| Monday, May 23, 2022 | A | General Case Administration | 1.0 | Responding to Fee Examiner requests |
| Monday, May 23, 2022 | B | Analysis, Presentations, and Due Diligence | 1.5 | Review and comment on draft joint presentation for Committee |
| Tuesday, May 24, 2022 | A | General Case Administration | 4.0 | Court hearing participation |
| Wednesday, May 25, 2022 | C | Correspondence with TCC Advisors | 1.0 | Call with Advisors |
| Wednesday, May 25, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Advisors and Members |
| Thursday, May 26, 2022 | A | General Case Administration | 1.0 | Analysis for Fee Examiner |
| Tuesday, May 31, 2022 | C | Correspondence with TCC Advisors | 0.5 | Call with Counsel regarding retention |
| Tuesday, May 31, 2022 | A | General Case Administration | 1.0 | Fee statement preparation |
| Tuesday, May 31, 2022 | B | Analysis, Presentations, and Due Diligence | 3.0 | Reviewing draft plan of reorganization |

**Hours for:** Tope Odusanya
**Month of:** May 2022
**Total Hours:** 41.5

**Task Reference Table**

| | |
|---|---|
| A | General Case Administration |
| B | Analysis, Presentations, and Due Diligence |
| C | Correspondence with TCC Advisors |
| D | Correspondence with TCC Members |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, May 2, 2022 | A | General Case Administration | 0.5 | Discovery conference with Judge |
| Monday, May 2, 2022 | D | Correspondence with TCC Members | 1.5 | Insurance counsel interview participation |
| Tuesday, May 3, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review and analyze diligence responses from Debtor |
| Wednesday, May 4, 2022 | A | General Case Administration | 2.0 | Court hearing participation |
| Wednesday, May 4, 2022 | A | General Case Administration | 1.0 | Fee statement preparation |
| Wednesday, May 4, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Internal discussion regarding Mediation preparation |
| Wednesday, May 4, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Reviewing draft docket filing |
| Thursday, May 5, 2022 | C | Correspondence with TCC Advisors | 1.0 | Call with Advisors |
| Thursday, May 5, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Advisors and Members |
| Thursday, May 5, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review and analyze diligence responses from Debtor |
| Friday, May 6, 2022 | D | Correspondence with TCC Members | 0.5 | Call with Members to present analyses |
| Friday, May 6, 2022 | B | Analysis, Presentations, and Due Diligence | 1.5 | Internal coordination call |
| Monday, May 9, 2022 | D | Correspondence with TCC Members | 0.5 | Call with Advisors and Members |
| Tuesday, May 10, 2022 | A | General Case Administration | 3.0 | In-person Mediation attendance |
| Thursday, May 12, 2022 | A | General Case Administration | 0.5 | Fee statement preparation |
| Friday, May 13, 2022 | C | Correspondence with TCC Advisors | 1.0 | Call with Advisors |
| Friday, May 13, 2022 | D | Correspondence with TCC Members | 2.0 | Call with Advisors and Members |
| Friday, May 13, 2022 | A | General Case Administration | 0.5 | Fee statement preparation |
| Saturday, May 14, 2022 | D | Correspondence with TCC Members | 0.5 | Call with Advisors and Members |
| Sunday, May 15, 2022 | D | Correspondence with TCC Members | 0.5 | Call with Advisors and Members |
| Monday, May 16, 2022 | A | General Case Administration | 1.0 | Reviewing Fee Examiner report |
| Tuesday, May 17, 2022 | C | Correspondence with TCC Advisors | 0.5 | Call with Counsel |
| Tuesday, May 17, 2022 | A | General Case Administration | 0.5 | Fee statement preparation |
| Wednesday, May 18, 2022 | C | Correspondence with TCC Advisors | 0.5 | Call with Advisors |
| Wednesday, May 18, 2022 | C | Correspondence with TCC Advisors | 0.5 | Call with Advisors |
| Wednesday, May 18, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Advisors and Members |
| Wednesday, May 18, 2022 | C | Correspondence with TCC Advisors | 0.5 | Call with Counsel |
| Wednesday, May 18, 2022 | A | General Case Administration | 0.5 | Call with Fee Examiner |
| Wednesday, May 18, 2022 | A | General Case Administration | 1.0 | Reading docket filings |
| Thursday, May 19, 2022 | A | General Case Administration | 1.0 | Drafting and reviewing docket filing |
| Thursday, May 19, 2022 | A | General Case Administration | 1.0 | Internal discussion regarding Fee Examiner report |
| Friday, May 20, 2022 | D | Correspondence with TCC Members | 0.5 | Call with Advisors and Members |
| Friday, May 20, 2022 | A | General Case Administration | 0.5 | Drafting and reviewing docket filing |
| Monday, May 23, 2022 | A | General Case Administration | 1.0 | Analysis for Fee Examiner |
| Monday, May 23, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review and comment on draft joint presentation for Committee |
| Tuesday, May 24, 2022 | A | General Case Administration | 4.0 | Court hearing participation |
| Wednesday, May 25, 2022 | C | Correspondence with TCC Advisors | 1.0 | Call with Advisors |
| Wednesday, May 25, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Advisors and Members |
| Friday, May 27, 2022 | A | General Case Administration | 1.0 | Fee statement preparation |
| Tuesday, May 31, 2022 | A | General Case Administration | 1.0 | Fee statement preparation |
| Tuesday, May 31, 2022 | B | Analysis, Presentations, and Due Diligence | 3.0 | Reviewing draft plan of reorganization |

**Hours for:** Drew McGeary
**Month of:** May 2022
**Total Hours:** 51.5

**Task Reference Table**

| | |
|---|---|
| A | General Case Administration |
| B | Analysis, Presentations, and Due Diligence |
| C | Correspondence with TCC Advisors |
| D | Correspondence with TCC Members |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, May 2, 2022 | A | General Case Administration | 0.5 | Discovery conference with Judge |
| Monday, May 2, 2022 | D | Correspondence with TCC Members | 1.5 | Insurance counsel interview participation |
| Monday, May 2, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Reading JNJ Annual General Meeting transcript |
| Wednesday, May 4, 2022 | A | General Case Administration | 2.0 | Court hearing participation |
| Wednesday, May 4, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Financial analysis at the request of the Committee |
| Wednesday, May 4, 2022 | B | Analysis, Presentations, and Due Diligence | 2.0 | Researching comparable cases |
| Thursday, May 5, 2022 | C | Correspondence with TCC Advisors | 1.0 | Call with Advisors |
| Thursday, May 5, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Advisors and Members |
| Thursday, May 5, 2022 | B | Analysis, Presentations, and Due Diligence | 3.0 | Financial analysis at the request of the Committee |
| Friday, May 6, 2022 | D | Correspondence with TCC Members | 0.5 | Call with Members to present analyses |
| Friday, May 6, 2022 | B | Analysis, Presentations, and Due Diligence | 2.0 | Drafting presentation of various financial analyses for Committee |
| Friday, May 6, 2022 | B | Analysis, Presentations, and Due Diligence | 1.5 | Internal coordination call |
| Monday, May 9, 2022 | D | Correspondence with TCC Members | 0.5 | Call with Advisors and Members |
| Monday, May 9, 2022 | A | General Case Administration | 1.0 | Retention related drafting and review |
| Friday, May 13, 2022 | C | Correspondence with TCC Advisors | 1.0 | Call with Advisors |
| Friday, May 13, 2022 | D | Correspondence with TCC Members | 2.0 | Call with Advisors and Members |
| Friday, May 13, 2022 | A | General Case Administration | 3.0 | Fee statement preparation |
| Friday, May 13, 2022 | A | General Case Administration | 1.0 | Retention related analysis |
| Saturday, May 14, 2022 | D | Correspondence with TCC Members | 0.5 | Call with Advisors and Members |
| Sunday, May 15, 2022 | D | Correspondence with TCC Members | 0.5 | Call with Advisors and Members |
| Monday, May 16, 2022 | A | General Case Administration | 3.0 | Fee statement preparation |
| Monday, May 16, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Researching comparable cases |
| Monday, May 16, 2022 | A | General Case Administration | 2.0 | Reviewing Fee Examiner report |
| Tuesday, May 17, 2022 | A | General Case Administration | 1.0 | Fee statement preparation |
| Wednesday, May 18, 2022 | A | General Case Administration | 1.0 | Analysis for Fee Examiner |
| Wednesday, May 18, 2022 | C | Correspondence with TCC Advisors | 0.5 | Call with Advisors |
| Wednesday, May 18, 2022 | C | Correspondence with TCC Advisors | 0.5 | Call with Advisors |
| Wednesday, May 18, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Advisors and Members |
| Wednesday, May 18, 2022 | A | General Case Administration | 1.0 | Fee statement preparation |
| Wednesday, May 18, 2022 | A | General Case Administration | 1.0 | Reading docket filings |
| Thursday, May 19, 2022 | A | General Case Administration | 1.0 | Analysis for Fee Examiner |
| Friday, May 20, 2022 | D | Correspondence with TCC Members | 0.5 | Call with Advisors and Members |
| Monday, May 23, 2022 | A | General Case Administration | 1.0 | Analysis for Fee Examiner |
| Tuesday, May 24, 2022 | A | General Case Administration | 1.0 | Analysis for Fee Examiner |
| Tuesday, May 24, 2022 | A | General Case Administration | 4.0 | Court hearing participation |
| Wednesday, May 25, 2022 | C | Correspondence with TCC Advisors | 1.0 | Call with Advisors |
| Wednesday, May 25, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Advisors and Members |
| Thursday, May 26, 2022 | A | General Case Administration | 1.0 | Reading docket filings |
| Friday, May 27, 2022 | A | General Case Administration | 1.0 | Fee statement preparation |
| Tuesday, May 31, 2022 | A | General Case Administration | 1.0 | Fee statement preparation |
| Tuesday, May 31, 2022 | A | General Case Administration | 0.5 | Reading docket filings |

**Hours for:** Danny Gendler
**Month of:** May 2022
**Total Hours:** 31.5

**Task Reference Table**

| | |
|---|---|
| A | General Case Administration |
| B | Analysis, Presentations, and Due Diligence |
| C | Correspondence with TCC Advisors |
| D | Correspondence with TCC Members |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, May 2, 2022 | A | General Case Administration | 0.5 | Discovery conference with Judge |
| Monday, May 2, 2022 | A | General Case Administration | 1.0 | Fee statement preparation |
| Monday, May 2, 2022 | D | Correspondence with TCC Members | 1.5 | Insurance counsel interview participation |
| Tuesday, May 3, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Review and analyze diligence responses from Debtor |
| Wednesday, May 4, 2022 | A | General Case Administration | 2.0 | Court hearing participation |
| Thursday, May 5, 2022 | C | Correspondence with TCC Advisors | 1.0 | Call with Advisors |
| Thursday, May 5, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Advisors and Members |
| Friday, May 6, 2022 | B | Analysis, Presentations, and Due Diligence | 1.5 | Internal coordination call |
| Monday, May 9, 2022 | D | Correspondence with TCC Members | 0.5 | Call with Advisors and Members |
| Friday, May 13, 2022 | C | Correspondence with TCC Advisors | 1.0 | Call with Advisors |
| Friday, May 13, 2022 | D | Correspondence with TCC Members | 2.0 | Call with Advisors and Members |
| Saturday, May 14, 2022 | D | Correspondence with TCC Members | 0.5 | Call with Advisors and Members |
| Sunday, May 15, 2022 | D | Correspondence with TCC Members | 0.5 | Call with Advisors and Members |
| Monday, May 16, 2022 | A | General Case Administration | 2.0 | Reviewing Fee Examiner report |
| Tuesday, May 17, 2022 | A | General Case Administration | 1.0 | Reviewing Fee Examiner report |
| Wednesday, May 18, 2022 | C | Correspondence with TCC Advisors | 0.5 | Call with Advisors |
| Wednesday, May 18, 2022 | C | Correspondence with TCC Advisors | 0.5 | Call with Advisors |
| Wednesday, May 18, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Advisors and Members |
| Wednesday, May 18, 2022 | A | General Case Administration | 1.0 | Reading docket filings |
| Friday, May 20, 2022 | D | Correspondence with TCC Members | 0.5 | Call with Advisors and Members |
| Monday, May 23, 2022 | A | General Case Administration | 5.0 | Analysis for Fee Examiner |
| Tuesday, May 24, 2022 | A | General Case Administration | 4.0 | Court hearing participation |
| Wednesday, May 25, 2022 | C | Correspondence with TCC Advisors | 1.0 | Call with Advisors |
| Wednesday, May 25, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Advisors and Members |