**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Matthew I.W. Baker, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>mbaker@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br><br>*Local Counsel to the Official Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Robert J. Stark, Esq.<br>Michael S. Winograd, Esq.<br>dmolton@brownrudnick.com<br>rstark@brownrudnick.com<br>mwinograd@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>and<br><br>Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>Sharon I. Dwoskin, Esq.<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>sdwoskin@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br><br>*Co-Counsel for the Official Committee of Talc Claimants* |
| **BAILEY GLASSER LLP**<br>Brian A. Glasser, Esq.<br>Thomas B. Bennett, Esq.<br>bglasser@baileyglasser.com<br>tbennett@baileyglasser.com<br>105 Thomas Jefferson St. NW, Suite 540<br>Washington, DC 20007<br>Tel: (202) 463-2101<br>Fax: (202) 463-2103<br><br>*Co-Counsel for the Official Committee of Talc Claimants* | **OTTERBOURG P.C.**<br>Melanie L. Cyganowski, Esq.<br>Adam C. Silverstein, Esq.<br>Jennifer S. Feeney, Esq.<br>mcyganowski@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br><br>*Co-Counsel for the Official Committee of Talc Claimants* |
| **PARKINS LEE & RUBIO LLP**<br>Lenard M. Parkins, Esq.<br>Charles M. Rubio, Esq.<br>lparkins@parkinslee.com<br>crubio@parkinslee.com<br>Pennzoil Place | **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>jmassey@masseygail.com<br>1000 Main Ave. SW, Suite 450<br>Washington, DC 20024<br>Tel: (202) 652-4511 |

| 700 Milan St., Suite 1300<br>Houston, TX 77002<br>Tel: (713) 715-1666<br><br>*Special Counsel to the Official Committee of Talc Claimants* | Fax: (312) 379-0467<br><br>*Special Counsel for the Official Committee of Talc Claimants* |
|---|---|
| In re:<br><br>**LTL MANAGEMENT LLC,**[1]<br><br>                    Debtor. | Chapter 11<br><br>Case No.:  21-30589 (MBK)<br><br>Honorable Michael B. Kaplan |

**MODIFIED LOCAL FORM CERTIFICATION OF NO OBJECTION REGARDING MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF TALC CLAIMANTS**[2]**, FOR THE PERIOD OF APRIL 1, 2022 THROUGH APRIL 30, 2022 (DOCUMENT NO. 2501)**

The Court authorized, under D.N.J. LBR 2016-3(a), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professionals* [Dkt. No. 761] and *Order Modifying Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professionals* [Dkt. No. 870] (Dkt. Nos. 761 and 870 together, the "Interim Compensation Procedures Order"). Under the Interim Compensation Procedures Order, objections to the monthly fee statement of FTI Consulting, Inc. for the period of April 1, 2022 through April 30, 2022 (the "Monthly Fee Statement") filed and served on June 15, 2022 [Dkt. Nos. 2501; 2533], were to be filed and served not later than June 29, 2022.

I, Conor P. Tully, certify that, as of June 29, 2022, I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the above Monthly Fee

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

[2] As more fully described in the Order Authorizing Final Retention of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Talc Claimants and the Official Committee of Talc Claimants II Effective December 13, 2021 (Dkt. No. 2390) entered on June 1, 2022, FTI served as financial advisor to the Official Committee of Talc Claimants II and the Official Committee of Talc Claimants during the April 2022 Fee Period.

Statement has been filed.  Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of this Certification.

Date: June 29, 2022                                             Respectfully submitted,


                                                                */s/ Conor P. Tully*
                                                                Conor P. Tully