

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

**Order Filed on July 1, 2022**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 21-30589 |
| Debtor. | Judge: Michael B. Kaplan |
| | **Hearing Date and Time:** July 26, 2022 at 10:00 a.m. |

### AGREED ORDER EXTENDING DEADLINE FOR WRITTEN SUBMISSIONS RELATED TO CERTAIN INSURERS' LIFT STAY MOTIONS

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: July 1, 2022**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

NAI-1531944056

(Page 2)
Debtor: LTL Management LLC
Case No. 21-30589-MBK
Caption: Agreed Order Extending Deadline for Written Submissions Related to Certain Insurers' Lift Stay Motions

The Court having entered the *Order Adjourning Matters* [Dkt. 2609] (the "Adjournment Order") on June 27, 2022; pursuant to the Adjournment Order, the *New Jersey Coverage Action Plaintiff-Insurers' Motion for an Order (I) Confirming that the Automatic Stay Does Not Apply to the New Jersey Coverage Action or, in the Alternative, (II) Granting Relief from the Automatic Stay to Allow the New Jersey Coverage Action to Proceed* [Dkt. 1491] (the "Plaintiff-Insurers' Motion"), and *Travelers Casualty and Surety Company's Motion for an Order Granting Relief From the Automatic Stay to Allow the NJ Coverage Action to Proceed* [Dkt. 1488] (together with the Plaintiff-Insurers' Motion, the "Motions") having been further adjourned until a hearing on July 26, 2022; and the Plaintiff-Insurers, Travelers, the Debtor and the Official Committee of Talc Claimants (the "Talc Committee") having agreed to amend the deadline set forth in the *Amended Order Regarding Motions of New Jersey Coverage Action Plaintiff-Insurers and Travelers Casualty and Surety Company to Allow New Jersey Coverage Action to Proceed* [Dkt. 2424] (the "Agreed Order")[2] for filing written submissions in connection with the Motions in light of the further adjournment of the Motions;

**IT IS HEREBY ORDERED THAT:**

1. Notwithstanding paragraph 2 of the Agreed Order, on or before July 19, 2022 at 5:30 p.m. (prevailing Eastern time), each of the Debtor, the Talc Committee, the Plaintiff-Insurers, and Travelers is authorized (but not required) to file with the Court a written submission to address whether the Court should take further action with respect to the Motions

---

[2]  Capitalized terms not otherwise defined herein shall have the meanings given to them in the Agreed Order.

NAI-1531944056

(Page 3)
Debtor: LTL Management LLC
Case No. 21-30589-MBK
Caption:  Agreed Order Extending Deadline for Written Submissions Related to Certain Insurers' Lift Stay Motions

and the automatic stay; provided, however, that the parties are not required to submit any

additional briefing.

        2.       The Court shall retain jurisdiction over all matters arising out of or related

to the implementation, interpretation or enforcement of this Order.

NAI-1531944056