# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

## D.N.J. LBR 2016-1. FEE APPLICATION COVER SHEET

| | | | |
|---|---|---|---|
| In Re: | LTL Management LLC | Applicant: | The Brattle Group, Inc. |
| Case No.: | 21-30589 (MBK) | Client: | Official Committee of Talc Claimants I ("TCC I") |
| Chapter: | 11 | Case Filed: | October 14, 2021 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

**THIRD MONTHLY FEE STATEMENT OF THE BRATTLE GROUP, INC. FOR THE PERIOD OF APRIL 1, 2022 THROUGH APRIL 30, 2022**

## SECTION 1
## FEE SUMMARY

☐ Interim Fee Application No. _____    or    ☐ Final Fee Application

| NAME OF PROFESSIONAL | TITLE | HOURLY RATE | HOURS | BILLED FEES |
|---|---|---|---|---|
| YVETTE AUSTIN SMITH | PRINCIPAL | $900.00 | 2.8 | $2,520.00 |
| MARK P. BERKMAN | PRINCIPAL | $685.00 | 6.6 | $4,521.00 |
| DAVID MCKNIGHT | PRINCIPAL | $600.00 | 9.0 | $5,400.00 |
| ALBERT METZ | PRINCIPAL | $700.00 | 9.0 | $6,300.00 |
| JULIA ZHU | SENIOR ASSOCIATE | $550.00 | 86.6 | $47,630.00 |
| MARIANNE B. KOEHLI | ASSOCIATE | $500.00 | 58.5 | $29,250.00 |
| JOHN MICHAEL | SENIOR RESEARCH ANALYST | $375.00 | 38.5 | $14,437.50 |
| KALAB BEGNA | SENIOR RESEARCH ANALYST | $375.00 | 8.0 | $3,000.00 |
| ALICE SHAO | SENIOR RESEARCH ANALYST | $375.00 | 28.5 | $10,687.50 |
| MONET LEE | RESEARCH ANALYST | $350.00 | 22.1 | $7,735.00 |
| RACHEL LIU | RESEARCH ANALYST | $325.00 | 19.5 | $6,337.50 |
| ABHAY KURIAN | DATA ENGINEER | $240.00 | 4.0 | $960.00 |
| JARED MILAZZO | LITIGATION SPECIALIST | $225.00 | 23.8 | $5,355.00 |
| LISA QI | ASSISTANT GENERAL COUNSEL | $125.00 | 8.5 | $1,062.50 |
| | **TOTAL:** | | **325.4** | **$145,196.00** |

| | |
|---|---|
| FEE TOTALS | $145,196.00 |
| MINUS 20% HOLDBACK | -$29,039.20 |
| TOTAL FEES CURRENTLY PAYABLE | $116,156.80 |
| **TOTAL PAYABLE THIS INVOICE** | **$116,156.80** |

## SECTION II – SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS |
|---|---:|
| Client Communication | 6.0 |
| Fee Statement Preparation | 32.3 |
| Project Management | 1.4 |
| Research and Analysis | 285.7 |
| **SERVICES TOTAL:** | **325.4** |

## SECTION III – SUMMARY OF EXPENSES

| EXPENSES | AMOUNT |
|---|---:|
| **a) Outside/Information Services** | $68.00 |
| **b) Travel and Overtime Meals** | $0.00 |
| **c) Ground Transportation** | $0.00 |
| **EXPENSE TOTAL:** | **$68.00** |

## SECTION IV - CASE HISTORY

(NOTE: Items 3 – 6 are not applicable to applications under 11 U.S.C. §506)

(1) DATE CASE FILED: **October 14, 2021**

(2) CHAPTER UNDER WHICH CASE WAS COMMENCED: **11**

(3) DATE OF RETENTION:
(ANNEX COPY OF ORDER(S)) **Authorized by Final Order on June 1, 2022 [Docket No. 2389]**

N/A

IF LIMIT ON NUMBERS OF HOURS OR OTHER LIMITATIONS TO RETENTION, SET FORTH:

(4) SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

- The Brattle Group, Inc. ("Brattle") performed economic and financial analyses to examine the allocation of facility proceeds across a range of claims data.
- Brattle carried out research and identified relevant precedents derived from other mass tort claim facilities and other personal injury awards and analyzed claims over various time periods.
- Brattle created and presented presentations to brief TCC on the status of Brattle's research and analysis.

(5) ANTICIPATED DISTRIBUTION TO CREDITORS:
    (A) ADMINISTRATION EXPENSES: (unknown at this time)
    (B) SECURED CREDITORS: (unknown at this time)
    (C) PRIORITY CREDITORS: (unknown at this time)
    (D) GENERAL UNSECURED CREDITORS: (unknown at this time)

(6) FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITOR (IF APPLICABLE): Final disposition of case and dividend are unknown at this time.

(7)  I certify under penalty of perjury that the above is true.

_____

Date:  July 5, 2022