# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

## D.N.J. LBR 2016-1. FEE APPLICATION COVER SHEET

| | | | |
|---|---|---|---|
| In Re: | LTL Management LLC | Applicant: | The Brattle Group, Inc. |
| Case No.: | 21-30589 (MBK) | Client: | Official Committee of Talc Claimants |
| Chapter: | 11 | Case Filed: | October 14, 2021 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

**FOURTH MONTHLY FEE STATEMENT OF THE BRATTLE GROUP, INC. FOR THE PERIOD OF MAY 1, 2022 THROUGH MAY 31, 2022**

## SECTION 1
## FEE SUMMARY

☐ Interim Fee Application No. _____    or    ☐ Final Fee Application

| NAME OF PROFESSIONAL | TITLE | HOURLY RATE | HOURS | BILLED FEES |
|---|---|---|---|---|
| YVETTE AUSTIN SMITH | PRINCIPAL | $900.00 | 13.5 | $12,150.00 |
| MARK P. BERKMAN | PRINCIPAL | $685.00 | 2.5 | $1,712.50 |
| DAVID MCKNIGHT | PRINCIPAL | $600.00 | 11.0 | $6,600.00 |
| ALBERT METZ | PRINCIPAL | $700.00 | 1.0 | $700.00 |
| JOSEPHINE DUH | SENIOR ASSOCIATE | $600.00 | 8.5 | $5,100.00 |
| JULIA ZHU | SENIOR ASSOCIATE | $550.00 | 26.5 | $14,575.00 |
| MARIANNE B. KOEHLI | ASSOCIATE | $500.00 | 27.2 | $13,600.00 |
| KALAB BEGNA | SENIOR RESEARCH ANALYST | $375.00 | 3.0 | $1,125.00 |
| ALICE SHAO | SENIOR RESEARCH ANALYST | $375.00 | 11.0 | $4,125.00 |
| MONET LEE | RESEARCH ANALYST | $350.00 | 9.4 | $3,290.00 |
| RACHEL LIU | RESEARCH ANALYST | $325.00 | 14.0 | $4,550.00 |
| JARED MILAZZO | LITIGATION SPECIALIST | $225.00 | 10.2 | $2,295.00 |
| | | TOTAL: | 137.8 | $69,822.50 |

| | |
|---|---|
| FEE TOTALS | $69,822.50 |
| MINUS 20% HOLDBACK | -$13,964.50 |
| TOTAL FEES CURRENTLY PAYABLE | $55,858.00 |
| **TOTAL PAYABLE THIS INVOICE** | **$55,858.00** |

1

### SECTION II – SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS |
|---|---:|
| Client Communication | 7.7 |
| Fee Request Preparation | 10.2 |
| Project Management | 4.9 |
| Research and Analysis | 115.0 |
| **SERVICES TOTAL:** | **137.8** |

### SECTION III – SUMMARY OF EXPENSES

| EXPENSES | AMOUNT |
|---|---:|
| **a) Outside/Information Services** | $0.00 |
| **b) Travel and Overtime Meals** | $0.00 |
| **c) Ground Transportation** | $0.00 |
| **EXPENSE TOTAL:** | **$0.00** |

## SECTION IV - CASE HISTORY

(NOTE: Items 3 – 6 are not applicable to applications under 11 U.S.C. §506)

(1) DATE CASE FILED: **October 14, 2021**

(2) CHAPTER UNDER WHICH CASE WAS COMMENCED: **11**

(3) DATE OF RETENTION:
(ANNEX COPY OF ORDER(S)) **Effective as of January 28, 2022, authorized by Final Order entered on June 1, 2022 [Docket No. 2389]**

IF LIMIT ON NUMBERS OF HOURS OR OTHER LIMITATIONS TO RETENTION, SET FORTH: **N/A**

(4) SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

- The Brattle Group, Inc. ("Brattle") performed economic and financial analyses to examine the allocation of facility proceeds across a range of claims data, including but not limited to:
  - Performing build-up analysis analyzing underlying economic costs;
  - Reviewing academic research and literature related to relevant mass tort matters; and
  - Continuing to identify relevant precedents derived from other mass tort facilities and other personal injury awards.

(5) ANTICIPATED DISTRIBUTION TO CREDITORS:
  (A) ADMINISTRATION EXPENSES: (unknown at this time)
  (B) SECURED CREDITORS: (unknown at this time)
  (C) PRIORITY CREDITORS: (unknown at this time)
  (D) GENERAL UNSECURED CREDITORS: (unknown at this time)

(6) FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITOR (IF APPLICABLE): Final disposition of case and dividend are unknown at this time.

(7)  I certify under penalty of perjury that the above is true.

                                                                                     _____

Date:  July 6, 2022