**EXHIBIT B**

**Time Detail**

**The Brattle Group - LTL Management LLC Work Hours Summary**

| Employee | CC | FP | PM | RA | Total |
|---|---|---|---|---|---|
| Austin Smith, Yvette | 2.6 | 0.0 | 0.7 | 10.2 | 13.5 |
| Berkman, Mark | 0.5 | 0.0 | 0.5 | 1.5 | 2.5 |
| McKnight, David | 1.2 | 0.0 | 0.5 | 9.3 | 11.0 |
| Metz, Albert | 1.0 | 0.0 | 0.0 | 0.0 | 1.0 |
| Zhu, Julia | 1.2 | 0.0 | 0.7 | 24.6 | 26.5 |
| Duh, Josephine | 0.0 | 0.0 | 0.0 | 8.5 | 8.5 |
| Bernatzky Koehli, Marianne | 0.7 | 0.0 | 2.5 | 24.0 | 27.2 |
| Begna, Kalab | 0.0 | 0.0 | 0.0 | 3.0 | 3.0 |
| Shao, Alice | 0.0 | 0.0 | 0.0 | 11.0 | 11.0 |
| Lee, Monet | 0.0 | 0.0 | 0.0 | 9.4 | 9.4 |
| Liu, Rachel | 0.5 | 0.0 | 0.0 | 13.5 | 14.0 |
| Milazzo, Jared | 0.0 | 10.2 | 0.0 | 0.0 | 10.2 |
| **Total** | **7.7** | **10.2** | **4.9** | **115.0** | **137.8** |

**Legend**

| | |
|---|---|
| CC | Client Communication |
| FP | Fee Statement Preparation |
| PM | Project Management |
| RA | Research and Analysis |

**Hours for: Yvette Austin Smith**
**Month of: May 1, 2022 – May 31, 2022**
**Total hours: 13.5**

| Date | Hourly Rate | Billed Hours | Billed Fees | Labor Categorization | Description of Activities |
|---|---|---|---|---|---|
| 05/10/22 | $ 900.00 | 0.3 | $ 270.00 | PM | Internal call with M.Berkman, D.McKnight, M.Bernatzky to discuss workstream status of OC claims analysis. (Partially attended). |
| 05/20/22 | $ 900.00 | 0.2 | $ 180.00 | RA | Finalized supplemental certification and response to objection. |
| 05/20/22 | $ 900.00 | 0.3 | $ 270.00 | RA | Analyzed data from precedent settlements/verdicts/claim values. |
| 05/20/22 | $ 900.00 | 0.7 | $ 630.00 | CC | Meeting with TCC members and counsel to discuss OC claims analysis. |
| 05/20/22 | $ 900.00 | 0.8 | $ 720.00 | RA | Internal meeting with D.McKnight to discuss OC claim valuation and comparators. |
| 05/20/22 | $ 900.00 | 0.1 | $ 90.00 | PM | Drafted email correspondence to Brattle team summarizing TCC Committee Ovarian Cancer research requests. |
| 05/26/22 | $ 900.00 | 0.4 | $ 360.00 | RA | Conducted research for mass tort claim value benchmark data for use in Talc ovarian cancer benchmarking analysis. |
| 05/26/22 | $ 900.00 | 1.4 | $ 1,260.00 | CC | Meeting with counsel and TCC to discuss workstreams and next steps. Extended meeting subset with L.O'Dell, G. Cicero, M.Parfitt re: same. |
| 05/26/22 | $ 900.00 | 1.4 | $ 1,260.00 | RA | Continued research on mass tort claim benchmarks. |
| 05/27/22 | $ 900.00 | 0.2 | $ 180.00 | PM | Drafted email correspondence to team regarding workplan to prepare for upcoming working session with TCC committee. |
| 05/27/22 | $ 900.00 | 0.5 | $ 450.00 | CC | Meeting with counsel and partial LTL Committee to discuss alternative workplan. |
| 05/27/22 | $ 900.00 | 2.4 | $ 2,160.00 | RA | Continued research on mass tort claim benchmarks. |
| 05/28/22 | $ 900.00 | 2.5 | $ 2,250.00 | RA | Researched claim facility benchmarks. |
| 05/29/22 | $ 900.00 | 1.2 | $ 1,080.00 | RA | Composed memo to committee to discuss revised claim facility. |
| 05/30/22 | $ 900.00 | 1.0 | $ 900.00 | RA | Researched claim facility benchmarks. |
| 05/31/22 | $ 900.00 | 0.1 | $ 90.00 | PM | Compiled email to team on benchmark findings. |

**Hours for: Mark P. Berkman**
**Month of: May 1, 2022 – May 31, 2022**
**Total hours: 2.50**

| Date | Hourly Rate | Billed Hours | Billed Fees | Labor Categorization | Description of Activities |
|---|---|---|---|---|---|
| 05/10/22 | $685.00 | 0.5 | $342.50 | PM | Internal call with Y.Austin Smith, D.McKnight, M.Bernatzky to discuss workstream status of OC claims analysis. (Partially attended). |
| 05/18/22 | $685.00 | 1.0 | $685.00 | RA | Revised declaration regarding scope of Brattle assignments and status of analyses to date. |
| 05/19/22 | $685.00 | 0.5 | $342.50 | RA | Continued revising declaration regarding scope of Brattle assignments and status of analyses to date. |
| 05/26/22 | $685.00 | 0.5 | $342.50 | CC | Meeting with counsel and TCC to discuss workstreams and next steps. (Partial attendance) |

**Hours for: David McKnight**
**Month of: May 1, 2022 – May 31, 2022**
**Total hours: 11.00**

| Date | Hourly Rate | Billed Hours | Billed Fees | Labor Categorization | Description of Activities |
|---|---|---|---|---|---|
| 05/10/22 | $ 600.00 | 0.5 | $ 300.00 | PM | Internal call with M.Berkman, Y.Austin Smith, M.Bernatzky to discuss workstream status of OC claims analysis. (Partially attended). |
| 05/10/22 | $ 600.00 | 0.2 | $ 120.00 | RA | Conducted research for data to use in lung cancer benchmarking analysis. |
| 05/19/22 | $ 600.00 | 1.8 | $ 1,080.00 | RA | Revised LC valuation analysis as comparator to OC claim values. |
| 05/19/22 | $ 600.00 | 0.5 | $ 300.00 | RA | Internal meeting with M.Bernatzky, R.Liu, A.Shao to discuss LC valuation research. |
| 05/20/22 | $ 600.00 | 0.8 | $ 480.00 | RA | Internal meeting with Y.Austin Smith to discuss OC claim valuation and comparators. |
| 05/20/22 | $ 600.00 | 0.9 | $ 540.00 | RA | Revised analysis of lung cancer comparators. |
| 05/20/22 | $ 600.00 | 0.7 | $ 420.00 | CC | Meeting with TCC members and counsel to discuss OC claims analysis. |
| 05/20/22 | $ 600.00 | 0.4 | $ 240.00 | RA | Developed matrix to compare torts to ovarian cancer claims. |
| 05/24/22 | $ 600.00 | 1.3 | $ 780.00 | RA | Reviewed and analyzed comparable mass tort settlements for use in ovarian cancer analysis. |
| 05/26/22 | $ 600.00 | 1.1 | $ 660.00 | RA | Analyzed comparable mass tort settlements for use in Talc ovarian cancer benchmarking analysis. |
| 05/27/22 | $ 600.00 | 0.5 | $ 300.00 | CC | Meeting with counsel and partial LTL Committee to discuss alternative workplan. |
| 05/27/22 | $ 600.00 | 1.1 | $ 660.00 | RA | Conducted research for use in claim value grid scenario analysis. |
| 05/31/22 | $ 600.00 | 1.0 | $ 600.00 | RA | Internal call with J.Zhu, J. Duh, M.Bernatzky to discuss comparable mass torts research. |
| 05/31/22 | $ 600.00 | 0.2 | $ 120.00 | RA | Identified research for team regarding comparable mass torts for use in benchmarking analysis. |

**Hours for: Albert Metz**
**Month of: May 1, 2022 – May 31, 2022**
**Total hours: 1.00**

| Date | Hourly Rate | Billed Hours | Billed Fees | Labor Categorization | Description of Activities |
|---|---|---|---|---|---|
| 05/20/22 | $700.00 | 0.7 | $ 490.00 | CC | Meeting with TCC members and counsel to discuss OC claims analysis. |
| 05/27/22 | $ 700.00 | 0.3 | $ 210.00 | CC | Meeting with counsel and partial LTL Committee to discuss alternative workplan (partial attendance). |

**Hours for: Josephine Duh**
**Month of: May 1, 2022 – May 31, 2022**
**Total hours: 8.50**

| Date | Hourly Rate | Billed Hours | Billed Fees | Labor Categorization | Description of Activities |
|---|---|---|---|---|---|
| 05/20/22 | $ 600.00 | 0.5 | $ 300.00 | RA | Analyzed claim values from research on precedent values. |
| 05/23/22 | $ 600.00 | 1.0 | $ 600.00 | RA | Internal meeting with M.Bernatzky, J.Zhu to discuss mass torts summary table. |
| 05/23/22 | $ 600.00 | 1.3 | $ 780.00 | RA | Developed research on mass torts related to cancer settlements in order to develop descriptions of candidate cases. |
| 05/23/22 | $ 600.00 | 0.6 | $ 360.00 | RA | Drafted update to Y. Austin-Smith, D. McKnight and rest of Brattle team on status of mass torts research. |
| 05/24/22 | $ 600.00 | 0.4 | $ 240.00 | RA | Further developed research on mass tort settlement data to be used in benchmarking analysis. |
| 05/25/22 | $ 600.00 | 0.4 | $ 240.00 | RA | Internal meeting with A.Shao on mass torts research in preparation for call with library services. |
| 05/25/22 | $ 600.00 | 0.5 | $ 300.00 | RA | Internal meeting with A.Shao and library services to discuss requirements of mass torts research. |
| 05/25/22 | $ 600.00 | 0.7 | $ 420.00 | RA | Internal meeting with M.Bernatzky to discuss comparable mass torts research. |
| 05/25/22 | $ 600.00 | 0.2 | $ 120.00 | RA | Created summary table summarizing data from research on mass tort cases from public sources provided by A. Shao. |
| 05/26/22 | $ 600.00 | 0.3 | $ 180.00 | RA | Reviewed instructions drafted by M. Bernatzky on academic literature review regarding mass tort cases in order to provide edits and feedback on methodology. |
| 05/31/22 | $ 600.00 | 1.0 | $ 600.00 | RA | Internal call with J.Zhu, D.McKnight, M.Bernatzky to discuss comparable mass torts research. |
| 05/31/22 | $ 600.00 | 1.3 | $ 780.00 | RA | Conducted literature and data search for medical care costs across cancer types. |
| 05/31/22 | $ 600.00 | 0.3 | $ 180.00 | RA | Worked on literature search request related to comparable mass torts. |

**Hours for: Julia Zhu**
**Month of: May 1, 2022 – May 31, 2022**
**Total hours: 26.50**

| Date | Hourly Rate | Billed Hours | Billed Fees | Labor Categorization | Description of Activities |
|---|---|---|---|---|---|
| 05/11/22 | $ 550.00 | 0.4 | $ 220.00 | RA | Modeled new Claim Value Grid scenario. |
| 05/18/22 | $ 550.00 | 3.2 | $ 1,760.00 | RA | Began drafting Brattle declaration describing scope of work and status of analyses to date. |
| 05/20/22 | $ 550.00 | 0.7 | $ 385.00 | CC | Meeting with TCC members and counsel to discuss OC claims analysis. |
| 05/23/22 | $ 550.00 | 1.0 | $ 550.00 | RA | Internal meeting with M.Bernatzky, J.Duh to discuss mass torts summary table. |
| 05/23/22 | $ 550.00 | 1.3 | $ 715.00 | RA | Conducted research for relevant precedents for benchmarking Talc ovarian cancer claims. |
| 05/24/22 | $ 550.00 | 2.8 | $ 1,540.00 | RA | Analyzed 911 Victims Compensation Fund qualifying injury for comparison with Talc ovarian cancer claims. |
| 05/24/22 | $ 550.00 | 2.6 | $ 1,430.00 | RA | Analyzed 9/11 Victims Compensation Fund damages estimation for use in comparison with Talc ovarian cancer claims. |
| 05/24/22 | $ 550.00 | 2.6 | $ 1,430.00 | RA | Conducted research regarding Actos bladder cancer settlement for benchmarking with Talc OC claims. |
| 05/24/22 | $ 550.00 | 0.5 | $ 275.00 | RA | Internal meeting with M.Bernatzky to discuss benchmarking analysis. |
| 05/25/22 | $ 550.00 | 2.4 | $ 1,320.00 | RA | Researched bladder cancer survival rates, prognosis, and other characteristics for comparison with Talc ovarian cancer claims. |
| 05/25/22 | $ 550.00 | 1.7 | $ 935.00 | RA | Research Actos litigation history for comparison with Talc ovarian cancer claims. |
| 05/26/22 | $ 550.00 | 2.9 | $ 1,595.00 | RA | Continued to analyse Actos verdicts and settlements for comparison with Talc OC claims. |
| 05/27/22 | $ 550.00 | 0.7 | $ 385.00 | PM | Reviewed claim value grid scenario analyses in preparation for meeting with TCC Committee. |
| 05/27/22 | $ 550.00 | 0.5 | $ 275.00 | CC | Meeting with counsel and partial LTL Committee to discuss alternative workplan. |
| 05/31/22 | $ 550.00 | 1.7 | $ 935.00 | RA | Summarized Claim Value Grid scenario analyses in preparation for meeting with TCC. |
| 05/31/22 | $ 550.00 | 0.5 | $ 275.00 | RA | Reviewed mass torts benchmarking analysis in preparation for upcoming meeting with TCC committee. |
| 05/31/22 | $ 550.00 | 1.0 | $ 550.00 | RA | Internal call with D.McKnight, J. Duh, M.Bernatzky to discuss comparable mass torts research. |

**Hours for: Marianne B. Koehli**
**Month of: May 1, 2022 – May 31, 2022**
**Total hours: 27.20**

| Date | Hourly Rate | Billed Hours | Billed Fees | Labor Categorization | Description of Activities |
|---|---|---|---|---|---|
| 05/10/22 | $ 500.00 | 0.5 | $ 250.00 | PM | Internal call with M.Berkman, D.McKnight, Y.Austin Smith to discuss workstream status of OC claims analysis. (Partially attended). |
| 05/19/22 | $ 500.00 | 0.4 | $ 200.00 | PM | Coordinated lung cancer research following call with team to be used in lung cancer valuation. |
| 05/19/22 | $ 500.00 | 0.5 | $ 250.00 | RA | Internal meeting with D.McKnight, R.Liu, A.Shao to discuss LC valuation research. |
| 05/20/22 | $ 500.00 | 0.3 | $ 150.00 | RA | Conducted research regarding verdict and settlement data on lung and mesothelioma cancers. |
| 05/20/22 | $ 500.00 | 0.7 | $ 350.00 | CC | Meeting with TCC members and counsel to discuss OC claims analysis. |
| 05/20/22 | $ 500.00 | 0.6 | $ 300.00 | RA | Conducted research on gender differences on claim awards. |
| 05/23/22 | $ 500.00 | 0.7 | $ 350.00 | RA | Conducted literature review on gender and mass tort settlement values. |
| 05/23/22 | $ 500.00 | 1 | $ 500.00 | RA | Internal meeting with J.Duh, J.Zhu to discuss mass torts summary table. |
| 05/23/22 | $ 500.00 | 0.2 | $ 100.00 | RA | Drafted research plan for team regarding past verdicts data. |
| 05/23/22 | $ 500.00 | 0.3 | $ 150.00 | RA | Analyzed previous lung cancer verdicts to use in benchmarking of Talc ovarian cancer claims. |
| 05/24/22 | $ 500.00 | 0.3 | $ 150.00 | RA | Meeting with Brattle library staff to coordinate verdict research for use in benchmarking analysis. |
| 05/24/22 | $ 500.00 | 3.8 | $ 1,900.00 | RA | Performed benchmarking analysis regarding mesothelioma, lung cancer, fen-phen, and survival rates. |
| 05/24/22 | $ 500.00 | 0.5 | $ 250.00 | RA | Internal meeting with J.Duh to discuss benchmarking analysis. |
| 05/25/22 | $ 500.00 | 3.3 | $ 1,650.00 | RA | Performed benchmarking analysis using characteristics of claimants and other cases. |
| 05/25/22 | $ 500.00 | 4.9 | $ 2,450.00 | RA | Analyzed past verdicts and settlement awards in cancer cases for use in benchmarking analysis. |
| 05/25/22 | $ 500.00 | 0.7 | $ 350.00 | RA | Internal meeting with J.Duh to discuss comparable mass torts research. |
| 05/26/22 | $ 500.00 | 0.8 | $ 400.00 | RA | Internal meeting with R.Liu to discuss Cancer research. |
| 05/26/22 | $ 500.00 | 2.2 | $ 1,100.00 | RA | Conducted literature review of past cancer verdicts and settlements in mass tort cases for use in Talc ovarian cancer benchmarking analysis of claims. |
| 05/26/22 | $ 500.00 | 0.3 | $ 150.00 | PM | Created workplan for academic papers research to be com |
| 05/27/22 | $ 500.00 | 0.3 | $ 150.00 | PM | Coordinated research of academic papers related to cancer and asbestos, fen phen, roundup, and others for use in benchmarking analysis. |
| 05/27/22 | $ 500.00 | 0.5 | $ 250.00 | RA | Internal meeting with R.Liu to disuss Cancer research updates. |
| 05/27/22 | $ 500.00 | 0.5 | $ 250.00 | RA | Internal meeting with M.Lee, K.Begna to discuss benchmarking analysis. |
| 05/31/22 | $ 500.00 | 1.2 | $ 600.00 | RA | Prepared summary of future claims estimation. |
| 05/31/22 | $ 500.00 | 0.4 | $ 200.00 | PM | Coordinated research performed by Research Analysts on cases for benchmarking. |
| 05/31/22 | $ 500.00 | 0.6 | $ 300.00 | RA | Internal meeting with M.Lee to discuss academic paper research. |
| 05/31/22 | $ 500.00 | 0.1 | $ 50.00 | RA | Internal meeting with R.Liu to discuss updates on Talc research. |
| 05/31/22 | $ 500.00 | 1.0 | $ 500.00 | RA | Internal call with J.Zhu, J. Duh, D.McKnight to discuss comparable mass torts research. |
| 05/31/22 | $ 500.00 | 0.3 | $ 150.00 | PM | Coordinated research of mass tort cases provided by Brattle library staff. |
| 05/31/22 | $ 500.00 | 0.3 | $ 150.00 | PM | Coordinated audit for summary table of future Talc claims. |

**Hours for: Kalab Begna**
**Month of: May 1, 2022 – May 31, 2022**
**Total hours: 3.00**

| Date | Hourly Rate | Billed Hours | Billed Fees | Labor Categorization | Description of Activities |
|---|---|---|---|---|---|
| 05/11/22 | $ 375.00 | 0.5 | $ 187.50 | RA | Modeled and audited a new iteration of the current claims analysis according to counsel's requested specifications. |
| 05/27/22 | $ 375.00 | 1.5 | $ 562.50 | RA | Performed research into Zantac and Valsartan lawsuits for benchmarking analysis. |
| 05/27/22 | $ 375.00 | 0.5 | $ 187.50 | RA | Internal meeting with M.Lee, M.Bernatzky to discuss benchmarking analysis. |
| 05/31/22 | $ 375.00 | 0.5 | $ 187.50 | RA | Compiled research into Zantac and Valsartan lawsuits into memorandum for use in benchmarking analysis. |

**Hours for: Alice Shao**
**Month of: May 1, 2022 – May 31, 2022**
**Total hours: 11.00**

| Date | Hourly Rate | Billed Hours | Billed Fees | Labor Categorization | Description of Activities |
|---|---|---|---|---|---|
| 05/19/22 | $ 375.00 | 0.5 | $ 187.50 | RA | Internal meeting with M.Bernatzky, R.Liu, D.McKnight to discuss LC valuation research. |
| 05/19/22 | $ 375.00 | 2.1 | $ 787.50 | RA | Conducted research on inflation factors and review of past li |
| 05/25/22 | $ 375.00 | 0.5 | $ 187.50 | RA | Internal meeting with J.Duh and library services to discuss requirements of mass torts research. |
| 05/25/22 | $ 375.00 | 0.5 | $ 187.50 | RA | Internal meeting with J.Duh on mass torts research in preparation for call with library services. |
| 05/25/22 | $ 375.00 | 3.2 | $ 1,200.00 | RA | Conducted research for comparable mass tort settlements regarding other drugs and PFAS. |
| 05/26/22 | $ 375.00 | 4.1 | $ 1,537.50 | RA | Continued conducting research on comparable mass tort data for PFAS. |
| 05/27/22 | $ 375.00 | 0.1 | $ 37.50 | RA | Incorporated mass tort research into master benchmarking analysis excel file. |

**Hours for: Monet Lee**
**Month of: May 1, 2022 – May 31, 2022**
**Total hours: 9.40**

| Date | Hourly Rate | Billed Hours | Billed Fees | Labor Categorization | Description of Activities |
|---|---|---|---|---|---|
| 05/27/22 | $ 350.00 | 0.5 | $ 175.00 | RA | Internal meeting with M. Bernatzky, K.Begna to discuss benchmarking analysis. |
| 05/27/22 | $ 350.00 | 1.8 | $ 630.00 | RA | Began researching academic sources discussing Belviq for use in benchmarking analysis. |
| 05/27/22 | $ 350.00 | 1.2 | $ 420.00 | RA | Began researching academic sources discussing PFAS for use in benchmarking analysis. |
| 05/27/22 | $ 350.00 | 1.8 | $ 630.00 | RA | Constructed intermediate Excel analysis of Belviq and PFAS in order to record comparable case compensation amounts and claimant information. |
| 05/31/22 | $ 350.00 | 3.5 | $ 1,225.00 | RA | Researched academic papers on Belviq and PAF for use in benchmarking analysis. |
| 05/31/22 | $ 350.00 | 0.6 | $ 210.00 | RA | Internal meeting with M.Bernatzky to discuss academic paper research. |

**Hours for: Rachel Liu**
**Month of: May 1, 2022 – May 31, 2022**
**Total hours: 14.00**

| Date | Hourly Rate | Billed Hours | Billed Fees | Labor Categorization | Description of Activities |
|---|---|---|---|---|---|
| 05/19/22 | $ 325.00 | 0.5 | $ 162.50 | RA | Internal meeting with M.Bernatzky, D.McKnight, A.Shao to discuss LC valuation research. |
| 05/26/22 | $ 325.00 | 0.8 | $ 260.00 | RA | Internal meeting with M.Bernatzky to discuss Cancer research. |
| 05/26/22 | $ 325.00 | 4.3 | $ 1,397.50 | RA | Conducted cancer research for benchmark analysis. |
| 05/27/22 | $ 325.00 | 0.5 | $ 162.50 | CC | Internal meeting with M.Bernatzky to disuss Cancer research updates. |
| 05/27/22 | $ 325.00 | 5.7 | $ 1,852.50 | RA | Continued cancer research for benchmark analysis. |
| 05/31/22 | $ 325.00 | 0.1 | $ 32.50 | RA | Internal meeting with M.Bernatzky to discuss updates on Talc research. |
| 05/31/22 | $ 325.00 | 2.1 | $ 682.50 | RA | Conducted research from cancer and verdict award information for use in benchmarking analysis. |

**Hours for: Jared Milazzo**
**Month of: May 1, 2022 – May 31, 2022**
**Total hours: 10.20**

| Date | Hourly Rate | Billed Hours | Billed Fees | Labor Categorization | Description of Activities |
|---|---|---|---|---|---|
| 05/02/22 | $ 225.00 | 1.5 | $ 337.50 | FP | Assisted in creating new monthly fee application. |
| 05/18/22 | $ 225.00 | 2.5 | $ 562.50 | FP | Revised new monthly fee application. |
| 05/19/22 | $ 225.00 | 3.5 | $ 787.50 | FP | Edited new monthly fee application. |
| 05/23/22 | $ 225.00 | 1.2 | $ 270.00 | FP | Worked on interim fee application. |
| 05/27/22 | $ 225.00 | 1.5 | $ 337.50 | FP | Revised interim fee application. |