| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br><br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> Jeffrey Traurig <br> **TRAURIG LAW LLC** <br> One University Plaza, Suite 124 <br> Hackensack, NJ 07601 <br> Tel: (646) 974-8650 <br> E-mail: jtraurig@trauriglaw.com <br> *Local Counsel to the Fee Examiner* | Robert J. Keach, Esq. (admitted *pro hac vice*) <br> **BERNSTEIN SHUR SAWYER & NELSON, P.A.** <br> 100 Middle Street <br> Portland, ME 04104 <br> Tel: (207) 774-1200 <br> Fax: (207) 774-1127 <br> E-Mail: rkeach@bernsteinshur.com <br> *Fee Examiner* <br><br> **BERNSTEIN SHUR SAWYER & NELSON, P.A.** <br> Letson Douglass Boots, Esq. (admitted *pro hac vice*) <br> 100 Middle Street <br> Portland, ME 04104 <br> Tel: (207) 774-1200 <br> Fax: (207) 774-1127 <br> E-Mail: lboots@bernsteinshur.com <br> *Counsel to the Fee Examiner* |
| In Re: <br><br> LTL MANAGEMENT LLC, <br><br> Debtor | Case No.:   21-30589 (MBK) <br><br> Judge:   Michael B. Kaplan <br><br> Chapter 11 |

**MODIFIED LOCAL FORM CERTIFICATION OF NO OBJECTION
REGARDING MONTHLY FEE STATEMENT OF
ROBERT J. KEACH, FEE EXAMINER, FOR THE
<u>PERIOD OF MAY 1, 2022 THROUGH MAY 31, 2022 (DOCUMENT NO. 2613)</u>**

The Court authorized, under D.N.J. LBR 2016-3(a), *the Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professionals* [Dkt. No. 761] *and Order Modifying Order Establishing Procedures for Interim Compensation and Reimbursement of*

*Retained Professionals* [Dkt. No. 870] (Dkt. Nos. 761 and 870 together, the "<u>Interim Compensation Procedures Order</u>"), compensation to professionals on a monthly basis. Under the Interim Compensation Procedures Order, objections to the monthly fee statement of Robert J. Keach, Fee Examiner, for the period of May 1, 2022 through May 31, 2022 (the "<u>Monthly Fee Statement</u>") filed on June 27, 2022 [Dkt. No. 2613], were to be filed and served not later than July 11, 2022.

    I, Jeffrey Traurig, Esq. certify that, as of July 12, 2022, I have reviewed the court's docket in this case and no answer, objection, or other responsive pleading to the above Monthly Fee Statement has been filed. Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of this Certification.

Date: July 12, 2022                                                               */s/ Jeffrey Traurig*
                                                                                    Jeffrey Traurig