| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Jeffrey Traurig<br>**TRAURIG LAW LLC**<br>One University Plaza, Suite 124<br>Hackensack, NJ  07601<br>Tel: (646) 974-8650<br>E-mail:  jtraurig@trauriglaw.com<br>*Local Counsel to the Fee Examiner* | Robert J. Keach, Esq. (admitted *pro hac vice*)<br>**BERNSTEIN SHUR SAWYER & NELSON, P.A.**<br>100 Middle Street<br>Portland, ME  04104<br>Tel: (207) 774-1200<br>Fax: (207) 774-1127<br>E-Mail: rkeach@bernsteinshur.com<br>*Fee Examiner*<br><br>**BERNSTEIN SHUR SAWYER & NELSON, P.A.**<br>Letson Douglass Boots, Esq. (admitted *pro hac vice*)<br>100 Middle Street<br>Portland, ME  04104<br>Tel: (207) 774-1200<br>Fax: (207) 774-1127<br>E-Mail: lboots@bernsteinshur.com<br>*Counsel to the Fee Examiner* |
| In Re:<br><br>LTL MANAGEMENT LLC,<br><br>Debtor | Case No.:    21-30589 (MBK)<br><br>Judge:    Michael B. Kaplan<br><br>Chapter 11 |

**MODIFIED LOCAL FORM CERTIFICATION OF NO OBJECTION
REGARDING MONTHLY FEE STATEMENT OF
BERNSTEIN SHUR SAWYER & NELSON, P.A.  FOR THE
<u>PERIOD OF MAY 1, 2022 THROUGH MAY 31, 2022 (DOCUMENT NO. 2614)</u>**

The Court authorized, under D.N.J. LBR 2016-3(a), *the Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professionals* [Dkt. No. 761] *and Order Modifying Order Establishing Procedures for Interim Compensation and Reimbursement of*

*Retained Professionals* [Dkt. No. 870] (Dkt. Nos. 761 and 870 together, the "Interim Compensation Procedures Order"), compensation to professionals on a monthly basis. Under the Interim Compensation Procedures Order, objections to the monthly fee statement of Bernstein Shur Sawyer & Nelson, P.A., for the period of May 1, 2022 through May 31, 2022 (the "Monthly Fee Statement") filed on June 27, 2022 [Dkt. No. 2614], were to be filed and served not later than July 11, 2022.

    I, Jeffrey Traurig, Esq. certify that, as of July 12, 2022, I have reviewed the court's docket in this case and no answer, objection, or other responsive pleading to the above Monthly Fee Statement has been filed. Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of this Certification.

Date: July 12, 2022                          */s/ Jeffrey Traurig*
                                                                                      Jeffrey Traurig