<table>
<tr><td>

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**


Jeffrey Traurig
**TRAURIG LAW LLC**
One University Plaza, Suite 124
Hackensack, NJ  07601
Tel: (646) 974-8650
E-mail:  jtraurig@trauriglaw.com
*Local Counsel to the Fee Examiner*

</td><td>

Robert J. Keach, Esq. (pro hac vice pending)
**BERNSTEIN SHUR SAWYER & NELSON, P.A.**
100 Middle Street
Portland, ME  04104
Tel: (207) 774-1200
Fax: (207) 774-1127
E-Mail: rkeach@bernsteinshur.com
*Fee Examiner*

**BERNSTEIN SHUR SAWYER & NELSON, P.A.**
Letson Douglass Boots, Esq. (pro hac vice
pending)
100 Middle Street
Portland, ME  04104
Tel: (207) 774-1200
Fax: (207) 774-1127
E-Mail: lboots@bernsteinshur.com
*Counsel to the Fee Examiner*

</td></tr>
<tr><td>

In Re:


LTL MANAGEMENT LLC,


               Debtor

</td><td>

Case No.:      21-30589 (MBK)

Judge:        Michael B. Kaplan

Chapter 11

</td></tr>
</table>

## CERTIFICATION OF SERVICE

1. I, Karla M. Quirk:

    ☐ represent [ ]               in this matter.

    X am a paralegal for Bernstein, Shur, Sawyer & Nelson, P.A., who represents the
      Fee Examiner in this matter.

    ☐ am the  [ ]             in this case and am representing myself.

2. On July 12, 2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

DE 2694 Modified Local Form Certification of No Objection Regarding Monthly Fee Statement of Traurig Law LLC, for the Period of May 1, 2022 Through May 31, 2022 (Docket No.2612);

DE 2695 Modified Local Form Certification of No Objection Regarding Monthly Fee Statement of Robert J. Keach, Fee Examiner, for the Period of May 1, 2022 Through May 31, 2022 (Docket No.2613); and

DE 2696 Modified Local Form Certification of No Objection Regarding Monthly Fee Statement of Bernstein Shur Sawyer & Nelson, P.A., for the Period of May 1, 2022 Through May 31, 2022 (Docket No.2614).

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Date: July 12, 2022                                  /s/ Karla M. Quirk
                                                     Karla M. Quirk, Paralegal

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| See Attached Exhibit A | | ☐  Hand-delivered<br>☐  Regular Mail<br>☐  Certified mail/RR<br>X   Other email<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| | | |

**EXHIBIT**

**A**

Master Service List (as of 07/08/2022 06:00:32)

| NAME | EMAIL |
|---|---|
| ARNOLD & ITKIN LLP | CBOATRIGHT@ARNOLDITKIN.COM; RCHRISTENSEN@ARNOLDITKIN.COM; JITKIN@ARNOLDITKIN.COM |
| ASHCRAFT & GEREL, LLP | jgreen@ashcraftlaw.com; plyons@ashcraftlaw.com; mparfitt@ashcraftlaw.com |
| AYLSTOCK WITKIN KREIS & | MARYBETH@PUTNICKLEGAL.COM; DTHORNBURGH@AWKOLAW.COM |
| BAILEY & GLASSER LLP | cjoshi@baileyglasser.com |
| BALLARD SPAHR LLP | daluzt@ballardspahr.com; heilmanl@ballardspahr.com; roglenl@ballardspahr.com |
| BARNES FIRM | JOE.VAZQUEZ@THEBARNESFIRM.COM |
| BEASLEY ALLEN LAW FIRM | CHARLIE.STERN@BEASLEYALLEN.COM; LEIGH.ODELL@BEASLEYALLEN.COM |
| BLANCO TACKABERY & MATAMOROS, P.A. | asr@blancolaw.com |
| BROWN RUDNICK LLP | sbeville@brownrudnick.com |
| BROWN RUDNICK LLP | dmolton@brownrudnick.com; rstark@brownrudnick.com |
| BURNS CHAREST LLP | dcharest@burnscharest.com |
| CELLINO LAW LLP | BRIAN.GOLDSTEIN@CELLINOLAW.COM |
| CLYDE & CO US LLP | konrad.krebs@clydeco.us |
| CLYDE AND CO US LLP | clinton.cameron@clydeco.us; meghan.dalton@clydeco.us |
| COHEN, PLACITELLA & ROTH, P.C. | DGEIER@CPRLAW.COM; CPLACITELLA@CPRLAW.COM |
| COHEN, PLACITELLA & ROTH, P.C. | JMPLACITELLA@CPRLAW.COM |
| COOLEY LLP | elazerowitz@cooley.com |
| CORDES LAW, PLLC | stacy@cordes-law.com; meghan@cordes-law.com |
| COUGHLIN MIDLIGE & GARLAND LLP | smidlige@cmg.law |
| CROWELL & MORING LLP | gplotko@crowell.com |
| CROWELL & MORING LLP | mplevin@crowell.com; kcacabelos@crowell.com |
| CROWELL & MORING LLP | tyoon@crowell.com; rjankowski@crowell.com |
| DALIMONTE RUEB STOLLER, LLP | JOHN@DRLAWLLP.COM; GREG@DRLAWLLP.COM |
| DAVID CHRISTIAN ATTORNEYS LLC | dchristian@dca.law |
| DEAN OMAR BRANHAM SHIRLEY, LLC | JDEAN@DOBSLEGAL.COM; TBRANHAM@DOBSLEGAL.COM; BSMITH@DOBSLEGAL.COM |
| DLA PIPER LLP (US) | aidan.mccormack@dlapiper.com; brian.seibert@dlapiper.com |
| DRISCOLL FIRM, LLC | 6182770962@fax.bssn.com |
| DUANE MORRIS LLP | prmatthews@duanemorris.com |
| DUANE MORRIS LLP | slross@duanemorris.com |
| EMMET, MARVIN & MARTIN LLP | tpitta@emmetmarvin.com |
| EPIQ CORPORATE RESTRUCTURING, LLC | ltlinfo@epiqglobal.com |
| FEARS NACHAWATI LAW FIRM | DMCDOWELL@FNLAWFIRM.COM |
| FERRARO LAW FIRM | LBR@FERRAROLAW.COM; JLB@FERRAROLAW.COM |
| FLINT LAW FIRM LLC | EFLINT@FLINTLAW.COM |

| | |
|---|---|
| FOX ROTHSCHILD LLP | jdipasquale@foxrothschild.com |
| FOX ROTHSCHILD LLP | jcaneco@foxrothschild.com |
| GENOVA BURNS LLC | dstolz@genovaburns.com; dclarke@genovaburns.com; mbaker@genovaburns.com |
| GIMIGLIANO MAURIELLO & MALONEY | sgimigliano@lawgmm.com; jmaloney@lawgmm.com; rrabinowitz@lawgmm.com |
| GOLOMB SPIRIT GRUNFELD, PC | KGRUNFELD@GOLOMBHONIK.COM; RGOLOMB@GOLOMBHONIK.COM; ASPIRT@GOLOMBHONIK.COM; KGOLOMB@GOLOMBLEGAL.COM |
| GREENBAUM, ROWE, SMITH & DAVIS LLP | nisaacson@greenbaumlaw.com |
| GREENBERG TRAURIG, LLP | brodya@gtlaw.com |
| HALPERIN BATTAGLIA BENZIJA LLP | ahalperin@halperinlaw.net; dlieberman@halperinlaw.net |
| HERRICK FEINSTEIN LLP | ssmith@herrick.com; rginzburg@herrick.com |
| HILL HILL CARTER FRANCO COLE & | ecarter@hillhillcarter.com |
| HONIK LLC | RUBEN@HONIKLAW.COM; DAVID@HONIKLAW.COM |
| HUGHES HUBBARD & REED LLP | CHRIS.KIPLOK@HUGHESHUBBARD.COM; WILLIAM.BEAUSOLEIL@HUGHESHUBBARD.COM; ERIN.DIERS@HUGHESHUBBARD.COM |
| J.C. WHITE LAW GROUP PLLC | jwhite@jcwhitelaw.com |
| JD THOMPSON LAW | jdt@jdthompsonlaw.com |
| JOHNSON LAW GROUP | 8007316018@fax.bssn.com |
| JONES DAY | gmgordon@jonesday.com; dbprieto@jonesday.com; asrush@jonesday.com |
| JONES DAY | bberens@jonesday.com |
| KARST & VON OISTE LLP | EPK@KARSTVONOISTE.COM |
| KARST & VON OISTE, LLP | dac@karstvonoiste.com |
| KASOWITZ BENSON TORRES LLP | drosner@kasowitz.com; rnovick@kasowitz.com; agolden@kasowitz.com |
| KASOWITZ BENSON TORRES LLP | mhutchins@kasowitz.com |
| KATTEN MUCHIN ROSENMAN LLP | shaya.rochester@katten.com |
| KATTEN MUCHIN ROSENMAN LLP | kelsey.panizzolo@katten.com |
| KAZAN MCCLAIN SATTERLY & | JSATTERLEY@KAZANLAW.COM |
| KENNEDYS CMK LLP | heather.simpson@kennedyslaw.com |
| KIESEL LAW, LLP | ZUKIN@KIESEL.LAW; KIESEL@KIESEL.LAW; PALMER@KIESEL.LAW |
| KING & SPALDING LLP | ccorey@kslaw.com |
| KING & SPALDING LLP | dschneider@kslaw.com |
| KTBS LAW LLP | nmaoz@ktbslaw.com; skidder@ktbslaw.com; rpfister@ktbslaw.com; mtuchin@ktbslaw.com |
| LANIER LAW FIRM | MICHAEL.AKSELRUD@LANIERLAWFIRM.COM |
| LATHAM & WATKINS LLP | jeff.bjork@lw.com; kim.posin@lw.com; amy.quartarolo@lw.com |
| LATHAM & WATKINS LLP | adam.ravin@lw.com |
| LAW FIRM OF BRIAN W HOFMEISTER, LLC | bwh@hofmeisterfirm.com |

LAW OFFICES OF MITCHELL J. MALZBERG, LLC    mmalzberg@mjmalzberglaw.com

LEVIN PAPANTONIO RAFFERTY    ctisi@levinlw.com
LEVY KONIGSBERG LLP    MMAIMON@LEVYLAW.COM
LEVY KONIGSBERG LLP    JBLOCK@LEVYLAW.COM
LEX NOVA LAW LLC    rdressel@lexnovalaw.com
LITE DEPALMA GREENBERG & AFANADOR, LLC    aunderwood@litedepalma.com

LOWENSTEIN SANDLER LLP    krosen@lowenstein.com;
mseymour@lowenstein.com
LTL MANAGEMENT LLC    jkim2@its.jnj.com
MANIER & HEROD, P.C.    rmiller@manierherod.com
MARSHACK HAYS LLP    lmasud@marshackhays.com
MASSEY & GAIL LLP    jmassey@masseygail.com
MAUNE RAICHLE HARTLEY FRENCH &    BFRENCH@MRHFMLAW.COM
MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC    sratcliffe@mrhfmlaw.com

MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC    cthompson@mrhfmlaw.com

MCCARTER & ENGLISH LLP    bkahn@mccarter.com;
tladd@mccarter.com
MCMANIMON, SCOTLAND & BAUMANN, LLC    asodono@msbnj.com;
splacona@msbnj.com
MENDES & MOUNT LLP    eileen.mccabe@mendes.com;
stephen.roberts@mendes.com
MILLER FIRM, LLC    CHOKE@MILLERFIRMLLC.COM
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND    pwkalish@mintz.com;
POPEO, P.C    emfarrell@mintz.com
MOON WRIGHT & HOUSTON, PLLC    rwright@mwhattorneys.com; ahouston@mwhattorneys.com;
cbrown@mwhattorneys.com

MOORE & VAN ALLEN PLLC    hillarycrabtree@mvalaw.com
MORITT HOCK & HAMROFF LLP    lberkoff@moritthock.com; aarotsky@moritthock.com
MOTLEY RICE LLC    JHURST@MOTLEYRICE.COM
MOTLEY RICE LLC    CSCOTT@MOTLEYRICE.COM
MOTLEY RICE LLC    dlapinski@motleyrice.com
NAME AND ADDRESS INFORMATION Sealed    deborah.fletcher@fisherbroyles.com
NAPOLI SHKOLNIK PLLC    CLOPALO@NAPOLILAW.COM
OFFICE OF THE ATTORNEY GENERAL OF TEXAS    rachel.obaldo@oag.texas.gov; autumn.highsmith@oag.texas.gov

OFFICE OF THE U.S. ATTORNEY    eamonn.ohagan@usdoj.gov
OFFICE OF THE US TRUSTEE    lauren.bielskie@usdoj.gov; jeffrey.m.sponder@usdoj.gov;
Mitchell.B.Hausman@usdoj.gov
OFFIT KURMAN, P.A.    paul.baynard@offitkurman.com
OFFIT KURMAN, P.A.    pwinterhalter@offitkurman.com
ONDERLAW, LLC    ONDER@ONDERLAW.COM

| | |
|---|---|
| OTTERBOURG P.C. | jbougiamas@otterbourg.com; mcyganowski@otterbourg.com; asilverstein@otterbourg.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ljones@pszjlaw.com; kdine@pszjlaw.com; crobinson@pszjlaw.com; pkeane@pszjlaw.com |
| PARKER POE ADAMS & BERNSTEIN LLP | ashleyedwards@parkerpoe.com |
| PARKINS LEE & RUBIO LLP | crubio@parkinslee.com; lparkins@parkinslee.com |
| PARKINS LEE & RUBIO LLP | lparkins@parkinslee.com; crubio@parkinslee.com |
| PENSION BENEFIT GUARANTY CORPORATION | lachman.carolyn@pbgc.gov; efile@pbgc.gov |
| PENSION BENEFIT GUARANTY CORPORATION | torres.simon@pbgc.gov; efile@pbgc.gov |
| PORZIO, BROMBERG & NEWMAN, P.C. | raparisi@pbnlaw.com; kdcurtin@pbnlaw.com |
| PRYOR CASHMAN LLP | slieberman@pryorcashman.com; arichmond@pryorcashman.com |
| RABINOWITZ, LUBETKIN & TULLY, LLC | jrabinowitz@rltlawfirm.com |
| RANDI S ELLIS LLC | randi@randiellis.com |
| RAWLINGS & ASSOCIATES | mdf@rawlingsandassociates.com; rgl@rawlingsandassociates.com |
| RAYBURN COOPER & DURHAM, P.A. | rrayburn@rcdlaw.net; jmiller@rcdlaw.net; mtomsic@rcdlaw.net |
| REED SMITH LLP | psinger@reedsmith.com |
| REED SMITH LLP | jangelo@reedsmith.com |
| REED SMITH LLP | dbaker@reedsmith.com; |
| RIVKIN RADLER LLP | brian.ade@rivkin.com |
| ROBINSON, CALCAGNIE, ROBINSON, | 9497201292@fax.bssn.com |
| ROSS FELLER CASEY, LLP | bmccormick@rossfellercasey.com |
| RUGGERI PARKS WEINBERG LLP | jweinberg@ruggerilaw.com; jmayer@ruggerilaw.com |
| SAIBER LLC | jaugust@saiber.com; mwolin@saiber.com |
| SAVO, SCHALK, GILLESPIE, O'GRODNICK | schalk@centraljerseylaw.com; brokaw@centraljerseylaw.com |
| SHERMAN SILVERSTEIN KOHL ROSE & PODOLSKY, P.A. | aabramowitz@shermansilverstein.com; amoldoff@shermansilverstein.com; rswitkes@shermansilverstein.com |
| SIMMONS HANLY CONROY LLC | JKRAMER@SIMMONSFIRM.COM |
| SIMON GREENSTONE PANATIERE | CPANATIER@SGPBLAW.COM |
| SIMPSON THACHER & BARTLETT LLP | squsba@stblaw.com; cwaldman@stblaw.com; jamie.fell@stblaw.com; zachary.weiner@stblaw.com; |
| SIMPSON THACHER & BARTLETT LLP | michael.torkin@stblaw.com; afrankel@stblaw.com; kmclendon@stblaw.com; |
| SIMPSON THACHER & BARTLETT LLP | afrankel@stblaw.com |
| STEVENS & LEE, P.C. | andreas.milliaressis@stevenslee.com |

| | |
|---|---|
| STEVENS & LEE, P.C. | joseph.huston@stevenslee.com |
| THE GARNER FIRM, LTD | melanie@garnerltd.com |
| THE GORI LAW FIRM | BETH@GORIJULIANLAW.COM; SARA@GORIJULIANLAW.COM; TODD@GORIJULIANLAW.COM |
| THE KELLY FIRM, P.C. | akelly@kbtlaw.com |
| THE LAYTON LAW FIRM, PLLC | chris@thelaytonlawfirm.com |
| THE SHAPIRO LAW FIRM | jshapiro@shapirolawfirm.com |
| TOGUT, SEGAL & SEGAL LLP | altogut@teamtogut.com; frankoswald@teamtogut.com; bshaughnessy@teamtogut.com |
| TRAMMELL PC | FLETCH@TRAMMELLPC.COM |
| TRAURIG LAW LLC | jtraurig@trauriglaw.com |
| TRIF & MODUGNO LLC | lmodugno@tm-firm.com |
| US DEPARTMENT OF JUSTICE | john.z.balasko@usdoj.gov |
| VINSON & ELKINS LLP | sabramowitz@velaw.com |
| WALLACE & GRAHAM PA | bgraham@wallacegraham.com |
| WALSH PIZZI O'REILLY FALANGA | mfalk@walsh.law |
| WARD AND SMITH, P.A. | paf@wardandsmith.com; njl@wardandsmith.com |
| WEITZ & LUXENBERG, P.C. | ERELKIN@WEITZLUX.COM |
| WEITZ & LUXENBERG, P.C. | DKRAFTJR@WEITZLUX.COM; JDELANEY@WEITZLUX.COM; LBUSCH@WEITZLUX.COM |
| WHITE & CASE LLP | JESSICA.LAURIA@WHITECASE.COM; GKURTZ@WHITECASE.COM; RICARDO.PASIANOTTO@WHITECASE.COM |
| WHITE & CASE LLP | mshepherd@whitecase.com; laura.femino@whitecase.com |
| WHITE & CASE LLP | blair.warner@whitecase.com |
| WILLIAMS HART LAW FIRM | 7136436226@fax.bssn.com |
| WINDELS MARX LANE & MITTENDORF LLP | acraig@windelsmarx.com; scalogero@windelsmarx.com |
| WOLLMUTH MAHER & DEUTSCH LLP | jlawlor@wmd-law.com; pdefilippo@wmd-law.com; ltretter@wmd-law.com; jpacelli@wmd-law.com; baxelrod@wmd-law.com |
| WOMBLE BOND DICKINSON (US) LLP | matthew.ward@wbd-us.com; ericka.johnson@wbd-us.com |
| ZELLE LLP | acogbill@zelle.com |