**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**MONTHLY FEE STATEMENT COVER SHEET FOR THE PERIOD**
**JUNE 1, 2022 THROUGH JUNE 30, 2022**

| | | | |
|---|---|---|---|
| Debtor: | LTL Management LLC | Applicant: | Anderson Kill PC |
| Case No.: | 21-30589(MBK) | Client: | Official Comm of Talc Claimant |
| Chapter: | 11 | Case Filed: | October 14, 2021 |

### SECTION 1
### FEE SUMMARY

X    Monthly Fee Statement No. __2__ or    ☐ Final Fee Application

Summary of Amounts Requested for the Period from June 1, 2022 through June 30, 2022 (the "First Statement Period")

| | |
|---|---|
| Total Fees: | $173,528.50 |
| Total Disbursements: | $      21.13 |
| Minus 20% holdback of Fees: | $ 34,705.70 |
| Amount Sought at this Time: | $138,843.93 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1.  Robert M. Horkovich, Managing Partner | 1980 | 59.80 | $1,150 | $68,770.00 |
| 2.  Mark Garbowski, Partner | 1988 | 52.90 | $880 | $46,552.00 |
| 3.  Carrie DiCanio, Managing Partner | 2009 | 18.60 | $655 | $12,183.00 |
| 4.  Christina Yousef, Attorney | 2016 | 5.00 | $580 | $2,900.00 |
| 5.  Glenn F. Fields, Insurance Specialist | 33 | 27.40 | $480 | $13,152.00 |
| 6.  Izak Feldgreber, Insurance Specialist | 30 | 39.00 | $425 | $16,575.00 |
| 7.  Harris E. Gershman, Senior Paralegal | 33 | 12.10 | $390 | $4,719.00 |
| 8.  Arline H. Pelton, Senior Paralegal | 34 | 26.70 | $325 | $8,677.50 |

| | |
|---|---|
| Fee Totals: | $173,528.50 |
| Disbursements Totals: | $      21.13 |
| Total Fee Application | $173,549.63 |

## SECTION II SUMMARY
## OF SERVICES

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| a) | **Asset Analysis and Recovery:**<br>Identification and review of potential assets including causes of action and non-litigation recoveries. | 214.30 | $164,276.00 |
| b) | **Asset Disposition**<br>Sales, leases, abandonment and related transaction work. | | |
| c) | **Avoidance Action Litigation**<br>Preference and fraudulent transfer litigation. | | |
| d) | **Business Operations**<br>Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| e) | **Case Administration**<br>Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | | |
| f) | **Claims Administration and Objections**<br>Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | | |
| g) | **Employee Benefits/Pensions**<br>Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| h) | **Fee/Employment Applications**<br>Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 27.20 | $9,252.50 |
| i) | **Fee/Employment Objections**<br>Review of an objections to the employment and fee applications of others. | | |
| j) | **Financing**<br>Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | | |
| k) | **Litigation**<br>Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | | |
| l) | **Meetings of Creditors**<br>Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | | |
| m) | **Plan and Disclosure Statement**<br>Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | | |

2

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| n) | **Relief from Stay Proceedings** <br> Matters relating to termination or continuation of automatic stay under 362. | | |
| o) | **Accounting/Auditing** <br> Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) | **Business Analysis** <br> Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) | **Corporate Finance** <br> Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r) | **Data Analysis** <br> Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | | |
| s) | **Litigation Consulting** <br> Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | | |
| t) | **Reconstruction Accounting** <br> Reconstructing books and records from past transactions and brining accounting current. | | |
| u) | **Tax Issues** <br> Analysis of tax issues and preparation of state and federal tax returns. | | |
| v) | **Valuation** <br> Appraise or review appraisals of assets. | | |
| w) | **Travel Time** | | |
| **SERVICE TOTALS:** | | 241.50 | $173,528.50 |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | | AMOUNT |
|---|---|---|
| a) | **Filing Fees** <br> Payable to Clerk of Court. | |
| b) | **Computer Assisted Legal Research** <br> Westlaw, Lexis and a description of manner calculated. | |
| c) | **Pacer Fees** <br> Payable to the Pacer Service Center for search and/or print. | |
| d) | **Fax** <br> Include per page fee charged. | |

3

| | | |
|---|---|---|
| e) | **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges. | |
| f) | **In-house Reproduction Services**<br>Exclusive of overhead charges. | |
| g) | **Outside Reproduction Services**<br>Including scanning services. | |
| h) | **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | |
| i) | **Court Reporting**<br>Transcripts. | |
| j) | **Travel**<br>Mileage, tolls, airfare, parking. | |
| k) | **Courier & Express Carriers**<br>Overnight and personal delivery. | |
| l) | **Postage** | |
| m) | **Other (specify) – Database Hosting Fee** | $21.13 |
| | **DISBURSEMENTS TOTAL:** | **$21.13** |

I certify under penalty of perjury that the above is true.

Date: July 14, 2022                                                         /s/ Robert M. Horkovich