.

# Anderson Kill P.C.

1251 Avenue of the Americas, New York, NY 10020
(212) 278-1000         EIN:13-2743351
E-Mail: Accounting@andersonkill.com

David J. Moton, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY  10036

Attention: David J. Molton, Esq

.

Invoice No.:       313902
Invoice Date:      July 12, 2022
Client Matter ID:  106961.11636
Billing Attorney:  Robert M Horkovich

**Official Committee of Talc Claimants**

**LTL Management LLC**

| | |
|---|---:|
| Professional Services: | $173,528.50 |
| Costs: | $21.13 |
| Total Current Invoice: | $173,549.63 |
| Outstanding Balance from Prior Invoices (see listing): | $264,856.00 |
| **Total Amount:** | **$438,405.63** |

# Anderson Kill P.C.

1251 Avenue of the Americas, New York, NY 10020
(212) 278-1000          EIN:13-2743351
E-Mail: Accounting@andersonkill.com

July 12, 2022                                                                                             Invoice No.    313902

**MATTER:** LTL Management LLC

<u>**INVOICE LIST**</u>

| **INVOICE** | **DATE** | **INVOICE TOTAL** |
|---|---|---|
| 313644 | 06/23/22 | $264,856.00 |
| **OUTSTANDING BALANCE FROM PRIOR INVOICES** | | **$264,856.00** |

## Anderson Kill P.C.

1251 Avenue of the Americas, New York, NY 10020
(212) 278-1000    EIN:13-2743351
E-Mail: Accounting@andersonkill.com

**David J. Molton, Esq.**
**Brown Rudnick LLP**
**Seven Times Square**
**New York, NY 10036**

Billing Attorney    Robert M Horkovich
Invoice No.    313902
Invoice Date    July 12, 2022

**Client Matter #: 106961.11636**
**Official Committee of Talc Claimants**
**RE: LTL Management LLC**

**FOR PROFESSIONAL SERVICES RENDERED THROUGH June 30, 2022**

| Date | Professional | Hours | Task | Narrative | Amount |
|---|---|---|---|---|---|
| 06/01/22 | RMH | 7.00 | B120 | Committee meeting to discuss potential plan. | 8,050.00 |
| 06/01/22 | RMH | 0.30 | B120 | Follow up on Committee meeting to discuss potential plan. | 345.00 |
| 06/01/22 | IF | 1.10 | B120 | Research re discovery issues. | 467.50 |
| 06/01/22 | IF | 1.70 | B120 | Continued to analyze insurance policies regarding coverage issues. | 722.50 |
| 06/01/22 | HEG | 1.80 | B120 | Research re discovery. | 702.00 |
| 06/01/22 | HEG | 0.40 | B120 | Research re insolvency. | 156.00 |
| 06/01/22 | HEG | 0.80 | B120 | Review and revise insurance coverage chart. | 312.00 |
| 06/01/22 | GFF | 2.90 | B120 | Review and analyze selected insurance policies re: coverage issues. | 1,392.00 |
| 06/01/22 | CD | 0.70 | B120 | Prepare draft document requests. | 458.50 |
| 06/01/22 | AHP | 0.90 | B160 | Additional multiple emails to timekeepers and accounting re bankruptcy codes. | 292.50 |
| 06/01/22 | MG | 5.40 | B120 | Prepare for and attend Committee working group conference. | 4,752.00 |

| Date | Professional | Hours | Task | Narrative | Amount |
|---|---|---|---|---|---|
| 06/02/22 | RMH | 1.10 | B120 | Presentation to mediator Judge Steckroth. | 1,265.00 |
| 06/02/22 | RMH | 0.50 | B120 | Committee counsel conference. | 575.00 |
| 06/02/22 | RMH | 2.20 | B120 | Attention to insurance ramifications of claims against Janssen. | 2,530.00 |
| 06/02/22 | AHP | 1.00 | B160 | Review docket for status (.10); emails re status of multiple issues (.50); generate pre-bill and update monitoring chart for same (.40). | 325.00 |
| 06/02/22 | CD | 2.70 | B120 | Draft interrogatories and document requests to J&J and LTL. | 1,768.50 |
| 06/02/22 | GFF | 0.90 | B120 | Review and analyze selected insurance policies re: coverage issues. | 432.00 |
| 06/02/22 | MG | 1.50 | B120 | Prepare for and attend Committee working group conference. | 1,320.00 |
| 06/02/22 | MG | 1.00 | B120 | Attend mediation presentation to Judge Steckroth. | 880.00 |
| 06/02/22 | IF | 1.40 | B120 | Continued to analyze insurance assets regarding coverage issues. | 595.00 |
| 06/02/22 | IF | 1.70 | B120 | Continued to analyze insurance policies re: coverage issues. | 722.50 |
| 06/02/22 | HEG | 0.80 | B120 | Analyis re policy language. | 312.00 |
| 06/03/22 | RMH | 0.30 | B120 | Confer with Leigh Odell re ovarian cancer cases. | 345.00 |
| 06/03/22 | RMH | 0.50 | B120 | Confer with Eric Goodwin re draft plan. | 575.00 |
| 06/03/22 | RMH | 3.40 | B120 | Draft joinder in J&J's motion for abeyance in New Hampshire state court. | 3,910.00 |
| 06/03/22 | MG | 2.90 | B120 | Review, analysis and valuation of insurance assets. | 2,552.00 |
| 06/03/22 | IF | 1.80 | B120 | Continued to analyze insurance assets regarding coverage issues. | 765.00 |
| 06/03/22 | CD | 0.70 | B120 | Revise draft document requests. | 458.50 |

| Date | Professional | Hours | Task | Narrative | Amount |
|---|---|---|---|---|---|
| 06/03/22 | CD | 0.50 | B120 | Analyze materials in support of filing in Home Liquidation. | 327.50 |
| 06/03/22 | CD | 0.30 | B120 | Draft letter to New Hampshire State Court re Home liquidation. | 196.50 |
| 06/03/22 | AHP | 1.30 | B160 | Continue to respond to emails relevant to fee applications, fee examiner and submission guidelines (.60); pull all entries for multiple timekeepers to have re-done per guidelines (.60); email to fee examiner re monthly and interim dates (.10). | 422.50 |
| 06/04/22 | CD | 2.50 | B120 | Draft joinder in J&J Motion in Home liquidation. | 1,637.50 |
| 06/04/22 | CD | 0.50 | B120 | Revise draft joinder to J&J motion. | 327.50 |
| 06/04/22 | RMH | 2.00 | B120 | Draft joinder in J&J motion for abeyance in Home liquidation in New Hampshire state court. | 2,300.00 |
| 06/05/22 | RMH | 2.00 | B120 | Draft joinder in J&J motion for abeyance in Home liquidation in New Hampshire state court. | 2,300.00 |
| 06/06/22 | CD | 0.30 | B120 | Draft email to LTL representatives re Home liquidation filings. | 196.50 |
| 06/06/22 | IF | 1.90 | B120 | Continued to analyze insurance assets regarding coverage issues. | 807.50 |
| 06/06/22 | AHP | 1.40 | B160 | Communications to obtain revisions to invoice (.60); begin revisions to invoice (.80). | 455.00 |
| 06/06/22 | HEG | 1.80 | B120 | Policy-related research assistance. | 702.00 |
| 06/06/22 | MG | 3.40 | B120 | Review, analysis and valuation of insurance issues. | 2,992.00 |
| 06/06/22 | RMH | 4.50 | B120 | Draft joinder in abeyance of Home settlement agreement with J&J for new Hampshire court. | 5,175.00 |
| 06/06/22 | CD | 3.30 | B120 | Revise draft notice of joinder per Brown Rudnick comments. | 2,161.50 |
| 06/07/22 | IF | 1.80 | B120 | Continued to analyze insurance assets regarding coverage issues. | 765.00 |
| 06/07/22 | RMH | 1.00 | B120 | Attention to continuation of stay of New Jersey coverage action. | 1,150.00 |
| 06/07/22 | RMH | 1.00 | B120 | Attention to US Trustee comments re Application. | 1,150.00 |

| Date | Professional | Hours | Task | Narrative | Amount |
|---|---|---|---|---|---|
| 06/07/22 | CD | 0.50 | B120 | Review LTL emails re appeal and status update. | 327.50 |
| 06/07/22 | GFF | 1.10 | B120 | Review and analyze selected insurance policies re: coverage issues. | 528.00 |
| 06/07/22 | HEG | 1.00 | B120 | Review and organization of case file. | 390.00 |
| 06/08/22 | MG | 1.80 | B120 | Prepare for and attend weekly Committee meeting. | 1,584.00 |
| 06/08/22 | GFF | 2.10 | B120 | Review and analyze selected insurance policies re: coverage issues. | 1,008.00 |
| 06/08/22 | AHP | 1.00 | B160 | Continue to format and generate revised entries (.80); communications re same (.20). | 325.00 |
| 06/08/22 | HEG | 1.20 | B120 | Review and revise coverage chart. | 468.00 |
| 06/08/22 | CY | 1.30 | B120 | Review communications regarding matter (0.7); review status of matter (0.3); communicate regarding matter (0.3). | 754.00 |
| 06/08/22 | MG | 5.40 | B120 | Analysis and valuation of insurance assets. | 4,752.00 |
| 06/08/22 | IF | 1.70 | B120 | Continued to analyze insurance assets regarding coverage issues. | 722.50 |
| 06/08/22 | RMH | 1.80 | B120 | Committee conference call. | 2,070.00 |
| 06/08/22 | RMH | 0.30 | B120 | Confer with Don Clark re application. | 345.00 |
| 06/08/22 | RMH | 0.40 | B120 | Communicate with Melanie Cyganowski re insurance discovery. | 460.00 |
| 06/09/22 | MG | 3.00 | B120 | Review and analysis for valuation of insurance assets. | 2,640.00 |
| 06/09/22 | RMH | 0.70 | B120 | Attention to insurance material needed from J&J. | 805.00 |
| 06/09/22 | RMH | 0.30 | B120 | Confer with co-counsel Ken Aulet re insurance discovery. | 345.00 |
| 06/09/22 | IF | 1.70 | B120 | Continued to review insurance assets regarding coverage issues. | 722.50 |

| Date | Professional | Hours | Task | Narrative | Amount |
|---|---|---|---|---|---|
| 06/09/22 | IF | 0.80 | B120 | Research re coverage discovery issues. | 340.00 |
| 06/09/22 | CY | 0.80 | B120 | Communicate regarding pending insurance coverage cases. | 464.00 |
| 06/09/22 | GFF | 2.30 | B120 | Review and analyze selected insurance policies re: coverage issues. | 1,104.00 |
| 06/09/22 | AHP | 2.40 | B160 | Continue to review and revise time entries (2.20); work on write-offs and additional revisions (.20). | 780.00 |
| 06/09/22 | HEG | 2.30 | B120 | Policy analysis assistance. | 897.00 |
| 06/10/22 | GFF | 1.20 | B120 | Review and analyze selected insurance policies re: coverage issues. | 576.00 |
| 06/10/22 | CD | 0.80 | B120 | Review emails from LTL listserv re status update. | 524.00 |
| 06/10/22 | AHP | 2.50 | B160 | Continue with time entries and timekeepers, including communications with same (1.50); additional issues with task codes and summaries for invoice (1.00). | 812.50 |
| 06/10/22 | RMH | 1.00 | B120 | Work on application and supplemental certification: explain no overlap with Gilbert (.80); confer with co counsel re same (.20). | 1,150.00 |
| 06/10/22 | IF | 1.60 | B120 | Continued to analyze insurance assets re: coverage issues. | 680.00 |
| 06/11/22 | RMH | 0.30 | B120 | Confer with LTL counsel (Dan Prieto) re production of insurance material. | 345.00 |
| 06/11/22 | RMH | 0.50 | B120 | Follow up with confer with LTL counsel (Dan Prieto) re production of insurance material. | 575.00 |
| 06/11/22 | MG | 0.60 | B120 | Participate in telephone conference with D. Prieto re document and information requests re insurance. | 528.00 |
| 06/13/22 | CD | 0.30 | B120 | Call with New Hampshire Merrimack Supreme Court clerk's office to confirm receipt of filing and the insurance company insolvency. | 196.50 |
| 06/13/22 | CD | 0.10 | B120 | Email to counsel for J&J re motion in Merrimack Supreme Court. | 65.50 |
| 06/13/22 | CD | 0.40 | B120 | Review information re Boy Scouts' disclosure statements and pending coverage litigations. | 262.00 |

| Date | Professional | Hours | Task | Narrative | Amount |
|---|---|---|---|---|---|
| 06/13/22 | CD | 0.30 | B120 | Continue to review Boy Scout materials. | 196.50 |
| 06/13/22 | CD | 0.30 | B120 | Draft summary of Boy Scout information. | 196.50 |
| 06/13/22 | IF | 1.10 | B120 | Continued to analyze insurance assets re: coverage issues. | 467.50 |
| 06/13/22 | RMH | 0.60 | B120 | Direct contact with New Hampshire Court to determine status of Home settlement. | 690.00 |
| 06/13/22 | RMH | 0.70 | B120 | Work on supplemental certification and proposed order re US Trustee concerns. | 805.00 |
| 06/13/22 | AHP | 1.40 | B160 | Review multiple communications and attached documents re: retentions and application (.80); additional revisions to invoice (.60). | 455.00 |
| 06/13/22 | MG | 4.40 | B120 | Review and analysis of insurance assets. | 3,872.00 |
| 06/14/22 | GFF | 1.90 | B120 | Review and analyze selected insurance policies re: coverage issues. | 912.00 |
| 06/14/22 | RMH | 3.00 | B120 | Hearing before Judge Kaplan. | 3,450.00 |
| 06/14/22 | RMH | 0.70 | B120 | Follow up on hearing before Judge Kaplan. | 805.00 |
| 06/14/22 | AHP | 1.00 | B160 | Review emails and documents (.40); adjustments to system to maintain records (.60). | 325.00 |
| 06/14/22 | MG | 2.90 | B120 | Review and analysis of insurance assets. | 2,552.00 |
| 06/15/22 | GFF | 1.40 | B120 | Review and analyze selected insurance policies re: coverage issues. | 672.00 |
| 06/15/22 | RMH | 1.50 | B120 | Committee meeting. | 1,725.00 |
| 06/15/22 | RMH | 0.70 | B120 | Counsel meeting. | 805.00 |
| 06/15/22 | RMH | 0.50 | B120 | Follow up on meetings. | 575.00 |
| 06/15/22 | AHP | 0.60 | B160 | Prepare and update monitoring chart for interim fee application. | 195.00 |

| Date | Professional | Hours | Task | Narrative | Amount |
|---|---|---|---|---|---|
| 06/15/22 | HEG | 2.00 | B120 | Policy analysis and communication re same. | 780.00 |
| 06/15/22 | IF | 1.80 | B120 | Continued to analyze insurance assets regarding coverage issues. | 765.00 |
| 06/15/22 | MG | 1.70 | B120 | Prepare for and attend LTL Committee meetings. | 1,496.00 |
| 06/15/22 | MG | 2.20 | B120 | Review and analysis of insurance assets. | 1,936.00 |
| 06/16/22 | CD | 0.30 | B120 | Follow up with clerk to confirm filing of J&J motion re Home liquidation. | 196.50 |
| 06/16/22 | GFF | 1.80 | B120 | Review and analyze selected insurance policies re: coverage issues. | 864.00 |
| 06/16/22 | IF | 1.70 | B120 | Continued to analyze insurance assets for coverage issues. | 722.50 |
| 06/16/22 | MG | 1.80 | B120 | Review and analysis of insurance assets. | 1,584.00 |
| 06/16/22 | AHP | 2.60 | B160 | Continue revising monthly fee app for additional review (1.00); continue drafting interim monitoring chart (1.60). | 845.00 |
| 06/17/22 | IF | 1.90 | B120 | Continued to analyze insurance assets regarding insurance issues. | 807.50 |
| 06/17/22 | MG | 2.70 | B120 | Review and analysis of insurance assets. | 2,376.00 |
| 06/17/22 | AHP | 0.60 | B160 | Review email re deadlines (.10); check docket and rules for ECF filing of "fillable PDFs (.30); conference with IT to review filing issues. (.20). | 195.00 |
| 06/18/22 | RMH | 0.60 | B120 | Follow up regarding Home settlement. | 690.00 |
| 06/20/22 | RMH | 0.60 | B120 | Committee conference call. | 690.00 |
| 06/20/22 | RMH | 2.00 | B120 | Discovery of insurance-related material. | 2,300.00 |
| 06/20/22 | MG | 3.10 | B120 | Review and analysis of insurance assets. | 2,728.00 |
| 06/21/22 | MG | 3.40 | B120 | Review and analysis of insurance assets. | 2,992.00 |

| Date | Professional | Hours | Task | Narrative | Amount |
|---|---|---|---|---|---|
| 06/21/22 | GFF | 1.70 | B120 | Review and analyze selected insurance policies re: coverage issues. | 816.00 |
| 06/21/22 | RMH | 2.00 | B120 | Discovery of insurance-related material. | 2,300.00 |
| 06/21/22 | IF | 1.60 | B120 | Continued to analyze insurance assets regarding coverage issues. | 680.00 |
| 06/21/22 | AHP | 1.00 | B160 | Continue drafting monitoring chart and interim application. | 325.00 |
| 06/22/22 | GFF | 2.10 | B120 | Review and analyze selected insurance policies re: coverage issues. | 1,008.00 |
| 06/22/22 | RMH | 1.00 | B120 | Conference re insurance-related material. | 1,150.00 |
| 06/22/22 | RMH | 2.00 | B120 | Discovery of insurance-related material. | 2,300.00 |
| 06/22/22 | IF | 1.70 | B120 | Continued to analyze insurance policies regarding coverage issues. | 722.50 |
| 06/22/22 | AHP | 1.60 | B160 | Continue drafting documents (monthly application) (.60); continue drafting documents for interim fee application (1.00). | 520.00 |
| 06/22/22 | MG | 2.80 | B120 | Review and analysis of insurance assets. | 2,464.00 |
| 06/23/22 | AHP | 1.50 | B160 | Update all documents to reflect 5/2/22 as the official start date (.60); continue drafting interim and supporting documents (.90). | 487.50 |
| 06/23/22 | GFF | 2.40 | B120 | Review and analyze selected insurance policies re: coverage issues. | 1,152.00 |
| 06/23/22 | RMH | 1.50 | B120 | Discovery of insurance-related material. | 1,725.00 |
| 06/23/22 | IF | 1.60 | B120 | Continued to analyze insurance assets regarding coverage issues. | 680.00 |
| 06/24/22 | RMH | 1.00 | B120 | Conference re insurance-related material. | 1,150.00 |
| 06/24/22 | RMH | 1.50 | B120 | Discovery of insurance-related material. | 1,725.00 |
| 06/24/22 | MG | 0.70 | B120 | Prepare for and attend LTL Claimants Committee Zoom meeting. | 616.00 |

| Date | Professional | Hours | Task | Narrative | Amount |
|---|---|---|---|---|---|
| 06/24/22 | IF | 1.40 | B120 | Continued to analyze insurance policies regarding coverage issues. | 595.00 |
| 06/24/22 | AHP | 0.80 | B160 | Revise and organize first monthly fee application. | 260.00 |
| 06/24/22 | MG | 2.20 | B120 | Review and analysis of insurance assets. | 1,936.00 |
| 06/24/22 | AHP | 0.10 | B160 | Alert Fee Examiner re late filing of first interim fee application. | 32.50 |
| 06/24/22 | AHP | 1.60 | B160 | Draft and revise first interim fee application and supporting documents for review (1.40); additional revisions to fee application (.20). | 520.00 |
| 06/24/22 | AHP | 0.40 | B160 | Prepare both Excel and LEDES files to circulate to Fee Examiner and counsel. | 130.00 |
| 06/24/22 | AHP | 0.30 | B160 | Finalize system information for monthly fee application. | 97.50 |
| 06/24/22 | AHP | 0.60 | B160 | Review and respond to email from I. Perez (Jones Day), requesting forms and additional information. | 195.00 |
| 06/24/22 | AHP | 0.70 | B160 | Review and respond to multiple emails re fee applications, interim applications and hearing dates. | 227.50 |
| 06/27/22 | IF | 1.90 | B120 | Continued to analyze insurance assets regarding coverage issues. | 807.50 |
| 06/27/22 | RMH | 1.30 | B120 | Attempt to secure discovery from Debtor by communicating with Dan Prieto. | 1,495.00 |
| 06/27/22 | RMH | 0.40 | B120 | Complete and submit pro hac vice application. | 460.00 |
| 06/27/22 | RMH | 1.10 | B120 | Review proposed order regarding hearing on Travelers motion for relief from stay in bankruptcy court. | 1,265.00 |
| 06/27/22 | CY | 2.90 | B120 | Review bankruptcy docket to determine status of matter (0.3); review coverage action docket to determine status of matter (0.4); review coverage action docket and retrieve filings re stay (0.8); communicate regarding matter (0.4); review appendices in bankruptcy complaint (0.2); review state court action docket to retrieve opposition to motion to stay (0.3); review same (0.5). | 1,682.00 |
| 06/27/22 | CD | 0.50 | B120 | Review filings in NJ coverage action and bankruptcy action re stay of coverage litigation. | 327.50 |

| Date | Professional | Hours | Task | Narrative | Amount |
|---|---|---|---|---|---|
| 06/28/22 | AHP | 1.20 | B160 | Finalize and organize first interim fee application and all supporting documents. | 390.00 |
| 06/28/22 | GFF | 1.70 | B120 | Review and analyze selected insurance policies re: coverage issues. | 816.00 |
| 06/28/22 | IF | 1.80 | B120 | Continued to analyze insurance assets regarding coverage issues. | 765.00 |
| 06/28/22 | RMH | 0.20 | B120 | Review pro hac vice application. | 230.00 |
| 06/28/22 | RMH | 2.00 | B120 | Coordinate opposition to Travelers' motion to lift stay of New Jersey insurance coverage action. | 2,300.00 |
| 06/28/22 | RMH | 0.50 | B160 | Review fee application. | 575.00 |
| 06/29/22 | CD | 0.50 | B120 | Prepare for LTL counsel-only meeting. | 327.50 |
| 06/29/22 | CD | 0.80 | B120 | Review filings re lift of stay for NJ coverage action to prepare for call with Talc Committee counsel. | 524.00 |
| 06/29/22 | CD | 0.90 | B120 | Attend Talc Committee counsel-only call. | 589.50 |
| 06/29/22 | CD | 1.40 | B120 | Attend Committee call to address insurance issues. | 917.00 |
| 06/29/22 | AHP | 0.20 | B160 | Send PDF/Excel and LEDES files for interim. | 65.00 |
| 06/29/22 | IF | 2.30 | B120 | Research materials re automatic stay. | 977.50 |
| 06/29/22 | GFF | 1.80 | B120 | Review and analyze selected insurance policies re: coverage issues. | 864.00 |
| 06/29/22 | IF | 1.60 | B120 | Continued to analyze insurance assets regarding coverage issues. | 680.00 |
| 06/29/22 | RMH | 2.00 | B120 | Direct response to Travelers' motion to lift stay. | 2,300.00 |
| 06/30/22 | GFF | 2.10 | B120 | Review and analyze selected insurance policies re: coverage issues. | 1,008.00 |
| 06/30/22 | IF | 1.40 | B120 | Continued to analyze insurance assets regarding coverage issues. | 595.00 |

| Date | Professional | Hours | Task | Narrative | Amount |
|---|---|---|---|---|---|
| 06/30/22 | RMH | 1.30 | B120 | Response to Travelers' motion to lift stay re New Jersey coverage action. | 1,495.00 |

**Total Fees:** **$173,528.50**

### SUMMARY OF PROFESSIONAL SERVICES

| PROFESSIONAL | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| Robert M Horkovich | 59.80 | 1,150.00 | 68,770.00 |
| Mark Garbowski | 52.90 | 880.00 | 46,552.00 |
| Carrie DiCanio | 18.60 | 655.00 | 12,183.00 |
| Christina Yousef | 5.00 | 580.00 | 2,900.00 |
| Glenn F Fields | 27.40 | 480.00 | 13,152.00 |
| Izak Feldgreber | 39.00 | 425.00 | 16,575.00 |
| Harris E Gershman | 12.10 | 390.00 | 4,719.00 |
| Arline H Pelton | 26.70 | 325.00 | 8,677.50 |
| | **241.50** | | **$173,528.50** |

### SUMMARY OF SERVICES BY ACTIVITY

| | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| **ACTIVITY CODE B120  ASSET ANALYS AND RECOVERY** | | | |
| Garbowski, Mark | 52.90 | 880.00 | $46,552.00 |
| Horkovich, Robert M | 59.30 | 1,150.00 | $68,195.00 |
| DiCanio, Carrie | 18.60 | 655.00 | $12,183.00 |
| Yousef, Christina | 5.00 | 580.00 | $2,900.00 |
| Fields, Glenn F | 27.40 | 480.00 | $13,152.00 |
| Gershman, Harris E | 12.10 | 390.00 | $4,719.00 |
| Feldgreber, Izak | 39.00 | 425.00 | $16,575.00 |
| | **214.30** | | **$164,276.00** |
| **ACTIVITY CODE B160  FEE/EMPLOYMENT APPLICATIONS** | | | |
| Horkovich, Robert M | 0.50 | 1,150.00 | $575.00 |
| Pelton, Arline H | 26.70 | 325.00 | $8,677.50 |
| | **27.20** | | **$9,252.50** |

### DISBURSEMENTS

| | | | |
|---|---|---|---:|
| 06/15/2022 | MR | Vendor: NUIX NORTH AMERICA INC; Invoice#: INUS07914F; Date: 6/15/2022  -  MULTIPLE MATTERS -DATABASE HOSTING FEE -  SEE DISBURSEMENT | 21.13 |

**Sub-Total Disbursements:    $21.13**

### SUMMARY OF DISBURSEMENT BY TYPE

| TYPE | WORK DESCRIPTION | AMOUNT |
|---|---|---:|
| PS | Professional Services | $21.13 |

**TOTAL CURRENT BILLING:    $173,549.63**

# Anderson Kill P.C.

1251 Avenue of the Americas, New York, NY 10020
(212) 278-1000          EIN:13-2743351
E-Mail: Accounting@andersonkill.com

| | |
|---|---|
| David J. Molton, Esq.<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY  10036 | MATTER:  106961.11636<br>INVOICE:  313902 |

July 12, 2022

Official Committee of Talc Claimants

MATTER: LTL Management LLC

## R E M I T T A N C E   C O P Y

| | |
|---|---:|
| Professional Services | $173,528.50 |
| Costs: | $21.13 |
| Total Current Invoice: | $173,549.63 |
| Outstanding Amount From Prior Invoices: | $264,856.00 |
| **TOTAL AMOUNT DUE:** | **$438,405.63** |

PLEASE SEND YOUR REMITTANCE TO US AT:          OR, IF MORE CONVENIENT, YOU MAY WIRE THE FUNDS TO

Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020

BANK: WELLS FARGO BANK, N.A.
ABA NUMBER FOR WIRES: 121000248
ABA NUMBER FOR ACHs: 026012881
CREDIT TO: ANDERSON KILL P.C.
OPERATING ACCOUNT
ACCOUNT NUMBER: 2000037634722

KINDLY INDICATE:
    CLIENT NUMBER:       106961
    INVOICE NUMBER:     313902
    YOUR FIRM NAME:     Official Committee of Talc Claimants

**THIS INVOICE IS PAYABLE UPON RECEIPT**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE**