**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

**RAYBURN, COOPER & DURHAM, P.A.**
C. Richard Rayburn, Jr.
Ste. 1200
227 West Trade Street
Charlotte, NC 28202
(704) 334-0891
rrayburn@rcdlaw.net

In re:

LTL MANAGEMENT LLC,[1]

Debtor.

Chapter 11

Case No.: 21-30589 (MBK)

Judge: Michael B. Kaplan

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that C. Richard Rayburn, Jr. previously withdrew as counsel for debtor LTL Management LLC in the above-captioned chapter 11 case by causing the entry of Notice of Disinterest and Request to No Longer Receive Notices in Case in the U.S. Bankruptcy Court for the Western District of North Carolina (Charlotte Division). Mr. Rayburn requests that his name be removed from the Court's mailing matrix and service list for this chapter 11 case.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

LTL Management LLC continues to be represented by Jones Day and Wollmuth Maher & Deutsch LLP.

Dated: July 15, 2022                      **RAYBURN, COOPER & DURHAM, P.A.**

*/s/ C. Richard Rayburn, Jr.*
C. Richard Rayburn, Jr.
Ste. 1200
227 West Trade Street
Charlotte, NC 28202
(704) 334-0891
rrayburn@rcdlaw.net