**Exhibit 1**

# ESTIMATION/INDEPENDENT EXPERT PROCESS

| ESTIMATION | INDEPENDENT EXPERT PROCESS |
|---|---|
| **Phase One – Medical and Science Evidence**<br><br>- Party expert disclosures (all disciplines):  August 15, 2022<br><br>- Court appoints independent medical/science expert and economics expert:  August 30, 2022<br><br>- Initial party medical/science expert reports:  September 15, 2022<br><br>- Rebuttal party medical/science expert reports:  October 7, 2022<br><br>**MEDIATION SESSION SCHEDULED**<br><br>- Expert discovery/depositions completed:  November 4, 2022<br><br>- Ovarian hearing (medical science): November 14, 2022 (Court experts sit in; can ask questions)<br><br>**MEDIATION SESSION SCHEDULED**<br><br>- Mesothelioma hearing (medical science):  December 12, 2022 (Court experts sit in; can ask questions)<br><br>**MEDIATION SESSION SCHEDULED**<br><br>- Post-trial briefing:  January 13, 2023<br><br>- Court preliminary findings (medical science), which will take into account preliminary views of Court experts<br><br>**MEDIATION SESSION SCHEDULED** | **First Stage**<br><br>- Parties present preliminary estimation cases (medical/science and quantification) to Court experts: September 26, 2022<br><br>- Court experts request follow up information as necessary<br><br>- Court experts provide preliminary views:  November 2, 2022<br><br>**MEDIATION SESSION SCHEDULED** |

| ESTIMATION | INDEPENDENT EXPERT PROCESS |
|---|---|
| **Phase Two – Quantification Evidence**<br><br>• Fact discovery starts August 1, 2022 and closes February 17, 2023<br><br>• Initial party quantification expert reports:  March 31, 2023<br><br>• Rebuttal party quantification expert reports:  April 21, 2023<br><br>**MEDIATION SESSION SCHEDULED**<br><br>• Expert discovery/depositions completed:  May 19, 2023<br><br>• Quantification hearing:  June 5, 2023<br><br>**MEDIATION SESSION SCHEDULED**<br><br>• Post-trial briefing:  July 14, 2023<br><br>• Closing Arguments:  July 24, 2023<br><br>• Court findings, which will take into account final views of Court experts, and estimation ruling<br><br>**MEDIATION SESSION SCHEDULED** | **Second Stage**<br><br>• Parties make updated case presentations to Court experts: April 10, 2023<br><br>• Court experts request follow up information as necessary<br><br>• Court experts provide updated preliminary views:  May 17, 2023<br><br>**MEDIATION SESSION SCHEDULED**<br><br>**Third Stage**<br><br>• Court experts provide final views: June 30, 2023<br><br>**MEDIATION SESSION SCHEDULED** |