**<u>Exhibit B</u>**

```
 1                    UNITED STATES BANKRUPTCY COURT
                    WESTERN DISTRICT OF NORTH CAROLINA
 2                          CHARLOTTE DIVISION

 3   IN RE:                          :    Case No. 17-31795-LTB

 4   BESTWALL LLC,                   :    Chapter 11

 5       Debtor.                     :    Charlotte, North Carolina
                                          Thursday, October 22, 2020
 6                                   :    9:35 a.m.

 7   : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

 8

 9                       TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE LAURA TURNER BEYER,
10                  UNITED STATES BANKRUPTCY JUDGE

11   APPEARANCES (via ZoomGov):

12   For the Debtor:              Robinson, Bradshaw & Hinson, P.A.
                                  BY:  GARLAND S. CASSADA, ESQ.
13                                     RICHARD C. WORF, ESQ.
                                       STUART L. PRATT, ESQ.
14                                101 N. Tryon Street, Suite 1900
                                  Charlotte, NC  28246
15
                                  Jones Day
16                                BY:  GREGORY M. GORDON, ESQ.
                                  2727 North Harwood St., Suite 500
17                                Dallas, TX  75201-1515

18

19   Audio Operator:              COURT PERSONNEL

20
     Transcript prepared by:      JANICE RUSSELL TRANSCRIPTS
21                                1418 Red Fox Circle
                                  Severance, CO  80550
22                                (757) 422-9089
                                  trussell31@tdsmail.com
23

24   Proceedings recorded by electronic sound recording; transcript
     produced by transcription service.
25
```

1        And just for purposes of the record, I should have
2   started out by saying and noting -- and it should be obvious
3   now -- that this matter is being conducted via Zoom and not in
4   person.  And again, for what it's worth, the Court looks
5   forward to not having to go through this exercise and getting
6   you all back here in person so that we can see your faces and
7   have you announce your appearances live and in person.
8        So I think we all know that the first matter for the
9   Court to address today is the ruling on the estimation motion,
10  I suppose at long last, and this matter was previously heard by
11  the Court on, was first heard by the Court on September 19,
12  2019 and at that time I continued the hearing until October 23,
13  2019 to issue my ruling and, as you know, rather than give you
14  a decision about the estimation motion at that continued
15  hearing I ordered the case to mediation and, for what it's
16  worth, I think that was the right decision.  A lot was said at
17  the original hearing on estimation that steered me in that
18  direction, largely comments about wanting to reach a consensual
19  resolution and suggesting that the parties had their numbers
20  and knew what it would take to resolve the case.
21       For those reasons and others, I ordered the case to
22  mediation.  I think none of us can disagree about the fact that
23  reaching a consensual resolution in a case like this is
24  preferable, if not necessary, for many reasons, not the least
25  of which is reducing costs and eliminating time-consuming