**Exhibit F**

DocuSign Envelope ID: 5A3DA3B5-6533-490F-A159-77BDCA841725

Page 431

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

MDL-NO. 16-2738 (FLW)(LHG)

_____

IN RE:   JOHNSON & JOHNSON

TALCUM POWDER PRODUCTS              ORAL DEPOSITION OF:

MARKETING, SALES PRACTICES,              DANIEL L.
                                     CLARKE-PEARSON, MD
AND PRODUCTS LIABILITY
                                          VOLUME 2
LITIGATION

_____


\*       \*       \*       \*


FRIDAY, AUGUST 27, 2021


\*       \*       \*       \*



MASTROIANNI & FORMAROLI, INC.

Certified Court Reporting & Videoconferencing

515 South White Horse Pike

Audubon, New Jersey 08106

856-546-1100

Case 21-30589-MBK    Doc 2726-8    Filed 07/15/22    Entered 07/15/22 20:30:31    Desc
Exhibit F    Page 3 of 5
Daniel L. Clarke-Pearson, MD                          August 27, 2021

Page 695

1          Do you remember that question?
2                MS. BROWN:  Form.
3                THE WITNESS:  I do.
4     BY MS. THOMPSON:
5          Q.    Would you give the opinion that
6     long-term talcum powder use was a substantial
7     contributing cause of a mucinous ovarian cancer?
8          **A.    No, I would not.**
9          Q.    Would you give the opinion that
10    long-term talcum powder use was a substantial
11    contributing cause in a case of stromal or germ cell
12    tumor?
13         **A.    A stromal or germ cell tumor?  Not an**
14    **epithelial tumor, but a stromal or germ cell tumor?**
15    **I just want to be clear.**
16         Q.    Right.
17         **A.    No, I do not.  There is no evidence**
18    **that that increases the risk of stromal or germ cell**
19    **tumors.**
20         Q.    You were asked a lot questions over the
21    two days that included the cause, but for the only
22    cause.  Tell us what your opinions actually are about
23    talcum powder as a causative factor in the
24    plaintiffs' cases that we've been talking about the
25    last two days?

Page 703

1    BY MS. BROWN:

2         Q.    Yep.

3         **A.    And talc.**

4         Q.    I'm sorry.  What's the association
5    between smoking and talc?

6         **A.    That it increases the risk of mucinous**
7    **tumors in patients exposed to talc.  So maybe I've**
8    **misspoken.  I thought we were talking specifically**
9    **about only talc.**

10        Q.    Okay.  I'm just getting a little
11   confused.

12        **A.    Me too.**

13        Q.    Smoking is associated with mucinous
14   tumors, correct?

15        **A.    Yes.**

16        Q.    And as I understood your testimony to
17   Ms. Thompson, you do believe that talcum powder is
18   associated with mucinous ovarian cancer, correct?

19        **A.    That's what I -- I don't think Ms.**
20   **Thompson asked me that question about mucinous or did**
21   **you.  We were talking about stromal and germ cell.**

22               MS. THOMPSON:  And -- and --

23               MS. BROWN:  No testifying.

24   BY MS. BROWN:

25        Q.    Let me just is ask you, because maybe

Case 21-30589-MBK    Doc 2726-8    Filed 07/15/22    Entered 07/15/22 20:30:31    Desc
Exhibit F    Page 5 of 5
Daniel L. Clarke-Pearson, MD                               August 27, 2021

Page 704

```
 1   it's late in the day, we're getting confused.
 2                I understood your testimony to be that
 3   talcum powder does not cause mucinous epithelial
 4   ovarian cancer.
 5                Is that true?
 6       A.       I think that's my belief, yes.
 7                MS. BROWN:  Okay.  I have no further
 8   questions.  Thank you very much.
 9                MS. THOMPSON:  I'm sorry.  I forgot to
10   ask my questions about Ms. Converse.
11                Will you give me permission --
12                MS. BROWN:  Go right ahead.
13                MS. THOMPSON:  They were on a different
14   page and I missed them.
15   (EXAMINATION OF DR. CLARKE-PEARSON BY MS. THOMPSON:)
16       Q.       I do have a few questions about
17   Ms. Converse that I had not covered before.
18                Ms. Brown suggested that Dr. Schwartz
19   concluded that talcum powder was not a cause of Ms.
20   Converse's ovarian cancer.
21                Is that an accurate statement?
22       A.       That's not how I understand his
23   deposition.
24       Q.       Did he even know that she used talcum
25   powder?
```