**<u>Exhibit H</u>**

```
 1                  UNITED STATES BANKRUPTCY COURT
                  WESTERN DISTRICT OF NORTH CAROLINA
 2                        CHARLOTTE DIVISION

 3   IN RE:                          :    Case No. 20-30608-JCW
                                          (Jointly Administered)
 4   ALDRICH PUMP LLC, ET AL.,       :
                                          Chapter 11
 5        Debtors,                   :
                                          Charlotte, North Carolina
 6                                   :    Thursday, March 31, 2022
                                          9:30 a.m.
 7                                   :
     : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :
 8
     OFFICIAL COMMITTEE OF           :    AP 21-03029
 9   ASBESTOS PERSONAL INJURY
     CLAIMANTS,                      :
10
          Plaintiff,                 :
11
               v.                    :
12
     ALDRICH PUMP LLC, MURRAY        :
13   BOILER LLC, TRANE
     TECHNOLOGIES COMPANY LLC,       :
14   AND TRANE U.S. INC.,
                                     :
15        Defendants.
                                     :
16   : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

17
                       TRANSCRIPT OF PROCEEDINGS
18            BEFORE THE HONORABLE J. CRAIG WHITLEY,
                  UNITED STATES BANKRUPTCY JUDGE
19

20   Audio Operator:           COURT PERSONNEL

21
     Transcript prepared by:   JANICE RUSSELL TRANSCRIPTS
22                             1418 Red Fox Circle
                               Severance, CO  80550
23                             (757) 422-9089
                               trussell31@tdsmail.com
24
     Proceedings recorded by electronic sound recording; transcript
25   produced by transcription service.
```

1  response).

2      MR. MACLAY: Discussions might be productive. I don't
3  think that mediation would be.

4      THE COURT: Uh-huh (indicating an affirmative
5  response).

6      MR. MACLAY: I think that, in particular, an imposed
7  mediation would be counterproductive. I would ask that your
8  Honor not order mediation at this time.

9      THE COURT: Uh-huh (indicating an affirmative
10 response).

11     MR. MACLAY: And if there were going to be a future
12 motion for mediation, we can see, you know, how it sits in that
13 kind of appropriate procedural context. But we, again, we've
14 been listening.

15     THE COURT: Uh-huh (indicating an affirmative
16 response).

17     MR. MACLAY: We've been hearing your Honor's comments,
18 we've taken them into account, and I can promise you we're
19 acting upon them and we'll just have to see how things play
20 out. But we don't think a mediation would be helpful.

21     THE COURT: Well, we'll, we'll factor all that in with
22 everything else. I, I generally -- and the local lawyers will
23 tell you -- I generally am of the viewpoint that I trust the
24 attorneys normally to be able to negotiate their problems away
25 if they're negotiable and generally don't impose mediation over