**Exhibit J**

```
                                                                          1

 1                     UNITED STATES BANKRUPTCY COURT
                     WESTERN DISTRICT OF NORTH CAROLINA
 2                             CHARLOTTE DIVISION

 3   IN RE:                            :    Case No. 17-31795-LTB

 4   BESTWALL LLC,                     :    Chapter 11

 5        Debtor.                      :    Charlotte, North Carolina
                                            Tuesday, October 19, 2021
 6                                     :    9:33 a.m.

 7   : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

 8                        TRANSCRIPT OF PROCEEDINGS
                  BEFORE THE HONORABLE LAURA TURNER BEYER,
 9                    UNITED STATES BANKRUPTCY JUDGE

10   APPEARANCES:

11   For the Debtor:               Robinson, Bradshaw & Hinson, P.A.
                                   BY:  RICHARD C. WORF, ESQ.
12                                      GARLAND CASSADA, ESQ.
                                   101 N. Tryon Street, Suite 1900
13                                 Charlotte, NC  28246

14                                 Jones Day
                                   BY:  GREGORY M. GORDON, ESQ.
15                                 2727 North Harwood St., Suite 500
                                   Dallas, TX  75201-1515
16
                                   Jones Day
17                                 BY:  JEFFREY B. ELLMAN, ESQ.
                                   1221 Peachtree St., N.E., #400
18                                 Atlanta, Georgia  30361

19
     Audio Operator:               COURT PERSONNEL
20

21   Transcript prepared by:       JANICE RUSSELL TRANSCRIPTS
                                   1418 Red Fox Circle
22                                 Severance, CO  80550
                                   (757) 422-9089
23                                 trussell31@tdsmail.com

24
     Proceedings recorded by electronic sound recording; transcript
25   produced by transcription service.
```

```
 1  side doesn't want us to have that information.
 2           THE COURT:  And I -- and, you know, gosh, folks, I
 3  wish I had some magic words of wisdom.  I, I understand when
 4  the FCR and the ACC say that, you know, assertions of fraud are
 5  inflammatory and that that causes claimants to be defensive.  I
 6  also understand, frankly, the debtor's desire to -- well, and
 7  it, it is the Court's desire to get to the truth of the matter,
 8  whatever that truth may be, through discovery.  That, that is
 9  this Court's desire.
10           And so any efforts/attempts to, you know, to block
11  that or to keep this case from proceeding forward along the
12  lines of the CMO that we, that I, you know, amended earlier
13  today, the Court finds that to be very frustrating and it is
14  the Court's desire to get to the truth of the matter at the end
15  of the day and, and, you know, we will do that in the context
16  of an estimation proceeding.  I can't force anybody's hands on
17  the issues about which we are having conversation.
18           But it is -- it is -- it is frustrating to me -- it is
19  concerning to me and, in part, it is frustrating to me because
20  what I hear the ACC and the FCR saying over and over again --
21  and I believe it -- is that the claimants are the ones who
22  suffer the most harm by virtue of our being here, the longer
23  we're here, in theory, you know, the more harm they suffer,
24  but, but what I keep hearing in the context of these discovery
25  conversations is delay and harm.  And I, I don't know how to
```

1   reconcile all of that.  I wish I had sort of the, the, the

2   magic answer, but I don't.  And, and, you know, it does strike

3   me in listening to all of this that one of the keys is going to

4   have to be to get the issue back in front of Judge Connolly as

5   fast as possible and to get him to decide that issue.  I've

6   staked myself out.

7           I'm, I'm not going to rule on it with the suggestion

8   that, you know, I think it's appropriate for him.  I'm not

9   going to try to tell Judge Connolly how to, you know, what,

10  what kind of *subpoena* is appropriate and consistent with his

11  order.  He can do that and he can make that decision.

12          But this, these conversations are very frustrating to

13  the Court because I, I want to get this along.  I want to get

14  to estimation and I understand it, it's daunting.  I can't

15  really understand 'cause I'm not in the midst of the process

16  the way you all are.

17          But those are my sort of comments and observations,

18  for, for what they're worth.

19          Anything further?

20          The, the only other thing I did hear you say,

21  Mr. Gordon, was with respect to sort of a mini 502(d) order and

22  I don't know at the end of all of this conversation if that's

23  something that really still is on the table.  It seems to me if

24  we're talking about a 50, a bigger 502(d) order, that that is

25  something that would be appropriate --