**Exhibit K**

```
                                                                              1

  1                        UNITED STATES BANKRUPTCY COURT
                         WESTERN DISTRICT OF NORTH CAROLINA
  2                              CHARLOTTE DIVISION

  3   IN RE:                              :      Case No. 17-31795-LTB

  4   BESTWALL LLC,                       :      Chapter 11

  5       Debtor.                         :      Charlotte, North Carolina
                                                 Thursday, March 3, 2022
  6                                       :      9:00 a.m.

  7   : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

  8                          TRANSCRIPT OF PROCEEDINGS
                     BEFORE THE HONORABLE LAURA TURNER BEYER,
  9                      UNITED STATES BANKRUPTCY JUDGE

 10   APPEARANCES:

 11   For the Debtor:                Robinson, Bradshaw & Hinson, P.A.
                                     BY:  RICHARD C. WORF, ESQ.
 12                                  101 N. Tryon Street, Suite 1900
                                     Charlotte, NC  28246

 13   For Georgia-Pacific LLC:       Rayburn Cooper & Durham, P.C.
                                     BY:  JOHN R. MILLER, JR., ESQ.
 14                                  227 West Trade Street, Suite 1200
                                     Charlotte, NC  28202

      For Future Claimants'          Alexander Ricks PLLC
      Representative, Sander L.      BY:  JOHN SPENCER, ESQ.
      Esserman:                      1420 E. 7th Street, Suite 100
 15                                  Charlotte, NC  28204

 16
      Audio Operator:                COURT PERSONNEL
 17

 18   Transcript prepared by:        JANICE RUSSELL TRANSCRIPTS
                                     1418 Red Fox Circle
 19                                  Severance, CO  80550
                                     (757) 422-9089
 20                                  trussell31@tdsmail.com

 21
      Proceedings recorded by electronic sound recording; transcript
 22   produced by transcription service.
 23
```

1  February 10, 2022 order granting the debtor's supplemental

2  motion to enforce PIQ order and that they will face a daily

3  fine for failure to provide discovery.  However, I agree with

4  Mr. Waldrep that the lack of evidence regarding Exhibit A and

5  the name on, the names on that list is a problem.

6       I also agree that it is the debtor's burden -- that is

7  clear -- to prove by clear and convincing evidence that the

8  names on Exhibit A are accurate and that they are, in fact, not

9  compliant in responding to at least some portion of the

10 personal injury questionnaire and as I said, until the Court

11 reviewed Mr. Waldrep's e-mail on February 9th I was unaware

12 that this issue was in dispute.  It was not raised at the

13 January hearing.

14      I will also say that while this case is hotly

15 contested and the parties have their fair share of

16 disagreements, on the issues about which they should be able to

17 reach agreement, such as whether or not a claimant's name, of

18 whether or not a claimant has answered the questionnaire, the

19 parties have worked together on those kinds of issues to move

20 this proceeding along.  As Ms. Ramsey said, again, at the last

21 hearing, the present claimants are most harmed by delay.

22      And those are your clients, Mr. Waldrep, and I believe

23 that the tactic that you are taking regarding this Exhibit A is

24 unnecessary and it's dilatory and it stands to harm your

25 clients more than anybody else.