**Exhibit L**

```
                                                                            1

 1                      UNITED STATES BANKRUPTCY COURT
                      WESTERN DISTRICT OF NORTH CAROLINA
 2                            CHARLOTTE DIVISION

 3   IN RE:                          :      Case No. 17-31795-LTB

 4   BESTWALL LLC,                   :      Chapter 11

 5       Debtor,                     :      Charlotte, North Carolina
                                            Thursday, March 4, 2021
 6                                   :      9:34 a.m.

 7   : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

 8
                          TRANSCRIPT OF PROCEEDINGS
 9              BEFORE THE HONORABLE LAURA TURNER BEYER,
                     UNITED STATES BANKRUPTCY JUDGE
10
     APPEARANCES (via ZoomGov):
11
     For the Debtor:               Robinson, Bradshaw & Hinson, P.A.
12                                 BY:  GARLAND S. CASSADA, ESQ.
                                        RICHARD C. WORF, ESQ.
13                                      STUART L. PRATT, ESQ.
                                   101 N. Tryon Street, Suite 1900
14                                 Charlotte, NC  28246

15                                 Jones Day
                                   BY:  GREGORY M. GORDON, ESQ.
16                                 2727 North Harwood St., Suite 500
                                   Dallas, TX  75201-1515
17
                                   Jones Day
18                                 BY:  JEFFREY B. ELLMAN, ESQ.
                                   1420 Peachtree Str., N.E., #800
19                                 Atlanta, GA  30309

20
     Audio Operator:               COURT PERSONNEL
21
     Transcript prepared by:       JANICE RUSSELL TRANSCRIPTS
22                                 1418 Red Fox Circle
                                   Severance, CO  80550
23                                 (757) 422-9089
                                   trussell31@tdsmail.com
24
     Proceedings recorded by electronic sound recording; transcript
25   produced by transcription service.
```

1   motion for Rule 2004 exam of bankruptcy trusts pursuant to Rule

2   2004 and that the debtors have met their burden of showing that

3   the information sought is both relevant and necessary to the

4   case.  The information is relevant to the determination of

5   whether pre-petition settlements of mesothelioma claims provide

6   a reliable basis for estimating the debtor's asbestos liability

7   which has been put at issue by the ACC and the FCR.  It's

8   relevant to Dr. Bates' estimation of the debtor's liability and

9   it will assist the debtor in developing its trust distribution

10  procedures and evaluating those procedures proposed by the ACC

11  and the FCR in their plan.  And I'm sufficiently convinced

12  based on the evidence introduced by the debtor regarding the

13  eight cases in which it alleges there was a failure to disclose

14  material exposure evidence that there's a good faith basis for

15  the trust discovery it seeks.

16          But I share Mr. Rubinstein's concerns about the

17  confidential, proprietary, and inherently sensitive nature of

18  the data that would be collected by the debtor.  So I will

19  grant the motion subject to the following conditions:

20          Particularly in light of the lessons the Court learned

21  in Garlock, it would be appropriate to order the production of

22  information from the trusts be anonymized by Bates White after

23  it is produced, as Judge Whitley ordered in the confirmation

24  phase of the Garlock case.

25          With respect to the matching protocol, the Court will