**<u>Exhibit M</u>**

                                                                              1

 1                    UNITED STATES BANKRUPTCY COURT
                    WESTERN DISTRICT OF NORTH CAROLINA
 2                          CHARLOTTE DIVISION

 3   IN RE:                          :      Case No. 17-31795-LTB

 4   BESTWALL LLC,                   :      Chapter 11

 5        Debtor.                    :      Charlotte, North Carolina
                                            Thursday, January 20, 2022
 6                                   :      9:37 a.m.

 7   : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

 8                       TRANSCRIPT OF PROCEEDINGS
                 BEFORE THE HONORABLE LAURA TURNER BEYER,
 9                    UNITED STATES BANKRUPTCY JUDGE

10

11   APPEARANCES (via Teams):

12   For the Debtor:               Robinson, Bradshaw & Hinson, P.A.
                                   BY:  RICHARD C. WORF, ESQ.
13                                      GARLAND CASSADA, ESQ.
                                        TIMOTHY P. MISNER, ESQ.
14                                      KEVIN CRANDALL, ESQ.
                                   101 N. Tryon Street, Suite 1900
15                                 Charlotte, NC  28246

16

17
     Audio Operator:               COURT PERSONNEL
18

19   Transcript prepared by:       JANICE RUSSELL TRANSCRIPTS
                                   1418 Red Fox Circle
20                                 Severance, CO  80550
                                   (757) 422-9089
21                                 trussell31@tdsmail.com

22
     Proceedings recorded by electronic sound recording; transcript
23   produced by transcription service.

24

25

1  hearings, but I believe as we proceeded in the past I would
2  just ask that you turn your video off as you are currently
3  doing unless you are speaking.
4        And so I think at this point it would make sense to
5  sort of proceed on to schedule and how we plan to proceed today
6  and kind of housekeeping matters.  It strikes me -- and I know
7  you all filed a Notice of Agenda, which I have here in front of
8  me, but I also pay attention to the Court's calendar and I
9  believe that the first two matters that appear on my calendar
10 are the 5th Continued Hearing on the Disclosure Statement for
11 the Amended Plan as well as the 5th Continued Hearing on the
12 Motion for Entry of Order Approving Disclosure Statement.  It's
13 got quite a long title and I'm not going to read all of it, but
14 it appears at Docket 1247.
15       As we discussed at the November hearing -- I went back
16 and looked at the transcript and confirmed this -- but I had
17 continued those two matters out until the end of the calendar
18 year or to the last Bestwall hearing date that we had in 2021,
19 which is how it ended up on our November calendar and had that
20 been continued from the October 26, 2020 calendar and it was my
21 statement at that time that I believe that those matters should
22 be continued to some point beyond the conclusion of the
23 estimation hearing.
24       So it would be my proposal today that we just go ahead
25 and, just for purposes of the docket, continue these matters

1  out until December 22, 2022 and keeping with what we did last
2  October.
3          Ms. Ramsey, let me ask you if the ACC has any
4  objection to that?
5          MS. RAMSEY:  We do not, your Honor.  Thank you.
6          THE COURT:  Okay.
7          And if -- does anyone else have any objection to the
8  Court just continuing those two matters which appear at Dockets
9  13 -- well, excuse me -- 1219 and 1220 and 1247 -- they're the
10 first two matters on our calendar -- until December 22, 2022,
11 which is the last hearing date we have in this calendar year?
12     (No response)
13         THE COURT:  All right.  Then that is what we will do.
14         Next, and looking at the Agenda and in looking at the
15 Court's calendar, I believe sort of the first thing that was on
16 the Agenda was the hearing on the Motion for a Limited
17 Modification of the Order Authorizing the Retention and
18 Employment of Special Litigation Counsel for the ACC.  I don't
19 believe that matter is contested and I think we could probably
20 start with that.
21         I also know that we received a filing -- and I don't
22 know if it was filed last night or this morning -- but it is
23 the Second Stipulation Regarding Post-Petition Dividends Paid
24 by Non-Debtor, Georgia-Pacific.  I don't know as a matter of
25 housekeeping if that's something that you all would like to