Marc E. Wolin, Esq.
mwolin@saiber.com
John M. August, Esq.
jaugust@saiber.com
SAIBER LLC
18 Columbia Turnpike, Suite 200
Florham Park, NJ 07932
Tel: (973) 622-8401

-and-

Joseph D. Satterley, Esq.
jsatterley@kazanlaw.com
Denyse F. Clancy, Esq.
dclancy@kazanlaw.com
KAZAN, McCLAIN, SATTERLEY & GREENWOOD
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
Tel: (510) 302-1000

*Counsel for Anthony Hernandez Valadez*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LTL MANAGEMENT LLC, | : | Case No. 21-30589 |
| | : | |
| Debtor. | : | |
| | : | |

**DECLARATION OF JOSEPH D. SATTERLEY**

Pursuant to 28 U.S.C. § 1746, I, Joseph D. Satterley, declare under penalty of perjury as follows:

1.  I am a partner in the law firm of Kazan, McClain, Satterley & Greenwood, A Professional Law Corporation, located at 55 Harrison Street, Suite 400, Oakland, California 94607, and have been duly admitted to practice law in the States of Pennsylvania, Kentucky, and

3176823.1                                       1

California, the United States Supreme Court, the U.S. District Court for the Eastern and Western Districts of Kentucky, and the U.S. Court of Appeals for the Third, Sixth, Eighth, and Ninth Circuits. I am admitted as counsel *pro hac vice* in this action for Anthony Hernandez Valadez.

2. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein. If called as a witness, I would testify as to those facts.

3. I submit this Declaration in support of Mr. Valadez's reply to Debtor LTL Management LLC's response to claimants' objection to continuing the Preliminary Injunction entered in this matter [Dkt. 2631] against non-debtors Johnson & Johnson ("J&J") and retailers Albertsons Companies, Inc., Lucky Stores, Inc., Safeway Inc., Save Mart Supermarkets, Target Corporation, and Walmart Inc. (collectively, "Retailers").

4. Attached hereto as **Exhibit A** is a true and correct copy of the relevant excerpts from Mr. Hernandez's Patient Health Summary, generated on July 17, 2022.

5. Attached hereto as **Exhibit B** is a true and correct copy of the Complaint, filed on June 15, 2022, in the Superior Court of California, County of Alameda.

6. Attached hereto as **Exhibit C** is a true and correct copy of the Proof of Service of Summons for each of J&J and Retailers.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. I executed this Declaration on July 18, 2022, in Oakland, California.

By: /s/ Joseph D. Satterley
JOSEPH D. SATTERLEY