# **Exhibit 2**



**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION – CIVIL**

| | |
|---|---|
| *EMERSON* | *May Term 2019* |
| VS | No. 09334 |
| JOHNSON & JOHNSON ETAL | |

*CASE MANAGEMENT ORDER
COMPLEX TRACK*

DOCKETED
TRIAL DIVISION - CIVIL
03-SEP-2019
**B. LAWLOR**

AND NOW, 03-SEP-2019 , it is Ordered that:

1. The case management and time standards adopted for complex track cases shall be applicable to this case and are hereby incorporated into this Order.

2. All *discovery* on the above matter shall be completed not later than **07-DEC-2020.**

3. *Plaintiff* shall identify and submit *curriculum vitae and expert reports* of all expert witnesses intended to testify at trial to all other parties not later than **04-JAN-2021.**

4. *Defendant and any additional defendants* shall identify and submit curriculum vitae and expert reports of all expert witnesses intended to testify at trial not later than **01-FEB-2021.**

5. All *pre-trial motions* shall be filed not later than **01-FEB-2021**.

6. A *settlement conference* may be scheduled at any time after **01-MAR-2021**. Prior to the settlement conference all counsel shall serve all opposing counsel and file a settlement memorandum containing the following:

    (a). A concise summary of the nature of the case if plaintiff or of the defense if defendant or additional defendant;

    (b). A statement by the plaintiff or all damages accumulated, including an itemization of injuries and all special damages claimed by categories and amount;

    (c). Defendant shall identify all applicable insurance carriers, together with applicable limits of liability.

7. A *pre-trial conference* will be scheduled any time after **03-MAY-2021**. Fifteen days prior to pre-trial conference, all counsel shall serve all opposing counsel and file a pre-trial memorandum containing the following:

    (a).    A concise summary of the nature of the case if plaintiff or the defense if defendant or additional defendant;

    (b).    A list of all witnesses who may be called to testify at trial by name and address. Counsel should expect witnesses not listed to be precluded from testifying at trial;

    (c).    A list of all exhibits the party intends to offer into evidence. All exhibits shall be pre-numbered and shall be exchanged among counsel prior to the conference. Counsel should expect any exhibit not listed to be precluded at trial;

    (d).    Plaintiff shall list an itemization of injuries or damages sustained together with all special damages claimed by category and amount. This list shall include as appropriate, computations of all past lost earnings and future lost earning capacity or medical expenses together with any other unliquidated damages claimed; and

    (e).    Defendant shall state its position regarding damages and shall identify all applicable insurance carriers, together with applicable limits of liability;

    (f).    Each counsel shall provide an estimate of the anticipated length of trial.

8. ***It is expected that the case will be ready for trial 07-JUN-2021***, and counsel should anticipate trial to begin expeditiously thereafter.

9. All counsel are under a continuing obligation and are hereby ordered to serve a copy of this order upon all unrepresented parties and upon all counsel entering an appearance subsequent to the entry of this Order.

                                                        ***BY THE COURT:***

_____
***ARNOLD NEW, J.***
***TEAM LEADER***

\\BPL10969 (Rev 11/04)



IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION – CIVIL

| | |
|---|---|
| **EMERSON** | **May Term 2019** |
| **VS** | **No. 09334** |
| **JOHNSON & JOHNSON ETAL** | |

## *REVISED CASE MANAGEMENT ORDER*

Be advised that the Case Management Order issued for the above-captioned action has been revised as follows:

1. All discovery shall be completed not later than 07-JUN-2021.

2. Plaintiff shall submit expert reports not later than 06-JUL-2021.

3. Defendant shall submit expert reports not later than 02-AUG-2021.

4. All pre-trial motions other than motions in limine shall be filed not later than 02-AUG-2021.

5. A settlement conference will be scheduled any time after 02-AUG-2021.

6. A pre-trial conference will be scheduled at any time after 07-SEP-2021.

7. It is expected that this case shall be ready for trial by 04-OCT-2021.

All other terms and conditions on the original Case Management Order will remain in full force and effect.

*BY THE COURT:*

05-APR-2021

**LINDA CARPENTER, J.
TEAM LEADER**

Emerson Vs Johnson & Jo-RVCMO

FJB81383(REV. 5/21/18)

19050933400062



**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION – CIVIL**

| | |
|---|---|
| *MOORE ETAL* | *January Term 2017* |
| *VS* | *No. 04504* |
| *JOHNSON & JOHNSON ETAL* | |

*CASE MANAGEMENT ORDER
COMPLEX TRACK*

DOCKETED
TRIAL DIVISION - CIVIL
04-FEB-2019
**B. LAWLOR**

AND NOW, 04-FEB-2019, it is Ordered that:

1. The case management and time standards adopted for complex track cases shall be applicable to this case and are hereby incorporated into this Order.

2. All *discovery* on the above matter shall be completed not later than **06-JUL-2020.**

3. *Plaintiff* shall identify and submit *curriculum vitae and expert reports* of all expert witnesses intended to testify at trial to all other parties not later than **03-AUG-2020.**

4. *Defendant and any additional defendants* shall identify and submit curriculum vitae and expert reports of all expert witnesses intended to testify at trial not later than **07-SEP-2020.**

5. All *pre-trial motions* shall be filed not later than **07-SEP-2020**.

6. A *settlement conference* may be scheduled at any time after **05-OCT-2020**. Prior to the settlement conference all counsel shall serve all opposing counsel and file a settlement memorandum containing the following:

    (a). A concise summary of the nature of the case if plaintiff or of the defense if defendant or additional defendant;

    (b). A statement by the plaintiff or all damages accumulated, including an itemization of injuries and all special damages claimed by categories and amount;

    (c). Defendant shall identify all applicable insurance carriers, together with applicable limits of liability.

7. A *pre-trial conference* will be scheduled any time after **07-DEC-2020**. Fifteen days prior to pre-trial conference, all counsel shall serve all opposing counsel and file a pre-trial memorandum containing the following:

    (a).    A concise summary of the nature of the case if plaintiff or the defense if defendant or additional defendant;

    (b).    A list of all witnesses who may be called to testify at trial by name and address. Counsel should expect witnesses not listed to be precluded from testifying at trial;

    (c).    A list of all exhibits the party intends to offer into evidence. All exhibits shall be pre-numbered and shall be exchanged among counsel prior to the conference. Counsel should expect any exhibit not listed to be precluded at trial;

    (d).    Plaintiff shall list an itemization of injuries or damages sustained together with all special damages claimed by category and amount. This list shall include as appropriate, computations of all past lost earnings and future lost earning capacity or medical expenses together with any other unliquidated damages claimed; and

    (e).    Defendant shall state its position regarding damages and shall identify all applicable insurance carriers, together with applicable limits of liability;

    (f).    Each counsel shall provide an estimate of the anticipated length of trial.

8. ***It is expected that the case will be ready for trial 04-JAN-2021***, and counsel should anticipate trial to begin expeditiously thereafter.

9. All counsel are under a continuing obligation and are hereby ordered to serve a copy of this order upon all unrepresented parties and upon all counsel entering an appearance subsequent to the entry of this Order.

                                                                 ***BY THE COURT:***

                                                                  _____
                                                                  ***SHELLEY ROBINS-NEW, J.***
                                                                  ***TEAM LEADER***

\\BPL54898 (Rev 11/04)



IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION – CIVIL

| | |
|---|---|
| **MOORE ETAL** | January Term 2017 |
| VS | No. 04504 |
| **JOHNSON & JOHNSON ETAL** | |

## *REVISED CASE MANAGEMENT ORDER*

Be advised that the Case Management Order issued for the above-captioned action has been revised as follows:

1. All discovery shall be completed not later than 01-FEB-2021.

2. Plaintiff shall submit expert reports not later than 05-APR-2021.

3. Defendant shall submit expert reports not later than 03-MAY-2021.

4. All pre-trial motions other than motions in limine shall be filed not later than 03-MAY-2021.

5. A settlement conference will be scheduled any time after 07-JUN-2021.

6. A pre-trial conference will be scheduled at any time after 02-AUG-2021.

7. It is expected that this case shall be ready for trial by 07-SEP-2021.

All other terms and conditions on the original Case Management Order will remain in full force and effect.

*BY THE COURT:*

16-MAR-2020

**SHELLEY ROBINS-NEW, J.
TEAM LEADER**

FJB92099(REV. 5/21/18)

Moore Etal Vs Johnson &-RVCMO

1701045040080

CASE: __Derouen, Randy__    DOCKET: __L-5125-20__    DATE: __4/21/21__    FIRM: __Levy__

**DISCOVERY**    CMO __IV__

| | | |
|---|---|---|
| _____ 2021 | Plaintiff shall serve answers to standard interrogatories by this date. | |
| _____ 2021 | Defendants shall serve answers to standard interrogatories by this date. | |
| _____ 2021 | Plaintiff shall propound supplemental discovery by this date. | |
| _____ 2021 | Defendants shall serve answers to supplemental discovery by this date. | |
| _____ 2021 | Defendants shall propound supplemental discovery by this date. | |
| _____ 2021 | Plaintiff shall serve answers to supplemental discovery by this date. | |
| _____ 2021 | Plaintiff depositions shall be conducted by this date. | |
| __5/14__ 2021 | Fact discovery shall be completed by this date. | |
| _____ 2021 | Depositions of corporate representatives shall be completed by this date. | |

**EARLY SETTLEMENT**

__5/28__ 2021    Settlement demands shall be served on all counsel and the Special Master by this date.

**MEDICAL EXPERT REPORT**

_____ 2021    Plaintiff shall serve executed medical authorizations by this date.

__5/28__ 2021    Plaintiff shall serve medical expert reports and transfer pathology by this date.

__7/16__ 2021    Defendants shall serve medical reports by this date.

**LIABILITY and ECONOMIST EXPERT REPORTS**

__5/28__ 2021    Plaintiff shall serve liability and economist expert reports by this date.

__7/16__ 2021    Defendants shall serve liability and economist expert reports by this date.

**SUMMARY JUDGMENT MOTION PRACTICE**

__7/30__ 2021 Summary judgment filing deadline.    Return date: __8/27__ 2021

**EXPERT DEPOSITIONS**

__9/30__ 2021    Expert depositions shall be completed by this date.

**PRE-TRIAL AND TRIAL**

__TBS__ 2021 @ _____ Settlement conference.    Trial date: __10/25__ 2021

IT IS hereby ORDERED on this date.

/s/ Ana C. Viscomi
ANA C. VISCOMI, J.S.C.

CASE: Derouen, Randy          DATE: 7/20/21    FIRM: Levy

**DISCOVERY**                                                                                    CMO ✓

_____ 2021    Plaintiff shall serve answers to standard interrogatories by this date.

_____ 2021    Defendants shall serve answers to standard interrogatories by this date.

_____ 2021    Plaintiff shall propound supplemental discovery by this date.

_____ 2021    Defendants shall serve answers to supplemental discovery by this date.

_____ 2021    Defendants shall propound supplemental discovery by this date.

_____ 2021    Plaintiff shall serve answers to supplemental discovery by this date.

_____ 2021    Plaintiff depositions shall be conducted by this date.

_____ 2021    Fact discovery shall be completed by this date.

_____ 2021    Depositions of corporate representatives shall be completed by this date.

FILED
JUL 20 2021
ANA C. VISCOMI, J.S.C.

**EARLY SETTLEMENT**

__8/6__ 2021    Settlement demands shall be served on all counsel and the Special Master by this date.

**MEDICAL EXPERT REPORT**

_____ 2021    Plaintiff shall serve executed medical authorizations by this date.

__8/6__ 2021    Plaintiff shall serve medical expert reports and transfer pathology by this date.

__9/30__ 2021    Defendants shall serve medical reports by this date.

**LIABILITY and ECONOMIST EXPERT REPORTS**

__8/6__ 2021    Plaintiff shall serve liability and economist expert reports by this date.

__9/30__ 2021    Defendants shall serve liability and economist expert reports by this date.

**SUMMARY JUDGMENT MOTION PRACTICE**

__10/8__ 2021 Summary judgment filing deadline.          Return date: __11/5__ 2021

**EXPERT DEPOSITIONS**

__12/3__ 2021    Expert depositions shall be completed by this date.

**PRE-TRIAL AND TRIAL**

__TBS__ 2021 @_____ Settlement conference.          Trial date: __1/10__ 2022

IT IS hereby **ORDERED** on this date.

/s/ Ana C. Viscomi
ANA C. VISCOMI, J.S.C.

CASE: __Derouen, Randy__ DOCKET: __L-5122-20__ DATE: __9/22/21__ FIRM: __Levy__

**DISCOVERY** CMO __VI__

_____ 2021    Plaintiff shall serve answers to standard interrogatories by this date.

_____ 2021    Defendants shall serve answers to standard interrogatories by this date.

_____ 2021    Plaintiff shall propound supplemental discovery by this date.

_____ 2021    Defendants shall serve answers to supplemental discovery by this date.

_____ 2021    Defendants shall propound supplemental discovery by this date.

FILED
SEP 22
ANA C. VISCOMI, J.S.C

_____ 2021    Plaintiff shall serve answers to supplemental discovery by this date.

_____ 2021    Plaintiff depositions shall be conducted by this date.

_____ 2021    Fact discovery shall be completed by this date.

_____ 2021    Depositions of corporate representatives shall be completed by this date.

**EARLY SETTLEMENT**

__12/13__ 2021    Settlement demands shall be served on all counsel and the Special Master by this date.

**MEDICAL EXPERT REPORT**

_____ 2021    Plaintiff shall serve executed medical authorizations by this date.

_____ 2021    Plaintiff shall serve medical expert reports and transfer pathology by this date.

__11/30__ ~~2021~~ 2022    Defendants shall serve medical reports by this date.

**LIABILITY and ECONOMIST EXPERT REPORTS**

_____ 2021    Plaintiff shall serve liability and economist expert reports by this date.

__11/30__ 2021    Defendants shall serve liability and economist expert reports by this date.

**SUMMARY JUDGMENT MOTION PRACTICE**

__12/10__ 2021 Summary judgment filing deadline.    Return date: __1/7__ ~~2021~~ 2022

**EXPERT DEPOSITIONS**

__1/31__ ~~2021~~ 2022    Expert depositions shall be completed by this date.

**PRE-TRIAL AND TRIAL**

__TBS__ 2021 @_____ Settlement conference.    Trial date: __2/28__ ~~2021~~ 2022

IT IS hereby ORDERED on this date.

/s/ Ana C. Viscomi
ANA C. VISCOMI, J.S.C.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| STEPHANIE SALCEDO, Individually, and as Administrator of the Estate of THERESA M. GARCIA, Deceased, | |
| Plaintiff, | IN RE: ASBESTOS LITIGATION |
| v. | Case No. 2020 L 004505 |
| AVON PRODUCTS, INC., et al., Defendants. | Calendar: **J1** |

**AGREED ORDER**
(effective nunc pro tunc as of February 7, 2022)

THIS MATTER coming before the Court by agreement of the Parties, due notice having been given and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that:

1. All pending motions for summary judgement are hereby stricken, entered, and continued generally until the trial date;

2. This matter is hereby set for status on the pending bankruptcies involving Defendants, Johnson & Johnson and Johnson & Johnson Consumer, Inc. and Defendant, Walgreen Co., on Wednesday, March 23, 2022, at 10:00 a.m.;

3. Parties are to mutually exchange all motions in limine on or by June 13, 2022. Oppositions are due on or before June 20, 2022; and

4. The February 8, 2022, trial date is hereby stricken and continued to June 20, 2022, in Room 2310 at 10:00 a.m.

Nathaniel J. Wallace
Joseph P. Trunk
Attorney for Plaintiff
Vogelzang Law, P.C. – Firm No. 60075
401 N. Michigan Ave., Suite 350
Chicago, IL 60611
Tel: (312) 466-1669 / Fax: (312) 254-2071
filings@vogelzanglaw.com

-and-

DEAN OMAR BRANHAM SHIRLEY, LLP
Mark J. Buha (IL 6307691)
302 N. Market Street, Suite 300
Dallas, TX 75202
T: (214) 722-5990
F: (214) 722-5991
Attorneys for Plaintiff

ENTERED:

**ENTERED**
Judge Clare Elizabeth Mcwilliams-1889
FEB 2 2 2022
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

_____
JUDGE CLARE E. MCWILLIAMS OR
PRESIDING JUDGE

# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
# AT INDEPENDENCE

| | | |
|---|---|---|
| **BRANDON WHETSEL, ET AL.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **CASE NO.    1816-CV14915** |
| | ) | |
| **ARKEMA, INC., ET AL.** | ) | **DIVISION 17** |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF TRIAL

A **Jury Trial** is set for **January 13, 2020** at **9:30 am** in Division 17 of the Jackson County Circuit Court – Independence at 308 W. Kansas, 2nd floor, Independence, Missouri 64050.

12/7/2018
Date

*Jessica N. Foxx* (signature)
Jessica N. Foxx, Law Clerk

**Certificate of Service**

This is to certify that a copy of the foregoing was hand delivered/faxed/emailed/mailed and/or sent through the eFiling system to the attorneys of record on 12/7/2018.

*Jessica N. Foxx* (signature)
Law Clerk



IN THE 16th JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| Judge or Division: 17 | Case Number: 1816-CV14915 |
|---|---|

**BRANDON WHETSEL, et al.**
v.
**ARKEMA, INC., et al.**

## ORDER

### SCHEDULING:

☒ This Case is set for a Jury Trial on January 11, 2021. ⌄

☒ Motions for leave to amend the pleadings shall be filed no later than 45 days from the date of the first scheduling order entered in this case unless leave is granted for good cause shown.

☒ Motions for leave to add additional parties shall be filed no later than 45 days from the date of the first scheduling order entered in this case unless leave is granted for good cause shown.

☒ All discovery shall be commenced or served to be completed by November 9, 2020. ✓

☒ Designation and deposition or experts:

Plaintiffs shall designate their retained and non-retained testifying experts by no later than 7/6/20. ✓

Plaintiffs shall make their retained expert witnesses available for deposition by no later than 8/3/20. ✓

Defendants shall designate their retained and non-retained testifying experts by no later than 9/7/20. ✓

Defendants shall make their retained expert witnesses available for deposition by no later than 10/5/20. ✓

The parties are free to stipulate in writing to amend the schedule of expert designations and depositions so long as any stipulated change does not interfere with the trial date Any such stipulation need not be filed with the Court.

☒ All potentially dispositive motions shall be filed no later than November 9, 2020. No extensions shall cause the final sur-reply to be filed less than twenty days prior to trial. — 12-28-20 ✓    1-4-21 ✓

☒ Not later than fourteen calendar days before trial, the parties shall serve and file with the Court a designation, by page and line, of any deposition testimony that the offering part intends to read at trial. Not later than seven calendar days before trial, each party shall serve and file with the Court any objections to the other party's deposition designations and shall provide any counter-designations. Not later than three calendar days before trial, the parties shall serve and file with the Court any objections to the other parties' counter-designations.    1-8-21 ✓    12-31-20 ✓

☒ Motions in limine and supporting briefs shall be filed not later than ten calendar days before the date of trial. Brief in opposition to motions in limine shall be filed not later than three calendar days before trial. — 1-8-21 ✓

☒ Proposed jury instructions shall be filed by the parties not later than 10 days preceding the trial. — 12-31-20 ✓

☒ Any request for a hearing on discovery issues or dispositive motions shall be in writing.

☒ Continuance requests shall conform to local rule 34.1. The parties are encouraged to approach the Court as soon as timelines in the scheduling order are not met.

☒ Mediation shall be completed 30 days prior to trial. ✓

☐ Other: _____ .

☐ Other: _____ .

### NOTES:

☒ Expected Length of Trial: 3 weeks. Jurors Requested: 65.

☐ Status of Discovery: _____ .

  ☐ Written: _____ .

  ☐ Depositions: _____ .

☐ Special Notes: _____ .

**IT IS SO ORDERED.**

Case no. 1916-CV18499        Page 1 of 2        16CVSCHED (12/2018)

| January 10, 2020 | *[signature]* |
|---|---|
| Date | Judge **CORY LEE ATKINS** |

**IN THE 16th JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI**

| Judge or Division: 17 | Case Number: 1816-CV14915 |
|---|---|

**BRANDON WHETSEL, et al.**
v.
**ARKEMA, INC., et al.**

## ORDER

### SCHEDULING:

☒ This Case is set for a **Jury Trial** on **June 7, 2021**.

☒ Motions for leave to amend the pleadings shall be filed no later than 45 days from the date of the first scheduling order entered in this case unless leave is granted for good cause shown.

☒ Motions for leave to add additional parties shall be filed no later than 45 days from the date of the first scheduling order entered in this case unless leave is granted for good cause shown.

☒ All discovery shall be commenced or served to be completed by **April 1, 2021**.

☒ Designation and deposition or experts:
   Plaintiffs shall designate their retained and non-retained testifying experts by no later than **12/1/20**.
   Plaintiffs shall make their retained expert witnesses available for deposition by no later than **1/4/21**.
   Defendants shall designate their retained and non-retained testifying experts by no later than **2/1/21**.
   Defendants shall make their retained expert witnesses available for deposition by no later than **3/1/21**.

**The parties are free to stipulate in writing to amend the schedule of expert designations and depositions so long as any stipulated change does not interfere with the trial date Any such stipulation need not be filed with the Court.**

☒ All potentially dispositive motions shall be filed no later than **April 1, 2021**. No extensions shall cause the final sur-reply to be filed less than twenty days prior to trial.

☒ Not later than fourteen calendar days before trial, the parties shall serve and file with the Court a designation, by page and line, of any deposition testimony that the offering part intends to read at trial. Not later than seven calendar days before trial, each party shall serve and file with the Court any objections to the other party's deposition designations and shall provide any counter-designations. Not later than three calendar days before trial, the parties shall serve and file with the Court any objections to the other parties' counter-designations.

☒ Motions in limine and supporting briefs shall be filed not later than ten calendar days before the date of trial. Brief in opposition to motions in limine shall be filed not later than three calendar days before trial.

☒ Proposed jury instructions shall be filed by the parties not later than 10 days preceding the trial.

☒ Any request for a hearing on discovery issues or dispositive motions shall be in writing.

☒ Continuance requests shall conform to local rule 34.1. The parties are encouraged to approach the Court as soon as timelines in the scheduling order are not met.

☒ Mediation shall be completed 30 days prior to trial.

☒ Other: **Pre-Trial conference on April 2, 2021**.

☐ Other: _____.

### NOTES:

☒ Expected Length of Trial: **3 weeks**. Jurors Requested: **70**.

☐ Status of Discovery: _____.
   ☐ Written: _____.
   ☐ Depositions: _____.

☐ Special Notes: _____.

**IT IS SO ORDERED.**

| | |
|---|---|
| November 9, 2020 | *[signature]* |
| Date | Judge **CORY LEE ATKINS** |

**IN THE 16th JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI**

| Judge or Division: **17** | Case Number: **1816-CV14915** |
|---|---|
| **BRANDON WHETSEL, et al.** <br> v. <br> **ARKEMA, INC., et al.** | |

## ORDER

### SCHEDULING:

☒ This Case is set for a **Jury Trial on January 10, 2022**.

☒ Motions for leave to amend the pleadings shall be filed no later than 45 days from the date of the first scheduling order entered in this case unless leave is granted for good cause shown.

☒ Motions for leave to add additional parties shall be filed no later than 45 days from the date of the first scheduling order entered in this case unless leave is granted for good cause shown.

☒ All discovery shall be commenced or served to be completed by **November 1, 2021**.

☒ Designation and deposition or experts:

Plaintiffs shall designate their retained and non-retained testifying experts by no later than **7/1/21**.

Plaintiffs shall make their retained expert witnesses available for deposition by no later than **8/2/21**.

Defendants shall designate their retained and non-retained testifying experts by no later than **9/1/21**.

Defendants shall make their retained expert witnesses available for deposition by no later than **10/1/21**.

**The parties are free to stipulate in writing to amend the schedule of expert designations and depositions so long as any stipulated change does not interfere with the trial date Any such stipulation need not be filed with the Court.**

☒ All potentially dispositive motions shall be filed no later than **November 1, 2021**. No extensions shall cause the final sur-reply to be filed less than twenty days prior to trial.

☒ Not later than fourteen calendar days before trial, the parties shall serve and file with the Court a designation, by page and line, of any deposition testimony that the offering part intends to read at trial. Not later than seven calendar days before trial, each party shall serve and file with the Court any objections to the other party's deposition designations and shall provide any counter-designations. Not later than three calendar days before trial, the parties shall serve and file with the Court any objections to the other parties' counter-designations.

☒ Motions in limine and supporting briefs shall be filed not later than ten calendar days before the date of trial. Brief in opposition to motions in limine shall be filed not later than three calendar days before trial.

☒ Proposed jury instructions shall be filed by the parties not later than 10 days preceding the trial.

☒ Any request for a hearing on discovery issues or dispositive motions shall be in writing.

☒ Continuance requests shall conform to local rule 34.1. The parties are encouraged to approach the Court as soon as timelines in the scheduling order are not met.

☒ Mediation shall be completed 30 days prior to trial.

☐ Other: _____.

☐ Other: _____.

### NOTES:

☒ Expected Length of Trial: **2 weeks.** Jurors Requested: **70**.

☐ Status of Discovery: _____.

☐ Written: _____.

☐ Depositions: _____.

☐ Special Notes: _____.

**IT IS SO ORDERED.**

| March 26, 2021 | *[signature]* |
|---|---|
| Date | Judge **CORY LEE ATKINS** |