# **Exhibit 3**

```
 1          SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                    COUNTY OF SANTA CLARA
 3                 HON. ROBERTA HAYASHI, JUDGE
 4
 5   KRISTIE LYNN DOYLE, et al.,
 6          Plaintiffs,
 7       vs.                              Case No. 18CV333609
 8   IMERYS TALC AMERICA, et al.,
 9          Defendants.
     _____/
10
11
12
13
14
15         Reporter's Transcript of Remote Proceedings
16                   Thursday, July 14, 2022
17
18
19
20
21
22
23       Reported By:  Sheila Pham, CSR No. 13293
24
25
```

## Page 1

```
 1           APPEARANCES OF COUNSEL
 2
 3   For Plaintiffs:
 4       KAZAN, MCCLAIN, SATTERLEY & GREENWOOD
         BY: IAN RIVAMONTE, ESQ.
 5       55 Harrison Street, Suite 400
         Oakland, CA 94607
 6       (510) 302-1000
         irivamonte@kazanlaw.com
 7
 8   For Defendants Johnson & Johnson and Johnson & Johnson
     Consumer, Inc.:
 9
         ORRICK, HERRINGTON & SUTCLIFFE
10       BY: C. ANNE MALIK, ESQ.
         1152 15th Street, N.W.
11       Washington, DC 20005
         (202) 339-8400
12       amalik@orrick.com
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 2

```
 1            Thursday, July 14, 2022
 2            10:34 a.m. - 10:45 a.m.
 3
 4       THE COURT: Let's go to Line 15, please, Doyle
 5   versus Imerys Talc America, Inc.
 6       MS. MALIK: Good morning, Your Honor. This is
 7   Anne Malik --
 8       (Simultaneous speaking.)
 9       MS. MALIK: -- on behalf of Johnson & Johnson
10   and Johnson & Johnson Consumer, Inc.
11       THE COURT: I'm sorry, hold on just a moment.
12   I had a couple of people speaking at the same time. My
13   apologies. This is a case in which there's a lot of
14   attorneys. So hold on one moment. Let me get the list
15   of who's appearing today.
16       Okay. This is Line 15 on the calendar. It
17   originally had some different number, but it's Case
18   Number 18CV333609.
19       Let me ask first who is appearing for
20   plaintiffs, please.
21       MR. RIVAMONTE: Good morning, Your Honor.
22   Ian Rivamonte for the plaintiffs, Kristie Doyle and
23   Ethan Doyle.
24       THE COURT: Okay. Are there other appearances
25   for the plaintiffs?
```

## Page 3

```
 1       MR. RIVAMONTE: No, Your Honor.
 2       THE COURT: Okay. Thank you.
 3       Are there any appearances for any of the
 4   defendants?
 5       MS. MALIK: Yes, Your Honor. This is
 6   Anne Malik on behalf of Johnson & Johnson and Johnson &
 7   Johnson Consumer, Inc.
 8       THE COURT: And, Ms. Malik, could you just
 9   please spell your last name for us.
10       MS. MALIK: Yes, M-A-L-I-K.
11       THE CLERK: And, Your Honor, did we receive a
12   reporter stip?
13       THE COURT: Is there a court reporter on this
14   matter?
15       THE REPORTER: Yes. Good morning, Your Honor.
16   This is Sheila Pham, court reporter.
17       THE COURT: All right. So we did receive a
18   stipulation for appointment of a reporter?
19       MR. RIVAMONTE: One was filed yesterday.
20       THE COURT: Oh, okay. We'll track that down.
21   It hasn't shown up yet in the file, but we will track
22   that down and sign it. Thank you.
23       So are there any other appearances for the
24   record on Doyle versus Imerys?
25       (No response.)
```

## Page 4

```
 1       THE COURT: Hearing none.
 2       I do see that this case was set for a jury
 3   trial before Judge Rosen in April 2022, and it was
 4   canceled because of the stay in the proceedings due to
 5   the bankruptcy or for some other -- or for an appeal.
 6   I'm not sure which. So --
 7       MS. MALIK: Yes --
 8       MR. RIVAMONTE: May I --
 9       THE COURT: Go ahead.
10       MR. RIVAMONTE: Yes, Your Honor, Ian Rivamonte
11   for --
12       (Simultaneous speaking.)
13       MR. RIVAMONTE: I apologize, Your Honor.
14   Ian Rivamonte for the plaintiffs.
15       I can briefly summarize for the Court and
16   counsel where we are with this case, if I may.
17       THE COURT: Please.
18       MR. RIVAMONTE: Yes. So, Your Honor, there are
19   two trial defendants in this case, Johnson & Johnson and
20   Johnson & Johnson Consumer, Inc. As to Johnson &
21   Johnson Consumer, Inc., plaintiffs' claims against that
22   entity are automatically stayed by virtue of the
23   bankruptcy filing. All of its liabilities as it relates
24   to that entity are currently under bankruptcy
25   protection.
```

**Page 5**

Now, for Johnson & Johnson, it's a bit of a different story. Johnson & Johnson remains a solvent and viable corporation. However, the bankruptcy court issued a preliminary injunction that precludes plaintiffs here and others like them from continuing to prosecute or try their claims in state court against Johnson & Johnson. That preliminary injunction basically precludes plaintiffs from doing anything in this case for a period of 120 days.

That time has now expired. However, Johnson & Johnson is requesting that the bankruptcy court continue that preliminary injunction for another 120 days or maybe even longer. Now, the hearing on that particular request is set for July 26th in New Jersey.

With all that said, the bankruptcy judge has informed the parties involved in the bankruptcy that he may be inclined to allow certain cases to go forward in state court, and Doyle could be one of them. Now, there is no guarantee that's going to happen, but, you know, given that this case is completely worked up and I think the parties are essentially ready for trial, that may be one of the considerations that Judge Kaplan may take into account.

With that said, Your Honor, because there is a probability that the bankruptcy judge may lift the stay

**Page 6**

as to Doyle, and it's still a probability. It's not certain -- one of the questions that the judge may ask during that hearing is: How soon can this case be set for a trial assignment?

You know, if Your Honor can shed some light on that, that'd be great. Otherwise, I think we should have another status conference in 30 days, definitely after the July 26th hearing, to see where we are.

THE COURT: Okay. September 13th?

MR. RIVAMONTE: Is that the trial date, Your Honor?

THE COURT: Yes.

MR. RIVAMONTE: Okay. So it may be set for trial on September 13th.

THE COURT: September 13th, September 20th. Frankly, your odds are probably better September 20th or September 27th.

MR. RIVAMONTE: Okay.

THE COURT: But we could set you on September 13th.

Now, that may change if I don't set you today. And if I set you -- I mean -- let me put it this way: Like all the other courts, trial resources are in short supply. You've been through the trial setting assignment here at this court the last go-around in

**Page 7**

April. The situation since April has not improved, and in fact, it's gotten worse because right now, one of the civil trial judges is doing rotations in criminal court because of the criminal court backlog.

But as an example, every case that we had that was set for trial this week went out. Every case that we had set for trial last week went out. And we're hoping that by September, we'll be back at full strength on the civil jury side. So --

MS. MALIK: Your Honor, this is --

THE COURT: Yes.

MS. MALIK: I'm sorry, Your Honor. This is Anne Malik for the defendants.

If we do come back then a month after the hearing in the bankruptcy court and were to get assigned a trial date then, would it be sort of just pushed out a month maybe, like, October? Is that what we're thinking?

THE COURT: That's quite likely.

MS. MALIK: Okay. Thank you very much, Your Honor.

MR. RIVAMONTE: I have a question, Your Honor.

THE COURT: Yes.

MR. RIVAMONTE: So regardless of -- you know, plaintiffs are not asking that the Court set a trial

**Page 8**

yet. I just want to make the record clear. I don't want to run afoul with any of the bankruptcy court's orders.

But the September dates or possibly even the October date you just mentioned, is that when we're going to be on trial call, or is there going to be an actual department that we're going to be assigned the trial?

THE COURT: As you know from the last time that you were here, that the assignment of a trial department doesn't happen until the Thursday before your trial date. And, of course, it depends on, you know, what else is set and is going out and whether any of those cases have priority.

You do have priority because you've been reset from a prior setting in April, but you also, I believe, have a fairly long estimate of time, and you don't -- unless there's a statutory priority, you know, such as -- and I don't know if you're approaching the five-year statute or where you stand on that, there may be reasons why it could go out -- well, let me look at your case number. You're a 2018 case, so you're getting close in terms of priority.

MR. RIVAMONTE: Thank you, Your Honor.

THE COURT: Okay. So what we'll do then is,

```
                                                    9
 1   we'll continue today's date to --
 2          Do we have anything earlier than -- you know,
 3   than September?  Can we do anything in August?
 4          THE CLERK:  August?  I think the earliest we
 5   have is September 8th.
 6          THE COURT:  September 8th is the earliest date
 7   we have.
 8          MR. RIVAMONTE:  For a further status
 9   conference?
10          THE COURT:  Yes, for a further status
11   conference, September 8th.
12          September 8th is the earliest date we can set
13   it.  It's even earlier than on the trial setting
14   conference calendar.  So I'm going to keep you on this
15   calendar September 8th, 10:00 a.m., this department.
16          MS. MALIK:  Thank you, Your Honor.
17          MR. RIVAMONTE:  Thank you, Your Honor.
18          THE COURT:  Thank you.
19          (Proceedings concluded at 10:45 a.m.)
20
21
22
23
24
25
```

```
                                                   10
 1                REPORTER'S CERTIFICATION
 2
 3      I, Sheila Pham, a Certified Shorthand Reporter, do
 4   hereby certify:
 5      That the foregoing proceedings were taken before me
 6   at the time and place therein set forth, that the
 7   proceedings were reported stenographically by me and
 8   were thereafter transcribed under my direction and
 9   supervision, and that the foregoing pages contain a
10   full, true and accurate record of all proceedings and
11   testimony to the best of my skill and ability.
12      In witness whereof, I have subscribed my name.
13
14
15   Dated:  0715/2022
16
17
18
19          [signature]
20          Sheila Pham
            CSR No. 13293
21
22
23
24
25
```

**A**
**a.m** 2:2,2 9:15,19
**ability** 10:11
**account** 5:23
**accurate** 10:10
**actual** 8:7
**afoul** 8:2
**ahead** 4:9
**al** 1:5,8
**allow** 5:17
**amalik@orrick.com**
  1:12
**America** 1:8 2:5
**Anne** 1:10 2:7 3:6
  7:13
**apologies** 2:13
**apologize** 4:13
**appeal** 4:5
**appearances** 1:1 2:24
  3:3,23
**appearing** 2:15,19
**appointment** 3:18
**approaching** 8:19
**April** 4:3 7:1,1 8:16
**asking** 7:25
**assigned** 7:15 8:7
**assignment** 6:4,25
  8:10
**attorneys** 2:14
**August** 9:3,4
**automatically** 4:22

**B**
**back** 7:8,14
**backlog** 7:4
**bankruptcy** 4:5,23,24
  5:3,11,15,16,25 7:15
  8:2
**basically** 5:8
**behalf** 2:9 3:6
**believe** 8:16
**best** 10:11
**better** 6:16
**bit** 5:1
**briefly** 4:15

**C**

**C** 1:10
**CA** 1:5
**calendar** 2:16 9:14,15
**CALIFORNIA** 1:1
**call** 8:6
**canceled** 4:4
**case** 1:7 2:13,17 4:2
  4:16,19 5:9,20 6:3
  7:5,6 8:21,22
**cases** 5:17 8:14
**certain** 5:17 6:2
**CERTIFICATION**
  10:1
**Certified** 10:3
**certify** 10:4
**change** 6:21
**civil** 7:3,9
**claims** 4:21 5:6
**CLARA** 1:2
**clear** 8:1
**CLERK** 3:11 9:4
**close** 8:22
**come** 7:14
**completely** 5:20
**concluded** 9:19
**conference** 6:7 9:9,11
  9:14
**considerations** 5:22
**Consumer** 1:8 2:10
  3:7 4:20,21
**contain** 10:9
**continue** 5:11 9:1
**continuing** 5:5
**corporation** 5:3
**counsel** 1:1 4:16
**COUNTY** 1:2
**couple** 2:12
**course** 8:12
**court** 1:1 2:4,11,24
  3:2,8,13,13,16,17,20
  4:1,9,15,17 5:3,6,11
  5:18 6:9,12,15,19,25
  7:3,4,11,15,19,23,25
  8:9,25 9:6,10,18
**court's** 8:2
**courts** 6:23
**criminal** 7:3,4

**CSR** 1:23 10:20
**currently** 4:24

**D**
**date** 6:10 7:16 8:5,12
  9:1,6,12
**Dated** 10:15
**dates** 8:4
**days** 5:9,12 6:7
**DC** 1:11
**defendants** 1:9,8 3:4
  4:19 7:13
**definitely** 6:7
**department** 8:7,10
  9:15
**depends** 8:12
**different** 2:17 5:2
**direction** 10:8
**doing** 5:8 7:3
**Doyle** 1:5 2:4,22,23
  3:24 5:18 6:1
**due** 4:4

**E**
**earlier** 9:2,13
**earliest** 9:4,6,12
**entity** 4:22,24
**ESQ** 1:4,10
**essentially** 5:21
**estimate** 8:17
**et** 1:5,8
**Ethan** 2:23
**example** 7:5
**expired** 5:10

**F**
**fact** 7:2
**fairly** 8:17
**file** 3:21
**filed** 3:19
**filing** 4:23
**first** 2:19
**five-year** 8:19
**foregoing** 10:5,9
**forth** 10:6
**forward** 5:17
**Frankly** 6:16

**full** 7:8 10:10
**further** 9:8,10

**G**
**getting** 8:22
**given** 5:20
**go** 2:4 4:9 5:17 8:21
**go-around** 6:25
**going** 5:19 8:6,6,7,13
  9:14
**Good** 2:6,21 3:15
**gotten** 7:2
**great** 6:6
**GREENWOOD** 1:4
**guarantee** 5:19

**H**
**happen** 5:19 8:11
**Harrison** 1:5
**HAYASHI** 1:3
**hearing** 4:1 5:13 6:3,8
  7:15
**HERRINGTON** 1:9
**hold** 2:11,14
**HON** 1:3
**Honor** 2:6,21 3:1,5,11
  3:15 4:10,13,18 5:24
  6:5,11 7:10,12,21,22
  8:24 9:16,17
**hoping** 7:8

**I**
**Ian** 1:4 2:22 4:10,14
**Imerys** 1:8 2:5 3:24
**improved** 7:1
**inclined** 5:17
**informed** 5:16
**injunction** 5:4,7,12
**involved** 5:16
**irivamonte@kazanl...**
  1:6
**issued** 5:4

**J**
**Jersey** 5:14
**Johnson** 1:8,8,8,8 2:9
  2:9,10,10 3:6,6,6,7

4:19,19,20,20,20,21
5:1,1,2,2,7,7,10,11
**judge** 1:3 4:3 5:15,22
5:25 6:2
**judges** 7:3
**July** 1:16 2:1 5:14 6:8
**jury** 4:2 7:9

**K**

**Kaplan** 5:22
**KAZAN** 1:4
**keep** 9:14
**know** 5:19 6:5 7:24
8:9,12,18,19 9:2
**Kristie** 1:5 2:22

**L**

**Let's** 2:4
**liabilities** 4:23
**lift** 5:25
**light** 6:5
**Line** 2:4,16
**list** 2:14
**long** 8:17
**longer** 5:13
**look** 8:21
**lot** 2:13
**LYNN** 1:5

**M**

**M-A-L-I-K** 3:10
**Malik** 1:10 2:6,7,9 3:5
3:6,8,10 4:7 7:10,12
7:13,20 9:16
**matter** 3:14
**MCCLAIN** 1:4
**mean** 6:22
**mentioned** 8:5
**moment** 2:11,14
**month** 7:14,17
**morning** 2:6,21 3:15

**N**

**N.W** 1:10
**name** 3:9 10:12
**New** 5:14
**number** 2:17,18 8:22

**O**

**Oakland** 1:5
**October** 7:17 8:5
**odds** 6:16
**Oh** 3:20
**okay** 2:16,24 3:2,20
6:9,13,18 7:20 8:25
**orders** 8:3
**originally** 2:17
**ORRICK** 1:9

**P**

**pages** 10:9
**particular** 5:13
**parties** 5:16,21
**people** 2:12
**period** 5:9
**Pham** 1:23 3:16 10:3
10:20
**place** 10:6
**plaintiffs** 1:6,3 2:20
2:22,25 4:14 5:5,8
7:25
**plaintiffs'** 4:21
**please** 2:4,20 3:9 4:17
**possibly** 8:4
**precludes** 5:4,8
**preliminary** 5:4,7,12
**prior** 8:16
**priority** 8:14,15,18,23
**probability** 5:25 6:1
**probably** 6:16
**proceedings** 1:15 4:4
9:19 10:5,7,10
**prosecute** 5:6
**protection** 4:25
**pushed** 7:16
**put** 6:22

**Q**

**question** 7:22
**questions** 6:2
**quite** 7:19

**R**

**ready** 5:21
**reasons** 8:20

**receive** 3:11,17
**record** 3:24 8:1 10:10
**regardless** 7:24
**relates** 4:23
**remains** 5:2
**Remote** 1:15
**reported** 1:23 10:7
**reporter** 3:12,13,15
3:16,18 10:3
**Reporter's** 1:15 10:1
**request** 5:14
**requesting** 5:11
**reset** 8:15
**resources** 6:23
**response** 3:25
**right** 3:17 7:2
**Rivamonte** 1:4 2:21
2:22 3:1,19 4:8,10
4:10,13,14,18 6:10
6:13,18 7:22,24 8:24
9:8,17
**ROBERTA** 1:3
**Rosen** 4:3
**rotations** 7:3
**run** 8:2

**S**

**SANTA** 1:2
**SATTERLEY** 1:4
**see** 4:2 6:8
**September** 6:9,14,15
6:15,16,17,20 7:8
8:4 9:3,5,6,11,12,15
**set** 4:2 5:14 6:3,13,19
6:21,22 7:6,7,25
8:13 9:12 10:6
**setting** 6:24 8:16 9:13
**shed** 6:5
**Sheila** 1:23 3:16 10:3
10:20
**short** 6:23
**Shorthand** 10:3
**shown** 3:21
**side** 7:9
**sign** 3:22
**Simultaneous** 2:8
4:12

**situation** 7:1
**skill** 10:11
**solvent** 5:2
**soon** 6:3
**sorry** 2:11 7:12
**sort** 7:16
**speaking** 2:8,12 4:12
**spell** 3:9
**stand** 8:20
**state** 1:1 5:6,18
**status** 6:7 9:8,10
**statute** 8:20
**statutory** 8:18
**stay** 4:4 5:25
**stayed** 4:22
**stenographically** 10:7
**stip** 3:12
**stipulation** 3:18
**story** 5:2
**Street** 1:5,10
**strength** 7:8
**subscribed** 10:12
**Suite** 1:5
**summarize** 4:15
**SUPERIOR** 1:1
**supervision** 10:9
**supply** 6:24
**sure** 4:6
**SUTCLIFFE** 1:9

**T**

**take** 5:22
**taken** 10:5
**Talc** 1:8 2:5
**terms** 8:23
**testimony** 10:11
**Thank** 3:2,22 7:20
8:24 9:16,17,18
**that'd** 6:6
**think** 5:20 6:6 9:4
**thinking** 7:18
**Thursday** 1:16 2:1
8:11
**time** 2:12 5:10 8:9,17
10:6
**today** 2:15 6:21
**today's** 9:1

**track** 3:20,21
**transcribed** 10:8
**Transcript** 1:15
**trial** 4:3,19 5:21 6:4
    6:10,14,23,24 7:3,6
    7:7,16,25 8:6,8,10
    8:11 9:13
**true** 10:10
**try** 5:6
**two** 4:19

---
**U**
---

---
**V**
---
**versus** 2:5 3:24
**viable** 5:3
**virtue** 4:22
**vs** 1:7

---
**W**
---
**want** 8:1,2
**Washington** 1:11
**way** 6:22
**we'll** 3:20 7:8 8:25 9:1
**we're** 7:7,17 8:5,7
**week** 7:6,7
**went** 7:6,7
**whereof** 10:12
**witness** 10:12
**worked** 5:20
**worse** 7:2

---
**X**
---

---
**Y**
---
**yesterday** 3:19

---
**Z**
---

---
**0**
---
**0715/2022** 10:15

---
**1**
---
**10:00** 9:15
**10:34** 2:2
**10:45** 2:2 9:19
**1152** 1:10
**120** 5:9,12

**13293** 1:23 10:20
**13th** 6:9,14,15,20
**14** 1:16 2:1
**15** 2:4,16
**15th** 1:10
**18CV333609** 1:7 2:18

---
**2**
---
**20005** 1:11
**2018** 8:22
**202** 1:11
**2022** 1:16 2:1 4:3
**20th** 6:15,16
**26th** 5:14 6:8
**27th** 6:17

---
**3**
---
**30** 6:7
**302-1000** 1:6
**339-8400** 1:11

---
**4**
---
**400** 1:5

---
**5**
---
**510** 1:6
**55** 1:5

---
**6**
---
**6534,Signature** 10:19

---
**7**
---

---
**8**
---
**8th** 9:5,6,11,12,15

---
**9**
---
**94607** 1:5