# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

### FEE APPLICATION COVER SHEET FOR THE
### PERIOD JUNE 1, 2022 THROUGH JUNE 30, 2022

Debtor: LTL Management LLC

Applicant: Traurig Law LLC

Case No.: 21-30589-MBK

Client: Counsel to Robert J. Keach, Esq., (the "Fee Examiner")

Chapter: 11

Case Filed: October 14, 2021 (the "Petition Date")

## SECTION 1
## FEE SUMMARY

☒ Monthly Fee Application No. __3__    or    ☐ Final Fee Application

Summary of Amounts Requested for the Period from June 1, 2022 through June 30, 2022 (the "Third Statement Period").

| | |
|---|---|
| Total Fees: | $ 2,635.00 |
| Total Disbursements: | $ 50.00 |
| Total Fees Plus Disbursements: | $ 2,685.00 |
| Minus 20% Holdback of Fees: | $ 527.00 |
| Amount Sought at this Time: | $ 2,158.00 |

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fees Requested: | $7,310.00 | $0.00 |
| Total Fees Allowed to Date: | $0.00 | $0.00 |
| Total Retainer (If Applicable): | $0.00 | $0.00 |
| Total Holdback (If Applicable): | $1,462.00 | $0.00 |
| Total Received by Applicant: | $5,848.00 | $0.00 |

**COMPENSATION BY: PROFESSIONAL**
**JUNE 1, 2022 THROUGH JUNE 30, 2022**

The attorney(s) who rendered professional services in this chapter 11 case from June 1, 2022 through June 30, 2022 are:

| Name of Professional: Partner/Member | Year Admitted | Hourly Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|
| Jeffrey Traurig | 1997 | $425.00 | 6.2 | $ 2,635.00 |

The total fees for the Third Statement Period are:

| Professionals | Blended Rate | Total Hours Billed | Total Fees |
|---|---|---|---|
| Partner/Member: | $425.00 | 6.2 | $ 2,635.00 |
| **Blended Attorney Rate:** | $425.00 | 6.2 | $ 2,635.00 |
| **Blended Rate for All Timekeepers:** | $425.00 | 6.2 | $ 2,635.00 |
| **Total Fees Incurred:** | | 6.2 | $ 2,635.00 |

## SECTION II
## SUMMARY OF SERVICES

**COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY
TRAURIG LAW LLC
FOR THE PERIOD JUNE 1, 2022 THROUGH JUNE 30, 2022**

| DESCRIPTION | HOURS | AMOUNT |
|---|---|---|
| Case Administration/General | N/A | N/A |
| Employment and Fee Applications | 1.8 | $ 765.00 |
| Employment and Fee Reports/Objections | 4.4 | $ 1,870.00 |
| **Total Fees Requested** | **6.2** | **$ 2,635.00** |

# SECTION III
## SUMMARY OF DISBURSEMENTS

### DISBURSEMENT SUMMARY BY TRAURIG LAW LLC
### FOR THE PERIOD JUNE 1, 2022 THROUGH JUNE 30, 2022

| DISBURSEMENTS | AMOUNT |
|---|---|
| CourtSolutions | $ 50.00 |
| | |
| **DISBURSEMENTS TOTALS** | $ 50.00 |

**SECTION IV**
**CASE HISTORY**

(1) Date cases filed: October 14, 2021

(2) Chapter under which case commenced: Chapter 11

(3) Date of retention order: April 5, 2022 [Dkt. 1966] (the "Retention Order").[1]

(4) Summarize in brief the benefits to the estate and attach supplements as needed   SEE BELOW

During the Third Statement Period, Traurig Law LLC ("Traurig Law") provided the following services to Robert J. Keach, the Fee Examiner, including, but not limited to, the following:

*Employment and Fee Applications*

- Drafted monthly fee statement for Traurig Law; coordinate with Bernstein, Shur, Sawyer & Nelson, P.A. ("BSSN") re BSSN and Fee Examiner monthly fee statement and interim compensation order; review and file monthly fee statements, CNO's and certificate of service for Traurig Law, BSSN and Fee Examiner.

*Employment and Fee Reports/Objections*

- Review, comment and file Fee Examiner statement in connection with Houlihan Lokey retention.

- Review filings related to interim fee applications and coordinate with BSSN and Fee Examiner in connection with same.

- Attend June 14, 2022 omnibus hearing on Fee Examiner's final report for the first interim period.

- Reviewed and filed Fee Examiner first final report for interim fee applications for adjourned professionals.

---

[1] The Retention Order is attached hereto as Exhibit A

(5) Anticipated distribution to creditors:

| (a) Administration expense: | Unknown at this time. |
|---|---|
| (b) Secured creditors: | Unknown at this time. |
| (c) Priority creditors: | Unknown at this time. |
| (d) General unsecured creditors: | Unknown at this time. |

(6) Final disposition of case and percentage of dividend paid to creditors

Final dividend percentages are unknown at this time.

I certify under penalty of perjury that the above is true.

Date:  July 21, 2022                                   _/s/ Jeffrey Traurig_____
                                                       Jeffrey Traurig

# **EXHIBIT A**

Retention Order

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Jeffrey Traurig<br>**TRAURIG LAW LLC**<br>One University Plaza, Suite 124<br>Hackensack, NJ  07601<br>Tel: (646) 974-8650<br>E-mail:  jtraurig@trauriglaw.com<br>*Proposed Local Counsel to the Fee Examiner* | Order Filed on April 5, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>LTL MANAGEMENT LLC,<br><br>                                Debtor | Case No.:     21-30589 (MBK)<br><br>Judge:         Michael B. Kaplan<br><br>Chapter 11 |

**ORDER AUTHORIZING RETENTION OF TRAURIG LAW LLC**
**AS COUNSEL TO THE FEE EXAMINER**

The relief set forth on the following page two (2) and three (3) is hereby **ORDERED**.

**DATED: April 5, 2022**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

LTL MANAGEMENT LLC

Chapter 11, Case No.: 21-30589 (MBK)

Order Authorizing Retention of Traurig Law LLC As Counsel To The Fee Examiner

_____

    Upon the applicant's, Robert J. Keach (the "Fee Examiner"), request for authorization to retain Traurig Law LLC ("Traurig") as counsel to the Fee Examiner, it is hereby **ORDERED**:

1.     The Fee Examiner is authorized to retain Traurig in the professional capacity noted in the Application.

> The professional's address is: Traurig Law LLC
> One University Plaza, Suite 124
> Hackensack, NJ 07601

2.     As provided in the *Order Appointing an Independent Fee Examiner and Establishing Procedures* [Docket No. 1922, ¶ 13], the "fees and expenses of the Fee Examiner, and any counsel retained pursuant to court order, shall be subject to application and review pursuant to section 330 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Bankruptcy Rule 2016-1, the U.S. Trustee Guidelines, and the Interim Compensation Order, and shall be paid from the Debtor's estate as an administrative expense under section 503(b)(2) of the Bankruptcy Code. The Fee Examiner's expenses and those of any counsel retained pursuant to court order, shall be subject to the information detail requirements set forth in D.N.J. LBR 2016-1."

3.     If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

> ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

> ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

(Page 3)

LTL MANAGEMENT LLC

Chapter 11, Case No.: 21-30589 (MBK)

Order Authorizing Retention of Traurig Law LLC As Counsel To The Fee Examiner

_____

4. Traurig will only bill 50% for non-working travel and shall not seek the reimbursement of any fees or costs including attorney fees and costs, arising from the defense of any of Traurig's fee applications in this case.

5. Traurig will agree to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013 (the "U.S. Trustee Guidelines").

6. Traurig will use the billing and expense categories set forth in the US Trustee Guidelines (Exhibit D-1 "Summary of Compensation Requested by Project Category"), among other categories.

7. Traurig will provide any and all monthly fee statements, interim fee applications, and final fee tab applications in "LEDES" or other satisfactory format to the United States Trustee.

8. The effective date of retention is the date the application was filed with the Court.

## **EXHIBIT B**

Invoice/Time Records

**Traurig Law LLC**
One University Plaza, Ste 124
Hackensack, NJ 07601



**Robert J. Keach Fee Examiner -- LTL Management**

**Invoice 22029**

| | |
|---:|:---|
| **Date** | Jul 20, 2022 |
| **Terms** | Court Order |
| **Service Thru** | Jun 30, 2022 |

**In Reference To: LTL Management LLC (Fees)**

| Date | By | Services | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| **Employment and Fee Applications** | | | | | |
| 06/09/2022 | JT | Draft certificate of no objections for Traurig Law, BSSN and Fee Examiner, email with L. Boots on same (.3). | $ 425.00 | 0.30 | $ 127.50 |
| 06/13/2022 | JT | Review docket, revise Certificates of No Objection re Traurig Law, BSSN, Fee Examiner and file same (.2); emails with L. Boots, K. Quirk re filing CNOs and certificate of service and file same (.1). | $ 425.00 | 0.30 | $ 127.50 |
| 06/17/2022 | JT | Draft/prepare monthly fee statement for Traurig Law for May (.3). | $ 425.00 | 0.30 | $ 127.50 |
| 06/22/2022 | JT | Revise monthly fee statement for Traurig Law and email with L. Boots regarding filings of BSSN, Fee Examiner and Traurig Law monthly statements (.1). | $ 425.00 | 0.10 | $ 42.50 |
| 06/27/2022 | JT | Review BSSN and Fee Examiner fee statements and emails with K. Quirk regarding finalizing same (.1); finalize Traurig Law monthly fee statement for filing (.1); file BSSN, Fee Examiner and Traurig Law monthly fee statements (.2); emails with K. Quirk re service, COS, prepare and coordinate LEDES file to be sent to UST office, review email to service parties (.2); review certificate of service and file same regarding the monthly fee statements (.1). | $ 425.00 | 0.70 | $ 297.50 |
| 06/29/2022 | JT | Email to L. Boots regarding upcoming 1st interim fee application and coordination re same. | $ 425.00 | 0.10 | $ 42.50 |
| | | **Employment and Fee Applications Total:** | | **1.80** | **$765.00** |

**Employment and Fee Reports/Objections**

**Traurig Law LLC**
One University Plaza, Ste 124
Hackensack, NJ 07601



**Robert J. Keach Fee Examiner -- LTL Management**

**Invoice 22029**

| Date | Jul 20, 2022 |
|---|---|
| **Terms** | Court Order |
| **Service Thru** | Jun 30, 2022 |

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/01/2022 | JT | Review draft statement regarding Houlihan certification in support of retention, review interim order and certification in connection with same (.2); call with L. Boots, comment on statement and coordinate revisions (.2); review, revised statement regarding Houlihan and file same (.2); review service email from K. Quirk and review file certificate of service on same (.1). | $ 425.00 | 0.70 | $ 297.50 |
| 06/08/2022 | JT | Review Debtor's statement regarding Committee fee applications, email with L. Boots and R. Keach on same and re registering for upcoming hearing on interim fee applications; register for 6/14 hearing (.2). | $ 425.00 | 0.20 | $ 85.00 |
| 06/09/2022 | JT | Review Houlihan supplemental declaration and call with L. Boots re same and regarding upcoming hearing on interim fee applications (.2). | $ 425.00 | 0.20 | $ 85.00 |
| 06/13/2022 | JT | Review hearing agenda, filing by UST regarding Houlihan, email to L. Boots re 6/14 hearing (.1). | $ 425.00 | 0.10 | $ 42.50 |
| 06/14/2022 | JT | Attend hearing (via Courtsolutions and Zoom) on, among other matters, interim fee applications/trustee report (1.5); follow-up call with L. Boots re submission of order, status of fee examiner report for Cooley, Brown Rudnick and Rayburn (.1). | $ 425.00 | 1.60 | $ 680.00 |
| 06/21/2022 | JT | Review proposed report for Brown Rudnick and Rayburn (.3), proposed order (.1) and exhibits (.1); review/finalize report and exhibits for filing (.2); review/finalize proposed order for filing (.1); calls and emails with L. Boots re proposed report and revisions (.2); review further revisions from L. Boots (.1); file Fee Examiner report with exhibits re Brown Rudnick and Rayburn (.2); review and file certificate of service for same (.1). | $ 425.00 | 1.40 | $ 595.00 |
| 06/27/2022 | JT | Review email from L. Boots and Order regarding partial adjournment and Zoom procedures for 7/6 hearing (.1). | $ 425.00 | 0.10 | $ 42.50 |
| 06/28/2022 | JT | Email to chambers registering to participate in 7/6 hearing and follow-up email to L. Boots (.1). | $ 425.00 | 0.10 | $ 42.50 |
| | | **Employment and Fee Reports/Objections Total:** | | **4.40** | **$1,870.00** |

**Traurig Law LLC**
One University Plaza, Ste 124
Hackensack, NJ 07601



**Robert J. Keach Fee Examiner -- LTL Management**

**Invoice 22029**

| | |
|---|---|
| **Date** | Jul 20, 2022 |
| **Terms** | Court Order |
| **Service Thru** | Jun 30, 2022 |

| | | **Total Fees Amount:** | | 6.20 | $2,635.00 |

**In Reference To: LTL Management LLC (Expenses)**

| Date | By | Expenses | Rate | Quantity | Amount |
|---|---|---|---|---|---|
| **Court Call** | | | | | |
| 06/14/2022 | JT | CourtSolutions | $ 50.00 | 1.00 | $ 50.00 |
| | | | **Court Call Total:** | | **$50.00** |
| | | | **Total Expenses Amount:** | | **$50.00** |

| | |
|---|---|
| **Total Hours** | 6.20 hrs |
| **Total Fees** | $ 2,635.00 |
| **Total Expenses** | $ 50.00 |
| **Total Invoice Amount** | $ 2,685.00 |