**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 21-30589 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |
| | **Hearing Date and Time:** August 23, 2022 at 10:00 a.m. |

**NOTICE OF DEBTOR'S THIRD MOTION FOR ENTRY OF AN ORDER**
**PURSUANT TO 11 U.S.C. § 1121(d) EXTENDING THE EXCLUSIVE PERIODS TO**
**FILE A PLAN OF REORGANIZATION AND SOLICIT ACCEPTANCES THEREOF**

       **PLEASE TAKE NOTICE** that, on August 23, 2022 at 10:00 a.m. (prevailing

Eastern Time) or as soon thereafter as counsel may be heard, LTL Management LLC, the

above-captioned debtor (the "Debtor") by and through its counsel, shall move before the

---

[1]      The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

Honorable Michael B. Kaplan, United States Bankruptcy Judge, at the United States Bankruptcy

Court, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608,

for the entry of an order, pursuant to 11 U.S.C. § 1121(d), (a) extending the period during which

the Debtor has the exclusive right to file a plan of reorganization to the first business day that is

30 days after the filing of the report regarding estimation of the Debtor's current and future talc

claims by the Court-appointed expert (the "Exclusive Filing Period"); and (b) extending the

period during which the Debtor has the exclusive right to solicit acceptances thereof for 60 days

after the expiration of the Exclusive Filing Period (the "Motion").

   **PLEASE TAKE FURTHER NOTICE** that, pursuant to D.N.J. LBR 9013-2,

responsive papers, if any, must be filed with the Clerk of the Bankruptcy Court, Clarkson S.

Fisher Courthouse, 402 East State Street, Trenton, New Jersey 08608, and served upon (a) the

Debtor's undersigned counsel, (b) counsel to the Official Committee of Talc Claimants, (c) the

Future Talc Claimants Representative and her counsel, (d) the Office of the United States

Trustee for the District of New Jersey, (e) the Fee Examiner and his counsel, and (f) any other

party entitled to notice no later than seven (7) days prior to the hearing.

   **PLEASE TAKE FURTHER NOTICE** that, unless an objection is timely filed

and served, the Motion will be deemed uncontested in accordance with D.N.J. LBR 9013-3(d)

and the relief may be granted without a hearing.

NAI-1532136001

Dated: August 2, 2022

**WOLLMUTH MAHER & DEUTSCH LLP**

*/s/ Paul R. DeFilippo*
Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
Joseph F. Pacelli, Esq. (*pro hac vice*)
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com
jlawlor@wmd-law.com
jpacelli@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

NAI-1532136001