**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No.: 21-30589<br><br>Judge: Michael B. Kaplan<br><br>**Hearing Date and Time:**<br>August 23, 2022 at 10:00 a.m. |

**THIRD ORDER EXTENDING THE EXCLUSIVE PERIODS TO FILE
A PLAN OF REORGANIZATION AND SOLICIT ACCEPTANCES THEREOF**

The relief set forth on the following pages is hereby **ORDERED**.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

NAI-1532136001

(Page 2)
Debtor: LTL Management LLC
Case No. 21-30589-MBK
Caption: Third Order Extending the Exclusive Periods to File a Plan of Reorganization and Solicit Acceptances Thereof

This matter coming before the Court on the *Debtor's Third Motion for an Order Extending the Exclusive Periods to File a Plan of Reorganization and Solicit Acceptances Thereof* (the "Motion"),[1] filed by the above-captioned debtor (the "Debtor"); the Court having reviewed the Motion and having heard the statements of counsel and evidence adduced with respect to the Motion at a hearing before the Court (the "Hearing"); the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (c) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and (d) cause exists within the meaning of section 1121(d) of the Bankruptcy Code for the extension of the Exclusive Periods granted herein; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Exclusive Filing Period is hereby extended through and including the first business day that is 30 days after the filing of a report by the Court Expert pursuant to section 1121(d) of the Bankruptcy Code.

3. The Exclusive Solicitation Period is hereby extended for 60 days after the end of the Exclusive Filing Period pursuant to section 1121(d) of the Bankruptcy Code.

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

NAI-1532136001

(Page 3)
Debtor: LTL Management LLC
Case No. 21-30589-MBK
Caption: Third Order Extending the Exclusive Periods to File a Plan of Reorganization and Solicit Acceptances Thereof

4. The extensions of the Exclusive Periods in this Order are without prejudice to the Debtor's right to seek further extensions of these periods.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation or enforcement of this Order.

NAI-1532136001