# **EXHIBIT A**

# **EXHIBIT A**

Customary and Comparable Compensation Disclosures with Fee Applications

| **Category of Timekeeper** | **Blended Hourly Rate** | |
|---|---|---|
| | **Billed Preceding Year, Excluding Bankruptcy** | **Billed this Application** |
| Partners | $515.30 | $495.13 |
| Counsel | $526.51 | $371.54 |
| Associates | $342.43 | $329.23 |
| Paraprofessionals | $156.94 | $128.81 |
| All Timekeepers Aggregated | $294.78 | $208.74 |

Case Name:            In re LTL Management LLC
Case Number:          21- 30589 (MBK)
Applicant's Name:     Shook, Hardy & Bacon L.L.P.
Date of Application:  August 4, 2022
Interim or Final:     First Interim