**EXHIBIT B**

## **EXHIBIT B**

Summary of Timekeepers Included in this Application

| NAME OF PROFESSIONAL AND TITLE | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| *Partners* | | | | |
| Ahern, Hunter | 2005 | $483.21 | 4.35 | $2,101.97 |
| Behrens, Mark | 1990 | $632.64 | 2.3 | $1,455.07 |
| Frazier, Kathleen | 2004 | $473.62 | 294.55 | $139,503.41 |
| Guthrie, Brian | 2010 | $368.04 | 4.2 | $1,545.77 |
| Healey, Michael | 1980 | $642.79 | 19.35 | $12,437.92 |
| Hegarty, Mark | 1990 | $597.52 | 1.45 | $866.40 |
| James, Scott | 2001 | $461.75 | 41.3 | $19,070.11 |
| Kelly, Colin | 2002 | $577.60 | 5.5 | $3,176.82 |
| Mangrum, Michelle | 1986 | $611.10 | 42.65 | $26,063.42 |
| McLoone, Jennifer | 2006 | $439.77 | 16.65 | $7,322.23 |
| Reilly, Kenneth | 1973 | $835.76 | 1.75 | $1,462.58 |
| Voss, Jennifer | 2005 | $415.16 | 0.95 | $394.40 |
| Vrasmasu, Mihai | 2006 | $414.20 | 0.25 | $103.55 |
| *Counsel* | | | | |
| Fields, Jeff | 1998 | $360.36 | 35.05 | $12,630.65 |
| Hamada, Darolyn | 1997 | $572.44 | 1.95 | $1,116.25 |
| *Associates* | | | | |
| Gieser, Caroline | 2016 | $391.66 | 1.4 | $548.33 |
| Gosch, Rebecca | 2016 | $293.85 | 16.25 | $4,775.04 |
| McNiel, Douglas | 2020 | $323.98 | 6.8 | $2,203.06 |
| Nwanguma, Ashleigh | 2019 | $311.88 | 59.25 | $18,478.73 |
| O'Rourke, Sarah | 2017 | $277.33 | 17.6 | $4,880.97 |
| Skelton, Timia | 2019 | $323.98 | 5.4 | $1,749.49 |
| Vanek, Brittany | 2016 | $367.66 | 23.8 | $8,750.24 |
| Weissenberger, Emily | 2007 | $437.31 | 14.6 | $6,384.75 |
| *Paraprofessionals* | | | | |
| Azpell, Jana | | $164.00 | 4.6 | $754.40 |
| Bernard, Thomas | | $195.00 | 5.4 | $1,053.00 |
| Creek, Jason | | $80.00 | 97.3 | $7,784.00 |
| Evans, DeAngelo | | $80.00 | 189.05 | $15,124.00 |
| George, Bill | | $80.00 | 29.9 | $2,392.00 |
| Gratton, Michelle | | $172.00 | 71.5 | $12,298.00 |
| Hart, Brian | | $80.00 | 39.5 | $3,160.00 |

| NAME OF PROFESSIONAL AND TITLE | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Holmquist, Gregory | | $80.00 | 48.2 | $3,856.00 |
| Jackson, Valeria | | $172.00 | 174.8 | $30,065.60 |
| Jordan, Claudia | | $164.00 | 54.2 | $8,888.80 |
| Kasselman, Gwen | | $162.00 | 61.25 | $9,922.50 |
| Kemery, Heather | | $139.00 | 10.5 | $1,459.50 |
| Keys, Tiffany | | $188.00 | 58.9 | $11,073.20 |
| Lamble, Bryan | | $80.00 | 44.15 | $3,532.00 |
| Lawrence, Lisa | | $80.00 | 12.2 | $976.00 |
| Lewis, Deborah | | $188.00 | 48.1 | $9,042.80 |
| Lewis, Janet | | $172.00 | 10.7 | $1,840.40 |
| Lingor, Stephanie | | $188.00 | 113.45 | $21,328.60 |
| Locke, Aaron | | $80.00 | 91.6 | $7,328.00 |
| Nordeen, Roger | | $80.00 | 49.65 | $3,972.00 |
| O'Toole, Theresa | | $80.00 | 56.65 | $4,532.00 |
| Phillips, Michelle | | $164.00 | 0.25 | $41.00 |
| Phillips, Scott | | $80.00 | 82.15 | $6,572.00 |
| Plettner, Mark | | $80.00 | 26.9 | $2,152.00 |
| Quigley, Jennifer | | $155.00 | 173.95 | $26,962.25 |
| Stufflebean, Kerry | | $164.00 | 68.75 | $11,275.00 |
| Weidner, Jason | | $164.00 | 163.25 | $26,773.00 |
| Wichert, Kelly | | $80.00 | 42.5 | $3,400.00 |
| Wood, Lindsay | | $50.00 | 24.25 | $1,212.50 |
| | | TOTALS: | 2,470.95 | $515,791.71 |

Case Name:            In re LTL Management LLC
Case Number:          21- 30589 (MBK)
Applicant's Name:     Shook, Hardy & Bacon L.L.P.
Date of Application:  August 4, 2022
Interim or Final:     First Interim