**EXHIBIT C**

# **EXHIBIT C**

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| B160 | Fee/Employment Applications | 60.60 | $28,287.80 |
| B190 | Litigation Consulting | 2410.35 | $487,503.91 |
| **Total Fees Requested:** | | | **$515,791.71** |

| | |
|---|---|
| Case Name: | In re LTL Management LLC |
| Case Number: | 21- 30589 (MBK) |
| Applicant's Name: | Shook, Hardy & Bacon L.L.P. |
| Date of Application: | August 4, 2022 |
| Interim or Final: | First Interim |