**<u>EXHIBIT D</u>**

# EXHIBIT D

Summary of Expense Reimbursement Requested by Category

| DISBURSEMENTS | AMOUNTS |
|---|---|
| Filing Fees | $763.60 |
| Georgia Bar Fees | $103.00 |
| **Total Disbursements Requested:** | **$866.60** |

Case Name:           In re LTL Management LLC
Case Number:         21- 30589 (MBK)
Applicant's Name:    Shook, Hardy & Bacon L.L.P.
Date of Application: August 4, 2022
Interim or Final:    First Interim