Exhibit B Page 1 of 13

# Exhibit "B"

64799657 v1

brownrudnick

LTL MANAGEMENT (JOHNSON AND JOHNSON)-THE OFFICIAL COMMITTEE OF TALC TORT VICTIMS
C/O DAVID J. MOLTON
BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK, NY 10036

Invoice 6943799
Date Aug 3, 2022
Client 037381

RE: COSTS

# INVOICE

For professional services rendered in connection with the above captioned matter through July 31, 2022:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 037381.0001 | COSTS | 0.00 | 92,269.11 | 92,269.11 |
| | **Total** | **0.00** | **92,269.11** | **92,269.11** |

| | |
|---|---|
| Total Current Fees | $0.00 |
| Total Current Costs | $92,269.11 |
| **Total Invoice** | **$92,269.11** |

******NEW REMITTANCE INSTRUCTIONS******

Please note that our remittance instructions have changed.
New remittance instructions are included on the remittance page of this invoice.
Please update your records to reflect this change.

Exhibit B Page 3 of 13

LTL MANAGEMENT (JOHNSON AND JOHNSON)-THE OFFICIAL COMMITTEE OF TALC TORT VICTIMS
Invoice 6943799
RE: COSTS
Page 2
August 3, 2022

## COST DETAIL

| Date | Description | Value |
|---|---|---|
| 06/10/22 | MILEAGE - 05/23/22; VENDOR: ERIC GOODMAN; INVOICE#: 061022; DATE: 6/10/2022 | 15.80 |
| 06/10/22 | MEALS - 05/24/22; VENDOR: ERIC GOODMAN; INVOICE#: 061022; DATE: 6/10/2022 - LUNCH | 40.00 |
| 06/10/22 | PARKING AND TOLLS - 05/26/22; VENDOR: ERIC GOODMAN; INVOICE#: 061022; DATE: 6/10/2022 | 40.00 |
| 06/10/22 | TAXI - 05/31/22; VENDOR: ERIC GOODMAN; INVOICE#: 061022; DATE: 6/10/2022 | 66.59 |
| 06/10/22 | MEALS - 06/01/22; VENDOR: ERIC GOODMAN; INVOICE#: 061022; DATE: 6/10/2022 - DINNER 4 PEOPLE | 247.95 |
| 06/10/22 | HOTEL - 05/31-06/03/22; VENDOR: ERIC GOODMAN; INVOICE#: 061022; DATE: 6/10/2022 | 1,178.01 |
| 06/10/22 | TAXI - 06/03/22; VENDOR: ERIC GOODMAN; INVOICE#: 061022; DATE: 6/10/2022 | 97.02 |
| 06/10/22 | MEALS - 06/03/22; VENDOR: ERIC GOODMAN; INVOICE#: 061022; DATE: 6/10/2022 - LUNCH | 19.04 |
| 06/10/22 | PARKING AND TOLLS - 06/03/22; VENDOR: ERIC GOODMAN; INVOICE#: 061022; DATE: 6/10/2022 | 60.00 |
| 06/10/22 | MILEAGE - 06/03/22; VENDOR: ERIC GOODMAN; INVOICE#: 061022; DATE: 6/10/2022 | 31.59 |
| 06/10/22 | TAXI - 06/06/22; VENDOR: ERIC GOODMAN; INVOICE#: 061022; DATE: 6/10/2022 | 50.59 |
| 06/10/22 | HOTEL - 06/06-06/07/22; VENDOR: ERIC GOODMAN; INVOICE#: 061022; DATE: 6/10/2022 | 712.82 |
| 06/10/22 | HOTEL - 06/06-06/07/22; VENDOR: ERIC GOODMAN; INVOICE#: 061022; DATE: 6/10/2022 | 490.04 |
| 06/10/22 | TAXI - 06/08/22; VENDOR: ERIC GOODMAN; INVOICE#: 061022; DATE: 6/10/2022 | 68.90 |
| 06/10/22 | PARKING AND TOLLS - 06/08/22; VENDOR: ERIC GOODMAN; INVOICE#: 061022; DATE: 6/10/2022 | 40.00 |
| 06/10/22 | MILEAGE - 06/08/22; VENDOR: ERIC GOODMAN; INVOICE#: 061022; DATE: 6/10/2022 | 31.59 |
| 06/13/22 | MEALS - VENDOR: ERIC GOODMAN; INVOICE#: 063022; DATE: 6/30/2022 COFFEE | 6.45 |
| 06/14/22 | TRAVEL AGENT FEE - 05/12/22; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-622; DATE: 6/14/2022 | 30.00 |
| 06/14/22 | AIRFARE - 05/12/22; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-622; DATE: 6/14/2022 | 227.98 |
| 06/14/22 | TRAVEL AGENT FEE - 05/12/22; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-622; DATE: 6/14/2022 | 30.00 |
| 06/14/22 | TRAVEL AGENT FEE - 05/13/22; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-622; DATE: 6/14/2022 | 30.00 |

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200



| Date | Description | Value |
|---|---|---|
| 06/14/22 | AIRFARE - 05/19/22; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-622; DATE: 6/14/2022 | 446.58 |
| 06/14/22 | TRAVEL AGENT FEE - 05/19/22; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-622; DATE: 6/14/2022 | 30.00 |
| 06/14/22 | HOTEL - 05/20/22; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-622; DATE: 6/14/2022 | 1,278.44 |
| 06/14/22 | HOTEL - 05/23/22; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-622; DATE: 6/14/2022 | 400.04 |
| 06/14/22 | HOTEL - 05/25/22; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-622; DATE: 6/14/2022 | 463.75 |
| 06/14/22 | TRAIN TRAVEL - 05/26/22; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-622; DATE: 6/14/2022 | 421.00 |
| 06/14/22 | TRAVEL AGENT FEE - 05/26/22; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-622; DATE: 6/14/2022 | 30.00 |
| 06/14/22 | AIRFARE - 06/02/22; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-622; DATE: 6/14/2022 | 917.19 |
| 06/14/22 | TRAVEL AGENT FEE - 06/0/22; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-622; DATE: 6/14/2022 | 30.00 |
| 06/14/22 | TRAVEL AGENT FEE - 06/06/22; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-622; DATE: 6/14/2022 | 30.00 |
| 06/14/22 | TRAVEL AGENT FEE - 06/06/22; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-622; DATE: 6/14/2022 | 30.00 |
| 06/14/22 | TRAVEL AGENT FEE - 06/09/22; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-622; DATE: 6/14/2022 | 30.00 |
| 06/14/22 | AIRFARE - 06/10/22; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-622; DATE: 6/14/2022 | 606.36 |
| 06/14/22 | TRAVEL AGENT FEE - 06/10/22; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-622; DATE: 6/14/2022 | 30.00 |
| 06/14/22 | TRAVEL AGENT FEE - 06/12/22; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-622; DATE: 6/14/2022 | 30.00 |
| 06/14/22 | TRAVEL AGENT FEE - 06/12/22; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-622; DATE: 6/14/2022 | 30.00 |
| 06/14/22 | MEALS - VENDOR: ERIC GOODMAN; INVOICE#: 063022; DATE: 6/30/2022 - LUNCH | 22.67 |
| 06/14/22 | PARKING AND TOLLS - VENDOR: ERIC GOODMAN; INVOICE#: 063022; DATE: 6/30/2022 | 40.00 |
| 06/14/22 | MILEAGE - VENDOR: ERIC GOODMAN; INVOICE#: 063022; DATE: 6/30/2022 | 31.59 |
| 06/16/22 | TRANSCRIPTS - VENDOR: AMERICAN EXPRESS; INVOICE#: 061622SO; DATE: 6/16/2022 | 18.00 |
| 06/16/22 | OUTSIDE COPIES - 06/10/22; VENDOR: AMERICAN EXPRESS; INVOICE#: 061622KG; DATE: 6/16/2022 | 47.00 |
| 06/27/22 | MEALS - VENDOR: ERIC GOODMAN; INVOICE#: 063022; DATE: 6/30/2022 - DINNER | 14.60 |
| 06/27/22 | TAXI - VENDOR: ERIC GOODMAN; INVOICE#: 063022; DATE: 6/30/2022 | 61.72 |



| Date | Description | Value |
|---|---|---|
| 06/28/22 | MEALS - VENDOR: ERIC GOODMAN; INVOICE#: 063022; DATE: 6/30/2022 - BREAKFAST | 8.33 |
| 06/28/22 | TAXI - VENDOR: ERIC GOODMAN; INVOICE#: 063022; DATE: 6/30/2022 | 34.37 |
| 06/28/22 | TAXI - VENDOR: ERIC GOODMAN; INVOICE#: 063022; DATE: 6/30/2022 | 27.31 |
| 06/29/22 | MEALS - VENDOR: ERIC GOODMAN; INVOICE#: 063022; DATE: 6/30/2022 - BREAKFAST COFFEE | 3.97 |
| 06/29/22 | MEALS - VENDOR: ERIC GOODMAN; INVOICE#: 063022; DATE: 6/30/2022 - DINNER 3 PEOPLE | 183.00 |
| 06/30/22 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 5.00 |
| 06/30/22 | MEALS - VENDOR: ERIC GOODMAN; INVOICE#: 063022; DATE: 6/30/2022 - BREAKFAST | 14.96 |
| 06/30/22 | MEALS - VENDOR: ERIC GOODMAN; INVOICE#: 063022; DATE: 6/30/2022 - LUNCH COFFEE | 3.97 |
| 06/30/22 | HOTEL - VENDOR: ERIC GOODMAN; INVOICE#: 063022; DATE: 6/30/2022 | 1,438.56 |
| 06/30/22 | TAXI - VENDOR: ERIC GOODMAN; INVOICE#: 063022; DATE: 6/30/2022 | 89.39 |
| 06/30/22 | MILEAGE - VENDOR: ERIC GOODMAN; INVOICE#: 063022; DATE: 6/30/2022 | 31.59 |
| 06/30/22 | PARKING AND TOLLS - VENDOR: ERIC GOODMAN; INVOICE#: 063022; DATE: 6/30/2022 | 60.00 |
| 07/01/22 | COPIES | 0.10 |
| 07/01/22 | COPIES | 0.10 |
| 07/01/22 | EDISCOVERY HOSTING | 150.00 |
| 07/01/22 | EDISCOVERY HOSTING | 91.00 |
| 07/01/22 | PACER | 0.50 |
| 07/01/22 | PACER | 2.50 |
| 07/01/22 | PACER | 0.20 |
| 07/01/22 | PACER | 58.80 |
| 07/01/22 | PACER | 179.40 |
| 07/01/22 | PACER | 4.20 |
| 07/01/22 | PACER | 12.30 |
| 07/01/22 | PACER | 49.30 |
| 07/01/22 | PACER | 0.50 |
| 07/01/22 | PACER | 6.80 |
| 07/01/22 | PACER | 154.10 |
| 07/06/22 | COPIES | 7.50 |
| 07/08/22 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 10.00 |
| 07/10/22 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 5.00 |
| 07/11/22 | COPIES | 0.60 |
| 07/12/22 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 10.00 |
| 07/12/22 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |



| Date | Description | Value |
|---|---|---|
| 07/14/22 | OVERNIGHT DELIVERY | 30.00 |
| 07/16/22 | TRANSCRIPTS - VENDOR: AMERICAN EXPRESS; INVOICE#: 071622HC; DATE: 7/16/2022 | 100.39 |
| 07/16/22 | TRANSCRIPTS - VENDOR: AMERICAN EXPRESS; INVOICE#: 071622HC; DATE: 7/16/2022 | 45.00 |
| 07/18/22 | TAXI - VENDOR: ELITE LIMOUSINE PLUS, INC; INVOICE#: 2000453; DATE: 2/18/2022 | 285.63 |
| 07/18/22 | TAXI - VENDOR: ELITE LIMOUSINE PLUS, INC; INVOICE#: 2001051; DATE: 6/10/2022 | 251.77 |
| 07/18/22 | TAXI - VENDOR: ELITE LIMOUSINE PLUS, INC; INVOICE#: 2001108; DATE: 6/24/2022 | 602.00 |
| 07/18/22 | TAXI - VENDOR: ELITE LIMOUSINE PLUS, INC; INVOICE#: 2001108; DATE: 6/24/2022 | 899.38 |
| 07/18/22 | TAXI - VENDOR: ELITE LIMOUSINE PLUS, INC; INVOICE#: 2001108; DATE: 6/24/2022 | 780.58 |
| 07/18/22 | TAXI - VENDOR: ELITE LIMOUSINE PLUS, INC; INVOICE#: 2001108; DATE: 6/24/2022 | 575.01 |
| 07/18/22 | COPIES | 2.90 |
| 07/18/22 | COPIES | 3.20 |
| 07/18/22 | COPIES | 3.80 |
| 07/18/22 | COPIES | 0.30 |
| 07/18/22 | COPIES | 0.90 |
| 07/18/22 | COPIES | 1.70 |
| 07/18/22 | COPIES | 0.30 |
| 07/18/22 | COPIES | 0.30 |
| 07/18/22 | COPIES | 5.40 |
| 07/18/22 | COPIES | 0.70 |
| 07/18/22 | COPIES | 0.20 |
| 07/18/22 | COPIES | 1.50 |
| 07/18/22 | COPIES | 10.10 |
| 07/18/22 | COPIES | 2.50 |
| 07/18/22 | COPIES | 0.30 |
| 07/18/22 | COPIES | 0.40 |
| 07/18/22 | COPIES | 2.10 |
| 07/18/22 | COPIES | 0.40 |
| 07/18/22 | COPIES | 3.20 |
| 07/18/22 | COPIES | 0.10 |
| 07/18/22 | COPIES | 0.60 |
| 07/18/22 | COPIES | 0.60 |

Exhibit B Page 7 of 13

LTL MANAGEMENT (JOHNSON AND JOHNSON)-THE OFFICIAL COMMITTEE OF TALC TORT VICTIMS
Invoice 6943799
RE: COSTS Page 6
August 3, 2022

| Date | Description | Value |
|---|---|---|
| 07/18/22 | COPIES | 0.60 |
| 07/18/22 | COPIES | 5.30 |
| 07/18/22 | COPIES | 1.80 |
| 07/18/22 | COPIES | 10.30 |
| 07/18/22 | COPIES | 2.10 |
| 07/18/22 | COPIES | 0.80 |
| 07/18/22 | COPIES | 1.90 |
| 07/20/22 | TAXI - VENDOR: BOSTON COACH CORP.; INVOICE#: 320634; DATE: 5/31/2022 | 237.34 |
| 07/20/22 | TAXI - VENDOR: BOSTON COACH CORP.; INVOICE#: 320634; DATE: 5/31/2022 | 275.42 |
| 07/20/22 | COPIES | 1.90 |
| 07/20/22 | COPIES | 0.20 |
| 07/20/22 | COPIES | 0.60 |
| 07/20/22 | COPIES | 4.00 |
| 07/20/22 | COPIES | 2.30 |
| 07/20/22 | COPIES | 0.70 |
| 07/20/22 | COPIES | 4.80 |
| 07/20/22 | COPIES | 2.30 |
| 07/20/22 | COPIES | 0.60 |
| 07/20/22 | COPIES | 4.00 |
| 07/20/22 | COPIES | 3.20 |
| 07/20/22 | COPIES | 0.30 |
| 07/20/22 | COPIES | 15.50 |
| 07/20/22 | COPIES | 2.30 |
| 07/20/22 | COPIES | 3.80 |
| 07/20/22 | COPIES | 2.50 |
| 07/20/22 | COPIES | 0.10 |
| 07/20/22 | COPIES | 0.20 |
| 07/20/22 | COPIES | 0.10 |
| 07/20/22 | MEALS - 05/24/22; VENDOR: DAVID MOLTON; INVOICE#: 072022; DATE: 7/20/2022 - BREAKFAST AT THE HOTEL | 21.06 |
| 07/21/22 | PROFESSIONAL SERVICES BRI LLC | 1,665.00 |
| 07/21/22 | LEXIS | 49.00 |
| 07/22/22 | COPIES | 6.30 |
| 07/22/22 | COPIES | 0.10 |
| 07/22/22 | PROFESSIONAL SERVICES BRI LLC | 360.00 |

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200



| Date | Description | Value |
|---|---|---|
| 07/22/22 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 5.00 |
| 07/22/22 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 07/23/22 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 69.00 |
| 07/23/22 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 07/24/22 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 5.00 |
| 07/25/22 | FILING FEE - 07/18/22; VENDOR: KEN AULET; INVOICE#: 071922; DATE: 7/25/2022 - FILING FEE | 269.86 |
| 07/25/22 | CONSULTING - VENDOR: COUNSEL PRESS LLC; INVOICE#: 0009137816; DATE: 7/5/2022 - APPELLATE PRINTING AND SERVICES | 67,019.64 |
| 07/25/22 | CONSULTING - VENDOR: COUNSEL PRESS LLC; INVOICE#: 0009137817; DATE: 7/5/2022 - APPELLATE PRINTING AND SERVICES | 3,759.29 |
| 07/25/22 | COPIES | 0.10 |
| 07/25/22 | COPIES | 2.60 |
| 07/25/22 | COPIES | 0.10 |
| 07/25/22 | COPIES | 0.30 |
| 07/25/22 | COPIES | 0.20 |
| 07/25/22 | COPIES | 2.00 |
| 07/25/22 | COPIES | 0.30 |
| 07/25/22 | COPIES | 0.40 |
| 07/25/22 | COPIES | 0.10 |
| 07/25/22 | COPIES | 0.30 |
| 07/25/22 | COPIES | 0.10 |
| 07/25/22 | COPIES | 0.20 |
| 07/25/22 | COPIES | 0.10 |
| 07/25/22 | COPIES | 0.60 |
| 07/25/22 | COPIES | 2.40 |
| 07/25/22 | COPIES | 0.50 |
| 07/25/22 | COPIES | 3.00 |
| 07/25/22 | COPIES | 0.60 |
| 07/25/22 | COPIES | 2.90 |
| 07/25/22 | COPIES | 0.70 |
| 07/25/22 | COPIES | 6.10 |
| 07/25/22 | COPIES | 0.10 |
| 07/25/22 | COPIES | 3.30 |
| 07/25/22 | COPIES | 0.50 |
| 07/25/22 | COPIES | 0.30 |
| 07/25/22 | COPIES | 0.10 |



| Date | Description | Value |
|---|---|---|
| 07/25/22 | COPIES | 1.90 |
| 07/25/22 | COPIES | 0.20 |
| 07/25/22 | COPIES | 4.40 |
| 07/25/22 | COPIES | 0.70 |
| 07/25/22 | COPIES | 3.30 |
| 07/25/22 | COPIES | 0.20 |
| 07/25/22 | COPIES | 0.50 |
| 07/25/22 | COPIES | 0.10 |
| 07/25/22 | COPIES | 2.60 |
| 07/25/22 | COPIES | 1.10 |
| 07/25/22 | COPIES | 0.20 |
| 07/25/22 | COPIES | 3.60 |
| 07/25/22 | COPIES | 0.20 |
| 07/25/22 | COPIES | 2.90 |
| 07/25/22 | COPIES | 0.10 |
| 07/25/22 | COPIES | 2.00 |
| 07/25/22 | COPIES | 0.30 |
| 07/25/22 | COPIES | 0.10 |
| 07/25/22 | COPIES | 0.20 |
| 07/25/22 | COPIES | 0.10 |
| 07/25/22 | COPIES | 3.10 |
| 07/25/22 | COPIES | 0.70 |
| 07/25/22 | COPIES | 3.00 |
| 07/25/22 | COPIES | 0.20 |
| 07/25/22 | COPIES | 1.70 |
| 07/25/22 | COPIES | 0.10 |
| 07/25/22 | COPIES | 3.20 |
| 07/25/22 | COPIES | 0.10 |
| 07/25/22 | COPIES | 0.60 |
| 07/25/22 | COPIES | 0.60 |
| 07/25/22 | COPIES | 11.70 |
| 07/25/22 | COPIES | 2.30 |
| 07/25/22 | COPIES | 4.90 |
| 07/25/22 | COPIES | 0.10 |
| 07/25/22 | COPIES | 1.90 |
| 07/25/22 | COPIES | 5.40 |



| Date | Description | Value |
|---|---|---|
| 07/25/22 | COPIES | 0.60 |
| 07/25/22 | COPIES | 0.10 |
| 07/25/22 | COPIES | 0.20 |
| 07/25/22 | COPIES | 0.40 |
| 07/25/22 | COPIES | 0.60 |
| 07/25/22 | COPIES | 0.20 |
| 07/25/22 | COPIES | 4.40 |
| 07/25/22 | COPIES | 0.10 |
| 07/25/22 | COPIES | 2.10 |
| 07/25/22 | COPIES | 0.10 |
| 07/25/22 | COPIES | 0.40 |
| 07/25/22 | COPIES | 4.80 |
| 07/25/22 | COPIES | 0.40 |
| 07/25/22 | COPIES | 0.20 |
| 07/25/22 | COPIES | 0.70 |
| 07/25/22 | COPIES | 0.20 |
| 07/25/22 | COPIES | 0.40 |
| 07/25/22 | COPIES | 0.10 |
| 07/25/22 | COPIES | 4.00 |
| 07/25/22 | COPIES | 2.30 |
| 07/25/22 | COPIES | 1.60 |
| 07/25/22 | COPIES | 0.20 |
| 07/25/22 | COPIES | 1.20 |
| 07/25/22 | COPIES | 0.20 |
| 07/25/22 | COPIES | 3.80 |
| 07/25/22 | COPIES | 2.50 |
| 07/25/22 | COPIES | 0.80 |
| 07/25/22 | COPIES | 0.10 |
| 07/25/22 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 5.00 |
| 07/25/22 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 10.00 |
| 07/25/22 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 94.00 |
| 07/25/22 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 10.00 |
| 07/25/22 | LEXIS | 245.00 |
| 07/26/22 | COPIES | 4.60 |
| 07/26/22 | COPIES | 1.70 |
| 07/26/22 | COPIES | 1.90 |



| Date | Description | Value |
|---|---|---|
| 07/26/22 | COPIES | 0.80 |
| 07/26/22 | COPIES | 1.90 |
| 07/26/22 | COPIES | 1.80 |
| 07/26/22 | COPIES | 4.90 |
| 07/26/22 | COPIES | 0.10 |
| 07/26/22 | COPIES | 0.80 |
| 07/26/22 | COPIES | 4.90 |
| 07/26/22 | COPIES | 0.10 |
| 07/26/22 | COPIES | 9.60 |
| 07/26/22 | COPIES | 8.10 |
| 07/26/22 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 10.00 |
| 07/26/22 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 139.00 |
| 07/26/22 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 792.00 |
| 07/27/22 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 5.00 |
| 07/27/22 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 198.00 |
| 07/27/22 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 5.00 |
| 07/27/22 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 594.00 |
| 07/28/22 | COPIES | 3.90 |
| 07/31/22 | TAXI - VENDOR: ELITE LIMOUSINE PLUS, INC; INVOICE#: 2001173; DATE: 7/8/2022 | 381.49 |
| 07/31/22 | TAXI - VENDOR: ELITE LIMOUSINE PLUS, INC; INVOICE#: 2001278; DATE: 7/29/2022 | 691.49 |
| | **Total Costs** | **92,269.11** |

## COST SUMMARY

| Description | Value |
|---|---|
| FILING FEE | 269.86 |
| CONSULTING | 70,778.93 |
| PARKING AND TOLLS | 240.00 |
| MEALS | 586.00 |
| OUTSIDE COPIES | 47.00 |
| TRANSCRIPTS | 163.39 |
| TRAVEL AGENT FEE | 360.00 |
| TRAIN TRAVEL | 421.00 |
| AIRFARE | 2,198.11 |
| MILEAGE | 142.16 |

Exhibit B Page 12 of 13

LTL MANAGEMENT (JOHNSON AND JOHNSON)-THE OFFICIAL COMMITTEE OF TALC TORT VICTIMS
Invoice 6943799
RE: COSTS
Page 11
August 3, 2022

| Description | Value |
|---|---|
| TAXI | 5,476.00 |
| HOTEL | 5,961.66 |
| OVERNIGHT DELIVERY | 30.00 |
| LEXIS | 294.00 |
| WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2,268.00 |
| PACER | 468.60 |
| EDISCOVERY HOSTING | 241.00 |
| PROFESSIONAL SERVICES BRI LLC | 2,025.00 |
| COPIES | 298.40 |
| **Total Costs** | **92,269.11** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200



brownrudnick

LTL MANAGEMENT (JOHNSON AND JOHNSON)-THE OFFICIAL COMMITTEE OF TALC TORT VICTIMS
C/O DAVID J. MOLTON
BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6943799 |
| Date | Aug 3, 2022 |
| Client | 037381 |

RE: COSTS

**Balance Due: $92,269.11**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number: 021000021
SWIFT Code: CHASUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: 760367067

******NEW REMITTANCE INSTRUCTIONS******

Please note that our remittance instructions have changed. New remittance instructions are included on the remittance page of this invoice.
Please update your records to reflect this change.