**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1 FEE APPLICATION COVER SHEET**

**FEE STATEMENT COVER SHEET**

| | | | |
|---|---|---|---|
| Debtor: | LTL Management LLC | Applicant: | Bailey Glasser LLP |
| Case No.: | 21-30589 (MBK) | Client: | Official Committee of Talc Claimants |
| Chapter: | 11 | Case Filed: | October 14, 2021 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

**SECTION I**
**FEE SUMMARY**

Monthly Fee Statement Covering The Period
July 1, 2022 Through July 31, 2022

Interim Monthly Fee Statement No. 9.

Summary of Amounts Requested for the Period from July 1, 2022 through July 31, 2022 (the "Ninth Statement Period"):

| | |
|---|---|
| Total Fees: | $ 183,287.50 |
| Total Disbursements | $ 3,521.10 |
| Minus 20% Holdback of Fees | $ 36,657.50 |
| Amount Sought at this Time: | $ 150,151.10 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1.  D. Todd Matthews, Partner | 1996 | 26.1 | 750.00 | 19,575.00 |
| 2.  Kevin W. Barrett, Partner | 1987 | 18.6 | 975.00 | 18,135.00 |
| 3.  Brian A. Glasser, Partner | 1994 | 35.6 | 975.00 | 34,710.00 |
| 4.  David L. Selby, Partner | 1990 | 2.2 | 750.00 | 1,650.00 |
| 5.  Maggie B. Burris, Partner | 2014 | 35.0 | 750.00 | 26,250.00 |
| 6.  Thanos Basdekis, Of Counsel | 1988 | 42.00 | 750.00 | 33,600.00 |
| 7.  Thomas B. Bennett, Of Counsel | 1976 | 48.1 | 975.00 | 46,897.50 |
| 8.  Jason E. Kittinger | N/A | 7.6 | 325.00 | 2,470.00 |
| 9.  **TOTAL FEES** | | **215.2** | | **183,287.50** |
| 10. **BLENDED RATE** | | | **851.71** | |

## SECTION II
## SUMMARY OF SERVICES

| | SERVICES RENDERED | HOURS | FEE |
|---|---|---|---|
| a) | **Asset Analysis and Recovery:** Identification and review of potential assets including causes of action and non-litigation recoveries. | 0 | $0 |
| b) | **Asset Disposition** Sales, leases (section 365 matters), abandonment and related transaction work related to asset disposition. | 0 | $0 |
| c) | **Assumption and Rejection of Leases and Contracts** Analysis of leases and executory contracts and preparation of motions specifically to assume or reject. | 0 | $0 |
| d) | **Avoidance Action Analysis** Review of potential avoiding actions under Sections 544–549 of the Code to determine whether adversary proceedings are warranted. | 0 | $0 |
| e) | **Budgeting (Case)** Preparation, negotiation, and amendment to budgets for applicant. | 0 | $0 |
| f) | **Business Operations** Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | 0 | $0 |
| g) | **Case Administration** Coordination and compliance activities not specifically covered by another category. | 6.8 | $3,510.00 |
| h) | **Claims Administration and Objections** Specific claim inquiries; bar date motions; analyses, objections and allowances of claims. | 0 | $0 |
| i) | **Corporate Governance and Board Matters** Preparation for and attendance at Board of Directors meetings; analysis and advice regarding corporate governance issues, including trustee, examiner, and CRO issues; review and preparation of corporate documents (e.g., articles and bylaws, etc.). | 0 | $0 |
| j) | **Employee Benefits and Pensions** Review and preparation related to employee and retiree benefit issues, including compensation, bonuses, severance, insurance benefits, and 401K, pensions, or other retirement plans. | 0 | $0 |
| k) | **Employment and Fee Applications** Preparation of employment and fee applications for self or others; motions to establish interim procedures. | 7.0 | $6,175.00 |
| l) | **Employment and Fee Application Objections** Review of and objections to the employment and fee applications of others. | | |

| | | | |
|---|---|---:|---:|
| m) | **Litigation**<br>Contested Matters and Adversary Proceedings (not otherwise within a specific project category), each identified separately by caption and adversary number, or title of motion or application and docket number, and using the Uniform Task Based Management System (''UTBMS'') Litigation Task Code Set. | 179.9 | $154,507.50 |
| n) | **Meetings and Communications with Creditors**<br>Preparation for and attendance at section 341(a) meeting and any other meetings with creditors and creditors' committees. | 5.0 | $4,425.00 |
| o) | **Non-Working Travel**<br>Non-working travel where the court reimburses at less than full hourly rates. | 9.1 | $7,455.00 |
| p) | **Plan and Disclosure Statement**<br>Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to the allowance and objections to allowance of claims. | 7.4 | $7,215.00 |
| q) | **Real Estate**<br>Review and analysis of real estate-related matters, including purchase agreements and lease provisions (e.g., common area maintenance clauses). | 0 | $0 |
| r) | **Relief from Stay and Adequate Protection**<br>Matters relating to termination or continuation of automatic stay under 11 U.S.C. 362 and motions for adequate protection under 11 U.S.C. 361. | 0 | $0 |
| s) | **Reporting**<br>Statement of financial affairs, schedules, monthly operating reports, and any other accounting or reporting activities; contacts with the United States Trustee not included in other categories. | 0 | $0 |
| t) | **Tax**<br>Analysis of tax issues and preparation of federal and state tax returns. | 0 | $0 |
| u) | **Valuation**<br>Appraise or review appraisals of assets. | 0 | $0 |
| **SERVICE TOTALS:** | | **215.2** | **$183,287.50** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | | AMOUNT |
|---|---|---:|
| a) | **Copies** | 0.00 |
| b) | **Outside Printing** | 0.00 |
| c) | **Telephone** | 0.00 |
| d) | **Facsimile** | 0.00 |
| e) | **Online Research** | 93.59 |
| f) | **Delivery Services/Couriers** | 14.12 |
| g) | **Postage** | 0.00 |
| h) | **Local Travel** | 0.00 |
| i) | **Out-of-town Travel** | |
| j) | **Out-of-town Travel: Transportation** | 1,884.80 |
| k) | **Out-of-town Travel: Hotel** | 835.75 |
| l) | **Out-of-town Travel: Meals** | 0.00 |
| m) | **Out-of-town Travel: Ground Transportation** | 86.58 |
| n) | **Out-of-town Travel: Other—Baggage Fees and Wifi on Plane** | 65.00 |
| o) | **Meals (local)** | 0.00 |
| p) | **Court Fees** | 243.30 |
| q) | **Subpoena Fees** | 0.00 |
| r) | **Witness Fees** | 0.00 |
| s) | **Deposition Transcripts** | 0.00 |
| t) | **Trial Transcripts** | 0.00 |
| u) | **Trial Exhibits** | 0.00 |
| v) | **Litigation Support Vendors** | 297.96 |
| w) | **Experts** | 0.00 |
| x) | **Investigators** | 0.00 |

| DISBURSEMENTS | AMOUNT |
|---|---:|
| y)  **Arbitrators/Mediators** | 0.00 |
| z)  **Other—Court Call** | 0.00 |
| **DISBURSEMENTS TOTAL:** | $3,521.10 |

I certify under penalty of perjury that the above is true.

Dated:  August 8, 2022                                       */s/ Thomas B. Bennett*
                                                                           Thomas B. Bennet