# <u>EXHIBIT 1</u>

Order Filed on December 17, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Matthew I.W. Baker, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>mbaker@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br>*Proposed Local Counsel to the Official Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Robert J. Stark, Esq.<br>Michael Winograd, Esq.<br>Jeffrey L. Jonas, Esq.<br>dmolton@brownrudnick.com<br>rstark@brownrudnick.com<br>mwinograd@brownrudnick.com<br>jjonas@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>and<br><br>Sunni P. Beville, Esq.<br>sbeville@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Proposed Co-Counsel for the Official Committee of Talc Claimants* |
| **BAILEY GLASSER LLP**<br>Brian A. Glasser, Esq.<br>Thomas B. Bennett, Esq.<br>bglasser@baileyglasser.com<br>tbennett@baileyglasser.com<br>105 Thomas Jefferson St. NW, Suite 540<br>Washington, DC 20007<br>Tel: (202) 463-2101<br>Fax: (202) 463-2103<br>*Proposed Co Counsel for the Offical Committee of Talc Claimants* | **OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Adam C. Silverstein, Esq.<br>Jennifer S. Feeney, Esq.<br>mcyganowski@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>*Proposed Co-Counsel for the Official Committee of Talc Claimants* |

| PARKINS LEE & RUBIO LLP | MASSEY & GAIL LLP |
|---|---|
| Leonard M. Parkins, Esq.<br>Charles M. Rubio, Esq.<br>lparkins@parkinslee.com<br>crubio@parkinslee.com<br>Pennzoil Place<br>700 Milan St., Suite 1300<br>Houston, TX 77002<br>Tel: (713) 715-1666<br>*Proposed Special Counsel to the Official Committee of Talc Claimants* | Jonathan S. Massey, Esq.<br>jmassey@masseygail.com<br>100 Main Ave. SW, Suite 450<br>Washington, DC 20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>*Proposed Special Counsel for the Official Committee of Talc Claimants* |

| | |
|---|---|
| In re:<br><br>**LTL MANAGEMENT, LLC,**<br><br>              Debtor. | Chapter 11<br><br>Case No.: 21-30589(MBK)<br><br>Honorable Michael B. Kaplan |

**REVISED**
**ORDER AUTHORIZING AND APPROVING THE RETENTION AND EMPLOYMENT OF BAILEY & GLASSER LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF TALC CLAIMANTS, EFFECTIVE AS OF NOVEMBER 11, 2021**

The relief set forth on the following pages is hereby **ORDERED.**

DATE: December 17, 2021

Honorable Michael B. Kaplan
United States Bankruptcy Judge

6750068.1

Upon consideration of the *Amended Application of the Official Committee of Talc Claimants to Retain and Employ Bailey & Glasser LLP as Co-Lead Counsel Effective as of November 11, 2021* (the "Application"),[1] pursuant to sections 328 and 1103(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Rule 2014-1 of the Rules of the United States Bankruptcy Court for the District of New Jersey (the "Local Rules"), authorizing and approving the employment of Bailey & Glasser LLP ("Bailey Glasser") as co-lead counsel to the Official Committee of Talc Claimants (the "Committee") appointed in the above-captioned bankruptcy case (the "Case") of LTL Management LLC's (the "Debtor"), effective as of November 11, 2021; and the declarations of Thomas B. Bennett in support of the Application annexed thereto; and the Court having jurisdiction to consider the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that the relief requested in the Application is in the best interests of the Debtor's estate, its creditors and other parties in interest; and the Committee having provided adequate and appropriate notice of the Application under the circumstances; and after due deliberation and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Application is GRANTED as set forth herein.

2.      The Committee is authorized pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code to retain and employ Bailey Glasser as co-lead counsel to the Committee effective as of November 11, 2021.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

6750068.1

3.      Bailey Glasser shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Case as set forth in the Application and in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable procedures or orders of this Court.

4.      The Committee and Bailey Glasser are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5.      The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

6.      Notwithstanding any provision in the Bankruptcy Rules to the contrary, this Order shall be immediately effective and enforceable upon its entry.

7.      Further terms of this Order are as follows:

(i)     Bailey Glasser will only bill 50% for non-working travel and shall not seek the reimbursement of any fees or costs, including attorney fees and costs, arising from the defense of any of Bailey Glasser's fee applications in this case;

(ii)    Bailey Glasser will agree to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013 (the "U.S. Trustee Guidelines");

(iii)   Bailey Glasser will use the billing and expense categories set forth in the US Trustee Guidelines (Exhibit D-1 "Summary of Compensation Requested by Project Category);

(iv)    Bailey Glasser will provide any and all monthly fee statements, interim fee applications, and final fee applications in "LEDES" format to the United States Trustee; and

(v)     any and all compensation to be paid to Bailey Glasser for services rendered on the Talc Committee's behalf shall be fixed by application to this Court in accordance with Sections 330 and 331 of the Bankruptcy Code, such Federal Rules and Local Rules as may then be applicable, and any orders

4

entered in this case governing the compensation and reimbursement of professionals for services rendered and charges and disbursements incurred.

6750068.1

# EXHIBIT 2

# BAILEY GLASSER LLP

209 Capitol Street
Charleston, WV 25301
Tel: 304.345.6555
Toll Free: 877.852.0342
Fax: 304.342.1110

August 8, 2022

LTL Management Talc Creditors' Committee

| | |
|---|---|
| Invoice #: | 95438 |
| Client #: | TCC0001 |
| Matter #: | 2003717 |

---

## INVOICE SUMMARY

For professional services rendered through July 31, 2022:

RE:    **LTL Bankruptcy**

| | |
|---|---|
| Professional Services | $ 183,287.50 |
| Total Expenses Advanced | $ 3,521.10 |
| **TOTAL THIS INVOICE** | **$ 186,808.60** |
| Outstanding Invoices | $ 139,886.50 |
| **TOTAL BALANCE DUE** | **$ 326,695.10** |

**BAILEY & GLASSER LLP**

TALC Creditors Committee                                                                                    August 8, 2022
LTL Bankruptcy                                                                                        Invoice #: 95438

**PROFESSIONAL SERVICES RENDERED**

**B110 Case Administration**

| Date | Init | Task | Actv | Description of Service | Hours | Rate | Amount |
|------|------|------|------|------------------------|-------|------|--------|
| 7/05/22 | JEK | B110 | | Review docket and retrieval of recently field documents and correspondence. | .60 | 325.00 | 195.00 |
| | JEK | B110 | | Review and update case calendar regarding hearing dates and objection deadline. | .30 | 325.00 | 97.50 |
| 7/08/22 | JEK | B110 | | Retrieval and distribution of filed copy of Bailey & Glasser LLP's Eighth Monthly Fee Statement. | .10 | 325.00 | 32.50 |
| 7/11/22 | JEK | B110 | | Update case calendar regarding objection deadlines. | .10 | 325.00 | 32.50 |
| 7/13/22 | TBB | B110 | | Zoom meeting with co-counsel, counsel for TCC members, and TCC members regarding various matters relating to case administration. | 1.10 | 975.00 | 1,072.50 |
| | JEK | B110 | | Review docket and retrieval of recently field documents and correspondence. | .60 | 325.00 | 195.00 |
| 7/15/22 | JEK | B110 | | Review docket and retrieval of recently field documents and correspondence. | .60 | 325.00 | 195.00 |
| 7/19/22 | JEK | B110 | | Update case calendar regarding hearing dates. | .10 | 325.00 | 32.50 |
| 7/21/22 | JEK | B110 | | Prepare in person attendance form for B. Glasser and T. Mathews. | .20 | 325.00 | 65.00 |
| | JEK | B110 | | Review docket and retrieval of recently field documents and correspondence. | .60 | 325.00 | 195.00 |
| 7/22/22 | JEK | B110 | | Update case calendar regarding new objection deadlines and hearing dates. | .40 | 325.00 | 130.00 |
| | JEK | B110 | | Review docket and retrieval of recently field documents and correspondence. | .40 | 325.00 | 130.00 |
| 7/25/22 | TBB | B110 | | Zoom meeting with co-counsel and counsel for committee members regarding issues for July 26th hearing. | .70 | 975.00 | 682.50 |
| 7/26/22 | JEK | B110 | | Review docket and retrieval of recently field documents and correspondence. | .40 | 325.00 | 130.00 |
| 7/27/22 | KB | B110 | | Confer with Selby, Matthews, and Glasser re FCR. | .20 | 975.00 | 195.00 |
| 7/28/22 | JEK | B110 | | Review docket and retrieval of recently field documents and correspondence. | .40 | 325.00 | 130.00 |

**Sub-Total of Task**              **$ 3,510.00**

**BAILEY & GLASSER LLP**

TALC Creditors Committee
LTL Bankruptcy

August 8, 2022
Invoice #: 95438

### B150 Meetings of and

| Date | Init | Task | Actv | Description of Service | Hours | Rate | Amount |
|------|------|------|------|------------------------|-------|------|--------|
| 7/06/22 | KB | B150 | | Attend meeting of committee representatives and counsel. | .90 | 975.00 | 877.50 |
| 7/08/22 | KB | B150 | | Confer with counsel re various agenda items. | 1.00 | 975.00 | 975.00 |
| | KB | B150 | | Confer with Burrus re committee meeting and mediation status. | .10 | 975.00 | 97.50 |
| 7/13/22 | DLS | B150 | | Counsel and Committee Zoom Meeting on case admin matters. | 2.00 | 750.00 | 1,500.00 |
| 7/25/22 | KB | B150 | | Committee call in preparation for July 26 hearing. | .50 | 975.00 | 487.50 |
| 7/28/22 | KB | B150 | | Counsel call ahead of committee call. | .50 | 975.00 | 487.50 |

**Sub-Total of Task**          **$ 4,425.00**

### B160 Fee/Employment Applic

| Date | Init | Task | Actv | Description of Service | Hours | Rate | Amount |
|------|------|------|------|------------------------|-------|------|--------|
| 7/05/22 | TBB | B160 | | Review of pre-bill for proper allocation of time to UST categories along with write offs and write downs. | 1.10 | 975.00 | 1,072.50 |
| | TBB | B160 | | Drafting portions of eighth monthly fee statement for June 2022 (1.6 hours, only billed half-time). | .80 | 975.00 | 780.00 |
| 7/06/22 | TBB | B160 | | Call with G. Spruce regarding additional data for monthly fee statement for June 2022 and email with T. Matthews and D. Selby regarding same. | .10 | 975.00 | 97.50 |
| | TBB | B160 | | Review of revised pre-bill regarding time allocation to proper UST categories and further write offs and write downs along with emails to G. Spruce and Todd Matthews regarding same. | .90 | 975.00 | 877.50 |
| 7/07/22 | TBB | B160 | | Revising pre-bill to be consistent with UST guidelines and court requirements (.40 hours, only billed half-time). | .20 | 975.00 | 195.00 |
| | TBB | B160 | | Finalizing eighth monthly fee statement cover sheet and fee statement. | 1.00 | 975.00 | 975.00 |
| 7/08/22 | TBB | B160 | | Further work on eighth monthly fee statement and sending to J. Kittinger for filing along with exhibits. | .80 | 975.00 | 780.00 |
| | TBB | B160 | | Transmitting monthly fee statement and related documentation to various parties and parties in interest. | .70 | 975.00 | 682.50 |
| | JEK | B160 | | Finalize Bailey & Glasser LLP's Eighth Monthly Fee Statement and e-mail to D. Clarke. | .50 | 325.00 | 162.50 |
| 7/09/22 | TBB | B160 | | Verifying transmittal of monthly fee statement to various parties. | .10 | 975.00 | 97.50 |
| 7/15/22 | TBB | B160 | | Call with G. Spruce regarding interim fee application. | .10 | 975.00 | 97.50 |

**BAILEY & GLASSER LLP**

TALC Creditors Committee
LTL Bankruptcy

August 8, 2022
Invoice #: 95438

| Date | Init | Task | Actv | Description of Service | Hours | Rate | Amount |
|------|------|------|------|------------------------|-------|------|--------|
| | TBB | B160 | | Email from J. Shealy regarding first interim fee application along with call regarding same. | .10 | 975.00 | 97.50 |
| 7/25/22 | KB | B160 | | Email correspondence with J Kittinger re certificate of no objection, including review of draft of the same. | .10 | 975.00 | 97.50 |
| | JEK | B160 | | Draft certificate of no objection for Bailey and Glasser LLP's June 2022 Fee Application. | .30 | 325.00 | 97.50 |
| | JEK | B160 | | E-mails to and from K. Barrett regarding certificate of no objection for Bailey and Glasser LLP's June 2022 Fee Application. | .20 | 325.00 | 65.00 |

**Sub-Total of Task**        **$ 6,175.00**

**B190 Other Contested Matters**

| Date | Init | Task | Actv | Description of Service | Hours | Rate | Amount |
|------|------|------|------|------------------------|-------|------|--------|
| 7/01/22 | KB | B190 | | Review court order re July 6 and July 26 hearings on preliminary injunction and case status. | .10 | 975.00 | 97.50 |
| 7/03/22 | BAG | B190 | | Read appellate brief of the United States Trustee. | .80 | 975.00 | 780.00 |
| 7/04/22 | BAG | B190 | | Read appellate brief of ad hoc committee of meso claimants. | .50 | 975.00 | 487.50 |
| | BAG | B190 | | Read Arnold Itkin appellate brief. | 1.30 | 975.00 | 1,267.50 |
| | BAG | B190 | | Read Aylstock's appellate brief. | .90 | 975.00 | 877.50 |
| 7/05/22 | KB | B190 | | Counsel-Representatives call re status of mediation and July 6 hearing. | 1.50 | 975.00 | 1,462.50 |
| | TBB | B190 | | Meeting among counsel for TCC and member's counsel regarding various litigation issues/matters pending. | 1.50 | 975.00 | 1,462.50 |
| | MBB | B190 | | Meeting with committee counsel and representatives re: mediation. | 1.50 | 750.00 | 1,125.00 |
| | MBB | B190 | | Review UST appellate brief in support of dismissal of chapter 11 case. | .70 | 750.00 | 525.00 |
| | MBB | B190 | | Review UST motion to participate in oral argument re: appeal. | .10 | 750.00 | 75.00 |
| 7/06/22 | BAG | B190 | | Close reread of TCC appellate brief. | 1.20 | 975.00 | 1,170.00 |
| | BAG | B190 | | Meeting of executive committee on litigation. | .90 | 975.00 | 877.50 |
| | BAG | B190 | | Call with Kevin Barrett on next moves. | .40 | 975.00 | 390.00 |
| | KB | B190 | | Attend status conference with Court and parties. | .70 | 975.00 | 682.50 |
| | KB | B190 | | Email correspondence with Glasser and Burrus re hearing and implications. | .10 | 975.00 | 97.50 |
| | KB | B190 | | Confer with Glasser re status of case and recommendations re upcoming pleadings. | .20 | 975.00 | 195.00 |

**BAILEY & GLASSER LLP**

TALC Creditors Committee

LTL Bankruptcy

August 8, 2022

Invoice #: 95438

| Date | Init | Task | Actv | Description of Service | Hours | Rate | Amount |
|------|------|------|------|------------------------|-------|------|--------|
| | TBB | B190 | | Attending omnibus hearing regarding preliminary injunction, motion to dismiss, mediation, and estimation issues. | .70 | 975.00 | 682.50 |
| | TBB | B190 | | Call with B. Glasser regarding omnibus hearing status and outcomes. | .10 | 975.00 | 97.50 |
| | TBB | B190 | | Zoom meeting of co-counsel and counsel for committee members regarding injunction, mediation, and estimation. | .80 | 975.00 | 780.00 |
| | MBB | B190 | | Attend meeting with committee reps and counsel to discuss mediation, plan, and estimation issues. | .80 | 750.00 | 600.00 |
| | DTM | B190 | | Attend via zoom portion of omnibus hearing | .60 | 750.00 | 450.00 |
| 7/07/22 | BAG | B190 | | Read transcript of court hearing on the 6th to help understand court's position. | .30 | 975.00 | 292.50 |
| | KB | B190 | | Review amicus briefs. | .40 | 975.00 | 390.00 |
| | DTM | B190 | | T/C with TCC re: estimation, exclusivity, etc | 1.50 | 750.00 | 1,125.00 |
| 7/08/22 | BAG | B190 | | Call with core counsel group to decide strategy coming out of last hearing. | .90 | 975.00 | 877.50 |
| | BAG | B190 | | Call to Maggie Burrus on deposition of a witness we were assigned. | .10 | 975.00 | 97.50 |
| | BAG | B190 | | Call as well as email traffic with Tom Bennett on deposition questions for a certain witness. | .30 | 975.00 | 292.50 |
| | BAG | B190 | | Call with Committee on update from mediators. | .80 | 975.00 | 780.00 |
| | BAG | B190 | | Email traffic with Matthews on next hearing. | .10 | 975.00 | 97.50 |
| | TB | B190 | | Call with Tom Bennett regarding new legal research project on finding agreement issues under 11 U.S.C. Section 365(c)(2) of the bankruptcy code. | .20 | 800.00 | 160.00 |
| | KB | B190 | | Attend call with counsel and representatives re mediation status. | .30 | 975.00 | 292.50 |
| | TBB | B190 | | Call from B. Glasser regarding funding agreement issues related to litigation along with call to T. Basdekis regarding same. | .30 | 975.00 | 292.50 |
| | TBB | B190 | | Review of emails and documents relating to QSF litigation issues. | .30 | 975.00 | 292.50 |
| | TBB | B190 | | Analysis of research on assumption issues related to QSF and potential litigation regarding same. | 1.60 | 975.00 | 1,560.00 |
| | TBB | B190 | | Zoom meeting with co-counsel and counsel for committee representatives regarding mediation meeting with mediators and issues related thereto. | .80 | 975.00 | 780.00 |
| | MBB | B190 | | Confer with committee re: participation of mediators in proposed mediation proceedings and next steps. | .80 | 750.00 | 600.00 |
| | MBB | B190 | | Confer with K. Barrett re: mediators participation in mediation process. | .20 | 750.00 | 150.00 |

**BAILEY & GLASSER LLP**

TALC Creditors Committee                                                                August 8, 2022
LTL Bankruptcy                                                                          Invoice #: 95438

| Date | Init | Task | Actv | Description of Service | Hours | Rate | Amount |
|------|------|------|------|------------------------|-------|------|--------|
| | MBB | B190 | | Confer with K. Barrett re: potential litigation on plan exclusivity and estimation strategy. | .30 | 750.00 | 225.00 |
| | MBB | B190 | | Confer with B. Glasser re: qualified settlement fund briefing. | .20 | 750.00 | 150.00 |
| 7/09/22 | BAG | B190 | | Read then edit motion to terminate exclusivity as well as circulate same. | .80 | 975.00 | 780.00 |
| | BAG | B190 | | Edits to brief on estimation. | .80 | 975.00 | 780.00 |
| | TBB | B190 | | Analysis of obligations under Funding Agreement and Plan of Divisional Merger relating to upcoming depositions for areas of questioning. | 1.80 | 975.00 | 1,755.00 |
| 7/10/22 | TB | B190 | | Legal research including preparation of draft memo on meaning of term  financial accommodation under 11 U.S.C. Section 365(c)(2) of the bankruptcy code. | 7.50 | 800.00 | 6,000.00 |
| | TB | B190 | | Call with T. Bennett to clarify scope of legal research project concerning section 365(c)(2) of the bankruptcy code. | .10 | 800.00 | 80.00 |
| 7/11/22 | BAG | B190 | | Call with Winograd, Molton and Goodman on QSF related discovery we need. | .70 | 975.00 | 682.50 |
| | BAG | B190 | | Assign research task to Burrus in support of opposition to QSF. | .10 | 975.00 | 97.50 |
| | BAG | B190 | | Call with Tom Bennett on legal issue relevant to QSF dispute. | .10 | 975.00 | 97.50 |
| | BAG | B190 | | Read email traffic on debate on a strategy point among counsel as well as committee representatives. | .20 | 975.00 | 195.00 |
| | TB | B190 | | Preparation/finalization of memo on financial accommodation  under 11 U.S.C. Section 365(c)(2) of the bankruptcy code. | 8.20 | 800.00 | 6,560.00 |
| | TB | B190 | | Email traffic regarding draft memo on financial accommodation with section 365(c)(2) of the bankruptcy code. | .20 | 800.00 | 160.00 |
| | DLS | B190 | | Email Communications Re Cancelled Mediation. | .20 | 750.00 | 150.00 |
| | TBB | B190 | | Calls to and from B. Glasser regarding discovery related to plan issues and  funding agreement along with email to T. Basdekis regarding same. | .40 | 975.00 | 390.00 |
| | MBB | B190 | | Confer with B. Glasser re: executory contract research questions. | .10 | 750.00 | 75.00 |
| | MBB | B190 | | Research re: executory contracts to facilitate discovery strategy. | 4.20 | 750.00 | 3,150.00 |
| | JEK | B190 | | Review files for correspondence regarding discovery dispute and e-mail to M. Burrus. | .40 | 325.00 | 130.00 |
| 7/12/22 | BAG | B190 | | Read memorandum on legal issue associated with Funding Agreement. | .40 | 975.00 | 390.00 |

**BAILEY & GLASSER LLP**

TALC Creditors Committee                                                                      August 8, 2022
LTL Bankruptcy                                                                               Invoice #: 95438

| Date | Init | Task | Actv | Description of Service | Hours | Rate | Amount |
|------|------|------|------|------------------------|-------|------|--------|
| | BAG | B190 | | Read QSF motion as well as responses for discovery purposes. | .60 | 975.00 | 585.00 |
| | BAG | B190 | | Reading the Imerys FCR opinion from the 3rd circuit. | .50 | 975.00 | 487.50 |
| | BAG | B190 | | Read lengthy email from Goodman on discovery issue. | .10 | 975.00 | 97.50 |
| | TB | B190 | | Legal research on the definitions and requirements of executory contracts in the Third Circuit and elsewhere. | 4.50 | 800.00 | 3,600.00 |
| | TB | B190 | | Legal research on the requirement under section 365(c)(2) that the recipient of the financial accommodation be primarily or secondarily liable for the loan/credit extended by the third party. | .80 | 800.00 | 640.00 |
| | TB | B190 | | Telephone conference with T. Bennett regarding new legal research project on executory contracts and memo on section 365(c)(2) of the bankruptcy code including the requirement that the recipient of the financial accommodation be primarily or secondarily liable for the loan/credit extended by the third party. | .20 | 800.00 | 160.00 |
| | TB | B190 | | Email traffic with B. Glasser regarding section 365(c)(2) of the bankruptcy code and the legal standards applicable to executory contracts. | .20 | 800.00 | 160.00 |
| | TB | B190 | | Commenced preparation on list of topics for 30(b)(6) deposition notice concerning executory contracts and financial accommodations under Section 365(c)(2) of the bankruptcy code. | 1.00 | 800.00 | 800.00 |
| | TBB | B190 | | Further review and analysis of case law  and other research on financial accommodations as it relates to discovery in connection with upcoming contested matter. | 2.30 | 975.00 | 2,242.50 |
| | TBB | B190 | | Calls with T. Basdekis regarding financial accommodation research updates. | .40 | 975.00 | 390.00 |
| | MBB | B190 | | Confer with J. Turner re: funding agreement research related to discovery. | .50 | 750.00 | 375.00 |
| | MBB | B190 | | Continue research re: executory contract issues to facilitate discovery. | 4.40 | 750.00 | 3,300.00 |
| | MBB | B190 | | Prepare summary of research for B. Glasser executory contract issues to facilitate discovery. | 1.80 | 750.00 | 1,350.00 |
| 7/13/22 | BAG | B190 | | Email traffic among committee counsel setting agenda for today's meeting. | .10 | 975.00 | 97.50 |
| | BAG | B190 | | Attend preparation call among counsel to discuss upcoming discovery issues. | .70 | 975.00 | 682.50 |
| | BAG | B190 | | Email communication among myself, Tom Bennett and Thanos Basdekis on discovery issue. | .10 | 975.00 | 97.50 |
| | BAG | B190 | | Call with the entire committee relating to assignments regarding litigation issues. | 2.10 | 975.00 | 2,047.50 |

**BAILEY & GLASSER LLP**

TALC Creditors Committee
LTL Bankruptcy

August 8, 2022
Invoice #: 95438

| Date | Init | Task | Actv | Description of Service | Hours | Rate | Amount |
|------|------|------|------|------------------------|-------|------|--------|
| | BAG | B190 | | Call with Tom Bennett on legal issue related to estimation. | .10 | 975.00 | 97.50 |
| | BAG | B190 | | Email traffic with Thanos Basdekis on discovery drafting assignment. | .20 | 975.00 | 195.00 |
| | BAG | B190 | | Read email from Maggie Burrus answering question on legal issue associated with QSF. | .10 | 975.00 | 97.50 |
| | BAG | B190 | | Edit 30(b)(6) notice. | .40 | 975.00 | 390.00 |
| | BAG | B190 | | Final edits to as well as circulate a draft 30(b)(6) notice. | .30 | 975.00 | 292.50 |
| | TB | B190 | | Telephone conference with T. Bennett regarding preparation of list of subject matters for Rule 30(b)(6) deposition on the QSF and funding agreement among other issues. | .20 | 800.00 | 160.00 |
| | TB | B190 | | Preparation of 30(b)(6) subject matter for upcoming deposition on the QSF funding agreement which includes preparation of list of items. | 3.90 | 800.00 | 3,120.00 |
| | TB | B190 | | Review of Kim declarations, schedules, and monthly operating reports in connection with proposed 30(b)(6) notice and potential deposition questions for Glasser. | .80 | 800.00 | 640.00 |
| | TB | B190 | | Legal research on topics and issues relating to Rule 30(b)(6) deposition on the funding agreement and QSF, including but not limited to the legal tests and factors concerning severability, executory contracts, financial accommodations, QSFs, etc. | 1.50 | 800.00 | 1,200.00 |
| | TB | B190 | | Email traffic with T. Bennett and B. Glasser regarding QSFS and draft Rule 30(b)(6) notices of deposition of three counterparties. | .40 | 800.00 | 320.00 |
| | TB | B190 | | Email traffic with J. Kittinger regarding past and instant Rule 30(b)(6) notices of deposition, including definitions. | .10 | 800.00 | 80.00 |
| | KB | B190 | | Email correspondence with Basdekis re 30(b)(6). | .10 | 975.00 | 97.50 |
| | TBB | B190 | | Call with B. Glasser regarding scope of upcoming discovery matters. | .30 | 975.00 | 292.50 |
| | TBB | B190 | | Call from T. Basdekis regarding discovery issues related to QSF and emails regarding same. | .20 | 975.00 | 195.00 |
| | TBB | B190 | | Drafting areas/topics for discovery regarding QSF and related issues. | 2.40 | 975.00 | 2,340.00 |
| | TBB | B190 | | Review and analysis of QSF related pleadings to develop proposed discovery relating to same. | 1.20 | 975.00 | 1,170.00 |
| | TBB | B190 | | Conference with co-counsel regarding upcoming litigation and mediation issues. | .80 | 975.00 | 780.00 |
| | TBB | B190 | | Obtaining, reviewing, and analyzing various documents filed which relate to the Funding Agreement and the QSF along with annotating same. | 1.80 | 975.00 | 1,755.00 |

**BAILEY & GLASSER LLP**

TALC Creditors Committee
LTL Bankruptcy

August 8, 2022
Invoice #: 95438

| Date | Init | Task | Actv | Description of Service | Hours | Rate | Amount |
|------|------|------|------|------------------------|-------|------|--------|
| | MBB | B190 | | Confer with committee counsel re: appeals, plan, mediation, estimation and other case issues. | .80 | 750.00 | 600.00 |
| | MBB | B190 | | Confer with committee members re: appeals, plan, mediation, estimation and other case issues. | 2.00 | 750.00 | 1,500.00 |
| | MBB | B190 | | Prepare additional summary of research for B. Glasser re: executory contracts. | .90 | 750.00 | 675.00 |
| | MBB | B190 | | Review E. Goodman updated estimation / exclusivity brief. | .40 | 750.00 | 300.00 |
| | JEK | B190 | | E-mails to and from T. Basdekis regarding rule 30(B)(6) notice of deposition. | .20 | 325.00 | 65.00 |
| | JEK | B190 | | E-mails to and from T. Basdekis regarding notice of 30(b)(6) Deposition. | .50 | 325.00 | 162.50 |
| | DTM | B190 | | Review of Brief on Estimation and Terminate Exclusivity | .80 | 750.00 | 600.00 |
| | DTM | B190 | | Attend weekly counsel call re: status and updates | .80 | 750.00 | 600.00 |
| | DTM | B190 | | Appear for weekly meeting with TCC re: status and updates | 1.00 | 750.00 | 750.00 |
| 7/14/22 | BAG | B190 | | Propose edits to discovery letter to the court. | .10 | 975.00 | 97.50 |
| | TB | B190 | | Email traffic with T. Bennett and B. Glasser regarding upcoming projects and deadlines on litigation matters. | .10 | 800.00 | 80.00 |
| | TBB | B190 | | Review of pleadings relating to upcoming hearing on extension of preliminary injunction for non-debtors. | .20 | 975.00 | 195.00 |
| | TBB | B190 | | Drafting memorandum on treatment of agreements relating to QSF including financial statements, schedules, and declarations. | 1.60 | 975.00 | 1,560.00 |
| | MBB | B190 | | Confer with J. Turner re: discovery related to funding agreement. | .60 | 750.00 | 450.00 |
| | JEK | B190 | | Retrieval of discovery requests and e-mail to T. Basdekis. | .50 | 325.00 | 162.50 |
| | DTM | B190 | | Review LTL Complaint v. Sate of NM and MS | .40 | 750.00 | 300.00 |
| 7/15/22 | BAG | B190 | | Email with committee on discovery issue. | .10 | 975.00 | 97.50 |
| | TB | B190 | | Commenced preparation of set of discovery relating to QSFs and the Funding Agreement. | 1.50 | 800.00 | 1,200.00 |
| | TBB | B190 | | Analysis of objections filed by third parties regarding estimation of claims sought by debtor. | .40 | 975.00 | 390.00 |
| | TBB | B190 | | Review of revised draft of discovery request for use in QSF matters. | .10 | 975.00 | 97.50 |
| | MBB | B190 | | Review Crouch objection to estimation proceeding. | .10 | 750.00 | 75.00 |
| | MBB | B190 | | Review A&I statement re: estimation. | .10 | 750.00 | 75.00 |
| | DTM | B190 | | Review of Crouch Objection to Estimation Proceeding | .30 | 750.00 | 225.00 |
| 7/16/22 | BAG | B190 | | Read FCR position statement on estimation. | .10 | 975.00 | 97.50 |
| | BAG | B190 | | Read Aylstock position statement on estimation. | .10 | 975.00 | 97.50 |

**BAILEY & GLASSER LLP**

TALC Creditors Committee
LTL Bankruptcy

August 8, 2022
Invoice #: 95438

| Date | Init | Task | Actv | Description of Service | Hours | Rate | Amount |
|------|------|------|------|------------------------|-------|------|--------|
| | BAG | B190 | | Read final TCC position on estimation as well as associated motion to extinguish exclusivity. | .30 | 975.00 | 292.50 |
| | BAG | B190 | | Read injunction papers filed by LTL against two states. | .30 | 975.00 | 292.50 |
| | BAG | B190 | | Email with Kazan and Molton on tactical issue. | .10 | 975.00 | 97.50 |
| | BAG | B190 | | Read first draft of TCC statement in support of modification of injunction. | .30 | 975.00 | 292.50 |
| | BAG | B190 | | Email to Gordon and Prieto on 30(b)(6) witness. | .10 | 975.00 | 97.50 |
| | BAG | B190 | | Read Maune Raichle brief in opposition to estimation. | .40 | 975.00 | 390.00 |
| | BAG | B190 | | Email with committee representatives respecting strategy. | .20 | 975.00 | 195.00 |
| | MBB | B190 | | Read objections and ROR, Maune opposition to estimation. | .70 | 750.00 | 525.00 |
| | DTM | B190 | | Review of Maune's Opposition to Estimation | .30 | 750.00 | 225.00 |
| | DTM | B190 | | Review of FCR position statement and correspondence re: same | .80 | 750.00 | 600.00 |
| | DTM | B190 | | Review of Motion for PI and TRO re: State of New Mexico | .40 | 750.00 | 300.00 |
| 7/17/22 | TBB | B190 | | Review of supplemental statement regarding continuation of preliminary injunction and drafting proposed modifications. | 1.10 | 975.00 | 1,072.50 |
| 7/18/22 | TBB | B190 | | Additional drafting of potential deposition questions regarding QSF issues. | .40 | 975.00 | 390.00 |
| | DTM | B190 | | Review letter from Debtor re: discovery request matters on settlement data. | .20 | 750.00 | 150.00 |
| | DTM | B190 | | Review of TCC reply to modification of PI and corresponding edits to same | .40 | 750.00 | 300.00 |
| 7/19/22 | BAG | B190 | | Finalize 30(b)(6) notice | .10 | 975.00 | 97.50 |
| | BAG | B190 | | Email traffic among counsel on 30(b)(6) notice. | .10 | 975.00 | 97.50 |
| | TB | B190 | | Work on preparing set of discovery relating to QSFs and the Funding Agreement including review of prior discovery requests and work on new set of discovery. | 1.50 | 800.00 | 1,200.00 |
| | TBB | B190 | | Review of proposed changes to 30(b)(6) discovery. and responding to T. Basdekis inquiry regarding scope of discovery. | .20 | 975.00 | 195.00 |
| | TBB | B190 | | Review and commenting on further revisions to reply regarding modification of preliminary injunction. | .30 | 975.00 | 292.50 |
| | DTM | B190 | | Review of communications with TCC re: FCR response to motions | .40 | 750.00 | 300.00 |
| | DTM | B190 | | Review of Reply to Support Modifying the PI Order | .30 | 750.00 | 225.00 |
| 7/20/22 | TB | B190 | | Email traffic on open discovery issues with T. Bennett and J. Kittinger. | .20 | 800.00 | 160.00 |

**BAILEY & GLASSER LLP**

TALC Creditors Committee                                                                            August 8, 2022
LTL Bankruptcy                                                                                    Invoice #: 95438

| Date | Init | Task | Actv | Description of Service | Hours | Rate | Amount |
|------|------|------|------|------------------------|-------|------|--------|
| | TB | B190 | | Completed drafts of two sets of discovery re QSF and Funding Agreement and circulated both drafts to Glasser and Bennett for review and comment. | 1.30 | 800.00 | 1,040.00 |
| | TB | B190 | | Commenced set of RFAs for potential service on subjects of QSF and Funding Agreement as well as including edits to the base docs with T. Benett's suggested edits to same. | .90 | 800.00 | 720.00 |
| | TBB | B190 | | Review and drafting areas for addition/modification of discovery requests relating to QSF. | .80 | 975.00 | 780.00 |
| | MBB | B190 | | Confer with co-counsel re: appeals, mediation, exclusivity, and other case updates / issues. | .70 | 750.00 | 525.00 |
| | MBB | B190 | | Confer with co-counsel and committee representatives re: appeals, mediation, exclusivity, and other case updates / issues. | .60 | 750.00 | 450.00 |
| | JEK | B190 | | E-mails to and from T. Basdekis regarding notice of 30(b)(6) deposition. | .20 | 325.00 | 65.00 |
| | DTM | B190 | | Attend zoom meeting with the counsel in prep for meeting with TCC | .70 | 750.00 | 525.00 |
| | DTM | B190 | | T/C with TCC re: weekly status and update call | .60 | 750.00 | 450.00 |
| 7/21/22 | BAG | B190 | | Call with Winograd on discovery associated with QSF motion. | .10 | 975.00 | 97.50 |
| | BAG | B190 | | Assign task to Thanos Basdekis on interrogatories associated with QSF motion. | .10 | 975.00 | 97.50 |
| | BAG | B190 | | Edit requests for the production of documents as well as circulate same for review. | .40 | 975.00 | 390.00 |
| | TB | B190 | | Work on revisions to draft interrogatories regarding QSF and Funding Agreement including changing definitions, simplifying overbroad interrogatories, etc. | 2.00 | 800.00 | 1,600.00 |
| | TB | B190 | | Email traffic with B. Glasser and T. Bennett regarding edits to interrogatories concerning QSF and Funding Agreement including changing definitions, simplifying overbroad interrogatories, etc. | .20 | 800.00 | 160.00 |
| | TB | B190 | | Call with T. Bennett regarding edits to proposed interrogatories on QSF and Funding Agreement. | .60 | 800.00 | 480.00 |
| | TBB | B190 | | Working call with T. Basdekis regarding interrogatories for discovery regarding QSF. | .60 | 975.00 | 585.00 |
| | MBB | B190 | | Review OC subgroup proposal re: mediation proposal. | .80 | 750.00 | 600.00 |
| 7/22/22 | BAG | B190 | | Communication with Todd Mathews on questions for him to cover on committee representative call. | .10 | 975.00 | 97.50 |
| | TB | B190 | | Work on revisions to draft interrogatories. | .50 | 800.00 | 400.00 |
| | TB | B190 | | Email traffic with T. Bennett and B. Glasser regarding draft interrogatories concerning QSF and Funding Agreement. | .10 | 800.00 | 80.00 |

BAILEY & GLASSER LLP

TALC Creditors Committee
LTL Bankruptcy

August 8, 2022
Invoice #: 95438

| Date | Init | Task | Actv | Description of Service | Hours | Rate | Amount |
|------|------|------|------|------------------------|-------|------|--------|
| | TBB | B190 | | Zoom meeting on mediation issues including mediators' requests. | 1.20 | 975.00 | 1,170.00 |
| | TBB | B190 | | Review and revising of proposed discovery requests regarding QSF. | 1.10 | 975.00 | 1,072.50 |
| | TBB | B190 | | Review and suggesting modifications to letter to mediators regarding settlement issues. | .20 | 975.00 | 195.00 |
| | MBB | B190 | | Confer with committee co-counsel and member representatives re: proposals to mediators. | 1.20 | 750.00 | 900.00 |
| | MBB | B190 | | Review meso proposed response to mediators. | .10 | 750.00 | 75.00 |
| 7/23/22 | BAG | B190 | | Email with Thanos Basdekis on assignment for discovery associated with QSF. | .10 | 975.00 | 97.50 |
| | BAG | B190 | | Read Debtor's response brief on estimation proposals. | .70 | 975.00 | 682.50 |
| | TB | B190 | | Revisions to draft interrogatories including dealing with all suggestions and comments made by T. Bennett in his marked-up draft from earlier today, finalized same, and circulated to team for additional review and comment. | 1.30 | 800.00 | 1,040.00 |
| | TB | B190 | | Email traffic with B. Glasser and T. Bennett regarding proposed interrogatories dealing with QSF and Funding Agreement. | .10 | 800.00 | 80.00 |
| | KB | B190 | | Review statements on estimation and replies. | 1.20 | 975.00 | 1,170.00 |
| | TBB | B190 | | Review and responding to correspondence regarding discovery for QSF motion. | .10 | 975.00 | 97.50 |
| | TBB | B190 | | Drafting revisions to proposed discovery requests regarding QSF motion/trust. | .80 | 975.00 | 780.00 |
| | MBB | B190 | | Review debtors' response re: estimation. | .70 | 750.00 | 525.00 |
| 7/24/22 | BAG | B190 | | Read TCC response to Debtor's brief on estimation. | .40 | 975.00 | 390.00 |
| | TB | B190 | | Extensive email traffic with T. Bennett and B. Glasser regarding draft discovery to J&J regarding QSF and Funding Agreement. | .30 | 800.00 | 240.00 |
| | TB | B190 | | Collected all edits and comments and addressed them in finalized draft of interrogatories circulated as the final set to be circulated to other law firms representing TCC. | 1.60 | 800.00 | 1,280.00 |
| | TBB | B190 | | Review of reply to Debtor's estimation response along with suggesting modifications to reply. | .80 | 975.00 | 780.00 |
| | TBB | B190 | | Further review and modification of discovery requests relating to QSF. | .40 | 975.00 | 390.00 |
| | MBB | B190 | | Review E. Goodman draft reply to Debtors' estimation response. | .60 | 750.00 | 450.00 |
| 7/25/22 | BAG | B190 | | Preparation call for hearing with committee representatives. | .60 | 975.00 | 585.00 |
| | KB | B190 | | Review Committee's reply on estimation. | .20 | 975.00 | 195.00 |

**BAILEY & GLASSER LLP**

TALC Creditors Committee                                                    August 8, 2022
LTL Bankruptcy                                                              Invoice #: 95438

| Date | Init | Task | Actv | Description of Service | Hours | Rate | Amount |
|------|------|------|------|------------------------|-------|------|--------|
| | KB | B190 | | Review proposed slide presentation for 7/26 hearing. | .10 | 975.00 | 97.50 |
| | MBB | B190 | | Confer with co-counsel re: hearing preparation. | .60 | 750.00 | 450.00 |
| | MBB | B190 | | Review and prepare comment re: slide deck for 7/26 hearing. | .60 | 750.00 | 450.00 |
| 7/26/22 | BAG | B190 | | Attend Court hearing in Trenton. | 7.50 | 975.00 | 7,312.50 |
| | KB | B190 | | Attend Court hearing on estimation issues. | 2.70 | 975.00 | 2,632.50 |
| | KB | B190 | | Attend hearing on preliminary injunction and insurance litigation. | 2.70 | 975.00 | 2,632.50 |
| | KB | B190 | | Confer with Turner re estimation and preliminary injunction hearings. | .20 | 975.00 | 195.00 |
| | TBB | B190 | | Participating via zoom omnibus hearing regarding estimation. | 2.70 | 975.00 | 2,632.50 |
| | TBB | B190 | | Participating in hearing on preliminary injunction modification motions by TCC, certain tort claimants, and insurers. | 2.70 | 975.00 | 2,632.50 |
| | MBB | B190 | | Attend hearing re: estimation / insurance coverage motions / automatic stay / preliminary injunction. | 5.40 | 750.00 | 4,050.00 |
| | DTM | B190 | | Attend Omnibus hearing. | 7.50 | 750.00 | 5,625.00 |
| 7/27/22 | BAG | B190 | | Final review of discovery packet on QSF dispute. | .30 | 975.00 | 292.50 |
| | BAG | B190 | | Calls with Winograd on discovery packet on QSF. | .20 | 975.00 | 195.00 |
| | BAG | B190 | | Call with Mathews on estimation issue. | .20 | 975.00 | 195.00 |
| | BAG | B190 | | Read trust proposed for QSF in preparation for depositions on same. | .20 | 975.00 | 195.00 |
| | DTM | B190 | | Zoom meeting with TCC to discuss updates and work to be done | 1.00 | 750.00 | 750.00 |
| | DTM | B190 | | Zoom meeting with counsel for TCC in prep for meeting with TCC | 1.00 | 750.00 | 750.00 |
| 7/28/22 | BAG | B190 | | Attend court's ruling zoom. | .80 | 975.00 | 780.00 |
| | BAG | B190 | | Attend call among counsel to determine reaction to court ruling today. | .40 | 975.00 | 390.00 |
| | BAG | B190 | | Call with entire committee to discuss court ruling today as well as next moves. | .90 | 975.00 | 877.50 |
| | KB | B190 | | Attend hearing on judge's rulings on estimation and preliminary injunction. | .80 | 975.00 | 780.00 |
| | KB | B190 | | Confer with Burrus re hearing and strategy on estimation, plan, and chapter 11 case generally. | .30 | 975.00 | 292.50 |
| | KB | B190 | | Confer with Turner re outcome of hearing and strategy going forward. | .10 | 975.00 | 97.50 |
| | KB | B190 | | Confer with T Matthews re judge's decisions. | .20 | 975.00 | 195.00 |
| | KB | B190 | | Committee call particularly regarding court decision and impact. | .90 | 975.00 | 877.50 |

**BAILEY & GLASSER LLP**

TALC Creditors Committee
LTL Bankruptcy

August 8, 2022
Invoice #: 95438

| Date | Init | Task | Actv | Description of Service | Hours | Rate | Amount |
|------|------|------|------|------------------------|-------|------|--------|
| | TBB | B190 | | Participating in court hearing by zoom regarding extension of preliminary injunction and estimation. | .80 | 975.00 | 780.00 |
| | TBB | B190 | | Zoom meeting with co-counsel regarding court rulings on extension of stay, preliminary injunction, and estimation. | .40 | 975.00 | 390.00 |
| | TBB | B190 | | Zoom meeting with co-counsel, counsel for committee members and members regarding issues raised as a result of court rulings on 7/28/22 and court rulings. | .90 | 975.00 | 877.50 |
| | MBB | B190 | | Attend J. Kaplan bench ruling on estimation / 706 expert / plan issues. | .80 | 750.00 | 600.00 |
| | MBB | B190 | | Confer with K. Barrett re: implications of Judge Kaplan's ruling. | .40 | 750.00 | 300.00 |
| | MBB | B190 | | Confer with co-counsel re: implications of Judge Kaplan's ruling. | .40 | 750.00 | 300.00 |
| | MBB | B190 | | Confer with committee members / reps re: implications of Judge Kaplan's ruling. | .90 | 750.00 | 675.00 |
| | DTM | B190 | | Attend zoom hearing on Judge's decision on PI and going forward | .80 | 750.00 | 600.00 |
| 7/29/22 | BAG | B190 | | Read transcript ruling from the court on estimation expert. | .40 | 975.00 | 390.00 |
| 7/30/22 | BAG | B190 | | Call with Molton on his initial contact with Feinberg. | .10 | 975.00 | 97.50 |
| | BAG | B190 | | Email traffic among counsel having to do with Feinberg. | .10 | 975.00 | 97.50 |

**Sub-Total of Task**        **$ 154,507.50**

**B195 Non Working Travel**

| Date | Init | Task | Actv | Description of Service | Hours | Rate | Amount |
|------|------|------|------|------------------------|-------|------|--------|
| 7/25/22 | BAG | B195 | | Travel to hearing (2.0 hours, only billed half-time) | 1.00 | 975.00 | 975.00 |
| | DTM | B195 | | Travel from STL to omnibus hearing (8.0 hours, only billed half-time). | 4.00 | 750.00 | 3,000.00 |
| 7/26/22 | BAG | B195 | | Travel to hearing in Trenton (.40 hours, only billed half-time). | .20 | 975.00 | 195.00 |
| | BAG | B195 | | Return travel to DC (3.2 hours, only billed half-time), | 1.60 | 975.00 | 1,560.00 |
| 7/28/22 | DTM | B195 | | Travel from Omnibus hearing to STL (4.6 hours, only billed half-time). | 2.30 | 750.00 | 1,725.00 |

**Sub-Total of Task**        **$ 7,455.00**

**BAILEY & GLASSER LLP**

TALC Creditors Committee

LTL Bankruptcy

August 8, 2022

Invoice #: 95438

**B320 Plan and Disclosure**

| Date | Init | Task | Actv | Description of Service | Hours | Rate | Amount |
|------|------|------|------|------------------------|-------|------|--------|
| 7/07/22 | KB | B320 | | Review transcript regarding executory contract issue. | .10 | 975.00 | 97.50 |
| | KB | B320 | | Email correspondence with counsel group re executory contract issue. | .10 | 975.00 | 97.50 |
| | KB | B320 | | Email correspondence with Glasser re rejection of funding agreement. | .10 | 975.00 | 97.50 |
| | KB | B320 | | Attend meeting on bankruptcy plan. | 2.20 | 975.00 | 2,145.00 |
| 7/17/22 | TBB | B320 | | Analysis of draft disclosure statement and commenting on same. | .50 | 975.00 | 487.50 |
| 7/19/22 | TBB | B320 | | Analyzing and commenting on draft of disclosure statement by TCC. | 1.40 | 975.00 | 1,365.00 |
| 7/20/22 | TBB | B320 | | Further review and analysis of draft of disclosure statement of TCC and outlining proposed modifications. | 1.70 | 975.00 | 1,657.50 |
| 7/23/22 | TBB | B320 | | Further analysis and commenting on draft of proposed TCC disclosure statement regarding potential problems in draft document. | 1.30 | 975.00 | 1,267.50 |

| | | |
|---|---|---|
| **Sub-Total of Task** | **$ 7,215.00** | |
| **TOTAL PROFESSIONAL SERVICES** | | **$ 183,287.50** |

**EXPENSES ADVANCED**

Online Research

| Date | Task | Description | Amount |
|------|------|-------------|--------|
| 7/11/22 | E106 | Legal Research for June 2022 | 93.59 |
| | | **Sub-Total of Expenses:** | **$ 93.59** |

**Delivery Services/Messenger**

| Date | Task | Description | Amount |
|------|------|-------------|--------|
| 7/03/22 | E107 | FedEx - Shipment to Jason Kittinger on 06/14/2022. | 14.12 |
| | | **Sub-Total of Expenses:** | **$ 14.12** |

**Out-of-Town Travel**

| Date | Task | Description | Amount |
|------|------|-------------|--------|

**BAILEY & GLASSER LLP**

TALC Creditors Committee

LTL Bankruptcy

August 8, 2022

Invoice #: 95438

| Date | Task | Description | Amount |
|------|------|-------------|--------|
| 2/04/22 | E110 | David Selby; LTL Meetings - Miami, FL - Baggage fee. | 40.00 |
| 2/12/22 | E110 | David Selby; Airfare wifi | 25.00 |
| 2/12/22 | E110 | David Selby; Airfare from PHX to PHL on 2/12/22 | 774.60 |
| 2/19/22 | E110 | David Selby; Airfare from PHL to BHM on 2/13/22 | 501.60 |
| 5/31/22 | E110 | David Selby; Lodging in NY on 5/31/22 thru 6/1/22 | 835.75 |
| 5/31/22 | E110 | David Selby; Taxi fare in NYC | 86.58 |
| 5/31/22 | E110 | David Selby; Airfare from BHM to LGA on 5/26/22 | 608.60 |
| | | **Sub-Total of Expenses:** | **$ 2,872.13** |

**Court Fees**

| Date | Task | Description | Amount |
|------|------|-------------|--------|
| 7/22/22 | E112 | Pacer Service Center - Filing Fees for 04/01/2022 - 06/30/2022. | 243.30 |
| | | **Sub-Total of Expenses:** | **$ 243.30** |

**Litigation Support Vendors**

| Date | Task | Description | Amount |
|------|------|-------------|--------|
| 7/20/22 | E118 | CS Disco - TALC / LTL - Monthly Case Hosting. | 297.96 |
| | | **Sub-Total of Expenses:** | **$ 297.96** |

| | | **TOTAL EXPENSES ADVANCED** | **$ 3,521.10** |
| | | **TOTAL THIS INVOICE** | **$ 186,808.60** |

**BAILEY & GLASSER LLP**

TALC Creditors Committee                                                   August 8, 2022
LTL Bankruptcy                                                             Invoice #: 95438

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Init | Staff Level | Hours | Rate | Total |
|------|------|-------------|------:|-----:|------:|
| Mathews, D. Todd | DTM | Partner | 26.10 | 750.00 | 19,575.00 |
| Barrett, Kevin W. | KB | Partner | 18.60 | 975.00 | 18,135.00 |
| Basdekis, Thanos | TB | Of Counsel | 42.00 | 800.00 | 33,600.00 |
| Bennett, Thomas B. | TBB | Of Counsel | 48.10 | 975.00 | 46,897.50 |
| Burrus, Maggie B | MBB | Partner | 35.00 | 750.00 | 26,250.00 |
| Glasser, Brian A. | BAG | Partner | 35.60 | 975.00 | 34,710.00 |
| Kittinger, Jason E. | JEK | Paralegal | 7.60 | 325.00 | 2,470.00 |
| Selby, David L. | DLS | Partner | 2.20 | 750.00 | 1,650.00 |
| **TOTALS** | | | **215.20** | | **$ 183,287.50** |

**TASK SUMMARY OF PROFESSIONAL SERVICES**

| Task | Description | Hours | Amount |
|------|-------------|------:|-------:|
| B110 | B110 Case Administration | 6.80 | 3,510.00 |
| B150 | B150 Meetings of and | 5.00 | 4,425.00 |
| B160 | B160 Fee/Employment Applic | 7.00 | 6,175.00 |
| B190 | B190 Other Contested Matters | 179.90 | 154,507.50 |
| B195 | B195 Non Working Travel | 9.10 | 7,455.00 |
| B320 | B320 Plan and Disclosure | 7.40 | 7,215.00 |
| | Time total | $ 183,287.50 | |

**TASK SUMMARY OF EXPENSES ADVANCED**

| Task | Description | Amount |
|------|-------------|-------:|
| E106 | Online Research | 93.59 |
| E107 | Delivery Services/Messenger | 14.12 |
| E110 | Out-of-Town Travel | 2,872.13 |
| E112 | Court Fees | 243.30 |
| E118 | Litigation Support Vendors | 297.96 |
| | Expense total | $ 3,521.10 |

**BAILEY & GLASSER LLP**

| TALC Creditors Committee | August 8, 2022 |
|---|---|
| LTL Bankruptcy | Invoice #: 95438 |

**OUTSTANDING INVOICES**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 91664 | 5/09/22 | 249,763.70 | 206,598.70 | 43,165.00 |
| 93087 | 6/06/22 | 371,823.11 | 302,561.11 | 69,262.00 |
| 94121 | 7/07/22 | 140,360.86 | 112,901.36 | 27,459.50 |

|  |  |
|---|---|
| Total Outstanding Invoices | $ 139,886.50 |
| Balance Due This Invoice | $ 186,808.60 |
| **TOTAL BALANCE DUE** | **$ 326,695.10** |

# BAILEY GLASSER **LLP**

209 Capitol Street
Charleston, WV 25301
Tel: 304.345.6555
Toll Free: 877.852.0342
Fax: 304.342.1110

August 8, 2022

LTL Management Talc Creditors' Committee

| | |
|---|---|
| Invoice #: | 95438 |
| Client #: | TCC0001 |
| Matter #: | 2003717 |

RE:     LTL Bankruptcy

## REMITTANCE ADVICE

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 186,808.60** |
| Outstanding Invoices | $ 139,886.50 |
| **TOTAL BALANCE DUE** | **$ 326,695.10** |
| AMOUNT PAID WITH THIS REMITTANCE | $_____._____ |

If paying by check, please return
this page with payment to:

Bailey & Glasser LLP
ATTN: Accounts Receivable
209 Capitol Street
Charleston, WV 25301
(304) 345-6555

### Operating Account Wire Transfer Instructions

| | |
|---|---|
| **Receiving Bank Name:** | Summit Community Bank |
| **Receiving Bank Address:** | 310 N Main St.<br>Moorefield, WV 26836 |
| **Routing Number:** | 052202225 |
| **Account Number:** | 11591534 |
| **Beneficiary Name:** | Bailey & Glasser LLP<br>Operating Account |
| **Beneficiary Address:** | 209 Capitol Street<br>Charleston, WV  25301 |