**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET FOR THE PERIOD FROM**
**JULY 1, 2022 THROUGH JULY 31, 2022**

| | |
|---|---|
| Debtor: LTL Management LLC | Applicant: McCarter & English, LLP |
| Case No.: 21-30589-MBK | Client: LTL Management LLC |
| Chapter: 11 | Case Filed: October 14, 2021 (the "Petition Date") |

**SECTION 1**
**FEE SUMMARY**

| ☒ Monthly Fee Application No. 9 | ¨ Interim Fee Application | ¨ Final Fee Application |
|---|---|---|

Summary of Amounts Requested for the Period from July 1, 2022 through July 31, 2022 (the "Ninth Statement Period").

| | |
|---|---:|
| Total Fees Owed by LTL: | $56,599.90 |
| Total Disbursements Owed by LTL: | $0.00 |
| Total Fees Plus Disbursements: | $56,599.90 |
| Minus 20% Holdback of Fees: | $11,319.98 |
| Amount Sought at this Time: | $45,279.92 |

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fees Requested to LTL: | $628,897.03 | $646.32 |
| Total Fees Allowed to Date: | $453,263.30 | $574.97 |
| Total Retainer (If Applicable): | $0 | $0 |
| Total Holdback (If Applicable): | $125,779.41 | $0 |
| Total Received by Applicant: | $539,309.40 | $646.31 |

-2-

| Name of Professional & Title | Year Admitted | Hours | Rate (discounted from standard) | Fees |
|---|---|---|---|---|
| Thomas W. Ladd, Esq., Partner | 1986 | 34.3 | $805 | $27,611.50 |
| Brett Kahn, Esq., Partner | 2008 | 38.5 | $570 | $21,945.00 |
| Jennifer Farina, Esq., Partner | 2005 | 5.8 | $585 | $3,393.00 |
| Andrew G. Heckler, Esq., Associate | 2019 | .5 | $410 | $205.00 |
| Ashley D. McWilliams, Esq., Associate | 2019 | 2.8 | $410 | $1,148.00 |
| Georgia Bender, Esq., Associate | 2021 | 5.7 | $365 | $2,080.50 |
| Deborah Brown, Paralegal | | 13.5 | $290 | $3,915.00 |
| | | 101.1 | | $60,298.00 |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | | HOURS | FEES |
|---|---|---|---|
| a) | Asset Analysis and Recovery: Identification and review of potential assets including causes of action and non-litigation recoveries. | | |
| b) | Asset Disposition: Sales, leases, abandonment and related transaction work. | | |
| c) | Avoidance Action Litigation: Preference and fraudulent transfer litigation. | | |
| d) | Business Operations: Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| e) | Case Administration: Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | | |
| f) | Claims Administration and Objections: Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | | |
| g) | Employee Benefits/Pensions: Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| h) | Fee/Employment Applications: Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 2.9 | $2,193.50 |
| i) | Fee/Employment Objections: Review of an objections to the employment and fee applications of others. | | |
| j) | Financing: Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | | |
| k) | Litigation: Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | | |
| l) | Meetings of Creditors: Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | | |
| m) | Plan and Disclosure Statement: Formulation, presentation and confirmation; compliance with the plan confirmation order, related | | |

| SERVICES RENDERED | | HOURS | FEES |
|---|---|---|---|
| | orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | | |
| n) | Relief from Stay Proceedings: Matters relating to termination or continuation of automatic stay under 362. | | |
| o) | Accounting/Auditing: Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) | Business Analysis: Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) | Corporate Finance: Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r) | Data Analysis: Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | | |
| s) | Litigation Consulting: Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | 98.2 | $58,104.50 |
| t) | Reconstruction Accounting: Reconstructing books and records from past transactions and brining accounting current. | | |
| u) | Tax Issues: Analysis of tax issues and preparation of state and federal tax returns. | | |
| v) | Valuation: Appraise or review appraisals of assets. | | |
| w) | Travel Time: Please note that non-working travel time must be billed at 50% of cost. | | |
| **SERVICE TOTALS** | | 101.1 | $60,298.00 |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| Photocopies – @ $.07/page | $0.00 |
| **DISBURSEMENTS TOTALS** | $0.00 |

## SECTION IV
## CASE HISTORY

1. Date of Retention: December 16, 2021, effective as of the Petition Date [Dkt. 861] (the "Retention Order").[1]

2. Summary explaining the nature of the work performed and the results achieved:[2]

    During the Ninth Statement Period, McCarter & English professionals and paraprofessionals performed the following work on behalf of the Debtor:

    - Assisted with preparations for hearings and of motions and other documents, as related to insurance coverage issues, in connection with this chapter 11 bankruptcy case;

    - Assisted with preparations for discovery tasks in relation to insurance coverage issues;

    - Analyzed insurance policies and related case materials with respect to insurance coverage issues arising in bankruptcy;

    - Analyzed bankruptcy case materials with respect to issues impacting the New Jersey coverage litigation;

    - Analyzed insurer document productions with respect to issues impacting insurance coverage issues;

    - Communicated with other Debtor counsel as appropriate regarding various insurance coverage issues and related strategy; and

    - Conducted legal research on discrete insurance coverage issues arising in bankruptcy and issues impacting New Jersey coverage litigation.

I certify under penalty of perjury that the above is true.

Date: August 25, 2022    */s/ Thomas W. Ladd*
    Thomas W. Ladd

---

[1] The Retention Order is attached hereto as Exhibit A.

[2] The summary set forth below is qualified in its entirety by reference to the time and services detail in the invoices attached hereto as Exhibit B.