## **EXHIBIT B**

Invoices



McCarter & English, LLP  
Four Gateway Center  
100 Mulberry Street  
Newark, NJ 07102  
Tel 973.622.4444  
Fax 973.624.7070  
www.mccarter.com  
Tax I.D. # 22-1534652

**Electronic Payment Instructions**  
Account Name: McCarter & English, LLP  
Account Number: 2020080016953  
Financial Institution: Wells Fargo Bank, N.A.  
ACH ABA: 021200025  
Wire Transfer ABA: 121000248  
SWIFT: WFBIUS6S (International payments)  
Please reference Invoice Number

August 12, 2022  
Invoice 8465970

136731    LTL MANAGEMENT LLC  
00001     INSURANCE COUNSELING

LTL MANAGEMENT LLC  
501 GEORGE STREET  
NEW BRUNSWICK, NJ 08933

## MULTIPAYOR BREAKDOWN

TOTAL DUE FOR HOLDBACK ................................................................(20.00%) ...... $10,669.10  
TOTAL DUE FOR LTL MANAGEMENT LLC .........................................(80.00%) ...... $42,676.40

Professional Services Recorded Through 07/31/2022

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|---|---|---|---|---|---|
| 07/01/22 | Reviewed various insurance-related filings in connection with Court hearing. | 00038/TWL | 0.70 | B120 | A104 |
| 07/05/22 | Conferred with D. Prieto and J. Murdica regarding status of mediation. | 00038/TWL | 0.70 | B120 | A108 |
| 07/05/22 | Conferred with B. Kahn concerning finalization of responses to insurance-related information requests. | 00038/TWL | 0.40 | B120 | A105 |

136731    LTL MANAGEMENT LLC
00001    INSURANCE COUNSELING

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|---|---|---|---|---|---|
| 07/05/22 | Continued revision of responses to insurance-related information requests. | 00038/TWL | 0.60 | B120 | A103 |
| 07/06/22 | Communicated with J. Pacelli and I. Perez regarding status of monthly fee application. | 00038/TWL | 0.40 | B160 | A108 |
| 07/06/22 | Communicated with B. Kahn and C. Landry regarding status of monthly fee statement. | 00038/TWL | 0.50 | B160 | A105 |
| 07/07/22 | Reviewed correspondence from insurers regarding status of mediation. | 00038/TWL | 0.40 | B120 | A104 |
| 07/07/22 | Reviewed various insurance-related filings in connection with preliminary injunction. | 00038/TWL | 0.80 | B120 | A104 |
| 07/08/22 | Analysis of case materials with respect to TCC requests for information. | 04585/BDK | 1.10 | B120 | A104 |
| 07/08/22 | Communicating with M. Rasmussen regarding TCC requests for information. | 04585/BDK | 0.40 | B120 | A107 |
| 07/08/22 | Communicated with D. Prieto and J. Murdica regarding mediation. | 00038/TWL | 0.60 | B120 | A108 |
| 07/11/22 | Review information re document productions made in connection with the bankruptcy | 00535/D-B | 1.00 | B120 | A104 |
| 07/12/22 | Analysis of case materials with respect to discovery requests relating to insurance information. | 04585/BDK | 3.20 | B120 | A104 |
| 07/12/22 | Communicating with M. Rasmussen regarding discovery relating to insurance information. | 04585/BDK | 0.50 | B120 | A107 |
| 07/12/22 | Reviewed correspondence re consent to produce documents from coverage action. | 06200/AGH | 0.10 | B120 | A107 |

136731 LTL MANAGEMENT LLC
00001 INSURANCE COUNSELING

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|---|---|---|---|---|---|
| 07/12/22 | Review information re document productions made in connection with the bankruptcy | 00535/D-B | 1.00 | B120 | A104 |
| 07/13/22 | Analysis of bankruptcy documents with respect to mediations. | 04585/BDK | 1.60 | B120 | A104 |
| 07/13/22 | Review correspondence re production of insurance documents to claimants committee. | 06200/AGH | 0.20 | B120 | A104 |
| 07/13/22 | Review correspondence from J. Shapiro re discovery request. | 06200/AGH | 0.10 | B120 | A104 |
| 07/14/22 | Respond to inquiries from B. Kahn regarding revisions to correspondence to TCC insurance counsel. | 05827/JOF | 0.20 | B120 | A105 |
| 07/14/22 | Analysis of case materials with respect to discovery requests for insurance information. | 04585/BDK | 1.40 | B120 | A104 |
| 07/14/22 | Communicating with M. Rasmussen regarding discovery requests relating to insurance. | 04585/BDK | 0.60 | B120 | A107 |
| 07/14/22 | Revising fee application. | 04585/BDK | 0.60 | B160 | A103 |
| 07/14/22 | Revising correspondence regarding discovery issues relating to insurance. | 04585/BDK | 0.40 | B120 | A103 |
| 07/14/22 | Revised correspondence to TCC insurance counsel regarding responses to information requests. | 00038/TWL | 0.70 | B120 | A103 |
| 07/14/22 | Conferred with B. Kahn and J. Farina regarding production of insurance information to TCC. | 00038/TWL | 0.60 | B120 | A105 |
| 07/14/22 | Communicated with M. Rasmussen and. Prieto concerning responses to insurance information to TCC. | 00038/TWL | 0.40 | B120 | A108 |
| 07/14/22 | Review discovery materials regarding TCC requests for information. | 00535/D-B | 1.50 | B120 | A104 |

136731 LTL MANAGEMENT LLC
00001 INSURANCE COUNSELING

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|---|---|---|---|---|---|
| 07/15/22 | Review correspondence from TCC regarding document requests. | 00038/TWL | 0.50 | B120 | A104 |
| 07/15/22 | Reviewed correspondence from insurers regarding consent to production of information to TCC. | 00038/TWL | 0.70 | B120 | A104 |
| 07/15/22 | Review discovery materials regarding TCC requests for information. | 06167/ADM | 0.20 | B120 | A104 |
| 07/15/22 | Review discovery materials regarding TCC requests for information. | 00535/D-B | 2.50 | B120 | A104 |
| 07/16/22 | Review discovery materials regarding TCC requests for information. | 06167/ADM | 0.50 | B120 | A107 |
| 07/17/22 | Analysis of case materials regarding TCC requests regarding insurance information. | 04585/BDK | 1.80 | B120 | A104 |
| 07/17/22 | Communicate with Jones Day regarding production of written discovery from insurers. | 06167/ADM | 0.10 | B120 | A107 |
| 07/18/22 | Confer with T. Ladd and B. Kahn to develop plan for responses to information requests to discuss with client. | 05827/JOF | 0.90 | B120 | A104 |
| 07/18/22 | Confer with M. Rasmussen concerning response to TCC request for production of insurance information. | 05827/JOF | 0.80 | B120 | A104 |
| 07/18/22 | Call with D. Prieto and M. Rasmussen regarding TCC requests for insurance information. | 04585/BDK | 0.70 | B120 | A107 |
| 07/18/22 | Analysis of case materials regarding TCC requests for insurance information. | 04585/BDK | 2.40 | B120 | A104 |
| 07/18/22 | Call with T. Ladd and J. Farina regarding TCC requests for insurance information. | 04585/BDK | 0.50 | B120 | A105 |

136731  LTL MANAGEMENT LLC
00001   INSURANCE COUNSELING

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|---|---|---|---|---|---|
| 07/18/22 | Review of recent case filings with respect to insurance issues. | 04585/BDK | 0.60 | B120 | A104 |
| 07/18/22 | Conferred with D. Prieto and M. Rasmussen regarding response to TCC insurance counsel correspondence. | 00038/TWL | 0.70 | B120 | A108 |
| 07/18/22 | Continued review of data in connection with responses to information requests from TCC special insurance counsel. | 00038/TWL | 0.80 | B120 | A104 |
| 07/18/22 | Conferred with J. Kim and A. White regarding strategy relating to special insurance counsel information requests. | 00038/TWL | 0.50 | B120 | A106 |
| 07/18/22 | Communicated with insurers regarding consent to production of data to TCC insurance counsel. | 00038/TWL | 0.60 | B120 | A108 |
| 07/18/22 | Review discovery materials regarding TCC requests for information. | 00535/D-B | 0.50 | B120 | A104 |
| 07/19/22 | Conferred with T. Ladd to develop plan to respond to TCC information requests. | 05827/JOF | 0.80 | B120 | A104 |
| 07/19/22 | Reviewing statement regarding stay of coverage action. | 04585/BDK | 1.90 | B120 | A103 |
| 07/19/22 | Analysis of case materials regarding requests for insurance information. | 04585/BDK | 1.20 | B120 | A104 |
| 07/19/22 | Review of filings in connection with insurance coverage stay. | 04585/BDK | 1.30 | B120 | A104 |
| 07/19/22 | Communicated with I. Perez and J. Pacelli regarding status of monthly fee statement. | 00038/TWL | 0.40 | B160 | A107 |
| 07/20/22 | Confer with S. Borup, E. Sheridan and T. Ladd to develop plan to respond to TCC insurance information requests. | 05827/JOF | 1.80 | B120 | A104 |

136731  LTL MANAGEMENT LLC
00001   INSURANCE COUNSELING

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|---|---|---|---|---|---|
| 07/20/22 | Participated in conference call with J. Kim, A. White and Risk Management Department personnel regarding responses to TCC special insurance counsel information requests. | 00038/TWL | 1.00 | B120 | A101 |
| 07/20/22 | Reviewed data in connection with preparation of responses to TCC special insurance counsel information requests. | 00038/TWL | 0.80 | B120 | A104 |
| 07/20/22 | Communicated with B. Kahn and J. Farina regarding production of information to TCC special insurance counsel. | 00038/TWL | 0.40 | B120 | A105 |
| 07/21/22 | Confer with E. Sheridan and T. Ladd to develop plan to respond to TCC insurance information requests. | 05827/JOF | 1.30 | B120 | A104 |
| 07/21/22 | Communicated with D. Prieto and M. Rasmussen regarding strategy in connection with responses to TCC special insurance counsel information requests. | 00038/TWL | 0.80 | B120 | A108 |
| 07/21/22 | Reviewed correspondence from insurer counsel regarding production of insurance-related documents in bankruptcy proceeding. | 00038/TWL | 0.60 | B120 | A104 |
| 07/21/22 | Conferred with G. Bender concerning research relating to TCC special insurance counsel information requests. | 00038/TWL | 0.40 | B120 | A105 |
| 07/21/22 | Examination of law in connection with TCC special insurance counsel information requests. | 06220/GEB | 1.00 | B120 | A104 |
| 07/21/22 | Continued examination of law in connection with TCC special insurance counsel information requests. | 06220/GEB | 0.50 | B120 | A104 |

136731   LTL MANAGEMENT LLC
00001    INSURANCE COUNSELING

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|---|---|---|---|---|---|
| 07/21/22 | Review correspondence form E. McCabe re consent to production of discovery. | 06200/AGH | 0.10 | B120 | A104 |
| 07/22/22 | Reviewed legal memoranda in connection with TCC special insurance counsel information requests. | 00038/TWL | 1.10 | B120 | A104 |
| 07/22/22 | Conferred with G. Bender and B. Kahn concerning analysis regarding insurance issues in bankruptcy proceedings. | 00038/TWL | 0.60 | B120 | A105 |
| 07/22/22 | Examination of law in connection with TCC special insurance counsel information requests | 06220/GEB | 3.00 | B120 | A104 |
| 07/22/22 | Prepared legal memorandum regarding responses to TCC special insurance counsel information requests. | 06220/GEB | 1.00 | B120 | A103 |
| 07/24/22 | Review correspondence regarding TCC requests for information. | 04585/BDK | 0.60 | B120 | A104 |
| 07/24/22 | Examination of law with respect to insurance issues relating to bankruptcy. | 04585/BDK | 0.80 | B120 | A104 |
| 07/25/22 | Conferring with T. Ladd regarding insurance issues arising in bankruptcy. | 04585/BDK | 0.50 | B120 | A105 |
| 07/25/22 | Analysis of documents regarding TCC requests for insurance information. | 04585/BDK | 3.20 | B120 | A104 |
| 07/25/22 | Review of correspondence regarding TCC insurance requests. | 04585/BDK | 0.30 | B120 | A104 |
| 07/25/22 | Reviewed various insurance-related submissions in connection with omnibus hearing. | 00038/TWL | 0.80 | B120 | A104 |
| 07/25/22 | Communicated with M. Rasmussen and D. Prieto regarding finalization of | 00038/TWL | 0.70 | B120 | A108 |

136731  LTL MANAGEMENT LLC
00001   INSURANCE COUNSELING

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|---|---|---|---|---|---|
| | responses to information requests from TCC special insurance counsel. | | | | |
| 07/25/22 | Communicated with J. Kim and J. Denton regarding review of historical insurance data for production to TCC special insurance counsel. | 00038/TWL | 0.50 | B120 | A106 |
| 07/25/22 | Communicated with J. Murdica regarding insurance-related inquiries from mediator. | 00038/TWL | 0.40 | B120 | A108 |
| 07/25/22 | Reviewed correspondence to TCC special insurance counsel regarding responses to information requests. | 00038/TWL | 0.40 | B120 | A104 |
| 07/25/22 | Conferred with B. Kahn regarding review of insurance issues for preliminary injunction hearing. | 00038/TWL | 0.50 | B120 | A105 |
| 07/25/22 | Continued review of legal memoranda in connection with responses to TCC special insurance counsel information requests. | 00038/TWL | 0.60 | B120 | A104 |
| 07/25/22 | Communicate with B. Kahn and T. Ladd regarding research on insurance issues. | 06220/GEB | 0.20 | B120 | A105 |
| 07/25/22 | Correspond with outside counsel regarding insurance coverage issues. | 06167/ADM | 0.40 | B120 | A107 |
| 07/25/22 | Review discovery materials regarding TCC requests for information. | 06167/ADM | 1.60 | B120 | A104 |
| 07/25/22 | Review discovery materials regarding TCC requests for information. | 00535/D-B | 0.50 | B120 | A104 |
| 07/26/22 | Analysis of bankruptcy materials with respect to insurance issues. | 04585/BDK | 0.90 | B120 | A104 |
| 07/26/22 | Attend (virtually) hearing regarding insurance issues relating to stay, preliminary injunction and estimation issues arising in bankruptcy. | 04585/BDK | 5.10 | B120 | A109 |

136731    LTL MANAGEMENT LLC
00001    INSURANCE COUNSELING

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|---|---|---|---|---|---|
| 07/26/22 | Conferred with B. Kahn regarding issues raised at omnibus hearing relating to insurance. | 00038/TWL | 0.60 | B120 | A105 |
| 07/26/22 | Attended omnibus hearing in connection with insurance-related issues. | 00038/TWL | 1.60 | B120 | A109 |
| 07/26/22 | Review discovery materials regarding TCC requests for information. | 00535/D-B | 0.50 | B120 | A104 |
| 07/27/22 | Communicated with J. Murdica regarding status of mediation with insurers. | 00038/TWL | 0.50 | B120 | A108 |
| 07/27/22 | Communicated with M. Rasmussen and R. Horkovich regarding responses to TCC special insurance counsel information requests. | 00038/TWL | 0.50 | B120 | A108 |
| 07/27/22 | Continued review of insurance-related filings in connection with omnibus hearing. | 00038/TWL | 0.60 | B120 | A104 |
| 07/27/22 | Preparation of monthly fee statement. | 00038/TWL | 0.60 | B160 | A101 |
| 07/27/22 | Conferred with B. Kahn concerning rulings at omnibus hearing related to insurance. | 00038/TWL | 0.40 | B120 | A105 |
| 07/28/22 | Attending (virtually) hearing with respect to stay and estimation proceedings with consideration of insurance issues. | 04585/BDK | 0.80 | B120 | A109 |
| 07/28/22 | Reviewed submissions regarding omnibus hearing. | 00038/TWL | 0.60 | B120 | A104 |
| 07/28/22 | Evaluation of materials in connection with meeting with mediators. | 00038/TWL | 0.70 | B120 | A104 |
| 07/28/22 | Communicated with J. Murdica and mediators regarding insurer mediation. | 00038/TWL | 0.80 | B120 | A108 |
| 07/28/22 | Conferred with B. Kahn regarding order on insurers' lift stay motions. . | 00038/TWL | 0.60 | B120 | A105 |

136731    LTL MANAGEMENT LLC
00001    INSURANCE COUNSELING

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|---|---|---|---|---|---|
| 07/28/22 | Conferred with I. Perez and J. Pacelli regarding status of billing requirements. | 00038/TWL | 0.40 | B160 | A108 |
| 07/28/22 | Review discovery materials regarding TCC requests for information. | 00535/D-B | 0.40 | B120 | A110 |
| 07/29/22 | Conferred with mediators regarding various insurance-related issues. | 00038/TWL | 1.20 | B120 | A108 |
| 07/29/22 | Communicated with J. Murdica regarding mediation. | 00038/TWL | 0.60 | B120 | A108 |
| 07/29/22 | Conferred with M. Rasmussen regarding information requests from TCC special insurance counsel. | 00038/TWL | 0.60 | B120 | A108 |
| 07/29/22 | Reviewed supplemental information requests from TCC special insurance counsel. | 00038/TWL | 0.40 | B120 | A104 |
| 07/29/22 | Reviewed insurance-related submissions in connection with mediation. | 00038/TWL | 0.70 | B120 | A104 |

|  |  |  |
|---|---|---|
| TOTAL B120 HOURS: | 84.2 | $51,152.00 |
| TOTAL B160 HOURS: | 2.9 | $2,193.50 |
| TOTAL HOURS: | 87.10 |  |

**TOTAL FEES**..........................................................................  $53,345.50
**TOTAL DISBURSEMENTS**.................................................         0.00

**TOTAL DUE THIS INVOICE** .............................................  $53,345.50

136731    LTL MANAGEMENT LLC
00001    INSURANCE COUNSELING

| | | | **HOURS** | **RATE** | **VALUE** |
|---|---|---|---|---|---|
| 00038 | Thomas W. Ladd | PARTNER | 32.00 | 805.00 | 25,760.00 |
| 04585 | Brett D. Kahn | PARTNER | 32.40 | 570.00 | 18,468.00 |
| 05827 | Jennifer O. Farina | PARTNER | 5.80 | 585.00 | 3,393.00 |
| 06167 | Ashley D. McWilliams | ASSOCIATE | 2.80 | 410.00 | 1,148.00 |
| 06200 | Andrew G. Heckler | ASSOCIATE | 0.50 | 410.00 | 205.00 |
| 06220 | Georgia Bender | ASSOCIATE | 5.70 | 365.00 | 2,080.50 |
| 00535 | Deborah Brown | PARALEGAL | 7.90 | 290.00 | 2,291.00 |
| **ATTORNEY TOTALS:** | | | **87.10** | | **53,345.50** |

MULTIPAYOR BREAKDOWN

TOTAL DUE FOR HOLDBACK ............................................................(20.00%) ...... $10,669.10
TOTAL DUE FOR LTL MANAGEMENT LLC ..........................................(80.00%) ...... $42,676.40

136731 LTL MANAGEMENT LLC
00001 INSURANCE COUNSELING

| DATE | DISBURSEMENTS | VALUE |
|---|---|---|
| | | |

**TOTAL DISBURSEMENTS** ............................................................... **$0.00**



**Electronic Payment Instructions**
Account Name:  McCarter & English, LLP
Account Number: 2020080016953
Financial Institution:  Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: WFBIUS6S  (International payments)
Please reference Invoice Number

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel  973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

August 12, 2022
Invoice 8464104

136731    LTL MANAGEMENT LLC
00002     INSURANCE COVERAGE
          JJL2021019364

LTL MANAGEMENT LLC
501 GEORGE STREET
NEW BRUNSWICK, NJ 08933

MULTIPAYOR BREAKDOWN

TOTAL DUE FOR JOHNSON & JOHNSON..........................................(67.00%) .......... $874.35
TOTAL DUE FOR LTL MANAGEMENT LLC .........................................(33.00%) .......... $430.65

TOTAL DUE FOR LTL MANAGEMENT LLC .........................................(80.00%) ........ $344.52

Professional Services Recorded Through 07/31/2022

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|---|---|---|---|---|---|
| 07/28/22 | Analysis of discovery materials with respect to coverage issues. | 00535/D-B | 4.50 | B120 | A104 |
|  | TOTAL HOURS: |  | 4.50 |  |  |

**TOTAL FEES**................................................................................................. $1,305.00
**TOTAL DISBURSEMENTS**................................................................................ 0.00

**TOTAL DUE THIS INVOICE** .................................................................. $1,305.00

136731   LTL MANAGEMENT LLC
00002    INSURANCE COVERAGE
         JJL2021019364

|  |  |  | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 00535 | Deborah Brown | PARALEGAL | 4.50 | 290.00 | 1,305.00 |
| **ATTORNEY TOTALS:** |  |  | **4.50** |  | **1,305.00** |

MULTIPAYOR BREAKDOWN

TOTAL DUE FOR JOHNSON & JOHNSON..........................................(67.00%) ........... $874.35
TOTAL DUE FOR LTL MANAGEMENT LLC..........................................(33.00%) ........... $430.65

TOTAL DUE FOR LTL MANAGEMENT LLC..........................................(80.00%) ........ $344.52

136731   LTL MANAGEMENT LLC
00002    INSURANCE COVERAGE
         JJL2021019364

| DATE | DISBURSEMENTS | VALUE |
|------|---------------|-------|
|      |               |       |

**TOTAL DISBURSEMENTS** ................................................................. **$0.00**



McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel  973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

**Electronic Payment Instructions**
Account Name:  McCarter & English, LLP
Account Number: 2020080016953
Financial Institution:  Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: WFBIUS6S  (International payments)
Please reference Invoice Number

August 12, 2022
Invoice 8464103

136731    LTL MANAGEMENT LLC
00003    J&J GENERAL
         JJL2021019364

LTL MANAGEMENT LLC
501 GEORGE STREET
NEW BRUNSWICK, NJ 08933

MULTIPAYOR BREAKDOWN

TOTAL DUE FOR JOHNSON & JOHNSON...........................................(50.00%) ........ $2,823.75
TOTAL DUE FOR LTL MANAGEMENT LLC.........................................(50.00%) ........ $2,823.75

TOTAL DUE FOR LTL MANAGEMENT LLC.........................................(80.00%) ........ $2,259.00

Professional Services Recorded Through 07/31/2022

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|---|---|---|---|---|---|
| 07/05/22 | Reviewed reservation of rights correspondence from insurers. | 04585/BDK | 0.80 | B120 | A104 |
| 07/07/22 | Prepare monthly collection of talc complaints for production to insurers. | 00535/D-B | 0.30 | B120 | A104 |
| 07/08/22 | Review reservation of rights insurer correspondence. | 04585/BDK | 0.70 | B120 | A104 |
| 07/08/22 | Drafting responses to insurer correspondence. | 04585/BDK | 0.80 | B120 | A103 |
| 07/08/22 | Revised correspondence to insurers regarding responses to information requests. | 00038/TWL | 0.70 | B120 | A103 |

136731    LTL MANAGEMENT LLC
00003    J&J GENERAL
           JJL2021019364

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|---|---|---|---|---|---|
| 07/08/22 | Conferred with B. Kahn and J. Farina regarding finalization of correspondence to insurers regarding information requests. | 00038/TWL | 0.50 | B120 | A105 |
| 07/08/22 | Prepare collection of talc complaints for production to insurers. | 00535/D-B | 0.50 | B120 | A104 |
| 07/12/22 | Analysis of case materials with respect to coverage issues. | 04585/BDK | 2.30 | B120 | A104 |
| 07/12/22 | Revised correspondence to insurer counsel. | 00038/TWL | 0.60 | B120 | A103 |
| 07/12/22 | Conferred with B. Kahn and J. Farina regarding finalization of correspondence to insurers responding to reservations of rights. | 00038/TWL | 0.50 | B120 | A105 |
| 07/13/22 | Review of legal memoranda regarding coverage issues. | 04585/BDK | 1.30 | B120 | A104 |
| 07/13/22 | Manage insurer correspondence. | 00535/D-B | 0.30 | B120 | A104 |
| 07/28/22 | Conferring with T. Ladd regarding strategy in relation to insurance issues. | 04585/BDK | 0.20 | B120 | A105 |
| | TOTAL HOURS: | | 9.50 | | |

**TOTAL FEES**............................................................................................    $5,647.50
**TOTAL DISBURSEMENTS**.......................................................................    0.00

**TOTAL DUE THIS INVOICE**....................................................................    $5,647.50

136731   LTL MANAGEMENT LLC
00003    J&J GENERAL
         JJL2021019364

|       |                  |           | HOURS | RATE   | VALUE    |
|-------|------------------|-----------|-------|--------|----------|
| 00038 | Thomas W. Ladd   | PARTNER   | 2.30  | 805.00 | 1,851.50 |
| 04585 | Brett D. Kahn    | PARTNER   | 6.10  | 570.00 | 3,477.00 |
| 00535 | Deborah Brown    | PARALEGAL | 1.10  | 290.00 | 319.00   |

**ATTORNEY TOTALS:**                          **9.50**           **5,647.50**

MULTIPAYOR BREAKDOWN

TOTAL DUE FOR JOHNSON & JOHNSON ......................................... (50.00%) ........ $2,823.75
TOTAL DUE FOR LTL MANAGEMENT LLC ....................................... (50.00%) ........ $2,823.75

TOTAL DUE FOR LTL MANAGEMENT LLC ....................................... (80.00%) ........ $2,259.00

136731    LTL MANAGEMENT LLC
00003     J&J GENERAL
           JJL2021019364

| DATE | DISBURSEMENTS | VALUE |
|---|---|---|
| | | |

**TOTAL DISBURSEMENTS ..................................................................**     **$0.00**