## **EXHIBIT B**

Invoices



**Electronic Payment Instructions**
Account Name:  McCarter & English, LLP
Account Number: 2020080016953
Financial Institution:  Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: WFBIUS6S  (International payments)
Please reference Invoice Number

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel  973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

August 23, 2022
Invoice 8465981

136731    LTL MANAGEMENT LLC
00024     BARDEN, DOUGLAS AND ROSLYN
          JJL2021019364

LTL MANAGEMENT LLC
501 GEORGE STREET
NEW BRUNSWICK, NJ 08933

MULTIPAYOR BREAKDOWN

TOTAL DUE FOR JOHNSON & JOHNSON............................................(50.00%) .................. $408.75
TOTAL DUE FOR LTL MANAGEMENT LLC..........................................(50.00%) .................. $408.75

Professional Services Recorded Through 06/30/2022

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|---|---|---|---|---|---|
| 06/30/22 | Receipt of New Jersey Supreme Court opinion; evaluation of impact upon issues raised in current consolidated appeals; conferring with Justice Venerio regarding same | 00663/JCG | 1.50 | B190 | A104 |
|  | TOTAL HOURS: |  | 1.50 |  |  |

**TOTAL FEES**................................................................................................................. $817.50
**TOTAL DISBURSEMENTS**.......................................................................................      0.00

**TOTAL DUE THIS INVOICE**................................................................................. $817.50

136731  LTL MANAGEMENT LLC
00024   BARDEN, DOUGLAS AND ROSLYN
        JJL2021019364

## TIMEKEEPER LISTING

00663   John C. Garde                              PARTNER

## MULTIPAYOR BREAKDOWN

TOTAL DUE FOR JOHNSON & JOHNSON..........................................(50.00%) .................. $408.75
TOTAL DUE FOR LTL MANAGEMENT LLC........................................(50.00%) .................. $408.75

136731   LTL MANAGEMENT LLC
00024    BARDEN, DOUGLAS AND ROSLYN
         JJL2021019364

| DATE | DISBURSEMENTS | VALUE |
|------|---------------|-------|
|      |               |       |

**TOTAL DISBURSEMENTS** ................................................................  **$0.00**



McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel  973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

**Electronic Payment  Instructions**
Account Name:  McCarter & English, LLP
Account Number: 2020080016953
Financial Institution:  Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: WFBIUS6S  (International payments)
Please reference Invoice Number

August 23, 2022
Invoice 8466086

136731    LTL MANAGEMENT LLC
00104     ESCOBAR, ROSARIO
          JJL2021019364

LTL MANAGEMENT LLC
501 GEORGE STREET
NEW BRUNSWICK, NJ 08933


MULTIPAYOR BREAKDOWN

TOTAL DUE FOR JOHNSON & JOHNSON...........................................(50.00%) .................... $21.80
TOTAL DUE FOR LTL MANAGEMENT LLC..........................................(50.00%) .................... $21.80

Professional Services Recorded Through 06/30/2022

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|---|---|---|---|---|---|
| 06/21/22 | Reviewing pathology materials chart. Response re collection and location of pathology materials. | 02669/MRP | 0.20 | B190 | A107 |
|  | TOTAL HOURS: |  | 0.20 |  |  |

**TOTAL FEES**................................................................................................... $43.60
**TOTAL DISBURSEMENTS**.............................................................................      0.00

**TOTAL DUE THIS INVOICE** ................................................................... $43.60

136731　LTL MANAGEMENT LLC
00104　ESCOBAR, ROSARIO
　　　　JJL2021019364

## TIMEKEEPER LISTING

02669　Mary Ruth Pazdziora　　　　　　　　PARALEGAL

## MULTIPAYOR BREAKDOWN

TOTAL DUE FOR JOHNSON & JOHNSON..........................................(50.00%) .................... $21.80
TOTAL DUE FOR LTL MANAGEMENT LLC..........................................(50.00%) .................... $21.80

136731   LTL MANAGEMENT LLC
00104    ESCOBAR, ROSARIO
            JJL2021019364

| DATE | DISBURSEMENTS | VALUE |
|------|---------------|-------|

**TOTAL DISBURSEMENTS** ............................................................... **$0.00**



**Electronic Payment Instructions**
Account Name:  McCarter & English, LLP
Account Number: 2020080016953
Financial Institution:  Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: WFBIUS6S  (International payments)
Please reference Invoice Number

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel  973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

August 23, 2022
Invoice 8465982

136731    LTL MANAGEMENT LLC
00157     MANZ, ROBERT
          JJL2021019364

LTL MANAGEMENT LLC
501 GEORGE STREET
NEW BRUNSWICK, NJ 08933

MULTIPAYOR BREAKDOWN

TOTAL DUE FOR JOHNSON & JOHNSON............................................(50.00%) .................. $190.75
TOTAL DUE FOR LTL MANAGEMENT LLC...........................................(50.00%) .................. $190.75

Professional Services Recorded Through 06/30/2022

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|---|---|---|---|---|---|
| 06/24/22 | Drafting a proposed joint status report to the court for review by plaintiff's counsel. | 00040/PMT | 0.20 | B190 | A103 |
| 06/29/22 | Confer with plaintiff's counsel regarding content of joint status letter to court regarding status of LTL bankruptcy | 00663/JCG | 0.50 | B190 | A107 |
| | TOTAL HOURS: | | 0.70 | | |

**TOTAL FEES**............................................................................................... $381.50
**TOTAL DISBURSEMENTS**................................................................................  0.00

136731    LTL MANAGEMENT LLC
00157     MANZ, ROBERT
          JJL2021019364

**TOTAL DUE THIS INVOICE** ................................................................................. $381.50

## TIMEKEEPER LISTING

00040    Penelope M. Taylor        PARTNER
00663    John C. Garde             PARTNER

### MULTIPAYOR BREAKDOWN

TOTAL DUE FOR JOHNSON & JOHNSON..........................................(50.00%) .................. $190.75
TOTAL DUE FOR LTL MANAGEMENT LLC..........................................(50.00%) .................. $190.75

136731  LTL MANAGEMENT LLC
00157   MANZ, ROBERT
        JJL2021019364

| DATE | DISBURSEMENTS | VALUE |
|---|---|---|
| | | |

**TOTAL DISBURSEMENTS** ................................................................  **$0.00**



McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel  973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

**Electronic Payment  Instructions**
Account Name:  McCarter & English, LLP
Account Number: 2020080016953
Financial Institution:  Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: WFBIUS6S  (International payments)
Please reference Invoice Number

August 23, 2022
Invoice 8465974

136731    LTL MANAGEMENT LLC
00284     LAUGHLIN, DENNIS
          JJL2021019364

LTL MANAGEMENT LLC
501 GEORGE STREET
NEW BRUNSWICK, NJ 08933

MULTIPAYOR BREAKDOWN

TOTAL DUE FOR JOHNSON & JOHNSON............................................(50.00%) .................... $43.60
TOTAL DUE FOR LTL MANAGEMENT LLC..........................................(50.00%) .................... $43.60

Professional Services Recorded Through 06/30/2022

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|---|---|---|---|---|---|
| 06/24/22 | Reviewing collection of records and radiology materials received from Recordtrak. Communications with regard to collection of radiology materials and locations of same. | 02669/MRP | 0.40 | B190 | A104 |
| | TOTAL HOURS: | | 0.40 | | |

**TOTAL FEES**................................................................................................................  $87.20
**TOTAL DISBURSEMENTS**..........................................................................................      0.00

**TOTAL DUE THIS INVOICE** ......................................................................................  $87.20

136731  LTL MANAGEMENT LLC
00284   LAUGHLIN, DENNIS
        JJL2021019364

## TIMEKEEPER LISTING

02669    Mary Ruth Pazdziora                       PARALEGAL

### MULTIPAYOR BREAKDOWN

TOTAL DUE FOR JOHNSON & JOHNSON..........................................(50.00%) .................... $43.60
TOTAL DUE FOR LTL MANAGEMENT LLC..........................................(50.00%) .................... $43.60

136731   LTL MANAGEMENT LLC
00284    LAUGHLIN, DENNIS
         JJL2021019364

| DATE | DISBURSEMENTS | VALUE |
|---|---|---|
| | | |

**TOTAL DISBURSEMENTS** ............................................................... **$0.00**



McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel 973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

**Electronic Payment Instructions**
Account Name: McCarter & English, LLP
Account Number: 2020080016953
Financial Institution: Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: WFBIUS6S (International payments)
Please reference Invoice Number

August 23, 2022
Invoice 8466087

136731    LTL MANAGEMENT LLC
00378     HORSCH-NUSBAUM, RUTH
          JJL2021019364

LTL MANAGEMENT LLC
501 GEORGE STREET
NEW BRUNSWICK, NJ 08933


MULTIPAYOR BREAKDOWN

TOTAL DUE FOR JOHNSON & JOHNSON...........................................(50.00%) .................... $21.80
TOTAL DUE FOR LTL MANAGEMENT LLC........................................(50.00%) .................... $21.80

Professional Services Recorded Through 06/30/2022

| DATE | DESCRIPTION | ATTY | HOURS | TASK CODE | ACT CODE |
|---|---|---|---|---|---|
| 06/01/22 | Review of plaintiff's application to file amended complaint for John Garde. | 09010/BCS | 0.20 | B190 | A104 |
| | TOTAL HOURS: | | 0.20 | | |

**TOTAL FEES**................................................................................................ $43.60
**TOTAL DISBURSEMENTS**.................................................................................. 0.00
**TOTAL DUE THIS INVOICE** ................................................................................ $43.60

136731    LTL MANAGEMENT LLC
00378    HORSCH-NUSBAUM, RUTH
         JJL2021019364

## TIMEKEEPER LISTING

09010    Brenda C. Sherman                              PARALEGAL

### MULTIPAYOR BREAKDOWN

TOTAL DUE FOR JOHNSON & JOHNSON...........................................(50.00%) .................... $21.80
TOTAL DUE FOR LTL MANAGEMENT LLC..........................................(50.00%) .................... $21.80

136731 LTL MANAGEMENT LLC
00378 HORSCH-NUSBAUM, RUTH
         JJL2021019364

| DATE | DISBURSEMENTS | VALUE |
|---|---|---|
| | | |

**TOTAL DISBURSEMENTS** ................................................................ **$0.00**