# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

## FEE APPLICATION COVER SHEET
## FOR THE PERIOD JULY 1 TO JULY 31, 2022

| | |
|---|---|
| Debtor: LTL Management LLC | Applicant: **Blake, Cassels & Graydon LLP** |
| Case No.: 21-30589-MBK | Client: LTL Management LLC ("LTL") |
| Chapter: 11 | Case Filed: October 14, 2021 (the "Petition Date") |

## SECTION 1
## FEE SUMMARY

☐ Interim Fee Application No. _____    or    ☐ Final Fee Application

Summary of Amounts Requested for the Period from July 1 to July 31, 2022 (the "Ninth Statement Period").

|  | CAD |
|---|---:|
| Total Fees: | $8,176.90 |
| Total Disbursements: | $0.00 |
| Total Fees and Disbursements: | $8,176.90 |
| Minus 20% Holdback of Fees: | ($1,635.38) |
| Amount Sought at this Time: | **$6,541.52** [1] |

|  | FEES | EXPENSES |
|---|---:|---:|
| Total Previously Requested: | $532,651.80 | $1,413.03 |
| Total Allowed to Date: | $335,797.90 | $1,413.03 |
| Total Retainer (If Applicable): | N/A | N/A |
| Total Holdback (If Applicable): | ($106,530.36) | $0.00 |
| Total Received by Applicant: | $457,914.90 [2] | $1,413.03 |

---

[1] Amount sought will be paid by the Credit Note issued for reimbursement of Canadian harmonized sales tax paid by the Debtor, as described in the *Supplemental Certification of Linc Rogers [Dkt. 2712]*

[2] Does not include the amount of CAD $67,272.44 received from the Debtor for Canadian harmonized sales tax, which credit amount will be applied towards future fees in accordance with instructions from the Debtor.

-2-

| Name of Professional & Title | Year Admitted | Hours | Rate (CAD) | Fees (CAD) |
|---|---|---|---|---|
| Linc Rogers<br>Partner, Restructuring & Insolvency (Toronto) | 2000 | 1.3 | $853.00 | $1,108.90 |
| Caitlin McIntyre<br>Associate, Restructuring & Insolvency (Toronto) | 2017 | 9.6 | $590.00 | $5,664.00 |
| Nancy Thompson<br>Law Clerk, Restructuring & Insolvency (Toronto) | N/A | 3.9 | $360.00 | $1,404.00 |

| | | | | |
|---|---|---|---|---|
| **Blended Hourly Rate:**<br>[Excluding Nancy Thompson] | | | | **$621.37** |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEES (CAD) |
|---|---|---|
| 1. **Litigation Consulting: CCAA Recognition Proceedings** <br> Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | 9.8 | $5,834.60 |
| 2. **Fee and Retention Application** <br> Preparation of employment and fee applications for self or others; motions to establish interim procedures | 5.0 | $2,342.30 |
| 3. **Litigation: Canadian Actions** <br> Other than Avoidance Action Litigation | | |
| 8. **Litigation: General / All Class Actions** <br> Other than Avoidance Action Litigation | | |
| **SERVICE TOTALS:** | **14.8** | **$8,176.90** |

*Note: Fees for No. 3 are allocated 33.33% to LTL and 66.67% to J&J, which allocation is reflected in the breakdown of amounts set out on page 1*

-4-

## SECTION III
## SUMMARY OF DISBURSEMENTS

| Matter No. | DISBURSEMENTS SUBJECT TO HST | AMOUNT (CAD) |
|---|---|---|
| | N/A | |
| | | |
| | | |
| | **DISBURSEMENTS NOT SUBJECT TO HST** | **AMOUNT (CAD)** |
| | N/A | |
| | | |
| | | |
| | **DISBURSEMENTS TOTALS** | |

*Note: Disbursements for matter No. 3 are allocated 33.33% to LTL and 66.67% to J&J, which allocation is reflected in the breakdown of amounts set out on page 1*

## SECTION IV
## CASE HISTORY

1. Date of Retention: January 28, 2022, effective as of the Petition Date [Dkt. 1284] (the "Retention Order").[3]

2. Summary explaining the nature of the work performed and the results achieved:

   - Monitoring Chapter 11 proceeding and attending hearings on July 6 and 26, 2022;

   - Communicating with the Information Officer appointed by the Ontario Court on the status of the Chapter 11 proceeding and the outcome of the hearings;

   - Preparing supplemental certification to the second interim fee application and arranging for service and filing; and

   - Preparing monthly fee statement and arranging for service and filing.

I certify under penalty of perjury that the above is true.

Date: August 26, 2022

/s/ Linc Rogers
Linc Rogers
**Blake, Cassels & Graydon LLP**

---

[3] The Retention Order is attached hereto as Exhibit A.