## **EXHIBIT B**

Invoices



Blake, Cassels & Graydon LLP
Barristers & Solicitors
Patent & Trademark Agents
199 Bay Street
Suite 4000, Commerce Court West
Toronto ON  M5L 1A9  Canada
Tel: 416-863-2400  Fax: 416-863-2653

# INVOICE
Please write invoice
number(s) on cheque

August 26, 2022

| | | |
|---|---|---|
| LTL MANAGEMENT LLC | Invoice: | 2329058 |
| 501 George Street | Billing Lawyer | McKee, Gordon |
| New Brunswick, NJ  08933 | HST/GST No.: | R119396778 |
| U.S.A. | Client: | 00028109 |
| | Matter: | 000001 |
| | Reference: | JJL2021019389 |

Attention:  John Kim
            Legal Counsel

**Re:  Litigation Consulting - CCAA Recognition Proceedings**

FOR PROFESSIONAL SERVICES RENDERED
during the period ended July 31, 2022, as follows:

|  |  |
|---|---|
| **Total Fees** | $ 5,834.60 |
| **Less payment applied** | -4,667.68 |
| **TOTAL DUE IN CANADIAN CURRENCY** | **$ 1,166.92  CAD** |
| | |
| *THIS INVOICE MAY BE PAID IN U.S. CURRENCY* | *$ 941.06  USD* |

TORONTO    CALGARY    VANCOUVER    MONTRÉAL    OTTAWA    NEW YORK    LONDON
Blake, Cassels & Graydon LLP | blakes.com



Invoice: 2329058
Date: August 26, 2022
Page: 2

**Re:  Litigation Consulting - CCAA Recognition Proceedings   (000001)**

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| 07/04/22 | McIntyre, Caitlin | Reviewing materials on the US docket in advance of omnibus hearing on July 6. | 0.2 | 590.00 | 118.00 |
| 07/04/22 | McIntyre, Caitlin | Email correspondence with L. Rogers regarding omnibus hearing. | 0.2 | 590.00 | 118.00 |
| 07/04/22 | Rogers, Linc | Email correspondence from C. McIntyre regarding omnibus hearing. | 0.2 | 853.00 | 170.60 |
| 07/05/22 | McIntyre, Caitlin | Reviewing materials on the US docket in advance of omnibus hearing on July 6. | 0.4 | 590.00 | 236.00 |
| 07/06/22 | McIntyre, Caitlin | Attending omnibus hearing. | 0.7 | 590.00 | 413.00 |
| 07/14/22 | McIntyre, Caitlin | Reviewing materials on the US docket in advance of omnibus hearing on July 26. | 0.1 | 590.00 | 59.00 |
| 07/18/22 | McIntyre, Caitlin | Reviewing materials on the US docket in advance of omnibus hearing on July 26. | 0.3 | 590.00 | 177.00 |
| 07/22/22 | McIntyre, Caitlin | Reviewing materials posted on US docket. | 0.3 | 590.00 | 177.00 |
| 07/26/22 | McIntyre, Caitlin | Attending omnibus hearing. | 6.9 | 590.00 | 4,071.00 |
| 07/27/22 | McIntyre, Caitlin | Call with N. Levine (counsel to Information Officer) to discuss omnibus hearing. | 0.5 | 590.00 | 295.00 |
| | | **Total Fees for this Matter** | | | **$ 5,834.60** |

| Matter Timekeeper Summary | ID | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|
| McIntyre, Caitlin | CAI | 9.6 | 590.00 | 5,664.00 |
| Rogers, Linc | LCR | 0.2 | 853.00 | 170.60 |
| | Total | 9.8 | | $ 5,834.60 |

Total Due for this Matter in Canadian Currency             $ 5,834.60  CAD



Blake, Cassels & Graydon LLP
Barristers & Solicitors
Patent & Trademark Agents
199 Bay Street
Suite 4000, Commerce Court West
Toronto ON  M5L 1A9  Canada
Tel: 416-863-2400  Fax: 416-863-2653

# INVOICE
Please write invoice number(s) on cheque

August 26, 2022

LTL MANAGEMENT LLC
501 George Street
New Brunswick, NJ  08933
U.S.A.

| | |
|---|---|
| Invoice: | 2329059 |
| Billing Lawyer | McKee, Gordon |
| HST/GST No.: | R119396778 |
| Client: | 00028109 |
| Matter: | 000002 |
| Reference: | JJL2021019389 |

Attention:  John Kim
            Legal Counsel

**Re:  Fee and Retention Applications**

FOR PROFESSIONAL SERVICES RENDERED
during the period ended July 31, 2022, as follows:

|   |   |
|---|---|
| **Total Fees** | $ 2,342.30 |
| **Less payment applied** | -1,873.84 |
| **TOTAL DUE IN CANADIAN CURRENCY** | **$ 468.46**  CAD |
| | |
| *THIS INVOICE MAY BE PAID IN U.S. CURRENCY* | *$ 377.79*  USD |



Invoice: 2329059
Date: August 26, 2022
Page: 2

Re:  Fee and Retention Applications   (000002)

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| 07/12/22 | Rogers, Linc | Reviewing revised supplemental certification regarding HST issue. | 0.3 | 853.00 | 255.90 |
| 07/12/22 | Thompson, Nancy | Updating draft supplemental certification to reflect additional comments received from L. Rogers. | 0.1 | 360.00 | 36.00 |
| 07/12/22 | Thompson, Nancy | E-mail message to L. Rogers forwarding revised draft supplemental certification and seeking update on status of HST issue. | 0.1 | 360.00 | 36.00 |
| 07/14/22 | Rogers, Linc | Finalizing comments on draft supplemental certification. | 0.1 | 853.00 | 85.30 |
| 07/14/22 | Thompson, Nancy | Revising supplemental certification to reflect instructions received from LTL. | 0.2 | 360.00 | 72.00 |
| 07/14/22 | Thompson, Nancy | E-mail message to G. McKee and L. Rogers forwarding revised supplemental certification for final review. | 0.1 | 360.00 | 36.00 |
| 07/14/22 | Thompson, Nancy | E-mail messages with J. Pacelli and US counsel forwarding supplemental certification for review and filing. | 0.2 | 360.00 | 72.00 |
| 07/18/22 | Thompson, Nancy | Reviewing draft invoices to ensure compliance with US Trustee guidelines, etc. | 0.2 | 360.00 | 72.00 |
| 07/20/22 | Thompson, Nancy | Drafting June monthly fee statement. | 0.7 | 360.00 | 252.00 |
| 07/20/22 | Thompson, Nancy | E-mail message to L. Rogers and G. McKee forwarding draft June monthly fee statement and noting key sections for review. | 0.3 | 360.00 | 108.00 |
| 07/27/22 | Rogers, Linc | Reviewing June monthly fee statement. | 0.2 | 853.00 | 170.60 |
| 07/27/22 | Rogers, Linc | Discussion with N. Thompson regarding draft monthly fee statement. | 0.2 | 853.00 | 170.60 |
| 07/27/22 | Thompson, Nancy | Discussion with L. Rogers regarding draft monthly fee statement. | 0.2 | 360.00 | 72.00 |
| 07/27/22 | Thompson, Nancy | Revising monthly fee statement to incorporate comments from L. Rogers. | 0.1 | 360.00 | 36.00 |
| 07/27/22 | Thompson, Nancy | Revising draft monthly fee statement to incorporate updated payment information. | 0.3 | 360.00 | 108.00 |
| 07/27/22 | Thompson, Nancy | E-mail message to L. Rogers and G. McKee forwarding revised monthly fee statement for review and comment. | 0.1 | 360.00 | 36.00 |



Invoice: 2329059
Date: August 26, 2022
Page: 3

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| 07/28/22 | Rogers, Linc | Commenting on fee statement. | 0.1 | 853.00 | 85.30 |
| 07/28/22 | Thompson, Nancy | E-mail message to I. Perez forwarding draft monthly fee statement for review. | 0.1 | 360.00 | 36.00 |
| 07/28/22 | Thompson, Nancy | Reviewing e-mail message from N. Yeary and privilege comments on the draft monthly fee statement. | 0.2 | 360.00 | 72.00 |
| 07/28/22 | Thompson, Nancy | Revising monthly fee statement to address privilege comments received from N. Yeary. | 0.3 | 360.00 | 108.00 |
| 07/28/22 | Thompson, Nancy | E-mail messages to and from L. Rogers and G. McKee regarding privilege comments from N. Yeary and revised monthly fee statement. | 0.2 | 360.00 | 72.00 |
| 07/29/22 | Rogers, Linc | Finalizing monthly fee statement and related email correspondence with N. Thompson. | 0.2 | 853.00 | 170.60 |
| 07/29/22 | Thompson, Nancy | E-mail messages to and from L. Rogers and G. McKee regarding final June monthly fee application. | 0.1 | 360.00 | 36.00 |
| 07/29/22 | Thompson, Nancy | E-mail message to N. Yeary forwarding final June monthly fee application for service and filing. | 0.1 | 360.00 | 36.00 |
| 07/29/22 | Thompson, Nancy | Finalizing June monthly fee application. | 0.3 | 360.00 | 108.00 |
| | | Total Fees for this Matter | | | $ 2,342.30 |

| Matter Timekeeper Summary | ID | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|
| Rogers, Linc | LCR | 1.1 | 853.00 | 938.30 |
| Thompson, Nancy | NAB | 3.9 | 360.00 | 1,404.00 |
| Total | | 5.0 | | $ 2,342.30 |

Total Due for this Matter in Canadian Currency     $ 2,342.30  CAD