# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

Marc E Wolin, Esq
mwolin@Saiber.com
John M. August, Esq
SAIBER LLC
18 Columbia Turnpike Suit 200
Florham Park, NJ 07932

**FILED**
JEANNE A. NAUGHTON, CLERK
AUG 29 2022
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

and

Joseph Satterley
Jsatterley@kazanlaw.com
Denyse F. Clancy Esq
KAZAN MCCLAIN, SATTERLEY
& GREENWOOD
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suit 400
Oakland, CA 94607

PRO SE Counsel:
KIRK WILLIAMS

CHAPTER 11
CASE NO 21-30589

_____

IN RE LTL MANAGEMNT LLC
                    DEBTOR
_____

REPLY OF KIRK WILLIAMS IN SUPPORT OF OBJECTION TO CONTINUING THE PRELIMINARY INJUNCTION TO NON-DEBTORS

## 1. IDENTITY OF MOVING PARTY

KIRK Williams is pro se Counsel for KIRA WILLIAMS both of Them Plaintiff here in the

## 2. STATEMENT OF RELIEF SOUGHT

KIRK Williams and KIRA Williams asks This Court to Support of objection TO Continuing The Preliminary Induction Would Want this Court to ordering granting relief from the Preliminary Induction Motion to lift the Stay would like relief For all

## 3. FACTS RELEVANT TO MOTION

KIRK Williams and KIRA WILLIAMS Used baby powder daily as regular hygiene routine and also used Shower and Shower. On TV production Johnson & Johnson targeted African Americans Families with The many of Baby Powder Commercial that The powder make you feel fresh and Smell fresh after a bath or shower.
The Failure to Warn The Customers about The dangerous product of baby powder. MR williams used daily baby powder and Shower to Shower on himself or on his daughter KIRA Williams. When Families like my mom and used baby powder When I was a baby 1978 on past on For MR williams used baby powder on my daughter KIRA WILLIAMS When she was a little baby.

(2)

This hurted MRWilliams Finding out that Johnson & Johnson in the 1960 knew that the talc used in Johnson's Baby Powder Contained asbestos. J&J also knew that there was no safe level of exposure to asbestos. Indeed, J&J admitted that fibrous Talc, often levels as high as 10-20%. The test from FDA Found asbestos in Johnson & Johnson Cosmetic Talcum powder products in 1974 and 2019.

David Egilman MD The Expertise in health showing how people are exposed to harm substances using scientific knowledge of asbestos and Talc to the knowledge health effects of asbestos including the Corporate knowledge the inhalation is hazards Cosmetic talc powder has caused Talcosis in Customers.

Sold alot of Johnson & Johnson talc baby powder to alot of African American Families well ensuring the growth of its franchise. And knowing that the product Contain asbestos Contact and Carcinogenic effects. This is a crime against Johnson & Johnson putting my life at serious risk and my daughter at future risks as she having problem with breathing, as past she Inhaled and it inhaled the dusting powder talc baby powder contain asbestos.

Which the truth about What Johnson & Johnson and retailers that sold it's talc baby powder to many people like MRWilliams and KIRAWilliams and never

③

warned Johnson Baby powder Contains asbestos the risk is Mesothelioma That can Cause terminal and aggressive Cancer. Johnson & Johnson committed a crime against Consumers That Johnson & Johnson should be liable for all the harm that cause people.

### 4. GROUNDS FOR RELIEF AND ARGUMENT

1. Granting everybody relief from the Preliminary injunction is the interests of Judicial economy and would expeditious the economical of the resolution the of the litigation.

2. Johnson & Johnson admitted to guilt of Killing people and making family sufffers Why Should we try to protect this franchise? that Committed Criminal Negligences, failure to protect Consumers from the risk as death deriving from one's Conduct and that renders one Criminally liable.

3. Dr Egilman, Dr Jerrold, Dr Abraham and the FDA Evidence of Johnson & Johnsons That Found talc and asbestiform fibers in Johnson's Baby powder by exposure of duration of use will cause terminal Cancer.

4 Dr. Longo that is materials Scientist and expert in material Science in asbestos testing and exposure to asbestos and his lab have tested Johnson's Baby Powder for asbestos Content,

④

5. This also a very discriminatory of Facts about Johnson & Johnson Company Targeted African American females and encourage them and there Familys to used its products that content Contain asbestos That would Cause Cancer or Cause Serious health issues.

6. Johnson & Johnson Company is very liable for defective poisoning terminal mesothelioma from asbestos, asbestiform/Fibrous talc from baby powder That Cause Serious health issues. Johnson & Johnson the Manufacturer or Seller for this dangerous product Strict liability. The Plaintiff must Show The product will Cause injuries its intended purpose.

7. Many of the NON Debtors are Victims that been hurt or Families member Waiting for relief for loves ones that died from terminal Cancer and health issues. The victims prays for relief and For Justice for dangerous defective product.

## CONCLUSION

For the reasons and based on true and Factual of expertise by Doctors and Non Debtors KIRK Williams and KIRA Williams respectfully request entry of an order lifting The Preliminary INJunction pursuant Section 362(d)(1) Waived the Stay of Fed Bankr P 4001(a)(3) and allow personal-INJury action to be resolved and Finding Facts The reason for INJuring people

⑤

KIRK WILLIAMS #873408
Airway Heights Corrections Center
PO Box 2049 L-B-05
Airway Heights WA 99001-2049

Legal Mail

THIS WAS MAILED BY AN INCARCERATED INDIVIDUAL CONFINED AT A WASHINGTON STATE DEPARTMENT OF CORRECTIONS FACILITY. ITS CONTENTS MAY BE UNCENSORED.

SPOKANE WA 990
26 AUG 2022 PM 3 L

(CLERK) of the US Bankruptcy court
District New Jersey Clarkson S Fisher
US Courthouse 402 East State Street
Trenton, New Jersey 08608

08608-180705

