# **EXHIBIT A**

Retention Order

<table>
<tr><td>

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

</td></tr>
</table>

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WOLLMUTH MAHER & DEUTSCH LLP
Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
Brad J. Axelrod, Esq. (*pro hac vice*)
Lyndon M. Tretter, Esq. (*pro hac vice*)
Joseph F. Pacelli, Esq. (*pro hac vice*)
500 Fifth Avenue, 12th Floor
New York, New York 10110
-and-
90 Washington Valley Road
Bedminster, New Jersey 07921
Tel: (212) 382-3300
Fax: (212) 382-0050
Email:   pdefilippo@wmd-law.com
         jlawlor@wmd-law.com
         baxelrod@wmd-law.com
         ltretter@wmd-law.com
         jpacelli@wmd-law.com

*Proposed Co-Counsel for LTL Management LLC*

Order Filed on December 16, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

LTL MANAGEMENT LLC,[1]

                                    Debtor.

Case No.:        21-30589 (MBK)

Chapter:         11

Judge:           Hon. Michael B. Kaplan

**ORDER AUTHORIZING RETENTION OF WOLLMUTH MAHER & DEUTSCH
LLP, AS CO-COUNSEL FOR THE DEBTOR, *NUNC PRO TUNC* TO NOVEMBER 12, 2021**

The relief set forth on the following page is **ORDERED**.

**DATED: December 16, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street,
New Brunswick, New Jersey 08933.

Upon the applicant's request for authorization to retain Wollmuth Maher & Deutsch LLP, *nunc pro tunc* to November 12, 2021, as co-counsel for the above-captioned debtor, it is hereby ORDERED:

1.  The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is:    Wollmuth Maher & Deutsch LLP
    500 Fifth Avenue
    New York, New York 10110

2.  Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.  If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4.  The effective date of retention is November 12, 2021.

5.  Wollmuth Maher & Deutsch LLP will bill only 50% of time spent on non-working travel and will not seek reimbursement of any fees or costs, including attorney fees and costs, arising from the defense of any of its fee applications in this case.

6.  Wollmuth Maher & Deutsch LLP will undertake reasonable efforts to comply with the United States Trustee's reasonable requests for information and additional disclosures, as set forth in the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013 (the "U.S. Trustee Guidelines").

7.  Wollmuth Maher & Deutsch LLP will use the billing and expense categories set forth in the U.S. Trustee Guidelines, subject to any further Order of the Court, if any.

8.  Wollmuth Maher & Deutsch LLP will provide any and all monthly fee statements, interim fee applications, and final fee applications in "LEDES" format to the United States Trustee.