**EXHIBIT "A"**



MILLER THOMSON LLP
SCOTIA PLAZA
40 KING STREET WEST, SUITE 5800
P.O. BOX 1011
TORONTO, ON  M5H 3S1
CANADA

T  416.595.8500
F  416.595.8695

MILLERTHOMSON.COM

# Account Summary and Remittance Form

**August 31, 2022**

Invoice Number 3787415

Official Committee of Talc Claimants
c/o Brown Rudnick LLP
Seven Times Square
New York, NY  10036
United States

Attention:  David Molton, Counselor at Law

**Re:**     **Johnson & Johnson - Talc Litigation**
            **Our File No. 0265758.0001**

| | |
|---|---:|
| **Fees:** | $67,857.50 |
| **Ontario HST 13% (R119440766)** | $8,821.48 |
| **Total Amount Due** | $76,678.98 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.



**MILLER THOMSON LLP**
SCOTIA PLAZA
40 KING STREET WEST, SUITE 5800
P.O. BOX 1011
TORONTO, ON  M5H 3S1
CANADA

T 416.595.8500
F 416.595.8695

MILLERTHOMSON.COM

**August 31, 2022**

Invoice Number 3787415

Official Committee of Talc Claimants
c/o Brown Rudnick LLP
Seven Times Square
New York, NY  10036
United States

Attention: David Molton, Counselor at Law

To Professional Services Rendered in connection with the following matter(s) including:

**Re:    Johnson & Johnson - Talc Litigation
Our File No. 0265758.0001**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 07/01/2022 | GF | Review appeal brief; | 1.00 |
| 07/01/2022 | GF | Review brief from Canadian class action representative; | 0.60 |
| 07/01/2022 | JCC | Correspondence with David Molton / Melanie Cyganowski/ Michelle Parfit/ Matt Diaz / regarding automatic stat and preliminary injunction; | 0.60 |
| 07/04/2022 | KN | Correspondence with A Iqbal regarding research findings of s 61 of the CCAA; | 0.20 |
| 07/04/2022 | AI | Call with G. Finlayson re Canadian recognition issues; | 0.20 |
| 07/04/2022 | GF | Confer with A Iqbal re memo on Canadian legal issues relevant to case; | 0.20 |
| 07/05/2022 | EY | Draft Research memo re: Just Energy Group Inc. et. al. v. Morgan Stanley Capital Group Inc. et. al., for A. Iqbal; | 2.40 |
| 07/05/2022 | GF | Prepare for call with TCC client representatives re mediation and case update; | 0.80 |
| 07/05/2022 | GF | Review document from TCC regarding Frederick complaint; | 0.70 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.



Page 2

Invoice 3787415

| Date | Initials | Description | Hours |
|---|---|---|---|
| 07/05/2022 | AI | Email to M. Faheim with instructions on update to committee on Canadian case law; | 0.10 |
| 07/05/2022 | AI | Review emails from Committee Counsel and Committee Members re: Frederik Complaint | 0.20 |
| 07/05/2022 | JCC | Correspondence with Melanie Cyganowski regarding Mediation; | 0.20 |
| 07/05/2022 | JCC | Attend Update Committee Call; | 0.80 |
| 07/05/2022 | AI | Review Agenda in preparation for upcoming hearing; | 0.10 |
| 07/05/2022 | GF | Attend call with TCC client representatives re mediation and case update; | 0.80 |
| 07/06/2022 | MF | Review decision and memorandum re: Valuation and Voting of Class Action Plaintiffs in Just Energy Case prepared by student; | 0.80 |
| 07/06/2022 | AI | Attend July 6 hearing; | 0.80 |
| 07/06/2022 | MF | Revise summary email for A. Iqbal for committee counsel re Just Energy; | 0.40 |
| 07/06/2022 | AI | Finalize draft email to Committee re Canadian case law on valuation of claims; | 0.40 |
| 07/06/2022 | AI | Prepare for conference call with committee re debrief on hearing and other matters; | 0.50 |
| 07/06/2022 | GF | Attend at July 6th Chapter 11 hearing re continued mediation, estimation; | 0.80 |
| 07/06/2022 | GF | Attend at weekly TCC representatives call; | 1.00 |
| 07/06/2022 | GF | Communications with A Iqbal re estimation issues, appointment of valuation expert and need for Canadian expert; | 0.20 |
| 07/06/2022 | JCC | Attend hearing before Justice Kaplan; | 0.80 |
| 07/06/2022 | JCC | Attend Committee meeting; | 1.00 |
| 07/06/2022 | MF | Draft summary email for A. Iqbal for Committee and correspondence re Just Energy Case and Voting of Class Action Plaintiffs; | 0.20 |
| 07/06/2022 | AI | Call with G. Finlayson re debrief; | 0.30 |
| 07/06/2022 | AI | Attend conference call with committee re debrief on | 0.50 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.

**MILLER THOMSON**
AVOCATS | LAWYERS

Page 3

Invoice 3787415

| Date | Initials | Description | Hours |
|---|---|---|---|
| | | hearing and other matters; | |
| 07/07/2022 | GF | Emails with D Molton and representatives re mediation session; | 0.10 |
| 07/07/2022 | GF | Review email from A Iqbal re Just Energy CCAA case and treatment of mass torts and class actions in Canadian context; | 0.20 |
| 07/07/2022 | GF | Emails with D Molton and TCC re dismissal of fraudulent transfer claim in DBMP case; | 0.30 |
| 07/07/2022 | MF | Correspondence with A. Filazzola and with J. Carhart and MT internal team re: various matters pertaining to invoices and review of same; | 0.80 |
| 07/07/2022 | AI | Review emails from Committee counsel re meeting about mediation; | 0.10 |
| 07/07/2022 | AI | Attend conference call with Committee re: case strategy; | 2.20 |
| 07/07/2022 | GF | Review Amicus Curai on mass tort claims; | 0.50 |
| 07/07/2022 | JCC | Correspondence with David Molton / Daniel Stolz/ Susan Sieger-Grimm regarding meeting with Mediators; | 0.30 |
| 07/07/2022 | JCC | Correspondence with Asim Iqbal and Committee re Canadian considerations; | 0.40 |
| 07/07/2022 | JCC | Attend Committee meeting to discuss mediation; | 2.20 |
| 07/08/2022 | GF | Review estimation statement; | 0.60 |
| 07/08/2022 | GF | Review Addendum to Brief of the American Association for Justice; | 0.40 |
| 07/08/2022 | JCC | Update call with David Molton and Melanie Cyganowski regarding mediation; | 0.80 |
| 07/08/2022 | AI | Participate in conference call with Committee re: update on new developments in case; | 1.10 |
| 07/10/2022 | AI | Email exchange with D. Molton re: Canadian recognition principles; | 0.20 |
| 07/10/2022 | MF | Call with A. Iqbal re: memo for mediators; | 0.20 |
| 07/10/2022 | AI | Call with M. Faheim to provide instructions for preparation of memoranda; | 0.20 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.

**MILLER THOMSON**
AVOCATS | LAWYERS

Page 4

Invoice 3787415

| Date | Initials | Description | Hours |
|---|---|---|---|
| 07/10/2022 | MF | Brief review of research from students; | 0.10 |
| 07/11/2022 | AI | Review email correspondence from D. Molton and other Committee members re: case strategy; | 0.30 |
| 07/11/2022 | GF | Emails with D Molton and other members of TCC re various issues in case including appeal briefing; | 0.60 |
| 07/11/2022 | JCC | Correspondence with Jerry Block/ Joe Satterley/ David Molton / Chris Tisi / Steve Kazan regarding appeal and July 26 hearing; | 1.20 |
| 07/11/2022 | JCC | Correspondence with Adam Silverstein/ David Molton/ Dan Stolz/ Melanie Cyganowski/ Lisa Busch/ Eric Karst / Len Parkins regarding case studios | 0.70 |
| 07/12/2022 | MF | Review correspondence re recognition of foreign orders; | 0.80 |
| 07/12/2022 | AI | Review correspondence among committee and committee members re: mediation and next steps; | 0.20 |
| 07/12/2022 | GF | Review emails from TCC re appeal and termination of mediation; | 0.40 |
| 07/12/2022 | MF | Initial research for memo for mediators re recognition of foreign orders / court approval; | 0.80 |
| 07/12/2022 | GF | Review materials from TCC re appeal and termination of mediation; | 0.40 |
| 07/13/2022 | MF | Review cases and table of case summaries re recognition of foreign orders; | 0.80 |
| 07/13/2022 | AI | Email from Brown Rudnick re filing deadlines for upcoming motions; | 0.10 |
| 07/13/2022 | MF | Draft memo for A. Iqbal for mediators re recognition of foreign orders / court approval and summary of case research; | 1.80 |
| 07/13/2022 | AI | Conference call with committee counsel re case strategy and updates; | 0.80 |
| 07/13/2022 | AI | Prepare for conference call with committee members and counsel; | 1.10 |
| 07/13/2022 | GF | Emails with TCC re weekly update call, mediation and other matters; | 0.70 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.

**MILLER THOMSON**
AVOCATS | LAWYERS

Page 5

Invoice 3787415

| Date | Initials | Description | Hours |
|---|---|---|---|
| 07/13/2022 | JCC | Attend Counsel Pre-call; | 0.80 |
| 07/13/2022 | JCC | Attend Committee Meeting; | 1.20 |
| 07/13/2022 | AI | Attend conference call with committee members and counsel; | 1.10 |
| 07/14/2022 | GF | Review brief in response to New Jersey Coverage Action Plaintiffs' motions to lift the automatic stay; | 0.40 |
| 07/14/2022 | AI | Review and comment on memorandum re: Canadian recognition principles; | 0.50 |
| 07/14/2022 | GF | Emails with TCC re litigation issues; | 0.30 |
| 07/14/2022 | GF | Review memo from M Faheim on Canadian CCAA discretion of judge to approve US Chapter 11 proceeding outcome; | 0.20 |
| 07/15/2022 | GF | Review discovery letter; | 0.10 |
| 07/15/2022 | GF | Review debtor brief re adversary proceeding re New Mexico; | 1.00 |
| 07/15/2022 | GF | Review briefing materials from debtor for PI against New Mexico etc.; | 0.70 |
| 07/15/2022 | GF | Review Letter to Judge Kaplan from the TCC Regarding Discovery Issues; | 0.50 |
| 07/15/2022 | GF | Review Travelers' Limited Objection and Reservation of Rights Regarding Estimation Proceedings and Bellwether Trials; | 0.50 |
| 07/16/2022 | GF | Emails with TCC re media reporting and court materials; | 0.30 |
| 07/17/2022 | AI | Review emails from Committee Counsel re updates on various case matters; | 0.30 |
| 07/18/2022 | GF | Review emails from TCC re various issues; | 0.70 |
| 07/18/2022 | GF | Review letter from Third circuit; | 0.20 |
| 07/18/2022 | JCC | Correspondence with Susan Sieger-Grimm / Dan Stolz/ Thomas Bennett regarding Chapter 11 procedural issues; | 0.40 |
| 07/18/2022 | JCC | Correspondence with David Molton/ Dan Stolz / Jonathan Massey/ Jerry Block regarding appeal; | 0.40 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.



Page 6

Invoice 3787415

| Date | Initials | Description | Hours |
|---|---|---|---|
| 07/18/2022 | GF | Discussion re letter from Third circuit; | 0.10 |
| 07/19/2022 | AI | Review and comment on memo for mediation re: Canadian law; | 1.40 |
| 07/19/2022 | GF | Review multiple emails from TCC regarding appeal and other issues; | 0.30 |
| 07/19/2022 | GF | Review court filed documents including Reply In Further Support Of The Official Committee Of Talc Claimants' Statement Requesting Modification Of The PI Order; | 1.00 |
| 07/19/2022 | JCC | Correspondence with Jennifer Feeney/ Joseph Satterley/ Susan Sieger-Grimm regarding Permanent Injunction; | 0.80 |
| 07/20/2022 | MF | Draft Memo re: recognition of foreign orders; | 2.10 |
| 07/20/2022 | GF | Emails with D Molton and TCC; | 0.20 |
| 07/20/2022 | AI | Weekly Committee Counsel conference call; | 0.80 |
| 07/20/2022 | AI | Participate in weekly committee call; | 1.10 |
| 07/20/2022 | JCC | Attend Counsel Pre-Call meeting; | 0.80 |
| 07/20/2022 | JCC | Attend Representative Counsel Call; | 1.10 |
| 07/21/2022 | AI | Consider documents in connection with case strategy from a Canadian perspective; | 2.50 |
| 07/21/2022 | GF | Review emails and documents from OC sub-group re mediation; | 0.70 |
| 07/21/2022 | GF | Review note from J Carhart to TCC counsel re Canadian legal issues and edit same; | 0.20 |
| 07/21/2022 | JCC | Draft correspondence to Gerard Cicero and Susan Sieger-Grimm regarding LTL; | 0.40 |
| 07/22/2022 | AI | Attend conference call with Committee re: case strategy; | 1.10 |
| 07/22/2022 | AI | Review documents in preparation for weekly committee meeting; | 0.60 |
| 07/22/2022 | JCC | Committee Call regarding Mediation; | 1.10 |
| 07/22/2022 | JCC | Correspondence with David Molton/ Joe Satterley/ Gerard Cicero regarding appeal; | 0.40 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.



Page 7

Invoice 3787415

| Date | Initials | Description | Hours |
|---|---|---|---|
| 07/22/2022 | AI | Consider Canadian legal issues; | 0.50 |
| 07/23/2022 | JCC | Correspondence with David Molton/ Michelle Parfitt/ Mark Robinson/ Chris Tisi / Daniel Stolz / Steve Kazan / Melanie Cyganowski and Eric Goodman regarding LTL reply concerning Estimation Statements; | 1.20 |
| 07/24/2022 | GF | Review emails from TCC re filings and hearing July 26th; | 0.60 |
| 07/24/2022 | AI | Review emails from Committee Counsel re: certain appeal matters; | 0.40 |
| 07/24/2022 | JCC | Correspondence with Dan Stolz / Eric Goodman/ David Molton/ Gerard Cicero/ Leigh O'Dell / Susan Sieger-Grimm regarding Response concerning Estimation issues; | 0.80 |
| 07/25/2022 | AI | Review correspondence and attachments from Committee re: materials for estimation hearing; | 1.20 |
| 07/25/2022 | MF | Revisions to LTL trust distribution procedures; | 1.00 |
| 07/25/2022 | AI | Meeting with P. Sawicki re: case research needs; | 0.70 |
| 07/25/2022 | AI | Review agenda for July 26 hearing; | 0.20 |
| 07/25/2022 | AI | Participate in conference call with Committee re July 26 hearing; | 0.60 |
| 07/25/2022 | GF | Prepare for pre-hearing meeting of TCC; | 0.30 |
| 07/25/2022 | AI | Review TCC response to late filed submission of Debtor in estimation motion; | 0.90 |
| 07/25/2022 | AI | Further revisions to documents circulated by E. Goodman and email to E. Goodman re same; | 0.30 |
| 07/25/2022 | AI | Review emails from Committee members re mediation; | 0.30 |
| 07/25/2022 | GF | Review reply pleading on estimation and consider; | 0.60 |
| 07/25/2022 | GF | Review comments from A Iqbal on trust distribution procedures; | 0.40 |
| 07/25/2022 | JCC | Committee call re July 26th hearing in New Jersey; | 0.70 |
| 07/25/2022 | AI | Prepare for pre-hearing conference call; | 0.10 |
| 07/25/2022 | GF | Attend pre-hearing meeting of TCC; | 0.30 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.

**MILLER THOMSON**
AVOCATS | LAWYERS

Page 8

Invoice 3787415

| Date | Initials | Description | Hours |
|---|---|---|---|
| 07/26/2022 | GF | Review email from TCC re analogous 3M Chapter 11 two step filing and application to instant case; | 0.10 |
| 07/26/2022 | AI | Review monthly fee statement and comment on same; | 0.10 |
| 07/26/2022 | AI | Review materials in preparation for court hearing; | 1.60 |
| 07/26/2022 | AI | Revise memo re: Canadian recognition principles; | 1.10 |
| 07/26/2022 | AI | Attend second half of July 26 hearing; | 3.00 |
| 07/26/2022 | MF | Review fee application and correspondence re changes; | 0.30 |
| 07/26/2022 | JCC | Correspondence with Asim Iqbal and Eric Goodman regarding LTL; | 0.20 |
| 07/26/2022 | JCC | Attend hearing before Justice Kaplan regarding Estimation and Insurance related issues; | 2.40 |
| 07/26/2022 | AI | Virtually attend first half of July 26 hearing in NJ Bankruptcy Court; | 1.60 |
| 07/27/2022 | GF | Review transcript of hearing provided by TCC re appeal materials; | 0.70 |
| 07/27/2022 | JCC | Correspondence with David Molton / Jonathan Massey/ Chris Tisi/ Jeffrey Lamken / Melanie Cyganowski/ Joseph Satterley/ Gerard Cicero / Daniel Stoltz/ Perry Weitz / Saul Burian  / Michelle Parfitt regarding hearings before Justice Rogers and Justice Kaplan; | 1.20 |
| 07/28/2022 | GF | Participate in TCC representative call post-decision; | 0.50 |
| 07/28/2022 | GF | Attend at decision on estimation and lift stay; | 0.80 |
| 07/28/2022 | GF | Participate in weekly TCC only call re court decision and next steps; | 0.50 |
| 07/28/2022 | JCC | Attend hearing before Justice Kaplan regarding decisions concerning path forward for LTL case; | 0.80 |
| 07/28/2022 | JCC | Attend counsel only call regarding decisions of Justice Kaplan; | 0.50 |
| 07/28/2022 | JCC | Attend Committee Representative and Member meeting; | 0.90 |
| 07/28/2022 | AI | Email exchanges with committee members regarding | 0.60 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.

**MILLER THOMSON**
AVOCATS | LAWYERS

Page 9

Invoice 3787415

| Date | Initials | Description | Hours |
|---|---|---|---|
| | | status of hearing; | |
| 07/28/2022 | AI | Attend ruling of Court on Estimation and other matters on July 28; | 1.40 |
| 07/28/2022 | AI | Attend conference call with Committee re: court's decision and next steps; | 2.30 |
| 07/28/2022 | GF | Emails re press release; | 0.30 |
| 07/31/2022 | JCC | Correspondence with David Molton/ Liz Carter/ Michelle Parfitt regarding discussion with Ken Fineberg; | 0.20 |

**Total Hours** 96.50

**Our Fee:** 67,857.50

| TK ID | Initials | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 01177 | AI | A. Iqbal | Partner | $625.00 | 35.70 | $22,312.50 |
| 09210 | EY | E. Yeung | Student | $200.00 | 2.40 | $480.00 |
| 01208 | GF | G. Finlayson | Partner | $873.25 | 22.80 | $19,910.00 |
| 00615 | JCC | J. Carhart | Partner | $835.00 | 25.30 | $21,125.50 |
| 09205 | KN | K. Nelson | Student | $200.00 | 0.20 | $40.00 |
| 02853 | MF | M. Faheim | Associate | $395.00 | 10.10 | $3,989.50 |

**Ontario HST 13% (R119440766)**
On Fees $8,821.48

**Total Amount Due** $76,678.98

E.&O.E.

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.