| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Jeffrey Traurig<br>**TRAURIG LAW LLC**<br>One University Plaza, Suite 124<br>Hackensack, NJ  07601<br>Tel: (646) 974-8650<br>E-mail:  jtraurig@trauriglaw.com<br>*Local Counsel to the Fee Examiner* | Robert J. Keach, Esq. (admitted *pro hac vice*)<br>**BERNSTEIN SHUR SAWYER & NELSON, P.A.**<br>100 Middle Street<br>Portland, ME  04104<br>Tel: (207) 774-1200<br>Fax: (207) 774-1127<br>E-Mail: rkeach@bernsteinshur.com<br>*Fee Examiner*<br><br>**BERNSTEIN SHUR SAWYER & NELSON, P.A.**<br>Letson Douglass Boots, Esq. (admitted *pro hac vice*)<br>100 Middle Street<br>Portland, ME  04104<br>Tel: (207) 774-1200<br>Fax: (207) 774-1127<br>E-Mail: lboots@bernsteinshur.com<br>*Counsel to the Fee Examiner* |
| In Re:<br><br>LTL MANAGEMENT LLC,<br><br>                          Debtor | Case No.:    21-30589 (MBK)<br><br>Judge:        Michael B. Kaplan<br><br>Chapter 11 |

**ORDER ALLOWING INTERIM AND FINAL COMPENSATION FOR SERVICES RENDERED AND REIMBURSENT OF EXPENSES OF THE RETAINED PROFESSIONALS FOR THE PERIOD FROM FEBRUARY 1, 2022 THROUGH MAY 31, 2022**

      The relief set forth on the following pages(s), number two (2) through three (3), is hereby **ORDERED**.

(Page 2)

LTL MANAGEMENT LLC

Chapter 11, Case No. : 21-30589 (MBK)

**Order Granting Compensation for Retained Professionals**

Upon the interim and final fee applications (the "Applications") of the professionals retained in the above-captioned Debtor's chapter 11 case and listed on **Exhibit A** hereto (collectively, the "Retained Professionals" and each a "Retained Professional"), and this Court having previously authorized the employment of the Retained Professionals in the Debtor's case; and it appearing that all of the requirements of sections 327, 328, 330, and 331 of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and the local rules of this Court have been satisfied; and it further appearing that the fees and expenses incurred were reasonable and necessary; and proper and adequate notice of the Applications has been given and that no other or further notice is necessary; and no objections or other responses having been filed with regard to the Applications; and in consideration of the various recommendations of the fee examiner, Robert J. Keach (the "Fee Examiner") with respect to the Interim Applications as set forth in the *Fee Examiner's Consolidated Final Report Pertaining to the Fee Applications of Retained Professionals for the Period From February 1, 2022 through May 31, 2022* [Docket No. ___] (the "Consolidated Report"); and the Court having considered the Applications of the Retained Professionals and the Consolidated Report, and good and sufficient cause appearing therefore, accordingly,

**IT IS HEREBY ORDERED THAT:**

1. The Applications are hereby approved in the amounts set forth on **Exhibits A and B** attached to this Order.

(Page 3)

LTL MANAGEMENT LLC

Chapter 11, Case No. : 21-30589 (MBK)

**Order Granting Compensation for Retained Professionals**

2. The Retained Professionals are hereby granted allowance of compensation and reimbursement of expenses in the amounts set forth on **Exhibit A** under the columns entitled "Total Amount Allowed per Court Order (Fees)" and "Total Amount Allowed per Court Order (Expenses)" (jointly, the "Allowed Professional Claims").

3. The Retained Professionals included on **Exhibit B** are hereby granted, on a final basis, allowance of the Allowed Professional Claims set forth on **Exhibit B**.

4. The Debtor is hereby authorized and directed to remit to each Retained Professional the full amount of the Allowed Professional Claims less any and all amounts previously paid on account of such fees and expenses. Without limiting the foregoing, any amounts previously held back with respect to the period covered by the Applications may be released in payment of the Allowed Professional Claims.

5. This Order shall constitute a separate order for each Retained Professional and the appeal of any order with respect to any Retained Professional shall have no effect on the authorized fees and expenses of the other Retained Professionals.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

**Exhibit A**

LTL MANAGEMENT LLC
CASE NO. 21-30589-MBK

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Total Amount Allowed per Court Order (Fees) | Total Amount Allowed per Court Order (Expenses) |
|---|---|---|---|---|---|---|---|---|
| | *First Interim Fee Application* | | | | | | | |
| | *Special Insurance Counsel for the Debtor* | | | | | | | |
| 1 | **Anderson Kill PC [Dkt. No. 2623]** | 2/1/2022 - 5/31/2022 | $ 264,856.00 | $ 13,476.00 | $ - | $ - | $ 251,380.00 | $ - |
| | *Counsel to the Debtor* | | | | | | | |
| 2 | **Jones Day [Dkt. No. 2360]** | 10/14/2021 - 1/31/2022 | $ 9,799,493.75 | $ 376,790.25 | $ 55,369.17 | $ 251.50 | $ 9,422,703.50 | $ 55,117.67 |
| | *Special Appellate Litigation Counsel to Official Committee of Talc Claimants I* | | | | | | | |
| 3 | **MoloLamken LLP [Dkt. No. 2584]** | 5/20/2022 - 5/31/2022 | $ 65,041.00 | $ 12,452.80 | $ - | $ - | $ 52,588.20 | $ - |
| | *Debtor's Special Talc Litigation Appellate Counsel* | | | | | | | |
| 4 | **Orrick Herrington & Sutcliffe LLP [Dkt. No. 2560]** | 10/14/2021 - 1/31/2022 | $ 757,879.00 | $ 32,193.98 | $ 25,848.83 | $ - | $ 725,685.02 | $ 25,848.83 |
| | *Legal Representative for Future Talc Claimants* | | | | | | | |
| 5 | **Randi S. Ellis [Dkt. No. 2688]** | 3/8/2022 - 5/31/2022 | $ 376,675.00 | $ 15,339.00 | $ 7,086.66 | $ - | $ 361,336.00 | $ 7,086.66 |
| | *Talc Consultants to the Official Committee of Talc Claimants* | | | | | | | |
| 6 | **The Brattle Group, Inc. [Dkt. No. 2668]** | 1/15/2022 - 5/31/2022 | $ 897,350.00 | $ 4,832.50 | $ 135.00 | $ - | $ 892,517.50 | $ 135.00 |
| | *Counsel for Randi S. Ellis, Legal Representative for Future Talc Claimants* | | | | | | | |
| 7 | **Walsh Pizzi O'Reilly Falanga LLP [Dkt. No. 2690]** | 3/8/2022 - 5/31/2022 | $ 573,347.00 | $ 16,000.20 | $ 2,561.76 | $ - | $ 557,346.80 | $ 2,561.76 |
| | *Counsel for the Ad Hoc Committee of States* | | | | | | | |
| 8 | **Womble Bond Dickinson (US) LLP [Dkt. No. 2718]** | 3/10/2022-4/30/2022 | $ 13,781.50 | $ - | $ - | $ - | $ 13,781.50 | $ - |
| | *Second Interim and/or Final Fee Application* | | | | | | | |
| | *Financial Advisor to the Chapter 11 Debtor* | | | | | | | |
| 9 | **AlixPartners, LLP [Dkt. No. 2599]** | 2/1/2022 - 5/31/2022 | $ 509,406.25 | $ 14,620.65 | $ 5,641.88 | $ 305.89 | $ 494,785.60 | $ 5,335.99 |
| | *Counsel to the Official Committee of Talc Claimants II* | | | | | | | |
| 10 | **Bailey Glasser LLP [Dkt. No. 2581]** | 2/1/2022 - 5/31/2022 | $ 2,152,745.00 | $ 203,562.50 | $ 206,123.66 | $ 19.00 | $ 1,949,182.50 | $ 206,104.66 |
| | *Talc Consultants for Debtor* | | | | | | | |
| 11 | **Bates White, LLC [Dkt. No. 2597]** | 2/1/2022 - 5/31/2022 | $ 889,274.50 | $ 23,474.20 | $ 741.72 | $ - | $ 865,800.30 | $ 741.72 |
| | *Co-Counsel to the Official Committee of Talc Claimants I* | | | | | | | |
| 12 | **Brown Rudnick LLP [Dkt. No. 2579]** | 3/1/2022 - 5/31/2022 | $ 4,655,854.50 | $ 260,636.00 | $ 126,328.04 | $ 9,018.21 | $ 4,395,218.50 | $ 117,309.83 |
| | *Financial Advisor to the Official Committee of Talc Claimants* | | | | | | | |
| 13 | **FTI Consulting, Inc. [Dkt. No. 2583]** | 2/1/2022 - 5/31/2022 | $ 1,952,296.00 | $ 136,396.35 | $ 6,643.55 | $ 486.25 | $ 1,815,899.65 | $ 6,157.30 |
| | *Local Counsel to the Official Committee of Talc Claimants I* | | | | | | | |
| 14 | **Genova Burns LLC [Dkt. No. 2577]** | 3/1/2022 - 5/31/2022 | $ 393,415.00 | $ 6,241.50 | $ 14,210.72 | $ - | $ 387,173.50 | $ 14,210.72 |
| | *Investment Banker to the Official Committee of Talc Claimants I* | | | | | | | |
| 15 | **Houlihan Lokey Capital, Inc. [Dkt. No. 2667]** | 2/1/2022 - 5/31/2022 | $ 696,432.00 | $ - | $ 4,543.83 | $ - | $ 696,432.00 | $ 4,543.83 |
| | *Counsel to the Debtor* | | | | | | | |
| 16 | **Jones Day [Dkt. No. 2604]** | 2/1/2022 - 5/31/2022 | $ 8,161,596.25 | $ 318,985.00 | $ 140,430.02 | $ 440.38 | $ 7,842,611.25 | $ 139,989.64 |
| | *Special Counsel to the Debtor* | | | | | | | |
| 17 | **King & Spalding LLP [Dkt. No. 2595 ]** | 2/1/2022 - 5/31/2022 | $ 315,438.80 | $ 25,699.20 | $ 12,380.00 | $ - | $ 289,739.60 | $ 12,380.00 |
| | *Co-Counsel to the Official Committee of Talc Claimants II* | | | | | | | |
| 18 | **Massey & Gail [Dkt. No. 2582]** | 2/1/2022 - 5/31/2022 | $ 1,003,801.50 | $ 5,880.00 | $ 9,674.77 | $ 1,378.00 | $ 997,921.50 | $ 8,296.77 |
| | *Special Insurance Counsel for the Debtor* | | | | | | | |
| 19 | **McCarter & English, LLP [Dkt. No. 2598]** | 2/1/2022 - 5/31/2022 | $ 270,610.57 | $ 11,649.35 | $ 69.67 | $ - | $ 258,961.22 | $ 69.67 |
| | *Debtor's Special Talc Litigation Appellate Counsel* | | | | | | | |
| 20 | **Orrick, Herrington & Sutcliffe LLP [Dkt. No. 2561]** | 2/1/2022 - 5/31/2022 | $ 408,200.70 | $ 22,309.08 | $ 44.12 | $ - | $ 385,891.62 | $ 44.12 |
| | *Co-Counsel for the Official Committee of Talc Claimants I* | | | | | | | |
| 21 | **Otterbourg P.C. [Dkt. No. 2588]** | 3/1/2022 - 5/31/2022 | $ 1,627,336.00 | $ 48,105.60 | $ 13,812.63 | $ 571.19 | $ 1,579,230.40 | $ 13,241.44 |
| | *Special Bankruptcy Counsel for the Official Committee of Talc Claimants* | | | | | | | |
| 22 | **Parkins & Rubio LLP [Dkt. No. 2589]** | 2/1/2022 - 5/31/2022 | $ 556,450.87 | $ 30,019.99 | $ 12,753.62 | $ 661.27 | $ 526,430.88 | $ 12,092.35 |

1 of 1

LTL MANAGEMENT LLC
CASE NO. 21-30589-MBK

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Total Amount Allowed per Court Order (Fees) | Total Amount Allowed per Court Order (Expenses) |
|---|---|---|---|---|---|---|---|---|
| 23 | *Special Counsel to the Debtor* **Skadden, Arps, Slate, Meagher & Flom LLP [Dkt. No. 2602]** | 2/1/2022 - 5/31/2022 | $ 1,012,386.10 | $ 30,344.59 | $ 157,890.06 | $ 13.29 | $ 982,041.51 | $ 157,876.77 |
| 24 | *Special Counsel to the Debtor* **Weil, Gotshal & Manges LLP [Dkt. No. 2601]** | 2/1/2022 - 5/31/2022 | $ 434,219.44 | $ 28,541.81 | $2,827.75 | $ 40.00 | $ 405,677.63 | $2,787.75 |
| 25 | *Counsel for the Debtor* **Wollmuth Maher & Deutsch LLP [Dkt. No. 2596]** | 2/1/2022 - 5/31/2022 | $ 1,010,483.50 | $ 41,951.55 | $ 13,642.83 | $ - | $ 968,531.95 | $ 13,642.83 |
| | **TOTALS** | | $ 39,509,416.23 | $ 1,710,597.10 | $ 839,318.94 | $ 14,465.72 | $ 37,798,819.13 | $ 824,853.22 |

| | Applicant | Compensation Period | Interim Fees Requested (CAD) | Fee Examiner's Recommended Fee Adjustments (CAD) | Interim Expenses Requested (CAD) | Fee Examiner's Recommended Expense Adjustments (CAD) | Total Amount Allowed per Court Order (Fees) (CAD) | Total Amount Allowed per Court Order (Expenses) (CAD) |
|---|---|---|---|---|---|---|---|---|
| 26 | *Counsel for the Debtor* **Blake, Cassels & Graydon LLP[1] [Dkt. No. 2600]** *Second Interim Fee Application* | 2/1/2022 - 5/31/2022 | $ 207,415.49 | $ 9,933.10 | $ 27,604.02 | $ - | $ 197,482.39 | $ 27,604.02 |
| 27 | *Canadian Counsel to the Official Committee of Talc Claimants* **Miller Thompson LLP [Dkt. No. 2233]** *First Interim Fee Application* | 12/10/2021 - 3/31/2022 | $ 256,186.00 | $ - | $ 33,429.23 | $ - | $ 256,186.00 | $ 33,429.23 |
| 28 | *Canadian Counsel to the Official Committee of Talc Claimants* **Miller Thompson LLP [Dkt. No. 2586]** *Second Interim Fee Application* | 4/1/2022 - 5/31/2022 | $ 174,404.00 | $ 6,913.15 | $ 22,672.52 | $ - | $ 167,490.85 | $ 22,672.52 |
| | **TOTALS (CAD)** | | $ 638,005.49 | $ 16,846.25 | $ 83,705.77 | $ - | $ 621,159.24 | $ 83,705.77 |

[1] Interim Expenses Requested and Interim Expenses Recommended for Approval include the Canadian harmonized sales tax.

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Total Amount Allowed per Court Order (Fees) | Total Amount Allowed per Court Order (Expenses) |
|---|---|---|---|---|---|---|---|---|
| | **Final Fee Applications** | | | | | | | |
| 29 | *Co-Counsel for the Official Committee of Talc Claimants II* **Cooley LLP [Dkt. Nos. 1767 & 2603]** | 12/31/2021 - 4/12/2022 | $ 11,665,152.50 | $ 1,626,278.63 | $ 373,721.37 | $ 373,721.37 | $ 10,038,873.87 | $ - |
| 30 | *Counsel to the Official Committee of Talc Claimants II* **Sherman, Silverstein, Kohl, Rose & Podolsky, P.A. [Dkt. No. 2578]** | 2/1/2022 - 5/31/2022 | $ 337,057.50 | $ 11,095.00 | $ 10,106.94 | $ - | $ 325,962.50 | $ 10,106.94 |
| 31 | *Bankruptcy Co-Counsel to the Official Committee of Talc Claimants II* **Waldrep Wall Babcock & Bailey PLLC [Dkt. No. 2580]** | 2/1/2022 - 4/12/2022 | $ 373,988.50 | $ 20,000.00 | $ 10,451.71 | $ 1,280.74 | $ 353,988.50 | $ 9,170.97 |
| | **TOTALS** | | $ 12,376,198.50 | $ 1,657,373.63 | $ 394,280.02 | $ 375,002.11 | $ 10,718,824.87 | $ 19,277.91 |

**Exhibit B**

**LTL MANAGEMENT, LLC**
**CASE NO. 21-30589-MBK**

| Applicant | Total Fees Awarded | Total Expenses Awarded |
|---|---:|---:|
| Cooley LLP | $10,038,873.87 | $0.00 |
| Sherman, Silverstein, Kohl, Rose & Podolsky, P.A. | $517,348.50 | $13,608.19 |
| Waldrep Wall Babcock & Bailey PLLC | $540,371.40 | $10,700.31 |
| **TOTAL:** | **$11,096,593.77** | **$24,308.50** |