# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

## FEE STATEMENT COVER SHEET FOR THE
## PERIOD JUNE 1, 2022 THROUGH JULY 31, 2022

| Debtor: LTL Management LLC ("**LTL**") | Name of Applicant: Shook, Hardy & Bacon, L.L.P. ("**Shook**") |
|---|---|
| Case No.: 21-30589 (MBK) | Client: Special Counsel to LTL Management LLC |
| Chapter: 11 | Case Filed: October 14, 2021 (the "**Petition Date**") |

## SECTION I
## FEE SUMMARY

| ☒  Monthly Fee Statement No. 4 | ☐  Final Fee Application |
|---|---|

Summary of Amounts Requested for the Period June 1, 2022 through July 31, 2022 (the "**Fourth Statement Period**").

| **Total Fees for the LTL Debtor:** | $102,900.84[1] |
|---|---|
| **Total Disbursements:** | $867.04 |
| **Total Fees Plus Disbursements:** | $103,767.88 |
| **Minus 20% Holdback of Fees** | $20,580.17 |
| **Amount Sought at this Time:** | $83,187.71 |

**Summary of Amounts Requested for Previous Periods:**

|  | **FEES** | **EXPENSES** |
|---|---|---|
| **Total Previous Fee Requested:** | $511,588.51 | $866.60 |
| **Total Fees Allowed To Date:** | $0.00 | $0.00 |
| **Total Retainer (If Applicable):** | $0.00 | $0.00 |
| **Total Holdback (If Applicable):** | $127,897.13 | $0.00 |
| **Total Received By Applicant:** | $511,588.52 | $866.60 |

---

[1] The total amount of fees and expenses incurred by Shook during the Fourth Statement Period for matters in which it is solely representing LTL or is representing LTL jointly with Johnson & Johnson is $103,767.88. Of this amount, as set forth in this fee statement, Shook is seeking payment in the amount of $82,320.67 in fees and $867.04 in expenses from LTL. Shook's fees for matters in which it is solely representing Johnson & Johnson are not reflected in this monthly fee statement.

**COMPENSATION BY PROFESSIONAL**
**JUNE 1, 2022 THROUGH JULY 31, 2022**

The attorneys who rendered professional services in these chapter 11 cases from June 1, 2022 through July 31, 2022 (the "**Fee Period**") are:

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL: | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Frazier, Kathleen | 2004 | $487.90 | 138.65 | $67,647.34 |
| James, Scott | 2001 | $475.60 | 26.75 | $12,722.30 |
| Mangrum, Michelle | 1986 | $630.00 | 7.80 | $4,914.00 |
| Healy, Michael | 1980 | $661.13 | 3.55 | $2,347.02 |
| Ahern, Hunter | 2005 | $498.15 | 2.20 | $1,095.95 |
| Fields, Jeff | 1998 | $366.95 | 2.65 | $972.43 |
| McLoone, Jennifer | 2006 | $452.03 | 0.95 | $429.43 |
| Kelly, Colin | 2002 | $592.45 | 0.20 | $118.50 |
| **Total Partners and Counsel:** | | **$493.83** | **182.75** | **$90,246.95** |

| NAME OF PROFESSIONAL: ASSOCIATES: | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Weissenberger, Emily | 2007 | $445.88 | 1.70 | $757.99 |
| O'Rourke, Sarah | 2017 | $284.62 | 0.25 | $71.15 |
| **Total Associates:** | | **$425.20** | **1.95** | **$829.14** |

The paraprofessionals who rendered professional services in these chapter 11 cases during the Fee Period are:

| NAME OF PARAPROFESSIONALS AND OTHER NON-LEGAL STAFF | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Quigley, Jennifer | $155.00 | 16.85 | $2,611.75 |
| Morrissey, John | $180.00 | 11.20 | $2,016.00 |
| Weidner, Jason | $164.00 | 11.00 | $1,804.00 |
| Lingor, Stephanie | $188.00 | 7.10 | $1,334.80 |
| Stufflebean, Kerry | $164.00 | 8.05 | $1,320.20 |
| Gratton, Michelle | $172.00 | 5.40 | $928.80 |
| Creek, Jason | $80.00 | 10.50 | $840.00 |
| Lewis, Janet | $172.00 | 2.85 | $490.20 |
| Wood, Lindsay | $50.00 | 4.30 | $215.00 |
| Jordan, Claudia | $164.00 | 0.75 | $123.00 |
| Keys, Tiffany | $188.00 | 0.50 | $94.00 |
| Lewis, Deborah | $188.00 | 0.25 | $47.00 |
| **Total Paraprofessionals & Other Non-Legal Staff:** | **$150.16** | **78.75** | **$11,824.75** |

The total fees for the Fee Period are:

| PROFESSIONALS<br><br>TOTALS: | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel: | $493.83 | 182.75 | $90,246.95 |
| Associates: | $425.20 | 1.95 | $829.14 |
| Paraprofessionals and Other Non-Legal Staff: | $150.16 | 78.75 | $11,824.75 |
| **Blended Attorney Rate:** | **$493.10** | **184.70** | **$91,076.09** |
| **Blended Rate for All Timekeepers:** | **$390.59** | **263.45** | **$102,900.84** |
| **Total Fees Incurred:** | | | **$102,900.84** |

# SECTION II
## SUMMARY OF SERVICES

### COMPENSATION BY WORK TASK CODE FOR
### SERVICES RENDERED BY SHOOK, HARDY & BACON, L.L.P.
### FOR THE PERIOD JUNE 1, 2022 THROUGH JULY 31, 2022

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| B160 | Fee/Employment Applications | 53.90 | $26,297.81 |
| B190 | Litigation Consulting | 209.55 | $76,603.03 |
| **Total Fees Requested:** | | | **$102,900.84** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

### DISBURSEMENT SUMMARY BY SHOOK, HARDY & BACON L.L.P.
### FOR THE PERIOD JUNE 1, 2022 THROUGH JULY 31, 2022

| DISBURSEMENTS | AMOUNTS |
|---|---|
| Filing Fees | $61.60 |
| Travel | $805.44 |
| **Total Disbursements Requested:** | **$867.04** |

## SECTION IV
## CASE HISTORY

( 1 )  Date cases filed: October 14, 2001

( 2 )  Chapter under which case commenced: Chapter 11

( 3 )  Date of retention: December 16, 2021 *nunc pro tunc* to October 14, 2021 [Dkt. 860] (the "Retention Order")[2].

( 4 )  Summarize in brief the benefits to the estate and attach supplements as needed    SEE BELOW


During the Fourth Statement Period, Shook, Hardy & Bacon L.L.P. provided the following services to the Debtor including, but not limited to, the following:

*Litigation Counseling*

- Addressed issues relating to automatic stay, including drafting and filing of related notices, as well as coordinating with local counsel in numerous jurisdictions in connection with ovarian cases.

- Updated pending ovarian case lists and other materials for bankruptcy teams.

- Assisted Jones Day with matters relating to appeal of motion to dismiss and opposition to continuation of preliminary injunction, including comprehensive review of how various litigation issues were addressed in connection with ovarian talc cases and preparation of related memorandum and other materials.

- Addressed issues and other matters relating to talc-related litigation involving ovarian cancer.

*Fee / Employment Application Preparation*

- Reviewed invoices for purposes of preparing first, second, and third monthly fee statements and first interim fee application in accordance with Interim Compensation Order.

---

[2] The Retention Order is attached hereto as Exhibit A.

*Litigation Counseling (50% Johnson & Johnson Split)*

- Addressed issues relating to automatic stay and impact on ovarian litigation cases, including communications with counsel and the court and drafting of joint reports and similar items.

- Addressed necessary ovarian case-related litigation matters, including record intake.

(5) Anticipated distribution to creditors:

| | |
|---|---|
| (a) Administration expense: | Unknown at this time. |
| (b) Secured creditors: | Unknown at this time. |
| (c) Priority creditors: | Unknown at this time. |
| (d) General unsecured creditors: | Unknown at this time. |

(6) Final disposition of case and percentage of dividend paid to creditors    Final dividend percentages are unknown at this time.

I certify under penalty of perjury that the above is true.

Date: August 31, 2022    */s/ Kathleen A. Frazier*
Kathleen A. Frazier