# EXHIBIT B



**Shook, Hardy & Bacon L.L.P.**
2555 Grand Boulevard
Kansas City, MO 64108-2613
(816) 474-6550

- 13008.377775 -

| | |
|---|---|
| **JOHN KIM, ESQ** | **Invoice No:** **2255505** |
| LTL MANAGEMENT | Invoice Date: 8/29/2022 |
| 501 GEORGE STREET | Matter Number: 13008.377775 |
| NEW BRUNSWICK NJ  08933 | Billing Attorney: Kathleen A. Frazier |

## Summary of Invoice

For professional services and disbursements thru July 31, 2022

LTL Bankruptcy (LTL, LLC)
Client Reference #: JJL2021019389

| | |
|---|---|
| Current Fees | $ 87,601.72 |
| Current Disbursements | 805.44 |
| **Total Current Fees and Disbursements** | **$ 88,407.16** |

## REMITTANCE INFORMATION

***Please verify your records reflect our new Wiring Instructions and Remit Address.***

**Wiring Instructions**
Commerce Bank
1000 Walnut
Kansas City, MO 64106
ABA Number: 101000019
SWIFT: CBKCUS44
Account Number: 43056

**Remit Address**
Shook, Hardy & Bacon L.L.P.
PO Box 843718
Kansas City, MO 64184-3718

**Federal Tax ID:**
44-0585497

Payments received after 8/22/2022 may not be reflected herein.

**SHOOK**
HARDY & BACON

13008.377775 • Inv# 2255505 • 8/29/2022    **2**

## Summary of Invoice

For professional services and disbursements thru July 31, 2022

LTL Bankruptcy (LTL, LLC)
Client Reference #: JJL2021019389

### Professional Services

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| **B160** | **Fee/Employment Applications** | | | |
| 06/01/22 | KAF | Review fee statement pleading and supporting documents and correspondences with Jones Day counsel regarding same. | 0.60 | $ 292.74 |
| 06/02/22 | KAF | Follow up with Jones Day counsel regarding fee statement matters. | 0.20 | 97.58 |
| 06/06/22 | KAF | Work on fee statement matters and correspondences with Shook accounting team regarding same. | 1.10 | 536.69 |
| 06/06/22 | KAF | Client call regarding fee statement matters. | 0.70 | 341.53 |
| 06/07/22 | KAF | Work on fee statement and support for same and correspondences with Shook accounting team regarding same. | 3.80 | 1,854.02 |
| 06/08/22 | KAF | Correspondences with client and with Shook staff regarding fee matters. | 0.60 | 292.74 |
| 06/09/22 | KAF | Continue to work on fee statement matters. | 0.30 | 146.37 |
| 06/16/22 | KAF | Work on fee statement matters and correspondences and call with Shook Accounting and with client regarding same. | 1.20 | 585.48 |
| 06/17/22 | KAF | Call with Brian Ansell regarding fee statement matters. | 0.50 | 243.95 |
| 06/18/22 | KAF | Work on fee statement matters. | 0.50 | 243.95 |
| 06/20/22 | KAF | Work on fee statement matters. | 1.80 | 878.22 |
| 06/20/22 | KAF | Review correspondence related to fee matters and correspond with client regarding same. | 0.30 | 146.37 |
| 06/21/22 | KAF | Correspondences with Shook Accounting regarding fee matters. | 0.40 | 195.16 |
| 06/21/22 | KAF | Call with Jones Day counsel regarding fee matters. | 0.20 | 97.58 |
| 06/27/22 | KAF | Work on LTL fee application. | 2.80 | 1,366.12 |
| 06/28/22 | KAF | Work on fee application. | 1.60 | 780.64 |
| 06/28/22 | KAF | Follow up with Shook accounting regarding next steps on fee application. | 0.20 | 97.58 |



| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 06/29/22 | KAF | Continue to work on fee application. | 1.50 | 731.85 |
| 06/30/22 | KAF | Continue to work on fee application. | 2.80 | 1,366.12 |
| 07/01/22 | KAF | Continue to work on fee application and correspond with Shook accounting team regarding same. | 2.10 | 1,024.59 |
| 07/06/22 | KAF | Continue to work on fee application. | 1.20 | 585.48 |
| 07/07/22 | KAF | Continue working on fee statement and emails with Shook Accounting and Jones Day counsel regarding same. | 3.10 | 1,512.49 |
| 07/08/22 | KAF | Continue to work on fee statement and correspond with Shook Accounting team and with Jones Day counsel regarding same. | 1.10 | 536.69 |
| 07/11/22 | KAF | Work on fee statement matters. | 0.80 | 390.32 |
| 07/13/22 | KAF | Correspond with Shook Accounting regarding fee statement matters. | 0.20 | 97.58 |
| 07/16/22 | KAF | Work on fee statement. | 1.50 | 731.85 |
| 07/17/22 | KAF | Work on fee statement. | 0.90 | 439.11 |
| 07/18/22 | KAF | Continue to work on fee statement. | 6.10 | 2,976.19 |
| 07/19/22 | KAF | Continue to work on fee statement and correspond with Shook Accounting and Jones Day counsel regarding same. | 2.50 | 1,219.75 |
| 07/20/22 | KAF | Work on fee statement and call and emails with Shook accounting and with Jones Day counsel regarding same. | 2.30 | 1,122.17 |
| 07/20/22 | KAF | Correspondences with Brett Morgan regarding retention matters. | 0.30 | 146.37 |
| 07/21/22 | KAF | Work on fee applications and correspondences with Jones Day counsel, Brett Morgan, Shook Accounting, and with local counsel regarding same. | 4.10 | 2,000.39 |
| 07/22/22 | KAF | Work on monthly and interim fee statement. | 6.40 | 3,122.56 |
| 07/26/22 | KAF | Correspond with Jones Day counsel regarding bankruptcy court pleadings and fee application. | 0.20 | 97.58 |
| **Subtotal for B160 Fee/Employment Applications** | | | **53.90** | **$ 26,297.81** |
| | | | | |
| **B190** | **Other Contested Matters** | | | |
| 06/01/22 | KAF | Prepare memorandum related to next steps in bankruptcy proceeding. | 1.70 | $ 829.43 |
| 06/01/22 | KAF | Correspondences with Jones Day counsel regarding claimant matters. | 0.30 | 146.37 |
| 06/02/22 | KAF | Attend call with bankruptcy team regarding bankruptcy case status and next steps. | 1.50 | 731.85 |

SHOOK
HARDY & BACON

13008.377775 • Inv# 2255505 • 8/29/2022    **4**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/02/22 | KAF | Correspondences with bankruptcy team regarding response to lift-stay motions. | 0.30 | 146.37 |
| 06/02/22 | SSL | Prepare talc/ovarian cancer complaints served in May and provide to Bates & White. | 0.20 | 37.60 |
| 06/03/22 | KAF | Continue to analyze response to various bankruptcy court pleadings and correspond with Jones Day counsel regarding same. | 1.10 | 536.69 |
| 06/03/22 | SAJY | Call with K. Frazier regarding expert matters and bankruptcy court proceedings. | 0.60 | 285.36 |
| 06/06/22 | KAF | Work on bankruptcy proceeding next steps matters. | 1.80 | 878.22 |
| 06/06/22 | KAF | Attend bankruptcy team call. | 1.10 | 536.69 |
| 06/06/22 | KAF | Correspondences with Jones Day counsel regarding upcoming bankruptcy court filings. | 0.30 | 146.37 |
| 06/07/22 | KAF | Continue to work on next steps in bankruptcy proceeding and correspondences with Jones Day counsel regarding same. | 2.70 | 1,317.33 |
| 06/07/22 | KAF | Call with Scott James regarding status of bankruptcy court proceeding and next steps. | 0.80 | 390.32 |
| 06/07/22 | SAJY | Call with K. Frazier regarding expert matters and bankruptcy court proceedings. | 1.00 | 475.60 |
| 06/08/22 | KAF | Review, revise anticipated submission in bankruptcy proceeding. | 3.60 | 1,756.44 |
| 06/08/22 | KAF | Prepare for meeting regarding next steps in bankruptcy matter. | 1.90 | 927.01 |
| 06/09/22 | HKA | Analyze ovarian materials in connection with bankruptcy proceedings and correspond with K. Frazier regarding same. | 0.60 | 298.89 |
| 06/09/22 | KAF | Continue to prepare for meeting regarding next steps in bankruptcy proceeding. | 6.70 | 3,268.93 |
| 06/09/22 | KAF | Continue to review, revise upcoming bankruptcy court filing and communications with bankruptcy team regarding same. | 0.50 | 243.95 |
| 06/09/22 | SAJY | Correspondence with team regarding expert matters and bankruptcy court status. | 0.30 | 142.68 |
| 06/10/22 | KAF | Continue to prepare for upcoming bankruptcy team meeting and correspondences with bankruptcy team regarding same. | 6.50 | 3,171.35 |
| 06/10/22 | SAJY | Correspondence with analysts regarding expert matters and bankruptcy court status. | 0.40 | 190.24 |
| 06/10/22 | SSL | Assist Ms. Frazier in preparing for upcoming bankruptcy team meeting. | 0.40 | 75.20 |



13008.377775 • Inv# 2255505 • 8/29/2022    **5**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/10/22 | KSY | Assist Ms. Frazier in preparing for upcoming bankruptcy team meeting. | 0.50 | 82.00 |
| 06/11/22 | KAF | Correspondences with bankruptcy team regarding upcoming bankruptcy court proceeding. | 0.30 | 146.37 |
| 06/12/22 | KAF | Continue to prepare for upcoming bankruptcy team meeting. | 2.10 | 1,024.59 |
| 06/13/22 | KAF | Attend bankruptcy team meeting. | 5.90 | 2,878.61 |
| 06/13/22 | SAJY | Correspondence with K. Frazier and team re: expert matters and bankruptcy court proceedings. | 0.60 | 285.36 |
| 06/13/22 | SSL | Analyze ovarian case information and correspond with K. Frazier regarding same. | 0.40 | 75.20 |
| 06/13/22 | KSY | Analyze ovarian case information and correspond with K. Frazier regarding same. | 0.50 | 82.00 |
| 06/14/22 | SAJY | Correspondence with H. Ahern regarding expert matters and bankruptcy court proceedings. | 0.30 | 142.68 |
| 06/20/22 | KAF | Correspond with Epiq regarding talc ovarian case information updates. | 0.20 | 97.58 |
| 06/20/22 | MRM | Frederick:  Analyze correspondence from retailer counsel regarding indemnity matters and prepare correspondence to same. | 0.30 | 189.00 |
| 06/21/22 | KAF | Attend bankruptcy team call. | 0.70 | 341.53 |
| 06/21/22 | MRM | Anderson, Gina:  Analyze correspondence from retailer counsel regarding indemnity matters. | 0.30 | 189.00 |
| 06/21/22 | MRM | Frederick:  Telephone conference with retailer counsel regarding indemnity matters and follow-up regarding same. | 1.40 | 882.00 |
| 06/22/22 | KAF | Correspondences with bankruptcy team regarding claimants' filings. | 0.30 | 146.37 |
| 06/22/22 | MRM | Anderson, Gina:  Analyze case information and correspond with retailer counsel regarding indemnity matters. | 0.90 | 567.00 |
| 06/22/22 | KSY | Review ECF Notifications and correspond with Epiq regarding same. | 0.30 | 49.20 |
| 06/23/22 | KAF | Review claimants' pleadings in bankruptcy matter and multiple correspondences with bankruptcy team and with Shook counsel regarding response to same. | 3.90 | 1,902.81 |
| 06/23/22 | MRM | Anderson, Gina: Follow-up correspondence with retailer counsel and with K. Frazier regarding indemnity matters. | 0.60 | 378.00 |
| 06/23/22 | SAJY | Analyze ovarian case information and correspondence and calls with counsel regarding same. | 2.30 | 1,093.88 |



13008.377775 • Inv# 2255505 • 8/29/2022   **6**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/23/22 | KSY | Review ECF Notifications and correspond with Epiq regarding same. | 0.60 | 98.40 |
| 06/24/22 | KAF | Continue to analyze claimants' bankruptcy court pleadings and correspondences with Shook staff/counsel and with bankruptcy team regarding same. | 2.40 | 1,170.96 |
| 06/24/22 | SAJY | Analyze ovarian case information and correspondence and calls with local counsel regarding same. | 4.10 | 1,949.96 |
| 06/24/22 | JWF | Analyze ovarian case information and correspond with Shook counsel regarding same. | 2.30 | 843.99 |
| 06/24/22 | KSY | Analyze ovarian case information and correspond with Shook counsel regarding same. | 0.60 | 98.40 |
| 06/25/22 | KAF | Correspondence with bankruptcy counsel regarding response to claimants' bankruptcy court pleadings. | 0.70 | 341.53 |
| 06/27/22 | KAF | Attend bankruptcy team call. | 1.10 | 536.69 |
| 06/27/22 | KAF | Correspond with New York counsel regarding indemnity matters. | 0.40 | 195.16 |
| 06/28/22 | KAF | Revise response to objection to PI and correspondences with bankruptcy team regarding same. | 1.80 | 878.22 |
| 06/28/22 | KAF | Attend bankruptcy team call. | 0.90 | 439.11 |
| 06/28/22 | KAF | Review and analyze memorandum and response to objection to continuance of PI. | 0.60 | 292.74 |
| 06/28/22 | KAF | Correspond with Illinois local counsel regarding case status, motions practice and bankruptcy case status. | 0.40 | 195.16 |
| 06/29/22 | KAF | (Romious) Revise notice of stay and correspond with local counsel regarding same. | 0.40 | 195.16 |
| 06/29/22 | KSY | Prepare correspondence to Ms. Tran regarding case status. | 0.10 | 16.40 |
| 06/30/22 | KAF | Correspond with Jones Day counsel regarding upcoming bankruptcy court hearing. | 0.20 | 97.58 |
| 07/01/22 | KAF | Follow up with Jones Day counsel regarding upcoming bankruptcy court hearing. | 0.30 | 146.37 |
| 07/02/22 | MRM | Review and respond to correspondence from Ms. Frazier regarding indemnity matters. | 0.20 | 126.00 |
| 07/05/22 | KAF | Review appellate opening briefs and correspondences with Scott James regarding same. | 1.60 | 780.64 |
| 07/05/22 | KAF | Attend bankruptcy team call. | 0.50 | 243.95 |
| 07/05/22 | MRM | Frederick:  Review and respond to correspondence from K. Frazier regarding case status, indemnity matters, and next steps. | 0.20 | 126.00 |

SHOOK
HARDY & BACON

13008.377775 • Inv# 2255505 • 8/29/2022    **7**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/05/22 | SAJY | Review and analyze opening appellate briefs and correspondence with Kat Frazier re: same. | 7.50 | 3,567.00 |
| 07/06/22 | KAF | Correspondences with Jones Day counsel regarding MS AG matter. | 1.20 | 585.48 |
| 07/06/22 | KAF | Correspondences with Scott James and with bankruptcy team regarding appellate briefs. | 0.60 | 292.74 |
| 07/06/22 | KAF | Correspond with bankruptcy counsel regarding next steps in case. | 0.20 | 97.58 |
| 07/06/22 | MRM | Frederick: Correspond with retailer counsel regarding case status and indemnity matters. | 0.20 | 126.00 |
| 07/06/22 | SAJY | Review and analyze opening appellate briefs and correspondence with Kat Frazier re: same. | 2.50 | 1,189.00 |
| 07/07/22 | KAF | Attend bankruptcy team call in connection with appellate matters. | 1.10 | 536.69 |
| 07/07/22 | KAF | Analyze discovery requests in connection with bankruptcy court proceeding. | 0.70 | 341.53 |
| 07/07/22 | KAF | Review bankruptcy court hearing transcript. | 0.70 | 341.53 |
| 07/07/22 | KAF | Attend call with co-counsel regarding bankruptcy stay matters. | 0.40 | 195.16 |
| 07/07/22 | KAF | Correspond with Emily Weissenberger regarding new complaint and notice of stay. | 0.20 | 97.58 |
| 07/07/22 | MRM | Kopp: Review and respond to correspondence from retailer counsel regarding case status and indemnity matters. | 0.20 | 126.00 |
| 07/07/22 | SSL | Correspond with Bates White regarding new ovarian complaint. | 0.20 | 37.60 |
| 07/08/22 | KAF | Revise notice of bankruptcy filing and stay and related communications and correspond with local counsels regarding same. | 1.70 | 829.43 |
| 07/08/22 | KAF | (Frederick) Correspondences with Jones Day counsel and with retailer's counsel regarding case status and next steps. | 0.30 | 146.37 |
| 07/08/22 | KAF | Correspondences with Jones Day counsel regarding next steps in bankruptcy case. | 0.20 | 97.58 |
| 07/08/22 | MRM | Kopp: Review and respond to correspondence from K. Frazier regarding case status and indemnity matters. | 0.20 | 126.00 |
| 07/08/22 | MRM | Kopp: Correspond with retailer counsel regarding case status and indemnity matters. | 0.20 | 126.00 |
| 07/08/22 | MRM | Frederick: Telephone conference with retailer counsel regarding case status and indemnity matters and follow-up with K. Frazier regarding same. | 0.30 | 189.00 |

# SHOOK
HARDY & BACON

13008.377775 • Inv# 2255505 • 8/29/2022    **8**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/08/22 | EMW | Prepare notice of bankruptcy in Castillo matter | 0.60 | 267.53 |
| 07/11/22 | HKA | Communications with K. Frazier regarding expert matters. | 0.30 | 149.45 |
| 07/11/22 | KAF | Analyze various going forward proposals for bankruptcy proceeding. | 1.60 | 780.64 |
| 07/11/22 | KAF | Attend bankruptcy team strategy call. | 1.20 | 585.48 |
| 07/11/22 | KAF | Correspond with Kerry Stufflebean regarding bankruptcy and ovarian case coordination. | 0.20 | 97.58 |
| 07/12/22 | KAF | Attend bankruptcy team strategy call and follow-up regarding same. | 1.80 | 878.22 |
| 07/12/22 | SAJY | Correspondences with H. Ahern and K. Frazier regarding expert matters. | 0.20 | 95.12 |
| 07/13/22 | KAF | Review defense brief for upcoming filing and follow-up calls and emails with Shook staff/counsel regarding same. | 1.20 | 585.48 |
| 07/13/22 | JMM | Conduct research in connection with upcoming bankruptcy court pleadings. | 3.80 | 684.00 |
| 07/14/22 | KAF | Correspondences with John Morrissey regarding research in connection with upcoming bankruptcy court pleadings. | 0.50 | 243.95 |
| 07/14/22 | KAF | Correspondences with Jones Day counsel regarding information for upcoming bankruptcy court filing. | 0.30 | 146.37 |
| 07/14/22 | MRM | Diaz, Jose: Review and respond to correspondence from retailer counsel regarding indemnity matters and follow up with K. Frazier regarding same. | 0.60 | 378.00 |
| 07/14/22 | SAJY | Correspondence with K. Frazier regarding bankruptcy court proceedings and next steps. | 0.20 | 95.12 |
| 07/14/22 | JMM | Conduct research in connection with upcoming bankruptcy court pleadings. | 7.40 | 1,332.00 |
| 07/15/22 | KAF | Analyze information related to upcoming bankruptcy court filing and correspond with bankruptcy team regarding same. | 1.10 | 536.69 |
| 07/15/22 | KAF | Review upcoming bankruptcy court pleading and correspond with bankruptcy team regarding same. | 0.40 | 195.16 |
| 07/18/22 | KAF | Review opposing counsels' pleadings re estimation. | 0.70 | 341.53 |
| 07/19/22 | HKA | Communications with K Frazier, S. James regarding expert matters and bankruptcy proceeding. | 0.30 | 149.45 |
| 07/19/22 | KAF | Correspondences with Kristen Fournier and Alli Brown regarding response to bankruptcy court briefing. | 0.50 | 243.95 |



13008.377775 • Inv# 2255505 • 8/29/2022    **9**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/19/22 | KAF | Correspondences with Kristen Fournier and Alli Brown regarding next steps in bankruptcy proceeding. | 0.30 | 146.37 |
| 07/19/22 | SAJY | Correspondence with K. Frazier regarding expert matters and bankruptcy court proceedings. | 0.40 | 190.24 |
| 07/20/22 | KAF | Analyze talc-related materials for response to claimants' pleadings and correspond with Scott James, Mike Healy, and with Jones Day counsel regarding same. | 1.10 | 536.69 |
| 07/20/22 | MRM | Hernandez, Anthony: Review and analyze correspondence from retailer counsel regarding indemnity matters and follow up with K. Frazier regarding same. | 0.40 | 252.00 |
| 07/20/22 | MRM | Johnson, Audra: Review and analyze correspondence from retailer counsel regarding indemnity matters. | 0.30 | 189.00 |
| 07/20/22 | SAJY | Analyze TCC filing and correspondence with Kat Frazier re: same. | 5.50 | 2,615.80 |
| 07/21/22 | HKA | Communications with K. Frazier, S. James regarding ovarian cases and estimation matters. | 0.40 | 199.26 |
| 07/21/22 | KAF | Analyze talc-related information and correspond with Kristen Fournier regarding same. | 2.20 | 1,073.38 |
| 07/21/22 | KAF | Analyze reply brief and correspondences with bankruptcy team regarding same. | 1.20 | 585.48 |
| 07/21/22 | KAF | Follow up with Michelle Mangrum regarding indemnity and bankruptcy proceeding matters. | 0.20 | 97.58 |
| 07/21/22 | MRM | Audra Johnson: Review and respond to correspondence from retailer counsel regarding indemnity matters and follow up with K. Frazier regarding same. | 0.40 | 252.00 |
| 07/21/22 | MRM | Hernandez, Anthony: Correspond with retailer counsel regarding indemnity matters. | 0.10 | 63.00 |
| 07/21/22 | SAJY | Correspondence with Kat Frazier and team re: case status. | 0.10 | 47.56 |
| 07/22/22 | KAF | Attend call with Kristen Fournier and Alli Brown regarding talc-related matters. | 1.00 | 487.90 |
| 07/22/22 | KAF | Prepare for call with Kristen Fournier and Alli Brown regarding talc-related matters. | 0.30 | 146.37 |
| 07/22/22 | KSY | Review ECF Notifications and correspond with team regarding same. | 0.20 | 32.80 |
| 07/25/22 | SAJY | Correspondence with H. Ahern regarding bankruptcy team's request and ovarian case information. | 0.30 | 142.68 |



13008.377775 • Inv# 2255505 • 8/29/2022    **10**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/27/22 | KAF | Correspond with Jones Day counsel and with Michelle Mangrum regarding status of bankruptcy court proceedings and indemnity matters. | 0.20 | 97.58 |
| 07/27/22 | MRM | Frederick: Correspond with retailer counsel regarding case status. | 0.10 | 63.00 |
| 07/28/22 | KAF | Attend bankruptcy team call. | 0.70 | 341.53 |
| 07/28/22 | SAJY | Correspondences with Kat Frazier and team re: outcome of hearing and status of stay. | 0.20 | 95.12 |
| 07/28/22 | SAJY | Correspondences with Jen McLoone and team re: status of stay. | 0.10 | 47.56 |
| 07/29/22 | KAF | Correspondences with Michelle Mangrum regarding developments in bankruptcy proceeding and indemnity matters. | 0.30 | 146.37 |
| 07/29/22 | KAF | Correspond with Epiq regarding ovarian case matters. | 0.20 | 97.58 |
| 07/29/22 | MRM | Hernandez, Anthony: Correspond with K. Frazier and retailer counsel regarding indemnity matters. | 0.50 | 315.00 |
| 07/29/22 | MRM | Johnson, Audra: Correspond with K. Frazier and retailer counsel regarding indemnity matters. | 0.40 | 252.00 |
| 07/31/22 | KAF | Follow up with Jones Day counsel regarding bankruptcy case status and indemnity matters. | 0.20 | 97.58 |
| **Subtotal for B190 Other Contested Matters** | | | **134.30** | **$ 61,303.91** |
| **Total Hours and Fees** | | | **188.20** | **$87,601.72** |

### Timekeeper Summary

| Name | Title | Hours | Rate | Amount |
|------|-------|-------|------|--------|
| Mr. James | Partner | 26.60 | $ 475.60 | $ 12,650.96 |
| Ms. Ahern | Partner | 1.60 | 498.15 | 797.05 |
| Ms. Frazier | Partner | 134.10 | 487.90 | 65,427.39 |
| Ms. Mangrum | Partner | 7.80 | 630.00 | 4,914.00 |
| Mr. Fields | Of-Counsel | 2.30 | 366.95 | 843.99 |
| Ms. Weissenberger | Associate | 0.60 | 445.88 | 267.53 |
| Ms. Lingor | Senior Analyst | 1.20 | 188.00 | 225.60 |
| Mr. Morrissey | Analyst | 11.20 | 180.00 | 2,016.00 |



13008.377775 • Inv# 2255505 • 8/29/2022    **11**

| Name | Title | Hours | Rate | Amount |
|------|-------|-------|------|--------|
| Ms. Stufflebean | Paralegal | 2.80 | 164.00 | 459.20 |
| **Total Hours and Fees** | | **188.20** | | **$ 87,601.72** |

**Disbursements**

| Date | Description | Amount |
|------|-------------|--------|
| **Expense Code: E110** | | |
| 07/01/22 | Lawyers Travel Service, Ms. Frazier from Houston TX to Newark NJ and return, 06/12/2022 - 06/13/2022 (ticket #7763098742) | $ 805.44 |
| | **Subtotal for E110** | **$ 805.44** |
| **Total Disbursements** | | **$ 805.44** |

| Invoice Summary | |
|-----------------|---|
| Current Fees | $ 87,601.72 |
| Current Disbursements | 805.44 |
| **Total Current Fees and Disbursements** | **$ 88,407.16** |



**Shook, Hardy & Bacon L.L.P.**
2555 Grand Boulevard
Kansas City, MO 64108-2613
(816) 474-6550

LTL MANAGEMENT LLC - 13008.381277.42875 - 42875

| | |
|---|---|
| **LTL Management LLC** | **Invoice No:** **2255506LTL** |
| John Kim, Esq. | Invoice Date: 8/29/2022 |
| 501 George Street | Matter Number: 13008.381277 |
| New Brunswick NJ 08933-1161 | Billing Attorney: Kathleen A. Frazier |

## Summary of Invoice

For professional services and disbursements thru July 31, 2022

LTL - J&J 50% (LTL Bankruptcy)
Client Reference #: JJL2021019364

| | |
|---|---|
| Current Fees | $ 30,598.23 |
| Current Disbursements | 123.20 |
| **Total Current Fees and Disbursements** | **$ 30,721.43** |
| | |
| **LTL MANAGEMENT LLC - 50.00% share due** | **$ 15,360.71** |

# REMITTANCE INFORMATION

***Please verify your records reflect our new Wiring Instructions and Remit Address.***

**Wiring Instructions**
Commerce Bank
1000 Walnut
Kansas City, MO 64106
ABA Number: 101000019
SWIFT: CBKCUS44
Account Number: 43056

**Remit Address**
Shook, Hardy & Bacon L.L.P.
PO Box 843718
Kansas City, MO 64184-3718

**Federal Tax ID:**
44-0585497

Payments received after 8/22/2022 may not be reflected herein.

**SHOOK**
HARDY & BACON

13008.381277 • Inv# 2255506 • 8/29/2022    **2**

## Summary of Invoice

For professional services and disbursements thru July 31, 2022

LTL - J&J 50% (LTL Bankruptcy)
Client Reference #: JJL2021019364

**Professional Services**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| **B190** | **Other Contested Matters** | | | |
| 06/02/22 | JWF | Review and analyze information regarding ovarian cases and draft report for insurers. | 0.70 | $ 256.87 |
| 06/02/22 | SSL | Prepare talc ovarian complaints served in May and provide to insurers. | 0.30 | 56.40 |
| 06/02/22 | KSY | Analyze court notifications for purposes of alerting team. | 0.30 | 49.20 |
| 06/03/22 | MFH | Telephone conference with plaintiff's counsel regarding in extremis depositions. | 0.40 | 264.45 |
| 06/03/22 | SAJY | (Garza) Analyze next steps in case and correspondence with co-defendants and K. Frazier regarding same. | 0.30 | 142.68 |
| 06/03/22 | KSY | Revise chart of in extremis depositions. | 0.10 | 16.40 |
| 06/07/22 | CKKY | Review and respond to Notice of Calendar Call. | 0.20 | 118.49 |
| 06/07/22 | MFH | Telephone conference with research clerk re status of bankruptcy. | 0.20 | 132.23 |
| 06/09/22 | HKA | Attend to expert matters. | 0.50 | 249.08 |
| 06/09/22 | JSQ | (Bluth, Deborah) Process plaintiff's records for review and reporting purposes. | 0.90 | 139.50 |
| 06/09/22 | JSQ | (Matthey, Patricia) Process plaintiff's records for review and reporting purposes. | 0.60 | 93.00 |
| 06/09/22 | LLWX | (Matthews, Sandra) Review and process medical records received from vendor collection and forward for reporting. | 0.70 | 35.00 |
| 06/09/22 | LLWX | (Lowell, Dimity) Review and process medical records received from vendor collection and forward for reporting. | 0.70 | 35.00 |
| 06/09/22 | LLWX | (Jackson, Cathy M.) Review and process medical records received from vendor collection and forward for reporting. | 0.70 | 35.00 |



13008.381277 • Inv# 2255506 • 8/29/2022   **3**

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 06/09/22 | LLWX | (Davis, Alishia) Review and process medical records received from vendor collection and forward for reporting. | 0.70 | 35.00 |
| 06/09/22 | CDLN | Review records received and forward for reporting and processing into the file. | 1.40 | 229.60 |
| 06/10/22 | CKKY | Email with Thompson Hine regarding case pleadings. | 0.10 | 59.25 |
| 06/10/22 | KAF | Correspondences with Ashleigh Nwanguma regarding in extremis deposition matters. | 0.30 | 146.37 |
| 06/10/22 | MRKZ | (Matthews, Sandra) Process plaintiff's records for review and reporting purposes. | 0.60 | 103.20 |
| 06/10/22 | MRKZ | (Davis, Alishia) Process plaintiff's records for review and reporting purposes. | 0.40 | 68.80 |
| 06/10/22 | MRKZ | (Jackson, Cathy M.) Process plaintiff's records for review and reporting purposes. | 0.40 | 68.80 |
| 06/10/22 | MRKZ | (Lowell, Dimity) Process plaintiff's records for review and reporting purposes. | 0.40 | 68.80 |
| 06/10/22 | KSY | Review records received from plaintiff's counsel regarding in extremis deposition. | 0.20 | 32.80 |
| 06/13/22 | HKA | Communications with S. James regarding expert matters. | 0.20 | 99.63 |
| 06/13/22 | MRKZ | (Works, Audra) Process plaintiff's cover letter and records for review and reporting purposes. | 0.80 | 137.60 |
| 06/15/22 | CKKY | Review confirmation of case status from court. | 0.10 | 59.25 |
| 06/15/22 | MFH | Conference with liaison counsel Robinson and Calcagni regarding California case matters. | 0.90 | 595.02 |
| 06/15/22 | KSY | Follow-up with vendor regarding records matters. | 0.10 | 16.40 |
| 06/16/22 | HKA | Communications with K Frazier, S James regarding bankruptcy court hearing and expert matters. | 0.20 | 99.63 |
| 06/16/22 | MFH | (Schultz, Deborah)  Review correspondence case status and court ruling. | 0.90 | 595.02 |
| 06/16/22 | JSQ | (Gibson, Heleena) Process plaintiff's records for reporting purposes. | 1.10 | 170.50 |
| 06/16/22 | JSQ | (Alamanza, Sylvia) Process plaintiff's records for reporting purposes. | 0.90 | 139.50 |
| 06/16/22 | JSQ | (Dana, Kathleen) Process plaintiff's records for reporting purposes. | 0.80 | 124.00 |
| 06/16/22 | JSQ | (Esclovon, Sandra) Process plaintiff's records for reporting purposes. | 0.70 | 108.50 |
| 06/16/22 | JSQ | (Ferguson, Phoebie) Process plaintiff's records for reporting purposes. | 0.60 | 93.00 |

**SHOOK**
HARDY & BACON

13008.381277 • Inv# 2255506 • 8/29/2022    **4**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/16/22 | KSY | Analyze records matters and follow up with vendor regarding same. | 0.30 | 49.20 |
| 06/16/22 | KSY | Research regarding case status and follow-up with local counsel regarding same. | 0.30 | 49.20 |
| 06/17/22 | KAF | Calls and emails with Kerry Stufflebean, vendor, and clients regarding plaintiff records matters. | 0.60 | 292.74 |
| 06/17/22 | KAF | Correspondences with Kerry Stufflebean and with client regarding plaintiff information updates. | 0.30 | 146.37 |
| 06/17/22 | JSQ | (Siniscalchi, Mary Ann) Process plaintiff's records for reporting purposes. | 1.20 | 186.00 |
| 06/17/22 | JSQ | (Lewis, Vivian) Process plaintiff's records for reporting purposes. | 1.20 | 186.00 |
| 06/17/22 | JSQ | (Kochwelp, Judie) Process plaintiff's records for reporting purposes. | 1.20 | 186.00 |
| 06/17/22 | JSQ | (Liberston, Caren) Process plaintiff's records for reporting purposes. | 1.20 | 186.00 |
| 06/17/22 | JSQ | (Lane, Donna) Process plaintiff's records for reporting purposes. | 1.20 | 186.00 |
| 06/17/22 | JSQ | (Kuether, Kathleen) Process plaintiff's records for reporting purposes. | 1.10 | 170.50 |
| 06/17/22 | JSQ | (Nowe, Margaret) Process plaintiff's records for reporting purposes. | 1.00 | 155.00 |
| 06/17/22 | JSQ | (Lett, Katherine) Process plaintiff's records for reporting purposes. | 1.00 | 155.00 |
| 06/17/22 | JSQ | (Lama, Lanie) Process plaintiff's records for reporting purposes. | 0.80 | 124.00 |
| 06/17/22 | JSQ | (Lawson, Susan) Process plaintiff's records for reporting purposes. | 0.60 | 93.00 |
| 06/17/22 | JSQ | (Kirk, Eva) Process plaintiff's records for reporting purposes. | 0.50 | 77.50 |
| 06/17/22 | JSQ | (Legros, Sharon) Process plaintiff's records for reporting purposes. | 0.50 | 77.50 |
| 06/17/22 | JSQ | (Metzler, Linda) Process plaintiff's records for reporting purposes. | 0.50 | 77.50 |
| 06/17/22 | JSQ | (Incalcatera, Eileen) Process plaintiff's records for reporting purposes. | 0.50 | 77.50 |
| 06/17/22 | SSL | (Adams, Janis) Process plaintiff's records for reporting purposes. | 0.50 | 94.00 |
| 06/17/22 | SSL | (Bleecker, Anne Frances) Process plaintiff's records for reporting purposes. | 0.50 | 94.00 |

# SHOOK
### HARDY & BACON

13008.381277 • Inv# 2255506 • 8/29/2022    **5**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/17/22 | SSL | (Boyce, Ruth) Process plaintiff's records for reporting purposes. | 0.40 | 75.20 |
| 06/17/22 | SSL | (Bumgarner, Rita) Process plaintiff's records for reporting purposes. | 0.40 | 75.20 |
| 06/17/22 | SSL | (Beckman, Billie) Process plaintiff's records for reporting purposes. | 0.40 | 75.20 |
| 06/17/22 | SSL | (Blake, Halcyon) Process plaintiff's records for reporting purposes. | 0.40 | 75.20 |
| 06/17/22 | SSL | (Bennett, Wanda) Process plaintiff's records for reporting purposes. | 0.40 | 75.20 |
| 06/17/22 | SSL | (Baker, LuAnn) Process plaintiff's records for reporting purposes. | 0.40 | 75.20 |
| 06/17/22 | SSL | (Babich, Marilyn) Process plaintiff's records for reporting purposes. | 0.40 | 75.20 |
| 06/17/22 | SSL | (Beck, Kathy) Process plaintiff's records for reporting purposes. | 0.40 | 75.20 |
| 06/17/22 | SSL | (Beckerman, Svetlana) Process plaintiff's records for reporting purposes. | 0.40 | 75.20 |
| 06/17/22 | SSL | (Ashburn, Linda) Process plaintiff's records for reporting purposes. | 0.40 | 75.20 |
| 06/17/22 | SSL | (Behler, Kathy) Process plaintiff's records for reporting purposes. | 0.30 | 56.40 |
| 06/17/22 | SSL | (Bafalon, Margaret) Process plaintiff's records for reporting purposes. | 0.30 | 56.40 |
| 06/17/22 | SSL | (Battle Mincey, Yvette) Process plaintiff's records for reporting purposes. | 0.30 | 56.40 |
| 06/17/22 | SSL | (Barmes, Bertha) Process plaintiff's records for reporting purposes. | 0.30 | 56.40 |
| 06/17/22 | SSL | (Archer, Melissa) Process plaintiff's records for reporting purposes. | 0.30 | 56.40 |
| 06/17/22 | SSL | (Bishop, Winona) Process plaintiff's records for reporting purposes. | 0.30 | 56.40 |
| 06/17/22 | SSL | (Ackerman, Mildred) Process plaintiff's records for reporting purposes. | 0.30 | 56.40 |
| 06/17/22 | SSL | (Boos, Margaret) Process plaintiff's records for reporting purposes. | 0.30 | 56.40 |
| 06/17/22 | SSL | (Brown, Juanita) Process plaintiff's records for reporting purposes. | 0.30 | 56.40 |
| 06/17/22 | SSL | (Buffaloe, Rocky) Process plaintiff's records for reporting purposes. | 0.20 | 37.60 |

**SHOOK**
HARDY & BACON

13008.381277 • Inv# 2255506 • 8/29/2022   **6**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/17/22 | SSL | (Brooks, Myra) Process plaintiff's records for reporting purposes. | 0.20 | 37.60 |
| 06/17/22 | SSL | (Bosi, Patricia) Process plaintiff's records for reporting purposes. | 0.20 | 37.60 |
| 06/17/22 | SSL | (Brown, Esther Ann) Process plaintiff's records for reporting purposes. | 0.20 | 37.60 |
| 06/17/22 | SSL | (Berumen, Maria) Process plaintiff's records for reporting purposes. | 0.20 | 37.60 |
| 06/17/22 | SSL | (Bianco, Mary) Process plaintiff's records for reporting purposes. | 0.20 | 37.60 |
| 06/17/22 | SSL | (Bingham, Cynthia) Process plaintiff's records for reporting purposes. | 0.20 | 37.60 |
| 06/17/22 | SSL | (Bentley, Cathleen) Process plaintiff's records for reporting purposes. | 0.20 | 37.60 |
| 06/17/22 | LLWX | (Liberston, Edward A.) Receive and analyze plaintiff-produced medical records for file and reporting purposes and process to provide to vendor for processing. | 1.80 | 90.00 |
| 06/17/22 | LLWX | (Nowe, Margaret) Receive and analyze plaintiff-produced medical records for file and reporting purposes and process to provide to vendor for processing. | 1.20 | 60.00 |
| 06/17/22 | LLWX | (Siniscalchi, Richard) Receive and analyze plaintiff-produced medical records for file and reporting purposes and process to provide to vendor for processing. | 1.00 | 50.00 |
| 06/17/22 | LLWX | (Lewis, Vivian) Receive and analyze plaintiff-produced medical records for file and reporting purposes and process to provide to vendor for processing. | 0.80 | 40.00 |
| 06/17/22 | LLWX | (McGowens, Helen) Receive and analyze plaintiff-produced medical records for file and reporting purposes and process to provide to vendor for processing. | 0.40 | 20.00 |
| 06/17/22 | LLWX | (Incalcatera, Eileen (Decd) (Incalcatera, Ben) Receive and analyze plaintiff-produced medical records for file and reporting purposes and process to provide to vendor for processing. | 0.30 | 15.00 |
| 06/17/22 | LLWX | (Dana, Kathy) Receive and analyze plaintiff-produced medical records for file and reporting purposes and process to provide to vendor for processing. | 0.30 | 15.00 |
| 06/17/22 | JMCY | Process approximately 900 plaintiff records for reporting purposes. | 16.80 | 1,344.00 |



13008.381277 • Inv# 2255506 • 8/29/2022   **7**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/17/22 | KSY | Research and prepare correspondence to case team regarding records matters. | 2.40 | 393.60 |
| 06/17/22 | KSY | Correspondence with vendor and with Ms. Frazier, Ms. Lingor and Mr. Smith regarding records matters. | 0.90 | 147.60 |
| 06/17/22 | KSY | Review pleadings and follow-up with Ms. Frazier regarding same. | 0.90 | 147.60 |
| 06/20/22 | KAF | Call with Mike Healy regarding litigation and bankruptcy proceeding status. | 0.60 | 292.74 |
| 06/20/22 | KAF | Correspondences with client regarding new talc complaint. | 0.40 | 195.16 |
| 06/20/22 | KAF | Call with clients regarding vendor matters. | 0.40 | 195.16 |
| 06/20/22 | KSY | Continue analysis of records matters and preparation of correspondence regarding same. | 2.30 | 377.20 |
| 06/21/22 | KAF | Call with vendor regarding vendor matters. | 0.30 | 146.37 |
| 06/21/22 | KAF | Correspondences with plaintiffs' counsel and with Shook staff regarding plaintiffs' request for in extremis deposition. | 0.20 | 97.58 |
| 06/21/22 | KAF | Correspondences with Jason Creek regarding plaintiff records matters. | 0.20 | 97.58 |
| 06/21/22 | KAF | Correspond with MO/IL ovarian local counsel regarding status of bankruptcy court proceeding. | 0.20 | 97.58 |
| 06/21/22 | MFH | Analyze court order and next steps regarding same. | 0.30 | 198.34 |
| 06/21/22 | MFH | Telephone conference with plaintiffs' liaison counsel re stipulation. | 0.10 | 66.11 |
| 06/21/22 | JBW | (Diaz, Manuela ) analysis and email regarding same in response to client inquiry concerning plaintiff records. | 2.00 | 328.00 |
| 06/21/22 | JMCY | Process approximately 100 plaintiff records for reporting purposes. | 3.20 | 256.00 |
| 06/21/22 | KSY | Telephone conference with vendor, Ms. Frazier and Mr. Smith regarding records matters. | 0.30 | 49.20 |
| 06/22/22 | KAF | Follow up with client regarding vendor matters. | 0.20 | 97.58 |
| 06/22/22 | KAF | Correspond with plaintiffs' counsel regarding request for in extremis deposition. | 0.20 | 97.58 |
| 06/22/22 | KAF | Correspond with Kerry Stufflebean regarding case status matters. | 0.20 | 97.58 |
| 06/22/22 | MFH | (Schultz, Deborah) Conference with plaintiffs liaison lawyer Calcagne regarding case status. | 0.40 | 264.45 |
| 06/22/22 | JBW | (Lloyd, Mary) analysis and email regarding same in response to client inquiry concerning plaintiff records. | 1.00 | 164.00 |



13008.381277 • Inv# 2255506 • 8/29/2022    **8**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/22/22 | JBW | (Reynolds, Donna) analysis and email regarding same in response to client inquiry concerning plaintiff records. | 1.00 | 164.00 |
| 06/22/22 | JBW | (Chisholm, Joyce) analysis and email regarding same in response to client inquiry concerning plaintiff records. | 1.00 | 164.00 |
| 06/22/22 | JBW | (Corea, Peggy) analysis and email regarding same in response to client inquiry concerning plaintiff records. | 1.00 | 164.00 |
| 06/22/22 | JBW | (Archibald, Margaret) analysis and email regarding same in response to client inquiry concerning plaintiff records. | 1.00 | 164.00 |
| 06/22/22 | JBW | (Wilson, Margaret) analysis and email regarding same in response to client inquiry concerning plaintiff records. | 1.00 | 164.00 |
| 06/22/22 | JBW | (Mustaro, Maryanne) analysis and email regarding same in response to client inquiry concerning plaintiff records. | 1.00 | 164.00 |
| 06/22/22 | JMCY | Process corrections for 3 plaintiff records for reporting purposes. | 1.00 | 80.00 |
| 06/22/22 | KSY | Follow up on analysis of records matters. | 0.50 | 82.00 |
| 06/22/22 | TMKY | (Castillo, Victoria) Intake of newly served complaint and update tracking documents. | 0.60 | 112.80 |
| 06/22/22 | TMKY | Intake and review of records, circulate same to team and update records tracking chart. | 0.40 | 75.20 |
| 06/23/22 | KAF | Correspond with Chanda Miller regarding case status and status of bankruptcy proceeding. | 0.30 | 146.37 |
| 06/23/22 | DRL | Update the master defense and indemnification chart. | 0.20 | 37.60 |
| 06/23/22 | JBW | (Baker, Lluann) analysis and email regarding same in response to client inquiry concerning plaintiff records. | 1.00 | 164.00 |
| 06/23/22 | JBW | (Miller, Lizabeth) analysis and email regarding same in response to client inquiry concerning plaintiff records. | 1.00 | 164.00 |
| 06/23/22 | JBW | (Noremberg, Colette) analysis and email regarding same in response to client inquiry concerning plaintiff records. | 1.00 | 164.00 |
| 06/23/22 | JBW | (Bumgarner, Rita) analysis and email regarding same in response to client inquiry concerning plaintiff records. | 1.00 | 164.00 |
| 06/23/22 | KSY | Prepare correspondence to Ms. Tran at Epiq regarding case pleadings. | 0.10 | 16.40 |
| 06/24/22 | KAF | Correspond with Shook staff regarding plaintiff record matters. | 0.20 | 97.58 |

SHOOK
HARDY & BACON

13008.381277 • Inv# 2255506 • 8/29/2022    **9**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/24/22 | JBW | (Hartley, Sherry) analysis and email regarding same in response to client inquiry concerning plaintiff records. | 1.00 | 164.00 |
| 06/24/22 | JBW | (Lewis, Tracy) analysis and email regarding same in response to client inquiry concerning plaintiff records. | 1.00 | 164.00 |
| 06/24/22 | JSC | Assess communications from plaintiff's counsel and update extremis deposition information. | 0.60 | 103.20 |
| 06/27/22 | JAMY | Sample - Email communications with court regarding calendar call. | 0.20 | 90.41 |
| 06/27/22 | KAF | Correspond with Stephanie Lingor regarding records matter relating to Cook County plaintiffs. | 0.20 | 97.58 |
| 06/27/22 | KAF | (Vaughn, Dolores) Correspond with plaintiffs' counsel and with Shook staff regarding request for in extremis deposition. | 0.20 | 97.58 |
| 06/27/22 | KAF | Correspond with Kerry Stufflebean and Shook staff regarding plaintiff records matters. | 0.20 | 97.58 |
| 06/27/22 | KAF | (Roote, Cheryl) Correspond with plaintiffs' counsel and with Shook staff regarding request for in extremis deposition. | 0.20 | 97.58 |
| 06/27/22 | JSQ | (King, Cindy) Process plaintiff's records for reporting purposes. | 1.20 | 186.00 |
| 06/27/22 | JSQ | (Kirk, Eva) Process plaintiff's records for reporting purposes. | 1.10 | 170.50 |
| 06/27/22 | JSQ | (Liberston, Caren) Process plaintiff's records for reporting purposes. | 1.00 | 155.00 |
| 06/27/22 | JSQ | (Jenkins, Michelle) Process plaintiff's records for reporting purposes. | 1.00 | 155.00 |
| 06/27/22 | JSQ | (Kaldrovics, Elizabeth) Process plaintiff's records for reporting purposes. | 0.70 | 108.50 |
| 06/27/22 | SSL | (Bishop, Winona) Process additional plaintiff's records for reporting purposes. | 0.20 | 37.60 |
| 06/27/22 | SSL | (Bosi, Patricia) Process additional plaintiff's records for reporting purposes. | 0.20 | 37.60 |
| 06/27/22 | SSL | (Benford, Tashay)  Analyze court order and update case status. | 0.10 | 18.80 |
| 06/27/22 | SSL | (McConnell, Laura)  Analyze court order and update case status. | 0.10 | 18.80 |
| 06/27/22 | SSL | (Lam, Lan)  Analyze court order and update case status. | 0.10 | 18.80 |
| 06/27/22 | SSL | (Gavin, Sherron)  Analyze court order and update case status. | 0.10 | 18.80 |



13008.381277 • Inv# 2255506 • 8/29/2022    **10**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/27/22 | SSL | (Johnson, Amy)   Analyze court order and update case status. | 0.10 | 18.80 |
| 06/27/22 | SSL | (Gibson, Cynthia)   Analyze court order and update case status. | 0.10 | 18.80 |
| 06/27/22 | SSL | (Reising, Amanda)   Analyze court order and update case status. | 0.10 | 18.80 |
| 06/27/22 | SSL | (Denwiddie, Monica)  Analyze court order and update case status. | 0.10 | 18.80 |
| 06/27/22 | SSL | (Bathon, Rebecca)   Analyze court order and update case status. | 0.10 | 18.80 |
| 06/27/22 | MRKZ | (Grijalva-Maldonado, Lara) Process plaintiff's records for review and reporting purposes. | 1.10 | 189.20 |
| 06/27/22 | MRKZ | (Young, Archester for Patricia O'Hanlon-Young, deceased) Process plaintiff's records for review and reporting purposes. | 0.40 | 68.80 |
| 06/28/22 | JAMY | Sample - Email communications with court regarding calendar call. | 0.10 | 45.20 |
| 06/28/22 | KAF | Correspond with Illinois local counsel regarding case and bankruptcy proceeding status. | 0.20 | 97.58 |
| 06/28/22 | JBW | (Bumgarner, Rita) analysis and email regarding same in response to client inquiry concerning plaintiff records. | 1.00 | 164.00 |
| 06/28/22 | JSQ | (Jones, Wendy)  Process plaintiff's records for reporting purposes. | 1.10 | 170.50 |
| 06/28/22 | JSQ | (Jenkins, Michelle)  Process plaintiff's records for reporting purposes. | 1.00 | 155.00 |
| 06/28/22 | JSQ | (Jackson, Barbara)  Process plaintiff's records for reporting purposes. | 0.80 | 124.00 |
| 06/28/22 | JSQ | (Holden, Cynthia)  Process plaintiff's records for reporting purposes. | 0.70 | 108.50 |
| 06/29/22 | JAMY | SAMPLE - Communications with court and counsel regarding court request. | 0.20 | 90.41 |
| 06/29/22 | JSQ | (Hicks, Ruby) Process plaintiff's records for reporting purposes. | 1.10 | 170.50 |
| 06/29/22 | JSQ | (Balderrama, Diane) Process plaintiff's records for reporting purposes. | 0.90 | 139.50 |
| 06/29/22 | SSL | (Bosi, Patricia) Process changes to cover sheet for records reported for client. | 0.10 | 18.80 |
| 06/30/22 | JAMY | Sample - email communications with counsel and court regarding status conference. | 0.40 | 180.81 |
| 06/30/22 | KAF | Call with clients regarding records matters and follow-up emails regarding same. | 0.40 | 195.16 |



13008.381277 • Inv# 2255506 • 8/29/2022    **11**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/30/22 | JBW | (Cecil, Rebecca) analysis and email regarding same in response to client inquiry concerning plaintiff records. | 1.00 | 164.00 |
| 07/01/22 | JAMY | Sample - email communications with all counsel regarding setting case management conference. | 0.10 | 45.20 |
| 07/01/22 | KAF | Follow up with Kerry Stufflebean regarding records matters. | 0.20 | 97.58 |
| 07/01/22 | JSQ | (Scott, Ruth) Process plaintiff's records for reporting purposes. | 0.90 | 139.50 |
| 07/01/22 | JSQ | (Schutt, Dorothy) Process plaintiff's records for reporting purposes. | 0.80 | 124.00 |
| 07/01/22 | CDLN | Review email communications from the Judge. | 0.10 | 16.40 |
| 07/01/22 | JSC | Analyze documents produced by plaintiffs and coordinate processing of same. | 1.30 | 223.60 |
| 07/01/22 | KSY | Correspond with Ms. Frazier regarding records matters. | 0.50 | 82.00 |
| 07/05/22 | JAMY | Sample - email communications with team regarding case management conference. | 0.10 | 45.20 |
| 07/05/22 | KAF | (Romious) Correspond with local counsel regarding status hearing and next steps. | 0.30 | 146.37 |
| 07/05/22 | MFH | Telephone conference re recent bankruptcy developments with plaintiffs liaison counsel. | 0.40 | 264.45 |
| 07/05/22 | MFH | Draft correspondence to Ms. Frazier re plaintiff proposal and our recommendations. | 0.10 | 66.11 |
| 07/05/22 | MFH | Consider proposed CMC statement from plaintiffs' liaison counsel. | 0.10 | 66.11 |
| 07/05/22 | EMW | Review Plaintiff's proposed statement to court. | 0.30 | 133.76 |
| 07/05/22 | SBO | Correspond with Jen McLoone regarding status conference set by the court. | 0.10 | 28.46 |
| 07/05/22 | JBW | (Wright, Lisa) analysis and email regarding same in response to client inquiry concerning plaintiff records. | 1.00 | 164.00 |
| 07/05/22 | SSL | (Sample, Mary Ellen)  Analyze court order and update case status. | 0.10 | 18.80 |
| 07/06/22 | KAF | Correspondences with California counsel regarding bankruptcy court status, JCCP case status and next steps. | 0.30 | 146.37 |
| 07/06/22 | KAF | Correspond with Susan Sharko regarding case status and next steps. | 0.20 | 97.58 |
| 07/06/22 | EMW | (Castillo)  Review complaint and consider next steps. | 0.40 | 178.35 |
| 07/06/22 | EMW | Draft joint request to continue status conference. | 0.30 | 133.76 |

SHOOK
HARDY & BACON

13008.381277 • Inv# 2255506 • 8/29/2022   **12**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/06/22 | JBW | (Wright, Lisa) analysis and email regarding same in response to client inquiry concerning plaintiff records. | 1.00 | 164.00 |
| 07/06/22 | JBW | (Warren, Brenda) analysis and email regarding same in response to client inquiry concerning plaintiff records. | 1.00 | 164.00 |
| 07/06/22 | JBW | (Carver-Burger, Christi) analysis and email regarding same in response to client inquiry concerning plaintiff records. | 1.00 | 164.00 |
| 07/06/22 | JBW | (Szwejkowski, Mary Ellen) analysis and email regarding same in response to client inquiry concerning plaintiff records. | 1.00 | 164.00 |
| 07/06/22 | MRKZ | (Vaughn, Dolores) Process plaintiff's cover letter and records for review and reporting purposes. | 1.10 | 189.20 |
| 07/06/22 | MRKZ | (Roote, Cheryl) Process plaintiff's cover letter and records for review and reporting purposes. | 0.90 | 154.80 |
| 07/06/22 | MRKZ | (Schwartz, Betty) Process plaintiff's cover letter and records for review and reporting purposes. | 0.70 | 120.40 |
| 07/06/22 | JSC | Coordinate processing for file documents produced by MDL extremis plaintiff Cheryl Roote. | 0.60 | 103.20 |
| 07/06/22 | JSC | Coordinate processing for file documents produced by MDL extremis plaintiff Dolores Vaughn. | 0.60 | 103.20 |
| 07/06/22 | JSC | Coordinate processing for file documents produced by MDL extremis plaintiff Betty Schwartz. | 0.60 | 103.20 |
| 07/07/22 | KAF | (Rominous) Follow up with local counsel regarding the court's instructions and next steps in case. | 0.30 | 146.37 |
| 07/07/22 | JSQ | (Sheets, Blanche) Process plaintiff's records for reporting purposes. | 0.90 | 139.50 |
| 07/07/22 | SSL | Identify new complaints and correspond with insurance counsel regarding same. | 0.30 | 56.40 |
| 07/08/22 | KAF | (Romious) Follow up with local counsel regarding communications with court and with plaintiffs' counsel regarding case and bankruptcy court proceeding status. | 0.20 | 97.58 |
| 07/08/22 | KAF | (Castillo) Correspond with local counsel regarding plaintiffs' counsel's communication about case status. | 0.20 | 97.58 |
| 07/08/22 | MFH | Telephone conference with national counsel re JCCP Court's order and next steps. | 0.60 | 396.68 |
| 07/08/22 | EMW | (Castillo) Prepare correspondence to plaintiffs' counsel regarding litigation status. | 0.50 | 222.94 |
| 07/11/22 | KSY | Review mutliple ECF Notifications and follow-up with Ms. Frazier regarding same. | 0.40 | 65.60 |

SHOOK
HARDY & BACON

13008.381277 • Inv# 2255506 • 8/29/2022    **13**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/12/22 | KAF | Correspondences with Chanda Miller regarding status of bankruptcy court proceedings and trial court matters. | 0.30 | 146.37 |
| 07/13/22 | EMW | Castillo) Review and respond to Plaintiff's correspondence. | 0.40 | 178.35 |
| 07/14/22 | HKA | Communications with J Azpell regarding expert matters. | 0.30 | 149.45 |
| 07/14/22 | KAF | (Dunn) Correspond with local counsel regarding case status. | 0.20 | 97.58 |
| 07/14/22 | MFH | Consider request from national counsel regarding court pleadings. | 0.40 | 264.45 |
| 07/14/22 | MFH | (Schultz, Deborah)  Telephone conference with Mr. Calcagnie re next steps in case. | 0.30 | 198.34 |
| 07/14/22 | EMW | Review and respond to correspondence from national counsel regarding California case status. | 0.30 | 133.76 |
| 07/14/22 | SSL | (Christopher, Karen) Process records received for file. | 0.10 | 18.80 |
| 07/14/22 | SSL | (Young, Tracey) Analyze correspondence received for tracking purposes. | 0.10 | 18.80 |
| 07/14/22 | KSY | Review ECF Notifications and identify pleadings for provision to Epiq. | 0.50 | 82.00 |
| 07/15/22 | SSL | (Rominous, Charita) Analyze court order update case status. | 0.10 | 18.80 |
| 07/15/22 | MRKZ | (Trapani, Noren) Process plaintiff's cover letter and records for review and reporting purposes. | 1.30 | 223.60 |
| 07/15/22 | MRKZ | (Hinojosa, Dolores) Process plaintiff's cover letter and records for review and reporting purposes. | 0.70 | 120.40 |
| 07/15/22 | JSC | (Trapani, Norene) Coordinate processing for file documents produced by in extremis plaintiff. | 0.40 | 68.80 |
| 07/15/22 | JSC | (Hinojosa, Dolores) Coordinate processing for file documents produced by in extremis plaintiff. | 0.40 | 68.80 |
| 07/15/22 | KSY | Review ECF Notifications and identify pleadings for provision to Epiq. | 0.20 | 32.80 |
| 07/18/22 | KAF | Correspond with client regarding litigation status matters. | 0.20 | 97.58 |
| 07/18/22 | MFH | Consider procedural status and next steps relative to ovarian cases. | 0.60 | 396.68 |
| 07/18/22 | MFH | Consider pleading submitted by plaintiffs in Schultz case. | 0.30 | 198.34 |
| 07/18/22 | MFH | Prepare correspondence to national counsel regarding California case status. | 0.30 | 198.34 |



SHOOK
HARDY & BACON

13008.381277 • Inv# 2255506 • 8/29/2022    **14**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/22/22 | DRL | Update the master defense and indemnification chart. | 0.30 | 56.40 |
| 07/25/22 | MFH | (Schultz, Deborah) Analysis of court order and available file information. | 0.60 | 396.68 |
| 07/25/22 | MFH | Draft correspondence to Ms. Frazier re California case status. | 0.20 | 132.23 |
| 07/25/22 | MRKZ | (Trapani, Noren) Process plaintiff's records for review and reporting purposes. | 0.80 | 137.60 |
| 07/25/22 | MRKZ | (Bailey, Brenda R.) Process plaintiff's records for review and reporting purposes. | 0.40 | 68.80 |
| 07/25/22 | MRKZ | (Boulden, Teresa) Process plaintiff's records for review and reporting purposes. | 0.40 | 68.80 |
| 07/25/22 | MRKZ | (Camaioni, Roseanna) Process plaintiff's records for review and reporting purposes. | 0.40 | 68.80 |
| 07/25/22 | JSC | (Camaione, Roseanne) Coordinate processing for file documents produced by in extremis plaintiff. | 0.30 | 51.60 |
| 07/25/22 | JSC | (Trapani, Norene) Coordinate processing for file documents produced by in extremis plaintiff. | 0.30 | 51.60 |
| 07/25/22 | JSC | (Bailey, Brenda) Coordinate processing for file documents produced by in extremis plaintiff. | 0.30 | 51.60 |
| 07/25/22 | JSC | (Boulden, Brenda) Coordinate processing for file documents produced by in extremis plaintiff. | 0.30 | 51.60 |
| 07/26/22 | KAF | (Smith, Lawanna) Correspond with plaintiffs' counsel regarding request for in extremis deposition. | 0.20 | 97.58 |
| 07/26/22 | JSQ | (Innis, Carol) Process plaintiff's records for reporting purposes. | 1.20 | 186.00 |
| 07/27/22 | JAMY | Sample- Communicate with team regarding case management conference. | 0.10 | 45.20 |
| 07/27/22 | SBO | Correspond with Jen McLoone regarding status hearing. | 0.10 | 28.46 |
| 07/27/22 | JSQ | (Innis, Carol) Process plaintiff's records for reporting purposes. | 1.20 | 186.00 |
| 07/27/22 | SSL | (McKinley, Keith) Analyze court order  and update case status. | 0.10 | 18.80 |
| 07/28/22 | JAMY | Sample - email communications with national team regarding upcoming case management conference and status of bankruptcy. | 0.50 | 226.02 |
| 07/28/22 | KAF | Call with Jessica Brennan regarding ovarian case matters. | 0.30 | 146.37 |
| 07/28/22 | KAF | Correspond with Sarah O'Rourke regarding Florida ovarian case matters and bankruptcy proceeding status. | 0.20 | 97.58 |



13008.381277 • Inv# 2255506 • 8/29/2022    **15**

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 07/28/22 | SBO | Call with Jen McLoone regarding upcoming status conference hearing. | 0.20 | 56.92 |
| 07/28/22 | SBO | Correspond with S. James regarding bankruptcy stay and case management conference. | 0.10 | 28.46 |
| 07/29/22 | JAMY | Sample - communicate with S. O'Rourke regarding case management conference. | 0.20 | 90.41 |
| 07/29/22 | KSY | Review MDL pleadings and correspond with Ms. Frazier regarding same. | 0.20 | 32.80 |
| **Subtotal for B190 Other Contested Matters** | | | **150.50** | **$ 30,598.23** |
| **Total Hours and Fees** | | | **150.50** | **$30,598.23** |

**Timekeeper Summary**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Mr. Healy | Partner | 7.10 | $ 661.13 | $ 4,694.03 |
| Mr. James | Partner | 0.30 | 475.60 | 142.68 |
| Mr. Kelly | Partner | 0.40 | 592.45 | 236.99 |
| Ms. Ahern | Partner | 1.20 | 498.15 | 597.79 |
| Ms. Frazier | Partner | 9.10 | 487.90 | 4,439.89 |
| Ms. McLoone | Partner | 1.90 | 452.03 | 858.86 |
| Mr. Fields | Of-Counsel | 0.70 | 366.95 | 256.87 |
| Ms. O'Rourke | Associate | 0.50 | 284.62 | 142.30 |
| Ms. Weissenberger | Associate | 2.20 | 445.88 | 980.92 |
| Mr. Weidner | Senior Analyst | 22.00 | 164.00 | 3,608.00 |
| Ms. Lewis | Senior Analyst | 0.50 | 188.00 | 94.00 |
| Ms. Lingor | Senior Analyst | 11.80 | 188.00 | 2,218.40 |
| Ms. Quigley | Senior Analyst | 33.70 | 155.00 | 5,223.50 |
| Mr. Wood | Analyst | 8.60 | 50.00 | 430.00 |
| Ms. Gratton | Analyst | 10.80 | 172.00 | 1,857.60 |
| Mr. Creek | Temp Analyst | 21.00 | 80.00 | 1,680.00 |
| Ms. Jordan | Paralegal | 1.50 | 164.00 | 246.00 |
| Ms. Keys | Paralegal | 1.00 | 188.00 | 188.00 |
| Ms. Lewis | Paralegal | 5.70 | 172.00 | 980.40 |



13008.381277 • Inv# 2255506 • 8/29/2022    **16**

| Name | Title | Hours | Rate | Amount |
|------|-------|-------|------|--------|
| Ms. Stufflebean | Paralegal | 10.50 | 164.00 | 1,722.00 |
| **Total Hours and Fees** | | **150.50** | | **$ 30,598.23** |

### Disbursements

| Date | Description | Amount |
|------|-------------|--------|
| **Expense Code: E112** | | |
| 07/02/22 | Commerce Bank, Court Filing Fees, Firm Charges from 5/9/22 to 5/31/22 | $ 10.65 |
| 07/02/22 | Commerce Bank, Court Filing Fees, Firm Charges from 5/9/22 to 5/31/22 | 10.65 |
| 07/02/22 | Commerce Bank, Court Filing Fees, Firm Charges from 5/9/22 to 5/31/22 | 10.65 |
| 07/02/22 | Commerce Bank, Court Filing Fees, Firm Charges from 5/9/22 to 5/31/22 | 10.65 |
| 07/02/22 | Commerce Bank, Court Filing Fees, Firm Charges from 5/9/22 to 5/31/22 | 10.65 |
| 07/02/22 | Commerce Bank, Court Filing Fees, Firm Charges from 5/9/22 to 5/31/22 | 10.65 |
| 07/02/22 | Commerce Bank, Court Filing Fees, Firm Charges from 5/9/22 to 5/31/22 | 10.65 |
| 07/02/22 | Commerce Bank, Court Filing Fees, Firm Charges from 5/9/22 to 5/31/22 | 10.65 |
| 07/02/22 | Commerce Bank, Court Filing Fees, Firm Charges from 5/9/22 to 5/31/22 | 10.65 |
| 07/02/22 | Commerce Bank, Court Filing Fees, Firm Charges from 5/9/22 to 5/31/22 | 10.65 |
| 07/14/22 | One Legal LLC, Court Filing Fees, Documents: Notice of Stay of Proceedings (Bankruptcy). | 16.70 |
| | **Subtotal for E112** | **$ 123.20** |
| **Total Disbursements** | | **$ 123.20** |

| Invoice Summary | |
|-----------------|--|
| Current Fees | $ 30,598.23 |
| Current Disbursements | 123.20 |
| **Total Current Fees and Disbursements** | **$ 30,721.43** |
| **LTL MANAGEMENT LLC - 50.00% share due** | **$ 15,360.71** |