**EXHIBIT "A"**

Case Name: In re LTL Management, LLC
Case No.:  21-30589 (MBK)

**SCHEDULE OF EXPENSES FOR MEMBERS AND MEMBERS' REPRESENTATIVES OF THE
OFFICIAL TALC CLAIMANTS COMMITTEE OF LTL MANAGEMENT, LLC**

Applicant Name:  Ashcraft & Gerel, LLP (Michelle Parfitt & James Green)

Role:  Committee Member representing Rebecca Love

Total Expenses Requested:  $26,310.24

| SCHEDULE OF EXPENSES | | |
|---|---|---|
| **Date(s) Incurred** | **Expense Detail (*e.g .,* hotel, airfare and reason)** | **Expense Amount** |
| 11/08/21 - 11/10/21 | AMERICAN AIRLINES 45800-433-7300 TX - Green airfare preferred seating - Charlotte NC -J&J Bankruptcy Hearing | 51.04 |
| 11/08/21 - 11/10/21 | AMERICAN AIRLINES 45800-433-7300 TX - Green airfare - Charlotte NC - J&J Bankruptcy Hearing | 455.30 |
| 11/08/21 - 11/10/21 | AMERICAN AIRLINES 45800-433-7300 TX - Parfitt airfare preferred seating - Charlotte NC - J&J Bankruptcy Hearing | 51.04 |
| 11/08/21 - 11/10/21 | AMERICAN AIRLINES 45800-433-7300 TX - Parfitt airfare - Charlotte NC - J&J Bankruptcy Hearing | 455.30 |
| 11/08/21 - 11/10/21 | GRAND BOHEMIAN HOTELCharlotte NC - Green lodging -Charlotte NC - J&J Bankruptcy Hearing | 689.20 |
| 11/08/21 - 11/10/21 | Green airport parking to Charlotte, NC for J&J bankruptcy hearing | 66.00 |
| 11/15/2021 | Green & Parfitt Amtrak Acela Business Class Seats Washington, DC to New York, NY (1 way) for LTL Bankruptcy hearing/meetings | 604.00 |
| 11/16/2021 | Green Amtrak Acela Business Class Seat New York, NY to Washington, DC (1 way) for LTL Bankruptcy hearing/meetings | 196.00 |
| 11/15/21 - 11/16/21 | Green hotel in New York, NY for LTL Bankruptcy hearing/meetings | 165.29 |
| 11/15/21 - 11/16/21 | Green parking at Union Station to New York, NY for LTL Bankruptcy hearing/meetings | 48.00 |
| 11/15/21 - 11/16/21 | Green meal in New York, NY for LTL Bankruptcy hearing/meetings | 123.44 |
| 11/15/21 - 11/16/21 | Green meal on Amtrak for LTL Bankruptcy hearing/meetings | 44.00 |
| 11/15/21 - 11/16/21 | Green cabs in New York, NY LTL Bankruptcy hearing/meetings | 40.01 |
| 11/08/21 - 11/10/21 | Parfitt lodging in Charlotte, NC for J&J bankruptcy hearing | 689.20 |
| 11/08/21 - 11/10/21 | Parfitt airport parking to Charlotte, NC for J&J bankruptcy hearing | 66.00 |
| 11/08/21 - 11/10/21 | Parfitt meals in Charlotte, NC for J&J bankruptcy hearing | 75.95 |
| 11/15/21 - 11/16/21 | Parfitt lodging in New York, NY for LTL bankruptcy hearing/meetings | 165.29 |
| 11/15/21 - 11/16/21 | Parfitt Amtrak (1 way) New York, NY to Washington, DC for LTL bankruptcy hearing/meetings | 196.00 |
| 11/15/21 - 11/16/21 | Parfitt cabs in New York, NY for LTL bankruptcy hearing/meetings | 38.52 |
| 11/15/21 - 11/16/21 | Parfitt meal in New York, NY for LTL bankruptcy hearing/meetings | 9.02 |
| 11/21/21 - 11/22/21 | Parfitt hotel in NJ for Talc bankruptcy hearing | 182.35 |
| 11/21/21 - 11/22/21 | Parfitt mileage to NJ for Talc bankruptcy hearing | 179.20 |
| 11/21/21 - 11/22/21 | Parfitt dinner in NJ for Talc bankruptcy hearing | 117.56 |
| 11/21/21 - 11/22/21 | Parfitt parking in NJ for Talc bankruptcy hearing | 12.00 |
| 12/14/21 - 12/15/21 | Parfitt hotel in NJ for Talc bankruptcy hearing | 230.98 |
| 12/14/21 - 12/15/21 | Green hotel in NJ for Talc bankruptcy hearing | 223.52 |
| 12/14/21 - 12/15/21 | Parfitt parking in NJ for Talc bankruptcy hearing | 12.00 |
| 12/14/21 - 12/15/21 | Parfitt meal in NJ for Talc bankruptcy hearing | 11.58 |
| 12/14/21 - 12/15/21 | Parfitt gas to NJ for Talc bankruptcy hearing | 73.44 |
| 12/21/2021 | Parfitt mileage to/from Philadelphia for Talc bankruptcy meeting | 164.64 |
| 01/11/22 - 01/13/22 | Parfitt lodging in New York, NY for Talc bankruptcy meetings | 882.88 |
| 01/11/22 - 01/13/22 | Parfitt rental car to New York, NY for Talc bankruptcy meetings | 303.98 |
| 01/11/22 - 01/13/22 | Parfitt gas to New York, NY for Talc bankruptcy meetings | 76.29 |
| 01/11/22 - 01/13/22 | Parfitt Hertz tolls to New York, NY for Talc bankruptcy meetings | 26.19 |
| 01/11/22 - 01/13/22 | Parfitt meals in New York, NY for Talc bankruptcy meetings | 46.57 |
| 01/11/22 - 01/13/22 | Parfitt tips in New York, NY for Talc bankruptcy meetings | 25.00 |
| 02/13/22 - 02/18/22 | Green lodging in NJ for LTL Bankruptcy Trial | 1,063.09 |
| 02/13/22 - 02/18/22 | Parfitt lodging in NJ for LTL Bankruptcy Trial | 871.72 |

Case Name: In re LTL Management, LLC
Case No.:  21-30589 (MBK)

**SCHEDULE OF EXPENSES FOR MEMBERS AND MEMBERS' REPRESENTATIVES OF THE**
**OFFICIAL TALC CLAIMANTS COMMITTEE OF LTL MANAGEMENT, LLC**

| Date(s) Incurred | Expense Detail (*e.g* ., hotel, airfare and reason) | Expense Amount |
|---|---|---|
| 02/13/22 - 02/18/22 | Parfitt rental car to NJ for LTL Bankruptcy Trial | 389.24 |
| 02/13/22 - 02/18/22 | Parfitt parking in NJ for LTL Bankruptcy Trial | 40.00 |
| 02/13/22 - 02/18/22 | Parfitt gas to/from NJ for LTL Bankruptcy Trial | 70.43 |
| 02/13/22 - 02/18/22 | Parfitt meals in NJ for LTL Bankruptcy Trial | 41.01 |
| 02/13/22 - 02/18/22 | Parfitt Hertz tolls to NJ for LTL Bankruptcy Trial | 29.90 |
| 02/13/22 - 02/18/22 | Green Hertz tolls to NJ for LTL Bankruptcy Trial | 18.19 |
| 03/01/22 - 03/02/22 | Green lodging in NY for LTL Bankruptcy Meetings | 348.98 |
| 03/01/22 - 03/02/22 | Parfitt lodging in NY for LTL Bankruptcy Meetings | 468.98 |
| 03/01/22 - 03/02/22 | Parfitt rental car to NY for LTL Bankruptcy Meetings | 377.65 |
| 03/07/22 - 03/08/22 | Green lodging in NJ for LTL Bankruptcy Hearing | 225.64 |
| 03/07/22 - 03/08/22 | Parfitt lodging in NJ for LTL Bankruptcy Hearing | 212.64 |
| 03/07/22 - 03/08/22 | Parfitt rental car to NJ for LTL Bankruptcy Hearing | 318.58 |
| 03/07/22 - 03/08/22 | Parfitt fuel to NJ for LTL Bankruptcy Hearing | 50.50 |
| 03/07/22 - 03/08/22 | Parfitt parking in NJ for LTL Bankruptcy Hearing | 12.00 |
| 03/07/22 - 03/08/22 | Parfitt meals in NJ for LTL Bankruptcy Hearing | 24.00 |
| 03/07/22 - 03/08/22 | Parfitt Hertz tolls to NJ for LTL Bankruptcy hearing | 17.95 |
| 03/30/22 | LTL Management | 420.00 |
| 03/29/22 - 03/30/22 | Green lodging in NJ for LTL Bankruptcy hearing | 226.78 |
| 03/29/22 - 03/30/22 | Parfitt lodging in NJ for LTL Bankruptcy hearing | 204.32 |
| 03/29/22 - 03/30/22 | Parfitt rental car to NJ for LTL Bankruptcy hearing | 225.01 |
| 03/29/22 - 03/30/22 | Parfitt fuel to NJ for LTL Bankruptcy Hearing | 10.00 |
| 03/29/22 - 03/30/22 | Parfitt parking in NJ for LTL Bankruptcy hearing | 12.00 |
| 03/01/22 - 03/02/22 | Parfitt fuel to New York for LTL bankruptcy meetings | 26.20 |
| 03/01/22 - 03/02/22 | Parfitt meal in New York for LTL bankruptcy meetings | 4.37 |
| 03/29/22 - 03/30/22 | Parfitt fuel to New York for LTL bankruptcy hearing | 5.27 |
| 04/11/22 - 04/12/22 | Parfitt hotel in NJ for LTL Bankruptcy Hearing | 287.71 |
| 04/11/22 - 04/12/22 | Parfitt rental car to NJ for LTL Bankruptcy Hearing | 356.54 |
| 04/11/22 - 04/12/22 | Parfitt fuel to NJ for LTL Bankruptcy Hearing | 64.05 |
| 04/11/22 - 04/12/22 | Parfitt parking in NJ for LTL Bankruptcy Hearing | 12.00 |
| 04/18/22 - 04/20/22 | Parfitt lodging in New York for LTL bankruptcy meetings | 1,059.05 |
| 04/18/22 - 04/20/22 | Parfitt rental car to New York for LTL bankruptcy meetings | 448.58 |
| 04/26/22 | LTL Management | 60.00 |
| 05/03/22 - 05/04/22 | Green hotel in NJ for LTL Bankruptcy hearing | 269.64 |
| 03/29/22 - 03/30/22 | Parfitt tolls to NJ for LTL Bankruptcy hearing | 14.54 |
| 04/18/22 - 04/20/22 | Parfitt parking in NY for LTL Bankruptcy meeting | 90.00 |
| 04/18/22 - 04/20/22 | Parfitt fuel to NY for LTL Bankruptcy meeting | 42.67 |
| 4/18/22 - 04/20/22 | Parfitt meals in NY for LTL Bankruptcy meeting | 17.97 |
| 05/03/22 - 05/04/22 | Parfitt hotel in NJ for LTL Bankruptcy hearing | 257.91 |
| 05/03/22 - 05/04/22 | Parfitt rental car to NJ for LTL Bankruptcy | 407.83 |
| 05/03/22 - 05/04/22 | Parfitt meal in NJ for LTL Bankruptcy hearing | 6.65 |
| 05/03/22 - 05/04/22 | Parfitt parking in NJ for LTL Bankruptcy hearing | 12.00 |
| 04/11/22 - 04/12/22 | Parfitt tolls to NJ for LTL Bankruptcy hearing | 6.45 |
| 05/09/22 - 05/12/22 | Green hotel in New York for LTL bankruptcy mediation | 1,595.09 |
| 05/09/22 - 05/12/22 | Green Amtrak 1 way (NYC to DC) for LTL bankruptcy mediation | 196.00 |
| 05/09/22 - 05/12/22 | Green cab in New York for LTL bankruptcy mediation | 17.88 |
| 05/09/22 - 05/12/22 | Green Uber home LTL bankruptcy mediation | 50.71 |
| 05/22/22 - 05/24/22 | Green hotel in NJ for LTL bankruptcy hearing | 800.09 |
| 05/22/22 - 05/24/22 | Green hotel meals in NJ for LTL bankruptcy hearing | 150.44 |
| 05/31/22 - 06/02/22 | Green hotel in NY  for LTL mediation | 1,326.62 |
| 05/31/22 - 06/02/22 | Green hotel meals in NY for LTL mediation | 149.06 |
| 05/09/22 - 05/12/22 | Parfitt rental car to NY for LTL bankruptcy mediation | 322.08 |

Case Name: In re LTL Management LLC
Case No.:   21-30589 (MBK)

**SCHEDULE OF EXPENSES FOR MEMBERS AND MEMBERS' REPRESENTATIVES OF THE**
**OFFICIAL TALC CLAIMANTS COMMITTEE OF LTL MANAGEMENT, LLC**

| Date(s) Incurred | Expense Detail (*e.g* ., hotel, airfare and reason) | Expense Amount |
|---|---|---|
| 05/09/22 - 05/12/22 | Parfitt hotel in NY for LTL bankruptcy mediation | 1,389.00 |
| 05/09/22 - 05/12/22 | Parfitt flight from NY for LTL bankruptcy mediation | 158.60 |
| 05/09/22 - 05/12/22 | Parfitt checked bag fee from NY for LTL bankruptcy mediation | 30.00 |
| 05/09/22 - 05/12/22 | Parfitt tolls to NY for LTL bankruptcy mediation | 43.52 |
| 05/09/22 - 05/12/22 | Parfitt dinner (5) in NY for LTL bankruptcy mediation | 596.17 |
| 05/09/22 - 05/12/22 | Parfitt cabs in NY for LTL bankruptcy mediation | 106.64 |
| 05/09/22 - 05/12/22 | Parfitt meal in NY for LTL bankruptcy mediation | 10.44 |
| 05/09/22 - 05/12/22 | Parfitt tips in NY for LTL bankruptcy mediation | 20.00 |
| 05/22/22 - 05/24/22 | Parfitt rental car to NJ for LTL bankruptcy mediation and status conference | 584.04 |
| 05/22/22 - 05/24/22 | Parfitt hotel in NJ for LTL mediation and status conference | 804.09 |
| 05/22/22 - 05/24/22 | Parfitt parking in NJ for LTL mediation and status conference | 24.00 |
| 05/22/22 - 05/24/22 | Parfitt fuel to NJ for LTL mediation and status conference | 87.83 |
| 05/22/22 - 05/24/22 | Parfitt tips in NJ for LTL mediation and status conference | 10.00 |
| 05/31/22 - 06/02/22 | Parfitt rental car to NY for LTL mediation | 407.82 |
| 05/31/22 - 06/02/22 | Parfitt hotel in NY for LTL mediation | 1,326.62 |
| 05/31/22 - 06/02/22 | Parfitt parking in NY for LTL mediation | 100.00 |
| 05/31/22 - 06/02/22 | Parfitt fuel to NY to LTL mediation | 20.00 |
| 05/31/22 - 06/02/22 | Parfitt meals in NY for LTL mediation | 15.73 |
| 05/31/22 - 06/02/22 | Parfitt tips in NY for LTL mediation | 25.00 |
| 05/03/22 - 05/04/22 | Parfitt tolls to NJ for LTL bankruptcy hearing (additional receipt) | 17.95 |
| | **Total:** | **26,310.24** |

## Ellen Pascal

| | |
|---|---|
| **From:** | Brooks Maund |
| **Sent:** | Thursday, January 6, 2022 4:19 PM |
| **To:** | Nan Parfitt; Ellen Pascal |
| **Cc:** | Accounting169 |
| **Subject:** | FW: Your travel receipt-FOLJTG |

See below

**From:** Brooks Maund <BMaund@ashcraftlaw.com>
**Date:** Monday, November 29, 2021 at 4:54 PM
**To:** Pam Garton <PGarton@ashcraftlaw.com>
**Subject:** FW: Your travel receipt-FOLJTG

**From:** Brooks Maund <BMaund@ashcraftlaw.com>
**Sent:** Friday, November 5, 2021 11:55 AM
**To:** Ellen Pascal <EPascal@ashcraftlaw.com>; Nan Parfitt <NParfitt@ashcraftlaw.com>
**Subject:** FW: Your travel receipt-FOLJTG

Brooks Maund
Assistant to Bryant McCulley & Stuart McCluer
**Ashcraft & Gerel, LLP**
bmaund@ashcraftlaw.com



**From:** American Airlines <no-reply@notify.email.aa.com>
**Date:** Friday, November 5, 2021 at 11:54 AM
**To:** Brooks Maund <BMaund@ashcraftlaw.com>
**Subject:** Your travel receipt-FOLJTG



Hello Michelle Parfitt!                                    Issued: Nov 5, 2021



# Your travel receipt

### Record locator: **FOLJTG**

Thanks for choosing American Airlines. Here is a receipt for your recent purchases.

## Your trip receipt

                                   American Express XXXXXXXXXXX1002

### *Michelle Parfitt*

DOCUMENT NUMBER 0010641474068

PREFERRED SEATS/CLT-DCA

| | |
|---|---|
| AMOUNT | $ 18.29 USD |
| TAX | $ 1.37 |
| **TOTAL** | **$ 19.66 USD** |

DOCUMENT NUMBER 0010641474068

PREFERRED SEATS/DCA-CLT

| | |
|---|---|
| AMOUNT | $ 29.19 USD |
| TAX | $ 2.19 |
| **TOTAL** | **$ 31.38 USD** |

### *James Green*

DOCUMENT NUMBER 0010641474067

PREFERRED SEATS/CLT-DCA

| | |
|---|---|
| AMOUNT | $ 18.29 USD |
| TAX | $ 1.37 |
| **TOTAL** | **$ 19.66 USD** |

DOCUMENT NUMBER 0010641474067

PREFERRED SEATS/DCA-CLT

| | |
|---|---|
| AMOUNT | $ 29.19 USD |
| TAX | $ 2.19 |
| **TOTAL** | **$ 31.38 USD** |


**Hotel offers**


**Car rental offers**


**Buy trip insurance**


**Things to do**

Contact us  |  Privacy policy

Get the American Airlines app





NRID: I462552506017324689611

## Ellen Pascal

| | |
|---|---|
| **From:** | Brooks Maund |
| **Sent:** | Monday, November 29, 2021 4:55 PM |
| **To:** | Pam Garton |
| **Subject:** | FW: Your trip confirmation (DCA - CLT) |

**From:** Brooks Maund <BMaund@ashcraftlaw.com>
**Sent:** Friday, November 5, 2021 11:55 AM
**To:** Nan Parfitt <NParfitt@ashcraftlaw.com>; Ellen Pascal <EPascal@ashcraftlaw.com>
**Subject:** FW: Your trip confirmation (DCA - CLT)

Brooks Maund
Assistant to Bryant McCulley & Stuart McCluer
**Ashcraft & Gerel, LLP**
bmaund@ashcraftlaw.com



**From:** American Airlines <no-reply@notify.email.aa.com>
**Date:** Friday, November 5, 2021 at 11:53 AM
**To:** Brooks Maund <BMaund@ashcraftlaw.com>
**Subject:** Your trip confirmation (DCA - CLT)



Issued: November 5, 2021



Your trip confirmation and receipt

## Record Locator: FOLJTG

We charged $910.60 to your card ending in 1002 for your ticket purchase.

A face covering is required while flying on American, except for children under 2 years old. You are also required to wear a face covering while in the airport before and after your flight. Read more about travel requirements.

You'll need your record locator to find your trip at the kiosk and when you call Reservations.

Manage your trip

### Monday, November 8, 2021

| DCA | | CLT | Seat: | 15C, 16C |
|-----|-----|-----|-------|----------|
| 1:49 PM | → | 3:31 PM | Class: | Economy (V) |
| Washington Reagan | | Charlotte | Meals: | |
| AA 620 | | | | |

### Wednesday, November 10, 2021

| CLT | | DCA | Seat: | 16C, 17D |
|-----|-----|-----|-------|----------|
| 8:13 PM | → | 9:35 PM | Class: | Economy (V) |
| Charlotte | | Washington Reagan | Meals: | |
| AA 545 | | | | |

### Your payment

| | |
|---|---|
| Credit Card (AmericanExpress ending 1002) | $910.60 |
| **Total paid** | **$910.60** |

## Your purchase

**JAMES GREEN**
AAdvantage #: 3205930

| | |
|---|---|
| New ticket | $455.30 |

Ticket #: 0012310600752

[$398.14 + Taxes and fees $57.16 ]

| | |
|---|---|
| **Total** | **$455.30** |

**MICHELLE PARFITT**
AAdvantage #: 0K4NW40

| | |
|---|---|
| New ticket | $455.30 |

Ticket #: 0012310600753

[$398.14 + Taxes and fees $57.16 ]

| | |
|---|---|
| **Total** | **$455.30** |

| | |
|---|---|
| **Total cost** (all passengers) | **$910.60** |

## Bag information

### Checked bags

DCA - CLT

| **Online*** | | **Airport** | |
|---|---|---|---|
| 1st bag | 2nd bag | 1st bag | 2nd bag |
| No charge | $40.00 | No charge | $40.00 |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. Bag and optional fees
If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

### Carry-on bags

3

# GRAND BOHEMIAN HOTEL

### CHARLOTTE

**James Green**

| | | |
|---|---|---|
| Room No. | : | 1200 |
| Arrival | : | 11-08-21 |
| Departure | : | 11-10-21 |
| Conf. No. | : | 3564101 |
| Folio No. | : | 51968 |
| MRW No. | : | XXXXX0071 |
| Page No. | : | 1 of 1 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 11-08-21 | Room Charge | 299.00 | |
| 11-08-21 | Room Sales Tax | 21.68 | |
| 11-08-21 | Lodging Tax | 23.92 | |
| 11-09-21 | Room Charge | 299.00 | |
| 11-09-21 | Room Sales Tax | 21.68 | |
| 11-09-21 | Lodging Tax | 23.92 | |
| 11-10-21 | American Express | | 689.20 |
| | Total Charges: | 689.20 | |
| | Total Credits: | | 689.20 |
| | **Total Balance:** | | **0.00** |

Merchant ID:
Transaction ID / Amount: 3583188          689.20
App. Code / Amount:        194959          689.20

Credit Card # / Exp:  XXXXXXXXXXXX1002      XX/XX
Capture Method :    Manual

**201 West Trade Street, Charlotte, NC 28202**

# Ashcraft & Gerel, LLP

1825 K Street, NW, Suite 700, Washington, DC 20006

## Expense Voucher

| Name | James Green | Employee Number | |
|---|---|---|---|
| Office | Washington, DC | Dept. No. | 120 |
| Departed | 11/8/2021 | Returned | 11/10/2021 |
| Destination | Charlotte NC | | |
| Expenses Incurred for | To ⊙ A&G | Your Offic ⊙ | Client ⊙ |
| Client Name | Talc MDL | Client Matter No. | 570-04 |
| Travel Advance Check No. | | Advance Amount | |
| Business Associate (s) | | | |
| Business Purpose | Talc MDL - LTL Bankruptcy Hearing/Meetings | | |

| Expense Description | Total Expense | Amount | Paid by A&G CRFD Card | Paid by A&G Checks | Paid by Employee |
|---|---|---|---|---|---|
| Parking | | $66.00 | ☐ | ☐ | ☑ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |
| Expense Total | | $66.00 | | | |

Documentary evidence is required for all expenditures.  Please
obtain receipts whenever possible.  Authorized signature other
than yours is required before payment can be processed.

/s/ James Green

**Employee Signature**                                    11/17/21
                                                          Date

/s/ Nan Parfitt

**Approval Signature**                                    11/17/21
                                                          Date

| FOR ACCOUNTING USE ONLY |
|---|
| Total Expenses _____ |
| Total Paid by A&G _____ |
| Check # _____ |

GREEN                    11/8/21 - 11/10/21

Talc MDL - Charlotte NC
LTL BANKRUPTCY HEARING

DCA REAGAN
703-417-4300

Receipt Number:          H2082100155771
Ticket-Nr.:              1090111181

In:                      11/08/2021 11:51
Out:                     11/10/2021 22:00
Duration:                2,10.09

Transient Parker         $ 66.00

Total:                   $ 66.00

Discounts:               $ 0.00

Balance Due:             $ 66.00

  Credit-Card            $ 66.00

  Change                 $ 0.00

PARKING
$ 66.00

# Ashcraft & Gerel, LLP

1825 K Street, NW, Suite 700, Washington, DC 20006

## Expense Voucher

| Name | James Green | Employee Number | |
|---|---|---|---|
| Office | Washington, DC | Dept. No. | 120 |
| Departed | 11/15/2021 | Returned | 11/16/2021 |
| Destination | New York, NY | | |
| Expenses Incurred for | To ○ A&G | Your Office ○ | Client ○ |
| Client Name | Talc MDL | Client Matter No. | 570-04 |
| Travel Advance Check No. | | Advance Amount | |
| Business Associate (s) | | | |
| Business Purpose | Talc MDL - LTL Bankruptcy Hearing/Meetings | | |

| Expense Description | Total Expense | Amount | Paid by A&G CRFD Card | Paid by A&G Checks | Paid by Employee |
|---|---|---|---|---|---|
| Amtrak - Acela Business Class Train (Green & Parfitt) | | $604.00 | ☐ | ☐ | ☑ |
| Amtrak Train (Green) | | $196.00 | | | ✓ |
| Sheraton Four Points - Lodging | | $165.29 | ☐ | ☐ | ☑ |
| Parking | | $48.00 | | | ✓ |
| Meal (Green & Parfitt) | | $123.44 | ☐ | ☐ | ☑ |
| Amtrak Meal (Green & Parfitt) | | $44.00 | ☐ | ☐ | ☑ |
| Cab | | $22.25 | | | ✓ |
| Cab | | $17.76 | ☐ | ☐ | ☑ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |
| Expense Total | | $1,220.74 | | | |

Documentary evidence is required for all expenditures. Please
obtain receipts whenever possible. Authorized signature other
than yours is required before payment can be processed.

/s/ James Green

**Employee Signature**          11/17/21
                                **Date**

/s/ Nan Parfitt

**Approval Signature**          11/17/21
                                **Date**

| FOR ACCOUNTING USE ONLY | |
|---|---|
| Total Expenses | _____ |
| Total Paid by A&G | _____ |
| Check # | _____ |

11/13/21                    11/16/21

**Nan Parfitt**

| | |
|---|---|
| **From:** | James Green <green1249@msn.com> |
| **Sent:** | Saturday, November 13, 2021 8:16 PM |
| **To:** | Nan Parfitt; Michelle Parfitt - ashcraftlaw.com |
| **Subject:** | Fwd: Amtrak: eTicket and Receipt for Your 11/15/2021 Trip - GREEN Party TCC meeting NYC with counsel |
| **Attachments:** | Green James 202111132001250112.pdf |

Begin forwarded message:

**From:** etickets@amtrak.com
**Subject: Amtrak: eTicket and Receipt for Your 11/15/2021 Trip - GREEN Party**
**Date:** November 13, 2021 at 8:01:25 PM EST
**To:** GREEN1249@MSN.COM

**SALES RECEIPT**

Purchased: 11/13/2021 5:01 PM PTThank you for your purchase.

1. Retain this receipt for your records.
2. Print the attached eTicket and carry during your trip.

Merchant ID 007231 Massachusetts Ave NWWashington, DC 20001800-USA-RAILAmtrak.com

# Reservation Number - A19D3BWASHINGTON, DC - NY
# MOYNIHAN-PENN STA, NY (One-Way)NOVEMBER 13, 2021
Billing Information

JAMES F GREEN6522 HEATHER BROOK CTMCLEAN, VA 22101

**Visa** ending in 9607 (Purchase)Authorization Code 03718C

Total $604.00

## Purchase Summary - Ticket Number 3170723546691

**TRAIN 2158: WASHINGTON, DC - NY MOYNIHAN TRAIN HALL AT PENN STATION, NY**Depart 8:50 AM, Monday, November 15, 2021
2 ACELA BUSINESS CLASS SEATS

$604.00

Car 3 | Seats 16C, 16D

GREEN & Parfitt

1

**Ticket Terms & Conditions** CANCELLATION FEE MAY APPLY.ACELA SERVICE, NO PARTIAL REFUND IF USED ON OTHER SERVICE

**Subtotal**

**$604.00**

**Total Charged by Amtrak**

**$604.00**

## Passengers

James Green, Michelle Parfitt

## Important Information

- Tickets are non-transferable.
- Changes to your itinerary may affect your fare.  Refund and exchange restrictions and penalties for failure to cancel unwanted travel may apply.  If your travel plans change, contact us before departure to change your reservation.  If you do not board your train, your entire reservation from that point will be canceled.  If you board a different train without notifying us, you will have to pay for it separately; the conductor cannot apply the money paid for your prior reservation.  For more information please visit Amtrak.com/changes.
- Summary of Terms and Conditions:  Ticket valid for carriage or refund (subject to the refund rules of the fare purchased) for twelve months after day of issue unless otherwise specified.  Amtrak tickets may only be sold or issued by Amtrak or an authorized travel agent/tour operator.  Tickets sold or issued by an unauthorized third party will be voided by Amtrak.  This ticket is a contract of carriage which includes specific terms and conditions and a binding arbitration agreement between Amtrak and the ticket holder.  The terms and conditions and arbitration agreement are available at Amtrak.com/terms-and-conditions.html.  Tickets sold for non-Amtrak service are subject to the tariffs of the providing carrier.
- Questions?  Contact us online at Amtrak.com/contact or call 1-800-USA-RAIL (1-800-872-7245) or for text telephone (TTY) 1-800-523-6590.

AMTRAK  PURCHASE RECEIPT              B         Ticket Coupon        C
01 of 01

I acknowledge receipt and agree to
accept billing to the credit card named below.

X

Date of Issue        Place of Issue        Res. #
NYP
800-USA-RAIL

16Nov210408PM        RES# A3CFD7-161121
TKT# 3204204551910

Name of Passenger
GREEN/JAMES                              Riders    Train    Date    Status
From  129  NYP-WAS  16Nov21  $ 196.00    Carrier
To

Not Valid Before/After        Accom    Space/Car

Endorsement/Restrictions

PLEASE REFER TO YOUR ETICKET TRAVEL DOCUMENT FOR ADDITIONAL FARE RESTRICTION INFORMATION

Form of Payment    VI 9607 $196.00

MERCH ID        AUTH CODE        Tkt. Ptr.
04204
Account Charge  Pricing P  05183C        NOT VALID FOR TRAVEL

098180882354
Total Charge
$196.00        SEE REVERSE SIDE FOR CONDITIONS OF CONTRACT.
NRPT 96    STOCK CONTROL NO.        TKT NO - DO NOT MARK OR STAMP IN THIS BLOCK

Riders    AMTRAK    Baggage
PURCHASE RECEIPT

Name of Passenger
WASHINGTON,DC

From

To

Carrier    Train    Date

Accom    Space/Car

Form of Payment

Rail Fare        Accom Charge

Fare Plans        Total
REFUND/EXCHNGE PENALTIES MAY APPLY
OTHER TERMS AND CONDITIONS APPLY.
Date of Issue        Reservation #

PASSENGER RECEIPT

Green        $ 196.00

Four Points New York Downtown
6 Platt St
New York, NY 10038
United States
Tel: 212-273-9388

# FOUR POINTS
## BY SHERATON

James Green
6522 HEATHER BROOK CT
MC LEAN, VA, 221011607

| | | |
|---|---|---|
| Page Number | : | 1 |
| Guest Number | : | 352973 |
| Folio ID | : | A |
| No. Of Guest | : | 2 |
| Room Number | : | 2503 |
| Marriott Bonvoy Number : | | 0071 |
| Arrive Date | : | 15-NOV-21    18:14 |
| Depart Date | : | 16-NOV-21 |

FPbS NY Downto NYCDF  NOV-16-2021  08:00  ANA

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 15-NOV-21 | RT2503 | Room Chrg - Standard Retail | 141.00 | |
| 15-NOV-21 | RT2503 | State Tax | 12.51 | |
| 15-NOV-21 | RT2503 | City/Local Tax | 8.28 | |
| 15-NOV-21 | RT2503 | Occupancy/Tourism | 3.50 | |
| 16-NOV-21 | VI | Visa-9607 | | -165.29 |

Approve EMV Receipt for VI - 9607: Signature Captured
TC:9280B3EA967C1259  IAD:06010A0360A002  TVR:0080008000
AID:A0000000031010  Application Label:CHASE VISA

| | | |
|---|---|---|
| ** Total | 165.29 | -165.29 |
| *** Balance | 0.00 | |

I agreed to pay all room & incidental charges.

Tell us about your stay. www.fourpoints.com/reviews

Continued on the next page

DC L..on Station
x, xx

BUS DECK P 11/16/21 20:08
Receipt 066789

Short-term parking tkt
1 — No 002326
11/15/21 08:04
11/16/21 20:08
Period 1d12h5'
                              $48.00
                         ----------
Total                         $48.00

Payment Received
RID           A000000003
PIX                 1010
CARD    ************9607
AUTHORIZATION      07125C
PURCHASE       USD48.00
       APPROVED

Sub Total                     $48.00

All Amounts in USD.

Parking  $  48.00

Meal
$ 123.44

---

DINNER

# Stout Financial District

90 John Street
New York, NY 10038

Tab: 111
Order: Reg 5-503                Server: Dayana
#: 55627E
Payment ID: E764DD
11/15/21 9:04:50 PM

| ITEM | QTY | PRICE | TOTAL |
|------|-----|-------|-------|
| Brooklyn Hazy IPA ( | 2 | $8.00 | $16.00 |
| Tribute Chardonnay | 1 | $13.00 | $13.00 |
| Uber Bavarian Pretz | 1 | $11.00 | $13.00 |
|  $Add Cheese Dip | 1 | $2.00 | |
| Artichoke & Spinach | 1 | $14.00 | $14.00 |
| -------1------- | 1 | $0.00 | $0.00 |
| Autumn Harvest Sala | 1 | $14.00 | $14.00 |
| Marinated Grilled C | 1 | $17.00 | $17.00 |
| French Fries | 1 | $8.00 | $8.00 |

| | |
|---|---|
| Subtotal | $95.00 |
| Tax | $8.44 |
| Paid | $103.44 |
| TOTAL | $0.00 |
| SALE | |
| VISA | |
| CARD | xxxxxxxxxxxx9607 |
| ENTRY METHOD | CHIP |
| APPROVAL | 03463C |
| RESPONSE | 000/APPROVAL |

Amount:           $103.44

+ Tip: _____ 20.00

= Total: _____ 123.44

I agree to pay the above total amount
according to the card issuer agreement.

CUSTOMER COPY
Thank You!

Tip Suggestions
18% $17.10
20% $19.00
22% $20.90

Next time, close your tab from your smartphone,
Download the TabbedOut app now.

## Amtrak

### America's Railroad
### 1-800-USA-RAIL
### www.Amtrak.com
### Welcome Aboard

Receipt No..: 0078026211421
Train Info..: 182          Cafe Car  1
Trip ID.....: 783505
Terminal....: 000262       Date: 11/16/2021
Employee....: 00806713     Time: 17:34
Entry Status: Normal

| ITEM NAME | UOM | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| Popcorn Wht Chddr 1zEach | | 2 | $2.50 | $5.00 |
| Frt&NutTrailMx 1.5z Each | | 2 | $3.50 | $7.00 |
| Line39 Sauv 375 | Bottle | 1 | $16.00 | $16.00 |
| Line39 Chard 375 | Bottle | 1 | $16.00 | $16.00 |

| | |
|---|---|
| Subtotal | $44.00 |
| Total | $44.00 |
| Credit Card | $44.00 |

CARD TYPE       : CREDIT CARD
TRANSACTION     : Sale
DATE/TIME       : 11/16/2021 5:34:20 PM
CLERK ID        : 00806713
CARD TYPE       : Visa
CARD NUMBER     : 9607
REFERENCE NUMBER : 100211116173352-50007
8-000262-14466
INVOICE         : 996752690
AUTH CODE       : 02290C
BATCH ID        : 162
TERMINAL ID     : 4624965
AID             : A0000000031010
APP LABEL       : VISA CREDIT
TC              : 003E
ENTRY MODE      : ContactIcc
AMOUNT          : $44.00
STATUS          : Approved

```
0 0 7 8 0 2 6 2 1 1 1 4 2 1
```

Usal
$44.00

---

Cab

--ORIGINAL--
MED#         6D87
DRIVER:    347335
CUSTOMER COPY
11/16/21 TR 3033
START  END MILES
15:42 16:04  2.1
REGULAR FARE
RATE 1:$    14.50
EXTRA: $     0.00
CNGSCH:$     2.50
STSRCH:$     0.50
IMSRCH:$     0.30
AIRFEE:$     0.00
TIP:   $     4.45
TOTAL: $    22.25

CARD TYPE:  VISA
XXXXXXXXXXXX9607
AUTH:00710C

----------------
-BANK REQD INFO-
APP:VISA CREDIT
ARC:3030
IAD:
CF945F094BF3D3FB
3030
CVM:5E0000
AID:
A0000000031010
DF:
A0000000031010
ARCQ:
C89002C1C96B19BF

THANKS
TO CONTACT TLC
DIAL 3-1-1

$ 22.25
Cab

---

CAB

Merchant:Curb Mobility
Contact #:1(800) 488-870
4
email:cs@gocurb.com

### CREDIT SALE

HACK #      :    00396442
MEDALLION   :        8U28
11/16/21 08:19-08:34
TRIP #      :         739
RATE #      :           1
STAND. CITY RATE
Miles R1    :        2.51
FARE R1     :      $11.50
STATE SRCHG :       $0.50
IMP.SRCHG.  :       $0.30
CGN. SRCH.  :       $2.50
TIPS        :       $2.96
GRAND TOTAL :      $17.76
VISA          ***9607
AUTHOR.     :      01593C
MID:        ***********883
ENTRY METHOD:
CONTACT CHIP
AID: A0000000031010
APPL. NAME:
CHASE VISA
ATC:                003C
TRN REF #:16456921
VAL CODE:           WW63
REC/INV#:            739
TID:        ***********312
Mode:            Issuer

Contact TLC DIAL 3-1-1

$ 17.76
Cab

# Ashcraft & Gerel, LLP

## Expense Voucher

| Name | Michelle Parfitt | Employee Number | |
|---|---|---|---|
| Office | Washington, DC | Dept. No. | 180 |
| Departed | 11/8/2021 | Returned | 11/10/2021 |
| Destination | Charlotte, NC | | |
| Expenses Incurred for | Total A&G | Your Office | Client |
| Client Name | Talcum MDL | Client Matter No. | 570-04 |
| Travel Advance Check No. | | Advance Amount | |
| Business Associate (s) | | | |
| Business Purpose | J&J Bankruptcy Hearing | | |

| Expense Description | Total Expense Amount | Paid by A&G CRFD Card | Paid by A&G Checks | Check # | Paid by Employee |
|---|---|---|---|---|---|
| Hotel | $689.20 | ☐ | ☐ | | ☑ |
| Airport Parking | $66.00 | ☐ | ☐ | | ☑ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| **Other Expenses (*Please Describe*)** | | | | | |
| Meal | $50.16 | ☐ | ☐ | | ☑ |
| Meal | $15.70 | ☐ | ☐ | | ☑ |
| Meal | $10.09 | ☐ | ☐ | | ☑ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| **Expense Total** | **$831.15** | | | | |

Documentary evidence is required for all expenditures.  Please
obtain receipts whenever possible.  Authorized signature other
than yours is required before payment can be processed.

M. Parfitt                                    11/23/21
**Employee Signature**                        **Date**


_____              _____
**Approval Signature**                        **Date**

| FOR ACCOUNTING USE ONLY |
|---|
| Total Expenses _____ |
| Total Paid by A&G _____ |
| Advance Amount _____ |
| Amount Reimb. _____ |
| Check # _____ |

Talc   MDL   570 067   WCAP

11/8/21  —  11/10/21

J&J /LTL   H20RWg

INSERT
THIS END UP

REAGAN
NATIONAL AIRPORT
RECEIPT   A206
ENTRY TIME:
11/08/21    12:06
EXIT TIME:
11/10/21    21:58
PARK-DUR.: HRS:MIN
            2:09:52

AMOUNT:
    $ 66.00

KIND OF PAYMENT:
VISA
XXXXXXXXXXXX2478
    XXXXX 201

PorkWg   $ 66.00

GREENS PORCH
309 N 4TH ST
CHARLOTTE NC 28202
704-332-1786

REPRINT

Term Num:02019927

Sale

xxxxxxxxxxxx2478
VISA                 Entry Method: Swiped

Amount:$           42.16
Tip:

Total:          =================

Ref #: 2071
11/10/21              12:58:57
Inv #: 000062      Appr Code: 012510
Apprvd: Online     Batch#: 000291

I agree to pay above total amount
according to card issuer agreement
(Merchant agreement if credit voucher)
            50.16
X_____
        PARFITT/ MICHELLE
        Merchant Copy

Mscl   $ 50.16

Grand Bohemian Charlotte
201 West Trade Street
Charlotte, NC 28202
(704)372-1877
11/9/2021 7:25

Check: 1289416  Table:
Server: CJ           Guests:0
RVC:Starbucks

Regular Check
1 Grande L                4.45
1 Grande L                5.45
  Espresso Shot [1.00]
1 Grande Pike             2.75

      Subtotal           12.65
      Tax                 1.05
      Tip                 2.00
      Total              15.70

Visa                     15.70
  XXXXXXXXXXXX2478
PARFITT/+MICHELLE
         SALE

MERCHANT ID    XXXXXXXXXXX3888
TERMINAL ID    XXXXXXXXXX4510
RESP CD
INVOICE          0128035166
ENTRY METHOD           CHIP
APPROVED             048616
TRN REF #            358967
VAL CODE               BNX7
DATE/TIME   11/09/2021 07:27:13
CARD TYPE              Visa
CARD #     XXXXXXXXXXXX2478

MODE                   CHIP

VISA DEBIT
ATC                    0056
ARQC      A873E3DB670F1730
AID       A0000000031010
TVR         8080008000
TSI              6800

AMOUNT          USD $13.70
TIP             USD $2.00
TOTAL           USD $15.70

I AGREE TO PAY ABOVE TOTAL
AMOUNT ACCORDING TO CARD
ISSUER AGREEMENT (MERCHANT
AGREEMENT IF CREDIT VOUCHER)

PARFITT/ MICHELLE

     CUSTOMER COPY

   GRAND TOTAL        15.70

---

Grand Bohemian Charlotte
201 West Trade Street
Charlotte, NC 28202
(704)372-1877
11/10/2021 7:50

Check: 1289632  Table:
Server: Natalie N  Guests:0
RVC:Starbucks

Regular Check
1 Evolution Fresh         4.95
1 Chocolate Croiss        3.45

      Subtotal            8.40
      Tax                 0.69
      Tip                 1.00
      Total              10.09

Visa                     10.09
  XXXXXXXXXXXX2478
PARFITT/+MICHELLE
         SALE

MERCHANT ID    XXXXXXXXXXX3888
TERMINAL ID    XXXXXXXXXX4510
RESP CD
INVOICE          0128035304
ENTRY METHOD           CHIP
APPROVED             063979
TRN REF #            459169
VAL CODE               39R8
DATE/TIME   11/10/2021 07:51:11
CARD TYPE              Visa
CARD #     XXXXXXXXXXXX2478

MODE                   CHIP

VISA DEBIT
ATC                    0058
ARQC      0465339099AE974F
AID       A0000000031010
TVR         8080008000
TSI              6800

AMOUNT          USD $9.09
TIP             USD $1.00
TOTAL           USD $10.09

I AGREE TO PAY ABOVE TOTAL
AMOUNT ACCORDING TO CARD
ISSUER AGREEMENT (MERCHANT
AGREEMENT IF CREDIT VOUCHER)

PARFITT/ MICHELLE

     CUSTOMER COPY

   GRAND TOTAL        10.09

↑  MSOL                    MSOL        $ 10.09
   15.70



# GRAND BOHEMIAN HOTEL
## CHARLOTTE

**Michelle Parfitt**

| | | |
|---|---|---|
| Room No. | : | 0609 |
| Arrival | : | 11-08-21 |
| Departure | : | 11-10-21 |
| Conf. No. | : | 3566819 |
| Folio No. | : | 51946 |
| MRW No. | : | XXXXX4673 |
| Page No. | : | 1 of 1 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 11-08-21 | Room Charge | 299.00 | |
| 11-08-21 | Room Sales Tax | 21.68 | |
| 11-08-21 | Lodging Tax | 23.92 | |
| 11-09-21 | Room Charge | 299.00 | |
| 11-09-21 | Room Sales Tax | 21.68 | |
| 11-09-21 | Lodging Tax | 23.92 | |
| 11-10-21 | American Express | | 689.20 |
| | **Total Charges:** | 689.20 | |
| | **Total Credits:** | | 689.20 |
| | **Total Balance:** | | **0.00** |

MAP

Merchant ID:
Transaction ID / Amount: 3586042    689.20
App. Code / Amount:    501753    689.20

Credit Card # / Exp: XXXXXXXXXXXX6006    XX/XX
Capture Method :    Swiped

**201 West Trade Street, Charlotte, NC 28202**

# Ashcraft & Gerel, LLP

## Expense Voucher

| Name | Michelle Parfitt | Employee Number | |
|---|---|---|---|
| Office | Washington, DC | Dept. No. | 180 |
| Departed | 11/15/2021 | Returned | 11/16/2021 |
| Destination | New York, NY | | |
| Expenses Incurred for | Total A&G | Your Office | Client |
| Client Name | Talcum MDL | Client Matter No. | 570-04 |
| Travel Advance Check No. | | Advance Amount | |
| Business Associate (s) | | | |
| Business Purpose | LTL Bankruptcy Hearing/Meetings | | |

| Expense Description | Total Expense Amount | Paid by A&G CRFD Card | Paid by A&G Checks | Check # | Paid by Employee |
|---|---|---|---|---|---|
| Hotel | $165.29 | ☐ | ☐ | | ☑ |
| Amtrak (NY to DC - 1 way) | $196.00 | ☐ | ☐ | | ☑ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| **Other Expenses (*Please Describe*)** | | | | | |
| Cab | $18.96 | ☐ | ☐ | | ☑ |
| Cab | $19.56 | ☐ | ☐ | | ☑ |
| Meal | $9.02 | ☐ | ☐ | | ☑ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| **Expense Total** | **$408.83** | | | | |

Documentary evidence is required for all expenditures.  Please
obtain receipts whenever possible.  Authorized signature other
than yours is required before payment can be processed.

M. Parfitt                                      11/23/21
**Employee Signature**                    **Date**

_____            _____
**Approval Signature**                    **Date**

| FOR ACCOUNTING USE ONLY | |
|---|---|
| Total Expenses | _____ |
| Total Paid by A&G | _____ |
| Advance Amount | _____ |
| Amount Reimb. | _____ |
| Check # | _____ |

Tale MBK                                                    MAP

11/15/21 - 11/16/21

J&J / LTL   Hearing/Meetings        NYC/NJ

GRAND

Contact TLC Dial 3-1-1

```
        CREDIT SALE

HACK #      :     05277745
MEDALLION   :         2M13
11/15/21 17:51-18:08
TRIP #      :         3368
RATE #      :            1
STAND. CITY RATE
Miles R1    :         2.07
FARE R1     :       $11.50
EXTRAS      :        $1.00
STATE SRCHG :        $0.50
IMP.SRCHG.  :        $0.30
CGN. SRCH.  :        $2.50
TIPS        :        $3.16
GRAND TOTAL :       $18.96
AMEX            ***6006
AUTHOR.     :       844123
MID:        ***********319
ENTRY METHOD:
CONTACT CHIP
AID:   A000000025010801
APPL. NAME:
AMERICAN EXPRESS
ATC:               0026
REC/INV#:          3368
TID:       ***********188
Mode:           Issuer


Contact TLC DIAL 3-1-1
```

Cab   $ 18.96

```
Copy
        CREDIT SALE

HACK #      :     05014437
MEDALLION   :         4A31
11/15/21 12:09-12:27
TRIP #      :         6256
RATE #      :            1
STAND. CITY RATE
Miles R1    :         2.47
FARE R1     :       $13.00
STATE SRCHG :        $0.50
IMP.SRCHG.  :        $0.30
CGN. SRCH.  :        $2.50
TIPS        :        $3.26
GRAND TOTAL :       $19.56
AMEX            ***6006
AUTHOR.     :       825530
MID:        ***********760
ENTRY METHOD:
CONTACT CHIP
AID:   A000000025010801
APPL. NAME:
AMERICAN EXPRESS
ATC:               0025
REC/INV#:          6256
TID:       ***********811
Mode:           Issuer


Contact TLC DIAL 3-1-1
```

Cab   $ 19.56



PURCHASE RECEIPT

B
Ticket Coupon
01 of 01
Date of Issue    Place of Issue    Res. #

X    NYP
800-USA-RAIL
RES# A3D044-161121
TKT# 3204204552256

16Nov210411PM

Name of Passenger
PARFITT/MICHELLE

From
129  NYP-WAS 16Nov21  $ 196.00
To

Endorsement/Restrictions

PLEASE REFER TO YOUR ETICKET TRAVEL DOCUMENT FOR ADDITIONAL FARE RESTRICTION INFORMATION

Form of Payment
AX 6006 $196.00

MERCH ID        AUTH CODE        Tkt. Ptr.
04204        545731        NOT VALID FOR TRAVEL

Accom Charge        Pricing Pt.

098180882380

Total Charge
$196.00        SEE REVERSE SIDE FOR CONDITIONS OF CONTRACT.

NRPT 96    STOCK CONTROL NO.    TKT NO - DO NOT MARK OR STAMP IN THIS BLOCK

Riders    AMTRAK
PURCHASE RECEIPT        Baggage

Name of Passenger
WASHINGTON,DC

From

To

Carrier    Train    Date

Accom    Space/Car

Form of Payment

Rail Fare        Accom Charge

Fare Plans        Total

REFUND/EXCHNGE PENALTIES MAY APPLY
OTHER TERMS AND CONDITIONS APPLY.

Date of Issue        Reservation #

PASSENGER RECEIPT

Amtrak    $ 196.00



STARBUCKS Store #7759
50 Massachusetts Avenue, Space T-16
Washington, DC  (202) 682-5895
------------------------------------
CHK 673200
11/15/2021 08:20 AM
XXX2401  Drawer: 1  Reg: 3
------------------------------------
Order
Peanut Butter Bar          3.75
Gr Latte                   4.45
   Nonfat
------------------------------------
Subtotal              $8.20
Tax 10%               $0.82
Total                 $9.02
Change Due            $0.00
------------------------------------
Payments

Visa                    9.02
XXXXXXXXXXXX2478
Card Entry: CHIP
Trans Type: SALE
App Label: VISA DEBIT
Auth: 042922
AID: A0000000031010
TVR: 8000008000
TSI: 6800

---------- Check Closed ----------
11/15/2021 08:20 AM

Join our loyalty program
Starbucks Rewards*
Sign up for promotional emails
Visit Starbucks.com/rewards
Or download our app
At participating stores
Some restrictions apply

Meal  $ 9.02

Four Points New York Downtown
6 Platt St
New York, NY  10038
United States
Tel: 212-273-9388

# FOUR POINTS
## BY SHERATON

MICHELLE PARFITT

| | | |
|---|---|---|
| Page Number | : | 1 |
| Guest Number | : | 352972 |
| Folio ID | : | A |
| No. Of Guest | : | 2 |
| Room Number | : | 2509 |
| Marriott Bonvoy Number | : | 6737 |
| Arrive Date | : | 15-NOV-21    18:12 |
| Depart Date | : | 16-NOV-21 |

FPbS NY Downto NYCDF  NOV-16-2021  08:05 ANA

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 15-NOV-21 | RT2509 | Room Chrg - Standard Retail | 141.00 | |
| 15-NOV-21 | RT2509 | State Tax | 12.51 | |
| 15-NOV-21 | RT2509 | City/Local Tax | 8.28 | |
| 15-NOV-21 | RT2509 | Occupancy/Tourism | 3.50 | |
| 16-NOV-21 | AX | American Express-6006 | | -165.29 |

Approve EMV Receipt for AX - 6006: Signature Captured
TC:010E2624839DEEC4  IAD:06560103602002  TVR:0000008000
AID:A000000025010801  Application Label:AMERICAN EXPRESS

| | | |
|---|---|---|
| ** Total | 165.29 | -165.29 |
| *** Balance | 0.00 | |

I agreed to pay all room & incidental charges.

Tell us about your stay. www.fourpoints.com/reviews

MaP  AMEX

Continued on the next page

# Ashcraft & Gerel, LLP

## Expense Voucher

| Name | Michelle Parfitt | Employee Number | |
|---|---|---|---|
| Office | Washington, DC | Dept. No. | 180 |
| Departed | 11/21/2021 | Returned | 11/22/2021 |
| Destination | New Jersey | | |
| Expenses Incurred for | Total A&G | Your Office | Client |
| Client Name | Talcum MDL | Client Matter No. | 570-04 |
| Travel Advance Check No. | | Advance Amount | |
| Business Associate (s) | | | |
| Business Purpose | Talc Bankruptcy Hearing | | |
| | | | |

| Expense Description | Total Expense Amount | Paid by A&G CRFD Card | Paid by A&G Checks | Check # | Paid by Employee |
|---|---|---|---|---|---|
| Hotel | $182.35 | ☐ | ☐ | | ☑ |
| Mileage | $179.20 | ☐ | ☐ | | ☑ |
| Dinner | $117.56 | ☐ | ☐ | | ☑ |
| Parking | $12.00 | ☐ | ☐ | | ☑ |
| | | ☐ | ☐ | | ☐ |
| **Other Expenses (*Please Describe*)** | | | | | |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| **Expense Total** | **$491.11** | | | | |

Documentary evidence is required for all expenditures.  Please obtain receipts whenever possible.  Authorized signature other than yours is required before payment can be processed.

M. Parfitt
_____
**Employee Signature**                    **Date**

_____
**Approval Signature**                    **Date**

| FOR ACCOUNTING USE ONLY |
|---|
| **Total Expenses** _____ |
| **Total Paid by A&G** _____ |
| **Advance Amount** _____ |
| **Amount Reimb.** _____ |
| **Check #** _____ |

Nov. 21 - Nov. 22. 2021                           TALC MDL
                                                  w/21 - 11/22
Andy    1st Day Hearing - Bankruptcy - JJ
        Trenton. New Jersey


    ✓ Hotel              182.35


      GAS                20.00   (only mileage)
                         48.10

    ✓ parking            12.00

    ✓ dinner             117.56

    ✓ mileage            160 mi x (2) to Trenton N.J.
                         320 x ___ = ──→ $179.20
                         miles



**PRINCETON MARRIOTT FORRESTAL**

**GUEST FOLIO**

| | | | | | |
|---|---|---|---|---|---|
| 3202 | PARFITT/MICHELLE | 146.00 | 11/22/21 | 12:00 | 41865 |
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
| GKF | 207 E COLUMBIA ST | | 11/21/21 | 19:41 | |
| TYPE | FALLS CHURCH  VA  22046-3526 | | ARRIVE | TIME | |
| 5 | | | | | |
| ROOM CLERK | ADDRESS | AXXXXXXXXXXXXX6006 PAYMENT | | | MBV#:   285246737 |

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|
| 11/21 | TR ROOM        3202, 1 | 146.00 | | |
| 11/21 | ROOM TAX     3202, 1 | 9.67 | | |
| 11/21 | OCC TAX       3202, 1 | 7.30 | | |
| 11/21 | MUNI TX        3202, 1 | 4.38 | | |
| 11/22 | ACCESS         LOUNGE | 15.00 | | |
| 11/22 | CCARD-AX | | 182.35 | |
| | PAYMENT RECEIVED BY: AMERICAN EXPRESS XXXXXXXXXXXX6006 | | | .00 |

See our "Privacy & Cookie Statement" on Marriott.com

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

DINNER

PARKING

Princeton Marriott at Forrestal
Iron & Ivy
100 College Road East
Princeton, New Jersey 08540

Check No    : 3436
Table No    : 6
Server      : 40424 CIANA
Name on Card: CARDHOLDER/VISA
Acct Num    : XXXXXXXXXXXX2478
Expiry Date : **/**
Card Type   : VISA
Trans Type  : Authorize
Trans Date  : 11/21/2021
Trans Time  : 9:35 PM
Entry Mode  : NFC Chip
Auth Code   : 000079
Resp Code   : 00
Mode        : Issuer
App Label   : VISA DEBIT
AID         : A0000000031010
ARC         : 00
TVR         : 0000000000
TSI         :
IAD         : 06061203A00000


00    Approved - Thank You    000


Subtotal    : USD$              97.56

Gratuity   :              ~~20.00~~

Total      :              117.56

X _____
( dinner. MR. Green, O'dell )

Signature
I Agree to pay total amount as
per the Card Issuer Agreement.
Customer Copy

609-452-7800

```
*****************************
*****************************

MON 11-22-21 03:21 P

FEE[BASE]          $ 12.00
Total              $ 12.00

Card No.  XXXX XXXX 2478
Charge Amount      $ 12.00
---------------------------
Change             $  0.00
```

# Ashcraft & Gerel, LLP

## Expense Voucher

| Name | Michelle Parfitt | Employee Number | |
|---|---|---|---|
| Office | Washington, DC | Dept. No. | 180 |
| Departed | 12/14/2021 | Returned | 12/15/2021 |
| Destination | New Jersey | | |
| Expenses Incurred for | Total A&G | Your Office | Client |
| Client Name | Talcum MDL | Client Matter No. | 570-04 |
| Travel Advance Check No. | | Advance Amount | |
| Business Associate (s) | | | |
| Business Purpose | Talc Bankruptcy Hearing | | |

| Expense Description | Total Expense Amount | Paid by A&G CRFD Card | Paid by A&G Checks | Check # | Paid by Employee |
|---|---|---|---|---|---|
| Parfitt Hotel | $230.98 | ☐ | ☐ | | ☑ |
| Green Hotel | $223.52 | ☐ | ☐ | | ☑ |
| Parking | $12.00 | ☐ | ☐ | | ☑ |
| Meal | $11.58 | ☐ | ☐ | | ☑ |
| | | ☐ | ☐ | | ☐ |
| **Other Expenses (*Please Describe*)** | | | | | |
| Gas | $31.06 | ☐ | ☐ | | ☑ |
| Gas | $42.38 | ☐ | ☐ | | ☑ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| **Expense Total** | **$551.52** | | | | |

Documentary evidence is required for all expenditures.  Please
obtain receipts whenever possible.  Authorized signature other
than yours is required before payment can be processed.

M. Parfitt
_____          _____
**Employee Signature**                        **Date**


_____          _____
**Approval Signature**                        **Date**

| FOR ACCOUNTING USE ONLY |
|---|
| **Total Expenses** _____ |
| **Total Paid by A&G** _____ |
| **Advance Amount** _____ |
| **Amount Reimb.** _____ |
| **Check #** _____ |

12/14/21  -  12/15/21

New Jersey
Bankruptcy Hearing

(Jug Kaplan)

Hotel -        230.98    — M. PARISI II
    "    -    $ 223.52  —  J. GREEN    $x
~~Antigua ( —— )~~

gas            31.06
               42.38

food           11.58

parky         $12.00



### MARRIOTT

**PRINCETON MARRIOTT FORRESTAL**

**GUEST FOLIO**

| 2102<br>ROOM | PARFITT/MICHELLE<br>NAME | 195.00<br>RATE | 12/15/21<br>DEPART | 08:02<br>TIME | 44307<br>ACCT# |
|---|---|---|---|---|---|
| GD<br>TYPE | 207 E COLUMBIA ST | | 12/14/21 | 18:14 | |
| 5 | FALLS CHURCH  VA  22046-3526 | | ARRIVE | TIME | |
| ROOM<br>CLERK | AXXXXXXXXXXXX6006<br>ADDRESS | | PAYMENT | | MBV#:   285246737 |

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|
| 12/14 | MARKET      47002102 | 7.46 | | |
| 12/14 | TR ROOM      2102, 1 | 195.00 | | |
| 12/14 | ROOM TAX     2102, 1 | 12.92 | | |
| 12/14 | OCC TAX      2102, 1 | 9.75 | | |
| 12/14 | MUNI TX      2102, 1 | 5.85 | | |
| 12/15 | CCARD-AX | | 230.98 | |

PAYMENT RECEIVED BY: AMERICAN EXPRESS XXXXXXXXXXXX6006                                           .00

See our "Privacy & Cookie Statement" on Marriott.com

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**



### MARRIOTT

PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X



**PRINCETON MARRIOTT FORRESTAL**                                      **GUEST FOLIO**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2122 | GREEN/JAMES | 195.00 | 12/15/21 | | DUPLICATE1 11:25 | 44308 |
| ROOM | NAME | RATE | DEPART | TIME | | ACCT# |
| GD | 207 E COLUMBIA ST | | 12/14/21 | | | |
| TYPE | FALLS CHURCHNVA | | ARRIVE | TIME | | |
| | 22046-3526 | | | | | |
| ROOM CLERK | ADDRESS | | AXXXXXXXXXXXXX6006 PAYMENT | | | MB#:    061750071 |

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|
| 12/14 | TELECOM        FREEHSIA | .00 | | |
| 12/14 | TR ROOM        2122, 1 | 195.00 | | |
| 12/14 | ROOM TAX       2122, 1 | 12.92 | | |
| 12/14 | OCC TAX        2122, 1 | 9.75 | | |
| 12/14 | MUNI TX        2122, 1 | 5.85 | | |
| 12/15 | CCARD-AX | | 223.52 | |
| | AXXXXXXXXXXXXX6006 | | | |
| | | | | .00 |



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X



6730 LEE HWY
ARLINGTON VA 22205

**EXXON EXPRESS PAY**

WASHINGTON & LEE
XXXXXXXXX4001
6730 LEE HWY
ARLINGTON, VA
22205
12/14/2021 769798240
01:58:59 PM

XXXXXXXXXXXXX2478
Debit
INVOICE 049065
AUTH 019108

PUMP# 11
Plus-Extra      7.967G
PRICE/GAL      $3.899

FUEL TOTAL  $  31.06

DEBIT          $  31.06

============================
Customer-activated Purchase/Capture
Site #: 800060066047B4600
Shift Number 1
Sequence Number 51999
Chip Read
US DEBIT
Mode: Issuer
AID: A00000000960940
TVR: 0000040000
IAD: 0600120600020000
TSI: 6000
ARC: 00
TC: E6EEC6740CA77763
APPROVED  019100
Verified by PIN
============================

---

7-ELEVEN
6730 LEE HWY
ARLINGTON VA 22205
7032415505
STORE#: 34642
Oh Thank Heaven
for 7-Eleven!

1  PaperHotCupSmSe1112Z    1.49T
1  CASHBACK               10.00

SUBTOTAL                  11.49
SALES TAX ON 1.49          0.09
TOTAL DUE                 11.58
DEBIT                    11.58
ACCT#: ***********2478
ACCT TYPE: DDA
APPROVAL#: 091095    AUTH CODE: 0
APPROVAL TIME: 135028
Maestro
STORE#: 34642
TERM# :00073464201 08
TERM SEQ#: 980725
REF# : 97000 02 034 4
AID: A0000000980840
ENTRY: INSERT
US DEBIT
ARQC AE4F051DC2C5F772
PIN VERIFIED
APPROVED

CUSTOMER AGREES TO PAY THE ABOVE
TOTAL AMOUNT  ACCORDING TO THE CARD
HOLDERS AGREEMENT

CHANGE                   10.00

Thanks for
your business!
T#01 OP03 TRN1230 12/14/2021 01:50 PM

---

WELCOME
Sunoco
JFK I95 Mark 96
North East MD
21901

DATE 12/15/21 15:29
TRAN# 9249589
PUMP# 24
SERVICE LEVEL: SELF
PRODUCT: PLUS
GALLONS:     11.067
PRICE/G:     $3.829
FUEL SALE    $42.38
DEBIT        $42.38

US DEBIT
USD$42.38
Payment from
Primary Account
***********2478
Entry: Chip Read
APP LABEL: US DEBIT
AuthNet: MAE DIR
MODE: Issuer
AID: A0000000980840
Auth #: 776566
Resp Code: 000
Stan: 01801324333
Invoice #: 371578
Shift #: 1
Store # ************
****

Verified By PIN
No Signature Needed

---

*******************************
*******************************

WED  12-15-21 01:38 P

FEE[BASE]        $ 12.00
Total            $ 12.00

Card No.  XXXX XXXX 6006
Charge Amount    $ 12.00
----------------------------
Change           $  0.00

parky

# Ashcraft & Gerel, LLP
## Expense Voucher

| Name | Michelle Parfitt | Employee Number | |
|---|---|---|---|
| Office | Washington, DC | Dept. No. | 180 |
| Departed | 12/21/2021 | Returned | 12/21/2021 |
| Destination | Philadelphia, PA | | |
| Expenses Incurred for | Total A&G | Your Office ⭕ | Client ⭕ |
| Client Name | Talcum MDL | Client Matter No. | 570-04 |
| Travel Advance Check No. | | Advance Amount | |
| Business Associate (s) | | | |
| Business Purpose | Talc Bankruptcy Meeting | | |

| Expense Description | Total Expense Amount | Paid by A&G CRFD Card | Paid by A&G Checks | Check # | Paid by Employee |
|---|---|---|---|---|---|
| Mileage | $164.64 | ☐ | ☐ | | ☑ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| **Other Expenses (*Please Describe*)** | | | | | |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| **Expense Total** | **$164.64** | | | | |

Documentary evidence is required for all expenditures.  Please
obtain receipts whenever possible.  Authorized signature other
than yours is required before payment can be processed.

M. Parfitt
_____
**Employee Signature**                              **Date**

_____
**Approval Signature**                              **Date**

| FOR ACCOUNTING USE ONLY |
|---|
| Total Expenses _____ |
| Total Paid by A&G _____ |
| Advance Amount _____ |
| Amount Reimb. _____ |
| Check # _____ |

TALC MDL
12/21/21 -
12/22/21

Dec 21:
TAlc Bankruptcy
Meeting in
Philadelphia

mileage (1478 Miles)
x 2

gas ~~42.68~~
~~26.82~~

ONLY MILEAGE

a 294 miles
to + Return
to Phily.

$164.64

Hotel = $

# Ashcraft & Gerel, LLP

## Expense Voucher

| Name | Michelle Parfitt | Employee Number | |
|---|---|---|---|
| Office | Washington, DC | Dept. No. | 180 |
| Departed | 1/11/2022 | Returned | 1/13/2022 |
| Destination | New York, NY | | |
| Expenses Incurred for | Total A&G | Your Office | Client |
| Client Name | Talcum MDL | Client Matter No. | 570-04 |
| Travel Advance Check No. | | Advance Amount | |
| Business Associate (s) | | | |
| Business Purpose | Talc Bankruptcy Meetings | | |

| Expense Description | Total Expense Amount | Paid by A&G CRFD Card | Paid by A&G Checks | Check # | Paid by Employee |
|---|---|---|---|---|---|
| Hotel | $882.88 | ☐ | ☐ | | ☑ |
| Rental Car | $303.98 | ☐ | ☐ | | ☑ |
| Gas | $46.29 | ☐ | ☐ | | ☑ |
| Gas | $30.00 | ☐ | ☐ | | ☑ |
| Hertz Tolls | $26.19 | ☐ | ☐ | | ☑ |
| Other Expenses (*Please Describe*) | | | | | |
| Meal | $37.62 | ☐ | ☐ | | ☑ |
| Meal | $8.95 | ☐ | ☐ | | ☑ |
| Tips | $25.00 | ☐ | ☐ | | ☑ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| Expense Total | $1,360.91 | | | | |

Documentary evidence is required for all expenditures.  Please obtain receipts whenever possible.  Authorized signature other than yours is required before payment can be processed.

M. Parfitt
_____
**Employee Signature**                    **Date**

_____
**Approval Signature**                     **Date**

| FOR ACCOUNTING USE ONLY |
|---|
| Total Expenses _____ |
| Total Paid by A&G _____ |
| Advance Amount _____ |
| Amount Reimb. _____ |
| Check # _____ |

# THE KNICKERBOCKER

**Ms. Michelle Parfitt**
**8403 Colesville Road, Silver Spring, MD, USA**
**Silver Spring, MD 20910**
**United States**

| | |
|---|---|
| Room No. | : 0817 |
| Arrival | : 01-11-22 |
| Departure | : 01-13-22 |
| Folio No. | : 254865 |
| Conf. No. | : 389921 |
| Cashier No. | : 248 |

Company Name:  Cozy up at the Knick

Group Name:

**INFORMATION INVOICE**

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 01-11-22 | State Sales Tax - F&B - 8.875% | 4.44 | |
| 01-11-22 | Package Charge | 295.00 | |
| 01-11-22 | City Occupancy Tax - Room | 2.00 | |
| 01-11-22 | City Javits Center Tax - Room | 1.50 | |
| 01-11-22 | Residence Fee | 40.00 | |
| 01-11-22 | City Sales Tax - Room - 5.875% | 16.74 | |
| 01-11-22 | State Sales Tax - Room - 8.875% | 25.29 | |
| 01-12-22 | Room Charge | 295.00 | |
| 01-12-22 | City Occupancy Tax - Room | 2.00 | |
| 01-12-22 | City Sales Tax - Room - 5.875% | 17.33 | |
| 01-12-22 | State Sales Tax - Room - 8.875% | 26.18 | |
| 01-12-22 | City Javits Center Tax - Room | 1.50 | |
| 01-12-22 | Residence Fee | 40.00 | |
| 01-12-22 | City Sales Tax - Residence Fee 5.875% | 2.35 | |
| 01-12-22 | State Sales Tax - Residence Fee 8.875% | 3.55 | |
| 01-13-22 | American Express Payment XXXXXXXXXXXX6006 12/25 | | 772.88 |
| 01-13-22 | Guest Parking | 110.00 | |
| 01-13-22 | American Express Payment XXXXXXXXXXXX6006 12/25 | | 110.00 |

| | | |
|---|---|---|
| **Total Charges** | 882.88 | |
| **Total Credits** | | 882.88 |
| **Balance** | | **0.00** |

Page No. 1 of 1

**THE HERTZ CORPORATION**
Web:        www.hertz.com

**Hertz®**

| | |
|---|---|
| **Rental Agreement No:** | 374652305 |
| **Date:** | 01/13/2022 |
| **Document:** | 912000061989 |

**Direct All Inquiries To:**
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120

**CHARGE DETAIL**

| | |
|---|---|
| **Renter:** | MICHELLE PARFITT |
| **Account No.:** | ***********6006 AMX |
| **CDP No.:** | 212 |
| **CDP Name:** | AAA MID ATLANTIC |

**MICHELLE ADRIEN PARFITT**
**ASHCRAFT&GEREL**
**1825 K ST NW**
**WASHINGTON, DC 20006-1202**

**RENTAL REFERENCE**

| | |
|---|---|
| **Rental Agreement No:** | 374652305 |
| **Reservation ID:** | K0021409694 |
| **Special Bill Info:** | XXPROGRESSIVE |

**RENTAL DETAILS**

| | |
|---|---|
| **Rate Plan:** | IN: OAUD3   OUT: OAUD3 |
| **Rented On:** | 01/11/2022 08:59   LOC# 584001 |
| | FALLS CHURCH, VA |
| **Returned On:** | 01/13/2022 11:43   LOC# 584001 |
| | FALLS CHURCH, VA |
| **Car Description:** | SIR EXPL 2.3 7S  2PSA85 |
| **Veh. No.:** | 3308830 |

| CAR CLASS Charged: | L4 | MILEAGE | **In:** 15,297 |
|---|---|---|---|
| Rented: | L4 | | **Out:** 14,815 |
| Reserved: | L4 | | **Driven:** 482 |

**MISCELLANEOUS INFORMATION**
CC AUTH:  864946  DATE: 2022/01/11  AMT:  398.00
CC AUTH:  189808  DATE: 2022/01/11  AMT:  106.00

**RENTAL CHARGES**

| | | | |
|---|---|---|---|
| DAYS | 3 @ | 66.37 | 199.11 |
| SUBTOTAL | | | 199.11 |
| DISCOUNT | | 10.00% | -19.91 |
| SUBTOTAL | | | 179.20 |
| | | | |
| DAMAGE WAIVER (CDW/LDW) | | | 95.97 |
| VEHICLE LICENSE FEE | | | 1.17 |
| TAX | | 10.00% | 27.64 |

| | |
|---|---|
| TOTAL CHARGES | 303.98 USD |

**E-RETURN RECEIPT**

**THANK YOU FOR RENTING FROM HERTZ**

| | |
|---|---|
| **Rental Agreement No:** | 374652305 |
| **Date:** | 01/13/2022 |
| **Document:** | 912000061989 |

**Direct All Inquiries To:**
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120
UNITED STATES

| | |
|---|---|
| **Renter:** | MICHELLE PARFITT |
| **Account No.:** | ***********6006 AMX |

Web:        www.hertz.com

| | |
|---|---|
| TOTAL CHARGES | 303.98 USD |

GCM1A4        0090 GC

gas:    ✓ 30.00
        ✓ 46.29

✓ rental _ 303.98
✓ food  $ 37.62
  tolls  ·  ——
  tips   $ 25.00
  hotel  272.88    ✓
         $ 882. 88

MAP  1/11/22 - 1/13/22

NEW YORK, NY

TALC MDL

```
        SUNOCO
         7006
        SUNOCO
      MP 5.4 North
    PENNS GROVE NJ
        08069

DATE 1/11/22 14:37
TRAN# 4256881
ATTENDANT# 25
PUMP# 03
SERVICE LEVEL: FULL
PRODUCT: UNLD
  GALLONS:      13.268
  PRICE/G:      $3.489
  FUEL SALE     $46.29
    CREDIT      $46.29

USD$46.29
************0438
  Entry: Chip Read
  AppName: US DEBIT
  AuthNet: VISA
  MODE: Issuer
  AID: A0000000980840
  Auth #: 033173
  Resp Code: 000
  Stan: 0335537559
  Invoice #: 501473
  Shift #: 1
  Store # ***********
  ****

  PIN Bypassed
```

```
        NOW HIRING
     UP TO 1000.00
    SIGN-ON BONUS
        SUNOCO
      MP 30.2 S
    CHERRY HILL NJ
        08002

DATE 1/13/22 8:37
TRAN# 4104995
ATTENDANT# 10
PUMP# 03
SERVICE LEVEL: FULL
PRODUCT: UNLD
  GALLONS:       8.599
  PRICE/G:      $3.489
  FUEL SALE     $30.00
    CREDIT      $30.00

USD$30.00
************0438
  Entry: Chip Read
  AppName: US DEBIT
  AuthNet: VISA
  MODE: Issuer
  AID: A0000000980840
  Auth #: 041971
  Resp Code: 000
  Stan: 0461268601
  Invoice #: 53434
  Shift #: 1
  Store # ***********
  ****

  PIN Bypassed
```

MEALS

Europan Cafe
672 8th Ave
New York, NY 10036
(212) 730-4442

Call Number# 13
Station# POS3
Server: Myrtle G
Date: 1/11/22, 9:41 PM

| | |
|---|---|
| Cafe Latte - Small | $4.75 |
| 2 Bottle Soda | |
| $2.95 each | $5.90 |
| 2 CHIPS | |
| $2.25 each | $4.50 |
| egg and bacon | |
| Egg Sandwich | $6.20 |
| Water Small | $4.75 |
| | $2.00 |

Total Item Count:                8

Subtotal:                       $28.10
Total Tax:                       $2.49

Total:
                                $30.59

Tip:                             $7.03
AMEX 6006                       $37.62

STARBUCKS COFFEE
JOHN FENWICK TRAVEL PLAZA

437116 Elijah

CHK 177                          GST 1

JAN 11 '22  2:55PM

TO GO

| | |
|---|---|
| 1 LATTE | 3.80 |
| SUB NF MILK | |
| 782111126719 | |
| 1 VAN ALM BISCOTTI | 2.15 |
| Vanilla Almond Biscotti | |
| 072238650011 | |
| 1 SQRL FRT & NUT | 2.45 |
| Squirrel Fruit and Nut | |

SUBTOTAL                         8.40
TAX                              0.55
AMOUNT PAID                      8.95
AT055611 XXX0438
VISA EC                          8.95
---437116 Closed JAN1 02:55PM---

**Ellen Pascal**

| | |
|---|---|
| **From:** | Michelle Parfitt |
| **Sent:** | Friday, February 4, 2022 8:46 AM |
| **To:** | Nan Parfitt; Ellen Pascal |
| **Cc:** | Michelle Parfitt |
| **Subject:** | Fwd: Hertz Toll Receipt |

Nan, This is the toll for the JJ meeting in New York. MAP
Michelle A. Parfitt
Senior Partner

Ashcraft & Gerel, LLP
1825 K Street, NW
Suite 700
Washington, DC  20006

Office:  202-783-6400
Mobile:  202-669-0032
Fax:  202-416-6392

mparfitt@ashcraftlaw.com


Begin forwarded message:

**From:** <HertzTollProcessing@PlatePass.com>
**Subject: Hertz Toll Receipt**
**Date:** February 3, 2022 at 11:04:29 PM EST
**To:** <MPARFITT@ASHCRAFTLAW.COM>
**Reply-To:** "Information@platepass.com" <Information@platepass.com>

    

Receipt 165084281

---

**Rental Agreement:** 374652305          **Last Name:** PARFITT

**Rental Start Date:** 01/11/2022

**Pickup Location:** 0584001 WEST BROAD ST HLE

**Rental End Date:** 01/13/2022

**Return Location:** 0584001 WEST BROAD ST HLE

**Amount Due:** $0.00

**Thank you for renting with Hertz.**
Hertz utilizes a service called PlatePass which allows its customers to use cashless lanes or all-electronic tollways without using a personal transponder or paying the toll authority directly. The card used for your Hertz rental was charged the cost of the toll(s) and the convenience fee(s) as disclosed in your rental agreement. No further payment or action is necessary. Additional charges may apply if new information is received from toll authorities relating to this rental agreement.

Summary of PlatePass Charges

**Toll Charges: $26.19**

Total:    $26.19

Amount Charged:    $26.19

2

AMEX ending in 6006

**Amount Due:**          **$0.00**

Need itemized receipt?                    Need more information?

www.PlatePass.com                 PlatePass FAQ          Contact PlatePass

**Please do not respond to this email as it is from an automated system.**

This message (including attachment(s)) may contain information that is privileged, confidential or protected from disclosure. If you are not the intended recipient, you are hereby notified that dissemination, disclosure, copying, distribution or use of this message or any information contained in it is strictly prohibited. If you have received this message in error, please delete this message from your computer. Although we have taken steps to ensure that this e-mail and attachments are free from any virus, we advise that in keeping with good computing practice the recipient should ensure they are actually virus free.

3

# Ashcraft & Gerel, LLP

**Alexandria, VA Office**

4900 Seminary Rd., Suite 650, Alexandria, VA 22311

## Expense Voucher

| | | | | | |
|---|---|---|---|---|---|
| **Name** | Michelle Parfitt | **Employee Number** | | | |
| **Office** | Alexandria, VA | **Dept. No.** | 180 | | |
| **Departed** | 2/13/2022 | **Returned** | 2/18/2022 | | |
| **Destination** | Trenton, NJ | | | | |
| **Expenses Incurred for** | Total A&G | Your Office | Client | | |
| **Client Name** | Talcum MDL | **Client Matter No.** | 570-04 | | |
| **Travel Advance Check No.** | | **Advance Amount** | | | |
| **Business Associate (s)** | | | | | |
| **Business Purpose** | LTL Bankruptcy Trial | | | | |

| Expense Description | Total Expense Amount | Paid by A&G CRFD Card | Paid by A&G Checks | Check # | Paid by Employee |
|---|---|---|---|---|---|
| **Lodging (MAP)** | $871.72 | ☐ | ☐ | | ☑ |
| **Lodging (JFG)** | $1,063.09 | ☐ | ☐ | | ☑ |
| **Rental Car** | $389.24 | ☐ | ☐ | | ☑ |
| **Parking** | $40.00 | ☐ | ☐ | | ☑ |
| **Gas** | $70.43 | ☐ | ☐ | | ☑ |
| **Other Expenses (*Please Describe*)** | | | | | |
| **Meals** | $41.01 | ☐ | ☐ | | ☑ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| **Expense Total** | $2,475.49 | | | | |

Documentary evidence is required for all expenditures.  Please
obtain receipts whenever possible.  Authorized signature other
than yours is required before payment can be processed.

MAP
_____
**Employee Signature**          **Date**


_____
**Approval Signature**          **Date**

**FOR ACCOUNTING USE ONLY**

Total Expenses          _____
Total Paid by A&G       _____
Advance Amount          _____
Amount Reimb.           _____
Check #                 _____