

**PRINCETON MARRIOTT FORRESTAL**

**GUEST FOLIO**

| | | | | | |
|---|---|---|---|---|---|
| 2212 ROOM | PARFITT/MICHELLE/MS NAME | 144.00 RATE | 02/18/22 DEPART | 07.14 TIME | 48639 ACCT# |
| GK TYPE | 207 EAST COLUMBIA ST | | 02/13/22 ARRIVE | 16:32 TIME | |
| 5 | FALLS CHURCH  VA  22046 | | | | |
| ROOM CLERK | ADDRESS | AXXXXXXXXXXXXX6006 PAYMENT | | | MBV#: 285246737 |

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|
| 02/13 | IRON&IVY        34392212 | 7.33 | | |
| 02/13 | IRON&IVY        34562212 | 5.50 | | |
| 02/13 | TR ROOM         2212, 1 | 144.00 | | |
| 02/13 | ROOM TAX        2212, 1 | 9.54 | | |
| 02/13 | OCC TAX         2212, 1 | 7.20 | | |
| 02/13 | MUNI TX         2212, 1 | 4.32 | | |
| 02/14 | TR ROOM         2212, 1 | 144.00 | | |
| 02/14 | ROOM TAX        2212, 1 | 9.54 | | |
| 02/14 | OCC TAX         2212, 1 | 7.20 | | |
| 02/14 | MUNI TX         2212, 1 | 4.32 | | |
| 02/15 | MARKET          41402212 | 7.73 | | |
| 02/15 | TR ROOM         2212, 1 | 144.00 | | |
| 02/15 | ROOM TAX        2212, 1 | 9.54 | | |
| 02/15 | OCC TAX         2212, 1 | 7.20 | | |
| 02/15 | MUNI TX         2212, 1 | 4.32 | | |
| 02/16 | IRON&IVY        36662212 | 5.27 | | |
| 02/16 | MARKET          42082212 | 3.73 | | |
| 02/16 | TR ROOM         2212, 1 | 144.00 | | |
| 02/16 | ROOM TAX        2212, 1 | 9.54 | | |
| 02/16 | OCC TAX         2212, 1 | 7.20 | | |
| 02/16 | MUNI TX         2212, 1 | 4.32 | | |
| 02/17 | IRON&IVY        38032212 | 5.77 | | |
| 02/17 | MARKET          42452212 | 3.73 | | |
| 02/17 | TR ROOM         2212, 1 | 144.00 | | |
| 02/17 | ROOM TAX        2212, 1 | 9.54 | | |
| 02/17 | OCC TAX         2212, 1 | 7.20 | | |
| 02/17 | MUNI TX         2212, 1 | 4.32 | | |
| 02/18 | IRON&IVY        39232212 | 7.36 | | |
| 02/18 | CCARD-AX | | 871.72 | |
| | PAYMENT RECEIVED BY: AMERICAN EXPRESS XXXXXXXXXXXX6006 | | | .00 |

See our "Privacy & Cookie Statement" on Marriott.com

Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 30 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X



**PRINCETON MARRIOTT FORRESTAL**

**GUEST FOLIO**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2210<br>ROOM | GREEN/JAMES<br>NAME | | 144.00<br>RATE | 02/18/22<br>DEPART | 12:00<br>TIME | 48638<br>ACCT# |
| GK<br>TYPE | 207 EAST COLUMBIA ST | | | 02/13/22<br>ARRIVE | 16:32<br>TIME | |
| 57<br>ROOM<br>CLERK | FALLS CHURCH  VA  22046<br>ADDRESS | | AXXXXXXXXXXXX6006<br>PAYMENT | | | MBV#:  061750071 |

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|
| 02/13 | MARKET          40992210 | 7.46 | | |
| 02/13 | TR ROOM         2210, 1 | 144.00 | | |
| 02/13 | ROOM TAX        2210, 1 | 9.54 | | |
| 02/13 | OCC TAX         2210, 1 | 7.20 | | |
| 02/13 | MUNI TX         2210, 1 | 4.32 | | |
| 02/14 | MARKET          41192210 | 12.00 | | |
| 02/14 | TR ROOM         2210, 1 | 144.00 | | |
| 02/14 | ROOM TAX        2210, 1 | 9.54 | | |
| 02/14 | OCC TAX         2210, 1 | 7.20 | | |
| 02/14 | MUNI TX         2210, 1 | 4.32 | | |
| 02/15 | IRON&IVY        35342210 | 4.80 | | |
| 02/15 | IRON&IVY        35352210 | 1.00 | | |
| 02/15 | MARKET          41552210 | 8.00 | | |
| 02/15 | IRON&IVY        36132210 | 179.27 | | |
| 02/15 | MARKET          41602210 | 7.46 | | |
| 02/15 | TR ROOM         2210, 1 | 144.00 | | |
| 02/15 | ROOM TAX        2210, 1 | 9.54 | | |
| 02/15 | OCC TAX         2210, 1 | 7.20 | | |
| 02/15 | MUNI TX         2210, 1 | 4.32 | | |
| 02/16 | IRON&IVY        36422210 | 4.80 | | |
| 02/16 | TR ROOM         2210, 1 | 144.00 | | |
| 02/16 | ROOM TAX        2210, 1 | 9.54 | | |
| 02/16 | OCC TAX         2210, 1 | 7.20 | | |
| 02/16 | MUNI TX         2210, 1 | 4.32 | | |
| 02/17 | IRON&IVY        37912210 | 4.80 | | |
| 02/17 | IRON&IVY        37932210 | 1.00 | | |
| 02/17 | MARKET          42462210 | 7.20 | | |
| 02/17 | TR ROOM         2210, 1 | 144.00 | | |
| 02/17 | ROOM TAX        2210, 1 | 9.54 | | |
| 02/17 | OCC TAX         2210, 1 | 7.20 | | |
| 02/17 | MUNI TX         2210, 1 | 4.32 | | |
| 02/18 | CCARD-AX | | 1063.09 | |
| | PAYMENT RECEIVED BY: AMERICAN EXPRESS XXXXXXXXXXXX6006 | | | .00 |

See our "Privacy & Cookie Statement" on Marriott.com

PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

Nan Parfitt

# Your Receipt

<div style="background:yellow">

**VIEW RECEIPT**

</div>

|  |  | # | 01 | PN | **RR** |  | **387190775** |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | RES |  | K03200047E6 |

**MICHELLE PARFITT**

**INITIAL CHARGES**

| RENT RT | $ | 257.06/ WEEK | @ |  | 1/ WEEKS | $ | 257.06 |
|---|---|---|---|---|---|---|---|
| **SUBTOTAL 1** |  |  |  |  |  | $ | **257.06** |
| DISCOUNT - | R | 10% |  |  |  | $ | 25.71 |
| **SUBTOTAL LESS DISCOUNT** |  |  |  |  |  | T $ | **231.35** |

**CHARGES ADDED DURING RENTAL**

| LDW | DECLINED |  |  |  |  |
|---|---|---|---|---|---|
| LIS | ACCEPTED @ $ |  | 17.11 | DAY | T $ | 119.77 |
| PAI, PEC | DECLINED |  |  |  |  |
| PREM RD SVC | DECLINED |  |  |  |  |
| * ADDITIONAL CHARGES |  |  |  |  |  |

**SERVICE CHARGES/TAXES**

| VEHICLE LICENSE COST RECOVERY |  |  |  | T $ | 2.73 |
|---|---|---|---|---|---|
| TAX | 10.000% | ON TAXABLE TTL OF $ | 353.85 | $ | 35.39 |

**TOTAL AMOUNT DUE**                                                          $    **389.24**

**CHARGED ON**          AMX          XXXXXXXXXXX6006

**FOR EXPLANATION OF THE ABOVE CHARGES,**

**PLEASE ASK A REPRESENTATIVE OR GO TO**

**WWW.HERTZ.COM/CHARGEEXPLAINED**

| VEHICLE: | 02198/649976818SIRSUN CRV 1.5S |
|---|---|
| LICENSE: | FL49AUGY |
| FUEL: | NOT FULL4/8 OUT4/8 IN |
| MILEAGE IN:   40500 | TR-X MILES: |
| MILEAGE OUT:   40000 | MILES ALLOWED: |
| MILES DRIVEN:   500 | MILES CHARGED: |
| CDP: | 00212-AAA MID ATLANTIC |
| RENTED: | WEST BROAD ST HLE |
| RENTAL: | 02/12/2211:06 |
| RETURN: | 02/19/2210:00 |
| RETURNED: | WEST BROAD ST HLE |



**************************
**************************
*PARKING*

WED 02-16-22 04:49 P

FEE[BASE]        $ 12.00
Total            $ 12.00

Card No.   XXXX XXXX 6006
Charge Amount    $ 12.00
--------------------------
Change           $  0.00

---

**************************
**************************
PARKING

THU 02-17-22 04:30 P

FEE[BASE]        $ 12.00
Total            $ 12.00

Card No.   XXXX XXXX 5018
Charge Amount    $ 12.00
--------------------------
Change           $  0.00

---

**************************
******PARKING*****

FRI 02-18-22 05:31 P

FEE[BASE]        $ 12.00
Total            $ 12.00

Card No.   XXXX XXXX 2668
Charge Amount    $ 12.00
--------------------------
Change           $  0.00

---

PARKING

**Henry Street Garage**
DATE: 02/16/22
TIME: 08:45 PM
Receipt No. 21/1896/82
PARKING
* Original *
Ticket:    **105833**
Entry : 02/16/22 06:40 PM
LPR :
TAX included       **4.00**

Credit             4.00
Trans ID : 698359483
Card No. : xxxxxxxxxxx5018
Card Type: VISA

Thank you for parking with us

---

GAS

2890 Brunswick Pike
Lawrenceville NJ 08789

**EXXON EXPRESS PAY**

SAI VIJAYA RTE 1 LLC
XXXXXXXXXX0001
2890 BRUNSWICK PIKE
LAWRENCEVILL, NJ
08648
02/18/2022 326504173
05:42:31 PM

XXXXXXXXXXXX2668
Visa
INVOICE 005902
AUTH 044124

PUMP# 7
Regular CR      9.168G
PRICE/GAL       $3.599

FUEL TOTAL  $ 33.00

CREDIT      $ 33.00

Customer-activated Purchase/Capture
Site #: 0000000476T865
Shift Number 0
Sequence Number 12915
Swiped
APPROVED  044124

---

GAS

Wawa #599
1419 Mountain Road
Joppa MD 21085
*********************
2/13/2022 2:08:07 PM
Term: XXXXXXXXXX7004
Appr: 616814
Seq#: 031911
Product: Premium
Pump  Gallons   Price
07    9.314   $4.019
Total Sale   $37.43
Capture

Debit
XXXXXXXXXXXX2668
Chip Read

USD$ 37.43

US DEBIT
Mode: Issuer
AID: A0000000980840
TVR: 8000048000
IAD: XXXXXXXXXXXXXX
TSI: 6800
ARC: 00
ARQC:
9698878C47EF2422

02/13/2022 14:00:56

MEALS



Princeton Marriott at Forrestal
Iron & Ivy
100 College Road East
Princeton, New Jersey 08540

Check No    : 3469
Table No    : 1
Server      : 40399 ANATOLIY
Name on Card: PARFITT/ MICHELLE
Acct Num    : XXXXXXXXXXXX2668
Expiry Date : **/**
Card Type   : VISA
Trans Type  : Authorize
Trans Date  : 2/14/2022
Trans Time  : 7:05 AM
Entry Mode  : Chip
Auth Code   : 023790
Resp Code   : 00
Mode        : Issuer
App Label   : VISA DEBIT
AID         : A0000000031010
ARC         : 00
TVR         : 8000008000
TSI         : 6800
IAD         : 06061203E0A000

00    Approved - Thank You    000

Subtotal    : USD$            29.06

Gratuity  : _____

Total   : _____

                    29.06.
X _____
        Signature
I Agree to pay total amount as
per the Card Issuer Agreement.
        Merchant Copy

609-452-7800

---

Welcome to Wawa #599
Phone:410-538-3130
1419 Mountain Road
Joppa, MD 21085
2/13/2022  2:15:48 PM   Trx # 15501999
Register #14    Cashier:    Jessica

Total:   $11.95

Qty
    COFFEE 12OZ              $1.85
    PP NG OMEGA 3 MIX CAR CUP 8   $4.99
    PP NG HEART HEALTHY MIX CAR   $4.99
    Sub-Total:              $11.83
    Tax:                    $0.12
    Total:                  $11.95
    Debit:                  $11.95
    Change:                 $0.00

Sale

Debit
Card Num : XXXXXXXXXXXX2668
Chip Read
Terminal : XXXXXXXXX7005
Approval : 419023
Sequence : 031940

USD$ 11.95

US DEBIT
Mode: Issuer
AID: A000000980840
TVR: 8000048000
IAD: XXXXXXXXXXXXX
TSI: 6800
ARC: 00
ARQC: A8B0FA4A70EE3FBE

# Ashcraft & Gerel, LLP

### Alexandria, VA Office

4900 Seminary Rd., Suite 650, Alexandria, VA 22311

### Expense Voucher

| Name | Michelle Parfitt | Employee Number | |
|---|---|---|---|
| Office | Alexandria, VA | Dept. No. | 180 |
| Departed | 2/13/2022 | Returned | 2/18/2022 |
| Destination | Trenton, NJ | | |
| Expenses Incurred for | Total A&G | Your Office | Client |
| Client Name | Talcum MDL | Client Matter No. | 570-04 |
| Travel Advance Check No. | | Advance Amount | |
| Business Associate (s) | | | |
| Business Purpose | LTL Bankruptcy Trial | | |

| Expense Description | Total Expense Amount | Paid by A&G CRFD Card | Paid by A&G Checks | Check # | Paid by Employee |
|---|---|---|---|---|---|
| Hertz Tolls | $29.90 | ☐ | ☐ | | ☑ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| **Other Expenses (*Please Describe*)** | | | | | |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| **Expense Total** | **$29.90** | | | | |

Documentary evidence is required for all expenditures.  Please
obtain receipts whenever possible.  Authorized signature other
than yours is required before payment can be processed.

MAP
_____        _____
**Employee Signature**                                    **Date**


_____        _____
**Approval Signature**                                    **Date**

| FOR ACCOUNTING USE ONLY |
|---|
| Total Expenses  _____ |
| Total Paid by A&G  _____ |
| Advance Amount  _____ |
| Amount Reimb.  _____ |
| Check #  _____ |

Nan Parfitt

**From:** HertzTollProcessing@PlatePass.com
**Sent:** Thursday, March 3, 2022 11:24 PM
**To:** Nan Parfitt
**Subject:** Hertz Toll Receipt

  

## Receipt 167406819

---

**Rental Agreement:** 387190775          **Last Name:** PARFITT

**Rental Start Date:** 02/12/2022          **Pickup Location:** 0584001

**Rental End Date:** 02/19/2022          **Return Location:** 0584001

                                                      **Amount Due:** $0.00

**Thank you for renting with Hertz.**
Hertz utilizes a service called PlatePass which allows its customers to use cashless lanes or all-electronic tollways without using a personal transponder or paying the toll authority directly. The card used for your Hertz rental was charged the cost of the toll(s) and the convenience fee(s) as disclosed in your rental agreement. No further payment or action is necessary. Additional charges may apply if new information is received from toll authorities relating to this rental agreement.

Summary of PlatePass Charges

---

 **Toll Charges: $18.00**

---

 **Convenience Fee: $11.90**

---

Total:   $29.90

Amount Charged:   $29.90

AMEX ending in 6006

**Amount Due:   $0.00**

Need itemized receipt?          Need more information?

www.PlatePass.com

PlatePass FAQ

Contact PlatePass

**Please do not respond to this email as it is from an automated system.**

This message (including attachment(s)) may contain information that is privileged, confidential or protected from disclosure. If you are not the intended recipient, you are hereby notified that dissemination, disclosure, copying, distribution or use of this message or any information contained in it is strictly prohibited. If you have received this message in error, please delete this message from your computer. Although we have taken steps to ensure that this e-mail and attachments are free from any virus, we advise that in keeping with good computing practice the recipient should ensure they are actually virus free.

# Ashcraft & Gerel, LLP

**Alexandria, VA Office**

4900 Seminary Rd., Suite 650, Alexandria, VA 22311

## Expense Voucher

| Name | James Green | Employee Number | |
|---|---|---|---|
| Office | Washington, DC | Dept. No. | 120 |
| Departed | 2/13/2022 | Returned | 2/18/2022 |
| Destination | Trenton, NJ | | |
| Expenses Incurred for | Total A&G | Your Office | Client |
| Client Name | Talcum MDL | Client Matter No. | 570-04 |
| Travel Advance Check No. | | Advance Amount | |
| Business Associate (s) | | | |
| Business Purpose | LTL Bankruptcy Trial | | |

| Expense Description | Total Expense Amount | Paid by A&G CRFD Card | Paid by A&G Checks | Check # | Paid by Employee |
|---|---|---|---|---|---|
| Tolls | $18.19 | ☐ | ☐ | | ☑ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| **Other Expenses (*Please Describe*)** | | | | | |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| **Expense Total** | **$18.19** | | | | |

Documentary evidence is required for all expenditures.  Please
obtain receipts whenever possible.  Authorized signature other
than yours is required before payment can be processed.

JFG

_____          _____
**Employee Signature**                          **Date**


_____          _____
**Approval Signature**                          **Date**

**FOR ACCOUNTING USE ONLY**

Total Expenses      _____

Total Paid by A&G   _____

Advance Amount      _____

Amount Reimb.       _____

Check #             _____

**Ellen Pascal**

| | |
|---|---|
| **From:** | James Green <green1249@msn.com> |
| **Sent:** | Friday, March 11, 2022 11:09 AM |
| **To:** | Nan Parfitt; Ellen Pascal |
| **Subject:** | EZ pass tolls for Talc travel 2/2022 |
| **Attachments:** | EZ Pass tolls February 2022 for Talc travel.pdf |

Ellen, checking for other expenses but here are my Talc related Ez Pass tolls for reimbursement $18.19
The March tolls have not posted yet.

**E-ZPass**

PO BOX 1234
CLIFTON FORGE, VA 24422
(877) 762-7824

## Monthly Statement

**Account Number:** 0000260966
**Statement Date:** 3/11/2022
*Statement period:*
**From:** 2/1/2022
**To:** 2/28/2022

EILEEN GREEN
6522 HEATHER BROOK COURT
MCLEAN VA 22101

**OUT-OF-STATE TRAVEL USUALLY MEANS HIGHER TOLLS;
ADD FUNDS AT LEAST 2 DAYS BEFORE LEAVING VIRGINIA.**

### Activity Summary Per Tag

| Tag Number | Issuing Auth. | Toll Charges | Tag Number | Issuing Auth. | Toll Charges |
|---|---|---|---|---|---|
| 0003578856 | 10 | (18.19) | 0003578857 | 10 | (0.00) |

### Activity Summary Per License Plate

| License Plate | Agency | Toll Charges | License Plate | Agency | Toll Charges |
|---|---|---|---|---|---|

### Account Activity-Cont'd

| Posted | Transaction | Tag | Transaction Date/Time | Auth | Plaza Facility | Entry Plaza | Entry Lane | Exit Plaza | Exit Lane | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Prepaid Balance | | | | | | | | | | | 75.66 |
| 02/15/2022 | AWAY AGENCY TOLL | 3578856 | 02/13/2022 14:50:06PM | 19 | DelDOT | *** | | D95 | 40 | (4.00) | 71.66 |
| 02/19/2022 | AWAY AGENCY TOLL | 3578856 | 02/13/2022 13:40:41PM | 16 | MdTA | *** | | FMT | 010 | (4.00) | 67.66 |
| 02/20/2022 | AWAY AGENCY TOLL | 3578856 | 02/18/2022 19:06:58PM | 25 | DRBA | *** | | DMB | 06 | (5.00) | 62.66 |
| 02/24/2022 | AWAY AGENCY TOLL | 3578856 | 02/18/2022 19:29:28PM | 19 | DelDOT | *** | | D95 | 41 | (4.00) | 58.66 |
| 02/26/2022 | AWAY AGENCY TOLL | 3578856 | 02/18/2022 20:26:36PM | 16 | MdTA | *** | | 952 | 002 | (1.19) | 57.47 |
| Ending Prepaid Balance | | | | | | | | | | | 57.47 |

### Account Summary

| Beginning Prepaid Balance | Toll Charges | Non-Toll Charges | Payments | Debit Adjustments | Credit Adjustments | Ending Prepaid Balance | Beginning Tag Deposit | Tag Deposit Net Activity | Ending Tag Deposit |
|---|---|---|---|---|---|---|---|---|---|
| 75.66 | (18.19) | (0.00) | (0.00) | (0.00) | (0.00) | 57.47 | (0.00) | (0.00) | (0.00) |

# Ashcraft & Gerel, LLP

**Alexandria, VA Office**

4900 Seminary Rd., Suite 650, Alexandria, VA 22311

## Expense Voucher

| Name | James Green | Employee Number | |
|---|---|---|---|
| Office | Washington, DC | Dept. No. | 120 |
| Departed | 3/1/2022 | Returned | 3/2/2022 |
| Destination | New York, NY | | |
| Expenses Incurred for | Total A&G ○ | Your Office ○ | Client ○ |
| Client Name | Talcum MDL | Client Matter No. | 570-04 |
| Travel Advance Check No. | | Advance Amount | |
| Business Associate (s) | | | |
| Business Purpose | LTL Bankruptcy Meetings | | |

| Expense Description | Total Expense Amount | Paid by A&G CRFD Card | Paid by A&G Checks | Check # | Paid by Employee |
|---|---|---|---|---|---|
| Hotel | $348.98 | ☐ | ☐ | | ☑ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| **Other Expenses (*Please Describe*)** | | | | | |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| **Expense Total** | **$348.98** | | | | |

Documentary evidence is required for all expenditures.  Please
obtain receipts whenever possible.  Authorized signature other
than yours is required before payment can be processed.

JFG
_____     _____
**Employee Signature**                         **Date**


_____     _____
**Approval Signature**                          **Date**

| FOR ACCOUNTING USE ONLY |
|---|
| Total Expenses  _____ |
| Total Paid by A&G  _____ |
| Advance Amount  _____ |
| Amount Reimb.  _____ |
| Check #  _____ |

# THE KNICKERBOCKER

**Mr. James Green**
**6522 Heather Brook Court, McLean, VA, USA**
**McLean, VA 22101**
**United States**

| | |
|---|---|
| Room No. | : 0517 |
| Arrival | : 03-01-22 |
| Departure | : 03-02-22 |
| Folio No. | : 257402 |
| Conf. No. | : 395742 |
| Cashier No. | : 6 |

Company Name:  A Fresh Start

Group Name:

**INFORMATION INVOICE**

| Date | Description | Charges | Credits |
|---|---|---|---|
| 03-01-22 | Package Charge | 262.50 | |
| 03-01-22 | City Occupancy Tax - Room | 2.00 | |
| 03-01-22 | City Javits Center Tax - Room | 1.50 | |
| 03-01-22 | Residence Fee | 40.00 | |
| 03-01-22 | City Sales Tax - Room - 5.875% | 16.13 | |
| 03-01-22 | State Sales Tax - Room - 8.875% | 24.36 | |
| 03-01-22 | State Tax - CP Breakfast - 8.875% | 2.49 | |
| 03-02-22 | Visa Payment | | 348.98 |
| | XXXXXXXXXXXX9607 | | |
| | 10/23 | | |

| | | |
|---|---|---|
| **Total Charges** | 348.98 | |
| **Total Credits** | | 348.98 |
| **Balance** | | **0.00** |

Page No. 1 of 1

# Ashcraft & Gerel, LLP
## Expense Voucher

| Name | Michelle Parfitt | Employee Number | |
|---|---|---|---|
| Office | Washington, DC | Dept. No. | 180 |
| Departed | 3/1/2022 | Returned | 3/2/2022 |
| Destination | New York, NY | | |
| Expenses Incurred for | Total A&G | Your Office | Client |
| Client Name | Talcum MDL | Client Matter No. | 570-04 |
| Travel Advance Check No. | | Advance Amount | |
| Business Associate (s) | | | |
| Business Purpose | LTL Bankruptcy Meetings | | |
| | | | |

| Expense Description | Total Expense Amount | Paid by A&G CRFD Card | Paid by A&G Checks | Check # | Paid by Employee |
|---|---|---|---|---|---|
| Hotel | $468.98 | ☐ | ☐ | | ☑ |
| Rental Car | $377.65 | ☐ | ☐ | | ☑ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| **Other Expenses (*Please Describe*)** | | | | | |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| **Expense Total** | **$846.63** | | | | |

Documentary evidence is required for all expenditures.  Please
obtain receipts whenever possible.  Authorized signature other
than yours is required before payment can be processed.

M. Parfitt
_____
**Employee Signature**                          **Date**


_____
**Approval Signature**                          **Date**

| FOR ACCOUNTING USE ONLY |
|---|
| Total Expenses _____ |
| Total Paid by A&G _____ |
| Advance Amount _____ |
| Amount Reimb. _____ |
| Check # _____ |

# THE KNICKERBOCKER

**Ms. Michelle Parfitt**
**8403 Colesville Road, Silver Spring, MD, USA**
**Silver Spring, MD 20910**
**United States**

| | |
|---|---|
| Room No. | : 0507 |
| Arrival | : 03-01-22 |
| Departure | : 03-02-22 |
| Folio No. | : 257404 |
| Conf. No. | : 395743 |
| Cashier No. | : 6 |

Company Name:  A Fresh Start
Group Name:
**INFORMATION INVOICE**

| Date | Description | Charges | Credits |
|---|---|---|---|
| 03-01-22 | Package Charge | 262.50 | |
| 03-01-22 | City Occupancy Tax - Room | 2.00 | |
| 03-01-22 | City Javits Center Tax - Room | 1.50 | |
| 03-01-22 | Residence Fee | 40.00 | |
| 03-01-22 | City Sales Tax - Room - 5.875% | 16.13 | |
| 03-01-22 | State Sales Tax - Room - 8.875% | 24.36 | |
| 03-01-22 | State Tax - CP Breakfast - 8.875% | 2.49 | |
| 03-02-22 | Guest Parking | 60.00 | |
| | 844908 | | |
| 03-02-22 | American Express Payment | | 408.98 |
| | XXXXXXXXXXXX6006 | | |
| | 12/25 | | |
| 03-03-22 | Guest Parking | 60.00 | |
| | 004554 | | |
| 03-03-22 | American Express Payment | | 60.00 |
| | XXXXXXXXXXXX6006 | | |
| | 12/25 | | |

| | | |
|---|---|---|
| **Total Charges** | 468.98 | |
| **Total Credits** | | 468.98 |
| **Balance** | | **0.00** |

Page No. 1 of 1



## Rental Record#

404735752

---

# 01 RN **RR404735752**
RES K05209430B0

**MICHELLE PARFITT**

## Rental Agreement

| INITIAL CHARGES | | | | | |
|---|---|---|---|---|---|
| RENT RT | $ 60.45/ DAY | @ | 3/ DAYS | $ | 181.35 |
| SUBTOTAL | | | | T $ | 181.35 |

| CHARGES ADDED DURING RENTAL | | | | |
|---|---|---|---|---|
| LDW ⓘ | ACCEPTED @ | $ 26.99  DAY | T $ | 80.97 |
| LIS ⓘ | | DECLINED | | |
| PAI, PEC ⓘ | | DECLINED | | |
| PREM RD SVC ⓘ | | DECLINED | | |
| FPO ⓘ | ACCEPTED | | $ | 87.80 |
| * ADDITIONAL CHARGES | | | | |

| SERVICE CHARGES/TAXES | | | | |
|---|---|---|---|---|
| VEHICLE LICENSE COST RECOVERY ⓘ | | | T $ | 1.17 |
| TAX     10.000% | ON TAXABLE TTL OF | $ 263.49 | $ | 26.36 |

| TOTAL AMOUNT DUE | | | $  377.65 |
|---|---|---|---|
| CHARGED ON | AMX | XXXXXXXXXX6006 | |

**Gold Plus Rewards Points Earned This Rental:**     350

For more transparency of above charges, please hover over the fee or go to

WWW.HERTZ.COM/CHARGEEXPLAINED

| VEHICLE: | 01798 / 4017380 18 GR CHEROKEE4W3S | |
|---|---|---|
| LICENSE: | FL 41AUIW | |
| FUEL: | FULL 8 /8 OUT 8 /8 IN | |
| MILEAGE IN: | 33654 | TR-X MILES: |
| MILEAGE OUT: | 33412 | MILES ALLOWED: |
| MILES DRIVEN: | 242 | MILES CHARGED: |
| CDP: | 1392782 – HERTZ MEMBER PROGRAM | |

| RENTED: | WEST BROAD ST HLE | |
|---|---|---|
| RENTAL: | 02/28/22 17:29 | |
| RETURN: | 03/03/22 08:38 | |
| RETURNED: | WEST BROAD ST HLE | |
| COMPLETED BY: | 5231 / VAFAL01 | |
| | | |
| PLAN IN: | OAUD3 | RATE CLASS: L |
| PLAN OUT: | OAUD3 | |
| | | |
| | | |

**www.Hertz.com**

**STATEMENT OF CHARGES – NOT VALID FOR RENTAL**

# Ashcraft & Gerel, LLP

**Alexandria, VA Office**

4900 Seminary Rd., Suite 650, Alexandria, VA 22311

## Expense Voucher

| Name | James Green | Employee Number | |
|---|---|---|---|
| Office | Washington, DC | Dept. No. | 120 |
| Departed | 3/7/2022 | Returned | 3/8/2022 |
| Destination | New Jersey | | |
| Expenses Incurred for | Total A&G | Your Office | Client |
| Client Name | Talcum MDL | Client Matter No. | 570-04 |
| Travel Advance Check No. | | Advance Amount | |
| Business Associate (s) | | | |
| Business Purpose | LTL Bankruptcy Hearing | | |

| Expense Description | Total Expense Amount | Paid by A&G CRFD Card | Paid by A&G Checks | Check # | Paid by Employee |
|---|---|---|---|---|---|
| Hotel | $225.64 | ☐ | ☐ | | ☑ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| **Other Expenses (*Please Describe*)** | | | | | |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| **Expense Total** | **$225.64** | | | | |

Documentary evidence is required for all expenditures.  Please
obtain receipts whenever possible.  Authorized signature other
than yours is required before payment can be processed.

JFG
_____
**Employee Signature**                    **Date**

_____
**Approval Signature**                    **Date**

| FOR ACCOUNTING USE ONLY | |
|---|---|
| Total Expenses | _____ |
| Total Paid by A&G | _____ |
| Advance Amount | _____ |
| Amount Reimb. | _____ |
| Check # | _____ |



**MARRIOTT**

**PRINCETON MARRIOTT FORRESTAL**

**GUEST FOLIO**

| 3526 ROOM | GREEN/JAMES NAME | 179.00 RATE | 03/08/22 DEPART | 07:18 TIME | 51997 ACCT# |
|---|---|---|---|---|---|
| EK TYPE | 207 EAST COLUMBIA ST | | 03/07/22 ARRIVE | 16:41 TIME | |
| 11 ROOM CLERK | FALLS CHURCH FALLS CHURCH  VA  22046 ADDRESS | VSXXXXXXXXXXXX9607 PAYMENT | | | MBV#:  061750071 |

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|
| 03/07 | MARKET          48213526 | 14.66 | | |
| 03/07 | TR ROOM         3526, 1 | 179.00 | | |
| 03/07 | ROOM TAX        3526, 1 | 11.86 | | |
| 03/07 | OCC TAX         3526, 1 | 8.95 | | |
| 03/07 | MUNI TX         3526, 1 | 5.37 | | |
| 03/08 | IRON&IVY        38993526 | 4.80 | | |
| 03/08 | IRON&IVY        39003526 | 1.00 | | |
| 03/08 | CCARD-VS | | 225.64 | |

PAYMENT RECEIVED BY: VISA      XXXXXXXXXXXX9607
*********** AUTHORIZATION *************
APPROVED
Total: $229.00 Card Type: VISA Card Entry: CHIP Acct #: ************9607 Approval Code: 07413C
*********** EMV AUTHORIZATION ************
App Label: VISA CREDIT Mode: Issuer
AID: A0000000031010 TVR: 0080008000 IAD: 06010A03602002 TSI: F800 ARC: 00 AC: 3DD74D52B20B0768 CVM: 5E0000
.00

**See our "Privacy & Cookie Statement" on Marriott.com**



**MARRIOTT**

PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

# Ashcraft & Gerel, LLP

**Alexandria, VA Office**

4900 Seminary Rd., Suite 650, Alexandria, VA 22311

**Expense Voucher**

| Name | Michelle Parfitt | Employee Number | |
|---|---|---|---|
| Office | Washington, DC | Dept. No. | 180 |
| Departed | 3/7/2022 | Returned | 3/8/2022 |
| Destination | New Jersey | | |
| Expenses Incurred for | Total A&G | Your Office | Client |
| Client Name | Talcum MDL | Client Matter No. | 570-04 |
| Travel Advance Check No. | | Advance Amount | |
| Business Associate (s) | | | |
| Business Purpose | LTL Bankruptcy Hearing | | |

| Expense Description | Total Expense Amount | Paid by A&G CRFD Card | Paid by A&G Checks | Check # | Paid by Employee |
|---|---|---|---|---|---|
| Hotel | $212.64 | ☐ | ☐ | | ☑ |
| Rental Car | $318.58 | ☐ | ☐ | | ☑ |
| Fuel | $50.50 | ☐ | ☐ | | ☑ |
| Parking | $12.00 | ☐ | ☐ | | ☑ |
| Meals | $24.00 | ☐ | ☐ | | ☑ |
| Other Expenses (*Please Describe*) | | | | | |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| Expense Total | $617.72 | | | | |

Documentary evidence is required for all expenditures.  Please
obtain receipts whenever possible.  Authorized signature other
than yours is required before payment can be processed.

JFG

_____     _____
**Employee Signature**                          **Date**


_____     _____
**Approval Signature**                          **Date**

| FOR ACCOUNTING USE ONLY |
|---|
| Total Expenses _____ |
| Total Paid by A&G _____ |
| Advance Amount _____ |
| Amount Reimb. _____ |
| Check # _____ |



| | | **PRINCETON MARRIOTT FORRESTAL** | | | | | **GUEST FOLIO** |
|---|---|---|---|---|---|---|---|

| 2214 | PARFITT/MICHELLE/MS | 179.00 | 03/08/22 | 12:00 | 51996 |
|---|---|---|---|---|---|
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
| GD | 207 EAST COLUMBIA ST | | 03/07/22 | 16:42 | |
| TYPE | FALLS CHURCH | | ARRIVE | TIME | |
| 11 | FALLS CHURCH  VA  22046 | | | | |
| ROOM CLERK | ADDRESS | | AXXXXXXXXXXXX6006 PAYMENT | | MBV# 285246767 |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|
| 03/07 | MARKET | 47992214 | 7.46 | | |
| 03/07 | TR ROOM | 2214, 1 | 179.00 | | |
| 03/07 | ROOM TAX | 2214, 1 | 11.86 | | |
| 03/07 | OCC TAX | 2214, 1 | 8.95 | | |
| 03/07 | MUNI TX | 2214, 1 | 5.37 | | |
| | | | | | 212.64 |

See our "Privacy & Cookie Statement" on Marriott.com



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%) or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

**THE HERTZ CORPORATION**
Web:        www.hertz.com

**Rental Agreement No:** 407760080
**Date:**                03/09/2022
**Document:**            902000382630

**Direct All Inquiries To:**
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120

**CHARGE DETAIL**

**Renter:**           MICHELLE PARFITT
**Account No.:**      ***********4001 AMX
**CDP No.:**          212
**CDP Name:**         AAA MID ATLANTIC

**MICHELLE ADRIEN PARFITT**
**ASHCRAFT&GEREL**
**1825 K ST NW**
**WASHINGTON, DC 20006-1202**

**RENTAL REFERENCE**
**Rental Agreement No:** 407760080
**Reservation ID:**      K0550562274
**Frequent Traveler:**   ZE1

**RENTAL DETAILS**
**Rate Plan:**       IN: AA2D    OUT: AA2D
**Rented On:**       03/07/2022 12:00  LOC# 584001
                     FALLS CHURCH, VA
**Returned On:**     03/08/2022 17:00  LOC# 584001
                     FALLS CHURCH, VA
**Car Description:**       GR CHEROKEE4W3S  41AUIW
**Veh. No.:**         4017380
**CAR CLASS Charged:**  L      **MILEAGE**   **In:** 34,309
      **Rented:**   L                        **Out:** 33,904
      **Reserved:** L              **Driven:**     405

**MISCELLANEOUS INFORMATION**
CC AUTH: 180860  DATE: 2022/03/07  AMT:  519.00

**RENTAL CHARGES**
| | | | |
|---|---|---|---:|
| DAYS | 2 @ | 65.52 | 131.04 |
| SUBTOTAL | | | 131.04 |
| DISCOUNT | | 10.00% | -13.10 |
| SUBTOTAL | | | 117.94 |
| | | | |
| DAMAGE WAIVER (CDW/LDW) | | | 53.98 |
| LIABILITY INS. SUPPLEMENT | | | 34.22 |
| FUEL PURCHASE OPTION | | | 90.97 |
| VEHICLE LICENSE FEE | | | 0.78 |
| TAX | | 10.00% | 20.69 |

**MISCELLANEOUS INFORMATION**

**Gold Plus Rewards Points**
Earned this rental:  263

TOTAL CHARGES                    318.58 USD

**E-RETURN RECEIPT**

                         **THANK YOU FOR RENTING FROM HERTZ**

**Rental Agreement No:** 407760080
**Date:**                03/09/2022
**Document:**            902000382630

**Direct All Inquiries To:**
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120
UNITED STATES

**Renter:**           MICHELLE PARFITT
**Account No.:**      ***********4001 AMX

**Web:       www.hertz.com**

GCM1A4        0090 GC

TOTAL CHARGES              318.58 USD

Fuel

Parking

```
6738 LEE HWY
ARLINGTON VA 22205

EXXON EXPRESS PAY

WASHINGTON & LEE
XXXXXXXXXX4001
6738 LEE HWY
ARLINGTON, VA
22205
03/07/2022 769895212
12:49:55 PM

XXXXXXXXXXXXX2668
Debit
INVOICE 097652
AUTH 923888

PUMP# 16
Regular     12.320G
PRICE/GAL   $4.099

FUEL TOTAL  $ 50.50

DEBIT       $ 50.50

=============================
Customer-activated Purchase/Capture
Site #: 000000000004784000
Shift Number 1
Sequence Number 30304
Chip Read
US DEBIT
Mode: Issuer
AID: A0000000996640
TVR: 0000040000
IAD: 0606120360A000
TSI: 6000
ARC: 00
TC: 744000EE00FCF636
APPROVED 923988
Verified by PIN
=============================
```

```
****************************
****************************

  TUE 03-08-22 02:05 P

FEE[BASE]      $ 12.00
  Total        $ 12.00

Card No.  XXXX XXXX 2668
Charge Amount  $ 12.00
-------------------------
Change         $  0.00
```

MEALS

```
      AREAS USA MDTP, LLC.
         PEET'S COFFEE
   CHESAPEAKE HOUSE SERVICE PLAZA
110021462 Nikcole B
--------------------------------
        CHK 21069
       8 Mar'22 3:48 PM
--------------------------------
        Take Out

1 MD LATTE             5.69
1 FR NUT TRLMX         5.50
1 APPLE JUICE 12OZ     3.49
1 BAR CHOCO DK NUTS & SEA
  SALT K               2.99

  Food              $9.18
  Retail            $8.49
  Tax               $1.06
Payment             $18.73
Change Due           $0.00
  Visa (US)         $18.73
  XXXXXXXXXXXXX2668

-------- Check Closed ---------
       8 Mar'22 3:49 PM


   For Guest Service, email:
   guestservice@areas.com
   or 1(800)483-8990

   Complete a brief survey at
      www.areasask.com
```

```
     Princeton Marriott at Forrestal
              Iron & Ivy
          100 College Road East
       Princeton, New Jersey 08540

   Check No    : 3904
   Table No    : 1
   Server      : 40394 RAJESH
   Name on Card: CARDHOLDER/VISA
   Acct Num    : XXXXXXXXXXXXX2668
   Expiry Date : **/**
   Card Type   : VISA
   Trans Type  : Authorize
   Trans Date  : 3/8/2022
   Trans Time  : 7:19 AM
   Entry Mode  : NFC Chip
   Auth Code   : 064324
   Resp Code   : 00
   Mode        : Issuer
   App Label   : VISA DEBIT
   AID         : A0000000031010
   ARC         : 00
   TVR         : 0000000000
   TSI         :
   IAD         : 06061203A00000


   00    Approved - Thank You    000


   Subtotal   : USD$            4.27

   Gratuity :

   Total :                      5.27

   X
              Signature
   I Agree to pay total amount as
   per the Card Issuer Agreement.
         Merchant Copy
```

# Ashcraft & Gerel, LLP

**Alexandria, VA Office**

4900 Seminary Rd., Suite 650, Alexandria, VA 22311

## Expense Voucher

| Name | Michelle Parfitt | Employee Number | |
|------|------------------|-----------------|--|
| Office | Washington, DC | Dept. No. | 180 |
| Departed | 3/7/2022 | Returned | 3/8/2022 |
| Destination | New Jersey | | |
| Expenses Incurred for | Total A&G | Your Office | Client |
| Client Name | Talcum MDL | Client Matter No. | 570-04 |
| Travel Advance Check No. | | Advance Amount | |
| Business Associate (s) | | | |
| Business Purpose | LTL Bankruptcy Hearing | | |

| Expense Description | Total Expense Amount | Paid by A&G CRFD Card | Paid by A&G Checks | Check # | Paid by Employee |
|---------------------|----------------------|-----------------------|--------------------|---------|------------------|
| Hertz tolls | $17.95 | ☐ | ☐ | | ☑ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| **Other Expenses (*Please Describe*)** | | | | | |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| **Expense Total** | **$17.95** | | | | |

Documentary evidence is required for all expenditures. Please obtain receipts whenever possible. Authorized signature other than yours is required before payment can be processed.

MAP
_____
**Employee Signature**                    **Date**

_____
**Approval Signature**                    **Date**

| FOR ACCOUNTING USE ONLY | |
|--------------------------|--|
| Total Expenses | _____ |
| Total Paid by A&G | _____ |
| Advance Amount | _____ |
| Amount Reimb. | _____ |
| Check # | _____ |

**Ellen Pascal**

| | |
|---|---|
| **From:** | Michelle Parfitt |
| **Sent:** | Sunday, March 27, 2022 12:34 PM |
| **To:** | Nan Parfitt; Ellen Pascal |
| **Subject:** | Fwd: Hertz Toll Invoice |
| | |
| **Categories:** | Important |

Thank you .Additional expense for Jersey status conference. Thanks, MAP
Michelle A. Parfitt
Senior Partner

Ashcraft & Gerel, LLP
1825 K Street, NW
Suite 700
Washington, DC  20006

Office:  202-783-6400
Mobile:  202-669-0032
Fax:  202-416-6392

mparfitt@ashcraftlaw.com

Begin forwarded message:

**From:** <HertzTollProcessing@PlatePass.com>
**Subject: Hertz Toll Invoice**
**Date:** March 27, 2022 at 12:15:40 PM EDT
**To:** <MPARFITT@ASHCRAFTLAW.COM>
**Reply-To:** "Information@platepass.com" <Information@platepass.com>

     

Invoice 168410507

---

**Rental Agreement:** 407760080         **Last Name:** PARFITT

**Rental Start Date:** 03/07/2022

**Pickup Location:** 0584001 WEST BROAD ST HLE

**Rental End Date:** 03/08/2022

**Return Location:** 0584001 WEST BROAD ST HLE

**Due Date:** 04/10/2022

**Amount Due:** $17.95

**Thank you for renting with Hertz.**
Hertz utilizes a service called PlatePass which allows its customers to use cashless lanes or all-electronic tollways without using a personal transponder or paying the toll authority directly. You are being charged the cost of the toll(s) and the convenience fee(s) as disclosed in your rental agreement.

Summary of PlatePass Charges

 **Toll Charges: $12.00**

 **Convenience Fee: $5.95**

Total:        $17.95

**Amount Due:**    $17.95

Need more information?

| Pay Now | | PlatePass FAQ | Contact PlatePass |

**If paying by mail, make check or money orders payable to PlatePass, LLC**
**Mail to:**
**PlatePass LLC**
**25274 Network Place**
**Chicago, IL 60673-1252**

**Failure to pay in full may result in your account being sent to collections and/or your rental privileges being revoked.**

**Please do not respond to this email as it is from an automated system.**

This message (including attachment(s)) may contain information that is privileged, confidential or protected from disclosure. If you are not the intended recipient, you are hereby notified that dissemination, disclosure, copying, distribution or use of this message or any information contained in it is strictly prohibited. If you have received this message in error, please delete this message from your computer. Although we have taken steps to ensure that this e-mail and attachments are free from any virus, we advise that in keeping with good computing practice the recipient should ensure they are actually virus free.

| | | 1005951   MCMANIMON, SCOTLAND & BAUMANN, LLC | | 431377 |
|---|---|---|---|---|
| DATE | INVOICE NUMBER | MEMO | | BALANCE |
| 03/30/2022 | 000451772 189551 | LTL MANAGEMENT | 01  -180  -61427-00000 | 420.00 |
| | | 570-       4 | | |
| | | LTL Management | | |

Inv. # 189551

| CHECK DATE | CHECK NUMBER | | | |
|---|---|---|---|---|
| 04/07/2022 | 000431377 | | TOTAL | 420.00 |

---

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**ASHCRAFT & GEREL LLP**
ATTORNEYS AT LAW
OPERATIONS ACCOUNT
8403 COLESVILLE ROAD STE 1250
SILVER SPRING, MD 20910

HANCOCK WHITNEY BANK
228 ST. CHARLES AVENUE
NEW ORLEANS, LA 70130
84-15/654

**431377**

PAY:

*Four Hundred Twenty and 00/100 Dollars*

| | NUMBER | DATE | AMOUNT |
|---|---|---|---|
| | 000431377 | 04/07/2022 | *********420.00 |

TO THE ORDER OF

MCMANIMON, SCOTLAND & BAUMANN, LLC

75 Livingston Avenue
2nd Floor
Roseland, NJ 07068

*Margaret Munnell*

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈431377⑈ ⑆065400153⑆ 000060130834⑈

---

| | | 1005951   MCMANIMON, SCOTLAND & BAUMANN, LLC | | 431377 |
|---|---|---|---|---|
| DATE | INVOICE NUMBER | MEMO | | BALANCE |
| 03/30/2022 | 000451772 189551 | LTL MANAGEMENT | 01  -180  -61427-00000 | 420.00 |
| | | 570-       4 | | |
| | | LTL Management | | |

| CHECK DATE | CHECK NUMBER | | | |
|---|---|---|---|---|
| 04/07/2022 | 000431377 | | TOTAL | 420.00 |



MS&B  McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

Rebecca Love/Ashcraft & Gerel LLP       CLIENT #        00053284-00001
                                        INVOICE #       189551
                                        INVOICE DATE:   March 30, 2022

                                        BILLING REF:    AS1


                          INVOICE SUMMARY

   For professional services rendered through 02/28/22, in connection
with the matter titled:

              LTL Management


          TOTAL FEES                        420.00
          TOTAL DISBURSEMENTS ADVANCED        0.00
          TOTAL FOR INVOICE                 420.00

          PREVIOUS BALANCE                    0.00
          TOTAL BALANCE DUE                 420.00

McManimon,                LLC
Newark · Roseland · Trenton · New York



MS&B  McMANIMON · SCOTLAND · BAUMANN

75 Livingston Avenue, ~~~~~~ NJ 07068 (973) ~~~~~~

LOVE, REBECCA/ASHCRAFT & GEREL LLP                    Mar 30, 2022        PAGE    2

### PROFESSIONAL SERVICES RENDERED

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 02/24/22 | AS1 | Love - Analyze pro hac pleadings/revise | .30 | 120.00 |
| 02/24/22 | SBP | Draft pro hac applications for Parfitt and Green | .80 | 240.00 |
| 02/25/22 | SBP | Revise pro hac applications for Parfitt and Green | .20 | 60.00 |
| TOTAL FEES: | | | 1.30 | 420.00 |

| DATE | CODE | DESCRIPTION | AMOUNT |
|------|------|-------------|--------|
| TOTAL DISBURSEMENTS | | | .00 |

McManimon, Scotland & ~~~~~~
~~~~~~



MS&B  McMANIMON · SCOTLAND · BAUMANN

75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

LOVE, REBECCA/ASHCRAFT & GEREL LLP                    Mar 30, 2022        PAGE    3

ACCOUNTS RECEIVABLE INVOICES OUTSTANDING LISTING

INVOICE #      INVOICE DATE      INVOICE TOTAL   PAYMENTS RECEIVED     ENDING BALANCE

PREVIOUS BALANCE                               .00

BALANCE DUE THIS INVOICE                     420.00

TOTAL BALANCE DUE                            420.00

# Ashcraft & Gerel, LLP

**Alexandria, VA Office**

4900 Seminary Rd., Suite 650, Alexandria, VA 22311

**Expense Voucher**

| Name | James Green | Employee Number | |
|---|---|---|---|
| Office | Washington, DC | Dept. No. | 120 |
| Departed | 3/29/2022 | Returned | 3/30/2022 |
| Destination | New Jersey | | |
| Expenses Incurred for | Total A&G | Your Office | Client |
| Client Name | Talcum MDL | Client Matter No. | 570-04 |
| Travel Advance Check No. | | Advance Amount | |
| Business Associate (s) | | | |
| Business Purpose | LTL Bankruptcy Hearing | | |

| Expense Description | Total Expense Amount | Paid by A&G CRFD Card | Paid by A&G Checks | Check # | Paid by Employee |
|---|---|---|---|---|---|
| Hotel | $226.78 | ☐ | ☐ | | ☑ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| **Other Expenses (*Please Describe*)** | | | | | |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| **Expense Total** | **$226.78** | | | | |

Documentary evidence is required for all expenditures.  Please obtain receipts whenever possible.  Authorized signature other than yours is required before payment can be processed.

JFG
_____          _____
**Employee Signature**                          **Date**


_____          _____
**Approval Signature**                          **Date**

| FOR ACCOUNTING USE ONLY |
|---|
| Total Expenses  _____ |
| Total Paid by A&G  _____ |
| Advance Amount  _____ |
| Amount Reimb.  _____ |
| Check #  _____ |



**PRINCETON MARRIOTT FORRESTAL**                                    **GUEST FOLIO**

| 2328 | GREEN/JAMES/F | 175.00 | 03/30/22 | 08:12 | 54712 |
|---|---|---|---|---|---|
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
| GD | 6522 HEATHER BROOK C | | 03/29/22 | 19:50 | |
| TYPE | MC LEAN  VA  221011607 | | ARRIVE | TIME | |
| 11 | | | | | |
| ROOM | | VSXXXXXXXXXXXX3057 | | | MBV#:    061750071 |
| CLERK | ADDRESS | PAYMENT | | | |

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|
| 03/29 | IRON&IVY          31652328 | 12.66 | | |
| 03/29 | MARKET            45462328 | 7.73 | | |
| 03/29 | TR ROOM           2328, 1 | 175.00 | | |
| 03/29 | ROOM TAX          2328, 1 | 11.59 | | |
| 03/29 | OCC TAX           2328, 1 | 8.75 | | |
| 03/29 | MUNI TX           2328, 1 | 5.25 | | |
| 03/30 | IRON&IVY          31832328 | 5.80 | | |
| 03/30 | CCARD-VS | | 226.78 | |

PAYMENT RECEIVED BY: VISA       XXXXXXXXXXXX3057
************** AUTHORIZATION **************
APPROVED
Total: $225.00 Card Type: VISA Card Entry: CHIP Acct #: ************3057 Approval Code: 08850D
*********** EMV AUTHORIZATION ***********
App Label: VISA CREDIT Mode: Issuer
AID: A0000000031010 TVR: 8000008000 IAD: 06011203602000 TSI: 6800 ARC: 00 AC: BA4730131E4C51AB CVM: 1E0300
                                                                                                .00
================================== EXP. REPORT SUMMARY ==================================

| 03/29 | IRON&IVY | 12.66 |
|---|---|---|
| | MARKET | 7.73 |
| | TR ROOM | 175.00 |
| | ROOM TAX | 11.59 |
| | OCC TAX | 8.75 |
| | MUNI TX | 5.25 |
| 03/30 | IRON&IVY | 5.80 |

**See our "Privacy & Cookie Statement" on Marriott.com**

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

# Ashcraft & Gerel, LLP

**Alexandria, VA Office**

4900 Seminary Rd., Suite 650, Alexandria, VA 22311

## Expense Voucher

| Name | Michelle Parfitt | Employee Number | |
|---|---|---|---|
| Office | Washington, DC | Dept. No. | 180 |
| Departed | 3/29/2022 | Returned | 3/30/2022 |
| Destination | New Jersey | | |
| Expenses Incurred for | Total A&G | Your Office | Client |
| Client Name | Talcum MDL | Client Matter No. | 570-04 |
| Travel Advance Check No. | | Advance Amount | |
| Business Associate (s) | | | |
| Business Purpose | LTL Bankruptcy Hearing | | |

| Expense Description | Total Expense Amount | Paid by A&G CRFD Card | Paid by A&G Checks | Check # | Paid by Employee |
|---|---|---|---|---|---|
| Hotel | $204.32 | ☐ | ☐ | | ☑ |
| Rental Car | $225.01 | ☐ | ☐ | | ☑ |
| Fuel | $10.00 | ☐ | ☐ | | ☑ |
| Parking | $12.00 | ☐ | ☐ | | ☑ |
| | | ☐ | ☐ | | ☐ |
| **Other Expenses (*Please Describe*)** | | | | | |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| **Expense Total** | **$451.33** | | | | |

Documentary evidence is required for all expenditures.  Please
obtain receipts whenever possible.  Authorized signature other
than yours is required before payment can be processed.

MAP

_____
**Employee Signature**                    **Date**

_____
**Approval Signature**                    **Date**

| FOR ACCOUNTING USE ONLY | |
|---|---|
| Total Expenses | _____ |
| Total Paid by A&G | _____ |
| Advance Amount | _____ |
| Amount Reimb. | _____ |
| Check # | _____ |



**PRINCETON MARRIOTT FORRESTAL**                    **GUEST FOLIO**

| 2330 | PARFITT/MICHELLE | 175.00 | 03/30/22 | 12:38 | 54713 |
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
| GD | 207 E COLUMBIA ST | | 03/29/22 | 19:54 | |
| TYPE | FALLS CHURCH  VA  22046-3526 | | ARRIVE | TIME | |
| 11 | | | | | |

| ROOM CLERK | ADDRESS | AXXXXXXXXXXXXX6006 PAYMENT | | MBV#: | 285246737 |

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|------|------------|---------|---------|--------------|
| 03/29 | MARKET          45282330 | 3.73 | | |
| 03/29 | TR ROOM          2330, 1 | 175.00 | | |
| 03/29 | ROOM TAX         2330, 1 | 11.59 | | |
| 03/29 | OCC TAX          2330, 1 | 8.75 | | |
| 03/29 | MUNI TX          2330, 1 | 5.25 | | |
| 03/30 | CCARD-AX | | 204.32 | |

PAYMENT RECEIVED BY: AMERICAN EXPRESS XXXXXXXXXXXX6006
************ AUTHORIZATION ************
APPROVED
Total: $225.00 Card Type: AMEX Card Entry: CHIP Acct #: **********6006 Approval Code: 862363
********** EMV AUTHORIZATION **********
App Label: AMERICAN EXPRESS Mode: Issuer
AID: A000000025010801 TVR: 0000008000 IAD: 06560103602002 TSI: F800 ARC: 00 AC: A3AE6C321D16A06E
CVM: 5E0300

| 03/30 | CASH | .00 | | .00 |

============================== EXP. REPORT SUMMARY ================================================

| 03/29 | MARKET | 3.73 | | |
| | TR ROOM | 175.00 | | |
| | ROOM TAX | 11.59 | | |
| | OCC TAX | 8.75 | | |
| | MUNI TX | 5.25 | | |

**See our "Privacy & Cookie Statement" on Marriott.com**

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are directly billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

**THE HERTZ CORPORATION**
Web:       www.hertz.com



| | |
|---|---|
| **Rental Agreement No:** | 428341185 |
| **Date:** | 03/31/2022 |
| **Document:** | 992000536021 |

**CHARGE DETAIL**

**Direct All Inquiries To:**
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120

| | |
|---|---|
| **Renter:** | MICHELLE PARFITT |
| **Account No.:** | ***********6006 AMX |
| **CDP No.:** | 1392782 |
| **CDP Name:** | HERTZ MEMBER PROGRAM |

**MICHELLE ADRIEN PARFITT**
**ASHCRAFT&GEREL**
**1825 K ST NW**
**WASHINGTON, DC 20006-1202**

**RENTAL REFERENCE**

| | |
|---|---|
| **Rental Agreement No:** | 428341185 |
| **Reservation ID:** | K0802971355 |

**RENTAL DETAILS**

| | |
|---|---|
| **Rate Plan:** | IN: OAUD2   OUT: OAUD2 |
| **Rented On:** | 03/29/2022 09:44   LOC# 584001 |
| | FALLS CHURCH, VA |
| **Returned On:** | 03/30/2022 09:45   LOC# 584001 |
| | FALLS CHURCH, VA |
| **Car Description:** | SIR EDGE2.0AWDS  CWN5051 |
| **Veh. No.:** | 2201069 |
| **CAR CLASS Charged:** L | **MILEAGE**   **In:** 7,281 |
| **Rented:** L | **Out:** 6,877 |
| **Reserved:** L | **Driven:** 404 |

**MISCELLANEOUS INFORMATION**

CC AUTH: 849212  DATE: 2022/03/29  AMT:  425.00
CC AUTH: 102110  DATE: 2022/03/31  AMT:  100.00

**RENTAL CHARGES**

| | | | |
|---|---|---|---|
| DAYS | 1 @ | 99.70 | 99.70 |
| SUBTOTAL | | | 99.70 |
| | | | |
| DAMAGE WAIVER (CDW/LDW) | | | 31.99 |
| FUEL PURCHASE OPTION | | | 79.72 |
| VEHICLE LICENSE FEE | | | 0.39 |
| TAX | | 10.00% | 13.21 |
| | | | |
| TOTAL CHARGES | | | 225.01 USD |

**Gold Plus Rewards Points**

Earned this rental:  211

**E-RETURN RECEIPT**

                                        **THANK YOU FOR RENTING FROM HERTZ**

| | |
|---|---|
| **Rental Agreement No:** | 428341185 |
| **Date:** | 03/31/2022 |
| **Document:** | 992000536021 |

**Direct All Inquiries To:**
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120
UNITED STATES

| | |
|---|---|
| **Renter:** | MICHELLE PARFITT |
| **Account No.:** | ***********6006 AMX |

**Web:       www.hertz.com**

GCM1A4        0090 GC

| | |
|---|---|
| TOTAL CHARGES | 225.01 USD |



MAP

FUEL

PARKING

**Welcome To**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Sunoco
520 JFK Memorial
Newark DE 19702

\*\*\*PRE-AUTHORIZED RECEIPT\*\*\*

| Description | Qty | Amount |
| --- | --- | --- |
| ------- | --- | ------ |
| PREPAY CA #09 | | 10.00 |
| | Subtotal | 10.00 |
| | Tax | 0.00 |
| **TOTAL** | | **10.00** |
| | PREAUTH $ | 10.00 |

PREPAY Receipt
US DEBIT   USD$10.00
Acct/Card #: \*\*\*\*\*\*\*\*\*\*\*\*2668
Entry Method: Chip Read
Auth #: 596166
Resp Code: 000
Stan: 06837073390
Invoice #: 587547
Shift #: 1
Store # \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Verified By PIN

MODE: Issuer
AID: A0000000980840
MERCHANT COPY

APPROVED

**THANKS COME AGAIN**
ST# 7687  TILL XXXX DR# 1 TRAN# 1047015
CSH: 10           03/30/22 15:57:24

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WED 03-30-22 02:31 P

| FEE[BASE] | $ 12.00 |
| --- | --- |
| Total | $ 12.00 |

Card No.   XXXX XXXX 2668
Charge Amount    $ 12.00
------------------------
Change         $ 0.00

# Ashcraft & Gerel, LLP

## Expense Voucher

| Name | Michelle Parfitt | Employee Number | |
|---|---|---|---|
| Office | Washington, DC | Dept. No. | 180 |
| Departed | 3/1/2022 | Returned | 3/2/2022 |
| Destination | New York, NY | | |
| Expenses Incurred for | Total A&G | Your Office | Client |
| Client Name | Talcum MDL | Client Matter No. | 570-04 |
| Travel Advance Check No. | | Advance Amount | |
| Business Associate (s) | | | |
| Business Purpose | LTL Bankruptcy Meetings | | |

| Expense Description | Total Expense Amount | Paid by A&G CRFD Card | Paid by A&G Checks | Check # | Paid by Employee |
|---|---|---|---|---|---|
| Fuel | $26.20 | | | | ✓ |
| Meal | $4.37 | | | | ✓ |
| | | | | | |
| | | | | | |
| | | | | | |
| **Other Expenses (*Please Describe*)** | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Expense Total** | **$30.57** | | | | |

Documentary evidence is required for all expenditures. Please obtain receipts whenever possible. Authorized signature other than yours is required before payment can be processed.

M. Parfitt
Employee Signature                                        Date


Approval Signature                                        Date

### FOR ACCOUNTING USE ONLY

Total Expenses _____
Total Paid by A&G _____
Advance Amount _____
Amount Reimb. _____
Check # _____



MAP - LTL BK - NY
(3/1/22 - 3/2/22)

WELCOME
SUNOCO
ME 39 4
MOUNT LAUREL NJ
08054

3/1/22

22 10:
TRAN:
ATTENDANT# 2
PUMP: 03
SERVICE LEVEL: FULL
PRODUCT: UNLD
GALLONS:        .969
PRICE/G        3.759
FUEL SALE     $26.20
CREDIT        $26.20

                $26.20

USDS:0.20
************2668
Entry: Chip Read
AppName: US DEBIT
AuthNet: VISA
MODE: Issuer
AID: A0000000980840
Auth #: 056699
Resp Code: 000
Stan: 0842665093
Invoice #: 576057
Shift #: 1
Store # ***********
****

PIN Bypassed

THANK YOU
HAVE A NICE DAY

FUEL

STARBUCKS COFFEE
CLARA BARTON TRAVEL PLAZA

416308 Makayla
-----------------------------
CHK 1748                GST 1
    MAR02'22  5:42PM
-----------------------------
   TO GO

1 LATTE        T        4.10
   W/ NF MILK

   SUBTOTAL             4.10
   TAX                  0.27
   AMOUNT PAID    4.37
   AT069230 XXX2668
   VISA CC              4.37
--416308 Closed MAR02 05:42PM--

MEAL

# Ashcraft & Gerel, LLP

**Alexandria, VA Office**
4900 Seminary Rd., Suite 650, Alexandria, VA 22311
## Expense Voucher

| Name | Michelle Parfitt | Employee Number | |
|---|---|---|---|
| Office | Washington, DC | Dept. No. | 180 |
| Departed | 3/29/2022 | Returned | 3/30/2022 |
| Destination | New Jersey | | |
| Expenses Incurred for | Total A&G | Your Office | Client |
| Client Name | Talcum MDL | Client Matter No. | 570-04 |
| Travel Advance Check No. | | Advance Amount | |
| Business Associate (s) | | | |
| Business Purpose | LTL Bankruptcy Hearing | | |
| | | | |

| Expense Description | Total Expense Amount | Paid by A&G CRFD Card | Paid by A&G Checks | Check # | Paid by Employee |
|---|---|---|---|---|---|
| Meal | $5.27 | ☐ | ☐ | | ☑ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| **Other Expenses (*Please Describe*)** | | | | | |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| **Expense Total** | **$5.27** | | | | |

Documentary evidence is required for all expenditures. Please
obtain receipts whenever possible. Authorized signature other
than yours is required before payment can be processed.

MAP
_____
**Employee Signature**                    **Date**

_____
**Approval Signature**                     **Date**

| FOR ACCOUNTING USE ONLY | |
|---|---|
| Total Expenses | _____ |
| Total Paid by A&G | _____ |
| Advance Amount | _____ |
| Amount Reimb. | _____ |
| Check # | _____ |

MAP - LTL BK - NJ

( 3/29/22 - 3/30/22 )

MEM

Princeton Marriott at Forrestal
Iron & Ivy
100 College Road East
Princeton, New Jersey 08540

Check No    : 3186
Table No    : 0
Server      : 40394 RAJESH
Name on Card: PARFITT/ MICHELLE
Acct Num    : XXXXXXXXXXXX2668
Expiry Date : **/**
Card Type   : VISA
Trans Type  : Authorize
Trans Date  : 3/30/2022
Trans Time  : 7:37 AM
Entry Mode  : Chip
Auth Code   : 077938
Resp Code   : 00
Mode        : Issuer
App Label   : VISA DEBIT
AID         : A0000000031010
ARC         : 00
TVR         : 8000008000
TSI         : 6800
IAD         : 0606120360A000

00    Approved - Thank You   000

Subtotal    : USD$            4.27

Gratuity :  _____

Total :  _____  > 5.2x

Signature
I Agree to pay total amount as
per the Card Issuer Agreement.
Merchant Copy

609 452-7800

# Ashcraft & Gerel, LLP

**Alexandria, VA Office**

4900 Seminary Rd., Suite 650, Alexandria, VA 22311

## Expense Voucher

| Name | Michelle Parfitt | Employee Number | |
|---|---|---|---|
| Office | Washington, DC | Dept. No. | 180 |
| Departed | 4/11/2022 | Returned | 4/12/2022 |
| Destination | New Jersey | | |
| Expenses Incurred for | Total A&G | Your Office | Client |
| Client Name | Talcum MDL | Client Matter No. | 570-04 |
| Travel Advance Check No. | | Advance Amount | |
| Business Associate (s) | | | |
| Business Purpose | LTL Bankruptcy Hearing | | |

| Expense Description | Total Expense Amount | Paid by A&G CRFD Card | Paid by A&G Checks | Check # | Paid by Employee |
|---|---|---|---|---|---|
| Hotel | $287.71 | ☐ | ☐ | | ☑ |
| Hertz Rental Car | $356.54 | ☐ | ☐ | | ☑ |
| Fuel | $64.05 | ☐ | ☐ | | ☑ |
| Parking | $12.00 | ☐ | ☐ | | ☑ |
| | | ☐ | ☐ | | ☐ |
| Other Expenses (*Please Describe*) | | | | | |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| Expense Total | $720.30 | | | | |

Documentary evidence is required for all expenditures.  Please
obtain receipts whenever possible.  Authorized signature other
than yours is required before payment can be processed.

MAP
_____
**Employee Signature**          **Date**

_____
**Approval Signature**          **Date**

| FOR ACCOUNTING USE ONLY | |
|---|---|
| Total Expenses | _____ |
| Total Paid by A&G | _____ |
| Advance Amount | _____ |
| Amount Reimb. | _____ |
| Check # | _____ |



## MARRIOTT

**PRINCETON MARRIOTT FORRESTAL**

**GUEST FOLIO**

| 2109 ROOM | PARFITT/MICHELLE NAME | 251.00 RATE | 04/12/22 DEPART | 08:07 TIME | 56295 ACCT# |
|---|---|---|---|---|---|
| GD TYPE | 207 E COLUMBIA ST | | 04/11/22 ARRIVE | 17:07 TIME | |
| 5 | FALLS CHURCH VA 22046-3526 | | | | |
| ROOM CLERK | ADDRESS | AXXXXXXXXXXXXX6006 PAYMENT | | | MBV#:    285246737 |

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|
| 04/11 | TR ROOM          2109, 1 | 251.00 | | |
| 04/11 | ROOM TAX     2109, 1 | 16.63 | | |
| 04/11 | OCC TAX       2109, 1 | 12.55 | | |
| 04/11 | MUNI TX        2109, 1 | 7.53 | | |
| 04/12 | CCARD-AX | | 287.71 | |

PAYMENT RECEIVED BY: AMERICAN EXPRESS XXXXXXXXXXXX6006
\*\*\*\*\*\*\*\*\*\*\*\*\* AUTHORIZATION \*\*\*\*\*\*\*\*\*\*\*\*
APPROVED Card Type: AMEX Card Entry: CHIP Acct #: \*\*\*\*\*\*\*\*\*\*6006 Approval Code: 869489
\*\*\*\*\*\*\*\*\*\*\* EMV AUTHORIZATION \*\*\*\*\*\*\*\*\*\*\*
App Label: AMERICAN EXPRESS Mode: Issuer
AID: A000000025010801 TVR: 0000008000 IAD: 06560103602402 TSI: E800 ARC: 00 AC: F93F568F01647900
CVM: 5E0300

.00

See our "Privacy & Cookie Statement" on Marriott.com

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

**Fwd: Hertz Receipt**

Michelle Parfitt <mparfitt@ashcraftlaw.com>
Wed 4/13/2022 11:36 AM
To: Nan Parfitt <nparfitt@ashcraftlaw.com>;Ellen Pascal <epascal@ashcraftlaw.com>
Cc: Michelle Parfitt <mparfitt@ashcraftlaw.com>

For the New Jersey trip. Thanks, MAP

Begin forwarded message:

**From:** "Hertz" <HertzNoReply@rentals.hertz.com>
**Subject: Hertz Receipt**
**Date:** April 13, 2022 at 10:43:51 AM EDT
**To:** <mparfitt@ashcraftlaw.com>
**Reply-To:** "NoReply" <HertzNoReply@rentals.hertz.com>

Here's Your Hertz Rental Car Receipt.                                    VIEW ONLINE



## We're here to get you there.



## Your Receipt

### VIEW RECEIPT

| # | 01 PN | **RR** | **524809504** |
|---|-------|--------|---------------|
|   |       | RES    | K0911987603   |

**MICHELLE PARFITT**

## INITIAL CHARGES

| RENT RT | $ | 129.68/ DAY | @ | | 2/ DAYS | $ | 259.36 |
| SUBTOTAL | | | | | | T $ | 259.36 |

## CHARGES ADDED DURING RENTAL

| LDW | ACCEPTED @ $ | | 31.99  DAY | T $ | 63.98 |
| LIS | DECLINED | | | | |
| PAI, PEC | DECLINED | | | | |
| PREM RD SVC | DECLINED | | | | |
| * ADDITIONAL CHARGES | | | | | |

## SERVICE CHARGES/TAXES

| VEHICLE LICENSE COST RECOVERY | | | | T $ | .78 |
| TAX | 10.000% | ON TAXABLE TTL OF $ | 324.12 | $ | 32.42 |

## TOTAL AMOUNT DUE                                              $   356.54

**CHARGED ON**      AMX          XXXXXXXXXXX6006

**FOR EXPLANATION OF THE ABOVE CHARGES,**

**PLEASE ASK A REPRESENTATIVE OR GO TO**

**WWW.HERTZ.COM/CHARGEEXPLAINED**

| VEHICLE: | 02179/367006421SIREXD3.5SUNNAS |
| LICENSE: | NMBADT81 |
| FUEL: | NOT    /8  /8 |
| | 5      5 |
| | FULL  OUT  IN |
| MILEAGE IN:  29680 | TR-X MILES: |
| MILEAGE OUT:  29274 | MILES ALLOWED: |
| MILES DRIVEN:  406 | MILES CHARGED: |
| CDP: | 00099 |
| | WEST |
| RENTED: | BROAD |
| | ST HLE |
| RENTAL: | 04/11/2208:07 |
| RETURN: | 04/13/2208:00 |
| | WEST |
| RETURNED: | BROAD |
| | ST HLE |
| COMPLETED BY: | 5231/VAFAL01 |
| PLAN IN:  OAUD2 | RATE CLASS:  L |
| PLAN OUT: | OAUD2 |

www.Hertz.com



Buying a Car Made Better

MAP - LTLBK - NJ

( 4/11/22 — 4/12/22 )

4150 US RT 1 NORTH
MONMOUTH JUNCTION NJ 08852

**EXXON EXPRESS PAY**

PMG NJ II 2400/8001
XXXXXXXXXX7001
4150 US RT 1 N
MONMOUTH JUN, NJ
08852
04/11/2022 431083297
04:43:49 PM

XXXXXXXXXXXX2668
Visa
INVOICE 094021
AUTH 040244

PUMP# 12
Regular CR   16.179G
PRICE/GAL      $3.959

FUEL TOTAL  $ 64.05

CREDIT      $ 64.05

Customer-activated Purchase/Capture
Site #: 800866668847964A85
Shift Number 1
Sequence Number 43735
Chip Read
US DEBIT
Visa Issuer
AID: A0000000980840
TVR: 2068100000
IAD: 86052B386D000
TII: 6808
ARC: 00
TC: 1E93E110A065ED6E
APPROVED 040244

FUEL

TUE 04-12 22 01:38 P

FEE(BASE)      $ 12.00
Total          $ 12.00

Card No.  XXXX XXXX 2668
Charge Amount  $ 12.00
------------------------
Change         $  0.00

PARK.NG

# Ashcraft & Gerel, LLP

**Alexandria, VA Office**

4900 Seminary Rd., Suite 650, Alexandria, VA 22311

**Expense Voucher**

| Name | Michelle Parfitt | Employee Number | |
|---|---|---|---|
| Office | Washington, DC | Dept. No. | 180 |
| Departed | 4/18/2022 | Returned | 4/20/2022 |
| Destination | New York | | |
| Expenses Incurred for | Total A&G | Your Office | Client |
| Client Name | Talcum MDL | Client Matter No. | 570-04 |
| Travel Advance Check No. | | Advance Amount | |
| Business Associate (s) | | | |
| Business Purpose | LTL Bankruptcy Meetings | | |

| Expense Description | Total Expense Amount | Paid by A&G CRFD Card | Paid by A&G Checks | Check # | Paid by Employee |
|---|---|---|---|---|---|
| Hotel | $1,059.05 | ☐ | ☐ | | ☑ |
| Rental Car | $448.58 | ☐ | ☐ | | ☑ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| **Other Expenses (*Please Describe*)** | | | | | |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| **Expense Total** | **$1,507.63** | | | | |

Documentary evidence is required for all expenditures.  Please
obtain receipts whenever possible.  Authorized signature other
than yours is required before payment can be processed.

MAP
_____        _____
**Employee Signature**                         **Date**


_____        _____
**Approval Signature**                         **Date**

**FOR ACCOUNTING USE ONLY**

**Total Expenses**  _____
**Total Paid by A&G**  _____
**Advance Amount**  _____
**Amount Reimb.**  _____
**Check #**  _____

EDITION

MICHELLE PARFITT
207 E COLUMBIA ST
FALLS CHURCH  22046
United States

| | |
|---|---|
| Room Number: | 2815 |
| Arrival Date: | 04-18-22 |
| Departure Date: | 04-20-22 |
| CRS Number: | 81275541 |
| Marriott Bonvoy No: | XXXXX6737 |

**INFORMATION INVOICE**

Folio No:  101969

| Date | Description | | | Charges | Credits |
|---|---|---|---|---|---|
| 04-18-22 | Room Charge | | | 385.01 | |
| 04-18-22 | State Sales Tax | | | 34.17 | |
| 04-18-22 | City Occupancy Tax | | | 22.62 | |
| 04-19-22 | The Terrace at EDITION | Room# 2815 : CHECK# 5843 | | 134.03 | |
| 04-19-22 | Occupancy Tax | 04/18/22 | | 3.50 | |
| 04-19-22 | Room Charge | | | 415.01 | |
| 04-19-22 | State Sales Tax | | | 36.83 | |
| 04-19-22 | City Occupancy Tax | | | 24.38 | |
| 04-19-22 | Occupancy Tax | | | 3.50 | |
| 04-20-22 | American Express | XXXXXXXXXXXX6006 | XX/XX | | 1,059.05 |
| | **Total** | | | **1,059.05** | **1,059.05** |
| | **Balance** | | | **0.00** | |

Extraordinary style and signature feel. Bring EDITION home with you. Visit ShopEDITION.com