**THE HERTZ CORPORATION**
Web:          www.hertz.com



| | |
|---|---|
| Rental Agreement No: | 528142554 |
| Date: | 04/20/2022 |
| Document: | 982000674085 |

**CHARGE DETAIL**

| | |
|---|---|
| Renter: | MICHELLE PARFITT |
| Account No.: | ***********6006 AMX |
| CDP No.: | 1392782 |
| CDP Name: | HERTZ MEMBER PROGRAM |

**Direct All Inquiries To:**
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120

**MICHELLE ADRIEN PARFITT**
**ASHCRAFT&GEREL**
**1825 K ST NW**
**WASHINGTON, DC 20006-1202**

**RENTAL REFERENCE**

| | |
|---|---|
| **Rental Agreement No:** | 528142554 |
| **Reservation ID:** | K09706586F8 |

**RENTAL DETAILS**

| | |
|---|---|
| Rate Plan: | IN: OAUD3   OUT: OAUD3 |
| Rented On: | 04/18/2022 08:13   LOC# 584001 |
| | FALLS CHURCH, VA |
| Returned On: | 04/20/2022 15:16   LOC# 584001 |
| | FALLS CHURCH, VA |
| Car Description: | SIREQUINOXFWD1S  LDTA99 |
| Veh. No.: | 1992643 |

| CAR CLASS | Charged: | L | MILEAGE | In: | 46,292 |
|---|---|---|---|---|---|
| | Rented: | F4 | | Out: | 45,279 |
| | Reserved: | L | | Driven: | 1,013 |

**MISCELLANEOUS INFORMATION**
CC AUTH:  828171  DATE:  2022/04/18  AMT:  649.00

**RENTAL CHARGES**

| | | | |
|---|---|---|---|
| DAYS | 3 @ | 90.00 | 270.00 |
| SUBTOTAL | | | 270.00 |
| | | | |
| DAMAGE WAIVER (CDW/LDW) | | | 80.97 |
| FUEL PURCHASE OPTION | | | 61.22 |
| VEHICLE LICENSE FEE | | | 1.17 |
| TAX | | 10.00% | 35.22 |
| | | | |
| TOTAL CHARGES | | | 448.58 USD |

**Gold Plus Rewards Points**
Earned this rental:   412

**E-RETURN RECEIPT**

                                        THANK YOU FOR RENTING FROM HERTZ

---

| | |
|---|---|
| Rental Agreement No: | 528142554 |
| Date: | 04/20/2022 |
| Document: | 982000674085 |

| | |
|---|---|
| Renter: | MICHELLE PARFITT |
| Account No.: | ***********6006 AMX |

**Direct All Inquiries To:**
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120
UNITED STATES

Web:        www.hertz.com

| TOTAL CHARGES | 448.58 USD |
|---|---|

GCM1A4        0090 GC



# Ashcraft & Gerel, LLP

*Established in 1953*

Attorneys & Counsellors at Law
Lee C. Ashcraft 1908 – 1993 | Martin E. Gerel 1918 – 2011

Michelle A. Parfitt, Esq.
mparfitt@ashcraftlaw.com
Main:  202-783-6400
Direct:  703-824-4772

*Please respond to the Washington, DC Office.*

June 6, 2022

Valerie L. Luckenbach
McManimon, Scotland & Baumann, LLC
75 Livingston Avenue, 2nd Floor
Roseland, NJ 07068

> Re:  **Invoice #190350**
> **LTL Management**

Dear Ms. Luckenbach:

Enclosed please find a check in the amount of $60.00 regarding the above referenced invoice.

Thank you for your assistance in this matter.

Very truly yours,

Michelle A. Parfitt

Michelle A. Parfitt

MAP/ep
Enclosure

Baltimore
10 East Baltimore St.
Suite 1212
Baltimore, MD 21202

Fairfax
8280 Willow Oaks Corp. Dr.
Suite 600
Fairfax, VA 22031

Landover
4301 Garden City Dr.
Suite 301
Landover, MD 20785

Silver Spring
8403 Colesville Rd.
Suite 1250
Silver Spring, MD 20910

Washington D.C.
1825 K Street, NW
Suite 700
Washington, D.C., 20006

| ASHCRAFT & GEREL LLP / ATTORNEYS AT LAW | | | | | | 432113 |
| DATE | INVOICE NUMBER | | | MEMO | | BALANCE |
| 04/26/2022 | 0004521841 90350 | LTL MANAGEMENT | | 01  -180  -61427-00000 | | 60.00 |
| | | 570- | 4 | | | |
| | | | LTL Management | | | |

| CHECK DATE | CHECK NUMBER | | | | | |
| 06/06/2022 | 000432113 | | | | TOTAL | 60.00 |

---

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**ASHCRAFT & GEREL LLP**
ATTORNEYS AT LAW
OPERATIONS ACCOUNT
8403 COLESVILLE ROAD STE 1250
SILVER SPRING, MD 20910

HANCOCK WHITNEY BANK
228 ST. CHARLES AVENUE
NEW ORLEANS, LA 70130
84-15/654

432113

PAY:

*Sixty and 00/100 Dollars*

| NUMBER | DATE | AMOUNT |
|---|---|---|
| 000432113 | 06/06/2022 | *********60.00 |

TO THE ORDER OF

MCMANIMON, SCOTLAND & BAUMANN, LLC

75 Livingston Avenue
2nd Floor
Roseland, NJ 07068

*Margene Murrell*

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑆432113⑆ ⑇065400153⑇ 000060130834⑈

---

| ASHCRAFT & GEREL LLP / ATTORNEYS AT LAW | | 1005951 | MCMANIMON, SCOTLAND & BAUMANN, LLC | | | 432113 |
| DATE | INVOICE NUMBER | | | MEMO | | BALANCE |
| 04/26/2022 | 0004521841 90350 | LTL MANAGEMENT | | 01  -180  -61427-00000 | | 60.00 |
| | | 570- | 4 | | | |
| | | | LTL Management | | | |

| CHECK DATE | CHECK NUMBER | | | | | |
| 06/06/2022 | 000432113 | | | | TOTAL | 60.00 |



75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

Rebecca Love/Ashcraft & Gerel LLP  CLIENT #  00053284-00001
             INVOICE #  190350
             INVOICE DATE: April 26, 2022

             BILLING REF:  AS1


### INVOICE SUMMARY

For professional services rendered through 03/31/22, in connection with the matter titled:

#### LTL Management

| | |
|---|---|
| TOTAL FEES | 60.00 |
| TOTAL DISBURSEMENTS ADVANCED | 0.00 |
| **TOTAL FOR INVOICE** | **60.00** |
| | |
| **PREVIOUS BALANCE** | **0.00** |
| **TOTAL BALANCE DUE** | **60.00** |



MS&B    McMANIMON · SCOTLAND · BAUMANN          75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

LOVE, REBECCA/ASHCRAFT & GEREL LLP                Apr 26, 2022        PAGE    2


                    PROFESSIONAL SERVICES RENDERED

  DATE     ATTY              DESCRIPTION            HOURS      AMOUNT

  03/07/22 SBP Revise pro hac applications for filing      .20      60.00


  TOTAL FEES:                                        .20      60.00


  DATE        CODE              DESCRIPTION              AMOUNT

  TOTAL DISBURSEMENTS                                        .00



LOVE, REBECCA/ASHCRAFT & GEREL LLP          Apr 26, 2022      PAGE   3


ACCOUNTS RECEIVABLE INVOICES OUTSTANDING LISTING

INVOICE #      INVOICE DATE     INVOICE TOTAL   PAYMENTS RECEIVED    ENDING BALANCE

                                PREVIOUS BALANCE                    .00

                                **BALANCE DUE THIS INVOICE**      60.00

                                **TOTAL BALANCE DUE**            60.00

McManimon, Scotland & Baumann, LLC
Newark • Roseland • Trenton • New York

# Ashcraft & Gerel, LLP

**Alexandria, VA Office**

4900 Seminary Rd., Suite 650, Alexandria, VA 22311

## Expense Voucher

| | | | |
|---|---|---|---|
| **Name** | James Green | **Employee Number** | |
| **Office** | Washington, DC | **Dept. No.** | 180 |
| **Departed** | 5/3/2022 | **Returned** | 5/4/2022 |
| **Destination** | New Jersey | | |
| **Expenses Incurred for** | Total A&G | Your Office | Client |
| **Client Name** | Talcum MDL | **Client Matter No.** | 570-04 |
| **Travel Advance Check No.** | | **Advance Amount** | |
| **Business Associate (s)** | | | |
| **Business Purpose** | LTL Bankruptcy Hearing | | |

| Expense Description | Total Expense Amount | Paid by A&G CRFD Card | Paid by A&G Checks | Check # | Paid by Employee |
|---|---|---|---|---|---|
| Hotel | $269.64 | ☐ | ☐ | | ☑ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| **Other Expenses (*Please Describe*)** | | | | | |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| **Expense Total** | $269.64 | | | | |

Documentary evidence is required for all expenditures.  Please obtain receipts whenever possible.  Authorized signature other than yours is required before payment can be processed.

JFG
_____
**Employee Signature**               **Date**

_____
**Approval Signature**               **Date**

| **FOR ACCOUNTING USE ONLY** |
|---|
| **Total Expenses** _____ |
| **Total Paid by A&G** _____ |
| **Advance Amount** _____ |
| **Amount Reimb.** _____ |
| **Check #** _____ |



MARRIOTT

PRINCETON MARRIOTT FORRESTAL

GUEST FOLIO

| 3214 | GREEN/JAMES | | 195.00 | 05/04/22 | 12:00 | 1965 |
|---|---|---|---|---|---|---|
| ROOM | NAME | | RATE | DEPART | TIME | ACCT# |
| GD | 6522 HEATHER BROOK | | | 05/03/22 | 17:27 | |
| TYPE | MCLEAN VA 22101 | | | ARRIVE | TIME | |
| 11 | | | | | | |
| ROOM | ADDRESS | | VSXXXXXXXXXXXX9607 | | | MBV#:   061750071 |
| CLERK | | | PAYMENT | | | |

| DATE | REFERENCES | | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|---|
| 05/03 | M CLUB | 1NG/1PER | | 30.00 | | |
| 05/03 | ROOM TAX | 1NG/1PER | | 1.99 | | |
| 05/03 | OCC TAX | 1NG/1PER | | 1.50 | | |
| 05/03 | MUNI TX | 1NG/1PER | | .90 | | |
| 05/03 | MARKET | 40373214 | | 11.73 | | |
| 05/03 | TR ROOM | 3214, 1 | | 195.00 | | |
| 05/03 | ROOM TAX | 3214, 1 | | 12.92 | | |
| 05/03 | OCC TAX | 3214, 1 | | 9.75 | | |
| 05/03 | MUNI TX | 3214, 1 | | 5.85 | | |

269.64

See our "Privacy & Cookie Statement" on Marriott.com



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ 08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

# Ashcraft & Gerel, LLP

### Alexandria, VA Office
4900 Seminary Rd., Suite 650, Alexandria, VA 22311

### Expense Voucher

| | | | |
|---|---|---|---|
| Name | Michelle Parfitt | Employee Number | |
| Office | Washington, DC | Dept. No. | 180 |
| Departed | 3/29/2022 | Returned | 3/30/2022 |
| Destination | New Jersey | | |
| Expenses Incurred for | Total A&G | Your Office | Client |
| Client Name | Talcum MDL | Client Matter No. | 570-04 |
| Travel Advance Check No. | | Advance Amount | |
| Business Associate (s) | | | |
| Business Purpose | LTL Bankruptcy Hearing | | |

| Expense Description | Total Expense Amount | Paid by A&G CRFD Card | Paid by A&G Checks | Check # | Paid by Employee |
|---|---|---|---|---|---|
| Tolls | $14.54 | ☐ | ☐ | | ☑ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| Other Expenses (*Please Describe*) | | | | | |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| Expense Total | $14.54 | | | | |

Documentary evidence is required for all expenditures.  Please
obtain receipts whenever possible.  Authorized signature other
than yours is required before payment can be processed.

MAP
_____        _____
**Employee Signature**                        **Date**


_____        _____
**Approval Signature**                        **Date**

### FOR ACCOUNTING USE ONLY

**Total Expenses**          _____
**Total Paid by A&G**       _____
**Advance Amount**          _____
**Amount Reimb.**           _____
**Check #**                 _____

## Fwd: [POTENTIALLY SUSPICIOUS MESSAGE] Hertz Toll Receipt

Michelle Parfitt <mparfitt@ashcraftlaw.com>

Wed 5/4/2022 10:16 AM

To: Nan Parfitt <nparfitt@ashcraftlaw.com>;Ellen Pascal <epascal@ashcraftlaw.com>

New Jersey hearing , may4
Get Outlook for iOS

---

**From:** HertzTollProcessing@PlatePass.com <HertzTollProcessing@PlatePass.com>
**Sent:** Wednesday, May 4, 2022 1:32:53 AM
**To:** Michelle Parfitt <mparfitt@ashcraftlaw.com>
**Subject:** [POTENTIALLY SUSPICIOUS MESSAGE] Hertz Toll Receipt

**[Message from Cantey Tech Consulting - Mimecast Email Security] * This message contains suspicious characteristics and has possibly originated outside your organization. * Please verify this email is legitimate and comes from a trusted resource. * if you have questions, email help@canteytech.com or phone at 843-278-1827**

---

 

### Receipt 170015071

---

**Rental Agreement:** 428341185

**Rental Start Date:** 03/29/2022

**Rental End Date:** 03/30/2022

**Last Name:** PARFITT

**Pickup Location:** 0584001 WEST BROAD ST HLE

**Return Location:** 0584001 WEST BROAD ST HLE

**Amount Due:** $0.00

**Thank you for renting with Hertz.**
Hertz utilizes a service called PlatePass which allows its customers to use cashless lanes or all-electronic tollways without using a personal transponder or paying the toll authority directly. The card used for your Hertz rental was charged the cost of the toll(s) and the convenience fee(s) as disclosed in your rental agreement. No further payment or action is necessary. Additional charges may apply if new information is received from toll authorities relating to this rental agreement.

## Summary of PlatePass Charges

---

**Toll Charges: $14.54**

Total:    $14.54

Amount Charged:        $14.54

AMEX ending in 6006

Amount Due:        $0.00

Need itemized receipt?                    Need more information?

www.PlatePass.com            PlatePass FAQ        Contact PlatePass

**Please do not respond to this email as it is from an automated system.**

This message (including attachment(s)) may contain information that is privileged, confidential or protected from disclosure. If you are not the intended recipient, you are hereby notified that dissemination, disclosure, copying, distribution or use of this message or any information contained in it is strictly prohibited. If you have received this message in error, please delete this message from your computer. Although we have taken steps to ensure that this e-mail and attachments are free from any virus, we advise that in keeping with good computing practice the recipient should ensure they are actually virus free.

# Ashcraft & Gerel, LLP

**Alexandria, VA Office**

4900 Seminary Rd., Suite 650, Alexandria, VA 22311

## Expense Voucher

| | | | |
|---|---|---|---|
| Name | Michelle Parfitt | Employee Number | |
| Office | Washington, DC | Dept. No. | 180 |
| Departed | 4/18/2022 | Returned | 4/20/2022 |
| Destination | New York | | |
| Expenses Incurred for | Total A&G | Your Office | Client |
| Client Name | Talcum MDL | Client Matter No. | 570-04 |
| Travel Advance Check No. | | Advance Amount | |
| Business Associate (s) | | | |
| Business Purpose | LTL Bankruptcy Meeting | | |

| Expense Description | Total Expense Amount | Paid by A&G CRFD Card | Paid by A&G Checks | Check # | Paid by Employee |
|---|---|---|---|---|---|
| Parking | $90.00 | ☐ | ☐ | | ☑ |
| Meal | $3.06 | ☐ | ☐ | | ☑ |
| Meal | $14.91 | ☐ | ☐ | | ☑ |
| Fuel | $42.67 | ☐ | ☐ | | ☑ |
| | | ☐ | ☐ | | ☐ |
| Other Expenses (*Please Describe*) | | | | | |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| Expense Total | $150.64 | | | | |

Documentary evidence is required for all expenditures.  Please
obtain receipts whenever possible.  Authorized signature other
than yours is required before payment can be processed.

MAP
_____
**Employee Signature**            **Date**

_____
**Approval Signature**            **Date**

| FOR ACCOUNTING USE ONLY |
|---|
| Total Expenses   _____ |
| Total Paid by A&G   _____ |
| Advance Amount   _____ |
| Amount Reimb.   _____ |
| Check #   _____ |

MAP   4/18/22 - 4/20/22   -   NY CTL
(ADDTL. RECEIPTS)

PARKING                                           MEAL

---

235 West 48th Street Garage     Ticket: 908371
235 West 48th Street                      LDTA99
New York ,NY 10036              Gray Chevrolet
DCA License: 2098788                    STANDARD

:     04/18/2022 06:15PM Rate:        $76.03
      04/20/2022 08:19AM Tax:         $13.97
ion:            1d14h3m Total:        $90.00

uron Code                           1.
Coupon Value:                          .

DATETIME:2022/04/20 08:20:56 AM
TRANS TYPE:SALE      ENTRY METHOD:Chip Read
CARD TYPE:VISA       APP LABEL:VISA DEBIT
APPROVAL:054959      STATUS:A
    REF:000          TVR:8080008000
    CVM:Signature
    PAN:2668         EXP:**/**
    NAME:PARFITT/ MIC

Approval
AMOUNT    USD $90.00

I agree to pay above total amount according t
card issuer agreement.

PARFITT/ MICHELLE

Customer Signature
ease allow up to 45min for your car to be
vered.
CUSTOMER COPY

---

AREAS USA MDTP, LLC.
MARKETPLACE
MARYLAND HOUSE SERVICE PLAZA
31992 Keri T

------------------------------
CHK 27702
4/18/2022 1:18 PM
------------------------------

Take Out

SM PEG COFFEE                2.89

N/A Beverage              $2.89
Tax                       $0.17
Payment                   $3.06
Change Due                $0.00
Visa (US)                 $3.06
XXXXXXXXXXXX2668

---------- Check Closed ----------
4/18/2022 1:19 PM

For Guest Service, email:
guestservice@areas.com
or 1(800)483-8990

Complete a brief survey at
www.areasask.com

MAD   4/18/22 - 4/20/22 -   NY   CTL
(ADDTL. RECEIPTS)

MEAL                                      FUEL

ROY ROGERS
WALT WHITMAN TRAVEL PLAZA

29446 Rafaela
- - - - - - - - - - - - - - - - - - - - - -
CHK 6679
       APR20'22 10:24AM
- - - - - - - - - - - - - - - - - - - - - -

2 HMS ALMD ENG 5.5    13.98
PP Almond Energy Trail M
5.5oz

SUBTOTAL            13.9
TAX                  0.9
AMOUNT PAID    14.91
AT017813 XXX2668
VISA CC            14.91
29446 Closed APR20 10:24AM---

Your order number is: 667

DATE 4/20/22 10:15
TRAN# 4034 87
ATTEND # 3
PUMP#
SERVICE LEVEL: FULL
PRODUCT
GALLON:            259
PRICE/G:           259
FUEL SALE          67
   CREDIT         .67

                 42.67

USD$42.67
***********6006
Entry: Chip Read
AppName: AMERICAN EX
PRESS
AuthNet: AMEX
MODE: Issuer
AID: A00000002501080
1
Auth #: 881191
Resp Code: 000
Stan: 011383881
Invoice #: 700971
Shift #: 1
Store # ***********
****

CALL TODAY TO
APPLY AT
856-428-1250

# Ashcraft & Gerel, LLP

**Alexandria, VA Office**

4900 Seminary Rd., Suite 650, Alexandria, VA 22311

## Expense Voucher

| | | | |
|---|---|---|---|
| Name | Michelle Parfitt | Employee Number | |
| Office | Washington, DC | Dept. No. | 180 |
| Departed | 5/3/2022 | Returned | 5/4/2022 |
| Destination | New Jersey | | |
| Expenses Incurred for | Total A&G | Your Office | Client |
| Client Name | Talcum MDL | Client Matter No. | 570-04 |
| Travel Advance Check No. | | Advance Amount | |
| Business Associate (s) | | | |
| Business Purpose | LTL Bankruptcy Hearing | | |

| Expense Description | Total Expense Amount | Paid by A&G CRFD Card | Paid by A&G Checks | Check # | Paid by Employee |
|---|---|---|---|---|---|
| Hotel | $257.91 | ☐ | ☐ | | ☑ |
| Rental Car | $407.83 | ☐ | ☐ | | ☑ |
| Meal | $6.65 | ☐ | ☐ | | ☑ |
| Parking | $12.00 | ☐ | ☐ | | ☑ |
| | | ☐ | ☐ | | ☐ |
| Other Expenses (*Please Describe*) | | | | | |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| Expense Total | $684.39 | | | | |

Documentary evidence is required for all expenditures.  Please
obtain receipts whenever possible.  Authorized signature other
than yours is required before payment can be processed.

MAP

_____          _____
**Employee Signature**                          **Date**

_____          _____
**Approval Signature**                           **Date**

| FOR ACCOUNTING USE ONLY |
|---|
| Total Expenses _____ |
| Total Paid by A&G _____ |
| Advance Amount _____ |
| Amount Reimb. _____ |
| Check # _____ |

**Fwd: Hertz Receipt**

Michelle Parfitt <mparfitt@ashcraftlaw.com>
Thu 5/5/2022 8:24 AM
To: Nan Parfitt <nparfitt@ashcraftlaw.com>
Cc: Ellen Pascal <epascal@ashcraftlaw.com>

Receipt from the car rental for this weeks court hearing in jersey. Thanks, MAP

Begin forwarded message:

**From:** "Hertz" <HertzNoReply@rentals.hertz.com>
**Subject: Hertz Receipt**
**Date:** May 5, 2022 at 7:56:47 AM EDT
**To:** <mparfitt@ashcraftlaw.com>
**Reply-To:** "NoReply" <HertzNoReply@rentals.hertz.com>

Here's Your Hertz Rental Car Receipt.                                     VIEW ONLINE



# We're here to get you there.



## Your Receipt

### VIEW RECEIPT

|  | # | 01 PN | **RR** |  | **546018675** |
|--|---|-------|--------|--|---------------|
|  |   |       | RES    |  | K11008796E9   |

**MICHELLE PARFITT**

## INITIAL CHARGES

| | | | | | | |
|---|---|---|---|---|---|---|
| RENT RT | $ | 98.54/ DAY | @ | 2/ DAYS | $ | 197.08 |
| **SUBTOTAL** | | | | | T $ | **197.08** |

## CHARGES ADDED DURING RENTAL

| | | | | | |
|---|---|---|---|---|---|
| LDW | ACCEPTED @ $ | 26.99 | DAY | T $ | 53.98 |
| LIS | ACCEPTED @ $ | 17.11 | DAY | T $ | 34.22 |
| PAI, PEC | ACCEPTED @ $ | 7.51 | DAY | T $ | 15.02 |
| PREM RD SVC | DECLINED | | | | |
| FPO | ACCEPTED | | | $ | 65.66 |
| ADDITIONAL CHARGES* | | | | T $ | 9.98 |

* ADDITIONAL CHARGES

| | | | | |
|---|---|---|---|---|
| SAT RADIO | $ | 4.99 DY/ | 34.93 WK/ | |

## SERVICE CHARGES/TAXES

| | | | | | |
|---|---|---|---|---|---|
| VEHICLE LICENSE COST RECOVERY | | | | T $ | .78 |
| TAX | 10.000% | ON TAXABLE TTL OF $ | 311.06 | $ | 31.11 |

## TOTAL AMOUNT DUE                                         $    **407.83**

CHARGED ON        AMX              XXXXXXXXXX6006

**FOR EXPLANATION OF THE ABOVE CHARGES,
PLEASE ASK A REPRESENTATIVE OR GO TO
WWW.HERTZ.COM/CHARGEEXPLAINED**

| | |
|---|---|
| VEHICLE: | 01494/625979019SIREQUINOXAWD1S |
| LICENSE: | FL74BKQR |
| FUEL: | FULL8 /8 /8<br>8 |
| | OUT  IN |
| MILEAGE IN:  23437 | TR-X MILES: |
| MILEAGE OUT:  23030 | MILES ALLOWED: |
| MILES DRIVEN:  407 | MILES CHARGED: |
| CDP: | 00099 |
| | WEST |
| RENTED: | BROAD |
| | ST HLE |
| RENTAL: | 05/03/2208:52 |
| RETURN: | 05/05/2207:54 |
| | WEST |
| RETURNED: | BROAD |
| | ST HLE |
| COMPLETED BY: | 5231/VAFAL01 |
| PLAN IN:  OAUD2 | RATE CLASS:  L |
| PLAN OUT: | OAUD2 |

www.Hertz.com







Reservations  |  Contact Us  |  FAQs  |  Privacy Policy

This electronic-mail message contains confidential information intended only for the use of the individual or entity named. If the reader of this message is not the intended recipient, the reader is hereby notified that any dissemination, distribution, copying or other use of this message is strictly prohibited and is hereby instructed to return or destroy this copy of this message.

® Reg. U.S. Pat. Off. ©2022 The Hertz Corporation. All rights reserved.

5601 Northwest Expressway, Oklahoma City, OK 73132 U.S.A.

5/5/2022, 8:54 AM



**MARRIOTT**

### PRINCETON MARRIOTT FORRESTAL

**GUEST FOLIO**

| | | | | | |
|---|---|---|---|---|---|
| 2214<br>ROOM | PARFITT/MICHELLE<br>NAME | 195.00<br>RATE | 05/04/22<br>DEPART | 07:24<br>TIME | 1964<br>ACCT# |
| GD<br>TYPE | 207 E COLUMBIA ST | | 05/03/22 | 17:28 | |
| 76 | FALLS CHURCH VA 22046-3526 | | ARRIVE | TIME | |
| ROOM<br>CLERK | ADDRESS | AXXXXXXXXXXX6006<br>PAYMENT | | | MBV#   285246737 |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|
| 05/03 | M CLUB | 1NGT/1PE | 30.00 | | |
| 05/03 | ROOM TAX | 1NGT/1PE | 1.99 | | |
| 05/03 | OCC TAX | 1NGT/1PE | 1.50 | | |
| 05/03 | MUNI TX | 1NGT/1PE | .90 | | |
| 05/03 | TR ROOM | 2214, 1 | 195.00 | | |
| 05/03 | ROOM TAX | 2214, 1 | 12.92 | | |
| 05/03 | OCC TAX | 2214, 1 | 9.75 | | |
| 05/03 | MUNI TX | 2214, 1 | 5.85 | | |
| 05/04 | CCARD-AX | | | 257.91 | |

PAYMENT RECEIVED BY: AMERICAN EXPRESS XXXXXXXXXXXX6006
*********** AUTHORIZATION *************
APPROVED
Total: $245.00 Card Type: AMEX Card Entry  CHIP Acct #: **********6006 Approval Code: 860223
********** EMV AUTHORIZATION **********
App Label: AMERICAN EXPRESS Mode: Issuer
AID: A000000025010801 TVR: 0000008000 IAD: 06560103602002 TSI: F800 ARC: 00 AC: 71C043DC9DA8BC04
CVM: 5E0300

.00

### See our "Privacy & Cookie Statement" on Marriott.com

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your
Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy
benefits.**



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ 08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card
entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will
owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the
maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

MUP - 5/3/22 - 5/4/22          NJ

MEAN                                              PARKING

```
        WELCOME TO
          SUNOCO
     ****************
          Sunoco
     JFK I95 Mark 96
   North East MD 21901


Description      Qty    Amount
-----------      ---    ------
HERR THIN CHIPS   1      2.19
HERR PB PRET 4 OZ 1      2.19
16 OZ HOT         1      1.89
                      ----------
            Subtotal   6.27
                 Tax   0.38
   TOTAL             6.65
            DEBIT $    6.65


SALE Receipt
US DEBIT USD$6.65
Payment from Primary Account
Acct/Card #: ************2668
Entry: Chip Read
APP LABEL: US DEBIT
MODE: Issuer
AuthNet: MAE DIR
AID:A0000000980840
Auth #: 143965
Resp Code: 000
Stan: 03262245162
Trace #: 381574
Invoice #: 381574
Shift #: 1
Store # ***************

Verified By PIN
No Signature Needed

MERCHANT COPY



ST# 652221 TILL XXXX DR# 1 TRAN# 1038508
CSH: 40           5/4/22 3:31:20 PM
```

```
*****************************
*****************************

WED 05-04-22 01:44 P

 [BASE]          $ 12.00
Total            $ 12.00

Card No.   XXXX XXXX 3
Charge Amount    $ 12

-------------------------

Change           $  0.00
```

# Ashcraft & Gerel, LLP

**Alexandria, VA Office**

4900 Seminary Rd., Suite 650, Alexandria, VA 22311

**Expense Voucher**

| Name | Michelle Parfitt | Employee Number | |
|---|---|---|---|
| Office | Washington, DC | Dept. No. | 180 |
| Departed | 4/11/2022 | Returned | 4/12/2022 |
| Destination | New Jersey | | |
| Expenses Incurred for | Total A&G | Your Office | Client |
| Client Name | Talcum MDL | Client Matter No. | 570-04 |
| Travel Advance Check No. | | Advance Amount | |
| Business Associate (s) | | | |
| Business Purpose | LTL Bankruptcy Hearing | | |

| Expense Description | Total Expense Amount | Paid by A&G CRFD Card | Paid by A&G Checks | Check # | Paid by Employee |
|---|---|---|---|---|---|
| Tolls (4/13/22) | $6.45 | ☐ | ☐ | | ☑ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| **Other Expenses (*Please Describe*)** | | | | | |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| **Expense Total** | **$6.45** | | | | |

Documentary evidence is required for all expenditures.  Please
obtain receipts whenever possible.  Authorized signature other
than yours is required before payment can be processed.

MAP
_____
**Employee Signature**                          **Date**

_____
**Approval Signature**                          **Date**

**FOR ACCOUNTING USE ONLY**

**Total Expenses** _____
**Total Paid by A&G** _____
**Advance Amount** _____
**Amount Reimb.** _____
**Check #** _____

MICHELLE A PARFITT                    Account Ending 8-56006                    p. 4/10

**Detail**                                            ♦ - denotes Pay Over Time and/or Cash Advance activity

**MICHELLE A PARFITT**
Card Ending 8-56006

                                                                          **Amount**

| | 553214 08540 | | | |
|---|---|---|---|---|
| 04/13/22 | HERTZ TOLL 428341185 | 877-411-4300 | VA | $6.45 ♦ |
| | P103217564 22046 | | | |
| | TOLL AND BRIDGE FEES | | | |

Continued on next page

# Ashcraft & Gerel, LLP

**Alexandria, VA Office**

4900 Seminary Rd., Suite 650, Alexandria, VA 22311

## Expense Voucher

| | | | |
|---|---|---|---|
| Name | James Green | Employee Number | |
| Office | Washington, DC | Dept. No. | 120 |
| Departed | 5/9/2022 | Returned | 5/12/2022 |
| Destination | New York | | |
| Expenses Incurred for | Total A&G | Your Office | Client |
| Client Name | Talcum MDL | Client Matter No. | 570-04 |
| Travel Advance Check No. | | Advance Amount | |
| Business Associate (s) | | | |
| Business Purpose | LTL Bankruptcy Mediation | | |

| Expense Description | Total Expense Amount | Paid by A&G CRFD Card | Paid by A&G Checks | Check # | Paid by Employee |
|---|---|---|---|---|---|
| Hotel | $1,595.09 | ☐ | ☐ | | ☑ |
| Amtrak (NYC to DC) | $196.00 | ☐ | ☐ | | ☑ |
| Cab | $17.88 | ☐ | ☐ | | ☑ |
| Uber | $50.71 | ☐ | ☐ | | ☑ |
| | | ☐ | ☐ | | ☐ |
| Other Expenses (*Please Describe*) | | | | | |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| Expense Total | $1,859.68 | | | | |

Documentary evidence is required for all expenditures.  Please
obtain receipts whenever possible.  Authorized signature other
than yours is required before payment can be processed.

JFG
_____          _____
**Employee Signature**                         **Date**


_____          _____
**Approval Signature**                         **Date**

| FOR ACCOUNTING USE ONLY |
|---|
| Total Expenses  _____ |
| Total Paid by A&G  _____ |
| Advance Amount  _____ |
| Amount Reimb.  _____ |
| Check #  _____ |

# The Michelangelo

### NEW YORK

James Green
207 East Columbia Street, Falls Church, VA, USA
Falls Church VA 22046
United States

Guest

| | | |
|---|---|---|
| Room No. | : | 736 |
| Arrival | : | 05-09-22 |
| Departure | : | 05-12-22 |
| Folio No. | : | 3573077 |
| Conf No. | : | 3492484 |
| Cashier | : | 18 |
| Booking Number | : | |
| Page No. | : | 1 |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 05-09-22 | Guest Room Charge | | 220.15 | |
| 05-09-22 | State Sales Tax - Room - 8.875% | | 19.54 | |
| 05-09-22 | City Sales Tax -Room - 5.875% | | 12.93 | |
| 05-09-22 | Occupancy Tax - Room | | 2.00 | |
| 05-09-22 | Javits Center Tax - Room | | 1.50 | |
| 05-09-22 | Residence Fee | | 35.00 | |
| 05-09-22 | State Sales Tax - Residence Fee 8.875 | | 3.11 | |
| 05-09-22 | City Sales Tax-Residence Fee 5.875% | | 2.06 | |
| 05-10-22 | iLounge - Breakfast | CHECK# 0035845 | 180.25 | |
| 05-10-22 | Guest Room Charge | | 386.10 | |
| 05-10-22 | State Sales Tax - Room - 8.875% | | 34.27 | |
| 05-10-22 | City Sales Tax -Room - 5.875% | | 22.68 | |
| 05-10-22 | Occupancy Tax - Room | | 2.00 | |
| 05-10-22 | Javits Center Tax - Room | | 1.50 | |
| 05-10-22 | Residence Fee | | 35.00 | |
| 05-10-22 | State Sales Tax - Residence Fee 8.875 | | 3.11 | |
| 05-10-22 | City Sales Tax-Residence Fee 5.875% | | 2.06 | |
| 05-11-22 | Guest Room Charge | | 476.10 | |
| 05-11-22 | State Sales Tax - Room - 8.875% | | 42.25 | |
| 05-11-22 | City Sales Tax -Room - 5.875% | | 27.97 | |
| 05-11-22 | Occupancy Tax - Room | | 2.00 | |
| 05-11-22 | Javits Center Tax - Room | | 1.50 | |
| 05-11-22 | Residence Fee | | 35.00 | |
| 05-11-22 | State Sales Tax - Residence Fee 8.875 | | 3.11 | |
| 05-11-22 | City Sales Tax-Residence Fee 5.875% | | 2.06 | |
| 05-12-22 | iLounge - Breakfast | CHECK# 0035918 | 41.84 | |
| 05-12-22 | Visa Payment | XXXXXXXXXXXX9607    XX/XX | | 1,595.09 |

*Handwritten note near iLounge Breakfast entries:* Parfitt, Green, Birchfield, O'Dell, Tisi, Robinson



LIFESTYLE℠

*Preferred*

HOTELS & RESORTS

# The Michelangelo

## NEW YORK

**James Green**
**207 East Columbia Street, Falls Church, VA, USA**
**Falls Church VA 22046**
**United States**

<u>Guest</u>

| | | |
|---|---|---|
| Room No. | : | 736 |
| Arrival | : | 05-09-22 |
| Departure | : | 05-12-22 |
| Folio No. | : | 3573077 |
| Conf No. | : | 3492484 |
| Cashier | : | 18 |
| Booking Number | : | |
| Page No. | : | 2 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| | | | |

| | Charges | Credits |
|---|---|---|
| **Total Charges** | 1,595.09 | |
| **Total Credits** | | 1,595.09 |
| **Balance** | | 0.00 |
| | | **USD** |



LIFESTYLE℠

Preferred
HOTELS & RESORTS

```
Merchant:Curb Mobility
Contact #:1(800) 488-870
4
email:cs@socurb.com

      CREDIT SALE

HACK #       :      05334708
MEDALLION   :         4G89
05/12/22 08:30-08:46
TRIP #       :         8731
RATE #       :            1
STAND. CITY RATE
Miles R1     :         1.28
FARE R1      :       $11.00
STATE SRCHG:         $0.50
IMP.SRCHG. :         $0.30
CGN. SRCH. :         $2.50
TIPS         :        $3.58
GRAND TOTAL:        $17.88
VISA              ***9607
AUTHOR.      :       03403C
MID:        ***********883
ENTRY METHOD:
CONTACT CHIP
AID:      A0000000031010
APPL. NAME:
CHASE VISA
ATC:                  0049
TRN REF #:29585249
VAL CODE:             BL42
REC/INV#:             8731
TID:       ***********312
Mode:              Issuer
```

*Hotel to PENN STATION*

```
Contact TLC DIAL 3-1-1
```

*Taxi*

PURCHASE RECEIPT

AMTRAK

Ticket Coupon
01 of 01

Date of Issue    Place of Issue    NYP    Res. #

PURCHASE RECEIPT

Riders

Baggage

800-USA-RAIL
RES# 24C6B3-120522
TKT# 1322478517318

Name of Passenger
WASHINGTON, DC

Name of Passenger
GREEN/JAMES

12May220850AM

141  NYP-WAS  12May22  $ 196.00

From

To

Endorsement/Restrictions

Carrier    Train    Date

Accom    Space/Car

PLEASE REFER TO YOUR ETICKET TRAVEL DOCUMENT FOR ADDITIONAL FARE RESTRICTION INFORMATION

Form of Payment
VI 9607  $196.00

MERCH ID
02478

Fare Plan
AUTH CODE
Pricing P    00973C

Ticket Coupon
Tkt. Ptr.

NOT VALID FOR TRAVEL

Rail Fare

Accom Charge

REFUND/EXCHNGE PENALTIES MAY APPLY
OTHER TERMS AND CONDITIONS APPLY.

Total Charge
$196.00

098184110920

NRPT 96    STOCK CONTROL NO.

SEE REVERSE SIDE FOR CONDITIONS OF CONTRACT.

TKT NO - DO NOT MARK OR STAMP IN THIS BLOCK

PASSENGER RECEIPT

May 12, 2022
Here's your updated ride receipt

# Total

# $50.71

You earned 81 points on this trip

**AMEX** $15.00 of your Amex Benefit has been applied to this trip.

| | |
|---|---|
| Trip fare | $33.27 |
| Subtotal | $33.27 |
| Booking Fee | $4.45 |
| Temporary Fuel Surcharge | $0.55 |
| Tips | $10.14 |
| DC Fee | $2.30 |

**Payments**

| | | |
|---|---|---|
| **Uber** | **Uber Cash** <br> 5/12/22 2:05 PM | $15.00 |
| AMEX | **American Express ····2009** <br> 5/12/22 2:05 PM | $25.57 |
| AMEX | **American Express ····2009** <br> 5/12/22 4:47 PM | $10.14 |

Receipt ID # ea81fe9c-db13-4506-94c5-a98b5673e0b1

**Uber Rewards**

Base points  ❓                                    81

2 points per eligible $ on Uber Comfort

# Ashcraft & Gerel, LLP

**Alexandria, VA Office**

4900 Seminary Rd., Suite 650, Alexandria, VA 22311

## Expense Voucher

| Name | James Green | Employee Number | |
|---|---|---|---|
| Office | Washington, DC | Dept. No. | 120 |
| Departed | 5/22/2022 | Returned | 5/24/2022 |
| Destination | New Jersey | | |
| Expenses Incurred for | Total A&G | Your Office | Client |
| Client Name | Talcum MDL | Client Matter No. | 570-04 |
| Travel Advance Check No. | | Advance Amount | |
| Business Associate (s) | | | |
| Business Purpose | LTL Bankruptcy Hearing | | |

| Expense Description | Total Expense Amount | Paid by A&G CRFD Card | Paid by A&G Checks | Check # | Paid by Employee |
|---|---|---|---|---|---|
| Hotel | $800.09 | ☐ | ☐ | | ☑ |
| Hotel meals | $150.44 | ☐ | ☐ | | ☑ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| **Other Expenses (*Please Describe*)** | | | | | |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| **Expense Total** | **$950.53** | | | | |

Documentary evidence is required for all expenditures.  Please
obtain receipts whenever possible.  Authorized signature other
than yours is required before payment can be processed.

JFG

**Employee Signature**                           **Date**

**Approval Signature**                           **Date**

| FOR ACCOUNTING USE ONLY |
|---|
| **Total Expenses** _____ |
| **Total Paid by A&G** _____ |
| **Advance Amount** _____ |
| **Amount Reimb.** _____ |
| **Check #** _____ |



**PRINCETON MARRIOTT FORRESTAL**

**GUEST FOLIO**

| 2308 ROOM | GREEN/JAMES NAME | 409.00 RATE | 05/24/22 DEPART | 08:38 TIME | 4066 ACCT# |
|---|---|---|---|---|---|
| EK TYPE | ASHCRAFT & GEREL | | 05/22/22 ARRIVE | 20:33 TIME | |
| 101 | 8403 COLESVILLE ROAD | | | | |
| ROOM CLERK | SILVER SPRIN MD 20910 ADDRESS | VSXXXXXXXXXXXXX9607 PAYMENT | | | MBV#:    061750071 |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|
| 05/22 | MARKET | 40182308 | 4.04 | | |
| 05/22 | IRON&IVY | 33002308 | 138.36 | | |
| 05/22 | MARKET | 40342308 | 8.04 | | |
| 05/22 | TR ROOM | 2308, 1 | 289.00 | | |
| 05/22 | ROOM TAX | 2308, 1 | 19.15 | | |
| 05/22 | OCC TAX | 2308, 1 | 14.45 | | |
| 05/22 | MUNI TX | 2308, 1 | 8.67 | | |
| 05/23 | TR ROOM | 2308, 1 | 409.00 | | |
| 05/23 | ROOM TAX | 2308, 1 | 27.10 | | |
| 05/23 | OCC TAX | 2308, 1 | 20.45 | | |
| 05/23 | MUNI TX | 2308, 1 | 12.27 | | |
| 05/24 | CCARD-VS | | | 950.53 | |

PAYMENT RECEIVED BY: VISA      XXXXXXXXXXXX9607
*********** AUTHORIZATION *************
APPROVED Card Type: VISA Card Entry: CHIP Acct #: ***********9607 Approval Code: 07249C
*********** EMV AUTHORIZATION ***********
App Label: VISA CREDIT Mode: Issuer
AID: A0000000031010 TVR: 0080008000 IAD: 06010A03602002 TSI: F800 ARC: 00 AC: 586AAAAD95586B47 CVM: 5E0000
.00

See our "Privacy & Cookie Statement" on Marriott.com



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ 08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1 5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

# Ashcraft & Gerel, LLP

**Alexandria, VA Office**

4900 Seminary Rd., Suite 650, Alexandria, VA 22311

## Expense Voucher

| Name | James Green | Employee Number | |
|------|-------------|-----------------|--|
| Office | Washington, DC | Dept. No. | 180 |
| Departed | 5/31/2022 | Returned | 6/2/2022 |
| Destination | New York | | |
| Expenses Incurred for | Total A&G | Your Office | Client |
| Client Name | Talcum MDL | Client Matter No. | 570-04 |
| Travel Advance Check No. | | Advance Amount | |
| Business Associate (s) | | | |
| Business Purpose | LTL Bankruptcy Mediation | | |

| Expense Description | Total Expense Amount | Paid by A&G CRFD Card | Paid by A&G Checks | Check # | Paid by Employee |
|---------------------|---------------------|----------------------|-------------------|---------|------------------|
| Hotel | $1,326.62 | ☐ | ☐ | | ☑ |
| Hotel meal | $90.77 | ☐ | ☐ | | ☑ |
| Hotel meal | $58.29 | ☐ | ☐ | | ☑ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| **Other Expenses (*Please Describe*)** | | | | | |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| **Expense Total** | **$1,475.68** | | | | |

Documentary evidence is required for all expenditures.  Please obtain receipts whenever possible.  Authorized signature other than yours is required before payment can be processed.

JFG
_____
**Employee Signature**

_____
**Approval Signature**

_____
**Date**

_____
**Date**

| FOR ACCOUNTING USE ONLY |
|---|
| Total Expenses _____ |
| Total Paid by A&G _____ |
| Advance Amount _____ |
| Amount Reimb. _____ |
| Check # _____ |

# THE KNICKERBOCKER

**Ms. Michelle Parfitt**
**8403 Colesville Road, Silver Spring, MD, USA**
**Silver Spring, MD 20910**
**United States**

| | |
|---|---|
| Room No. | : 0718 |
| Arrival | : 05-31-22 |
| Departure | : 06-02-22 |
| Folio No. | : 266240 |
| Conf. No. | : 407077 |
| Cashier No. | : 247 |

Company Name:
Group Name:
**INFORMATION INVOICE**

| Date | Description | Charges | Credits |
|---|---|---|---|
| 05-31-22 | St. Cloud - Dinner | 90.77 | |
| | Room# 0718 : CHECK# 6737 | | |
| 05-31-22 | Room Charge | 525.00 | |
| 05-31-22 | City Occupancy Tax - Room | 2.00 | |
| 05-31-22 | City Sales Tax - Room - 5.875% | 30.84 | |
| 05-31-22 | State Sales Tax - Room - 8.875% | 46.59 | |
| 05-31-22 | City Javits Center Tax - Room | 1.50 | |
| 05-31-22 | Residence Fee | 40.00 | |
| 05-31-22 | City Sales Tax - Residence Fee 5.875% | 2.35 | |
| 05-31-22 | State Sales Tax - Residence Fee 8.875% | 3.55 | |
| 06-01-22 | Charlie Palmer at the Knick  Breakfast NO TAX | 58.29 | |
| | Room# 0718 : CHECK# 763 | | |
| 06-01-22 | Room Charge | 545.00 | |
| 06-01-22 | City Occupancy Tax - Room | 2.00 | |
| 06-01-22 | City Sales Tax - Room - 5.875% | 32.02 | |
| 06-01-22 | State Sales Tax - Room - 8.875% | 48.37 | |
| 06-01-22 | City Javits Center Tax - Room | 1.50 | |
| 06-01-22 | Residence Fee | 40.00 | |
| 06-01-22 | City Sales Tax - Residence Fee 5.875% | 2.35 | |
| 06-01-22 | State Sales Tax - Residence Fee 8.875% | 3.55 | |
| 06-02-22 | Visa Payment | | 1,475.68 |
| | XXXXXXXXXXXX9607 | | |
| | 10/23 | | |

| | | |
|---|---|---|
| **Total Charges** | 1,475.68 | |
| **Total Credits** | | 1,475.68 |
| **Balance** | | **0.00** |

Page No. 1 of 1

# Ashcraft & Gerel, LLP

**Alexandria, VA Office**

4900 Seminary Rd., Suite 650, Alexandria, VA 22311

## Expense Voucher

| | | | |
|---|---|---|---|
| Name | **Michelle Parfitt** | Employee Number | |
| Office | **Washington, DC** | Dept. No. | 180 |
| Departed | 5/9/2022 | Returned | 5/12/2022 |
| Destination | **New York** | | |
| Expenses Incurred for | Total A&G | Your Office | Client |
| Client Name | **Talcum MDL** | Client Matter No. | **570-04** |
| Travel Advance Check No. | | Advance Amount | |
| Business Associate (s) | | | |
| Business Purpose | **LTL Bankruptcy Mediation** | | |

| Expense Description | Total Expense Amount | Paid by A&G CRFD Card | Paid by A&G Checks | Check # | Paid by Employee |
|---|---|---|---|---|---|
| Rental Car (1 way to NY) | $322.08 | ☐ | ☐ | | ☑ |
| Hotel | $1,389.00 | ☐ | ☐ | | ☑ |
| Return Flight | $158.60 | ☐ | ☐ | | ☑ |
| Checked Bag Fee | $30.00 | ☐ | ☐ | | ☑ |
| | | ☐ | ☐ | | ☐ |
| **Other Expenses (Please Describe)** | | | | | |
| Tolls | $39.52 | ☐ | ☐ | | ☑ |
| Tols | $4.00 | ☐ | ☐ | | ☑ |
| Dinner (5) | $596.17 | ☐ | ☐ | | ☑ |
| Meal | $10.44 | ☐ | ☐ | | ☑ |
| Cab (NYC) | $67.56 | ☐ | ☐ | | ☑ |
| Cab (DCA to home) | $39.08 | ☐ | ☐ | | ☑ |
| Tips | $20.00 | ☐ | ☐ | | ☑ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| **Expense Total** | **$2,676.45** | | | | |

Documentary evidence is required for all expenditures. Please obtain receipts whenever possible. Authorized signature other than yours is required before payment can be processed.

MAP
_____
**Employee Signature**

_____
**Date**

_____
**Approval Signature**

_____
**Date**

| FOR ACCOUNTING USE ONLY | |
|---|---|
| Total Expenses | _____ |
| Total Paid by A&G | _____ |
| Advance Amount | _____ |
| Amount Reimb. | _____ |
| Check # | _____ |

TALCUM POWDER MARKETING, SALES PRACTICES AND PRODUCT LIABILITY
LITIGATION
Time Detail Worksheet

| Timekeeper Name | Firm | Date | Hours | Description | Category |
|---|---|---|---|---|---|
| | | | | N.Y. City meeting – mediation w/ special MASTERS. 5.9.22 – to 5.12.22 | |
| | | | | TIP | 00.00 |
| | | | | Hertz (1-way) to N.Y. | 322.08 |
| | | 5.11.22 | | Dinneita (5) duriw/ mediatn (mae 96.20 7.M AB) | 596.17 |
| | | | | FOOD | 10.44 |
| | | | | Hotel. | 1389.00 |
| | | | | CAB. | 67.56 |
| | | | | augace – 1way return. | 30.00 |

**THE HERTZ CORPORATION**

Web:          www.hertz.com



| | |
|---|---|
| Rental Agreement No: | 548335992 |
| Date: | 05/09/2022 |
| Document: | 942000806869 |

| | |
|---|---|
| Renter: | MICHELLE PARFITT |
| Account No.: | ***********6006 AMX |
| CDP No.: | 1392782 |
| CDP Name: | HERTZ MEMBER PROGRAM |

**Direct All Inquiries To:**
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120

**CHARGE DETAIL**

**MICHELLE ADRIEN PARFITT**
**ASHCRAFT&GEREL**
**1825 K ST NW**
**WASHINGTON, DC 20006-1202**

**RENTAL REFERENCE**

| | |
|---|---|
| Rental Agreement No: | 548335992 |
| Reservation ID: | K1191489085 |
| Special Bill Info: | XXAAA |

**RENTAL DETAILS**

| | |
|---|---|
| Rate Plan: | IN: ICOE1    OUT: ICOE1 |
| Rented On: | 05/07/2022 12:30    LOC# 584001 |
| | FALLS CHURCH, VA |
| Returned On: | 05/09/2022 12:09    LOC# 195614 |
| | MANHATTAN, NY |
| Car Description: | TRAX FWD CTRG59 |
| Veh. No.: | 6372619 |

| CAR CLASS Charged: | F | MILEAGE | In: | 34,273 |
|---|---|---|---|---|
| Rented: | B4 | | Out: | 34,000 |
| Reserved: | F | | Driven: | 273 |

**MISCELLANEOUS INFORMATION**

CC AUTH: 807909  DATE: 2022/05/07  AMT:  552.00

**RENTAL CHARGES**

| | | | |
|---|---|---|---|
| DAYS | 2 @ | 119.99 | 239.98 |
| SUBTOTAL | | | 239.98 |
| DISCOUNT | | 4.00% | -9.60 |
| SUBTOTAL | | | 230.38 |
| | | | |
| LIABILITY INS. SUPPLEMENT | | | 34.22 |
| FUEL PURCHASE OPTION | | | 30.16 |
| VEHICLE LICENSE FEE | | | 0.78 |
| TAX | | 10.00% | 26.54 |

**Gold Plus Rewards Points**

Earned this rental:  261

| | |
|---|---|
| TOTAL CHARGES | 322.08 USD |

**E-RETURN RECEIPT**

**THANK YOU FOR RENTING FROM HERTZ**

---

| | |
|---|---|
| Rental Agreement No: | 548335992 |
| Date: | 05/09/2022 |
| Document: | 942000806869 |

**Direct All Inquiries To:**
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120
UNITED STATES

| | |
|---|---|
| Renter: | MICHELLE PARFITT |
| Account No.: | ***********6006 AMX |

| | |
|---|---|
| Web:    www.hertz.com | |

| | |
|---|---|
| TOTAL CHARGES | 322.08 USD |

GCM1A4          0090 GC

# The Michelangelo

### NEW YORK

|  |  |  |
|---|---|---|
| Room No. | : | 734 |
| Arrival | : | 05-09-22 |
| Departure | : | 05-12-22 |
| Folio No. | : | 3573076 |
| Conf No. | : | 3492483 |
| Cashier | : | 18 |
| Booking Number | : | |
| Page No. | : | 1 |

**michelle Parfitt**
**207 East Columbia Street, Falls Church, VA, USA**
**Falls Church VA 22046**
**United States**

<u>Guest</u>

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 05-09-22 | Guest Room Charge | | 220.15 | |
| 05-09-22 | State Sales Tax - Room - 8.875% | | 19.54 | |
| 05-09-22 | City Sales Tax -Room - 5.875% | | 12.93 | |
| 05-09-22 | Occupancy Tax - Room | | 2.00 | |
| 05-09-22 | Javits Center Tax - Room | | 1.50 | |
| 05-09-22 | Residence Fee | | 35.00 | |
| 05-09-22 | State Sales Tax - Residence Fee 8.875 | | 3.11 | |
| 05-09-22 | City Sales Tax-Residence Fee 5.875% | | 2.06 | |
| 05-10-22 | Guest Room Charge | | 386.10 | |
| 05-10-22 | State Sales Tax - Room - 8.875% | | 34.27 | |
| 05-10-22 | City Sales Tax -Room - 5.875% | | 22.68 | |
| 05-10-22 | Occupancy Tax - Room | | 2.00 | |
| 05-10-22 | Javits Center Tax - Room | | 1.50 | |
| 05-10-22 | Residence Fee | | 35.00 | |
| 05-10-22 | State Sales Tax - Residence Fee 8.875 | | 3.11 | |
| 05-10-22 | City Sales Tax-Residence Fee 5.875% | | 2.06 | |
| 05-11-22 | iLounge - Breakfast | CHECK# 0035886 | 16.00 | |
| 05-11-22 | Guest Room Charge | | 476.10 | |
| 05-11-22 | State Sales Tax - Room - 8.875% | | 42.25 | |
| 05-11-22 | City Sales Tax -Room - 5.875% | | 27.97 | |
| 05-11-22 | Occupancy Tax - Room | | 2.00 | |
| 05-11-22 | Javits Center Tax - Room | | 1.50 | |
| 05-11-22 | Residence Fee | | 35.00 | |
| 05-11-22 | State Sales Tax - Residence Fee 8.875 | | 3.11 | |
| 05-11-22 | City Sales Tax-Residence Fee 5.875% | | 2.06 | |
| 05-12-22 | American Express Payment | XXXXXXXXXXXX6006    XX/XX | | 1,389.00 |



# The Michelangelo

### NEW YORK

**michelle Parfitt**
**207 East Columbia Street, Falls Church, VA, USA**
**Falls Church VA 22046**
**United States**

<u>Guest</u>

| | | |
|---|---|---|
| Room No. | : | 734 |
| Arrival | : | 05-09-22 |
| Departure | : | 05-12-22 |
| Folio No. | : | 3573076 |
| Conf No. | : | 3492483 |
| Cashier | : | 18 |
| Booking Number | : | |
| Page No. | : | 2 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| | **Total Charges** | **1,389.00** | |
| | **Total Credits** | | **1,389.00** |
| | **Balance** | | **0.00** |
| | | | **USD** |



**AMERICAN EXPRESS**

## Platinum Card

MICHELLE A PARFITT
Closing Date 04/28/22

Account Ending 8-56006

---

| **Detail Continued** | | | ◆ - denotes Pay Over Time and/or Cash Advance activity |
|---|---|---|---|

| | | | Amount |
|---|---|---|---|
| MBNE CAR RENTALS | | OKLAHOMA CITY    OK | $115.68 |
| Location | | Date | *N.Y.C. Mediation* |
| Rental:  FALLS CHURCH VA | | 22/04/18 | |
| Return:  FALLS CHURCH VA | | 22/04/20 | |
| Agreement Number: 528142554 | | | |
| Renter Name: PARFITT /MICHELLE | | | |
| SUNOCO | | CHERRY HILL    NJ | $42.52 ◆ |
| 856-428-1250 | | | |
| NYC... | | New York    NY | $1,059.95 ◆ |
| 2123987017 | | | |
| 78A55VA AUTO... ASSVA AUTO | | CLIFTON FORGE    VA | $8.00 |
| 877-762-7824 | | | |
| EXPEDIA.COM TRAVEL | | SEATTLE    WA | $561.15 ◆ |
| AMERICAN AIRLINES | | | |
| From: | To: | Carrier:    Class: | |
| WASHINGTON NATIONA | ORLANDO INTERNATIO | AA    S | |
| | WASHINGTON NATIONA | AA    M | |
| Ticket Number: 00177291033006 | | Date of Departure: 05/26 | |
| Passenger Name: MENE/GERARD J | | | |
| Document Type: PASSENGER TICKET | | | |
| EXPEDIA.COM TRAVEL | | SEATTLE    WA | $553.15 ◆ |
| AMERICAN AIRLINES | | | |
| From: | To: | Carrier:    Class: | |
| WASHINGTON NATIONA | ORLANDO INTERNATIO | AA    S | |
| | WASHINGTON NATIONA | AA    M | |
| Ticket Number: 00177291033010 | | Date of Departure: 05/26 | |
| Passenger Name: PARFITT/MICHELLE A | | | |
| Document Type: PASSENGER TICKET | | | |
| PAYPAL MSND/FLOWERS | | 8005495670    CT | $61.15 ◆ |
| 8005495670 | | | |
| PAYPAL TUCKERNUCK | | 8885018101    DC | $235.42 ◆ |
| 8885018101 | | | |
| EXPEDIA.COM TRAVEL | | SEATTLE    WA | $158.60 ◆ |
| AMERICAN AIRLINES | | | |
| From: | To: | Carrier:    Class: | |
| NEW YORK LA GUARDI | ORLANDO INTERNATIO | AA    G | |
| Ticket Number: 00178119722211 | | Date of Departure: 05/12 | |
| Passenger Name: PARFITT/MICHELLE A | | | |
| Document Type: PASSENGER TICKET | | | |
| RECORD STORE | | INTERNET CHARGE    CA | |
| NYTI...COM NY TIMES DIGITAL | | (800)698-4637    NY | |
| ONLINE SUBS | | | |
| AMZN MKTP... | | AMZN.COM/BILL    WA | |
| BOOK STORES | | | |
| AMAZON.COM... | | AMZN.COM/BILL    WA | |
| MERCHANDISE | | | |
| AMAZON.COM... | | AMZN.COM/BILL    WA | |
| MERCHANDISE | | | |

Dates noted in left margin: 04/25/22; 5/12/22

Handwritten annotation: *N.Y. Mediation Return*

---

**GERARD LMENE**
Card Ending 8-54027

| | | | Amount |
|---|---|---|---|
| DRMX GARMENT CARE ...8 | | ASHBURN    VA | |
| 202-599-9090 | | | |
| DRMX GARMENT CARE ...7858368 | | ASHBURN    VA | |
| 202-599-9090 | | | |

jetBlue                     CEIPT

                                               2 May 22

Traveler(s):                        Confirmation Code:
PARFITT/MICHELLE A                      XVPCWE

Description:              Quantity:  Fee:

First Bag                     1       $30.00

                                      $30.00

****2668
AUTH 062002                      ABAKA048

Merchant:Curb Mobility
Contact #:1(800) 488-870
4
email:cs@gocurb.com

        CREDIT SALE

HACK #       :   05987427
MEDALLION    :      6L44
05/12/22 04:41-04:41
TRIP #       :       135
RATE #       :         5
NEGOTIATED RATE
Miles R5     :      0.00
FARE R5      :    $55.50
STATE SRCHG:      $0.50
IMP.SRCHG. :      $0.30
TIPS         :    $11.26
GRAND TOTAL:      $67.56
    SA          ***2668
    HOR.    :     094635
            ***********883
    RY METHOD:
    TACT CHIP
            A0000000031010
    OL. NAME:
    I DEBIT
                    00A0
    REF #:29577127
    CODE:          UH
    INU#:          135
            ***********3 3
    de:          Issu

        --- PANYNJ ------
        (25):
LGH_TermA
END (999):
VALID

CAB

## Fwd: [POTENTIALLY SUSPICIOUS MESSAGE] Hertz Toll Receipt

Michelle Parfitt <mparfitt@ashcraftlaw.com>
Fri 5/20/2022 8:39 AM
To: Nan Parfitt <nparfitt@ashcraftlaw.com>;Ellen Pascal <epascal@ashcraftlaw.com>
Cc: Michelle Parfitt <mparfitt@ashcraftlaw.com>

New York trip.

Thank you. MAP

Begin forwarded message:

**From:** <HertzTollProcessing@PlatePass.com>
**Subject: [POTENTIALLY SUSPICIOUS MESSAGE] Hertz Toll Receipt**
**Date:** May 20, 2022 at 2:35:51 AM EDT
**To:** <MPARFITT@ASHCRAFTLAW.COM>
**Reply-To:** "Information@platepass.com" <Information@platepass.com>

**[Message from Cantey Tech Consulting - Mimecast Email Security] * This message contains suspicious characteristics and
has possibly originated outside your organization. * Please verify this email is legitimate and comes from a trusted
resource. * if you have questions, email help@canteytech.com or phone at 843-278-1827**

          

Receipt 172453229

**Rental Agreement:** 548335992          **Last Name:** PARFITT

**Rental Start Date:** 05/07/2022        **Pickup Location:** 0584001 WEST
                                          BROAD ST HLE

**Rental End Date:** 05/09/2022          **Return Location:** 0195614 126 W. 55TH
                                          ST. (W)

                                          **Amount Due:** $0.00

**Thank you for renting with Hertz.**
Hertz utilizes a service called PlatePass which allows its customers to use cashless
lanes or all-electronic tollways without using a personal transponder or paying the toll
authority directly. The card used for your Hertz rental was charged the cost of the
toll(s) and the convenience fee(s) as disclosed in your rental agreement. No further
payment or action is necessary. Additional charges may apply if new information is
received from toll authorities relating to this rental agreement.

## Summary of PlatePass Charges

 **Toll Charges: $33.57**

**Convenience Fee: $5.95**

| | |
|---|---|
| Total: | $39.52 |
| Amount Charged: | $39.52 |

AMEX ending in 6006

Amount Due:    $0.00

Need itemized receipt?            Need more information?

www.PlatePass.com       PlatePass FAQ     Contact PlatePass

**Please do not respond to this email as it is from an automated system.**

This message (including attachment(s)) may contain information that is privileged, confidential or protected from disclosure. If you are not the intended recipient, you are hereby notified that dissemination, disclosure, copying, distribution or use of this message or any information contained in it is strictly prohibited. If you have received this message in error, please delete this message from your computer. Although we have taken steps to ensure that this e-mail and attachments are free from any virus, we advise that in keeping with good computing practice the recipient should ensure they are actually virus free.

## Fw: [POTENTIALLY SUSPICIOUS MESSAGE] Hertz Toll Receipt

Nan Parfitt <nparfitt@ashcraftlaw.com>
Tue 5/31/2022 9:29 AM

To: Ellen Pascal <epascal@ashcraftlaw.com>

Nan Parfitt
Mass Tort Coordinator
**Ashcraft & Gerel, LLP**
Direct Dial: (703) 824-4769
Office: (202) 783-6400
nparfitt@ashcraftlaw.com



---

**From:** Michelle Parfitt <mparfitt@ashcraftlaw.com>
**Sent:** Tuesday, May 31, 2022 8:39 AM
**To:** Nan Parfitt <nparfitt@ashcraftlaw.com>
**Subject:** Fwd: [POTENTIALLY SUSPICIOUS MESSAGE] Hertz Toll Receipt

Thank you

Get Outlook for iOS

---

**From:** HertzTollProcessing@PlatePass.com <HertzTollProcessing@PlatePass.com>
**Sent:** Tuesday, May 31, 2022 12:29:28 AM
**To:** Michelle Parfitt <mparfitt@ashcraftlaw.com>
**Subject:** [POTENTIALLY SUSPICIOUS MESSAGE] Hertz Toll Receipt

**[Message from Cantey Tech Consulting - Mimecast Email Security] * This message contains suspicious characteristics and has possibly originated outside your organization. * Please verify this email is legitimate and comes from a trusted resource. * if you have questions, email help@canteytech.com or phone at 843-278-1827**

---





## Receipt 172453229

**Rental Agreement:** 548335992

**Rental Start Date:** 05/07/2022

**Rental End Date:** 05/09/2022

**Last Name:** PARFITT

**Pickup Location:** 0584001 WEST BROAD ST HLE

**Return Location:** 0195614 126 W. 55TH ST. (W)

**Amount Due:** $0.00

**Thank you for renting with Hertz.**
Hertz utilizes a service called PlatePass which allows its customers to use cashless lanes or all-electronic tollways without using a personal transponder or paying the toll authority directly. The card used for your Hertz rental was charged the cost of the toll(s) and the convenience fee(s) as disclosed in your rental agreement. No further payment or action is necessary. Additional charges may apply if new information is received from toll authorities relating to this rental agreement.

## Summary of PlatePass Charges

**Toll Charges: $4.00**

| | |
|---|---|
| Total: | $4.00 |
| Amount Charged: | $4.00 |

AMEX ending in 6006

**Amount Due:        $0.00**

Need itemized receipt?                    Need more information?

www.PlatePass.com          PlatePass FAQ          Contact PlatePass

MEALS

The Capital Grille
120 W 51st Street
New York, NY 10020
212-246-0154

Check # :38327-8038

Table 21
... G
... PM 05/11/2022                    Gst 5
Transaction #:2022937784

AID: A000000025010801
TC: FFCBA70AE69F6153
App Name/Label: AMERICAN EXPRESS
Card Verification: Signature
DataSource: Chip

Card Number                Auth Code
XXXXXXXXXXx6006            849718
                          Amex

Check Amount      511.17

                  86.00

Gratuity...
                  d 596.17
Total...

Member agrees to pay total in
accordance with agreement governing
of such card.

---

STARBUCKS COFFEE
JOHN FENWICK TRAVEL PLAZA

9001844 Jadina
- - - - - - - - - - - - - - - - - - - -
CHK 3079                          GST 1
        MAY 09'22    9:39AM
- - - - - - - - - - - - - - - - - - - -
          TO GO

 1 LATTE               E        4.90
     W/ NF MILK
     0722386300011
 1 SQRL FRT & NUT              2.45
     Squirrel Fruit ard Nut
     0722386300011
 1 SQRL FRT & NUT              2.45
     Squirrel Fruit ard Nut

   SUBTOTAL                    9.80
   TAX                         0.64
   AMOUNT PAID       10.44
   AT004853 (XX2763
   VISA CC                    10.44
--9001844 Closed MAY09 09.39AM--

## Fwd: Receipt from Ashenafi Chali

Nan Parfitt <nparfitt@ashcraftlaw.com>
Thu 5/19/2022 8:16 AM
To: Ellen Pascal <epascal@ashcraftlaw.com>


**Lynan Parfitt**
Mass Tort Coordinator

**Ashcraft & Gerel, LLP**
1825 K Street, NW
Suite 700
Washington, DC 20006

703-824-4769
nparfitt@ashcraftlaw.com

Begin forwarded message:

> **From:** Michelle Parfitt <MParfitt@ashcraftlaw.com>
> **Date:** May 18, 2022 at 10:13:06 PM EDT
> **To:** Nan Parfitt <NParfitt@ashcraftlaw.com>
> **Cc:** Michelle Parfitt <MParfitt@ashcraftlaw.com>
> **Subject: Fwd: Receipt from Ashenafi Chali**
>
> fyi. New york jj trip.  Thank you. I have a plane ticket to send.
>
>> Begin forwarded message:
>>
>> **From:** Ashenafi Chali via Square <receipts@messaging.squareup.com>
>> **Subject: Receipt from Ashenafi Chali**
>> **Date:** May 16, 2022 at 11:22:43 PM EDT
>> **To:** <mparfitt@ashcraftlaw.com>
>> **Reply-To:** Ashenafi Chali via Square
>> <CAESKBIAGhpyX29peXZnc3p5aWl6ZGdtMmVsZXp0YXNzdSIIZGlhbG9ndWUiICX2sZJUzmrSo7Gq
>> zsLTBFtPELZ+vzzoDcm4qgjTX9nF@reply2.squareup.com>
>>
>> Now when you shop at sellers who use Square, your receipts will be delivered automatically.
>> Not your receipt?



Ashenafi Chali

Let Ashenafi Chali know how your experience was



# $39.08

---

**Custom Amount × 1**                                    **$31.26**

---

Purchase Subtotal                                          $31.26
Tip                                                            $7.82

---

Total                                                      **$39.08**

Ashenafi Chali

Visa 2668 (Contactless)         May 16 2022 at 11:15 PM

VISA                                                          #1Qlv

VISA CARDHOLDER                 Auth code: 082848

---

AID: A0000000980840

No CVM



**Receipt Settings**

Not your receipt?    Manage preferences

© 2022 Block, Inc. Privacy Policy

1455 Market Street, Suite 600

San Francisco, CA 94103

# Ashcraft & Gerel, LLP

**Alexandria, VA Office**

4900 Seminary Rd., Suite 650, Alexandria, VA 22311

## Expense Voucher

| | | | |
|---|---|---|---|
| Name | Michelle Parfitt | Employee Number | |
| Office | Washington, DC | Dept. No. | 180 |
| Departed | 5/22/2022 | Returned | 5/24/2022 |
| Destination | New Jersey | | |
| Expenses Incurred for | Total A&G | Your Office | Client |
| Client Name | Talcum MDL | Client Matter No. | 570-04 |
| Travel Advance Check No. | | Advance Amount | |
| Business Associate (s) | | | |
| Business Purpose | LTL Bankruptcy Mediation & Status Conference | | |

| Expense Description | Total Expense Amount | Paid by A&G CRFD Card | Paid by A&G Checks | Check # | Paid by Employee |
|---|---|---|---|---|---|
| Rental Car | $584.04 | ☐ | ☐ | | ☑ |
| Hotel | $804.09 | ☐ | ☐ | | ☑ |
| Parking | $24.00 | ☐ | ☐ | | ☑ |
| Gas | $87.83 | ☐ | ☐ | | ☑ |
| Tips | $10.00 | ☐ | ☐ | | ☐ |
| **Other Expenses (Please Describe)** | | | | | |
| | | ☐ | ☐ | | ☑ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| **Expense Total** | **$1,509.96** | | | | |

Documentary evidence is required for all expenditures. Please obtain receipts whenever possible. Authorized signature other than yours is required before payment can be processed.

MAP
**Employee Signature**                     **Date**

**Approval Signature**                      **Date**

**FOR ACCOUNTING USE ONLY**

Total Expenses _____
Total Paid by A&G _____
Advance Amount _____
Amount Reimb. _____
Check # _____

Expense:  N.J. medicine + Status Conference

5.23 to 5.24/

parking          12.00

tips             12.00
                  5.00
                  5.00
gas              8783

Hertz    - $ 584.04

hotel   —    804.09

**THE HERTZ CORPORATION**
Web:        www.hertz.com

| | |
|---|---|
| Rental Agreement No: | 575898993 |
| Date: | 05/25/2022 |
| Document: | 942000919865 |

**CHARGE DETAIL**

| | |
|---|---|
| Renter: | MICHELLE PARFITT |
| Account No.: | ***********7004 AMX |
| CDP No.: | 1392782 |
| CDP Name: | HERTZ MEMBER PROGRAM |

**Direct All Inquiries To:**
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120

**MICHELLE ADRIEN PARFITT**
**ASHCRAFT&GEREL**
**1825 K ST NW**
**WASHINGTON, DC 20006-1202**

**RENTAL REFERENCE**

| | |
|---|---|
| **Rental Agreement No:** | 575898993 |
| **Reservation ID:** | K13138931D6 |

**RENTAL DETAILS**

| | |
|---|---|
| Rate Plan: | IN: OAUE3   OUT: OAUE3 |
| Rented On: | 05/21/2022 12:24   LOC# 584001 |
| | FALLS CHURCH, VA |
| Returned On: | 05/24/2022 17:32   LOC# 584001 |
| | FALLS CHURCH, VA |
| Car Description: | SIRGR CHER 4W3S  06BLDI |
| Veh. No.: | 7514854 |

| CAR CLASS | Charged: | L | **MILEAGE** | In: 20,827 |
|---|---|---|---|---|
| | Rented: | L | | Out: 20,035 |
| | Reserved: | L | | Driven: 792 |

**MISCELLANEOUS INFORMATION**
CC AUTH:  823465   DATE:  2022/05/21   AMT:   784.00

**RENTAL CHARGES**

| | | | |
|---|---|---|---|
| DAYS | 4 @ | 79.81 | 319.24 |
| SUBTOTAL | | | 319.24 |
| | | | |
| DAMAGE WAIVER (CDW/LDW) | | | 107.96 |
| FUEL PURCHASE OPTION | | | 112.40 |
| VEHICLE LICENSE FEE | | | 1.56 |
| TAX | | 10.00% | 42.88 |
| | | | |
| TOTAL CHARGES | | | 584.04 USD |

**Gold Plus Rewards Points**
Earned this rental:   540

**E-RETURN RECEIPT**

THANK YOU FOR RENTING FROM HERTZ

---

| | |
|---|---|
| **Rental Agreement No:** | 575898993 |
| **Date:** | 05/25/2022 |
| **Document:** | 942000919865 |

| | |
|---|---|
| **Renter:** | MICHELLE PARFITT |
| **Account No.:** | ***********7004 AMX |

**Direct All Inquiries To:**
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120
UNITED STATES

Web:        www.hertz.com

| TOTAL CHARGES | 584.04 USD |
|---|---|

GCM1A4        0090 GC



MARRIOTT                          PRINCETON MARRIOTT FORRESTAL                          GUEST FOLIO

| 2302 ROOM | PARFITT/MICHELLE NAME | 409.00 RATE | 05/24/22 DEPART | 08:38 TIME | 4065 ACCT# |
|---|---|---|---|---|---|
| EK TYPE | ASHCRAFT & GEREL | | 05/22/22 | 20:31 | |
| 101 | 8403 COLESVILLE ROAD | | ARRIVE | TIME | |
| | SILVER SPRIN MD 20910 | | | | |
| ROOM CLERK | ADDRESS | AXXXXXXXXXXXXX7004 PAYMENT | | | MBV#:   285246737 |

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|
| 05/22 | MARKET        40352302 | 4.00 | | |
| 05/22 | TR ROOM       2302, 1 | 289.00 | | |
| 05/22 | ROOM TAX      2302, 1 | 19.15 | | |
| 05/22 | OCC TAX       2302, 1 | 14.45 | | |
| 05/22 | MUNI TX       2302, 1 | 8.67 | | |
| 05/23 | TR ROOM       2302, 1 | 409.00 | | |
| 05/23 | ROOM TAX      2302, 1 | 27.10 | | |
| 05/23 | OCC TAX       2302, 1 | 20.45 | | |
| 05/23 | MUNI TX       2302, 1 | 12.27 | | |
| 05/24 | CCARD-AX | | 804.09 | |

PAYMENT RECEIVED BY: AMERICAN EXPRESS XXXXXXXXXXXXX7004
************ AUTHORIZATION ************
APPROVED Card Type: AMEX Card Entry: CHIP Acct #: ***********7004 Approval Code: 874311
*********** EMV AUTHORIZATION ***********
App Label: AMERICAN EXPRESS Mode: Issuer
AID: A000000025010801 TVR: 0000008000 IAD: 06580103602402 TSI: E800 ARC: 00 AC: 77CC7FC4D9BB545C
CVM: 5E0300

.00

See our "Privacy & Cookie Statement" on Marriott.com



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

GAS

PARKING

JFK MEM. ...
Aberdeen MD
21001

DATE 5/22/22 18:17
TRAN# 9240186
PUMP# 24
SERVICE LEVEL: SELF
PRODUCT: UNLD
GALLONS:      18.379
PRICE/G:      $4.779
FUEL SALE     $87.83
DEBIT         $87.83

US DEBIT
USD$87.83
Payment from
Primary Account
************2668
Entry: Chip Read
... LABEL: US DEBIT
.  hNet: MAE DIR
   JE: Issuer
.  D: A0000000980840
 .th #: 478256
 .esp Code: 000
 .tan: 0002107265
Invoice #: 15843
Shift #: 1
Store # ***********
****

***************** ***** ....
***************** ***********

  M A 05-23-22 05:04 P

  F. ASE]          $ 12.0
     .              $ 12.0

Car u No.   XXXX XXXX 1f
  . ge Amount      $ 12

  .nge              $  (

PARKING

***********************
***********************

 TUE 05-24-22 12:13 P

  . ASE]           $ 12.00
 .u al             $ 12.

 . d No.   XXXX XXXX 2...
  . .e Amount      $ 12

 . ge              $  0

# Ashcraft & Gerel, LLP

**Alexandria, VA Office**

4900 Seminary Rd., Suite 650, Alexandria, VA 22311

## Expense Voucher

| Name | Michelle Parfitt | Employee Number | |
|---|---|---|---|
| Office | Washington, DC | Dept. No. | 180 |
| Departed | 5/31/2022 | Returned | 6/2/2022 |
| Destination | New York | | |
| Expenses Incurred for | Total A&G | Your Office | Client |
| Client Name | Talcum MDL | Client Matter No. | 570-04 |
| Travel Advance Check No. | | Advance Amount | |
| Business Associate (s) | | | |
| Business Purpose | LTL Bankruptcy Mediation | | |

| Expense Description | Total Expense Amount | Paid by A&G CRFD Card | Paid by A&G Checks | Check # | Paid by Employee |
|---|---|---|---|---|---|
| Rental Car | $407.82 | ☐ | ☐ | | ☑ |
| Hotel | $1,326.62 | ☐ | ☐ | | ☑ |
| Parking | $100.00 | ☐ | ☐ | | ☑ |
| Gas | $20.00 | ☐ | ☐ | | ☑ |
| | | ☐ | ☐ | | ☐ |
| **Other Expenses (Please Describe)** | | | | | |
| Meal | $5.29 | ☐ | ☐ | | ☑ |
| Meal | $10.44 | ☐ | ☐ | | ☑ |
| Tips | $25.00 | ☐ | ☐ | | ☑ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| **Expense Total** | **$1,895.17** | | | | |

Documentary evidence is required for all expenditures.  Please obtain receipts whenever possible.  Authorized signature other than yours is required before payment can be processed.

MAP
**Employee Signature**                **Date**

**Approval Signature**                **Date**

**FOR ACCOUNTING USE ONLY**

Total Expenses _____
Total Paid by A&G _____
Advance Amount _____
Amount Reimb. _____
Check # _____

Tale Bankruptcy Meeting – TDP
N.Y.C.

MAy 31 – June 2, 2022

tips                          20.00
                              5.00
PARKing (3 days)        100.00

food                          5.29
                              10.44
gAS                           20.00


hotel                    $ 1326·62


Hertz                    407.82

**THE HERTZ CORPORATION**
Web:          www.hertz.com

| | |
|---|---|
| Rental Agreement No: | 580642506 |
| Date: | 06/03/2022 |
| Document: | 922000979326 |

**Direct All Inquiries To:**
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120

**CHARGE DETAIL**

| | |
|---|---|
| Renter: | MICHELLE PARFITT |
| Account No.: | ***********7004 AMX |
| CDP No.: | 1392782 |
| CDP Name: | HERTZ MEMBER PROGRAM |

MICHELLE ADRIEN PARFITT
ASHCRAFT&GEREL
1825 K ST NW
WASHINGTON, DC 20006-1202

**RENTAL REFERENCE**

| | |
|---|---|
| Rental Agreement No: | 580642506 |
| Reservation ID: | K1411985687 |

**RENTAL DETAILS**

| | |
|---|---|
| Rate Plan: | IN: OAUD3   OUT: OAUD3 |
| Rented On: | 05/31/2022 11:07   LOC# 584001 |
| | FALLS CHURCH, VA |
| Returned On: | 06/02/2022 17:42   LOC# 584001 |
| | FALLS CHURCH, VA |
| Car Description: | SIR EDGE2.0AWDN RFT4087 |
| Veh. No.: | 9500505 |

| CAR CLASS | Charged: | L | MILEAGE | In: | 8,867 |
|---|---|---|---|---|---|
| | Rented: | L | | Out: | 8,377 |
| | Reserved: | L | | Driven: | 490 |

**MISCELLANEOUS INFORMATION**
CC AUTH:  865994  DATE:  2022/05/31  AMT:  608.00

**RENTAL CHARGES**

| | | | |
|---|---|---|---|
| DAYS | 3 @ | 64.80 | 194.40 |
| SUBTOTAL | | | 194.40 |
| | | | |
| DAMAGE WAIVER (CDW/LDW) | | | 95.97 |
| FUEL PURCHASE OPTION | | | 87.12 |
| VEHICLE LICENSE FEE | | | 1.17 |
| TAX | | 10.00% | 29.16 |

TOTAL CHARGES                     407.82 USD

**Gold Plus Rewards Points**
Earned this rental:   471

**E-RETURN RECEIPT**

THANK YOU FOR RENTING FROM HERTZ

---

**Direct All Inquiries To:**
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120
UNITED STATES

| | |
|---|---|
| Rental Agreement No: | 580642506 |
| Date: | 06/03/2022 |
| Document: | 922000979326 |

| | |
|---|---|
| Renter: | MICHELLE PARFITT |
| Account No.: | ***********7004 AMX |

Web:          www.hertz.com

| | |
|---|---|
| TOTAL CHARGES | 407.82 USD |

GCM1A4          0090 GC

# THE KNICKERBOCKER

**Ms. Michelle Parfitt**
**8403 Colesville Road, Silver Spring, MD, USA**
**Silver Spring, MD 20910**
**United States**

| | |
|---|---|
| Room No. | : 0717 |
| Arrival | : 05-31-22 |
| Departure | : 06-02-22 |
| Folio No. | : 266241 |
| Conf. No. | : 407076 |
| Cashier No. | : 6 |

Company Name:

Group Name:

**INFORMATION INVOICE**

| Date | Description | Charges | Credits |
|---|---|---:|---:|
| 05-31-22 | Room Charge | 525.00 | |
| 05-31-22 | City Occupancy Tax - Room | 2.00 | |
| 05-31-22 | City Sales Tax - Room - 5.875% | 30.84 | |
| 05-31-22 | State Sales Tax - Room - 8.875% | 46.59 | |
| 05-31-22 | City Javits Center Tax - Room | 1.50 | |
| 05-31-22 | Residence Fee | 40.00 | |
| 05-31-22 | City Sales Tax - Residence Fee 5.875% | 2.35 | |
| 05-31-22 | State Sales Tax - Residence Fee 8.875% | 3.55 | |
| 06-01-22 | Room Charge | 545.00 | |
| 06-01-22 | City Occupancy Tax - Room | 2.00 | |
| 06-01-22 | City Sales Tax - Room - 5.875% | 32.02 | |
| 06-01-22 | State Sales Tax - Room - 8.875% | 48.37 | |
| 06-01-22 | City Javits Center Tax - Room | 1.50 | |
| 06-01-22 | Residence Fee | 40.00 | |
| 06-01-22 | City Sales Tax - Residence Fee 5.875% | 2.35 | |
| 06-01-22 | State Sales Tax - Residence Fee 8.875% | 3.55 | |
| 06-02-22 | American Express Payment XXXXXXXXXXXX7004 05/27 | | 1,326.62 |

| | | |
|---|---:|---:|
| **Total Charges** | 1,326.62 | |
| **Total Credits** | | 1,326.62 |
| **Balance** | | **0.00** |

Page No. 1 of 1

PARKING

GAS

6th Avenue Garage LLC
1114 6th Avenue
New York ,NY 10036
CA License: 2098320
(646) 442-9253

TICKET 34703
TX RFT4087
BLACK FOOD
STA

05/31/2022 09:21PM Rate:        $
06/02/2022 11:44AM Tax:         $
ction:         1d14h22m Total:        $1

on Code
on Value:        130

DATETIME:2022/06/02 11:46:00 AM
TRANS TYPE:SALE        ENTRY METHOD:Chip Read
CARD TYPE:VISA        APP LABEL:VISA DEBIT
APPROVAL:042409        STATUS:A
REF:000        TVR:8080008000
CVM:Signature
PAN:2668        EXP:**/**
NAME:PARFITT/ MIC

## Approval
AMOUNT   USD $100.00

I agree to pay above total amount according to
card issuer agreement.

PARFITT/ MICHELLE

Customer Signature
se allow up to 45min for your car to be del
vered.
CUSTOMER COPY

SUNOCO
MP 30.2 S
CHERRY HILL NJ
08002

DATE 6/2/22 13:25
TRAN# 4037363
ATTENDANT# 3
PUMP# 05
SERVICE LEVEL: FULL
PRODUCT: UNLD
GALLONS:        4.107
PRICE/G:        $4.869
FUEL SALE        $20.00
CREDIT        $20.00

USD$20.00
**********2668
try: Chip Read
pName: US DEBIT
thNet: VISA
ODE: Issuer
ID: A000000098084
Auth #: 046577
nesp Code: 000
Stan: 04861779275
Invoice #: 484539
hift #: 1
Store # **********
****

IN Bypassed

MEALS

AREAS USA MDTP, LLC.
DUNKIN DONUTS
MARYLAND HOUSE SERVICE PLAZA
32119 Namiah S
----------------------------------
CHK 25842
31 May'22 6:01 PM
----------------------------------
Take Out
LATTE MD                    4.99

N/A Beverage              $4.99
Tax                       $0.30
Payment                   $5.29
Change Due                $0.00
Visa (US)                 $5.29
XXXXXXXXXXXXX2668

------- Check Closed -----------
31 May'22 6:01 PM


For Guest Service, email:
guestservice@areas.com
or 1(800)483-8990

Complete a brief survey at
www.areasask.com

Jem + MaP

STARBUCKS COFFEE
WALT WHITMAN TRAVEL PLAZA

9001076 Anjanae
- - - - - - - - - - - - - - - - - - - - -
CHK 4078                        GST 1
JUN02'22  1:36PM
- - - - - - - - - - - - - - - - - - - - - - -
DINE IN

1 LATTE          G        4.90
   ADD NF MILK
   072238660011
1 SQRL  FRT & NUT         2.45
   Squirrel Fruit and Nut
   072238660011
1 SQRL  FRT & NUT         2.45
   Squirrel Fruit and Nut

SUBTOTAL                  9.80
TAX                       0.64
AMOUNT PAID       1 0 . 4 4
AT009958 XXX2668
VISA CC                  10.44
--9001076 Closed JUN02 01:36: --

# Ashcraft & Gerel, LLP

**Alexandria, VA Office**

4900 Seminary Rd., Suite 650, Alexandria, VA 22311

**Expense Voucher**

| Name | Michelle Parfitt | Employee Number | |
|---|---|---|---|
| Office | Washington, DC | Dept. No. | 180 |
| Departed | 5/3/2022 | Returned | 5/4/2022 |
| Destination | New Jersey | | |
| Expenses Incurred for | Total A&G | Your Office | Client |
| Client Name | Talcum MDL | Client Matter No. | 570-04 |
| Travel Advance Check No. | | Advance Amount | |
| Business Associate (s) | | | |
| Business Purpose | LTL Bankruptcy Hearing | | |

| Expense Description | Total Expense Amount | Paid by A&G CRFD Card | Paid by A&G Checks | Check # | Paid by Employee |
|---|---|---|---|---|---|
| Tolls | $17.95 | ☐ | ☐ | | ✓ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| **Other Expenses (*Please Describe*)** | | | | | |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| | | ☐ | ☐ | | ☐ |
| **Expense Total** | **$17.95** | | | | |

Documentary evidence is required for all expenditures.  Please obtain receipts whenever possible.  Authorized signature other than yours is required before payment can be processed.

MAP
_____
**Employee Signature**

_____
**Date**

_____
**Approval Signature**

_____
**Date**

**FOR ACCOUNTING USE ONLY**

Total Expenses    _____
Total Paid by A&G   _____
Advance Amount    _____
Amount Reimb.    _____
Check #    _____

## Fwd: [POTENTIALLY SUSPICIOUS MESSAGE] Hertz Toll Receipt

Michelle Parfitt <mparfitt@ashcraftlaw.com>

Fri 6/3/2022 7:33 AM

To: Nan Parfitt <nparfitt@ashcraftlaw.com>;Ellen Pascal <epascal@ashcraftlaw.com>

Cc: Michelle Parfitt <mparfitt@ashcraftlaw.com>

Begin forwarded message:

**From:** <HertzTollProcessing@PlatePass.com>
**Subject: [POTENTIALLY SUSPICIOUS MESSAGE] Hertz Toll Receipt**
**Date:** June 3, 2022 at 2:07:32 AM EDT
**To:** <MPARFITT@ASHCRAFTLAW.COM>
**Reply-To:** "Information@platepass.com" <Information@platepass.com>

**[Message from Cantey Tech Consulting - Mimecast Email Security] * This message contains suspicious characteristics and has possibly originated outside your organization. * Please verify this email is legitimate and comes from a trusted resource. * if you have questions, email help@canteytech.com or phone at 843-278-1827**

          

## Receipt 173354520

**Rental Agreement:** 546018675          **Last Name:** PARFITT
**Rental Start Date:** 05/03/2022          **Pickup Location:**
**Rental End Date:** 05/05/2022          **Return Location:**
                                          **Amount Due:** $0.00

**Thank you for renting with Hertz.**
Hertz utilizes a service called PlatePass which allows its customers to use cashless lanes or all-electronic tollways without using a personal transponder or paying the toll authority directly. The card used for your Hertz rental was charged the cost of the toll(s) and the convenience fee(s) as disclosed in your rental agreement. No further payment or action is necessary. Additional charges may apply if new information is received from toll authorities relating to this rental agreement.

## Summary of PlatePass Charges

**Toll Charges: $12.00**

**Convenience Fee: $5.95**

Total:  $17.95
Amount Charged:  $17.95

AMEX ending in 6006

Amount Due:  $0.00

Need itemized receipt?                    Need more information?

www.PlatePass.com          PlatePass FAQ          Contact PlatePass

**Please do not respond to this email as it is from an automated system.**

This message (including attachment(s)) may contain information that is privileged, confidential or protected from disclosure. If you are not the intended recipient, you are hereby notified that dissemination, disclosure, copying, distribution or use of this message or any information contained in it is strictly prohibited. If you have received this message in error, please delete this message from your computer. Although we have taken steps to ensure that this e-mail and attachments are free from any virus, we advise that in keeping with good computing practice the recipient should ensure they are actually virus free.