EXHIBIT "A"

Case Name:   In re LTL Management, LLC Case No.:     21-30589 (MBK)

**SCHEDULE OF EXPENSES FOR MEMBERS AND MEMBERS' REPRESENTATIVES OF THE**
**OFFICIAL TALC CLAIMANTS COMMITTEE OF LTL MANAGEMENT, LLC**

Applicant Name:   **Leigh O'Dell, Committee Representative for Alishia Landrum**

Role:   **Co-Chair, TCC 1**                                         Total Expenses Requested: **$11,165.35**

| SCHEDULE OF EXPENSES | | |
|---|---|---|
| Date(s) Incurred | Expense Detail (*e.g.*, hotel, airfare and reason) | Expense Amount |
| 3/31/2022 | Doulos Design - hearing presentation preparation and materials | 1,800.00 |
| 3/7/2022 | Expert Payment to Dr. Judith Wolf | 900.00 |
| 3/9/2022 | Reimbursement: Flight wifi (Andy Birchfield) | 15.50 |
| 3/2/2022 | Reimbursemnt: Cash tips (Ted Meadows) | 50.00 |
| 2/24/2022 | Reimbursement: Mileage  (Andy Birchfield) | 170.00 |
| 3/24/2022 | Reimbursement: Mileage (Leigh O'Dell) | 198.90 |
| 3/30/2022 | Reimbursement: Mileage (Andy Birchfield) | 198.90 |
| 3/17/2022 | Paszkiewicz Court Reporting: Conferencing fee, Michelle Goodridge deposition | 50.00 |
| 3/17/2022 | Paszkiewicz Court Reporting: Michelle Goodridge deposition | 2,446.75 |
| 3/17/2022 | Paszkiewicz Court Reporting: Conferencing fee, Robert Wuesthoff deposition | 50.00 |
| 3/17/2022 | Paszkiewicz Court Reporting: Robert Wuesthoff deposition | 3,285.00 |
| 3/17/2022 | Paszkiewicz Court Reporting: Conferencing fee,Thibaut Mongon deposition | 50.00 |
| 3/17/2022 | Paszkiewicz Court Reporting: Thibaut Mongon deposition | 1,737.80 |
| 3/7/2022 | Reimbursement: Cab (Andy Birchfield) | 212.50 |
| | | **$11,165.35** |

# Invoice

Wendy Smith Wassel
DBA: Doulos Design
9022 Linkmeadow Lane, Hou. Tx 77025
DoulosDesign.net
(713) 725-6006

| Date |
| --- |
| 03/31/22 |

Bill To:

Beasley Allen Law Firm
Leigh O'Dell & Margaret Thompson
218 Commerce Street
Montgomery, AL 36104

| Invoice No. |
| --- |
| 497 |

| Project | Terms | Due Date |
| --- | --- | --- |
| 22-369 J&J Bankruptcy L.O'Dell | Net 30 | 04/30/22 |

TBM 6045.20 Exhmt

| Date | Item | Description | Quantity | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 03/10/22 | Trial Prep | Mediation presentation revisions: #5 new slide, #10, 11 adjust colors, re-create #47, fine tune #49, Timeline revisions | 2 | 120.00 | 240.00 |
| 03/12/22 | Trial Prep | continue to refine slides | 4.5 | 120.00 | 540.00 |
| 03/21/22 | Trial Prep | slide revisions: #47 make sharper, create concept slide 4 lines of evidence | 2 | 120.00 | 240.00 |
| 03/22/22 | Trial Prep | revisions to slides: #1, 2, 6, 7, 19, 22, 28, 30, 35, 42, 68, 94, 102, 104, 108 | 4.5 | 120.00 | 540.00 |
| 03/24/22 | Trial Prep | revisions to slides: #2 reorder list, #21 add column and title and labels, #68 pullout, 109 shareholder slide, 108 make Mexico green | 2 | 120.00 | 240.00 |
| | | Sales Tax | | 8.25% | 0.00 |

| | Total | $1,800.00 |
| --- | --- | --- |

Mail Payments To:  Doulos Design
9022 Linkmeadow Lane
Houston Texas 77025

| Payments/Credit | $0.00 |
| --- | --- |
| Balance Due | $1,800.00 |

**LaTarsha Shepherd**

*TGM 1005.20 Expnt*
*Consult WK*
*2022-03-07-35-15*

| | |
|---|---|
| **From:** | Beverly Larkin on behalf of Accounting |
| **Sent:** | Monday, March 7, 2022 12:24 PM |
| **To:** | LaTarsha Shepherd |
| **Subject:** | FW: Invoice Approval: Dr. Judith K. Wolf; Invoice Amount: $900.00 - Feb 2022 Hours |
| **Attachments:** | Wolf Feb 2022 Hours.pdf |

**Beverly Larkin**
Accounting Clerk I
334.323.0445 direct

Dr. Judith Wolf
555 East 5th Street, Unit 2803
Austin, Texas 78701

**From:** Lindsay Moore <Lindsay.Moore@BeasleyAllen.com>
**Sent:** Monday, March 7, 2022 12:19 PM
**To:** Accounting <Accounting@BeasleyAllen.com>
**Subject:** FW: Invoice Approval: Dr. Judith K. Wolf; Invoice Amount: $900.00 - Feb 2022 Hours

Please place this in line for payment.  Thanks

| | |
|---|---|
| Matter ID: | 202100017080 |
| Made Payable to: | Dr. Judith K. Wolf |
| Address: | 555 East 5th Street, Unit 2803, Austin, Texas  78701 |
| Invoice Amount: | $900.00 |
| Re: | Bankruptcy work – Feb 2022 |

**Lindsay M. Moore**
Administrative Assistant
334.495.1120 direct

**From:** Melissa Prickett <Melissa.Prickett@BeasleyAllen.com>
**Sent:** Monday, March 7, 2022 12:12 PM
**To:** Lindsay Moore <Lindsay.Moore@BeasleyAllen.com>
**Subject:** Re: Invoice Approval: Dr. Judith K. Wolf; Invoice Amount: $900.00 - Feb 2022 Hours

Ok

**Melissa A. Prickett**
Principal and Director, Mass Torts
334.269.2343

On Mar 7, 2022, at 12:03 PM, Lindsay Moore <Lindsay.Moore@beasleyallen.com> wrote:

Melissa,

Please approve. Thanks!

| | |
|---|---|
| Matter ID: | 202100017080 |
| Made Payable to: | Dr. Judith K. Wolf |
| Address: | 555 East 5th Street, Unit 2803, Austin, Texas 78701 |
| Invoice Amount: | $900.00 |
| Re: | Bankruptcy work – Feb 2022 |

**Lindsay M. Moore**
Administrative Assistant
334.495.1120 direct

**From:** Leigh O'Dell <Leigh.ODell@BeasleyAllen.com>
**Sent:** Monday, March 7, 2022 11:59 AM
**To:** Lindsay Moore <Lindsay.Moore@BeasleyAllen.com>
**Subject:** Re: Invoice Approval: Dr. Judith K. Wolf; Invoice Amount: $900.00 - Feb 2022 Hours

Ok

**P. Leigh O'Dell**
Principal
334.269.2343

> On Mar 7, 2022, at 10:25 AM, Lindsay Moore <Lindsay.Moore@beasleyallen.com>
> wrote:
>
>
> Leigh,
>
> Please approve. Thanks!
>
> | | |
> |---|---|
> | Matter ID: | 202100017080 |
> | Made Payable to: | Dr. Judith K. Wolf |
> | Address: | 555 East 5th Street, Unit 2803, Austin, Texas 78701 |
> | Invoice Amount: | $900.00 |
> | Re: | Bankruptcy work – Feb 2022 |



## ATTORNEY/STAFF EXPENSE REIMBURSEMENT FORM

| | |
|---|---|
| TODAY'S DATE: | 3/9/2022 |
| EMPLOYEE: | Andy Birchfield |
| MATTER ID *: | 202100017080 |
| MATTER DESCRIPTION: | JNJ Bankruptcy |
| TRAVEL DATES: | 3/7/2022 – 3/8/2022 |
| OFFICE EXPENSE: | |

*If there is more than 1 matter for this expense report, please include the matter ID in the details below.*

**APPROVAL:**    ADB

**DESCRIPTION:**    JNJ Bankruptcy Meetings in NJ

## EXPENSE BREAKDOWN

| | MILES | TOTAL |
|---|---|---|
| MILEAGE: $0.585/PER MILE | | $ 0.00 |

| | DETAILS | TOTAL |
|---|---|---|
| PARKING: | | |
| AIR TRANSPORTATION | | |
| GROUND TRANSPORTATION: | | |
| HOTEL/LODGING: | | |
| MEALS: | | |
| ENTERTAINMENT: | | |
| DUES/REGISTRATION FEES: | | |
| OTHER CHARGES: | Wifi on Flights | $ 15.50 |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| **REIMBURSEMENT TOTAL:** | | **$ 15.50** |

2021301080

**Lindsay Moore**

| | |
|---|---|
| **From:** | Kelli Alfreds |
| **Sent:** | Monday, March 7, 2022 12:18 PM |
| **To:** | Lindsay Moore |
| **Subject:** | FW: [EXT] Here's Your Gogo Receipt - Check Out Your Purchase Details! - Order #369733963SCDA |



### Kelli Griffin Alfreds
Staff Attorney
334.495.1644 direct | 800.898.2034

Kelli.Alfreds@BeasleyAllen.com
BeasleyAllen.com | My bio
**Learn more about our ongoing litigation.**

    

CONFIDENTIALITY & PRIVILEGE NOTICE

**From:** Gogo <gogo@e.gogoair.com>
**Sent:** Monday, March 7, 2022 12:15 PM
**To:** Andy Birchfield <Andy.Birchfield@BeasleyAllen.com>
**Subject:** [EXT] Here's Your Gogo Receipt - Check Out Your Purchase Details! - Order #369733963SCDA

[EXTERNAL]

Web browser



# Thanks for your purchase!

You can view your purchase history at any time by visiting My Account.

Customer: Andy Birchfield
Email Address: andy.birchfield@beasleyallen.com
Order: 369733963SCDA
Date: 3/7/22 4:14:46 PM GMT-05:00

Purchase Summary
Payment type: APPLEPAY ***

| | |
|---|---|
| **Total paid** | **$10.00** |

**Lindsay Moore**

| | |
|---|---|
| **From:** | Kelli Alfreds |
| **Sent:** | Wednesday, March 9, 2022 8:59 AM |
| **To:** | Lindsay Moore |
| **Subject:** | FW: [EXT] Here's Your Gogo Receipt - Check Out Your Purchase Details! - Order #369786387TPDA |



**Kelli Griffin Alfreds**
Staff Attorney
334.495.1644 direct | 800.898.2034

Kelli.Alfreds@BeasleyAllen.com
BeasleyAllen.com | My bio
**Learn more about our ongoing litigation.**

   

CONFIDENTIALITY & PRIVILEGE NOTICE

**From:** Gogo <gogo@e.gogoair.com>
**Sent:** Tuesday, March 8, 2022 6:51 PM
**To:** Andy Birchfield <Andy.Birchfield@BeasleyAllen.com>
**Subject:** [EXT] Here's Your Gogo Receipt - Check Out Your Purchase Details! - Order #369786387TPDA

[EXTERNAL]

Web browser



## Thanks for your purchase!

You can view your purchase history at any time by visiting My Account.

Customer: Andy Birchfield
Email Address: andy.birchfield@beasleyallen.com
Order: 369786387TPDA
Date: 3/8/22 10:50:49 PM GMT-05:00

Purchase Summary

Payment type: APPLEPAY ***

**Total paid**                    **$5.50**

Capture           Page 1 of 1
Case 21-30589-MBK    Doc 2963-1    Filed 09/01/22    Entered 09/01/22 12:29:37    Desc
Exhibit A-expense receipts    Page 9 of 136



# ATTORNEY/STAFF EXPENSE
# REIMBURSEMENT FORM

| | |
|---|---|
| **TODAY'S DATE:** | 3/2/2022 |
| **EMPLOYEE:** | Ted Meadows |
| **MATTER ID \*:** | 202100017080 |
| **MATTER DESCRIPTION:** | Talc J&J Bankruptcy Master File |
| **TRAVEL DATES:** | 2/28/2022 - 3/3/2022 |
| **OFFICE EXPENSE:** | |

*\* If there is more than 1 matter for this expense report, please include the matter ID in the details below.*

**APPROVAL:**

**DESCRIPTION:**   Cash Tips

# EXPENSE BREAKDOWN

| | MILES | TOTAL |
|---|---|---|
| **MILEAGE: $0.585/PER MILE** | | $ 0.00 |

| | DETAILS | TOTAL |
|---|---|---|
| **PARKING:** | | |
| **AIR TRANSPORTATION** | | |
| **GROUND TRANSPORTATION:** | | |
| **HOTEL/LODGING:** | | |
| **MEALS:** | | |
| **ENTERTAINMENT:** | | |
| **DUES/REGISTRATION FEES:** | | |
| **OTHER CHARGES:** | Cash Tips while traveling | $ 50.00 |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **REIMBURSEMENT TOTAL:** | | $ 50.00 |

2022-03-01-52-rp

## BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.

*EXPENSE FORM*

DATE: 2/13/2022 - 2/15/2022

MAKE REIMBURSEMENT PAYABLE TO: Andy Birchfield

CHARGE ALL EXPENSES TO CLIENT: JNJ Bankruptcy

FILE#: 202100017080                                  ☐ CHECK HERE IF OFFICE EXPENSE

DESCRIPTION: JNJ BKY hearings in NJ

| | CASH REIMB | FIRM CHG CARD |
|---|---|---|
| MILEAGE: ( 340 MILES @ $.50/MILE) | $170.00 | |
| PARKING: | | |
| AIR TRANSPORTATION: (RECEIPTS ATTACHED) | | |
| GROUND TRANSPORTATION: (RECEIPTS ATTACHED) | | |
| LODGING: (RECEIPTS ATTACHED) | | |
| MEALS: (RECEIPTS ATTACHED) | | |
| TELEPHONE | | |
| DUES: | | |
| PHOTOGRAPHS: | | |
| ENTERTAINMENT: (LIST ALL PERSONS, COUNTY & AFFILIATIONS, SPECIFIC CASES REFERRED) | | |
| | | |
| | | |
| OTHER: Wifi | 10.00 | |
| | | |
| | | |

ATTORNEY APPROVAL: ADB/lms

DATE: 2-24-2022

TOTAL REIMBURSEMENT: 180.00



## ATTORNEY/STAFF EXPENSE REIMBURSEMENT FORM

| | |
|---|---|
| TODAY'S DATE: | 3/24/2022 |
| EMPLOYEE: | Leigh O'Dell |
| MATTER ID *: | 202100017080 |
| MATTER DESCRIPTION: | JNJ Bankruptcy |
| TRAVEL DATES: | 3/7/2022 - 3/9/2022 |
| OFFICE EXPENSE: | |

*If there is more than 1 matter for this expense report, please include the matter ID in the details below.*

**APPROVAL:** PLO

**DESCRIPTION:** Bankruptcy Hearing / TCC Meetings in NJ

## EXPENSE BREAKDOWN

| | MILES | TOTAL |
|---|---|---|
| MILEAGE: $0.585/PER MILE | 340 | $ 198.90 |

| DETAILS | | TOTAL |
|---|---|---|
| PARKING: | | |
| AIR TRANSPORTATION | | |
| GROUND TRANSPORTATION: | | |
| HOTEL/LODGING: | | |
| MEALS: | | |
| ENTERTAINMENT: | | |
| DUES/REGISTRATION FEES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |

**REIMBURSEMENT TOTAL:**    $ 198.90



# ATTORNEY/STAFF EXPENSE REIMBURSEMENT FORM

| | |
|---|---|
| **TODAY'S DATE:** | 3/30/2022 |
| **EMPLOYEE:** | Andy Birchfield |
| **MATTER ID \*:** | 202100017080 |
| **MATTER DESCRIPTION:** | JNJ Bankruptcy |
| **TRAVEL DATES:** | 3/29/2022 - 3/230/2022 |
| **OFFICE EXPENSE:** | |

*\* If there is more than 1 matter for this expense report, please include the matter ID in the details below.*

## APPROVAL:    ADB

## DESCRIPTION:    JNJ Bankruptcy Hearing in NJ

# EXPENSE BREAKDOWN

| | MILES | TOTAL |
|---|---|---|
| **MILEAGE: $0.585/PER MILE** | 340 | $ 198.90 |

| | DETAILS | TOTAL |
|---|---|---|
| **PARKING:** | | |
| **AIR TRANSPORTATION** | | |
| **GROUND TRANSPORTATION:** | | |
| **HOTEL/LODGING:** | | |
| **MEALS:** | | |
| **ENTERTAINMENT:** | | |
| **DUES/REGISTRATION FEES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **REIMBURSEMENT TOTAL:** | | $ 198.90 |

# INVOICE

1 of 1

Paszkiewicz Court Reporting
316 Grindstone Road
Chatham, IL 62629
T: 618-307-9320  F: 618-310-0117

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 185253 | 3/17/2022 | 27895 |

| Job Date | Case No. | |
|---|---|---|
| 12/20/2021 | 21-30589 (MBK) | |

| Case Name | | |
|---|---|---|
| In Re: LTL Management LLC | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Leigh O'Dell, Esq.
Beasley Allen Law Firm
218 Commerce Street
Montgomery, AL 36104

DEPOSITION RE:

CORP. REP. MICHELLE GOODRIDGE*

| | | |
|---|---|---|
| Deposition Conferencing Fee | 1.00 | 50.00 |
| **TOTAL DUE  >>>** | | **$50.00** |

THANK YOU.  WE APPRECIATE YOUR BUSINESS.

6035.20   TBM   Transmt

**Tax ID:** 25-1906132

*Please detach bottom portion and return with payment.*

Leigh O'Dell, Esq.
Beasley Allen Law Firm
218 Commerce Street
Montgomery, AL 36104

| | | |
|---|---|---|
| Invoice No. | : | 185253 |
| Invoice Date | : | 3/17/2022 |
| **Total Due** | : | **$50.00** |

Remit To: **Paszkiewicz Court Reporting**
**316 Grindstone Road**
**Chatham, IL 62629**

| | | |
|---|---|---|
| Job No. | : | 27895 |
| BU ID | : | 9-MDL |
| Case No. | : | 21-30589 (MBK) |
| Case Name | : | In Re: LTL Management LLC |

# INVOICE

1 of 1

Paszkiewicz Court Reporting
316 Grindstone Road
Chatham, IL 62629
T: 618-307-9320  F: 618-310-0117

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 179982 | 3/17/2022 | 27895 |
| **Job Date** | **Case No.** | |
| 12/20/2021 | 21-30589 (MBK) | |
| **Case Name** | | |
| In Re: LTL Management LLC | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Leigh O'Dell, Esq.
Beasley Allen Law Firm
218 Commerce Street
Montgomery, AL 36104

TRANSCRIPT COPY RE:

| | | | |
|---|---|---|---|
| CORP. REP. MICHELLE GOODRIDGE | 475.00 | Pages | 1,781.25 |
| E-Transcript | 1.00 | | 45.00 |
| Scanned/E-mail color exhibit(s) | 12.00 | Pages | 18.00 |
| Scanned/E-mail exhibit(s) - Black & White | 850.00 | Pages | 552.50 |
| Administrative Fee | 1.00 | | 50.00 |
| | **TOTAL DUE  >>>** | | **$2,446.75** |

THANK YOU.  WE APPRECIATE YOUR BUSINESS.

60350-20 TGM Transmt

**Tax ID:** 25-1906132

*Please detach bottom portion and return with payment.*

Leigh O'Dell, Esq.
Beasley Allen Law Firm
218 Commerce Street
Montgomery, AL 36104

| | | |
|---|---|---|
| Invoice No. | : | 179982 |
| Invoice Date | : | 3/17/2022 |
| **Total Due** | : | **$2,446.75** |

Remit To:  **Paszkiewicz Court Reporting**
           **316 Grindstone Road**
           **Chatham, IL 62629**

| | | |
|---|---|---|
| Job No. | : | 27895 |
| BU ID | : | 9-MDL |
| Case No. | : | 21-30589 (MBK) |
| Case Name | : | In Re: LTL Management LLC |

# INVOICE

1 of 1

Paszkiewicz Court Reporting
316 Grindstone Road
Chatham, IL 62629
T: 618-307-9320  F: 618-310-0117

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 185736 | 3/17/2022 | 27945 |
| **Job Date** | **Case No.** | |
| 12/22/2021 | 21-30589 (MBK) | |
| **Case Name** | | |
| In Re: LTL Management LLC | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Leigh O'Dell, Esq.
Beasley Allen Law Firm
218 Commerce Street
Montgomery, AL 36104

DEPOSITION RE:
    CORP. REP. ROBERT WUESTHOFF*
        Deposition Conferencing Fee                1.00           50.00

                                **TOTAL DUE >>>**      **$50.00**

THANK YOU.  WE APPRECIATE YOUR BUSINESS.

6035.20   TBM Transrt

**Tax ID:** 25-1906132

*Please detach bottom portion and return with payment.*

Leigh O'Dell, Esq.
Beasley Allen Law Firm
218 Commerce Street
Montgomery, AL 36104

Invoice No.   : 185736
Invoice Date  : 3/17/2022
**Total Due**    : **$50.00**

Remit To: **Paszkiewicz Court Reporting**
          **316 Grindstone Road**
          **Chatham, IL 62629**

Job No.     : 27945
BU ID      : 9-MDL
Case No.    : 21-30589 (MBK)
Case Name  : In Re: LTL Management LLC

# INVOICE

1 of 1

**Paszkiewicz Court Reporting**
316 Grindstone Road
Chatham, IL 62629
T: 618-307-9320  F: 618-310-0117

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 181694 | 3/17/2022 | 27945 |
| **Job Date** | **Case No.** | |
| 12/22/2021 | 21-30589 (MBK) | |
| **Case Name** | | |
| In Re: LTL Management LLC | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Leigh O'Dell, Esq.
Beasley Allen Law Firm
218 Commerce Street
Montgomery, AL 36104

TRANSCRIPT COPY RE:

| | | | |
|---|---|---|---|
| CORP. REP. ROBERT WUESTHOFF | 388.00 | Pages | 2,328.00 |
| E-Transcript | 1.00 | | 45.00 |
| Rough Transcript | 387.00 | Pages | 677.25 |
| Scanned/E-mail color exhibit(s) | 4.00 | Pages | 6.00 |
| Scanned/E-mail exhibit(s) - Black & White | 275.00 | Pages | 178.75 |
| Administrative Fee | 1.00 | | 50.00 |
| | **TOTAL DUE  >>>** | | **$3,285.00** |

FOUR (4) DAY EXPEDITE

THANK YOU.  WE APPRECIATE YOUR BUSINESS.

6035.20    TBM    Transmt

**Tax ID:** 25-1906132

*Please detach bottom portion and return with payment.*

Leigh O'Dell, Esq.
Beasley Allen Law Firm
218 Commerce Street
Montgomery, AL 36104

| | |
|---|---|
| Invoice No. | : 181694 |
| Invoice Date | : 3/17/2022 |
| **Total Due** | : **$3,285.00** |

Remit To:  **Paszkiewicz Court Reporting**
     **316 Grindstone Road**
     **Chatham, IL 62629**

| | |
|---|---|
| Job No. | : 27945 |
| BU ID | : 9-MDL |
| Case No. | : 21-30589 (MBK) |
| Case Name | : In Re: LTL Management LLC |

# INVOICE

1 of 1

Paszkiewicz Court Reporting
316 Grindstone Road
Chatham, IL 62629
T: 618-307-9320  F: 618-310-0117

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 186427 | 3/17/2022 | 28371 |
| **Job Date** | **Case No.** | |
| 1/19/2022 | 21-30589 (MBK) | |
| **Case Name** | | |
| In Re: LTL Management LLC | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Leigh O'Dell, Esq.
Beasley Allen Law Firm
218 Commerce Street
Montgomery, AL 36104

DEPOSITION RE:

CORP. REP. THIBAUT MONGON*

| Deposition Conferencing Fee | 1.00 | 50.00 |
|---|---|---|
| | **TOTAL DUE  >>>** | **$50.00** |

THANK YOU.  WE APPRECIATE YOUR BUSINESS.

60035.20 TBM Transmt

**Tax ID:** 25-1906132

*Please detach bottom portion and return with payment.*

Leigh O'Dell, Esq.
Beasley Allen Law Firm
218 Commerce Street
Montgomery, AL 36104

| Invoice No. | : 186427 |
|---|---|
| Invoice Date | : 3/17/2022 |
| **Total Due** | : **$50.00** |

Remit To: **Paszkiewicz Court Reporting**
**316 Grindstone Road**
**Chatham, IL 62629**

| Job No. | : 28371 |
|---|---|
| BU ID | : 9-MDL |
| Case No. | : 21-30589 (MBK) |
| Case Name | : In Re: LTL Management LLC |

# INVOICE

1 of 1

Paszkiewicz Court Reporting
316 Grindstone Road
Chatham, IL 62629
T: 618-307-9320  F: 618-310-0117

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 181867 | 3/17/2022 | 28371 |
| **Job Date** | **Case No.** | |
| 1/19/2022 | 21-30589 (MBK) | |
| **Case Name** | | |
| In Re: LTL Management LLC | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Leigh O'Dell, Esq.
Beasley Allen Law Firm
218 Commerce Street
Montgomery, AL 36104

TRANSCRIPT COPY RE:

| | | | |
|---|---|---|---|
| CORP. REP. THIBAUT MONGON | 400.00 | Pages | 1,500.00 |
| E-Transcript | 1.00 | | 45.00 |
| Scanned/E-mail color exhibit(s) | 38.00 | Pages | 57.00 |
| Scanned/E-mail exhibit(s) - Black & White | 132.00 | Pages | 85.80 |
| Administrative Fee | 1.00 | | 50.00 |
| | **TOTAL DUE  >>>** | | **$1,737.80** |

THANK YOU.  WE APPRECIATE YOUR BUSINESS.

6035.20 TBM Transit

**Tax ID:** 25-1906132

*Please detach bottom portion and return with payment.*

Leigh O'Dell, Esq.
Beasley Allen Law Firm
218 Commerce Street
Montgomery, AL 36104

| | |
|---|---|
| Invoice No. | : 181867 |
| Invoice Date | : 3/17/2022 |
| **Total Due** | : **$1,737.80** |

Remit To: **Paszkiewicz Court Reporting**
**316 Grindstone Road**
**Chatham, IL 62629**

| | |
|---|---|
| Job No. | : 28371 |
| BU ID | : 9-MDL |
| Case No. | : 21-30589 (MBK) |
| Case Name | : In Re: LTL Management LLC |



# ATTORNEY/STAFF EXPENSE REIMBURSEMENT FORM

| | |
|---|---|
| **TODAY'S DATE:** | 3-7-22 |
| **EMPLOYEE:** | Andy Birchfield |
| **MATTER ID \*:** | 202100017080 |
| **MATTER DESCRIPTION:** | JNJ Bankruptcy |
| **TRAVEL DATES:** | 2-23-22 - 2-16-22 |
| **OFFICE EXPENSE:** | |

*\* If there is more than 1 matter for this expense report, please include the matter ID in the details below.*

**APPROVAL:**   ADB

**DESCRIPTION:**   JNJ BKY Hearing in NJ

# EXPENSE BREAKDOWN

| | MILES | TOTAL |
|---|---|---|
| **MILEAGE: $0.585/PER MILE** | | $ 0.00 |

| | DETAILS | TOTAL |
|---|---|---|
| **PARKING:** | | |
| **AIR TRANSPORTATION** | | |
| **GROUND TRANSPORTATION:** | | $ 212.50 |
| **HOTEL/LODGING:** | | |
| **MEALS:** | | |
| **ENTERTAINMENT:** | | |
| **DUES/REGISTRATION FEES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **REIMBURSEMENT TOTAL:** | | $ 212.50 |

**12:16**

◀ Messages

202100017080
BKY Motion to Dismiss
Hearing



Let Joe's transportation services know how your experience was

# $212.50

| | |
|---|---|
| **Custom Amount × 1** | **$170.00** |

| | |
|---|---|
| Purchase Subtotal | $170.00 |
| Tip | $42.50 |

| | |
|---|---|
| Total | **$212.50** |
| Savings | **$0.00** |



**Joe's transportation services**
609-851-3263



| | |
|---|---|
| Visa 6047 (Chip) | Feb 16 2022 at 12:10 PM |
| VISA | #R255 |

🔒 squareup.com

Case Name:   In re LTL Management, LLC Case No.:      21-30589 (MBK)

**SCHEDULE OF EXPENSES FOR MEMBERS AND MEMBERS' REPRESENTATIVES OF THE
OFFICIAL TALC CLAIMANTS COMMITTEE OF LTL MANAGEMENT, LLC**

Applicant Name:  **Leigh O'Dell, Committee Representative for Alishia Landrum**
Role:  **Co-Chair, TCC 1**                    Total Expenses Requested: $___7,604.80_____

| SCHEDULE OF EXPENSES | | |
|---|---|---|
| **Date(s) Incurred** | **Expense Detail (*e.g.*, hotel, airfare and reason)** | **Expense Amount** |
| 2/28/2022 | Flight to NYC for meetings (Andy Birchfield) | 497.20 |
| 2/28/2022 | Agent Fee: Flight to NYC for meetings (Andy Birchfield) | 25.00 |
| 3/2/2022 | Agent Fee: Flight to NYC for meetings (Andy Birchfield) | 25.00 |
| 3/4/2022 | Agent Fee: Flight to NJ for hearing (Andy Birchfield) | 25.00 |
| 3/5/2022 | Agent Fee: Flight to NJ for hearing (Andy Birchfield) | 25.00 |
| 3/8/2022 | Agent Fee: Flight to NJ for hearing (Andy Birchfield) | 25.00 |
| 3/5/2022 | Flight to NJ for hearing (Andy Birchfield) | 90.00 |
| 3/2/2022 | Flight to NYC for meetings (Andy Birchfield) | 105.01 |
| 3/4/2022 | Flight to NJ for hearing, exchange ticket (Andy Birchfield) | 297.20 |
| 3/8/2022 | Flight to NJ for hearing (Andy Birchfield) | 170.00 |
| 2/28/2022 | Flight to NYC for meetings (Leigh O'Dell) | 497.20 |
| 2/28/2022 | Agent Fee: Flight to NYC for meetings (Leigh O'Dell) | 25.00 |
| 3/2/2022 | Agent Fee: Flight to NYC for meetings (Leigh O'Dell) | 25.00 |
| 3/5/2022 | Flight to NJ for hearing (Leigh O'Dell) | 312.19 |
| 3/5/2022 | Agent Fee: Flight to NJ for hearing (Leigh O'Dell) | 25.00 |
| 3/2/2022 | Flight to NYC for meetings (Leigh O'Dell) | 105.01 |
| 3/8/2022 | Flight to NJ for hearing (Leigh O'Dell) | 95.00 |
| 2/28/2022 | Flight to NYC for meetings (Ted Meadows) | 497.20 |
| 2/28/2022 | Agent Fee: Flight to NYC for meetings (Ted Meadows) | 25.00 |
| 3/2/2022 | Agent Fee: Flight to NYC for meetings (Ted Meadows) | 25.00 |
| 3/5/2022 | Flight to NJ for hearing (Ted Meadows) | 312.19 |
| 3/5/2022 | Agent Fee: Flight to NJ for hearing (Ted Meadows) | 25.00 |
| 3/8/2022 | Agent Fee: Flight to NJ for hearing (Ted Meadows) | 25.00 |
| 3/2/2022 | Flight to NYC for meetings (Ted Meadows) | 105.01 |
| 3/8/2022 | Flight to NJ for hearing (Ted Meadows) | 95.00 |
| 2/13/2022 | Hertz Platepass Toll Fee; LTL Hearing in NJ (Leigh O'Dell) | 22.41 |
| 3/8/2022 | Fuel for rental car; LTL hearing in NJ (Leigh O'Dell) | 30.79 |
| 3/8/2022 | Agent Fee: Flight to NJ for hearing (Leigh O'Dell) | 25.00 |
| 3/8/2022 | Rental car: LTL hearing in NJ (Leigh O'Dell) | 148.25 |
| 3/7/2022 | Hertz Platepass Toll Fee; LTL Hearing in NJ (Leigh O'Dell) | 22.42 |
| 3/30/2022 | Consultant Fee paid to McManimon, Scotland & Baumann | 60.00 |
| 3/1/2022 | Hotel: Renaissance Atlanta Gateway; Meetings in NYC (Andy Birchfield) | 348.36 |
| 3/8/2022 | Hotel: Princeton Marriott Forrestal; LTL hearing in NJ (Andy Birchfield) | 175.38 |
| 3/1/2022 | Hotel: Renaissance Atlanta Gateway; Meetings in NYC (Leigh O'Dell) | 348.36 |
| 3/3/2022 | Hotel: The Knickerbocker; NYC meetings (Leigh O'Dell) | 755.75 |
| 3/8/2022 | Hotel: Princeton Marriott Forrestal; LTL hearing in NJ (Leigh O'Dell) | 175.38 |
| 3/1/2022 | Hotel: Renaissance Marriott Gateway; Meetings in NYC (Ted Meadows) | 348.36 |
| 3/2/2022 | Hotel: The Knickerbocker; NYC meetings (Ted Meadows) | 755.75 |
| 3/8/2022 | Hotel: Princeton Marriott Forrestal; LTL hearing in NJ (Ted Meadows) | 175.38 |

| Date | Description | Amount |
|------|-------------|--------|
| 4/18/2022 | Mileage Reimbursement: Mediation in NYC (Leigh O'Dell) | 198.90 |
| 2/28/2022 | Food: Hotel food purchase; LTL hearing in NJ (Leigh O'Dell) | 15.12 |
| 3/8/2022 | Food: Malone's Bar; NJ for LTL hearing (Leigh O'Dell) | 22.85 |
| 3/8/2022 | Food: Hotel food purchases; LTL hearing in NJ (Andy Birchfield) | 15.19 |
| 2/28/2022 | Food: Hotel food purchase; NYC for meetings (Leigh O'Dell) | 7.29 |
| 3/7/2022 | Food: airport food purchase; LTL hearing in NC (Leigh O'Dell) | 16.17 |
| 3/2/2022 | Food: Chick-fil-A; NYC meetings (Ted Meadows, Leigh O'Dell, Andy Birchfield) | 28.49 |
| 3/8/2022 | Food: Malone's Bar; NJ for LTL hearing (Leigh O'Dell, Ted Meadows) | 51.79 |
| 3/17/2022 | Online Legal Research: PACER | 1.60 |
| 4/18/2022 | Cash Reimbursement: tips; Mediation in NYC (Ted Meadows) | 25.00 |
| 4/18/2022 | Cash Reimbursement: tips; Mediation in NYC (Leigh O'Dell) | 10.00 |
| 2/28/2022 | Parking (hotel): NYC meetings (Leigh O'Dell) | 35.00 |
| 3/8/2022 | Parking (airport): LTL hearing in NJ (Leigh O'Dell) | 38.00 |
| 3/8/2022 | Parking (courthouse): LTL hearing in NJ (Leigh O'Dell) | 12.00 |
| 4/20/2022 | Ground Transportation (uber): Mediation in NYC (Leigh O'Dell) | 126.69 |
| 4/18/2022 | Ground Transportation (uber): Mediation in NYC (Leigh O'Dell) | 130.91 |
| **TOTAL** | | **7,604.80** |

201000017080
talc meetings in NYC

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| **Passenger(s):** | **BIRCHFIELD/ANTHONY DOW** | | |
| **Date:** | 28 February 2022 | **Booking Ref.:** | BKYPHL S-B30C |
| **Invoice No:** | 5147777 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | ANDY BIRCHFIELD |
| | 4160 PO BOX | **Address:** | |
| | MONTGOME RY 36103 | | |

Traveler Information:                                    Airline baggage and ancillary fee information:
http://www.tsa.gov/traveler-information/          http://exploreflightfees.com/

## HOTEL - Monday, February 28 2022

**Renaissance Atlanta Gateway**

| | |
|---|---|
| **Address:** | 2081 Convention Center. |
| | Atlanta, GA 30337 |
| | United States |
| **Tel:** | +1 (470) 306-0100 |
| **Fax:** | +1 (470) 306-0101 |
| **Check In/Check Out:** | Monday, February 28 2022 - Tuesday, March 1 2022 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 1 |
| **Rate per night:** | USD 296.00 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 77363897 |
| **Frequent Guest ID:** | 660926981 |
| **Cancellation Policy:** | 01D CANCEL 1 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | NONSMOKING ROOM |

## AIR - Tuesday, March 1 2022

**Delta Air Lines  Flight DL560  Economy Class**

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 07:00 AM Tuesday, March 1 2022 |
| **Arrive:** | LaGuardia Airport |
| | New York, New York, United States |
| | 09:11 AM Tuesday, March 1 2022 |
| **Duration:** | 2 hour(s) and 11 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: G92F2R |
| **Equipment:** | Airbus Industrie A321 |
| **Seat:** | 18D Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| **Baggage Allowance:** | NIL |

## HOTEL - Tuesday, March 1 2022

**The Knickerbocker**

| | |
|---|---|
| **Address:** | 6 Times Square. |
| | New York, NY 10036 |
| | United States |
| **Tel:** | +1 (212) 204-4980 |
| **Fax:** | +1 (212) 204-4981 |
| **Check In/Check Out:** | Tuesday, March 1 2022 - Thursday, March 3 2022 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 2 |

1b

| | |
|---|---|
| Rate per night: | USD 337.50 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 6925SC015291 |
| Cancellation Policy: | 03D CANCEL 3 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

## AIR - Thursday, March 3 2022

### Delta Air Lines  Flight DL490  Economy Class

| | |
|---|---|
| Depart: | LaGuardia Airport |
| | New York, New York, United States |
| | 03:55 PM Thursday, March 3 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 06:40 PM Thursday, March 3 2022 |
| Duration: | 2 hour(s) and 45 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: G92F2R |
| Equipment: | Airbus Industrie A321 |
| Seat: | 30F Confirmed |
| FF Number: | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| Baggage Allowance: | NIL |

## Remarks

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...

COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

### Invoice

**Total Invoice Amount: $522.20 USD**
Electronic Ticket Number: 0067693192494
Invoice No.: 5147777
Ticket Amount: $497.20 USD
Form of Payment: VI***********1756


Service Fee Number: 8900819371968
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

3/1/22, 2:28 PM    Case 21-30589-MBK    Invoice 2963-1mmuFitadio09/O1/tattt - BExtteedto9/01t22at128:37.html    Desc
Exhibit A-expense receipts    Page 26 of 136

2a

202100017080
talc meetings in NYC

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | |
|---|---|
| **Passenger(s):** | **BIRCHFIELD/ANTHONY DOW** |
| **Date:** | 28 February 2022 |
| **Invoice No:** | 5147777 |
| **Billing:** | BEASLEY ALLEN LAW FIRM |
| | 4160 PO BOX |
| | MONTGOME RY 36103 |

| | |
|---|---|
| **Booking Ref.:** | BKYPHL S-B30C |
| **Customer:** | 011677 |
| **Delivery Address:** | ANDY BIRCHFIELD |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

## HOTEL - Monday, February 28 2022

**Renaissance Atlanta Gateway**

| | |
|---|---|
| **Address:** | 2081 Convention Center. |
| | Atlanta, GA 30337 |
| | United States |
| **Tel:** | +1 (470) 306-0100 |
| **Fax:** | +1 (470) 306-0101 |
| **Check In/Check Out:** | Monday, February 28 2022 - Tuesday, March 1 2022 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 1 |
| **Rate per night:** | USD 296.00 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 77363897 |
| **Frequent Guest ID:** | 660926981 |
| **Cancellation Policy:** | 01D CANCEL 1 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | NONSMOKING ROOM |

## AIR - Tuesday, March 1 2022

**Delta Air Lines  Flight DL560  Economy Class**

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 07:00 AM Tuesday, March 1 2022 |
| **Arrive:** | LaGuardia Airport |
| | New York, New York, United States |
| | 09:11 AM Tuesday, March 1 2022 |
| **Duration:** | 2 hour(s) and 11 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: G92F2R |
| **Equipment:** | Airbus Industrie A321 |
| **Seat:** | 18D Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| **Baggage Allowance:** | NIL |

## HOTEL - Tuesday, March 1 2022

**The Knickerbocker**

| | |
|---|---|
| **Address:** | 6 Times Square. |
| | New York, NY 10036 |
| | United States |
| **Tel:** | +1 (212) 204-4980 |
| **Fax:** | +1 (212) 204-4981 |
| **Check In/Check Out:** | Tuesday, March 1 2022 - Thursday, March 3 2022 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 2 |

| | |
|---|---|
| Rate per night: | USD 337.50 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 6925SC015291 |
| Cancellation Policy: | 03D CANCEL 3 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

## AIR - Thursday, March 3 2022

**Delta Air Lines  Flight DL490  Economy Class**

| | |
|---|---|
| Depart: | LaGuardia Airport |
| | New York, New York, United States |
| | 03:55 PM Thursday, March 3 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 06:40 PM Thursday, March 3 2022 |
| Duration: | 2 hour(s) and 45 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: G92F2R |
| Equipment: | Airbus Industrie A321 |
| Seat: | 30F Confirmed |
| FF Number: | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| Baggage Allowance: | NIL |

## Remarks

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...

COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINES
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

**Invoice**

**Total Invoice Amount: $522.20 USD**
Electronic Ticket Number: 0067693192494
Invoice No.: 5147777
Ticket Amount: $497.20 USD
Form of Payment: VI***********1756

Service Fee Number: 8900819371968
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

201100017080

NYC talc meetings

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| **Passenger(s):** | **BIRCHFIELD/ANTHONY DOW** | | |
| **Date:** | 02 March 2022 | **Booking Ref.:** | BKYPHL S-B30C |
| **Invoice No:** | 5148411 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | ANDY BIRCHFIELD |
| | 4160 PO BOX | **Address:** | |
| | MONTGOME RY 36103 | | |

Traveler Information:                                         Airline baggage and ancillary fee information:
http://www.tsa.gov/traveler-information/                      http://exploreflightfees.com/

## HOTEL - Monday, February 28 2022

**Renaissance Atlanta Gateway**

| | |
|---|---|
| **Address:** | 2081 Convention Center. |
| | Atlanta, GA 30337 |
| | United States |
| **Tel:** | +1 (470) 306-0100 |
| **Fax:** | +1 (470) 306-0101 |
| **Check In/Check Out:** | Monday, February 28 2022 - Tuesday, March 1 2022 |
| **Status:** | Confirmed |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 1 |
| **Rate per night:** | USD 296.00 plus tax and/or additional fees |
| **Guaranteed:** | No |
| **Confirmation:** | 77363897 |
| **Cancellation Policy:** | 01D |
| **Additional Information:** | NONSMOKING ROOM |

## AIR - Tuesday, March 1 2022

**Delta Air Lines  Flight DL560  Economy Class**

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 07:00 AM Tuesday, March 1 2022 |
| **Arrive:** | LaGuardia Airport |
| | New York, New York, United States |
| | 09:11 AM Tuesday, March 1 2022 |
| **Duration:** | 2 hour(s) and 11 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: G92F2R |
| **Equipment:** | Airbus Industrie A321 |
| **Seat:** | 18D Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| **Baggage Allowance:** | NIL |

## HOTEL - Tuesday, March 1 2022

**The Knickerbocker**

| | |
|---|---|
| **Address:** | 6 Times Square. |
| | New York, NY 10036 |
| | United States |
| **Tel:** | +1 (212) 204-4980 |
| **Fax:** | +1 (212) 204-4981 |
| **Check In/Check Out:** | Tuesday, March 1 2022 - Thursday, March 3 2022 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 2 |
| **Rate per night:** | USD 337.50 plus tax and/or additional fees |
| **Guaranteed:** | Yes |

| Confirmation: | 6925SC015291 |
|---|---|
| Cancellation Policy: | 03D CANCEL 3 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

## AIR - Wednesday, March 2 2022

### Delta Air Lines Flight DL414 Economy Class

| Depart: | LaGuardia Airport |
|---|---|
| | New York, New York, United States |
| | 04:59 PM Wednesday, March 2 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 07:45 PM Wednesday, March 2 2022 |
| Duration: | 2 hour(s) and 46 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: G92F2R |
| Equipment: | Airbus Industrie A321 |
| Seat: | Assigned at Check-in |
| FF Number: | DL2223443819 - BIRCHFIELD/ANTHONY DOW |

### Remarks

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

Invoice

| | |
|---|---|
| **Total Invoice Amount: $130.01 USD** | |
| Electronic Ticket Number: 0067693734186 | |
| Invoice No.: 5148411 | |
| Ticket Amount: $105.01 USD | |
| Form of Payment: VI***********1756 | |
| Service Fee Number: 8900819476676 | |
| Service Fee Amount: $25.00 USD | |

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

202100017080

| | | | |
|---|---|---|---|
| **Passenger(s):** | **BIRCHFIELD/ANTHONY DOW** | | |
| **Date:** | 04 March 2022 | **Booking Ref.:** | SSDRKD S-B30C |
| **Invoice No:** | 5149011 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery Address:** | ANDY BIRCHFIELD |
| | 4160 PO BOX | | |
| | MONTGOME RY 36103 | | |

Traveler Information:                                    Airline baggage and ancillary fee information:
http://www.tsa.gov/traveler-information/                http://exploreflightfees.com/

### AIR - Monday, March 7 2022

| Delta Air Lines  Flight DL1623  Economy Class | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 02:30 PM Monday, March 7 2022 |
| Arrive: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 04:37 PM Monday, March 7 2022 |
| Duration: | 2 hour(s) and 7 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: **GW9G8I** |
| Equipment: | Airbus Industrie A319 |
| Seat: | 17D Confirmed |
| FF Number: | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| Baggage Allowance: | NIL |

### CAR - Monday, March 7 2022

| Hertz Rent-A-Car | |
|---|---|
| Pick Up: | Hertz Newark Liberty Airport |
| | Newark Airport Building 23 |
| | Newark, New Jersey 07114 |
| | United States |
| | 04:37 PM Monday, March 7 2022 |
| Tel: | +1 (973) 621-2000 |
| Fax: | +1 (973) 961-3519 |
| Drop Off: | Hertz Newark Liberty Airport |
| | Newark Airport Building 23 |
| | Newark, New Jersey 07114 |
| | United States |
| | 02:10 PM Wednesday, March 9 2022 |
| Tel: | +1 (973) 621-2000 |
| Fax: | +1 (973) 961-3519 |
| Type: | Full Size 2/4 Door |
| Status: | Confirmed |
| Daily Rate: | USD 70.43 Plus Taxes and/or Fees |
| Estimated Total: | USD 210.67 |
| Extra Hour Fee: | USD 23.94 |
| Extra Charges: | 69.81 |
| Confirmation: | K0561914207 |
| Corp. Discount: | 2120375 |
| Frequent Renter ID: | ¤XXXXXX2183 |

### HOTEL - Monday, March 7 2022

| Princeton Marriott Forrestal | |
|---|---|
| Address: | 100 College Road East. |
| | Princeton, NJ 08540 |
| | United States |

| Tel: | +1 (609) 452-7881 |
| Fax: | +1 (609) 452-7883 |
| Check In/Check Out: | Monday, March 7 2022 - Wednesday, March 9 2022 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 2 |
| Rate per night: | USD 153.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 83650273 |
| Frequent Guest ID: | 660926981 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

## AIR - Wednesday, March 9 2022

**Delta Air Lines  Flight DL858  Economy Class**

| Depart: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 02:10 PM Wednesday, March 9 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 04:28 PM Wednesday, March 9 2022 |
| Duration: | 2 hour(s) and 18 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: GW9G8I |
| Equipment: | Boeing 737-800 Passenger |
| Seat: | 25C Confirmed |
| FF Number: | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| Baggage Allowance: | NIL |

## Remarks

FARE THIS ITINERARY BEFORE TICKET EXCHANGE - 297.20
EXCHANGED FOR 17SEP CANCELLED 276.60 DL TKT 0067392590779
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.

CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT...
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

**Invoice**

Total Invoice Amount: $45.60 USD
Electronic Ticket Number: 0067694202044
Invoice No.: 5149011
Ticket Amount: $20.60 USD
Form of Payment: VI***********1756

Service Fee Number: 8900819542921
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

202100017080

| Passenger(s): | **BIRCHFIELD/ANTHONY DOW** | | |
|---|---|---|---|
| Date: | 05 March 2022 | Booking Ref.: | SSDRKD S-B30C |
| Invoice No: | 5149379 | Customer: | 011677 |
| Billing: | BEASLEY ALLEN LAW FIRM | Delivery | ANDY BIRCHFIELD |
| | 4160 PO BOX | Address: | |
| | MONTGOME RY 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

### AIR - Monday, March 7 2022

| Delta Air Lines  Flight DL2769  Economy Class | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 12:59 PM Monday, March 7 2022 |
| Arrive: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 03:05 PM Monday, March 7 2022 |
| Duration: | 2 hour(s) and 6 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: **GW9G8I** |
| Equipment: | Boeing 737-800 Passenger |
| Seat: | 18D Confirmed |
| FF Number: | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| Baggage Allowance: | NIL |

### HOTEL - Monday, March 7 2022

| Princeton Marriott Forrestal | |
|---|---|
| Address: | 100 College Road East. |
| | Princeton, NJ 08540 |
| | United States |
| Tel: | +1 (609) 452-7800 |
| Fax: | +1 (609) 452-7883 |
| Check In/Check Out: | Monday, March 7 2022 - Wednesday, March 9 2022 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 2 |
| Rate per night: | USD 153.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 84928060 |
| Frequent Guest ID: | 660926981 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

### AIR - Wednesday, March 9 2022

| Delta Air Lines  Flight DL2125  Economy Class | |
|---|---|
| Depart: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 08:00 AM Wednesday, March 9 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 10:20 AM Wednesday, March 9 2022 |
| Duration: | 2 hour(s) and 20 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: **GW9G8I** |
| Equipment: | Boeing 737-800 Passenger |
| Seat: | 18D Confirmed |
| FF Number: | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| Baggage Allowance: | NIL |

## Remarks

FARE THIS ITINERARY BEFORE TICKET EXCHANGE - 387.20
EXCHANGED FOR CHANGED 297.20 DL TKT 0067694202044
PREVIOUSLY...
FARE THIS ITINERARY BEFORE TICKET EXCHANGE - 297.20
EXCHANGED FOR 17SEP CANCELLED 276.60 DL TKT 0067392590779
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $115.00 USD**
Electronic Ticket Number: 8900819606129
Ticket Amount: $25.00 USD
Form of Payment: VI************1756

Electronic Ticket Number: 0067694407102
Invoice No.: 5149379
Ticket Amount: $90.00 USD
Form of Payment: VI************1756

return flight change
202100017080

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| **Passenger(s):** | **BIRCHFIELD/ANTHONY DOW** | | |
| **Date:** | 08 March 2022 | **Booking Ref.:** | SSDRKD S-B30C |
| **Invoice No:** | 5149801 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | ANDY BIRCHFIELD |
| | 4160 PO BOX | **Address:** | |
| | MONTGOME RY 36103 | | |

Traveler Information:                                      Airline baggage and ancillary fee information:
http://www.tsa.gov/traveler-information/            http://exploreflightfees.com/

**AIR - Monday, March 7 2022**

| Delta Air Lines  Flight DL2769  Economy Class | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 12:59 PM Monday, March 7 2022 |
| **Arrive:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 03:05 PM Monday, March 7 2022 |
| **Duration:** | 2 hour(s) and 6 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: **GW9G8I** |
| **Equipment:** | Boeing 737-800 Passenger |
| **Seat:** | 18D Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |

**HOTEL - Monday, March 7 2022**

| Princeton Marriott Forrestal | |
|---|---|
| **Address:** | 100 College Road East. |
| | Princeton, NJ 08540 |
| | United States |
| **Tel:** | +1 (609) 452-7800 |
| **Fax:** | +1 (609) 452-7883 |
| **Check In/Check Out:** | Monday, March 7 2022 - Wednesday, March 9 2022 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 2 |
| **Rate per night:** | USD 153.00 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 84928060 |
| **Frequent Guest ID:** | 660926981 |
| **Cancellation Policy:** | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | KING NONSMOKING |

**AIR - Tuesday, March 8 2022**

| Delta Air Lines  Flight DL2769  Economy Class | |
|---|---|
| **Depart:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 04:20 PM Tuesday, March 8 2022 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 06:39 PM Tuesday, March 8 2022 |
| **Duration:** | 2 hour(s) and 19 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: **GW9G8I** |
| **Equipment:** | Boeing 737-800 Passenger |
| **Seat:** | 18C Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| **Baggage Allowance:** | NIL |

## Remarks

CHANGED RETURN FLIGHT PREV DL TKT 0067694407102
FARE THIS ITINERARY BEFORE TICKET EXCHANGE - 387.20
EXCHANGED FOR CHANGED 297.20 DL TKT 0067694202044
PREVIOUSLY...
FARE THIS ITINERARY BEFORE TICKET EXCHANGE - 297.20
EXCHANGED FOR 17SEP CANCELLED 276.60 DL TKT 0067392590779
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $119.99 USD**
Electronic Ticket Number: 0067694742958
Invoice No.: 5149801
Ticket Amount: $94.99 USD
Form of Payment: VI************1756

Service Fee Number: 8900819668785
Service Fee Amount: $25.00 USD

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

201000017080

| | | | |
|---|---|---|---|
| **Passenger(s):** | **BIRCHFIELD/ANTHONY DOW** | | |
| **Date:** | 05 March 2022 | **Booking Ref.:** | SSDRKD S-B30C |
| **Invoice No:** | 5149379 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | ANDY BIRCHFIELD |
| | 4160 PO BOX | **Address:** | |
| | MONTGOME RY 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

### AIR - Monday, March 7 2022

| Delta Air Lines Flight DL2769 Economy Class | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 12:59 PM Monday, March 7 2022 |
| **Arrive:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 03:05 PM Monday, March 7 2022 |
| **Duration:** | 2 hour(s) and 6 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: **GW9G8I** |
| **Equipment:** | Boeing 737-800 Passenger |
| **Seat:** | 18D Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| **Baggage Allowance:** | NIL |

### HOTEL - Monday, March 7 2022

| Princeton Marriott Forrestal | |
|---|---|
| **Address:** | 100 College Road East. |
| | Princeton, NJ 08540 |
| | United States |
| **Tel:** | +1 (609) 452-7800 |
| **Fax:** | +1 (609) 452-7883 |
| **Check In/Check Out:** | Monday, March 7 2022 - Wednesday, March 9 2022 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 2 |
| **Rate per night:** | USD 153.00 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 84928060 |
| **Frequent Guest ID:** | 660926981 |
| **Cancellation Policy:** | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | KING NONSMOKING |

### AIR - Wednesday, March 9 2022

| Delta Air Lines Flight DL2125 Economy Class | |
|---|---|
| **Depart:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 08:00 AM Wednesday, March 9 2022 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 10:20 AM Wednesday, March 9 2022 |
| **Duration:** | 2 hour(s) and 20 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: **GW9G8I** |
| **Equipment:** | Boeing 737-800 Passenger |
| **Seat:** | 18D Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| **Baggage Allowance:** | NIL |

## Remarks

FARE THIS ITINERARY BEFORE TICKET EXCHANGE - 387.20
EXCHANGED FOR CHANGED 297.20 DL TKT 0067694202044
PREVIOUSLY...
FARE THIS ITINERARY BEFORE TICKET EXCHANGE - 297.20
EXCHANGED FOR 17SEP CANCELLED 276.60 DL TKT 0067392590779
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $115.00 USD**
Electronic Ticket Number: 8900819606129
Ticket Amount: $25.00 USD
Form of Payment: VI***********1756

Electronic Ticket Number: 0067694407102
Invoice No.: 5149379
Ticket Amount: $90.00 USD
Form of Payment: VI***********1756

3/3/22, 9:11 AM Case 21-30589-MBK Invoice 20963-1 Communication Attachment - BEASLEY PHLm - February 28 2022 20112078.html Desc
Exhibit A-expense receipts    Page 41 of 136

12a

201100017080

NYC talc meetings

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| **Passenger(s):** | **BIRCHFIELD/ANTHONY DOW** | | |
| **Date:** | 02 March 2022 | **Booking Ref.:** | BKYPHL S-B30C |
| **Invoice No:** | 5148411 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | ANDY BIRCHFIELD |
| | 4160 PO BOX | **Address:** | |
| | MONTGOME RY 36103 | | |

Traveler Information:                               Airline baggage and ancillary fee information:
http://www.tsa.gov/traveler-information/      http://exploreflightfees.com/

## HOTEL - Monday, February 28 2022

**Renaissance Atlanta Gateway**

| | |
|---|---|
| **Address:** | 2081 Convention Center. |
| | Atlanta, GA 30337 |
| | United States |
| **Tel:** | +1 (470) 306-0100 |
| **Fax:** | +1 (470) 306-0101 |
| **Check In/Check Out:** | Monday, February 28 2022 - Tuesday, March 1 2022 |
| **Status:** | Confirmed |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 1 |
| **Rate per night:** | USD 296.00 plus tax and/or additional fees |
| **Guaranteed:** | No |
| **Confirmation:** | 77363897 |
| **Cancellation Policy:** | 01D |
| **Additional Information:** | NONSMOKING ROOM |

## AIR - Tuesday, March 1 2022

**Delta Air Lines  Flight DL560  Economy Class**

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 07:00 AM Tuesday, March 1 2022 |
| **Arrive:** | LaGuardia Airport |
| | New York, New York, United States |
| | 09:11 AM Tuesday, March 1 2022 |
| **Duration:** | 2 hour(s) and 11 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: G92F2R |
| **Equipment:** | Airbus Industrie A321 |
| **Seat:** | 18D Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| **Baggage Allowance:** | NIL |

## HOTEL - Tuesday, March 1 2022

**The Knickerbocker**

| | |
|---|---|
| **Address:** | 6 Times Square. |
| | New York, NY 10036 |
| | United States |
| **Tel:** | +1 (212) 204-4980 |
| **Fax:** | +1 (212) 204-4981 |
| **Check In/Check Out:** | Tuesday, March 1 2022 - Thursday, March 3 2022 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 2 |
| **Rate per night:** | USD 337.50 plus tax and/or additional fees |
| **Guaranteed:** | Yes |

| Confirmation: | 6925SC015291 |
| Cancellation Policy: | 03D CANCEL 3 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

## AIR - Wednesday, March 2 2022

### Delta Air Lines  Flight DL414  Economy Class

| Depart: | LaGuardia Airport |
| | New York, New York, United States |
| | 04:59 PM Wednesday, March 2 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 07:45 PM Wednesday, March 2 2022 |
| Duration: | 2 hour(s) and 46 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: G92F2R |
| Equipment: | Airbus Industrie A321 |
| Seat: | Assigned at Check-in |
| FF Number: | DL2223443819 - BIRCHFIELD/ANTHONY DOW |

### Remarks

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

12c

**Invoice**

| |
|---|
| **Total Invoice Amount: $130.01 USD**<br>Electronic Ticket Number: 0067693734186<br><mark>Invoice No.: 5148411</mark><br><mark>Ticket Amount: $105.01 USD</mark><br><mark>Form of Payment: VI***********1756</mark><br><br>Service Fee Number: 8900819476676<br>Service Fee Amount: $25.00 USD |

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

202100017080

| | |
|---|---|
| **Passenger(s):** | **BIRCHFIELD/ANTHONY DOW** |
| **Date:** | 04 March 2022 |
| **Invoice No:** | 5149011 |
| **Billing:** | BEASLEY ALLEN LAW FIRM |
| | 4160 PO BOX |
| | MONTGOME RY 36103 |

| | |
|---|---|
| **Booking Ref.:** | SSDRKD S-B30C |
| **Customer:** | 011677 |
| **Delivery Address:** | ANDY BIRCHFIELD |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

---

**AIR - Monday, March 7 2022**

**Delta Air Lines  Flight DL1623  Economy Class**

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 02:30 PM Monday, March 7 2022 |
| **Arrive:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 04:37 PM Monday, March 7 2022 |
| **Duration:** | 2 hour(s) and 7 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: **GW9G8I** |
| **Equipment:** | Airbus Industrie A319 |
| **Seat:** | 17D Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| **Baggage Allowance:** | NIL |

---

**CAR - Monday, March 7 2022**

**Hertz Rent-A-Car**

| | |
|---|---|
| **Pick Up:** | Hertz Newark Liberty Airport |
| | Newark Airport Building 23 |
| | Newark, New Jersey 07114 |
| | United States |
| | 04:37 PM Monday, March 7 2022 |
| **Tel:** | +1 (973) 621-2000 |
| **Fax:** | +1 (973) 961-3519 |
| **Drop Off:** | Hertz Newark Liberty Airport |
| | Newark Airport Building 23 |
| | Newark, New Jersey 07114 |
| | United States |
| | 02:10 PM Wednesday, March 9 2022 |
| **Tel:** | +1 (973) 621-2000 |
| **Fax:** | +1 (973) 961-3519 |
| **Type:** | Full Size 2/4 Door |
| **Status:** | Confirmed |
| **Daily Rate:** | USD 70.43 Plus Taxes and/or Fees |
| **Estimated Total:** | USD 210.67 |
| **Extra Hour Fee:** | USD 23.94 |
| **Extra Charges:** | 69.81 |
| **Confirmation:** | K0561914207 |
| **Corp. Discount:** | 2120375 |
| **Frequent Renter ID:** | ¤XXXXXX2183 |

---

**HOTEL - Monday, March 7 2022**

**Princeton Marriott Forrestal**

| | |
|---|---|
| **Address:** | 100 College Road East. |
| | Princeton, NJ 08540 |
| | United States |

| | |
|---|---|
| Tel: | +1 (609) 452-7883 |
| Fax: | +1 (609) 452-7883 |
| Check In/Check Out: | Monday, March 7 2022 - Wednesday, March 9 2022 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 2 |
| Rate per night: | USD 153.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 83650273 |
| Frequent Guest ID: | 660926981 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

## AIR - Wednesday, March 9 2022

**Delta Air Lines  Flight DL858  Economy Class**

| | |
|---|---|
| Depart: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 02:10 PM Wednesday, March 9 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 04:28 PM Wednesday, March 9 2022 |
| Duration: | 2 hour(s) and 18 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: GW9G8I |
| Equipment: | Boeing 737-800 Passenger |
| Seat: | 25C Confirmed |
| FF Number: | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| Baggage Allowance: | NIL |

## Remarks

FARE THIS ITINERARY BEFORE TICKET EXCHANGE - 297.20
EXCHANGED FOR 17SEP CANCELLED 276.60 DL TKT 0067392590779
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.

CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT...
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $45.60 USD**
Electronic Ticket Number: 0067694202044
Invoice No.: 5149011
Ticket Amount: $20.60 USD          Exchanged ticket details attached
Form of Payment: VI***********1756

Service Fee Number: 8900819542921
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the
aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's
prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for
transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

| ITEM | POST | TRANS | AMT | MERCHANT | MATTER ID | DETAILS | NOTES | GL | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 03/02/202 | 02/28/2022 | $497.20 | DELTA AIR 0067693192494 | 202100017080 | Flight: talc meetings in NYC | | 6205.20 | $497.00 |
| 2 | 03/02/202 | 02/28/2022 | $25.00 | AGENT FEE 8900819371968 | 202100017080 | agent fee: talc meetings in NYC | | 6205.20 | $25.00 |
| 3 | 03/03/202 | 02/28/2022 | $363.48 | RENAISSANCE ATLANTAAIR | 202100017080 | Hotel: talc meetings in NYC | | 6210.20 6215.20 | $348.36 $15.12 |
| 4 | 03/04/202 | 03/03/2022 | $22.35 | GAN 1123MONTGOMADVCIRC | 998800000259 | ADB Personal | No receipt available | 1668.00 | $22.35 |
| 5 | 03/04/202 | 03/02/2022 | $25.00 | AGENT FEE 8900819476676 | 202100017080 | agent fee: talc meetings in NYC | | 6205.20 | $25.00 |
| 6 | 03/07/202 | 03/04/2022 | $25.00 | AGENT FEE 8900819542921 | 202100017080 | agent fee: JNJ hearing in NJ | Exchange Ticket | 6205.20 | $25.00 |
| 7 | 03/07/202 | 03/05/2022 | $25.00 | AGENT FEE 8900819606129 | 202100017080 | agent fee: JNJ hearing in NJ | | 6205.20 | $25.00 |
| 8 | 03/10/202 | 03/08/2022 | $22.85 | MALONES/BAR B22 FOOD H | 202100017080 | Meal: talc meetings in NYC | | 6215.20 | $22.85 |
| 9 | 03/10/202 | 03/08/2022 | $25.00 | AGENT FEE 8900819668785 | 202100017080 | agent fee: JNJ hearing in NJ | | 6205.20 | $25.00 |
| 10 | 03/10/202 | 03/07/2022 | $190.57 | MARRIOTT DORALFORRESTA | 202100017080 | Hotel: JNJ hearing in NJ | | 6215.20 6210.20 | $15.19 $175.38 |
| 11 | 03/11/202 | 03/05/2022 | $90.00 | DELTA AIR 0067694407102 | 202100017080 | Flight: JNJ hearing in NJ | Exchange Ticket for #13 below | 6205.20 | $90.00 |
| 12 | 03/11/202 | 03/02/2022 | $105.01 | DELTA AIR 0067693734186 | 202100017080 | Flight: talc meetings in NYC | | 6205.20 | $105.01 |
| 13 | 03/11/202 | 03/04/2022 | $20.60 | DELTA AIR 0067694202044 | 202100017080 | Flight: JNJ hearing in NJ | Exchange Ticket #00673292590779, Originally charged to 5380.06 on ADB 09/19-11 (attached to receipts) | 7710.20 6205.20 | ($276.60) $297.20 |
| 14 | 03/17/202 | 03/16/2022 | $1.11 | FOREIGN TRANSACTION FEE | | I don't know what charge this fee is attributed to. | 3% of charge #15 | 6115.20 | $1.11 |
| 15 | 03/17/202 | 03/16/2022 | $37.00 | BMJ PUBLISHING GROUP | 201300019245 | talc literature purchased by KGA | | 6115.20 | $37.00 |
| 16 | 03/18/202 | 03/16/2022 | $372.20 | DELTA AIR 0067696664532 | 201300019245 | Flight: talc meetings in PA | | 6205.20 | $372.20 |
| 17 | 03/18/202 | 03/08/2022 | $170.00 | DELTA AIR 0067694979814 | 202100017080 | Flight: JNJ hearing in NJ | | 6205.20 | $170.00 |
| 18 | 03/18/202 | 03/16/2022 | $25.00 | AGENT FEE 8900820006894 | 201300019245 | agent fee: talc meetings in PA | | 6205.20 | $25.00 |
| 19 | 03/23/202 | 03/21/2022 | $39.40 | MARRIOTT ATL GATEWAY F | 201300019245 | Meal: talc meetings in PA | | 6215.20 | $39.40 |
| 20 | 03/24/202 | 03/21/2022 | $339.36 | MARRIOTT ATL GATEWAY | 201300019245 | Hotel: talc meetings in PA. No response after repeadted attempts to obtain meal receipt on folio. | | 6230.20 6215.20 6210.20 | $45.00 $8.64 $285.72 |
| | TOTAL | | $2,421.13 | | | | | | |

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

202100017080 - flight change

| | |
|---|---|
| **Passenger(s):** | **BIRCHFIELD/ANTHONY DOW** |
| **Date:** | 08 March 2022 |
| **Invoice No:** | 5149995 |
| **Billing:** | BEASLEY ALLEN LAW FIRM |
| | 4160 PO BOX |
| | MONTGOME RY 36103 |

| | |
|---|---|
| **Booking Ref.:** | SSDRKD S-B30C |
| **Customer:** | 011677 |
| **Delivery Address:** | ANDY BIRCHFIELD |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

## AIR - Monday, March 7 2022

**Delta Air Lines  Flight DL2769  Economy Class**

| | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 12:59 PM Monday, March 7 2022 |
| Arrive: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 03:05 PM Monday, March 7 2022 |
| Duration: | 2 hour(s) and 6 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: **GW9G8I** |
| Equipment: | Boeing 737-800 Passenger |
| Seat: | 18D Confirmed |
| FF Number: | DL2223443819 - BIRCHFIELD/ANTHONY DOW |

## HOTEL - Monday, March 7 2022

**Princeton Marriott Forrestal**

| | |
|---|---|
| Address: | 100 College Road East. |
| | Princeton, NJ 08540 |
| | United States |
| Tel: | +1 (609) 452-7800 |
| Fax: | +1 (609) 452-7883 |
| Check In/Check Out: | Monday, March 7 2022 - Wednesday, March 9 2022 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 2 |
| Rate per night: | USD 153.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 84928060 |
| Frequent Guest ID: | 660926981 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

## AIR - Tuesday, March 8 2022

**Delta Air Lines  Flight DL1741  Economy Class**

| | |
|---|---|
| Depart: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 06:35 PM Tuesday, March 8 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 09:02 PM Tuesday, March 8 2022 |
| Duration: | 2 hour(s) and 27 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: **GW9G8I** |
| Equipment: | Boeing 717-200 |
| Seat: | 27B Confirmed |
| FF Number: | DL2223443819 - BIRCHFIELD/ANTHONY DOW |

Remarks

PREVIOUS TICKET TODAY...0067694742958 WAS VOIDED
CHANGED RETURN FLIGHT PREV DL TKT 0067694407102
FARE THIS ITINERARY BEFORE TICKET EXCHANGE - 387.20
EXCHANGED FOR CHANGED 297.20 DL TKT 0067694202044
PREVIOUSLY...
FARE THIS ITINERARY BEFORE TICKET EXCHANGE - 297.20
EXCHANGED FOR 17SEP CANCELLED 276.60 DL TKT 0067392590779
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

Invoice

**Total Invoice Amount: $195.00 USD**
Electronic Ticket Number: 0067694979814
Invoice No.: 5149995
Ticket Amount: $170.00 USD
Form of Payment: VI************1756

Electronic Ticket Number: 8900819668785
Ticket Amount: $25.00 USD
Form of Payment: VI************1756

202100017080
talc meetings in NYC

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| **Passenger(s):** | **ODELL/PATRICIA LEIGH** | | |
| **Date:** | 28 February 2022 | **Booking Ref.:** | BSODIF S-B30C |
| **Invoice No:** | 5147782 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery Address:** | LEIGH ODELL |
| | 4160 PO BOX | | |
| | MONTGOME RY 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

## HOTEL - Monday, February 28 2022

**Renaissance Atlanta Gateway**

| | |
|---|---|
| **Address:** | 2081 Convention Center. |
| | Atlanta, GA 30337 |
| | United States |
| **Tel:** | +1 (470) 306-0100 |
| **Fax:** | +1 (470) 306-0101 |
| **Check In/Check Out:** | Monday, February 28 2022 - Tuesday, March 1 2022 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 1 |
| **Rate per night:** | USD 296.00 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 77360117 |
| **Frequent Guest ID:** | 859397861 |
| **Cancellation Policy:** | 01D CANCEL 1 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | NONSMOKING ROOM |

## AIR - Tuesday, March 1 2022

**Delta Air Lines  Flight DL560  Economy Class**

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 07:00 AM Tuesday, March 1 2022 |
| **Arrive:** | LaGuardia Airport |
| | New York, New York, United States |
| | 09:11 AM Tuesday, March 1 2022 |
| **Duration:** | 2 hour(s) and 11 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: **G9XWCC** |
| **Equipment:** | Airbus Industrie A321 |
| **Seat:** | 19A Confirmed |
| **FF Number:** | DL2193943038 - ODELL/PATRICIA LEIGH |
| **Baggage Allowance:** | NIL |

## HOTEL - Tuesday, March 1 2022

**The Knickerbocker**

| | |
|---|---|
| **Address:** | 6 Times Square. |
| | New York, NY 10036 |
| | United States |
| **Tel:** | +1 (212) 204-4980 |
| **Fax:** | +1 (212) 204-4981 |
| **Check In/Check Out:** | Tuesday, March 1 2022 - Thursday, March 3 2022 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 2 |

| | |
|---|---|
| Rate per night: | USD 337.50 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 6925SC015295 |
| Cancellation Policy: | 03D CANCEL 3 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

## AIR - Thursday, March 3 2022

### Delta Air Lines  Flight DL490  Economy Class

| | |
|---|---|
| Depart: | LaGuardia Airport |
| | New York, New York, United States |
| | 03:55 PM Thursday, March 3 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 06:40 PM Thursday, March 3 2022 |
| Duration: | 2 hour(s) and 45 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: **G9XWCC** |
| Equipment: | Airbus Industrie A321 |
| Seat: | 33F Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | NIL |

## Remarks

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...

COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINES
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

### Invoice

**Total Invoice Amount: $522.20 USD**
Electronic Ticket Number: 0067693192499
Invoice No.: 5147782
Ticket Amount: $497.20 USD
Form of Payment: VI************2379

Service Fee Number: 8900819371970
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| **Passenger(s):** | **ODELL/PATRICIA LEIGH** | | |
| **Date:** | 28 February 2022 | **Booking Ref.:** | BSODIF S-B30C |
| **Invoice No:** | 5147782 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery Address:** | LEIGH ODELL |
| | 4160 PO BOX | | |
| | MONTGOME RY 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

## HOTEL - Monday, February 28 2022

**Renaissance Atlanta Gateway**

| | |
|---|---|
| **Address:** | 2081 Convention Center.<br>Atlanta, GA 30337<br>United States |
| **Tel:** | +1 (470) 306-0100 |
| **Fax:** | +1 (470) 306-0101 |
| **Check In/Check Out:** | Monday, February 28 2022 - Tuesday, March 1 2022 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 1 |
| **Rate per night:** | USD 296.00 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 77360117 |
| **Frequent Guest ID:** | 859397861 |
| **Cancellation Policy:** | 01D CANCEL 1 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | NONSMOKING ROOM |

## AIR - Tuesday, March 1 2022

**Delta Air Lines  Flight DL560  Economy Class**

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL<br>Atlanta, Georgia, United States<br>07:00 AM Tuesday, March 1 2022 |
| **Arrive:** | LaGuardia Airport<br>New York, New York, United States<br>09:11 AM Tuesday, March 1 2022 |
| **Duration:** | 2 hour(s) and 11 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: **G9XWCC** |
| **Equipment:** | Airbus Industrie A321 |
| **Seat:** | 19A Confirmed |
| **FF Number:** | DL2193943038 - ODELL/PATRICIA LEIGH |
| **Baggage Allowance:** | NIL |

## HOTEL - Tuesday, March 1 2022

**The Knickerbocker**

| | |
|---|---|
| **Address:** | 6 Times Square.<br>New York, NY 10036<br>United States |
| **Tel:** | +1 (212) 204-4980 |
| **Fax:** | +1 (212) 204-4981 |
| **Check In/Check Out:** | Tuesday, March 1 2022 - Thursday, March 3 2022 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 2 |

| Rate per night: | USD 337.50 plus tax and/or additional fees |
|---|---|
| Guaranteed: | Yes |
| Confirmation: | 6925SC015295 |
| Cancellation Policy: | 03D CANCEL 3 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

## AIR - Thursday, March 3 2022

| Delta Air Lines  Flight DL490  Economy Class | |
|---|---|
| Depart: | LaGuardia Airport |
| | New York, New York, United States |
| | 03:55 PM Thursday, March 3 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 06:40 PM Thursday, March 3 2022 |
| Duration: | 2 hour(s) and 45 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: G9XWCC |
| Equipment: | Airbus Industrie A321 |
| Seat: | 33F Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | NIL |

## Remarks

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...

COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

**Invoice**

**Total Invoice Amount: $522.20 USD**
Electronic Ticket Number: 0067693192499
Invoice No.: 5147782
Ticket Amount: $497.20 USD
Form of Payment: VI***********2379

Service Fee Number: 8900819371970
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

202100017080

NYC talc meetings

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| **Passenger(s):** | **ODELL/PATRICIA LEIGH** | | |
| **Date:** | 02 March 2022 | **Booking Ref.:** | BSODIF S-B30C |
| **Invoice No:** | 5148409 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery Address:** | LEIGH ODELL |
| | 4160 PO BOX | | |
| | MONTGOME RY 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

## HOTEL - Monday, February 28 2022

**Renaissance Atlanta Gateway**

| | |
|---|---|
| **Address:** | 2081 Convention Center. Atlanta, GA 30337 United States |
| **Tel:** | +1 (470) 306-0100 |
| **Fax:** | +1 (470) 306-0101 |
| **Check In/Check Out:** | Monday, February 28 2022 - Tuesday, March 1 2022 |
| **Status:** | Confirmed |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 1 |
| **Rate per night:** | USD 296.00 plus tax and/or additional fees |
| **Guaranteed:** | No |
| **Confirmation:** | 77360117 |
| **Cancellation Policy:** | 01D |
| **Additional Information:** | NONSMOKING ROOM |

## AIR - Tuesday, March 1 2022

**Delta Air Lines  Flight DL560  Premium Economy Class**

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL Atlanta, Georgia, United States 07:00 AM Tuesday, March 1 2022 |
| **Arrive:** | LaGuardia Airport New York, New York, United States 09:11 AM Tuesday, March 1 2022 |
| **Duration:** | 2 hour(s) and 11 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: **G9XWCC** |
| **Equipment:** | Airbus Industrie A321 |
| **Seat:** | Assigned at Check-in |
| **FF Number:** | DL2193943038 - ODELL/PATRICIA LEIGH |

## HOTEL - Tuesday, March 1 2022

**The Knickerbocker**

| | |
|---|---|
| **Address:** | 6 Times Square. New York, NY 10036 United States |
| **Tel:** | +1 (212) 204-4980 |
| **Fax:** | +1 (212) 204-4981 |
| **Check In/Check Out:** | Tuesday, March 1 2022 - Thursday, March 3 2022 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 2 |
| **Rate per night:** | USD 337.50 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 6925SC015295 |

| Cancellation Policy: | 03D CANCEL 3.00 HRS B4 ARRIVAL |
| Additional Information: | KING NONSMOKING |

## AIR - Wednesday, March 2 2022

### Delta Air Lines  Flight DL414  Economy Class

| Depart: | LaGuardia Airport |
| | New York, New York, United States |
| | 04:59 PM Wednesday, March 2 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 07:45 PM Wednesday, March 2 2022 |
| Duration: | 2 hour(s) and 46 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: **G9XWCC** |
| Equipment: | Airbus Industrie A321 |
| Seat: | Assigned at Check-in |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | NIL |

### Remarks

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

Invoice

| |
|---|
| **Total Invoice Amount: $130.01 USD** |
| Electronic Ticket Number: 0067693734184 |
| Invoice No.: 5148409 |
| Ticket Amount: $105.01 USD |
| Form of Payment: VI***********2379 |
| |
| Service Fee Number: 8900819476675 |
| Service Fee Amount: $25.00 USD |
| |

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

202100017080

| | |
|---|---|
| **Passenger(s):** | **ODELL/PATRICIA LEIGH** |
| **Date:** | 05 March 2022 |
| **Invoice No:** | 5149370 |
| **Billing:** | BEASLEY ALLEN LAW FIRM |
| | 4160 PO BOX |
| | MONTGOME RY 36103 |

| | |
|---|---|
| **Booking Ref.:** | SHZAUL S-B30C |
| **Customer:** | 011677 |
| **Delivery Address:** | LEIGH ODELL |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

## AIR - Monday, March 7 2022

**Delta Air Lines  Flight DL2769  Economy Class**

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 12:59 PM Monday, March 7 2022 |
| **Arrive:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 03:05 PM Monday, March 7 2022 |
| **Duration:** | 2 hour(s) and 6 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: JMS8DN |
| **Equipment:** | Boeing 737-800 Passenger |
| **Seat:** | 17A Confirmed |
| **FF Number:** | DL2193943038 - ODELL/PATRICIA LEIGH |
| **Baggage Allowance:** | NIL |

## CAR - Monday, March 7 2022

**Hertz Rent-A-Car**

| | |
|---|---|
| **Pick Up:** | Hertz Newark Liberty Airport |
| | Newark Airport Building 23 |
| | Newark, New Jersey 07114 |
| | United States |
| | 03:05 PM Monday, March 7 2022 |
| **Tel:** | +1 (973) 621-2000 |
| **Fax:** | +1 (973) 961-3519 |
| **Drop Off:** | Hertz Newark Liberty Airport |
| | Newark Airport Building 23 |
| | Newark, New Jersey 07114 |
| | United States |
| | 08:00 AM Wednesday, March 9 2022 |
| **Tel:** | +1 (973) 621-2000 |
| **Fax:** | +1 (973) 961-3519 |
| **Type:** | Full Size 2/4 Door |
| **Status:** | Confirmed |
| **Daily Rate:** | USD 68.13 Plus Taxes and/or Fees |
| **Estimated Total:** | USD 204.89 |
| **Extra Hour Fee:** | USD 23.16 |
| **Extra Charges:** | 68.63 |
| **Confirmation:** | K0570088754GOLD |
| **Corp. Discount:** | 2120375 |
| **Frequent Renter ID:** | ¤XXXXXX1568 |

## HOTEL - Monday, March 7 2022

**Princeton Marriott Forrestal**

| | |
|---|---|
| **Address:** | 100 College Road East. |
| | Princeton, NJ 08540 |
| | United States |

| | |
|---|---|
| Tel: | +1 (609) 452-7855 |
| Fax: | +1 (609) 452-7883 |
| Check In/Check Out: | Monday, March 7 2022 - Wednesday, March 9 2022 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 2 |
| Rate per night: | USD 153.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 84911215 |
| Frequent Guest ID: | 859397861 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

## AIR - Wednesday, March 9 2022

**Delta Air Lines  Flight DL2125  Economy Class**

| | |
|---|---|
| Depart: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 08:00 AM Wednesday, March 9 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 10:20 AM Wednesday, March 9 2022 |
| Duration: | 2 hour(s) and 20 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: JMS8DN |
| Equipment: | Boeing 737-800 Passenger |
| Seat: | 19F Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | NIL |

## Remarks

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN

BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE...
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

**Invoice**

Total Invoice Amount: $337.19 USD
Electronic Ticket Number: 0067694407096
Invoice No.: 5149370
Ticket Amount: $312.19 USD
Form of Payment: VI***********2379

Service Fee Number: 8900819601372
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

202100017080

| Passenger(s): | **ODELL/PATRICIA LEIGH** | | |
|---|---|---|---|
| **Date:** | 05 March 2022 | **Booking Ref.:** | SHZAUL S-B30C |
| **Invoice No:** | 5149370 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery Address:** | LEIGH ODELL |
| | 4160 PO BOX | | |
| | MONTGOME RY 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

## AIR - Monday, March 7 2022

**Delta Air Lines  Flight DL2769  Economy Class**

| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
|---|---|
| | Atlanta, Georgia, United States |
| | 12:59 PM Monday, March 7 2022 |
| Arrive: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 03:05 PM Monday, March 7 2022 |
| Duration: | 2 hour(s) and 6 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: JMS8DN |
| Equipment: | Boeing 737-800 Passenger |
| Seat: | 17A Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | NIL |

## CAR - Monday, March 7 2022

**Hertz Rent-A-Car**

| Pick Up: | Hertz Newark Liberty Airport |
|---|---|
| | Newark Airport Building 23 |
| | Newark, New Jersey 07114 |
| | United States |
| | 03:05 PM Monday, March 7 2022 |
| Tel: | +1 (973) 621-2000 |
| Fax: | +1 (973) 961-3519 |
| Drop Off: | Hertz Newark Liberty Airport |
| | Newark Airport Building 23 |
| | Newark, New Jersey 07114 |
| | United States |
| | 08:00 AM Wednesday, March 9 2022 |
| Tel: | +1 (973) 621-2000 |
| Fax: | +1 (973) 961-3519 |
| Type: | Full Size 2/4 Door |
| Status: | Confirmed |
| Daily Rate: | USD 68.13 Plus Taxes and/or Fees |
| Estimated Total: | USD 204.89 |
| Extra Hour Fee: | USD 23.16 |
| Extra Charges: | 68.63 |
| Confirmation: | K0570088754GOLD |
| Corp. Discount: | 2120375 |
| Frequent Renter ID: | ¤XXXXXX1568 |

## HOTEL - Monday, March 7 2022

**Princeton Marriott Forrestal**

| Address: | 100 College Road East. |
|---|---|
| | Princeton, NJ 08540 |
| | United States |

| Tel: | +1 (609) 452-7888 |
| Fax: | +1 (609) 452-7883 |
| Check In/Check Out: | Monday, March 7 2022 - Wednesday, March 9 2022 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 2 |
| Rate per night: | USD 153.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 84911215 |
| Frequent Guest ID: | 859397861 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

## AIR - Wednesday, March 9 2022

**Delta Air Lines  Flight DL2125  Economy Class**

| Depart: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 08:00 AM Wednesday, March 9 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 10:20 AM Wednesday, March 9 2022 |
| Duration: | 2 hour(s) and 20 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: JMS8DN |
| Equipment: | Boeing 737-800 Passenger |
| Seat: | 19F Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | NIL |

## Remarks

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN

BE APPLIED TO FUTURE TRAVEL ON THIS SAME AIRLINE...
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

### Invoice

Total Invoice Amount: $337.19 USD
Electronic Ticket Number: 0067694407096
Invoice No.: 5149370
Ticket Amount: $312.19 USD
Form of Payment: VI***********2379

Service Fee Number: 8900819601372
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

202100017080

NYC talc meetings

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | |
|---|---|
| **Passenger(s):** | **ODELL/PATRICIA LEIGH** |
| **Date:** | 02 March 2022 |
| **Invoice No:** | 5148409 |
| **Billing:** | BEASLEY ALLEN LAW FIRM |
| | 4160 PO BOX |
| | MONTGOME RY 36103 |

| | |
|---|---|
| **Booking Ref.:** | BSODIF S-B30C |
| **Customer:** | 011677 |
| **Delivery Address:** | LEIGH ODELL |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

**HOTEL - Monday, February 28 2022**

| Renaissance Atlanta Gateway | |
|---|---|
| **Address:** | 2081 Convention Center. |
| | Atlanta, GA 30337 |
| | United States |
| **Tel:** | +1 (470) 306-0100 |
| **Fax:** | +1 (470) 306-0101 |
| **Check In/Check Out:** | Monday, February 28 2022 - Tuesday, March 1 2022 |
| **Status:** | Confirmed |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 1 |
| **Rate per night:** | USD 296.00 plus tax and/or additional fees |
| **Guaranteed:** | No |
| **Confirmation:** | 77360117 |
| **Cancellation Policy:** | 01D |
| **Additional Information:** | NONSMOKING ROOM |

**AIR - Tuesday, March 1 2022**

| Delta Air Lines  Flight DL560  Premium Economy Class | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 07:00 AM Tuesday, March 1 2022 |
| **Arrive:** | LaGuardia Airport |
| | New York, New York, United States |
| | 09:11 AM Tuesday, March 1 2022 |
| **Duration:** | 2 hour(s) and 11 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: **G9XWCC** |
| **Equipment:** | Airbus Industrie A321 |
| **Seat:** | Assigned at Check-in |
| **FF Number:** | DL2193943038 - ODELL/PATRICIA LEIGH |

**HOTEL - Tuesday, March 1 2022**

| The Knickerbocker | |
|---|---|
| **Address:** | 6 Times Square. |
| | New York, NY 10036 |
| | United States |
| **Tel:** | +1 (212) 204-4980 |
| **Fax:** | +1 (212) 204-4981 |
| **Check In/Check Out:** | Tuesday, March 1 2022 - Thursday, March 3 2022 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 2 |
| **Rate per night:** | USD 337.50 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 6925SC015295 |

| Cancellation Policy: | 03D CANCEL 3 DAYS BEFORE ARRIVAL |
|---|---|
| Additional Information: | KING NONSMOKING |

## AIR - Wednesday, March 2 2022

### Delta Air Lines  Flight DL414  Economy Class

| | |
|---|---|
| Depart: | LaGuardia Airport |
| | New York, New York, United States |
| | 04:59 PM Wednesday, March 2 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 07:45 PM Wednesday, March 2 2022 |
| Duration: | 2 hour(s) and 46 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: **G9XWCC** |
| Equipment: | Airbus Industrie A321 |
| Seat: | Assigned at Check-in |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | NIL |

### Remarks

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

3/3/22, 9:09 AM    Case 21-30589-MBK    Doc 2963-1    Filed 09/01/22    Entered 09/01/22 12:29:37    Desc
Exhibit A-expense receipts    Page 67 of 136

19c

**Invoice**

---

**Total Invoice Amount: $130.01 USD**
Electronic Ticket Number: 0067693734184
Invoice No.: 5148409
Ticket Amount: $105.01 USD
Form of Payment: VI***********2379

Service Fee Number: 8900819476675
Service Fee Amount: $25.00 USD

---

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| **Passenger(s):** | **ODELL/PATRICIA LEIGH** | | |
| **Date:** | 08 March 2022 | **Booking Ref.:** | SHZAUL S-B30C |
| **Invoice No:** | 5149986 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | LEIGH ODELL |
| | 4160 PO BOX | **Address:** | |
| | MONTGOME RY 36103 | | |

Traveler Information:                                Airline baggage and ancillary fee information:
http://www.tsa.gov/traveler-information/           http://exploreflightfees.com/

### AIR - Monday, March 7 2022

| Delta Air Lines  Flight DL2769  Premium Economy Class | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 12:59 PM Monday, March 7 2022 |
| Arrive: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 03:05 PM Monday, March 7 2022 |
| Duration: | 2 hour(s) and 6 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: JMS8DN |
| Equipment: | Boeing 737-800 Passenger |
| Seat: | 11B Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |

### CAR - Monday, March 7 2022

| Hertz Rent-A-Car | |
|---|---|
| Pick Up: | Hertz Newark Liberty Airport |
| | Newark Airport Building 23 |
| | Newark, New Jersey 07114 |
| | United States |
| | 03:05 PM Monday, March 7 2022 |
| Tel: | +1 (973) 621-2000 |
| Fax: | +1 (973) 961-3519 |
| Drop Off: | Hertz Newark Liberty Airport |
| | Newark Airport Building 23 |
| | Newark, New Jersey 07114 |
| | United States |
| | 08:00 AM Wednesday, March 9 2022 |
| Tel: | +1 (973) 621-2000 |
| Fax: | +1 (973) 961-3519 |
| Type: | Full Size 2/4 Door |
| Status: | Confirmed |
| Daily Rate: | USD 68.13 Plus Taxes and/or Fees |
| Estimated Total: | USD 204.89 |
| Extra Hour Fee: | USD 23.16 |
| Extra Charges: | 68.63 |
| Confirmation: | K0570088754GOLD |
| Corp. Discount: | 2120375 |
| Frequent Renter ID: | ¤XXXXXX1568 |

### HOTEL - Monday, March 7 2022

| Princeton Marriott Forrestal | |
|---|---|
| Address: | 100 College Road East. |
| | Princeton, NJ 08540 |
| | United States |
| Tel: | +1 (609) 452-7800 |

3/9/22, 9:09 AM Case 21-30589-MBK Doc 2963-1 Filed 09/01/22 Entered 09/01/22 12:29:37 Itinerary Communication Attachment - SHZAUL - March 7 2022 21010783.html Desc 24b

Exhibit A-expense receipts    Page 69 of 136

| Fax: | +1 (609) 452-78... |
| --- | --- |
| Check In/Check Out: | Monday, March 7 2022 - Wednesday, March 9 2022 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 2 |
| Rate per night: | USD 153.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 84911215 |
| Frequent Guest ID: | 859397861 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

## AIR - Tuesday, March 8 2022

| Delta Air Lines  Flight DL1741  Economy Class | |
| --- | --- |
| Depart: | Newark Liberty International, TERMINAL B<br>Newark, New Jersey, United States<br>06:35 PM Tuesday, March 8 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL<br>Atlanta, Georgia, United States<br>09:02 PM Tuesday, March 8 2022 |
| Duration: | 2 hour(s) and 27 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: **JMS8DN** |
| Equipment: | Boeing 717-200 |
| Seat: | 19D Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |

## Remarks

PREVIOUS TICKET TODAY...0067694742952 WAS VOIDED
CHANGED RETURN FLIGHT PREV DL TKT 0067694407096
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN

BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

### Invoice

Total Invoice Amount: $120.00 USD
Electronic Ticket Number: 0067694979811
Invoice No.: 5149986
Ticket Amount: $95.00 USD
Form of Payment: VI************2379

Service Fee Number: 8900819668784
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

| | |
|---|---|
| **From:** | Clay Nottrodt |
| **To:** | Ted Meadows |
| **Cc:** | Lindsay Moore; Brittney Clemons |
| **Subject:** | [EXT] Feb 28 - Mar 3 - Confirmation - Ted Meadows |
| **Date:** | Monday, February 28, 2022 2:50:31 PM |
| **Attachments:** | Invoice - Itinerary Communication Attachment - IVHISJ - February 28 2022 20443761.html |
| | DL Flight Number 560 ATL LGA Departs 700 AM (Local Time)TED GORDON MEADOWS.ics |
| | DL Flight Number 490 LGA ATL Departs 355 PM (Local Time)TED GORDON MEADOWS.ics |
| | Hotel Confirmation Number 77361457 TED GORDON MEADOWS.ics |
| | Hotel Confirmation Number 6925SC015292 TED GORDON MEADOWS.ics |

# [EXTERNAL]

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| **Passenger(s):** | **MEADOWS/TED GORDON** | | |
| **Date:** | 28 February 2022 | **Booking Ref.:** | IVHISJ S-B30C |
| **Invoice No:** | 5147779 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | TED MEADOWS |
| | 4160 PO BOX | **Address:** | |
| | MONTGOMERY AL 36103 | | |

Traveler Information:                              Airline baggage and ancillary fee information:
http://www.tsa.gov/traveler-information/          http://exploreflightfees.com/

## HOTEL - Monday, February 28 2022
### Renaissance Atlanta Gateway

| | |
|---|---|
| **Address:** | 2081 Convention Center. |
| | Atlanta, GA 30337 |
| | United States |
| **Tel:** | +1 (470) 306-0100 |
| **Fax:** | +1 (470) 306-0101 |
| **Check In/Check Out:** | Monday, February 28 2022 - Tuesday, March 1 2022 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 1 |
| **Rate per night:** | USD 296.00 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 77361457 |
| **Frequent Guest ID:** | 345029743 |
| **Cancellation Policy:** | 01D CANCEL 1 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | NONSMOKING ROOM |

## AIR - Tuesday, March 1 2022
### Delta Air Lines  Flight DL560  Economy Class

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 07:00 AM Tuesday, March 1 2022 |
| **Arrive:** | LaGuardia Airport |

New York, New York, United States
09:11 AM Tuesday, March 1 2022

| | |
|---|---|
| Duration: | 2 hour(s) and 11 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: **G9XZCY** |
| Equipment: | Airbus Industrie A321 |
| Seat: | 19D Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

### Weather

## HOTEL - Tuesday, March 1 2022

### The Knickerbocker

| | |
|---|---|
| Address: | 6 Times Square.<br>New York, NY 10036<br>United States |
| Tel: | +1 (212) 204-4980 |
| Fax: | +1 (212) 204-4981 |
| Check In/Check Out: | Tuesday, March 1 2022 - Thursday, March 3 2022 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 2 |
| Rate per night: | USD 337.50 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 6925SC015292 |
| Cancellation Policy: | 03D CANCEL 3 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

## AIR - Thursday, March 3 2022

### Delta Air Lines  Flight DL490  Economy Class

| | |
|---|---|
| Depart: | LaGuardia Airport<br>New York, New York, United States<br>03:55 PM Thursday, March 3 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL<br>Atlanta, Georgia, United States<br>06:40 PM Thursday, March 3 2022 |
| Duration: | 2 hour(s) and 45 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: **G9XZCY** |
| Equipment: | Airbus Industrie A321 |
| Seat: | 31F Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

### Weather

## Remarks

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID

THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $522.20 USD**
Electronic Ticket Number: 0067693192496
Invoice No.: 5147779
Ticket Amount: $497.20 USD
Form of Payment: VI***********4404

Service Fee Number: 8900819371969
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

| | |
|---|---|
| **From:** | Clay Nottrodt |
| **To:** | Ted Meadows |
| **Cc:** | Lindsay Moore; Brittney Clemons |
| **Subject:** | [EXT] Feb 28 - Mar 3 - Confirmation - Ted Meadows |
| **Date:** | Monday, February 28, 2022 2:50:31 PM |
| **Attachments:** | Invoice - Itinerary Communication Attachment - IVHISJ - February 28 2022 20443761.html |
| | DL Flight Number 560 ATL LGA Departs 700 AM (Local Time)TED GORDON MEADOWS.ics |
| | DL Flight Number 490 LGA ATL Departs 355 PM (Local Time)TED GORDON MEADOWS.ics |
| | Hotel Confirmation Number 77361457 TED GORDON MEADOWS.ics |
| | Hotel Confirmation Number 6925SC015292 TED GORDON MEADOWS.ics |

## [EXTERNAL]

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| **Passenger(s):** | **MEADOWS/TED GORDON** | | |
| **Date:** | 28 February 2022 | **Booking Ref.:** | IVHISJ S-B30C |
| **Invoice No:** | 5147779 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | TED MEADOWS |
| | 4160 PO BOX | **Address:** | |
| | MONTGOMERY AL 36103 | | |

Traveler Information:                     Airline baggage and ancillary fee information:
http://www.tsa.gov/traveler-information/          http://exploreflightfees.com/

### HOTEL - Monday, February 28 2022
**Renaissance Atlanta Gateway**

| | |
|---|---|
| **Address:** | 2081 Convention Center. |
| | Atlanta, GA 30337 |
| | United States |
| **Tel:** | +1 (470) 306-0100 |
| **Fax:** | +1 (470) 306-0101 |
| **Check In/Check Out:** | Monday, February 28 2022 - Tuesday, March 1 2022 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 1 |
| **Rate per night:** | USD 296.00 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 77361457 |
| **Frequent Guest ID:** | 345029743 |
| **Cancellation Policy:** | 01D CANCEL 1 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | NONSMOKING ROOM |

### AIR - Tuesday, March 1 2022
**Delta Air Lines  Flight DL560  Economy Class**

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 07:00 AM Tuesday, March 1 2022 |
| **Arrive:** | LaGuardia Airport |

| | New York, New York, United States |
| | 09:11 AM Tuesday, March 1 2022 |
| **Duration:** | 2 hour(s) and 11 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: **G9XZCY** |
| **Equipment:** | Airbus Industrie A321 |
| **Seat:** | 19D Confirmed |
| **FF Number:** | DL2353000801 - MEADOWS/TED GORDON |
| **Baggage Allowance:** | NIL |

### Weather

## HOTEL - Tuesday, March 1 2022

### The Knickerbocker

| **Address:** | 6 Times Square. |
| | New York, NY 10036 |
| | United States |
| **Tel:** | +1 (212) 204-4980 |
| **Fax:** | +1 (212) 204-4981 |
| **Check In/Check Out:** | Tuesday, March 1 2022 - Thursday, March 3 2022 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 2 |
| **Rate per night:** | USD 337.50 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 6925SC015292 |
| **Cancellation Policy:** | 03D CANCEL 3 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | KING NONSMOKING |

## AIR - Thursday, March 3 2022

### Delta Air Lines  Flight DL490  Economy Class

| **Depart:** | LaGuardia Airport |
| | New York, New York, United States |
| | 03:55 PM Thursday, March 3 2022 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 06:40 PM Thursday, March 3 2022 |
| **Duration:** | 2 hour(s) and 45 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: **G9XZCY** |
| **Equipment:** | Airbus Industrie A321 |
| **Seat:** | 31F Confirmed |
| **FF Number:** | DL2353000801 - MEADOWS/TED GORDON |
| **Baggage Allowance:** | NIL |

### Weather

## Remarks

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID

THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $522.20 USD**
Electronic Ticket Number: 0067693192496
Invoice No.: 5147779
Ticket Amount: $497.20 USD
Form of Payment: VI***********4404

Service Fee Number: 8900819371969
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

| **From:** | Clay Nottrodt |
| **To:** | Ted Meadows |
| **Cc:** | Lindsay Moore; Brittney Clemons |
| **Subject:** | [EXT] Mar 2 - Confirmation - Return Flight Changed - Ted Meadows |
| **Date:** | Wednesday, March 2, 2022 2:19:03 PM |
| **Attachments:** | Invoice - Itinerary Communication Attachment - IVHISJ - February 28 2022 20144359.html |
| | DL Flight Number 414 LGA ATL Departs 459 PM (Local Time)TED GORDON MEADOWS.ics |

**[EXTERNAL]**

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| **Passenger(s):** | **MEADOWS/TED GORDON** | | |
| **Date:** | 02 March 2022 | **Booking Ref.:** | IVHISJ S-B30C |
| **Invoice No:** | 5148413 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | TED MEADOWS |
| | 4160 PO BOX | **Address:** | |
| | MONTGOMERY AL 36103 | | |

Traveler Information:                    Airline baggage and ancillary fee information:
http://www.tsa.gov/traveler-information/    http://exploreflightfees.com/

| **HOTEL - Monday, February 28 2022** | |
| --- | --- |
| **Renaissance Atlanta Gateway** | |
| **Address:** | 2081 Convention Center. |
| | Atlanta, GA 30337 |
| | United States |
| **Tel:** | +1 (470) 306-0100 |
| **Fax:** | +1 (470) 306-0101 |
| **Check In/Check Out:** | Monday, February 28 2022 - Tuesday, March 1 2022 |
| **Status:** | Confirmed |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 1 |
| **Rate per night:** | USD 296.00 plus tax and/or additional fees |
| **Guaranteed:** | No |
| **Confirmation:** | 77361457 |
| **Cancellation Policy:** | 01D |
| **Additional Information:** | NONSMOKING ROOM |

| **AIR - Tuesday, March 1 2022** | |
| --- | --- |
| **Delta Air Lines  Flight DL560  Premium Economy Class** | |
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 07:00 AM Tuesday, March 1 2022 |
| **Arrive:** | LaGuardia Airport |
| | New York, New York, United States |

| | 09:11 AM Tuesday, March 1 2022 |
|---|---|
| Duration: | 2 hour(s) and 11 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: **G9XZCY** |
| Equipment: | Airbus Industrie A321 |
| Seat: | Assigned at Check-in |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |

**Weather**

## HOTEL - Tuesday, March 1 2022

### The Knickerbocker

| Address: | 6 Times Square. |
|---|---|
| | New York, NY 10036 |
| | United States |
| Tel: | +1 (212) 204-4980 |
| Fax: | +1 (212) 204-4981 |
| Check In/Check Out: | Tuesday, March 1 2022 - Thursday, March 3 2022 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 2 |
| Rate per night: | USD 337.50 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 6925SC015292 |
| Cancellation Policy: | 03D CANCEL 3 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

## AIR - Wednesday, March 2 2022

### Delta Air Lines  Flight DL414  Economy Class

| Depart: | LaGuardia Airport |
|---|---|
| | New York, New York, United States |
| | 04:59 PM Wednesday, March 2 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 07:45 PM Wednesday, March 2 2022 |
| Duration: | 2 hour(s) and 46 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: **G9XZCY** |
| Equipment: | Airbus Industrie A321 |
| Seat: | Assigned at Check-in |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |

**Weather**

## Remarks

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED

INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $130.01 USD**
Electronic Ticket Number: 0067693734188
Invoice No.: 5148413
Ticket Amount: $105.01 USD
Form of Payment: VI************4404

Service Fee Number: 8900819476677
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

**From:** Clay Nottrodt
**To:** Ted Meadows
**Cc:** Lindsay Moore; Brittney Clemons
**Subject:** [EXT] Mar 7-9 - Confirmation - Ted Meadows
**Date:** Saturday, March 5, 2022 2:04:02 PM
**Attachments:** Invoice - Itinerary Communication Attachment - YKRSFE - March 7 2022 19524140.html
DL Flight Number 2769 ATL EWR Departs 1259 PM (Local Time)TED GORDON MEADOWS.ics
DL Flight Number 2125 EWR ATL Departs 800 AM (Local Time)TED GORDON MEADOWS.ics
Hotel Confirmation Number 84914628 TED GORDON MEADOWS.ics

## [EXTERNAL]

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

**Passenger(s):** **MEADOWS/TED GORDON**
**Date:** 05 March 2022                    **Booking Ref.:** YKRSFE S-B30C
**Invoice No:** 5149371                     **Customer:** 011677
**Billing:** BEASLEY ALLEN LAW FIRM    **Delivery** TED MEADOWS
4160 PO BOX                                          **Address:**
MONTGOMERY AL 36103

Traveler Information:                        Airline baggage and ancillary fee information:
http://www.tsa.gov/traveler-information/    http://exploreflightfees.com/

| AIR - Monday, March 7 2022 | |
|---|---|
| Delta Air Lines  Flight DL2769  Economy Class | |
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 12:59 PM Monday, March 7 2022 |
| Arrive: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 03:05 PM Monday, March 7 2022 |
| Duration: | 2 hour(s) and 6 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: JM3I85 |
| Equipment: | Boeing 737-800 Passenger |
| Seat: | 18C Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |
| Weather | |
| HOTEL - Monday, March 7 2022 | |
| Princeton Marriott Forrestal | |
| Address: | 100 College Road East. |
| | Princeton, NJ 08540 |
| | United States |
| Tel: | +1 (609) 452-7800 |
| Fax: | +1 (609) 452-7883 |
| Check In/Check Out: | Monday, March 7 2022 - Wednesday, March 9 2022 |

| Status: | Confirmed |
|---|---|
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 2 |
| Rate per night: | USD 153.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 84914628 |
| Frequent Guest ID: | 345029743 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

## AIR - Wednesday, March 9 2022

### Delta Air Lines  Flight DL2125  Economy Class

| Depart: | Newark Liberty International, TERMINAL B |
|---|---|
| | Newark, New Jersey, United States |
| | 08:00 AM Wednesday, March 9 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 10:20 AM Wednesday, March 9 2022 |
| Duration: | 2 hour(s) and 20 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: JM3I85 |
| Equipment: | Boeing 737-800 Passenger |
| Seat: | 18C Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

### Weather

### Remarks

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $337.19 USD**
Electronic Ticket Number: 0067694407098
Invoice No.: 5149371
Ticket Amount: $312.19 USD
Form of Payment: VI************4404

Service Fee Number: 8900819601373
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

| **From:** | Clay Nottrodt |
|---|---|
| **To:** | Ted Meadows |
| **Cc:** | Lindsay Moore; Brittney Clemons |
| **Subject:** | [EXT] Mar 7-9 - Confirmation - Ted Meadows |
| **Date:** | Saturday, March 5, 2022 2:04:02 PM |
| **Attachments:** | Invoice - Itinerary Communication Attachment - YKRSFE - March 7 2022 19524140.html |
| | DL Flight Number 2769 ATL EWR Departs 1259 PM (Local Time)TED GORDON MEADOWS.ics |
| | DL Flight Number 2125 EWR ATL Departs 800 AM (Local Time)TED GORDON MEADOWS.ics |
| | Hotel Confirmation Number 84914628 TED GORDON MEADOWS.ics |

## [EXTERNAL]

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| **Passenger(s):** | MEADOWS/TED GORDON | | |
|---|---|---|---|
| **Date:** | 05 March 2022 | **Booking Ref.:** | YKRSFE S-B30C |
| **Invoice No:** | 5149371 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery Address:** | TED MEADOWS |
| | 4160 PO BOX | | |
| | MONTGOMERY AL 36103 | | |

Traveler Information:                              Airline baggage and ancillary fee information:
http://www.tsa.gov/traveler-information/          http://exploreflightfees.com/

| **AIR - Monday, March 7 2022** | |
|---|---|
| **Delta Air Lines  Flight DL2769  Economy Class** | |
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 12:59 PM Monday, March 7 2022 |
| **Arrive:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 03:05 PM Monday, March 7 2022 |
| **Duration:** | 2 hour(s) and 6 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: JM3I85 |
| **Equipment:** | Boeing 737-800 Passenger |
| **Seat:** | 18C Confirmed |
| **FF Number:** | DL2353000801 - MEADOWS/TED GORDON |
| **Baggage Allowance:** | NIL |
| | **Weather** |

| **HOTEL - Monday, March 7 2022** | |
|---|---|
| **Princeton Marriott Forrestal** | |
| **Address:** | 100 College Road East. |
| | Princeton, NJ 08540 |
| | United States |
| **Tel:** | +1 (609) 452-7800 |
| **Fax:** | +1 (609) 452-7883 |
| **Check In/Check Out:** | Monday, March 7 2022 - Wednesday, March 9 2022 |

| | |
|---|---|
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 2 |
| **Rate per night:** | USD 153.00 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 84914628 |
| **Frequent Guest ID:** | 345029743 |
| **Cancellation Policy:** | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | KING NONSMOKING |

## AIR - Wednesday, March 9 2022

### Delta Air Lines  Flight DL2125  Economy Class

| | |
|---|---|
| **Depart:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 08:00 AM Wednesday, March 9 2022 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 10:20 AM Wednesday, March 9 2022 |
| **Duration:** | 2 hour(s) and 20 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: JM3I85 |
| **Equipment:** | Boeing 737-800 Passenger |
| **Seat:** | 18C Confirmed |
| **FF Number:** | DL2353000801 - MEADOWS/TED GORDON |
| **Baggage Allowance:** | NIL |

### Weather

### Remarks

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $337.19 USD**
Electronic Ticket Number: 0067694407098
Invoice No.: 5149371
Ticket Amount: $312.19 USD
Form of Payment: VI***********4404

Service Fee Number: 8900819601373
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

**From:** Clay Nottrodt
**To:** Ted Meadows
**Cc:** Brittney Clemons; Lindsay Moore
**Subject:** [EXT] Mar 8 - Confirmation - Return Flight Changed - Ted Meadows
**Date:** Tuesday, March 8, 2022 9:14:48 AM
**Attachments:** Invoice - Itinerary Communication Attachment - YKRSFE - March 7 2022 15062993.html
DL Flight Number 2769 ATL EWR Departs 1259 PM (Local Time)TED GORDON MEADOWS.ics
DL Flight Number 2769 EWR ATL Departs 420 PM (Local Time)TED GORDON MEADOWS.ics
Hotel Confirmation Number 84914628 TED GORDON MEADOWS.ics

**[EXTERNAL]**

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | | |
|---|---|---|---|---|
| **Passenger(s):** | **MEADOWS/TED GORDON** | | | |
| **Date:** | 08 March 2022 | **Booking Ref.:** | YKRSFE S-B30C | |
| **Invoice No:** | 5149800 | **Customer:** | 011677 | |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | TED MEADOWS | |
| | 4160 PO BOX | **Address:** | | |
| | MONTGOMERY AL 36103 | | | |

Traveler Information:                          Airline baggage and ancillary fee information:
http://www.tsa.gov/traveler-information/       http://exploreflightfees.com/

| **AIR - Monday, March 7 2022** | |
|---|---|
| **Delta Air Lines  Flight DL2769  Premium Economy Class** | |
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 12:59 PM Monday, March 7 2022 |
| **Arrive:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 03:05 PM Monday, March 7 2022 |
| **Duration:** | 2 hour(s) and 6 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: JM3I85 |
| **Equipment:** | Boeing 737-800 Passenger |
| **Seat:** | 11E Confirmed |
| **FF Number:** | DL2353000801 - MEADOWS/TED GORDON |
| **Weather** | |

| **HOTEL - Monday, March 7 2022** | |
|---|---|
| **Princeton Marriott Forrestal** | |
| **Address:** | 100 College Road East. |
| | Princeton, NJ 08540 |
| | United States |
| **Tel:** | +1 (609) 452-7800 |
| **Fax:** | +1 (609) 452-7883 |
| **Check In/Check Out:** | Monday, March 7 2022 - Wednesday, March 9 2022 |
| **Status:** | Confirmed |

| | |
|---|---|
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 2 |
| **Rate per night:** | USD 153.00 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 84914628 |
| **Frequent Guest ID:** | 345029743 |
| **Cancellation Policy:** | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | KING NONSMOKING |

## AIR - Tuesday, March 8 2022

### Delta Air Lines  Flight DL2769  Economy Class

| | |
|---|---|
| **Depart:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 04:20 PM Tuesday, March 8 2022 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 06:39 PM Tuesday, March 8 2022 |
| **Duration:** | 2 hour(s) and 19 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: JM3I85 |
| **Equipment:** | Boeing 737-800 Passenger |
| **Seat:** | 18D Confirmed |
| **FF Number:** | DL2353000801 - MEADOWS/TED GORDON |
| **Baggage Allowance:** | NIL |

### Weather

### Remarks

CHANGED RETURN FLIGHT PREV DL TKT 0067694407098
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $120.00 USD**
Electronic Ticket Number: 0067694742957
Invoice No.: 5149800
Ticket Amount: $95.00 USD
Form of Payment: VI***********4404

Electronic Ticket Number: 8900819668786
Ticket Amount: $25.00 USD
Form of Payment: VI***********4404

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

| | |
|---|---|
| **From:** | Clay Nottrodt |
| **To:** | Ted Meadows |
| **Cc:** | Lindsay Moore; Brittney Clemons |
| **Subject:** | [EXT] Mar 2 - Confirmation - Return Flight Changed - Ted Meadows |
| **Date:** | Wednesday, March 2, 2022 2:19:03 PM |
| **Attachments:** | Invoice - Itinerary Communication Attachment - IVHISJ - February 28 2022 20144359.html |
| | DL Flight Number 414 LGA ATL Departs 459 PM (Local Time)TED GORDON MEADOWS.ics |

## [EXTERNAL]

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| **Passenger(s):** | **MEADOWS/TED GORDON** | | |
| **Date:** | 02 March 2022 | **Booking Ref.:** | IVHISJ S-B30C |
| **Invoice No:** | 5148413 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | TED MEADOWS |
| | 4160 PO BOX | **Address:** | |
| | MONTGOMERY AL 36103 | | |

Traveler Information:                                Airline baggage and ancillary fee information:
http://www.tsa.gov/traveler-information/        http://exploreflightfees.com/

| **HOTEL - Monday, February 28 2022** | |
|---|---|
| **Renaissance Atlanta Gateway** | |
| **Address:** | 2081 Convention Center. |
| | Atlanta, GA 30337 |
| | United States |
| **Tel:** | +1 (470) 306-0100 |
| **Fax:** | +1 (470) 306-0101 |
| **Check In/Check Out:** | Monday, February 28 2022 - Tuesday, March 1 2022 |
| **Status:** | Confirmed |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 1 |
| **Rate per night:** | USD 296.00 plus tax and/or additional fees |
| **Guaranteed:** | No |
| **Confirmation:** | 77361457 |
| **Cancellation Policy:** | 01D |
| **Additional Information:** | NONSMOKING ROOM |

| **AIR - Tuesday, March 1 2022** | |
|---|---|
| **Delta Air Lines  Flight DL560  Premium Economy Class** | |
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 07:00 AM Tuesday, March 1 2022 |
| **Arrive:** | LaGuardia Airport |
| | New York, New York, United States |

| | 09:11 AM Tuesday, March 1 2022 |
|---|---|
| Duration: | 2 hour(s) and 11 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: **G9XZCY** |
| Equipment: | Airbus Industrie A321 |
| Seat: | Assigned at Check-in |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |

**Weather**

## HOTEL - Tuesday, March 1 2022

### The Knickerbocker

| Address: | 6 Times Square. |
|---|---|
| | New York, NY 10036 |
| | United States |
| Tel: | +1 (212) 204-4980 |
| Fax: | +1 (212) 204-4981 |
| Check In/Check Out: | Tuesday, March 1 2022 - Thursday, March 3 2022 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 2 |
| Rate per night: | USD 337.50 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 6925SC015292 |
| Cancellation Policy: | 03D CANCEL 3 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

## AIR - Wednesday, March 2 2022

### Delta Air Lines  Flight DL414  Economy Class

| Depart: | LaGuardia Airport |
|---|---|
| | New York, New York, United States |
| | 04:59 PM Wednesday, March 2 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 07:45 PM Wednesday, March 2 2022 |
| Duration: | 2 hour(s) and 46 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: **G9XZCY** |
| Equipment: | Airbus Industrie A321 |
| Seat: | Assigned at Check-in |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |

**Weather**

## Remarks

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED

INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $130.01 USD**
Electronic Ticket Number: 0067693734188
Invoice No.: 5148413
Ticket Amount: $105.01 USD
Form of Payment: VI***********4404

Service Fee Number: 8900819476677
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on
the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's
prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for
transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

| | |
|---|---|
| **From:** | Clay Nottrodt |
| **To:** | Ted Meadows |
| **Cc:** | Brittney Clemons; Lindsay Moore |
| **Subject:** | [EXT] Mar 8 - Confirmation - Return Flight Changed - Ted Meadows |
| **Date:** | Tuesday, March 8, 2022 9:14:48 AM |
| **Attachments:** | Invoice - Itinerary Communication Attachment - YKRSFE - March 7 2022 15062993.html |
| | DL Flight Number 2769 ATL EWR Departs 1259 PM (Local Time)TED GORDON MEADOWS.ics |
| | DL Flight Number 2769 EWR ATL Departs 420 PM (Local Time)TED GORDON MEADOWS.ics |
| | Hotel Confirmation Number 84914628 TED GORDON MEADOWS.ics |

## [EXTERNAL]

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| **Passenger(s):** | MEADOWS/TED GORDON | | |
| **Date:** | 08 March 2022 | **Booking Ref.:** | YKRSFE S-B30C |
| **Invoice No:** | 5149800 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery Address:** | TED MEADOWS |
| | 4160 PO BOX | | |
| | MONTGOMERY AL 36103 | | |

Traveler Information:                    Airline baggage and ancillary fee information:
http://www.tsa.gov/traveler-information/          http://exploreflightfees.com/

### AIR - Monday, March 7 2022

**Delta Air Lines  Flight DL2769  Premium Economy Class**

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 12:59 PM Monday, March 7 2022 |
| **Arrive:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 03:05 PM Monday, March 7 2022 |
| **Duration:** | 2 hour(s) and 6 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: JM3I85 |
| **Equipment:** | Boeing 737-800 Passenger |
| **Seat:** | 11E Confirmed |
| **FF Number:** | DL2353000801 - MEADOWS/TED GORDON |

**Weather**

### HOTEL - Monday, March 7 2022

**Princeton Marriott Forrestal**

| | |
|---|---|
| **Address:** | 100 College Road East. |
| | Princeton, NJ 08540 |
| | United States |
| **Tel:** | +1 (609) 452-7800 |
| **Fax:** | +1 (609) 452-7883 |
| **Check In/Check Out:** | Monday, March 7 2022 - Wednesday, March 9 2022 |
| **Status:** | Confirmed |

| | |
|---|---|
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 2 |
| **Rate per night:** | USD 153.00 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 84914628 |
| **Frequent Guest ID:** | 345029743 |
| **Cancellation Policy:** | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | KING NONSMOKING |

## AIR - Tuesday, March 8 2022

### Delta Air Lines  Flight DL2769  Economy Class

| | |
|---|---|
| **Depart:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 04:20 PM Tuesday, March 8 2022 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 06:39 PM Tuesday, March 8 2022 |
| **Duration:** | 2 hour(s) and 19 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: JM3I85 |
| **Equipment:** | Boeing 737-800 Passenger |
| **Seat:** | 18D Confirmed |
| **FF Number:** | DL2353000801 - MEADOWS/TED GORDON |
| **Baggage Allowance:** | NIL |

**Weather**

**Remarks**

CHANGED RETURN FLIGHT PREV DL TKT 0067694407098
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $120.00 USD**

Electronic Ticket Number: 0067694742957
Invoice No.: 5149800
Ticket Amount: $95.00 USD
Form of Payment: VI************4404

Electronic Ticket Number: 8900819668786
Ticket Amount: $25.00 USD
Form of Payment: VI************4404

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

**Lindsay Moore**

| | |
|---|---|
| **From:** | Leigh O'Dell |
| **Sent:** | Tuesday, March 1, 2022 10:21 PM |
| **To:** | Lindsay Moore |
| **Subject:** | FW: [EXT] Hertz Toll Receipt |

**P. Leigh O'Dell**
Principal
334.269.2343

**From:** HertzTollProcessing@PlatePass.com <HertzTollProcessing@PlatePass.com>
**Sent:** Tuesday, March 1, 2022 11:15 PM
**To:** Leigh O'Dell <Leigh.ODell@BeasleyAllen.com>
**Subject:** [EXT] Hertz Toll Receipt

<mark>[EXTERNAL]</mark>

Receipt 167277462

| | |
|---|---|
| **Rental Agreement:** 387594130 | **Last Name:** O'DELL |
| **Rental Start Date:** 02/13/2022 | **Pickup Location:** 0190211 NEWARK LIBERTY AIRPORT |
| **Rental End Date:** 02/18/2022 | **Return Location:** 0190211 NEWARK LIBERTY AIRPORT |
| | **Amount Due:** $0.00 |

**Thank you for renting with Hertz.**
Hertz utilizes a service called PlatePass which allows its customers to use cashless lanes or all-electronic tollways without using a personal transponder or paying the toll authority directly. The card used for your Hertz rental was charged the cost of the toll(s) and the convenience fee(s) as disclosed in your rental agreement. No further payment or action is necessary. Additional charges may apply if new information is received from toll authorities relating to this rental agreement.

Summary of PlatePass Charges

**Toll Charges: $10.51**

**Convenience Fee: $11.90**

Total:         $22.41

Amount Charged:         $22.41

VISA ending in 2379



14

202100017080

BKY hearing

100 LINDBERG RD
NEWARK NJ 07114

NEWARK AIRPORT
XXXXXXXX0001
100 LINBERGH ROAD
NEWARK        , NJ
07114

03/08/2022 785566979
04:06:44 PM

XXXXXXXXXXXX2379
Visa
INVOICE 089068
AUTH 015541

PUMP#  10
Regular CR      6.498G
PRICE/GAL      $4.739

FUEL TOTAL   $  30.79
----------
Total = $  30.79

CREDIT       $  30.79
====================
Customer-activated
Purchase/Capture
Site #:
0000000004814133
Shift Number 1
Sequence Number
28886
Swiped
APPROVED  015541
====================

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| **Passenger(s):** | **ODELL/PATRICIA LEIGH** | | |
| **Date:** | 08 March 2022 | **Booking Ref.:** | SHZAUL S-B30C |
| **Invoice No:** | 5149986 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | LEIGH ODELL |
| | 4160 PO BOX | **Address:** | |
| | MONTGOME RY 36103 | | |

Traveler Information:                                          Airline baggage and ancillary fee information:
http://www.tsa.gov/traveler-information/         http://exploreflightfees.com/

## AIR - Monday, March 7 2022

| Delta Air Lines  Flight DL2769  Premium Economy Class | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 12:59 PM Monday, March 7 2022 |
| Arrive: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 03:05 PM Monday, March 7 2022 |
| Duration: | 2 hour(s) and 6 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: JMS8DN |
| Equipment: | Boeing 737-800 Passenger |
| Seat: | 11B Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |

## CAR - Monday, March 7 2022

| Hertz Rent-A-Car | |
|---|---|
| Pick Up: | Hertz Newark Liberty Airport |
| | Newark Airport Building 23 |
| | Newark, New Jersey 07114 |
| | United States |
| | 03:05 PM Monday, March 7 2022 |
| Tel: | +1 (973) 621-2000 |
| Fax: | +1 (973) 961-3519 |
| Drop Off: | Hertz Newark Liberty Airport |
| | Newark Airport Building 23 |
| | Newark, New Jersey 07114 |
| | United States |
| | 08:00 AM Wednesday, March 9 2022 |
| Tel: | +1 (973) 621-2000 |
| Fax: | +1 (973) 961-3519 |
| Type: | Full Size 2/4 Door |
| Status: | Confirmed |
| Daily Rate: | USD 68.13 Plus Taxes and/or Fees |
| Estimated Total: | USD 204.89 |
| Extra Hour Fee: | USD 23.16 |
| Extra Charges: | 68.63 |
| Confirmation: | K0570088754GOLD |
| Corp. Discount: | 2120375 |
| Frequent Renter ID: | ¤XXXXXX1568 |

## HOTEL - Monday, March 7 2022

| Princeton Marriott Forrestal | |
|---|---|
| Address: | 100 College Road East. |
| | Princeton, NJ 08540 |
| | United States |
| Tel: | +1 (609) 452-7800 |

| Fax: | +1 (609) 452-78... |
| Check In/Check Out: | Monday, March 7 2022 - Wednesday, March 9 2022 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 2 |
| Rate per night: | USD 153.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 84911215 |
| Frequent Guest ID: | 859397861 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

## AIR - Tuesday, March 8 2022

**Delta Air Lines  Flight DL1741  Economy Class**

| Depart: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 06:35 PM Tuesday, March 8 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 09:02 PM Tuesday, March 8 2022 |
| Duration: | 2 hour(s) and 27 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: **JMS8DN** |
| Equipment: | Boeing 717-200 |
| Seat: | 19D Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |

## Remarks

PREVIOUS TICKET TODAY...0067694742952 WAS VOIDED
CHANGED RETURN FLIGHT PREV DL TKT 0067694407096
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN

BE APPLIED TO FUTURE TRAVEL ON THIS AIRLINE...
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

**Invoice**

Total Invoice Amount: $120.00 USD
Electronic Ticket Number: 0067694979811
Invoice No.: 5149986
Ticket Amount: $95.00 USD
Form of Payment: VI***********2379

Service Fee Number: 8900819668784
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf



202100017080

## Your Receipt

**VIEW RECEIPT**

|  | # | 01 | MR | **RR** | **407975330** |
|---|---|---|---|---|---|
|  |  |  |  | RES | K0570088754 |

**P O'DELL**

**INITIAL CHARGES**

| | | | | | | |
|---|---|---|---|---|---|---|
| RENT RT | $ | 85.16/ DAY | @ | 1/ DAYS | $ | 85.16 |
| RENT RT | $ | 28.95/ HOUR | @ | 1/ HOURS | $ | 28.95 |
| **SUBTOTAL 1** | | | | | $ | **114.11** |
| DISCOUNT - | R | 20% | | | $ | 22.82 |
| **SUBTOTAL LESS DISCOUNT** | | | | | T $ | **91.29** |

**CHARGES ADDED DURING RENTAL**

| | |
|---|---|
| LDW | DECLINED |
| LIS | DECLINED |
| PAI, PEC | DECLINED |
| PREM RD SVC | DECLINED |
| * ADDITIONAL CHARGES | |

**SERVICE CHARGES/TAXES**

| | | | | |
|---|---|---|---|---|
| CONCESSION FEE RECOVERY | 12.00 % | | T $ | 11.03 |
| VEHICLE LICENSING COST RECOVERY | .74 % | | T $ | .68 |
| DOMESTIC SECURITY FEE & TRANS FACILITY CHRG | | | $ | 33.28 |
| TAX/VLC    11.625% | ON TAXABLE TTL OF $ | 103.00 | $ | 11.97 |

**TOTAL AMOUNT DUE**                                             **$**  **148.25**

CHARGED ON          VISA          XXXXXXXXXXXX2379

**Gold Plus Rewards Points Earned This Rental:**                       **114**
**FOR EXPLANATION OF THE ABOVE CHARGES,**
**PLEASE ASK A REPRESENTATIVE OR GO TO**
**WWW.HERTZ.COM/CHARGEEXPLAINED**

| | |
|---|---|
| VEHICLE: | 01698/305732020SIR ARMADA RW N |
| LICENSE: | TXNCX9340 |
| FUEL: | FULL8/8 OUT8/8 IN |
| MILEAGE IN:   47408 | TR-X MILES: |
| MILEAGE OUT:  47302 | MILES ALLOWED: |
| MILES DRIVEN:  106 | MILES CHARGED: |
| CDP: | 2120375-BEASLEY ALLEN ET AL |
| RENTED: | NEWARK LIBERTY AIRPORT |
| RENTAL: | 03/07/2215:31 |
| RETURN: | 03/08/2216:10 |
| RETURNED: | NEWARK LIBERTY AIRPORT |
| COMPLETED BY: | 9141/NJNEW11 |
| PLAN IN:   RUSD2 | RATE CLASS:   F |
| PLAN OUT: | RUSD2 |

**Lindsay Moore**

| | |
|---|---|
| **From:** | Leigh O'Dell |
| **Sent:** | Sunday, March 20, 2022 9:14 AM |
| **To:** | Lindsay Moore |
| **Subject:** | Fwd: [EXT] Hertz Toll Receipt |

Get Outlook for iOS



**P. Leigh O'Dell**
Principal
800.898.2034

Leigh.ODell@BeasleyAllen.com
BeasleyAllen.com | My bio
**Learn more about our ongoing litigation.**

   

CONFIDENTIALITY & PRIVILEGE NOTICE

**From:** HertzTollProcessing@PlatePass.com <HertzTollProcessing@PlatePass.com>
**Sent:** Saturday, March 19, 2022 10:47:18 PM
**To:** Leigh O'Dell <Leigh.ODell@BeasleyAllen.com>
**Subject:** [EXT] Hertz Toll Receipt

[EXTERNAL]



## Receipt 168408855

**Rental Agreement:** 407975330

**Last Name:** O'DELL

**Rental Start Date:** 03/07/2022

**Pickup Location:** 0190211 NEWARK LIBERTY AIRPORT

**Rental End Date:** 03/08/2022

**Return Location:** 0190211 NEWARK LIBERTY AIRPORT

**Amount Due:** $0.00

**Thank you for renting with Hertz.**
Hertz utilizes a service called PlatePass which allows its customers to use cashless lanes or all-electronic tollways without using a personal transponder or paying the toll authority directly. The card used for your Hertz rental was charged the cost of the toll(s) and the convenience fee(s) as disclosed in your rental agreement. No further payment or action is necessary. Additional charges may apply if new information is received from toll authorities relating to this rental agreement.

## Summary of PlatePass Charges

**Toll Charges: $10.52**

**Convenience Fee: $11.90**

Total:        $22.42

Amount Charged:        $22.42

VISA ending in 2379

**Amount Due:        $0.00**

Need itemized receipt?                    Need more information?

                                        

**Please do not respond to this email as it is from an automated system.**

This message (including attachment(s)) may contain information that is privileged, confidential or protected from disclosure.
If you are not the intended recipient, you are hereby notified that dissemination, disclosure, copying, distribution or use of
this message or any information contained in it is strictly prohibited. If you have received this message in error, please delete
this message from your computer. Although we have taken steps to ensure that this e-mail and attachments are free from
any virus, we advise that in keeping with good computing practice the recipient should ensure they are actually virus free.

**MS&B**  McMANIMON · SCOTLAND · BAUMANN
75 Livingston Avenue, Roseland, NJ 07068

McManimon, Scotland & Baumann, LLC

NEOPO
04/01/20...
US POSTAGE $000.73
ZIP 07068
041M11293343

Ms Alishia Landrum
512 Planter Rest Lane
TRM 6005.20 Expnt     _ _ _ _ 29349

---

**MS&B**  McMANIMON · SCOTLAND · BAUMANN                75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

Alishia Landrum                          CLIENT #      00051354-00001
Beasley Allen Firm                       INVOICE #     189550
                                         INVOICE DATE:  March 30, 2022

                                         BILLING REF:  AS1

### INVOICE SUMMARY

*For professional* services rendered through 02/28/22, in connection
*with the matter* titled:

### LTL Management

|                              |        |
|------------------------------|--------|
| TOTAL FEES                   | 60.00  |
| TOTAL DISBURSEMENTS ADVANCED | 0.00   |
| **TOTAL FOR INVOICE**        | 60.00  |
| **PREVIOUS BALANCE**         | 0.00   |
| **TOTAL BALANCE DUE**        | 60.00  |

2021900017988
ialc meetings in NYc

**Less meal charges = 348.36**

# R
## RENAISSANCE®
### HOTELS

**RENAISSANCE ATLANTA GATEWAY**                                      **GUEST FOLIO**

| 506 | BIRCHFIELD/ANDY | 296.00 | 03/01/22 | 05:24 | 36801 |
|---|---|---|---|---|---|
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
| DD | XXX | | 02/28/22 | 20:28 | |
| TYPE | | | ARRIVE | TIME | |
| 45 | 234 COMMERCE ST | | | | |
| | MONTGOMERY  AL  361042540 | | | | |
| ROOM | | VSXXXXXXXXXXXX1756 | | | MBV#:   660926981 |
| CLERK | ADDRESS | PAYMENT | | | |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|
| 02/28 | DIESEL | 6028 506 | 15.12 | | |
| 02/28 | TR ROOM | 506, 1 | 296.00 | | |
| 02/28 | ROOM TAX | 506, 1 | 23.68 | | |
| 02/28 | OCC TAX | 506, 1 | 23.68 | | |
| 02/28 | GA RMFEE | 506, 1 | 5.00 | | |
| 03/01 | CCARD-VS | | | 363.48 | |
| | PAYMENT RECEIVED BY: VISA | XXXXXXXXXXXX1756 | | | .00 |

**See our "Privacy & Cookie Statement" on Marriott.com**

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**

# R
## RENAISSANCE®
### HOTELS

RENAISSANCE ATLANTA GATEWAY
2081 CONVENTION CTR
ATLANTA, GA  30337
PH: 470-306-0100 FX: 470-306-0101

**Was that the best night's sleep you have ever had? Have a repeat performance at your place by visiting CollectRenaissance.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

JNJ BKY

Less meal charges= 175.38



**PRINCETON MARRIOTT FORRESTAL**                    **GUEST FOLIO**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1402 | BIRCHFIELD/ANDY | 153.00 | 03/08/22 | 07:21 | | 51918 |
| ROOM | NAME | RATE | DEPART | TIME | | ACCT# |
| CK | XXX | | 03/07/22 | 16:31 | | |
| TYPE | 234 COMMERCE ST | | ARRIVE | TIME | | |
| 11 | MONTGOMERY  AL  361042540 | | | | | |
| ROOM | | | VSXXXXXXXXXXXX1756 | | | MBV#:   660926981 |
| CLERK | ADDRESS | | PAYMENT | | | |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|
| 03/07 | MARKET | 48021402 | 7.73 | | |
| 03/07 | TR ROOM | 1402, 1 | 153.00 | | |
| 03/07 | ROOM TAX | 1402, 1 | 10.14 | | |
| 03/07 | OCC TAX | 1402, 1 | 7.65 | | |
| 03/07 | MUNI TX | 1402, 1 | 4.59 | | |
| 03/08 | IRON&IVY | 39021402 | 7.46 | | |
| 03/08 | CCARD-VS | | | 190.57 | |
| | PAYMENT RECEIVED BY: VISA | XXXXXXXXXXXX1756 | | | .00 |

=========================================== EXP. REPORT SUMMARY ===============================================

| | | | |
|---|---|---|---|
| 03/07 | MARKET | 7.73 | |
| | TR ROOM | 153.00 | |
| | ROOM TAX | 10.14 | |
| | OCC TAX | 7.65 | |
| | MUNI TX | 4.59 | |
| 03/08 | IRON&IVY | 7.46 | |

**See our "Privacy & Cookie Statement" on Marriott.com**

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

20210901798C
talc meetings in
NYC

Less meal and parking charges = 348.36

# RENAISSANCE
## HOTELS

**RENAISSANCE ATLANTA GATEWAY**

**GUEST FOLIO**

| 658 | GDELL/ROCMIPIO/LEIA H | 2T6.00 | 0X/05/22 | 037X0 | X61TT |
|-----|-----------------------|--------|----------|-------|-------|
| MGGF | 9 OF E | MCCE | DEROMC | CIF E | OPPC# |
| DDO | | | 02/28/22 | 20T28 | |
| CBRE | | | OMMINE | CIF E | |
| K5 | | | | | |
| MGGF | ODDMESS | NS4444444444442X1T | | | F : N#7   83TXT1865 |
| PLEM. | | RCBF E9 C | | | |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|------|------------|--|---------|---------|--------------|
| 02/28 | DIESEL | 6026 658 | 1.2T | | hotel could not provide an itemized receipt from giftshop |
| 02/28 | ROM. I9 A | 120 | X3.00 | | |
| 02/28 | CM MGGF | 658VE | 2T6.00 | | |
| 02/28 | MGGF  CO4 | 658VE | 2X.68 | | |
| 02/28 | GPP  CO4 | 658VE | 2X.68 | | |
| 02/28 | A O MF YEE | 658VE | 3.00 | | |
| 0X/05 | PPOMD-NS | | | XT0.63 | |
| | RCBF E9 C MEPEINED : B7NISO | 4444444444442X1T | | | .00 |

**See our "Privacy & Cookie Statement" on Marriott.com**

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**

# RENAISSANCE
## HOTELS

ME9 OISSO9 PE  CCLO9 CO A CCEWCB
2085 P G9 NE9 CIG9  PCM
CCLO9 COVA O  X0XX1
RH7K10-X0-0500 Y4 7K10-X06-0505

**Was that the best night's sleep you have ever had? Have a repeat performance at your place by visiting CollectRenaissance.com.**

Chis statement is your only receipt. Bou have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. Che amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (Che credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this accountVyou will owe us such amount. If you are direct billedVin the event payment is not made within 23 days after check-outVyou will owe us interest from the check-out date on any unpaid amount at the rate of 5.3% per month (O9 9 UOL MCCE 58%)Vor the maximum allowed by lawVplus the reasonable cost of collectionVincluding attorney fees.

Signature 4

# THE KNICKERBOCKER

**Ms. Patricia Leigh Odell**

**United States**

| | |
|---|---|
| Room No. | : 0605 |
| Arrival | : 03-01-22 |
| Departure | : 03-03-22 |
| Folio No. | : 257546 |
| Conf. No. | : 395716 |
| Cashier No. | : 104 |

Company Name:  Internova Worldwide Hotel Program

Group Name:

**INFORMATION INVOICE**

| Date | Description | Charges | Credits |
|---|---|---|---|
| 03-01-22 | Room Charge | 315.00 | |
| 03-01-22 | City Occupancy Tax - Room | 2.00 | |
| 03-01-22 | City Sales Tax - Room - 5.875% | 18.51 | |
| 03-01-22 | State Sales Tax - Room - 8.875% | 27.96 | |
| 03-01-22 | City Javits Center Tax - Room | 1.50 | |
| 03-02-22 | Room Charge | 337.50 | |
| 03-02-22 | City Occupancy Tax - Room | 2.00 | |
| 03-02-22 | City Sales Tax - Room - 5.875% | 19.83 | |
| 03-02-22 | State Sales Tax - Room - 8.875% | 29.95 | |
| 03-02-22 | City Javits Center Tax - Room | 1.50 | |
| 03-03-22 | Visa Payment XXXXXXXXXXXX2379 09/23 | | 755.75 |

| | | |
|---|---|---|
| **Total Charges** | 755.75 | |
| **Total Credits** | | 755.75 |
| **Balance** | | **0.00** |

Page No. 1 of 1

2021000017080

JNJ BKY



**PRINCETON MARRIOTT FORRESTAL**                                **GUEST FOLIO**

| 2204 | ODELL/PATRICIA/LEIGH | 153.00 | 03/08/22 | 07:45 | 51919 |
|---|---|---|---|---|---|
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
| GK | | | 03/07/22 | 16:29 | |
| TYPE | | | ARRIVE | TIME | |
| 11 | | | | | |
| ROOM | | VSXXXXXXXXXXXX2379 | | MBV#: | 859397861 |
| CLERK | ADDRESS | PAYMENT | | | |

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|
| 03/07 | TR ROOM        2204, 1 | 153.00 | | |
| 03/07 | ROOM TAX       2204, 1 | 10.14 | | |
| 03/07 | OCC TAX        2204, 1 | 7.65 | | |
| 03/07 | MUNI TX        2204, 1 | 4.59 | | |
| 03/08 | CCARD-VS | | 175.38 | |
| | PAYMENT RECEIVED BY: VISA   XXXXXXXXXXXX2379 | | | .00 |

============================================= EXP. REPORT SUMMARY  =============================================

| 03/07 | TR ROOM | 153.00 |
|---|---|---|
| | ROOM TAX | 10.14 |
| | OCC TAX | 7.65 |
| | MUNI TX | 4.59 |

**See our "Privacy & Cookie Statement" on Marriott.com**

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X



**RENAISSANCE ATLANTA GATEWAY**                               **GUEST FOLIO**

| L62 | S XR3 E7 G/DX3 | 21. T00 | 0M06/22 | 0LB21 | M 800 |
| I EES | PRS X | I RDX | 3 XVRI D | D6 X | R, , D# |
| 3 3 | PE , E S VRP4 | | 02/28/22 | 20B2. | |
| D4 VX | 268 , ES S XI , X GD | | RI I YCX | D6 X | |
| F6 | S EPD9 ES XI 4  R:  M 60F-2LF0 | | | | |
| I EES | | CGOOOOOOOOOOOOOFF0F | | | S NC#B   MFL021WFM |
| , XI K | R33I XGG | VR4 S XPD | | | |

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|------|------------|---------|---------|--------------|
| 02/28 | DI  I EES      L6256 | 21. T00 | | |
| 02/28 | I EES DRO      L6256 | 2MT 8 | | |
| 02/28 | E , DRO        L6256 | 2MT 8 | | |
| 02/28 | 9 RI S AXX     L6256 | L T00 | | |
| 0M0E | , , RI 3 -CG | | MF8TM | |
| | VR4 S XPD I X, XYCX3 N4BCYGR | OOOOOOOOOOOOOFF0F | | T00 |

**See our "Privacy & Cookie Statement" on Marriott.com**

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**

I XPRYGGRP, X RD: RPDR 9 RDX7 R4
2086 , E PCXPDYEP , DI
RD: RPDR59 R  M0MMW
VHBFW0-M0. -0600 AOBFW0-M0. -0606

**Was that the best night's sleep you have ever had? Have a repeat performance at your place by visiting CollectRenaissance.com.**

Dhis statement is your only receiptT4ou have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to youTDhe amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth aboveT(Dhe credit card company will bill in the usual mannerTl Y for any reason the credit card company does not make payment on this account5you will owe us such amountTY you are direct billed5in the event payment is not made within 2L days after check-out5you will owe us interest from the check-out date on any unpaid amount at the rate of 6L% per month (RPPUR:  I RDX 68%)5or the maximum allowed by law5plus the reasonable cost of collection5including attorney feesT

Gignature O

6-A

# THE
# KNICKERBOCKER

Less meal charges = 755.75

**Mr. Ted Gordon Meadows**
**9800 Wyncrest Cir**
**Montgomery, AL 36117**
**United States**

| | |
|---|---|
| Room No. | : 0710 |
| Arrival | : 03-01-22 |
| Departure | : 03-02-22 |
| Folio No. | : 257477 |
| Conf. No. | : 395715 |
| Cashier No. | : 145 |

Company Name:  Internova Worldwide Hotel Program

Group Name:

**INFORMATION INVOICE**

| Date | Description | Charges | Credits |
|---|---|---|---|
| 03-01-22 | Charlie Palmer at the Knick - Dinner | 58.99 | |
| | Room# 0710 : CHECK# 1595 | | |
| 03-01-22 | Room Charge | 315.00 | |
| 03-01-22 | City Occupancy Tax - Room | 2.00 | |
| 03-01-22 | City Sales Tax - Room - 5.875% | 18.51 | |
| 03-01-22 | State Sales Tax - Room - 8.875% | 27.96 | |
| 03-01-22 | City Javits Center Tax - Room | 1.50 | |
| 03-02-22 | Room Charge | 337.50 | |
| 03-02-22 | City Occupancy Tax - Room | 2.00 | |
| 03-02-22 | City Sales Tax - Room - 5.875% | 19.83 | |
| 03-02-22 | State Sales Tax - Room - 8.875% | 29.95 | |
| 03-02-22 | City Javits Center Tax - Room | 1.50 | |
| 03-02-22 | Visa Payment | | 814.74 |
| | XXXXXXXXXXXX4404 | | |
| | 05/23 | | |

| | | |
|---|---|---|
| **Total Charges** | 814.74 | |
| **Total Credits** | | 814.74 |
| **Balance** | | **0.00** |

Page No. 1 of 1



**PRINCETON MARRIOTT FORRESTAL**

**GUEST FOLIO**

| | | | | | |
|---|---|---|---|---|---|
| 3204 | MEADOWS/TED | 153.00 | 03/08/22 | 07:46 | 51882 |
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
| GK | NO COMPANY | | 03/07/22 | 16:28 | |
| TYPE | 218 COMMERCE ST | | ARRIVE | TIME | |
| 11 | MONTGOMERY AL 36104-2540 | | | | |
| ROOM | | VSXXXXXXXXXXXX4404 | | | MBV#: 345029743 |
| CLERK | ADDRESS | PAYMENT | | | |

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|
| 03/07 | TR ROOM          3204, 1 | 153.00 | | |
| 03/07 | ROOM TAX        3204, 1 | 10.14 | | |
| 03/07 | OCC TAX          3204, 1 | 7.65 | | |
| 03/07 | MUNI TX          3204, 1 | 4.59 | | |
| 03/08 | CCARD-VS | | 175.38 | |
| | PAYMENT RECEIVED BY: VISA        XXXXXXXXXXXX4404 | | | .00 |

=========================================== EXP. REPORT SUMMARY  ===========================================

| | | |
|---|---|---|
| 03/07 | TR ROOM | 153.00 |
| | ROOM TAX | 10.14 |
| | OCC TAX | 7.65 |
| | MUNI TX | 4.59 |

**See our "Privacy & Cookie Statement" on Marriott.com**

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X



# ATTORNEY/STAFF EXPENSE REIMBURSEMENT FORM

| | |
|---|---|
| **TODAY'S DATE:** | 4/22/2022 |
| **EMPLOYEE:** | Leigh O'Dell |
| **MATTER ID \*:** | 202100017080 |
| **MATTER DESCRIPTION:** | JNJ Bankruptcy |
| **TRAVEL DATES:** | 4/18/2022 4/20/2022 |
| **OFFICE EXPENSE:** | |

*\* If there is more than 1 matter for this expense report, please include the matter ID in the details below.*

**APPROVAL:**    PLO

**DESCRIPTION:**    NYC for LTL Mediation

# EXPENSE BREAKDOWN

| | MILES | TOTAL |
|---|---|---|
| **MILEAGE: $0.585/PER MILE** | 340 | $ 198.90 |

| | DETAILS | TOTAL |
|---|---|---|
| PARKING: | | |
| AIR TRANSPORTATION | | |
| GROUND TRANSPORTATION: | Uber (2) | $ 257.60 |
| HOTEL/LODGING: | | |
| MEALS: | | |
| ENTERTAINMENT: | | |
| DUES/REGISTRATION FEES: | | |
| OTHER  CHARGES: | Tips | $ 10.00 |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |

| **REIMBURSEMENT TOTAL:** | **$ 466.50** |
|---|---|

## Lindsay Moore

| | |
|---|---|
| **From:** | Lindsay Moore <linny0788@gmail.com> |
| **Sent:** | Wednesday, March 30, 2022 5:11 PM |
| **To:** | Lindsay Moore |
| **Subject:** | [EXT] Fwd: Check 6028 |

**[EXTERNAL]**

---------- Forwarded message ---------
From: **Dema, Labinot** <Labinot.Dema@marriott.com>
Date: Wed, Mar 30, 2022 at 5:10 PM
Subject: Check 6028
To: linny0788@gmail.com <linny0788@gmail.com>

Hello
Please see attached receipt requested
Thank you

<table>
<tr><td colspan="2" align="center"><b>Check 6028<br>ATLAG GIFT SHOP/ATLAG</b></td></tr>
<tr><td>Mon, Feb 28 2022</td><td align="right">8:42 PM</td></tr>
<tr><td>Time:<br>0:33</td><td align="right">Guests:<br>0</td></tr>
<tr><td>1   CANDY</td><td>2.00</td></tr>
<tr><td>1   Food/Candy +</td><td>10.00</td></tr>
<tr><td>1   ROOM/ACCT CHG</td><td>15.12</td></tr>
<tr><td>1   CANDY</td><td>2.00</td></tr>
<tr><td>    A036801R00506</td><td>15.12</td></tr>
<tr><td>Sub Total</td><td>14.00</td></tr>
<tr><td>Tax</td><td>1.12</td></tr>
<tr><td>Service Charge</td><td>0.00</td></tr>
</table>

**Check Total**                          **15.12**

Employee
**Suleiman Ntore**

Sent from my iPhone

**20210017080**   8

OPERATED BY



**HMS**
**HOST**

MALONE'S BAR
NEWARK LIBERTY INTL AIRPORT

30279 Marieine
- - - - - - - - - - - - - - - - - - - - - -
3262                        GST 1
    MAR08'22  4:37PM
- - - - - - - - - - - - - - - - - - - - - -
    TO GO

1 WTR ARTC SOL M        3.95
1 CHIX TEND APP        15.49
  SUB FRIES             1.99
AT041006 XXX1756
VISA CC                22.85

SUBTOTAL               21.43
TAX                     1.42
AMOUNT PAID            22.85
---30279 Closed MAR08 04:37PM---

WE WANT TO HEAR YOUR FEEDBACK!
PLEASE CONTACT 1-877-672-7467
OR CUSTOMERSERVICE@HMSHOST.COM
TO SHARE YOUR EXPERIENCE.

STOREID: EWRMFMO1

JNJ BKY



### PRINCETON MARRIOTT FORRESTAL

**GUEST FOLIO**

| | | | | | |
|---|---|---|---|---|---|
| 1402<br>ROOM | BIRCHFIELD/ANDY<br>NAME | 153.00<br>RATE | 03/08/22<br>DEPART | 07:21<br>TIME | 51918<br>ACCT# |
| CK<br>TYPE | XXX | | 03/07/22<br>ARRIVE | 16:31<br>TIME | |
| 11<br>ROOM<br>CLERK | 234 COMMERCE ST<br>MONTGOMERY AL 361042540<br>ADDRESS | VSXXXXXXXXXXXX1756<br>PAYMENT | | | MBV#: 660926981 |

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|
| 03/07 | MARKET          48021402 | 7.73 | | |
| 03/07 | TR ROOM        1402, 1 | 153.00 | | |
| 03/07 | ROOM TAX      1402, 1 | 10.14 | | |
| 03/07 | OCC TAX        1402, 1 | 7.65 | | |
| 03/07 | MUNI TX        1402, 1 | 4.59 | | |
| 03/08 | IRON&IVY        39021402 | 7.46 | | |
| 03/08 | CCARD-VS | | 190.57 | |
| | PAYMENT RECEIVED BY: VISA    XXXXXXXXXXXX1756 | | | .00 |

============================== EXP. REPORT SUMMARY ==================================================

| | | | |
|---|---|---|---|
| 03/07 | MARKET | 7.73 | |
| | TR ROOM | 153.00 | |
| | ROOM TAX | 10.14 | |
| | OCC TAX | 7.65 | Totaling 15.19 |
| | MUNI TX | 4.59 | |
| 03/08 | IRON&IVY | 7.46 | |

**See our "Privacy & Cookie Statement" on Marriott.com**

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ 08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

```
         & & & 501 & & &
        PRINCETON, NEW JERSEY
        **** GIFT SHOP ****
120706 MOHAN
-----------------------------------
        CHK  4802
       7 Mar'22 6:36 PM
-----------------------------------
 1 KIND Protein Crchy P      4.00
 1 BLUE DIAMD ALMDS RST      3.25

   Subtotal:               $7.25
   Tax:                    $0.48
  Total:                  $7.73
  Change Due              $0.00
    ROOM/ACCT CHG          $7.73
     A051918R01402

  ---------- Check Closed -----------
        7 Mar'22 6:36 PM


   PLEASE COMPLETE FOR ROOM CHARGES



ROOM NUMBER_____

PRINT LAST NAME_____

SIGNATURE_____
```

```
              & & & 404 & & &
           PRINCETON, NEW JERSEY
           **** IRON & IVY ****

              (609) 452-7800
40394 RAJESH
-----------------------------------------
CHK  3902          TBL  1/2
                      GST  1
            8 Mar'22 7:07 AM
-----------------------------------------
 1 VENT SBUCKS COFFEE        4.00
 1 PINEAPPLE                 3.00

   Subtotal:               $7.00
   Tax:                    $0.46
 Total:                   $7.46
 Change Due               $0.00
   ROOM/ACCT CHG           $7.46
    A051918R01402

   ----------- Check Closed -----------
          8 Mar'22 7:08 AM

   PLEASE COMPLETE FOR ROOM CHARGES

GRATUITY_____

TOTAL_____

ROOM NUMBER_____
        PRINT LAST NAME _____
        SIGNATURE_____

 18% GRATUITY WILL BE ADDED TO TABLES OF
              SIX OR MORE
```

20210907986
talc meetings in
NYC



**RENAISSANCE**®
HOTELS

**RENAISSANCE ATLANTA GATEWAY**                                      **GUEST FOLIO**

---

| 658 | GDELL/ROCMIPIO/LEIA H | 2T6.00 | 0X/05/22 | 037X0 | X61TT |
|-----|------------------------|--------|----------|-------|-------|
| MGGF | 9 OF E | MCCE | DEROMC | CIF E | OPPC# |
| DDO | | | 02/28/22 | 20T28 | |
| CBRE | | OMMINE | | CIF E | |
| K5 | | | | | |
| MGGF | ODDMESS | NS444444444442X1T | | | F : N#7   83TXT1865 |
| PLEM. | | RCBF E9C | | | |

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|------|------------|---------|---------|--------------|
| 02/28 | DIESEL          6026 658 | 1.2T | | hotel could not provide an itemized receipt from giftshop |
| 02/28 | ROM, I9 A       120 | X3.00 | | |
| 02/28 | CM MGGF         658V5 | 2T6.00 | | |
| 02/28 | MGGF  CO4       658V5 | 2X.68 | | |
| 02/28 | GPP  CO4        658V5 | 2X.68 | | |
| 02/28 | A O MF YEE      658V5 | 3.00 | | |
| 0X/05 | PPOMD-NS | | XT0.63 | |
| | RCBF E9 C MEPEINED : B7NISO | 444444444442X1T | | .00 |

**See our "Privacy & Cookie Statement" on Marriott.com**


**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**


**RENAISSANCE**®
HOTELS

ME9 OISSO9 PE  CCLO9 CO A CCEWCB
2085 P G9 NE9 CIG9  PCM
CCLO9 COVA O  X0XX1
RH7K10-X06-0500 Y4 7K10-X06-0505

**Was that the best night's sleep you have ever had? Have a repeat performance at your place by visiting CollectRenaissance.com.**

Chis statement is your only receipt. Bou have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. Che amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (Che credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this accountYvou will owe us such amount. If you are direct billedVin the event payment is not made within 23 days after check-outVyou will owe us interest from the check-out date on any unpaid amount at the rate of 5.3% per month (O9 9 UOL MCCE 58%)Vor the maximum allowed by lawVplus the reasonable cost of collectionVincluding attorney fees.

Signature 4



## 202100017080
## BKY hearing

Kiosk #87
Hartsfield-Jackson Atlanta
International Airport
Atlanta, GA

1361 Kimberly

Chk 5462              Mar07'22 12:25P   Gst   0

**TO GO**
1 Btl Mnt Dew Diet          2.99
1 Purelife 500ml            2.99
1 Protein Box               8.99
AT048393 XXX2379
Visa                       16.17

Subtotal                   14.97
Tax                         1.20
Payment                    16.17

Sales Tax                   1.20

We would love to hear from you
regarding your experience today.
Your valuable feedback is
crucial in our strive to
constantly provide great guest
service and assist us in
recognizing our associ-



Receipt Detail Viewer
Restaurant: Truett's Chick-fil-A Newnan
Restaurant Number: 70045
Receipt Date: 3/2/2022 8:14:29 PM

| | |
|---|---|
| Transaction Number: | 2466077 |
| Original Tran Number: | 0 |
| Business Date: | 3/2/2022 |
| Register: | 59 |
| Transaction Total: | $28.49 |
| Items Cancelled Before Total: | Yes |
| Items Cancelled After Total: | No |

| | |
|---|---|
| Original Cashier: | Campbell, Preston |
| Final Cashier: | Campbell, Preston |
| Start Time: | 3/2/2022 8:12:49 PM |
| End Time: | 8:14:29 PM |
| Destination: | DRIVE THRU |
| Status: | Regular Sale |
| Card Info: | MEADOWS/TED G - 4404 |
| Loyalty ID: | |

| Action | Status | Description | Quantity | Amount |
|---|---|---|---|---|
| Regular Sale | Cancelled - Before Total | BLACK | 1 | $0.00 |
| Combo | | Meal-CFASan | 1 | $8.15 |
| Combo Sub-Item | | CFA Sand | 1 | |
| Combo Sub-Item | | Fries MD | 1 | |
| Combo Sub-Item | | Dt Lmnde MD | 1 | $0.34 |
| Condiment | | White Bun | 1 | ($0.25) |
| Condiment | | Mltgrn Brio Bun | 1 | $0.55 |
| Regular Sale | | BLUE FLAG | 1 | $0.00 |
| Condiment | Cancelled - Before Total | No Sauce | 1 | $0.00 |
| Combo | | Meal-CFASan | 1 | $8.15 |
| Combo Sub-Item | | CFA Sand | 1 | |
| Combo Sub-Item | | Fries LG | 1 | $0.40 |
| Combo Sub-Item | | Dt Lmnde LG | 1 | $0.74 |
| Regular Sale | | Ketchup | 4 | $0.00 |
| Combo | | Meal-CFASan | 1 | $8.15 |
| Combo Sub-Item | | CFA Sand | 1 | |
| Combo Sub-Item | | Fries MD | 1 | |
| Combo Sub-Item | | Dt DrPpr LG | 1 | $0.40 |
| Condiment | | Pick | 2 | |
| Subtotal | | | | $26.63 |
| Tax | | | | $1.86 |
| Transaction Total | | | | $28.49 |
| Tender | | Credit | | ($28.49) |
| Change | | | | $0.00 |

Ted Meadows
Leigh O'Dell



OPERATED BY

# HMS
### H O S T

MALONE'S BAR
NEWARK LIBERTY INTL AIRPORT

30279 Marieine
--------------------------------
3264                      GST 2
        MAR08'22  4:39PM
--------------------------------
    TO GO

1 SODA BTL D COKE      3.99
  Btl Dt Coke 20oz PET
1 SAND CHIX AVO       17.59
1 SEAFOOD COMBO       24.99
1 WTR PLND 500         2.00
  Poland Spring Bottled Water
  500ml
  AT075553 XXX4404
  VISA CC             51.79

  SUBTOTAL            48.57
  TAX                  3.22
  AMOUNT PAID         51.79
---30279 Closed MAR08 04:39PM---

WE WANT TO HEAR YOUR FEEDBACK!
PLEASE CONTACT 1-877-672-7467
OR CUSTOMERSERVICE@HMSHOST.COM
  TO SHARE YOUR EXPERIENCE.

    STOREID: EWRMFM01

PACER REPORT

| Login | Date | Pages | Client Code | Search | Cost | | Area of Law |
|---|---|---|---|---|---|---|---|
| plodell635 Leigh O'Dell (3953554) | 03/17/2022 | 4 | 202100017080 | 21-30589-MBK | $ | 0.40 | Mass Torts |
| plodell635 Leigh O'Dell (3953554) | 03/17/2022 | 6 | 202100017080 | 21-30589-MBK | $ | 0.60 | Mass Torts |
| plodell635 Leigh O'Dell (3953554) | 03/17/2022 | 4 | 202100017080 | 21-30589-MBK | $ | 0.40 | Mass Torts |
| plodell635 Leigh O'Dell (3953554) | 03/17/2022 | 2 | 202100017080 | 21-30589-MBK | $ | 0.20 | Mass Torts |
| | | | | | $ | 1.60 | |

## ATTORNEY/STAFF EXPENSE REIMBURSEMENT FORM

| | |
|---|---|
| **TODAY'S DATE:** | 4/20/2022 |
| **EMPLOYEE:** | Ted Meadows |
| **MATTER ID \*:** | 2.021E+11    201100017080 |
| **MATTER DESCRIPTION:** | Talc J&J Bankruptcy Master File |
| **TRAVEL DATES:** | April 18-20, 2022 |
| **OFFICE EXPENSE:** | |

*\* If there is more than 1 matter for this expense report, please include the matter ID in the details below.*

## DESCRIPTION: Cash tips while travel

### MILEAGE: $0.585/PER MILE

| DESCRIPTION | DATE | MATTER ID | MILES | TOTAL |
|---|---|---|---|---|
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |

### EXPENSE DETAILS

| EXPENSE | DETAILS | TOTAL |
|---|---|---|
| PARKING: | | |
| AIR TRANSPORTATION | | |
| GROUND TRANSPORTATION: | | |
| HOTEL/LODGING: | | |
| MEALS: | | |
| ENTERTAINMENT: | | |
| DUES/REGISTRATION FEES: | | |
| OTHER  CHARGES: | Cash Tips while traveling | $25.00 |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| TOTAL FROM ADDITIONAL PAGE | | $0.00 |

## REIMBURSEMENT TOTAL: | | $25.00 |



# ATTORNEY/STAFF EXPENSE REIMBURSEMENT FORM

| | |
|---|---|
| **TODAY'S DATE:** | 4/22/2022 |
| **EMPLOYEE:** | Leigh O'Dell |
| **MATTER ID \*:** | 202100017080 |
| **MATTER DESCRIPTION:** | JNJ Bankruptcy |
| **TRAVEL DATES:** | 4/18/2022 4/20/2022 |
| **OFFICE EXPENSE:** | |

*\* If there is more than 1 matter for this expense report, please include the matter ID in the details below.*

**APPROVAL:** PLO

**DESCRIPTION:** NYC for LTL Mediation

# EXPENSE BREAKDOWN

| | MILES | TOTAL |
|---|---|---|
| **MILEAGE: $0.585/PER MILE** | 340 | $ 198.90 |

| | DETAILS | TOTAL |
|---|---|---|
| **PARKING:** | | |
| **AIR TRANSPORTATION** | | |
| **GROUND TRANSPORTATION:** | Uber (2) | $ 257.60 |
| **HOTEL/LODGING:** | | |
| **MEALS:** | | |
| **ENTERTAINMENT:** | | |
| **DUES/REGISTRATION FEES:** | | |
| **OTHER  CHARGES:** | Tips | $ 10.00 |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **REIMBURSEMENT TOTAL:** | | $ 466.50 |



## RENAISSANCE®
HOTELS

**RENAISSANCE ATLANTA GATEWAY**                    **GUEST FOLIO**

| 658 | GDELL/RCCMIPIO/LEIA H | 2T6.00 | 0X/05/22 | 037X0 | X61TT |
|---|---|---|---|---|---|
| MGGF | 9 OF E | MOCE | DEROMC | CIF E | OPPC# |
| DDO | | | 02/28/22 | 20T28 | |
| CBRE | | | OMMINE | CIF E | |
| K5 | | | | | |
| MGGF | ODDMESS | NS4 4 4 4 4 4 4 4 4 4 4 2X1T | | | F : N#7   83TXT1865 |
| PLEM. | | RCBF E9 C | | | |

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|
| 02/28 | DIESEL        6026 658 | 1.2T | | hotel could not provide an itemized receipt from giftshop |
| 02/28 | ROM. I9 A     120 | X3.00 | | |
| 02/28 | CM MGGF       658V5 | 2T6.00 | | |
| 02/28 | MGGF  CO4     658V5 | 2X.68 | | |
| 02/28 | GPP  CO4      658V5 | 2X.68 | | |
| 02/28 | A O MF YEE    658V5 | 3.00 | | |
| 0X/05 | PPOMD-NS | | XT0.63 | |
| | RCBF E9 C MEPEINED : B7NISO | 4 4 4 4 4 4 4 4 4 4 4 2X1T | | .00 |

**See our "Privacy & Cookie Statement" on Marriott.com**

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**

## RENAISSANCE®
HOTELS

ME9 OISSO9 PE  CCLO9 CO A CCEWCB
2085 PG9 NE9 CIG9  PCM
CCLO9 COVA O  X0XX1
RH7K10-X06-0500 Y4 7K10-X06-0505

**Was that the best night's sleep you have ever had? Have a repeat performance at your place by visiting CollectRenaissance.com.**

Chis statement is your only receipt. Bou have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. Che amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (Che credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this accountVyou will owe us such amount. If you are direct billedVin the event payment is not made within 23 days after check-outVyou will owe us interest from the check-out date on any unpaid amount at the rate of 5.3% per month (O9.9 UOL MCCE 58%)Vor the maximum allowed by lawVplus the reasonable cost of collectionVincluding attorney fees.

Signature 4





201100017080

12

BKY hearing

*************************

*************************

TUE 03-08-22 03:11 P

FEE[BASE]          $ 12.00
Total              $ 12.00

Card No.   XXXX XXXX 2379
Charge Amount      $ 12.00
-------------------------
Change             $  0.00

## Lindsay Moore

**From:** Leigh O'Dell
**Sent:** Wednesday, April 20, 2022 12:41 PM
**To:** Lindsay Moore
**Subject:** Fwd: [EXT] [Business] Your Wednesday afternoon trip with Uber



**P. Leigh O'Dell**
Principal
800.898.2034

Leigh.ODell@BeasleyAllen.com
BeasleyAllen.com | My bio
**Learn more about our ongoing litigation.**

    

CONFIDENTIALITY & PRIVILEGE NOTICE

Begin forwarded message:

> **From:** Uber Receipts <noreply@uber.com>
> **Date:** April 20, 2022 at 1:28:34 PM EDT
> **To:** Leigh O'Dell <Leigh.ODell@beasleyallen.com>
> **Subject: [EXT] [Business] Your Wednesday afternoon trip with Uber**

[EXTERNAL]



Total **$126.69**
April 20, 2022

Total          $126.69

Learn more about the government-mandated pricing rules, taxes, and fees that make trips in NYC more expensive.

| | |
|---|---|
| Base Fare | $6.96 |
| Distance | $29.32 |
| Time | $39.07 |

| | |
|---|---|
| Subtotal | $75.35 |
| LGA Airport Surcharge | $2.50 |
| NY Congestion Fee | $2.75 |
| State Sales Tax | $6.91 |
| NY Black Car Fund | $2.34 |
| Tip | $18.42 |
| Tip | $18.42 |

**Payments**

**American Express ••••2003**        $126.69
4/20/22 1:28 PM

Affiliated with UBER USA, LLC (B03404)

Dispatched by UBER USA, LLC (B03404)

To submit a complaint to the NYC TLC, please call 311.

**Download PDF**

## You rode with Freddy

**4.95**  Rating                    Has passed a multi-step safety screen

License Plate: T672962C

FHV License Number: 5620646

Driver's TLC License Number: 5385349

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more ❯**



Black    10.70 miles | 46 min

**12:31 PM**

205 W 46th St, New York, NY 10036, US

**1:17 PM**

Flushing, NY 11371, US

Report lost item ❯          Contact support❯          My trips ❯

## Lindsay Moore

**From:**      Leigh O'Dell
**Sent:**       Monday, April 18, 2022 2:51 PM
**To:**         Lindsay Moore
**Subject:**   FW: [EXT] [Business] Your Monday afternoon trip with Uber

### P. Leigh O'Dell
Principal
334.269.2343

**From:** Uber Receipts <noreply@uber.com>
**Sent:** Monday, April 18, 2022 2:44 PM
**To:** Leigh O'Dell <Leigh.ODell@BeasleyAllen.com>
**Subject:** [EXT] [Business] Your Monday afternoon trip with Uber

[EXTERNAL]



Total **$130.91**
April 18, 2022

Total $130.91

Learn more about the government-mandated pricing rules, taxes, and fees that make trips in NYC more expensive.

| | |
|---|---|
| Trip Fare | $72.08 |

| | |
|---|---|
| Subtotal | $72.08 |
| NY Congestion Fee | $2.75 |
| NY Black Car Fund | $2.43 |
| State Sales Tax | $7.20 |
| Tolls, Surcharges, and Fees | $9.05 |
| Tip | $18.70 |
| Tip | $18.70 |

**Payments**

| | | |
|---|---|---|
| | **American Express ••••2003** | $130.91 |
| | 4/18/22 3:44 PM | |

Affiliated with UBER USA, LLC (B03404)

Dispatched by UBER USA, LLC (B03404)

To submit a complaint to the NYC TLC, please call 311.

**Download PDF**

# You rode with Guang

**4.90** Rating                    Has passed a multi-step safety screen

License Plate: T741371C

FHV License Number: 5795120

Driver's TLC License Number: 5785692

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more ›**

**2:47 PM**

Flushing, NY 11371, US

**3:33 PM**

701 7th Ave, New York City, NY 10036, US