**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **GENOVA BURNS LLC** <br> Daniel M. Stolz, Esq. <br> Donald W. Clarke, Esq. <br> Matthew I.W. Baker, Esq. <br> dstolz@genovaburns.com <br> dclarke@genovaburns.com <br> mbaker@genovaburns.com <br> 110 Allen Road, Suite 304 <br> Basking Ridge, NJ  07920 <br> Tel: (973) 467-2700 <br> Fax: (973) 467-8126 <br> *Local Counsel to the Official Talc Claimants Committee* | **BROWN RUDNICK LLP** <br> David J. Molton, Esq. <br> Robert J. Stark, Esq. <br> Michael Winograd, Esq. <br> Jeffrey L. Jonas, Esq. <br> dmolton@brownrudnick.com <br> rstark@brownrudnick.com <br> mwinograd@brownrudnick.com <br> jjonas@brownrudnick.com <br> Seven Times Square <br> New York, NY  10036 <br> Tel: (212) 209-4800 <br> Fax: (212) 209-4801 <br> <br> and <br> <br> Sunni P. Beville, Esq. <br> sbeville@brownrudnick.com <br> One Financial Center <br> Boston, MA  02111 <br> Tel: (617) 856-8200 <br> Fax: (617) 856-8201 <br> *Co-Counsel for the Official Talc Claimants Committee* |
| **BAILEY GLASSER LLP** <br> Brian A. Glasser, Esq. <br> Thomas B. Bennett, Esq. <br> bglasser@baileyglasser.com <br> tbennett@baileyglasser.com <br> 105 Thomas Jefferson St. NW, Suite 540 <br> Washington, DC  20007 <br> Tel: (202) 463-2101 <br> Fax: (202) 463-2103 <br> *Co-Counsel for the Official Talc Claimants Committee* | **OTTERBOURG PC** <br> Melanie L. Cyganowski, Esq. <br> Adam C. Silverstein, Esq. <br> Jennifer S. Feeney, Esq. <br> mcyganowski@otterbourg.com <br> asilverstein@otterbourg.com <br> jfeeney@otterbourg.com <br> 230 Park Avenue <br> New York, NY  10169 <br> Tel: (212) 905-3628 <br> Fax: (212) 682-6104 <br> *Co-Counsel for the Official Talc Claimants Committee* |

#16735714v1

| | |
|---|---|
| **PARKINS & RUBIO LLP**<br>Leonard M. Parkins, Esq.<br>Charles M. Rubio, Esq.<br>lparkins@parkinslee.com<br>crubio@parkinslee.com<br>Pennzoil Place<br>700 Milan St., Suite 1300<br>Houston, TX  77002<br>Tel: (713) 715-1666<br>*Co-Counsel for the Official Talc Claimants Committee* | **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>jmassey@masseygail.com<br>100 Main Ave. SW, Suite 450<br>Washington, DC  20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>*Co-Counsel for the Official Talc Claimants Committee* |
| In re:<br><br>**LTL MANAGEMENT, LLC,**<br><br>                              Debtor. | Chapter 11<br><br>Case No.: 21-30589(MBK)<br><br>Honorable Michael B. Kaplan |

**APPLICATION FOR REIMBURSEMENT OF EXPENSES FOR
ROBINSON CALCAGNIE, INC, COMMITTEE MEMBER OF TALC CLAIMANTS
FOR PERIOD NOVEMBER 9, 2021 THROUGH MAY 16, 2022
<u>SUBMITTED BY GENOVA BURNS, LLC</u>**

Genova Burns, LLC ("Genova Burns") submits this Application for Reimbursement of Expenses for Robinson Calcagnie, Inc., Committee Member of Talc Claimants, for the period November 9, 2021 through May 16, 2022, pursuant to the Order Establishing Procedures for the Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court entered on December 9, 2021 (the "Interim Compensation Order").

The supporting vouchers for this Expense Statement are annexed hereto as Exhibit "A".

WHEREFORE, Genova Burns respectfully requests payment of expenses for this Expense

#16735714v1

Statement of Robinson Calcagnie, Inc., Committee Member of Talc Claimants, in the sum of $61,416.40, in accordance with the terms of the Interim Compensation Order.

                                                **GENOVA BURNS, LLC**
                                                *Local Counsel to Official Committee*
                                                *of Talc Claimants*

                                        By: *Daniel M. Stolz* .
                                                  **DANIEL M. STOLZ**

Dated:  September 1, 2022

#16735714v1