# EXHIBIT "A"

Case Name: In re LTL Management, LLC
Case No.:  21-30589 (MBK)

**SCHEDULE OF EXPENSES FOR MEMBERS AND MEMBERS' REPRESENTATIVES
OF THE OFFICIAL TALC CLAIMANTS COMMITTEE OF LTL MANAGEMENT, LLC**

Applicant Name:__Robinson Calcagnie, Inc.___
Role: _____                                                   Total Expenses Requested:  $      61,416.40

| SCHEDULE OF EXPENSES | | |
|---|---|---|
| Date(s) Incurred | Expense Detail (e.g., hotel, airfair and reason) | Expense Amount |
| 11/09/2021 | Apollo Jets [ TRAVEL EXPENSE ]  11/08/21 SNA to CLT WIRED 11/09 - Mark Robinson | 1,368.00 |
| 11/09/2021 | Apollo Jets [ TRAVEL EXPENSE ]  11/08/21 SNA to CLT WIRED 11/09 - Paul D'agostino | 1,368.00 |
| 11/29/2021 | Paul Dagostino [ MEAL ] Reimbursement: 11/05-11/20 Greens Lunch - 11/10/21 | 14.87 |
| 11/29/2021 | Paul Dagostino [ TRAVEL EXPENSE ] Reimbursement: 11/05-11/20 Uber - Court to Hotel - 11/10/21 | 26.03 |
| 11/29/2021 | Paul Dagostino [ TRAVEL EXPENSE ] Reimbursement: 11/05-11/20 Grand Bohemian Hotel - 11/05/21 | 825.34 |
| 11/29/2021 | City National Bank [ TRAVEL EXPENSE ] Travel VISA D'agostino/Paul HTL CLT Grand Bohemian 10/19/21 | 379.17 |
| 11/29/2021 | Paul Dagostino [ TRAVEL EXPENSE ] Reimbursement: 11/05-11/20 Uber - to airport - 11/08/21 | 30.09 |
| 11/29/2021 | Paul Dagostino [ TRAVEL EXPENSE ] Reimbursement: 11/05-11/20 JW Marriott Charlotte Hotel - 11/08-11/10 | 1,034.93 |
| 11/29/2021 | Paul Dagostino [ MEAL ] Reimbursement: 11/05-11/20 Sandwich Club Charlotte NC - 11/09/21 | 11.37 |
| 11/29/2021 | Paul Dagostino [ Photocopy Service ] Reimbursement: 11/05-11/20 FedEx Office - Copies of Dr. Quick's testimony transcript for Mark - 11/10/21 | 9.68 |
| 11/29/2021 | City National Bank [ TRAVEL EXPENSE ] Travel VISA MPRobinson Car Svc CLT 10/20/21 Limolink | 136.00 |
| 11/29/2021 | Paul Dagostino [ TRAVEL EXPENSE ] Reimbursement: 11/05-11/20 Uber - to Court - 11/10/21 | 20.75 |
| 11/29/2021 | Paul Dagostino [ MEAL ] Reimbursement: 11/05-11/20 Uptown Charlotte - 11/08/21 | 50.00 |
| 11/29/2021 | City National Bank [ TRAVEL EXPENSE ] Travel VISA MPRobinson HTL CLT Grand Bohemian 10/19/21 | 839.13 |
| 11/29/2021 | City National Bank [ TRAVEL EXPENSE ] Travel VISA MPRobinson Car Svc CLT 10/20/21 Limolink | 299.25 |
| 11/29/2021 | City National Bank [ TRAVEL EXPENSE ] Travel VISA MPRobinson Car Svc CLT 10/19/21 Limolink | 136.00 |
| 12/02/2021 | Clerk, USDC [ OTHER SERVICES ] Mark P. Robinson Pro Hac Vice Mark P. Robinson Pro Hac Vice | 150.00 |
| 12/02/2021 | NJ Lawyers' Fund for Client Protection [ OTHER SERVICES ] Mark P Robinson Jr. Pro Hac Vice Mark P Robinson Jr. Pro Hac Vice | 212.00 |
| 12/08/2021 | AMERICAN EXPRESS [ TRAVEL EXPENSE ]  Grand Bohemian Hotel 11/03/21 to 11/05/21 | 2,304.71 |
| 12/08/2021 | AMERICAN EXPRESS [ TRAVEL EXPENSE ]  CLT JW 402 Deans Charlotte NC | 102.43 |
| 12/08/2021 | AMERICAN EXPRESS [ TRAVEL EXPENSE ]  Grand Bohemian Hotel 10/19/21 to 10/20/21 | 724.92 |
| 12/08/2021 | AMERICAN EXPRESS [ TRAVEL EXPENSE ]  CLT JW PMS Charlotte NC | 1,819.49 |

| | | |
|---|---|---|
| 12/30/2021 | City National Bank [ TRAVEL EXPENSE ] Travel VISA MPRobinson tkt fee 11/12/21 | 27.00 |
| 12/30/2021 | City National Bank [ TRAVEL EXPENSE ] Travel VISA MPRobinson/ Car svc CLT 11/8/21 Limolink | 95.00 |
| 12/30/2021 | City National Bank [ TRAVEL EXPENSE ] Travel VISA Dagostino/P Air CLT/LAX 11/10/21 | 436.83 |
| 12/30/2021 | City National Bank [ TRAVEL EXPENSE ] Travel VISA MPRobinson tkt fee 11/23/21 Void fee 27.00 each | 54.00 |
| 12/30/2021 | City National Bank [ TRAVEL EXPENSE ] Travel VISA MPRobinson Air SFo/EWR/SNA UA 11/21-11/22 Coach Class MPR | 2,177.00 |
| 12/30/2021 | City National Bank [ TRAVEL EXPENSE ] Travel VISA MPRobinson/Air CLT/LAX AA  11/10/21 Coach Class | 509.00 |
| 12/30/2021 | City National Bank [ TRAVEL EXPENSE ] Travel VISA MPRobinson Air CLT/LAX AA 11/10/21 MPR Coach Class | 509.00 |
| 12/30/2021 | City National Bank [ TRAVEL EXPENSE ] Travel VISA MPRbinson Air RT SNA/EWR UA 12/13-12/15 Coach Class | 2,177.00 |
| 12/30/2021 | City National Bank [ TRAVEL EXPENSE ] Travel VISA MPRobinson HTL EWR Westin Princeton 11/21/21 | 193.72 |
| 12/30/2021 | City National Bank [ TRAVEL EXPENSE ] Travel VISA Dagostino/P Air seat fee AA 11/9/21 | 28.47 |
| 12/30/2021 | City National Bank [ TRAVEL EXPENSE ] Travel VISA MPRobinson/Car Svc CLT 11/10/21 Limolink | 93.00 |
| 12/30/2021 | City National Bank [ TRAVEL EXPENSE ] Travel VISA MPRobinson Car Svc CLT 11/3/21 Limolink | 310.83 |
| 12/30/2021 | City National Bank [ TRAVEL EXPENSE ] Travel VISA MPRobinson Car Svc EWR Courthouse to Airport 11/21/21 Limolink | 347.35 |
| 12/30/2021 | City National Bank [ TRAVEL EXPENSE ] Travel VISA Dagostino/P Htl CLT Marriott 11/8/21 | 431.04 |
| 12/30/2021 | City National Bank [ TRAVEL EXPENSE ] Travel VISA MPRobinson Car Svc SFO to Airport for EWR flight Limolink 11/21/21 | 98.75 |
| 12/30/2021 | City National Bank [ TRAVEL EXPENSE ] Travel VISA MPRobinson Car svc CLT 11/5/21 Limolink | 166.75 |
| 12/30/2021 | City National Bank [ TRAVEL EXPENSE ] Travel VISA MPRbinson tkt fee 11/6/21 | 27.00 |
| 12/30/2021 | City National Bank [ TRAVEL EXPENSE ] Travel VISA Dagostino/P tkt fee 11/9/21 | 27.00 |
| 12/30/2021 | City National Bank [ TRAVEL EXPENSE ] Travel VISA MPRobinson Air tkt fee 11/10/21 | 27.00 |
| 12/30/2021 | City National Bank [ TRAVEL EXPENSE ] Travel VISA MPRobinson Car Svc CLT 11/10/21 Limolink | 93.00 |
| 01/07/2022 | AMERICAN EXPRESS [ TRAVEL EXPENSE ]  Westin New Jersey 11/21/21 | 232.04 |
| 02/01/2022 | City National Bank [ TRAVEL EXPENSE ] Travel VISA MPRobinson tkt fee 12/7/21 | 27.00 |
| 02/01/2022 | City National Bank [ TRAVEL EXPENSE ] Travel VISA MPRobinson tkt fee 12/7/21 | 27.00 |
| 02/01/2022 | City National Bank [ TRAVEL EXPENSE ] Travel VISA MPRobinson Air RT SNA/EWR UA 12/7/21 - Coach rate PD 12/13-12/15 | 2,177.00 |
| 02/01/2022 | City National Bank [ TRAVEL EXPENSE ] Travel VISA MPRobinson tkt fee 12/27/21 | 27.00 |
| 02/01/2022 | City National Bank [ TRAVEL EXPENSE ] Travel VISA Dagostino tkt fee 12/7/21 | 27.00 |
| 02/01/2022 | City National Bank [ TRAVEL EXPENSE ] Travel VISA Razmara/L  Air tkt fee  12/10/21 | 27.00 |
| 02/01/2022 | City National Bank [ TRAVEL EXPENSE ] Travel VISA MPRobinson car Svc LAX/CDM 12/14/21 Limolink | 156.50 |
| 02/01/2022 | City National Bank [ TRAVEL EXPENSE ] Travel VISA MPRobinson tkt fee 12/10/21 | 27.00 |
| 02/01/2022 | City National Bank [ TRAVEL EXPENSE ] Travel VISA MPRobinson tkt fee VOIDS 12/16/21 | 27.00 |

| | | |
|---|---|---|
| 02/01/2022 | City National Bank [ TRAVEL EXPENSE ] Travel VISA MPRobinson Air LAX/EWR/SNA UA 12/19/21RFD 12/19-12/20 MPR Coach Rate | 2,177.20 |
| 02/01/2022 | City National Bank [ TRAVEL EXPENSE ] Travel VISA Razmara/L tkt fee 12/16/21 | 27.00 |
| 02/01/2022 | City National Bank [ TRAVEL EXPENSE ] Travel VISA Razmara/L Air SNA/EWR UA 1/10/22 Xld LR 01/10-01/11 Coach Class | 1,448.60 |
| 02/01/2022 | City National Bank [ TRAVEL EXPENSE ] Travel VISA MPRobinson car Svc EWR 12/14/21 Limolink | 333.18 |
| 02/01/2022 | City National Bank [ TRAVEL EXPENSE ] Travel VISA MPRobinson Air SNA/EWR UA 1/10/22 Xld  01/10-01/11 MPR Coach Class | 1,448.60 |
| 02/01/2022 | City National Bank [ TRAVEL EXPENSE ] Travel VISA Razmara/L tkt fee 12/15/21 | 27.00 |
| 02/01/2022 | City National Bank [ TRAVEL EXPENSE ] Travel VISA Melody Robinson tkt fee 12/27/21 | 27.00 |
| 02/01/2022 | City National Bank [ TRAVEL EXPENSE ] Travel VISA Razmara/ Car Svc Pasadena/LAX 12/14/21 Limolink | 150.10 |
| 02/01/2022 | City National Bank [ TRAVEL EXPENSE ] Travel VISA MPRobinson tkt fee 12/15/21 | 27.00 |
| 02/01/2022 | City National Bank [ TRAVEL EXPENSE ] Travel VISA Dagostino/  Air RT SNA/EWR UA 12/7/21 12/13-12/15 MPR coach Class | 2,497.20 |
| 02/01/2022 | City National Bank [ TRAVEL EXPENSE ] Travel VISA Razmara/Car SVC SNA/Pasadena 12/15/21 Limolink | 146.50 |
| 02/01/2022 | City National Bank [ TRAVEL EXPENSE ] Travel VISA MPRobinson Htl EWR Marriott 12/14/21-12/15/21 MPR | 228.10 |
| 02/01/2022 | City National Bank [ TRAVEL EXPENSE ] Travel VISA Dagostino tkt fee 12/7/21 | 27.00 |
| 02/01/2022 | City National Bank [ TRAVEL EXPENSE ] Travel VISA Razmara/L Air LAX/EWR/SNA UA 12/14/21 LR Coach Class 12/13-12/15 | 2,497.20 |
| 02/01/2022 | City National Bank [ TRAVEL EXPENSE ] Travel VISA MPRobinson Air SNA/EWR/SNA UA 2/14/22 MPR Coach Class - 02/14-02/18 | 2,497.20 |
| 02/01/2022 | City National Bank [ TRAVEL EXPENSE ] Travel VISA Razmara/ tkt fee 12/20/21 | 27.00 |
| 02/01/2022 | City National Bank [ TRAVEL EXPENSE ] Travel VISA Razmara/L Htl EWR Marriott 12/14/21 | 233.70 |
| 02/01/2022 | City National Bank [ TRAVEL EXPENSE ] Travel VISA MPRobinson tkt fee 12/13/21 | 27.00 |
| 02/01/2022 | City National Bank [ TRAVEL EXPENSE ] Travel VISA MPRobinson Car Svc SNA/CDM 12/15/21 Limolink | 105.00 |
| 03/01/2022 | City National Bank [ TRAVEL EXPENSE ]-MPRobinson Air tkt fee 2/2/22 | 27.00 |
| 03/01/2022 | City National Bank [ TRAVEL EXPENSE ]-MPRobinson Air RT LAX/EWR/SNA UA 2/13/22 | 2,497.20 |
| 03/01/2022 | City National Bank [ TRAVEL EXPENSE ]-Dagostino tkt fee 2/2/22 | 27.00 |
| 03/28/2022 | Paul Dagostino [ TRAVEL EXPENSE ]-Uber to Airport - 03/07/22 | 15.89 |
| 03/28/2022 | Paul Dagostino [ TRAVEL EXPENSE ]-Happy Clam - NJ - 03/08/22 | 50.45 |
| 03/28/2022 | Paul Dagostino [ TRAVEL EXPENSE ]-Marriott - 03/08/22 | 297.69 |
| 03/30/2022 | City National Bank [ TRAVEL EXPENSE ]-KFCalcagnie Air tkt fee 2/25/22 | 27.00 |
| 03/30/2022 | City National Bank [ TRAVEL EXPENSE ]-Dagostino/P tkt fee 2/25/22 | 27.00 |
| 03/30/2022 | City National Bank [ TRAVEL EXPENSE ]-KFCalcagnie Air RT SNA/EWR UA 3/7/22 | 2,497.20 |
| 03/30/2022 | City National Bank [ TRAVEL EXPENSE ]-MPRobinson car svc SNA/LAX  Limolink 2/13/22 (incl Superbowl surcharge) | 420.02 |

| Date | Description | Amount |
|---|---|---|
| 03/30/2022 | City National Bank [ TRAVEL EXPENSE ]-MPRobinson Car svc EWR to Hyatt 2/13/22 Limolink | 237.60 |
| 03/30/2022 | City National Bank [ TRAVEL EXPENSE ]-Dagostino tkt fee 2/3/22 | 27.00 |
| 03/30/2022 | City National Bank [ TRAVEL EXPENSE ]-KFCalcagnie Air tkt fee 3/2/2022 | 27.00 |
| 03/30/2022 | City National Bank [ TRAVEL EXPENSE ]-KFC Air tkt fee 2/4/22 | 27.00 |
| 03/30/2022 | City National Bank [ TRAVEL EXPENSE ]-MPRobinson Car Svc EWR Limolink 2/16/22 to Chouse | 423.08 |
| 03/30/2022 | City National Bank [ TRAVEL EXPENSE ]-MPRobinson Car Svc EWR Limolink 2/14/22 to Chouse | 395.38 |
| 03/30/2022 | City National Bank [ TRAVEL EXPENSE ]-MPRobinson HTL EWR Hyatt Princeton 2/13/22 - Majed Nachawati Co-counsel | 853.95 |
| 03/30/2022 | City National Bank [ TRAVEL EXPENSE ]-MPRobinson HTL EWR Hyatt Princeton 2/13/22 | 231.44 |
| 03/30/2022 | City National Bank [ TRAVEL EXPENSE ]-MPRobinson Car Svc EWR Limolink 2/15/22 EWR to Chouse | 391.58 |
| 03/30/2022 | City National Bank [ TRAVEL EXPENSE ]-MPRobinson Car Svc SNA to Home 2/17/22 Limolink | 105.00 |
| 04/08/2022 | AMERICAN EXPRESS [ TRAVEL EXPENSE ]-Hyatt Regency Princeton NJ | 941.00 |
| 04/08/2022 | AMERICAN EXPRESS [ TRAVEL EXPENSE ]-Hyatt Regency Princeton NJ | 4.53 |
| 04/08/2022 | AMERICAN EXPRESS [ MEAL ]-The Meeting House-Princeton NJ | 122.36 |
| 04/29/2022 | City National Bank [ TRAVEL EXPENSE ]-MPRobinson Car Svc SNA to Home  3/30/22 Limolink | 105.00 |
| 04/29/2022 | City National Bank [ TRAVEL EXPENSE ]-Dagostino/Paul AIr UA RT SNA/EWR 3/7/22 | 2,497.20 |
| 04/29/2022 | City National Bank [ TRAVEL EXPENSE ]-Collins/J Htl EWR Hyatt Regency Princeton 3/29/22 | 205.18 |
| 04/29/2022 | City National Bank [ TRAVEL EXPENSE ]-KFCalcagnie Car Svc EWR Limolink 3/7/22 EWR to Htl | 258.53 |
| 04/29/2022 | City National Bank [ TRAVEL EXPENSE ]-Dagostino/P Air tkt fee 3/31/22 | 27.00 |
| 04/29/2022 | City National Bank [ TRAVEL EXPENSE ]-Dagostino/P tkt fee UA 3/3/22 | 27.00 |
| 04/29/2022 | City National Bank [ TRAVEL EXPENSE ]-MPRobinson Air tkt fee 3/31/22 | 27.00 |
| 04/29/2022 | City National Bank [ TRAVEL EXPENSE ]-Dagostino/Paul  tkt fee on Refund tkt | 27.00 |
| 04/29/2022 | City National Bank [ TRAVEL EXPENSE ]-KFCalcagnie Car Svc EWR Limolink 3/8/22 CHouse to EWR | 400.57 |
| 04/29/2022 | City National Bank [ TRAVEL EXPENSE ]-Collins/J  Air RT LAX/EWR/SNA UA 3/29/22 | 2,497.20 |
| 04/29/2022 | City National Bank [ TRAVEL EXPENSE ]-Robinson/M  Air EWR UA 3/31/22 | 2,497.20 |
| 04/29/2022 | City National Bank [ TRAVEL EXPENSE ]-Robinson/M  Htl EWR Hyatt Regency Princeton 3/29/22 | 549.05 |
| 04/29/2022 | City National Bank [ TRAVEL EXPENSE ]-Dagostino/P Air EWR UA 3/31/22 | 1,048.60 |
| 04/29/2022 | City National Bank [ TRAVEL EXPENSE ]-MPRobinson Car Svc EWR to Htl 3/29/22 Limolink | 274.48 |
| 04/29/2022 | City National Bank [ TRAVEL EXPENSE ]-KFCalcagnie Car Svc EWR Limolink  Htl to Chouse 3/8/22 | 418.01 |
| 04/29/2022 | City National Bank [ TRAVEL EXPENSE ]-Collins/J Car Svc to LAX 3/29/22 Limolink | 255.00 |
| 04/29/2022 | City National Bank [ TRAVEL EXPENSE ]-KFC - Marriott DoralForresta Princeton NJ - 03/07/22 | 246.10 |
| 04/29/2022 | City National Bank [ TRAVEL EXPENSE ]-MPRobinson Air RT LAX/EWR/SNA UA 3/29/22 | 2,497.20 |
| 04/29/2022 | City National Bank [ TRAVEL EXPENSE ]-MPRobinson Collins/J  tkt fee 27 x 2 3/25/22 | 54.00 |
| 05/10/2022 | Paul Dagostino [ MEAL ]-Vanguard Kitchen NJ - Lunch and Dinner in Airport - 04/12/22 | 53.96 |
| 05/10/2022 | Paul Dagostino [ TRAVEL EXPENSE ]-United Wifi Plane - 05/03/22 | 8.00 |

| 05/10/2022 | Paul Dagostino [ TRAVEL EXPENSE ]-Forestal Marriott - LTL hearing - 04/12/22 | 296.88 |
|---|---|---|
| 05/10/2022 | Paul Dagostino [ TRAVEL EXPENSE ]-United Wifi Plane - 04/12/22 | 8.00 |
| 05/10/2022 | Paul Dagostino [ TRAVEL EXPENSE ]-Uber - Hearing to Airport - 04/12/22 | 97.70 |
| 05/10/2022 | Paul Dagostino [ PARKING ]-Parking at Airport for Hearing - 05/04/22 | 40.00 |
| 05/10/2022 | Paul Dagostino [ OTHER SERVICES ]-United Wifi on Plane - 05/04/22 | 8.00 |
| 05/10/2022 | Paul Dagostino [ PARKING ]-John Wayne Airport Parking - 04/12/22 | 40.00 |
| 05/10/2022 | Paul Dagostino [ TRAVEL EXPENSE ]-United Airplanes Wifi - 04/11/22 | 8.00 |
| 05/10/2022 | Paul Dagostino [ OTHER SERVICES ]-United - Wifi on palne for Mark - 05/03/22 | 10.00 |
| 05/10/2022 | Paul Dagostino [ TRAVEL EXPENSE ]-Princeton Marriott Forrestal - 05/04/22 | 256.63 |
| 05/16/2022 | AMERICAN EXPRESS [ TRAVEL EXPENSE ]-Amex- EWR C2 Hold Rooms Restaurant 3/31/2022 | 124.60 |
| 05/16/2022 | AMERICAN EXPRESS [ TRAVEL EXPENSE ]-Amex-Hyatt Regency 3/29/2022 | 177.35 |
| 05/16/2022 | AMERICAN EXPRESS [ TRAVEL EXPENSE ]-TTNDF PMS Princeton NJ | 305.61 |

## Flight Itinerary for Trip

**Trip Number:** Rep - 27-2269979



Phone: **212.889.5387**
Fax: **212.889.5387**
Email: **aaponte@apollojets.com**

### PREPARED FOR: Mark Robinson

| | |
|---|---|
| **Trip Date:** Monday, November 08, 2021<br>**Flight Time:** 3:54 | **Aircraft:** Citation X C750<br>**Tail:** N751XJ |
| **Departure:** 8:30 AM PST<br>**From:** SANTA ANA, CA (SNA)<br>JOHN WAYNE-ORANGE CO | **Arrival:** 3:24 PM EST (Time Zone Change: +3)<br>**To:** CHARLOTTE, NC (CLT)<br>CHARLOTTE/DOUGLAS INTL |
| **FBO: ACI Jet - SOUTH**<br>19711 Campus Drive<br>Santa Ana, California 92707<br>Phone number: 949-201-2560 | **FBO: Wilson Air Center**<br>5400 Airport Drive<br>Charlotte, NC 28208<br>Phone number: 704-359-0440 |

**Flight Crew:**
PIC: Mark Glenn Schimmel
SIC: Brent Allen Miller

**Passengers:**
1. Mark Robinson (LEAD)
2. Paul D'agostino

Roundtrip First class refundable fare

Orange County/Charlotte, NC          $4,533.00 per person /2   ᴼᴺᴱ ᵂᴬʸ

= # 2266.50 per person

Roundtrip Coach class refundable fare

Orange County/Charlotte, NC          $1,368.00 per person

**GRAND
BOHEMIAN
HOTEL**
CHARLOTTE

*#48661*

*Tak
Bankruptcy*

**PAUL DAGOSTINO**
**22291 AMBER ROSE**
**SAN JUAN CAPO CA 92692**
**United States**

| | | |
|---|---|---|
| Room No. | : | 0607 |
| Arrival | : | 10-19-21 |
| Departure | : | 10-20-21 |
| Conf. No. | : | 3547557 |
| Folio No. | : | 49343 |
| MRW No. | : | XXXXX2872 |
| | | |
| Page No. | : | 1 of 1 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 10-19-21 | Room Charge | 329.00 | |
| 10-19-21 | Room Sales Tax | 23.85 | |
| 10-19-21 | Lodging Tax | 26.32 | |
| 10-20-21 | Visa Card | | 379.17 |
| | Total Charges: | 379.17 | |
| | Total Credits: | | 379.17 |
| | **Total Balance:** | | **0.00** |

*On behalf of Booking.Com Preferred, thank you for choosing the Grand Bohemian Hotel Charlotte.*

Merchant ID:
Transaction ID / Amount: 3566174       379.17
App. Code / Amount:       023645        379.17

Credit Card # / Exp:  XXXXXXXXXXXX4544       XX/XX
Capture Method :    Manual

**201 West Trade Street, Charlotte, NC 28202**

## 2021 EXPENSE REPORT

NAME:

Paul Dagostino

| Date of Activity | Client name | Client no. | Receipt no. | Description | Miles Traveled | Mileage Dollar Amount | Parking Valet | Office Supplies | Meals Entertainment | Photocopies Postage | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/6/21 | Johnson & Johnson Talcum Powder Bankruptcy | 58945 | 1 | Hotel in Charlotte | | | | | | | $825.34 |
| 11/8/21 | Johnson & Johnson Talcum Powder Bankruptcy | 53945 | 2 | Uber to Airport | | - | | | | | $30.09 |
| 11/8/21 | Johnson & Johnson Talcum Powder Bankruptcy | 58945 | 3 | Dinner | | - | | | 50.00 | | |
| 11/9/21 | Johnson & Johnson Talcum Powder Bankruptcy | 58945 | 4 | Lunch | | - | | | 11.37 | | 20.75 |
| 11/10/21 | Johnson & Johnson Talcum Powder Bankruptcy | 53945 | 5 | Uber for Mark to Court | | - | | | | | 20.75 |
| 11/10/21 | Johnson & Johnson Talcum Powder Bankruptcy | 53945 | 6 | Uber from Court to Hotel | | - | | | | | 26.03 |
| 11/10/21 | Johnson & Johnson Talcum Powder Bankruptcy | 53945 | 7 | Lunch | | - | | | 14.87 | | |
| 11/10/21 | Opioids | 51021 | 8 | Copies of Dr. Quick's testimony transcript for Mark | | - | | | | 9.68 | |
| 11/11/21 | Johnson & Johnson Talcum Powder Bankruptcy | 59946 | 9 | Hotel in Charlotte | | - | | | | | 1,034.93 |
| 11/13/21 | Admin | 77777 | 10 | Uber to Mark's award dinner | | - | | | | | 51.90 |
| 11/19/21 | Admin | 77777 | 11 | Uber from CAOC event to hotel | | - | | | | | 18.21 |
| 11/20/21 | Admin | 77777 | 12 | Hotel for Mark's CAOC Speech | | - | | | | | 394.94 |
| 11/20/21 | Admin | 77777 | 13 | Uber from Hotel to Airport for Mark's CAOC Speech | | - | | | | | 65.46 |
| 11/20/21 | Admin | 77777 | 14 | Copies of Mark's CAOC side deck | | - | | 6.00 | | | |
| 11/20/21 | Admin | 77777 | 15 | Parking at airport for Mark's CAOC Speech | | - | 32.00 | | | | |
| | | | | | | - | | | | | |
| | | | | | | - | | | | | |
| | | | | | | - | | | | | |
| | | | | | | - | | | | | |
| | | | | | | - | | | | | |
| | | | | | | - | | | | | |
| | | | | | | - | | | | | |
| | | | | | | - | | | | | |
| | | | | | | - | | | | | |
| | | | | | | - | | | | | |
| | Totals | | | | 0 | $0.00 | $32.00 | $6.00 | $76.24 | $9.68 | $2,467.65 |

$2,591.57

Total to be Reimbursed

AMAGTE76/ME/nfal/Management Expense Airport Formula



ACCOUNT ENDING - 11004

Platinum Card®

CARD MEMBER

PAUL DAGOSTINO

## Card Activity Since Oct 23 (Closing Nov 22)

## Transactions

8 Transactions

| DATE | | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Nov 14 | **UBER**<br>1455 Market St 400<br>-<br><br>SAN FRANCISCO<br>CA<br>94103<br>(866) 576-1039<br>https://www.uber.com/ | **UBER** *77777*<br>Will appear on your Nov 22, 2021 statement as UBER TRIP<br>SAN FRANCISCO CA<br><br>CARD<br>PAUL DAGOSTINO<br><br>MEMBERSHIP REWARDS POINTS<br>1X on Other purchases            52<br><br>ADDITIONAL INFORMATION<br>63XS4BRR YAUWFOSZ 92629 | $51.90 |
| Nov 11 | **JW MARRIOTT<br>CHARLOTTE**<br>600 S COLLEGE ST<br><br>CHARLOTTE<br>NC<br>28202 | **CLTJW PMS 1618181800Charlotte NC** *48661 – J&J*<br>Will appear on your Nov 22, 2021 statement as CLTJW PMS<br>1618181800Charlotte NC<br><br>CARD<br>PAUL DAGOSTINO<br><br>MEMBERSHIP REWARDS POINTS<br>1X on Other purchases            1,035<br><br>ADDITIONAL INFORMATION<br>15534 1517556 28202 | $1,034.93 |
| Nov 10 | **FEDEX OFFICE**<br>814 KING ST<br>-<br><br>ALEXANDRIA<br>VA<br>22314-3054<br>(800) 463-3339<br>http://www.fedex.com/us/offi<br>ce/ | **FEDEX OFFICE ECOMM 1Dallas TX** *5l02l – OPIOIDS*<br>Will appear on your Nov 22, 2021 statement as FEDEX<br>OFFICE ECOMM 1Dallas TX<br><br>CARD<br>PAUL DAGOSTINO<br><br>MEMBERSHIP REWARDS POINTS<br>1X on Other purchases            10<br><br>ADDITIONAL INFORMATION<br>44793409 1016485333938753 282022<br>CustomProduct2 | $9.68 |
| Nov 10 | **GREEN'S LUNCH**<br>309 WEST 4TH ST<br><br>CHARLOTTE<br>NC<br>28202-1547<br>(704) 332-1786<br>http://www.greenslunch.com | **GREENS LUNCH 6500000CHARLOTTE NC** *48661 – J&J*<br>Will appear on your Nov 22, 2021 statement as GREENS<br>LUNCH 6500000CHARLOTTE NC<br><br>CARD<br>PAUL DAGOSTINO<br><br>MEMBERSHIP REWARDS POINTS<br>1X on Other purchases            15<br><br>ADDITIONAL INFORMATION<br>10156320211 7043321786 | $14.87 |
| Nov 10 | **UBER**<br>1455 Market St 400<br>- | **UBER** *48661 – J&J*<br>Will appear on your Nov 22, 2021 statement as UBER TRIP<br>SAN FRANCISCO CA | $20.75 |

(handwritten circled numbers: 10, 9, 8, 7, 5)

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|

| | SAN FRANCISCO CA 94103 (866) 576-1039 https://www.uber.com/ | CARD PAUL DAGOSTINO | |
| | | MEMBERSHIP REWARDS POINTS 1X on Other purchases     21 | |
| | | ADDITIONAL INFORMATION 78298DSQ OME6IR66 28202 | |

| Nov 9 | SANDWICH CLUB 435 S TRYON ST | SANDWICH CLUB CHARLOTTE NC  48661 – J&J | $11.37 |
| | | Will appear on your Nov 22, 2021 statement as SANDWICH CLUB CHARLOTTE NC | |
| **4** | CHARLOTTE NC 28202 (704) 344-1975 http://sandwichclub2go.com/ | CARD PAUL DAGOSTINO | |
| | | MEMBERSHIP REWARDS POINTS 1X on Other purchases     11 | |
| | | ADDITIONAL INFORMATION h2xvkeGH3YX squareup.com/receipts | |

| Nov 9 | UBER 1455 Market St 400 - | UBER  48661 – J&J | $30.09 |
| | | Will appear on your Nov 22, 2021 statement as UBER TRIP SAN FRANCISCO CA | |
| **2** | SAN FRANCISCO CA 94103 (866) 576-1039 https://www.uber.com/ | CARD PAUL DAGOSTINO | |
| | | MEMBERSHIP REWARDS POINTS 1X on Other purchases     30 | |
| | | ADDITIONAL INFORMATION ES1KNBMF PBMCO7F7 92707 | |

| Nov 5 | GRAND BOHEMIAN HOTEL CHARLOTTE 201 WEST TRADE STREET | GRAND BOHEMIAN HOTELCharlotte NC  48661 – J&J | $825.34 |
| | | Will appear on your Nov 22, 2021 statement as GRAND BOHEMIAN HOTELCharlotte NC | |
| **1** | CHARLOTTE NC 28202 (704) 547-2244 https://www.ritzcarlton.com/en/hotels/charlotte?scid=bb1a189a-fec3-4d19-a255-54ba596febe2 | CARD PAUL DAGOSTINO | |
| | | MEMBERSHIP REWARDS POINTS 1X on Other purchases     825 | |
| | | THANK YOU FOR YOUR STAY CHECK-IN November 3, 202021 | CHECK-OUT November 5, 202021 |
| | | ADDITIONAL INFORMATION 13572793 LODGING | |

Uptown Charlotte
123 W. Trade Street
Charlotte, NC  28202
704-333-4566

Check : 134
Date : 11/8/2021
Employee : Peter

\*\*\*\*\*\*\*\*\*\*\*\* AUTHORIZATION \*\*\*\*\*\*\*\*\*\*\*\*\*
APPROVED

Total:                          $42.06

Card Type:      AMEX
Card Entry:     CHIP
Acct #:         \*\*\*\*\*\*\*\*\*\*\*1004
Approval Code: 691276

\*\*\*\*\*\*\*\*\*\* EMV AUTHORIZATION \*\*\*\*\*\*\*\*\*\*\*
App Label:            AMERICAN EXPRESS
Mode:                          Issuer
AID: A000000025010801
TVR: 0000008000
IAD: 06570103602002
TSI: F800
ARC: 00
AC:  66741D8A4180E508
CVM: 5E0300

Amount                          42.06

 Tip                            7.94

Total                          50.00

I agree to pay the above Total Amount
according to the Card Issuer Agreement.

3 _____

CUSTOMER COPY
11/8/2021 8:25 PM



Check ID:  4028369486841







**JW Marriott Charlotte**

600 South College Street
Charlotte, NC 28202
+1 704-333-1101

Page 1 of 2

## Summary of Charges

| Guest Information | | Dates of Stay | 11/08/2021 - 11/10/2021 |
|---|---|---|---|
| | DAGOSTINO/PAUL | Room Number | 2106 |
| | 1015 CAMPANILE | Guest Number | 15534 |
| | NEWPORT BEACH, CA 926609031 | Member Number | ******872 |
| | US | Group Number | |

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| | ROOM | 2106, 1 | 399.00 | |
| | ROOM TAX | 2106, 1 | 28.93 | |
| | OCC TAX | 2106, 1 | 23.94 | |
| | ROOM TAX | 2106, 1 | 7.98 | |
| | AURA | 98482106 | 33.15 | |
| | ROOM | 2106, 1 | 429.00 | |
| | ROOM TAX | 2106, 1 | 31.10 | |
| | OCC TAX | 2106, 1 | 25.74 | |
| | ROOM TAX | 2106, 1 | 8.58 | |
| | TELECOMM | FREEHSIA | 0.00 | |
| | DEANS | 12992106 | 47.51 | |
| | NO DESCRIPTION | | | |
| | NO DESCRIPTION | | | 1,034.93 |

| **Total Charges** | | | **1,034.93** | |
| **Total Balance** | | | | 0.00  USD |



*48661 — TALC*

*BKRPTCY*



## JW MARRIOTT

**JW MARRIOTT CHARLOTTE**

**GUEST FOLIO**

| 2106 | DAGOSTINO/PAUL | 429.00 | 11/10/21 | 12:16 | 15534 |
|------|----------------|--------|----------|-------|-------|
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
| VK | ROBINSON CALCAGNIE | | 11/08/21 | 15:50 | |
| TYPE | 19 CORPORATE PLAZA D | | ARRIVE | TIME | |
| 23 | NEWPORT BEAC CA 92660 | | | | |
| ROOM CLERK | ADDRESS | AXXXXXXXXXXXXXX1004 PAYMENT | | | RWD#:   525932872 |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|------|------------|--|---------|---------|--------------|
| 11/08 | ROOM | 2106, 1 | 399.00 | | |
| 11/08 | ROOM TAX | 2106, 1 | 28.93 | | |
| 11/08 | OCC TAX | 2106, 1 | 23.94 | | |
| 11/08 | ROOM TAX | 2106, 1 | 7.98 | | |
| 11/09 | AURA | 98482106 | 33.15 | | |
| 11/09 | ROOM | 2106, 1 | 429.00 | | |
| 11/09 | ROOM TAX | 2106, 1 | 31.10 | | |
| 11/09 | OCC TAX | 2106, 1 | 25.74 | | |
| 11/09 | ROOM TAX | 2106, 1 | 8.58 | | |
| 11/10 | DEANS | 12992106 | 47.51 | | |
| 11/10 | CCARD-AX | | | 1034.93 | |

PAYMENT RECEIVED BY: AMERICAN EXPRESS XXXXXXXXXXXX1004
************ AUTHORIZATION *************
APPROVED
Total: $928.00 Card Type: AMEX Card Entry: CHIP Acct #: ***********1004 Approval Code: 808942
*********** EMV AUTHORIZATION ***********
App Label: AMERICAN EXPRESS Mode: Issuer
AID: A000000025010801 TVR: 0000008000 IAD: 0657010360A002 TSI: F800 ARC: 00 AC: DD5C377532506CC5
CVM: 5E0300

.00

See our "Privacy & Cookie Statement" on Marriott.com

**Your Rewards points/miles earned on your eligible earings will be credited to your account. Check your Rewards Account Statement for update activity.**



JW MARRIOTT CHARLOTTE
600 S COLLEGE ST
CHARLOTTE NC  28202
P: 704-333-1101 F: 704-333-1109

### Experience comfort with the JW Marriott home collection. Visit CuratedbyJW.com

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

OPERATED UNDER LICENSE FROM MARRIOTT INTERNATIONAL, INC. OR ONE OF ITS AFFILIATES



H0661 — J & J

6



November 10, 2021
Here's your updated ride receipt

# Total                                    $26.03

 $15.00 of your Amex Benefit has been applied to this trip.

| Trip Fare | $20.48 |
|---|---|

| Subtotal | $20.48 |
|---|---|
| Wait Time ? | $0.43 |
| Tip | $5.12 |

**Amount Charged**

| Uber | Uber Cash | $15.00 |
|---|---|---|
| AMEX | •••• 1004 | $5.91 |
| AMEX | •••• 1004 | $5.12 |

Report lost item  >        Contact support  >        My trips  >





November 8, 2021
Here's your receipt for your ride, Paul

# Total                    $30.09

| | |
|---|---:|
| Base Fare | $8.75 |
| Distance | $10.72 |
| Time | $10.27 |
| | |
| Subtotal | $29.74 |
| CA Driver Benefits ⓘ | $0.35 |

Amount Charged

AMEX •••• 1004                    $30.09

Report lost item  ›          Contact support  ›          My trips  ›

48661 - J&J





November 10, 2021
Here's your updated ride receipt

# Total                              $20.75

| | |
|---|---|
| Trip Fare | $15.75 |
| | |
| Subtotal | $15.75 |
| Tip | $5.00 |
| | |
| Amount Charged | |
| •••• 1004 | $20.75 |

Report lost item  ›          Contact support  ›          My trips  ›

*Talc Bankruptcy #48661*
*48661.*

## CARDHOLDER ACTIVITY

| | | | | | | |
|---|---|---|---|---|---|---|
| 10-21 | 10-20 | 24767251294000001061891 | LIMOLINK 877-7896328 IA | | | 4.50 |
| 10-21 | 10-19 | 24755421293172937701082 | | | | 272.00 |
| 10-22 | 10-21 | 24013391294002200040961 | | | | |
| 10-22 | 10-20 | 24943001294722419660685 | GRAND BOHEMIAN HOTEL 7043721877 NC | | | 379.17 |
| | | 135661747043721877    ARRIVAL: 10-19-21 | | | | |
| 10-22 | 10-20 | 24943001294722419527751 | GRAND BOHEMIAN HOTEL 7043721877 NC | | | 839.13 |
| | | 135661847043721877    ARRIVAL: 10-19-21 | | | | |
| 10-22 | 10-21 | 24013391294002200040953 | APOLLO JETS LLC NEW YORK NY | | | 1,069.74 |
| 10-25 | 10-21 | 24755421295172959310869 | | | | |
| 10-25 | 10-21 | 24183101295900018841569 | | | | |
| 10-25 | 10-22 | 24240981296600164383888 | | | | |
| 10-25 | 10-22 | 24767251296000000953583 | LIMOLINK 877-7896328 IA | | | 598.50 |
| 10-25 | 10-22 | 24755421296262963758374 | | | | |
| 10-26 | 10-25 | 24767251299000000791849 | LIMOLINK 877-7896328 IA | | | 272.00 |
| 10-26 | 10-25 | 24013391298002630002439 | | | | |
| 10-26 | 10-25 | 24755421298152989052969 | APOLLO JETS LLC NEW YORK NY | | | 787.50 |
| 10-28 | 10-27 | 24270741300900016921108 | | | | |
| 10-29 | 10-28 | 24431061302091955002824 | | | | |
| 10-29 | 10-28 | 24692161301100471838265 | | | | |
| 11-01 | 10-30 | 24943001303700681701766 | | | | |
| 11-01 | 10-29 | 24755421303263031106159 | | | | |
| 11-01 | 10-30 | 24755421303263031105870 | | | | |
| 11-01 | 10-29 | 24755421303263031106217 | | | | |
| 11-02 | 11-02 | 13060003597709401110001 | | | | |
| 11-02 | 10-31 | 24717051305583050461288 | | | | |

*(handwritten annotations: Dagostino, P / Renzman, L / MPL Phase 3)*

12

# limolink®

Driven to be there for you.

## Receipt

3375 Armar Drive
Marion IA 52302
Accounting :1-877-789-6328
E-MAIL : accounting@limolink.com

| Reservation Number: | 3240884-001 |
|---|---|
| Date: | 10/20/2021 |
| Page: | 1 |

Paid By :

Kathryn Thompson
Dana Niguel Travel

Booked By :

Kathy Thompson
Dana Niguel Travel
5351 Old Stage Rd
Central Point,OR 97502

| Payment Terms |
|---|
| **Credit Card Receipt** |

| Res No: 3240884-001 | BA: Kathy Thompson | | Item | Description | Ext Price |
|---|---|---|---|---|---|
| **Cust Ref:** | | | Transfer | | $272.00 |
| Mark P Robinson | 10/20/2021 3:30:00 PM | SUV | Payment | Paid By Visa 4544 | ($272.00) |
| **Pick Up:** | **Drop Off:** | | | USD    Total | $0.00 |
| Grand Bohemian Hotel Charlotte, Autograph Collection 201 W Trade St Charlotte, North Carolina, 28202 United States | AIRPORT: CLT/KCLT, Charlotte Douglas International Airport FBO: WILSON AIR CENTER 5400 Airport Dr Charlotte, North Carolina, United States TAIL#: N605CE DEPARTING: 12:30 PM TO: | | | | |
| **Stops:** | | | | | |
| **On Board:** 3:20 PM | **Drop:** | | | | |

**If you have any questions please contact LimoLink's accounting department at (877) 789-6328**

All disputes shall be within the exclusive jurisdiction of the state and/or federal courts located in the State of Iowa. The "Bill To" party identified above consents to such exclusive jurisdiction and waives any objections to venue therein. Iowa law shall control. Amounts not paid when due shall accrue interest at the rate of 1.5% per month.

# GRAND BOHEMIAN HOTEL
## CHARLOTTE

*#48061*

*Talc
Bankruptcy*

**LILA RAZMARA**
**1917 YACHT TRUANT**
**NEWPORT BEACH CA 92660**
**United States**

| | | |
|---|---|---|
| Room No. | : | 0601 |
| Arrival | : | 10-19-21 |
| Departure | : | 10-20-21 |
| Conf. No. | : | 3547567 |
| Folio No. | : | 49341 |
| MRW No. | : | XXXXX2599 |
| Page No. | : | 1 of 1 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 10-19-21 | Mico  Dinner Food | 459.96 | |
| | *Room# 0601 : CHECK# 1236866* | | |
| 10-19-21 | Room Charge | 329.00 | |
| 10-19-21 | Room Sales Tax | 23.85 | |
| 10-19-21 | Lodging Tax | 26.32 | |
| 10-20-21 | Visa Card | | 839.13 |
| | Total Charges: | 839.13 | |
| | Total Credits: | | 839.13 |
| | **Total Balance:** | | **0.00** |

*On behalf of Booking.Com Preferred, thank you for choosing the Grand Bohemian Hotel Charlotte.*

Merchant ID:
Transaction ID / Amount: 3566184      839.13
App. Code / Amount:      038731      839.13

Credit Card # / Exp: XXXXXXXXXXX4544    XX/XX
Capture Method :    Manual

**201 West Trade Street, Charlotte, NC 28202**

# limolink®

Driven to be there for you.

**Receipt**

3375 Armar Drive
Marion IA 52302
Accounting : 1-877-789-6328
E-MAIL : accounting@limolink.com

*JJ Bankruptcy*

*48661*

| Reservation Number: | 3239838-002 |
|---|---|
| Date: | 10/22/2021 |
| Page: | 1 |

Paid By :

Kathryn Thompson
KT Travel

Booked By :

Kathy Thompson
KT Travel
5818 89th St Ct E
Puyallup,WA 98371

| Payment Terms |
|---|
| **Credit Card Receipt** |

| Res No: 3239838-002 | **BA:** Kathy Thompson | | Item | Description | Ext Price |
|---|---|---|---|---|---|
| **Cust Ref:** | | | WaitTime | 190 Minutes @ 3.15 | $598.50 |
| Mark P Robinson | 10/20/2021 12:10:00 PM    SUV | | Payment | Paid By Visa 4544 | ($598.50) |
| **Pick Up:** | **Drop Off:** | | | USD    Total | $0.00 |
| Grand Bohemian Hotel Charlotte, Autograph Collection
201 W Trade St
Charlotte, North Carolina, 28202
United States | AIRPORT: CLT/KCLT, Charlotte Douglas International Airport
FBO: WILSON AIR CENTER
5400 Airport Dr
Charlotte, North Carolina,
United States
TAIL#: N605CE
DEPARTING: 12:30 PM
TO: | | | | |
| **Stops:** | | | | | |
| **On Board:** 3:20 PM | **Drop:** | | | | |

*50 %*
*= 299.25*

**If you have any questions please contact LimoLink's accounting department at (877) 789-6328**

All disputes shall be within the exclusive jurisdiction of the state and/or federal courts located in the State of Iowa. The "Bill To" party identified above consents
to such exclusive jurisdiction and waives any objections to venue therein. Iowa law shall control. Amounts not paid when due shall accrue interest at the rate of
1.5% per month.

# limolink®

Driven to be there for you

**Receipt**

3375 Armar Drive
Marion IA 52302
Accounting :1-877-789-6328
E-MAIL : accounting@limolink.com

| | |
|---|---|
| Reservation Number: | 3239838-001 |
| Date: | 10/25/2021 |
| Page: | 1 |

Paid By :

Kathryn Thompson
KT Travel

Booked By :

Kathy Thompson
KT Travel
5818 89th St Ct E
Puyallup, WA 98371

| Payment Terms |
|---|
| **Credit Card Receipt** |

| Res No: 3239838-001 | BA: Kathy Thompson | | Item | Description | Ext Price |
|---|---|---|---|---|---|
| **Cust Ref:** | | | Transfer | | $272.00 |
| Mark P Robinson | 10/19/2021 3:24:00 PM | SUV | Payment | Paid By Visa 4544 | ($272.00) |
| **Pick Up:** | **Drop Off:** | | USD Total | | $0.00 |
| AIRPORT: CLT/KCLT, Charlotte Douglas International Airport FBO: WILSON AIR CENTER 5400 Airport Dr Charlotte, North Carolina, United States TAIL#: N605CE ARRIVING: 3:54 PM FROM: | Grand Bohemian Hotel Charlotte, Autograph Collection 201 W Trade St Charlotte, North Carolina, 28202 United States | | | | |
| **Stops:** | | | | | |
| **On Board:** 3:12 PM | **Drop:** | | | | |

**If you have any questions please contact LimoLink's accounting department at (877) 789-6328**

All disputes shall be within the exclusive jurisdiction of the state and/or federal courts located in the State of Iowa. The "Bill To" party identified above consents to such exclusive jurisdiction and waives any objections to venue therein. Iowa law shall control. Amounts not paid when due shall accrue interest at the rate of 1.5% per month.

## ROBINSON CALCAGNIE, INC. (CLIENT COST ACCOUNT)

17190

| OUR REF. NO. | YOUR INVOICE NO. | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | NET CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 18661 | Johnson & Johnson J&J | 12/02/2021 | $150.00 | $150.00 | | |

| 12/02/2021 | 17190 | Clerk, USDC | | | | $150.00 |
|---|---|---|---|---|---|---|

## ROBINSON CALCAGNIE, INC. (CLIENT COST ACCOUNT)

17191

| OUR REF. NO. | YOUR INVOICE NO. | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | NET CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 18661 | Johnson & Johnson J&J | 12/02/2021 | $212.00 | $212.00 | | |

| 12/02/2021 | 17191 | NJ Lawyers' Fund for Client Protection | | | | $212.00 |
|---|---|---|---|---|---|---|

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with **D.N.J. LBR 9004-1(b)**

Law Offices of Mitchell J. Malzberg, LLC
Mitchell Malzberg, Esq.
PO Box 5122
6 E. Main Street, Suite 7
Clinton, New Jersey 08809
908-323-2958 - Telephone
908-933-0808 - Facsimile
mmalzberg@mjmalzberglaw.com
*Local Counsel for Various Claimants*
-and-
Robinson Calcagnie, Inc.
Mark P. Robinson, Jr., Esq.
19 Corporate Plaza Drive
Newport Beach, CA 92660
949-720-1288 - Telephone
949-720-1292 - Facsimile
m_robinson@ robinson firm.com
*Proposed Counsel for Various Claimants*

Order Filed on November 30, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: | 21-30589/MBK |
|---|---|---|
| LTL MANAGEMENT, LLC | Adv. No.: | |
| | Chapter: | 11 |
| | Judge: | Michael B. Kaplan |

## ORDER FOR ADMISSION PRO RAC VICE

The relief set forth on the following page is **ORDERED.**

**DATED: November 30, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been brought before the Com1 on application for an Order For Admission Pro Hae Vice; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed.R.Civ.Proc.78, D.N.J. L.Civ.R.101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

ORDERED that Mark P. Robinson, Jr., Esq. be permitted to appear pro hac vice; provided that pursuant to D.N.J. L.Civ. R. 101.l(c)(4), an appearance as counsel ofrecord shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for partie s, sign stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $150.00 fee required by D.N.J. L. Civ. R. 10l(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building

2

50 Walnut Street
Newark, N.J. 07102
*Attention: Pro Hae Vice Admissions*

and it is fmther ORDERED that the applicant shall be bound by the Local Rules of the United States District Comt for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

*rev. 8/1/15*

3





### GRAND
### BOHEMIAN
### HOTEL
#### CHARLOTTE

**Mark Probinson**
**United States**

| | |
|---|---|
| Room No. | : 1017 |
| Arrival | : 11-03-21 |
| Departure | : 11-05-21 |
| Conf. No. | : 3553992 |
| Folio No. | : 51246 |

Page No.    :    1 of 2

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 11-03-21 | Mico  Dinner Food | | 690.48 | |
| | *Room# 1017 : CHECK# 1267605* | | | |
| 11-03-21 | Room Charge | | 629.00 | |
| 11-03-21 | Room Sales Tax | | 45.60 | |
| 11-03-21 | Lodging Tax | | 50.32 | |
| 11-04-21 | Room Charge | | 629.00 | |
| 11-04-21 | Room Sales Tax | | 45.60 | |
| 11-04-21 | Lodging Tax | | 50.32 | |
| 11-05-21 | Mico  Brkfst Food | | 30.98 | |
| | *Room# 1017 : CHECK# 1267667* | | | |
| 11-05-21 | Late Checkout Fee | | 100.00 | |
| 11-05-21 | Room Sales Tax | | 7.25 | |
| 11-05-21 | Lodging Tax | | 8.00 | |
| 11-05-21 | Mico  Lunch Food | | 18.16 | |
| | *Room# 1017 : CHECK# 1237590* | | | |
| 11-05-21 | American Express | | | 2,304.71 |
| | | Total Charges: | 2,304.71 | |
| | | Total Credits: | | 2,304.71 |
| | | **Total Balance:** | | **0.00** |

*On behalf of Booking.Com Preferred, thank you for choosing the Grand Bohemian Hotel Charlotte.*



# GRAND
# BOHEMIAN
# HOTEL
### CHARLOTTE

Mark Probinson
United States

| | | |
|---|---|---|
| Room No. | : | 1017 |
| Arrival | : | 11-03-21 |
| Departure | : | 11-05-21 |
| Conf. No. | : | 3553992 |
| Folio No. | : | 51246 |

Page No.      :   2 of 2

| Date | Description | | Charges | Credits |
|------|-------------|--|---------|---------|

Merchant ID:
Transaction ID / Amount: 3572792      2304.71
App. Code / Amount:     560422      2304.71

Credit Card # / Exp: XXXXXXXXXXXX2001    XX/XX
Capture Method :    Swiped

201 West Trade Street, Charlotte, NC 28202

Ca

| Date | Description | City | State | | Amount |
|---|---|---|---|---|---|
| 11/05/21 | GRAND BOHEMIAN HOTEL 00001<br>Arrival Date    Departure Date<br>11/03/21         11/05/21 | Charlotte | NC | 48661 | $2,304.71 ♦ |
| 11/10/21 | CLTJW 402 Deans Bar 16181820008<br>2940 28202 | Charlotte | NC | 48661 | $102.43 ♦ |
| 11/11/21 | CLTJW PMS 16181818002<br>1512474 28202 | Charlotte | NC | 48661 | $1,819.49 ♦ |

### Fees

| Total Fees for this Period | Amount |
|---|---|
| | $0.00 |

### Interest Charged

| Total Interest Charged for this Period | Amount |
|---|---|
| | $0.00 |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.



**There is a no pre-set spending limit on your Card**
No Preset Spending Limit means your spending limit is flexible. Unlike a traditional card with a set limit, the amount you can spend adjusts based on factors such as your purchase, payment, and credit history.



**GRAND
BOHEMIAN
HOTEL
CHARLOTTE**

**Mark Probinson**

|  |  |  |
|---|---|---|
| Room No. | : | 0617 |
| Arrival | : | 10-19-21 |
| Departure | : | 10-20-21 |
| Conf. No. | : | 3547552 |
| Folio No. | : | 49329 |
| Page No. | : | 1 of 1 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 10-19-21 | Room Charge | 629.00 | |
| 10-19-21 | Room Sales Tax | 45.60 | |
| 10-19-21 | Lodging Tax | 50.32 | |
| 10-20-21 | American Express | | 724.92 |
| | Total Charges: | 724.92 | |
| | Total Credits: | | 724.92 |
| | **Total Balance:** | | **0.00** |

*On behalf of Booking.Com Preferred, thank you for choosing the Grand Bohemian Hotel Charlotte.*

Merchant ID:
Transaction ID / Amount: 3566169      724.92
App. Code / Amount:      580572      724.92

Credit Card # / Exp: XXXXXXXXXXXX2001      XX/XX
Capture Method :  Swiped

**201 West Trade Street, Charlotte, NC 28202**



JW MARRIOTT                              JW MARRIOTT CHARLOTTE                                    GUEST FOLIO

| 1802 | ROBINSONJR/MARKP/MR | 799.00 | 11/10/21 | | DUPLICATE 19:06 | 15537 |
|---|---|---|---|---|---|---|
| ROOM | NAME | RATE | DEPART | TIME | | ACCT# |
| SK | ROBINSON CALCAGNIE | | 11/08/21 | | | |
| TYPE | 19 CORPORATE PLAZA D | | ARRIVE | TIME | | |
| | NEWPORT BEAC CA | | | | | |
| ROOM | 92660 | | AXXXXXXXXXXXXXX2001 | | | MB#: 354251170 |
| CLERK | ADDRESS | | PAYMENT | | | |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|
| 11/08 | ROOM | 1802, 1 | 769.00 | | |
| 11/08 | ROOM TAX | 1802, 1 | 55.76 | | |
| 11/08 | OCC TAX | 1802, 1 | 46.14 | | |
| 11/08 | ROOM TAX | 1802, 1 | 15.38 | | |
| 11/08 | DEANS | 11431802 | 12.37 | | |
| 11/09 | ROOM | 1802, 1 | 799.00 | | |
| 11/09 | ROOM TAX | 1802, 1 | 57.93 | | |
| 11/09 | OCC TAX | 1802, 1 | 47.94 | | |
| 11/09 | ROOM TAX | 1802, 1 | 15.98 | | |
| 11/10 | CCARD-AX | | | 1819.49 | |
| | AXXXXXXXXXXXXXX2001 | | | | |

************ AUTHORIZATION *************
APPROVED Card Type: AMEX Card Entry: CHIP Acct #: **********2001 Approval Code: 821661
*********** EMV AUTHORIZATION ***********
App Label: AMERICAN EXPRESS Mode: Issuer
AID: A0000000025010801 TVR: 0000008000 IAD: 065A0103602402 TSI: E800 ARC: 00 AC: F8A1DF3695A1445B
CVM: 5E0300

| 11/10 | CCARD-AX | | .00 | | |
| | AXXXXXXXXXXXXXX2001 | | | | |

.00



JW MARRIOTT CHARLOTTE
600 S COLLEGE ST
CHARLOTTE NC 28202
P: 704-333-1101 F: 704-333-1109

**Experience comfort with the JW Marriott home collection. Visit CuratedbyJW.com**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

# limolink®

Driven to be there for you.

**Receipt**

3375 Armar Drive
Marion IA 52302
Accounting :1-877-789-6328
E-MAIL : accounting@limolink.com

| Reservation Number: | 3248327-001 |
|---|---|
| Date: | 11/09/2021 |
| Page: | 1 |

Paid By :

Kathryn Thompson
KT Travel

Booked By :

Kathy Thompson
KT Travel
5818 89th St Ct E
Puyallup, WA 98371

| Payment Terms |
|---|
| **Credit Card Receipt** |

| Res No: 3248327-001 | BA: | Kathy Thompson | | Item | Description | Ext Price |
|---|---|---|---|---|---|---|
| **Cust Ref:** | | | | Transfer | | $190.00 |
| Mark P Robinson | | 11/8/2021 2:54:00 PM | Sedan | Payment | Paid By Visa 4544 | ($190.00) |
| **Pick Up:** | | **Drop Off:** | | USD | Total | $0.00 |
| AIRPORT: CLT/KCLT, Charlotte Douglas International Airport FBO: WILSON AIR CENTER 5400 Airport Dr Charlotte, North Carolina, United States TAIL#: N751XJ ARRIVING: 3:24 PM FROM: | | JW Marriott Charlotte 600 S College St Charlotte, North Carolina, 28202 United States | | | | |
| **Stops:** | | | | | | |
| **On Board:** 3:24 PM | **Drop:** | | | | | |

**If you have any questions please contact LimoLink's accounting department at (877) 789-6328**

All disputes shall be within the exclusive jurisdiction of the state and/or federal courts located in the State of Iowa. The "Bill To" party identified above consents to such exclusive jurisdiction and waives any objections to venue therein. Iowa law shall control. Amounts not paid when due shall accrue interest at the rate of 1.5% per month.

# ALTOUR

*ALTOUR NEWPORT BEACH*
**Phone: 1-949-261-8660**
**ALTOURNewportBeach@ALTOUR.COM**

## Electronic Invoice

**Prepared For:**
## DAGOSTINO/PAUL MR

Ref:    **CASE JJ BANKRUPTCY**    48661

| | |
|---|---|
| SALES PERSON | CV |
| INVOICE NUMBER | 0132562 |
| INVOICE ISSUE DATE | 09 Nov 2021 |
| RECORD LOCATOR | UDLHMO |
| CUSTOMER NUMBER | 567937 |

Client Address
ROBINSON, CALCAGNIE AND ROBINSON
19 CORPORATE PLAZA DRIVE
NEWPORT BEACH CA 92660

Notes
-------------------------------------------------
ENHANCED SECURITY CHECKS REQUIRE YOU TO
PROVIDE INFORMATION TO THE AIRLINES IN
ADVANCE OF YOUR TRAVEL PLANS
GO TO WWW.TSA.GOV AND SELECT - WHAT WE DO OPTION -
FOLLOWED BY THE - SECURE FLIGHT OPTION -
OR ASK YOUR AGENT FOR FURTHER DETAILS
-------------------------------------------------

## DATE: Wed, Nov 10

**Flight AMERICAN AIRLINES 2511**

| | | | |
|---|---|---|---|
| From | CHARLOTTE, NC | Departs | 6:35pm |
| To | LOS ANGELES, CA | Arrives | 9:07pm |
| Duration | 5hr(s) 32min(s) | Cabin | Economy |
| Type | AIRBUS INDUSTRIE A321 JET | Meal | Refreshment |
| Stop(s) | Non Stop | | |
| Seat(s) Details | DAGOSTINO/PAUL MR | Seat(s) - 27D | AA  - XXXXX J2 |

## DATE: Thu, Mar 10

**Others**

LOS ANGELES
RETAIN

## Ticket Information

| | | | | | |
|---|---|---|---|---|---|
| **Ticket Number** | AA 7669804707 | **Passenger** | DAGOSTINO PAUL MR | | |
| | | **Billed to:** | VI XXXXXXXXXXXX4544 | USD | * 436.83 |
| **Service Fee** | XD 0804922246 | **Passenger** | DAGOSTINO PAUL MR | | |
| | | **Billed to:** | VI XXXXXXXXXXXX4544 | USD | * 27.00 |

|  |  |
|---|---|
| **SubTotal** | USD 463.83 |
| **Net Credit Card Billing** | * USD 463.83 |
| | ---------- |
| **Total Amount Due** | USD 0.00 |

## ALTOUR

**ALTOUR NEWPORT BEACH**
**Phone: 1-949-261-8660**
**ALTOURNewportBeach@ALTOUR.COM**

# Electronic Invoice

**Prepared For:**
**ROBINSON/MARK P JR**          Ref:   **CASE JJ BANKRUPTCY 48661**

| | |
|---|---|
| SALES PERSON | CV |
| INVOICE NUMBER | 0132604 |
| INVOICE ISSUE DATE | 17 Nov 2021 |
| RECORD LOCATOR | GYKWQI |
| CUSTOMER NUMBER | 567937 |

Client Address
ROBINSON, CALCAGNIE AND ROBINSON
19 CORPORATE PLAZA DRIVE
NEWPORT BEACH CA 92660

Notes
------------------------------
ENHANCED SECURITY CHECKS REQUIRE YOU TO
PROVIDE INFORMATION TO THE AIRLINES IN
ADVANCE OF YOUR TRAVEL PLANS
GO TO WWW.TSA.GOV AND SELECT - WHAT WE DO OPTION -
FOLLOWED BY THE - SECURE FLIGHT OPTION -
OR ASK YOUR AGENT FOR FURTHER DETAILS
------------------------------

## DATE: Sun, Nov 21

### Flight UNITED AIRLINES 2483

| | | | |
|---|---|---|---|
| From | SAN FRANCISCO, CA | Departs | 10:35am |
| To | NEWARK, NJ | Arrives | 6:55pm |
| Departure Terminal | 3 | Arrival Terminal | C |
| Duration | 5hr(s) 20min(s) | Cabin | Business |
| Type | BOEING 777-300ER JET | Meal | Lunch |
| Stop(s) | Non Stop | | |
| Seat(s) Details | ROBINSON/MARK P JR | Seat(s) - 18G | |

## DATE: Mon, Nov 22

### Flight UNITED AIRLINES 714

| | | | |
|---|---|---|---|
| From | NEWARK, NJ | Departs | 6:00pm |
| To | SANTA ANA, CA | Arrives | 9:21pm |
| Departure Terminal | C | | |
| Duration | 6hr(s) 21min(s) | Cabin | First |
| Type | BOEING 737-700 JET | Meal | Dinner |
| Stop(s) | Non Stop | | |
| Seat(s) Details | ROBINSON/MARK P JR | Seat(s) - 01E | |

## DATE: Tue, Mar 22

### Others

SANTA ANA

11/17/21, 10:24 AM

Case 21-30589-MBK    Doc 2964-1    Filed 09/01/22 - einvoice - Entered 09/01/22 12:38:44    Desc
Exhibit A-expense receipts    Page 35 of 129

RETAIN

## Ticket Information

| Ticket Number | UA 7677542011 | Passenger | ROBINSON MARK P JR | | | |
|---|---|---|---|---|---|---|
| | | Billed to: | VI XXXXXXXXXXXX4544 | | USD | * 5307.75 |
| Service Fee | XD 0805178444 | Passenger | ROBINSON MARK P JR | | | |
| | | Billed to: | VI XXXXXXXXXXXX4544 | | USD | * 27.00 |

|  | | |
|---|---|---|
| **SubTotal** | USD 5334.75 |
| **Net Credit Card Billing** | * USD 5334.75 |
| | ---------- |
| **Total Amount Due** | USD 0.00 |

**ITINERARY NOTES:**
******************************************
TSA USES UNPREDICTABLE SECURITY MEASURES THROUGHOUT THE AIRPORT.
NO INDIVIDUAL IS GUARANTEED EXPEDITED SCREENING.
FOR MORE INFO VISIT WWW.TSA.GOV/PRECHECK.
DUE TO INCREASED SECURITY AT AIRPORTS
ALL PASSENGERS ARE REQUIRED TO PROVIDE PICTURE ID
AND A VALID TICKET OR VALID ELECTRONIC RECEIPT

**INVOICE NOTES:**
HU
BA/EA6BCV
TA/EA6BCV

*ROUNDTRIP COACH FARE = $2177 per person*

The carriage of certain hazardous materials, like aerosols, fireworks, and flammable liquids, aboard the aircraft is forbidden. If you do not understand these
restrictions, further information may be obtained from your airline.

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For
Credit Card Service fees, please see eTicket receipt for total charges.

**Kathy Thompson**

| **From:** | Mirren Arcangel |
| **Sent:** | Wednesday, June 22, 2022 5:08 PM |
| **To:** | Kathy Thompson |
| **Subject:** | Need Coach rates for these |

These are both First Class that we need coach rates to.

| Date(s) Incurre ▾ | Expense Detail (e.g., hotel, airfair and reason) |
| --- | --- |
| 12/30/2021 | City National Bank [ TRAVEL EXPENSE ] Travel VISA MPRobinson/Air CLT/LAX AA 11/ |
| 12/30/2021 | City National Bank [ TRAVEL EXPENSE ] Travel VISA MPRobinson Air CLT/LAX AA 11/1 |

*1 way coach 329*

*1 way coach 329.*

Mirren Arcangel
Accountant
ROBINSON CALCAGNIE, INC.
19 Corporate Plaza Drive
Newport Beach, CA 92660
Tel: (949) 720-1288
Fax: (949) 720-1292
marcangel@robinsonfirm.com
www.robinsonfirm.com

https://doc...e.net...res...coop//...sdps
1/2

ONE WAY COACH FARE



4896/

# ΛLTOUR

*ALTOUR NEWPORT BEACH*
**Phone: 1-949-261-8660**
**ALTOURNewportBeach@ALTOUR.COM**

## Electronic Invoice

**Prepared For:**
**ROBINSON/MARK P JR**                      Ref:    CASE JJ BANKRUPTCY

| | |
|---|---|
| SALES PERSON | CV |
| INVOICE NUMBER | 0132551 |
| INVOICE ISSUE DATE | 06 Nov 2021 |
| RECORD LOCATOR | IUBNWB |
| CUSTOMER NUMBER | 567937 |

Client Address
ROBINSON, CALCAGNIE AND ROBINSON
19 CORPORATE PLAZA DRIVE
NEWPORT BEACH CA 92660

Notes
-----------------------------------------
ENHANCED SECURITY CHECKS REQUIRE YOU TO
PROVIDE INFORMATION TO THE AIRLINES IN
ADVANCE OF YOUR TRAVEL PLANS
GO TO WWW.TSA.GOV AND SELECT - WHAT WE DO OPTION -
FOLLOWED BY THE - SECURE FLIGHT OPTION -
OR ASK YOUR AGENT FOR FURTHER DETAILS
-----------------------------------------

**DATE: Wed, Nov 10**

**Flight AMERICAN AIRLINES 2511**

| | | | |
|---|---|---|---|
| From | CHARLOTTE, NC | Departs | 6:35pm |
| To | LOS ANGELES, CA | Arrives | 9:07pm |
| Duration | 5hr(s) 32min(s) | Cabin | First |
| Type | A321 JET | Meal | Dinner |
| | AIRBUS INDUSTRIE | | |
| Stop(s) | Non Stop | | |
| Seat(s) Details | ROBINSON/MARK P JR | Seat(s) - 01C | |

### Ticket Information

| | | | | |
|---|---|---|---|---|
| Ticket Number | AA 76698094699 | Passenger | ROBINSON MARK P JR | |
| | | Billed to: | VI XXXXXXXXXXXXX4544 | USD    670.82 * |
| Service Fee | XD 080492222243 | Passenger | ROBINSON MARK P JR | |
| | | Billed to: | VI XXXXXXXXXXXXX4544 | USD    27.00 * |

| | | |
|---|---|---|
| Subtotal | | USD 697.82 |
| Net Credit Card Billing | | USD 697.82 * |
| | | ---------- |
| **Total Amount Due** | | USD 0.00 |

ITINERARY NOTES:
***********************************
TSA USES UNPREDICTABLE SECURITY MEASURES THROUGHOUT THE AIRPORT.
NO INDIVIDUAL IS GUARANTEED EXPEDITED SCREENING.
FOR MORE INFO VISIT WWW.TSA.GOV/PRECHECK.
DUE TO INCREASED SECURITY AT AIRPORTS
ALL PASSENGERS ARE REQUIRED TO PROVIDE PICTURE ID

https://documents.epiq-corporate.com/cgi-bin/tripcase?Print.cfm
1/2

# ALTOUR

ALTOUR NEWPORT BEACH
Phone: 1-949-261-8660
ALTOURNewportBeach@ALTOUR.COM

## Electronic Invoice

**Prepared For:**
ROBINSON/MARK P JR

Ref:    CASE JJ BKRPUTCY



| | |
|---|---|
| SALES PERSON | K6 |
| INVOICE NUMBER | 0132575 |
| INVOICE ISSUE DATE | 10 Nov 2021 |
| RECORD LOCATOR | WDNION |
| CUSTOMER NUMBER | 567937 |

Client Address
ROBINSON, CALCAGNIE AND ROBINSON
19 CORPORATE PLAZA DRIVE
NEWPORT BEACH CA 92660

Notes
-----------------------------------------------
ENHANCED SECURITY CHECKS REQUIRE YOU TO
PROVIDE INFORMATION TO THE AIRLINES IN
ADVANCE OF YOUR TRAVEL PLANS
GO TO WWW.TSA.GOV AND SELECT - WHAT WE DO OPTION -
FOLLOWED BY THE - SECURE FLIGHT OPTION -
OR ASK YOUR AGENT FOR FURTHER DETAILS
-----------------------------------------------

**DATE: Wed, Nov 10**

Flight AMERICAN AIRLINES 2511

| | |
|---|---|
| From | CHARLOTTE, NC |
| To | LOS ANGELES, CA |
| Duration | 5hr(s) 32min(s) |
| Type | AIRBUS INDUSTRIE A321 JET |
| Stop(s) | Non Stop |
| Seat(s) Details | ROBINSON/MARK P JR |

| Departs | 6:35pm | Arrives | 9:07pm |
|---|---|---|---|
| Cabin | First | Meal | Dinner |
| Seat(s) - 04D | | AA - XXXXX 5B | |


= 574
*☆ DNT WHY CATCH RATE

**DATE: Thu, Mar 10**

Others
RETAIN
LOS ANGELES

## Ticket Information

| Ticket Number | AA 7669804728 | | |
|---|---|---|---|
| Passenger | ROBINSON MARK P JR | | |
| Billed to: | VI XXXXXXXXXXXXXXX4544 | USD | *2264.82 |

| | | |
|---|---|---|
| SubTotal | USD 2264.82 | |
| Net Credit Card Billing | USD 2264.82 | * |
| | ---------- | |
| Total Amount Due | USD 0.00 | |

ITINERARY NOTES:

1/2

https://documents.sabre.com/new/annuosasorg.html

# ∀LTOUR

*ALTOUR NEWPORT BEACH*
**Phone: 1-949-261-8660**
**ALTOURNewportBeach@ALTOUR.COM**

## Electronic Invoice

**Prepared For:**
## ROBINSON/MARK PARKER

Ref:   **CASE JJ BRUPTCY**

| | |
|---|---|
| SALES PERSON | CV |
| INVOICE NUMBER | 0132648 |
| INVOICE ISSUE DATE | 23 Nov 2021 |
| RECORD LOCATOR | AUZAYK |
| CUSTOMER NUMBER | 567937 |

Client Address
ROBINSON, CALCAGNIE AND ROBINSON
19 CORPORATE PLAZA DRIVE
NEWPORT BEACH CA 92660

Notes
-----------------------------------------------
ENHANCED SECURITY CHECKS REQUIRE YOU TO
PROVIDE INFORMATION TO THE AIRLINES IN
ADVANCE OF YOUR TRAVEL PLANS
GO TO WWW.TSA.GOV AND SELECT - WHAT WE DO OPTION -
FOLLOWED BY THE - SECURE FLIGHT OPTION -
OR ASK YOUR AGENT FOR FURTHER DETAILS
-----------------------------------------------

## DATE: Mon, Dec 13
**Flight UNITED AIRLINES 598**

| | | | | |
|---|---|---|---|---|
| From | SANTA ANA, CA | Departs | 7:45am | |
| To | NEWARK, NJ | Arrives | 4:00pm | |
| | | Arrival Terminal | C | |
| Duration | 5hr(s) 15min(s) | Cabin | First | Meal |
| Type | BOEING 737-700 JET | | Breakfast | |
| Stop(s) | Non Stop | | | |
| Seat(s) Details | ROBINSON/MARK PARKER | UA - XXXXXX 41 | | |

## DATE: Wed, Dec 15
**Flight UNITED AIRLINES 2325**

| | | | | |
|---|---|---|---|---|
| From | NEWARK, NJ | Departs | 6:00pm | |
| To | SANTA ANA, CA | Arrives | 9:21pm | |
| Departure Terminal | C | | | |
| Duration | 6hr(s) 21min(s) | Cabin | First | Meal |
| Type | BOEING 737-700 JET | | Dinner | |
| Stop(s) | Non Stop | | | |
| Seat(s) Details | ROBINSON/MARK PARKER | UA - XXXXXX 41 | | |

## DATE: Wed, Mar 09
**Others**
SANTA ANA
RETAIN

## Ticket Information

| | | | | | |
|---|---|---|---|---|---|
| **Ticket Number** | UA 7677542071 | **Passenger** | ROBINSON MARK PARKER | | |
| | | **Billed to:** | VI XXXXXXXXXXXX4544 | USD | * 3061.68 |
| **Service Fee** | XD 0805522253 | **Passenger** | ROBINSON MARK PARKER | | |
| | | **Billed to:** | VI XXXXXXXXXXXX4544 | USD | * 27.00 |

|  |  |
|---|---|
| **SubTotal** | USD 3088.68 |
| **Net Credit Card Billing** | * USD 3088.68 |
| | ---------- |
| **Total Amount Due** | USD 0.00 |

**ITINERARY NOTES:**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
TSA USES UNPREDICTABLE SECURITY MEASURES THROUGHOUT THE AIRPORT.
NO INDIVIDUAL IS GUARANTEED EXPEDITED SCREENING.
FOR MORE INFO VISIT WWW.TSA.GOV/PRECHECK.
DUE TO INCREASED SECURITY AT AIRPORTS
ALL PASSENGERS ARE REQUIRED TO PROVIDE PICTURE ID
AND A VALID TICKET OR VALID ELECTRONIC RECEIPT
YOUR AIRLINE TICKET IS NON REFUNDABLE. AIRLINE
POLICY REQUIRES THAT ALL CHANGES MUST BE MADE PRIOR
TO ORIGINAL SCHEDULED DEPARTURE DATE/TIME. PENALTIES
ARE APPLICABLE ALONG WITH ANY DIFFERENCE IN AIR FARE.

ROUNDTRIP COACH FARE
= $ 2177.00

**INVOICE NOTES:**
HU
BA/EA6BCV
TA/EA6BCV

The carriage of certain hazardous materials, like aerosols, fireworks, and flammable liquids, aboard the aircraft is forbidden. If you do not understand these restrictions, further information may be obtained from your airline.

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see eTicket receipt for total charges.

**Kathy Thompson**

| | |
|---|---|
| **From:** | Kathy Thompson |
| **Sent:** | Wednesday, November 17, 2021 10:31 AM |
| **To:** | Kathy Thompson |
| **Subject:** | The Westin Princeton at Forrestal Village |

**From:** Kathy Thompson <kthompson@robinsonfirm.com>
**Sent:** Wednesday, November 17, 2021 10:30 AM
**To:** Kathy Thompson <kthompson@robinsonfirm.com>
**Subject:** The Westin Princeton at Forrestal Village

# The Westin Princeton at Forrestal Village

201 Village Boulevard, Princeton, NJ 08540, United States of America -
**Phone:** +1609-452-7900



| | |
|---|---|
| **Your reservation** | 1 night, 1 room |
| **You booked for** | 1 adult |
| **Check-in** | Sunday, November 21, 2021 (from 3:00 PM) |
| **Check-out** | Monday, November 22, 2021 (until 12:00 PM) |
| **Prepayment** | You don't have to pre-pay, but the property might take a deposit from the card you booked with. This is a routine procedure to verify the card is valid and hasn't been lost or stolen. The charge is temporary and will be returned to you in full. |
| **Cancellation cost** | • Until November 18, 2021 11:59 PM [EST]: $0 |

1

- From November 19, 2021 12:00 AM [EST]: $169

**Booked by**                                             Kathryn Thompson

**PURE Wellness, 1 King Bed**                             $169

**14.63 % TAX is included.**                              $24.72

## Total Price                                            $193.72

## Room Details

This triple room has a flat-screen TV and air conditioning.

| | |
|---|---|
| **Guest name** | Mark P Robinson |
| **Max capacity** | 3 guests max, with a maximum of 3 adults. |
| | Your total price is based on the rate for the number of booked guests (1 adult). Extra prices may apply for additional guests – up to the max capacity. |
| **Meal Plan** | Breakfast costs $14 per person per night. Lunch costs $16 per person per night. Dinner costs $21 per person per night. |

## Special Requests

Approximate time of arrival: between 20:00 and 21:00

## Important Information

Please note: extra beds can only be accommodated in rooms with king-size beds. Guests are required to show a photo ID and credit card upon check-in. Please note that all Special Requests are subject to availability and additional charges may apply.

## Payment

**Kathy Thompson**

| | |
|---|---|
| **From:** | American Airlines <no-reply@notify.email.aa.com> |
| **Sent:** | Tuesday, November 9, 2021 8:42 AM |
| **To:** | Kathy Thompson |
| **Subject:** | Your travel receipt-HRTILK |



Hello Mr Paul Dagostino!                                    Issued: Nov 9, 2021



## Your travel receipt

Record locator: **HRTILK**

Thanks for choosing American Airlines. Here is a receipt for your recent purchases.

## Your trip receipt

                Visa XXXXXXXXXXXX4544

**Mr Paul Dagostino**

DOCUMENT NUMBER 0010641717769

PREFERRED SEATS/CLT-LAX

| | |
|---|---|
| AMOUNT | $ 26.48 USD |
| TAX | $ 1.99 |
| **TOTAL** | **$ 28.47 USD** |



**Receipt**

3375 Armar Drive
Marion IA 52302
Accounting : 1-877-789-6328
E-MAIL : accounting@limolink.com

*JJ B*
*$48661*

| Reservation Number: | 3248327-002 |
| Date: | 11/11/2021 |
| Page: | 1 |

Paid By :

Kathryn Thompson
KT Travel

Booked By :

Kathy Thompson
KT Travel
5818 89th St Ct E
Puyallup,WA 98371

| Payment Terms |
| **Credit Card Receipt** |

| Res No: 3248327-002 | BA: Kathy Thompson | | | Item | Description | Ext Price |
|---|---|---|---|---|---|---|
| **Cust Ref:** | | | | Transfer | | $186.00 |
| Mark P Robinson | 11/10/2021 1:00:00 PM | Sedan | | Payment | Paid By Visa 4544 | ($186.00) |
| **Pick Up:** | **Drop Off:** | | | | USD    Total | $0.00 |
| JW Marriott Charlotte | AIRPORT: CLT, Charlotte Douglas | | | | | |
| 600 S College St | International Airport | | | | | |
| Charlotte, North Carolina, 28202 | AIRLINE: American | | | | | |
| United States | FLIGHT#: 352 | | | | | |
| | DEPARTING: 3:03 PM | | | | | |
| | TO: LAX | | | | | |
| **Stops:** | | | | | | |
| | | | | @ 50 % | | |
| **On Board:** 12:52 PM | **Drop:** | | | = 93 | | |

**If you have any questions please contact LimoLink's accounting department at (877) 789-6328**

All disputes shall be within the exclusive jurisdiction of the state and/or federal courts located in the State of Iowa. The "Bill To" party identified above consents
to such exclusive jurisdiction and waives any objections to venue therein. Iowa law shall control. Amounts not paid when due shall accrue interest at the rate of
1.5% per month.

# limolink®

Driven to be there for you.

**Receipt**

3375 Armar Drive
Marion IA 52302
Accounting :1-877-789-6328
E-MAIL : accounting@limolink.com

| Reservation Number: | 3245963-001 |
| --- | --- |
| Date: | 11/09/2021 |
| Page: | 1 |

**Paid By :**

Kathryn Thompson
KT Travel

**Booked By :**

Kathy Thompson
KT Travel
5818 89th St Ct E
Puyallup, WA 98371

| Payment Terms |
| --- |
| **Credit Card Receipt** |

| Res No: 3245963-001 | BA: Kathy Thompson | | Item | Description | Ext Price |
| --- | --- | --- | --- | --- | --- |
| **Cust Ref:** | | | Transfer | | $272.00 |
| Mark P Robinson | 11/3/2021 3:18:00 PM   SUV | | WaitTime | 111 Minutes @ 3.15 | $349.65 |
| | | | Payment | Paid By Visa 4544 | ($621.65) |
| **Pick Up:** | **Drop Off:** | | | | |
| AIRPORT: CLT/KCLT, Charlotte Douglas International Airport FBO: WILSON AIR CENTER 5400 Airport Dr Charlotte, North Carolina, United States TAIL#: N700DS ARRIVING: 3:48 PM FROM: | Grand Bohemian Hotel Charlotte, Autograph Collection 201 W Trade St Charlotte, North Carolina, 28202 United States | | | USD   Total | $0.00 |
| **Stops:** | | | | | |
| **On Board:** 5:39 PM | **Drop:** | | | | |

@ 50%
= $ 310·83

**If you have any questions please contact LimoLink's accounting department at (877) 789-6328**

All disputes shall be within the exclusive jurisdiction of the state and/or federal courts located in the State of Iowa. The "Bill To" party identified above consents to such exclusive jurisdiction and waives any objections to venue therein. Iowa law shall control. Amounts not paid when due shall accrue interest at the rate of 1.5% per month.

# limolink®

*Driven to be there for you.*

## Receipt

3375 Armar Drive
Marion IA 52302
Accounting :1-877-789-6328
E-MAIL : accounting@limolink.com

| Reservation Number: | 3252923-001 |
|---|---|
| Date: | 11/23/2021 |
| Page: | 1 |

Paid By :

Kathryn Thompson
KT Travel

Booked By :

Kathy Thompson
KT Travel
5818 89th St Ct E
Puyallup,WA 98371

| Payment Terms |
|---|
| **Credit Card Receipt** |

| Res No: 3252923-001 | BA: | Kathy Thompson | | Item | Description | Ext Price |
|---|---|---|---|---|---|---|
| **Cust Ref:** | | | | Transfer | | $588.00 |
| | | | | Tolls | | $11.80 |
| Mark P Robinson | 11/21/2021 6:33:00 PM | SUV | | AirportFee | | $2.50 |
| | | | | Parking | | $10.50 |
| **Pick Up:** | **Drop Off:** | | | WaitTime | 26 Minutes @ 3.15 | $81.90 |
| AIRPORT: EWR, Newark Liberty | The Westin Princeton at Forrestal Village | | | Payment | Paid By Visa 4544 | ($694.70) |
| International Airport | 201 Village Blvd | | | | | |
| AIRLINE: United | Princeton, New Jersey, 08540 | | | | | |
| FLIGHT#: 2483 | United States | | | USD    Total | | $0.00 |
| ARRIVING: 6:33 PM | | | | | | |
| FROM: SFO | | | | | | |
| **Stops:** | | | | | | |
| **On Board:** 7:29 PM | **Drop:** | | | | | |

@ 50 %
= $347.35

**If you have any questions please contact LimoLink's accounting department at (877) 789-6328**

All disputes shall be within the exclusive jurisdiction of the state and/or federal courts located in the State of Iowa. The "Bill To" party identified above consents
to such exclusive jurisdiction and waives any objections to venue therein. Iowa law shall control. Amounts not paid when due shall accrue interest at the rate of
1.5% per month.



**MARRIOTT**

**CHARLOTTE CITY CENTER MARRIOTT**

**GUEST FOLIO**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ROOM NAME | ROBINSON/MARK/MR | RATE | 374.00 | DEPART | 11/08/21 | TIME | DUPLICATE 11:23 |
| DLUX TYPE | GNS 11/08 CHARGED | | | ARRIVE | 11/08/21 | TIME | ACCT# 3664 |
| | 19 CORPORATE PLAZA D | | | | | | |
| | NEWPORT BEAC CA | | | | | | |
| ROOM CLERK ADDRESS | 92660 | PAYMENT | VSXXXXXXXXXXXX4544 | | | | MB#: |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|
| 11/08 | GNSROOM | GNS | 374.00 | | |
| 11/08 | STATETAX | GNS | 25.25 | | |
| 11/08 | OCC TAX | GNS | 29.92 | | |
| 11/08 | CNTYTAX | GNS | 1.87 | | |
| 11/09 | CCARD-VS | | | 431.04 | |
| | VSXXXXXXXXXXXX4544 | | | | |

.00

**MARRIOTT**

CHARLOTTE CITY CENTER MARRIOTT
100 WEST TRADE ST
CHARLOTTE NC  28202

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

# limolink®

Driven to be there for you.

**Receipt**

3375 Armar Drive
Marion IA 52302
Accounting : 1-877-789-6328
E-MAIL : accounting@limolink.com

| Reservation Number: | 3252572-002 |
|---|---|
| Date: | 11/23/2021 |
| Page: | 1 |

Paid By :

Kathryn Thompson
KT Travel

Booked By :

Kathy Thompson
KT Travel
5818 89th St Ct E
Puyallup, WA 98371

| Payment Terms |
|---|
| **Credit Card Receipt** |

| Res No:  3252572-002 | BA: | Kathy Thompson | | | Item | Description | Ext Price |
|---|---|---|---|---|---|---|---|
| **Cust Ref:** | | | | | Transfer | | $192.00 |
| | | | | | AirportFee | | $5.50 |
| Mark P Robinson | | 11/21/2021 8:15:00 AM | Sedan | | Payment | Paid By Visa 4544 | ($197.50) |
| **Pick Up:** | | **Drop Off:** | | | | | |
| Palace Hotel | | AIRPORT: SFO, San Francisco | | | | USD   Total | $0.00 |
| 2 New Montgomery St | | International Airport | | | | | |
| San Francisco, California, 94105 | | AIRLINE: United | | | | | |
| United States | | FLIGHT#: 2483 | | | | | |
| | | DEPARTING: 10:35 AM | | | | | |
| | | TO: EWR | | | | | |
| **Stops:** | | | | | | | |
| | | | | | @ 50 % | | |
| **On Board:** 8:12 AM | **Drop:** | | | | = $ 98.75 | | |

**If you have any questions please contact LimoLink's accounting department at (877) 789-6328**

All disputes shall be within the exclusive jurisdiction of the state and/or federal courts located in the State of Iowa. The "Bill To" party identified above consents to such exclusive jurisdiction and waives any objections to venue therein. Iowa law shall control. Amounts not paid when due shall accrue interest at the rate of 1.5% per month.

# Receipt

**limolink®**
Driven to be there for you.

3375 Armar Drive
Marion IA 52302
Accounting :1-877-789-6328
E-MAIL : accounting@limolink.com

| Reservation Number: | 3245963-002 |
|---|---|
| Date: | 11/08/2021 |
| Page: | 1 |

Paid By :

Kathryn Thompson
KT Travel

Booked By :

Kathy Thompson
KT Travel
5818 89th St Ct E
Puyallup, WA 98371

| Payment Terms |
|---|
| **Credit Card Receipt** |

| Res No: 3245963-002 | BA: | Kathy Thompson | | Item | Description | Ext Price |
|---|---|---|---|---|---|---|
| **Cust Ref:** | | | | Transfer | | $272.00 |
| | | | | StopFee | 1.00 Each @ 30.00 | $30.00 |
| Mark P Robinson | | 11/5/2021 4:00:00 PM | SUV | WaitTime | 10 Minutes @ 3.15 | $31.50 |
| | | | | Payment | Paid By Visa 4544 | ($333.50) |
| **Pick Up:** | | **Drop Off:** | | | | |
| Grand Bohemian Hotel Charlotte, Autograph Collection | | AIRPORT: CLT/KCLT, Charlotte Douglas International Airport | | USD    Total | | $0.00 |
| 201 W Trade St | | FBO: WILSON AIR CENTER | | | | |
| Charlotte, North Carolina, 28202 | | 5400 Airport Dr | | | | |
| United States | | Charlotte, North Carolina, | | | | |
| | | United States | | | | |
| | | TAIL#: N700DS | | | | |
| | | DEPARTING: 5:00 PM | | | | |
| | | TO: | | | | |
| **Stops:** | | | | | | |
| 1. As Directed, Charlotte, North Carolina, United States | | | | | | |
| **On Board:** 4:10 PM | | **Drop:** | | | | |

@ 50%.
= 166.75

**If you have any questions please contact LimoLink's accounting department at (877) 789-6328**

All disputes shall be within the exclusive jurisdiction of the state and/or federal courts located in the State of Iowa. The "Bill To" party identified above consents to such exclusive jurisdiction and waives any objections to venue therein. Iowa law shall control. Amounts not paid when due shall accrue interest at the rate of 1.5% per month.

# limolink®

*Driven to be there for you.*

3375 Armar Drive
Marion IA 52302
Accounting :1-877-789-6328
E-MAIL : accounting@limolink.com

## Receipt

*TAlC*
*48601*

| Reservation Number: | 3248327-002 |
|---|---|
| Date: | 11/11/2021 |
| Page: | 1 |

**Paid By :**

Kathryn Thompson
KT Travel

**Booked By :**

Kathy Thompson
KT Travel
5818 89th St Ct E
Puyallup, WA 98371

| Payment Terms |
|---|
| **Credit Card Receipt** |

| Res No: 3248327-002 | BA: Kathy Thompson | | | Item | Description | Ext Price |
|---|---|---|---|---|---|---|
| **Cust Ref:** | | | | Transfer | | $186.00 |
| Mark P Robinson | 11/10/2021 1:00:00 PM | Sedan | | Payment | Paid By Visa 4544 | ($186.00) |
| **Pick Up:** | **Drop Off:** | | | | USD    Total | $0.00 |
| JW Marriott Charlotte | AIRPORT: CLT, Charlotte Douglas | | | | | |
| 600 S College St | International Airport | | | | | |
| Charlotte, North Carolina, 28202 | AIRLINE: American | | | | | |
| United States | FLIGHT#: 352 | | | | | |
| | DEPARTING: 3:03 PM | | | | | |
| | TO: LAX | | | | | |
| **Stops:** | | | | | | |
| | | | | @ 50 % | | |
| **On Board:** 12:52 PM | **Drop:** | | | = $93 | | |

**If you have any questions please contact LimoLink's accounting department at (877) 789-6328**

All disputes shall be within the exclusive jurisdiction of the state and/or federal courts located in the State of Iowa. The "Bill To" party identified above consents
to such exclusive jurisdiction and waives any objections to venue therein. Iowa law shall control. Amounts not paid when due shall accrue interest at the rate of
1.5% per month.

The Westin Princeton
201 Village Blvd.
Princeton, NJ  08540
United States
Tel: 1-609-452-7900 Fax: 1-609-452-1223

# WESTIN®

## HOTELS & RESORTS

Mark Robinson

| | | | | | | |
|---|---|---|---|---|---|---|
| Page Number | : | 1 | | Invoice Nbr | : | 351134 |
| Guest Number | : | 1081470 | | | | |
| Folio ID | : | A | | | | |
| Arrive Date | : | 21-NOV-21 | 20:26 | | | |
| Depart Date | : | 22-NOV-21 | 10:04 | | | |
| No. Of Guest | : | 1 | | | | |
| Room Number | : | 487 | | | | |
| Marriott Bonvoy Number : | | | | | | |

Westin Princet TTNWI DEC-29-2021 15:12 LAHTIA

| Date | Reference | Description | | Charges (USD) | Credits (USD) |
|---|---|---|---|---|---|
| 21-NOV-21 | 12884 | Parallel 40 | | 52.72 | |
| 21-NOV-21 | chips x 2 | Food And Candy | | 8.00 | |
| 21-NOV-21 | chips x 2 | Tax Other | | 0.53 | |
| 21-NOV-21 | RT487 | Room Chrg - Standard Retail | | 149.00 | |
| 21-NOV-21 | RT487 | Room Tax | | 9.87 | |
| 21-NOV-21 | RT487 | County Tax | | 4.47 | |
| 21-NOV-21 | RT487 | Occupancy/Tourism | | 7.45 | |
| 22-NOV-21 | AX | American Express-2001 | | | -232.04 |
| | | ***For Authorization Purpose Only*** | | | |
| | xxxxxx2001 | | | | |

| Date | Time | Code | Authorized |
|---|---|---|---|
| 21-NOV-21 | 20:24 | 544456 | 208.60 |
| 21-NOV-21 | 03:23:22 | 101113 | 50.00 |

| | | Charges | Credits |
|---|---|---|---|
| | ** Total | 232.04 | -232.04 |
| | *** Balance | 0.00 | |

Continued on the next page

# ALTOUR

**ALTOUR NEWPORT BEACH**
**Phone: 1-949-261-8660**
ALTOURNewportBeach@ALTOUR.COM

## Electronic Invoice

**Prepared For:**
DAGOSTINO/PAUL

Ref:  **CASE JJ BKRUPTCY**

SALES PERSON                CV
INVOICE NUMBER              0132691
INVOICE ISSUE DATE          07 Dec 2021
RECORD LOCATOR              XVILJR
CUSTOMER NUMBER             567937

Client Address
ROBINSON, CALCAGNIE AND ROBINSON
19 CORPORATE PLAZA DRIVE
NEWPORT BEACH CA 92660

Notes
-------------------------------------------------
ENHANCED SECURITY CHECKS REQUIRE YOU TO
PROVIDE INFORMATION TO THE AIRLINES IN
ADVANCE OF YOUR TRAVEL PLANS
GO TO WWW.TSA.GOV AND SELECT - WHAT WE DO OPTION -
FOLLOWED BY THE - SECURE FLIGHT OPTION -
OR ASK YOUR AGENT FOR FURTHER DETAILS
-------------------------------------------------

## DATE: Mon, Dec 13

**Flight UNITED AIRLINES 1928**

| From | LOS ANGELES, CA | Departs | 4:30pm |
|---|---|---|---|
| To | NEWARK, NJ | Arrives | 12:47am (+1 day) |
| Departure Terminal | 7 | Arrival Terminal | C |
| Duration | 5hr(s) 17min(s) | Cabin | Business |
| Type | BOEING 767 JET | Meal | Dinner |
| Stop(s) | Non Stop | | |
| Seat(s) Details | DAGOSTINO/PAUL | Seat(s) - 11F | UA - XXXXXX 55 |

## DATE: Wed, Dec 15

**Flight UNITED AIRLINES 2325**

| From | NEWARK, NJ | Departs | 6:00pm |
|---|---|---|---|
| To | SANTA ANA, CA | Arrives | 9:21pm |
| Departure Terminal | C | | |
| Duration | 6hr(s) 21min(s) | Cabin | First |
| Type | BOEING 737-700 JET | Meal | Dinner |
| Stop(s) | Non Stop | | |
| Seat(s) Details | DAGOSTINO/PAUL | Seat(s) - 03E | UA - XXXXXX 55 |

## DATE: Tue, Mar 15

**Others**

SANTA ANA
RETAIN

## Ticket Information

/21, 3:43 PM
Case 21-30589-MBK   Doc 2964-1   Filed 09/01/22   Entered 09/01/22 12:38:44   Desc
Exhibit A-expense receipts   Page 53 of 129

TripCase - eInvoice

| **Ticket Number** | UA 7677542119 | **Passenger** | DAGOSTINO PAUL | | |
| | | **Billed to:** | VI XXXXXXXXXXXX4544 | USD | * 4227.28 |
| **Service Fee** | XD 0805860675 | **Passenger** | DAGOSTINO PAUL | | |
| | | **Billed to:** | VI XXXXXXXXXXXX4544 | USD | * 27.00 |

**SubTotal** USD 4254.28

**Net Credit Card Billing** * USD 4254.28

----------

**Total Amount Due** USD 0.00

INVOICE NOTES:
HU
BA/EA6BCV
TA/EA6BCV

ROUNDTRIP COACH RATE
= $ 2177.00

The carriage of certain hazardous materials, like aerosols, fireworks, and flammable liquids, aboard the aircraft is forbidden. If you do not understand these restrictions, further information may be obtained from your airline.

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see eTicket receipt for total charges.

# limolink®

**Receipt**

3375 Armar Drive
Marion IA 52302
Accounting :1-877-789-6328
E-MAIL : accounting@limolink.com

| Reservation Number: | 3262300-001 |
|---|---|
| Date: | 12/15/2021 |
| Page: | 1 |

Paid By :

Kathryn Thompson
KT Travel

Booked By :

Kathy Thompson
KT Travel
5818 89th St Ct E
Puyallup, WA 98371

| Payment Terms |
|---|
| **Credit Card Receipt** |

| Res No: 3262300-001 | BA: | Kathy Thompson | | Item | Description | Ext Price |
|---|---|---|---|---|---|---|
| **Cust Ref:** | | | | Transfer | | $288.00 |
| | | | | AirportFee | | $5.00 |
| Mark P Robinson | | 12/14/2021 5:30:00 AM | Sedan | EarlyLate | | $20.00 |
| | | | | Payment | Paid By Visa 4544 | ($313.00) |
| **Pick Up:** | | **Drop Off:** | | | | |
| | | AIRPORT: LAX, Los Angeles International | | | USD    Total | $0.00 |
| 103 Bayside Pl | | Airport | | | | |
| Corona Del Mar, California, 92625 | | AIRLINE: United | | | | |
| United States | | FLIGHT#: 1990 | | | | |
| | | DEPARTING: 8:15 AM | | | | |
| | | TO: EWR | | | | |
| **Stops:** | | | | | | |
| | | | | | | |
| **On Board:** 5:31 AM | **Drop:** | | | | | |

@ 50 /
$ = 156.50

**If you have any questions please contact LimoLink's accounting department at (877) 789-6328**

All disputes shall be within the exclusive jurisdiction of the state and/or federal courts located in the State of Iowa. The "Bill To" party identified above consents
to such exclusive jurisdiction and waives any objections to venue therein. Iowa law shall control. Amounts not paid when due shall accrue interest at the rate of
1.5% per month.

12/14/21, 6:45 AM

# ALTOUR

**ALTOUR NEWPORT BEACH**
**Phone: 1-949-261-8660**
ALTOURNewportBeach@ALTOUR.COM

---

## Electronic Invoice

**Prepared For:**
ROBINSON/MARK P

Ref:   **CASE JJ BRUPTCY**

48661

| | |
|---|---|
| SALES PERSON | CV |
| INVOICE NUMBER | 0132717 |
| INVOICE ISSUE DATE | 13 Dec 2021 |
| RECORD LOCATOR | FZQXYR |
| CUSTOMER NUMBER | 567937 |

Client Address
ROBINSON, CALCAGNIE AND ROBINSON
19 CORPORATE PLAZA DRIVE
NEWPORT BEACH CA 92660

Notes
-----------------------------------------
ENHANCED SECURITY CHECKS REQUIRE YOU TO
PROVIDE INFORMATION TO THE AIRLINES IN
ADVANCE OF YOUR TRAVEL PLANS
GO TO WWW.TSA.GOV AND SELECT - WHAT WE DO OPTION -
FOLLOWED BY THE - SECURE FLIGHT OPTION -
OR ASK YOUR AGENT FOR FURTHER DETAILS
-----------------------------------------

## DATE: Sun, Dec 19

### Flight UNITED AIRLINES 2614

| | | | |
|---|---|---|---|
| From | LOS ANGELES, CA | Departs | 1:00pm |
| To | NEWARK, NJ | Arrives | 8:56pm |
| Departure Terminal | 7 | Arrival Terminal | C |
| Duration | 4hr(s) 56min(s) | Cabin | Business |
| Type | BOEING DREAMLINER SERIES 10 | Meal | Lunch |
| Stop(s) | Non Stop | | |
| Seat(s) Details | ROBINSON/MARK P | Seat(s) - 11A | UA - XXXXXX 41 |

## DATE: Mon, Dec 20

### Flight UNITED AIRLINES 2325

| | | | |
|---|---|---|---|
| From | NEWARK, NJ | Departs | 4:40pm |
| To | SANTA ANA, CA | Arrives | 8:04pm |
| Departure Terminal | C | | |
| Duration | 6hr(s) 24min(s) | Cabin | First |
| Type | BOEING 737-700 JET | Meal | Dinner |
| Stop(s) | Non Stop | | |
| Seat(s) Details | ROBINSON/MARK P | Seat(s) - 01A | UA - XXXXXX 41 |

## DATE: Sun, Mar 20

### Others

SANTA ANA
RETAIN

4/21, 2:45 AM

## Ticket Information

| | | | | | |
|---|---|---|---|---|---|
| **Ticket Number** | UA 7677542156 | **Passenger** | ROBINSON MARK P | | |
| | | **Billed to:** | VI XXXXXXXXXXXX4544 | USD | * 4267.28 |
| **Service Fee** | XD 0805860693 | **Passenger** | ROBINSON MARK P | | |
| | | **Billed to:** | VI XXXXXXXXXXXX4544 | USD | * 27.00 |

|  |  |
|---|---|
| **SubTotal** | USD 4294.28 |
| **Net Credit Card Billing** | * USD 4294.28 |
| | ---------- |
| **Total Amount Due** | USD 0.00 |

**ITINERARY NOTES:**
·········································
TSA USES UNPREDICTABLE SECURITY MEASURES THROUGHOUT THE AIRPORT.
NO INDIVIDUAL IS GUARANTEED EXPEDITED SCREENING.
FOR MORE INFO VISIT WWW.TSA.GOV/PRECHECK.
DUE TO INCREASED SECURITY AT AIRPORTS
ALL PASSENGERS ARE REQUIRED TO PROVIDE PICTURE ID
AND A VALID TICKET OR VALID ELECTRONIC RECEIPT



ROUNDTRIP COACH RATE
#
= 2177.00

**INVOICE NOTES:**
HU
BA/EA6BCV
TA/EA6BCV

The carriage of certain hazardous materials, like aerosols, fireworks, and flammable liquids, aboard the aircraft is forbidden. If you do not understand these restrictions, further information may be obtained from your airline.

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see eTicket receipt for total charges.

12/16/21, 12:56 PM

**ALTOUR**

ALTOUR NEWPORT BEACH
**Phone: 1-949-261-8660**
ALTOURNewportBeach@ALTOUR.COM

---

# Electronic Invoice

**Prepared For:**
**RAZMARA/LILA**

Ref:    **CASE JJ BKRUPTCY**

| | |
|---|---|
| SALES PERSON | CV |
| INVOICE NUMBER | 0132730 |
| INVOICE ISSUE DATE | 16 Dec 2021 |
| RECORD LOCATOR | LQVIJQ |
| CUSTOMER NUMBER | 567937 |

Client Address
ROBINSON, CALCAGNIE AND ROBINSON
19 CORPORATE PLAZA DRIVE
NEWPORT BEACH CA 92660

Notes
--------------------------------------------
ENHANCED SECURITY CHECKS REQUIRE YOU TO
PROVIDE INFORMATION TO THE AIRLINES IN
ADVANCE OF YOUR TRAVEL PLANS
GO TO WWW.TSA.GOV AND SELECT - WHAT WE DO OPTION -
FOLLOWED BY THE - SECURE FLIGHT OPTION -
OR ASK YOUR AGENT FOR FURTHER DETAILS
--------------------------------------------

## DATE: Mon, Jan 10

**Flight UNITED AIRLINES 598**

| | | | |
|---|---|---|---|
| From | SANTA ANA, CA | Departs | 8:55am |
| To | NEWARK, NJ | Arrives | 5:02pm |
| | | Arrival Terminal | C |
| Duration | 5hr(s) 7min(s) | Cabin | First |
| Type | BOEING 737-700 JET | Meal | Breakfast |
| Stop(s) | Non Stop | | |
| Seat(s) Details | RAZMARA/LILA | Seat(s) - 02B | UA - XXXXXX 29 |

## DATE: Tue, Jan 11

**Flight UNITED AIRLINES 2245**

| | | | |
|---|---|---|---|
| From | NEWARK, NJ | Departs | 4:45pm |
| To | SANTA ANA, CA | Arrives | 8:09pm |
| Departure Terminal | C | | |
| Duration | 6hr(s) 24min(s) | Cabin | First |
| Type | BOEING 737-700 JET | Meal | Dinner |
| Stop(s) | Non Stop | | |
| Seat(s) Details | RAZMARA/LILA | Seat(s) - 03E | UA - XXXXXX 29 |

## DATE: Mon, Apr 11

**Others**

SANTA ANA
RETAIN

## Ticket Information

https://documents.sabre.com/new/einvoicePrint.html

1/2

| Ticket Number | UA 7677542175 | Passenger | RAZMARA LILA | | |
| | | Billed to: | VI XXXXXXXXXXXX4544 | USD | * 1700.15 |
| Service Fee | XD 0806045552 | Passenger | RAZMARA LILA | | |
| | | Billed to: | VI XXXXXXXXXXXX4544 | USD | * 27.00 |

SubTotal      USD 1727.15
Net Credit Card Billing   * USD 1727.15
----------
Total Amount Due    USD 0.00

**ITINERARY NOTES:**
*********************************************

TSA USES UNPREDICTABLE SECURITY MEASURES THROUGHOUT THE AIRPORT.
NO INDIVIDUAL IS GUARANTEED EXPEDITED SCREENING.
FOR MORE INFO VISIT WWW.TSA.GOV/PRECHECK.
DUE TO INCREASED SECURITY AT AIRPORTS
ALL PASSENGERS ARE REQUIRED TO PROVIDE PICTURE ID
AND A VALID TICKET OR VALID ELECTRONIC RECEIPT

ROUNDTRIP COACH RATE
= 1700 # 1448.60

**INVOICE NOTES:**
HU
BA/EA6BCV
TA/EA6BCV

The carriage of certain hazardous materials, like aerosols, fireworks, and flammable liquids, aboard the aircraft is forbidden. If you do not understand these restrictions, further information may be obtained from your airline.

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see eTicket receipt for total charges.

# limolink®

**Receipt**

3375 Armar Drive
Marion IA 52302
Accounting : 1-877-789-6328
E-MAIL : accounting@limolink.com

| Reservation Number: | 3262300-002 |
|---|---|
| Date: | 12/16/2021 |
| Page: | 1 |

Paid By :

Kathryn Thompson
KT Travel

Booked By :

Kathy Thompson
KT Travel
5818 89th St Ct E
Puyallup, WA 98371

| Payment Terms |
|---|
| **Credit Card Receipt** |

| Res No: 3262300-002 | BA: | Kathy Thompson | | Item | Description | Ext Price |
|---|---|---|---|---|---|---|
| **Cust Ref:** | | | | Transfer | | $588.00 |
| | | | | Tolls | | $11.80 |
| Mark P Robinson | | 12/14/2021 5:59:00 PM | SUV | AirportFee | | $2.50 |
| **Pick Up:** | | **Drop Off:** | | Parking | | $10.50 |
| AIRPORT: EWR, Newark Liberty | | Princeton Marriott at Forrestal | | WaitTime | 17 Minutes @ 3.15 | $53.55 |
| International Airport | | 100 College Rd E | | Payment | Paid By Visa 4544 | ($666.35) |
| AIRLINE: United | | Princeton, New Jersey, 08540 | | | | |
| FLIGHT#: 1990 | | United States | | | | |
| ARRIVING: 5:59 PM | | | | | USD    Total | $0.00 |
| FROM: LAX | | | | | | |
| **Stops:** | | | | | | |
| | | | | @ 50 / | | |
| **On Board:** 6:46 PM | **Drop:** | | | = 333.18 | | |

**If you have any questions please contact LimoLink's accounting department at (877) 789-6328**

All disputes shall be within the exclusive jurisdiction of the state and/or federal courts located in the State of Iowa. The "Bill To" party identified above consents
to such exclusive jurisdiction and waives any objections to venue therein. Iowa law shall control. Amounts not paid when due shall accrue interest at the rate of
1.5% per month.

# ALTOUR

## Electronic Invoice

**Prepared For:**
ROBINSON/MARK PARKER

Ref:   CASE JJ BKRUPTCY

| | |
|---|---|
| SALES PERSON | CV |
| INVOICE NUMBER | 0132729 |
| INVOICE ISSUE DATE | 16 Dec 2021 |
| RECORD LOCATOR | INXJWS |
| CUSTOMER NUMBER | 567937 |

Client Address
ROBINSON, CALCAGNIE AND ROBINSON
19 CORPORATE PLAZA DRIVE
NEWPORT BEACH CA 92660

Notes
---------------------------------------------------
ENHANCED SECURITY CHECKS REQUIRE YOU TO
PROVIDE INFORMATION TO THE AIRLINES IN
ADVANCE OF YOUR TRAVEL PLANS
GO TO WWW.TSA.GOV AND SELECT - WHAT WE DO OPTION -
FOLLOWED BY THE - SECURE FLIGHT OPTION -
OR ASK YOUR AGENT FOR FURTHER DETAILS
---------------------------------------------------

### DATE: Mon, Jan 10

**Flight UNITED AIRLINES 598**

| | | | |
|---|---|---|---|
| From | SANTA ANA, CA | Departs | 8:55am |
| To | NEWARK, NJ | Arrives | 5:02pm |
| | | Arrival Terminal | C |
| Duration | 5hr(s) 7min(s) | Cabin | First |
| Type | BOEING 737-700 JET | Meal | Breakfast |
| Stop(s) | Non Stop | | |
| Seat(s) Details | ROBINSON/MARK PARKER | Seat(s) - 01E | UA  - XXXXXX 41 |

### DATE: Tue, Jan 11

**Flight UNITED AIRLINES 2245**

| | | | |
|---|---|---|---|
| From | NEWARK, NJ | Departs | 4:45pm |
| To | SANTA ANA, CA | Arrives | 8:09pm |
| Departure Terminal | C | | |
| Duration | 6hr(s) 24min(s) | Cabin | First |
| Type | BOEING 737-700 JET | Meal | Dinner |
| Stop(s) | Non Stop | | |
| Seat(s) Details | ROBINSON/MARK PARKER | Seat(s) - 01B | UA  - XXXXXX 41 |

### DATE: Mon, Apr 11

**Others**

SANTA ANA
RETAIN

12/16/21, 12:57 PM

## Ticket Information

| | | | | | |
|---|---|---|---|---|---|
| **Ticket Number** | UA 7677542174 | Passenger | ROBINSON MARK PARKER | | |
| | | Billed to: | VI XXXXXXXXXXXX4544 | USD | * 2965.80 |
| **Service Fee** | XD 0806045551 | Passenger | ROBINSON MARK PARKER | | |
| | | Billed to: | VI XXXXXXXXXXXX4544 | USD | * 27.00 |

| | |
|---|---|
| **SubTotal** | USD 2992.80 |
| **Net Credit Card Billing** | * USD 2992.80 |
| | ---------- |
| **Total Amount Due** | USD 0.00 |

**ITINERARY NOTES:**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
TSA USES UNPREDICTABLE SECURITY MEASURES THROUGHOUT THE AIRPORT.
NO INDIVIDUAL IS GUARANTEED EXPEDITED SCREENING.
FOR MORE INFO VISIT WWW.TSA.GOV/PRECHECK.
DUE TO INCREASED SECURITY AT AIRPORTS
ALL PASSENGERS ARE REQUIRED TO PROVIDE PICTURE ID
AND A VALID TICKET OR VALID ELECTRONIC RECEIPT

**INVOICE NOTES:**
HU
BA/EA6BCV
TA/EA6BCV

*ROUNDTRIP COACH RATE :*
*$ = 1448.60*

The carriage of certain hazardous materials, like aerosols, fireworks, and flammable liquids, aboard the aircraft is forbidden. If you do not understand these restrictions, further information may be obtained from your airline.

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see eTicket receipt for total charges.

# limolink®

Driven to be there for you

3375 Armar Drive
Marion IA 52302
Accounting :1-877-789-6328
E-MAIL   accounting@limolink.com

## Receipt

| | |
|---|---|
| Reservation Number: | 3262300-004 |
| Date: | 12/14/2021 |
| Page: | 1 |

**Paid By :**

Kathryn Thompson
KT Travel

**Booked By :**

Kathy Thompson
KT Travel
5818 89th St Ct E
Puyallup,WA 98371

| Payment Terms |
|---|
| **Credit Card Receipt** |

| Res No: 3262300-004 | BA: Kathy Thompson | | Item | Description | Ext Price |
|---|---|---|---|---|---|
| **Cust Ref:** | | | Transfer | | $250.00 |
| | | | AirportFee | | $5.00 |
| Lila Razmara | 12/14/2021 5:30:00 AM    Sedan | | EarlyLate | | $20.00 |
| **Pick Up:** | **Drop Off:** | | WaitTime | 12 Minutes @ 2.10 | $25.20 |
| | AIRPORT: LAX, Los Angeles International | | Payment | Paid By Visa 4544 | ($300.20) |
| 3860 Edgeview Dr | Airport | | | | |
| Pasadena, California, 91107-1310 | AIRLINE: United | | | USD    Total | $0.00 |
| United States | FLIGHT#: 1990 | | | | |
| | DEPARTING: 8:15 AM | | | | |
| | TO: EWR | | | | |
| **Stops:** | | | | | |
| **On Board:** 5:42 AM | **Drop:** | | | | |

@ 50 %
= $150.10

**If you have any questions please contact LimoLink's accounting department at (877) 789-6328**

All disputes shall be within the exclusive jurisdiction of the state and/or federal courts located in the State of Iowa. The "Bill To" party identified above consents to such exclusive jurisdiction and waives any objections to venue therein. Iowa law shall control. Amounts not paid when due shall accrue interest at the rate of 1.5% per month.

## ALTOUR

**ALTOUR NEWPORT BEACH**
**Phone: 1-949-261-8660**
ALTOURNewportBeach@ALTOUR.COM

# Electronic Invoice

**Prepared For:**
**ROBINSON/MARK PARKER**

Ref:    **CASE JJ BRUPTCY**

| | |
|---|---|
| SALES PERSON | CV |
| INVOICE NUMBER | 0132692 |
| INVOICE ISSUE DATE | 07 Dec 2021 |
| RECORD LOCATOR | AUZAYK |
| CUSTOMER NUMBER | 567937 |

Client Address
ROBINSON, CALCAGNIE AND ROBINSON
19 CORPORATE PLAZA DRIVE
NEWPORT BEACH CA 92660

Notes
------------------------------------------------
ENHANCED SECURITY CHECKS REQUIRE YOU TO
PROVIDE INFORMATION TO THE AIRLINES IN
ADVANCE OF YOUR TRAVEL PLANS
GO TO WWW.TSA.GOV AND SELECT - WHAT WE DO OPTION -
FOLLOWED BY THE - SECURE FLIGHT OPTION -
OR ASK YOUR AGENT FOR FURTHER DETAILS
------------------------------------------------

## DATE: Mon, Dec 13

### Flight UNITED AIRLINES 1928

| | | | |
|---|---|---|---|
| From | LOS ANGELES, CA | Departs | 4:30pm |
| To | NEWARK, NJ | Arrives | 12:47am (+1 day) |
| Departure Terminal | 7 | Arrival Terminal | C |
| Duration | 5hr(s) 17min(s) | Cabin | Business |
| Type | BOEING 767 JET | Meal | Dinner |
| Stop(s) | Non Stop | | |
| Seat(s) Details | ROBINSON/MARK PARKER | | UA - XXXXXX 41 |

## DATE: Wed, Dec 15

### Flight UNITED AIRLINES 2325

| | | | |
|---|---|---|---|
| From | NEWARK, NJ | Departs | 6:00pm |
| To | SANTA ANA, CA | Arrives | 9:21pm |
| Departure Terminal | C | | |
| Duration | 6hr(s) 21min(s) | Cabin | First |
| Type | BOEING 737-700 JET | Meal | Dinner |
| Stop(s) | Non Stop | | |
| Seat(s) Details | ROBINSON/MARK PARKER | Seat(s) - 03A | UA - XXXXXX 41 |

## DATE: Wed, Mar 09

### Others

SANTA ANA
RETAIN

12/8/21, 10:04 AM

## Ticket Information

| | | | | | |
|---|---|---|---|---|---|
| **Ticket Number** | UA 7677542120 | **Passenger** | ROBINSON MARK PARKER | | |
| | | **Billed to:** | VI XXXXXXXXXXXX4544 | USD | * 4227.28 |
| **Service Fee** | XD 0805860676 | **Passenger** | ROBINSON MARK PARKER | | |
| | | **Billed to:** | VI XXXXXXXXXXXX4544 | USD | * 27.00 |

|  |  |
|---|---|
| **SubTotal** | USD 4254.28 |
| **Net Credit Card Billing** | * USD 4254.28 |
| | ---------- |
| **Total Amount Due** | USD 0.00 |

**ITINERARY NOTES:**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
TSA USES UNPREDICTABLE SECURITY MEASURES THROUGHOUT THE AIRPORT.
NO INDIVIDUAL IS GUARANTEED EXPEDITED SCREENING.
FOR MORE INFO VISIT WWW.TSA.GOV/PRECHECK.
DUE TO INCREASED SECURITY AT AIRPORTS
ALL PASSENGERS ARE REQUIRED TO PROVIDE PICTURE ID
AND A VALID TICKET OR VALID ELECTRONIC RECEIPT
YOUR AIRLINE TICKET IS NON REFUNDABLE. AIRLINE
POLICY REQUIRES THAT ALL CHANGES MUST BE MADE PRIOR
TO ORIGINAL SCHEDULED DEPARTURE DATE/TIME. PENALTIES
ARE APPLICABLE ALONG WITH ANY DIFFERENCE IN AIR FARE.



ROUNDTRIP  COACH RATE:
= $ 2497.20

**INVOICE NOTES:**
HU
BA/EA6BCV
TA/EA6BCV

The carriage of certain hazardous materials, like aerosols, fireworks, and flammable liquids, aboard the aircraft is forbidden. If you do not understand these restrictions, further information may be obtained from your airline.

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see eTicket receipt for total charges.

# limolink

3375 Armar Drive
Marion IA 52302
Accounting : 1-877-789-6328
E-MAIL : accounting@limolink.com

**Receipt**

| Reservation Number: | 3262300-005 |
|---|---|
| Date: | 12/16/2021 |
| Page: | 1 |

Paid By :

Kathryn Thompson
KT Travel

Booked By :

Kathy Thompson
KT Travel
5818 89th St Ct E
Puyallup, WA 98371

| Payment Terms |
|---|
| **Credit Card Receipt** |

| Res No: 3262300-005 | BA: | Kathy Thompson | | Item | Description | Ext Price |
|---|---|---|---|---|---|---|
| **Cust Ref:** | | | | Transfer | | $288.00 |
| | | | | AirportFee | | $3.00 |
| Lila Razmara | | 12/15/2021 9:21:00 PM | Sedan | Parking | | $2.00 |
| | | | | Payment | Paid By Visa 4544 | ($293.00) |
| **Pick Up:** | | **Drop Off:** | | | | |
| AIRPORT: SNA, John Wayne Airport | | | | | USD    Total | $0.00 |
| AIRLINE: United | | 3860 Edgeview Dr | | | | |
| FLIGHT#: 2325 | | Pasadena, California, 91107-1310 | | | | |
| ARRIVING: 9:21 PM | | United States | | | | |
| FROM: EWR | | | | | | |
| **Stops:** | | | | | | |
| | | | | @ 50 % | | |
| **On Board:** 9:53 PM | **Drop:** | | | = 144.50 | | |

**If you have any questions please contact LimoLink's accounting department at (877) 789-6328**

All disputes shall be within the exclusive jurisdiction of the state and/or federal courts located in the State of Iowa. The "Bill To" party identified above consents to such exclusive jurisdiction and waives any objections to venue therein. Iowa law shall control. Amounts not paid when due shall accrue interest at the rate of 1.5% per month.



**MARRIOTT**

*Tale Bankruptcy 48661*

**PRINCETON MARRIOTT FORRESTAL**

**GUEST FOLIO**

| 1104 ROOM | ROBINSON/MARK/MR NAME | 199.00 RATE | 12/15/21 DEPART | 09:05 TIME | 44270 ACCT# |
|---|---|---|---|---|---|
| GD TYPE | ROBINSON CALCAGNIE | | 12/14/21 ARRIVE | 19:34 TIME | |
| 5 ROOM CLERK | 19 CORPORATE PLAZA D NEWPORT BEAC CA 92660 ADDRESS | | VSXXXXXXXXXXXX4544 PAYMENT | | MBV#: 354251170 |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|
| 12/14 | TR ROOM | 1104, 1 | 199.00 | | |
| 12/14 | ROOM TAX | 1104, 1 | 13.18 | | |
| 12/14 | OCC TAX | 1104, 1 | 9.95 | | |
| 12/14 | MUNI TX | 1104, 1 | 5.97 | | |
| 12/15 | CCARD-VS | | | 228.10 | |
| | PAYMENT RECEIVED BY: VISA | XXXXXXXXXXXX4544 | | | .00 |

See our "Privacy & Cookie Statement" on Marriott.com

Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your
Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy
benefits.



**MARRIOTT**

PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ 08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

12/10/21, 9:31 AM

## ALTOUR

**ALTOUR NEWPORT BEACH**
**Phone: 1-949-261-8660**
ALTOURNewportBeach@ALTOUR.COM

# Electronic Invoice

**Prepared For:**
**RAZMARA/LILA**               Ref:        CASE JJ BKRUPTCY       48661

| | |
|---|---|
| SALES PERSON | CV |
| INVOICE NUMBER | 0132707 |
| INVOICE ISSUE DATE | 10 Dec 2021 |
| RECORD LOCATOR | XVILJR |
| CUSTOMER NUMBER | 567937 |

Client Address
ROBINSON, CALCAGNIE AND ROBINSON
19 CORPORATE PLAZA DRIVE
NEWPORT BEACH CA 92660

Notes
------------------------------------------
ENHANCED SECURITY CHECKS REQUIRE YOU TO
PROVIDE INFORMATION TO THE AIRLINES IN
ADVANCE OF YOUR TRAVEL PLANS
GO TO WWW.TSA.GOV AND SELECT - WHAT WE DO OPTION -
FOLLOWED BY THE - SECURE FLIGHT OPTION -
OR ASK YOUR AGENT FOR FURTHER DETAILS
------------------------------------------

## DATE: Tue, Dec 14

### Flight UNITED AIRLINES 1990

| | | | |
|---|---|---|---|
| From | LOS ANGELES, CA | Departs | 8:15am |
| To | NEWARK, NJ | Arrives | 4:20pm |
| Departure Terminal | 7 | Arrival Terminal | C |
| Duration | 5hr(s) 5min(s) | Cabin | Business |
| Type | BOEING DREAMLINER SERIES 10 | Meal | Breakfast |
| Stop(s) | Non Stop | | |
| Seat(s) Details | RAZMARA/LILA | Seat(s) - 02F | UA - XXXXXX 29 |

## DATE: Wed, Dec 15

### Flight UNITED AIRLINES 2325

| | | | |
|---|---|---|---|
| From | NEWARK, NJ | Departs | 6:00pm |
| To | SANTA ANA, CA | Arrives | 9:21pm |
| Departure Terminal | C | | |
| Duration | 6hr(s) 21min(s) | Cabin | First |
| Type | BOEING 737-700 JET | Meal | Dinner |
| Stop(s) | Non Stop | | |
| Seat(s) Details | RAZMARA/LILA | Seat(s) - 03E | UA - XXXXXX 29 |

## DATE: Tue, Mar 15

### Others

SANTA ANA
RETAIN

12/10/21, 9:31 AM

## Ticket Information

| | | | | | |
|---|---|---|---|---|---|
| **Ticket Number** | UA 7677542144 | **Passenger** | RAZMARA LILA | | |
| | | **Billed to:** | VI XXXXXXXXXXXX4544 | USD | * 4227.28 |
| **Service Fee** | XD 0805860686 | **Passenger** | RAZMARA LILA | | |
| | | **Billed to:** | VI XXXXXXXXXXXX4544 | USD | * 27.00 |

|  |  |
|---|---|
| **SubTotal** | USD 4254.28 |
| **Net Credit Card Billing** | * USD 4254.28 |
| | ---------- |
| **Total Amount Due** | USD 0.00 |

**ITINERARY NOTES:**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
TSA USES UNPREDICTABLE SECURITY MEASURES THROUGHOUT THE AIRPORT.
NO INDIVIDUAL IS GUARANTEED EXPEDITED SCREENING.
FOR MORE INFO VISIT WWW.TSA.GOV/PRECHECK.
DUE TO INCREASED SECURITY AT AIRPORTS
ALL PASSENGERS ARE REQUIRED TO PROVIDE PICTURE ID
AND A VALID TICKET OR VALID ELECTRONIC RECEIPT
YOUR AIRLINE TICKET IS NON REFUNDABLE. AIRLINE
POLICY REQUIRES THAT ALL CHANGES MUST BE MADE PRIOR
TO ORIGINAL SCHEDULED DEPARTURE DATE/TIME. PENALTIES
ARE APPLICABLE ALONG WITH ANY DIFFERENCE IN AIR FARE.

**INVOICE NOTES:**
HU
BA/EA6BCV
TA/EA6BCV

*ROUNDTRIP COACH RATE:*
*= $ 2497.20*

The carriage of certain hazardous materials, like aerosols, fireworks, and flammable liquids, aboard the aircraft is forbidden. If you do not understand these
restrictions, further information may be obtained from your airline.

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For
Credit Card Service fees, please see eTicket receipt for total charges.

TripCase - eInvoice

# ALTOUR

**ALTOUR NEWPORT BEACH**
**Phone: 1-949-261-8660**
ALTOURNewportBeach@ALTOUR.COM

---

## Electronic Invoice

**Prepared For:**
ROBINSON/MARK PARKER                              Ref:      CASE JJ 48661
ROBINSON/MELODY ANN                               Ref:

| | |
|---|---|
| SALES PERSON | CV |
| INVOICE NUMBER | 0132760 |
| INVOICE ISSUE DATE | 27 Dec 2021 |
| RECORD LOCATOR | AFJCYP |
| CUSTOMER NUMBER | 567937 |

Client Address
ROBINSON, CALCAGNIE AND ROBINSON
19 CORPORATE PLAZA DRIVE
NEWPORT BEACH CA 92660

Notes
------------------------------------------
ENHANCED SECURITY CHECKS REQUIRE YOU TO
PROVIDE INFORMATION TO THE AIRLINES IN
ADVANCE OF YOUR TRAVEL PLANS
GO TO WWW.TSA.GOV AND SELECT - WHAT WE DO OPTION -
FOLLOWED BY THE - SECURE FLIGHT OPTION -
OR ASK YOUR AGENT FOR FURTHER DETAILS
------------------------------------------

### DATE: Mon, Feb 14

**Flight UNITED AIRLINES 598**

| | | | |
|---|---|---|---|
| From | SANTA ANA, CA | Departs | 8:55am |
| To | NEWARK, NJ | Arrives | 5:04pm |
| | | Arrival Terminal | C |
| Duration | 5hr(s) 9min(s) | Cabin | First |
| Type | BOEING 737-700 JET | Meal | Breakfast |
| Stop(s) | Non Stop | | |
| Seat(s) Details | ROBINSON/MARK PARKER | | UA - XXXXXX 41 |

### DATE: Fri, Feb 18

**Flight UNITED AIRLINES 2245**

| | | | |
|---|---|---|---|
| From | NEWARK, NJ | Departs | 5:59pm |
| To | SANTA ANA, CA | Arrives | 9:21pm |
| Departure Terminal | C | | |
| Duration | 6hr(s) 22min(s) | Cabin | First |
| Type | BOEING 737-700 JET | Meal | Dinner |
| Stop(s) | Non Stop | | |
| Seat(s) Details | ROBINSON/MARK PARKER | | UA - XXXXXX 41 |

### DATE: Mon, Apr 18

**Others**

SANTA ANA

1/13/22, 1:22 PM

RETAIN

## Ticket Information

| Ticket Number | UA 7677542226 | Passenger | ROBINSON MARK PARKER | | |
| | | Billed to: | VI XXXXXXXXXXXX4544 | USD | * 3333.02 |
| Ticket Number | UA 7677542227 | Passenger | ROBINSON MELODY ANN | | |
| | | Billed to: | VI XXXXXXXXXXXX4544 | USD | * 3333.02 |
| Service Fee | XD 0806045572 | Passenger | ROBINSON MARK PARKER | | |
| | | Billed to: | VI XXXXXXXXXXXX4544 | USD | * 27.00 |
| Service Fee | XD 0806045573 | Passenger | ROBINSON MELODY ANN | | |
| | | Billed to: | VI XXXXXXXXXXXX4544 | USD | * 27.00 |

| | | |
|---|---|---|
| | **SubTotal** | USD 6720.04 |
| | **Net Credit Card Billing** | * USD 6720.04 |
| | | ---------- |
| | **Total Amount Due** | USD 0.00 |

**ITINERARY NOTES:**
*******************************************
TSA USES UNPREDICTABLE SECURITY MEASURES THROUGHOUT THE AIRPORT.
NO INDIVIDUAL IS GUARANTEED EXPEDITED SCREENING.
FOR MORE INFO VISIT WWW.TSA.GOV/PRECHECK.
DUE TO INCREASED SECURITY AT AIRPORTS
ALL PASSENGERS ARE REQUIRED TO PROVIDE PICTURE ID
AND A VALID TICKET OR VALID ELECTRONIC RECEIPT

*ROUNDTRIP COACH RATE*
*= 2497.20*

**INVOICE NOTES:**
HU
BA/EA6BCV
TA/EA6BCV

The carriage of certain hazardous materials, like aerosols, fireworks, and flammable liquids, aboard the aircraft is forbidden. If you do not understand these restrictions, further information may be obtained from your airline.

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see eTicket receipt for total charges.



**PRINCETON MARRIOTT FORRESTAL**

**GUEST FOLIO**

| 1111 | RAZMARA/LILA/MS | 199.00 | 12/15/21 | 13:44 | 44271 |
|---|---|---|---|---|---|
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
| GD | ROBINSON CALCAGNIE | | 12/14/21 | 19:38 | |
| TYPE | 19 CORPORATE PLAZA D | | ARRIVE | TIME | |
| 11 | NEWPORT BEAC CA 92660 | | | | |
| ROOM | | | VSXXXXXXXXXXXX4544 | | MBV#:  285532599 |
| CLERK | ADDRESS | | PAYMENT | | |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|
| 12/14 | MARKET | 47331111 | 5.60 | | |
| 12/14 | TR ROOM | 1111, 1 | 199.00 | | |
| 12/14 | ROOM TAX | 1111, 1 | 13.18 | | |
| 12/14 | OCC TAX | 1111, 1 | 9.95 | | |
| 12/14 | MUNI TX | 1111, 1 | 5.97 | | |
| 12/15 | CCARD-VS | | | 233.70 | |
| | PAYMENT RECEIVED BY: VISA | XXXXXXXXXXXX4544 | | | .00 |

========================================= EXP. REPORT SUMMARY ==========================================

| 12/14 | MARKET | 5.60 |
|---|---|---|
| | TR ROOM | 199.00 |
| | ROOM TAX | 13.18 |
| | OCC TAX | 9.95 |
| | MUNI TX | 5.97 |

See our "Privacy & Cookie Statement" on Marriott.com

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 28 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

# limolink®

Driven to be there for you.

3375 Armar Drive
Marion IA 52302
Accounting : 1-877-789-6328
E-MAIL : accounting@limolink.com

**Receipt**

| Reservation Number: | 3252923-003 |
|---|---|
| Date: | 11/23/2021 |
| Page: | 1 |

**Paid By :**

Kathryn Thompson
KT Travel

**Booked By :**

Kathy Thompson
KT Travel
5818 89th St Ct E
Puyallup, WA 98371

| Payment Terms |
|---|
| **Credit Card Receipt** |

| Res No: 3252923-003 | BA: | Kathy Thompson | | Item | Description | Ext Price |
|---|---|---|---|---|---|---|
| **Cust Ref:** | | | | Transfer | | $205.00 |
| | | | | AirportFee | | $3.00 |
| Mark P Robinson | 11/22/2021 8:41:00 PM | Sedan | | Parking | | $2.00 |
| | | | | Payment | Paid By Visa 4544 | ($210.00) |
| **Pick Up:** | **Drop Off:** | | | | | |
| AIRPORT: SNA, John Wayne Airport | 103 Bayside Pl | | | | USD    Total | $0.00 |
| AIRLINE: United | Corona Del Mar, California, 92625 | | | | | |
| FLIGHT#: 714 | United States | | | | | |
| ARRIVING: 8:41 PM | | | | | | |
| FROM: EWR | | | | | | |
| **Stops:** | | | | | | |
| | | | | @ 50 % | | |
| **On Board:** 9:08 PM | **Drop:** | | | = $ 105.00 | | |

**If you have any questions please contact LimoLink's accounting department at (877) 789-6328**

All disputes shall be within the exclusive jurisdiction of the state and/or federal courts located in the State of Iowa. The "Bill To" party identified above consents to such exclusive jurisdiction and waives any objections to venue therein. Iowa law shall control. Amounts not paid when due shall accrue interest at the rate of 1.5% per month.

# ALTOUR

**ALTOUR NEWPORT BEACH**
**Phone: 1-949-261-8660**
ALTOURNewportBeach@ALTOUR.COM

---

## Electronic Invoice

**Prepared For:**
**ROBINSON/MARK PARKER**                                    Ref:    **CASE JJ 48661**
**ROBINSON/MELODY ANN**                                     Ref:

| | |
|---|---|
| SALES PERSON | CV |
| INVOICE NUMBER | 0132760 |
| INVOICE ISSUE DATE | 27 Dec 2021 |
| RECORD LOCATOR | AFJCYP |
| CUSTOMER NUMBER | 567937 |

Client Address
ROBINSON, CALCAGNIE AND ROBINSON
19 CORPORATE PLAZA DRIVE
NEWPORT BEACH CA 92660

Notes
--------------------------------------------------
ENHANCED SECURITY CHECKS REQUIRE YOU TO
PROVIDE INFORMATION TO THE AIRLINES IN
ADVANCE OF YOUR TRAVEL PLANS
GO TO WWW.TSA.GOV AND SELECT - WHAT WE DO OPTION -
FOLLOWED BY THE - SECURE FLIGHT OPTION -
OR ASK YOUR AGENT FOR FURTHER DETAILS
--------------------------------------------------

### DATE: Mon, Feb 14

**Flight UNITED AIRLINES 598**

| | | | | | |
|---|---|---|---|---|---|
| From | SANTA ANA, CA | | Departs | 8:55am |
| To | NEWARK, NJ | | Arrives | 5:04pm |
| | | | Arrival Terminal | C |
| Duration | 5hr(s) 9min(s) | | Cabin | First |
| Type | BOEING 737-700 JET | | Meal | Breakfast |
| Stop(s) | Non Stop | | | |
| Seat(s) Details | ROBINSON/MARK PARKER | | | UA - XXXXXX 41 |

### DATE: Fri, Feb 18

**Flight UNITED AIRLINES 2245**

| | | | | | |
|---|---|---|---|---|---|
| From | NEWARK, NJ | | Departs | 5:59pm |
| To | SANTA ANA, CA | | Arrives | 9:21pm |
| Departure Terminal | C | | | |
| Duration | 6hr(s) 22min(s) | | Cabin | First |
| Type | BOEING 737-700 JET | | Meal | Dinner |
| Stop(s) | Non Stop | | | |
| Seat(s) Details | ROBINSON/MARK PARKER | | | UA - XXXXXX 41 |

### DATE: Mon, Apr 18

**Others**

SANTA ANA

12/30/21, 9:31 AM

RETAIN

## Ticket Information

| | | | | | |
|---|---|---|---|---|---|
| **Ticket Number** | UA 7677542226 | **Passenger** | ROBINSON MARK PARKER | | |
| | | **Billed to:** | VI XXXXXXXXXXXX4544 | USD | 3333.02 |
| **Ticket Number** | UA 7677542227 | **Passenger** | ROBINSON MELODY ANN | | |
| | | **Billed to:** | VI XXXXXXXXXXXX4544 | USD | * 3333.02 |
| **Service Fee** | XD 0806045572 | **Passenger** | ROBINSON MARK PARKER | | |
| | | **Billed to:** | VI XXXXXXXXXXXX4544 | USD | * 27.00 |
| **Service Fee** | XD 0806045573 | **Passenger** | ROBINSON MELODY ANN | | |
| | | **Billed to:** | VI XXXXXXXXXXXX4544 | USD | * 27.00 |

| | |
|---|---|
| **SubTotal** | USD 6720.04 |
| **Net Credit Card Billing** | * USD 6720.04 |
| | ---------- |
| **Total Amount Due** | USD 0.00 |

**ITINERARY NOTES:**
*******************************************
TSA USES UNPREDICTABLE SECURITY MEASURES THROUGHOUT THE AIRPORT.
NO INDIVIDUAL IS GUARANTEED EXPEDITED SCREENING.
FOR MORE INFO VISIT WWW.TSA.GOV/PRECHECK.
DUE TO INCREASED SECURITY AT AIRPORTS
ALL PASSENGERS ARE REQUIRED TO PROVIDE PICTURE ID
AND A VALID TICKET OR VALID ELECTRONIC RECEIPT

**INVOICE NOTES:**
HU
BA/EA6BCV
TA/EA6BCV

The carriage of certain hazardous materials, like aerosols, fireworks, and flammable liquids, aboard the aircraft is forbidden. If you do not understand these restrictions, further information may be obtained from your airline.

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see eTicket receipt for total charges.

*ALTOUR NEWPORT BEACH*
**Phone: 1-949-261-8660**
**ALTOURNewportBeach@ALTOUR.COM**

# ALTOUR

---

## Electronic Invoice

**Prepared For:**
ROBINSON/MARK PARKER
RAZMARA/LILA

Ref:    CASE JJ BKRUPTCY
Ref:

| | |
|---|---|
| SALES PERSON | CV |
| INVOICE NUMBER | 0132746 |
| INVOICE ISSUE DATE | 20 Dec 2021 |
| RECORD LOCATOR | WGBDHN |
| CUSTOMER NUMBER | 567937 |

Client Address
ROBINSON, CALCAGNIE AND ROBINSON
19 CORPORATE PLAZA DRIVE
NEWPORT BEACH CA 92660

Notes
--------------------------------------------
ENHANCED SECURITY CHECKS REQUIRE YOU TO
PROVIDE INFORMATION TO THE AIRLINES IN
ADVANCE OF YOUR TRAVEL PLANS
GO TO WWW.TSA.GOV AND SELECT - WHAT WE DO OPTION -
FOLLOWED BY THE - SECURE FLIGHT OPTION -
OR ASK YOUR AGENT FOR FURTHER DETAILS
--------------------------------------------

## DATE: Sun, Jan 02

**Flight UNITED AIRLINES 247**

| | | | |
|---|---|---|---|
| From | LOS ANGELES, CA | Departs | 1:00pm |
| To | NEWARK, NJ | Arrives | 8:56pm |
| Departure Terminal | 7 | Arrival Terminal | C |
| Duration | 4hr(s) 56min(s) | Cabin | Business |
| Type | BOEING DREAMLINER SERIES 10 | Meal | Lunch |
| Stop(s) | Non Stop | | |
| Seat(s) Details | ROBINSON/MARK PARKER | Seat(s) - 03D | |
| | RAZMARA/LILA | Seat(s) - 03F | UA - XXXXXX 29 |

## DATE: Mon, Jan 03

**Flight UNITED AIRLINES 2674**

| | | | |
|---|---|---|---|
| From | NEWARK, NJ | Departs | 4:59pm |
| To | LOS ANGELES, CA | Arrives | 8:08pm |
| Departure Terminal | C | Arrival Terminal | 7 |
| Duration | 6hr(s) 9min(s) | Cabin | Business |
| Type | BOEING DREAMLINER SERIES 10 | Meal | Dinner |
| Stop(s) | Non Stop | | |
| Seat(s) Details | ROBINSON/MARK PARKER | Seat(s) - 10D | |
| | RAZMARA/LILA | Seat(s) - 10F | UA - XXXXXX 29 |

12/23/21, 11:30 AM                                                    Trip Detail / Itinerary

## DATE: Sun, Apr 03

Others

    SANTA ANA
    RETAIN

## Ticket Information

| Ticket Number | UA 7677542199 | Passenger | ROBINSON MARK PARKER | | |
|---|---|---|---|---|---|
| | | Billed to: | VI XXXXXXXXXXXX4544 | USD | * 5232.33 |
| Ticket Number | UA 7677542200 | Passenger | RAZMARA LILA | | |
| | | Billed to: | VI XXXXXXXXXXXX4544 | USD | * 5232.33 |
| Service Fee | XD 0806045560 | Passenger | ROBINSON MARK PARKER | | |
| | | Billed to: | VI XXXXXXXXXXXX4544 | USD | * 27.00 |
| Service Fee | XD 0806045561 | Passenger | RAZMARA LILA | | |
| | | Billed to: | VI XXXXXXXXXXXX4544 | USD | * 27.00 |

|  | | |
|---|---|---|
| SubTotal | USD | 10518.66 |
| Net Credit Card Billing | * USD | 10518.66 |
| | | ———— |
| Total Amount Due | USD | 0.00 |

**ITINERARY NOTES:**
*******************************************
TSA USES UNPREDICTABLE SECURITY MEASURES THROUGHOUT THE AIRPORT.
NO INDIVIDUAL IS GUARANTEED EXPEDITED SCREENING.
FOR MORE INFO VISIT WWW.TSA.GOV/PRECHECK.
DUE TO INCREASED SECURITY AT AIRPORTS
ALL PASSENGERS ARE REQUIRED TO PROVIDE PICTURE ID
AND A VALID TICKET OR VALID ELECTRONIC RECEIPT

**INVOICE NOTES:**
HU
BA/EA6BCV
TA/EA6BCV

The carriage of certain hazardous materials, like aerosols, fireworks, and flammable liquids, aboard the aircraft is forbidden. If you do not understand these restrictions, further information may be obtained from your airline.

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see eTicket receipt for total charges.

## ALTOUR

**ALTOUR NEWPORT BEACH**
**Phone: 1-949-261-8660**
**ALTOURNewportBeach@ALTOUR.COM**

# Electronic Invoice

**Prepared For:**
**ROBINSON/MARK PARKER**

Ref:    **CASE JJ BRUPTCY**

| | |
|---|---|
| SALES PERSON | CV |
| INVOICE NUMBER | 0132643 |
| INVOICE ISSUE DATE | 23 Nov 2021 |
| RECORD LOCATOR | AUZAYK |
| CUSTOMER NUMBER | 567937 |

Client Address
ROBINSON, CALCAGNIE AND ROBINSON
19 CORPORATE PLAZA DRIVE
NEWPORT BEACH CA 92660

Notes
----------------------------------------
ENHANCED SECURITY CHECKS REQUIRE YOU TO
PROVIDE INFORMATION TO THE AIRLINES IN
ADVANCE OF YOUR TRAVEL PLANS
GO TO WWW.TSA.GOV AND SELECT - WHAT WE DO OPTION -
FOLLOWED BY THE - SECURE FLIGHT OPTION -
OR ASK YOUR AGENT FOR FURTHER DETAILS
----------------------------------------

## DATE: Tue, Dec 07

### Flight UNITED AIRLINES 598

| | | | |
|---|---|---|---|
| From | SANTA ANA, CA | Departs | 7:45am |
| To | NEWARK, NJ | Arrives | 4:00pm |
| | | Arrival Terminal | C |
| Duration | 5hr(s) 15min(s) | Cabin | First |
| Type | BOEING 737-700 JET | Meal | Breakfast |
| Stop(s) | Non Stop | | |
| Seat(s) Details | ROBINSON/MARK PARKER | | UA - XXXXXX 41 |

## DATE: Thu, Dec 09

### Flight UNITED AIRLINES 2325

| | | | |
|---|---|---|---|
| From | NEWARK, NJ | Departs | 6:00pm |
| To | SANTA ANA, CA | Arrives | 9:21pm |
| Departure Terminal | C | | |
| Duration | 6hr(s) 21min(s) | Cabin | First |
| Type | BOEING 737-700 JET | Meal | Dinner |
| Stop(s) | Non Stop | | |
| Seat(s) Details | ROBINSON/MARK PARKER | | UA - XXXXXX 41 |

## DATE: Wed, Mar 09

### Others

SANTA ANA
RETAIN

## Ticket Information

| | | | | | |
|---|---|---|---|---|---|
| **Ticket Number** | UA 7677542065 | **Passenger** | ROBINSON MARK PARKER | | |
| | | **Billed to:** | VI XXXXXXXXXXXX4544 | USD | 4312.31 |
| **Service Fee** | XD 0805522251 | **Passenger** | ROBINSON MARK PARKER | | |
| | | **Billed to:** | VI XXXXXXXXXXXX4544 | USD | * 27.00 |

|  |  |
|---|---|
| **SubTotal** | USD 4339.31 |
| **Net Credit Card Billing** | * USD 4339.31 |
| | ---------- |
| **Total Amount Due** | USD 0.00 |

**INVOICE NOTES:**
HU
BA/EA6BCV
TA/EA6BCV

The carriage of certain hazardous materials, like aerosols, fireworks, and flammable liquids, aboard the aircraft is forbidden. If you do not understand these restrictions, further information may be obtained from your airline.

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see eTicket receipt for total charges.

# ALTOUR

**ALTOUR NEWPORT BEACH**
**Phone: 1-949-261-8660**
ALTOURNewportBeach@ALTOUR.COM

## Electronic Invoice

**Prepared For:**
ROBINSON/MARK PARKER
RAZMARA/LILA

| | |
|---|---|
| Ref: | CASE JJ BKRUPTCY |
| Ref: | |

| | |
|---|---|
| SALES PERSON | CV |
| INVOICE NUMBER | 0132725 |
| INVOICE ISSUE DATE | 15 Dec 2021 |
| RECORD LOCATOR | WGBDHN |
| CUSTOMER NUMBER | 567937 |

Client Address
ROBINSON, CALCAGNIE AND ROBINSON
19 CORPORATE PLAZA DRIVE
NEWPORT BEACH CA 92660

Notes
-------------------------------------
ENHANCED SECURITY CHECKS REQUIRE YOU TO
PROVIDE INFORMATION TO THE AIRLINES IN
ADVANCE OF YOUR TRAVEL PLANS
GO TO WWW.TSA.GOV AND SELECT - WHAT WE DO OPTION -
FOLLOWED BY THE - SECURE FLIGHT OPTION -
OR ASK YOUR AGENT FOR FURTHER DETAILS
-------------------------------------

## DATE: Sun, Jan 02

### Flight UNITED AIRLINES 247

| | | | |
|---|---|---|---|
| From | LOS ANGELES, CA | Departs | 1:00pm |
| To | NEWARK, NJ | Arrives | 8:56pm |
| Departure Terminal | 7 | Arrival Terminal | C |
| Duration | 4hr(s) 56min(s) | Cabin | Business |
| Type | BOEING DREAMLINER SERIES 10 | Meal | Lunch |
| Stop(s) | Non Stop | | |
| Seat(s) Details | ROBINSON/MARK PARKER | Seat(s) - 03D | |
| | RAZMARA/LILA | Seat(s) - 03F | UA - XXXXXX 29 |

## DATE: Mon, Jan 03

### Flight UNITED AIRLINES 2245

| | | | |
|---|---|---|---|
| From | NEWARK, NJ | Departs | 4:40pm |
| To | SANTA ANA, CA | Arrives | 8:04pm |
| Departure Terminal | C | | |
| Duration | 6hr(s) 24min(s) | Cabin | First |
| Type | BOEING 737-700 JET | Meal | Dinner |
| Stop(s) | Non Stop | | |
| Seat(s) Details | ROBINSON/MARK PARKER | Seat(s) - 02B | |
| | RAZMARA/LILA | Seat(s) - 01E | UA - XXXXXX 29 |

12/15/21, 2:02 PM

**DATE: Sun, Apr 03**

Others

SANTA ANA
RETAIN

## Ticket Information

| | | | | | | |
|---|---|---|---|---|---|---|
| **Ticket Number** | UA 7677542167 | **Passenger** | ROBINSON MARK PARKER | | USD | * 4172.95 |
| | | **Billed to:** | VI XXXXXXXXXXXX4544 | | USD | |
| **Ticket Number** | UA 7677542168 | **Passenger** | RAZMARA LILA | | USD | * 4172.95 |
| | | **Billed to:** | VI XXXXXXXXXXXX4544 | | USD | |
| **Service Fee** | XD 0805860697 | **Passenger** | ROBINSON MARK PARKER | | USD | * 27.00 |
| | | **Billed to:** | VI XXXXXXXXXXXX4544 | | USD | |
| **Service Fee** | XD 0805860698 | **Passenger** | RAZMARA LILA | | USD | * 27.00 |
| | | **Billed to:** | VI XXXXXXXXXXXX4544 | | USD | |

| | |
|---|---|
| **SubTotal** | USD 8399.90 |
| **Net Credit Card Billing** | * USD 8399.90 |
| **Total Amount Due** | USD 0.00 |

**INVOICE NOTES:**
HU
BA/EA6BCV
TA/EA6BCV

The carriage of certain hazardous materials, like aerosols, fireworks, and flammable liquids, aboard the aircraft is forbidden. If you do not understand these restrictions, further information may be obtained from your airline.

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see eTicket receipt for total charges.

# ALTOUR

**ALTOUR NEWPORT BEACH**
Phone: 1-949-261-8660
ALTOURNewportBeach@ALTOUR.COM

## Electronic Invoice

**Prepared For:**
CALCAGNIE/KEVIN MR
DAGOSTINO/PAUL MR

Ref: **CASE JJ BKRPTCY**
Ref: **CASE JJ BKRTCY**

| | |
|---|---|
| SALES PERSON | CV |
| INVOICE NUMBER | 0133036 |
| INVOICE ISSUE DATE | 25 Feb 2022 |
| RECORD LOCATOR | YAPWED |
| CUSTOMER NUMBER | 567937 |

Client Address
ROBINSON, CALCAGNIE AND ROBINSON
19 CORPORATE PLAZA DRIVE
NEWPORT BEACH CA 92660

Notes
-----------------------------------------------
ENHANCED SECURITY CHECKS REQUIRE YOU TO
PROVIDE INFORMATION TO THE AIRLINES IN
ADVANCE OF YOUR TRAVEL PLANS
GO TO WWW.TSA.GOV AND SELECT - WHAT WE DO OPTION -
FOLLOWED BY THE - SECURE FLIGHT OPTION -
OR ASK YOUR AGENT FOR FURTHER DETAILS
-----------------------------------------------

## DATE: Mon, Mar 07

### Flight UNITED AIRLINES 1910

| | | | |
|---|---|---|---|
| From | SANTA ANA, CA | Departs | 8:55am |
| To | NEWARK, NJ | Arrives | 5:04pm |
| | | Arrival Terminal | C |
| Duration | 5hr(s) 9min(s) | Cabin | First |
| Type | BOEING 737-700 JET | Meal | Breakfast |
| Stop(s) | Non Stop | | |
| Seat(s) Details | CALCAGNIE/KEVIN MR | Seat(s) - 02B | |
| | DAGOSTINO/PAUL MR | Seat(s) - 03F | UA - XXXXXX 55 |

## DATE: Tue, Mar 08

### Flight UNITED AIRLINES 1190

| | | | |
|---|---|---|---|
| From | NEWARK, NJ | Departs | 6:00pm |
| To | LOS ANGELES, CA | Arrives | 9:19pm |
| Departure Terminal | C | Arrival Terminal | 7 |
| Duration | 6hr(s) 19min(s) | Cabin | Business |
| Type | BOEING 767 JET | Meal | Dinner |
| Stop(s) | Non Stop | | |
| Seat(s) Details | CALCAGNIE/KEVIN MR | Seat(s) - 01F | |
| | DAGOSTINO/PAUL MR | Seat(s) - 01L | UA - XXXXXX 55 |

## Ticket Information

| | | | | | |
|---|---|---|---|---|---|
| **Ticket Number** | UA 7689988894 | **Passenger** | CALCAGNIE KEVIN MR | | |
| | | **Billed to:** | VI XXXXXXXXXXXX4544 | USD | * 4307.68 |
| **Service Fee** | XD 0819183288 | **Passenger** | CALCAGNIE KEVIN MR | | |
| | | **Billed to:** | VI XXXXXXXXXXXX4544 | USD | * 27.00 |
| **Ticket Number** | UA 7689988895 | **Passenger** | DAGOSTINO PAUL MR | | |
| | | **Billed to:** | VI XXXXXXXXXXXX4544 | USD | * 4307.68 |
| **Service Fee** | XD 0819183289 | **Passenger** | DAGOSTINO PAUL MR | | |
| | | **Billed to:** | VI XXXXXXXXXXXX4544 | USD | * 27.00 |

| | |
|---|---|
| **SubTotal** | USD 8669.36 |
| **Net Credit Card Billing** | * USD 8669.36 |
| | ---------- |
| **Total Amount Due** | USD 0.00 |

**ITINERARY NOTES:**
*******************************************
TSA USES UNPREDICTABLE SECURITY MEASURES THROUGHOUT THE AIRPORT.
NO INDIVIDUAL IS GUARANTEED EXPEDITED SCREENING.
FOR MORE INFO VISIT WWW.TSA.GOV/PRECHECK.
DUE TO INCREASED SECURITY AT AIRPORTS
ALL PASSENGERS ARE REQUIRED TO PROVIDE PICTURE ID
AND A VALID TICKET OR VALID ELECTRONIC RECEIPT



ROUNDTRIP COACH RATE
= $2,497.20

**INVOICE NOTES:**
HU
BA/EA6BCV
TA/EA6BCV

The carriage of certain hazardous materials, like aerosols, fireworks, and flammable liquids, aboard the aircraft is forbidden. If you do not understand these restrictions, further information may be obtained from your airline.

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see eTicket receipt for total charges.

## Robinson Calcagnie, Inc.

### Check Distribution Details

6/24/2022
3:04:46PM

Page 1 of 1

| TO: Paul Dagostino | 03/28/2022 | Check#: | 17514 |
|---|---|---|---|

746 Tustin Ave
Newport Beach, CA 92663

$842.03

Invoice: PD20220325       Reimbursement: 01/02/22-03/24/22

| | | |
|---|---|---|
| [01-99-7180-0000] Office Supplies | | $139.00 |
| Apple - airpods for MPR - 01/2/22 | | |
| [01-99-7000-0000] Travel | | $8.00 |
| United Airlines - Wifi - 03/07/22 | | |
| [01-99-6550-0000] Dues and Subscriptions | | $331.00 |
| Central District of CA admin Fee for PD - 03/24/22 | | |
| TLE    TRAVEL EXPENSE    [48661] Johnson & Johnson J&J Talcum Powder Bankruptcy - Talc | | $15.89 |
| Uber to Airport - 03/07/22 | | |
| TLE    TRAVEL EXPENSE    [48661] Johnson & Johnson J&J Talcum Powder Bankruptcy - Talc | | $50.45 |
| Happy Clam - NJ - 03/08/22 | | |
| TLE    TRAVEL EXPENSE    [48661] Johnson & Johnson J&J Talcum Powder Bankruptcy - Talc | | $297.69 |
| Marriott - 03/08/22 | | |

$842.03

3/2/22, 9:33 AM

TripCase - eInvoice

# ALTOUR

**ALTOUR NEWPORT BEACH**
Phone: 1-949-261-8660
ALTOURNewportBeach@ALTOUR.COM

## Electronic Invoice

**Prepared For:**
CALCAGNIE/KEVIN MR

Ref:   CASE JJ BKRPTCY

| | |
|---|---|
| SALES PERSON | CV |
| INVOICE NUMBER | 0133068 |
| INVOICE ISSUE DATE | 02 Mar 2022 |
| RECORD LOCATOR | CLHRTW |
| CUSTOMER NUMBER | 567937 |

Client Address
ROBINSON, CALCAGNIE AND ROBINSON
19 CORPORATE PLAZA DRIVE
NEWPORT BEACH CA 92660

Notes
--------------------------------
ENHANCED SECURITY CHECKS REQUIRE YOU TO
PROVIDE INFORMATION TO THE AIRLINES IN
ADVANCE OF YOUR TRAVEL PLANS
GO TO WWW.TSA.GOV AND SELECT - WHAT WE DO OPTION -
FOLLOWED BY THE - SECURE FLIGHT OPTION -
OR ASK YOUR AGENT FOR FURTHER DETAILS

## DATE: Mon, Mar 07

### Flight UNITED AIRLINES 1910

| | | | |
|---|---|---|---|
| From | SANTA ANA, CA | Departs | 8:55am |
| To | NEWARK, NJ | Arrives | 5:04pm |
| | | Arrival Terminal | C |
| Duration | 5hr(s) 9min(s) | Cabin | First |
| Type | BOEING 737-700 JET | Meal | Breakfast |
| Stop(s) | Non Stop | | |
| Seat(s) Details | CALCAGNIE/KEVIN MR | Seat(s) - 02B | |

## DATE: Tue, Mar 08

### Flight UNITED AIRLINES 2245

| | | | |
|---|---|---|---|
| From | NEWARK, NJ | Departs | 6:15pm |
| To | SANTA ANA, CA | Arrives | 9:38pm |
| Departure Terminal | C | | |
| Duration | 6hr(s) 23min(s) | Cabin | First |
| Type | BOEING 737-700 JET | Meal | Dinner |
| Stop(s) | Non Stop | | |
| Seat(s) Details | CALCAGNIE/KEVIN MR | Seat(s) - 02A | |

## DATE: Sun, Sep 04

### Others

SKED CHG - TCC
RECORDS
RETAINED UNTIL

DATE SHOWN

## Ticket Information

| Ticket Number | UA 7689988929 | Passenger | CALCAGNIE KEVIN MR | | |
|---|---|---|---|---|---|
| | | Billed to: | VI XXXXXXXXXXXX4544 | USD | * 4392.71 |
| Service Fee | XD 0819436027 | Passenger | CALCAGNIE KEVIN MR | | |
| | | Billed to: | VI XXXXXXXXXXXX4544 | USD | * 27.00 |

|  | | |
|---|---|---|
| **SubTotal** | USD 4419.71 |
| **Net Credit Card Billing** | * USD 4419.71 |
| | ---------- |
| **Total Amount Due** | USD 0.00 |

**ITINERARY NOTES:**
*************************************
TSA USES UNPREDICTABLE SECURITY MEASURES THROUGHOUT THE AIRPORT.
NO INDIVIDUAL IS GUARANTEED EXPEDITED SCREENING.
FOR MORE INFO VISIT WWW.TSA.GOV/PRECHECK.
DUE TO INCREASED SECURITY AT AIRPORTS
ALL PASSENGERS ARE REQUIRED TO PROVIDE PICTURE ID
AND A VALID TICKET OR VALID ELECTRONIC RECEIPT

*(handwritten)* ROUNDTRIP COACH RATE
= $ 2,497.20

**INVOICE NOTES:**
HU
BA/EA6BCV
TA/EA6BCV

The carriage of certain hazardous materials, like aerosols, fireworks, and flammable liquids, aboard the aircraft is forbidden. If you do not understand these restrictions, further information may be obtained from your airline.

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see eTicket receipt for total charges.

# limolink®

**Receipt**

3375 Armar Drive
Marion IA 52302
Accounting :1-877-789-6328
E-MAIL : accounting@limolink.com

| Reservation Number: | 3278621-013 |
|---|---|
| Date: | 02/13/2022 |
| Page: | 1 |

*TALC 4866* (handwritten)

**Paid By :**

Kathryn Thompson
KT Travel

**Booked By :**

Kathy Thompson
KT Travel
5818 89th St Ct E
Puyallup, WA 98371

| Payment Terms |
|---|
| **Credit Card Receipt** |

---

**Res No:** 3278621-013   **BA:** Kathy Thompson

| | | | | Item | Description | Ext Price |
|---|---|---|---|---|---|---|
| **Cust Ref:** | | | | Transfer | | $690.00 |
| | | | | AirportFee | | $5.00 |
| Mark P Robinson | 2/12/2022 1:00:00 PM | Sedan | | WaitTime | 37 Minutes @ 3.92 | $145.04 |
| **Pick Up:** | | | | Payment | Paid By Visa 4544 | ($840.04) |
| 103 Bayside Pl | **Drop Off:** | | | | | |
| Corona Del Mar, California, 92625 | AIRPORT: LAX, Los Angeles International Airport | | | | USD    Total | $0.00 |
| United States | AIRLINE: United | | | | | |
| | FLIGHT#: 1928 | | | | | |
| | DEPARTING: 4:30 PM | | | | | |
| | TO: EWR | | | | | |
| **Stops:** | | | | | | |
| | | | | @ 50% (handwritten) | | |
| **On Board:** 1:37 PM | **Drop:** | | | = 420.02 (handwritten) | | |

---

**If you have any questions please contact LimoLink's accounting department at (877) 789-6328**

All disputes shall be within the exclusive jurisdiction of the state and/or federal courts located in the State of Iowa. The "Bill To" party identified above consents to such exclusive jurisdiction and waives any objections to venue therein. Iowa law shall control. Amounts not paid when due shall accrue interest at the rate of 1.5% per month.

# limolink®

... see to be there for you.

3375 Armar Drive
Marion IA 52302
Accounting : 1-877-789-6328
E-MAIL : accounting@limolink.com

## Receipt

| Reservation Number: | 3278621-001 |
|---|---|
| Date: | 02/14/2022 |
| Page: | 1 |

*TALC*
*48060P*

Paid By :

Kathryn Thompson
KT Travel

Booked By :

Kathy Thompson
KT Travel
5818 89th St Ct E
Puyallup, WA 98371

| Payment Terms |
|---|
| **Credit Card Receipt** |

---

**Res No:** 3278621-001    **BA:** Kathy Thompson

**Cust Ref:**

Mark P Robinson

2/13/2022 12:16:00 AM    SUV

**Pick Up:**
AIRPORT: EWR, Newark Liberty
International Airport
AIRLINE: United
FLIGHT#: 1928
ARRIVING: 12:16 AM
FROM: LAX

**Stops:**

**On Board:** 12:47 AM    **Drop:**

**Drop Off:**
Hyatt Regency Princeton
102 Carnegie Ctr
Princeton, New Jersey, 08540
United States

| Item | Description | Ext Price |
|---|---|---|
| Transfer | | $430.00 |
| Tolls | | $12.20 |
| AirportFee | | $2.50 |
| Parking | | $10.50 |
| EarlyLate | | $20.00 |
| Payment | Paid By Visa 4544 | ($475.20) |
| | USD    Total | $0.00 |

@ 50 %
$ 237.60

---

**If you have any questions please contact LimoLink's accounting department at (877) 789-6328**

All disputes shall be within the exclusive jurisdiction of the state and/or federal courts located in the State of Iowa. The "Bill To" party identified above consents
to such exclusive jurisdiction and waives any objections to venue therein. Iowa law shall control. Amounts not paid when due shall accrue interest at the rate of
1.5% per month.

# Receipt

limolink®
Driven to be there for you.

3375 Armar Drive
Marion IA 52302
Accounting :1-877-789-6328
E-MAIL : accounting@limolink.com

| Reservation Number: | 3278621-007 |
|---|---|
| Date: | 02/16/2022 |
| Page: | 1 |

Paid By :

Kathryn Thompson
KT Travel

Booked By :

Kathy Thompson
KT Travel
5818 89th St Ct E
Puyallup, WA 98371

| Payment Terms |
|---|
| **Credit Card Receipt** |

| Res No: 3278621-007 | BA: | Kathy Thompson | | | Item | Description | Ext Price |
|---|---|---|---|---|---|---|---|
| **Cust Ref:** | | | | | Transfer | | $712.00 |
| | | | | | Tolls | | $5.00 |
| Mark P Robinson | | 2/16/2022 7:00:00 AM | SUV | | WaitTime | 41 Minutes @ 3.15 | $129.15 |
| **Pick Up:** | | **Drop Off:** | | | Payment | Paid By Visa 4544 | ($846.15) |
| Hyatt Regency Princeton | | Federal Courthouse | | | | | |
| 102 Carnegie Ctr | | 402 E State St | | | | USD   Total | $0.00 |
| Princeton, New Jersey, 08540 | | Trenton, New Jersey, 08608 | | | | | |
| United States | | United States | | | | | |
| **Stops:** | | | | | | | |
| **On Board:** 7:41 AM | | **Drop:** | | | | | |

@ 50 %
= 423.08

**If you have any questions please contact LimoLink's accounting department at (877) 789-6328**

All disputes shall be within the exclusive jurisdiction of the state and/or federal courts located in the State of Iowa. The "Bill To" party identified above consents to such exclusive jurisdiction and waives any objections to venue therein. Iowa law shall control. Amounts not paid when due shall accrue interest at the rate of 1.5% per month.

# limolink®

Driven to be there for you.

**Receipt**

3375 Armar Drive
Marion IA 52302
Accounting : 1-877-789-6328
E-MAIL : accounting@limolink.com

| Reservation Number: | 3278621-004 |
|---|---|
| Date: | 02/16/2022 |
| Page: | 1 |

**Paid By :**

Kathryn Thompson
KT Travel

**Booked By :**

Kathy Thompson
KT Travel
5818 89th St Ct E
Puyallup, WA 98371

| Payment Terms |
|---|
| **Credit Card Receipt** |

| Res No: 3278621-004 | BA: | Kathy Thompson | | Item | Description | Ext Price |
|---|---|---|---|---|---|---|
| **Cust Ref:** | | | | Transfer | | $712.00 |
| | | | | WaitTime | 25 Minutes @ 3.15 | $78.75 |
| Mark P Robinson | | 2/14/2022 7:00:00 AM | SUV | Payment | Paid By Visa 4544 | ($790.75) |
| **Pick Up:** | | **Drop Off:** | | | | |
| Hyatt Regency Princeton | | Federal Courthouse | | | USD    Total | $0.00 |
| 102 Carnegie Ctr | | 402 E State St | | | | |
| Princeton, New Jersey, 08540 | | Trenton, New Jersey, 08608 | | | | |
| United States | | United States | | | | |
| **Stops:** | | | | | | |
| **On Board:** 7:05 AM | **Drop:** | | | | | |

@ 50 %
= 395.38

**If you have any questions please contact LimoLink's accounting department at (877) 789-6328**

All disputes shall be within the exclusive jurisdiction of the state and/or federal courts located in the State of Iowa. The "Bill To" party identified above consents to such exclusive jurisdiction and waives any objections to venue therein. Iowa law shall control. Amounts not paid when due shall accrue interest at the rate of 1.5% per month.



**Hyatt Regency Princeton**
102 Carnegie Center
Princeton, NJ 08540
Tel: 609-987-1234
Fax: 609-987-2584
princeton.hyatt.com

COPY OF INVOICE

Majed Nachawati  — Co-COUNSEL

| | |
|---|---|
| Room No. | 0203 |
| Arrival | 02-13-22 |
| Departure | 02-17-22 |
| Folio Window | 1 |
| Folio No. | 583154 |

Confirmation No.   662832601
Group Name
Booking No.   3956201760

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 02-13-22 | Deposit Transferred at C/I | | | 853.95 |
| 02-13-22 | Guest Room | | 149.00 | |
| 02-13-22 | Sales Tax 6.625% | | 9.87 | |
| 02-13-22 | Occupancy Tax 8% | | 11.92 | |
| 02-14-22 | Laurea Breakfast Food | CHECK# 0882 | 14.80 | |
| 02-14-22 | Laurea Breakfast Food | CHECK# 0928 | 14.80 | |
| 02-14-22 | Laurea Breakfast Food | CHECK# 0935 | 19.60 | |
| 02-14-22 | Guest Room | | 149.00 | |
| 02-14-22 | Sales Tax 6.625% | | 9.87 | |
| 02-14-22 | Occupancy Tax 8% | | 11.92 | |
| 02-15-22 | Laurea Breakfast Food | CHECK# 0939 | 5.20 | |
| 02-15-22 | Laurea Breakfast Food | CHECK# 0938 | 11.73 | |
| 02-15-22 | Laurea Breakfast Food | CHECK# 0986 | 40.72 | |
| 02-15-22 | Guest Room | | 149.00 | |
| 02-15-22 | Sales Tax 6.625% | | 9.87 | |
| 02-15-22 | Occupancy Tax 8% | | 11.92 | |
| 02-16-22 | Other Misc. Chg *ACCT USE ONLY* | | 7.00 | |
| 02-16-22 | Other Misc. Chg *ACCT USE ONLY* | | 8.00 | |
| 02-16-22 | Other Misc. Chg *ACCT USE ONLY* | | 2.00 | |
| 02-16-22 | Guest Room | | 149.00 | |
| 02-16-22 | Sales Tax 6.625% | | 9.87 | |
| 02-16-22 | Occupancy Tax 8% | | 11.92 | |
| 02-17-22 | American Express | refund XXXXXXXXXXXX1201 XX/XX | | -46.94 |
| 02-17-22 | Laurea Breakfast Food | CHECK# 1107 | 12.73 | |
| 02-17-22 | American Express | XXXXXXXXXXXX1201 XX/XX | | 12.73 |

| | Total | 819.74 | 819.74 |
|---|---|---|---|
| | **Balance** | 0.00 | |

Guest Signature

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part or
the full amount of these charges.

WE HOPE YOU ENJOYED YOUR STAY WITH US!

If you have any questions regarding billing, please call 609-987-1234.

We value your feedback. If you were not fully satisfied with your visit, please call us at:
609-734-4070

World of Hyatt Summary



**HYATT**
REGENCY®

**Hyatt Regency Princeton**
102 Carnegie Center
Princeton, NJ 08540
Tel: 609-987-1234
Fax: 609-987-2584
princeton.hyatt.com

COPY OF INVOICE

Majed Nachawati

| | |
|---|---|
| Room No. | 0203 |
| Arrival | 02-13-22 |
| Departure | 02-17-22 |
| Folio Window | 1 |
| Folio No. | 583154 |

Confirmation No.   662832601
Group Name
Booking No.   3956201760

No Membership to be credited

Join World of Hyatt today and start
earning points for stays, dining and more.
Visit www.worldofhyatt.com

Please remit payment to:
Hyatt Regency Princeton
102 Carnegie Center
Princeton, NJ 08540-6293



# HYATT
## REGENCY·

**Hyatt Regency Princeton**
102 Carnegie Center
Princeton, NJ 08540
Tel: 609-987-1234
Fax: 609-987-2584
princeton.hyatt.com

INVOICE

Mr Mark Robinson
19 CORPORATE PLAZA DR
NEWPORT BEACH CA 92660
United States

Confirmation No.    4060553301
Group Name

| | |
|---|---|
| Room No. | 0270 |
| Arrival | 02-12-22 |
| Departure | 02-13-22 |
| Folio Window | 1 |
| Folio No. | 582867 |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 02-12-22 | Guest Room | | 189.00 | |
| 02-12-22 | Sales Tax 6.625% | | 12.52 | |
| 02-12-22 | Occupancy Tax 8% | | 15.12 | |
| 02-13-22 | Laurea  Breakfast Food | CHECK# 0831 | 14.80 | |
| 02-13-22 | Visa | XXXXXXXXXXXX4544 XX/XX | | 231.44 |

| | | |
|---|---|---|
| **Total** | 231.44 | 231.44 |
| **Balance** | 0.00 | |

Guest Signature

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part or
the full amount of these charges.

WE HOPE YOU ENJOYED YOUR STAY WITH US!

If you have any questions regarding billing, please call 609-987-1234.

We value your feedback. If you were not fully satisfied with your visit, please call us at:
609-734-4070

World of Hyatt Summary

Membership:          XXXXXX201R
Bonus Codes:
Qualifying Nights:   1
Eligible Spend:       203.80
Redemption Eligible: 0.00

Please remit payment to:
Hyatt Regency Princeton
102 Carnegie Center
Princeton, NJ 08540-6293

Summary Invoice, please see front desk
for eligibility details.

# limolink®

*Driven to be there for you*

3375 Armar Drive
Marion IA 52302
Accounting : 1-877-789-6328
E-MAIL : accounting@limolink.com

## Receipt

*TaIc 4·86P* (handwritten)

| Reservation Number: | 3278621-006 |
|---|---|
| Date: | 02/16/2022 |
| Page: | 1 |

**Paid By :**

Kathryn Thompson
KT Travel

**Booked By :**

Kathy Thompson
KT Travel
5818 89th St Ct E
Puyallup, WA 98371

| Payment Terms |
|---|
| **Credit Card Receipt** |

| Res No: 3278621-006 | BA: Kathy Thompson | | Item | Description | Ext Price |
|---|---|---|---|---|---|
| **Cust Ref:** | | | Transfer | | $712.00 |
| | | | Tolls | | $5.00 |
| Mark P Robinson | 2/15/2022 7:00:00 AM    SUV | | WaitTime | 21 Minutes @ 3.15 | $66.15 |
| **Pick Up:** | | | Payment | Paid By Visa 4544 | ($783.15) |
| Hyatt Regency Princeton | **Drop Off:** | | | | |
| 102 Carnegie Ctr | Federal Courthouse | | | USD    Total | $0.00 |
| Princeton, New Jersey, 08540 | 402 E State St | | | | |
| United States | Trenton, New Jersey, 08608 | | | | |
| | United States | | | | |
| **Stops:** | | | | @ 50·/- (handwritten) | |
| **On Board:** 7:21 AM | **Drop:** | | | = 391.58 (handwritten) | |

**If you have any questions please contact LimoLink's accounting department at (877) 789-6328**

All disputes shall be within the exclusive jurisdiction of the state and/or federal courts located in the State of Iowa. The "Bill To" party identified above consents to such exclusive jurisdiction and waives any objections to venue therein. Iowa law shall control. Amounts not paid when due shall accrue interest at the rate of 1.5% per month.



## Receipt

3375 Armar Drive
Marion IA 52302
Accounting : 1-877-789-6328
E-MAIL : accounting@limolink.com

| Reservation Number: | 3278621-014 |
|---|---|
| Date: | 02/18/2022 |
| Page: | 1 |

**Paid By :**

Kathryn Thompson
KT Travel

**Booked By :**

Kathy Thompson
KT Travel
5818 89th St Ct E
Puyallup, WA 98371

*TUK*
*4866##*

| Payment Terms |
|---|
| **Credit Card Receipt** |

---

**Res No:** 3278621-014    **BA:** Kathy Thompson

**Cust Ref:**

Mark P Robinson

**Pick Up:**
AIRPORT: SNA, John Wayne Airport
AIRLINE: United
FLIGHT#: 2245
ARRIVING: 8:43 PM
FROM: EWR

**Stops:**

**On Board:** 9:03 PM    **Drop:**

2/17/2022 8:43:00 PM    Sedan

**Drop Off:**

103 Bayside Pl
Corona Del Mar, California, 92625
United States

| Item | Description | Ext Price |
|---|---|---|
| Transfer | | $205.00 |
| AirportFee | | $3.00 |
| Parking | | $2.00 |
| Payment | Paid By Visa 4544 | ($210.00) |
| | USD    Total | $0.00 |

*@ 50 % .*
*# 105.00*

---

**If you have any questions please contact LimoLink's accounting department at (877) 789-6328**

All disputes shall be within the exclusive jurisdiction of the state and/or federal courts located in the State of Iowa. The "Bill To" party identified above consents to such exclusive jurisdiction and waives any objections to venue therein. Iowa law shall control. Amounts not paid when due shall accrue interest at the rate of 1.5% per month.



**HYATT**
**R E G E N C Y**

**Hyatt Regency Princeton**
102 Carnegie Center
Princeton, NJ 08540
Tel: 609-987-1234
Fax: 609-987-2584
princeton.hyatt.com

COPY OF INVOICE

Mr Mark Robinson
19 CORPORATE PLAZA DR
NEWPORT BEACH CA 92660
United States

| | |
|---|---|
| Room No. | 0270 |
| Arrival | 02-13-22 |
| Departure | 02-17-22 |
| Folio Window | 1 |
| Folio No. | 583133 |

Confirmation No.    2031370601
Group Name
Booking No.    2660110085

| Date | Description | | Charges | Credits |
|---|---|---|---:|---:|
| 02-13-22 | Laurea  Breakfast Food | CHECK# 0859 | 12.66 | |
| 02-13-22 | Other Misc. Chg *ACCT USE ONLY* | | 3.00 | |
| 02-13-22 | Other Misc. Chg *ACCT USE ONLY* | | 7.00 | |
| 02-13-22 | Other Misc. Chg *ACCT USE ONLY* | | 7.00 | |
| 02-13-22 | Other Misc. Chg *ACCT USE ONLY* | | 3.00 | |
| 02-13-22 | Other Misc. Chg *ACCT USE ONLY* | | 3.00 | |
| 02-13-22 | Guest Room | | 179.00 | |
| 02-13-22 | Sales Tax 6.625% | | 11.86 | |
| 02-13-22 | Occupancy Tax 8% | | 14.32 | |
| 02-14-22 | Laurea  Breakfast Food | CHECK# 0881 | 3.70 | |
| 02-14-22 | Other Misc. Chg *ACCT USE ONLY* | wine | 10.00 | |
| 02-14-22 | Other Misc. Chg *ACCT USE ONLY* | beer | 7.00 | |
| 02-14-22 | Laurea  Breakfast Food | CHECK# 0931 | 12.26 | |
| 02-14-22 | Guest Room | | 179.00 | |
| 02-14-22 | Sales Tax 6.625% | | 11.86 | |
| 02-14-22 | Occupancy Tax 8% | | 14.32 | |
| 02-15-22 | Laurea  Breakfast Food | CHECK# 0940 | 5.27 | |
| 02-15-22 | Guest Room | | 179.00 | |
| 02-15-22 | Sales Tax 6.625% | | 11.86 | |
| 02-15-22 | Occupancy Tax 8% | | 14.32 | |
| 02-16-22 | Laurea  Breakfast Food | CHECK# 1059 | 46.39 | |
| 02-16-22 | Guest Room | | 179.00 | |
| 02-16-22 | Sales Tax 6.625% | | 11.86 | |
| 02-16-22 | Occupancy Tax 8% | | 14.32 | |
| 02-17-22 | American Express | XXXXXXXXXXXX2001 XX/XX | | 941.00 |
| 02-17-22 | Laurea  Breakfast Food | CHECK# 1078 | 4.53 | |
| 02-17-22 | American Express | XXXXXXXXXXXX2001 XX/XX | | 4.53 |

| | | |
|---|---:|---:|
| **Total** | 945.53 | 945.53 |
| **Balance** | 0.00 | |

Guest Signature

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part or
the full amount of these charges.

WE HOPE YOU ENJOYED YOUR STAY WITH US!

If you have any questions regarding billing, please call 609-987-1234.

We value your feedback. If you were not fully satisfied with your visit, please call us at:

World of Hyatt Summary

| Date | Description | City | State | | Amount |
|---|---|---|---|---|---|
| 02/16/22 | THE MEETING HOUSE RESTAURANT | PRINCETON | NJ | 48661 | $122.36 ♦ |
| 02/17/22 | HYATT REGENCY PRINCETON PRIN | PRINCETON | NJ | | $941.00 ♦ |
| | Arrival Date 02/13/22 00000000 LODGING | Departure Date 02/17/22 | | 48661 | |
| 02/17/22 | HYATT REGENCY PRINCETON PRIN | PRINCETON | NJ | | $4.53 ♦ |
| | Arrival Date 02/13/22 00000000 LODGING | Departure Date 02/17/22 | | 48661 | |

Continued on reverse

# limolink®

Driven to be there for you.

**Receipt**

3375 Armar Drive
Marion IA 52302
Accounting :1-877-789-6328
E-MAIL : accounting@limolink.com

| Reservation Number: | 3299951-003 |
| --- | --- |
| Date: | 03/31/2022 |
| Page: | 1 |

**Paid By :**

Kathryn Thompson
KT Travel

**Booked By :**

Kathy Thompson
KT Travel
5818 89th St Ct E
Puyallup,WA 98371

| Payment Terms |
| --- |
| **Credit Card Receipt** |

| Res No:  3299951-003 | BA: | Kathy Thompson | | Item | Description | Ext Price |
| --- | --- | --- | --- | --- | --- | --- |
| **Cust Ref:** | | | | Transfer | | $205.00 |
| | | | | AirportFee | | $3.00 |
| Mark P Robinson | | 3/30/2022 8:57:00 PM | Sedan | Parking | | $2.00 |
| **Pick Up:** | | **Drop Off:** | | Payment | Paid By Visa 4544 | ($210.00) |
| AIRPORT: SNA, John Wayne Airport | | | | | | |
| AIRLINE: United | | 103 Bayside Pl | | USD    Total | | $0.00 |
| FLIGHT#: 2429 | | Corona Del Mar, California, 92625 | | | | |
| ARRIVING: 8:57 PM | | United States | | | | |
| FROM: EWR | | | | | | |
| **Stops:** | | | | | | |
| **On Board:** 9:14 PM | **Drop:** | | | | | |

**If you have any questions please contact LimoLink's accounting department at (877) 789-6328**

All disputes shall be within the exclusive jurisdiction of the state and/or federal courts located in the State of Iowa. The "Bill To" party identified above consents
to such exclusive jurisdiction and waives any objections to venue therein. Iowa law shall control. Amounts not paid when due shall accrue interest at the rate of
1.5% per month.

# ALTOUR

**ALTOUR NEWPORT BEACH**
Phone: 1-949-261-8660
ALTOURNewportBeach@ALTOUR.COM

## Electronic Invoice

**Prepared For:**
DAGOSTINO/PAUL MR

Ref:  **CASE JJ BKRTCY**

| | |
|---|---|
| SALES PERSON | CV |
| INVOICE NUMBER | 0133087 |
| INVOICE ISSUE DATE | 03 Mar 2022 |
| RECORD LOCATOR | YAPWED |
| CUSTOMER NUMBER | 567937 |

Client Address
ROBINSON, CALCAGNIE AND ROBINSON
19 CORPORATE PLAZA DRIVE
NEWPORT BEACH CA 92660

Notes
------------------------------------------------
ENHANCED SECURITY CHECKS REQUIRE YOU TO
PROVIDE INFORMATION TO THE AIRLINES IN
ADVANCE OF YOUR TRAVEL PLANS
GO TO WWW.TSA.GOV AND SELECT - WHAT WE DO OPTION -
FOLLOWED BY THE - SECURE FLIGHT OPTION -
OR ASK YOUR AGENT FOR FURTHER DETAILS
------------------------------------------------

## DATE: Mon, Mar 07

### Flight UNITED AIRLINES 1910

| | | | |
|---|---|---|---|
| From | SANTA ANA, CA | Departs | 8:55am |
| To | NEWARK, NJ | Arrives | 5:04pm |
| | | Arrival Terminal | C |
| Duration | 5hr(s) 9min(s) | Cabin | First |
| Type | BOEING 737-700 JET | Meal | Breakfast |
| Stop(s) | Non Stop | | |
| Seat(s) Details | DAGOSTINO/PAUL MR | Seat(s) - 03F | UA - XXXXXX 55 |

## DATE: Tue, Mar 08

### Flight UNITED AIRLINES 2245

| | | | |
|---|---|---|---|
| From | NEWARK, NJ | Departs | 6:15pm |
| To | SANTA ANA, CA | Arrives | 9:38pm |
| Departure Terminal | C | | |
| Duration | 6hr(s) 23min(s) | Cabin | Economy |
| Type | BOEING 737-700 JET | Meal | Food for Purchase |
| Stop(s) | Non Stop | | |
| Seat(s) Details | DAGOSTINO/PAUL MR | | UA - XXXXXX 55 |

## DATE: Tue, Mar 08

### Flight UNITED AIRLINES 2245

| | | | |
|---|---|---|---|
| From | NEWARK, NJ | Departs | 6:15pm |
| To | SANTA ANA, CA | Arrives | 9:38pm |
| Departure Terminal | C | | |

3/5/22, 10:19 AM
Case 21-30589-MBK    Doc 2964-1    Filed 09/01/22    Entered 09/01/22 12:38:44    Desc
Exhibit A-expense receipts    Page 99 of 129
Trip case - eInvoice 3

| Duration | 6hr(s) 23min(s) | | |
|---|---|---|---|
| Type | BOEING 737-700 JET | Meal | Dinner |
| Stop(s) | Non Stop | | |
| Seat(s) Details | DAGOSTINO/PAUL MR | | UA  - XXXXXX 55 |

**DATE: Wed, Jun 08**

Others

SANTA ANA
RETAIN

## Ticket Information

| Ticket Number | UA 7689988949 | Passenger | DAGOSTINO PAUL MR | | |
|---|---|---|---|---|---|
| | | Billed to: | VI XXXXXXXXXXXX4544 | USD | * 2724.72 |
| Service Fee | XD 0819436035 | Passenger | DAGOSTINO PAUL MR | | |
| | | Billed to: | VI XXXXXXXXXXXX4544 | USD | * 27.00 |

| | | |
|---|---|---|
| **SubTotal** | USD 2751.72 |
| **Net Credit Card Billing** | * USD 2751.72 |
| | ---------- |
| **Total Amount Due** | USD 0.00 |

**ITINERARY NOTES:**
*********************************************
TSA USES UNPREDICTABLE SECURITY MEASURES THROUGHOUT THE AIRPORT.
NO INDIVIDUAL IS GUARANTEED EXPEDITED SCREENING.
FOR MORE INFO VISIT WWW.TSA.GOV/PRECHECK.
DUE TO INCREASED SECURITY AT AIRPORTS
ALL PASSENGERS ARE REQUIRED TO PROVIDE PICTURE ID
AND A VALID TICKET OR VALID ELECTRONIC RECEIPT
YOUR AIRLINE TICKET IS NON REFUNDABLE. AIRLINE
POLICY REQUIRES THAT ALL CHANGES MUST BE MADE PRIOR
TO ORIGINAL SCHEDULED DEPARTURE DATE/TIME. PENALTIES
ARE APPLICABLE ALONG WITH ANY DIFFERENCE IN AIR FARE.

*Handwritten, highlighted:* ROUNDTRIP COACH RATE = 2497 20

**INVOICE NOTES:**
HU
BA/EA6BCV
TA/EA6BCV

The carriage of certain hazardous materials, like aerosols, fireworks, and flammable liquids, aboard the aircraft is forbidden. If you do not understand these restrictions, further information may be obtained from your airline.

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see eTicket receipt for total charges.



**Hyatt Regency Princeton**
102 Carnegie Center
Princeton, NJ 08540
Tel: 609-987-1234
Fax: 609-987-2584
princeton.hyatt.com

COPY OF INVOICE

Jennifer Collins
United States

| | |
|---|---|
| Room No. | 0174 |
| Arrival | 03-29-22 |
| Departure | 03-30-22 |
| Folio Window | 1 |
| Folio No. | 587738 |

Confirmation No.    1647588601
Group Name
Booking No.        2949516385

| Date | Description | Charges | Credits |
|---|---|---|---|
| 03-29-22 | Deposit Transferred at C/I | | 205.18 |
| 03-29-22 | Guest Room | 179.00 | |
| 03-29-22 | Sales Tax 6.625% | 11.86 | |
| 03-29-22 | Occupancy Tax 8% | 14.32 | |

| | | | |
|---|---|---|---|
| **Total** | | 205.18 | 205.18 |
| **Balance** | | 0.00 | |

Guest Signature

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part or
the full amount of these charges.

WE HOPE YOU ENJOYED YOUR STAY WITH US!

If you have any questions regarding billing, please call 609-987-1234.

World of Hyatt Summary

No Membership to be credited

We value your feedback. If you were not fully satisfied with your visit, please call us at:
609-734-4070

Join World of Hyatt today and start
earning points for stays, dining and more.
Visit www.worldofhyatt.com

Please remit payment to:
Hyatt Regency Princeton
102 Carnegie Center
Princeton, NJ 08540-6293



## Receipt

3375 Armar Drive
Marion IA 52302
Accounting :1-877-789-6328
E-MAIL : accounting@limolink.com

*JalcBR*
*48661*

| Reservation Number: | 3289492-001 |
|---|---|
| Date: | 03/09/2022 |
| Page: | 1 |

Paid By :

Kathryn Thompson
KT Travel

Booked By :

Kathy Thompson
KT Travel
5818 89th St Ct E
Puyallup, WA 98371

| Payment Terms |
|---|
| **Credit Card Receipt** |

| Res No: 3289492-001 | BA: Kathy Thompson | | Item | Description | Ext Price |
|---|---|---|---|---|---|
| **Cust Ref:** | | | Transfer | | $430.00 |
| | | | Tolls | | $4.10 |
| Mr. Kevin Calcagnie | 3/7/2022 4:21:00 PM | SUV | AirportFee | | $2.50 |
| | | | Parking | | $10.50 |
| **Pick Up:** | **Drop Off:** | | WaitTime | 22 Minutes @ 3.18 | $69.96 |
| AIRPORT: EWR, Newark Liberty | Princeton Marriott at Forrestal | | Payment | Paid By Visa 4544 | ($517.06) |
| International Airport | 100 College Rd E | | | | |
| AIRLINE: United | Princeton, New Jersey, 08540 | | | USD    Total | $0.00 |
| FLIGHT#: 1910 | United States | | | | |
| ARRIVING: 4:21 PM | | | | | |
| FROM: SNA | | | | | |
| **Stops:** | | | | | |
| | | | | *@ 50%.* | |
| **On Board:** 5:13 PM | **Drop:** | | | *= 258.53* | |

**If you have any questions please contact LimoLink's accounting department at (877) 789-6328**

All disputes shall be within the exclusive jurisdiction of the state and/or federal courts located in the State of Iowa. The "Bill To" party identified above consents
to such exclusive jurisdiction and waives any objections to venue therein. Iowa law shall control. Amounts not paid when due shall accrue interest at the rate of
1.5% per month.



## Receipt

3375 Armar Drive
Marion IA 52302
Accounting :1-877-789-6328
E-MAIL : accounting@limolink.com

*Tale*
*48661*

| Reservation Number: | 3289492-003 |
|---|---|
| Date: | 03/08/2022 |
| Page: | 1 |

**Paid By :**

Kathryn Thompson
KT Travel

**Booked By :**

Kathy Thompson
KT Travel
5818 89th St Ct E
Puyallup, WA 98371

| Payment Terms |
|---|
| **Credit Card Receipt** |

| Res No: 3289492-003 | BA: | Kathy Thompson | | Item | Description | Ext Price |
|---|---|---|---|---|---|---|
| **Cust Ref:** | | | | Transfer | | $630.00 |
| | | | | Tolls | | $6.45 |
| Mr. Kevin Calcagnie | | 3/8/2022 1:00:00 PM   SUV | | AirportFee | | $2.50 |
| **Pick Up:** | | **Drop Off:** | | WaitTime | 51 Minutes @ 3.18 | $162.18 |
| Federal Courthouse | | AIRPORT: EWR, Newark Liberty | | Payment | Paid By Visa 4544 | ($801.13) |
| 402 E State St | | International Airport | | | | |
| Trenton, New Jersey, 08608 | | AIRLINE: United | | USD    Total | | $0.00 |
| United States | | FLIGHT#: 2245 | | | | |
| | | DEPARTING: 6:15 PM | | | | |
| | | TO: SNA | | | | |
| **Stops:** | | | | | | |
| | | | | @ 50% | | |
| **On Board:** 1:51 PM | **Drop:** | | | = $400.57 | | |

**If you have any questions please contact LimoLink's accounting department at (877) 789-6328**

All disputes shall be within the exclusive jurisdiction of the state and/or federal courts located in the State of Iowa. The "Bill To" party identified above consents
to such exclusive jurisdiction and waives any objections to venue therein. Iowa law shall control. Amounts not paid when due shall accrue interest at the rate of
1.5% per month.

# ALTOUR

**ALTOUR NEWPORT BEACH**
Phone: 1-949-261-8660
ALTOURNewportBeach@ALTOUR.COM

## Electronic Invoice

**Prepared For:**
ROBINSON/MARK PARKER
COLLINS/JENNIFER MS

Ref:   CASE TALC 48661
Ref:   CASE TALC 48661

| | |
|---|---|
| SALES PERSON | CV |
| INVOICE NUMBER | 0133243 |
| INVOICE ISSUE DATE | 25 Mar 2022 |
| RECORD LOCATOR | VIINFH |
| CUSTOMER NUMBER | 567937 |

Client Address
ROBINSON, CALCAGNIE AND ROBINSON
19 CORPORATE PLAZA DRIVE
NEWPORT BEACH CA 92660

Notes
--------------------------------
ENHANCED SECURITY CHECKS REQUIRE YOU TO
PROVIDE INFORMATION TO THE AIRLINES IN
ADVANCE OF YOUR TRAVEL PLANS
GO TO WWW.TSA.GOV AND SELECT - WHAT WE DO OPTION -
FOLLOWED BY THE - SECURE FLIGHT OPTION -
OR ASK YOUR AGENT FOR FURTHER DETAILS
--------------------------------

## DATE: Tue, Mar 29

**Flight UNITED AIRLINES 1990**

| | | | |
|---|---|---|---|
| From | LOS ANGELES, CA | Departs | 8:15am |
| To | NEWARK, NJ | Arrives | 4:23pm |
| Departure Terminal | 7 | Arrival Terminal | C |
| Duration | 5hr(s) 8min(s) | Cabin | Business |
| Type | BOEING DREAMLINER SERIES 10 | Meal | Breakfast |
| Stop(s) | Non Stop | | |
| Seat(s) Details | ROBINSON/MARK PARKER | Seat(s) - 10D | UA - XXXXXX 41 |
| | COLLINS/JENNIFER MS | Seat(s) - 10F | UA - XXXXXX 57 |

## DATE: Wed, Mar 30

**Flight UNITED AIRLINES 2429**

| | | | |
|---|---|---|---|
| From | NEWARK, NJ | Departs | 6:07pm |
| To | SANTA ANA, CA | Arrives | 9:24pm |
| Departure Terminal | C | | |
| Duration | 6hr(s) 17min(s) | Cabin | First |
| Type | BOEING 737-700 JET | Meal | Dinner |
| Stop(s) | Non Stop | | |
| Seat(s) Details | ROBINSON/MARK PARKER | Seat(s) - 02B | UA - XXXXXX 41 |
| | COLLINS/JENNIFER MS | Seat(s) - 02A | UA - XXXXXX 57 |

**DATE: Sat, Jul 30**

Others

    SANTA ANA
    RETAIN

## Ticket Information

| Ticket Number | UA 7695036928 | Passenger | ROBINSON MARK PARKER | | |
| | | Billed to: | VI XXXXXXXXXXXX4544 | USD | * 3242.24 |
| Ticket Number | UA 7695036929 | Passenger | COLLINS JENNIFER MS | | |
| | | Billed to: | VI XXXXXXXXXXXX4544 | USD | * 3242.24 |
| Service Fee | XD 0820143919 | Passenger | ROBINSON MARK PARKER | | |
| | | Billed to: | VI XXXXXXXXXXXX4544 | USD | * 27.00 |
| Service Fee | XD 0820143920 | Passenger | COLLINS JENNIFER MS | | |
| | | Billed to: | VI XXXXXXXXXXXX4544 | USD | * 27.00 |

|  | | |
| --- | --- | --- |
| **SubTotal** | USD 6538.48 |
| **Net Credit Card Billing** | * USD 6538.48 |
| | ---------- |
| **Total Amount Due** | USD 0.00 |

**INVOICE NOTES:**
HU
BA/EA6BCV
TA/EA6BCV

*ROUNDTRIP COACH FARE = $2497.20* (handwritten)

The carriage of certain hazardous materials, like aerosols, fireworks, and flammable liquids, aboard the aircraft is forbidden. If you do not understand these restrictions, further information may be obtained from your airline.

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see eTicket receipt for total charges.



**Hyatt Regency Princeton**
102 Carnegie Center
Princeton, NJ 08540
Tel: 609-987-1234
Fax: 609-987-2584
princeton.hyatt.com

COPY OF INVOICE

Mark Robinson
United States

| | |
|---|---|
| Room No. | 0130 |
| Arrival | 03-29-22 |
| Departure | 03-30-22 |
| Folio Window | 1 |
| Folio No. | 587665 |

Confirmation No.    5100815601
Group Name
Booking No.    2906087344

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 03-29-22 | Deposit Transferred at C/I | | | 549.05 |
| 03-29-22 | Laurea Dinner Food | CHECK# 1453   Robinson Mark #0134=>Robinson Mark #0130 | 167.81 | |
| 03-29-22 | Market Dinner Food | CHECK# 1953   Robinson Mark #0134=>Robinson Mark #0130 | 5.27 | |
| 03-29-22 | Guest Room | | 479.00 | |
| 03-29-22 | Sales Tax 6.625% | | 31.73 | |
| 03-29-22 | Occupancy Tax 8% | | 38.32 | |
| 03-30-22 | Market Breakfast Food | CHECK# 1985 | 4.27 | |
| 03-30-22 | American Express | XXXXXXXXXXXX2001 XX/XX | | 177.35 |

| | | |
|---|---|---|
| **Total** | 726.40 | 726.40 |
| **Balance** | 0.00 | |

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

World of Hyatt Summary

No Membership to be credited

Join World of Hyatt today and start earning points for stays, dining and more. Visit www.worldofhyatt.com

WE HOPE YOU ENJOYED YOUR STAY WITH US!

If you have any questions regarding billing, please call 609-987-1234.

We value your feedback. If you were not fully satisfied with your visit, please call us at: 609-734-4070

Please remit payment to:
Hyatt Regency Princeton
102 Carnegie Center
Princeton, NJ 08540-6293

# ALTOUR

**ALTOUR NEWPORT BEACH**
Phone: 1-949-261-8660
ALTOURNewportBeach@ALTOUR.COM

## Electronic Invoice

**Prepared For:**
**DAGOSTINO/PAUL MR**          Ref:    **CASE JJ TALC 48661**

| | |
|---|---|
| SALES PERSON | CV |
| INVOICE NUMBER | 0133294 |
| INVOICE ISSUE DATE | 31 Mar 2022 |
| RECORD LOCATOR | YXEXIN |
| CUSTOMER NUMBER | 567937 |

Client Address
ROBINSON, CALCAGNIE AND ROBINSON
19 CORPORATE PLAZA DRIVE
NEWPORT BEACH CA 92660

Notes
ENHANCED SECURITY CHECKS REQUIRE YOU TO
PROVIDE INFORMATION TO THE AIRLINES IN
ADVANCE OF YOUR TRAVEL PLANS
GO TO WWW.TSA.GOV AND SELECT - WHAT WE DO OPTION -
FOLLOWED BY THE - SECURE FLIGHT OPTION -
OR ASK YOUR AGENT FOR FURTHER DETAILS

## DATE: Mon, Apr 11

### Flight UNITED AIRLINES 1982

| | | | |
|---|---|---|---|
| From | SANTA ANA, CA | Departs | 8:50am |
| To | NEWARK, NJ | Arrives | 5:10pm |
| | | Arrival Terminal | C |
| Duration | 5hr(s) 20min(s) | Cabin | First |
| Type | BOEING 737-700 JET | Meal | Breakfast |
| Stop(s) | Non Stop | | |
| Seat(s) Details | DAGOSTINO/PAUL MR | Seat(s) - 03F | UA - XXXXXX 55 |

## DATE: Tue, Apr 12

### Flight UNITED AIRLINES 2429

| | | | |
|---|---|---|---|
| From | NEWARK, NJ | Departs | 6:07pm |
| To | SANTA ANA, CA | Arrives | 9:24pm |
| Departure Terminal | C | | |
| Duration | 6hr(s) 17min(s) | Cabin | First |
| Type | BOEING 737-700 JET | Meal | Dinner |
| Stop(s) | Non Stop | | |
| Seat(s) Details | DAGOSTINO/PAUL MR | Seat(s) - 01F | UA - XXXXXX 55 |

## DATE: Fri, Aug 12

### Others

| | |
|---|---|
| | SANTA ANA |
| | RETAIN |

## Ticket Information

| | | | | | |
|---|---|---|---|---|---|
| **Ticket Number** | UA 7755566026 | **Passenger** | DAGOSTINO PAUL MR | | |
| | | **Billed to:** | VI XXXXXXXXXXXX4544 | USD | * 2103.36 |
| **Service Fee** | XD 0820512564 | **Passenger** | DAGOSTINO PAUL MR | | |
| | | **Billed to:** | VI XXXXXXXXXXXX4544 | USD | * 27.00 |

|  |  |
|---|---|
| **SubTotal** | USD 2130.36 |
| **Net Credit Card Billing** | * USD 2130.36 |
| | ---------- |
| **Total Amount Due** | USD 0.00 |

**ITINERARY NOTES:**
*******************************************
TSA USES UNPREDICTABLE SECURITY MEASURES THROUGHOUT THE AIRPORT.
NO INDIVIDUAL IS GUARANTEED EXPEDITED SCREENING.
FOR MORE INFO VISIT WWW.TSA.GOV/PRECHECK.
DUE TO INCREASED SECURITY AT AIRPORTS
ALL PASSENGERS ARE REQUIRED TO PROVIDE PICTURE ID
AND A VALID TICKET OR VALID ELECTRONIC RECEIPT

*ROUNDTRIP COACH FARE = $ 1,048.60* (handwritten)

**INVOICE NOTES:**
HU
BA/EA6BCV
TA/EA6BCV

The carriage of certain hazardous materials, like aerosols, fireworks, and flammable liquids, aboard the aircraft is forbidden. If you do not understand these restrictions, further information may be obtained from your airline.

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see eTicket receipt for total charges.

**Receipt**

# limolink®
Driven to be there for you.

3375 Armar Drive
Marion IA 52302
Accounting : 1-877-789-6328
E-MAIL : accounting@limolink.com

| Reservation Number: | 3299951-001 |
| --- | --- |
| Date: | 03/30/2022 |
| Page: | 1 |

**Paid By :**

Kathryn Thompson
KT Travel

**Booked By :**

Kathy Thompson
KT Travel
5818 89th St Ct E
Puyallup, WA 98371

| Payment Terms |
| --- |
| **Credit Card Receipt** |

| Res No: 3299951-001 | BA: | Kathy Thompson | | Item | Description | Ext Price |
| --- | --- | --- | --- | --- | --- | --- |
| **Cust Ref:** | | | | Transfer | | $430.00 |
| | | | | Tolls | | $4.10 |
| Mark P Robinson | | 3/29/2022 3:49:00 PM   SUV | | AirportFee | | $2.50 |
| | | | | Parking | | $15.75 |
| **Pick Up:** | | **Drop Off:** | | WaitTime | 30 Minutes @ 3.22 | $96.60 |
| AIRPORT: EWR, Newark Liberty | | Hyatt Regency Princeton | | Payment | Paid By Visa 4544 | ($548.95) |
| International Airport | | 102 Carnegie Ctr | | | | |
| AIRLINE: United | | Princeton, New Jersey, 08540 | | | | |
| FLIGHT#: 1990 | | United States | | USD   Total | | $0.00 |
| ARRIVING: 3:49 PM | | | | | | |
| FROM: LAX | | | | | | |
| **Stops:** | | | | | | |
| **On Board:** 4:49 PM | **Drop:** | | | | | |

@ 50% = 274.48

**If you have any questions please contact LimoLink's accounting department at (877) 789-6328**

All disputes shall be within the exclusive jurisdiction of the state and/or federal courts located in the State of Iowa. The "Bill To" party identified above consents to such exclusive jurisdiction and waives any objections to venue therein. Iowa law shall control. Amounts not paid when due shall accrue interest at the rate of 1.5% per month.

# limolink®

Driven to be there for you.

3375 Armar Drive
Marion IA 52302
Accounting :1-877-789-6328
E-MAIL : accounting@limolink.com

## Receipt

*Talc BR*
*48661*

| Reservation Number: | 3289492-002 |
|---|---|
| Date: | 03/09/2022 |
| Page: | 1 |

**Paid By :**

Kathryn Thompson
KT Travel

**Booked By :**

Kathy Thompson
KT Travel
5818 89th St Ct E
Puyallup, WA 98371

| Payment Terms |
|---|
| **Credit Card Receipt** |

| Res No:  3289492-002 | BA: | Kathy Thompson | | Item | Description | Ext Price |
|---|---|---|---|---|---|---|
| **Cust Ref:** | | | | Transfer | | $712.00 |
| Mr. Kevin Calcagnie | | 3/8/2022 8:45:00 AM | SUV | WaitTime | 39 Minutes @ 3.18 | $124.02 |
| | | | | Payment | Paid By Visa 4544 | ($836.02) |
| **Pick Up:** | | **Drop Off:** | | | | |
| Princeton Marriott at Forrestal | | Federal Courthouse | | | USD    Total | $0.00 |
| 100 College Rd E | | 402 E State St | | | | |
| Princeton, New Jersey, 08540 | | Trenton, New Jersey, 08608 | | | | |
| United States | | United States | | | | |
| **Stops:** | | | | | @ 50·/ | |
| **On Board:** 9:24 AM | **Drop:** | | | | = 418.01 | |

**If you have any questions please contact LimoLink's accounting department at (877) 789-6328**

All disputes shall be within the exclusive jurisdiction of the state and/or federal courts located in the State of Iowa. The "Bill To" party identified above consents
to such exclusive jurisdiction and waives any objections to venue therein. Iowa law shall control. Amounts not paid when due shall accrue interest at the rate of
1.5% per month.

# limolink®

Driven to be there for you.

3375 Armar Drive
Marion IA 52302
Accounting :1-877-789-6328
E-MAIL : accounting@limolink.com

## Receipt

| Reservation Number: | 3300794-001 |
|---|---|
| Date: | 03/29/2022 |
| Page: | 1 |

Paid By :

Kathryn Thompson
KT Travel

Booked By :

Kathy Thompson
KT Travel
5818 89th St Ct E
Puyallup, WA 98371

| Payment Terms |
|---|
| **Credit Card Receipt** |

| Res No: 3300794-001 | BA: | Kathy Thompson | | Item | Description | Ext Price |
|---|---|---|---|---|---|---|
| **Cust Ref:** | | | | Transfer | | $485.00 |
| | | | | AirportFee | | $5.00 |
| Jennifer Collins | | 3/29/2022 5:45:00 AM | Sedan | EarlyLate | | $20.00 |
| **Pick Up:** | | | | Payment | Paid By Visa 4544 | ($510.00) |
| 210 Finch | | **Drop Off:** | | | USD    Total | $0.00 |
| Lake Forest, California, 92610 | | AIRPORT: LAX, Los Angeles International Airport | | | | |
| United States | | AIRLINE: United | | | | |
| | | FLIGHT#: 1990 | | | | |
| | | DEPARTING: 8:15 AM | | | | |
| | | TO: EWR | | | | |
| **Stops:** | | | | | | |
| **On Board:** 5:43 AM | **Drop:** | | | | | |

**If you have any questions please contact LimoLink's accounting department at (877) 789-6328**

All disputes shall be within the exclusive jurisdiction of the state and/or federal courts located in the State of Iowa. The "Bill To" party identified above consents to such exclusive jurisdiction and waives any objections to venue therein. Iowa law shall control. Amounts not paid when due shall accrue interest at the rate of 1.5% per month.

KFC — 48661 —Talc
#68661 = 61c



**MARRIOTT**

PRINCETON MARRIOTT FORRESTAL

GUEST FOLIO

| 2406 | CALCAGNIE/KEVIN/MR | 179.00 | 03/08/22 | | DUPLICATEL 13:15 | 51395 |
|---|---|---|---|---|---|---|
| ROOM | NAME | RATE | DEPART | TIME | | ACCT# |
| CK | 19 CORPORATE PLAZA | | 03/07/22 | | | |
| TYPE | NEWPORT BEACNCO | | ARRIVE | TIME | | |
| | 92660 | | | | | |

| ROOM CLERK | ADDRESS | VSXXXXXXXXXXXX7505 PAYMENT | | | MB#: |
|---|---|---|---|---|---|

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|
| 03/07 | IRDINING | 29712406 | 40.92 | | |
| 03/07 | TR ROOM | 2406, 1 | 179.00 | | |
| 03/07 | ROOM TAX | 2406, 1 | 11.86 | | |
| 03/07 | OCC TAX | 2406, 1 | 8.95 | | |
| 03/07 | MUNI TX | 2406, 1 | 5.37 | | |
| 03/08 | CCARD-VS | | | 246.10 | |
| | VSXXXXXXXXXXXX7505 | | | | .00 |



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**MARRIOTT**

Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

**ALTOUR**

**ALTOUR NEWPORT BEACH**
Phone: 1-949-261-8660
ALTOURNewportBeach@ALTOUR.COM

## Electronic Invoice

**Prepared For:**
**ROBINSON/MARK PARKER**                    Ref: **CASE JJ TALC 48661**

| | |
|---|---|
| SALES PERSON | CV |
| INVOICE NUMBER | 0133295 |
| INVOICE ISSUE DATE | 31 Mar 2022 |
| RECORD LOCATOR | HMTTXJ |
| CUSTOMER NUMBER | 567937 |

Client Address
ROBINSON, CALCAGNIE AND ROBINSON
19 CORPORATE PLAZA DRIVE
NEWPORT BEACH CA 92660

Notes
----------------------------------------
ENHANCED SECURITY CHECKS REQUIRE YOU TO
PROVIDE INFORMATION TO THE AIRLINES IN
ADVANCE OF YOUR TRAVEL PLANS
GO TO WWW.TSA.GOV AND SELECT - WHAT WE DO OPTION -
FOLLOWED BY THE - SECURE FLIGHT OPTION -
OR ASK YOUR AGENT FOR FURTHER DETAILS
----------------------------------------

## DATE: Mon, Apr 11

**Flight UNITED AIRLINES 1982**

| | | | |
|---|---|---|---|
| From | SANTA ANA, CA | Departs | 8:50am |
| To | NEWARK, NJ | Arrives | 5:10pm |
| | | Arrival Terminal | C |
| Duration | 5hr(s) 20min(s) | Cabin | First |
| Type | BOEING 737-700 JET | Meal | Breakfast |
| Stop(s) | Non Stop | | |
| Seat(s) Details | ROBINSON/MARK PARKER | Seat(s) - 03E | UA - XXXXXX 41 |

## DATE: Tue, Apr 12

**Flight UNITED AIRLINES 2429**

| | | | |
|---|---|---|---|
| From | NEWARK, NJ | Departs | 6:07pm |
| To | SANTA ANA, CA | Arrives | 9:24pm |
| Departure Terminal | C | | |
| Duration | 6hr(s) 17min(s) | Cabin | First |
| Type | BOEING 737-700 JET | Meal | Dinner |
| Stop(s) | Non Stop | | |
| Seat(s) Details | ROBINSON/MARK PARKER | Seat(s) - 01E | UA - XXXXXX 41 |

## DATE: Thu, Aug 11

**Others**

| | |
|---|---|
| | SANTA ANA |
| | RETAIN |

## Ticket Information

| | | | | | |
|---|---|---|---|---|---|
| **Ticket Number** | UA 7755566027 | **Passenger** | ROBINSON MARK PARKER | | |
| | | **Billed to:** | VI XXXXXXXXXXXX4544 | USD | * 4392.71 |
| **Service Fee** | XD 0820512565 | **Passenger** | ROBINSON MARK PARKER | | |
| | | **Billed to:** | VI XXXXXXXXXXXX4544 | USD | * 27.00 |

|  |  |
|---|---|
| **SubTotal** | USD 4419.71 |
| **Net Credit Card Billing** | * USD 4419.71 |
| | ---------- |
| **Total Amount Due** | USD 0.00 |

**ITINERARY NOTES:**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
TSA USES UNPREDICTABLE SECURITY MEASURES THROUGHOUT THE AIRPORT.
NO INDIVIDUAL IS GUARANTEED EXPEDITED SCREENING.
FOR MORE INFO VISIT WWW.TSA.GOV/PRECHECK.
DUE TO INCREASED SECURITY AT AIRPORTS
ALL PASSENGERS ARE REQUIRED TO PROVIDE PICTURE ID
AND A VALID TICKET OR VALID ELECTRONIC RECEIPT

*(handwritten)* ROUNDTRIP COACH RATE
= $ 2497.20

**INVOICE NOTES:**
HU
BA/EA6BCV
TA/EA6BCV

The carriage of certain hazardous materials, like aerosols, fireworks, and flammable liquids, aboard the aircraft is forbidden. If you do not understand these restrictions, further information may be obtained from your airline.

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see eTicket receipt for total charges.

# ALTOUR

**ALTOUR NEWPORT BEACH**
Phone: 1-949-261-8660
ALTOURNewportBeach@ALTOUR.COM

---

## Electronic Invoice

**Prepared For:**
ROBINSON/MARK PARKER                         Ref:   **CASE TALC 48661**
COLLINS/JENNIFER MS                          Ref:   **CASE TALC 48661**

| | |
|---|---|
| SALES PERSON | CV |
| INVOICE NUMBER | 0133243 |
| INVOICE ISSUE DATE | 25 Mar 2022 |
| RECORD LOCATOR | VIINFH |
| CUSTOMER NUMBER | 567937 |

Client Address
ROBINSON, CALCAGNIE AND ROBINSON
19 CORPORATE PLAZA DRIVE
NEWPORT BEACH CA 92660

Notes
--------------------------------------
ENHANCED SECURITY CHECKS REQUIRE YOU TO
PROVIDE INFORMATION TO THE AIRLINES IN
ADVANCE OF YOUR TRAVEL PLANS
GO TO WWW.TSA.GOV AND SELECT - WHAT WE DO OPTION -
FOLLOWED BY THE - SECURE FLIGHT OPTION -
OR ASK YOUR AGENT FOR FURTHER DETAILS
--------------------------------------

## DATE: Tue, Mar 29

### Flight UNITED AIRLINES 1990

| | | | |
|---|---|---|---|
| From | LOS ANGELES, CA | Departs | 8:15am |
| To | NEWARK, NJ | Arrives | 4:23pm |
| Departure Terminal | 7 | Arrival Terminal | C |
| Duration | 5hr(s) 8min(s) | Cabin | Business |
| Type | BOEING DREAMLINER SERIES 10 | Meal | Breakfast |
| Stop(s) | Non Stop | | |
| Seat(s) Details | ROBINSON/MARK PARKER | Seat(s) - 10D | UA - XXXXXX 41 |
| | COLLINS/JENNIFER MS | Seat(s) - 10F | UA - XXXXXX 57 |

## DATE: Wed, Mar 30

### Flight UNITED AIRLINES 2429

| | | | |
|---|---|---|---|
| From | NEWARK, NJ | Departs | 6:07pm |
| To | SANTA ANA, CA | Arrives | 9:24pm |
| Departure Terminal | C | | |
| Duration | 6hr(s) 17min(s) | Cabin | First |
| Type | BOEING 737-700 JET | Meal | Dinner |
| Stop(s) | Non Stop | | |
| Seat(s) Details | ROBINSON/MARK PARKER | Seat(s) - 02B | UA - XXXXXX 41 |
| | COLLINS/JENNIFER MS | Seat(s) - 02A | UA - XXXXXX 57 |

## DATE: Sat, Jul 30

### Others

SANTA ANA
RETAIN

## Ticket Information

| Ticket Number | UA 7695036928 | Passenger | ROBINSON MARK PARKER | | | |
| | | Billed to: | VI XXXXXXXXXXXX4544 | USD | * 3242.24 |
| Ticket Number | UA 7695036929 | Passenger | COLLINS JENNIFER MS | | |
| | | Billed to: | VI XXXXXXXXXXXX4544 | USD | * 3242.24 |
| Service Fee | XD 0820143919 | Passenger | ROBINSON MARK PARKER | | |
| | | Billed to: | VI XXXXXXXXXXXX4544 | USD | * 27.00 |
| Service Fee | XD 0820143920 | Passenger | COLLINS JENNIFER MS | | |
| | | Billed to: | VI XXXXXXXXXXXX4544 | USD | * 27.00 |

|  | |
|---|---|
| SubTotal | USD 6538.48 |
| Net Credit Card Billing | * USD 6538.48 |
| | ---------- |
| Total Amount Due | USD 0.00 |

**INVOICE NOTES:**
HU
BA/EA6BCV
TA/EA6BCV



The carriage of certain hazardous materials, like aerosols, fireworks, and flammable liquids, aboard the aircraft is forbidden. If you do not understand these restrictions, further information may be obtained from your airline.

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see eTicket receipt for total charges.

## 2022 EXPENSE REPORT

NAME: Paul Dagostino

| Date of Activity | Client name | Client no. | Receipt no. | Description | Miles/traveled | Mileage Dollar Amount | Parking/valet | Office Supplies | Meals/Entertainment | Photocopies/Postage | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/7/22 | Admin | 77777 | 1 | Parking at OCBA Judge's Night for Dan Robinson swearing in ceremony | - | | 37.00 | | | | $8.00 |
| 4/1/22 | LTL | 48661 | 2 | Wifi on plane | | - | | | | | $8.00 |
| 4/1/22 | LTL | 48661 | 3 | Hotel for Hearing | | - | | | | | 296.88 |
| 4/1/22 | LTL | 48661 | 4 | Uber to Airport from Hearing | | - | | | | | 97.70 |
| 4/1/22 | LTL | 48661 | 5 | Lunch/Dinner in Airport | | - | | | 53.96 | | |
| 4/1/22 | LTL | 48661 | 6 | Wifi on plane | | - | | | | | 8.00 |
| 4/1/22 | LTL | 48661 | 7 | Parking at Airport for Hearing | | - | 40.00 | | | | |
| 5/9/22 | LTL | 48661 | 8 | Wifi on plane for Paul | | - | | | | | 8.00 |
| 5/9/22 | LTL | 48661 | 9 | Wifi on plane for Mark | | - | | | | | 10.00 |
| 5/4/22 | LTL | 48661 | 10 | Hotel for Hearing | | - | | | | | 256.63 |
| 5/4/22 | LTL | 48661 | 11 | Wifi on plane | | - | | | | | 8.00 |
| 5/4/22 | LTL | 48661 | 12 | Parking at Airport for Hearing | | - | 40.00 | | | | 8.00 |
| **Totals** | | | | | $0 | $0.00 | $412.00 | $0.00 | $53.96 | $0.00 | $683.24 |

Total to be Reimbursed    $864.17

 Gmail



Paul Dagostino <pauldag3@gmail.com>

---

## Receipt for Ancillary Purchase with United

1 message

---

United Airlines, Inc. <Receipts@united.com>
To: pauldag3@gmail.com

Mon, Apr 11, 2022 at 9:08 AM

---

 UNITED

Mon, Apr 11, 2022

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

Flight 1 of 1 UA1982

Mon, Apr 11, 2022                                                                 Mon, Apr 11, 2022
Orange County, CA, US (SNA)                                        New York/Newark, NJ, US (EWR)

Traveler Details

DAGOSTINO/PAUL
Inflight Wi-Fi Premium Full Flight - Thales (0169984032986)                     **SNA-EWR**

Purchase Summary

Method of payment:                                        **American Express ending in 1004**
Date of purchase:                                                               **Mon, Apr 11, 2022**

Inflight Wi-Fi Premium Full Flight - Thales (Reference Number:
0169984032986):                                                                          **8.00 USD**

# Total:                                                                                 **8.00 USD**

### Share your Experience

After using our Wi-Fi service, please take a moment to tell us about your Wi-Fi experience

### Additional Information

- We are expanding our Inflight Wi-Fi network. Learn more at united.com/WIFI
- **Tip:** MileagePlus members can switch Internet access to another device while in flight. Learn about free enrollment and benefits at united.com/MileagePlus
- If you experience technical difficulty or system outage from your United Wi-Fi purchase today and would like to request a refund, please visit the Refunds section of united.com to submit your request. We apologize for the inconvenience. A member of our team will



ACCOUNT ENDING - 11004

Platinum Card®

CARD MEMBER

PAUL DAGOSTINO

## Card Activity from Mar 24 to Apr 22

### Transactions

1 Transactions

| DATE | | DESCRIPTION | | AMOUNT |
|---|---|---|---|---|
| Apr 13 | FORESTAL MARRIOTT<br>100 COLLEGE RD E<br>-<br>PRINCETON<br>NJ<br>08540-6613 | **TTNDF PMS 1615551200Princeton NJ**<br><br>Will appear on your Apr 22, 2022 statement as TTNDF PMS<br>1615551200Princeton NJ<br><br>CARD<br>PAUL DAGOSTINO<br><br>MEMBERSHIP REWARDS POINTS<br>1X on Other purchases | 297 | **$296.88** |
| | | ADDITIONAL INFORMATION<br>56077 554733 08540 | | |



**MARRIOTT**

**PRINCETON MARRIOTT FORRESTAL**

**GUEST FOLIO**

| 2530 ROOM | DAGOSTINO/PAUL NAME | 259.00 RATE | 04/12/22 DEPART | 12:14 TIME | 56077 ACCT# |
|---|---|---|---|---|---|
| CK TYPE | | | 04/11/22 ARRIVE | 18:31 TIME | |
| 11 ROOM CLERK | ADDRESS | AXXXXXXXXXXXXX1004 PAYMENT | | | MBV#:   525932672 |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|
| 04/11 | TR ROOM | 2530, 1 | 259.00 | | |
| 04/11 | ROOM TAX | 2530, 1 | 17.16 | | |
| 04/11 | OCC TAX | 2530, 1 | 12.95 | | |
| 04/11 | MUNI TX | 2530, 1 | 7.77 | | |
| 04/12 | CCARD-AX | | | 296.88 | |

PAYMENT RECEIVED BY: AMERICAN EXPRESS XXXXXXXXXXXX1004
*********** AUTHORIZATION *************
APPROVED Card Type: AMEX Card Entry: CHIP Acct #: ***********1004 Approval Code: 873797
********** EMV AUTHORIZATION ***********
Aop Label: AMERICAN EXPRESS Mode: Issuer
AID: A0000000025010801 TVR: 0000008000 IAD: 06570103602402 TSI: E800 ARC: 00 AC: C1279EFAA5D32D3E
CVM: 5E0300

.00

================================= EXP. REPORT SUMMARY =================================

| 04/11 | TR ROOM | 259.00 |
|---|---|---|
| | ROOM TAX | 17.16 |
| | OCC TAX | 12.95 |
| | MUNI TX | 7.77 |

See our "Privacy & Cookie Statement" on Marriott.com

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X



April 12, 2022
Here's your updated ride receipt



# Total                                $97.70

| | |
|---|---:|
| Trip fare | $65.58 |
| Subtotal | $65.58 |
| nj_7A_13A | $4.83 |
| Booking Fee | $10.00 |
| Temporary Fuel Surcharge | $0.55 |
| Newark City Surcharge | $1.00 |
| State Surcharge | $0.50 |
| EWR Airport Surcharge | $2.50 |
| Tips | $12.74 |

## Payments

 **American Express ••••1004**          $97.70
4/12/22 2:36 PM

ACCOUNT ENDING - 11004

Platinum Card®



CARD MEMBER

PAUL DAGOSTINO

## Card Activity from Mar 24 to Apr 22

## Transactions

3 Transactions

| DATE | | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Apr 12 | **C2 VANGUARD KTCH**<br>3 BREWSTER RD<br><br>NEWARK<br>NJ<br>07114<br>(866) 508-3558 | **C2 VANGUARD KTCH 00-NEWARK NJ**<br>Will appear on your Apr 22, 2022 statement as C2 VANGUARD KTCH 00-NEWARK NJ<br><br>CARD<br>PAUL DAGOSTINO<br><br>MEMBERSHIP REWARDS POINTS<br>1X on Other purchases                14<br><br>ADDITIONAL INFORMATION<br>31099532102 FAST FOOD RESTAURANT | $13.98 |
| Apr 12 | **C2 VANGUARD KTCH**<br>3 BREWSTER RD<br><br>NEWARK<br>NJ<br>07114<br>(866) 508-3558 | **C2 VANGUARD KTCH 00-NEWARK NJ**<br>Will appear on your Apr 22, 2022 statement as C2 VANGUARD KTCH 00-NEWARK NJ<br><br>CARD<br>PAUL DAGOSTINO<br><br>MEMBERSHIP REWARDS POINTS<br>1X on Other purchases                15<br><br>ADDITIONAL INFORMATION<br>31099532102 FAST FOOD RESTAURANT | $14.62 |
| Apr 12 | **C2 VANGUARD KTCH**<br>3 BREWSTER RD<br><br>NEWARK<br>NJ<br>07114<br>(866) 508-3558 | **C2 VANGUARD KTCH 00-NEWARK NJ**<br>Will appear on your Apr 22, 2022 statement as C2 VANGUARD KTCH 00-NEWARK NJ<br><br>CARD<br>PAUL DAGOSTINO<br><br>MEMBERSHIP REWARDS POINTS<br>1X on Other purchases                25<br><br>ADDITIONAL INFORMATION<br>31099532102 FAST FOOD RESTAURANT | $25.36 |

 Gmail

Paul Dagostino <pauldag3@gmail.com>

---

**Receipt for Ancillary Purchase with United**
1 message

---

United Airlines, Inc. <Receipts@united.com>
To: pauldag3@gmail.com

Tue, Apr 12, 2022 at 4:53 PM



Tue, Apr 12, 2022

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

Flight 1 of 1 UA2429

Tue, Apr 12, 2022
New York/Newark, NJ, US (EWR)

Tue, Apr 12, 2022
Orange County, CA, US (SNA)

Traveler Details

DAGOSTINO/PAUL
Inflight Wi-Fi Premium Full Flight - Thales (0169984372143)

**EWR-SNA**

Purchase Summary

Method of payment:
Date of purchase:

**American Express ending in 1004**
**Tue, Apr 12, 2022**

Inflight Wi-Fi Premium Full Flight - Thales (Reference Number:
0169984372143):

**8.00 USD**

# Total:

**8.00 USD**

---

**Share your Experience**

After using our Wi-Fi service, please take a moment to tell us about your Wi-Fi experience

**Additional Information**

- We are expanding our Inflight Wi-Fi network. Learn more at united.com/WIFI
- Tip: MileagePlus members can switch Internet access to another device while in flight. Learn about free enrollment and benefits at united.com/MileagePlus
- If you experience technical difficulty or system outage from your United Wi-Fi purchase today and would like to request a refund, please visit the Refunds section of united.com to submit your request. We apologize for the inconvenience. A member of our team will

(8)

 Gmail

Paul Dagostino <pauldag3@gmail.com>

---

**Receipt for Ancillary Purchase with United**

---

United Airlines, Inc. <Receipts@united.com>                    Tue, May 3, 2022 at 8:56 AM
To: pauldag3@gmail.com

 UNITED                                     Tue, May 03, 2022

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page
for the latest updates

Flight 1 of 1 UA1982

Tue, May 03, 2022                                              Tue, May 03, 2022
Orange County, CA, US (SNA)                          New York/Newark, NJ, US (EWR)

Traveler Details

DAGOSTINO/PAUL
Inflight Wi-Fi Premium Full Flight - Thales (0169988860575)        **SNA-EWR**

Purchase Summary

Method of payment:                                 **American Express ending in 1004**
Date of purchase:                                              **Tue, May 03, 2022**

Inflight Wi-Fi Premium Full Flight - Thales (Reference Number:
0169988860575):                                                        **8.00 USD**

# Total:                                                        **8.00 USD**

---

**Share your Experience**

After using our Wi-Fi service, please take a moment to tell us about your Wi-Fi experience

**Additional Information**

- We are expanding our Inflight Wi-Fi network. Learn more at united.com/WIFI
- **Tip:** MileagePlus members can switch Internet access to another device while in flight. Learn about free enrollment and benefits at
united.com/MileagePlus
- If you experience technical difficulty or system outage from your United Wi-Fi purchase today and would like to request a refund,
please visit the Refunds section of united.com to submit your request. We apologize for the inconvenience. A member of our team will



Paul Dagostino <pauldag3@gmail.com>

---

## Receipt for Ancillary Purchase with United

United Airlines, Inc. <Receipts@united.com>
To: Pauldag3@gmail.com

Tue, May 3, 2022 at 10:38 AM



Tue, May 03, 2022

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

Flight 1 of 1 UA1982

Tue, May 03, 2022
Orange County, CA, US (SNA)

Tue, May 03, 2022
New York/Newark, NJ, US (EWR)

Traveler Details

DAGOSTINO/PAUL
Inflight Wi-Fi Premium Full Flight - Thales (0169988887136)

**SNA-EWR**

Purchase Summary

| Method of payment: | **American Express ending in 1004** |
|---|---|
| Date of purchase: | **Tue, May 03, 2022** |

| Inflight Wi-Fi Premium Full Flight - Thales (Reference Number: 0169988887136): | **10.00 USD** |
|---|---|

# Total:

# 10.00 USD

## Share your Experience

After using our Wi-Fi service, please take a moment to tell us about your Wi-Fi experience

## Additional Information

- We are expanding our Inflight Wi-Fi network. Learn more at united.com/WIFI
- **Tip:** MileagePlus members can switch Internet access to another device while in flight. Learn about free enrollment and benefits at united.com/MileagePlus
- If you experience technical difficulty or system outage from your United Wi-Fi purchase today and would like to request a refund, please visit the Refunds section of united.com to submit your request. We apologize for the inconvenience. A member of our team will



**PRINCETON MARRIOTT FORRESTAL**

**GUEST FOLIO**

| 1412<br>ROOM | DAGOSTINO/PAUL<br>NAME | | 199.00<br>RATE | 05/04/22<br>DEPART | 09:14<br>TIME | 963<br>ACCT# |
| CK<br>TYPE | | | | 05/03/22<br>ARRIVE | 17:54<br>TIME | |
| 11<br>ROOM<br>CLERK | ADDRESS | | AXXXXXXXXXXXXX1004<br>PAYMENT | | | MBV#:  525932872 |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|
| 05/03 | IRON&IVY | 39471412 | 10.60 | | |
| 05/03 | IRON&IVY | 39761412 | 17.93 | | |
| 05/03 | TR ROOM | 1412, 1 | 199.00 | | |
| 05/03 | ROOM TAX | 1412, 1 | 13.18 | | |
| 05/03 | OCC TAX | 1412, 1 | 9.95 | | |
| 05/03 | MUNI TX | 1412, 1 | 5.97 | | |
| 05/04 | CCARD-AX | | | 256.63 | |

PAYMENT RECEIVED BY: AMERICAN EXPRESS XXXXXXXXXXXX1004
*********** AUTHORIZATION ************
APPROVED Card Type: AMEX Card Entry: CHIP Acct #: ***********1004 Approval Code: 815213
*********** EMV AUTHORIZATION ***********
App Label: AMERICAN EXPRESS Mode: Issuer
AID: A000000025010801 TVR: 0000008000 IAD: 06570103602402 TSI: E800 ARC: 00 AC: 4CE58902AE76E411
CVM: 5E0300

.00

========================= EXP. REPORT SUMMARY ==================================================

| 05/03 | IRON&IVY | 28.53 |
| | TR ROOM | 199.00 |
| | ROOM TAX | 13.18 |
| | OCC TAX | 9.95 |
| | MUNI TX | 5.97 |

**See our "Privacy & Cookie Statement" on Marriott.com**

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

 Gmail

Paul Dagostino <pauldag3@gmail.com>

---

## Thanks for your purchase with United

1 message

---

**United Airlines, Inc.** <Receipts@united.com>
To: pauldag3@gmail.com

Wed, May 4, 2022 at 11:31 AM

---



Wed, May 04, 2022

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

Flight 1 of 1 UA785

Wed, May 04, 2022
New York/Newark, NJ, US (EWR)

Wed, May 04, 2022
Los Angeles, CA, US (LAX)

Traveler Details

DAGOSTINO/PAUL
Inflight Wi-Fi Basic Full Flight- Panasonic (0169989135593)

**EWR-LAX**

Purchase Summary

Method of payment:
Date of purchase:

**American Express ending in 1004**
**Wed, May 04, 2022**

Inflight Wi-Fi Basic Full Flight- Panasonic (Reference Number: 0169989135593):

**8.00 USD**

# Total:

# 8.00 USD

---

#### Share your Experience

After using our Wi-Fi service, please take a moment to tell us about your Wi-Fi experience

#### Additional Information

• If you experience technical difficulty or system outage from your United Wi-Fi purchase today and would like to request a refund, please visit the Refunds section of united.com to submit your request. We apologize for the inconvenience. A member of our team will respond to your inquiry.

• **Tip:** MileagePlus members can switch Internet access to another device while in flight. Learn about free enrollment and benefits at united.com/MileagePlus

Irvine Marriott
18000 Von Karman Ave
Irvine, CA 92612
0
DATE: 04/07/22
TIME: 10:31 PM

Receipt No.    22/52/84
    * Original *
Ticket:  **104821**
Entry : 04/07/22 03:12 PM
LPR   :
TAX included        **37.00**

Credit            37.00
Trans ID : 68895
Card No. : xxxxxxxxxxxx1004
Card Type: AMEX



John Wayne Airport
18601 Airport Way
54660A092707, Santa Ana

›2L1B03    04/12/22 22:39
Receipt 079214

Short-term parking tkt
#2 - No. 012028
04/11/22 07:48
04/12/22 22:39
Period 1d14h52'
                        $40.00

Sub Total            $40.00
.                     $0.00
                    ---------
Total                $40.00

Payment Received
ID          A000000025
IX            010801
ARD    ***********1004
AUTHORIZATION    899274
PURCHASE      USD40.00
    APPROVED

    All Amounts in USD.





John Wayne Airport
18601 Airport Way
546920592707, Santa Ana

2L1B03    05/04/22 18:19
Receipt 013486

Short-term parking tkt
#2 - No. 022750
05/03/22 07:50
05/04/22 18:19
Period 1d10h30'
                        $40.00

Sub Total            $40.00
.                     $0.00
                    ---------
Total                $40.00

Payment Received
RID         A000000003
PIX            1010
CARD    ***********1521
AUTHORIZATION    02737D
PURCHASE      USD40.00
    APPROVED

    All Amounts in USD.

## Detail

- denotes Pay Over Time activity

**M ROBINSON, JR**
Card Ending 7-92001



| 03/30/22 | HYATT REGENCY PRINCETON PRIN | | PRINCETON | NJ | | $177.35 ♦ |
|---|---|---|---|---|---|---|
| | Arrival Date | Departure Date | | | | |
| | 03/29/22 | 03/30/22 | | | 48641 | |
| | 00000000 | | | | | |
| | LODGING | | | | | |
| 03/31/22 | EWR C2 HOLD ROOMS | | NEWARK | NJ | | $124.60 ♦ |
| | 102012 07114 | | | | 48661 | |
| | RESTAURANT | | | | | |

Continued on reverse



| 04/13/22 | TTNDF PMS 16155512005 554774 08540 | 48661 | Princeton | NJ | | $305.61 ◆ |

Continued on next page