**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Matthew I.W. Baker, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>mbaker@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br>*Local Counsel to the Official Talc Claimants Committee* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Robert J. Stark, Esq.<br>Michael Winograd, Esq.<br>Jeffrey L. Jonas, Esq.<br>dmolton@brownrudnick.com<br>rstark@brownrudnick.com<br>mwinograd@brownrudnick.com<br>jjonas@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>and<br><br>Sunni P. Beville, Esq.<br>sbeville@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Co-Counsel for the Official Talc Claimants Committee* |
| **BAILEY GLASSER LLP**<br>Brian A. Glasser, Esq.<br>Thomas B. Bennett, Esq.<br>bglasser@baileyglasser.com<br>tbennett@baileyglasser.com<br>105 Thomas Jefferson St. NW, Suite 540<br>Washington, DC 20007<br>Tel: (202) 463-2101<br>Fax: (202) 463-2103<br>*Co-Counsel for the Official Talc Claimants Committee* | **OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Adam C. Silverstein, Esq.<br>Jennifer S. Feeney, Esq.<br>mcyganowski@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>*Co-Counsel for the Official Talc Claimants Committee* |

| **PARKINS & RUBIO LLP** | **MASSEY & GAIL LLP** |
|---|---|
| Leonard M. Parkins, Esq. | Jonathan S. Massey, Esq. |
| Charles M. Rubio, Esq. | jmassey@masseygail.com |
| lparkins@parkinslee.com | 100 Main Ave. SW, Suite 450 |
| crubio@parkinslee.com | Washington, DC  20024 |
| Pennzoil Place | Tel: (202) 652-4511 |
| 700 Milan St., Suite 1300 | Fax: (312) 379-0467 |
| Houston, TX  77002 | *Co-Counsel for the Official Talc Claimants Committee* |
| Tel: (713) 715-1666 | |
| *Co-Counsel for the Official Talc Claimants Committee* | |
| In re:<br><br>**LTL MANAGEMENT, LLC,**<br><br>                       Debtor. | Chapter 11<br><br>Case No.: 21-30589(MBK)<br><br>Honorable Michael B. Kaplan |

**ORDER AUTHORIZING REIMBURSEMENT OF EXPENSES FOR
ROBINSON CALCAGNIE, INC., COMMITTEE MEMBER OF TALC CLAIMANTS
FOR PERIOD NOVEMBER 9, 2021 THROUGH MAY 16, 2022
<u>SUBMITTED BY GENOVA BURNS, LLC</u>**

The relief set forth on the following pages is hereby ORDERED.

Page 3

Debtor: LTL Management LLC

Case No.: 21-30589-MBK

Caption: Order Authorizing Reimbursement of Expenses for Robinson Calcagnie, Inc., Committee Member of Talc Claimants

_____

The Court, having found that the application for expenses of Robinson Calcagnie, Inc., Committee Member of Talc Claimants was filed; and no objections having been received; it is

**ORDERED** that the expenses submitted in the amount of $61,416.40 are hereby allowed.