**EXHIBIT "A"**

| Name | Role | Date | Expense Details | Expense Cost |
|------|------|------|-----------------|-------------|
| Christopher Tisi, Esq. | Representative of TCC Member | 11/2/2021 to 11/6/2021 | Flight to Charlotte, NC then flight from Charlotte, NC to home | $530.91 |
| Christopher Tisi, Esq. | Representative of TCC Member | 11/2/2021 to 11/6/2021 | Hotel Stay during NC Bankruptcy Proceedings | $1,312.70 |
| Christopher Tisi, Esq. | Representative of TCC Member | 11/2/2021 to 11/6/2021 | Meals | $98.27 |
| Christopher Tisi, Esq. | Representative of TCC Member | 11/2/2021 | Transportation from Airport to Hotel | $35.92 |
| Christopher Tisi, Esq. | Representative of TCC Member | 11/6/2021 | Transportation from Hotel to Airport | $24.99 |
| Christopher Tisi, Esq. | Representative of TCC Member | 11/11/2021 | Transportation from Hotel to Court House | $22.10 |
| Christopher Tisi, Esq. | Representative of TCC Member | 11/8/2021 to 11/11/2021 | Hotel Stay during NC Bankruptcy Proceedings | $961.18 |
| Christopher Tisi, Esq. | Representative of TCC Member | 11/8/2021 to 11/11/2021 | Meals | $14.41 |
| Christopher Tisi, Esq. | Representative of TCC Member | 11/15/2021 to 11/18/2021 | Flight to New York, NY then Home | $458.40 |
| Christopher Tisi, Esq. | Representative of TCC Member | 11/15/2021 to 11/18/2021 | Hotel Stay during a Meeting of Counsel in New York | $452.29 |
| Christopher Tisi, Esq. | Representative of TCC Member | 11/15/2021 | Transportation in New York, NY | $129.00 |

| Total | $4,040.17 |
|-------|-----------|

11/9/21, 9:33 AM Case 21-30589-MBK    Doc 2965-1    Filed 09/01/22    Entered 09/01/22 12:47:14    Desc
Exhibit A-expense receipts    Page 3 of 105
eTicket Itinerary and Receipt for Confirmation BMTEDK

United Airlines, Inc. <Receipts@united.com>

Wed 10/27/2021 3:45 PM

To:Chris Tisi <ctisi@levinlaw.com>;

CAUTION: This email message is **EXTERNAL.**

United Airlines                                        Wed, Oct 27, 2021

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# BMTEDK

Flight 1 of 4 UA1767                                   Class: United Economy (V)

Tue, Nov 02, 2021                                      Tue, Nov 02, 2021

# 07:00 AM                                             08:42 AM

Jackson Hole, WY, US (JAC)                             Denver, CO, US (DEN)

Flight 2 of 4 UA5613                                   Class: United Economy (V)

Tue, Nov 02, 2021                                      Tue, Nov 02, 2021

# 10:00 AM                                             03:18 PM

Denver, CO, US (DEN)                                   Charlotte, NC, US (CLT)

Flight Operated by United Airlines.

Flight 3 of 4 UA5604                                   Class: United Economy (S)

Sat, Nov 06, 2021                                      Sat, Nov 06, 2021

# 08:15 AM                                             10:21 AM

Charlotte, NC, US (CLT)                                                                                   Denver, CO, US (DEN)

Flight Operated by United Airlines.

Flight 4 of 4 UA220                                              Class: United Economy (S)

Sat, Nov 06, 2021                                                                    Sat, Nov 06, 2021

## 11:45 AM                                                                          01:14 PM

Denver, CO, US (DEN)                                                     Jackson Hole, WY, US (JAC)

## Traveler Details

**TISI/CHRISTOPHERVMR**

eTicket number: **0162375650859**                              Seats: **JAC-DEN 08C**
Frequent Flyer: **UA-XXXXX374 Premier 1K®**                              **DEN-CLT 11B**
                                                                        **CLT-DEN 08C**
                                                                        **DEN-JAC 10D**

## Purchase Summary

Method of payment:                                                    **Visa ending in 5706**
Date of purchase:                                                     **Wed, Oct 27, 2021**

Airfare:                                                                   **452.10 USD**
U.S. Transportation Tax:                                                    **33.91 USD**
U.S. Flight Segment Tax:                                                    **17.20 USD**
September 11th Security Fee:                                                **11.20 USD**
U.S. Passenger Facility Charge:                                             **16.50 USD**

Total Per Passenger:                                                      **530.91 USD**

## Total:                                                             **530.91 USD**

### Carbon Footprint

Your estimated carbon footprint for this trip is **0.74441 tonnes of CO2.**

You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases. Learn more.

### Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.;NONREF/0VALUAFTDPT

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

### MileagePlus Accrual Details

| Christophervmr Tisi | | | | | |
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Tue, Nov 02, 2021 | 1767 | Jackson Hole, WY, US (JAC) to | 660 | 60 | 1 |

| | | Denver, CO, US (DEN) | | | |
|---|---|---|---|---|---|
| Tue, Nov 02, 2021 | 5613 | Denver, CO, US (DEN) to Charlotte, NC, US (CLT) | 2167 | 197 | 1 |
| Sat, Nov 06, 2021 | 5604 | Charlotte, NC, US (CLT) to Denver, CO, US (DEN) | 1650 | 150 | 1 |
| Sat, Nov 06, 2021 | 220 | Denver, CO, US (DEN) to Jackson Hole, WY, US (JAC) | 506 | 46 | 1 |
| MileagePlus accrual totals: | | | 4983 | 453 | 4 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Tue, Nov 02, 2021 Jackson Hole, WY, US (JAC) to Charlotte, NC, US (CLT) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |
| Sat, Nov 06, 2021 Charlotte, NC, US (CLT) to Jackson Hole, WY, US (JAC) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® 1K® membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the terms and conditions of the MileagePlus program
- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown
- Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.
- Our Premier Program changes January 1, 2020. If your itinerary includes travel with a scheduled departure in 2020, you may see our old Premier accrual metrics if 1) you booked prior to May 1, 2019 and are viewing an emailed receipt or 2) you booked prior to August 1, 2019 and are viewing a receipt online. The terms and conditions of Premier qualification can be found at united.com/qualify.

## eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met. **EXCEPTION**: When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville, Kona, Las Vegas, Los Angeles, Maui, Miami, New York (LGA), Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Pittsburgh, Raleigh/Durham, Reno, San Diego, San Francisco, San Juan, PR (60 minutes), Savannah, Seattle, St. Louis, St. Thomas, U.S. Virgin Islands (60 minutes), Tampa, Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes except where noted.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.
- For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.

- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, go to our Flight Status page.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules.
- Current policies and updates concerning Coronavirus (Covid 19) can be found at https://www.united.com/ual/en/us/fly/travel/notices.html .

## Data Protection Notice

Your personal data will be processed in accordance with the applicable carrier's privacy policy and if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred

## Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care form

## Hazardous materials

Federal law forbids the carriage of hazardous materials on board aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Common examples of hazardous materials/dangerous goods include spare or loose lithium batteries, fireworks, strike-anywhere matches, aerosols, pesticides, bleach and corrosive materials. Additional information can be found on:

united.com restricted items page
FAA website Pack Safe page
TSA website Prohibited Items page

## Refunds Within 24 Hours

When you book and ticket a reservation through united.com, the United mobile app, the United Customer Contact Center, at our ticket counters or city ticket offices, or if you use MileagePlus® miles to book an award ticket, we will allow you to cancel the ticketed reservation without penalty and receive a 100 percent refund of the ticket price to the original form of payment if you cancel the reservation within 24 hours of purchase and if the reservation is made one week or more prior to scheduled flight departure.

## Disinsection Notice

Certain countries require that the passenger cabins of aircraft be treated with insecticides. For additional information and a list of those countries, please visit the U.S. Department of Transportation's disinsection website.

## IMPORTANT CONSUMER NOTICES

**Changes/Cancellations** - Most tickets, other than Basic Economy tickets or those for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean, may be changed to a different itinerary, or cancelled and the value of the ticket retained so that it can be applied to a new ticket, without a change fee. Such change or cancellation must be made prior to the original ticketed travel date. Travelers making changes will be responsible for the fare difference if the new itinerary has a higher fare than the original ticketed itinerary or a credit for future travel on United if the new itinerary has a lower fare than the original ticketed itinerary. Unless a waiver applies, Basic Economy tickets may not be changed or cancelled and a change fee will apply for changes or cancellations made to tickets for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean. Policies concerning your ability to make reservation changes and cancellations and any fees associated with such changes can be found at Important travel notices | United Airlines.

**Notice of Baggage Liability Limitations** - For domestic travel between points within the United States (except for domestic portions of international journeys), United's liability for loss of, damage to, or delay in delivery of a customer's checked baggage is limited to $3,500 per ticketed customer unless a higher value is declared in advance and additional charges are paid (not applicable to wheelchairs or

other assistive devices). For such travel, United assumes no liability for high value, fragile, perishable, or otherwise excluded items; excess valuation may not be declared on certain types of valuable articles. Further information may be obtained from the carrier. For international travel governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability is approximately 640 USD per bag for checked baggage, and 400 USD per passenger for unchecked baggage. For international travel governed by the Montreal Convention (including the domestic portions of the trip), maximum liability is 1,288 SDRs per passenger for baggage, whether checked or unchecked. For baggage lost, delayed, or damaged in connection with domestic travel, United requires that customers provide preliminary notice within 24 hours after arrival of the flight on which the baggage was or was to be transported and submit a written claim within 45 days of the flight. For baggage damaged or delayed in connection with most international travel (including domestic portions of international journeys), the Montreal Convention and United require customers to provide carriers written notice as follows: (a) for damaged baggage, within seven days from the date of receipt of the damaged baggage; (b) for delayed baggage, within 21 days from the date the baggage should have been returned to the customer. Please refer to Rule 28 of United's Contract of Carriage for important information relating to baggage and other limitations of liability.

**Notice of Incorporated Terms** - Transportation is subject to the terms and conditions of United's Contract of Carriage, which are incorporated herein by reference. Incorporated terms may include, but are not limited to: 1. Limits on liability for personal injury or death of the customer, and for loss, damage, or delay of goods and baggage, including high value, fragile, perishable, or otherwise excluded items. 2. Claims restrictions, including time periods within which customers must file a claim or bring an action against the carrier. 3. Rights of the carrier to change terms of the contract. 4. Rules about reconfirmation of reservations, check-in times, and refusal to carry. 5. Rights of the carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of an alternate air carrier or aircraft, and rerouting. The full text of United's Contract of Carriage is available at united.com or you may request a copy at any United ticket counter. Passengers have the right, upon request at any location where United's tickets are sold within the United States, to receive free of charge by mail or other delivery service the full text of United's Contract of Carriage.

**Notice of Certain Terms** - If you have purchased a restricted ticket, depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to, the following may apply to your travel: (1) the ticket may not be refundable but can be exchanged for a fee for another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) select tickets may not be eligible for refunds or changes even for a fee; (4) select tickets have no residual value and cannot be applied towards the purchase of future travel; or (5) travel may be restricted to specific flights and/ or times and a minimum and/or maximum stay may be required. United reserves the right to refuse carriage to any person who has acquired a ticket in violation of any United tariffs, rules, or regulations, or in violation of any applicable national, federal, state, or local law, order, regulation, or ordinance. Notwithstanding the foregoing, you are entitled to a full refund if you cancel a ticket purchased at least a week prior to departure within 24 hours of purchase.

**Notice of Boarding Times** - For Domestic flights, customers must be at the boarding gate at least 15 minutes prior to scheduled departure. For International flights, customers must be at the boarding gate at least 30 minutes prior to scheduled departure. The time limits provided by United in this Notice are minimum time requirements. Customer and baggage processing times may differ from airport to airport. Please visit united.com for information regarding airport-specific boarding times. It is the customer's responsibility to arrive at the airport with enough time to complete check-in, baggage, and security screening processes within these minimum time limits. Please be sure to check flight information monitors for the correct boarding gate and the departure time of your flight. Failure to be at the boarding gate by the required time could result in the loss of your seat without compensation, regardless of whether you are already checked in or have a confirmed seat and boarding pass.

## ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY - Passengers
embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage

Additional protection can usually be obtained by purchasing insurance from a private company. Such

11/9/21, 9:33 AM
Case 21-30589-MBK    Doc 2965-1    Filed 09/01/22    Entered 09/01/22 12:47:14    Desc
Exhibit A-expense receipts    Page 8 of 105
Mail - tdisk@leviattfcbm.dtc

insurance is not affected by any limitation of the carrier's liability under an international treaty. For further information please consult your airline or insurance company representative.

**Notice - Overbooking of Flights** - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadlines, which are available upon request from the air carrier, persons, denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. *Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*

United is a proud member of Star Alliance

Copyright © 2021 United Airlines, Inc. All Rights Reserved

**E-mail Information**
**Please do not reply to this message using the "reply" address.**
The information contained in this email is intended for the original recipient only.

View our Privacy Policy          View our Legal Notices

# Uber

November 2, 2021

## Here's your receipt for your ride, Chris

We hope you enjoyed your ride this evening.

| Total | $35.92 |
|---|---|

| Trip fare | $35.92 |
|---|---|

| Subtotal | $35.92 |
|---|---|

Amount Charged

| VISA •••• 5706 | $35.92 |
|---|---|

Visit the trip page for more information, including invoices (where available)

You rode with Lakisha

UberX   9.46 miles | 14 min

4:03 PM | Level 2, Charlotte Douglas International Airport (CLT), Charlotte, NC 28208, US

4:17 PM | 108 N Church St, Charlotte, NC 28202, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.



**GRAND**
**BOHEMIAN**
**HOTEL**
**CHARLOTTE**

**MR Christopher Tisi**
**P.O. Box 1258**
**Wilson WY 84014**
**United States**

| | | |
|---|---|---|
| Room No. | : | 1107 |
| Arrival | : | 11-02-21 |
| Departure | : | 11-06-21 |
| Conf. No. | : | 3556878 |
| Folio No. | : | |
| MRW No. | : | XXXXX1642 |
| | | |
| Page No. | : | 1 of 2 |

| Date | Description | Charges | Credits |
|---|---|---:|---:|
| 11-02-21 | Room Charge | 260.00 | |
| 11-02-21 | Room Sales Tax | 18.85 | |
| 11-02-21 | Lodging Tax | 20.80 | |
| 11-03-21 | Room Service Dinner Food | 70.40 | |
| | *Room# 1107 : CHECK# 1223336* | | |
| 11-03-21 | Room Charge | 260.00 | |
| 11-03-21 | Room Sales Tax | 18.85 | |
| 11-03-21 | Lodging Tax | 20.80 | |
| 11-04-21 | Starbucks Breakfast Food | 21.73 | |
| | *Room# 1107 : CHECK# 1288191* | | |
| 11-04-21 | Starbucks Breakfast Food | 6.14 | |
| | *Room# 1107 : CHECK# 1288204* | | |
| 11-04-21 | Room Charge | 260.00 | |
| 11-04-21 | Room Sales Tax | 18.85 | |
| 11-04-21 | Lodging Tax | 20.80 | |
| 11-05-21 | Room Charge | 359.00 | |
| 11-05-21 | Room Sales Tax | 26.03 | |
| 11-05-21 | Lodging Tax | 28.72 | |

| | | |
|---|---:|---:|
| Total Charges: | 1,410.97 | |
| Total Credits: | | 0.00 |
| **Total Balance:** | | **1,410.97** |

**201 West Trade Street, Charlotte, NC 28202**



**GRAND
BOHEMIAN
HOTEL**
CHARLOTTE

**MR Christopher Tisi**
**P.O. Box 1258**
**Wilson WY 84014**
**United States**

| | | |
|---|---|---|
| Room No. | : | 1107 |
| Arrival | : | 11-02-21 |
| Departure | : | 11-06-21 |
| Conf. No. | : | 3556878 |
| Folio No. | : | |
| MRW No. | : | XXXXX1642 |
| | | |
| Page No. | : | 2 of 2 |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|

*On behalf of Paid Search Na, thank you for choosing the Grand Bohemian Hotel Charlotte.*

**201 West Trade Street, Charlotte, NC 28202**

# Uber

November 6, 2021

## Thanks for tipping, Chris

We hope you enjoyed your ride this evening.

| Total | $24.99 |
|---|---|

| Trip fare | $19.99 |
|---|---|

| Subtotal | $19.99 |
|---|---|
| Tip | $5.00 |

**Amount Charged**

VISA ···· 5706                                    $24.99

Visit the trip page for more information, including invoices (where available)

You rode with Laura

UberX   6.99 miles | 13 min

5:39 AM | 129 W Trade St, Charlotte, NC 28202, US

5:52 AM | Charlotte Douglas International Airport (CLT), Charlotte, NC 28208, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

# GRAND BOHEMIAN HOTEL
### CHARLOTTE

**MR Christopher Tisi**
**P.O. Box 1258**
**Wilson WY 84014**
**United States**

| | | |
|---|---|---|
| Room No. | : | 0919 |
| Arrival | : | 11-08-21 |
| Departure | : | 11-11-21 |
| Conf. No. | : | 3564559 |
| Folio No. | : | 52151 |
| MRW No. | : | XXXXX1642 |
| Page No. | : | 1 of 2 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 11-08-21 | Room Charge | 269.00 | |
| 11-08-21 | Room Sales Tax | 19.50 | |
| 11-08-21 | Lodging Tax | 21.52 | |
| 11-09-21 | Room Charge | 269.00 | |
| 11-09-21 | Room Sales Tax | 19.50 | |
| 11-09-21 | Lodging Tax | 21.52 | |
| 11-10-21 | Starbucks Breakfast Food | 14.41 | |
| | *Room# 0919 : CHECK# 1289658* | | |
| 11-10-21 | Room Charge | 296.00 | |
| 11-10-21 | Room Sales Tax | 21.46 | |
| 11-10-21 | Lodging Tax | 23.68 | |
| 11-11-21 | Visa Card | | 975.59 |
| | Total Charges: | 975.59 | |
| | Total Credits: | | 975.59 |
| | **Total Balance:** | | **0.00** |

*On behalf of Paid Search Nc, thank you for choosing the Grand Bohemian Hotel Charlotte.*

**201 West Trade Street, Charlotte, NC 28202**

# GRAND BOHEMIAN HOTEL
## CHARLOTTE

MR Christopher Tisi
P.O. Box 1258
Wilson WY 84014
United States

| | | |
|---|---|---|
| Room No. | : | 0919 |
| Arrival | : | 11-08-21 |
| Departure | : | 11-11-21 |
| Conf. No. | : | 3564559 |
| Folio No. | : | 52151 |
| MRW No. | : | XXXXX1642 |
| | | |
| Page No. | : | 2 of 2 |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|

Merchant ID:                                                    Credit Card # / Exp: XXXXXXXXXXXX5706    XX/XX
Transaction ID / Amount: 3583697        975.59        Capture Method :    Swiped
App. Code / Amount:        08632D        975.59

**201 West Trade Street, Charlotte, NC 28202**

# Uber

November 11, 2021

## Thanks for tipping, Chris

We hope you enjoyed your ride this evening.

| Total | $22.10 |
|---|---|

| | |
|---|---|
| Trip fare | $16.98 |
| | |
| Subtotal | $16.98 |
| Wait Time | $0.12 |
| Tip | $5.00 |

**Amount Charged**

VISA  •••• 5706                                                $22.10

Visit the trip page for more information, including invoices (where available)

You rode with Gregory

UberX    6.90 miles | 11 min

6:22 AM | W 4th St & S Church St, Charlotte, North Carolina 28202, US

6:33 AM | 5489 Josh Birmingham Pkwy, Charlotte, NC 28208, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

# eTicket Itinerary and Receipt for Confirmation JZVY6N

United Airlines, Inc. <Receipts@united.com>

Sat 11/13/2021 12:52 PM

Deleted Items

To: Chris Tisi <ctisi@levinlaw.com>;

```
┌────────────────────────────────────────────────────┐
│   CAUTION: This email message is EXTERNAL.          │
└────────────────────────────────────────────────────┘
```

United Airlines                           Sat, Nov 13, 2021

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our [Important notices page](#) for the latest updates

**Get ready for your trip:** [Visit the Travel-Ready Center](#), your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# JZVY6N

Flight 1 of 4 UA1767                           Class: United Economy (W)

Mon, Nov 15, 2021                          Mon, Nov 15, 2021

## 07:00 AM                           08:42 AM

Jackson Hole, WY, US (JAC)                   Denver, CO, US (DEN)

Flight 2 of 4 UA1729                           Class: United Economy (W)

Mon, Nov 15, 2021                          Mon, Nov 15, 2021

## 10:00 AM                           03:43 PM

Denver, CO, US (DEN)                    New York/Newark, NJ, US (EWR)

Flight 3 of 4 UA1177                           Class: United Economy (T)

Thu, Nov 18, 2021                          Thu, Nov 18, 2021

## 03:30 PM
New York/Newark, NJ, US (EWR)

## 05:57 PM
Denver, CO, US (DEN)

Flight 4 of 4 UA745                                      Class: United Economy (T)

Thu, Nov 18, 2021                                       Thu, Nov 18, 2021

## 07:05 PM
Denver, CO, US (DEN)

## 08:35 PM
Jackson Hole, WY, US (JAC)

### Traveler Details

### TISI/CHRISTOPHERVMR
eTicket number: **0162378678249**                       Seats: **JAC-DEN -----**
Frequent Flyer: **UA-XXXXX374 Premier 1K®**                    **DEN-EWR -----**
                                                              **EWR-DEN -----**
                                                              **DEN-JAC -----**

### Purchase Summary

Method of payment:                                      **Visa ending in 5706**
Date of purchase:                                       **Sat, Nov 13, 2021**

Airfare:                                                **383.26 USD**
U.S. Transportation Tax:                                **28.74 USD**
U.S. Flight Segment Tax:                                **17.20 USD**
September 11th Security Fee:                             **11.20 USD**
U.S. Passenger Facility Charge:                         **18.00 USD**

Total Per Passenger:                                    **458.40 USD**

## Total:                                               ## 458.40 USD

### Carbon Footprint

Your estimated carbon footprint for this trip is **0.54249 tonnes of CO2.**

You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases. Learn more.

### Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.;NONREF/0VALUAFTDPT

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

### MileagePlus Accrual Details

Christophervmr Tisi

| Date | Flight | From/To | Award Miles | PQP | PQF |
|---|---|---|---|---|---|
| Mon, Nov 15, 2021 | 1767 | Jackson Hole, WY, US (JAC) to Denver, CO, US (DEN) | 528 | 48 | 1 |
| Mon, Nov 15, 2021 | 1729 | Denver, CO, US (DEN) to New York/Newark, NJ, US (EWR) | 2079 | 189 | 1 |
| Thu, Nov 18, 2021 | 1177 | New York/Newark, NJ, US (EWR) to Denver, CO, US (DEN) | 1298 | 118 | 1 |
| Thu, Nov 18, 2021 | 745 | Denver, CO, US (DEN) to Jackson Hole, WY, US (JAC) | 330 | 30 | 1 |
| MileagePlus accrual totals: | | | 4235 | 385 | 4 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Mon, Nov 15, 2021 Jackson Hole, WY, US (JAC) to New York/Newark, NJ, US (EWR - Liberty) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |
| Thu, Nov 18, 2021 New York/Newark, NJ, US (EWR - Liberty) to Jackson Hole, WY, US (JAC) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® 1K® membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program
- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown
- Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.
- Our Premier Program changes January 1, 2020. If your itinerary includes travel with a scheduled departure in 2020, you may see our old Premier accrual metrics if 1) you booked prior to May 1, 2019 and are viewing an emailed receipt or 2) you booked prior to August 1, 2019 and are viewing a receipt online.  The terms and conditions of Premier qualification can be found at united.com/qualify.

## eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met. **EXCEPTION**: When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville, Kona, Las Vegas, Los Angeles, Maui, Miami, New York (LGA), Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Pittsburgh, Raleigh/Durham, Reno, San Diego, San Francisco, San Juan, PR (60 minutes), Savannah, Seattle, St. Louis, St. Thomas, U.S. Virgin Islands (60 minutes), Tampa, Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes except where noted.

- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.

- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.

- Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.

- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.

- For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.

- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.

- For the most current status of your reservation, go to our Flight Status page.

- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules.

- Current policies and updates concerning Coronavirus (Covid 19) can be found at https://www.united.com/ual/en/us/fly/travel/notices.html .

## Data Protection Notice

Your personal data will be processed in accordance with the applicable carrier's privacy policy and if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking, for example, how your personal data is collected, stored, used, disclosed and transferred

## Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care form

### Hazardous materials

Federal law forbids the carriage of hazardous materials on board aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Common examples of hazardous materials/dangerous goods include spare or loose lithium batteries, fireworks, strike-anywhere matches, aerosols, pesticides, bleach and corrosive materials. Additional information can be found on:

    united.com restricted items page
    FAA website Pack Safe page
    TSA website Prohibited Items page

### Refunds Within 24 Hours

When you book and ticket a reservation through united.com, the United mobile app, the United Customer Contact Center, at our ticket counters or city ticket offices, or if you use MileagePlus® miles to book an award ticket, we will allow you to cancel the ticketed reservation without penalty and receive a 100 percent refund of the ticket price to the original form of payment if you cancel the reservation within 24 hours of purchase and if the reservation is made one week or more prior to scheduled flight departure.

### Disinsection Notice

Certain countries require that the passenger cabins of aircraft be treated with insecticides. For additional information and a list of those countries, please visit the U.S. Department of Transportation's disinsection website.

### IMPORTANT CONSUMER NOTICES

**Changes/Cancellations** - Most tickets, other than Basic Economy tickets or those for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean, may be changed to a different itinerary, or cancelled and the

value of the ticket retained so that it can be applied to a new ticket, without a change fee. Such change or cancellation must be made prior to the original ticketed travel date. Travelers making changes will be responsible for the fare difference if the new itinerary has a higher fare than the original ticketed itinerary or a credit for future travel on United if the new itinerary has a lower fare than the original ticketed itinerary. Unless a waiver applies, Basic Economy tickets may not be changed or cancelled and a change fee will apply for changes or cancellations made to tickets for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean. Policies concerning your ability to make reservation changes and cancellations and any fees associated with such changes can be found at [Important travel notices | United Airlines.](#)

**Notice of Baggage Liability Limitations** - For domestic travel between points within the United States (except for domestic portions of international journeys), United's liability for loss of, damage to, or delay in delivery of a customer's checked baggage is limited to $3,500 per ticketed customer unless a higher value is declared in advance and additional charges are paid (not applicable to wheelchairs or other assistive devices). For such travel, United assumes no liability for high value, fragile, perishable, or otherwise excluded items; excess valuation may not be declared on certain types of valuable articles. Further information may be obtained from the carrier. For international travel governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability is approximately 640 USD per bag for checked baggage, and 400 USD per passenger for unchecked baggage. For international travel governed by the Montreal Convention (including the domestic portions of the trip), maximum liability is 1,288 SDRs per passenger for baggage, whether checked or unchecked. For baggage lost, delayed, or damaged in connection with domestic travel, United requires that customers provide preliminary notice within 24 hours after arrival of the flight on which the baggage was or was to be transported and submit a written claim within 45 days of the flight. For baggage damaged or delayed in connection with most international travel (including domestic portions of international journeys), the Montreal Convention and United require customers to provide carriers written notice as follows: (a) for damaged baggage, within seven days from the date of receipt of the damaged baggage; (b) for delayed baggage, within 21 days from the date the baggage should have been returned to the customer. Please refer to Rule 28 of United's Contract of Carriage for important information relating to baggage and other limitations of liability.

**Notice of Incorporated Terms** - Transportation is subject to the terms and conditions of United's Contract of Carriage, which are incorporated herein by reference. Incorporated terms may include, but are not limited to: 1. Limits on liability for personal injury or death of the customer, and for loss, damage, or delay of goods and baggage, including high value, fragile, perishable, or otherwise excluded items. 2. Claims restrictions, including time periods within which customers must file a claim or bring an action against the carrier. 3. Rights of the carrier to change terms of the contract. 4. Rules about reconfirmation of reservations, check-in times, and refusal to carry. 5. Rights of the carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of an alternate air carrier or aircraft, and rerouting. The full text of United's Contract of Carriage is available at united.com or you may request a copy at any United ticket counter. Passengers have the right, upon request at any location where United's tickets are sold within the United States, to receive free of charge by mail or other delivery service the full text of United's Contract of Carriage.

**Notice of Certain Terms** - If you have purchased a restricted ticket, depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to, the following may apply to your travel: (1) the ticket may not be refundable but can be exchanged for a fee for another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) select tickets may not be eligible for refunds or changes even for a fee; (4) select tickets have no residual value and cannot be applied towards the purchase of future travel; or (5) travel may be restricted to specific flights and/ or times and a minimum and/or maximum stay may be required. United reserves the right to refuse carriage to any person who has acquired a ticket in violation of any United tariffs, rules, or regulations, or in violation of any applicable national, federal, state, or local law, order, regulation, or ordinance. Notwithstanding the foregoing, you are entitled to a full refund if you cancel a ticket purchased at least a week prior to departure within 24 hours of purchase.

**Notice of Boarding Times** - For Domestic flights, customers must be at the boarding gate at least 15 minutes prior to scheduled departure. For International flights, customers must be at the boarding gate at least 30 minutes prior to scheduled departure. The time limits provided by United in this Notice are minimum time requirements. Customer and baggage processing times may differ from airport to airport. Please visit united.com for information regarding airport-specific boarding times. It is the customer's responsibility to arrive at the airport with enough time to complete check-in, baggage, and security screening processes within these minimum time

limits. Please be sure to check flight information monitors for the correct boarding gate and the departure time of your flight. Failure to be at the boarding gate by the required time could result in the loss of your seat without compensation, regardless of whether you are already checked in or have a confirmed seat and boarding pass.

**ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY** - Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage
Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carrier's liability under an international treaty. For further information please consult your airline or insurance company representative.

**Notice - Overbooking of Flights** - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadlines, which are available upon request from the air carrier, persons, denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. *Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*

United is a proud member of Star Alliance
Copyright © 2021 United Airlines, Inc. All Rights Reserved

**E-mail Information**
**Please do not reply to this message using the "reply" address.**
The information contained in this email is intended for the original recipient only.

View our Privacy Policy            View our Legal Notices



## TECK PAY

FOLLOW

[301 A PARK AVE](#)
[EAST ORANGE, NJ 07017](#)
[+1 973-414-6212](#)

| | |
|---|---|
| Processing Fee | $4.00 |
| Airport Pickup | $1.25 |
| Subsidy Teck | $1.25 |

| | |
|---|---|
| {'BENOIT BERLUS'} Fare | $98.00 |

| | |
|---|---|
| Subtotal | $104.50 |
| Total Taxes | $0.00 |
| Order total | $104.50 |

**Total paid**  $ **129** 00

November 15, 2021 4:51 pm
**Payment ID: DF6DDH5MJGY2A**
**Order ID: 7NRZCH4X0RX8P**
Order Employee: BENOIT BERLUS

**Payment**

| | | |
|---|---|---|
| VISA | VISA CREDIT 5706 | $129.00 |
| | Order amount | $104.50 |
| | Tip | $24.50 |
| | Cashier: BENOIT BERLUS | |

[Show Details](#)

Four Points New York Downtown
6 Platt St
New York, NY  10038
United States
Tel: 212-273-9388

**FOUR POINTS**
**BY SHERATON**

CHRIS TISI
PO BOX 1258
WILSON, WY, 83014-1258
United States Of America

| | | |
|---|---|---|
| Page Number | : | 1 |
| Guest Number | : | 352950 |
| Folio ID | : | A |
| No. Of Guest | : | 1 |
| Room Number | : | 1803 |
| Marriott Bonvoy Number : | | 1642 |
| Arrive Date | : | 15-NOV-21    17:04 |
| Depart Date | : | 18-NOV-21    13:31 |

FPbS NY Downto NYCDF  NOV-19-2021  15:01  ALYSSA

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 15-NOV-21 | RT1803 | Room Chrg - Weekend Retail/SFB | 120.00 | |
| 15-NOV-21 | RT1803 | State Tax | 10.65 | |
| 15-NOV-21 | RT1803 | City/Local Tax | 7.05 | |
| 15-NOV-21 | RT1803 | Occupancy/Tourism | 3.50 | |
| 16-NOV-21 | RT1803 | Room Chrg - Weekend Retail/SFB | 128.00 | |
| 16-NOV-21 | RT1803 | State Tax | 11.36 | |
| 16-NOV-21 | RT1803 | City/Local Tax | 7.52 | |
| 16-NOV-21 | RT1803 | Occupancy/Tourism | 3.50 | |
| 17-NOV-21 | RT1803 | Room Chrg - Weekend Retail/SFB | 137.00 | |
| 17-NOV-21 | RT1803 | State Tax | 12.16 | |
| 17-NOV-21 | RT1803 | City/Local Tax | 8.05 | |
| 17-NOV-21 | RT1803 | Occupancy/Tourism | 3.50 | |
| 18-NOV-21 | VI | Visa-5706 | | -452.29 |

Approve EMV Receipt for VI - 5706: Signature Captured
TC:2B0D9DC89E4437D1  IAD:06021203602002  TVR:0000008000
AID:A0000000031010  Application Label:CHASE VISA

| | | | |
|---|---|---|---|
| ** Total | | 452.29 | -452.29 |
| *** Balance | | 0.00 | |

Continued on the next page

Four Points New York Downtown
6 Platt St
New York, NY  10038
United States
Tel: 212-273-9388

FOUR
POINTS
BY SHERATON

CHRIS TISI
PO BOX 1258
WILSON, WY, 83014-1258
United States Of America

| | | |
|---|---|---|
| Page Number | : | 2 |
| Guest Number | : | 352950 |
| Folio ID | : | A |
| No. Of Guest | : | 1 |
| Room Number | : | 1803 |
| Marriott Bonvoy Number : | | 1642 |
| Arrive Date | : | 15-NOV-21    17:04 |
| Depart Date | : | 18-NOV-21    13:31 |

I agreed to pay all room & incidental charges.

Tell us about your stay. www.fourpoints.com/reviews

EXPENSE SUMMARY REPORT

Currency: USD

| Date | Room | RM Tax | Food/Bev | Telecom | Other | Total | Payment |
|---|---|---|---|---|---|---|---|
| 11-15-2021 | 0.00 | 0.00 | 0.00 | 0.00 | 141.20 | 141.20 | 0.00 |
| 11-16-2021 | 0.00 | 0.00 | 0.00 | 0.00 | 150.38 | 150.38 | 0.00 |
| 11-17-2021 | 0.00 | 0.00 | 0.00 | 0.00 | 160.71 | 160.71 | 0.00 |
| 11-18-2021 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -452.29 |
| | ------------ | ------------ | ------------ | ------------ | ------------ | ------------ | ------------ |
| Total | 0.00 | 0.00 | 0.00 | 0.00 | 452.29 | 452.29 | -452.29 |

| Name | Role | Date | Expense Details | Expense Cost |
|------|------|------|-----------------|--------------|
| Christopher Tisi, Esq. | Representative of TCC Member | 12/14/2021 | United flight to Newark | $227.20 |
| Christopher Tisi, Esq. | Representative of TCC Member | 12/15/2021 | Hotel stay | $194.86 |
| Christopher Tisi, Esq. | Representative of TCC Member | 12/17/2021 | United flight from Newark | $173.40 |
| Christopher Tisi, Esq. | Representative of TCC Member | 12/16/2021 | CourtSolutions | $50.00 |

| Total | $645.46 |
|-------|---------|

# Fwd: CourtSolutions LLC Transaction Invoice

## Chris Tisi

Mon 11/22/2021 10:52 AM

Sent Items

To: Jeffery Wright <jwright@levinlaw.com>;

Sent from my iPhone

Begin forwarded message:

**From:** NoReply@court-solutions.com
**Date:** November 22, 2021 at 10:40:44 AM MST
**To:** Chris Tisi <ctisi@levinlaw.com>
**Cc:** Chris Tisi <ctisi@levinlaw.com>
**Subject: CourtSolutions LLC Transaction Invoice**

---

> **CAUTION:** This email message is **EXTERNAL.**



## CourtSolutions Receipt

Case Name: LTL Management LLC.
Case Number: 21-30589
Judge: Michael Kaplan
Date and Time of Hearing: 11/22/2021 1:00 PM EST

**Billing Information**
Christopher Tisi
Levin Papantonio Rafferty
316 South Baylen Street, Suite 600, Pensacola, FL 32502, United States
ctisi@levinlaw.com

**Total: 50.00**
**CC Number: XXXX4456**

## Thank you for using CourtSolutions!

Please note that you can join and rejoin this call with this judge multiple times today and will
not incur any additional charges as long as you reuse this same reservation. The reservation
works the entire calendar day. If the hearing is continued to another day, you need to make
a new reservation and will be subject to a new fee.

Date/Time: 11/22/2021 12:39:31 PM



COURTSOLUTIONS LLC
P: 917 746 7476
www.court-solutions.com

**United Airlines, Inc. <Receipts@united.com>**

Wed 12/8/2021 1:56 PM

To: Chris Tisi <ctisi@levinlaw.com>;

<div style="text-align:center; border:1px solid #600;">CAUTION: This email message is <strong>EXTERNAL.</strong></div>

United Airlines                               Wed, Dec 08, 2021

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our <u>Important notices page</u> for the latest updates

**Get ready for your trip:** <u>Visit the Travel-Ready Center</u>, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# PWJ259

| Flight 1 of 2 UA1112 | Class: United Economy (S) |
|---|---|
| Tue, Dec 14, 2021 | Tue, Dec 14, 2021 |
| **07:00 AM** | **08:42 AM** |
| Jackson Hole, WY, US (JAC) | Denver, CO, US (DEN) |

| Flight 2 of 2 UA1729 | Class: United Economy (S) |
|---|---|
| Tue, Dec 14, 2021 | Tue, Dec 14, 2021 |
| **10:00 AM** | **03:43 PM** |
| Denver, CO, US (DEN) | New York/Newark, NJ, US (EWR) |

Traveler Details

**TISI/CHRISTOPHERVMR**
eTicket number: **0162382597385**       Seats: **JAC-DEN -----**

## Purchase Summary

| | |
|---|---|
| Method of payment: | **Visa ending in 5706** |
| Date of purchase: | **Wed, Dec 08, 2021** |

| | |
|---|---|
| Airfare: | **189.77 USD** |
| U.S. Transportation Tax: | **14.23 USD** |
| U.S. Flight Segment Tax: | **8.60 USD** |
| September 11th Security Fee: | **5.60 USD** |
| U.S. Passenger Facility Charge: | **9.00 USD** |

| | |
|---|---|
| Total Per Passenger: | **227.20 USD** |

| | |
|---|---|
| **Total:** | **227.20 USD** |

### Carbon Footprint

Your estimated carbon footprint for this trip is **0.24835 tonnes of CO2.**

You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases. Learn more.

### Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.;NONREF/0VALUAFTDPT

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

### MileagePlus Accrual Details

| Christophervmr Tisi | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Tue, Dec 14, 2021 | 1112 | Jackson Hole, WY, US (JAC) to Denver, CO, US (DEN) | 429 | 39 | 1 |
| Tue, Dec 14, 2021 | 1729 | Denver, CO, US (DEN) to New York/Newark, NJ, US (EWR) | 1672 | 152 | 1 |
| MileagePlus accrual totals: | | | 2101 | 191 | 2 |

### Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Tue, Dec 14, 2021 Jackson Hole, WY, US (JAC) to New York/Newark, NJ, US (EWR - Liberty) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® 1K® membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program

- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual

- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown

- Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

- Our Premier Program changes January 1, 2020. If your itinerary includes travel with a scheduled departure in 2020, you may see our old Premier accrual metrics if 1) you booked prior to May 1, 2019 and are viewing an emailed receipt or 2) you booked prior to August 1, 2019 and are viewing a receipt online.  The terms and conditions of Premier qualification can be found at united.com/qualify.

## eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met. **EXCEPTION:** When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville, Kona, Las Vegas, Los Angeles, Maui, Miami, New York (LGA), Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Pittsburgh, Raleigh/Durham, Reno, San Diego, San Francisco, San Juan, PR (60 minutes), Savannah, Seattle, St. Louis, St. Thomas, U.S. Virgin Islands (60 minutes), Tampa, Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes except where noted.

- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.

- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.

- Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.

- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.

- For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.

- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.

- For the most current status of your reservation, go to our Flight Status page.

- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules.

- Current policies and updates concerning Coronavirus (Covid 19) can be found at https://www.united.com/ual/en/us/fly/travel/notices.html .

## Data Protection Notice

Your personal data will be processed in accordance with the applicable carrier's privacy policy and if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred

## Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care form

## Hazardous materials

Federal law forbids the carriage of hazardous materials on board aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Common examples of hazardous

materials/dangerous goods include spare or loose lithium batteries, fireworks, strike-anywhere matches, aerosols, pesticides, bleach and corrosive materials. Additional information can be found on:

- united.com restricted items page
- FAA website Pack Safe page
- TSA website Prohibited Items page

## Refunds Within 24 Hours

When you book and ticket a reservation through united.com, the United mobile app, the United Customer Contact Center, at our ticket counters or city ticket offices, or if you use MileagePlus® miles to book an award ticket, we will allow you to cancel the ticketed reservation without penalty and receive a 100 percent refund of the ticket price to the original form of payment if you cancel the reservation within 24 hours of purchase and if the reservation is made one week or more prior to scheduled flight departure.

## Disinsection Notice

Certain countries require that the passenger cabins of aircraft be treated with insecticides. For additional information and a list of those countries, please visit the U.S. Department of Transportation's disinsection website.

## IMPORTANT CONSUMER NOTICES

**Changes/Cancellations -** Most tickets, other than Basic Economy tickets or those for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean, may be changed to a different itinerary, or cancelled and the value of the ticket retained so that it can be applied to a new ticket, without a change fee. Such change or cancellation must be made prior to the original ticketed travel date. Travelers making changes will be responsible for the fare difference if the new itinerary has a higher fare than the original ticketed itinerary or a credit for future travel on United if the new itinerary has a lower fare than the original ticketed itinerary. Unless a waiver applies, Basic Economy tickets may not be changed or cancelled and a change fee will apply for changes or cancellations made to tickets for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean. Policies concerning your ability to make reservation changes and cancellations and any fees associated with such changes can be found at Important travel notices | United Airlines.

**Notice of Baggage Liability Limitations -** For domestic travel between points within the United States (except for domestic portions of international journeys), United's liability for loss of, damage to, or delay in delivery of a customer's checked baggage is limited to $3,500 per ticketed customer unless a higher value is declared in advance and additional charges are paid (not applicable to wheelchairs or other assistive devices). For such travel, United assumes no liability for high value, fragile, perishable, or otherwise excluded items; excess valuation may not be declared on certain types of valuable articles. Further information may be obtained from the carrier. For international travel governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability is approximately 640 USD per bag for checked baggage, and 400 USD per passenger for unchecked baggage. For international travel governed by the Montreal Convention (including the domestic portions of the trip), maximum liability is 1,288 SDRs per passenger for baggage, whether checked or unchecked. For baggage lost, delayed, or damaged in connection with domestic travel, United requires that customers provide preliminary notice within 24 hours after arrival of the flight on which the baggage was or was to be transported and submit a written claim within 45 days of the flight. For baggage damaged or delayed in connection with most international travel (including domestic portions of international journeys), the Montreal Convention and United require customers to provide carriers written notice as follows: (a) for damaged baggage, within seven days from the date of receipt of the damaged baggage; (b) for delayed baggage, within 21 days from the date the baggage should have been returned to the customer. Please refer to Rule 28 of United's Contract of Carriage for important information relating to baggage and other limitations of liability.

**Notice of Incorporated Terms -** Transportation is subject to the terms and conditions of United's Contract of Carriage, which are incorporated herein by reference. Incorporated terms may include, but are not limited to: 1. Limits on liability for personal injury or death of the customer, and for loss, damage, or delay of goods and baggage, including high value, fragile, perishable, or otherwise excluded items. 2. Claims restrictions, including time periods within which customers must file a claim or bring an action against the carrier. 3. Rights of the carrier to change terms of the contract. 4. Rules about reconfirmation of reservations, check-in times, and refusal to carry.

Case 21-30589-MBK    Doc 2965-1    Filed 09/01/22    Entered 09/01/22 12:47:14    Desc
Exhibit A-expense receipts    Page 32 of 105

5. Rights of the carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of an alternate air carrier or aircraft, and rerouting. The full text of United's Contract of Carriage is available at united.com or you may request a copy at any United ticket counter. Passengers have the right, upon request at any location where United's tickets are sold within the United States, to receive free of charge by mail or other delivery service the full text of United's Contract of Carriage.

**Notice of Certain Terms** - If you have purchased a restricted ticket, depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to, the following may apply to your travel: (1) the ticket may not be refundable but can be exchanged for a fee for another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) select tickets may not be eligible for refunds or changes even for a fee; (4) select tickets have no residual value and cannot be applied towards the purchase of future travel; or (5) travel may be restricted to specific flights and/ or times and a minimum and/or maximum stay may be required. United reserves the right to refuse carriage to any person who has acquired a ticket in violation of any United tariffs, rules, or regulations, or in violation of any applicable national, federal, state, or local law, order, regulation, or ordinance. Notwithstanding the foregoing, you are entitled to a full refund if you cancel a ticket purchased at least a week prior to departure within 24 hours of purchase.

**Notice of Boarding Times** - For Domestic flights, customers must be at the boarding gate at least 15 minutes prior to scheduled departure. For International flights, customers must be at the boarding gate at least 30 minutes prior to scheduled departure. The time limits provided by United in this Notice are minimum time requirements. Customer and baggage processing times may differ from airport to airport. Please visit united.com for information regarding airport-specific boarding times. It is the customer's responsibility to arrive at the airport with enough time to complete check-in, baggage, and security screening processes within these minimum time limits. Please be sure to check flight information monitors for the correct boarding gate and the departure time of your flight. Failure to be at the boarding gate by the required time could result in the loss of your seat without compensation, regardless of whether you are already checked in or have a confirmed seat and boarding pass.

## ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY - Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage

Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carrier's liability under an international treaty. For further information please consult your airline or insurance company representative.

## Notice - Overbooking of Flights - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadlines, which are available upon request from the air carrier, persons, denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. *Some airlines do not apply these consumer protections to travel from some foreign countries,*

*although other consumer protections may be available. Check with your airline or your travel agent.*


United is a proud member of Star Alliance

Copyright © 2021 United Airlines, Inc. All Rights Reserved

**E-mail Information**
**Please do not reply to this message using the "reply" address.**
The information contained in this email is intended for the original recipient only.

View our Privacy Policy                    View our Legal Notices



PRINCETON MARRIOTT FORRESTAL                              GUEST FOLIO

| 3506 | TISI/CHRIS | 170.00 | 12/15/21 | | DUPLICATEL 10:14 | 44174 |
| ROOM | NAME | RATE | DEPART | TIME | | ACCT# |
| EK | PO BOX 1258 | | 12/14/21 | | | |
| TYPE | WILSON      NWY | | ARRIVE | TIME | | |
| | 83014-1258 | | | | | |
| ROOM | | VSXXXXXXXXXXXXX5706 | | | MB#: | 189181642 |
| CLERK | ADDRESS | PAYMENT | | | | |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|------|------------|--|---------|---------|--------------|
| 12/14 | TELECOM | FREEHSIA | .00 | | |
| 12/14 | TR ROOM | 3506, 1 | 170.00 | | |
| 12/14 | ROOM TAX | 3506, 1 | 11.26 | | |
| 12/14 | OCC TAX | 3506, 1 | 8.50 | | |
| 12/14 | MUNI TX | 3506, 1 | 5.10 | | |
| 12/15 | CCARD-VS | | | 194.86 | |
| | VSXXXXXXXXXXXXX5706 | | | | .00 |



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

12/27/21, 10:23 AM Case 21-30589-MBK    Doc 2965-1    Filed 09/01/22    Entered 09/01/22 12:47:14    Desc
Mail - ... @levinlaw.com
Exhibit A-expense receipts    Page 35 of 105

eTicket Itinerary and Receipt for Confirmation PWP118

United Airlines, Inc. <Receipts@united.com>

Wed 12/8/2021 2:01 PM

To: Chris Tisi <ctisi@levinlaw.com>;

| CAUTION: This email message is **EXTERNAL**. |
| --- |

United Airlines                                                                                          Wed, Dec 08, 2021

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# PWP118

Flight 1 of 1 UA4456                                                            Class: United Economy (V)

Fri, Dec 17, 2021                                                                         Fri, Dec 17, 2021

# 11:29 AM                                                                            12:48 PM

New York/Newark, NJ, US (EWR)                                                      Burlington, VT, US (BTV)

Flight Operated by GoJet Airlines dba United Express.

### Traveler Details

TISI/CHRISTOPHERVMR

eTicket number: **0162382598269**                                      Seats: **EWR-BTV -----**
Frequent Flyer: **UA-XXXXX374 Premier 1K®**

### Purchase Summary

Method of payment:                                                        **Visa ending in 5706**

| Date of purchase: | **Wed, Dec 08, 2021** |
|---|---|

| | |
|---|---|
| Airfare: | **147.91 USD** |
| U.S. Transportation Tax: | **11.09 USD** |
| U.S. Flight Segment Tax: | **4.30 USD** |
| September 11th Security Fee: | **5.60 USD** |
| U.S. Passenger Facility Charge: | **4.50 USD** |

| Total Per Passenger: | **173.40 USD** |
|---|---|

| **Total:** | **173.40 USD** |
|---|---|

## Carbon Footprint

Your estimated carbon footprint for this trip is **0.10698 tonnes of CO2.**

You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases. Learn more.

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.;NONREF/0VALUAFTDPT

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## MileagePlus Accrual Details

| Christophervmr Tisi | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Fri, Dec 17, 2021 | 4456 | New York/Newark, NJ, US (EWR) to Burlington, VT, US (BTV) | 1628 | 148 | 1 |
| MileagePlus accrual totals: | | | 1628 | 148 | 1 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Fri, Dec 17, 2021 New York/Newark, NJ, US (EWR - Liberty) to Burlington, VT, US (BTV) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® 1K® membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program
- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown
- Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

- Our Premier Program changes January 1, 2020. If your itinerary includes travel with a scheduled departure in 2020, you may see our old Premier accrual metrics if 1) you booked prior to May 1, 2019 and are viewing an emailed receipt or 2) you booked prior to August 1, 2019 and are viewing a receipt online.  The terms and conditions of Premier qualification can be found at united.com/qualify.

## eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met. **EXCEPTION**: When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville, Kona, Las Vegas, Los Angeles, Maui, Miami, New York (LGA), Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Pittsburgh, Raleigh/Durham, Reno, San Diego, San Francisco, San Juan, PR (60 minutes), Savannah, Seattle, St. Louis, St. Thomas, U.S. Virgin Islands (60 minutes), Tampa, Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes except where noted.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.
- For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, go to our Flight Status page.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules.
- Current policies and updates concerning Coronavirus (Covid 19) can be found at https://www.united.com/ual/en/us/fly/travel/notices.html .

## Data Protection Notice

Your personal data will be processed in accordance with the applicable carrier's privacy policy and if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred

## Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care form

## Hazardous materials

Federal law forbids the carriage of hazardous materials on board aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Common examples of hazardous materials/dangerous goods include spare or loose lithium batteries, fireworks, strike-anywhere matches, aerosols, pesticides, bleach and corrosive materials. Additional information can be found on:

united.com restricted items page
FAA website Pack Safe page
TSA website Prohibited Items page

## Refunds Within 24 Hours

When you book and ticket a reservation through united.com, the United mobile app, the United Customer Contact Center, at our ticket counters or city ticket offices, or if you use MileagePlus® miles to book an award ticket, we will allow you to cancel the ticketed reservation without penalty and receive a 100 percent refund of the ticket price to the original form of payment if you cancel the reservation within 24 hours of purchase and if the reservation is made one week or more prior to scheduled flight departure.

## Disinsection Notice

Certain countries require that the passenger cabins of aircraft be treated with insecticides. For additional information and a list of those countries, please visit the U.S. Department of Transportation's disinsection website.

## IMPORTANT CONSUMER NOTICES

**Changes/Cancellations** - Most tickets, other than Basic Economy tickets or those for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean, may be changed to a different itinerary, or cancelled and the value of the ticket retained so that it can be applied to a new ticket, without a change fee. Such change or cancellation must be made prior to the original ticketed travel date. Travelers making changes will be responsible for the fare difference if the new itinerary has a higher fare than the original ticketed itinerary or a credit for future travel on United if the new itinerary has a lower fare than the original ticketed itinerary. Unless a waiver applies, Basic Economy tickets may not be changed or cancelled and a change fee will apply for changes or cancellations made to tickets for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean. Policies concerning your ability to make reservation changes and cancellations and any fees associated with such changes can be found at Important travel notices | United Airlines.

**Notice of Baggage Liability Limitations** - For domestic travel between points within the United States (except for domestic portions of international journeys), United's liability for loss of, damage to, or delay in delivery of a customer's checked baggage is limited to $3,500 per ticketed customer unless a higher value is declared in advance and additional charges are paid (not applicable to wheelchairs or other assistive devices). For such travel, United assumes no liability for high value, fragile, perishable, or otherwise excluded items; excess valuation may not be declared on certain types of valuable articles. Further information may be obtained from the carrier. For international travel governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability is approximately 640 USD per bag for checked baggage, and 400 USD per passenger for unchecked baggage. For international travel governed by the Montreal Convention (including the domestic portions of the trip), maximum liability is 1,288 SDRs per passenger for baggage, whether checked or unchecked. For baggage lost, delayed, or damaged in connection with domestic travel, United requires that customers provide preliminary notice within 24 hours after arrival of the flight on which the baggage was or was to be transported and submit a written claim within 45 days of the flight. For baggage damaged or delayed in connection with most international travel (including domestic portions of international journeys), the Montreal Convention and United require customers to provide carriers written notice as follows: (a) for damaged baggage, within seven days from the date of receipt of the damaged baggage; (b) for delayed baggage, within 21 days from the date the baggage should have been returned to the customer. Please refer to Rule 28 of United's Contract of Carriage for important information relating to baggage and other limitations of liability.

**Notice of Incorporated Terms** - Transportation is subject to the terms and conditions of United's Contract of Carriage, which are incorporated herein by reference. Incorporated terms may include, but are not limited to: 1. Limits on liability for personal injury or death of the customer, and for loss, damage, or delay of goods and baggage, including high value, fragile, perishable, or otherwise excluded items. 2. Claims restrictions, including time periods within which customers must file a claim or bring an action against the carrier. 3. Rights of the carrier to change terms of the contract. 4. Rules about reconfirmation of reservations, check-in times, and refusal to carry. 5. Rights of the carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of an alternate air carrier or aircraft, and rerouting. The full text of United's Contract of Carriage is available at united.com or you may request a copy at any United ticket counter. Passengers have the right, upon request at any location where United's tickets are sold within the United States, to receive free of charge by mail or other delivery service the full text of United's Contract of Carriage.

**Notice of Certain Terms** - If you have purchased a restricted ticket, depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to, the following may apply to your travel: (1) the ticket may not be refundable but can be exchanged for a fee for another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any

difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) select tickets may not be eligible for refunds or changes even for a fee; (4) select tickets have no residual value and cannot be applied towards the purchase of future travel; or (5) travel may be restricted to specific flights and/ or times and a minimum and/or maximum stay may be required. United reserves the right to refuse carriage to any person who has acquired a ticket in violation of any United tariffs, rules, or regulations, or in violation of any applicable national, federal, state, or local law, order, regulation, or ordinance. Notwithstanding the foregoing, you are entitled to a full refund if you cancel a ticket purchased at least a week prior to departure within 24 hours of purchase.

**Notice of Boarding Times** - For Domestic flights, customers must be at the boarding gate at least 15 minutes prior to scheduled departure. For International flights, customers must be at the boarding gate at least 30 minutes prior to scheduled departure. The time limits provided by United in this Notice are minimum time requirements. Customer and baggage processing times may differ from airport to airport. Please visit united.com for information regarding airport-specific boarding times. It is the customer's responsibility to arrive at the airport with enough time to complete check-in, baggage, and security screening processes within these minimum time limits. Please be sure to check flight information monitors for the correct boarding gate and the departure time of your flight. Failure to be at the boarding gate by the required time could result in the loss of your seat without compensation, regardless of whether you are already checked in or have a confirmed seat and boarding pass.

**ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY** - Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage
Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carrier's liability under an international treaty. For further information please consult your airline or insurance company representative.

**Notice - Overbooking of Flights** - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadlines, which are available upon request from the air carrier, persons, denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. *Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*

United is a proud member of Star Alliance
Copyright © 2021 United Airlines, Inc. All Rights Reserved

**E-mail Information**

**Please do not reply to this message using the "reply" address.**

The information contained in this email is intended for the original recipient only.

View our Privacy Policy          View our Legal Notices

| Name | Role | Date | Expense Details | Expense Cost |
|------|------|------|-----------------|--------------|
| Christopher Tisi, Esq. | Representative of TCC Member | 1/11/2022 to 1/13/2022 | Flight to New York then Flight home | $659.20 |
| Christopher Tisi, Esq. | Representative of TCC Member | 1/11/2022 to 1/13/2022 | Hotel | $252.45 |
| Christopher Tisi, Esq. | Representative of TCC Member | 1/11/2022 to 1/13/2022 | Parking | $51.00 |
| Christopher Tisi, Esq. | Representative of TCC Member | 1/13/2022 | Transportation to Hotel | $58.16 |
| Christopher Tisi, Esq. | Representative of TCC Member | 1/11/2022 | Transportation to Hotel | $60.50 |

| | |
|------|------|
| Total | $1,081.31 |

1/10/22, 3:35 PM Case 21-30589-MBK Doc 2965-1 Filed 09/01/22 9/01/22, 9:47 AM Entered 09/01/22 12:47:14 Desc
eTicket Itinerary and Receipt for Confirmation H3HKBP
Exhibit A-expense receipts Page 42 of 105

United Airlines, Inc. <Receipts@united.com>

Mon 1/10/2022 1:34 PM

To: Chris Tisi <ctisi@levinlaw.com>;

| CAUTION: This email message is EXTERNAL. |
| --- |

United Airlines                                                    Mon, Jan 10, 2022

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# H3HKBP

Flight 1 of 4 UA1929                                              Class: United Economy (W)

Tue, Jan 11, 2022                                                  Tue, Jan 11, 2022

# 07:00 AM                                                        08:45 AM

Jackson Hole, WY, US (JAC)                                        Denver, CO, US (DEN)

Flight 2 of 4 UA423                                              Class: United Economy (W)

Tue, Jan 11, 2022                                                  Tue, Jan 11, 2022

# 09:50 AM                                                        03:31 PM

Denver, CO, US (DEN)                                              New York, NY, US (LGA)

Flight 3 of 4 UA2624                                            Class: United Economy (W)

Fri, Jan 14, 2022                                                  Fri, Jan 14, 2022

## 07:55 AM
New York, NY, US (LGA)

## 10:29 AM
Denver, CO, US (DEN)

Flight 4 of 4 UA296                                    Class: United Economy (W)

Fri, Jan 14, 2022                                       Fri, Jan 14, 2022

## 11:25 AM
Denver, CO, US (DEN)

## 12:59 PM
Jackson Hole, WY, US (JAC)

## Traveler Details

**TISI/CHRISTOPHERV**
eTicket number: **0162387777869**                Seats: **JAC-DEN 20F**
Frequent Flyer: **UA-XXXXX374 Premier 1K®**              **DEN-LGA 20F**
                                                        **LGA-DEN 10C**
                                                        **DEN-JAC 20B**

## Purchase Summary

Method of payment:                                **Visa ending in 5706**
Date of purchase:                                 **Mon, Jan 10, 2022**

Airfare:                                                **569.30 USD**
U.S. Transportation Tax:                                  **42.70 USD**
U.S. Flight Segment Tax:                                  **18.00 USD**
September 11th Security Fee:                              **11.20 USD**
U.S. Passenger Facility Charge:                          **18.00 USD**

Total Per Passenger:                                    **659.20 USD**

## Total:                                          **659.20 USD**

### Carbon Footprint

Your estimated carbon footprint for this trip is **0.65709 tonnes of CO2.**

You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases. Learn more.

### Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

### MileagePlus Accrual Details

Christopherv Tisi

| Date | Flight | From/To | Award Miles | PQP | PQF |
|------|--------|---------|-------------|-----|-----|
| Tue, Jan 11, 2022 | 1929 | Jackson Hole, WY, US (JAC) to Denver, CO, US (DEN) | 638 | 58 | 1 |
| Tue, Jan 11, 2022 | 423 | Denver, CO, US (DEN) to New York, NY, US (LGA) | 2508 | 228 | 1 |
| Fri, Jan 14, 2022 | 2624 | New York, NY, US (LGA) to Denver, CO, US (DEN) | 2508 | 228 | 1 |
| Fri, Jan 14, 2022 | 296 | Denver, CO, US (DEN) to Jackson Hole, WY, US (JAC) | 638 | 58 | 1 |
| MileagePlus accrual totals: | | | 6292 | 572 | 4 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Tue, Jan 11, 2022 Jackson Hole, WY, US (JAC) to New York, NY, US (LGA - LaGuardia) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |
| Fri, Jan 14, 2022 New York, NY, US (LGA - LaGuardia) to Jackson Hole, WY, US (JAC) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® 1K® membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program
- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown
- Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.
- Our Premier Program changes January 1, 2020. If your itinerary includes travel with a scheduled departure in 2020, you may see our old Premier accrual metrics if 1) you booked prior to May 1, 2019 and are viewing an emailed receipt or 2) you booked prior to August 1, 2019 and are viewing a receipt online.  The terms and conditions of Premier qualification can be found at united.com/qualify.

## eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met. **EXCEPTION**: When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville, Kona, Las Vegas, Los Angeles, Maui, Miami, New York (LGA), Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Pittsburgh, Raleigh/Durham, Reno, Salt Lake City, San Diego, San Francisco, San Juan, PR (60 minutes), Savannah, Seattle, St. Louis, St. Thomas, U.S. Virgin Islands (60 minutes), Tampa, Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes except where noted.

- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.

- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.

- Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.

- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.

- For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.

- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.

- For the most current status of your reservation, go to our Flight Status page.

- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules.

- Current policies and updates concerning Coronavirus (Covid 19) can be found at https://www.united.com/ual/en/us/fly/travel/notices.html .

## Data Protection Notice

Your personal data will be processed in accordance with the applicable carrier's privacy policy and if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred

## Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care form

### Hazardous materials

Federal law forbids the carriage of hazardous materials on board aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Common examples of hazardous materials/dangerous goods include spare or loose lithium batteries, fireworks, strike-anywhere matches, aerosols, pesticides, bleach and corrosive materials. Additional information can be found on:

    united.com restricted items page
    FAA website Pack Safe page
    TSA website Prohibited Items page

### Refunds Within 24 Hours

When you book and ticket a reservation through united.com, the United mobile app, the United Customer Contact Center, at our ticket counters or city ticket offices, or if you use MileagePlus® miles to book an award ticket, we will allow you to cancel the ticketed reservation without penalty and receive a 100 percent refund of the ticket price to the original form of payment if you cancel the reservation within 24 hours of purchase and if the reservation is made one week or more prior to scheduled flight departure.

### Disinsection Notice

Certain countries require that the passenger cabins of aircraft be treated with insecticides. For additional information and a list of those countries, please visit the U.S. Department of Transportation's disinsection website.

### IMPORTANT CONSUMER NOTICES

**Changes/Cancellations** - Most tickets, other than Basic Economy tickets or those for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean, may be changed to a different itinerary, or cancelled and the

value of the ticket retained so that it can be applied to a new ticket, without a change fee. Such change or cancellation must be made prior to the original ticketed travel date. Travelers making changes will be responsible for the fare difference if the new itinerary has a higher fare than the original ticketed itinerary or a credit for future travel on United if the new itinerary has a lower fare than the original ticketed itinerary. Unless a waiver applies, Basic Economy tickets may not be changed or cancelled and a change fee will apply for changes or cancellations made to tickets for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean. Policies concerning your ability to make reservation changes and cancellations and any fees associated with such changes can be found at [Important travel notices | United Airlines.](#)

**Notice of Baggage Liability Limitations** - For domestic travel between points within the United States (except for domestic portions of international journeys), United's liability for loss of, damage to, or delay in delivery of a customer's checked baggage is limited to $3,500 per ticketed customer unless a higher value is declared in advance and additional charges are paid (not applicable to wheelchairs or other assistive devices). For such travel, United assumes no liability for high value, fragile, perishable, or otherwise excluded items; excess valuation may not be declared on certain types of valuable articles. Further information may be obtained from the carrier. For international travel governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability is approximately 640 USD per bag for checked baggage, and 400 USD per passenger for unchecked baggage. For international travel governed by the Montreal Convention (including the domestic portions of the trip), maximum liability is 1,288 SDRs per passenger for baggage, whether checked or unchecked. For baggage lost, delayed, or damaged in connection with domestic travel, United requires that customers provide preliminary notice within 24 hours after arrival of the flight on which the baggage was or was to be transported and submit a written claim within 45 days of the flight. For baggage damaged or delayed in connection with most international travel (including domestic portions of international journeys), the Montreal Convention and United require customers to provide carriers written notice as follows: (a) for damaged baggage, within seven days from the date of receipt of the damaged baggage; (b) for delayed baggage, within 21 days from the date the baggage should have been returned to the customer. Please refer to Rule 28 of United's Contract of Carriage for important information relating to baggage and other limitations of liability.

**Notice of Incorporated Terms** - Transportation is subject to the terms and conditions of United's Contract of Carriage, which are incorporated herein by reference. Incorporated terms may include, but are not limited to: 1. Limits on liability for personal injury or death of the customer, and for loss, damage, or delay of goods and baggage, including high value, fragile, perishable, or otherwise excluded items. 2. Claims restrictions, including time periods within which customers must file a claim or bring an action against the carrier. 3. Rights of the carrier to change terms of the contract. 4. Rules about reconfirmation of reservations, check-in times, and refusal to carry. 5. Rights of the carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of an alternate air carrier or aircraft, and rerouting. The full text of United's Contract of Carriage is available at united.com or you may request a copy at any United ticket counter. Passengers have the right, upon request at any location where United's tickets are sold within the United States, to receive free of charge by mail or other delivery service the full text of United's Contract of Carriage.

**Notice of Certain Terms** - If you have purchased a restricted ticket, depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to, the following may apply to your travel: (1) the ticket may not be refundable but can be exchanged for a fee for another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) select tickets may not be eligible for refunds or changes even for a fee; (4) select tickets have no residual value and cannot be applied towards the purchase of future travel; or (5) travel may be restricted to specific flights and/ or times and a minimum and/or maximum stay may be required. United reserves the right to refuse carriage to any person who has acquired a ticket in violation of any United tariffs, rules, or regulations, or in violation of any applicable national, federal, state, or local law, order, regulation, or ordinance. Notwithstanding the foregoing, you are entitled to a full refund if you cancel a ticket purchased at least a week prior to departure within 24 hours of purchase.

**Notice of Boarding Times** - For Domestic flights, customers must be at the boarding gate at least 15 minutes prior to scheduled departure. For International flights, customers must be at the boarding gate at least 30 minutes prior to scheduled departure. The time limits provided by United in this Notice are minimum time requirements. Customer and baggage processing times may differ from airport to airport. Please visit united.com for information regarding airport-specific boarding times. It is the customer's responsibility to arrive at the airport with enough time to complete check-in, baggage, and security screening processes within these minimum time

limits. Please be sure to check flight information monitors for the correct boarding gate and the departure time of your flight. Failure to be at the boarding gate by the required time could result in the loss of your seat without compensation, regardless of whether you are already checked in or have a confirmed seat and boarding pass.

**ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY** - Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage

Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carrier's liability under an international treaty. For further information please consult your airline or insurance company representative.

**Notice - Overbooking of Flights** - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadlines, which are available upon request from the air carrier, persons, denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. *Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*

United is a proud member of Star Alliance

Copyright © 2022 United Airlines, Inc. All Rights Reserved

**E-mail Information**
**Please do not reply to this message using the "reply" address.**
The information contained in this email is intended for the original recipient only.

View our Privacy Policy                    View our Legal Notices

Four Points Manhattan SoHo Village
66 Charlton Street
New York, NY  10014
United States
Tel: 212-229-9988 Fax: 212-229-1018



| | | | | | | |
|---|---|---|---|---|---|---|
| CHRIS TISI | | Page Number | : | 1 | Invoice Nbr | : 1000049336 |
| PO BOX 1258 | | Guest Number | : | 482906 | | |
| WILSON, WY, 83014-1258 | | Folio ID | : | A | | |
| United States Of America | | Arrive Date | : | 11-JAN-22 | 16:29 | |
| | | Depart Date | : | 13-JAN-22 | 12:01 | |
| | | No. Of Guest | : | 1 | | |
| | | Room Number | : | 1908 | | |
| | | Marriott Bonvoy Number | : | 1642 | | |

Tax Invoice

Tax ID :
Four Pts SoHo  NYCFO  JAN-13-2022  12:10  GISELE

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 11-JAN-22 | RT1908 | Rm Chrg - AAA | 84.15 | |
| 11-JAN-22 | RT1908 | State Tax | 7.47 | |
| 11-JAN-22 | RT1908 | City/Local Tax | 4.94 | |
| 11-JAN-22 | RT1908 | Occupancy/Tourism | 2.00 | |
| 11-JAN-22 | RT1908 | Javits | 1.50 | |
| 12-JAN-22 | RT1908 | Rm Chrg - AAA | 84.15 | |
| 12-JAN-22 | RT1908 | State Tax | 7.47 | |
| 12-JAN-22 | RT1908 | City/Local Tax | 4.94 | |
| 12-JAN-22 | RT1908 | Occupancy/Tourism | 2.00 | |
| 12-JAN-22 | RT1908 | Javits | 1.50 | |
| 13-JAN-22 | VI | Visa-5706 | | -200.12 |

***For Authorization Purpose Only***
xxxxxx5706

| Date | Time | Code | Authorized |
|---|---|---|---|
| 11-JAN-22 | 16:29 | 07512I | 252.45 |

Continued on the next page

Four Points Manhattan SoHo Village
66 Charlton Street
New York, NY  10014
United States
Tel: 212-229-9988 Fax: 212-229-1018

**FOUR POINTS**
**BY SHERATON**

| CHRIS TISI | Page Number | : | 2 | Invoice Nbr | : | 1000049336 |
|---|---|---|---|---|---|---|
| PO BOX 1258 | Guest Number | : | 482906 | | | |
| WILSON, WY, 83014-1258 | Folio ID | : | A | | | |
| United States Of America | Arrive Date | : | 11-JAN-22 | 16:29 | | |
| | Depart Date | : | 13-JAN-22 | 12:01 | | |
| | No. Of Guest | : | 1 | | | |
| | Room Number | : | 1908 | | | |
| | Marriott Bonvoy Number | : | 1642 | | | |

Approve EMV Receipt for VI - 5706: Signature Captured
TC:FF7192D2C08A7D86   IAD:0602120360A002   TVR:0000008000
AID:A0000000031010   Application Label:CHASE VISA

| ** Total | 200.12 | -200.12 |
|---|---|---|
| *** Balance | 0.00 | |

I agreed to pay all room & incidental charges.

Tell us about your stay. www.fourpoints.com/reviews

Continued on the next page

Four Points Manhattan SoHo Village
66 Charlton Street
New York, NY  10014
United States
Tel: 212-229-9988 Fax: 212-229-1018

**FOUR POINTS**
**BY SHERATON**

| CHRIS TISI | Page Number | : | 3 | Invoice Nbr | : | 1000049336 |
|---|---|---|---|---|---|---|
| PO BOX 1258 | Guest Number | : | 482906 | | | |
| WILSON, WY, 83014-1258 | Folio ID | : | A | | | |
| United States Of America | Arrive Date | : | 11-JAN-22 | 16:29 | | |
| | Depart Date | : | 13-JAN-22 | 12:01 | | |
| | No. Of Guest | : | 1 | | | |
| | Room Number | : | 1908 | | | |
| | Marriott Bonvoy Number | : | 1642 | | | |

EXPENSE SUMMARY REPORT

Currency: USD

| Date | Room & Tax | Food & Bev | Telephone | Other | Total | Payment |
|---|---|---|---|---|---|---|
| 01-11-2022 | 0.00 | 0.00 | 0.00 | 100.06 | 100.06 | 0.00 |
| 01-12-2022 | 0.00 | 0.00 | 0.00 | 100.06 | 100.06 | 0.00 |
| 01-13-2022 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -200.12 |
| | ------------ | ------------ | ------------ | ------------ | ------------ | ------------ |
| Total | 0.00 | 0.00 | 0.00 | 200.12 | 200.12 | -200.12 |

Signature_____

# JAC

## JAC, .

Main EX1 4 01/13/22 21:14
Receipt 089813

Parking tkt
Main - No. 094215
01/11/22 06:02
01/13/22 21:14
Period 2d15h13'

| | |
|---|---|
| | $51.00 |

-----------

| | |
|---|---|
| Total | $51.00 |

Payment Received
TRX REF NUM: 50831
CARD ENTRY: Swipe
PAN: xxxxxxxxxxx5706
VISA CREDIT
Sale 51.00 USD
APPROVED 05137I

| | |
|---|---|
| Sub Total | $51.00 |

All Amounts in USD.
Deliv. Date=Receipt Date

653D7CA2 - 1/1

| | |
|---|---|
| **From:** | Chris Tisi |
| **To:** | Jadyn Fuszner |
| **Subject:** | Fwd: [Business] Your Thursday morning trip with Uber |
| **Date:** | Tuesday, January 25, 2022 8:58:36 AM |

Sent from my iPhone

Begin forwarded message:

> **From:** Uber Receipts <noreply@uber.com>
> **Date:** January 25, 2022 at 8:58:18 AM CST
> **To:** Chris Tisi <ctisi@levinlaw.com>
> **Subject: [Business] Your Thursday morning trip with Uber**

<div align="center">

**CAUTION:** This email message is **EXTERNAL.**

</div>



Total $58.16
January 13, 2022

# Thanks for tipping, Chris

Here's your updated Thursday morning ride receipt.

# Total                                   $58.16

> In addition to other government-mandated taxes and fees, you'll also notice a Congestion Surcharge on Manhattan trips below 96th St.
> **Learn more**

| | |
|---|---|
| Trip Fare | $36.64 |
| Subtotal | $36.64 |

NY Congestion Fee ☐ $2.75

State Sales Tax ☐ $3.47

NY Black Car Fund ☐ $1.17

Tolls, Surcharges, and Fees ☐ $2.50

Tip $11.63

---

Payments

 **Visa ••••5706** $58.16
1/13/22 12:02 PM

Affiliated with UBER USA, LLC (B03404)

Dispatched by UBER USA, LLC (B03404)

To submit a complaint to the NYC TLC, please call 311.

Download PDF

## You rode with Assim

4.96 ☐ Rating          ○ Has passed a multi-step safety screen

License Plate: T742677C

FHV License Number: 5725137

Driver's TLC License Number: 5921084

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more

UberX    11.19 miles | 27 min

11:24 AM
59 Charlton St, New York, NY
10014, US

11:52 AM

Terminal B Arrivals &
Terminal B Taxi Hold, New
York, New York 11371, US



Report lost item    Contact support    My trips



Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

**From:** Chris Tisi
**To:** Jadyn Fuszner
**Subject:** Fwd: [Business] Your Tuesday afternoon trip with Uber
**Date:** Tuesday, January 25, 2022 8:57:14 AM

Sent from my iPhone

Begin forwarded message:

**From:** Uber Receipts <noreply@uber.com>
**Date:** January 25, 2022 at 8:56:18 AM CST
**To:** Chris Tisi <ctisi@levinlaw.com>
**Subject: [Business] Your Tuesday afternoon trip with Uber**

<table><tr><td style="border:1px solid #800; background:#ffd;">**CAUTION:** This email message is **EXTERNAL.**</td></tr></table>



Total $60.50
January 11, 2022

# Thanks for tipping, Chris

Here's your updated Tuesday afternoon ride receipt.

# Total                                    $60.50

In addition to other government-mandated taxes and fees, you'll also notice a Congestion Surcharge on Manhattan trips below 96th St.
**Learn more**

| | |
|---|---|
| Trip Fare | $34.65 |
| Subtotal | $34.65 |

| | |
|---|---|
| NY Congestion Fee ☐ | $2.75 |
| NY Black Car Fund ☐ | $1.31 |
| State Sales Tax ☐ | $3.88 |
| Tolls, Surcharges, and Fees ☐ | $9.05 |
| Tip | $8.86 |

## Payments

 **Visa ••••5706**    $60.50
1/11/22 4:50 PM

Affiliated with UBER USA, LLC (B03404)

Dispatched by UBER USA, LLC (B03404)

To submit a complaint to the NYC TLC, please call 311.

Download PDF

## You rode with Ran

4.95 ☐ Rating                    ◯ Has passed a multi-step safety screen

License Plate: T725486C

FHV License Number: 5752152

Driver's TLC License Number: 5710295

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more

**UberX**    10.49 miles | 37 min

3:49 PM
Queens, NY 11371, US

4:26 PM
59 Charlton St, New York, NY



10014, US



| Report lost item | Contact support | My trips |
| --- | --- | --- |

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

| Name | Role | Date | Expense Details | Expense Cost |
|------|------|------|-----------------|--------------|
| Christopher Tisi, Esq. | Representative of TCC Member | 2/13/2022 to 2/19/2022 | Rental Car | $296.61 |
| Christopher Tisi, Esq. | Representative of TCC Member | 2/13/2022 | Flight to NC then home | $1,125.20 |
| Christopher Tisi, Esq. | Representative of TCC Member | 2/13/2022 to 2/19/2022 | Hotel | $964.00 |
| Christopher Tisi, Esq. | Representative of TCC Member | 2/10/2022 | Pro Hac Fee | $150.00 |
| Christopher Tisi, Esq. | Representative of TCC Member | 2/10/2022 | NJ Lawyers Fund for Client Protection | $212.00 |

| Total | $2,747.81 |
|-------|-----------|



**From:** Budget [mailto:budget@e.budget.com]
**Sent:** Wednesday, February 9, 2022 9:17 AM
**To:** Twila Hulett <thulett@levinlaw.com>
**Subject:** Budget Rent A Car: Reservation Confirmation | TISI | Pick-up date:2/13/2022

**CAUTION:** This email message is **EXTERNAL.**



View In Browser
Add budget@e.budget.com to your Address Book.

Budget

| Reservations | Deals | Car Guide | Locations | Customer Care |

**SAVE TIME AT THE COUNTER**

Great news! Your upcoming Budget reservation is eligible for Digital Check-in.
Check-In now and save time at the counter.

**CHECK-IN NOW**

**YOUR RENTAL IS UNPROTECTED**

Unexpected events sometimes happen. Add Loss Damage Waiver
coverage now to protect yourself from financial responsibility for any
loss or damage incurred to our vehicle.

**PROTECT MY RENTAL**





## Thank you CHRISTOPHER, your car has been reserved.

**Pick up:**
Sun Feb 13, 2022 at 03:00 PM

**Your Confirmation Number:**
**03627541US1**

**Drop off:**
Sat Feb 19, 2022 at 08:00 AM

Modify/Cancel/Refund This Reservation

---

### Your Car



Kia Soul or similar
Mileage: Unlimited free miles
Automatic Transmission

| | |
|---|---|
| **Estimated Total:** | **$296.61** |
| **Amount Prepaid:** | **USD$296.61** |
| Base Rate: | $202.49 |
| Rental Options: | $0.00 |
| Protections/Coverages: | $0.00 |
| Surcharges/Fees: | $73.79 |
| Concession Recovery Fee (11.11%): | $23.01 |
| Customer Facility Charge 4.00/day: | $24.00 |
| Energy Recovery Fee .77/day: | $4.62 |
| Philadelphia (2%) & Pa (2%) Car Rental Taxes: | $10.16 |
| State Surcharge 2.00/day: | $12.00 |
| Taxes: | $ 20.33 |

View complete summary of charges

## Location Information

**Pick Up Location**
Philadelphia Intl Airport,PHL
1 Arrivals Road,
PHILADELPHIA, PA 19153 US
(1) 215-492-9043 (0)

**Drop Off Location**
Philadelphia Intl Airport,PHL
1 Arrivals Road,
PHILADELPHIA, PA 19153 US
(1) 215-492-9043 (0)

Sun - Sat open 24 hrs                          Sun - Sat open 24 hrs

## Identity Verification Requirements

**Budget does not accept digital driver's licenses for rental. Please bring a hard copy of your driver's license at the time of rental.**
**Please note: A secondary form of identification may be required when picking up your vehicle. Acceptable forms of identification include passports and state-issued photo ID cards.**

## Helpful Tips

- If you need to cancel 24 hours prior to the scheduled pick-up time, we will refund the full prepaid amount, less a $50.00 USD processing fee. If you do not cancel your reservation within 24 hours of the scheduled pick-up time, a refund of the full prepaid amount, less a fee of $150.00 USD, will be charged. If you fail to pick up the car, entire prepaid amount will be forfeited.
- Please bring your valid driver's license when you pick up the vehicle. If your driver's license is not issued in the US, then you must present your passport in addition to your driver's license.
- A credit card is required in order to pick up the vehicle. Budget accepts most major credit cards. At the time of the rental, we will request an authorization (hold) on your credit card for the estimated rental charges.
- **Please note: At the time of rental, there will be a hold amount of up to $300 USD for credit and debit cards**
- If you are planning to use a debit card, please read our debit card terms and conditions for more information about the use of these types of cards. When using debit cards at airport locations, proof of a return flight that coincides with the rental must be shown.
- If during your rental you connect or pair your mobile device with the car (for instance via Bluetooth® or USB port), please unpair your device and delete any personal data stored on the car's infotainment system upon returning the car.
- Modify/Cancel/Refund This Reservation
- View full terms & conditions

**Happy renting with Budget? Buy with Avis!**
**www.aviscarsales.com/budget-car-sales**



WorryFree Promise



Your privacy is important to us. Read our Privacy Statement.

Budget | 6 Sylvan Way | Parsippany, NJ 07054
Copyright © 2022 Budget Rent A Car System, Inc.
Thank you for not smoking. Budget maintains a 100% smoke-free fleet.

eTicket Itinerary and Receipt for Confirmation AG48V1

United Airlines, Inc. <Receipts@united.com>

Mon 2/7/2022 2:39 PM

Deleted Items

To: Chris Tisi <ctisi@levinlaw.com>;

| CAUTION: This email message is **EXTERNAL.** |
| --- |

United Airlines                                                Mon, Feb 07, 2022

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our <u>Important notices page</u> for the latest updates

**Get ready for your trip:** <u>Visit the Travel-Ready Center</u>, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# AG48V1

Flight 1 of 4 UA1285                                          Class: United Economy (E)

Sun, Feb 13, 2022                                             Sun, Feb 13, 2022

## 07:00 AM                                                   ## 08:45 AM

Jackson Hole, WY, US (JAC)                                    Denver, CO, US (DEN)

Flight 2 of 4 UA2397                                          Class: United Economy (E)

Sun, Feb 13, 2022                                             Sun, Feb 13, 2022

## 09:55 AM                                                   ## 03:21 PM

Denver, CO, US (DEN)                                          Philadelphia, PA, US (PHL)

Flight 3 of 4 UA2383                                          Class: United Economy (U)

Sat, Feb 19, 2022                                             Sat, Feb 19, 2022

08:10 AM                                                10:35 AM

Philadelphia, PA, US (PHL)                              Denver, CO, US (DEN)

Flight 4 of 4 UA296                                     Class: United Economy (U)

Sat, Feb 19, 2022                                       Sat, Feb 19, 2022

12:00 PM                                                01:27 PM

Denver, CO, US (DEN)                                    Jackson Hole, WY, US (JAC)

Traveler Details

TISI/CHRISTOPHERVMR
eTicket number: **0162393175006**                       Seats: **JAC-DEN 20C**
Frequent Flyer: **UA-XXXXX374 Premier 1K®**                    **DEN-PHL 14C**
                                                               **PHL-DEN 20C**
                                                               **DEN-JAC 20D**

Purchase Summary

Method of payment:                                      **Miscellaneous Document**
                                                        **Visa ending in 5706**
Date of purchase:                                       **Mon, Feb 07, 2022**

Airfare:                                                **1002.78 USD**
U.S. Transportation Tax:                                **75.22 USD**
U.S. Flight Segment Tax:                                **18.00 USD**
September 11th Security Fee:                             **11.20 USD**
U.S. Passenger Facility Charge:                          **18.00 USD**

Total Per Passenger:                                    **1125.20 USD**

## Total:                                               **1125.20 USD**

## Additional Collection

An additional amount of **538.00 USD** for the difference in fare was charged to Visa ending in 5706 on Mon, Feb 07, 2022.

## Payment Info

Remaining value of your previous ticket numbers 0162392922557 was applied to this purchase.

## Carbon Footprint

Your estimated carbon footprint for this trip is **0.52169 tonnes of $CO_2$.**

You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases. Learn more.

## Fare Rules

Additional charge may apply for change in addition to any fare rule li ted

NONREF/0VALUAFTDPT

Cancel re ervation before the cheduled departure time or TICKET HAS NO VALUE

## MileagePlus Accrual Details

| Chri tophervmr Ti i | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Sun, Feb 13, 2022 | 1285 | Jackson Hole, WY, US (JAC) to Denver, CO, US (DEN) | 1221 | 111 | 1 |
| Sun, Feb 13, 2022 | 2397 | Denver, CO, US (DEN) to Philadelphia, PA, US (PHL) | 4686 | 426 | 1 |
| Sat, Feb 19, 2022 | 2383 | Philadelphia, PA, US (PHL) to Denver, CO, US (DEN) | 4070 | 370 | 1 |
| Sat, Feb 19, 2022 | 296 | Denver, CO, US (DEN) to Jackson Hole, WY, US (JAC) | 1067 | 97 | 1 |
| MileagePlus accrual totals: | | | 11044 | 1004 | 4 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Sun, Feb 13, 2022 Jackson Hole, WY, US (JAC) to Philadelphia, PA, US (PHL) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |
| Sat, Feb 19, 2022 Philadelphia, PA, US (PHL) to Jack on Hole, WY, US (JAC) | 0 USD | 0 USD | 70lb (32kg) 62in(157cm) | 70lb (32kg) 62in(157cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® 1K® membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program
- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown
- Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.
- Our Premier Program changes January 1, 2020. If your itinerary includes travel with a scheduled departure in 2020, you may see our old Premier accrual metrics if 1) you booked prior to May 1, 2019 and are viewing an emailed receipt or 2) you booked prior to August 1, 2019 and are viewing a receipt online. The terms and conditions of Premier qualification can be found at united.com/qualify.

## eTicket Reminders

- **Check in Requirement** Bag mu t be checked and boarding pa e obtained at lea t 45 minute prior to cheduled departure

Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met. **EXCEPTION**: When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville, Kona, Las Vegas, Los Angeles, Maui, Miami, New York (LGA), Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Pittsburgh, Raleigh/Durham, Reno, San Diego, San Francisco, San Juan, PR (60 minutes), Savannah, Seattle, St. Louis, St. Thomas, U.S. Virgin Islands (60 minutes), Tampa, Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes except where noted.

- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.
- For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, go to our Flight Status page.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules.
- Current policies and updates concerning Coronavirus (Covid 19) can be found at https://www.united.com/ual/en/us/fly/travel/notices.html .

## Data Protection Notice

Your personal data will be processed in accordance with the applicable carrier's privacy policy and if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred

## Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care form

## Hazardous materials

Federal law forbids the carriage of hazardous materials on board aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Common examples of hazardous materials/dangerous goods include spare or loose lithium batteries, fireworks, strike-anywhere matches, aerosols, pesticides, bleach and corrosive materials. Additional information can be found on:

  united.com restricted items page
  FAA website Pack Safe page
  TSA website Prohibited Items page

## Refunds Within 24 Hours

When you book and ticket a reservation through united.com, the United mobile app, the United Customer Contact Center, at our ticket counters or city ticket offices, or if you use MileagePlus® miles to book an award ticket, we will allow you to cancel the ticketed reservation without penalty and receive a 100 percent refund of the ticket price to the original form of payment if you cancel the reservation within 24 hours of purchase and if the reservation is made one week or more prior to scheduled flight departure.

## Disinsection Notice

Certain countries require that the passenger cabins of aircraft be treated with insecticides. For additional information and a list of those countries, please visit the U.S. Department of Transportation's disinsection website.

## IMPORTANT CONSUMER NOTICES

**Changes/Cancellations** - Most tickets, other than Basic Economy tickets or those for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean, may be changed to a different itinerary, or cancelled and the value of the ticket retained so that it can be applied to a new ticket, without a change fee. Such change or cancellation must be made prior to the original ticketed travel date. Travelers making changes will be responsible for the fare difference if the new itinerary has a higher fare than the original ticketed itinerary or a credit for future travel on United if the new itinerary has a lower fare than the original ticketed itinerary. Unless a waiver applies, Basic Economy tickets may not be changed or cancelled and a change fee will apply for changes or cancellations made to tickets for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean. Policies concerning your ability to make reservation changes and cancellations and any fees associated with such changes can be found at Important travel notices | United Airlines.

**Notice of Baggage Liability Limitations** - For domestic travel between points within the United States (except for domestic portions of international journeys), United's liability for loss of, damage to, or delay in delivery of a customer's checked baggage is limited to $3,500 per ticketed customer unless a higher value is declared in advance and additional charges are paid (not applicable to wheelchairs or other assistive devices). For such travel, United assumes no liability for high value, fragile, perishable, or otherwise excluded items; excess valuation may not be declared on certain types of valuable articles. Further information may be obtained from the carrier. For international travel governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability is approximately 640 USD per bag for checked baggage, and 400 USD per passenger for unchecked baggage. For international travel governed by the Montreal Convention (including the domestic portions of the trip), maximum liability is 1,288 SDRs per passenger for baggage, whether checked or unchecked. For baggage lost, delayed, or damaged in connection with domestic travel, United requires that customers provide preliminary notice within 24 hours after arrival of the flight on which the baggage was or was to be transported and submit a written claim within 45 days of the flight. For baggage damaged or delayed in connection with most international travel (including domestic portions of international journeys), the Montreal Convention and United require customers to provide carriers written notice as follows: (a) for damaged baggage, within seven days from the date of receipt of the damaged baggage; (b) for delayed baggage, within 21 days from the date the baggage should have been returned to the customer. Please refer to Rule 28 of United's Contract of Carriage for important information relating to baggage and other limitations of liability.

**Notice of Incorporated Terms** - Transportation is subject to the terms and conditions of United's Contract of Carriage, which are incorporated herein by reference. Incorporated terms may include, but are not limited to: 1. Limits on liability for personal injury or death of the customer, and for loss, damage, or delay of goods and baggage, including high value, fragile, perishable, or otherwise excluded items. 2. Claims restrictions, including time periods within which customers must file a claim or bring an action against the carrier. 3. Rights of the carrier to change terms of the contract. 4. Rules about reconfirmation of reservations, check-in times, and refusal to carry. 5. Rights of the carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of an alternate air carrier or aircraft, and rerouting. The full text of United's Contract of Carriage is available at united.com or you may request a copy at any United ticket counter. Passengers have the right, upon request at any location where United's tickets are sold within the United States, to receive free of charge by mail or other delivery service the full text of United's Contract of Carriage.

**Notice of Certain Terms** - If you have purchased a restricted ticket, depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to, the following may apply to your travel: (1) the ticket may not be refundable but can be exchanged for a fee for another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) select tickets may not be eligible for refunds or changes even for a fee; (4) select tickets have no residual value and cannot be applied towards the purchase of future travel; or (5) travel may be restricted to specific flights and/ or times and a minimum and/or maximum stay may be required. United reserves the right to refuse carriage to any person who has acquired a ticket in violation of any United tariffs, rules, or regulations, or in violation of any applicable national, federal, state, or local law, order, regulation, or ordinance. Notwithstanding the foregoing, you are entitled to a full refund if you cancel a ticket purchased at least a week prior to departure within 24 hours of purchase.

**Notice of Boarding Times** - For Domestic flights, customers must be at the boarding gate at least 15 minutes prior to scheduled departure. For International flights, customers must be at the boarding gate at least 30 minutes prior to scheduled departure. The time limits provided by United in this Notice are minimum time requirements. Customer and baggage processing times may differ from airport to airport. Please visit united.com for information regarding airport-specific boarding times. It is the customer's responsibility to arrive at the airport with enough time to complete check-in, baggage, and security screening processes within these minimum time limits. Please be sure to check flight information monitors for the correct boarding gate and the departure time of your flight. Failure to be at the boarding gate by the required time could result in the loss of your seat without compensation, regardless of whether you are already checked in or have a confirmed seat and boarding pass.

**ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY** - Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage
Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carrier's liability under an international treaty. For further information please consult your airline or insurance company representative.

**Notice - Overbooking of Flights** - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadlines, which are available upon request from the air carrier, persons, denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. *Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*

United is a proud member of Star Alliance
Copyright © 2022 United Airlines, Inc. All Rights Reserved

**E-mail Information**
**Please do not reply to this message using the "reply" address.**
The information contained in this email is intended for the original recipient only.

View our Privacy Policy          View our Legal Notices



### PRINCETON MARRIOTT FORRESTAL

**GUEST FOLIO**

| 3200 | TISI/CHRIS | 121.00 | 02/19/22 | 15:06 | | 48667 |
|------|-----------|--------|----------|-------|--|-------|
| ROOM | NAME | RATE | DEPART | TIME | | ACCT# |
| GK | PO BOX 1258 | | 02/13/22 | 18:10 | | |
| TYPE | WILSON WY 83014-1258 | | ARRIVE | TIME | | |
| 113 | | | | | | |

ROOM CLERK    ADDRESS    VSXXXXXXXXXXXX5706    PAYMENT    MBV#:  189181642

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|------|-----------|--|---------|---------|--------------|
| 02/13 | TR ROOM | 3200, 1 | 144.00 | | |
| 02/13 | ROOM TAX | 3200, 1 | 9.54 | | |
| 02/13 | OCC TAX | 3200, 1 | 7.20 | | |
| 02/13 | MUNI TX | 3200, 1 | 4.32 | | |
| 02/14 | TR ROOM | 3200, 1 | 144.00 | | |
| 02/14 | ROOM TAX | 3200, 1 | 9.54 | | |
| 02/14 | OCC TAX | 3200, 1 | 7.20 | | |
| 02/14 | MUNI TX | 3200, 1 | 4.32 | | |
| 02/15 | TR ROOM | 3200, 1 | 144.00 | | |
| 02/15 | ROOM TAX | 3200, 1 | 9.54 | | |
| 02/15 | OCC TAX | 3200, 1 | 7.20 | | |
| 02/15 | MUNI TX | 3200, 1 | 4.32 | | |
| 02/16 | TR ROOM | 3200, 1 | 144.00 | | |
| 02/16 | ROOM TAX | 3200, 1 | 9.54 | | |
| 02/16 | OCC TAX | 3200, 1 | 7.20 | | |
| 02/16 | MUNI TX | 3200, 1 | 4.32 | | |
| 02/17 | TR ROOM | 3200, 1 | 144.00 | | |
| 02/17 | ROOM TAX | 3200, 1 | 9.54 | | |
| 02/17 | OCC TAX | 3200, 1 | 7.20 | | |
| 02/17 | MUNI TX | 3200, 1 | 4.32 | | |
| 02/18 | TR ROOM | 3200, 1 | 121.00 | | |
| 02/18 | ROOM TAX | 3200, 1 | 8.02 | | |
| 02/18 | OCC TAX | 3200, 1 | 6.05 | | |
| 02/18 | MUNI TX | 3200, 1 | 3.63 | | |
| 02/19 | CCARD-VS | | | 964.00 | |
| | PAYMENT RECEIVED BY: VISA | XXXXXXXXXXXX5706 | | | .00 |

========================================= EXP. REPORT SUMMARY =================================================

| 02/13 | TR ROOM | 144.00 |
|-------|---------|--------|
| | ROOM TAX | 9.54 |
| | OCC TAX | 7.20 |
| | MUNI TX | 4.32 |
| 02/14 | TR ROOM | 144.00 |
| | ROOM TAX | 9.54 |
| | OCC TAX | 7.20 |
| | MUNI TX | 4.32 |
| 02/15 | TR ROOM | 144.00 |
| | ROOM TAX | 9.54 |
| | OCC TAX | 7.20 |
| | MUNI TX | 4.32 |
| 02/16 | TR ROOM | 144.00 |



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X



**PRINCETON MARRIOTT FORRESTAL**

**GUEST FOLIO**

| 3200 | TISI/CHRIS | 121.00 | 02/19/22 | 15:06 | 48667 |
|------|------------|--------|----------|-------|-------|
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
| GK | PO BOX 1258 | | 02/13/22 | 18:10 | |
| TYPE | WILSON WY 83014-1258 | | ARRIVE | TIME | |
| 113 | | | | | |

ROOM CLERK    ADDRESS    VSXXXXXXXXXXXX5706    PAYMENT    MBV#:  189181642

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|------|------------|---------|---------|--------------|

```
==================================== EXP. REPORT SUMMARY  ====================================
        ROOM TAX                       9.54
        OCC TAX                        7.20
        MUNI TX                        4.32
02/17   TR ROOM                      144.00
        ROOM TAX                       9.54
        OCC TAX                        7.20
        MUNI TX                        4.32
02/18   TR ROOM                      121.00
        ROOM TAX                       8.02
        OCC TAX                        6.05
        MUNI TX                        3.63
```

**See our "Privacy & Cookie Statement" on Marriott.com**

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

666281

LEVIN, PAPANTONIO, RAFFERTY
CLIENT DISBURSEMENTS



THIS DOCUMENT HAS COLORED BACKGROUND AND MICROPRINTING IN THE SIGNATURE LINE.

**LEVIN PAPANTONIO RAFFERTY**

WELLS FARGO BANK, N.A.
FLORIDA
63-75/1631

666281

Proctor | Buchanan | O'Brien
Barr | Mougey | P.A.
P.O. BOX 12308 • 316 SOUTH BAYLEN STREET
PENSACOLA, FLORIDA 32591
CLIENT DISBURSEMENTS

| CHECK DATE | CONTROL NUMBER | AMOUNT |
|---|---|---|
| 2/10/2022 | 666281 | ********150.00 |

J Wright          204222

PAY
One Hundred Fifty and 00/100------------------------------------------------------- Dollars

TO THE
ORDER
OF     Clerk, USDC

IF CHECK AMOUNT IS $500.00 OR GREATER
THE CHECK WILL REQUIRE 2 SIGNATURES
**VOID AFTER 90 DAYS**

THIS DOCUMENT HAS A WATERMARK AND CUSTOMER LOGO.

LEVIN, PAPANTONIO, RAFFERTY
CLIENT DISBURSEMENTS

666281

PRINTED IN U.S.A.

666275

LEVIN, PAPANTONIO, RAFFERTY
CLIENT DISBURSEMENTS

| YOUR INVOICE NO. | DATE | AMOUNT | CASE | DESCRIPTION | REQUESTER |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

THIS DOCUMENT HAS COLORED BACKGROUND AND MICROPRINTING IN THE SIGNATURE LINE.

**LEVIN PAPANTONIO RAFFERTY**

Proctor | Buchanan | O'Brien
Barr | Mougey | P.A.
P.O. BOX 12308 • 316 SOUTH BAYLEN STREET
PENSACOLA, FLORIDA 32591
**CLIENT DISBURSEMENTS**    204222

WELLS FARGO BANK, N.A.
FLORIDA
63-751/631

666275

| CHECK DATE | CONTROL NUMBER | AMOUNT |
|---|---|---|
| 2/10/2022 | 666275 | ********212.00 |

J Wright

PAY
Two Hundred Twelve and 00/100------------------------------------------------- Dollars

TO THE
ORDER
OF
NJ Lawyers' Fund for Client
Protection
P.O. Box 961
Trenton, NJ  08625-0961

IF CHECK AMOUNT IS $500.00 OR GREATER
THE CHECK WILL REQUIRE 2 SIGNATURES
**VOID AFTER 90 DAYS**

THIS DOCUMENT HAS A WATERMARK AND CUSTOMER LOGO.

LEVIN, PAPANTONIO, RAFFERTY
CLIENT DISBURSEMENTS

666275

| Vendor | 131256 | Check Date | 2/10/2022 | Check Number | 666275 |
|---|---|---|---|---|---|

| Ref Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
|---|---|---|---|---|---|---|

PRINTED IN U.S.A.

IN THE UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

**GOLOMB SPIRT GRUNFELD, PC**
Richard M. Golomb, Esq.
1835 Market Street, Suite 2900
Philadelphia, PA 19103
Telephone: (215) 985-9177
Email: rgolomb@golomblegal.com
-and-
LEVIN, PAPANTONIO, RAFFERTY, et al.
Christopher V. Tisi, Esq.
316 South Baylen Street
Pensacola, FL 32502
Telephone: (850) 435-7079
Email: ctisi@levinlaw.com

*Local Counsel for Various Claimants*

**In re**

**LTL MANAGEMENT, LLC,**


            **Debtor.**

Order Filed on February 4, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    21-30589/MBK

Adv. No.:

Chapter:    11

Judge:    Michael B. Kaplan

## ORDER FOR ADMISSION *PRO HAC VICE*

The relief set forth on the following page is **ORDERED.**

**DATED: February 4, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been brought before the Court on application for an Order For Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed.R.Civ.Proc.78, D.N.J. L.Civ.R.101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

ORDERED that Christopher V. Tisi, Esq. be permitted to appear pro hac vice; provided that pursuant to D.N.J. L.Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $150.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, N.J. 07102
*Attention: Pro Hac Vice Admissions*

2

and it is further ORDERED that the applicant shall be bound by the Local Rules of the

United States District Court for the District of New Jersey and the Local Rules of Bankruptcy

Procedure for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New

Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

# Pro Hac Vice Admission in New Jersey

{*Rules* 1:21-2(a), 1:20-1(b), 1:28-2, 1:28B-1(e)}

**Please submit one check for each attorney payable to *NJ Lawyers' Fund for Client Protection***
**Mail to: NJ Lawyers' Fund, P.O. Box 961, Trenton, NJ 08625-0961**

### 2021 ASSESSMENT $212.00

The fee is assessed **once per calendar year** per attorney. Attorneys admitted for additional cases within the calendar year should submit the appropriate paperwork, but **no additional payment** is required. If a case continues into the next year, a fee for **that** year will be assessed. An attorney's appearance continues until either the matter is concluded, there is a substitution of counsel, or the filing of notice of withdrawal with the court. **Fees are not prorated.** Full payment is required for the calendar year in which the Order admitting is entered.

## Information to Be Submitted with Payment

### Pro Hac Vice Attorney:

| Name: Last | | First | Middle | Title |
|---|---|---|---|---|
| Tisi | | Christopher | V. | Mr. |
| Date of Birth 08/01/1960 | | | Sex ■ Male   ☐ Female | |
| Jurisdiction Where First Admitted to Any U.S. Bar District of Columbia | | | Year Admitted 1988 | |
| Have You Ever Been Admitted in New Jersey in any of the Following Categories? ☐ Plenary NJ License   ■ Multi-Jurisdictional Practitioner   ☐ In-House Counsel   ☐ Foreign Legal Consultant | | | | |
| Firm Name Levin, Papantonio, Rafferty, Proctor, Buchanan, O' Brien, Barr, Mougey, P.A. | | | Telephone # | |
| Address 316 S Baylen Street | | | | |
| City Pensacola | | State FL | Zip 32502  -5996 | |
| E-mail ctisi@levinlaw.com | | | | |

### Sponsoring New Jersey Attorney:

| Name: Last | First | Middle | Title |
|---|---|---|---|
| Golomb | Richard | | Mr. |
| Firm Name GOLOMB SPIRT GRUNFELD, PC | | Telephone # | |
| Address 1835 Market Street, Suite 2900 | | | |
| City Philadelphia | State PA | Zip 19103  _ | |
| E-mail rgolomb@golomblegal.com | | | |

**Enclose a copy of the signed Court Order. If it is not yet available, provide an unsigned copy or the following information; send a signed copy when it becomes available.**

| Docket # 21-30589 | Jurisdiction United States Bankruptcy Court District of New Jersey |
|---|---|
| Judge's Name Michael B. Kaplan | |

Questions? Please contact the NJ Lawyers' Fund's Pro Hac Vice Unit at (609) 815-3030, Option 1

| Name | Role | Date | Expense Details | Expense Cost |
|------|------|------|-----------------|-------------|
| Christopher Tisi, Esq. | Representative of TCC Member | 4/18/2022 through 4/20/2022 | Edition Lodging for Mediation | $1,018.12 |
| Christopher Tisi, Esq. | Representative of TCC Member | 4/18 to 4/20/2022 then 4/25 to 4/30/2022 | United Airlines Flight to Mediation | $1,002.60 |

| Total | | $2,020.72 |
|-------|--|-----------|

Wed, Apr 13, 2022

**UNITED**

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

## IGBGKJ

| Flight 1 of 8 UA5640 | Class: United Economy (V) |
| --- | --- |
| Mon, Apr 18, 2022 | Mon, Apr 18, 2022 |

1

**10:50 AM**
Idaho Falls, ID, US (IDA)

Flight Operated by Skywest Airlines dba United Express.

**12:32 PM**
Denver, CO, US (DEN)

**Flight 2 of 8 UA1544**
Class: United Economy (V)

Mon, Apr 18, 2022
**01:45 PM**
Denver, CO, US (DEN)

Mon, Apr 18, 2022
**07:29 PM**
New York, NY, US (LGA)

**Flight 3 of 8 UA1714**
Class: United Economy (H)

Wed, Apr 20, 2022
**02:00 PM**
New York, NY, US (LGA)

Wed, Apr 20, 2022
**05:07 PM**
Houston, TX, US (IAH)

**Flight 4 of 8 UA1652**
Class: United Economy (H)

Wed, Apr 20, 2022
**06:41 PM**
Houston, TX, US (IAH)

Wed, Apr 20, 2022
**08:16 PM**
Pensacola, FL, US (PNS)

**Flight 5 of 8 UA5481**
Class: United Economy (B)

Mon, Apr 25, 2022
**12:10 PM**
Pensacola, FL, US (PNS)

Mon, Apr 25, 2022
**02:53 PM**
Chicago, IL, US (ORD)

Flight Operated by Skywest Airlines dba United Express.

**Flight 6 of 8 UA2138**
Class: United Economy (B)

Mon, Apr 25, 2022
**03:41 PM**

Mon, Apr 25, 2022
**06:59 PM**

2

Chicago, IL, US (ORD)                                                New York/Newark, NJ, US (EWR)

**Flight 7 of 8 UA1486**                                    Class: United Economy (W)

Sat, Apr 30, 2022                                            Sat, Apr 30, 2022

**12:38 PM**                                                **02:52 PM**

New York/Newark, NJ, US (EWR)                               Denver, CO, US (DEN)

**Flight 8 of 8 UA5322**                                    Class: United Economy (Q)

Sat, Apr 30, 2022                                            Sat, Apr 30, 2022

**03:40 PM**                                                **05:23 PM**

Denver, CO, US (DEN)                                        Idaho Falls, ID, US (IDA)

Flight Operated by Skywest Airlines dba United Express.

**Traveler Details**

TISI/CHRISTOPHERVMR

eTicket number: **0162406107440**
Frequent Flyer: **UA-XXXX374 Premier 1K®**

Seats: **IDA-DEN** ------
      **DEN-LGA** ------
      **LGA-IAH** ------
      **IAH-PNS** ------
      **PNS-ORD** ------
      **ORD-EWR** ------
      **EWR-DEN** ------
      **DEN-IDA** ------

**Purchase Summary**

Method of payment:          **Visa ending in 5706**
Date of purchase:           **Wed, Apr 13, 2022**

Airfare:                                    1804.64 USD
U.S. Transportation Tax:                     135.35 USD
U.S. Flight Segment Tax:                      36.00 USD
September 11th Security Fee:                   11.20 USD
U.S. Passenger Facility Charge:               18.00 USD

3

Total Per Passenger:                                                      **2005.19 USD**

**Total:**                                                               **2005.19 USD**

## Carbon Footprint

Your estimated carbon footprint for this trip is **1.33653 tonnes of $CO_2$**.

You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases. Learn more.

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.;NONREF/0VALUAFTDPT

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## MileagePlus Accrual Details

### Christophervmr Tisi

| Date | Flight | From/To | Award Miles | PQP | PQF |
|------|--------|---------|-------------|-----|-----|
| Mon, Apr 18, 2022 | 5640 | Idaho Falls, ID, US (IDA) to Denver, CO, US (DEN) | 671 | 61 | 1 |
| Mon, Apr 18, 2022 | 1544 | Denver, CO, US (DEN) to New York, NY, US (LGA) | 2354 | 214 | 1 |
| Wed, Apr 20, 2022 | 1714 | New York, NY, US (LGA) to Houston, TX, US (IAH) | 2695 | 245 | 1 |
| Wed, Apr 20, 2022 | 1652 | Houston, TX, US (IAH) to Pensacola, FL, US (PNS) | 935 | 85 | 1 |
| Mon, Apr 25, 2022 | 5481 | Pensacola, FL, US (PNS) to Chicago, IL, US (ORD) | 4697 | 427 | 1 |
| Mon, Apr 25, 2022 | 2138 | Chicago, IL, US (ORD) to New York/Newark, NJ, US (EWR) | 4257 | 387 | 1 |
| Sat, Apr 30, 2022 | 1486 | New York/Newark, NJ, US (EWR) to Denver, CO, US (DEN) | 2299 | 209 | 1 |
| Sat, Apr 30, 2022 | 5322 | Denver, CO, US (DEN) to Idaho Falls, ID, US (IDA) | 1991 | 181 | 1 |
| MileagePlus accrual totals: | | | 19899 | 1809 | 8 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Mon, Apr 18, 2022 Idaho Falls, ID, US (IDA) to New York, NY, US (LGA - LaGuardia) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |
| Wed, Apr 20, 2022 New York, NY, US (LGA - LaGuardia) to Pensacola, FL, US (PNS) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

4

| | | | | |
|---|---|---|---|---|
| Mon, Apr 25, 2022<br>Pensacola, FL, US (PNS)<br>to New York/Newark, NJ, US (EWR - Liberty) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |
| Sat, Apr 30, 2022<br>New York/Newark, NJ, US (EWR - Liberty)<br>to Idaho Falls, ID, US (IDA) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® 1K® membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program
- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown
- Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.
- Our Premier Program changes January 1, 2020. If your itinerary includes travel with a scheduled departure in 2020, you may see our old Premier accrual metrics if 1) you booked prior to May 1, 2019 and are viewing an emailed receipt or 2) you booked prior to August 1, 2019 and are viewing a receipt online.  The terms and conditions of Premier qualification can be found at united.com/qualify.

## eTicket Reminders

- **Check-in Requirement** – Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met. **EXCEPTION:** When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville, Kona, Las Vegas, Los Angeles, Maui, Miami, New York (LGA), Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Pittsburgh, Raleigh/Durham, Reno, San Diego, San Francisco, San Juan, PR (60 minutes), Savannah, Seattle, St. Louis, St. Thomas, U.S. Virgin Islands (60 minutes), Tampa, Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes except where noted.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.
- For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, go to our Flight Status page.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules.
- Current policies and updates concerning Coronavirus (Covid 19) can be found at https://www.united.com/ual/en/us/fly/travel/notices.html .

## Data Protection Notice

Your personal data will be processed in accordance with the applicable carrier's privacy policy and if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the

5

carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred

## Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care form

## Hazardous materials

Federal law forbids the carriage of hazardous materials on board aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S. C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Common examples of hazardous materials/dangerous goods include spare or loose lithium batteries, fireworks, strike-anywhere matches, aerosols, pesticides, bleach and corrosive materials. Additional information can be found on:

- united com restricted items page
- FAA website Pack Safe page
- TSA website Prohibited Items page

## Refunds Within 24 Hours

When you book and ticket a reservation through united.com, the United mobile app, the United Customer Contact Center, at our ticket counters or city ticket offices, or if you use MileagePlus® miles to book an award ticket, we will allow you to cancel the ticketed reservation without penalty and receive a 100 percent refund of the ticket price to the original form of payment if you cancel the reservation within 24 hours of purchase and if the reservation is made one week or more prior to scheduled flight departure.

## Disinsection Notice

Certain countries require that the passenger cabins of aircraft be treated with insecticides. For additional information and a list of those countries, please visit the U.S. Department of Transportation's disinsection website.

## IMPORTANT CONSUMER NOTICES

**Changes/Cancellations** - Most tickets, other than Basic Economy tickets or those for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean, may be changed to a different itinerary, or cancelled and the value of the ticket retained so that it can be applied to a new ticket, without a change fee. Such change or cancellation must be made prior to the original ticketed travel date. Travelers making changes will be responsible for the fare difference if the new itinerary has a higher fare than the original ticketed itinerary or a credit for future travel on United if the new itinerary has a lower fare than the original ticketed itinerary. Unless a waiver applies, Basic Economy tickets may not be changed or cancelled and a change fee will apply for changes or cancellations made to tickets for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean. Policies concerning your ability to make reservation changes and cancellations and any fees associated with such changes can be found at Important travel notices | United Airlines.

**Notice of Baggage Liability Limitations** - For domestic travel between points within the United States (except for domestic portions of international journeys), United's liability for loss of, damage to, or delay in delivery of a customer's checked baggage is limited to $3,800 per ticketed customer unless a higher value is declared in advance and additional charges are paid (not applicable to wheelchairs or other assistive devices). For such travel, United assumes no liability for high value, fragile, perishable, or otherwise excluded items; excess valuation may not be declared on certain types of valuable articles. Further information may be obtained from the carrier. For international travel governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability is approximately 640 USD per bag for checked baggage, and 400 USD per passenger for unchecked baggage. For international travel governed by the

Montreal Convention (including the domestic portions of the trip), maximum liability is 1,288 SDRs per passenger for baggage, whether checked or unchecked. For baggage lost, delayed, or damaged in connection with domestic travel, United requires that customers provide preliminary notice within 24 hours after arrival of the flight on which the baggage was or was to be transported and submit a written claim within 45 days of the flight. For baggage damaged or delayed in connection with most international travel (including domestic portions of international journeys), the Montreal Convention and United require customers to provide carriers written notice as follows: (a) for damaged baggage, within seven days from the date of receipt of the damaged baggage; (b) for delayed baggage, within 21 days from the date the baggage should have been returned to the customer. Please refer to Rule 28 of United's Contract of Carriage for important information relating to baggage and other limitations of liability.

**Notice of Incorporated Terms** - Transportation is subject to the terms and conditions of United's Contract of Carriage, which are incorporated herein by reference. Incorporated terms may include, but are not limited to: 1. Limits on liability for personal injury or death of the customer, and for loss, damage, or delay of goods and baggage, including high value, fragile, perishable, or otherwise excluded items. 2. Claims restrictions, including time periods within which customers must file a claim or bring an action against the carrier. 3. Rights of the carrier to change terms of the contract. 4. Rules about reconfirmation of reservations, check-in times, and refusal to carry. 5. Rights of the carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of an alternate air carrier or aircraft, and rerouting. The full text of United's Contract of Carriage is available at united.com or you may request a copy at any United ticket counter. Passengers have the right, upon request at any location where United's tickets are sold within the United States, to receive free of charge by mail or other delivery service the full text of United's Contract of Carriage.

**Notice of Certain Terms** - If you have purchased a restricted ticket, depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to, the following may apply to your travel: (1) the ticket may not be refundable but can be exchanged for a fee for another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of anyse restrictions including, but not limited to, the following may apply to your travel: (1) the ticket may not be refundable but can be difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) select tickets may not be eligible for refunds or changes even for a fee; (4) select tickets have no residual value and cannot be applied towards the purchase of future travel; or (5) travel may be restricted to specific flights and/ or times and a minimum and/or maximum stay may be required. United reserves the rights to refuse carriage to any person who has acquired a ticket in violation of any United tariffs, rules, or regulations, or in violation of any applicable national, federal, state, or local law, order, regulation, or ordinance. Notwithstanding the foregoing, you are entitled to a full refund if you cancel a ticket purchased at least a week prior to departure within 24 hours of purchase.

**Notice of Boarding Times** - For Domestic flights, customers must be at the boarding gate at least 15 minutes prior to scheduled departure. For International flights, customers must be at the boarding gate at least 30 minutes prior to scheduled departure. The time limits provided by United in this Notice are minimum time requirements. Customer and baggage processing times may differ from airport to airport. Please visit united.com for information regarding airport-specific boarding times. It is the customer's responsibility to arrive at the airport with enough time to complete check-in, baggage, and security screening processes within these minimum time limits. Please be sure to check flight information monitors for the correct boarding gate and the departure time of your flight. Failure to be at the boarding gate by the required time could result in the loss of your seat without compensation, regardless of whether you are already checked in or have a confirmed seat and boarding pass.

**ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY** - Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage

Additional protection can usually be obtained by purchasing insurance from a private company. Such

insurance is not affected by any limitation of the carrier's liability under an international treaty. For further information please consult your airline or insurance company representative.

**Notice - Overbooking of Flights** - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadlines, which are available upon request from the air carrier, persons, denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. *Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*



A STAR ALLIANCE MEMBER

Copyright © 2022 United Airlines, Inc. All Rights Reserved

**E-mail Information**
**Please do not reply to this message using the "reply" address.**
The information contained in this email is intended for the original recipient only.

View our Privacy Policy        View our Legal Notices

8

# EDITION

TIMES SQUARE

CHRIS TISI
PO BOX 1258
WILSON WY 83014
United States

| | |
|---|---|
| Room Number: | 3006 |
| Arrival Date: | 04-18-22 |
| Departure Date: | 04-20-22 |
| CRS Number: | 80920815 |
| Marriott Bonvoy No: | XXXXX1642 |

**INVOICE**

Folio No:  102047

| Date | Description | | | Charges | Credits |
|---|---|---|---|---|---|
| 04-18-22 | Lobby | Room# 3006 : CHECK# 20818 | | 93.12 | |
| 04-18-22 | Room Charge | | | 385.00 | |
| 04-18-22 | State Sales Tax | | | 34.17 | |
| 04-18-22 | Occupancy Tax | | | 3.50 | |
| 04-18-22 | City Occupancy Tax | | | 22.62 | |
| 04-19-22 | Room Charge | | | 415.00 | |
| 04-19-22 | State Sales Tax | | | 36.83 | |
| 04-19-22 | Occupancy Tax | | | 3.50 | |
| 04-19-22 | City Occupancy Tax | | | 24.38 | |
| 04-20-22 | Visa Card | XXXXXXXXXXXX5706 | XX/XX | | 1,018.12 |
| | **Total** | | | **1,018.12** | **1,018.12** |
| | **Balance** | | | **0.00** | |

Extraordinary style and signature feel. Bring EDITION home with you. Visit ShopEDITION.com

20 Times Square, 701 7th Avenue at West 47th Street, New York, New York 10036
Telephone: (212) 398-7017 Fax: (212) 398-4747

| Name | Role | Date | Expense Details | Expense Cost |
|------|------|------|-----------------|--------------|
| Christopher Tisi, Esq. | Representative of TCC Member | 5/22/2022 through 5/23/2022 | United Airline Travel to Mediation | $667.10 |
| Christopher Tisi, Esq. | Representative of TCC Member | 5/8/2022 through 5/13/2022 | United Airline Travel to Mediation | $898.52 |
| Christopher Tisi, Esq. | Representative of TCC Member | 5/8/2022 through 5/12/2022 | Michelangelo Hotel Lodging for Mediation | $1,638.31 |
| Christopher Tisi, Esq. | Representative of TCC Member | 5/23/2022 | Residence Inn Lodging for Hearing | $250.31 |
| Christopher Tisi, Esq. | Representative of TCC Member | 5/22/2022 through 5/23/2022 | Uber receipts for Hearing Travel | $327.03 |

| | |
|---|---|
| Total | $3,781.27 |

 **UNITED**

Tue, Jun 07, 2022

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

## CHJX84

*2/3 Talc*
*1/3 MA*

---

| Flight 1 of 6 UA5545 | Class: United Economy (V) |
|---|---|
| Sun, May 08, 2022 | Sun, May 08, 2022 |
| **10:44 AM** | **12:22 PM** |
| Idaho Falls, ID, US (IDA) | Denver, CO, US (DEN) |

Flight Operated by Skywest Airlines dba United Express.

---

| Flight 2 of 6 UA1544 | Class: United First (PZ) |
|---|---|
| Sun, May 08, 2022 | Sun, May 08, 2022 |
| **01:50 PM** | **07:34 PM** |
| Denver, CO, US (DEN) | New York, NY, US (LGA) |

---

| Flight 3 of 6 UA1620 | Class: United Economy (U) |
|---|---|
| Fri, May 13, 2022 | Fri, May 13, 2022 |
| **11:53 AM** | **02:45 PM** |
| New York/Newark, NJ, US (EWR) | Houston, TX, US (IAH) |

---

| Flight 4 of 6 UA6137 | Class: United First (PZ) |
|---|---|
| Fri, May 13, 2022 | Fri, May 13, 2022 |
| **06:31 PM** | **08:09 PM** |

| Houston, TX, US (IAH) | Pensacola, FL, US (PNS) |
|---|---|

Flight Operated by Mesa Airlines dba United Express.

---

Flight 5 of 6 UA793 | Class: United Economy (S)

Sat, May 28, 2022 | Sat, May 28, 2022

## 02:08 PM | 04:32 PM

New York/Newark, NJ, US (EWR) | Denver, CO, US (DEN)

---

Flight 6 of 6 UA5263 | Class: United First (PN)

Sat, May 28, 2022 | Sat, May 28, 2022

## 07:17 PM | 09:03 PM

Denver, CO, US (DEN) | Idaho Falls, ID, US (IDA)

Flight Operated by Skywest Airlines dba United Express.

---

## Traveler Details

**TISI/CHRISTOPHERV**

eTicket number: **0162413076943**

Frequent Flyer: **UA-XXXXX374 Premier 1K®**

Seats: **EWR-DEN 25A**
**DEN-IDA 04A**
**EWR-DEN -----**
**DEN-IDA -----**
**EWR-IAH -----**
**IAH-PNS -----**

---

## Purchase Summary

Method of payment:
Date of purchase:

**Miscellaneous Document**
**Thu, May 19, 2022**

| | |
|---|---|
| Airfare: | 1201.40 USD |
| U.S. Transportation Tax: | 90.11 USD |
| U.S. Flight Segment Tax: | 27.00 USD |
| September 11th Security Fee: | 11.20 USD |
| U.S. Passenger Facility Charge: | 18.00 USD |
| Total Per Passenger: | 1347.71 USD |

## Total: | 1347.71 USD

## Payment Info

Remaining value of your previous ticket numbers 0162410663101 was applied to this purchase.

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program
- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown
- Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.
- Our Premier Program changes January 1, 2020. If your itinerary includes travel with a scheduled departure in 2020, you may see our old Premier accrual metrics if 1) you booked prior to May 1, 2019 and are viewing an emailed receipt or 2) you booked prior to August 1, 2019 and are viewing a receipt online. The terms and conditions of Premier qualification can be found at united.com/qualify.

## eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.

EXCEPTION: When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville, Kona, Las Vegas, Los Angeles, Maui, Miami, New York (LGA), Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Pittsburgh, Raleigh/Durham, Reno, San Diego, San Francisco, San Juan, PR (60 minutes), Savannah, Seattle, St. Louis, St. Thomas, U.S. Virgin Islands (60 minutes), Tampa, Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes except where noted.

- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.
- For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, go to our Flight Status page.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules.
- Current policies and updates concerning Coronavirus (Covid 19) can be found at https://www.united.com/ual/en/us/fly/travel/notices.html

## Data Protection Notice

Your personal data will be processed in accordance with the applicable carrier's privacy policy and if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred

## Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care form

## Hazardous materials

Federal law forbids the carriage of hazardous materials on board aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Common examples of hazardous materials/dangerous goods include spare or loose lithium batteries, fireworks, strike-anywhere matches, aerosols, pesticides, bleach and corrosive materials. Additional information can be found on:

united.com restricted items page
FAA website Pack Safe page
TSA website Prohibited Items page

## Refunds Within 24 Hours

When you book and ticket a reservation through united.com, the United mobile app, the United Customer Contact Center, at our ticket counters or city ticket offices, or if you use MileagePlus® miles to book an award ticket, we will allow you to cancel the ticketed reservation without penalty and receive a 100 percent refund of the ticket price to the original form of payment if you cancel the reservation within 24 hours of purchase and if the reservation is made one week or more prior to scheduled flight departure.

## Disinsection Notice

Certain countries require that the passenger cabins of aircraft be treated with insecticides. For additional information and a list of those countries, please visit the U.S. Department of Transportation's disinsection website.

## IMPORTANT CONSUMER NOTICES

**Changes/Cancellations** - Most tickets, other than Basic Economy tickets or those for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean, may be changed to a different itinerary, or cancelled and the value of the ticket retained so that it can be applied to a new ticket, without a change fee. Such change or cancellation must be made prior to the original ticketed travel date. Travelers making changes will be responsible for the fare difference if the new itinerary has a higher fare than the original ticketed itinerary or a credit for future travel on United if the new itinerary has a lower fare than the original ticketed itinerary. Unless a waiver applies, Basic Economy tickets may not be changed or cancelled and a change fee will apply for changes or cancellations made to tickets for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean. Policies concerning your ability to make reservation changes and cancellations and any fees associated with such changes can be found at Important travel notices | United Airlines.

**Notice of Baggage Liability Limitations** - For domestic travel between points within the United States (except for domestic portions of international journeys), United's liability for loss of, damage to, or delay in delivery of a customer's checked baggage is limited to $3,800 per ticketed customer unless a higher value is declared in advance and additional charges are paid (not applicable to wheelchairs or other assistive devices). For such travel, United assumes no liability for high value, fragile, perishable, or otherwise excluded items; excess valuation may not be declared on certain types of valuable articles. Further information may be obtained from the carrier. For international travel governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability is approximately 640 USD per bag for checked baggage, and 400 USD per passenger for unchecked baggage. For international travel governed by the Montreal Convention (including the domestic portions of the trip), maximum liability is 1,288 SDRs per passenger for baggage, whether checked or unchecked. For baggage lost, delayed, or damaged in connection with domestic travel, United requires that customers provide preliminary notice within 24 hours after arrival of the flight on which the baggage was or was to be transported and submit a written claim within 45 days of the flight. For baggage damaged or delayed in connection with most international travel (including domestic portions of international journeys), the Montreal Convention and United require customers to provide carriers written notice as follows: (a) for damaged baggage, within seven days from the date of receipt of the damaged baggage; (b) for delayed baggage, within 21 days from the date the baggage should have been returned to the customer. Please refer to Rule 28 of United's Contract of Carriage

for important information relating to baggage and other limitations of liability.

**Notice of Incorporated Terms** - Transportation is subject to the terms and conditions of United's Contract of Carriage, which are incorporated herein by reference. Incorporated terms may include, but are not limited to: 1. Limits on liability for personal injury or death of the customer, and for loss, damage, or delay of goods and baggage, including high value, fragile, perishable, or otherwise excluded items. 2. Claims restrictions, including time periods within which customers must file a claim or bring an action against the carrier. 3. Rights of the carrier to change terms of the contract. 4. Rules about reconfirmation of reservations, check-in times, and refusal to carry. 5. Rights of the carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of an alternate air carrier or aircraft, and rerouting. The full text of United's Contract of Carriage is available at united.com or you may request a copy at any United ticket counter. Passengers have the right, upon request at any location where United's tickets are sold within the United States, to receive free of charge by mail or other delivery service the full text of United's Contract of Carriage.

**Notice of Certain Terms** - If you have purchased a restricted ticket, depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to, the following may apply to your travel: (1) the ticket may not be refundable but can be exchanged for a fee for another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) select tickets may not be eligible for refunds or changes even for a fee; (4) select tickets have no residual value and cannot be applied towards the purchase of future travel; or (5) travel may be restricted to specific flights and/ or times and a minimum and/or maximum stay may be required. United reserves the right to refuse carriage to any person who has acquired a ticket in violation of any United tariffs, rules, or regulations, or in violation of any applicable national, federal, state, or local law, order, regulation, or ordinance. Notwithstanding the foregoing, you are entitled to a full refund if you cancel a ticket purchased at least a week prior to departure within 24 hours of purchase.

**Notice of Boarding Times** - For Domestic flights, customers must be at the boarding gate at least 15 minutes prior to scheduled departure. For International flights, customers must be at the boarding gate at least 30 minutes prior to scheduled departure. The time limits provided by United in this Notice are minimum time requirements. Customer and baggage processing times may differ from airport to airport. Please visit united.com for information regarding airport-specific boarding times. It is the customer's responsibility to arrive at the airport with enough time to complete check-in, baggage, and security screening processes within these minimum time limits. Please be sure to check flight information monitors for the correct boarding gate and the departure time of your flight. Failure to be at the boarding gate by the required time could result in the loss of your seat without compensation, regardless of whether you are already checked in or have a confirmed seat and boarding pass.

## ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY - Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage

Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carrier's liability under an international treaty. For further information please consult your airline or insurance company representative.

## Notice - Overbooking of Flights - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions,

including failure to comply with the carrier's check-in deadlines, which are available upon request from the air carrier, persons, denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. *Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*

A STAR ALLIANCE MEMBER 

Copyright © 2022 United Airlines, Inc. All Rights Reserved

**E-mail Information**
**Please do not reply to this message using the "reply" address.**
The information contained in this email is intended for the original recipient only.

View our Privacy Policy          View our Legal Notices

# UNITED 

Tue, Jun 07, 2022

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our <u>Important notices page</u> for the latest updates

**Get ready for your trip:** <u>Visit the Travel-Ready Center</u>, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

## P28SGS

*Talc*

---

Flight 1 of 2 UA6099                          Class: United Economy (M)

Sun, May 22, 2022                                        Sun, May 22, 2022

# 04:54 PM                                      06:50 PM

Pensacola, FL, US (PNS)                               Houston, TX, US (IAH)

Flight Operated by Mesa Airlines dba United Express.

---

Flight 2 of 2 UA1752                             Class: United First (PZ)

Sun, May 22, 2022                                        Mon, May 23, 2022

# 08:06 PM                                      12:45 AM

Houston, TX, US (IAH)                          New York/Newark, NJ, US (EWR)

---

Traveler Details

TISI/CHRISTOPHERV

eTicket number: **0162413356797**                 Seats: **PNS-IAH 12D**
Frequent Flyer: **UA-XXXXX374 Premier 1K®**              **IAH-EWR 01A**

---

Purchase Summary

Method of payment:                          **Miscellaneous Document**
Date of purchase:                                **Sat, May 21, 2022**

Airfare:                                          **598.60 USD**

| | |
|---|---|
| U.S. Transportation Tax: | **44.90 USD** |
| U.S. Flight Segment Tax: | **9.00 USD** |
| September 11th Security Fee: | **5.60 USD** |
| U.S. Passenger Facility Charge: | **9.00 USD** |

| | |
|---|---|
| Total Per Passenger: | **667.10 USD** |

| | |
|---|---|
| **Total:** | **667.10 USD** |

## Payment Info

Remaining value of your previous ticket numbers 0162412864576 was applied to this purchase.

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Sun, May 22, 2022 Pensacola, FL, US (PNS) to New York/Newark, NJ, US (EWR - Liberty) | 0.0 USD | 0.0 USD | 70.0lbs(32.0kg) - 62.0in(157.0cm) | 70.0lbs(32.0kg) - 62.0in(157.0cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® 1K® membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program
- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown
- Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.
- Our Premier Program changes January 1, 2020. If your itinerary includes travel with a scheduled departure in 2020, you may see our old Premier accrual metrics if 1) you booked prior to May 1, 2019 and are viewing an emailed receipt or 2) you booked prior to August 1, 2019 and are viewing a receipt online. The terms and conditions of Premier qualification can be found at united.com/qualify.

## eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.
**EXCEPTION**: When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville, Kona, Las Vegas, Los Angeles, Maui, Miami, New York (LGA), Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Pittsburgh, Raleigh/Durham, Reno, San Diego, San Francisco, San Juan, PR (60 minutes), Savannah, Seattle, St. Louis, St. Thomas, U.S. Virgin Islands (60 minutes), Tampa, Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes except where noted.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.

- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.
- For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, go to our Flight Status page.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules.
- Current policies and updates concerning Coronavirus (Covid 19) can be found at https://www.united.com/ual/en/us/fly/travel/notices.html

## Data Protection Notice

Your personal data will be processed in accordance with the applicable carrier's privacy policy and if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred

## Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care form

## Hazardous materials

Federal law forbids the carriage of hazardous materials on board aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Common examples of hazardous materials/dangerous goods include spare or loose lithium batteries, fireworks, strike-anywhere matches, aerosols, pesticides, bleach and corrosive materials. Additional information can be found on:

> united.com restricted items page
> FAA website Pack Safe page
> TSA website Prohibited Items page

## Refunds Within 24 Hours

When you book and ticket a reservation through united.com, the United mobile app, the United Customer Contact Center, at our ticket counters or city ticket offices, or if you use MileagePlus® miles to book an award ticket, we will allow you to cancel the ticketed reservation without penalty and receive a 100 percent refund of the ticket price to the original form of payment if you cancel the reservation within 24 hours of purchase and if the reservation is made one week or more prior to scheduled flight departure.

## Disinsection Notice

Certain countries require that the passenger cabins of aircraft be treated with insecticides. For additional information and a list of those countries, please visit the U.S. Department of Transportation's disinsection website.

## IMPORTANT CONSUMER NOTICES

**Changes/Cancellations** - Most tickets, other than Basic Economy tickets or those for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean, may be changed to a different itinerary, or cancelled and the value of the ticket retained so that it can be applied to a new ticket, without a change fee. Such change or cancellation must be made prior to the original ticketed travel date. Travelers making changes will be responsible for the fare difference if the new itinerary has a

higher fare than the original ticketed itinerary or a credit for future travel on United if the new itinerary has a lower fare than the original ticketed itinerary. Unless a waiver applies, Basic Economy tickets may not be changed or cancelled and a change fee will apply for changes or cancellations made to tickets for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean. Policies concerning your ability to make reservation changes and cancellations and any fees associated with such changes can be found at Important travel notices | United Airlines.

**Notice of Baggage Liability Limitations** - For domestic travel between points within the United States (except for domestic portions of international journeys), United's liability for loss of, damage to, or delay in delivery of a customer's checked baggage is limited to $3,800 per ticketed customer unless a higher value is declared in advance and additional charges are paid (not applicable to wheelchairs or other assistive devices). For such travel, United assumes no liability for high value, fragile, perishable, or otherwise excluded items; excess valuation may not be declared on certain types of valuable articles. Further information may be obtained from the carrier. For international travel governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability is approximately 640 USD per bag for checked baggage, and 400 USD per passenger for unchecked baggage. For international travel governed by the Montreal Convention (including the domestic portions of the trip), maximum liability is 1,288 SDRs per passenger for baggage, whether checked or unchecked. For baggage lost, delayed, or damaged in connection with domestic travel, United requires that customers provide preliminary notice within 24 hours after arrival of the flight on which the baggage was or was to be transported and submit a written claim within 45 days of the flight. For baggage damaged or delayed in connection with most international travel (including domestic portions of international journeys), the Montreal Convention and United require customers to provide carriers written notice as follows: (a) for damaged baggage, within seven days from the date of receipt of the damaged baggage; (b) for delayed baggage, within 21 days from the date the baggage should have been returned to the customer. Please refer to Rule 28 of United's Contract of Carriage for important information relating to baggage and other limitations of liability.

**Notice of Incorporated Terms** - Transportation is subject to the terms and conditions of United's Contract of Carriage, which are incorporated herein by reference. Incorporated terms may include, but are not limited to: 1. Limits on liability for personal injury or death of the customer, and for loss, damage, or delay of goods and baggage, including high value, fragile, perishable, or otherwise excluded items. 2. Claims restrictions, including time periods within which customers must file a claim or bring an action against the carrier. 3. Rights of the carrier to change terms of the contract. 4. Rules about reconfirmation of reservations, check-in times, and refusal to carry. 5. Rights of the carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of an alternate air carrier or aircraft, and rerouting. The full text of United's Contract of Carriage is available at united.com or you may request a copy at any United ticket counter. Passengers have the right, upon request at any location where United's tickets are sold within the United States, to receive free of charge by mail or other delivery service the full text of United's Contract of Carriage.

**Notice of Certain Terms** - If you have purchased a restricted ticket, depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to, the following may apply to your travel: (1) the ticket may not be refundable but can be exchanged for a fee for another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) select tickets may not be eligible for refunds or changes even for a fee; (4) select tickets have no residual value and cannot be applied towards the purchase of future travel; or (5) travel may be restricted to specific flights and/ or times and a minimum and/or maximum stay may be required. United reserves the right to refuse carriage to any person who has acquired a ticket in violation of any United tariffs, rules, or regulations, or in violation of any applicable national, federal, state, or local law, order, regulation, or ordinance. Notwithstanding the foregoing, you are entitled to a full refund if you cancel a ticket purchased at least a week prior to departure within 24 hours of purchase.

**Notice of Boarding Times** - For Domestic flights, customers must be at the boarding gate at least 15 minutes prior to scheduled departure. For International flights, customers must be at the boarding gate at least 30 minutes prior to scheduled departure. The time limits provided by United in this Notice are minimum time requirements. Customer and baggage processing times may differ from airport to airport. Please visit united.com for information regarding airport-specific boarding times. It is the customer's responsibility to arrive at the airport with enough time to complete check-in, baggage, and security screening processes within these minimum time limits. Please be sure to check flight information monitors for the correct boarding gate and the departure time of your flight. Failure to be at the boarding gate by the required time could result in the loss of your seat without compensation, regardless of whether you are

already checked in or have a confirmed seat and boarding pass.

**ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY** - Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage
Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carrier's liability under an international treaty. For further information please consult your airline or insurance company representative.

**Notice - Overbooking of Flights** - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadlines, which are available upon request from the air carrier, persons, denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. *Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*

A STAR ALLIANCE MEMBER ™

Copyright © 2022 United Airlines, Inc. All Rights Reserved

**E-mail Information**
**Please do not reply to this message using the "reply" address.**
The information contained in this email is intended for the original recipient only.

View our Privacy Policy          View our Legal Notices

# The Michelangelo

### NEW YORK

*Talc*
*240888*

**Mr & Mrs Christopher Tisi**
**316 South Baylen St, Ste 600**
**Pensacola FL 32502**
**United States**

<u>Guest</u>

| | | |
|---|---|---|
| Room No. | : | 434 |
| Arrival | : | 05-08-22 |
| Departure | : | 05-12-22 |
| Folio No. | : | 3573115 |
| Conf No. | : | 3492518 |
| Cashier | : | 18 |
| Booking Number | : | |
| Page No. | : | 1 |

| Date | Description | Charges | Credits |
|---|---|---:|---|
| 05-08-22 | Guest Room Charge | 220.15 | |
| 05-08-22 | State Sales Tax - Room - 8.875% | 19.54 | |
| 05-08-22 | City Sales Tax -Room - 5.875% | 12.93 | |
| 05-08-22 | Occupancy Tax - Room | 2.00 | |
| 05-08-22 | Javits Center Tax - Room | 1.50 | |
| 05-08-22 | Residence Fee | 35.00 | |
| 05-08-22 | State Sales Tax - Residence Fee 8.875 | 3.11 | |
| 05-08-22 | City Sales Tax-Residence Fee 5.875% | 2.06 | |
| 05-09-22 | Guest Room Charge | 220.15 | |
| 05-09-22 | State Sales Tax - Room - 8.875% | 19.54 | |
| 05-09-22 | City Sales Tax -Room - 5.875% | 12.93 | |
| 05-09-22 | Occupancy Tax - Room | 2.00 | |
| 05-09-22 | Javits Center Tax - Room | 1.50 | |
| 05-09-22 | Residence Fee | 35.00 | |
| 05-09-22 | State Sales Tax - Residence Fee 8.875 | 3.11 | |
| 05-09-22 | City Sales Tax-Residence Fee 5.875% | 2.06 | |
| 05-10-22 | Guest Room Charge | 359.10 | |
| 05-10-22 | State Sales Tax - Room - 8.875% | 31.87 | |
| 05-10-22 | City Sales Tax -Room - 5.875% | 21.10 | |
| 05-10-22 | Occupancy Tax - Room | 2.00 | |
| 05-10-22 | Javits Center Tax - Room | 1.50 | |
| 05-10-22 | Residence Fee | 35.00 | |
| 05-10-22 | State Sales Tax - Residence Fee 8.875 | 3.11 | |
| 05-10-22 | City Sales Tax-Residence Fee 5.875% | 2.06 | |
| 05-11-22 | Guest Room Charge | 476.10 | |
| 05-11-22 | State Sales Tax - Room - 8.875% | 42.25 | |
| 05-11-22 | City Sales Tax -Room - 5.875% | 27.97 | |



LIFESTYLE℠

*Preferred*
HOTELS & RESORTS

# The Michelangelo

### N E W   Y O R K

**Mr & Mrs Christopher Tisi**
**316 South Baylen St, Ste 600**
**Pensacola FL 32502**
**United States**

| | |
|---|---|
| Room No. | : 434 |
| Arrival | : 05-08-22 |
| Departure | : 05-12-22 |
| Folio No. | : 3573115 |
| Conf No. | : 3492518 |
| Cashier | : 18 |
| Booking Number | : |
| Page No. | : 2 |

<u>Guest</u>

| Date | Description | | | Charges | Credits |
|---|---|---|---|---|---|
| 05-11-22 | Occupancy Tax - Room | | | 2.00 | |
| 05-11-22 | Javits Center Tax - Room | | | 1.50 | |
| 05-11-22 | Residence Fee | | | 35.00 | |
| 05-11-22 | State Sales Tax - Residence Fee 8.875 | | | 3.11 | |
| 05-11-22 | City Sales Tax-Residence Fee 5.875% | | | 2.06 | |
| 05-12-22 | Visa Payment | XXXXXXXXXXXX5706 | XX/XX | | 1,638.31 |

| | | |
|---|---|---|
| **Total Charges** | **1,638.31** | |
| **Total Credits** | | **1,638.31** |
| **Balance** | | **0.00** |
| | | **USD** |

### L I F E S T Y L E ℠

*Preferred*

H O T E L S   &   R E S O R T S

# Residence INN.
BY MARRIOTT

**Residence Inn® West Orange**
107 Prospect Avenue, West Orange NJ 07052 P 973.669.4700
Marriott.com/EWROG

5/23 - Talc - 240222

Christopher Tisi                                    Room: 212
1111 Expedia Group Way W                           Room Type: ONBT
Seattle WA 98119                                   Number of Guests: 1
Leisure                                            Rate: $192.06                    Clerk: JJP

Arrive: 23May22        Time: 07:34AM        Depart: 27May22        Time: 03:18PM        Folio Number: 60764

| DATE | DESCRIPTION | CHARGES | CREDITS |
|------|-------------|---------|---------|
| | Advance Deposit | | 910.33 |
| 23May22 | Room Charge | 218.37 | |
| 23May22 | Occupancy Sales Tax | 14.47 | |
| 23May22 | State Occupancy Tax | 10.92 | |
| 23May22 | City Tax | 6.55 | |

Talc

Card #: MCXXXXXXXXXXXXX3827/XXXX
Card Type: MASTERCARD Card Entry: MANUAL Approval Code:
065465

**BALANCE:        0.00**

**Marriott Bonvoy Account # XXXXX1642.** Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account.
Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

To plan your next stay, visit ResidenceInn.com.

12:47

# Trip Details



| 5/22/22, 10:45 PM | $81.94 |
| J92MJD | +$15.99 |
| | Add to your tip |

• Newark, NJ 07114, USA

107 Prospect Ave, West
Orange, NJ 07052, US

Receipt

Your trip with Julio    ★ ★ ★ ★ ★

After your trip, driver can't
see your pickup or dropoff
address details



View what your driver sees

Help

### Find Lost Item
~~We can help~~ you

*Talc*

 12:48    



# Trip Details



*Talc*

**5/23/22, 6:25 AM**          **$75.94**
R85PVD                     +$15.18
                    Add to your tip

● 107 Prospect Ave, West
  Orange, NJ 07052, US          **Receipt**

■ 402 E State St,
  Trenton, NJ 08608, US

👤 Your trip with Rony    ★ ★ ★ ★ ★

After your trip, driver can't
see your pickup or dropoff    
address details

View what your driver sees

Help

**F̲i̲n̲d̲ ̲L̲o̲s̲t̲ ̲I̲t̲e̲m̲**

 12:49

# Trip Details



5/23/22, 3:32 PM                    $64.99
PC366214                           +$12.99
                            Add to your tip

• 100 College Rd E,
  Princeton, NJ 08540,          Receipt
  US

■ 107 Prospect Ave, West
  Orange, NJ 07052, US

  Your trip with Geor...   ★ ★ ★ ★ ★

After your trip, driver can't
see your pickup or dropoff         
address details

View what your driver sees

Help

Tal

 12:34

‹ **Apr 18, 2022, 8:13 PM**



# $75.99

## Thanks for riding with Sharan



Talc

## Your Trip

| | | |
|---|---|---|
| **1 Central Terminal Dr** | Pickup |
| New York | 8:13 PM |
| **160 W 47th St** | Drop-off |
| New York | 8:35 PM |

Since your pickup time was later than
expected, you got a partial refund for the