# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

## FEE APPLICATION COVER SHEET FOR THE
## PERIOD JULY 1, 2022 THROUGH JULY 31, 2022

Debtor: LTL Management LLC     Applicant: Bates White, LLC

Case No.: 21-30589-MBK          Client: LTL Management LLC

Chapter: 11                     Case Filed: October 14, 2021 (the "Petition Date")

## SECTION 1
## FEE SUMMARY

☐ Interim Fee Application No. ____    or    ☐ Final Fee Application

Summary of Amounts Requested for the Period from July 1, 2022 through July 31, 2022 (the "Ninth Statement Period").

| | |
|---|---:|
| Total Fees – LTL Bankruptcy: | $176,499.50 |
| Total Fees – Imerys Bankruptcy (50% of total): | + $0.00 |
| Total Fees: | $176,499.50 |
| Total Disbursements: | + $0.00 |
| Total Fees Plus Disbursements: | $176,499.50 |
| Minus 20% Holdback of Fees: | − $35,299.90 |
| Amount Sought at this Time: | $141,199.60 |

| | FEES | EXPENSES | TOTAL |
|---|---:|---:|---:|
| Total Previous Fees Requested: | $1,635,711.00 | $1,749.23 | $1,637,460.23 |
| Total Fees Allowed to Date: | $554,101.45 | $1,007.51 | $555,108.96 |
| Total Retainer (If Applicable): | $0.00 | $0.00 | $0.00 |
| Total Holdback (If Applicable): | $211,281.20 | n/a | $211,281.20 |
| Total Received by Applicant: | $1,357,108.11 | $1,749.23 | $1,358,857.34 |

-2-

**Summary by timekeeper included in this Fee Application – LTL Bankruptcy**

| Name of Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Evans, Andrew | Partner | $825 | 21.1 | $17,407.50 |
| Grinberg, Rachel | Partner | $900 | 0.6 | $540.00 |
| Lobel, Scott | Partner | $750 | 65.1 | $48,825.00 |
| Mullin, Charles | Partner | $1,150 | 27.8 | $31,970.00 |
| Aharoni, Assaph | Manager | $600 | 0.5 | $300.00 |
| Peters, Sarah | Manager | $600 | 14.6 | $8,760.00 |
| Wieman, Christopher | Director | $550 | 0.3 | $165.00 |
| Xu, Alicia | Senior Economist | $545 | 14.5 | $7,902.50 |
| Coleman, Nathan | Consultant II | $390 | 35.2 | $13,728.00 |
| Stewart, Samantha | Consultant II | $410 | 88.7 | $36,367.00 |
| Weiss, David | Consultant | $365 | 4.2 | $1,533.00 |
| DeChurch, Cameron | Project Coordinator | $255 | 35.3 | $9,001.50 |
| **TOTAL** | | | **307.9** | **$176,499.50** |

**Summary by timekeeper included in this Fee Application – Imerys Bankruptcy**

| Name of Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| N/A | | | N/A | N/A |
| **TOTAL** | | | **0.0** | **$0.00** |
| **50% OF TOTAL** | | | **0.0** | **$0.00** |

-3-

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED – LTL BANKRUPTCY | HOURS | FEES |
|---|---|---|
| Analysis | 83.7 | $64,633.00 |
| Client Communication | 15.4 | $12,657.50 |
| Data Gathering & Processing | 145.7 | $63,685.00 |
| Fee Request Preparation | 15.4 | $9,566.00 |
| Project Management | 14.7 | $11,700.00 |
| Research | 33.0 | $14,258.00 |
| **SERVICE TOTALS** | **307.9** | **$176,499.50** |

| SERVICES RENDERED – IMERYS BANKRUPTCY | HOURS | FEES |
|---|---|---|
| N/A | N/A | N/A |
| **SERVICES TOTAL** | **0.0** | **$0.00** |
| **50% OF SERVICES TOTAL** | **0.0** | **$0.00** |

# SECTION III
# SUMMARY OF DISBURSEMENTS

| DISBURSEMENT TYPE – LTL BANKRUTPCY | AMOUNT |
|---|---:|
| N/A | |
| **DISBURSEMENTS TOTAL** | **$0.00** |

| DISBURSEMENT TYPE – IMERYS BANKRUTPCY | AMOUNT |
|---|---:|
| N/A | |
| **DISBURSEMENTS TOTAL** | **$0.00** |

## SECTION IV
## CASE HISTORY

1.    Case Filed: October 14, 2021 (the "Petition Date")

2.    Chapter under which case commenced: Chapter 11

3.    Date of Retention: February 15, 2022, effective as of the Petition Date [Dkt. 1483] (the "Retention Order").[1]

4.    Summary explaining the nature of the work performed and the results achieved:[2]

   During the Ninth Statement Period, Bates White provided the following services including, but not limited to:

   - Drafting proposals for potential approaches to gathering information for claim valuation analyses.

   - Processing and analyzing publicly available data related to disease incidence.

   - Reviewing epidemiological literature related to forecasting disease incidence.

   - Preparing for and participating in mediation.

   - Developing alternative approaches to valuation analyses given available data and timelines.

   - Providing input on options for potential discovery.

   - Preparing the Eighth Monthly Fee Statement for fees incurred in June.

I certify under penalty of perjury that the above is true.

---

[1]    The Retention Order is attached hereto as Exhibit B.

[2]    The invoice detail and expense detail submitted hereto as Exhibit C, includes detailed time and expense entries summarizing the professional services rendered by Bates White, LLC as talc consultants to the Debtor in the LTL Bankruptcy.

Dated:  September 6, 2022                    Respectfully submitted,
      Washington, DC

/*s/ Scott M. Lobel*
Scott M. Lobel
BATES WHITE, LLC
2001 K Street NW
North Building, Suite 500
Washington, DC 20006
Telephone:  (202) 408-6110
Facsimile:  (202) 408-7838
E-mail:  scott.lobel@bateswhite.com

TALC CONSULTANTS FOR DEBTOR