# **EXHIBIT A**

Bates White Invoice for Ninth Monthly Fee Application



2001 K Street, NW, North Building, Suite 500, Washington, DC 20006    main 202.408.6110  fax 202.408.7838

LTL Management LLC  
501 George Street  
New Brunswick, NJ 08933

September 6, 2022  
Matter No. 1383-0001  
Invoice No: 27728

Re:    In re Bankruptcy proceedings for LTL Management LLC

For professional services rendered by Bates White, LLC between July 1, 2022 and July 31, 2022 in connection with the above referenced matter.

|  | Total |
|---|---:|
| Total Fees – LTL Bankruptcy: | $176,499.50 |
| Total Fees – Imerys Bankruptcy (50% of total): | $0.00 |
| Total Fees: | $176,499.50 |
| Total Disbursements: | $0.00 |
| Total Fees Plus Disbursements: | $176,499.50 |
| Minus 20% Holdback of Fees: | $35,299.90 |
| **Interim Amount:** | $141,199.60 |
| **TOTAL AMOUNT DUE** | $141,199.60 |

For Payment by US mail:

**Bates White, LLC**  
Attn: Accounts Receivable  
2001 K Street, NW  
North Building, Suite 500  
Washington, DC 20006

EIN: 52-2183096  
SWIFT: SNTRUS3A

For ACH payment or wire transfer

**Bates White, LLC**  
ABA 061000104  
Account 1000195670509  
SunTrust Bank  
8330 Boone Boulevard  
Vienna, VA 22182

BATESWHITE.COM