## **EXHIBIT C**

Invoice detail – LTL Bankruptcy

| Date incurred | Employee | Category | Notes | Hours | Professional fees |
|---|---|---|---|---|---|
| 7/1/2022 | Xu, Alicia | Analysis | Analyze information relative to claim value | 0.6 | $327.00 |
| 7/1/2022 | Coleman, Nathan | Data Gathering & Processing | QC analysis and visualization of cancer incidence data | 0.5 | $195.00 |
| 7/1/2022 | Coleman, Nathan | Data Gathering & Processing | Prepare querying software for public incidence data | 0.4 | $156.00 |
| 7/1/2022 | Coleman, Nathan | Research | Review updates to documentation of historical claimant information summaries | 1.1 | $429.00 |
| 7/1/2022 | Coleman, Nathan | Research | Update documentation of historical claimant information summaries | 1.2 | $468.00 |
| 7/1/2022 | Stewart, Samantha | Data Gathering & Processing | Documenting claimant information for valuation | 2.3 | $943.00 |
| 7/1/2022 | Stewart, Samantha | Data Gathering & Processing | Summarizing claimant information for valuation | 1.8 | $738.00 |
| 7/1/2022 | DeChurch, Cameron | Data Gathering & Processing | Reviewing visualizations for analysis of public incidence | 1.1 | $280.50 |
| 7/1/2022 | DeChurch, Cameron | Data Gathering & Processing | Process public incidence data for analysis | 1.9 | $484.50 |
| 7/1/2022 | DeChurch, Cameron | Data Gathering & Processing | Download public incidence data | 0.7 | $178.50 |
| 7/2/2022 | Mullin, Charles | Analysis | Analyzed potential incidence under plaintiffs' theory | 2.7 | $3,105.00 |
| 7/4/2022 | Lobel, Scott | Data Gathering & Processing | Review details of information influencing claim values | 2.3 | $1,725.00 |
| 7/5/2022 | Lobel, Scott | Data Gathering & Processing | Analyze factors influencing claim values | 0.8 | $600.00 |
| 7/5/2022 | Peters, Sarah | Analysis | Review and update outline of factors that may affect claim values | 1.6 | $960.00 |
| 7/5/2022 | Xu, Alicia | Analysis | Update summary for claim valuation information | 0.7 | $381.50 |
| 7/5/2022 | Xu, Alicia | Research | Read academic papers on statistical modeling, forecasting | 1.6 | $872.00 |
| 7/5/2022 | Coleman, Nathan | Data Gathering & Processing | Review and QC scripts for incidence data processing | 0.2 | $78.00 |
| 7/5/2022 | Stewart, Samantha | Analysis | Summarizing information from claimants for future analyses | 1.2 | $492.00 |
| 7/5/2022 | Stewart, Samantha | Analysis | Standardizing requests for claimant information for use in future analyses | 0.8 | $328.00 |
| 7/5/2022 | Stewart, Samantha | Research | Documenting epidemiological literature on forecasting future cancer incidence | 0.7 | $287.00 |
| 7/5/2022 | Stewart, Samantha | Research | Reviewing epidemiological literature for forecasting future cancer incidence | 3.2 | $1,312.00 |
| 7/5/2022 | DeChurch, Cameron | Data Gathering & Processing | Process public incidence data for analysis | 1.6 | $408.00 |
| 7/5/2022 | DeChurch, Cameron | Data Gathering & Processing | Generate visualizations for public incidence data | 0.8 | $204.00 |
| 7/5/2022 | DeChurch, Cameron | Data Gathering & Processing | Continue to process public incidence data | 0.7 | $178.50 |
| 7/6/2022 | Evans, Andrew | Analysis | Work on next steps for analysis with limited discovery | 0.2 | $165.00 |
| 7/6/2022 | Evans, Andrew | Client Communication | Call with Lobel; Prieto; Murdica; Lounsberry on hearing developments and next steps for analysis | 0.8 | $660.00 |
| 7/6/2022 | Lobel, Scott | Analysis | Review status of incidence analysis | 0.2 | $150.00 |
| 7/6/2022 | Lobel, Scott | Client Communication | Call with DEvans, DPrieto (JD), JMurdica/KLounsberry (BT) re hearing debrief and next steps | 0.9 | $675.00 |
| 7/6/2022 | Lobel, Scott | Project Management | Outline next steps for team in light of LTL hearing | 0.4 | $300.00 |
| 7/6/2022 | Mullin, Charles | Analysis | Considered approaches to estimating potential liability | 1.8 | $2,070.00 |
| 7/6/2022 | Mullin, Charles | Analysis | Addressing questions from counsel regarding analyses for mediation support | 0.6 | $690.00 |
| 7/6/2022 | Peters, Sarah | Analysis | QC updates to forecasting approach | 0.4 | $240.00 |
| 7/6/2022 | Xu, Alicia | Research | Summarize the papers for statistical modeling | 2.3 | $1,253.50 |
| 7/6/2022 | Coleman, Nathan | Data Gathering & Processing | QC processing and scripts for public incidence data | 1.6 | $624.00 |
| 7/6/2022 | Coleman, Nathan | Data Gathering & Processing | Update documentation for public demographic data | 0.2 | $78.00 |
| 7/6/2022 | Coleman, Nathan | Data Gathering & Processing | Process histology data for public incidence data | 2.7 | $1,053.00 |
| 7/6/2022 | Coleman, Nathan | Data Gathering & Processing | Review workstreams for updates to forecasting disease incidence | 1.1 | $429.00 |
| 7/6/2022 | Coleman, Nathan | Research | Update summary of academic literature on cancer | 0.8 | $312.00 |
| 7/6/2022 | Coleman, Nathan | Research | Outline analysis for forecasting disease incidence | 1.4 | $546.00 |
| 7/6/2022 | Stewart, Samantha | Analysis | Analyze potential approaches for forecasting incidence | 0.7 | $287.00 |
| 7/6/2022 | Stewart, Samantha | Data Gathering & Processing | Summarizing potential claimant information requests | 0.2 | $82.00 |

| Date incurred | Employee | Category | Notes | Hours | Professional fees |
|---|---|---|---|---|---|
| 7/6/2022 | Stewart, Samantha | Research | Reviewing literature on incidence forecasting | 2.8 | $1,148.00 |
| 7/6/2022 | Stewart, Samantha | Research | Summarizing approaches to modeling future incidence | 2.9 | $1,189.00 |
| 7/6/2022 | DeChurch, Cameron | Data Gathering & Processing | Continue to process public incidence data to prepare for visualizations | 0.8 | $204.00 |
| 7/6/2022 | DeChurch, Cameron | Data Gathering & Processing | Develop visualizations for public incidence data | 1.3 | $331.50 |
| 7/6/2022 | DeChurch, Cameron | Data Gathering & Processing | Processing public incidence data by disease to prepare for visualizations | 0.7 | $178.50 |
| 7/7/2022 | Grinberg, Rachel | Analysis | Reviewed status of analysis of disease incidence | 0.6 | $540.00 |
| 7/7/2022 | Lobel, Scott | Client Communication | Call with KFournier re bankruptcy next steps | 0.3 | $225.00 |
| 7/7/2022 | Lobel, Scott | Data Gathering & Processing | Analyze factors affecting claim values | 2.2 | $1,650.00 |
| 7/7/2022 | Mullin, Charles | Analysis | Developed summary outline of key facts for counsel | 0.8 | $920.00 |
| 7/7/2022 | Mullin, Charles | Analysis | Identified desired claims information for estimation | 0.7 | $805.00 |
| 7/7/2022 | Peters, Sarah | Analysis | Outline potential analyses related to valuation | 0.7 | $420.00 |
| 7/7/2022 | Peters, Sarah | Project Management | Summarize recent workstreams for counsel | 0.4 | $240.00 |
| 7/7/2022 | Xu, Alicia | Analysis | Review draft for the information re claim valuation | 0.2 | $109.00 |
| 7/7/2022 | Coleman, Nathan | Data Gathering & Processing | Review workstreams for histology updates for incidence | 0.4 | $156.00 |
| 7/7/2022 | DeChurch, Cameron | Data Gathering & Processing | Reviewing histological background of disease | 0.6 | $153.00 |
| 7/8/2022 | Evans, Andrew | Analysis | Prep for call with counsel on potential next steps suggested by Court | 0.4 | $330.00 |
| 7/8/2022 | Evans, Andrew | Analysis | Evaluation of potential for shortened discovery and implications for analysis | 0.6 | $495.00 |
| 7/8/2022 | Lobel, Scott | Project Management | Outline next steps for team in light of 7/6 hearing | 0.5 | $375.00 |
| 7/8/2022 | Mullin, Charles | Analysis | Worked on summary of analyses for counsel | 1.1 | $1,265.00 |
| 7/8/2022 | Mullin, Charles | Analysis | Provide input to counsel on potential court appointed expert | 0.3 | $345.00 |
| 7/8/2022 | Xu, Alicia | Data Gathering & Processing | Review summary of publicly available incidence data | 0.3 | $163.50 |
| 7/8/2022 | Coleman, Nathan | Data Gathering & Processing | Review workstream for updating incidence data analysis | 0.3 | $117.00 |
| 7/8/2022 | Stewart, Samantha | Data Gathering & Processing | Reviewing additional complaints received from counsel | 0.3 | $123.00 |
| 7/8/2022 | Stewart, Samantha | Research | Reviewing literature for forecasting cancer incidence | 2.8 | $1,148.00 |
| 7/8/2022 | Stewart, Samantha | Research | Analyzing alternative approaches to forecasting cancer incidence | 2.6 | $1,066.00 |
| 7/8/2022 | DeChurch, Cameron | Data Gathering & Processing | Exporting disease incidence data for analysis | 0.4 | $102.00 |
| 7/8/2022 | DeChurch, Cameron | Data Gathering & Processing | Review visualizations of public incidence data | 1.6 | $408.00 |
| 7/8/2022 | DeChurch, Cameron | Data Gathering & Processing | Processing public incidence data | 1.2 | $306.00 |
| 7/10/2022 | Peters, Sarah | Fee Request Preparation | Prepare June fee application | 0.7 | $420.00 |
| 7/11/2022 | Evans, Andrew | Analysis | Identification of materials for mediation support | 0.2 | $165.00 |
| 7/11/2022 | Evans, Andrew | Client Communication | Call with Fournier; Prieto; Erens; Lounsberry; Lobel; Mullin; Gordon (joined late) on plan for potential court appointed expert | 1.0 | $825.00 |
| 7/11/2022 | Lobel, Scott | Client Communication | Call with Fournier (KS); Gordon (joined late), Prieto, Erens (JD); Lounsberry (BT); Evans, Mullin (BW) re next steps per 7/6 hearing | 1.0 | $750.00 |
| 7/11/2022 | Lobel, Scott | Project Management | Outline next steps in analysis for 7/26 hearing prep | 0.4 | $300.00 |
| 7/11/2022 | Mullin, Charles | Client Communication | Call with Fournier; Prieto; Erens; Gordon (joined late); Lounsberry; Lobel; Evans re court appointed expert | 1.0 | $1,150.00 |
| 7/11/2022 | Xu, Alicia | Data Gathering & Processing | Review publicly available health outcomes data | 0.2 | $109.00 |
| 7/11/2022 | Coleman, Nathan | Data Gathering & Processing | Continue processing public data for US population characteristics | 2.8 | $1,092.00 |
| 7/11/2022 | Coleman, Nathan | Data Gathering & Processing | Process public data for US population characteristics | 2.3 | $897.00 |
| 7/11/2022 | Coleman, Nathan | Data Gathering & Processing | QC documentation for public demographic data | 1.9 | $741.00 |
| 7/11/2022 | Coleman, Nathan | Data Gathering & Processing | QC updates to public incidence data | 0.7 | $273.00 |
| 7/11/2022 | DeChurch, Cameron | Data Gathering & Processing | Creating visualizations for public incidence data | 2.6 | $663.00 |

| Date incurred | Employee | Category | Notes | Hours | Professional fees |
|---|---|---|---|---|---|
| 7/11/2022 | DeChurch, Cameron | Data Gathering & Processing | Query public incidence data | 0.4 | $102.00 |
| 7/12/2022 | Evans, Andrew | Analysis | Preparation of materials and analysis for mediation support | 0.6 | $495.00 |
| 7/12/2022 | Lobel, Scott | Analysis | Outline key points related to future claim valuation | 2.4 | $1,800.00 |
| 7/12/2022 | Lobel, Scott | Project Management | Outline priorities for team given potential schedules | 0.6 | $450.00 |
| 7/12/2022 | Lobel, Scott | Project Management | Review status of open invoices, fee applications | 0.8 | $600.00 |
| 7/12/2022 | Peters, Sarah | Analysis | Summarize data needs under alternative analyses | 0.9 | $540.00 |
| 7/12/2022 | Xu, Alicia | Analysis | Analyze information for claim valuation | 0.4 | $218.00 |
| 7/12/2022 | Xu, Alicia | Research | Review and update documentation on historical talc use | 0.7 | $381.50 |
| 7/12/2022 | Coleman, Nathan | Data Gathering & Processing | Prepare database for forecasting of national characteristic information | 1.3 | $507.00 |
| 7/12/2022 | Stewart, Samantha | Data Gathering & Processing | Reviewing claimant information requests | 0.4 | $164.00 |
| 7/12/2022 | DeChurch, Cameron | Data Gathering & Processing | Querying public incidence data by state | 0.9 | $229.50 |
| 7/12/2022 | DeChurch, Cameron | Data Gathering & Processing | Reviewing epidemiological literature on cancer incidence | 0.6 | $153.00 |
| 7/13/2022 | Evans, Andrew | Analysis | Review and edits to working draft materials in support of mediation | 1.2 | $990.00 |
| 7/13/2022 | Evans, Andrew | Analysis | Work developing potential claim information request | 0.4 | $330.00 |
| 7/13/2022 | Evans, Andrew | Analysis | Addition of new material for mediation support | 0.4 | $330.00 |
| 7/13/2022 | Evans, Andrew | Analysis | Additional work on draft materials summarizing analyses for mediation support | 0.2 | $165.00 |
| 7/13/2022 | Evans, Andrew | Client Communication | Call with Lobel; Prieto; Fournier; Murdica; Lounsberry on next steps for hearing | 0.5 | $412.50 |
| 7/13/2022 | Lobel, Scott | Analysis | Summarizing key elements of claim valuation | 2.8 | $2,100.00 |
| 7/13/2022 | Lobel, Scott | Client Communication | Call with Evans; Prieto; Fournier; Murdica; Lounsberry on next steps for hearing | 0.5 | $375.00 |
| 7/13/2022 | Mullin, Charles | Analysis | Worked on approach for estimating liability | 1.5 | $1,725.00 |
| 7/13/2022 | Mullin, Charles | Analysis | Prepared summary for mediation | 1.6 | $1,840.00 |
| 7/13/2022 | Peters, Sarah | Analysis | Think through next steps in valuation analysis | 1.4 | $840.00 |
| 7/13/2022 | Xu, Alicia | Analysis | Outline the analysis related to claim valuation | 1.6 | $872.00 |
| 7/13/2022 | Coleman, Nathan | Data Gathering & Processing | Review workstreams for updating information that may impact claim values | 1.6 | $624.00 |
| 7/13/2022 | Stewart, Samantha | Analysis | Continue to analyze possible approaches to claim valuation | 1.1 | $451.00 |
| 7/13/2022 | Stewart, Samantha | Analysis | Analyzing possible approaches to valuing claims | 0.4 | $164.00 |
| 7/13/2022 | Stewart, Samantha | Data Gathering & Processing | Documenting claimant information for future analyses | 2.5 | $1,025.00 |
| 7/13/2022 | Stewart, Samantha | Data Gathering & Processing | QCing summary of historical talc verdicts | 2.0 | $820.00 |
| 7/13/2022 | Stewart, Samantha | Data Gathering & Processing | Summarizing requests for claimant data | 2.1 | $861.00 |
| 7/13/2022 | Stewart, Samantha | Research | Summarizing epidemiological literature related to talc use | 0.7 | $287.00 |
| 7/13/2022 | Weiss, David | Analysis | Analyzed claim valuation characteristics | 1.4 | $511.00 |
| 7/13/2022 | Weiss, David | Data Gathering & Processing | Reviewed verdict history summary | 0.2 | $73.00 |
| 7/13/2022 | DeChurch, Cameron | Data Gathering & Processing | Review updates to outline of information that may affect claim values | 0.9 | $229.50 |
| 7/13/2022 | DeChurch, Cameron | Data Gathering & Processing | Reviewing epidemiological literature on cancer incidence | 0.4 | $102.00 |
| 7/14/2022 | Evans, Andrew | Analysis | Follow-up related to mediation support | 0.7 | $577.50 |
| 7/14/2022 | Mullin, Charles | Analysis | Outlined approach to estimating future disease incidence | 1.1 | $1,265.00 |
| 7/14/2022 | Peters, Sarah | Analysis | Evaluate potential sensitivities to valuation analysis | 0.5 | $300.00 |
| 7/14/2022 | Peters, Sarah | Project Management | Summarize recent workstreams for counsel | 0.2 | $120.00 |
| 7/14/2022 | Xu, Alicia | Research | Review updates to the epidemiology research related to talc use | 0.2 | $109.00 |
| 7/14/2022 | Coleman, Nathan | Research | QC summary of literature on carcinogenicity of various | 1.7 | $663.00 |
| 7/14/2022 | Stewart, Samantha | Data Gathering & Processing | Summarizing claimant information requests | 3.0 | $1,230.00 |
| 7/14/2022 | Stewart, Samantha | Data Gathering & Processing | Standardizing potential requests for claimant information | 2.8 | $1,148.00 |
| 7/15/2022 | Evans, Andrew | Analysis | Review of recent docket filings related to estimation | 0.3 | $247.50 |

| Date incurred | Employee | Category | Notes | Hours | Professional fees |
|---|---|---|---|---|---|
| 7/15/2022 | Lobel, Scott | Fee Request Preparation | Work on June fee statement | 0.6 | $450.00 |
| 7/15/2022 | Mullin, Charles | Analysis | Review of estimation related motion filed with the court | 0.4 | $460.00 |
| 7/15/2022 | Wieman, Christopher | Data Gathering & Processing | Digitize data from graph in literature to Excel | 0.3 | $165.00 |
| 7/15/2022 | Xu, Alicia | Analysis | Review information for claim valuation | 0.2 | $109.00 |
| 7/15/2022 | Stewart, Samantha | Data Gathering & Processing | Preparing potential claimant information requests | 2.6 | $1,066.00 |
| 7/15/2022 | DeChurch, Cameron | Data Gathering & Processing | Processing public incidence data | 1.1 | $280.50 |
| 7/18/2022 | Evans, Andrew | Analysis | Evaluation of TCC request to terminate exclusivity and consideration of impact of same on work plan | 0.3 | $247.50 |
| 7/18/2022 | Lobel, Scott | Fee Request Preparation | Work on June fee app | 1.9 | $1,425.00 |
| 7/18/2022 | Peters, Sarah | Analysis | Analyze recent filings in LTL bankruptcy re exclusivity | 0.2 | $120.00 |
| 7/18/2022 | Stewart, Samantha | Data Gathering & Processing | Documenting potential requests for claimant information | 2.9 | $1,189.00 |
| 7/18/2022 | Stewart, Samantha | Data Gathering & Processing | Preparing potential claimant information requests | 2.4 | $984.00 |
| 7/18/2022 | Weiss, David | Analysis | Summarized and analyzed recent case filings | 0.4 | $146.00 |
| 7/18/2022 | DeChurch, Cameron | Data Gathering & Processing | Processing public incidence data for analysis | 0.6 | $153.00 |
| 7/18/2022 | DeChurch, Cameron | Data Gathering & Processing | Continue processing public incidence data for analysis | 1.5 | $382.50 |
| 7/19/2022 | Lobel, Scott | Analysis | Review status of analysis of factors affecting claim values | 0.8 | $600.00 |
| 7/19/2022 | Lobel, Scott | Analysis | Prioritize information on factors affecting claim values | 2.4 | $1,800.00 |
| 7/19/2022 | Lobel, Scott | Research | Review recent case filings on estimation, exclusivity | 0.9 | $675.00 |
| 7/19/2022 | Stewart, Samantha | Data Gathering & Processing | Summarizing claimant information for future analyses | 2.9 | $1,189.00 |
| 7/19/2022 | Stewart, Samantha | Data Gathering & Processing | Reviewing potential claimant information requests | 2.4 | $984.00 |
| 7/19/2022 | Stewart, Samantha | Data Gathering & Processing | Updating potential claimant information requests | 1.9 | $779.00 |
| 7/19/2022 | DeChurch, Cameron | Data Gathering & Processing | Preparing tables analyzing trends in incidence | 1.3 | $331.50 |
| 7/19/2022 | DeChurch, Cameron | Data Gathering & Processing | Processing public incidence data | 1.2 | $306.00 |
| 7/20/2022 | Evans, Andrew | Analysis | Provide input on question of historical approaches in bankruptcy estimation | 0.8 | $660.00 |
| 7/20/2022 | Evans, Andrew | Analysis | Provide additional input to counsel on historical approaches in bankruptcy estimation | 0.3 | $247.50 |
| 7/20/2022 | Evans, Andrew | Client Communication | Call with Prieto; Fournier (dropped early); Lobel; Lounsberry on next steps | 1.0 | $825.00 |
| 7/20/2022 | Lobel, Scott | Client Communication | Call with DEvans, KFournier (K&S - dropped early), DPrieto (JD), KLounsberry (BT) re next steps given recent filings | 1.0 | $750.00 |
| 7/20/2022 | Lobel, Scott | Data Gathering & Processing | Analyze information potentially affecting claim values | 1.6 | $1,200.00 |
| 7/20/2022 | Lobel, Scott | Fee Request Preparation | Continue to work on June fee application | 1.2 | $900.00 |
| 7/20/2022 | Mullin, Charles | Analysis | Responding to requests from counsel on approach to valuation in other mass torts | 0.8 | $920.00 |
| 7/20/2022 | Mullin, Charles | Analysis | Continued assessment of potential excess disease | 0.6 | $690.00 |
| 7/20/2022 | Peters, Sarah | Analysis | QC and analyze outline of factors that may affect claim valuation | 0.2 | $120.00 |
| 7/20/2022 | Coleman, Nathan | Data Gathering & Processing | QC updates to public forecasting data | 1.3 | $507.00 |
| 7/20/2022 | Stewart, Samantha | Data Gathering & Processing | Outlining claimant information requests | 3.0 | $1,230.00 |
| 7/20/2022 | Stewart, Samantha | Data Gathering & Processing | Documenting claimant information for future analyses | 2.8 | $1,148.00 |
| 7/20/2022 | DeChurch, Cameron | Data Gathering & Processing | Processing public incidence data for analysis | 1.1 | $280.50 |
| 7/20/2022 | DeChurch, Cameron | Data Gathering & Processing | Visualizing public incidence data | 0.9 | $229.50 |
| 7/21/2022 | Evans, Andrew | Analysis | Finalize analysis in prep for mediation support | 0.8 | $660.00 |
| 7/21/2022 | Evans, Andrew | Analysis | Working session on next steps for potential claimant information requests | 0.4 | $330.00 |
| 7/21/2022 | Lobel, Scott | Analysis | Analyze factors with the potential to impact valuation | 1.7 | $1,275.00 |
| 7/21/2022 | Lobel, Scott | Fee Request Preparation | Continue work on June fee application | 0.7 | $525.00 |
| 7/21/2022 | Lobel, Scott | Fee Request Preparation | Send time records to counsel for privilege review | 0.3 | $225.00 |
| 7/21/2022 | Lobel, Scott | Project Management | Review priorities for the team in advance of 7/26 hearing | 1.1 | $825.00 |

| Date incurred | Employee | Category | Notes | Hours | Professional fees |
|---|---|---|---|---|---|
| 7/21/2022 | Mullin, Charles | Analysis | Assessed alternative estimation approaches based on alternative data availability | 2.3 | $2,645.00 |
| 7/21/2022 | Peters, Sarah | Analysis | QC summary of trial results | 0.2 | $120.00 |
| 7/21/2022 | Peters, Sarah | Fee Request Preparation | QC draft June fee statement | 0.4 | $240.00 |
| 7/21/2022 | Xu, Alicia | Analysis | Review information related to the recent filings in the LTL bankruptcy | 0.6 | $327.00 |
| 7/21/2022 | Coleman, Nathan | Data Gathering & Processing | Outline additional analysis for claim valuation | 0.5 | $195.00 |
| 7/21/2022 | Stewart, Samantha | Data Gathering & Processing | Reviewing updates to potential claimant information | 0.5 | $205.00 |
| 7/21/2022 | Stewart, Samantha | Data Gathering & Processing | Comparing requests for claimant information | 3.0 | $1,230.00 |
| 7/21/2022 | Stewart, Samantha | Data Gathering & Processing | Summarizing scope of potential claimant information | 2.0 | $820.00 |
| 7/21/2022 | Weiss, David | Analysis | Reviewed claimant information for analysis | 0.5 | $182.50 |
| 7/21/2022 | DeChurch, Cameron | Data Gathering & Processing | Updating incidence data processing scripts | 0.7 | $178.50 |
| 7/22/2022 | Evans, Andrew | Analysis | Prep for mediation | 0.3 | $247.50 |
| 7/22/2022 | Evans, Andrew | Analysis | Follow-up related to mediation support | 0.1 | $82.50 |
| 7/22/2022 | Evans, Andrew | Client Communication | Mediation call with Mullin and Lounsberry | 0.5 | $412.50 |
| 7/22/2022 | Evans, Andrew | Client Communication | Send information to KLounsberry on previous work and | 0.1 | $82.50 |
| 7/22/2022 | Evans, Andrew | Project Management | Coordination of case workstreams and next steps | 0.2 | $165.00 |
| 7/22/2022 | Lobel, Scott | Analysis | Finalize materials for mediation | 0.8 | $600.00 |
| 7/22/2022 | Lobel, Scott | Analysis | Follow-up on mediation | 0.5 | $375.00 |
| 7/22/2022 | Lobel, Scott | Data Gathering & Processing | Analyze factors affecting claim values and potential sources for same | 0.8 | $600.00 |
| 7/22/2022 | Lobel, Scott | Fee Request Preparation | Work on updates to June fee application | 1.0 | $750.00 |
| 7/22/2022 | Mullin, Charles | Analysis | Preparation for mediation | 0.7 | $805.00 |
| 7/22/2022 | Mullin, Charles | Analysis | Work on alternative methods for estimation | 0.4 | $460.00 |
| 7/22/2022 | Mullin, Charles | Client Communication | Mediation call with Evans and Lounsberry | 0.5 | $575.00 |
| 7/22/2022 | Peters, Sarah | Fee Request Preparation | Review draft fee statement | 0.3 | $180.00 |
| 7/22/2022 | Xu, Alicia | Analysis | Read court documents about recent developments in talc litigation | 0.4 | $218.00 |
| 7/22/2022 | Stewart, Samantha | Data Gathering & Processing | Evaluating potential claimant information requests | 2.9 | $1,189.00 |
| 7/22/2022 | Stewart, Samantha | Data Gathering & Processing | Preparing potential claimant information requests | 2.1 | $861.00 |
| 7/23/2022 | Peters, Sarah | Fee Request Preparation | Prepare draft June fee statement | 0.3 | $180.00 |
| 7/25/2022 | Evans, Andrew | Analysis | Review and summarize key points related to request from counsel on potential discovery | 0.6 | $495.00 |
| 7/25/2022 | Lobel, Scott | Data Gathering & Processing | Work on potential information requests for claim valuation | 0.8 | $600.00 |
| 7/25/2022 | Lobel, Scott | Data Gathering & Processing | Continue to work on potential information requests for claim valuation | 1.6 | $1,200.00 |
| 7/25/2022 | Lobel, Scott | Fee Request Preparation | Review proposed updates to June fee statement | 0.4 | $300.00 |
| 7/25/2022 | Lobel, Scott | Project Management | Email counsel re bill rate change for promotions | 0.3 | $225.00 |
| 7/25/2022 | Mullin, Charles | Analysis | Assessed estimation methods based on scope of plaintiff-specific data provided | 1.7 | $1,955.00 |
| 7/25/2022 | Peters, Sarah | Fee Request Preparation | QC updates to draft fee statement | 0.8 | $480.00 |
| 7/25/2022 | Stewart, Samantha | Analysis | Analyzing value of claimant information requests | 0.6 | $246.00 |
| 7/25/2022 | Stewart, Samantha | Analysis | Outline uses for claimant information in analyses | 1.5 | $615.00 |
| 7/25/2022 | Stewart, Samantha | Data Gathering & Processing | Evaluating approaches to gathering claimant information | 1.9 | $779.00 |
| 7/25/2022 | Stewart, Samantha | Fee Request Preparation | Preparing supporting tables for June fee application | 1.1 | $451.00 |
| 7/26/2022 | Evans, Andrew | Analysis | Assess potential approach to incorporating additional claimant information into analysis | 0.3 | $247.50 |
| 7/26/2022 | Lobel, Scott | Data Gathering & Processing | Work on potential information to gather for claims valuation | 3.1 | $2,325.00 |
| 7/26/2022 | Lobel, Scott | Project Management | Review status of claims data analysis | 0.6 | $450.00 |
| 7/26/2022 | Mullin, Charles | Analysis | Considered alternative information sets potentially available through discovery | 0.9 | $1,035.00 |

Bates White, LLC

| Date incurred | Employee | Category | Notes | Hours | Professional fees |
|---|---|---|---|---|---|
| 7/26/2022 | Peters, Sarah | Project Management | Assess progress on various workstreams and provide feedback on next steps | 0.6 | $360.00 |
| 7/26/2022 | Xu, Alicia | Analysis | Review information in public bankruptcy data re valuation | 0.9 | $490.50 |
| 7/26/2022 | Stewart, Samantha | Data Gathering & Processing | Documenting approach to potential claimant information requests | 2.2 | $902.00 |
| 7/26/2022 | Stewart, Samantha | Data Gathering & Processing | Incorporating feedback on potential claimant information requests | 0.7 | $287.00 |
| 7/27/2022 | Evans, Andrew | Analysis | Continue to work on potential claimant information requests | 1.1 | $907.50 |
| 7/27/2022 | Evans, Andrew | Analysis | Working session refining potential discovery plan | 0.6 | $495.00 |
| 7/27/2022 | Evans, Andrew | Analysis | Refining proposals for potential claimant information | 0.7 | $577.50 |
| 7/27/2022 | Evans, Andrew | Client Communication | Call with counsel (Fournier, Prieto, Perez, Rush, Murdica) on follow ups from recent hearing. (BW: Lobel, Peters) | 1.1 | $907.50 |
| 7/27/2022 | Lobel, Scott | Analysis | Prep materials for call with counsel | 0.5 | $375.00 |
| 7/27/2022 | Lobel, Scott | Analysis | Review trends in claims data | 0.9 | $675.00 |
| 7/27/2022 | Lobel, Scott | Analysis | Review options for potential discovery | 0.6 | $450.00 |
| 7/27/2022 | Lobel, Scott | Client Communication | Call with counsel (Fournier, Prieto, Perez, Rush, Murdica) on follow ups from recent hearing. (BW: Peters, Evans) | 1.1 | $825.00 |
| 7/27/2022 | Lobel, Scott | Data Gathering & Processing | Work on updates to potential claimant information requests | 3.2 | $2,400.00 |
| 7/27/2022 | Lobel, Scott | Data Gathering & Processing | Continue to work on updates to potential claimant information requests | 2.8 | $2,100.00 |
| 7/27/2022 | Lobel, Scott | Fee Request Preparation | Review updates to June fee application | 0.3 | $225.00 |
| 7/27/2022 | Lobel, Scott | Fee Request Preparation | Continue to review updates, finalize June fee app | 1.2 | $900.00 |
| 7/27/2022 | Mullin, Charles | Project Management | Refined work plan based on proposed estimation schedule | 0.7 | $805.00 |
| 7/27/2022 | Peters, Sarah | Analysis | Think through next steps on client requests from client call | 0.5 | $300.00 |
| 7/27/2022 | Peters, Sarah | Client Communication | Call with counsel (Fournier, Prieto, Perez, Rush, Murdica) on follow ups from recent hearing. (BW: Lobel, Evans) | 1.1 | $660.00 |
| 7/27/2022 | Peters, Sarah | Fee Request Preparation | QC tables in draft fee statement | 0.3 | $180.00 |
| 7/27/2022 | Peters, Sarah | Project Management | Summarize recent workstreams for counsel | 0.4 | $240.00 |
| 7/27/2022 | Xu, Alicia | Analysis | Follow up on the task status related to claim valuation | 0.6 | $327.00 |
| 7/27/2022 | Xu, Alicia | Analysis | Review summary for information required for claim | 0.7 | $381.50 |
| 7/27/2022 | Coleman, Nathan | Data Gathering & Processing | Summarize updates to potential approaches for forecasting public data | 0.8 | $312.00 |
| 7/27/2022 | Stewart, Samantha | Analysis | Analyzing considerations for potential information requests from claimants | 0.5 | $205.00 |
| 7/27/2022 | Stewart, Samantha | Data Gathering & Processing | Outlining next steps on potential claimant information | 0.3 | $123.00 |
| 7/27/2022 | Stewart, Samantha | Data Gathering & Processing | Updating potential claimant information requests by claimant population | 2.7 | $1,107.00 |
| 7/27/2022 | Stewart, Samantha | Data Gathering & Processing | Refining potential claimant information requests | 1.3 | $533.00 |
| 7/27/2022 | Stewart, Samantha | Fee Request Preparation | Updating June fee application | 0.9 | $369.00 |
| 7/27/2022 | Weiss, David | Analysis | Reviewed characteristics for claim valuation | 0.5 | $182.50 |
| 7/27/2022 | DeChurch, Cameron | Data Gathering & Processing | Review updates to incidence data processing | 0.5 | $127.50 |
| 7/28/2022 | Evans, Andrew | Analysis | Additional consideration of potential discovery options | 0.2 | $165.00 |
| 7/28/2022 | Evans, Andrew | Analysis | Working session on potential claimant information requests | 1.1 | $907.50 |
| 7/28/2022 | Evans, Andrew | Analysis | Continue to work on potential information to request from claimants | 0.7 | $577.50 |
| 7/28/2022 | Evans, Andrew | Client Communication | Call with counsel regarding today's ruling (Fournier, Prieto, Lounsberry, Rush) (BW: Lobel, Mullin) | 0.5 | $412.50 |
| 7/28/2022 | Lobel, Scott | Analysis | Review Judge Kaplan's ruling and implications for work | 0.7 | $525.00 |
| 7/28/2022 | Lobel, Scott | Client Communication | Call with counsel regarding today's ruling (Fournier, Prieto, Lounsberry, Rush) (BW: Evans, Mullin) | 0.5 | $375.00 |
| 7/28/2022 | Lobel, Scott | Data Gathering & Processing | Work on updates to potential claimant information requests | 1.8 | $1,350.00 |

| Date incurred | Employee | Category | Notes | Hours | Professional fees |
|---|---|---|---|---|---|
| 7/28/2022 | Lobel, Scott | Data Gathering & Processing | Outline potential data/document requests from client | 3.1 | $2,325.00 |
| 7/28/2022 | Lobel, Scott | Project Management | Outline workplan changes given Judge Kaplan's ruling | 2.4 | $1,800.00 |
| 7/28/2022 | Mullin, Charles | Analysis | Worked on modeling the population of potential claimants | 1.4 | $1,610.00 |
| 7/28/2022 | Mullin, Charles | Client Communication | Call with counsel regarding today's ruling (Fournier, Prieto, Lounsberry, Rush) (BW: Evans, Lobel) | 0.5 | $575.00 |
| 7/28/2022 | Mullin, Charles | Data Gathering & Processing | Provided input on proposed claimant information requests | 1.1 | $1,265.00 |
| 7/28/2022 | Mullin, Charles | Project Management | Setting direction of team based on today's court order and appointment of Ken Feinberg | 0.4 | $460.00 |
| 7/28/2022 | Peters, Sarah | Analysis | Analyze updates to outline of information for claim valuation | 1.0 | $600.00 |
| 7/28/2022 | Peters, Sarah | Project Management | Review recent case developments and next steps in light of Judge Kaplan's ruling | 1.2 | $720.00 |
| 7/28/2022 | Xu, Alicia | Analysis | Analyze recent court filing on the LTL bankruptcy | 0.9 | $490.50 |
| 7/28/2022 | Xu, Alicia | Analysis | Review the available information for claim valuation | 1.1 | $599.50 |
| 7/28/2022 | Coleman, Nathan | Data Gathering & Processing | QC claim-level field processing in claims data | 2.3 | $897.00 |
| 7/28/2022 | Coleman, Nathan | Data Gathering & Processing | Review updates to workplan given recent hearing | 0.5 | $195.00 |
| 7/28/2022 | Coleman, Nathan | Research | Analyze academic literature on disease incidence and progression | 1.2 | $468.00 |
| 7/28/2022 | Stewart, Samantha | Analysis | Analyzing how to approach potential claimant information requests for future analyses | 0.9 | $369.00 |
| 7/28/2022 | Stewart, Samantha | Analysis | Summarizing hearing and impact on workstreams | 1.4 | $574.00 |
| 7/28/2022 | Stewart, Samantha | Analysis | Outlining approach to analyses based on case updates | 0.9 | $369.00 |
| 7/28/2022 | Stewart, Samantha | Data Gathering & Processing | Reviewing claimant characteristics in claims data | 0.2 | $82.00 |
| 7/28/2022 | Stewart, Samantha | Fee Request Preparation | Updating June fee application | 1.4 | $574.00 |
| 7/28/2022 | Stewart, Samantha | Fee Request Preparation | QCing updates to June fee application | 1.2 | $492.00 |
| 7/28/2022 | Stewart, Samantha | Research | Researching patterns in cancer diagnoses | 0.3 | $123.00 |
| 7/28/2022 | Weiss, David | Analysis | Analyzed factors affecting claimant population | 0.8 | $292.00 |
| 7/28/2022 | Weiss, David | Data Gathering & Processing | QC and update claims data processing | 0.4 | $146.00 |
| 7/28/2022 | DeChurch, Cameron | Data Gathering & Processing | Review and update data summary tables | 0.5 | $127.50 |
| 7/28/2022 | DeChurch, Cameron | Data Gathering & Processing | Process and analyze public incidence data | 1.5 | $382.50 |
| 7/29/2022 | Evans, Andrew | Analysis | Working session on updated plan for analysis on accelerated schedule | 1.1 | $907.50 |
| 7/29/2022 | Evans, Andrew | Client Communication | Call with Fournier (K&S) and Lobel on data availability | 0.8 | $660.00 |
| 7/29/2022 | Lobel, Scott | Analysis | Review documents received from counsel | 1.9 | $1,425.00 |
| 7/29/2022 | Lobel, Scott | Client Communication | Call with KFournier and DEvans on data availability | 0.7 | $525.00 |
| 7/29/2022 | Lobel, Scott | Fee Request Preparation | Finalize/submit June 2022 fee app | 0.4 | $300.00 |
| 7/29/2022 | Lobel, Scott | Project Management | Outline priority workstreams/timelines under new schedule | 1.9 | $1,425.00 |
| 7/29/2022 | Mullin, Charles | Data Gathering & Processing | Formulated information requests from client | 0.6 | $690.00 |
| 7/29/2022 | Mullin, Charles | Project Management | Assessed resources and demands under yesterday's court order | 1.6 | $1,840.00 |
| 7/29/2022 | Aharoni, Assaph | Analysis | Review status of valuation analysis | 0.5 | $300.00 |
| 7/29/2022 | Xu, Alicia | Analysis | Review analysis related to claim valuation | 0.3 | $163.50 |
| 7/29/2022 | Coleman, Nathan | Data Gathering & Processing | QC scripts processing public forecasting data | 0.5 | $195.00 |
| 7/29/2022 | Coleman, Nathan | Research | Review documents from counsel re talc history | 2.6 | $1,014.00 |
| 7/29/2022 | Coleman, Nathan | Research | Draft summary of talc history documents from counsel | 1.3 | $507.00 |
| 7/29/2022 | DeChurch, Cameron | Data Gathering & Processing | Processing public incidence data for analysis | 2.2 | $561.00 |
| 7/29/2022 | DeChurch, Cameron | Data Gathering & Processing | Updated tracking database with recent updates to case materials | 1.4 | $357.00 |
| 7/29/2022 | DeChurch, Cameron | Data Gathering & Processing | Processing public incidence data for forecasting analysis | 1.6 | $408.00 |
| 7/30/2022 | Peters, Sarah | Data Gathering & Processing | Follow up with counsel on data status | 0.3 | $180.00 |
| 7/31/2022 | Lobel, Scott | Data Gathering & Processing | Work on information request for counsel | 0.9 | $675.00 |
| | | | **TOTAL** | **307.9** | **$176,499.50** |