Order Filed on September 9, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted pro hac vice)

*ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re<br><br>LTL MANAGEMENT LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No.: 21-30589<br><br>Judge: Michael B. Kaplan |

### ORDER APPROVING SECOND FEE APPLICATION OF WEIL, GOTSHAL & MANGES LLP, AS SPECIAL COUNSEL TO THE DEBTOR, FOR INTERIM ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM FEBRUARY 1, 2022 THROUGH AND INCLUDING MAY 31, 2022

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED.**

DATED: September 9, 2022

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor: LTL Management LLC
Case No. 21-30589-MBK
Caption: Order Approving Second Fee Application of Weil, Gotshal & Manges LLP, as Special Counsel to the Debtor, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from February 1, 2022 Through and Including May 31, 2022

Upon the *Second Fee Application of Weil, Gotshal & Manges LLP, as Special Counsel to the Debtor, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from February 1, 2022 Through and Including May 31, 2022* (the "**Application**");[2] and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Application being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Application and the supporting documents; and the Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief requested herein and the fees and expenses requested in the Application are reasonable and for necessary services provided to the Debtor; and upon all of the proceedings had before the Court and after due deliberation therefor,

**IT IS HEREBY ORDERED THAT:**

1. Weil's Application for allowance of compensation for services rendered to the Debtor in the sum of $434,219.44 and reimbursement of expenses in the sum of $2,827.75 for the period of February 1, 2022 through and including May 31, 2022 shall be as set forth herein.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Application.

WEIL:\98684478\5\54966.0222

(Page 3)
Debtor: LTL Management LLC
Case No. 21-30589-MBK
Caption: Order Approving Second Fee Application of Weil, Gotshal & Manges LLP, as Special Counsel to the Debtor, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from February 1, 2022 Through and Including May 31, 2022

2. Weil shall be allowed fees in the amount of $434,219.44, plus disbursements of $2,827.75 for the period of February 1, 2022 through and including May 31, 2022 as set forth in the Application. The Debtor is authorized and directed to pay the unpaid portion of the allowed fees and expenses, to wit, the sum of $353,862.29 to Weil, Gotshal & Manges LLP within five (5) days of the entry of this Order.

3. This Court shall retain jurisdiction over any and all matters arising from or related to interpretation and/or implementation of this Order.

WEIL:\98684478\5\54966.0222