**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted pro hac vice)

*Attorneys for the Chapter 11 Debtor*

**Order Filed on September 9, 2022**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,<br><br>Debtor. | Chapter 11<br><br>Case No.: 21-30589 (MBK)<br><br>Judge: Michael B. Kaplan<br><br>**Hearing Date: September 14, 2022 at 10:00 a.m.**<br>**Objection Deadline: July 8, 2022 at 4:00 p.m.** |

**ORDER APPROVING SECOND INTERIM APPLICATION OF
ALIXPARTNERS, LLP, FINANCIAL ADVISOR TO THE CHAPTER 11
DEBTOR, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD FEBRUARY 1, 2022 THROUGH MAY 31, 2022**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

DATE: September 9, 2022

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page: 2
Debtors: LTL Management LLC
Case No.: 21-30589 (MBK)
Caption: Order Approving Second Interim Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtor, for Services Rendered and Reimbursement of Expenses for the Period February 1, 2022 Through May 31, 2022

---

The Court having found that AlixPartners has filed their *Second Interim Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtor, for Services Rendered and Reimbursement of Expenses for the Period from February 1, 2022 Through May 31, 2022* (the "Application"); and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown;

**IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED as provided herein.

2. AlixPartners is hereby awarded, on an interim basis, an allowance of $509,406.25 as compensation for professional services rendered, and $5,641.88 for reimbursement of out-of-pocket expenses incurred during the Second Interim Period.

3. The Debtor is authorized and directed to make payment of the outstanding balance of $172,876.45 to AlixPartners, LLP within fourteen (14) days of the entry of this Order.

4. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.