| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **WOLLMUTH MAHER & DEUTSCH LLP**<br>Paul R. DeFilippo, Esq.<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>Facsimile: (212) 382-0050<br>pdefilippo@wmd-law.com<br><br>**JONES DAY**<br>Gregory M. Gordon, Esq.<br>Brad B. Erens, Esq.<br>Dan B. Prieto, Esq.<br>Amanda Rush, Esq.<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>gmgordon@jonesday.com<br>bberens@jonesday.com<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br>(Admitted *pro hac vice*)<br><br>*ATTORNEYS FOR DEBTOR* | Order Filed on September 9, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>LTL MANAGEMENT LLC,<br><br>                Debtor. | Chapter 11<br><br>Case No.: 21-30589(MBK)<br><br>Honorable Michael B. Kaplan |

**ORDER ALLOWING SECOND INTERIM APPLICATION OF SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AS SPECIAL COUNSEL TO LTL MANAGEMENT LLC FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM FEBRUARY 1, 2022 THROUGH MAY 31, 2022**

The relief set forth on the following pages is hereby **ORDERED.**

DATED: September 9, 2022

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

24

| | |
|---|---|
| **Debtor:** | LTL Management LLC |
| **Case No.:** | 21-30589-MBK |
| **Caption:** | ORDER ALLOWING SECOND INTERIM APPLICATION OF SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AS SPECIAL COUNSEL TO LTL MANAGEMENT LLC FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM FEBRUARY 1, 2022 THROUGH MAY 31, 2022 |

Upon the *Second Interim Application of Skadden, Arps, Slate, Meagher & Flom LLP as Special Counsel To LTL Management LLC For Allowance Of Compensation For Professional Services Rendered And Reimbursement Of Expenses Incurred For The Period From February 1, 2022 Through May 31, 2022* (the "Application"); and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the fees and expenses requested in the Application are reasonable and for necessary services provided to the Debtor.

**IT IS HEREBY ORDERED** that:

1. Skadden's Second Interim Application for Allowance of Compensation for Services Rendered to LTL Management LLC in the sum of $1,012,386.10 and Reimbursement of Expenses in the sum of $157,890.06 for the period of February 1, 2022 Through May 31, 2022 shall be allowed as set forth herein.

2. Skadden shall be allowed fees in the amount of $1,012,386.10 plus disbursements of $157,890.06. The Debtor is authorized and directed to make payment of the unpaid portion of the allowed fee, to wit, the sum of $312,117.47, to Skadden, Arps, Slate, Meagher & Flom LLP within five (5) days of the entry of this Order.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.