| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**COOLEY LLP**<br>Cullen D. Speckhart (admitted pro hac vice)<br>Michael Klein (admitted pro hac vice)<br>Erica J. Richards (admitted pro hac vice)<br>Lauren A. Reichardt (admitted pro hac vice)<br>Evan M. Lazerowitz<br>55 Hudson Yards<br>New York, NY 10001<br>Tel: (212) 479-6000<br>Fax: (212) 479-6275<br>Email: cspeckhart@cooley.com<br>          mklein@cooley.com<br>          erichards@cooley.com<br>          lreichardt@cooley.com<br>          elazerowitz@cooley.com<br><br>*Co-Counsel to the*<br>*Official Committee of Talc Claimants II* | **SHERMAN, SILVERSTEIN,**<br>**KOHL, ROSE & PODOLSKY, P.A.**<br>Arthur J. Abramowitz<br>Alan I. Moldoff<br>Ross J. Switkes<br>308 Harper Drive, Suite 200<br>Moorestown, NJ 08057<br>Tel: (856) 662-0700<br>Email: aabramowitz@shermansilverstein.com<br>          amoldoff@shermansilverstein.com<br>          rswitkes@shermansilverstein.com<br><br>*Local Counsel to*<br>*the Official Committee of Talc Claimants II* |
| In re:<br><br>**LTL MANAGEMENT LLC,**<br><br>                    Debtor. | Chapter 11<br><br>Case No.: 21-30589 (MBK)<br><br>Honorable Michael B. Kaplan<br><br>**Ref. Docket Nos. 1767 and 2603** |

**NOTICE OF WITHDRAWAL OF REQUEST FOR REIMBURSEMENT**
**OF EXPENSES INCURRED BY CERTAIN TCC II COMMITTEE MEMBERS**

**PLEASE TAKE NOTICE** that the Official Committee of Talc Claimants II ("TCC II") of LTL Management LLC, the debtor and debtor-in-possession (the "Debtor") in the above-captioned case, respectfully withdraws the request for reimbursement of expenses incurred by certain members of the Official Committee of Talc Claimants prior to the constitution of TCC II in the amount of $11,948.47, which amount was included in the *First Interim Application of Cooley LLP, Co-Counsel for the Official Committee of Talc Claimants II, for Allowance of Fees*

*and Reimbursement of Expenses for the Period December 31, 2021 through January 31, 2022* [Docket No. 1767].

**PLEASE TAKE FURTHER NOTICE** that the expenses sought in the *First Interim Application of Cooley LLP, Co-Counsel for the Official Committee of Talc Claimants II, for Allowance of Fees and Reimbursement of Expenses for the Period December 31, 2021 through January 31, 2022* are hereby reduced to $29,881.29, and the Final Disbursement Total set forth in the *Combined Second Interim and Final Application of Cooley LLP, Co-Counsel for the Official Committee of Talc Claimants II, for Allowance of Fees and Reimbursement of Expenses for the (I) Interim Period of February 1, 2022 Through April 12, 2022, and (II) Final Period of December 31, 2021 through April 12, 2022* [Docket No. 2603] is hereby reduced to $361,772.90.

Date: September 9, 2022

Respectfully submitted,

**SHERMAN, SILVERSTEIN,
KOHL, ROSE & PODOLSKY, P.A.**

By:  /s/ Arthur J. Abramowitz
Arthur J. Abramowitz
Ross J. Switkes
Sherman, Silverstein,
Kohl, Rose & Podolsky, P.A.
308 Harper Drive, Suite 200
Moorestown, NJ 08057
Tel: (856) 662-0700
aabramowitz@shermansilverstein.com
rswitkes@shermansilverstein.com

*Local Counsel to the
Official Committee of Talc Claimants II*