

**Order Filed on September 9, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

LTL Management LLC

Case No.: _____21-30589_____

Chapter: _____13_____

Hearing Date: _____

Judge: __Michael B. Kaplan__

## ORDER VACATING

#2992 ORDER ALLOWING SECOND INTERIM FEE APPLICATION OF JONES DAY FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTOR

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 9, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court on its own motion finds that the:

#2992 ORDER ALLOWING SECOND INTERIM FEE APPLICATION OF JONES DAY FOR ALLOWANCE OF FEES

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated _____9/9/2022_____, be and the same is hereby vacated.

*revised 2/25/14*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-30589-MBK |
| LTL Management LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 17 |
| Date Rcvd: Sep 09, 2022 | Form ID: pdf903 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: jkim8@its.jnj.com | Sep 09 2022 20:26:00 | LTL Management LLC, 501 George Street, New Brunswick, NJ 08933-0001 |
| aty | ^ MEBN | Sep 09 2022 20:20:14 | Glenn M. Kurtz, White & Case LLP, 1221 Avenue of the America, New York, NY 10020-1001 |
| aty | ^ MEBN | Sep 09 2022 20:21:22 | Jessica Lauria, White & Case LLP, 1221 Avenue of the America, New York,, NY 10020-1001 |
| aty | + Email/Text: tlindsay@rcdlaw.net | Sep 09 2022 20:26:00 | Rayburn, Cooper & Durham, P.A., The Carillon, Suite 1200, 227 West Trade St., Charlotte, NC 28202-1672 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 11, 2022 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam C. Silverstein | |

Case 21-30589-MBK    Doc 3006    Filed 09/11/22    Entered 09/12/22 00:17:06    Desc
Imaged Certificate of Notice    Page 4 of 19

| District/off: 0312-3 | User: admin | Page 2 of 17 |
|---|---|---|
| Date Rcvd: Sep 09, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation asilverstein@otterbourg.com, awilliams@otterbourg.com |
| Adam C. Silverstein | |
| | on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi District Litigation asilverstein@otterbourg.com, awilliams@otterbourg.com |
| Adam S. Ravin | |
| | on behalf of Interested Party Imerys Talc Canada Inc. adam.ravin@lw.com |
| Adam S. Ravin | |
| | on behalf of Interested Party Imerys Talc America  Inc. adam.ravin@lw.com |
| Adam S. Ravin | |
| | on behalf of Interested Party Imerys Talc Vermont  Inc. adam.ravin@lw.com |
| Alan I. Moldoff | |
| | on behalf of Creditor Committee Official Committee of Talc Claimants II amoldoff@shermansilverstein.com |
| Alan J. Brody | |
| | on behalf of Creditor Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International  Inc. brodya@gtlaw.com, NJLitDock@gtlaw.com |
| Alan J. Brody | |
| | on behalf of Creditor Bausch Health US  LLC f/k/a Valeant Pharmaceuticals North America LLC brodya@gtlaw.com, NJLitDock@gtlaw.com |
| Alan J. Brody | |
| | on behalf of Creditor Bausch Health Americas  Inc. f/k/a Valeant Pharmaceuticals International brodya@gtlaw.com, NJLitDock@gtlaw.com |
| Albert Togut | |
| | on behalf of Interested Party Roger Frankel  as Legal Representative for Future Personal Injury Claimants appointed in the Chapter 11 bankruptcy case of Cyprus Mines Corporation altogut@teamtogut.com, eozuna@teamtogut.com;seratner@teamtogut.com;dperson@teamtogut.com |
| Alexander Walker Cogbill | |
| | on behalf of Interested Party Scottsdale Insurance acogbill@zellelaw.com |
| Alexander Walker Cogbill | |
| | on behalf of Interested Party Nationwide Indemnity acogbill@zellelaw.com |
| Alexander Walker Cogbill | |
| | on behalf of Interested Party Employers Ins. of Wausau acogbill@zellelaw.com |
| Alexander Walker Cogbill | |
| | on behalf of Interested Party Employers Ins. Company of Wausau acogbill@zellelaw.com |
| Alexander Walker Cogbill | |
| | on behalf of Interested Party Employers Mutual Casualty Company acogbill@zellelaw.com |
| Allen Joseph Underwood, II | |
| | on behalf of Creditor DeSanto Canadian Class Action Plaintiffs aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com |
| Allen Joseph Underwood, II | |
| | on behalf of Attorney Lite DePalma Greenberg & Afandaor LLC aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com |
| Allen Joseph Underwood, II | |
| | on behalf of Creditor DiSanto Canadian Class Action Creditors aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com |
| Allison J. Arotsky | |
| | on behalf of Creditor PTI Union LLC aarotsky@moritthock.com |
| Allison J. Arotsky | |
| | on behalf of Creditor PTI Royston LLC aarotsky@moritthock.com |
| Allison J. Arotsky | |
| | on behalf of Creditor Broadview Investments LLC aarotsky@moritthock.com |
| Amanda Rush | |
| | on behalf of Plaintiff LTL Management LLC asrush@jonesday.com |
| Amanda Rush | |
| | on behalf of Debtor LTL Management LLC asrush@jonesday.com |
| Andreas Milliaressis | |
| | on behalf of Interested Party Hartford Accident and Indemnity Company adm@stevenslee.com |
| Andreas Milliaressis | |

Case 21-30589-MBK    Doc 3006    Filed 09/11/22    Entered 09/12/22 00:17:06    Desc
Imaged Certificate of Notice    Page 5 of 19

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 17 |
| Date Rcvd: Sep 09, 2022 | Form ID: pdf903 | Total Noticed: 4 |

on behalf of Interested Party First State Insurance Company adm@stevenslee.com

Andrew Ambruoso
on behalf of Interested Party Imerys Talc Canada Inc. andrew.ambruoso@lw.com andrew-ambruoso-6817@ecf.pacerpro.com

Andrew Ambruoso
on behalf of Interested Party Imerys Talc America Inc. andrew.ambruoso@lw.com, andrew-ambruoso-6817@ecf.pacerpro.com

Andrew Ambruoso
on behalf of Interested Party Imerys Talc Vermont Inc. andrew.ambruoso@lw.com, andrew-ambruoso-6817@ecf.pacerpro.com

Andrew Craig
on behalf of Creditor Allstate Insurance Company acraig@windelsmarx.com

Andrew Golden
on behalf of Interested Party Cyprus Mines Corporation agolden@kasowitz.com

Andrew J. Kelly
on behalf of Interested Party Blue Cross Blue Shield of Massachusetts Inc. akelly@kbtlaw.com,
wsheridan@kbtlaw.com;tgraga@kbtlaw.com

Andrew S. Richmond
on behalf of Interested Party Williams Hart Boundas Easterby LLP, on behalf of certain personal injury claimants (Williams Hart Plaintiffs) arichmond@pryorcashman.com

Andrew T. Frankel
on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) afrankel@stblaw.com

Andy Frankel
on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) afrankel@stblaw.com

Anthony Sodono, III
on behalf of Creditor Alishia Landrum Committee Member asodono@msbnj.com

Anthony Sodono, III
on behalf of Creditor Dr. Rebecca Love asodono@msbnj.com

Arthur Abramowitz
on behalf of Interested Party Massey & Gail LLP aabramowitz@shermansilverstein.com
jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Arthur Abramowitz
on behalf of Creditor Committee Official Committee of Talc Claimants II aabramowitz@shermansilverstein.com
jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Arthur Abramowitz
on behalf of Attorney Sherman Silverstein, Kohl, Rose & Podolsky, P.A. aabramowitz@shermansilverstein.com,
jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Arthur Abramowitz
on behalf of Other Prof. FTI Consulting Inc. aabramowitz@shermansilverstein.com,
jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Arthur Abramowitz
on behalf of Interested Party Bailey & Glasser LLP aabramowitz@shermansilverstein.com
jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Arthur Abramowitz
on behalf of Attorney Cooley LLP aabramowitz@shermansilverstein.com
jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Autumn D. Highsmith
on behalf of Interested Party State of Texas autumn.highsmith@oag.texas.gov

Bethany Theriot
on behalf of Creditor UNITED STATES OF AMERICA bethany.theriot@usdoj.gov

Bill Graham
on behalf of Attorney Wallace & Graham P.A. bgraham@wallacegraham.com

Brad B. Erens
on behalf of Debtor LTL Management LLC bberens@jonesday.com

Brad B. Erens
on behalf of Plaintiff LTL Management LLC bberens@jonesday.com

Brad Jeffrey Axelrod
on behalf of Debtor LTL Management LLC baxelrod@wmd-law.com

Brad Jeffrey Axelrod
on behalf of Plaintiff LTL Management LLC baxelrod@wmd-law.com

Case 21-30589-MBK    Doc 3006    Filed 09/11/22    Entered 09/12/22 00:17:06    Desc
Imaged Certificate of Notice    Page 6 of 19

| District/off: 0312-3 | User: admin | Page 4 of 17 |
|---|---|---|
| Date Rcvd: Sep 09, 2022 | Form ID: pdf903 | Total Noticed: 4 |

Brett Kahn
    on behalf of Spec. Counsel McCarter & English LLP bkahn@mccarter.com

Brian J. McCormick, Jr.
    on behalf of Interested Party Ross Feller Casey LLP bmccormick@rossfellercasey.com  earend@rossfellercasey.com

Brian R. Ade
    on behalf of Interested Party Sentry Insurance Company brian.ade@rivkin.com

Brian W. Hofmeister
    on behalf of Attorney Law Firm of Brian W. Hofmeister of behalf of various claimants bwh@hofmeisterfirm.com, j119@ecfcbis.com

C. Richard Rayburn, Jr.
    on behalf of Plaintiff LTL Management LLC rrayburn@rcdlaw.net  jrobinson@rcdlaw.net

Caitlin K. Cahow
    on behalf of Debtor LTL Management LLC ccahow@jonesday.com

Carolyn Lachman
    on behalf of Creditor Pension Benefit Guaranty Corporation lachman.carolyn@pbgc.gov  efile@pbgc.gov

Cary Joshi
    on behalf of Creditor Committee Official Committee of Talc Claimants II cjoshi@baileyglasser.com

Charles Michael Rubio
    on behalf of Interested Party OnderLaw LLC crubio@parkinslee.com, 7485062420@filings.docketbird.com

Charles Michael Rubio
    on behalf of Creditor OnderLaw LLC crubio@parkinslee.com, 7485062420@filings.docketbird.com

Chelsea Corey
    on behalf of Interested Party Bestwall LLC ccorey@kslaw.com

Christopher K. Kiplok
    on behalf of Interested Party Imerys SA kiplok@hugheshubbard.com

Christopher M. Placitella
    on behalf of Interested Party Cohen Placitella & Roth, P.C. cplacitella@cprlaw.com, cmcnelis@cprlaw.com

Christopher M. Placitella
    on behalf of Unknown Role Type Daniel & Roger Edley cplacitella@cprlaw.com  cmcnelis@cprlaw.com

Christopher M. Placitella
    on behalf of Attorney Christopher M. Placitella cplacitella@cprlaw.com  cmcnelis@cprlaw.com

Christopher M. Placitella
    cplacitella@cprlaw.com  cmcnelis@cprlaw.com

Christopher Vincent Tisi
    on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi-District Litigation ctisis@levinlaw.com

Clay Thompson
    on behalf of Creditor Katherine Tollefson cthompson@mrhfmlaw.com

Clay Thompson
    on behalf of Interested Party Maune Raichle Hartley French & Mudd LLC cthompson@mrhfmlaw.com

Clay Thompson
    on behalf of Creditor Jan Deborah Michelson-Boyle cthompson@mrhfmlaw.com

Clinton E. Cameron
    on behalf of Interested Party The Continental Insurance Company Clinton.Cameron@clydeco.us

Cole Hayes
    on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi District Litigation cole@colehayeslaw.com

Cole Hayes
    on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi-District Litigation cole@colehayeslaw.com

Colin R. Robinson
    on behalf of Interested Party Arnold & Itkin LLP crobinson@pszjlaw.com

Colin R. Robinson
    on behalf of Creditor Arnold & Itkin LLP crobinson@pszjlaw.com

Daniel Lapinski
    on behalf of Interested Party Motley Rice LLC dlapinski@motleyrice.com

Daniel Stolz

Case 21-30589-MBK    Doc 3006    Filed 09/11/22    Entered 09/12/22 00:17:06    Desc
Imaged Certificate of Notice    Page 7 of 19

| District/off: 0312-3 | User: admin | Page 5 of 17 |
|---|---|---|
| Date Rcvd: Sep 09, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| | on behalf of Interested Party Bailey & Glasser LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Spec. Counsel Massey & Gail LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Attorney Genova Burns LLC dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Spec. Counsel Parkins Lee & Rubio LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Creditor Committee Official Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Spec. Counsel Gilbert LLP dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Interested Party Otterbourg P.C dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Creditor Proposed Local Counsel to Official Committee of Talc Claimants for LTL Management LLC dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Other Prof. Houlihan Lokey Capital Inc. dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Interested Party Brown Rudnick LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Creditor Committee Official Committee of Talc Claimants I dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Spec. Counsel MoloLamken LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Creditor Committee Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Consultant The Brattle Group Inc. dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Interested Party Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Spec. Counsel Miller Thomson LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Other Prof. FTI Consulting Inc. dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Interested Party Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Spec. Counsel Anderson Kill PC dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel B. Prieto | on behalf of Debtor LTL Management LLC dbprieto@jonesday.com |
| Daniel B. Prieto | on behalf of Plaintiff LTL Management LLC dbprieto@jonesday.com |
| Daniel H. Charest | on behalf of Creditor Julia Lathrop dcharest@burnscharest.com manderson@burnscharest.com;mkweik@burnscharest.com |
| Daniel H. Charest | on behalf of Creditor Daniel Mercer dcharest@burnscharest.com manderson@burnscharest.com;mkweik@burnscharest.com |
| Daniel H. Charest | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi-District Litigation dcharest@burnscharest.com, manderson@burnscharest.com;mkweik@burnscharest.com |

Case 21-30589-MBK    Doc 3006    Filed 09/11/22    Entered 09/12/22 00:17:06    Desc
Imaged Certificate of Notice    Page 8 of 19

| District/off: 0312-3 | User: admin | Page 6 of 17 |
|---|---|---|
| Date Rcvd: Sep 09, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| Daniel Robert Lapinski | on behalf of Interested Party Motley Rice LLC dlapinski@motleyrice.com  hfonseca@motleyrice.com,kdotson@motleyrice.com |
| Danielle Spinelli | on behalf of Interested Party Three Crowns Insurance Company Danielle.Spinelli@wilmerhale.com |
| Danielle Spinelli | on behalf of Interested Party Rio Tinto America Inc. Danielle.Spinelli@wilmerhale.com |
| Darren McDowell | on behalf of Interested Party Fears Nachawati PLLC dmcdowell@fnlawfirm.com mn@fnlawfirm.com;jwoodman@essexrichards.com;cbritton@fnlawfirm.com |
| David Chandler | on behalf of Interested Party Karst & von Oiste LLP dac@karstvonoiste.com  akk@karstvonoiste.com |
| David Christian | on behalf of Creditor The Continental Insurance Company dchristian@davodcjrostoamattprmeus.com |
| David Christian | on behalf of Interested Party The Continental Insurance Company dchristian@davodcjrostoamattprmeus.com |
| David Rosner | on behalf of Interested Party Cyprus Mines Corporation drosner@kasowitz.com  courtnotices@kasowitz.com |
| David J. Molton | on behalf of Creditor Committee Official Committee of Talc Claimants dmolton@brownrudnick.com hcohen@brownrudnick.com |
| David J. Molton | on behalf of Creditor Committee Committee of Talc Claimants dmolton@brownrudnick.com  hcohen@brownrudnick.com |
| Dennis Geier | on behalf of Interested Party Cohen  Placitella & Roth, P.C. dgeier@cprlaw.com, cmcnelis@cprlaw.com |
| Denyse F. Clancy | on behalf of Creditor Various Claimants dclancy@kazanlaw.com |
| Denyse F. Clancy | on behalf of Interested Party Kazan  McClain, Satterley & Greenwood, PLC dclancy@kazanlaw.com |
| Derek J. Baker | on behalf of Interested Party Cyprus Mines Corporation dbaker@reedsmith.com |
| Donald W Clarke | on behalf of Interested Party Parkins Lee & Rubio LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Attorney Genova Burns LLC dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Interested Party Bailey & Glasser LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Interested Party Otterbourg P.C dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Other Prof. Houlihan Lokey Capital  Inc. dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Other Prof. FTI Consulting  Inc. dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Spec. Counsel Parkins Lee & Rubio LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Consultant The Brattle Group  Inc. dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Creditor Proposed Local Counsel to Official Committee of Talc Claimants for LTL Management  LLC dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Creditor Committee Committee of Talc Claimants dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Spec. Counsel MoloLamken LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Interested Party Talc Claimants dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Creditor Committee Official Committee of Talc Claimants dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |

| | |
|---|---|
| Donald W Clarke | on behalf of Interested Party Brown Rudnick LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Spec. Counsel Massey & Gail LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Spec. Counsel Anderson Kill PC dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Spec. Counsel Miller Thomson LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Spec. Counsel Gilbert  LLP dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Interested Party Committee of Talc Claimants dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Creditor Committee Official Committee of Talc Claimants I dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Donald W Clarke | on behalf of Interested Party Massey & Gail LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| E. Richard Dressel | on behalf of Creditor Evan Plotkin rdressel@lexnovalaw.com |
| E. Richard Dressel | on behalf of Creditor Giovanni Sosa rdressel@lexnovalaw.com |
| E. Richard Dressel | on behalf of Interested Party Dean Omar Branham Shirley  LLP rdressel@lexnovalaw.com |
| E. Richard Dressel | on behalf of Attorney Cooney & Conway rdressel@lexnovalaw.com |
| Eamonn O'Hagan | on behalf of Creditor UNITED STATES OF AMERICA eamonn.ohagan@usdoj.gov |
| Eileen McCabe | on behalf of Interested Party Starr Indemnity & Liability Company eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party Lexington Insurance Company eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party ASR Schadeverzekering N.V. eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party The North River Insurance Company eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party AIG Property Casualty Company eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party AIG Europe S.A. eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party The Insurance Company of the State of Pennsylvania eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party AIU Insurance Company eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party RheinLand Versicherungen eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party Atlanta International Insurance Company eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party Granite State Insurance Company eileen.mccabe@mendes.com |
| Eileen McCabe | on behalf of Interested Party New Hampshire Insurance Company eileen.mccabe@mendes.com |
| Emil A. Kleinhaus | on behalf of Interested Party Cyprus Amax Minerals Company EAKleinhaus@WLRK.com |

Case 21-30589-MBK    Doc 3006    Filed 09/11/22    Entered 09/12/22 00:17:06    Desc
Imaged Certificate of Notice    Page 10 of 19

| District/off: 0312-3 | User: admin | Page 8 of 17 |
|---|---|---|
| Date Rcvd: Sep 09, 2022 | Form ID: pdf903 | Total Noticed: 4 |

Erica Villanueva
    on behalf of Interested Party Three Crowns Insurance Company EVillanueva@fbm.com

Erica Villanueva
    on behalf of Interested Party Rio Tinto America Inc. EVillanueva@fbm.com

Ericka Fredricks Johnson
    on behalf of Interested Party Ad Hoc Committee of States Holding Consumer Protection Claims ErJohnson@wcsr.com Heidi.sasso@wbd-us.com;liz.thomas@wbd-us.com;lisa.tancredi@wbd-us.com

Evan Lazerowitz
    on behalf of Creditor Committee Official Committee of Talc Claimants II elazerowitz@cooley.com efiling-notice@ecf.pacerpro.com;jbrown@cooley.com;mklein@cooley.com;rkanowitz@cooley.com

Geoffrey S Brounell
    on behalf of Unknown Role Type Reuters News & Media  Inc. geoffreybrounell@dwt.com

Gregory Plotko
    on behalf of Interested Party Century Indemnity Company gplotko@crowell.com mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko
    on behalf of Interested Party Pacific Employers Insurance Company gplotko@crowell.com mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko
    on behalf of Interested Party Westchester Fire Insurance Company gplotko@crowell.com mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko
    on behalf of Interested Party Firemans Fund Insurance Company gplotko@crowell.com mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko
    on behalf of Interested Party Federal Insurance Company gplotko@crowell.com mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko
    on behalf of Interested Party Great Northern Insurance Company gplotko@crowell.com mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko
    on behalf of Interested Party ACE Property and Casualty Insurance Company gplotko@crowell.com mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko
    on behalf of Interested Party Allianz Global Risk US Insurance Company gplotko@crowell.com mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko
    on behalf of Interested Party Central National Insurance Company of Omaha gplotko@crowell.com mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory M. Gordon
    on behalf of Debtor LTL Management LLC gmgordon@jonesday.com

Gregory M. Gordon
    on behalf of Plaintiff LTL Management LLC gmgordon@jonesday.com

Heather Elizabeth Simpson
    on behalf of Interested Party Everest Reinsurance Company heather.simpson@kennedyscmk.com

Heather Elizabeth Simpson
    on behalf of Interested Party TIG Insurance Company heather.simpson@kennedyscmk.com

Isley M. Gostin
    on behalf of Interested Party Three Crowns Insurance Company Isley.Gostin@wilmerhale.com

Isley M. Gostin
    on behalf of Interested Party Rio Tinto America Inc. Isley.Gostin@wilmerhale.com

James E. Cecchi
    on behalf of Defendant San Diego County Employees Retirement Association  Individually and on Behalf of All Others Similarly Situated jcecchi@carellabyrne.com

James Francis Green
    on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation jgreen@ashcraftlaw.com, tnguyen@ashcraftlaw.com;nparfitt@ashcraftlaw.com;plyons@ashcraft.com;twaters@ashcraftlaw.com

James M. Jones
    on behalf of Debtor LTL Management LLC jmjones@jonesday.com

Case 21-30589-MBK    Doc 3006    Filed 09/11/22    Entered 09/12/22 00:17:06    Desc
Imaged Certificate of Notice    Page 11 of 19

| District/off: 0312-3 | User: admin | Page 9 of 17 |
|---|---|---|
| Date Rcvd: Sep 09, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| James N. Lawlor | on behalf of Spec. Counsel Patterson Belknap Webb & Tyler LLP jlawlor@wmd-law.com |
| James N. Lawlor | on behalf of Plaintiff LTL Management LLC jlawlor@wmd-law.com |
| James N. Lawlor | on behalf of Debtor LTL Management LLC jlawlor@wmd-law.com |
| Janet A. Shapiro | on behalf of Interested Party Employers Mutual Casualty Company jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | on behalf of Interested Party Scottsdale Insurance jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | on behalf of Interested Party Employers Ins. of Wausau jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | on behalf of Interested Party Nationwide Indemnity jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | on behalf of Interested Party Employers Ins Co of Wausau jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | on behalf of Interested Party Employers Ins. Company of Wausau jshapiro@shapirolawfirm.com |
| Jason D Angelo | on behalf of Interested Party Cyprus Mines Corporation jangelo@reedsmith.com |
| Jeffrey A. Cooper | on behalf of Creditor Baker Canadian Class Action Creditors jcooper@rltlawfirm.com cooperatty@aol.com;rgaydos@rltlawfirm.com |
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Jeffrey M. Sponder | on behalf of U.S. Trustee United States Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Jeffrey M. Traurig | on behalf of Other Prof. Robert J. Keach jtraurig@trauriglaw.com |
| Jeffrey M. Traurig | on behalf of Examiner Robert J Keach jtraurig@trauriglaw.com |
| Jeffrey M. Traurig | on behalf of Attorney Bernstein Shur Sawyer & Nelson P.A. jtraurig@trauriglaw.com |
| Jeffrey M. Traurig | on behalf of Attorney Traurig Law LLC jtraurig@trauriglaw.com |
| Jennifer S. Feeney | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi-District Litigation jfeeney@otterbourg.com |
| Jerome Howard Block | on behalf of Creditor Paul Crouch jblock@levylaw.com |
| Jerome Howard Block | on behalf of Interested Party Levy Konigsberg LLP jblock@levylaw.com |
| Jerome Howard Block | on behalf of Interested Party Talc Claimants jblock@levylaw.com |
| Joel Rhine | on behalf of Interested Party Clients of Clifford Law Offices P.C., and Taft Stettinius & Hollister, LLP slc@rhinelawfirm.com |
| John Bougiamas | on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi District Litigation jbougiamas@otterbourg.com, ryan@otterbourg.com;jfeeney@otterbourg.com;mmaizel@otterbourg.com;jhildebrandt@otterbourg.com |
| John Bougiamas | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing Sales Practices and Products Liability Multi-District Litigation jbougiamas@otterbourg.com, ryan@otterbourg.com;jfeeney@otterbourg.com;mmaizel@otterbourg.com;jhildebrandt@otterbourg.com |
| John Maloney | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) jmaloney@lawgmm.com |
| John A. Baden, IV | |

Case 21-30589-MBK    Doc 3006    Filed 09/11/22    Entered 09/12/22 00:17:06    Desc
Imaged Certificate of Notice    Page 12 of 19

| District/off: 0312-3 | User: admin | Page 10 of 17 |
|---|---|---|
| Date Rcvd: Sep 09, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| | on behalf of Interested Party Motley Rice LLC jbaden@motleyrice.com |
| John A. Baden, IV | |
| | on behalf of Other Prof. Epiq Corporate Restructuring LLC jbaden@motleyrice.com |
| John A. Bougiamas | |
| | on behalf of Interested Party Committee of Talc Claimants jbougiamas@oshr.com jfeeney@otterbourg.com;awilliams@otterbourg.com;mpantzer@otterbourg.com |
| John C. Woodman | |
| | on behalf of Attorney John C. Woodman jwoodman@essexrichards.com DDiMatteo@essexrichards.com;SMarak@essexrichards.com |
| John D. Green | |
| | on behalf of Interested Party Rio Tinto America Inc. JGreen@fbm.com |
| John D. Green | |
| | on behalf of Interested Party Three Crowns Insurance Company JGreen@fbm.com |
| John F. Bracaglia, Jr. | |
| | on behalf of Creditor Jeanne Stephenson brokaw@centraljerseylaw.com |
| John M. August | |
| | on behalf of Creditor Vincent Hill jaugust@saiber.com rtucker@saiber.com |
| John M. August | |
| | on behalf of Creditor Certain Mesothelioma Claimants Represented by Kazan McClain Satterley & Greenwood jaugust@saiber.com rtucker@saiber.com |
| John M. August | |
| | on behalf of Creditor Anthony Hernandez Valadez jaugust@saiber.com rtucker@saiber.com |
| John M. August | |
| | on behalf of Creditor Kristie Lynn Doyle jaugust@saiber.com rtucker@saiber.com |
| John M. August | |
| | on behalf of Creditor Audra Johnson jaugust@saiber.com rtucker@saiber.com |
| John R. Miller, Jr. | |
| | on behalf of Debtor LTL Management LLC jmiller@rcdlaw.net |
| John R. Miller, Jr. | |
| | on behalf of Plaintiff LTL Management LLC jmiller@rcdlaw.net |
| John Zachary Balasko | |
| | on behalf of Creditor UNITED STATES OF AMERICA john.z.balasko@usdoj.gov |
| Jonathan I. Rabinowitz | |
| | on behalf of Attorney J. Maria Glover jrabinowitz@rltlawfirm.com jcoleman@rltlawfirm.com |
| Jonathan S Massey | |
| | on behalf of Interested Party Massey & Gail LLP jloper@masseygail.com |
| Joseph Satterley | |
| | on behalf of Creditor Audra Johnson jsatterley@kazanlaw.com |
| Joseph Satterley | |
| | on behalf of Creditor Anthony Hernandez Valadez jsatterley@kazanlaw.com |
| Joseph Satterley | |
| | on behalf of Creditor Kristie Lynn Doyle jsatterley@kazanlaw.com |
| Joseph Satterley | |
| | on behalf of Interested Party Kazan McClain, Satterley & Greenwood, PLC jsatterley@kazanlaw.com |
| Joseph A. Caneco | |
| | on behalf of Interested Party Sequoia Ventures Inc. jcaneco@foxrothschild.com |
| Joseph A. Caneco | |
| | on behalf of Interested Party Bechtel Corporation jcaneco@foxrothschild.com |
| Joseph F. Rice | |
| | on behalf of Interested Party Motley Rice LLC jrice@motleyrice.com |
| Joseph Francis Pacelli | |
| | on behalf of Debtor LTL Management LLC jpacelli@wmd-law.com |
| Joseph Francis Pacelli | |
| | on behalf of Plaintiff LTL Management LLC jpacelli@wmd-law.com |
| Joseph J. DiPasquale | |
| | on behalf of Interested Party Sequoia Ventures Inc. Jdipasquale@foxrothschild.com, cbrown@foxrothschild.com;msteen@foxrothschild.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 11 of 17 |
| Date Rcvd: Sep 09, 2022 | Form ID: pdf903 | Total Noticed: 4 |

Joseph J. DiPasquale
    on behalf of Interested Party Bechtel Corporation Jdipasquale@foxrothschild.com
    cbrown@foxrothschild.com;msteen@foxrothschild.com

Judy D. Thompson
    on behalf of Interested Party Barnes Law Group  LLC jdt@jdthompsonlaw.com, sxb@jdthompsonlaw.com

Katherine Scherling
    on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA katherine.scherling@katten.com

Katherine Scherling
    on behalf of Interested Party AIG Europe S.A. katherine.scherling@katten.com

Katherine Scherling
    on behalf of Interested Party RheinLand Versicherungen katherine.scherling@katten.com

Katherine Scherling
    on behalf of Interested Party ASR Schadeverzekering N.V. katherine.scherling@katten.com

Katherine Scherling
    on behalf of Interested Party AIU Insurance Company katherine.scherling@katten.com

Katherine Scherling
    on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd katherine.scherling@katten.com

Katherine Scherling
    on behalf of Interested Party Lexington Insurance Company katherine.scherling@katten.com

Katherine Scherling
    on behalf of Interested Party The North River Insurance Company katherine.scherling@katten.com

Katherine Scherling
    on behalf of Interested Party AIG Property Casualty Company katherine.scherling@katten.com

Katherine Scherling
    on behalf of Interested Party Atlanta International Insurance Company katherine.scherling@katten.com

Katherine Scherling
    on behalf of Interested Party Granite State Insurance Company katherine.scherling@katten.com

Katherine Scherling
    on behalf of Interested Party New Hampshire Insurance Company katherine.scherling@katten.com

Katherine Scherling
    on behalf of Interested Party The Insurance Company of the State of Pennsylvania katherine.scherling@katten.com

Katherine Scherling
    on behalf of Interested Party Starr Indemnity & Liability Company katherine.scherling@katten.com

Kathleen A Frazier
    on behalf of Debtor LTL Management LLC kfrazier@shb.com

Kelly D. Curtin
    on behalf of Interested Party Metals & Minerals Insurance Company Pte. Ltd. kdcurtin@pbnlaw.com
    mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com

Kelly D. Curtin
    on behalf of Interested Party Rio Tinto America Inc. kdcurtin@pbnlaw.com
    mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com

Kelly D. Curtin
    on behalf of Interested Party Rio Tinto America Holdings Inc. kdcurtin@pbnlaw.com
    mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com

Kelly D. Curtin
    on behalf of Interested Party Rio Tinto Services Inc. kdcurtin@pbnlaw.com
    mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com

Kelly D. Curtin
    on behalf of Interested Party Three Crowns Insurance Company kdcurtin@pbnlaw.com
    mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com

Kelsey Panizzolo
    on behalf of Interested Party ASR Schadeverzekering N.V. kelsey.panizzolo@katten.com  courtalertclt@katten.com

Kelsey Panizzolo
    on behalf of Interested Party Atlanta International Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com

Kelsey Panizzolo
    on behalf of Interested Party AIG Europe S.A. kelsey.panizzolo@katten.com  courtalertclt@katten.com

Kelsey Panizzolo
    on behalf of Interested Party AIG Property Casualty Company kelsey.panizzolo@katten.com  courtalertclt@katten.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 12 of 17 |
| Date Rcvd: Sep 09, 2022 | Form ID: pdf903 | Total Noticed: 4 |

Kelsey Panizzolo
    on behalf of Interested Party Starr Indemnity & Liability Company kelsey.panizzolo@katten.com  courtalertclt@katten.com

Kelsey Panizzolo
    on behalf of Interested Party The North River Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com

Kelsey Panizzolo
    on behalf of Interested Party The Insurance Company of the State of Pennsylvania kelsey.panizzolo@katten.com courtalertclt@katten.com

Kelsey Panizzolo
    on behalf of Interested Party Granite State Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com

Kelsey Panizzolo
    on behalf of Interested Party New Hampshire Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com

Kelsey Panizzolo
    on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd kelsey.panizzolo@katten.com courtalertclt@katten.com

Kelsey Panizzolo
    on behalf of Interested Party RheinLand Versicherungen kelsey.panizzolo@katten.com  courtalertclt@katten.com

Kelsey Panizzolo
    on behalf of Interested Party Lexington Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com

Kelsey Panizzolo
    on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA kelsey.panizzolo@katten.com courtalertclt@katten.com

Kelsey Panizzolo
    on behalf of Interested Party AIU Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com

Kenneth A. Rosen
    on behalf of Interested Party Johnson & Johnson krosen@lowenstein.com  dclaussen@lowenstein.com

Kenneth A. Rosen
    on behalf of Interested Party Johnson & Johnson and Johnson & Johnson Consumer Inc. krosen@lowenstein.com dclaussen@lowenstein.com

Konrad Krebs
    on behalf of Interested Party The Continental Insurance Company konrad.krebs@clydeco.us

Kristen R. Fournier
    on behalf of Debtor LTL Management LLC kfournier@kslaw.com

Laila Masud
    on behalf of Interested Party Talc Claimants lmasud@marshackhays.com

Laura Davis Jones
    on behalf of Creditor Arnold & Itkin LLP ljones@pszjlaw.com

Lauren Bielskie
    on behalf of U.S. Trustee United States Trustee lauren.bielskie@usdoj.gov

Lauren Bielskie
    on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Lenard Parkins
    on behalf of Creditor OnderLaw  LLC lparkins@parkinslee.com

Leslie Carol Heilman
    on behalf of Creditor Albertsons Companies  Inc. heilmanl@ballardspahr.com, carbonej@ballardspahr.com

Liza M. Walsh
    on behalf of Other Prof. Randi S. Ellis lwalsh@walsh.law  btroyan@walsh.law;sfalanga@walsh.law;mfalk@walsh.law

Louis A. Modugno
    on behalf of Interested Party The North River Insurance Company lmodugno@tm-firm.com

Louis A. Modugno
    on behalf of Interested Party Atlanta International Insurance Company lmodugno@tm-firm.com

Louis A. Modugno
    on behalf of Interested Party AIG Europe S.A. lmodugno@tm-firm.com

Louis A. Modugno
    on behalf of Interested Party Granite State Insurance Company lmodugno@tm-firm.com

Louis A. Modugno
    on behalf of Interested Party New Hampshire Insurance Company lmodugno@tm-firm.com

Louis A. Modugno

Case 21-30589-MBK    Doc 3006    Filed 09/11/22    Entered 09/12/22 00:17:06    Desc
Imaged Certificate of Notice    Page 15 of 19

| District/off: 0312-3 | User: admin | Page 13 of 17 |
|---|---|---|
| Date Rcvd: Sep 09, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| | on behalf of Interested Party AIG Property Casualty Company lmodugno@tm-firm.com |
| Louis A. Modugno | |
| | on behalf of Interested Party ASR Schadeverzekering N.V. lmodugno@tm-firm.com |
| Louis A. Modugno | |
| | on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA lmodugno@tm-firm.com |
| Louis A. Modugno | |
| | on behalf of Interested Party RheinLand Versicherungen lmodugno@tm-firm.com |
| Louis A. Modugno | |
| | on behalf of Interested Party Lexington Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | |
| | on behalf of Interested Party Starr Indemnity & Liability Company lmodugno@tm-firm.com |
| Louis A. Modugno | |
| | on behalf of Interested Party The Insurance Company of the State of Pennsylvania lmodugno@tm-firm.com |
| Louis A. Modugno | |
| | on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd lmodugno@tm-firm.com |
| Louis A. Modugno | |
| | on behalf of Interested Party AIU Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | |
| | on behalf of Interested Party Objecting Insurers lmodugno@tm-firm.com |
| Lyndon Mitchell Tretter | |
| | on behalf of Plaintiff LTL Management LLC ltretter@wmd-law.com |
| Lyndon Mitchell Tretter | |
| | on behalf of Debtor LTL Management LLC ltretter@wmd-law.com |
| Marc E. Wolin | |
| | on behalf of Creditor Kristie Lynn Doyle mwolin@saiber.com ccarfagno@saiber.com |
| Mark Falk | |
| | on behalf of Other Prof. Randi S. Ellis mfalk@walsh.law |
| Mark Falk | |
| | on behalf of Attorney Walsh Pizzi O'Reilly Falanga LLP mfalk@walsh.law |
| Mark P. Robinson, Jr | |
| | on behalf of Interested Party Talc Claimants mrobinson@robinsonfirm.com |
| Mark W. Rasmussen | |
| | on behalf of Debtor LTL Management LLC mrasmussen@jonesday.com |
| Mary E. Seymour | |
| | on behalf of Interested Party Johnson & Johnson and Johnson & Johnson Consumer Inc. mseymour@lowenstein.com jkimble@lowenstein.com |
| Matthew I. W. Baker | |
| | on behalf of Creditor Proposed Local Counsel to Official Committee of Talc Claimants for LTL Management  LLC mbaker@genovaburns.com |
| Matthew L Tomsic | |
| | on behalf of Plaintiff LTL Management LLC mtomsic@rcdlaw.net |
| Matthew L Tomsic | |
| | on behalf of Debtor LTL Management LLC mtomsic@rcdlaw.net |
| Melanie J. Garner | |
| | on behalf of Creditor Martin Baughman PLLC Claimants melanie@garnerltd.com |
| Melanie J. Garner | |
| | on behalf of Creditor Waters & Kraus LLP Claimants melanie@garnerltd.com |
| Melanie Louise Cyganowski | |
| | on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi District Litigation mcyganowski@otterbourg.com, awilliams@otterbourg.com |
| Melanie Louise Cyganowski | |
| | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation mcyganowski@otterbourg.com, awilliams@otterbourg.com |
| Michael Hutchins | |
| | on behalf of Interested Party Cyprus Mines Corporation mhutchins@kasowitz.com courtnotices@kasowitz.com |
| Michael E. Collins | |

Case 21-30589-MBK    Doc 3006    Filed 09/11/22    Entered 09/12/22 00:17:06    Desc
Imaged Certificate of Notice    Page 16 of 19

| District/off: 0312-3 | User: admin | Page 14 of 17 |
|---|---|---|
| Date Rcvd: Sep 09, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| | on behalf of Interested Party Westchester Fire Insurance Company mcollins@manierherod.com |
| Michael H. Torkin | |
| | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) michael.torkin@stblaw.com |
| Michael L. Tuchin | |
| | on behalf of Interested Party Aylstock  Witkin, Kreis & Overholtz, PLLC mtuchin@ktbslaw.com |
| Michelle A. Parfitt | |
| | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation mparfitt@ashcraftlaw.com |
| Mitchell Malzberg | |
| | on behalf of Interested Party Talc Claimants mmalzberg@mjmalzberglaw.com  dlapham@mjmalzberglaw.com |
| Mitchell Malzberg | |
| | on behalf of Creditor Various Claimants mmalzberg@mjmalzberglaw.com  dlapham@mjmalzberglaw.com |
| Nabil Majed Nachawati, II | |
| | on behalf of Interested Party Fears Nachawati PLLC MN@fnlawfirm.com |
| Nancy Isaacson | |
| | on behalf of Interested Party Motley Rice LLC nisaacson@greenbaumlaw.com |
| Nathan David Finch | |
| | on behalf of Interested Party Motley Rice LLC nfinch@motleyrice.com |
| Nir Maoz | |
| | on behalf of Interested Party Aylstock  Witkin, Kreis & Overholtz, PLLC nmaoz@ktbslaw.com |
| P. Leigh O'Dell | |
| | on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi District Litigation leigh.odell@beasleyallen.com |
| Patricia M. Kipnis | |
| | on behalf of Interested Party Committee of Talc Claimants pkipnis@baileyglasser.com  mchapman@baileyglasser.com |
| Paul E. Heath | |
| | on behalf of Interested Party Cyprus Amax Minerals Company pheath@velaw.com |
| Paul J. Winterhalter | |
| | on behalf of Interested Party Aylstock  Witkin, Kreis & Overholtz, PLLC pwinterhalter@offitkurman.com, rbarnhart@offitkurman.com |
| Paul M. Singer | |
| | on behalf of Interested Party Cyprus Mines Corporation psinger@reedsmith.com |
| Paul R. DeFilippo | |
| | on behalf of Spec. Counsel Orrick  Herrington & Sutcliffe LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | |
| | on behalf of Spec. Counsel King & Spalding  LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | |
| | on behalf of Spec. Counsel Skadden  Arps, Slate, Meagher & Flom LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | |
| | on behalf of Spec. Counsel Patterson Belknap Webb & Tyler LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | |
| | on behalf of Spec. Counsel McCarter & English  LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | |
| | on behalf of Debtor LTL Management LLC pdefilippo@wmd-law.com |
| Paul R. DeFilippo | |
| | on behalf of Other Prof. Bates White  LLC pdefilippo@wmd-law.com |
| Paul R. DeFilippo | |
| | on behalf of Spec. Counsel Blake  Cassels & Graydon LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | |
| | on behalf of Attorney Rayburn Cooper & Durham  P.A pdefilippo@wmd-law.com |
| Paul R. DeFilippo | |
| | on behalf of Attorney Jones Day pdefilippo@wmd-law.com |
| Paul R. DeFilippo | |
| | on behalf of Spec. Counsel Shook  Hardy & Bacon L.L.P. pdefilippo@wmd-law.com |
| Paul R. DeFilippo | |
| | on behalf of Other Prof. AlixPartners  LLP pdefilippo@wmd-law.com |

Case 21-30589-MBK    Doc 3006    Filed 09/11/22    Entered 09/12/22 00:17:06    Desc
Imaged Certificate of Notice    Page 17 of 19

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 15 of 17 |
| Date Rcvd: Sep 09, 2022 | Form ID: pdf903 | Total Noticed: 4 |

Paul R. DeFilippo
        on behalf of Attorney Wollmuth Maher & Deutsch LLP pdefilippo@wmd-law.com

Paul R. DeFilippo
        on behalf of Plaintiff LTL Management LLC pdefilippo@wmd-law.com

Paul R. DeFilippo
        on behalf of Spec. Counsel Weil  Gotshal, & Manges, LLP pdefilippo@wmd-law.com

Rachel Ginzburg
        on behalf of Unknown Role Type The Amici Professors rginzburg@herrick.com

Rachel R Obaldo
        on behalf of Interested Party State of Texas bk-robaldo@texasattorneygeneral.gov

Rashad Blossom
        on behalf of Interested Party Joseph McGovern rblossom@blossomlaw.com
        pogando@blossomlaw.com;R41929@notify.bestcase.com;ecfnotices2018@gmail.com

Rashad Blossom
        on behalf of Attorney Christopher M. Placitella rblossom@blossomlaw.com
        pogando@blossomlaw.com;R41929@notify.bestcase.com;ecfnotices2018@gmail.com

Richard A. Schneider
        on behalf of Interested Party Bestwall LLC dschneider@kslaw.com

Richard Moss Golomb
        on behalf of Interested Party Golomb Spirt Grunfeld rgolomb@golomblegal.com

Richard Moss Golomb
        on behalf of Creditor Brandi Carl rgolomb@golomblegal.com

Robert Malone
        on behalf of Defendant State of Mississippi  ex rel. Jim Hood, Attorney General rmalone@gibbonslaw.com,
        nmitchell@gibbonslaw.com

Robert Malone
        on behalf of Defendant State of New Mexico  ex rel. Hector H. Balderas, Attorney General rmalone@gibbonslaw.com,
        nmitchell@gibbonslaw.com

Robert Novick
        on behalf of Interested Party Cyprus Mines Corporation rnovick@kasowitz.com

Robert J. Keach
        rkeach@bernsteinshur.com
        astewart@bernsteinshur.com;kquirk@bernsteinshur.com;acummings@bernsteinshur.com;cmastrogiorgio@bernsteinshur.com

Robert J. Pfister
        on behalf of Interested Party Aylstock  Witkin, Kreis & Overholtz, PLLC rpfister@ktbslaw.com

Robert W. Hamilton
        on behalf of Debtor LTL Management LLC rwhamilton@jonesday.com

Robert William Miller
        on behalf of Interested Party Westchester Fire Insurance Company RMiller@ManierHerod.com

Robin Rabinowitz
        on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)
        rrabinowitz@lawgmm.com

Rochelle Guiton
        on behalf of Creditor Aleathea Goodins rochelle@dmillerlaw.com

Ross J. Switkes
        on behalf of Other Prof. FTI Consulting  Inc. rswitkes@shermansilverstein.com

Ross J. Switkes
        on behalf of Creditor Committee Official Committee of Talc Claimants II rswitkes@shermansilverstein.com

Ross J. Switkes
        on behalf of Attorney Sherman  Silverstein, Kohl, Rose & Podolsky, P.A. rswitkes@shermansilverstein.com

Ross J. Switkes
        on behalf of Attorney Cooley LLP rswitkes@shermansilverstein.com

Samuel M. Kidder
        on behalf of Interested Party Aylstock  Witkin, Kreis & Overholtz, PLLC skidder@ktbslaw.com

Sandy Qusba
        on behalf of Creditor Bausch Health Americas  Inc. f/k/a Valeant Pharmaceuticals International squsba@stblaw.com

Sandy Qusba
        on behalf of Creditor Bausch Health US  LLC f/k/a Valeant Pharmaceuticals North America LLC squsba@stblaw.com

Case 21-30589-MBK    Doc 3006    Filed 09/11/22    Entered 09/12/22 00:17:06    Desc
Imaged Certificate of Notice    Page 18 of 19

| District/off: 0312-3 | User: admin | Page 16 of 17 |
|---|---|---|
| Date Rcvd: Sep 09, 2022 | Form ID: pdf903 | Total Noticed: 4 |

Sandy Qusba
    on behalf of Creditor Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International  Inc. squsba@stblaw.com

Sarah Meiman
    on behalf of Creditor Pension Benefit Guaranty Corporation meiman.sarah@pbgc.gov

Sari Blair Placona
    on behalf of Creditor Alishia Landrum  Committee Member splacona@msbnj.com

Seth H. Lieberman
    on behalf of Interested Party Williams Hart Boundas Easterby  LLP, on behalf of certain personal injury claimants (Williams Hart Plaintiffs) slieberman@pryorcashman.com

Sid Garabato
    on behalf of Other Prof. Epiq Corporate Restructuring  LLC sgarabato@epiqglobal.com, rjacobs@ecf.epiqsystems.com

Simon J. Torres
    on behalf of Creditor Pension Benefit Guaranty Corporation torres.simon@pbgc.gov  efile@pbgc.gov

Sommer Leigh Ross
    on behalf of Interested Party ASR Schadeverzekering N.V. slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
    on behalf of Interested Party Granite State Insurance Company slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
    on behalf of Creditor Republic Indemnity Company of America slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
    on behalf of Interested Party AIG Property Casualty Company slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
    on behalf of Interested Party AIG Europe S.A. slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
    on behalf of Interested Party RheinLand Versicherungen slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
    on behalf of Interested Party Atlanta International Insurance Company slross@duanemorris.com AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
    on behalf of Interested Party Objecting Insurers slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
    on behalf of Interested Party Starr Indemnity & Liability Company slross@duanemorris.com AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
    on behalf of Interested Party New Hampshire Insurance Company slross@duanemorris.com AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
    on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA slross@duanemorris.com AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
    on behalf of Interested Party Lexington Insurance Company slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
    on behalf of Interested Party The Insurance Company of the State of Pennsylvania slross@duanemorris.com AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
    on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd slross@duanemorris.com AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
    on behalf of Interested Party The North River Insurance Company slross@duanemorris.com AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
    on behalf of Interested Party AIU Insurance Company slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Stephen M. Packman
    on behalf of Interested Party Roger Frankel  as Legal Representative for Future Personal Injury Claimants appointed in the Chapter 11 bankruptcy case of Cyprus Mines Corporation spackman@archerlaw.com, dleney@archerlaw.com,ahuber@archerlaw.com

Stephen T. Roberts
    on behalf of Interested Party Clients of Mendes & Mount  LLP stephen.roberts@mendes.com

Stephen V. Gimigliano

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 17 of 17 |
| Date Rcvd: Sep 09, 2022 | Form ID: pdf903 | Total Noticed: 4 |

|  |  |
|---|---|
| | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) sgimigliano@lawgmm.com |
| Steven Abramowitz | on behalf of Interested Party Cyprus Amax Minerals Company sabramowitz@velaw.com mmoran@velaw.com;kgrissel@velaw.com;tmitsch@velaw.com;kduchesne@velaw.com |
| Steven B Smith | on behalf of Unknown Role Type The Amici Professors ssmith@herrick.com  courtnotices@herrick.com;lporetsky@herrick.com |
| Suzanne Ratcliffe | on behalf of Creditor Committee Official Committee of Talc Claimants sratcliffe@mrhfmlaw.com |
| Suzanne Ratcliffe | on behalf of Creditor Jan Deborah Michelson-Boyle sratcliffe@mrhfmlaw.com |
| Suzanne Ratcliffe | on behalf of Creditor Various Claimants sratcliffe@mrhfmlaw.com |
| Suzanne Cocco Midlige | on behalf of Interested Party Arrowood Indemnity Company smidlige@cmg.law |
| Thomas Pitta | on behalf of Creditor PTI Royston LLC tpitta@emmetmarvin.com |
| Thomas Pitta | on behalf of Creditor PTI Union LLC tpitta@emmetmarvin.com |
| Thomas W. Waldrep, Jr. | on behalf of Interested Party Kazan  McClain, Satterley & Greenwood notice@waldrepwall.com, 8898@notices.nextchapterbk.com;khayden@waldrepwall.com |
| Thomas W. Waldrep, Jr. | on behalf of Interested Party Levy Konigsberg LLP notice@waldrepwall.com 8898@notices.nextchapterbk.com;khayden@waldrepwall.com |
| Thomas W. Waldrep, Jr. | on behalf of Interested Party Weitz & Luxenberg P.C. notice@waldrepwall.com 8898@notices.nextchapterbk.com;khayden@waldrepwall.com |
| Thomas W. Waldrep, Jr. | on behalf of Interested Party Maune Raichle Hartley French & Mudd  LLC notice@waldrepwall.com, 8898@notices.nextchapterbk.com;khayden@waldrepwall.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 398