

**Order Filed on September 9, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>LTL Management LLC | Case No.:        21-30589<br><br>Chapter:        13<br><br>Hearing Date:        _____<br><br>Judge:        Michael B. Kaplan |

## ORDER VACATING

#2994 ORDER A APPROVING SECOND INTERIM APPLICATION OF ALIXPARTNERS, LLP FINANCIAL ADVISOR TO THE

CHAPTER 11 DEBTOR FOR ALLOWANCE OF COMPENSATION

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 9, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court on its own motion finds that the:

#2994 ORDER A APPROVING SECOND INTERIM APPLICATION OF ALIXPARTNERS, LLP FINANCIAL ADVISOR TO THE

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated _____9/9/2022_____ , be and the same is hereby vacated.

*revised 2/25/14*

United States Bankruptcy Court

District of New Jersey

In re:

LTL Management LLC
    Debtor

Case No. 21-30589-MBK

Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1

Date Rcvd: Sep 09, 2022      Form ID: pdf903      Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2022:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: jkim8@its.jnj.com | Sep 09 2022 20:26:00 | LTL Management LLC, 501 George Street, New Brunswick, NJ 08933-0001 |
| aty | ^ MEBN | Sep 09 2022 20:20:12 | Glenn M. Kurtz, White & Case LLP, 1221 Avenue of the America, New York, NY 10020-1001 |
| aty | ^ MEBN | Sep 09 2022 20:21:23 | Jessica Lauria, White & Case LLP, 1221 Avenue of the America, New York,, NY 10020-1001 |
| aty | + Email/Text: tlindsay@rcdlaw.net | Sep 09 2022 20:26:00 | Rayburn, Cooper & Durham, P.A., The Carillon, Suite 1200, 227 West Trade St., Charlotte, NC 28202-1672 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2022      Signature:     /s/Gustava Winters