Case Name:    In re LTL Management, LLC Case No.    21-30589 (MBK)

**SCHEDULE OF EXPENSES FOR MEMBERS AND MEMBERS' REPRESENTATIVES OF THE
OFFICIAL TALC CLAIMANTS COMMITTEE OF LTL MANAGEMENT, LLC**

Applicant Name:___Leigh O'Dell, Committee Representative for Alishia Landrum_____
Role:___Co-Chair, TCC 1_____                    Total Expenses Requested: $32,286.71_____

| SCHEDULE OF EXPENSES | | |
|---|---|---|
| Date(s) Incurred | Expense Detail (e.g., hotel, airfare and reason) | Expense Amount |
| 10/26/2021 | Flight: Charlotte, NC for hearing committee meeting (Nov 3-5) (Ted Meadows) | 715.30 |
| 10/26/2021 | Agent Fee: Flight to Charlotte, NC for hearing, committee meeting (Nov 3-5) (Ted Meadows) | 25.00 |
| 10/18/2021 | Flight: Charlotte, NC for hearing, committee meeting (Oct 19-20) (Ted Meadows) | 567.90 |
| 10/29/2021 | Flight: Charlotte, NC for hearing, committee meeting (Nov 9-10) (Ted Meadows) | 695.31 |
| 10/29/2021 | Agent Fee: Flight to Charlotte, NC for hearing, committee meeting (Nov 9-10) (Ted Meadows) | 25.00 |
| 11/4/2021 | Agent Fee: Flight to Charlotte, NC for hearing, committee meeting (Nov 9-10), ticket exchange (Ted Meadows) | 25.00 |
| 11/4/2021 | Flight: Charlotte, NC for hearing, committee meeting (Nov 9-10), ticket exchange (Ted Meadows) | 129.99 |
| 11/14/2021 | Agent Fee: Flight to NYC for committee meetings (Ted Meadows) | 25.00 |
| 11/17/2021 | Flight: NJ for hearing, committee meeting (Nov 22) (Ted Meadows) | 607.10 |
| 11/17/2021 | Agent Fee: Flight to NJ for hearing, committee meeting (Nov 22) (Ted Meadows) | 25.00 |
| 10/29/2021 | Flight: Charlotte, NC for hearing, committee meeting (Nov 3-5), American Airlines leg (Leigh O'Dell) | 398.40 |
| 10/29/2021 | Flight: Charlotte, NC for hearing, committee meeting (Nov 9-10) (Leigh O'Dell) | 682.89 |
| 10/29/2021 | Flight: Charlotte, NC for hearing, committee meeting (Nov 3-5), Delta Airlines leg (Leigh O'Dell) | 386.69 |
| 10/29/2021 | Agent Fee: Flight to Charlotte, NC for hearing, committee meeting (Nov 9-10) (Leigh O'Dell) | 25.00 |
| 10/29/2021 | Agent Fee: Flight to Charlotte, NC for hearing, committee meeting (Nov 3-5) (Leigh O'Dell) | 25.00 |
| 11/5/2021 | Baggage Fee American Airlines, hearing, committee meeting (Nov 3-5) (Leigh O'Dell) | 30.00 |
| 11/6/2021 | Agent Fee: Flight to Charlotte, NC for hearing, committee meeting (Nov 9-10), ticket exchange (Leigh O'Dell) | 25.00 |
| 11/7/2021 | Agent Fee: Flight to Charlotte, NC for hearing, committee meeting (Nov 9-10), ticket exchange 2 (Leigh O'Dell) | 25.00 |
| 11/9/2021 | Agent Fee: Flight to Charlotte, NC for hearing, committee meeting (Nov 9-10) ticket exchange 3 (Leigh O'Dell) | 25.00 |
| 11/10/2021 | Parking: airport parking; hearing, committee meeting (Nov 9-10) (Leigh O'Dell) | 57.00 |
| 11/6/2021 | Flight: Charlotte, NC, hearing, committee meeting (Nov 9-10), ticket exchange (Leigh O'Dell) | 112.41 |
| 11/17/2021 | Flight: NJ for hearing, committee meeting (Nov 22) (Leigh O'Dell) | 496.80 |
| 11/17/2021 | Agent Fee: Flight to NJ for hearing, committee meeting (Nov 22) (Leigh O'Dell) | 25.00 |
| 11/24/2021 | Flight: NJ for hearing, committee meeting (Dec 15) (Leigh O'Dell) | 171.80 |
| 11/24/2021 | Agent Fee: NJ for hearing, committee meeting (Dec 15) (Leigh O'Dell) | 25.00 |
| 12/4/2021 | Toll: PlatePass, hearing, committee meeting (Nov 22) (Leigh O'Dell) | 20.40 |
| 1/10/2022 | Flight: NYC for committee meeting (Jan 11-13) (Ted Meadows) | 368.20 |
| 1/10/2022 | Agent Fee: Flight: NYC for committee meeting (Jan 11-13) (Ted Meadows) | 25.00 |
| 2/10/2022 | Flight: NJ for hearing, committee meeting (Feb 14-18) (Andy Birchfield) | 297.20 |
| 2/10/2022 | Agent Fee: Flight: NJ for hearing, committee meeting (Feb 14-18) (Andy Birchfield) | 25.00 |
| 2/12/2022 | Flight: NJ for hearing, committee meeting (Feb 14-18), ticket exchange (Andy Birchfield) | 175.00 |
| 2/12/2022 | Agent Fee: Flight: NJ for hearing, committee meeting (Feb 14-18), ticket exchange (Andy Birchfield) | 25.00 |
| 2/14/2022 | Flight: NJ for hearing, committee meeting (Feb 14-18), ticket exchange 2 (Andy Birchfield) | 175.00 |
| 2/14/2022 | Agent Fee: Flight: NJ for hearing, committee meeting (Feb 14-18), ticket exchange 2 (Andy Birchfield) | 25.00 |
| 2/4/2022 | Flight: NJ for hearing, committee meeting (Feb 14-18) (Leigh O'Dell) | 457.20 |
| 2/4/2022 | Agent Fee: Flight: NJ for hearing, committee meeting (Feb 14-18) (Leigh O'Dell) | 25.00 |
| 2/12/2022 | Flight: NJ for hearing, committee meeting (Feb 14-18), ticket exchange (Leigh O'Dell) | 100.00 |
| 2/12/2022 | Agent Fee: Flight: NJ for hearing, committee meeting (Feb 14-18), ticket exchange (Leigh O'Dell) | 25.00 |
| 2/18/2022 | Flight: NJ for hearing, committee meeting (Feb 14-18), ticket exchange 2 (Leigh O'Dell) | 200.00 |
| 2/18/2022 | Agent Fee: Flight: NJ for hearing, committee meeting (Feb 14-18), ticket exchange 2 (Leigh O'Dell) | 25.00 |
| 2/4/2022 | Flight: NJ for hearing, committee meeting (Feb 14-18) (Ted Meadows) | 413.80 |
| 2/4/2022 | Agent Fee: Flight: NJ for hearing, committee meeting (Feb 14-18) (Ted Meadows) | 25.00 |
| 2/12/2022 | Flight: NJ for hearing, committee meeting (Feb 14-18), ticket exchange (Ted Meadows) | 65.00 |
| 2/12/2022 | Agent Fee: Flight: NJ for hearing, committee meeting (Feb 14-18), ticket exchange (Ted Meadows) | 25.00 |
| 2/18/2022 | Agent Fee - Flight to NJ for hearing, committee meeting (Feb 14-18), ticket exchange 2 (Ted Meadows) | 25.00 |
| 2/18/2022 | Flight: NJ for hearing, committee meeting (Feb 14-18), ticket exchange 2 (Ted Meadows) | 350.50 |
| 2/18/2022 | Agent Fee: Flight: NJ for hearing, committee meeting (Feb 14-18), ticket exchange 2 (Ted Meadows) | 25.00 |
| 11/22/2021 | Fuel: rental car fuel, hearing, committee meeting (Nov 22) (Leigh O'Dell) | 14.88 |
| 11/23/2021 | Rental: Hertz rental car, hearing (Nov 22) (Leigh O'Dell) | 153.97 |
| 12/15/2021 | Rental: Hertz rental car, hearing (Dec 15) (Leigh O'Dell) | 127.09 |
| 12/15/2021 | Fuel: rental car fuel, hearing (Dec 15) (Leigh O'Dell) | 16.23 |
| 2/19/2022 | Fuel: Rental car fuel; hearing (Feb 14-18) (Leigh O'Dell) | 11.77 |
| 2/21/2022 | Rental Car: Hertz, Hearing (Feb 14-18) (Leigh O'Dell) | 530.59 |
| 11/12/2021 | Hotel Meeting Room rental: Ritz-Carlton- Audio/Visual Charges, Ovarian Cancer Committee & Counsel (Leigh O'Dell) | 697.34 |

| Date | Description | Amount |
|---|---|---|
| 1/19/2022 | Expert: Payment to Dr. Ellen Smith re: bankruptcy mediation consultant work (Leigh O'Dell) | 600.00 |
| 2/1/2022 | Expert: Payment to Dr. Judy Wolf re: bankruptcy consultant work (Leigh O'Dell) | 2,400.00 |
| 11/10/2021 | Hotel: JW Marriott, Hearing, committee meeting (Nov 9-10) (Ted Meadows) | 752.59 |
| 11/22/2021 | Hotel: JW Marriott, Hearing, committee meeting (Nov 22) (Ted Meadows) | 145.57 |
| 10/27/2021 | Meeting Room: Ritz-Carlton, remainder fee (Nov 3, 4 & 9), Ovarian Cancer Committee & Counsel (Leigh O'Dell) | 265.09 |
| 11/1/2021 | Meeting Room: Ritz-Carlton, deposit (Nov 3, 4 & 9), Ovarian Cancer Committee & Counsel (Leigh O'Dell) | 7,000.00 |
| 11/10/2021 | Hotel: JW Marriott, hearing committee meeting (Nov 9-10) (Leigh O'Dell) | 752.59 |
| 11/22/2021 | Hotel: JW Marriott, hearing, committee meeting (Nov 22) (Leigh O'Dell) | 145.57 |
| 11/12/2021 | Hotel Meeting Room: Ritz-Carlton, Ovarian Cancer Committee & Counsel (Leigh O'Dell) | 2,552.60 |
| 12/15/2021 | Hotel: JW Marriott, hearing, committee meeting (Dec 15) (Ted Meadows) | 194.86 |
| 12/15/2021 | Hotel: JW Marriott, hearing, committee meeting (Dec 15) (Leigh O'Dell) | 194.86 |
| 1/13/2022 | Hotel: The Knickerbocker, committee meetings in NYC (Jan 11-13) (Ted Meadows) | 826.30 |
| 2/18/2022 | Hotel: JW Marriott, hearing, committee meeting (Feb 14-18) (Leigh O'Dell) | 830.30 |
| 2/18/2022 | Hotel: JW Marriott, hearing, committee meeting (Feb 14-18) (Ted Meadows) | 825.30 |
| 1/13/2022 | Reimbursement: Tips paid in cash, committee meetings in NYC (Jan 11-13) (Ted Meadows) | 20.00 |
| 2/18/2022 | Reimbursement: Tips paid in cash, hearing, committee meeting in NJ (Feb 14-18) (Ted Meadows) | 35.00 |
| 2/18/2022 | Reimbursement: Tips paid in cash, hearing, committee meeting in NJ (Feb 14-18) (Leigh O'Dell) | 20.00 |
| 2/18/2022 | Reimbursement: Roundtrip Mileage to ATL aiport, hearing, committee meeting in NJ (Feb 14-18) (Leigh O'Dell) | 170.00 |
| 12/15/2021 | Reimbursement: Roundtrip Mileage to ATL aiport, hearing, committee meeting in NJ (Dec 15) (Leigh O'Dell) | 170.00 |
| 1/27/2022 | Reimbursement: mileage for transporting committee members (Ted Meadows) | 25.00 |
| 2/18/2022 | Reimbursement: Roundtrip Mileage to ATL aiport, hearing, committee meeting in NJ (Feb 14-18) (Leigh O'Dell) | 170.00 |
| 11/3/2021 | Meal: McDonald's, Hearing (Nov 3-5) (Ted Meadows) | 3.06 |
| 11/10/2021 | Meal: SB&J Taproom, hearing (Nov 9-10) (Ted Meadows) | 45.88 |
| 11/21/2021 | Meal: Hotel food, hearing (Nov 22) (Ted Meadows) | 22.13 |
| 11/4/2021 | Meal: BLT Steak, hearing (Nov 3-5) - Partial amount charged to bankruptcy (Ted Meadows) | 319.51 |
| 11/5/2021 | Meal: Charlotte's Landing, hearing (Nov 3-5) (Leigh O'Dell) | 6.41 |
| 11/10/2021 | Meal: Red Mango, hearing (Nov 9-10) (Leigh O'Dell) | 9.73 |
| 11/22/2021 | Meal: Chick-fil-A, hearing (Nov 22) (Leigh O'Dell) | 11.92 |
| 11/8/2021 | Meal: Hotel food, hearing (Nov 9-10) (Leigh O'Dell) | 20.00 |
| 11/16/2021 | Meal: Chick-fil-A, hearing (Nov 15-16) (Leigh O'Dell) | 12.00 |
| 11/22/2021 | Meal: Hotel food charges, hearing (Nov 22) (Leigh O'Dell) | 24.92 |
| 11/4/2021 | Meal: Ritz-Carlton Room service charges applied to meeting room account (Ted Meadows) | 93.50 |
| 12/14/2021 | Meal: Chick-Fil-A, hearing (Dec 15) (Leigh O'Dell) | 8.25 |
| 12/15/2021 | Meal: Chick-Fil-A, hearing (Dec 15) (Leigh O'Dell) | 11.92 |
| 12/15/2021 | Meal: JW Marriott hotel food, hearing (Dec 15) (Leigh O'Dell) | 19.33 |
| 12/14/2021 | Meal: JW Marriott hotel food, hearing (Dec 15) (Leigh O'Dell) | 14.13 |
| 1/11/2022 | Meal: ATL Aiport food, NYC meetings with committee (Leigh O'Dell) | 13.22 |
| 2/13/2022 | Meal: Sweet Indulgence, ATL Airport food, hearing (Feb 14-18) (Leigh O'Dell) | 8.22 |
| 2/17/2022 | Meal: Marriott Forrestal hotel food charges (Leigh O'Dell) | 19.06 |
| 2/17/2022 | Meal: Marriott Forrestal hotel food charges (Ted Meadows) | 69.58 |
| 12/15/2021 | Toll: NJ Turnpike Toll Road Fee, hearing (Dec 15) (Leigh O'Dell) | 3.95 |
| 12/15/2021 | Reimbursement: Tips paid in cash, hearing, committee meeting in NJ (Dec 15) (Leigh O'Dell) | 10.00 |
| 1/3/2022 | Court Fee: Access to Hearing on 1/3/2021 (Leigh O'Dell) | 50.00 |
| 1/6/2022 | Court Fee: Access to Hearing on 1/6/2021 (Leigh O'Dell) | 50.00 |
| 1/19/2022 | Beasley Allen print transaction, no receipt available (Leigh O'Dell) | 0.03 |
| 2/1/2022 | Beasley Allen print transaction, no receipt available (Leigh O'Dell) | 0.01 |
| 2/1/2022 | Beasley Allen print transaction, no receipt available (Leigh O'Dell) | 0.01 |
| 2/1/2022 | Beasley Allen print transaction, no receipt available (Leigh O'Dell) | 0.03 |
| 2/1/2022 | Beasley Allen print transaction, no receipt available (Leigh O'Dell) | 0.03 |
| 10/24/2021 | Parking: airport parking, hearing, committee meeting (Oct 19-20) (Leigh O'Dell) | 28.50 |
| 11/5/2021 | Parking: airport parking, hearing, committee meeting (Nov 3-5) (Leigh O'Dell) | 30.00 |
| 11/16/2021 | Parking: Gateway Marriott hotel parking, hearing (Nov 15-16) (Leigh O'Dell) | 60.00 |
| 11/22/2021 | Parking: Courthouse parking- hearing (Nov 22) (Leigh O'Dell) | 12.00 |
| 11/22/2021 | Parking: Airport parking, hearing (Nov 22) (Leigh O'Dell) | 72.00 |
| 11/4/2021 | Parking: Ritz-Carlton hotel parking, hearings & committee meeting (Nov 3-5) (Leigh O'Dell) | 40.00 |
| 11/16/2021 | Parking: airport parking, hearing (Nov 15-16) (Leigh O'Dell) | 38.00 |
| 12/15/2021 | Parking: airport parking, hearing (Dec 15) (Leigh O'Dell) | 38.00 |
| 2/15/2022 | Parking: Courthouse parking- hearing (Feb 14-18) (Ted Meadows) | 12.00 |
| 2/14/2022 | Parking: Courthouse parking-hearing (Feb 14-18) (Leigh O'Dell) | 12.00 |
| 2/15/2022 | Parking: Courthouse parking-hearing (Feb 14-18) (Leigh O'Dell) | 12.00 |
| 2/16/2022 | Parking: Courthouse parking-hearing (Feb 14-18) (Leigh O'Dell) | 12.00 |
| 2/16/2022 | Parking: Henry Street Garage- hearing (Feb 14-18) (Leigh O'Dell) | 4.00 |
| 2/18/2022 | Parking: airport parking- hearing (Feb 14-18) (Leigh O'Dell) | 114.00 |
| 2/18/2022 | Parking: Courthouse parking-hearing (Feb 14-18) (Leigh O'Dell) | 12.00 |
| 2/17/2022 | Parking: Courthouse parking-hearing (Feb 14-18) (Leigh O'Dell) | 12.00 |
| 2/15/2022 | Parking: Courthouse parking- hearing (Feb 14-18) (Leigh O'Dell) | 12.00 |
| 12/7/2021 | Court Fee: Access to Hearing on 12/7/2021 (Leigh O'Dell) | 50.00 |
| 11/3/2021 | Uber: hearing (Nov 3-5) (Ted Meadows) | 41.28 |
| 11/5/2021 | Uber: hearing (Nov 3-5) (Ted Meadows) | 46.17 |
| 11/3/2021 | Travel: roundrip to/from airport for hearings, meetings (Nov 3-5) (Ted Meadows) | 800.00 |

| 11/8/2021 | Travel: MGM to ATL airport, hearings (Nov 9-10) (Ted Meadows) | 350.00 |
| 11/10/2021 | Travel: ATL airport to MGM, hearings (Nov 9-10) (Ted Meadows) | 350.00 |
| 11/10/2021 | Uber: hearing (Nov 9-10) (Ted Meadows) | 48.39 |
| 11/21/2021 | Foreign Transaction Fee: Airport Transport, hearing (Nov 22) (Ted Meadows) | 5.84 |
| 11/21/2021 | Airport Transportation, hearing (Nov 22) (Ted Meadows) | 194.69 |
| 11/22/2021 | Travel: ATL airport to Alexander City, AL, hearing (Nov 22) (Ted Meadows) | 425.00 |
| 11/16/2021 | Cab: hearing, (Nov 15-16) (Leigh O'Dell) | 11.62 |
| 11/18/2021 | Travel: Roundtrip to/from ATL airport, hearing (Feb 14-18) (Ted Meadows) | 700.00 |

TOTAL                                          832,286.71

| From: | Clay Nottrodt |
|---|---|
| To: | Ted Meadows |
| Cc: | Brittney Hill |
| Subject: | [EXT] Nov 3-5 - Confirmation - Ted Meadows |
| Date: | Tuesday, October 26, 2021 6:10:06 PM |
| Attachments: | Invoice - Itinerary Communication Attachment - BCEAZP - November 3 2021 23054541.html |
| | DL Flight Number 1731 ATL CLT Departs 1055 AM (Local Time)TED GORDON MEADOWS.ics |
| | DL Flight Number 2627 CLT ATL Departs 750 PM (Local Time)TED GORDON MEADOWS.ics |

**[EXTERNAL]**

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| Passenger(s): | **MEADOWS/TED GORDON** | | |
|---|---|---|---|
| Date: | 26 October 2021 | **Booking Ref.:** | BCEAZP S-B30C |
| Invoice No: | 5118159 | **Customer:** | 011677 |
| Billing: | BEASLEY ALLEN LAW FIRM | **Delivery** | TED MEADOWS |
| | 4160 PO BOX | **Address:** | |
| | MONTGOMERY AL 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

## AIR - Wednesday, November 3 2021

### Delta Air Lines  Flight DL1731  Economy Class

| | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 10:55 AM Wednesday, November 3 2021 |
| Arrive: | Charlotte Douglas International |
| | Charlotte, North Carolina, United States |
| | 12:01 PM Wednesday, November 3 2021 |
| Duration: | 1 hour(s) and 6 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: GSMZ62 |
| Equipment: | Boeing 717-200 |
| Seat: | 16B Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

**Weather**

## AIR - Friday, November 5 2021

### Delta Air Lines  Flight DL2627  Economy Class

| | |
|---|---|
| Depart: | Charlotte Douglas International |
| | Charlotte, North Carolina, United States |
| | 07:50 PM Friday, November 5 2021 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 09:09 PM Friday, November 5 2021 |
| Duration: | 1 hour(s) and 19 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: GSMZ62 |

**Equipment:**         Boeing 717-200
**Seat:**              15C Confirmed
**FF Number:**         DL2353000801 - MEADOWS/TED GORDON
**Baggage Allowance:** NIL

## Weather

## Remarks

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $740.30 USD**
Electronic Ticket Number: 0067673723037
Invoice No.: 5118159
Ticket Amount: $715.30 USD
Form of Payment: VI************4404

Service Fee Number: 8900804762683
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

| From: | Clay Nottrodt |
|---|---|
| To: | Ted Meadows |
| Cc: | Brittney Hill |
| Subject: | [EXT] Nov 3-5 - Confirmation - Ted Meadows |
| Date: | Tuesday, October 26, 2021 6:10:06 PM |
| Attachments: | Invoice - Itinerary Communication Attachment - BCEAZP - November 3 2021 23054541.html |
| | DL Flight Number 1731 ATL CLT Departs 1055 AM (Local Time)TED GORDON MEADOWS.ics |
| | DL Flight Number 2627 CLT ATL Departs 750 PM (Local Time)TED GORDON MEADOWS.ics |

**[EXTERNAL]**

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| Passenger(s): | **MEADOWS/TED GORDON** | | |
|---|---|---|---|
| Date: | 26 October 2021 | **Booking Ref.:** | BCEAZP S-B30C |
| Invoice No: | 5118159 | **Customer:** | 011677 |
| Billing: | BEASLEY ALLEN LAW FIRM | **Delivery** | TED MEADOWS |
| | 4160 PO BOX | **Address:** | |
| | MONTGOMERY AL 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

### AIR - Wednesday, November 3 2021

#### Delta Air Lines  Flight DL1731  Economy Class

| | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 10:55 AM Wednesday, November 3 2021 |
| Arrive: | Charlotte Douglas International |
| | Charlotte, North Carolina, United States |
| | 12:01 PM Wednesday, November 3 2021 |
| Duration: | 1 hour(s) and 6 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: GSMZ62 |
| Equipment: | Boeing 717-200 |
| Seat: | 16B Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

**Weather**

### AIR - Friday, November 5 2021

#### Delta Air Lines  Flight DL2627  Economy Class

| | |
|---|---|
| Depart: | Charlotte Douglas International |
| | Charlotte, North Carolina, United States |
| | 07:50 PM Friday, November 5 2021 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 09:09 PM Friday, November 5 2021 |
| Duration: | 1 hour(s) and 19 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: GSMZ62 |

| | |
|---|---|
| **Equipment:** | Boeing 717-200 |
| **Seat:** | 15C Confirmed |
| **FF Number:** | DL2353000801 - MEADOWS/TED GORDON |
| **Baggage Allowance:** | NIL |

**Weather**

**Remarks**

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $740.30 USD**
Electronic Ticket Number: 0067673723037
Invoice No.: 5118159
Ticket Amount: $715.30 USD
Form of Payment: VI***********4404

Service Fee Number: 8900804762683
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

| From: | Lindsay Moore |
|---|---|
| To: | Brittney Hill; Clay Nottrodt |
| Subject: | FW: [EXT] Oct 19 - Hotel Change Confirmation - Ted Meadows |
| Date: | Monday, October 18, 2021 4:57:54 PM |
| Attachments: | Invoice - Itinerary Communication Attachment - AZJLLR - October 19 2021 21385429.html |
| | AA Flight Number 6002 MGM CLT Departs 700 AM (Local Time)TED GORDON MEADOWS.ics |
| | AA Flight Number 6137 CLT MGM Departs 330 PM (Local Time)TED GORDON MEADOWS.ics |
| | Hotel Confirmation Number 86344286 TED GORDON MEADOWS.ics |
| | image211722.png |
| | image117410.png |
| | image501842.png |
| | image241836.png |
| | image283763.png |

Brittney – Ted's trip revision


**Lindsay M. Moore**
Administrative Assistant
334.495.1120 direct | 800.898.2034

Lindsay.Moore@BeasleyAllen.com
BeasleyAllen.com

**Learn more about our ongoing litigation.**

  

CONFIDENTIALITY & PRIVILEGE NOTICE

**From:** Clay Nottrodt <claynot@msn.com>
**Sent:** Monday, October 18, 2021 4:45 PM
**To:** Lindsay Moore <Lindsay.Moore@BeasleyAllen.com>
**Subject:** [EXT] Oct 19 - Hotel Change Confirmation - Ted Meadows


**[EXTERNAL]**


Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500


| Passenger(s): | **MEADOWS/TED GORDON** | | | |
|---|---|---|---|---|
| Date: | 18 October 2021 | | **Booking Ref.:** | AZJLLR S-B30C |
| **Invoice No:** | 5115820 | | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | | **Delivery** | TED MEADOWS |
| | 4160 PO BOX | | **Address:** | |
| | MONTGOMERY AL 36103 | | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

## AIR - Tuesday, October 19 2021

### American Airlines  Flight AA6002  Economy Class

| | |
|---|---|
| Depart: | Dannelly Field |
| | Montgomery, Alabama, United States |
| | 07:00 AM Tuesday, October 19 2021 |
| Arrive: | Charlotte Douglas International |
| | Charlotte, North Carolina, United States |
| | 09:46 AM Tuesday, October 19 2021 |
| Duration: | 1 hour(s) and 46 minute(s) Non-stop |
| Status: | Confirmed - American Airlines Booking Reference: DLBANE |
| Equipment: | Embraer RJ145 |
| Operated By: | PIEDMONT AIRLINES AS AMERICAN EAGLE |
| | OPERATED BY PIEDMONT AIRLINES AS AMERICAN EAGLE |
| Seat: | 16A Confirmed |
| Baggage Allowance: | NIL |

### Weather

## HOTEL - Tuesday, October 19 2021

### The Ritz Carlton Charlotte

| | |
|---|---|
| Address: | 201 East Trade Street |
| | Charlotte, NC 28202 |
| | United States |
| Tel: | +1 (704) 547-2244 |
| Fax: | +1 (704) 549-4179 |
| Check In/Check Out: | Tuesday, October 19 2021 - Wednesday, October 20 2021 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 1 |
| Rate per night: | USD 552.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 86344286 |
| Frequent Guest ID: | 486035280 |
| Cancellation Policy: | 03D CANCEL 3 DAYS PRIOR TO ARRIVAL |
| Additional Information: | DELUXE ROOM |

## AIR - Wednesday, October 20 2021

### American Airlines  Flight AA6137  Economy Class

| | |
|---|---|
| Depart: | Charlotte Douglas International |
| | Charlotte, North Carolina, United States |
| | 03:30 PM Wednesday, October 20 2021 |
| Arrive: | Dannelly Field |
| | Montgomery, Alabama, United States |
| | 04:03 PM Wednesday, October 20 2021 |
| Duration: | 1 hour(s) and 33 minute(s) Non-stop |
| Status: | Confirmed - American Airlines Booking Reference: DLBANE |
| Equipment: | Embraer RJ145 |
| Operated By: | PIEDMONT AIRLINES AS AMERICAN EAGLE |
| | OPERATED BY PIEDMONT AIRLINES AS AMERICAN EAGLE |
| Seat: | Assigned at Check-in |
| Baggage Allowance: | NIL |

### Weather

### Remarks

GRAND BOHEMIAN CANCEL NUMBER - 3547574
AIRFARE THIS ITINERARY BEFORE TICKET EXCHANGE - 795.30
EXCHANGED FOR CANCELLED 227.40 AA TKT 0017574031774
PREVIOUS AA TKT 0017671821161 WAS VOIDED
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT

PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE.. PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE,...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $592.90 USD**
Electronic Ticket Number: 0017672014992
Invoice No.: 5115820
Ticket Amount: $567.90 USD
Form of Payment: VI************4404

Service Fee Number: 8900804486691
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on

| From: | Clay Nottrodt |
|---|---|
| To: | Ted Meadows |
| Cc: | Brittney Hill |
| Subject: | [EXT] Nov 9-10 - Confirmation - Ted Meadows |
| Date: | Friday, October 29, 2021 6:14:24 PM |
| Attachments: | Invoice - Itinerary Communication Attachment - SWSJCF - November 9 2021 23060204.html |
| | DL Flight Number 2986 ATL CLT Departs 1020 AM (Local Time)TED GORDON MEADOWS.ics |
| | DL Flight Number 2627 CLT ATL Departs 747 PM (Local Time)TED GORDON MEADOWS.ics |

**[EXTERNAL]**

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| Passenger(s): | **MEADOWS/TED GORDON** | | |
|---|---|---|---|
| Date: | 29 October 2021 | Booking Ref.: | SWSJCF S-B30C |
| Invoice No: | 5119130 | Customer: | 011677 |
| Billing: | BEASLEY ALLEN LAW FIRM | Delivery | TED MEADOWS |
| | 4160 PO BOX | Address: | |
| | MONTGOMERY AL 36103 | | |

Traveler Information:                               Airline baggage and ancillary fee information:
http://www.tsa.gov/traveler-information/            http://exploreflightfees.com/

## AIR - Tuesday, November 9 2021

### Delta Air Lines  Flight DL2986  Economy Class

| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
|---|---|
| | Atlanta, Georgia, United States |
| | 10:20 AM Tuesday, November 9 2021 |
| Arrive: | Charlotte Douglas International |
| | Charlotte, North Carolina, United States |
| | 11:29 AM Tuesday, November 9 2021 |
| Duration: | 1 hour(s) and 9 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: GYAARX |
| Equipment: | Boeing 717-200 |
| Seat: | 22C Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

**Weather**

## AIR - Wednesday, November 10 2021

### Delta Air Lines  Flight DL2627  Economy Class

| Depart: | Charlotte Douglas International |
|---|---|
| | Charlotte, North Carolina, United States |
| | 07:47 PM Wednesday, November 10 2021 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 09:11 PM Wednesday, November 10 2021 |
| Duration: | 1 hour(s) and 24 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: GYAARX |
| Equipment: | Boeing 717-200 |

| | |
|---|---|
| **Seat:** | 22C Confirmed |
| **FF Number:** | DL2353000801 - MEADOWS/TED GORDON |
| **Baggage Allowance:** | NIL |

### Weather

### Remarks

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT....
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

**Invoice**

**Total Invoice Amount: $720.31 USD**
Electronic Ticket Number: 0067674393066
Invoice No.: 5119130
Ticket Amount: $695.31 USD
Form of Payment: VI************4404

Service Fee Number: 8900804869814
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

| | |
|---|---|
| **From:** | Clay Nottrodt |
| **To:** | Ted Meadows |
| **Cc:** | Brittney Hill |
| **Subject:** | [EXT] Nov 9-10 - Confirmation - Ted Meadows |
| **Date:** | Friday, October 29, 2021 6:14:24 PM |
| **Attachments:** | Invoice - Itinerary Communication Attachment - SWSJCF - November 9 2021 23060204.html<br>DL Flight Number 2986 ATL CLT Departs 1020 AM (Local Time)TED GORDON MEADOWS.ics<br>DL Flight Number 2627 CLT ATL Departs 747 PM (Local Time)TED GORDON MEADOWS.ics |

**[EXTERNAL]**

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| **Passenger(s):** | **MEADOWS/TED GORDON** | | |
| **Date:** | 29 October 2021 | **Booking Ref.:** | SWSJCF S-B30C |
| **Invoice No:** | 5119130 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | TED MEADOWS |
| | 4160 PO BOX | **Address:** | |
| | MONTGOMERY AL 36103 | | |

Traveler Information:                         Airline baggage and ancillary fee information:
http://www.tsa.gov/traveler-information/        http://exploreflightfees.com/

## AIR - Tuesday, November 9 2021

### Delta Air Lines  Flight DL2986  Economy Class

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL<br>Atlanta, Georgia, United States<br>10:20 AM Tuesday, November 9 2021 |
| **Arrive:** | Charlotte Douglas International<br>Charlotte, North Carolina, United States<br>11:29 AM Tuesday, November 9 2021 |
| **Duration:** | 1 hour(s) and 9 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: GYAARX |
| **Equipment:** | Boeing 717-200 |
| **Seat:** | 22C Confirmed |
| **FF Number:** | DL2353000801 - MEADOWS/TED GORDON |
| **Baggage Allowance:** | NIL |

**Weather**

## AIR - Wednesday, November 10 2021

### Delta Air Lines  Flight DL2627  Economy Class

| | |
|---|---|
| **Depart:** | Charlotte Douglas International<br>Charlotte, North Carolina, United States<br>07:47 PM Wednesday, November 10 2021 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL<br>Atlanta, Georgia, United States<br>09:11 PM Wednesday, November 10 2021 |
| **Duration:** | 1 hour(s) and 24 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: GYAARX |
| **Equipment:** | Boeing 717-200 |

| Seat: | 22C Confirmed |
| --- | --- |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

**Weather**

**Remarks**

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQUIRES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE'S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE ..USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $720.31 USD**
Electronic Ticket Number: 0067674393066
Invoice No.: 5119130
Ticket Amount: $695.31 USD
Form of Payment: VI***********4404

Service Fee Number: 8900804869814
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

| From: | Clay Nottrodt |
|---|---|
| To: | Ted Meadows |
| Cc: | Brittney Hill |
| Subject: | [EXT] Nov 8 - Confirmation - Ticket Changed - Ted Meadows |
| Date: | Thursday, November 4, 2021 1:50:35 PM |
| Attachments: | Invoice - Itinerary Communication Attachment - SWSJCF - November 8 2021 18222751.html |
| | DL Flight Number 1611 ATL CLT Departs 1215 PM (Local Time)TED GORDON MEADOWS.ics |
| | DL Flight Number 2627 CLT ATL Departs 747 PM (Local Time)TED GORDON MEADOWS.ics |

**[EXTERNAL]**

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone. 205-982-1500

| Passenger(s): | **MEADOWS/TED GORDON** | | | |
|---|---|---|---|---|
| Date: | 04 November 2021 | | Booking Ref.: | SWSJCF S-B30C |
| Invoice No: | 5120455 | | Customer: | 011677 |
| Billing: | BEASLEY ALLEN LAW FIRM | | Delivery | TED MEADOWS |
| | 4160 PO BOX | | Address: | |
| | MONTGOMERY AL 36103 | | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

## AIR - Monday, November 8 2021
### Delta Air Lines  Flight DL1611  Economy Class

| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
|---|---|
| | Atlanta, Georgia, United States |
| | 12:15 PM Monday, November 8 2021 |
| Arrive: | Charlotte Douglas International |
| | Charlotte, North Carolina, United States |
| | 01:20 PM Monday, November 8 2021 |
| Duration: | 1 hour(s) and 5 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: GYAARA |
| Equipment: | Boeing 717-200 |
| Seat: | 17A Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

**Weather**

## AIR - Wednesday, November 10 2021
### Delta Air Lines  Flight DL2627  Premium Economy Class

| Depart: | Charlotte Douglas International |
|---|---|
| | Charlotte, North Carolina, United States |
| | 07:47 PM Wednesday, November 10 2021 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 09:11 PM Wednesday, November 10 2021 |
| Duration: | 1 hour(s) and 24 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: GYAARI |

| | |
|---|---|
| **Equipment:** | Boeing 717-200 |
| **Seat:** | 11B Confirmed |
| **FF Number:** | DL2353000801 - MEADOWS/TED GORDON |
| **Baggage Allowance:** | NIL |

### Weather

### Remarks

AIRFARE THIS ITINERARY BEFORE TICKET EXCHANGE - 825.30
EXCHANGED FOR CHANGED 695.31 DL TKT 0067674393066
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN...
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...

OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $154.99 USD**
Electronic Ticket Number: 0067675400693
Invoice No.: 5120455
Ticket Amount: $129.99 USD
Form of Payment: VI***********4404

Service Fee Number: 8900805017223
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on
the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's
prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for
transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

22-A

| From: | Clay Nottrodt |
|---|---|
| To: | Ted Meadows |
| Cc: | Brittney Hill |
| Subject: | [EXT] Nov 8 - Confirmation - Ticket Changed - Ted Meadows |
| Date: | Thursday, November 4, 2021 1:50:35 PM |
| Attachments: | Invoice - Itinerary Communication Attachment - SWSJCF - November 8 2021 18222751.html |
| | DL Flight Number 1611 ATL CLT Departs 1215 PM (Local Time)TED GORDON MEADOWS.ics |
| | DL Flight Number 2627 CLT ATL Departs 747 PM (Local Time)TED GORDON MEADOWS.ics |

**[EXTERNAL]**

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| Passenger(s): | **MEADOWS/TED GORDON** | | | |
|---|---|---|---|---|
| Date: | 04 November 2021 | | Booking Ref.: | SWSJCF S-B30C |
| Invoice No: | 5120455 | | Customer: | 011677 |
| Billing: | BEASLEY ALLEN LAW FIRM | | Delivery | TED MEADOWS |
| | 4160 PO BOX | | Address: | |
| | MONTGOMERY AL 36103 | | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

## AIR - Monday, November 8 2021
### Delta Air Lines Flight DL1611  Economy Class

| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
|---|---|
| | Atlanta, Georgia, United States |
| | 12:15 PM Monday, November 8 2021 |
| Arrive: | Charlotte Douglas International |
| | Charlotte, North Carolina, United States |
| | 01:20 PM Monday, November 8 2021 |
| Duration: | 1 hour(s) and 5 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: GYAARX |
| Equipment: | Boeing 717-200 |
| Seat: | 17A Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

**Weather**

## AIR - Wednesday, November 10 2021
### Delta Air Lines Flight DL2627  Premium Economy Class

| Depart: | Charlotte Douglas International |
|---|---|
| | Charlotte, North Carolina, United States |
| | 07:47 PM Wednesday, November 10 2021 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 09:11 PM Wednesday, November 10 2021 |
| Duration: | 1 hour(s) and 24 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: GYAARX |

| | |
|---|---|
| **Equipment:** | Boeing 717-200 |
| **Seat:** | 11B Confirmed |
| **FF Number:** | DL2353000801 - MEADOWS/TED GORDON |
| **Baggage Allowance:** | NIL |

**Weather**

**Remarks**

AIRFARE THIS ITINERARY BEFORE TICKET EXCHANGE - 825.30
EXCHANGED FOR CHANGED 695.31 DL TKT 0067674393066
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...

OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $154.99 USD**
Electronic Ticket Number: 0067675400693
Invoice No.: 5120455
Ticket Amount: $129.99 USD
Form of Payment: VI************4404

Service Fee Number: 8900805017223
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on
the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's
prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for
transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

| From: | Clay Nottrodt |
|---|---|
| To: | Ted Meadows |
| Cc: | Brittney Hill |
| Subject: | [EXT] Nov 15 - Later Flight Confirmed - Ted Meadows (Previous Ticket Voided) |
| Date: | Sunday, November 14, 2021 6:43:24 PM |
| Attachments: | Invoice - Itinerary Communication Attachment - DFGCZT - November 15 2021 00352171.html |
|  | DL Flight Number 505 ATL LGA Departs 935 PM (Local Time)TED GORDON MEADOWS.ics |
|  | DL Flight Number 529 LGA ATL Departs 1229 PM (Local Time)TED GORDON MEADOWS.ics |
|  | Hotel Confirmation Number 75126SC112776 TED GORDON MEADOWS.ics |

**[EXTERNAL]**

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| Passenger(s): | MEADOWS/TED GORDON | | |
|---|---|---|---|
| Date: | 14 November 2021 | Booking Ref.: | DFGCZT S-B30C |
| Invoice No: | 5123417 | Customer: | 011677 |
| Billing: | BEASLEY ALLEN LAW FIRM | Delivery | TED MEADOWS |
|  | 4160 PO BOX | Address: | |
|  | MONTGOMERY AL 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

## AIR - Monday, November 15 2021

### Delta Air Lines  Flight DL505  Economy Class

| | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 09:35 PM Monday, November 15 2021 |
| Arrive: | LaGuardia Airport |
| | New York, New York, United States |
| | 11:46 PM Monday, November 15 2021 |
| Duration: | 2 hour(s) and 11 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: GRYHPE |
| Equipment: | Airbus Industrie A321 |
| Seat: | 17D Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

**Weather**

### HOTEL - Monday, November 15 2021

#### Public

| | |
|---|---|
| Address: | 215 Chrystie Street |
| | New York, NY 10002 |
| | United States |
| Tel: | +1 (212) 735-6000 |
| Fax: | +1 (212) 273-9300 |
| Check In/Check Out: | Monday, November 15 2021 - Wednesday, November 17 2021 |
| Status: | Confirmed |

| | |
|---|---|
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 2 |
| **Rate per night:** | USD 502.55 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 75126SC112776 |
| **Cancellation Policy:** | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | QUEEN DELUXE ROOM |

## AIR - Wednesday, November 17 2021

### Delta Air Lines  Flight DL529  Economy Class

| | |
|---|---|
| **Depart:** | LaGuardia Airport |
| | New York, New York, United States |
| | 12:29 PM Wednesday, November 17 2021 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 03:03 PM Wednesday, November 17 2021 |
| **Duration:** | 2 hour(s) and 34 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: GRYHPE |
| **Equipment:** | Airbus Industrie A321 |
| **Seat:** | 17C Confirmed |
| **FF Number:** | DL2353000801 - MEADOWS/TED GORDON |
| **Baggage Allowance:** | NIL |

### Weather

### Remarks

PREVIOUS TICKET 00067677086985 WAS VOIDED
HOTEL HAS SPLIT RATE - 436.05/15NOV 502.55/16NOV - AVG 469.30/NT
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $390.80 USD**
Electronic Ticket Number: 0067677307019
Invoice No.: 5123417
Ticket Amount: $365.80 USD
Form of Payment: VI************4404

Service Fee Number: 8900805280663
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on
the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's
prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for
transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

| From: | Clay Nottrodt |
|---|---|
| To: | Ted Meadows |
| Cc: | Brittney Clemons; Katie Tucker |
| Subject: | [EXT] Nov 21-22 Confirmation - Ted Meadows |
| Date: | Wednesday, November 17, 2021 12:20:43 PM |
| Attachments: | Invoice - Itinerary Communication Attachment - CLOKMJ - November 21 2021 18092044.html |
| | DL Flight Number 1356 BHM ATL Departs 324 PM (Local Time)TED GORDON MEADOWS.ics |
| | DL Flight Number 1613 ATL EWR Departs 631 PM (Local Time)TED GORDON MEADOWS.ics |
| | DL Flight Number 1623 EWR ATL Departs 648 PM (Local Time)TED GORDON MEADOWS.ics |
| | Hotel Confirmation Number 83932030 TED GORDON MEADOWS.ics |

**[EXTERNAL]**

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| Passenger(s): | **MEADOWS/TED GORDON** | | |
|---|---|---|---|
| Date: | 17 November 2021 | Booking Ref.: | CLOKMJ S-B30C |
| Invoice No: | 5124147 | Customer: | 011677 |
| Billing: | BEASLEY ALLEN LAW FIRM | Delivery | TED MEADOWS |
| | 4160 PO BOX | Address: | |
| | MONTGOMERY AL 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

### AIR - Sunday, November 21 2021

**Delta Air Lines  Flight DL1356  Economy Class**

| | |
|---|---|
| Depart: | Birmingham-Shuttlesworth International Airport |
| | Birmingham, Alabama, United States |
| | 03:24 PM Sunday, November 21 2021 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 05:31 PM Sunday, November 21 2021 |
| Duration: | 1 hour(s) and 7 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: G94YYM |
| Equipment: | Boeing 717-200 |
| Seat: | 14B Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

**Weather**

### AIR - Sunday, November 21 2021

**Delta Air Lines  Flight DL1613  Economy Class**

| | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 06:31 PM Sunday, November 21 2021 |
| Arrive: | Newark Liberty International, TERMINAL B |

| | Newark, New Jersey, United States |
| | 08:42 PM Sunday, November 21 2021 |
| **Duration:** | 2 hour(s) and 11 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: G94YYM |
| **Equipment:** | Boeing 737-900 Passenger |
| **Seat:** | 17C Confirmed |
| **FF Number:** | DL2353000801 - MEADOWS/TED GORDON |
| **Baggage Allowance:** | NIL |

Weather

## HOTEL - Sunday, November 21 2021

**Princeton Marriott Forrestal**

| **Address:** | 100 College Road East, |
| | Princeton, NJ 08540 |
| | United States |
| **Tel:** | +1 (609) 452-7800 |
| **Fax:** | +1 (609) 452-7883 |
| **Check In/Check Out:** | Sunday, November 21 2021 - Monday, November 22 2021 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 1 |
| **Rate per night:** | USD 127.00 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 83932030 |
| **Frequent Guest ID:** | 376635298 |
| **Cancellation Policy:** | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | KING NONSMOKING |

## AIR - Monday, November 22 2021

**Delta Air Lines  Flight DL1623  Economy Class**

| **Depart:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 06:48 PM Monday, November 22 2021 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 09:19 PM Monday, November 22 2021 |
| **Duration:** | 2 hour(s) and 31 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: G94YYM |
| **Equipment:** | Boeing 737-900 Passenger |
| **Seat:** | 22C Confirmed |
| **FF Number:** | DL2353000801 - MEADOWS/TED GORDON |
| **Baggage Allowance:** | NIL |

Weather

### Remarks

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....

THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $632.10 USD**
Electronic Ticket Number: 0067677800994
Invoice No.: 5124147
Ticket Amount: $607.10 USD
Form of Payment: VI************4404

Service Fee Number: 8900805362322
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

| From: | Clay Nottrodt |
|---|---|
| To: | Ted Meadows |
| Cc: | Brittney Clemons; Katie Tucker |
| Subject: | [EXT] Nov 21-22 Confirmation - Ted Meadows |
| Date: | Wednesday, November 17, 2021 12:20:43 PM |
| Attachments: | Invoice - Itinerary Communication Attachment - CLOKMJ - November 21 2021 18092044.html |
| | DL Flight Number 1356 BHM ATL Departs 324 PM (Local Time)TED GORDON MEADOWS.ics |
| | DL Flight Number 1613 ATL EWR Departs 631 PM (Local Time)TED GORDON MEADOWS.ics |
| | DL Flight Number 1623 EWR ATL Departs 648 PM (Local Time)TED GORDON MEADOWS.ics |
| | Hotel Confirmation Number 83932030 TED GORDON MEADOWS.ics |

**[EXTERNAL]**

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| Passenger(s): | **MEADOWS/TED GORDON** | | |
|---|---|---|---|
| Date: | 17 November 2021 | Booking Ref.: | CLOKMJ S-B30C |
| Invoice No: | 5124147 | Customer: | 011677 |
| Billing: | BEASLEY ALLEN LAW FIRM | Delivery | TED MEADOWS |
| | 4160 PO BOX | Address: | |
| | MONTGOMERY AL 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

## AIR - Sunday, November 21 2021

### Delta Air Lines Flight DL1356 Economy Class

| | |
|---|---|
| Depart: | Birmingham-Shuttlesworth International Airport |
| | Birmingham, Alabama, United States |
| | 03:24 PM Sunday, November 21 2021 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 05:31 PM Sunday, November 21 2021 |
| Duration: | 1 hour(s) and 7 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: G94YYM |
| Equipment: | Boeing 717-200 |
| Seat: | 14B Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

**Weather**

## AIR - Sunday, November 21 2021

### Delta Air Lines Flight DL1613 Economy Class

| | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 06:31 PM Sunday, November 21 2021 |
| Arrive: | Newark Liberty International, TERMINAL B |

| | Newark, New Jersey, United States |
|---|---|
| | 08:42 PM Sunday, November 21 2021 |
| Duration: | 2 hour(s) and 11 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: G94YYM |
| Equipment: | Boeing 737-900 Passenger |
| Seat: | 17C Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

**Weather**

## HOTEL - Sunday, November 21 2021

### Princeton Marriott Forrestal

| Address: | 100 College Road East, |
|---|---|
| | Princeton, NJ 08540 |
| | United States |
| Tel: | +1 (609) 452-7800 |
| Fax: | +1 (609) 452-7883 |
| Check In/Check Out: | Sunday, November 21 2021 - Monday, November 22 2021 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 1 |
| Rate per night: | USD 127.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 83932030 |
| Frequent Guest ID: | 376635298 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

## AIR - Monday, November 22 2021

### Delta Air Lines  Flight DL1623  Economy Class

| Depart: | Newark Liberty International, TERMINAL B |
|---|---|
| | Newark, New Jersey, United States |
| | 06:48 PM Monday, November 22 2021 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 09:19 PM Monday, November 22 2021 |
| Duration: | 2 hour(s) and 31 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: G94YYM |
| Equipment: | Boeing 737-900 Passenger |
| Seat: | 22C Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

**Weather**

## Remarks

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....

THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL.

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $632.10 USD**
Electronic Ticket Number: 0067677800994
Invoice No.: 5124147
Ticket Amount: $607.10 USD
Form of Payment: VI***********4404

Service Fee Number: 8900805362322
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on
the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's
prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for
transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

5a

2021060173980

flight - WE (preliminary hearings (Nov 3-5)

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| Passenger(s): | ODELL/PATRICIA LEIGH | | |
|---|---|---|---|
| Date: | 29 October 2021 | | |
| Invoice No: | 5119066 | Booking Ref.: | CBAGKY S-B30C |
| Billing: | BEASLEY ALLEN LAW FIRM | Customer: | 011677 |
| | 4160 PO BOX | Delivery | LEIGH ODELL |
| | MONTGOME RY 36103 | Address: | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

### American Airlines  Flight AA6002  Economy Class

| | |
|---|---|
| Depart: | Dannelly Field |
| | Montgomery, Alabama, United States |
| | 05:40 AM Wednesday, November 3 2021 |
| Arrive: | Charlotte Douglas International |
| | Charlotte, North Carolina, United States |
| | 08:21 AM Wednesday, November 3 2021 |
| Duration: | 1 hour(s) and 41 minute(s) Non-stop |
| Status: | Confirmed - American Airlines Booking Reference: EJAJIH |
| Equipment: | Embraer RJ145 |
| Operated By: | PIEDMONT AIRLINES AS AMERICAN EAGLE |
| | OPERATED BY PIEDMONT AIRLINES AS AMERICAN EAGLE |
| Seat: | 14A Confirmed |
| FF Number: | AA6Y62X90 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | NIL |

### Delta Air Lines  Flight DL2627  Economy Class

| | |
|---|---|
| Depart: | Charlotte Douglas International |
| | Charlotte, North Carolina, United States |
| | 07:50 PM Friday, November 5 2021 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 09:09 PM Friday, November 5 2021 |
| Duration: | 1 hour(s) and 19 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: G3NHBX |
| Equipment: | Boeing 717-200 |
| Seat: | 21A Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | NIL |

### Delta Air Lines  Flight DL4893  Economy Class

| | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 10:40 PM Friday, November 5 2021 |
| Arrive: | Dannelly Field |
| | Montgomery, Alabama, United States |
| | 10:37 PM Friday, November 5 2021 |
| Duration: | 0 hour(s) and 57 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: G3NHBX |
| Equipment: | Canadair Regional Jet |
| Operated By: | /ENDEAVOR AIR DBA DELTA CONNECTION |
| | OPERATED BY /ENDEAVOR AIR DBA DELTA CONNECTION |
| Seat: | 08D Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | NIL |

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL.

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

**Total Invoice Amount: $810.09 USD**
Electronic Ticket Number: 0067674293478
Invoice No.: 5119066
Ticket Amount: $386.69 USD
Form of Payment: VI************2379

Service Fee Number: 8900804860096
Service Fee Amount: $25.00 USD

**Electronic Ticket Number: 0017674293480**
**Ticket Amount: $398.40 USD**
Form of Payment: VI************2379

2021000.17980

/ALL.Communicatory meetings  Nov 9-10

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500


**Passenger(s):**   **ODELL/PATRICIA LEIGH**
**Date:**           29 October 2021                        **Booking Ref.:**   AEGOLC S-B30C
**Invoice No:**     5119053                                **Customer:**       011677
**Billing:**        BEASLEY ALLEN LAW FIRM                 **Delivery**        LEIGH ODELL
                    4160 PO BOX                            **Address:**
                    MONTGOME RY 36103


Traveler Information:                                      Airline baggage and ancillary fee information:
http://www.tsa.gov/traveler-information/                  http://exploreflightfees.com/

| Delta Air Lines  Flight DL5079  Economy Class | |
|---|---|
| Depart: | Dannelly Field |
|  | Montgomery, Alabama, United States |
|  | 06:50 AM Tuesday, November 9 2021 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
|  | Atlanta, Georgia, United States |
|  | 09:05 AM Tuesday, November 9 2021 |
| Duration: | 1 hour(s) and 15 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: GTET96 |
| Equipment: | Canadair Regional Jet |
| Operated By: | /ENDEAVOR AIR DBA DELTA CONNECTION |
|  | OPERATED BY /ENDEAVOR AIR DBA DELTA CONNECTION |
| Seat: | 08A Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | NIL |

| Delta Air Lines  Flight DL2986  Economy Class | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
|  | Atlanta, Georgia, United States |
|  | 10:20 AM Tuesday, November 9 2021 |
| Arrive: | Charlotte Douglas International |
|  | Charlotte, North Carolina, United States |
|  | 11:29 AM Tuesday, November 9 2021 |
| Duration: | 1 hour(s) and 9 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: GTET96 |
| Equipment: | Boeing 717-200 |
| Seat: | 21A Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | NIL |

| Delta Air Lines  Flight DL1667  Economy Class | |
|---|---|
| Depart: | Charlotte Douglas International |
|  | Charlotte, North Carolina, United States |
|  | 05:05 PM Wednesday, November 10 2021 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
|  | Atlanta, Georgia, United States |
|  | 06:28 PM Wednesday, November 10 2021 |
| Duration: | 1 hour(s) and 23 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: GTET96 |
| Equipment: | Boeing 717-200 |
| Seat: | 21A Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | NIL |

Case 21-30589-MBK    Doc 3020-1    Filed 09/13/22    Entered 09/13/22 12:42:42    Desc
11/2/21, 8:25 AM                    Invoice - Itinerary Communication Attachment - AEGOLC - November 9 2021 20410800.html
                                    Exhibit A-1  Page 37 of 80

6b

| Delta Air Lines  Flight DL4893  Economy Class | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 09:10 PM Wednesday, November 10 2021 |
| Arrive: | Dannelly Field |
| | Montgomery, Alabama, United States |
| | 09:05 PM Wednesday, November 10 2021 |
| Duration: | 0 hour(s) and 55 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: GTET96 |
| Equipment: | Canadair Regional Jet |
| Operated By: | /ENDEAVOR AIR DBA DELTA CONNECTION |
| | OPERATED BY /ENDEAVOR AIR DBA DELTA CONNECTION |
| Seat: | 08A Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | NIL |

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL.

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE"S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

Case 21-30589-MBK   Doc 3020-1   Filed 09/13/22   Entered 09/13/22 12:42:42   Desc
11/2/21, 8:25 AM                    Invoice - Itinerary Communication Attachment - AEGOLC - November 9 2021 20410800.html
Exhibit A-1   Page 38 of 80

6c

**Total Invoice Amount: $707.89 USD**
Electronic Ticket Number: 0067674293461
Invoice No.: 5119053
Ticket Amount: $682.89 USD
Form of Payment: VI************2379

Service Fee Number: 8900804860089
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

7a

202100077080

flight - 3775 bankruptcy hearings (Nov 3-5)

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | |
|---|---|
| **Passenger(s):** | **ODELL/PATRICIA LEIGH** |
| **Date:** | 29 October 2021 |
| **Invoice No:** | 5119066 |
| **Billing:** | BEASLEY ALLEN LAW FIRM |
| | 4160 PO BOX |
| | MONTGOME RY 36103 |

| | |
|---|---|
| **Booking Ref.:** | CBAGKY S-B30C |
| **Customer:** | 011677 |
| **Delivery Address:** | LEIGH ODELL |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

### American Airlines  Flight AA6002  Economy Class

| | |
|---|---|
| **Depart:** | Dannelly Field |
| | Montgomery, Alabama, United States |
| | 05:40 AM Wednesday, November 3 2021 |
| **Arrive:** | Charlotte Douglas International |
| | Charlotte, North Carolina, United States |
| | 08:21 AM Wednesday, November 3 2021 |
| **Duration:** | 1 hour(s) and 41 minute(s) Non-stop |
| **Status:** | Confirmed - American Airlines Booking Reference: EJAJIH |
| **Equipment:** | Embraer RJ145 |
| **Operated By:** | PIEDMONT AIRLINES AS AMERICAN EAGLE |
| | OPERATED BY PIEDMONT AIRLINES AS AMERICAN EAGLE |
| **Seat:** | 14A Confirmed |
| **FF Number:** | AA6Y62X90 - ODELL/PATRICIA LEIGH |
| **Baggage Allowance:** | NIL |

### Delta Air Lines  Flight DL2627  Economy Class

| | |
|---|---|
| **Depart:** | Charlotte Douglas International |
| | Charlotte, North Carolina, United States |
| | 07:50 PM Friday, November 5 2021 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 09:09 PM Friday, November 5 2021 |
| **Duration:** | 1 hour(s) and 19 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: G3NHBX |
| **Equipment:** | Boeing 717-200 |
| **Seat:** | 21A Confirmed |
| **FF Number:** | DL2193943038 - ODELL/PATRICIA LEIGH |
| **Baggage Allowance:** | NIL |

### Delta Air Lines  Flight DL4893  Economy Class

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 10:40 PM Friday, November 5 2021 |
| **Arrive:** | Dannelly Field |
| | Montgomery, Alabama, United States |
| | 10:37 PM Friday, November 5 2021 |
| **Duration:** | 0 hour(s) and 57 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: GSNHBX |
| **Equipment:** | Canadair Regional Jet |
| **Operated By:** | /ENDEAVOR AIR DBA DELTA CONNECTION |
| | OPERATED BY /ENDEAVOR AIR DBA DELTA CONNECTION |
| **Seat:** | 08D Confirmed |
| **FF Number:** | DL2193943038 - ODELL/PATRICIA LEIGH |
| **Baggage Allowance:** | NIL |

Case 21-30589-MBK   Doc 3020-1   Filed 09/13/22   Entered 09/13/22 12:42:42   Desc
11/2/21, 8:22 AM                        Invoice - Itinerary Communication—Page 40 of 80KY - November 3 2021 20532930.html

7b

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE'S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT.
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

**Total Invoice Amount: $810.09 USD**
Electronic Ticket Number: 0067674293478
**Invoice No.: 5119066**
**Ticket Amount: $386.69 USD**
**Form of Payment: VI************2379**

Service Fee Number: 8900804860096
Service Fee Amount: $25.00 USD

Electronic Ticket Number: 0017674293480
Ticket Amount: $398.40 USD
Form of Payment: VI************2379

8a

͏͏͏͏͏͏͏͏͏͏͏͏͏

͏͏͏͏͏͏ ͏͏͏͏ ͏͏͏ ͏͏͏͏͏͏͏͏͏͏ ͏͏͏͏͏͏͏͏͏ ͏͏͏͏ ͏ ͏͏͏

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | |
|---|---|
| **Passenger(s):** | **ODELL/PATRICIA LEIGH** |
| **Date:** | 29 October 2021 |
| **Invoice No:** | 5119053 |
| **Billing:** | BEASLEY ALLEN LAW FIRM |
| | 4160 PO BOX |
| | MONTGOME RY 36103 |

| | |
|---|---|
| **Booking Ref.:** | AEGOLC S-B30C |
| **Customer:** | 011677 |
| **Delivery** | LEIGH ODELL |
| **Address:** | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

### Delta Air Lines  Flight DL5079  Economy Class

| | |
|---|---|
| Depart: | Dannelly Field |
| | Montgomery, Alabama, United States |
| | 06:50 AM Tuesday, November 9 2021 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 09:05 AM Tuesday, November 9 2021 |
| Duration: | 1 hour(s) and 15 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: GTET96 |
| Equipment: | Canadair Regional Jet |
| Operated By: | /ENDEAVOR AIR DBA DELTA CONNECTION |
| | OPERATED BY /ENDEAVOR AIR DBA DELTA CONNECTION |
| Seat: | 08A Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | NIL |

### Delta Air Lines  Flight DL2986  Economy Class

| | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 10:20 AM Tuesday, November 9 2021 |
| Arrive: | Charlotte Douglas International |
| | Charlotte, North Carolina, United States |
| | 11:29 AM Tuesday, November 9 2021 |
| Duration: | 1 hour(s) and 9 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: GTET96 |
| Equipment: | Boeing 717-200 |
| Seat: | 21A Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | NIL |

### Delta Air Lines  Flight DL1667  Economy Class

| | |
|---|---|
| Depart: | Charlotte Douglas International |
| | Charlotte, North Carolina, United States |
| | 05:05 PM Wednesday, November 10 2021 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 06:28 PM Wednesday, November 10 2021 |
| Duration: | 1 hour(s) and 23 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: GTET96 |
| Equipment: | Boeing 717-200 |
| Seat: | 21A Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | NIL |

Exhibit A-1   Page 42 of 80

| Delta Air Lines  Flight DL4893  Economy Class | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 09:10 PM Wednesday, November 10 2021 |
| Arrive: | Dannelly Field |
| | Montgomery, Alabama, United States |
| | 09:05 PM Wednesday, November 10 2021 |
| Duration: | 0 hour(s) and 55 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: GTET96 |
| Equipment: | Canadair Regional Jet |
| Operated By: | /ENDEAVOR AIR DBA DELTA CONNECTION |
| | OPERATED BY /ENDEAVOR AIR DBA DELTA CONNECTION |
| Seat: | 08A Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | NIL |

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

Case 21-30589-MBK    Doc 3020-1    Filed 09/13/22    Entered 09/13/22 12:42:42    Desc
11/2/21, 8:25 AM                    Invoice - Itin Exhibit A-1 catio Page 43 of 80 LC - November 9 2021 20410800.html

8c

**Total Invoice Amount: $707.89 USD**
Electronic Ticket Number: 0067674293461
Invoice No.: 5119053
Ticket Amount: $682.89 USD
Form of Payment: VI************2379

**Service Fee Number: 8900804860089**
**Service Fee Amount: $25.00 USD**

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

Case 21-30589-MBK Doc 3020-1 Filed 09/13/22 Entered 09/13/22 12:42:42 Desc
11/2/21, 8:22 AM                Invoice – Itinerary Exhibit An1ation Page 44 of 80KY - November 3 2021 20532930.html

9a

202199.077893

igenrees + Mu minkountay hearings (New 5.5)

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| **Passenger(s):** | **ODELL/PATRICIA LEIGH** | | |
| **Date:** | 29 October 2021 | **Booking Ref.:** | CBAGKY S-B30C |
| **Invoice No:** | 5119066 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | LEIGH ODELL |
| | 4160 PO BOX | **Address:** | |
| | MONTGOME RY 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

## American Airlines  Flight AA6002  Economy Class

| | |
|---|---|
| **Depart:** | Dannelly Field |
| | Montgomery, Alabama, United States |
| | 05:40 AM Wednesday, November 3 2021 |
| **Arrive:** | Charlotte Douglas International |
| | Charlotte, North Carolina, United States |
| | 08:21 AM Wednesday, November 3 2021 |
| **Duration:** | 1 hour(s) and 41 minute(s) Non-stop |
| **Status:** | Confirmed - American Airlines Booking Reference: EJAJIH |
| **Equipment:** | Embraer RJ145 |
| **Operated By:** | PIEDMONT AIRLINES AS AMERICAN EAGLE |
| | OPERATED BY PIEDMONT AIRLINES AS AMERICAN EAGLE |
| **Seat:** | 14A Confirmed |
| **FF Number:** | AA6Y62X90 - ODELL/PATRICIA LEIGH |
| **Baggage Allowance:** | NIL |

## Delta Air Lines  Flight DL2627  Economy Class

| | |
|---|---|
| **Depart:** | Charlotte Douglas International |
| | Charlotte, North Carolina, United States |
| | 07:50 PM Friday, November 5 2021 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 09:09 PM Friday, November 5 2021 |
| **Duration:** | 1 hour(s) and 19 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: GSNHBX |
| **Equipment:** | Boeing 717-200 |
| **Seat:** | 21A Confirmed |
| **FF Number:** | DL2193943038 - ODELL/PATRICIA LEIGH |
| **Baggage Allowance:** | NIL |

## Delta Air Lines  Flight DL4893  Economy Class

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 10:40 PM Friday, November 5 2021 |
| **Arrive:** | Dannelly Field |
| | Montgomery, Alabama, United States |
| | 10:37 PM Friday, November 5 2021 |
| **Duration:** | 0 hour(s) and 57 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: GSNHBX |
| **Equipment:** | Canadair Regional Jet |
| **Operated By:** | /ENDEAVOR AIR DBA DELTA CONNECTION |
| | OPERATED BY /ENDEAVOR AIR DBA DELTA CONNECTION |
| **Seat:** | 08D Confirmed |
| **FF Number:** | DL2193943038 - ODELL/PATRICIA LEIGH |
| **Baggage Allowance:** | NIL |

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE'S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

**Total Invoice Amount: $810.09 USD**
Electronic Ticket Number: 0067674293478
Invoice No.: 5119066
Ticket Amount: $386.69 USD
Form of Payment: VI************2379

**Service Fee Number: 8900804860096**
**Service Fee Amount: $25.00 USD**

Electronic Ticket Number: 0017674293480
Ticket Amount: $398.40 USD
Form of Payment: VI************2379

American Airlines – baggage fee JNJ BKY hearing –
202100017080

MISSING RECEIPT

30.00

agent fee   (%) b aknruptcy

rewriting .2021/000170fee

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

**Passenger(s):** **ODELL/PATRICIA LEIGH**
**Date:** 06 November 2021
**Invoice No:** 5121032
**Billing:** 105-DD106

**Booking Ref.:** AEGOLC S-B30C
**Customer:** 011677
**Delivery Address:** LEIGH ODELL

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

| Delta Air Lines  Flight DL2626  Economy Class | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 03:34 PM Monday, November 8 2021 |
| Arrive: | Charlotte Douglas International |
| | Charlotte, North Carolina, United States |
| | 04:40 PM Monday, November 8 2021 |
| Duration: | 1 hour(s) and 6 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: GTET96 |
| Equipment: | Boeing 717-200 |
| Seat: | 21E Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | NIL |

| Delta Air Lines  Flight DL1611  Economy Class | |
|---|---|
| Depart: | Charlotte Douglas International |
| | Charlotte, North Carolina, United States |
| | 02:15 PM Wednesday, November 10 2021 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 03:38 PM Wednesday, November 10 2021 |
| Duration: | 1 hour(s) and 23 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: QTET96 |
| Equipment: | Boeing 717-200 |
| Seat: | 26B Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | NIL |

```
FARE THIS ITINERARY BEFORE TICKET EXCHANGE - 795.30
EXCHANGED FOR CHANGED 682.89 DL TKT 0067674293461
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.
```

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT.
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

**Total Invoice Amount: $137.41 USD**
Electronic Ticket Number: 0067675762377
Invoice No.: 5121032
Ticket Amount: $112.41 USD
Form of Payment: VI************2379

**Service Fee Number: 8900805080294**
**Service Fee Amount: $25.00 USD**

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the
aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's
prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for
transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

Case 21-30589-MBK   Doc 3020-1   Filed 09/13/22   Entered 09/13/22 12:42:42   Desc
11/8/21, 9:43 AM                    Invoice - Itin**Exhibit A-1**catio**Page 49 of 80**LC - November 8 2021 02231197.html

17a

agent fee =ticket exchange
that bankruptcy hearing

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | | |
|---|---|---|---|---|
| **Passenger(s):** | **ODELL/PATRICIA LEIGH** | | | |
| **Date:** | 07 November 2021 | **Booking Ref.:** | AEGOLC S-B30C |
| **Invoice No:** | 5121032 | **Customer:** | 011677 |
| **Billing:** | 105-DD106 | **Delivery Address:** | LEIGH ODELL |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

| **Delta Air Lines  Flight DL1611  Economy Class** | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 12:15 PM Monday, November 8 2021 |
| **Arrive:** | Charlotte Douglas International |
| | Charlotte, North Carolina, United States |
| | 01:20 PM Monday, November 8 2021 |
| **Duration:** | 1 hour(s) and 5 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: GTET96 |
| **Equipment:** | Boeing 717-200 |
| **Seat:** | 27D Confirmed |
| **FF Number:** | DL2193943038 - ODELL/PATRICIA LEIGH |

| **Delta Air Lines  Flight DL1611  Premium Economy Class** | |
|---|---|
| **Depart:** | Charlotte Douglas International |
| | Charlotte, North Carolina, United States |
| | 02:15 PM Wednesday, November 10 2021 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 03:38 PM Wednesday, November 10 2021 |
| **Duration:** | 1 hour(s) and 23 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: GTET96 |
| **Equipment:** | Boeing 717-200 |
| **Seat:** | 12D Confirmed |
| **FF Number:** | DL2193943038 - ODELL/PATRICIA LEIGH |

TICKET CHANGED FOR EARLIER FLT CONFIRMATION 08NOV NO FARE DIFFERENCE
FARE THIS ITINERARY BEFORE TICKET EXCHANGE - 795.30
EXCHANGED FOR CHANGED 682.89 DL TKT 0067674293461
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....

17b

THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

---

**Total Invoice Amount: $25.00 USD**
Electronic Ticket Number: 0067675762377
Invoice No.: 5121032
Ticket Amount: $0.00 USD
Form of Payment: VI************2379

**Service Fee Number: 8900805086191**
**Service Fee Amount: $25.00 USD**

---

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the
aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's
prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for
transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

**18a**

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | |
|---|---|
| **Passenger(s):** | **ODELL/PATRICIA LEIGH** |
| **Date:** | 09 November 2021 |
| **Invoice No:** | 5121032 |
| **Billing:** | BEASLEY ALLEN LAW FIRM |
| | 4160 PO BOX |
| | MONTGOME RY 36103 |

| | |
|---|---|
| **Booking Ref.:** | AEGOLC S-B30C |
| **Customer:** | 011677 |
| **Delivery** | LEIGH ODELL |
| **Address:** | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

---

| Delta Air Lines  Flight DL1611  Premium Economy Class | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 12:15 PM Monday, November 8 2021 |
| **Arrive:** | Charlotte Douglas International |
| | Charlotte, North Carolina, United States |
| | 01:20 PM Monday, November 8 2021 |
| **Duration:** | 1 hour(s) and 5 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: GTET95 |
| **Equipment:** | Boeing 717-200 |
| **Seat:** | Assigned at Check-in |
| **FF Number:** | DL2193943038 - ODELL/PATRICIA LEIGH |

---

| Jw Marriott Charlotte | |
|---|---|
| **Address:** | 600 South College Street |
| | Charlotte, NC 28202 |
| | United States |
| **Tel:** | +1 (704) 333-1101 |
| **Fax:** | +1 (704) 333-1109 |
| **Check In/Check Out:** | Monday, November 8 2021 - Wednesday, November 10 2021 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 2 |
| **Rate per night:** | USD 339.00 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 74146306 |
| **Frequent Guest ID:** | 859397861 |
| **Cancellation Policy:** | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | KING NONSMOKING |

---

| Delta Air Lines  Flight DL1667  Economy Class | |
|---|---|
| **Depart:** | Charlotte Douglas International |
| | Charlotte, North Carolina, United States |
| | 05:05 PM Wednesday, November 10 2021 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 06:28 PM Wednesday, November 10 2021 |
| **Duration:** | 1 hour(s) and 23 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: GTET96 |
| **Equipment:** | Boeing 717-200 |
| **Seat:** | 15D Confirmed |
| **FF Number:** | DL2193943038 - ODELL/PATRICIA LEIGH |

Case 21-30589-MBK    Doc 3020-1    Filed 09/13/22    Entered 09/13/22 12:42:42    Desc
12/13/21, 3:04 PM                    Invoice - Iti Exhibit A 1 icati Page 52 of 80 OLC - November 8 2021 02462824.html

18b

TICKET CHANGED TO LATER FLT CONFIRMATION 10NOV NO FARE DIFFERENCE
PREVIOUSLY...
TICKET CHANGED FOR EARLIER FLT CONFIRMATION 08NOV NO FARE DIFFERENCE
FARE THIS ITINERARY BEFORE TICKET EXCHANGE - 795.30
EXCHANGED FOR CHANGED 682.89 DL TKT 0067674293461
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE'S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

**Total Invoice Amount: $25.00 USD**
Electronic Ticket Number: 0062152884412
Ticket Amount: $0.00 USD
Form of Payment: VI************2379

Service Fee Number: 8900805156874
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the
aircraft, Federal law requires that I refer you to DOT's disinfection website at:

825029

SOUTHLAND PRINTING - SHREVEPORT, LA.

Case 21-30589-MBK   Doc 3020-1   Filed 09/13/22   Entered 09/13/22 12:42:42   Desc
Exhibit A-1   Page 54 of 80 e.html
11/8/21, 9:40 AM

23a

511291 - 3N3 bankruptcy hearing

20210001090

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| **Passenger(s):** | **ODELL/PATRICIA LEIGH** | | |
| **Date:** | 06 November 2021 | **Booking Ref.:** | AEGOLC S-B30C |
| **Invoice No:** | 5121032 | **Customer:** | 011677 |
| **Billing:** | 105-DD106 | **Delivery Address:** | LEIGH ODELL |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

| Delta Air Lines  Flight DL2626  Economy Class | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL<br>Atlanta, Georgia, United States<br>03:34 PM Monday, November 8 2021 |
| **Arrive:** | Charlotte Douglas International<br>Charlotte, North Carolina, United States<br>04:40 PM Monday, November 8 2021 |
| **Duration:** | 1 hour(s) and 6 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: GTET96 |
| **Equipment:** | Boeing 717-200 |
| **Seat:** | 21E Confirmed |
| **FF Number:** | DL2193943038 - ODELL/PATRICIA LEIGH |
| **Baggage Allowance:** | NIL |

| Delta Air Lines  Flight DL1611  Economy Class | |
|---|---|
| **Depart:** | Charlotte Douglas International<br>Charlotte, North Carolina, United States<br>02:15 PM Wednesday, November 10 2021 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL<br>Atlanta, Georgia, United States<br>03:38 PM Wednesday, November 10 2021 |
| **Duration:** | 1 hour(s) and 23 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: GTET96 |
| **Equipment:** | Boeing 717-200 |
| **Seat:** | 26B Confirmed |
| **FF Number:** | DL2193943038 - ODELL/PATRICIA LEIGH |
| **Baggage Allowance:** | NIL |

FARE THIS ITINERARY BEFORE TICKET EXCHANGE - 795.30
EXCHANGED FOR CHANGED 882.89 DL TKT 0067674293461
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

Case 21-30589-MBK   Doc 3020-1   Filed 09/13/22   Entered 09/13/22 12:42:42   Desc
Exhibit A-1   Page 55 of 80e.html
11/8/21, 9:40 AM

23b

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE'S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TRAVEL COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

---

**Total Invoice Amount: $137.41 USD**
Electronic Ticket Number: 0067675762377
Invoice No.: 5121032
**Ticket Amount: $112.41 USD**
**Form of Payment: VI************2379**

Service Fee Number: 8900805080294
Service Fee Amount: $25.00 USD

---

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the
aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's
prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for
transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

35a

202100017080

Bankruptcy hearing

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| Passenger(s): | ODELL/PATRICIA LEIGH | | |
| Date: | 17 November 2021 | Booking Ref.: | KIOBDH S-B30C |
| Invoice No: | 5124079 | Customer: | 011677 |
| Billing: | BEASLEY ALLEN LAW FIRM | Delivery | LEIGH ODELL |
| | 4160 PO BOX | Address: | |
| | MONTGOME RY 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

### Delta Air Lines  Flight DL2997  Economy Class

| | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 04:40 PM Sunday, November 21 2021 |
| Arrive: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 06:49 PM Sunday, November 21 2021 |
| Duration: | 2 hour(s) and 9 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: GVSFS4 |
| Equipment: | Boeing 737-900 Passenger |
| Seat: | 19F Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | NIL |

### Hertz Rent-A-Car

| | |
|---|---|
| Pick Up: | Hertz Newark Liberty Airport |
| | Newark Airport Building 23 |
| | Newark, New Jersey 07114 |
| | United States |
| | 06:49 PM Sunday, November 21 2021 |
| Tel: | +1 (973) 621-2000 |
| Fax: | +1 (973) 961-3519 |
| Drop Off: | Hertz Newark Liberty Airport |
| | Newark Airport Building 23 |
| | Newark, New Jersey 07114 |
| | United States |
| | 06:48 PM Monday, November 22 2021 |
| Tel: | +1 (973) 621-2000 |
| Fax: | +1 (973) 961-3519 |
| Type: | Full Size 2/4 Door |
| Status: | Confirmed |
| Daily Rate: | USD 109.17 Plus Taxes and/or Fees |
| Estimated Total: | USD 153.97 |
| Extra Hour Fee: | USD 37.12 |
| Extra Charges: | 44.80 |
| Confirmation: | J9480676602GOLD |
| Corp. Discount: | 2120375 |
| Frequent Renter ID: | ¤XXXXXX1568 |

### Princeton Marriott Forrestal

| | |
|---|---|
| Address: | 100 College Road East, |
| | Princeton, NJ 08540 |
| | United States |

file ///C /Users/lindsay.smith/Desktop/Invoice - Itinerary Communication Attachment - KIOBDH - November 21 2021 15583164.html

1/3

Case 21-30589-MBK    Doc 3020-1    Filed 09/13/22    Entered 09/13/22 12:42:42    Desc
11/30/21, 8:57 AM                           Invoice - Itinerary Communication Attachment - KIOBDH - November 21 2021 15583164.html

Exhibit A - 1    Page 57 of 80

35
b

| Tel: | +1 (609) 452-7800 |
|---|---|
| Fax: | +1 (609) 452-7883 |
| Check In/Check Out: | Sunday, November 21 2021 - Monday, November 22 2021 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 1 |
| Rate per night: | USD 127.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 83562318 |
| Frequent Guest ID: | 859397861 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

## Delta Air Lines  Flight DL1623  Economy Class

| | |
|---|---|
| Depart: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 06:48 PM Monday, November 22 2021 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 09:19 PM Monday, November 22 2021 |
| Duration: | 2 hour(s) and 31 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: GV6FS4 |
| Equipment: | Boeing 737-900 Passenger |
| Seat: | 19A Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | NIL |

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN

Case 21-30589-MBK    Doc 3020-1    Filed 09/13/22    Entered 09/13/22 12:42:42    Desc
11/30/21, 8:57 AM                    Invoice - Itinerary Communication Attachment - KIOBDH - November 21 2021 15583164.html
Exhibit A-1    Page 58 of 80

35c

BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

**Total Invoice Amount: $521.80 USD**
Electronic Ticket Number: 0067677800831
Invoice No.: 5124079
**Ticket Amount: $496.80 USD**
**Form of Payment: VI************2379**

Service Fee Number: 8900805362306
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

202100017080

agent fee- Bankruptcy hearing

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| Passenger(s): | ODELL/PATRICIA LEIGH | | |
|---|---|---|---|
| Date: | 17 November 2021 | Booking Ref.: | KIOBDH S-B30C |
| Invoice No: | 5124079 | Customer: | 011677 |
| Billing: | BEASLEY ALLEN LAW FIRM | Delivery | LEIGH ODELL |
| | 4160 PO BOX | Address: | |
| | MONTGOME RY 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

### Delta Air Lines  Flight DL2997  Economy Class
| | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 04:40 PM Sunday, November 21 2021 |
| Arrive: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 06:49 PM Sunday, November 21 2021 |
| Duration: | 2 hour(s) and 9 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: GV6FS4 |
| Equipment: | Boeing 737-900 Passenger |
| Seat: | 19F Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | NIL |

### Hertz Rent-A-Car
| | |
|---|---|
| Pick Up: | Hertz Newark Liberty Airport |
| | Newark Airport Building 23 |
| | Newark, New Jersey 07114 |
| | United States |
| | 06:49 PM Sunday, November 21 2021 |
| Tel: | +1 (973) 621-2000 |
| Fax: | +1 (973) 961-3519 |
| Drop Off: | Hertz Newark Liberty Airport |
| | Newark Airport Building 23 |
| | Newark, New Jersey 07114 |
| | United States |
| | 06:48 PM Monday, November 22 2021 |
| Tel: | +1 (973) 621-2000 |
| Fax: | +1 (973) 961-3519 |
| Type: | Full Size 2/4 Door |
| Status: | Confirmed |
| Daily Rate: | USD 109.17 Plus Taxes and/or Fees |
| Estimated Total: | USD 153.97 |
| Extra Hour Fee: | USD 37.12 |
| Extra Charges: | 44.80 |
| Confirmation: | J9480676602GOLD |
| Corp. Discount: | 2120375 |
| Frequent Renter ID: | ¤XXXXXX1568 |

### Princeton Marriott Forrestal
| | |
|---|---|
| Address: | 100 College Road East, |
| | Princeton, NJ 08540 |
| | United States |

| | |
|---|---|
| Tel: | +1 (609) 452-7800 |
| Fax: | +1 (609) 452-7883 |
| Check In/Check Out: | Sunday, November 21 2021 - Monday, November 22 2021 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 1 |
| Rate per night: | USD 127.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 83562318 |
| Frequent Guest ID: | 859397861 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

### Delta Air Lines  Flight DL1623  Economy Class

| | |
|---|---|
| Depart: | Newark Liberty International, TERMINAL B<br>Newark, New Jersey, United States<br>06:48 PM Monday, November 22 2021 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL<br>Atlanta, Georgia, United States<br>09:19 PM Monday, November 22 2021 |
| Duration: | 2 hour(s) and 31 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: GV6FS4 |
| Equipment: | Boeing 737-900 Passenger |
| Seat: | 19A Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | NIL |

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL.

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE'S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN

36c

BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

**Total Invoice Amount: $521.80 USD**
Electronic Ticket Number: 0067677800831
Invoice No.: 5124079
Ticket Amount: $496.80 USD
Form of Payment: VI************2379

**Service Fee Number: 8900805362306**
**Service Fee Amount: $25.00 USD**

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

202100017080

Bankruptcy hearing

| | | | |
|---|---|---|---|
| **Passenger(s):** | **ODELL/PATRICIA LEIGH** | | |
| **Date:** | 24 November 2021 | **Booking Ref.:** | ADBQYP S-B30C |
| **Invoice No:** | 5125705 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | LEIGH ODELL |
| | 4160 PO BOX | **Address:** | |
| | MONTGOME RY 36103 | | |

Traveler Information:                                  Airline baggage and ancillary fee information:
http://www.tsa.gov/traveler-information/        http://exploreflightfees.com/

| Delta Air Lines  Flight DL2982  Economy Class | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 01:42 PM Tuesday, December 14 2021 |
| Arrive: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 03:49 PM Tuesday, December 14 2021 |
| Duration: | 2 hour(s) and 7 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: GV7THC |
| Equipment: | Boeing 737-900 Passenger |
| Seat: | 16A Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | NIL |

| Hertz Rent-A-Car | |
|---|---|
| Pick Up: | Hertz Newark Liberty Airport |
| | Newark Airport Building 23 |
| | Newark, New Jersey 07114 |
| | United States |
| | 03:49 PM Tuesday, December 14 2021 |
| Tel: | +1 (973) 621-2000 |
| Fax: | +1 (973) 961-3519 |
| Drop Off: | Hertz Newark Liberty Airport |
| | Newark Airport Building 23 |
| | Newark, New Jersey 07114 |
| | United States |
| | 04:59 PM Wednesday, December 15 2021 |
| Tel: | +1 (973) 621-2000 |
| Fax: | +1 (973) 961-3519 |
| Type: | Full Size 2/4 Door |
| Status: | Confirmed |
| Daily Rate: | USD 87.82 Plus Taxes and/or Fees |
| Estimated Total: | USD 181.15 |
| Extra Hour Fee: | USD 29.86 |
| Extra Charges: | 63.47 |
| Confirmation: | J9560959276GOLD |
| Corp. Discount: | 2120375 |
| Frequent Renter ID: | ¤XXXXXX1568 |

| Nassau Inn | |
|---|---|
| Address: | 10 Palmer Square |
| | Princeton, NJ 08542 |
| | United States |

| | |
|---|---|
| **Tel:** | +1 (609) 921-7500 |
| **Fax:** | +1 (609) 921-9385 |
| **Check In/Check Out:** | Tuesday, December 14 2021 - Wednesday, December 15 2021 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 1 |
| **Rate per night:** | USD 249.00 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 633629273 |
| **Cancellation Policy:** | 24H CANCEL 24 HOURS PRIOR TO ARRIV |
| **Additional Information:** | KING NONSMOKING |

| **Delta Air Lines  Flight DL2982  Economy Class** | |
|---|---|
| **Depart:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 04:59 PM Wednesday, December 15 2021 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 07:31 PM Wednesday, December 15 2021 |
| **Duration:** | 2 hour(s) and 32 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: GV7THC |
| **Equipment:** | Boeing 737-900 Passenger |
| **Seat:** | 17A Confirmed |
| **FF Number:** | DL2193943038 - ODELL/PATRICIA LEIGH |
| **Baggage Allowance:** | NIL |

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL.

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL..
THIS TRAVEL REQUIRES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDAGES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE,..SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE'S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT.. TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE

FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

**Total Invoice Amount: $196.80 USD**
Electronic Ticket Number: 0067678994362
Invoice No.: 5125705
**Ticket Amount: $171.80 USD**
**Form of Payment: VI************2379**

Service Fee Number: 8900805529969
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

Case 21-30589-MBK  Doc 3020-1  Filed 09/13/22  Entered 09/13/22 12:42:42  Desc
Exhibit A-1  Page 65 of 80
11/30/21, 8:42 AM                 Invoice - Itinerary Communication Attachment - ADBQYP - December 14 2021 15125145.html

4a

202100017080

agent fee - Bankruptcy hearing

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | |
|---|---|
| **Passenger(s):** | **ODELL/PATRICIA LEIGH** |
| **Date:** | 24 November 2021 |
| **Invoice No:** | 5125705 |
| **Billing:** | BEASLEY ALLEN LAW FIRM |
| | 4160 PO BOX |
| | MONTGOME RY 36103 |

| | |
|---|---|
| **Booking Ref.:** | ADBQYP S-B30C |
| **Customer:** | 011677 |
| **Delivery** | LEIGH ODELL |
| **Address:** | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

## Delta Air Lines  Flight DL2982  Economy Class

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 01:42 PM Tuesday, December 14 2021 |
| **Arrive:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 03:49 PM Tuesday, December 14 2021 |
| **Duration:** | 2 hour(s) and 7 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: GVTTHC |
| **Equipment:** | Boeing 737-900 Passenger |
| **Seat:** | 16A Confirmed |
| **FF Number:** | DL2193943038 - ODELL/PATRICIA LEIGH |
| **Baggage Allowance:** | NIL |

## Hertz Rent-A-Car

| | |
|---|---|
| **Pick Up:** | Hertz Newark Liberty Airport |
| | Newark Airport Building 23 |
| | Newark, New Jersey 07114 |
| | United States |
| | 03:49 PM Tuesday, December 14 2021 |
| **Tel:** | +1 (973) 621-2000 |
| **Fax:** | +1 (973) 961-3519 |
| **Drop Off:** | Hertz Newark Liberty Airport |
| | Newark Airport Building 23 |
| | Newark, New Jersey 07114 |
| | United States |
| | 04:59 PM Wednesday, December 15 2021 |
| **Tel:** | +1 (973) 621-2000 |
| **Fax:** | +1 (973) 961-3519 |
| **Type:** | Full Size 2/4 Door |
| **Status:** | Confirmed |
| **Daily Rate:** | USD 87.82 Plus Taxes and/or Fees |
| **Estimated Total:** | USD 181.15 |
| **Extra Hour Fee:** | USD 29.86 |
| **Extra Charges:** | 63.47 |
| **Confirmation:** | J9560959276GOLD |
| **Corp. Discount:** | 2120375 |
| **Frequent Renter ID:** | ¤XXXXXX1568 |

## Nassau Inn

| | |
|---|---|
| **Address:** | 10 Palmer Square |
| | Princeton, NJ 08542 |
| | United States |

file:///C:/Users/lindsay.smith/Desktop/Invoice - Itinerary Communication Attachment - ADBQYP - December 14 2021 15125145.html

1/3

Case 21-30589-MBK   Doc 3020-1   Filed 09/13/22   Entered 09/13/22 12:42:42   Desc
Exhibit A-1  Page 66 of 80

| | |
|---|---|
| Tel: | +1 (609) 921-7500 |
| Fax: | +1 (609) 921-9385 |
| Check In/Check Out: | Tuesday, December 14 2021 - Wednesday, December 15 2021 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 1 |
| Rate per night: | USD 249.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 633629273 |
| Cancellation Policy: | 24H CANCEL 24 HOURS PRIOR TO ARRIV |
| Additional Information: | KING NONSMOKING |

### Delta Air Lines  Flight DL2982  Economy Class

| | |
|---|---|
| Depart: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 04:59 PM Wednesday, December 15 2021 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 07:31 PM Wednesday, December 15 2021 |
| Duration: | 2 hour(s) and 32 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: GV7THQ |
| Equipment: | Boeing 737-900 Passenger |
| Seat: | 17A Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | NIL |

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE, ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE'S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE

FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

**Total Invoice Amount: $196.80 USD**
Electronic Ticket Number: 0067678994362
Invoice No.: 5125705
Ticket Amount: $171.80 USD
Form of Payment: VI*************2379

**Service Fee Number: 8900805529969**
**Service Fee Amount: $25.00 USD**

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

**Lindsay Moore**

| | |
|---|---|
| **From:** | Leigh O'Dell |
| **Sent:** | Saturday, December 4, 2021 7:39 AM |
| **To:** | Lindsay Moore |
| **Subject:** | Fwd: [EXT] Hertz Toll Receipt |



**P. Leigh O'Dell**
Principal
800.898.2034

Leigh.ODell@BeasleyAllen.com
BeasleyAllen.com | My bio

**Learn more about our ongoing litigation.**

   

CONFIDENTIALITY & PRIVILEGE NOTICE

Begin forwarded message:

> **From:** HertzTollProcessing@platepass.com
> **Date:** December 3, 2021 at 10:28:35 PM CST
> **To:** Leigh O'Dell <Leigh.ODell@beasleyallen.com>
> **Subject:** [EXT] Hertz Toll Receipt
> **Reply-To:** "Information@platepass.com" <Information@platepass.com>

**[EXTERNAL]**



## Receipt 161851323

| | |
|---|---|
| **Rental Agreement:** 184853911 | **Last Name:** O'DELL |
| **Rental Start Date:** 11/21/2021 | **Pickup Location:** 0190211 NEWARK LIBERTY AIRPORT |
| **Rental End Date:** 11/22/2021 | **Return Location:** 0190211 NEWARK LIBERTY AIRPORT |
| | **Amount Due:** $0.00 |

**Thank you for renting with Hertz.**
Hertz utilizes a service called PlatePass which allows its customers to use cashless lanes or all-electronic tollways without using a personal transponder or paying the toll authority directly. The card used for your Hertz rental was

1

charged the cost of the toll(s) and the convenience fee(s) as disclosed in your rental agreement. No further payment or action is necessary. Additional charges may apply if new information is received from toll authorities relating to this rental agreement.

## Summary of PlatePass Charges

**Toll Charges: $8.50**

**Convenience Fee: $11.90**

| | |
|---|---|
| Total: | $20.40 |
| Amount Charged: | $20.40 |
| | VISA ending in 2379 |
| **Amount Due:** | **$0.00** |

Need itemized receipt?                           Need more information?

**Please do not respond to this email as it is from an automated system.**

This message (including attachment(s)) may contain information that is privileged, confidential or protected from disclosure. If you are not the intended recipient, you are hereby notified that dissemination, disclosure, copying, distribution or use of this message or any information contained in it is strictly prohibited. If you have received this message in error, please delete this message from your computer. Although we have taken steps to ensure that this e-mail and attachments are free from any virus, we advise that in keeping with good computing practice the recipient should ensure they are actually virus free.

| From: | Clay Nottrodt |
|---|---|
| To: | Ted Meadows |
| Cc: | Brittney Clemons; Leigh O"Dell; Lindsay Moore |
| Subject: | [EXT] Jan 11-13 - Confirmation - Ted Meadows |
| Date: | Monday, January 10, 2022 9:00:32 AM |
| Attachments: | Invoice - Itinerary Communication Attachment - UHVRBT - January 11 2022 14545692.html |
| | DL Flight Number 431 ATL LGA Departs 145 PM (Local Time)TED GORDON MEADOWS.ics |
| | DL Flight Number 566 LGA ATL Departs 759 AM (Local Time)TED GORDON MEADOWS.ics |
| | Hotel Confirmation Number 6925SC014134 TED GORDON MEADOWS.ics |

**[EXTERNAL]**

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| Passenger(s): | **MEADOWS/TED GORDON** | | |
|---|---|---|---|
| Date: | 10 January 2022 | **Booking Ref.:** | UHVRBT S-B30C |
| Invoice No: | 5134342 | **Customer:** | 011677 |
| Billing: | BEASLEY ALLEN LAW FIRM | **Delivery** | TED MEADOWS |
| | 4160 PO BOX | **Address:** | |
| | MONTGOMERY AL 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

## AIR - Tuesday, January 11 2022

### Delta Air Lines Flight DL431 Economy Class

| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
|---|---|
| | Atlanta, Georgia, United States |
| | 01:45 PM Tuesday, January 11 2022 |
| Arrive: | LaGuardia Airport |
| | New York, New York, United States |
| | 03:49 PM Tuesday, January 11 2022 |
| Duration: | 2 hour(s) and 4 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: GJTLVQ |
| Equipment: | Airbus Industrie A321 |
| Seat: | 16C Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

**Weather**

## HOTEL - Tuesday, January 11 2022

### The Knickerbocker

| Address: | 6 Times Square, |
|---|---|
| | New York, NY 10036 |
| | United States |
| Tel: | +1 (212) 204-4980 |
| Fax: | +1 (212) 204-4981 |
| Check In/Check Out: | Tuesday, January 11 2022 - Thursday, January 13 2022 |

| Status: | Confirmed |
| --- | --- |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 2 |
| Rate per night: | USD 357.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 6925SC014134 |
| Cancellation Policy: | 03D CANCEL 3 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING PREMIER NONSMOKING |

## AIR - Thursday, January 13 2022

### Delta Air Lines  Flight DL566  Economy Class

| Depart: | LaGuardia Airport |
| --- | --- |
| | New York, New York, United States |
| | 07:59 AM Thursday, January 13 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 10:40 AM Thursday, January 13 2022 |
| Duration: | 2 hour(s) and 41 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: GJTLVO |
| Equipment: | Airbus Industrie A321 |
| Seat: | 16C Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

Weather

## Remarks

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE"S WEBSITE AT LEAST

I-C

24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $393.20 USD**
Electronic Ticket Number: 0067685295027
Invoice No.: 5134342
Ticket Amount: $368.20 USD
Form of Payment: VI************4404

Service Fee Number: 8900806460478
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on
the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's
prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for
transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

2-A

| From: | Clay Nottrodt |
|---|---|
| To: | Ted Meadows |
| Cc: | Brittney Clemons; Leigh O"Dell; Lindsay Moore |
| Subject: | [EXT] Jan 11-13 - Confirmation - Ted Meadows |
| Date: | Monday, January 10, 2022 9:00:32 AM |
| Attachments: | Invoice - Itinerary Communication Attachment - UHVRBT - January 11 2022 14545692.htm |
| | DL Flight Number 431 ATL LGA Departs 145 PM (Local Time)TED GORDON MEADOWS.ics |
| | DL Flight Number 566 LGA ATL Departs 759 AM (Local Time)TED GORDON MEADOWS.ics |
| | Hotel Confirmation Number 6925SC014134 TED GORDON MEADOWS.ics |

**[EXTERNAL]**

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone. 205-982-1500

| Passenger(s): | **MEADOWS/TED GORDON** | | |
|---|---|---|---|
| Date: | 10 January 2022 | Booking Ref.: | UHVRBT S-B30C |
| Invoice No: | 5134342 | Customer: | 011677 |
| Billing: | BEASLEY ALLEN LAW FIRM | Delivery | TED MEADOWS |
| | 4160 PO BOX | Address: | |
| | MONTGOMERY AL 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

## AIR - Tuesday, January 11 2022

### Delta Air Lines  Flight DL431  Economy Class

| Depart: | Hartsfield-Jackson ATL., SOUTH TERMINAL |
|---|---|
| | Atlanta, Georgia, United States |
| | 01:45 PM Tuesday, January 11 2022 |
| Arrive: | LaGuardia Airport |
| | New York, New York, United States |
| | 03:49 PM Tuesday, January 11 2022 |
| Duration: | 2 hour(s) and 4 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: GJTLVC |
| Equipment: | Airbus Industrie A321 |
| Seat: | 16C Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

  Weather

## HOTEL - Tuesday, January 11 2022

### The Knickerbocker

| Address: | 6 Times Square. |
|---|---|
| | New York, NY 10036 |
| | United States |
| Tel: | +1 (212) 204-4980 |
| Fax: | +1 (212) 204-4981 |
| Check In/Check Out: | Tuesday, January 11 2022 - Thursday, January 13 2022 |

| Status: | Confirmed |
| --- | --- |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 2 |
| Rate per night: | USD 357.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 6925SC014134 |
| Cancellation Policy: | 03D CANCEL 3 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING PREMIER NONSMOKING |

## AIR - Thursday, January 13 2022

### Delta Air Lines  Flight DL566  Economy Class

| Depart: | LaGuardia Airport |
| --- | --- |
| | New York, New York, United States |
| | 07:59 AM Thursday, January 13 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 10:40 AM Thursday, January 13 2022 |
| Duration: | 2 hour(s) and 41 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: GJTLVO |
| Equipment: | Airbus Industrie A321 |
| Seat: | 16C Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

#### Weather

### Remarks

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS.
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN...
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST

24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $393.20 USD**
Electronic Ticket Number: 0067685295027
Invoice No.: 5134342
Ticket Amount: $368.20 USD
Form of Payment: VI***********4404

Service Fee Number: 8900806460478
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on
the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's
prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for
transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

16a

JUZYOCOTTINE

AU HIKY
rivauny

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| Passenger(s): | BIRCHFIELD/ANTHONY DOW | | |
|---|---|---|---|
| Date: | 10 February 2022 | **Booking Ref.:** | AFHOCP S-B30C |
| Invoice No: | 5142885 | **Customer:** | 011677 |
| Billing: | BEASLEY ALLEN LAW FIRM | **Delivery** | ANDY BIRCHFIELD |
| | 4160 PO BOX | **Address:** | |
| | MONTGOME RY 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

### Delta Air Lines Flight DL1613 Economy Class

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 06:00 PM Sunday, February 13 2022 |
| **Arrive:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 08:07 PM Sunday, February 13 2022 |
| **Duration:** | 2 hour(s) and 7 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: HCM25Y |
| **Equipment:** | Boeing 737-900 Passenger |
| **Seat:** | 15D Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| **Baggage Allowance:** | NIL |

### Princeton Marriott Forrestal

| | |
|---|---|
| **Address:** | 100 College Road East. |
| | Princeton, NJ 08540 |
| | United States |
| **Tel:** | +1 (609) 452-7800 |
| **Fax:** | +1 (609) 452-7883 |
| **Check In/Check Out:** | Sunday, February 13 2022 - Tuesday, February 15 2022 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 2 |
| **Rate per night:** | USD 137.00 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 90571558 |
| **Frequent Guest ID:** | 660926981 |
| **Cancellation Policy:** | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | SI-KING BED NONSMOKING |

### Delta Air Lines Flight DL2841 Economy Class

| | |
|---|---|
| **Depart:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 11:29 AM Tuesday, February 15 2022 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 01:54 PM Tuesday, February 15 2022 |
| **Duration:** | 2 hour(s) and 25 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: HCM25Y |
| **Equipment:** | Boeing 737-800 Passenger |
| **Seat:** | 19D Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| **Baggage Allowance:** | NIL |

16b

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET..PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

**Total Invoice Amount: $322.20 USD**
Electronic Ticket Number: 0067690250277
**Invoice No.: 5142885**
**Ticket Amount: $297.20 USD**
**Form of Payment: VI***********1756**

Service Fee Number: 8900818822350
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the
aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | |
|---|---|
| **Passenger(s):** | **BIRCHFIELD/ANTHONY DOW** |
| **Date:** | 10 February 2022 |
| **Invoice No:** | 5142885 |
| **Billing:** | BEASLEY ALLEN LAW FIRM |
| | 4160 PO BOX |
| | MONTGOME RY 36103 |

| | |
|---|---|
| **Booking Ref.:** | AFHOCP S-B30C |
| **Customer:** | 011677 |
| **Delivery Address:** | ANDY BIRCHFIELD |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information
http://exploreflightfees.com/

### Delta Air Lines  Flight DL1613  Economy Class

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 06:00 PM Sunday, February 13 2022 |
| **Arrive:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 08:07 PM Sunday, February 13 2022 |
| **Duration:** | 2 hour(s) and 7 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: HCM25Y |
| **Equipment:** | Boeing 737-900 Passenger |
| **Seat:** | 15D Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| **Baggage Allowance:** | NIL |

### Princeton Marriott Forrestal

| | |
|---|---|
| **Address:** | 100 College Road East. |
| | Princeton, NJ 08540 |
| | United States |
| **Tel:** | +1 (609) 452-7800 |
| **Fax:** | +1 (609) 452-7883 |
| **Check In/Check Out:** | Sunday, February 13 2022 - Tuesday, February 15 2022 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 2 |
| **Rate per night:** | USD 137.00 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 90571558 |
| **Frequent Guest ID:** | 660926981 |
| **Cancellation Policy:** | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | SI-KING BED NONSMOKING |

### Delta Air Lines  Flight DL2841  Economy Class

| | |
|---|---|
| **Depart:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 11:29 AM Tuesday, February 15 2022 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 01:54 PM Tuesday, February 15 2022 |
| **Duration:** | 2 hour(s) and 25 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: HCM25Y |
| **Equipment:** | Boeing 737-800 Passenger |
| **Seat:** | 19D Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| **Baggage Allowance:** | NIL |

Case 21-30589-MBK    Doc 3020-1    Filed 09/13/22    Entered 09/13/22 12:42:42    Desc
2/28/22, 11:37 AM                        Invoice - Iti Exhibit A-1 page 79 of 80 OCP - February 13 2022 04154858.html

17b

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE'S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT..
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

**Total Invoice Amount: $322.20 USD**
Electronic Ticket Number: 0067690250277
Invoice No.: 5142885
Ticket Amount: $297.20 USD
Form of Payment: VI************1756

Service Fee Number: 8900818822350
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the
aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

202100017080

JNJ Bankruptcy Hearing

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

18a

| | |
|---|---|
| **Passenger(s):** | **BIRCHFIELD/ANTHONY DOW** |
| Date: | 12 February 2022 |
| Invoice No: | 5142885 |
| Billing: | BEASLEY ALLEN LAW FIRM |
| | 4160 PO BOX |
| | MONTGOME RY 36103 |

| | |
|---|---|
| **Booking Ref.:** | AFHOCP S-B30C |
| Customer: | 011677 |
| Delivery | ANDY BIRCHFIELD |
| Address: | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

### Delta Air Lines  Flight DL1222  Economy Class

| | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 12:59 PM Sunday, February 13 2022 |
| Arrive: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 02:58 PM Sunday, February 13 2022 |
| Duration: | 1 hour(s) and 59 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: HCM25Y |
| Equipment: | Boeing 737-800 Passenger |
| Seat: | 18D Confirmed |
| FF Number: | DL2223443819 - BIRCHFIELD/ANTHONY DOW |

### Princeton Marriott Forrestal

| | |
|---|---|
| Address: | 100 College Road East, |
| | Princeton, NJ 08540 |
| | United States |
| Tel: | +1 (609) 452-7800 |
| Fax: | +1 (609) 452-7883 |
| Check In/Check Out: | Sunday, February 13 2022 - Tuesday, February 15 2022 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 2 |
| Rate per night: | USD 137.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 90571558 |
| Frequent Guest ID: | 660926981 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | SI-KING BED NONSMOKING |

### Delta Air Lines  Flight DL2841  Economy Class

| | |
|---|---|
| Depart: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 11:29 AM Tuesday, February 15 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 01:54 PM Tuesday, February 15 2022 |
| Duration: | 2 hour(s) and 25 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: HOM25Y |
| Equipment: | Boeing 737-800 Passenger |
| Seat: | 19D Confirmed |
| FF Number: | DL2223443819 - BIRCHFIELD/ANTHONY DOW |