FARE THIS ITINERARY BEFORE TICKET EXCHANGE - 422.20
EXCHANGE FOR 297.20 CHANGED DL TKT 0067690250277
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

**Total Invoice Amount: $200.00 USD**
Electronic Ticket Number: 0062155382302
**Ticket Amount: $175.00 USD**
**Form of Payment:** VI************1756

Service Fee Number: 8900818858622
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the
aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's

Case 21-30589-MBK  Doc 3020-2  Filed 09/13/22  Entered 09/13/22 12:42:42  Desc
2/14/22, 3:40 PM                    Invoice - Itinerary Communication Attachment - AFHOCP - February 13 2022 20315075.html

19a

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

202100017080

JNJ Bankruptcy Hearing

| | | | |
|---|---|---|---|
| **Passenger(s):** | **BIRCHFIELD/ANTHONY DOW** | | |
| **Date:** | 12 February 2022 | **Booking Ref.:** | AFHOCP S-B30C |
| **Invoice No:** | 5142885 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | ANDY BIRCHFIELD |
| | 4160 PO BOX | **Address:** | |
| | MONTGOME RY 36103 | | |

Traveler Information:                                      Airline baggage and ancillary fee information:
http://www.tsa.gov/traveler-information/                   http://exploreflightfees.com/

| **Delta Air Lines  Flight DL1222  Economy Class** | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 12:59 PM Sunday, February 13 2022 |
| **Arrive:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 02:58 PM Sunday, February 13 2022 |
| **Duration:** | 1 hour(s) and 59 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: HCM25Y |
| **Equipment:** | Boeing 737-800 Passenger |
| **Seat:** | 18D Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |

| **Princeton Marriott Forrestal** | |
|---|---|
| **Address:** | 100 College Road East. |
| | Princeton, NJ 08540 |
| | United States |
| **Tel:** | +1 (609) 452-7800 |
| **Fax:** | +1 (609) 452-7883 |
| **Check In/Check Out:** | Sunday, February 13 2022 - Tuesday, February 15 2022 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 2 |
| **Rate per night:** | USD 137.00 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 90571558 |
| **Frequent Guest ID:** | 660926981 |
| **Cancellation Policy:** | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | SI-KING BED NONSMOKING |

| **Delta Air Lines  Flight DL2841  Economy Class** | |
|---|---|
| **Depart:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 11:29 AM Tuesday, February 15 2022 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 01:54 PM Tuesday, February 15 2022 |
| **Duration:** | 2 hour(s) and 25 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: HCM25Y |
| **Equipment:** | Boeing 737-800 Passenger |
| **Seat:** | 19D Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |

19b

FARE THIS ITINERARY BEFORE TICKET EXCHANGE - 422.20
EXCHANGE FOR 297.20 CHANGED DL TKT 0067690250277
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

**Total Invoice Amount: $200.00 USD**
Electronic Ticket Number: 0062155382302
Ticket Amount: $175.00 USD
Form of Payment: VI************1756

Service Fee Number: 8900818858622
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's

Case 21-30589-MBK   Doc 3020-2   Filed 09/13/22   Entered 09/13/22 12:42:42   Desc
Invoice - Itinerary Communication Attachment - AFHOCP - February 13 2022 20283971.html

2/28/22, 11:40 AM

Exhibit A2   Page 4 of 80

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

21a

202100017080, JNJ BKY Hearing

| | | | |
|---|---|---|---|
| **Passenger(s):** | **BIRCHFIELD/ANTHONY DOW** | | |
| **Date:** | 14 February 2022 | **Booking Ref.:** | AFHOCP S-B30C |
| **Invoice No:** | 5142885 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | ANDY BIRCHFIELD |
| | 4160 PO BOX | **Address:** | |
| | MONTGOME RY 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

| **Delta Air Lines  Flight DL1222  Economy Class** | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 12:59 PM Sunday, February 13 2022 |
| **Arrive:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 02:58 PM Sunday, February 13 2022 |
| **Duration:** | 1 hour(s) and 59 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: HCM25Y |
| **Equipment:** | Boeing 737-800 Passenger |
| **Seat:** | 18D Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |

| **Princeton Marriott Forrestal** | |
|---|---|
| **Address:** | 100 College Road East. |
| | Princeton, NJ 08540 |
| | United States |
| **Tel:** | +1 (609) 452-7800 |
| **Fax:** | +1 (609) 452-7883 |
| **Check In/Check Out:** | Sunday, February 13 2022 - Tuesday, February 15 2022 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 2 |
| **Rate per night:** | USD 137.00 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 90571558 |
| **Frequent Guest ID:** | 660926981 |
| **Cancellation Policy:** | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | SI-KING BED NONSMOKING |

| **Air Service** | |
|---|---|
| **Depart:** | Newark Railway Station at Airport, United States |
| | 12:00 AM Tuesday, February 15 2022 |
| **Passive Miscellaneous Info:** | HOTEL EXTENDED BY CHRISTY ON HOTEL FRONT DESK |

| **Delta Air Lines  Flight DL2826  Economy Class** | |
|---|---|
| **Depart:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 02:18 PM Wednesday, February 16 2022 |

file:///C:/Users/lindsay.smith/Desktop/Invoice - Itinerary Communication Attachment - AFHOCP - February 13 2022 20283971.html

1/3

Case 21-30589-MBK    Doc 3020-2    Filed 09/13/22    Entered 09/13/22 12:42:42    Desc
Exhibit Application Page 5 of 80
2/28/22, 11:40 AM                    Invoice - Itinerary Communication Attachment - AFHOCP - February 13 2022 20283971.html

21b

| | |
|---|---|
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL<br>Atlanta, Georgia, United States<br>04:40 PM Wednesday, February 16 2022 |
| **Duration:** | 2 hour(s) and 22 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: HCM25Y |
| **Equipment:** | Boeing 737-800 Passenger |
| **Seat:** | 18F Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |

FARE THIS ITINERARY BEFORE TICKET EXCHANGE - 597.20
EXCHANGED FOR CHANGED 442.20 DL TKT 0062155382302
PREVIOUSLY...
FARE THIS ITINERARY BEFORE TICKET EXCHANGE - 422.20
EXCHANGE FOR 297.20 CHANGED DL TKT 0067690250277
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

**Total Invoice Amount: $200.00 USD**
Electronic Ticket Number: 0062155382908

Ticket Amount: $175.00 USD
Form of Payment: VI************1756

Service Fee Number: 8900818899577
Service Fee Amount: $25.00 USD

21c

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

22a

202100017080; JNJ BKY Hearing

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| **Passenger(s):** | BIRCHFIELD/ANTHONY DOW | | |
| **Date:** | 14 February 2022 | **Booking Ref.:** | AFHOCP S-B30C |
| **Invoice No:** | 5142885 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | ANDY BIRCHFIELD |
| | 4160 PO BOX | **Address:** | |
| | MONTGOME RY 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

---

**Delta Air Lines  Flight DL1222  Economy Class**

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 12:59 PM Sunday, February 13 2022 |
| **Arrive:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 02:58 PM Sunday, February 13 2022 |
| **Duration:** | 1 hour(s) and 59 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: HCM25Y |
| **Equipment:** | Boeing 737-800 Passenger |
| **Seat:** | 18D Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |

---

**Princeton Marriott Forrestal**

| | |
|---|---|
| **Address:** | 100 College Road East. |
| | Princeton, NJ 08540 |
| | United States |
| **Tel:** | +1 (609) 452-7800 |
| **Fax:** | +1 (609) 452-7883 |
| **Check In/Check Out:** | Sunday, February 13 2022 - Tuesday, February 15 2022 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 2 |
| **Rate per night:** | USD 137.00 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 90571558 |
| **Frequent Guest ID:** | 660926981 |
| **Cancellation Policy:** | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | SI-KING BED NONSMOKING |

---

**Air Service**

| | |
|---|---|
| **Depart:** | Newark Railway Station at Airport, United States |
| | 12:00 AM Tuesday, February 15 2022 |
| **Passive Miscellaneous Info:** | HOTEL EXTENDED BY CHRISTY ON HOTEL FRONT DESK |

---

**Delta Air Lines  Flight DL2826  Economy Class**

| | |
|---|---|
| **Depart:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 02:18 PM Wednesday, February 16 2022 |

2/28/22, 11:40 AM                    Invoice - Itinerary Communication Attachment - AFHOCP - February 13 2022 20283971.html

| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 04:40 PM Wednesday, February 16 2022 |
| Duration: | 2 hour(s) and 22 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: HCM25Y |
| Equipment: | Boeing 737-800 Passenger |
| Seat: | 18F Confirmed |
| FF Number: | DL2223443819 - BIRCHFIELD/ANTHONY DOW |

22b

FARE THIS ITINERARY BEFORE TICKET EXCHANGE - 597.20
EXCHANGED FOR CHANGED 442.20 DL TKT 0062155382302
PREVIOUSLY...
FARE THIS ITINERARY BEFORE TICKET EXCHANGE - 422.20
EXCHANGE FOR 297.20 CHANGED DL TKT 0067690250277
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

**Total Invoice Amount: $200.00 USD**
Electronic Ticket Number: 0062155382908

Ticket Amount: $175.00 USD
Form of Payment: VI\*\*\*\*\*\*\*\*\*\*\*\*1756

Service Fee Number: 8900818899577
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

202100017080

JNJ BKY Motion to Dismiss Hearing

| | | | |
|---|---|---|---|
| **Passenger(s):** | **ODELL/PATRICIA LEIGH** | | |
| **Date:** | 04 February 2022 | **Booking Ref.:** | MCKMEI S-B30C |
| **Invoice No:** | 5141315 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | LEIGH ODELL |
| | 4160 PO BOX | **Address:** | |
| | MONTGOME RY 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

### Delta Air Lines  Flight DL2826  Economy Class

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 11:17 AM Sunday, February 13 2022 |
| **Arrive:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 01:18 PM Sunday, February 13 2022 |
| **Duration:** | 2 hour(s) and 1 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: JMNZMU |
| **Equipment:** | Boeing 737-800 Passenger |
| **Seat:** | 17D Confirmed |
| **FF Number:** | DL2193943038 - ODELL/PATRICIA LEIGH |
| **Baggage Allowance:** | NIL |

### Princeton Marriott Forrestal

| | |
|---|---|
| **Address:** | 100 College Road East. |
| | Princeton, NJ 08540 |
| | United States |
| **Tel:** | +1 (609) 452-7800 |
| **Fax:** | +1 (609) 452-7883 |
| **Check In/Check Out:** | Sunday, February 13 2022 - Friday, February 18 2022 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 5 |
| **Rate per night:** | USD 144.00 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 84672354 |
| **Frequent Guest ID:** | 859397861 |
| **Cancellation Policy:** | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | KING NONSMOKING |

### Delta Air Lines  Flight DL1557  Economy Class

| | |
|---|---|
| **Depart:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 05:42 PM Friday, February 18 2022 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 08:10 PM Friday, February 18 2022 |
| **Duration:** | 2 hour(s) and 28 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: JMNZMU |
| **Equipment:** | Boeing 737-800 Passenger |
| **Seat:** | 17A Confirmed |
| **FF Number:** | DL2193943038 - ODELL/PATRICIA LEIGH |
| **Baggage Allowance:** | NIL |

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

**Total Invoice Amount: $482.20 USD**
Electronic Ticket Number: 0067689191282
Invoice No.: 5141315
Ticket Amount: $457.20 USD
Form of Payment: VI************2379

Service Fee Number: 8900818623987
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the
aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

202100017080

JNJ BKY Motion to Dismiss Hearing

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| **Passenger(s):** | **ODELL/PATRICIA LEIGH** | | |
| **Date:** | 04 February 2022 | **Booking Ref.:** | MCKMEI S-B30C |
| **Invoice No:** | 5141315 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | LEIGH ODELL |
| | 4160 PO BOX | **Address:** | |
| | MONTGOME RY 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

| Delta Air Lines  Flight DL2826  Economy Class | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 11:17 AM Sunday, February 13 2022 |
| Arrive: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 01:18 PM Sunday, February 13 2022 |
| Duration: | 2 hour(s) and 1 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: JMNZMU |
| Equipment: | Boeing 737-800 Passenger |
| Seat: | 17D Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | NIL |

| Princeton Marriott Forrestal | |
|---|---|
| Address: | 100 College Road East. |
| | Princeton, NJ 08540 |
| | United States |
| Tel: | +1 (609) 452-7800 |
| Fax: | +1 (609) 452-7883 |
| Check In/Check Out: | Sunday, February 13 2022 - Friday, February 18 2022 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 5 |
| Rate per night: | USD 144.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 84672354 |
| Frequent Guest ID: | 859397861 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

| Delta Air Lines  Flight DL1557  Economy Class | |
|---|---|
| Depart: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 05:42 PM Friday, February 18 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 08:10 PM Friday, February 18 2022 |
| Duration: | 2 hour(s) and 28 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: JMNZMU |
| Equipment: | Boeing 737-800 Passenger |
| Seat: | 17A Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | NIL |

Case 21-30589-MBK    Doc 3020-2    Filed 09/13/22    Entered 09/13/22 12:42:42    Desc
Invoice - Itinerary Communication Attachment - MCKMEI - February 13 2022 22550756.html
Exhibit A-2    Page 13 of 80

3/7/22, 4:10 PM

3b

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

**Total Invoice Amount: $482.20 USD**
Electronic Ticket Number: 0067689191282
Invoice No.: 5141315
Ticket Amount: $457.20 USD
Form of Payment: VI************2379

Service Fee Number: 8900818623987
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the
aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

201000017080

JNJ Bankruptcy Hearing

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| **Passenger(s):** | **ODELL/PATRICIA LEIGH** | | |
| **Date:** | 12 February 2022 | **Booking Ref.:** | MCKMEI S-B30C |
| **Invoice No:** | 5141315 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | LEIGH ODELL |
| | 4160 PO BOX | **Address:** | |
| | MONTGOME RY 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

---

**Delta Air Lines  Flight DL1222  Premium Economy Class**

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 12:59 PM Sunday, February 13 2022 |
| **Arrive:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 02:58 PM Sunday, February 13 2022 |
| **Duration:** | 1 hour(s) and 59 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: JMNZMU |
| **Equipment:** | Boeing 737-800 Passenger |
| **Seat:** | 14B Confirmed |
| **FF Number:** | DL2193943038 - ODELL/PATRICIA LEIGH |

---

**Hertz Rent-A-Car**

| | |
|---|---|
| **Pick Up:** | Hertz Newark Liberty Airport |
| | Newark Airport Building 23 |
| | Newark, New Jersey 07114 |
| | United States |
| | 03:15 PM Sunday, February 13 2022 |
| **Tel:** | +1 (973) 621-2000 |
| **Fax:** | +1 (973) 961-3519 |
| **Drop Off:** | Hertz Newark Liberty Airport |
| | Newark Airport Building 23 |
| | Newark, New Jersey 07114 |
| | United States |
| | 03:15 PM Friday, February 18 2022 |
| **Tel:** | +1 (973) 621-2000 |
| **Fax:** | +1 (973) 961-3519 |
| **Type:** | Standard SUV |
| **Status:** | Confirmed |
| **Weekly Rate:** | USD 342.02 Plus Taxes and/or Fees |
| **Estimated Total:** | USD 513.96 |
| **Extra Hour Fee:** | USD 22.91 |
| **Extra Charges:** | 171.94 |
| **Confirmation:** | K0331240369GOLD |
| **Corp. Discount:** | 2120375 |
| **Frequent Renter ID:** | ¤XXXXXX1568 |

---

**Princeton Marriott Forrestal**

| | |
|---|---|
| **Address:** | 100 College Road East. |
| | Princeton, NJ 08540 |
| | United States |
| **Tel:** | +1 (609) 452-7800 |

| | |
|---|---|
| **Fax:** | +1 (609) 452-7883 |
| **Check In/Check Out:** | Sunday, February 13 2022 - Friday, February 18 2022 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 5 |
| **Rate per night:** | USD 144.00 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 84672354 |
| **Frequent Guest ID:** | 859397861 |
| **Cancellation Policy:** | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | KING NONSMOKING |

### Delta Air Lines  Flight DL1557  Premium Economy Class

| | |
|---|---|
| **Depart:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 05:42 PM Friday, February 18 2022 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 08:10 PM Friday, February 18 2022 |
| **Duration:** | 2 hour(s) and 28 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: JMNZMU |
| **Equipment:** | Boeing 737-800 Passenger |
| **Seat:** | 10F Confirmed |
| **FF Number:** | DL2193943038 - ODELL/PATRICIA LEIGH |

FARE THIS ITINREARY BEFORE TICKET EXCHANGE - 557.20
EXCHANGED FOR CHANGED 457.20 DL TKT 0067689191282
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN

```
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY
```

```
Total Invoice Amount: $125.00 USD
Electronic Ticket Number: 0062155173870
Ticket Amount: $100.00 USD
Form of Payment: VI************2379

Service Fee Number: 8900818858623
Service Fee Amount: $25.00 USD
```

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

202100017080

JNJ Bankruptcy Hearing

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | |
|---|---|
| **Passenger(s):** | **ODELL/PATRICIA LEIGH** |
| **Date:** | 12 February 2022 |
| **Invoice No:** | 5141315 |
| **Billing:** | BEASLEY ALLEN LAW FIRM |
| | 4160 PO BOX |
| | MONTGOME RY 36103 |

| | |
|---|---|
| **Booking Ref.:** | MCKMEI S-B30C |
| **Customer:** | 011677 |
| **Delivery** | LEIGH ODELL |
| **Address:** | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

---

### Delta Air Lines  Flight DL1222  Premium Economy Class

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 12:59 PM Sunday, February 13 2022 |
| **Arrive:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 02:58 PM Sunday, February 13 2022 |
| **Duration:** | 1 hour(s) and 59 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: JMNZMU |
| **Equipment:** | Boeing 737-800 Passenger |
| **Seat:** | 14B Confirmed |
| **FF Number:** | DL2193943038 - ODELL/PATRICIA LEIGH |

---

### Hertz Rent-A-Car

| | |
|---|---|
| **Pick Up:** | Hertz Newark Liberty Airport |
| | Newark Airport Building 23 |
| | Newark, New Jersey 07114 |
| | United States |
| | 03:15 PM Sunday, February 13 2022 |
| **Tel:** | +1 (973) 621-2000 |
| **Fax:** | +1 (973) 961-3519 |
| **Drop Off:** | Hertz Newark Liberty Airport |
| | Newark Airport Building 23 |
| | Newark, New Jersey 07114 |
| | United States |
| | 03:15 PM Friday, February 18 2022 |
| **Tel:** | +1 (973) 621-2000 |
| **Fax:** | +1 (973) 961-3519 |
| **Type:** | Standard SUV |
| **Status:** | Confirmed |
| **Weekly Rate:** | USD 342.02 Plus Taxes and/or Fees |
| **Estimated Total:** | USD 513.96 |
| **Extra Hour Fee:** | USD 22.91 |
| **Extra Charges:** | 171.94 |
| **Confirmation:** | K0331240369GOLD |
| **Corp. Discount:** | 2120375 |
| **Frequent Renter ID:** | ¤XXXXXX1568 |

---

### Princeton Marriott Forrestal

| | |
|---|---|
| **Address:** | 100 College Road East, |
| | Princeton, NJ 08540 |
| | United States |
| **Tel:** | +1 (609) 452-7800 |

| Fax: | +1 (609) 452-7883 |
| Check In/Check Out: | Sunday, February 13 2022 - Friday, February 18 2022 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 5 |
| Rate per night: | USD 144.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 84672354 |
| Frequent Guest ID: | 859397861 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

| **Delta Air Lines  Flight DL1557  Premium Economy Class** | |
| Depart: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 05:42 PM Friday, February 18 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 08:10 PM Friday, February 18 2022 |
| Duration: | 2 hour(s) and 28 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: JMNZMU |
| Equipment: | Boeing 737-800 Passenger |
| Seat: | 10F Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |

FARE THIS ITINREARY BEFORE TICKET EXCHANGE - 557.20
EXCHANGED FOR CHANGED 457.20 DL TKT 0067689191282
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN

BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

**Total Invoice Amount: $125.00 USD**
Electronic Ticket Number: 0062155173870
Ticket Amount: $100.00 USD
Form of Payment: VI************2379

Service Fee Number: 8900818858623
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

Case 21-30589-MBK    Doc 3020-2    Filed 09/13/22    Entered 09/13/22 12:42:42    Desc
2/18/22, 3:41 PM    Invoice - Itinerary Communication Attachment - MCKMEI - February 13 2022 19211051.html
Exhibit A-2    Page 20 of 80

18a

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

202100017080
JNJ BKY hearing - return flight
change

| | | | |
|---|---|---|---|
| **Passenger(s):** | **ODELL/PATRICIA LEIGH** | | |
| **Date:** | 18 February 2022 | **Booking Ref.:** | MCKMEI S-B30C |
| **Invoice No:** | 5141315 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | LEIGH ODELL |
| | 4160 PO BOX | **Address:** | |
| | MONTGOME RY 36103 | | |

Traveler Information:                          Airline baggage and ancillary fee information:
http://www.tsa.gov/traveler-information/        http://exploreflightfees.com/

---

| **Delta Air Lines  Flight DL1222  Premium Economy Class** | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL |
| | Atlanta, Georgia, United States |
| | 12:59 PM Sunday, February 13 2022 |
| **Arrive:** | Newark Liberty International |
| | Newark, New Jersey, United States |
| | 02:58 PM Sunday, February 13 2022 |
| **Duration:** | 1 hour(s) and 59 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: JMNZMU |
| **Seat:** | Assigned at Check-in |
| **FF Number:** | DL2193943038 - ODELL/PATRICIA LEIGH |

---

| **Hertz Rent-A-Car** | |
|---|---|
| **Pick Up:** | Hertz Newark Liberty Airport |
| | Newark Airport Building 23 |
| | Newark, New Jersey 07114 |
| | United States |
| | 03:15 PM Sunday, February 13 2022 |
| **Tel:** | +1 (973) 621-2000 |
| **Fax:** | +1 (973) 961-3519 |
| **Drop Off:** | Hertz Newark Liberty Airport |
| | Newark Airport Building 23 |
| | Newark, New Jersey 07114 |
| | United States |
| | 03:15 PM Friday, February 18 2022 |
| **Tel:** | +1 (973) 621-2000 |
| **Fax:** | +1 (973) 961-3519 |
| **Status:** | Confirmed |
| **Weekly Rate:** | USD 342.02 Plus Taxes and/or Fees |
| **Estimated Total:** | USD 513.96 |
| **Extra Hour Fee:** | USD 22.91 |
| **Confirmation:** | K0331240369GOLD |
| **Corp. Discount:** | 2120375 |
| **Frequent Renter ID:** | XXXXXX1568 |

---

| **Princeton Marriott Forrestal** | |
|---|---|
| **Address:** | 100 College Road East. |
| | Princeton, NJ 08540 |
| | United States |
| **Tel:** | +1 (609) 452-7800 |
| **Fax:** | +1 (609) 452-7883 |
| **Check In/Check Out:** | Sunday, February 13 2022 - Friday, February 18 2022 |
| **Status:** | Confirmed |

Invoice - Itinerary Communication Attachment ... 0MEI - February 13 2022 19211051.html    18b

| Number of Persons: | 1 |
| Number of Nights: | 5 |
| Rate per night: | USD 144.00 plus tax and/or additional fees |
| Guaranteed: | No |
| Confirmation: | 84672354 |
| Cancellation Policy: | 02D |
| Additional Information: | KING NONSMOKING |

---

**Delta Air Lines  Flight DL2117  Economy Class**

| Depart: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 07:40 PM Friday, February 18 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 10:06 PM Friday, February 18 2022 |
| Duration: | 2 hour(s) and 26 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: JMNZMU |
| Equipment: | Boeing 737-900 Passenger |
| Seat: | 19D Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |

---

CHANGED RETURN FLIGHT - EXCHANGED FOR DL TKT 0062155173870
FARE THIS ITINREARY BEFORE TICKET EXCHANGE - 557.20
EXCHANGED FOR CHANGED 457.20 DL TKT 0067689191282
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.

IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

---

Total Invoice Amount: $225.00 USD
Electronic Ticket Number: 0062155681233
Ticket Amount: $200.00 USD
Form of Payment: VI***********2379

Service Fee Number: 8900819063213
Service Fee Amount: $25.00 USD

---

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

202100017080
JNJ BKY hearing - return flight
change

| | | | |
|---|---|---|---|
| **Passenger(s):** | **ODELL/PATRICIA LEIGH** | | |
| **Date:** | 18 February 2022 | **Booking Ref.:** | MCKMEI S-B30C |
| **Invoice No:** | 5141315 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | LEIGH ODELL |
| | 4160 PO BOX | **Address:** | |
| | MONTGOME RY 36103 | | |

Traveler Information:                          Airline baggage and ancillary fee information:
http://www.tsa.gov/traveler-information/        http://exploreflightfees.com/

---

**Delta Air Lines  Flight DL1222  Premium Economy Class**

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL |
| | Atlanta, Georgia, United States |
| | 12:59 PM Sunday, February 13 2022 |
| **Arrive:** | Newark Liberty International |
| | Newark, New Jersey, United States |
| | 02:58 PM Sunday, February 13 2022 |
| **Duration:** | 1 hour(s) and 59 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: JMNZMU |
| **Seat:** | Assigned at Check-in |
| **FF Number:** | DL2193943038 - ODELL/PATRICIA LEIGH |

---

**Hertz Rent-A-Car**

| | |
|---|---|
| **Pick Up:** | Hertz Newark Liberty Airport |
| | Newark Airport Building 23 |
| | Newark, New Jersey 07114 |
| | United States |
| | 03:15 PM Sunday, February 13 2022 |
| **Tel:** | +1 (973) 621-2000 |
| **Fax:** | +1 (973) 961-3519 |
| **Drop Off:** | Hertz Newark Liberty Airport |
| | Newark Airport Building 23 |
| | Newark, New Jersey 07114 |
| | United States |
| | 03:15 PM Friday, February 18 2022 |
| **Tel:** | +1 (973) 621-2000 |
| **Fax:** | +1 (973) 961-3519 |
| **Status:** | Confirmed |
| **Weekly Rate:** | USD 342.02 Plus Taxes and/or Fees |
| **Estimated Total:** | USD 513.96 |
| **Extra Hour Fee:** | USD 22.91 |
| **Confirmation:** | K0331240369GOLD |
| **Corp. Discount:** | 2120375 |
| **Frequent Renter ID:** | XXXXXX1568 |

---

**Princeton Marriott Forrestal**

| | |
|---|---|
| **Address:** | 100 College Road East. |
| | Princeton, NJ 08540 |
| | United States |
| **Tel:** | +1 (609) 452-7800 |
| **Fax:** | +1 (609) 452-7883 |
| **Check In/Check Out:** | Sunday, February 13 2022 - Friday, February 18 2022 |
| **Status:** | Confirmed |

| | |
|---|---|
| Number of Persons: | 1 |
| Number of Nights: | 5 |
| Rate per night: | USD 144.00 plus tax and/or additional fees |
| Guaranteed: | No |
| Confirmation: | 84672354 |
| Cancellation Policy: | 02D |
| Additional Information: | KING NONSMOKING |

---

**Delta Air Lines  Flight DL2117  Economy Class**

| | |
|---|---|
| Depart: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 07:40 PM Friday, February 18 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 10:06 PM Friday, February 18 2022 |
| Duration: | 2 hour(s) and 26 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: JMNZMU |
| Equipment: | Boeing 737-900 Passenger |
| Seat: | 19D Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |

---

CHANGED RETURN FLIGHT - EXCHANGED FOR DL TKT 0062155173870
FARE THIS ITINREARY BEFORE TICKET EXCHANGE - 557.20
EXCHANGED FOR CHANGED 457.20 DL TKT 0067689191282
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.

```
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY
```

```
Total Invoice Amount: $225.00 USD
Electronic Ticket Number: 0062155681233
Ticket Amount: $200.00 USD
Form of Payment: VI***********2379

Service Fee Number: 8900819063213
Service Fee Amount: $25.00 USD
```

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

| | |
|---|---|
| **From:** | Clay Nottrodt |
| **To:** | Brittney Clemons |
| **Subject:** | [EXT] Feb 13-18 - Confirmation - Ted Meadows (See attached DL Receipt) |
| **Date:** | Tuesday, March 1, 2022 11:09:22 AM |
| **Attachments:** | Feb 13-18 - Delta Confirmation.pdf |

**[EXTERNAL]**

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | | |
|---|---|---|---|---|
| **Passenger(s):** | **MEADOWS/TED GORDON** | | | |
| **Date:** | 04 February 2022 | | **Booking Ref.:** | KYOPHR S-B30C |
| **Invoice No:** | 5147290 | | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | | **Delivery** | TED MEADOWS |
| | 4160 PO BOX | | **Address:** | |
| | MONTGOMERY AL 36103 | | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

## AIR - Sunday, February 13 2022

### Delta Air Lines  Flight DL2826  Economy Class

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 11:17 AM Sunday, February 13 2022 |
| **Arrive:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 01:18 PM Sunday, February 13 2022 |
| **Duration:** | 2 hour(s) and 1 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: JO84CL |
| **Equipment:** | Boeing 737-800 Passenger |
| **Seat:** | Assigned at Check-in |
| **FF Number:** | DL2353000801 - MEADOWS/TED GORDON |
| **Weather** | |

## CAR - Sunday, February 13 2022

### Hertz Rent-A-Car

| | |
|---|---|
| **Pick Up:** | Hertz Newark Liberty Airport |
| | Newark Airport Building 23 |
| | Newark, New Jersey 07114 |
| | United States |
| | 01:18 PM Sunday, February 13 2022 |
| **Tel:** | +1 (973) 621-2000 |
| **Fax:** | +1 (973) 961-3519 |
| **Drop Off:** | Hertz Newark Liberty Airport |

Newark Airport Building 23
Newark, New Jersey 07114
United States
05:42 PM Friday, February 18 2022

| | |
|---|---|
| **Tel:** | +1 (973) 621-2000 |
| **Fax:** | +1 (973) 961-3519 |
| **Type:** | Full Size SUV |
| **Status:** | Confirmed |
| **Weekly Rate:** | USD 328.80 Plus Taxes and/or Fees |
| **Estimated Total:** | USD 513.95 |
| **Extra Hour Fee:** | USD 22.03 |
| **Extra Charges:** | 185.15 |
| **Confirmation:** | K02821415B5GOLD |
| **Corp. Discount:** | 2120375 |
| **Frequent Renter ID:** | ¤XXXXXX6867 |

**Weather**

## HOTEL - Sunday, February 13 2022

**Princeton Marriott Forrestal**

| | |
|---|---|
| **Address:** | 100 College Road East. |
| | Princeton, NJ 08540 |
| | United States |
| **Tel:** | +1 (609) 452-7800 |
| **Fax:** | +1 (609) 452-7883 |
| **Check In/Check Out:** | Sunday, February 13 2022 - Friday, February 18 2022 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 5 |
| **Rate per night:** | USD 144.00 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 84672925 |
| **Frequent Guest ID:** | 345029743 |
| **Cancellation Policy:** | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | KING NONSMOKING |

## AIR - Friday, February 18 2022

**Delta Air Lines  Flight DL1557  Economy Class**

| | |
|---|---|
| **Depart:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 05:42 PM Friday, February 18 2022 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 08:10 PM Friday, February 18 2022 |
| **Duration:** | 2 hour(s) and 28 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: JOB4CL |
| **Equipment:** | Boeing 737-800 Passenger |
| **Seat:** | Assigned at Check-in |
| **FF Number:** | DL2353000801 - MEADOWS/TED GORDON |

**Weather**

## Remarks

AIRFARE THIS ITINERARY BEFORE TICKET CHANGE - 532.20
USED DELTA RESIDUAL 118.40 CREDIT DL 0067500251575
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS

RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

**Invoice**
**Total Invoice Amount: $.438.80 USD**

**Electronic Ticket Number - 0062497170938**
**Invoice: 5147290**
**Ticket Amount: $413.80 USD**
**Form of Payment: VI***********4404**

**Service Fee Number 8900818633908**
**Service Fee Amont: $25.00**

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on
the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's
prohibited items webpage for more information.

| From: | Clay Nottrodt |
|---|---|
| To: | Brittney Clemons |
| Subject: | [EXT] Feb 13-18 - Confirmation - Ted Meadows (See attached DL Receipt) |
| Date: | Tuesday, March 1, 2022 11:09:22 AM |
| Attachments: | Feb 13-18 - Delta Confirmation.pdf |

**[EXTERNAL]**

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| Passenger(s): | **MEADOWS/TED GORDON** | | |
|---|---|---|---|
| Date: | 04 February 2022 | Booking Ref.: | KYOPHR S-B30C |
| Invoice No: | 5147290 | Customer: | 011677 |
| Billing: | BEASLEY ALLEN LAW FIRM | Delivery | TED MEADOWS |
| | 4160 PO BOX | Address: | |
| | MONTGOMERY AL 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

## AIR - Sunday, February 13 2022

### Delta Air Lines  Flight DL2826  Economy Class

| | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 11:17 AM Sunday, February 13 2022 |
| Arrive: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 01:18 PM Sunday, February 13 2022 |
| Duration: | 2 hour(s) and 1 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: JOB4CL |
| Equipment: | Boeing 737-800 Passenger |
| Seat: | Assigned at Check-in |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |

**Weather**

## CAR - Sunday, February 13 2022

### Hertz Rent-A-Car

| | |
|---|---|
| Pick Up: | Hertz Newark Liberty Airport |
| | Newark Airport Building 23 |
| | Newark, New Jersey 07114 |
| | United States |
| | 01:18 PM Sunday, February 13 2022 |
| Tel: | +1 (973) 621-2000 |
| Fax: | +1 (973) 961-3519 |
| Drop Off: | Hertz Newark Liberty Airport |

Newark Airport Building 23
Newark, New Jersey 07114
United States
05:42 PM Friday, February 18 2022

| | |
|---|---|
| **Tel:** | +1 (973) 621-2000 |
| **Fax:** | +1 (973) 961-3519 |
| **Type:** | Full Size SUV |
| **Status:** | Confirmed |
| **Weekly Rate:** | USD 328.80 Plus Taxes and/or Fees |
| **Estimated Total:** | USD 513.95 |
| **Extra Hour Fee:** | USD 22.03 |
| **Extra Charges:** | 185.15 |
| **Confirmation:** | K02821415B5GOLD |
| **Corp. Discount:** | 2120375 |
| **Frequent Renter ID:** | ¤XXXXXX6867 |

**Weather**

## HOTEL - Sunday, February 13 2022

### Princeton Marriott Forrestal

| | |
|---|---|
| **Address:** | 100 College Road East.<br>Princeton, NJ 08540<br>United States |
| **Tel:** | +1 (609) 452-7800 |
| **Fax:** | +1 (609) 452-7883 |
| **Check In/Check Out:** | Sunday, February 13 2022 - Friday, February 18 2022 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 5 |
| **Rate per night:** | USD 144.00 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 84672925 |
| **Frequent Guest ID:** | 345029743 |
| **Cancellation Policy:** | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | KING NONSMOKING |

## AIR - Friday, February 18 2022

### Delta Air Lines  Flight DL1557  Economy Class

| | |
|---|---|
| **Depart:** | Newark Liberty International, TERMINAL B<br>Newark, New Jersey, United States<br>05:42 PM Friday, February 18 2022 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL<br>Atlanta, Georgia, United States<br>08:10 PM Friday, February 18 2022 |
| **Duration:** | 2 hour(s) and 28 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: JOB4CL |
| **Equipment:** | Boeing 737-800 Passenger |
| **Seat:** | Assigned at Check-in |
| **FF Number:** | DL2353000801 - MEADOWS/TED GORDON |

**Weather**

**Remarks**

AIRFARE THIS ITINERARY BEFORE TICKET CHANGE - 532.20
USED DELTA RESIDUAL 118.40 CREDIT DL 0067500251575
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS

RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

**Invoice**

**Total Invoice Amount: $.438.80 USD**

**Electronic Ticket Number - 0062497170938**
**Invoice: 5147290**
**Ticket Amount: $413.80 USD**
**Form of Payment: VI***********4404**

**Service Fee Number 8900818633908**
**Service Fee Amont: $25.00**

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.

| From: | Clay Nottrodt |
| To: | Ted Meadows |
| Cc: | Leigh O"Dell; Lindsay Moore; Brittney Clemons |
| Subject: | [EXT] Feb 13 - Air Ticket Change - Ted Meadows |
| Date: | Saturday, February 12, 2022 2:34:11 PM |
| Attachments: | Invoice - Itinerary Communication Attachment - KYOPHR - February 13 2022 20235913.html |
| | DL Flight Number 1222 ATL EWR Departs 1259 PM (Local Time)TED GORDON MEADOWS.ics |
| | DL Flight Number 1557 EWR ATL Departs 542 PM (Local Time)TED GORDON MEADOWS.ics |
| | Hotel Confirmation Number 84672925 TED GORDON MEADOWS.ics |

**[EXTERNAL]**

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| Passenger(s): | **MEADOWS/TED GORDON** | | |
| Date: | 12 February 2022 | | |
| Invoice No: | | Booking Ref.: | KYOPHR S-B30C |
| Billing: | BEASLEY ALLEN LAW FIRM | Customer: | 011677 |
| | 4160 PO BOX | Delivery | TED MEADOWS |
| | MONTGOMERY AL 36103 | Address: | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

### AIR - Sunday, February 13 2022
#### Delta Air Lines  Flight DL1222  Economy Class

| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 12:59 PM Sunday, February 13 2022 |
| Arrive: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 02:58 PM Sunday, February 13 2022 |

| Duration: | 1 hour(s) and 59 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: JOB4CL |
| Equipment: | Boeing 737-800 Passenger |
| Seat: | Assigned: 11B |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| **Weather** | |

### HOTEL - Sunday, February 13 2022
#### Princeton Marriott Forrestal

| Address: | 100 College Road East. |
| | Princeton, NJ 08540 |
| | United States |
| Tel: | +1 (609) 452-7800 |
| Fax: | +1 (609) 452-7883 |

| Check In/Check Out: | Sunday, February 13 2022 - Friday, February 18 2022 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 5 |
| **Rate per night:** | USD 144.00 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 84672925 |
| **Frequent Guest ID:** | 345029743 |
| **Cancellation Policy:** | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | KING NONSMOKING |

## AIR - Friday, February 18 2022

### Delta Air Lines  Flight DL1557  Economy Class

| **Depart:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 05:42 PM Friday, February 18 2022 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 08:10 PM Friday, February 18 2022 |
| **Duration:** | 2 hour(s) and 28 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: JOB4CL |
| **Equipment:** | Boeing 737-800 Passenger |
| **Seat:** | Assigned: 15D |
| **FF Number:** | DL2353000801 - MEADOWS/TED GORDON |

### Weather

## Remarks

FARE THIS ITINERARY BEFORE TICKET EXCHANGE - 597.20
EXCHANGED FOR CHANGED 532.20 DL TKT 0062497170938
PREVIOUSLY
AIRFARE THIS ITINERARY BEFORE TICKET CHANGE - 532.20
USED DELTA RESIDUAL 118.40 CREDIT DL 0067500251575
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQUIRES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.

FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $90.00 USD**
Electronic Ticket Number: 0062155005674
Ticket Amount: $65.00 USD
Form of Payment: VI************4404

Service Fee Number: 8900818867001
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

| **From:** | Clay Nottrodt |
|---|---|
| **To:** | Ted Meadows |
| **Cc:** | Leigh O"Dell; Lindsay Moore; Brittney Clemons |
| **Subject:** | [EXT] Feb 13 - Air Ticket Change - Ted Meadows |
| **Date:** | Saturday, February 12, 2022 2:34:11 PM |
| **Attachments:** | Invoice - Itinerary Communication Attachment - KYOPHR - February 13 2022 20235913.html |
| | DL Flight Number 1222 ATL EWR Departs 1259 PM (Local Time)TED GORDON MEADOWS.ics |
| | DL Flight Number 1557 EWR ATL Departs 542 PM (Local Time)TED GORDON MEADOWS.ics |
| | Hotel Confirmation Number 84672925 TED GORDON MEADOWS.ics |

**[EXTERNAL]**

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| **Passenger(s):** | **MEADOWS/TED GORDON** | | |
|---|---|---|---|
| **Date:** | 12 February 2022 | **Booking Ref.:** | KYOPHR S-B30C |
| **Invoice No:** | | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | TED MEADOWS |
| | 4160 PO BOX | **Address:** | |
| | MONTGOMERY AL 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

## AIR - Sunday, February 13 2022
### Delta Air Lines  Flight DL1222  Economy Class

| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
|---|---|
| | Atlanta, Georgia, United States |
| | 12:59 PM Sunday, February 13 2022 |
| **Arrive:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 02:58 PM Sunday, February 13 2022 |

| **Duration:** | 1 hour(s) and 59 minute(s) Non-stop |
|---|---|
| **Status:** | Confirmed - Delta Air Lines Booking Reference: JOB4CL |
| **Equipment:** | Boeing 737-800 Passenger |
| **Seat:** | Assigned: 11B |
| **FF Number:** | DL2353000801 - MEADOWS/TED GORDON |

**Weather**

## HOTEL - Sunday, February 13 2022
### Princeton Marriott Forrestal

| **Address:** | 100 College Road East. |
|---|---|
| | Princeton, NJ 08540 |
| | United States |
| **Tel:** | +1 (609) 452-7800 |
| **Fax:** | +1 (609) 452-7883 |

| | |
|---|---|
| **Check In/Check Out:** | Sunday, February 13 2022 - Friday, February 18 2022 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 5 |
| **Rate per night:** | USD 144.00 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 84672925 |
| **Frequent Guest ID:** | 345029743 |
| **Cancellation Policy:** | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | KING NONSMOKING |

## AIR - Friday, February 18 2022

### Delta Air Lines  Flight DL1557  Economy Class

| | |
|---|---|
| **Depart:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 05:42 PM Friday, February 18 2022 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 08:10 PM Friday, February 18 2022 |
| **Duration:** | 2 hour(s) and 28 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: JOB4CL |
| **Equipment:** | Boeing 737-800 Passenger |
| **Seat:** | Assigned: 15D |
| **FF Number:** | DL2353000801 - MEADOWS/TED GORDON |

### Weather

## Remarks

FARE THIS ITINERARY BEFORE TICKET EXCHANGE - 597.20
EXCHANGED FOR CHANGED 532.20 DL TKT 0062497170938
PREVIOUSLY
AIRFARE THIS ITINERARY BEFORE TICKET CHANGE - 532.20
USED DELTA RESIDUAL 118.40 CREDIT DL 0067500251575
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.

FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK YOUR AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $90.00 USD**
Electronic Ticket Number: 0062155005674
Ticket Amount: $65.00 USD
Form of Payment: VI***********4404

Service Fee Number: 8900818867001
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on
the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's
prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for
transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | |
|---|---|
| **Passenger(s):** | **MEADOWS/TED GORDON** |
| **Date:** | 12 February 2022 |
| **Invoice No:** | 5147290E |
| **Billing:** | BEASLEY ALLEN LAW FIRM |
| | 4160 PO BOX |
| | MONTGOMERY AL 36103 |

| | |
|---|---|
| **Booking Ref.:** | KYOPHR S-B30C |
| **Customer:** | 011677 |
| **Delivery Address:** | TED MEADOWS |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

## AIR - Sunday, February 13 2022

### Delta Air Lines  Flight DL1222  Economy Class

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 12:59 AM Sunday, February 13 2022 |
| **Arrive:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 02:58 PM Sunday, February 13 2022 |
| **Duration:** | 1 hour(s) and 59 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: J0B4CL |
| **Equipment:** | Boeing 737-800 Passenger |
| **Seat:** | Seat 11B - Assigned |
| **FF Number:** | DL2353000801 - MEADOWS/TED GORDON |

**Weather**

## CAR - Sunday, February 13 2022

### Hertz Rent-A-Car

| | |
|---|---|
| **Pick Up:** | Hertz Newark Liberty Airport |
| | Newark Airport Building 23 |
| | Newark, New Jersey 07114 |
| | United States |
| | 01:18 PM Sunday, February 13 2022 |
| **Tel:** | +1 (973) 621-2000 |
| **Fax:** | +1 (973) 961-3519 |
| **Drop Off:** | Hertz Newark Liberty Airport |
| | Newark Airport Building 23 |
| | Newark, New Jersey 07114 |
| | United States |
| | 05:42 PM Friday, February 18 2022 |
| **Tel:** | +1 (973) 621-2000 |
| **Fax:** | +1 (973) 961-3519 |
| **Type:** | Full Size SUV |
| **Status:** | Confirmed |
| **Weekly Rate:** | USD 328.80 Plus Taxes and/or Fees |
| **Estimated Total:** | USD 513.95 |
| **Extra Hour Fee:** | USD 22.03 |
| **Extra Charges:** | 185.15 |
| **Confirmation:** | K02821415B5GOLD |

| Corp. Discount: | 2120375 |
| Frequent Renter ID: | ¤XXXXXX6867 |

**Weather**

## HOTEL - Sunday, February 13 2022

**Princeton Marriott Forrestal**

| Address: | 100 College Road East. |
| | Princeton, NJ 08540 |
| | United States |
| Tel: | +1 (609) 452-7800 |
| Fax: | +1 (609) 452-7883 |
| Check In/Check Out: | Sunday, February 13 2022 - Friday, February 18 2022 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 5 |
| Rate per night: | USD 144.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 84672925 |
| Frequent Guest ID: | 345029743 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

## AIR - Friday, February 18 2022

**Delta Air Lines  Flight DL1557  Economy Class**

| Depart: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 05:42 PM Friday, February 18 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 08:10 PM Friday, February 18 2022 |
| Duration: | 2 hour(s) and 28 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: J0B4CL |
| Equipment: | Boeing 737-800 Passenger |
| Seat: | Seat 15D - Assigned |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |

**Weather**

**Remarks**

CHANGED FEB 13 OUTBOUND FLIGHT...EXCHANGED DL TKT 0062497170938 – 65.00 ADDITIONAL AIRFARE

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $90.000 USD**

**Electronic Ticket Number - 0062155005674**
**Invoice: 5147290E**
**Ticket Amount: $65.00 USD**
**Form of Payment: VI************4404**

**Service Fee Number 8900818867020**
**Service Fee Amont: $25.00**

| | |
|---|---|
| **From:** | Lindsay Moore |
| **To:** | Brittney Clemons |
| **Cc:** | claynot@msn.com |
| **Subject:** | FW: [EXT] Feb 18 - Confirmation - Return Flight Changed - Ted Meadows |
| **Date:** | Friday, February 18, 2022 1:34:18 PM |
| **Attachments:** | Invoice - Itinerary Communication Attachment - KYOPHR - February 13 2022 19193748.html |
| | DL Flight Number 1222 ATL EWR Departs 1259 PM (Local Time)TED GORDON MEADOWS.ics |
| | DL Flight Number 2117 EWR ATL Departs 740 PM (Local Time)TED GORDON MEADOWS.ics |
| | Hotel Confirmation Number 84672925 TED GORDON MEADOWS.ics |

## Lindsay M. Moore

Administrative Assistant
334.495.1120 direct

**From:** Clay Nottrodt <claynot@msn.com>
**Sent:** Friday, February 18, 2022 1:33 PM
**To:** Ted Meadows <Ted.Meadows@BeasleyAllen.com>
**Cc:** Lindsay Moore <Lindsay.Moore@BeasleyAllen.com>
**Subject:** [EXT] Feb 18 - Confirmation - Return Flight Changed - Ted Meadows

**[EXTERNAL]**

22

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| **Passenger(s):** | **MEADOWS/TED GORDON** | | |
| **Date:** | 18 February 2022 | **Booking Ref.:** | KYOPHR S-B30C |
| **Invoice No:** | | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | TED MEADOWS |
| | 4160 PO BOX | **Address:** | |
| | MONTGOMERY AL 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

**AIR - Sunday, February 13 2022 (Flown)**
**Delta Air Lines  Flight DL1222  Economy Class**

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL |
| | Atlanta, Georgia, United States |
| | 12:59 PM Sunday, February 13 2022 |
| **Arrive:** | Newark Liberty International |
| | Newark, New Jersey, United States |
| | 02:58 PM Sunday, February 13 2022 |
| **Duration:** | 1 hour(s) and 59 minute(s) Non-stop |
| **Status:** | Confirmed |
| **Seat:** | Assigned at Check-in |
| **FF Number:** | DL2353000801 - MEADOWS/TED GORDON |

**Weather**

## HOTEL - Sunday, February 13 2022

**Princeton Marriott Forrestal**

| | |
|---|---|
| **Address:** | 100 College Road East. |
| | Princeton, NJ 08540 |
| | United States |
| **Tel:** | +1 (609) 452-7800 |
| **Fax:** | +1 (609) 452-7883 |
| **Check In/Check Out:** | Sunday, February 13 2022 - Friday, February 18 2022 |
| **Status:** | Confirmed |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 5 |
| **Rate per night:** | USD 144.00 plus tax and/or additional fees |
| **Guaranteed:** | No |
| **Confirmation:** | 84672925 |
| **Cancellation Policy:** | 02D |
| **Additional Information:** | KING NONSMOKING |

## AIR - Friday, February 18 2022

**Delta Air Lines  Flight DL2117  First Class**

| | |
|---|---|
| **Depart:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 07:40 PM Friday, February 18 2022 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 10:06 PM Friday, February 18 2022 |
| **Duration:** | 2 hour(s) and 26 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: J0C4BL |
| **Equipment:** | Boeing 737-900 Passenger |
| **Seat:** | Assigned at Check-in |
| **FF Number:** | DL2353000801 - MEADOWS/TED GORDON |

**Weather**

**Remarks**

CHANGED RETURN FLIGHT EXCHANGED DL 0062155005674
LEIGH GOT LAST COACH SEAT...FIRST CLASS ONLY AVBL ON TED*S RES
FARE THIS ITINERARY BEFORE TICKET EXCHANGE - 597.20
EXCHANGED FOR CHANGED 532.20 DL TKT 0062497170938
PREVIOUSLY
AIRFARE THIS ITINERARY BEFORE TICKET CHANGE - 532.20
USED DELTA RESIDUAL 118.40 CREDIT DL 0067500251575
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...

DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $375.50 USD**
Electronic Ticket Number: 0062353000801
Ticket Amount: $350.50 USD
Form of Payment: VI***********4404

Service Fee Number: 8900819063214
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

| | |
|---|---|
| **From:** | Lindsay Moore |
| **To:** | Brittney Clemons |
| **Cc:** | claynot@msn.com |
| **Subject:** | FW: [EXT] Feb 18 - Confirmation - Return Flight Changed - Ted Meadows |
| **Date:** | Friday, February 18, 2022 1:34:18 PM |
| **Attachments:** | Invoice - Itinerary Communication Attachment - KYOPHR - February 13 2022 19193748.html |
| | DL Flight Number 1222 ATL EWR Departs 1259 PM (Local Time)TED GORDON MEADOWS.ics |
| | DL Flight Number 2117 EWR ATL Departs 740 PM (Local Time)TED GORDON MEADOWS.ics |
| | Hotel Confirmation Number 84672925 TED GORDON MEADOWS.ics |

**Lindsay M. Moore**

Administrative Assistant

334.495.1120 direct

**From:** Clay Nottrodt <claynot@msn.com>
**Sent:** Friday, February 18, 2022 1:33 PM
**To:** Ted Meadows <Ted.Meadows@BeasleyAllen.com>
**Cc:** Lindsay Moore <Lindsay.Moore@BeasleyAllen.com>
**Subject:** [EXT] Feb 18 - Confirmation - Return Flight Changed - Ted Meadows

**[EXTERNAL]**

22

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| **Passenger(s):** | **MEADOWS/TED GORDON** | | |
| **Date:** | 18 February 2022 | **Booking Ref.:** | KYOPHR S-B30C |
| **Invoice No:** | | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | TED MEADOWS |
| | 4160 PO BOX | **Address:** | |
| | MONTGOMERY AL 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

**AIR - Sunday, February 13 2022 (Flown)**
**Delta Air Lines  Flight DL1222  Economy Class**

| Depart: | Hartsfield-Jackson ATL |
| | Atlanta, Georgia, United States |
| | 12:59 PM Sunday, February 13 2022 |
| Arrive: | Newark Liberty International |
| | Newark, New Jersey, United States |
| | 02:58 PM Sunday, February 13 2022 |
| Duration: | 1 hour(s) and 59 minute(s) Non-stop |
| Status: | Confirmed |
| Seat: | Assigned at Check-in |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |

**Weather**

## HOTEL - Sunday, February 13 2022

### Princeton Marriott Forrestal

| Address: | 100 College Road East. |
| | Princeton, NJ 08540 |
| | United States |
| Tel: | +1 (609) 452-7800 |
| Fax: | +1 (609) 452-7883 |
| Check In/Check Out: | Sunday, February 13 2022 - Friday, February 18 2022 |
| Status: | Confirmed |
| Number of Persons: | 1 |
| Number of Nights: | 5 |
| Rate per night: | USD 144.00 plus tax and/or additional fees |
| Guaranteed: | No |
| Confirmation: | 84672925 |
| Cancellation Policy: | 02D |
| Additional Information: | KING NONSMOKING |

## AIR - Friday, February 18 2022

### Delta Air Lines  Flight DL2117  First Class

| Depart: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 07:40 PM Friday, February 18 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 10:06 PM Friday, February 18 2022 |
| Duration: | 2 hour(s) and 26 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: J0C4BL |
| Equipment: | Boeing 737-900 Passenger |
| Seat: | Assigned at Check-in |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |

**Weather**

**Remarks**

CHANGED RETURN FLIGHT EXCHANGED DL 0062155005674
LEIGH GOT LAST COACH SEAT...FIRST CLASS ONLY AVBL ON TED*S RES
FARE THIS ITINERARY BEFORE TICKET EXCHANGE - 597.20
EXCHANGED FOR CHANGED 532.20 DL TKT 0062497170938
PREVIOUSLY
AIRFARE THIS ITINERARY BEFORE TICKET CHANGE - 532.20
USED DELTA RESIDUAL 118.40 CREDIT DL 0067500251575
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...

DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $375.50 USD**
Electronic Ticket Number: 0062353000801
Ticket Amount: $350.50 USD
Form of Payment: VI***********4404

Service Fee Number: 8900819063214
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

100 LINDBERG RD
NEWARK NJ 07114

NEWARK AIRPORT
XXXXXXXXX0001
100 LINBERGH ROAD
NEWARK          NJ
07114

11/22/2021 35394 2
04:29:31 PM

XXXXXXXXXXX2003
Am Express
INVOICE 034251
AUTH 538986

REPRINT *** REPRINT
PUMP# 8
Regular CR     3.6300
PRICE/GAL     $4.099

FUEL TOTAL  $  14.88

          --------
     Total = $  14.88
REPRINT *** REPRINT

CREDIT       $  14.88
----------------------
Customer-activated
Purchase/Capture
Site #:
000000004814133
Shift Number 1
Sequence Number
36314
Swiped
APPROVED  538986

202100017080

JNJ Bankruptcy Hearing

# *Hertz*

## Rental Record#

18485391

# 3) MR **RR184853911**
#ES J9480876602

P O DELL

## Rental Agreement

### INITIAL CHARGES

| | | | | |
|---|---|---|---|---|
| RENT RT | $ 136.48/DAY | 1 DAYS | $ | 136.48 |
| SUBTOTAL I | | | $ | 136.48 |
| DISCOUNT - 9 20% | | | $ | 27.29 |
| SUBTOTAL LESS DISCOUNT | | | $ $ | 109.17 |

### CHARGES ADDED DURING RENTAL

| | | |
|---|---|---|
| LDW i | DECLINED | |
| PAI i | DECLINED | |
| PAI PEC i | DECLINED | |
| PREM ROI SVC i | DECLINED | |

* ADDITIONAL CHARGES

### SERVICE CHARGES/TAXES

| | | | |
|---|---|---|---|
| CONCESSION FEE RECOVERY i | 11.5 % | $ | 13.60 |
| VEHICLE LICENSING COST RECOVERY i | % | $ | .81 |
| DOMESTIC SECURITY FEE & TRANS SECURITY CHRG i | | $ | 15.48 |
| TAX VLC | % | 2 USD | $ | 4.31 |

TOTAL AMOUNT DUE      **$ 153.97**

| | | |
|---|---|---|
| CHARGED ON | VISA | XXXXXXXXXXXX5791 |

Gold Plus Rewards Points Earned This Rental:      136

For more transparency of above charges, please hover over the fee or go to

Case 21-30589-MBK   Doc 3020-2   Filed 09/13/22   Entered 09/13/22 12:42:42   Desc
Exhibit A-2 1a3ee9d72144930030121520f56ed55ef Page 49 of 80

12/15/21, 7:11 PM

28a

201100010780

JNJ Bankruptcy hearing



## Rental Record#

19461I314

# 01 MB **RR194611314**
RES J8680959276

P O'DELL

## Rental Agreement

Page 2

### INITIAL CHARGES

| | | | | |
|---|---|---|---|---|
| TOT RT | @ UNITS/ DAY | @ TO AVG | @ | 109.78 |
| SUBTOTAL 1 | | | $ | 109.78 |
| DISCOUNT - @ 20% | | | $ | 21.96 |
| SUBTOTAL LESS DISCOUNT | | | T $ | 87.82 |

### CHARGES ADDED DURING RENTAL

| | |
|---|---|
| LDW i | INCLUDED |
| PAI i | INCLUDED |
| PAI PEC i | INCLUDED |
| WBV XD WD i | INCLUDED |

\* ADDITIONAL CHARGES

### SERVICE CHARGES/TAXES

| | | | | |
|---|---|---|---|---|
| VEHICLE LICEN FEE RECOVERY i | | @ 0 % | $ | 10.83 |
| VEHICLE LICENSING CONT RECOVERY i | | @ % | $ | .12 |
| DOMESTIC SECURITY FEE & TRANS FACILITY CHRG i | | | $ | 15.99 |
| TAX/VAT | | @ 8.0000 | $ | 8.37 |

| TOTAL AMOUNT DUE | | | $  127.09 |

| CHARGED ON | | VISA | XXXXXXXXXXXX2378 |

Gold Plus Rewards Points Earned This Rental:       110

For more transparency of above charges, please hover over the fee or go to

STATEMENT OF CHARGES - NOT VALID FOR RENTAL

BKY hearing- gas for rental

100 LINDBERG RD
NEWARK NJ 07114

NEWARK AIRPORT
XXXXXXXXX0001
100 LINBERGH ROAD
NEWARK          NJ
07114

12/15/2021 /85481871
02:44:32 PM

XXXXXXXXXXXX2379
Visa
INVOICE 049016
AUTH 008025

REPRINT *** REPRINT
PUMP# 8
Regular CR     3.959G
PRICE/GAL     $4.099

FUEL TOTAL    $  16.23

Total    $  16.23

CREDIT    $  16.23

APPROVED  008025

Racetrack 11.77 – no receipt

Fuel for rental
202100017080 – JNJ Hearing

JNJ BKY Motion to Dismiss
Hearing

# *Hertz*

## Rental Record#

387594130

# OF MR **RR387594130**
RES K0331240369

P O'DELL

## Rental Agreement

### INITIAL CHARGES

| | | | | | | |
|---|---|---|---|---|---|---|
| RENT 97 | | $ 427.52 / WEEK | @ | 1 WEEK | $ | 427.52 |
| SUBTOTAL | | | | | $ | 427.52 |
| DISCOUNT - @ 20% | | | | | $ | 85.50 |
| SUBTOTAL LESS DISCOUNT | | | | | $ | 342.02 |

### CHARGES ADDED DURING RENTAL

| | | |
|---|---|---|
| LDW i | | DECLINED |
| PAI i | | DECLINED |
| PAI/PEC i | | DECLINED |
| PREM RD SVC i | | DECLINED |
| + ADDITIONAL CHARGES | | |

### SERVICE CHARGES/TAXES

| | | | | |
|---|---|---|---|---|
| CONCESSION FEE RECOVERY i | | | $ | 40.44 |
| VEHICLE LICENSING COST RECOVERY i | | | $ | 6.33 |
| DOMESTIC SECURITY FEE & TRANS FACILITY CHRG i | | | $ | 13.44 |
| TAX/VLT | | $ 18560 | $ | 34.46 |

## TOTAL AMOUNT DUE                                    $  530.59

CHARGED ON                          VISA        XXXXXXXXXXXX2379

Gold Plus Rewards Points Earned This Rental:          428

For more transparency of above charges, please hover over the fee or go to

Case 21-30589-MBK   Doc 3020-2   Filed 09/13/22   Entered 09/13/22 12:42:42   Desc
Exhibit A-2   Page 54 of 80

20b

MILES DRIVEN:                257                    MILES CHARGED:
CAR:                         5000025 - GRAND CARAVAN 6

RENTED:                      NEWARK LIBERTY AIRPORT
RENTAL:                      09/03/22 11:00
RETURN:                      09/9/22 181
RETURNED:                    NEWARK LIBERTY AIRPORT
COMPLETED BY:                1005 / NJNEWL

PLAN IN:                     608W10              RATE CLASS:  I
PLAN OUT:                    608W10
                             2Y

STATEMENT OF CHARGES - NOT VALID FOR RENTAL

Offsetting GL Accounts | Transactions

| Account No. | Description | Line Description | | Debit |
|---|---|---|---|---|
| 6230.20 | R/E - Travel - Parking MT | The Ritz Carlton BOA | | $40.00 |
| 7415.20 | Entertainment - MT | The Ritz Carlton BOA - | | $874.54 |
| 6045.20 | R/E - Graphics & Visual Aids - MT | The Ritz Carlton BOA | see attached corresponding receipt | $697.34 |
| 6210.20 | R/E - Travel - Hotel MT | The Ritz Carlton BOA | | $2,552.60 |
| 6215.20 | R/E - Travel - Meals VT | The Ritz Carlton BOA | | $93.50 |

24a

**Beasley Allen Law Firm Meeting**

**United States**

**INVOICE**

Conf. No. : 2147795
Date : 11/12/21

**Folio No. :  285292**

| | |
|---|---|
| Room No. | :  9022 |
| Arrival | :  10/31/21 |
| Departure | :  11/12/21 |
| Page No. | :  1 of 4 |
| Cashier No. | :  298 |
| User ID | :  KMSEP260 |
| UID | :  ??? |
| VAT No. | :  ??? |

| Date | Text | Charges USD | Credits USD |
|---|---|---|---|
| 11/01/21 | Visa | | 7,000.00 |
| 11/03/21 | BLT Steak | 874.54 | |
| | *Routed From Meadows Ted Of Room #120850003* | | |
| 11/03/21 | Room Charge | 509.00 | |
| | *Routed From O'Dell Leigh Of Room #1206* | | |
| 11/03/21 | Occupancy Tax | 40.72 | |
| | *Routed From O'Dell Leigh Of Room #1206* | | |
| 11/03/21 | State Tax | 34.36 | |
| | *Routed From O'Dell Leigh Of Room #1206* | | |
| 11/03/21 | County Tax | 2.55 | |
| | *Routed From O'Dell Leigh Of Room #1206* | | |
| 11/03/21 | Room Charge | 509.00 | |
| | *Routed From Meadows Ted Of Room #1208* | | |
| 11/03/21 | Occupancy Tax | 40.72 | |
| | *Routed From Meadows Ted Of Room #1208* | | |
| 11/03/21 | State Tax | 34.36 | |
| | *Routed From Meadows Ted Of Room #1208* | | |
| 11/03/21 | County Tax | 2.55 | |
| | *Routed From Meadows Ted Of Room #1208* | | |
| 11/04/21 | In Room Dining | 20.96 | |
| | *CHECK# 2051  Routed From O'Dell Leigh Of Room #1206* | | |
| 11/04/21 | In Room Dining | 39.48 | |
| | *CHECK# 2058  Routed From Meadows Ted Of Room #1208* | | |
| 11/04/21 | Banquets | 2,010.94 | |
| | *288436* | | |
| 11/04/21 | Room Charge | 509.00 | |
| | *Routed From O'Dell Leigh Of Room #1206* | | |

24b

**Beasley Allen Law Firm Meeting**

**United States**

**INVOICE**

Conf. No. : 2147795

Date : 11/12/21

**Folio No. : 285292**

| | | |
|---|---|---|
| Room No. | : | 9022 |
| Arrival | : | 10/31/21 |
| Departure | : | 11/12/21 |
| Page No. | : | 2 of 4 |
| Cashier No. | : | 298 |
| User ID | : | KMSEP260 |
| UID | : | ??? |
| VAT No. | : | ??? |

| Date | Text | Charges USD | Credits USD |
|---|---|---|---|
| 11/04/21 | Occupancy Tax | 40.72 | |
| | *Routed From O'Dell Leigh Of Room #1206* | | |
| 11/04/21 | State Tax | 34.36 | |
| | *Routed From O'Dell Leigh Of Room #1206* | | |
| 11/04/21 | County Tax | 2.55 | |
| | *Routed From O'Dell Leigh Of Room #1206* | | |
| 11/04/21 | Overnight Parking | 40.00 | |
| | *Routed From O'Dell Leigh Of Room #1206* | | |
| 11/04/21 | Room Charge | 509.00 | |
| | *Routed From Meadows Ted Of Room #1208* | | |
| 11/04/21 | Occupancy Tax | 40.72 | |
| | *Routed From Meadows Ted Of Room #1208* | | |
| 11/04/21 | State Tax | 34.36 | |
| | *Routed From Meadows Ted Of Room #1208* | | |
| 11/04/21 | County Tax | 2.55 | |
| | *Routed From Meadows Ted Of Room #1208* | | |
| 11/05/21 | In Room Dining | 33.06 | |
| | *CHECK# 2096 Routed From Meadows Ted Of Room #1208* | | |
| 11/05/21 | Adj. Banquet Serv Chrg 25% L | 0.00 | |
| | *288436* | | |
| 11/08/21 | CXL CHARGE | 509.00 | |
| | *O'Dell Leigh Conf. #2147731=>Beasley Allen Law Firm Meeting #9022* | | |
| 11/08/21 | Occupancy Tax | 40.72 | |
| | *O'Dell Leigh Conf. #2147731=>Beasley Allen Law Firm Meeting #9022* | | |
| 11/08/21 | State Tax | 34.36 | |
| | *O'Dell Leigh Conf. #2147731=>Beasley Allen Law Firm Meeting* | | |

24c

**Beasley Allen Law Firm Meeting**

**United States**

**INVOICE**

Conf. No. : 2147795
Date : 11/12/21

**Folio No. : 285292**

| | |
|---|---|
| Room No. | : 9022 |
| Arrival | : 10/31/21 |
| Departure | : 11/12/21 |
| Page No. | : 3 of 4 |
| Cashier No. | : 298 |
| User ID | : KMSEP260 |
| UID | : ??? |
| VAT No. | : ??? |

| Date | Text | Charges USD | Credits USD |
|---|---|---|---|
| | #9022 | | |
| 11/08/21 | County Tax | 2.55 | |
| | *O'Dell Leigh Conf. #2147731=>Beasley Allen Law Firm Meeting* #9022 | | |
| 11/08/21 | CXL CHARGE | 509.00 | |
| | *Routed From Meadows Ted Of Room #1407* | | |
| 11/08/21 | Occupancy Tax | 40.72 | |
| | *Routed From Meadows Ted Of Room #1407* | | |
| 11/08/21 | State Tax | 34.36 | |
| | *Routed From Meadows Ted Of Room #1407* | | |
| 11/08/21 | County Tax | 2.55 | |
| | *Routed From Meadows Ted Of Room #1407* | | |
| 11/12/21 | Banquets | 2,010.94 | |
| | *288436b* | | |
| 11/12/21 | Banquets | 2,010.94 | |
| | *581913* | | |
| 11/12/21 | Audio Visual Equip Rental | 472.09 | |
| | *36559794* | | |
| 11/12/21 | Audio Visual Equip Rental | 225.25 | |
| | *11/4/202136559795* | | |
| 11/12/21 | Visa | | 4,257.98 |
| | Total: | 11,257.98 | 11,257.98 |

**Balance**          0.00 **USD**
**Total incl. VAT**      .00 **USD**

**Non Revenue**        33.80

*2022- 01- 24 -13 ST.*

## Shelley Thomas

| | |
|---|---|
| **From:** | Julie Rutland on behalf of Accounting |
| **Sent:** | Wednesday, January 19, 2022 10:47 AM |
| **To:** | Shelley Thomas |
| **Subject:** | FW: Invoice Approval: Matter ID 202100017080; Dr. Ellen Smith; $600.00 |
| **Attachments:** | EBS - Jan 2022 .xlsx |

**Dr. Ellen Blair Smith**
**1912 Tom Miller St.**
**Austin, Texas  78723**

**Julie Dame**
Accounting Clerk II
334-495-1695 direct

**From:** Lindsay Moore <Lindsay.Moore@BeasleyAllen.com>
**Sent:** Wednesday, January 19, 2022 10:25 AM
**To:** Accounting <Accounting@BeasleyAllen.com>
**Subject:** FW: Invoice Approval: Matter ID 202100017080; Dr. Ellen Smith; $600.00

Accounting,

Please place this in line for payment. Thanks!

| | |
|---|---|
| Matter ID: | 202100017080 |
| Made Payable to: | Dr. Ellen Blair Smith |
| Address: | 1912 Tom Miller St, Austin 78723 |
| Amount: | $600.00 |
| Re: | Expert Work – LTL Bankruptcy |

**Lindsay M. Moore**
Administrative Assistant
334.495.1120 direct

**From:** Leigh O'Dell <Leigh.ODell@BeasleyAllen.com>
**Sent:** Wednesday, January 19, 2022 10:16 AM
**To:** Lindsay Moore <Lindsay.Moore@BeasleyAllen.com>
**Subject:** RE: Invoice Approval: Matter ID 202100017080; Dr. Ellen Smith; $600.00

ok

**P. Leigh O'Dell**
Principal
334.269.2343

**From:** Lindsay Moore <Lindsay.Moore@BeasleyAllen.com>
**Sent:** Wednesday, January 19, 2022 9:52 AM
**To:** Leigh O'Dell <Leigh.ODell@BeasleyAllen.com>
**Subject:** Invoice Approval: Matter ID 202100017080; Dr. Ellen Smith; $600.00

Leigh,

Please approve. Thanks!

Matter ID:              202100017080
Made Payable to:    Dr. Ellen Blair Smith
Address:               1912 Tom Miller St, Austin 78723
Amount:               $600.00
Re:                     Expert Work – LTL Bankruptcy



**Lindsay M. Moore**
Administrative Assistant
334.495.1120 direct | 800.898.2034

Lindsay.Moore@BeasleyAllen.com
BeasleyAllen.com

**Learn more about our ongoing litigation.**

   

CONFIDENTIALITY & PRIVILEGE NOTICE

| Date | Description | Hours | Hourly Rate | Amount |
|------|-------------|-------|-------------|--------|
| 1/14/2022 | Conference call, emails with Leigh O'Dell re. bankruptcy mediation | 1.00 | $600.00 | 600.00 |
| Total | | | | $600.00 |

Dr. Judith K. Wolf
555 East 5th Street
Unit 2803
Austin, Texas 78701

**Shelley Thomas**

| | |
|---|---|
| **From:** | Leigh O'Dell |
| **Sent:** | Tuesday, February 1, 2022 12:00 PM |
| **To:** | Judith Wolf; Lindsay Moore; Margaret Thompson |
| **Subject:** | RE: [EXT] Wolf hours |

*2022.02-01-48-ST*

Thank you, Judy!
Lindsay, please pay and charge to the bankruptcy.

P. Leigh O'Dell
Principal
334.269.2343

**P. Leigh O'Dell**
Principal
800.898.2034



Leigh.ODell@BeasleyAllen.com
BeasleyAllen.com | My bio

**Learn more about our ongoing litigation.**

CONFIDENTIALITY & PRIVILEGE NOTICE

-----Original Message-----
From: Judith Wolf <superrun45@yahoo.com>
Sent: Tuesday, February 1, 2022 8:41 AM
To: Lindsay Moore <Lindsay.Moore@BeasleyAllen.com>; Leigh O'Dell <Leigh.ODell@BeasleyAllen.com>; Margaret
Thompson <Margaret.Thompson@BeasleyAllen.com>
Subject: [EXT] Wolf hours

[EXTERNAL]

Here are my hours for 1/2022.
All are for the MDL.
Thank you!

1/7-8/22 1 hr materials review
1/17/22 1 hr literature review
1/18/22 1 hr phone call
1/26/22 1/2 hr materials review and discussion with Leigh
1/31/22 1/2 discussion with attorneys

4 hrs at $600/hr= $2400

Sent from my iPhone

1



**JW MARRIOTT**

**JW MARRIOTT CHARLOTTE**

**GUEST FOLIO**

| 804 | MEADOWS/TED | 339.00 | 11/10/21 | | DUPLICATE 9:48 | 15895 |
|---|---|---|---|---|---|---|
| ROOM | NAME | RATE | DEPART | TIME | | ACCT# |
| GK | NO COMPANY | | 11/08/21 | | | |
| TYPE | 218 COMMERCE ST | | ARRIVE | TIME | | |
| | MONTGOMERY  AL | | | | | |
| ROOM | 36104-2540 | | VSXXXXXXXXXXXX4404 | | | MB#:  345029743 |
| CLERK | ADDRESS | | PAYMENT | | | |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|
| 11/08 | TELECOMM | FREEHSIA | .00 | | |
| 11/08 | ROOM | 804, 1 | 314.00 | | |
| 11/08 | ROOM TAX | 804, 1 | 22.77 | | |
| 11/08 | OCC TAX | 804, 1 | 18.84 | | |
| 11/08 | ROOM TAX | 804, 1 | 6.28 | | |
| 11/09 | ROOM | 804, 1 | 339.00 | | |
| 11/09 | ROOM TAX | 804, 1 | 24.58 | | |
| 11/09 | OCC TAX | 804, 1 | 20.34 | | |
| 11/09 | ROOM TAX | 804, 1 | 6.78 | | |
| 11/09 | TELECOMM | FREEHSIA | .00 | | |
| 11/10 | CCARD-VS | | | 752.59 | |
| | VSXXXXXXXXXXXX4404 | | | | |
| | | | | | .00 |



JW MARRIOTT CHARLOTTE
600 S COLLEGE ST
CHARLOTTE NC  28202
P: 704-333-1101 F: 704-333-1109

**Experience comfort with the JW Marriott home collection. Visit CuratedbyJW.com**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1 5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X



**MARRIOTT**

### PRINCETON MARRIOTT FORRESTAL

**GUEST FOLIO**

| 3206 | MEADOWS/TED | 127.00 | 11/22/21 | 10:14 | 41740 |
|---|---|---|---|---|---|
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
| GK | NO COMPANY | | 11/21/21 | 21:46 | |
| TYPE | 218 COMMERCE ST | | ARRIVE | TIME | |
| 5 | MONTGOMERY AL 36104-2540 | | | | |
| ROOM CLERK | ADDRESS | VSXXXXXXXXXXXX4404 PAYMENT | | | MBV#: 345029743 |

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|
| 11/21 | TR ROOM        3206, 1 | 127.00 | | |
| 11/21 | ROOM TAX     3206, 1 | 8.41 | | |
| 11/21 | OCC TAX       3206, 1 | 6.35 | | |
| 11/21 | MUNI TX        3206, 1 | 3.81 | | |
| 11/22 | IRON&IVY      34833206 | 22.13 | | |
| 11/22 | CCARD-VS | | 167.70 | |
| | PAYMENT RECEIVED BY: VISA   XXXXXXXXXXXX4404 | | | .00 |

145.57 CHARGE TO JNJ bankruptcy (LESS THE 22.13 FOOD CHARGE)

**See our "Privacy & Cookie Statement" on Marriott.com**

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ 08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

202100017080

Bankruptcy hearings & Meetings

remainder of meeting room fee
after deposit

# THE RITZ·CARLTON

### CHARLOTTE

Beasley Allen

United States

Tax ID

| | |
|---|---|
| **Date :** | 10/27/21 |
| **Time :** | 14:05 |
| **Room :** | 9091 |
| **Receipt No. :** | 304548 |

## PAYMENT RECEIPT

| Date | Description | App. Code | Exp. date | Amount |
|---|---|---|---|---|
| 10/27/21 | Visa  XXXXXXXXXXXXX2379  XX/XX | 061499 | XX/XX | 265.09USD |

**Guest Signature**                                      Cashier No.        298

Meeting Room deposit for bankruptcy
hearings/meetings
November 3, 4, 9

# THE RITZ‑CARLTON

CHARLOTTE

11

| | |
|---|---|
| Beasley Allen Law Firm Meeting | Date : 11/01/21 |
| | Time : 11:43 |
| United States | Room : 9022 |
| | Receipt No. : 304722 |
| Tax ID | |

## PAYMENT RECEIPT

| Date | Description | App. Code | Exp. date | Amount |
|---|---|---|---|---|
| 11/01/21 | Visa XXXXXXXXXXXX2379 XX/XX | 033801 | XX/XX | 7,000.00USD |

**Guest Signature**                                      **Cashier No.**        298

201 EAST TRADE STREET, CHARLOTTE, NORTH CAROLINA  28202
ph. 704-547-2244  www.ritzcarlton.com

JNJ bankruptcy hearing

## JW MARRIOTT

**JW MARRIOTT CHARLOTTE**

**GUEST FOLIO**

| 706 ROOM | ODELL/PATRICIA/LEIGH NAME | 339.00 RATE | 11/10/21 DEPART | TIME | DUPLICATE 13:36 | 15896 ACCT# |
|---|---|---|---|---|---|---|
| GK TYPE | | | 11/08/21 ARRIVE | TIME | | |

| ROOM CLERK | ADDRESS | VSXXXXXXXXXXXXX2379 PAYMENT | | MB# | 859397861 |
|---|---|---|---|---|---|

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|
| 11/08 | TELECOMM | FREEHSIA | .00 | | |
| 11/08 | DEANS | 1064 706 | 20.00 | | |
| 11/08 | ROOM | 706, 1 | 314.00 | | |
| 11/08 | ROOM TAX | 706, 1 | 22.77 | | |
| 11/08 | OCC TAX | 706, 1 | 18.84 | | |
| 11/08 | ROOM TAX | 706, 1 | 6.28 | | |
| 11/09 | ROOM | 706, 1 | 339.00 | | |
| 11/09 | ROOM TAX | 706, 1 | 24.58 | | |
| 11/09 | OCC TAX | 706, 1 | 20.34 | | |
| 11/09 | ROOM TAX | 706, 1 | 6.78 | | |
| 11/09 | TELECOMM | FREEHSIA | .00 | | |
| 11/10 | CCARD-VS | | | 772.59 | |
| | VSXXXXXXXXXXXXX2379 | | | | .00 |



$752.59 charged to JNJ Bankruptcy, less the $20.00 meal charge

## JW MARRIOTT

JW MARRIOTT CHARLOTTE
600 S COLLEGE ST
CHARLOTTE NC 28202
P: 704-333-1101 F: 704-333-1109

**Experience comfort with the JW Marriott home collection. Visit CuratedbyJW.com**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

JNJ Bankruptcy Hearing



**PRINCETON MARRIOTT FORRESTAL**

**GUEST FOLIO**

| 2312 ROOM | ODELL/PATRICIA/LEIGH NAME | 127.00 RATE | 11/22/21 DEPART | 12:03 TIME | 41699 ACCT# |
|---|---|---|---|---|---|
| EK TYPE | | | 11/21/21 ARRIVE | 20:12 TIME | |
| 22 ROOM CLERK | ADDRESS | VSXXXXXXXXXXXX2379 PAYMENT | | | MBV#:   859397861 |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|
| 11/21 | M CLUB | MCLUB | 15.00 | | |
| 11/21 | ROOM TAX | MCLUB | .99 | | |
| 11/21 | OCC TAX | MCLUB | .75 | | |
| 11/21 | MUNI TX | MCLUB | .45 | | |
| 11/21 | TR ROOM | 2312, 1 | 127.00 | | |
| 11/21 | ROOM TAX | 2312, 1 | 8.41 | | |
| 11/21 | OCC TAX | 2312, 1 | 6.35 | | |
| 11/21 | MUNI TX | 2312, 1 | 3.81 | | |
| 11/22 | MARKET | 49342312 | 7.73 | | |
| 11/22 | CCARD-VS | | | 170.49 | |
| | PAYMENT RECEIVED BY: VISA | XXXXXXXXXXXX2379 | | | .00 |

========================== EXP. REPORT SUMMARY ==========================

| 11/21 | M CLUB | 15.00 |
|---|---|---|
| | ROOM TAX | 9.40 |
| | OCC TAX | 7.10 |
| | MUNI TX | 4.26 |
| | TR ROOM | 127.00 |
| 11/22 | MARKET | 7.73 |

## $145.57 charged to JNJ bankruptcy, less food charges

See our "Privacy & Cookie Statement" on Marriott.com

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature  X

Offsetting GL Accounts | Transactions

| Account No. | Description | Line Description | Debit |
|---|---|---|---|
| 6230.20 | R/E - Travel - Parking MT | The Ritz Carlton BOA | $40.00 |
| 7415.20 | Entertainment - MT | The Ritz Carlton BOA - | $874.54 |
| 6045.20 | R/E - Graphics & Visual Aids - MT | The Ritz Carlton BOA | $697.34 |
| 6210.20 | R/E - Travel - Hotel MT | The Ritz Carlton BOA | $2,552.60 |
| 6215.20 | R/E - Travel - Meals MT | The Ritz Carlton BOA | $93.50 |

24a

**Beasley Allen Law Firm Meeting**

**United States**

**INVOICE**

Conf. No. : 2147795
Date       : 11/12/21

**Folio No. : 285292**

| | | |
|---|---|---|
| Room No. | : | 9022 |
| Arrival | : | 10/31/21 |
| Departure | : | 11/12/21 |
| Page No. | : | 1 of 4 |
| Cashier No. | : | 298 |
| User ID | : | KMSEP260 |
| UID | : | ??? |
| VAT No. | : | ??? |

| Date | Text | Charges USD | Credits USD |
|---|---|---|---|
| 11/01/21 | Visa | | 7,000.00 |
| 11/03/21 | BLT Steak | 874.54 | |
| | *Routed From Meadows Ted Of Room #120850003* | | |
| 11/03/21 | Room Charge | 509.00 | |
| | *Routed From O'Dell Leigh Of Room #1206* | | |
| 11/03/21 | Occupancy Tax | 40.72 | |
| | *Routed From O'Dell Leigh Of Room #1206* | | |
| 11/03/21 | State Tax | 34.36 | |
| | *Routed From O'Dell Leigh Of Room #1206* | | |
| 11/03/21 | County Tax | 2.55 | |
| | *Routed From O'Dell Leigh Of Room #1206* | | |
| 11/03/21 | Room Charge | 509.00 | |
| | *Routed From Meadows Ted Of Room #1208* | | |
| 11/03/21 | Occupancy Tax | 40.72 | |
| | *Routed From Meadows Ted Of Room #1208* | | |
| 11/03/21 | State Tax | 34.36 | |
| | *Routed From Meadows Ted Of Room #1208* | | |
| 11/03/21 | County Tax | 2.55 | |
| | *Routed From Meadows Ted Of Room #1208* | | |
| 11/04/21 | In Room Dining | 20.96 | |
| | *CHECK# 2051 Routed From O'Dell Leigh Of Room #1206* | | |
| 11/04/21 | In Room Dining | 39.48 | |
| | *CHECK# 2058 Routed From Meadows Ted Of Room #1208* | | |
| 11/04/21 | Banquets | 2,010.94 | |
| | *288436* | | |
| 11/04/21 | Room Charge | 509.00 | |
| | *Routed From O'Dell Leigh Of Room #1206* | | |

24b

**Beasley Allen Law Firm Meeting**

**United States**

**INVOICE**

Conf. No. : 2147795
Date     : 11/12/21

**Folio No. : 285292**

| | |
|---|---|
| Room No. | : 9022 |
| Arrival | : 10/31/21 |
| Departure | : 11/12/21 |
| Page No. | : 2 of 4 |
| Cashier No. | : 298 |
| User ID | : KMSEP260 |
| UID | : ??? |
| VAT No. | : ??? |

| Date | Text | Charges USD | Credits USD |
|---|---|---|---|
| 11/04/21 | Occupancy Tax | 40.72 | |
| | *Routed From O'Dell Leigh Of Room #1206* | | |
| 11/04/21 | State Tax | 34.36 | |
| | *Routed From O'Dell Leigh Of Room #1206* | | |
| 11/04/21 | County Tax | 2.55 | |
| | *Routed From O'Dell Leigh Of Room #1206* | | |
| 11/04/21 | Overnight Parking | 40.00 | |
| | *Routed From O'Dell Leigh Of Room #1206* | | |
| 11/04/21 | Room Charge | 509.00 | |
| | *Routed From Meadows Ted Of Room #1208* | | |
| 11/04/21 | Occupancy Tax | 40.72 | |
| | *Routed From Meadows Ted Of Room #1208* | | |
| 11/04/21 | State Tax | 34.36 | |
| | *Routed From Meadows Ted Of Room #1208* | | |
| 11/04/21 | County Tax | 2.55 | |
| | *Routed From Meadows Ted Of Room #1208* | | |
| 11/05/21 | In Room Dining | 33.06 | |
| | *CHECK# 2096  Routed From Meadows Ted Of Room #1208* | | |
| 11/05/21 | Adj. Banquet Serv Chrg 25% L | 0.00 | |
| | *288436* | | |
| 11/08/21 | CXL CHARGE | 509.00 | |
| | *O'Dell Leigh Conf. #2147731=>Beasley Allen Law Firm Meeting #9022* | | |
| 11/08/21 | Occupancy Tax | 40.72 | |
| | *O'Dell Leigh Conf. #2147731=>Beasley Allen Law Firm Meeting #9022* | | |
| 11/08/21 | State Tax | 34.36 | |
| | *O'Dell Leigh Conf. #2147731=>Beasley Allen Law Firm Meeting* | | |

24c

**Beasley Allen Law Firm Meeting**

**United States**

**INVOICE**

| | |
|---|---|
| Conf. No. : | 2147795 |
| Date : | 11/12/21 |

**Folio No. : 285292**

| | | |
|---|---|---|
| Room No. | : | 9022 |
| Arrival | : | 10/31/21 |
| Departure | : | 11/12/21 |
| Page No. | : | 3 of 4 |
| Cashier No. | : | 298 |
| User ID | : | KMSEP260 |
| UID | : | ??? |
| VAT No. | : | ??? |

| Date | Text | Charges USD | Credits USD |
|---|---|---|---|
| | *#9022* | | |
| 11/08/21 | County Tax | 2.55 | |
| | *O'Dell Leigh Conf. #2147731=>Beasley Allen Law Firm Meeting* *#9022* | | |
| 11/08/21 | CXL CHARGE | 509.00 | |
| | *Routed From Meadows Ted Of Room #1407* | | |
| 11/08/21 | Occupancy Tax | 40.72 | |
| | *Routed From Meadows Ted Of Room #1407* | | |
| 11/08/21 | State Tax | 34.36 | |
| | *Routed From Meadows Ted Of Room #1407* | | |
| 11/08/21 | County Tax | 2.55 | |
| | *Routed From Meadows Ted Of Room #1407* | | |
| 11/12/21 | Banquets | 2,010.94 | |
| | *288436b* | | |
| 11/12/21 | Banquets | 2,010.94 | |
| | *581913* | | |
| 11/12/21 | Audio Visual Equip Rental | 472.09 | |
| | *36559794* | | |
| 11/12/21 | Audio Visual Equip Rental | 225.25 | |
| | *11/4/202136559795* | | |
| 11/12/21 | Visa | | 4,257.98 |
| | Total: | 11,257.98 | 11,257.98 |

| | | |
|---|---|---|
| **Balance** | 0.00 | **USD** |
| **Total incl. VAT** | .00 | **USD** |
| **Non Revenue** | 33.80 | |



**PRINCETON MARRIOTT FORRESTAL**

**GUEST FOLIO**

| 2321<br>ROOM | MEADOWS/TED<br>NAME | 170.00<br>RATE | 12/15/21<br>DEPART | 08:14<br>TIME | 44360<br>ACCT# |
|---|---|---|---|---|---|
| GD<br>TYPE | NO COMPANY | | 12/14/21 | 17:30 | |
| 11<br>ROOM<br>CLERK | 218 COMMERCE ST<br>MONTGOMERY  AL  36104-2540<br>ADDRESS | | ARRIVE | TIME | |
| | | VSXXXXXXXXXXXX4404<br>PAYMENT | | | MBV#:    345029743 |

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|
| 12/14 | TR ROOM          2321, 1 | 170.00 | | |
| 12/14 | ROOM TAX        2321, 1 | 11.26 | | |
| 12/14 | OCC TAX          2321, 1 | 8.50 | | |
| 12/14 | MUNI TX          2321, 1 | 5.10 | | |
| 12/15 | CCARD-VS | | 194.86 | |
| | PAYMENT RECEIVED BY: VISA    XXXXXXXXXXXX4404 | | | .00 |

========================================= EXP. REPORT SUMMARY =================================================

| 12/14 | TR ROOM | 170.00 |
|---|---|---|
| | ROOM TAX | 11.26 |
| | OCC TAX | 8.50 |
| | MUNI TX | 5.10 |

**See our "Privacy & Cookie Statement" on Marriott.com**

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature  X

34a

JNJ Bankruptcy hearing



**M A R R I O T T**

### PRINCETON MARRIOTT FORRESTAL

**GUEST FOLIO**

| 3324 | ODELL/PATRICIA/LEIGH | 170.00 | 12/15/21 | 13:48 | 44379 |
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
| GD | | | 12/14/21 | 17:30 | |
| TYPE | | | ARRIVE | TIME | |
| 11 | | | | | |
| ROOM CLERK | ADDRESS | VSXXXXXXXXXXXX2379 PAYMENT | | | MBV#:   859397861 |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|------|-----------|---|---------|---------|--------------|
| 12/14 | MARKET | 46953324 | 14.13 | (receipt attached) | |
| 12/14 | TR ROOM | 3324, 1 | 170.00 | | |
| 12/14 | ROOM TAX | 3324, 1 | 11.26 | | |
| 12/14 | OCC TAX | 3324, 1 | 8.50 | | |
| 12/14 | MUNI TX | 3324, 1 | 5.10 | | |
| 12/15 | CCARD-VS | | | 208.99 | |
| | PAYMENT RECEIVED BY: VISA | XXXXXXXXXXXX2379 | | | .00 |

====================================== EXP. REPORT SUMMARY ======================================

| 12/14 | MARKET | 14.13 |
| | TR ROOM | 170.00 |
| | ROOM TAX | 11.26 |
| | OCC TAX | 8.50 |
| | MUNI TX | 5.10 |

## $194.86 charged to JNJ Bankruptcy, less meal charges

See our "Privacy & Cookie Statement" on Marriott.com

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature  X

# THE
# KNICKERBOCKER

**Mr. Ted Gordon Meadows**
**9800 Wyncrest Cir**
**Montgomery, AL 36117**
**United States**

| | |
|---|---|
| Room No. | : 0804 |
| Arrival | : 01-11-22 |
| Departure | : 01-13-22 |
| Folio No. | : 254867 |
| Conf. No. | : 389889 |
| Cashier No. | : 248 |

Company Name: Internova Worldwide Hotel Program

Group Name:

**INFORMATION INVOICE**

| Date | Description | Charges | Credits |
|---|---|---|---|
| 01-11-22 | Room Charge | 357.00 | |
| 01-11-22 | City Occupancy Tax - Room | 2.00 | |
| 01-11-22 | City Sales Tax - Room - 5.875% | 20.97 | |
| 01-11-22 | State Sales Tax - Room - 8.875% | 31.68 | |
| 01-11-22 | City Javits Center Tax - Room | 1.50 | |
| 01-12-22 | Room Charge | 357.00 | |
| 01-12-22 | City Occupancy Tax - Room | 2.00 | |
| 01-12-22 | City Sales Tax - Room - 5.875% | 20.97 | |
| 01-12-22 | State Sales Tax - Room - 8.875% | 31.68 | |
| 01-12-22 | City Javits Center Tax - Room | 1.50 | |
| 01-13-22 | Visa Payment | | 826.30 |
| | XXXXXXXXXXXX4404 | | |
| | 05/23 | | |

| | | |
|---|---|---|
| **Total Charges** | 826.30 | |
| **Total Credits** | | 826.30 |
| **Balance** | | **0.00** |

Page No. 1 of 1

202100017080



**MARRIOTT**

**PRINCETON MARRIOTT FORRESTAL**

**GUEST FOLIO**

| 1314 | ODELL/PATRICIA/LEIGH | 144.00 | 02/18/22 | | DUPLICATEL 13:47 | 48422 |
|------|----------------------|--------|----------|--|------------------|-------|
| ROOM | NAME | RATE | DEPART | TIME | | ACCT# |
| EK | N | | 02/13/22 | | | |
| TYPE | | | ARRIVE | TIME | | |

| ROOM CLERK | ADDRESS | VSXXXXXXXXXXXX2379 PAYMENT | MB#: | 859397861 |
|------------|---------|---------------------------|------|-----------|

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|------|------------|--|---------|---------|--------------|
| 02/13 | TELECOM | FREEHSIA | .00 | | |
| 02/13 | **MARKET** | 40941314 | 3.73 | | |
| 02/13 | TR ROOM | 1314, 1 | 144.00 | | |
| 02/13 | ROOM TAX | 1314, 1 | 9.54 | | |
| 02/13 | OCC TAX | 1314, 1 | 7.20 | | |
| 02/13 | MUNI TX | 1314, 1 | 4.32 | | |
| 02/14 | TELECOM | FREEHSIA | .00 | | |
| 02/14 | TR ROOM | 1314, 1 | 144.00 | | |
| 02/14 | ROOM TAX | 1314, 1 | 9.54 | | |
| 02/14 | OCC TAX | 1314, 1 | 7.20 | | |
| 02/14 | MUNI TX | 1314, 1 | 4.32 | | |
| 02/15 | **MARKET** | 41261314 | 5.60 | | |
| 02/15 | **IRON&IVY** | 35491314 | 3.73 | | |
| 02/15 | **IRON&IVY** | 35501314 | 1.00 | | |
| 02/15 | TELECOM | FREEHSIA | .00 | | |
| 02/15 | TR ROOM | 1314, 1 | 144.00 | | |
| 02/15 | ROOM TAX | 1314, 1 | 9.54 | | |
| 02/15 | OCC TAX | 1314, 1 | 7.20 | | |
| 02/15 | MUNI TX | 1314, 1 | 4.32 | | |
| 02/16 | TELECOM | FREEHSIA | .00 | | |
| 02/16 | TR ROOM | 1314, 1 | 144.00 | | |
| 02/16 | ROOM TAX | 1314, 1 | 9.54 | | |
| 02/16 | OCC TAX | 1314, 1 | 7.20 | | |
| 02/16 | MUNI TX | 1314, 1 | 4.32 | | |
| 02/17 | **IRON&IVY** | 38101314 | 4.00 | | |
| 02/17 | **IRON&IVY** | 38121314 | 1.00 | | |
| 02/17 | TELECOM | FREEHSIA | .00 | | |
| 02/17 | TR ROOM | 1314, 1 | 144.00 | | |
| 02/17 | ROOM TAX | 1314, 1 | 9.54 | | |
| 02/17 | OCC TAX | 1314, 1 | 7.20 | | |
| 02/17 | MUNI TX | 1314, 1 | 4.32 | | |
| 02/18 | CCARD-VS | | .00 | | |

VSXXXXXXXXXXXX2379
************ AUTHORIZATION *************
APPROVED Card Type: VISA Card Entry: CHIP Acct #: ************2379 Approval Code: 057691
*********** EMV AUTHORIZATION ***********
App Label: VISA CREDIT Mode: Issuer
AID: A0000000031010 TVR: 8000008000 IAD: 06011203600000 TSI: 6800 ARC: 00 AC: 1301D5B9DD2348BD CVM: 5E0000

PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X



**MARRIOTT**

**PRINCETON MARRIOTT FORRESTAL**

**GUEST FOLIO**

| 1314 | ODELL/PATRICIA/LEIGH | 144.00 | 02/18/22 | DUPLICATEL 13:47 | 48422 |
| ROOM | NAME | RATE | DEPART    TIME | | ACCT# |
| EK | N | | 02/13/22 | | |
| TYPE | | | ARRIVE    TIME | | |

| ROOM CLERK | ADDRESS | VSXXXXXXXXXXXX2379 PAYMENT | | MB#: | 859397861 |

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|------|------------|---------|---------|--------------|
| 02/18 | IRON&IVY          39261314 | 5.00 | | |
| 02/18 | CCARD-VS | | 849.36 | |
| | VSXXXXXXXXXXXX2379 | | | .00 |

## $830.30 charged to JNJ Bankruptcy, less meal charges



**MARRIOTT**

PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature  X



**MARRIOTT**

**PRINCETON MARRIOTT FORRESTAL**

**GUEST FOLIO**

| 2514 ROOM | MEADOWS/TED NAME | 144.00 RATE | 02/18/22 DEPART | 07:15 TIME | 48423 ACCT# |
|---|---|---|---|---|---|
| CK TYPE | NO COMPANY | | 02/13/22 ARRIVE | 10:35 TIME | |
| 76 ROOM CLERK | 218 COMMERCE ST MONTGOMERY  AL  36104-2540 ADDRESS | | VSXXXXXXXXXXXX4404 PAYMENT | | MBV#:   345029743 |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|
| 02/13 | IRON&IVY | 34572514 | 34.79 | | |
| 02/13 | TR ROOM | 2514, 1 | 144.00 | | |
| 02/13 | ROOM TAX | 2514, 1 | 9.54 | | |
| 02/13 | OCC TAX | 2514, 1 | 7.20 | | |
| 02/13 | MUNI TX | 2514, 1 | 4.32 | | |
| 02/14 | TR ROOM | 2514, 1 | 144.00 | | |
| 02/14 | ROOM TAX | 2514, 1 | 9.54 | | |
| 02/14 | OCC TAX | 2514, 1 | 7.20 | | |
| 02/14 | MUNI TX | 2514, 1 | 4.32 | | |
| 02/15 | IRON&IVY | 35472514 | 8.53 | | |
| 02/15 | IRON&IVY | 35512514 | 2.00 | | |
| 02/15 | TR ROOM | 2514, 1 | 144.00 | | |
| 02/15 | ROOM TAX | 2514, 1 | 9.54 | | |
| 02/15 | OCC TAX | 2514, 1 | 7.20 | | |
| 02/15 | MUNI TX | 2514, 1 | 4.32 | | |
| 02/16 | IRON&IVY | 36632514 | 10.53 | | |
| 02/16 | TR ROOM | 2514, 1 | 144.00 | | |
| 02/16 | ROOM TAX | 2514, 1 | 9.54 | | |
| 02/16 | OCC TAX | 2514, 1 | 7.20 | | |
| 02/16 | MUNI TX | 2514, 1 | 4.32 | | |
| 02/17 | IRON&IVY | 38052514 | 11.73 | | |
| 02/17 | IRON&IVY | 38112514 | 2.00 | | |
| 02/17 | TR ROOM | 2514, 1 | 144.00 | | |
| 02/17 | ROOM TAX | 2514, 1 | 9.54 | | |
| 02/17 | OCC TAX | 2514, 1 | 7.20 | | |
| 02/17 | MUNI TX | 2514, 1 | 4.32 | | |
| 02/18 | CCARD-VS | | | 894.88 | |
| | PAYMENT RECEIVED BY: VISA | XXXXXXXXXXXX4404 | | | |
| | | | | | .00 |

$825.30 charged to JNJ bankruptcy, less meal charges

See our "Privacy & Cookie Statement" on Marriott.com

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**MARRIOTT**

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature  X

# BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.

## *EXPENSE FORM*

DATE: ___1/13/2022___

MAKE REIMBURSEMENT PAYABLE TO: ___Ted Meadows___

CHARGE ALL EXPENSES TO CLIENT: ___JnJ Bankruptcy Master File___

FILE #: ___202100017080___   (___) CHECK HERE IF OFFICE EXPENSE

DESCRIPTION: ___Cash Tips while traveling___

|  | CASH REIMB | FIRM CHG CARD |
|---|---|---|
| MILEAGE: (_____ MILES @ $.50/MILE) | _____ | _____ |
| PARKING: | _____ | _____ |
| AIR TRANSPORTATION: (RECEIPTS ATTACHED) | _____ | _____ |
| GROUND TRANSPORTATION: (RECEIPTS ATTACHED) | _____ | _____ |
| LODGING: (RECEIPTS ATTACHED) | _____ | _____ |
| MEALS: (RECEIPTS ATTACHED) | _____ | _____ |
| TELEPHONE | _____ | _____ |
| DUES: _____ | _____ | _____ |
| PHOTOGRAPHS: _____ | _____ | _____ |
| ENTERTAINMENT: (LIST ALL PERSONS, COUNTY & AFFILIATIONS, SPECIFIC CASES REFERRED) | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| OTHER: ___Cash Tips while traveling___ | $20.00 | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**TOTAL REIMBURSEMENT:** $20.00

ATTORNEY APPROVAL: _____

DATE: ___1/13/2022___

2022-02-22-32-rp

# BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.

## *EXPENSE FORM*

DATE: __2/18/2022__

MAKE REIMBURSEMENT PAYABLE TO: ___Ted Meadows___

CHARGE ALL EXPENSES TO CLIENT: __JNJ Bankruptcy Master File__

FILE #: ___202100017080___   (___) CHECK HERE IF OFFICE EXPENSE

DESCRIPTION: _____Tips while traveling_____

| | CASH REIMB | FIRM CHG CARD |
|---|---|---|
| MILEAGE: (_____ MILES @ $.50/MILE) | | |
| PARKING: | | |
| AIR TRANSPORTATION: (RECEIPTS ATTACHED) | | |
| GROUND TRANSPORTATION: (RECEIPTS ATTACHED) | | |
| LODGING: (RECEIPTS ATTACHED) | | |
| MEALS: (RECEIPTS ATTACHED) | | |
| TELEPHONE | | |
| DUES: | | |
| PHOTOGRAPHS: | | |
| ENTERTAINMENT: (LIST ALL PERSONS, COUNTY & AFFILIATIONS, SPECIFIC CASES REFERRED) | | |
| | | |
| | | |
| OTHER: Cash tips while traveling | $35.00 | |
| | | |
| | | |

**TOTAL REIMBURSEMENT:** $35.00

ATTORNEY APPROVAL: _____

DATE: ___2/18/2022___