**Case Name:   In re LTL Management, LLC   Case No.:   21-30589 (MBK)**

**SCHEDULE OF EXPENSES FOR MEMBERS AND MEMBERS' REPRESENTATIVES OF THE
OFFICIAL TALC CLAIMANTS COMMITTEE OF LTL MANAGEMENT, LLC**

**Applicant Name:  Leigh O'Dell, Committee Representative for Alishia Landrum**
**Role:  Co-Chair, TCC 1**                                      Total Expenses Requested:  $22,810.21

| SCHEDULE OF EXPENSES | | |
|---|---|---|
| Date(s) Incurred | Expense Detail (e.g. , hotel, airfare and reason) | Expense Amount |
| 3/25/2022 | Flight for LTL hearing in NJ (Andy Birchfield) | 357.20 |
| 3/25/2022 | Agent fee; flight for LTL hearing in NJ (Andy Birchfield) | 25.00 |
| 3/29/2022 | Flight for LTL hearing in NJ (Andy Birchfield) | 175.00 |
| 3/29/2022 | Agent fee; flight for LTL hearing in NJ (Andy Birchfield) | 25.00 |
| 4/7/2022 | Flight for LTL hearing in NJ (Andy Birchfield) | 457.20 |
| 4/7/2022 | Agent fee; flight for LTL hearing in NJ (Andy Birchfield) | 25.00 |
| 4/8/2022 | Flight for LTL hearing in NJ (Leigh O'Dell) | 497.20 |
| 4/8/2022 | Agent fee; flight for LTL hearing in NJ (Leigh O'Dell) | 25.00 |
| 4/12/2022 | Flight to NYC for LTL mediation (Andy Birchfield) | 327.20 |
| 4/12/2022 | Agent fee; flight to NYC for LTL mediation (Andy Birchfield) | 25.00 |
| 4/20/2022 | Agent fee; flight to NYC for LTL mediation (Andy Birchfield) | 25.00 |
| 4/21/2022 | Flight for LTL hearing in NJ (Andy Birchfield) | 402.20 |
| 4/21/2022 | Agent fee; flight for LTL hearing in NJ (Andy Birchfield) | 25.00 |
| 4/8/2022 | Flight for LTL hearing in NJ (Ted Meadows) | 452.20 |
| 4/8/2022 | Agent fee; flight for LTL hearing in NJ (Ted Meadows) | 25.00 |
| 4/14/2022 | Flight to NYC for mediation (Ted Meadows) | 327.20 |
| 4/14/2022 | Agent fee; flight to NYC for mediation (Ted Meadows) | 25.00 |
| 4/20/2022 | Agent fee; flight to NYC for mediation (Ted Meadows) | 25.00 |
| 4/21/2022 | Flight to NJ for LTL hearing (Ted Meadows) | 402.20 |
| 4/21/2022 | Agent fee; Flight to NJ for LTL hearing (Ted Meadows) | 25.00 |
| 4/13/2022 | Flight to NYC for LTL mediation (Leigh O'Dell) | 327.20 |
| 4/13/2022 | Agent fee; flight to NYC for LTL mediation (Leigh O'Dell) | 25.00 |
| 4/20/2022 | Agent fee; Flight to NYC for mediation (Leigh O'Dell) | 25.00 |
| 4/20/2022 | Flight from NYC for LTL mediation (Andy Birchfield) | 220.00 |
| 4/20/2022 | Agent fee; Flight from NYC for LTL mediation (Andy Birchfield) | 25.00 |
| 5/4/2022 | Flight to NYC for LTL meetings (Andy Birchfield) | 482.21 |
| 4/27/2022 | Flight to NJ for LTL hearing (Andy Birchfield) | 70.00 |
| 5/4/2022 | Agent fee; flight to NYC for LTL meeitngs | 25.00 |
| 5/4/2022 | Hotel; NJ for LTL hearing, less food charges (Andy Birchfield) | 216.64 |
| 5/13/2022 | Flight to NJ for LTL hearing (Andy Birchfield) | 507.20 |
| 5/13/2022 | Agent fee; flight to NJ for LTL hearing (Andy Birchfield) | 25.00 |
| 3/30/2022 | Rental car; LTL hearing in NJ (Andy Birchfield) | 108.47 |
| 3/30/2022 | Toll fee; LTL hearing in NJ (Andy Birchfield) | 15.65 |
| 4/12/2022 | Rental car; LTL hearing in NJ (Leigh O'Dell) | 82.42 |
| 4/12/2022 | Fuel; LTL hearing in NJ (Leigh O'Dell) | 18.35 |
| 5/4/2022 | Rental car; LTL hearing in NJ (Andy Birchfield) | 209.73 |
| 5/4/2022 | Toll fee; LTL hearing in NJ (Andy Birchfield) | 13.05 |
| 3/30/2022 | Hotel; NJ for LTL hearing, less food charges (Andy Birchfield) | 175.38 |
| 4/12/2022 | Hotel; NJ for LTL hearing, less food charges (Andy Birchfield) | 233.84 |
| 4/20/2022 | Hotel; NYC for LTL mediation (Andy Birchfield) | 1,346.15 |
| 4/12/2022 | Hotel; NJ for LTL hearing, less food charges (Ted Meadows) | 253.32 |
| 4/20/2022 | Hotel; NYC for LTL mediation, less meal charges (Ted Meadows) | 1,195.82 |
| 4/12/2022 | Hotel; NJ for LTL hearing, less meal charges (Leigh O'Dell) | 233.84 |
| 4/20/2022 | Hotel; NYC for LTL mediation, less meal charges (Leigh O'Dell) | 1,051.22 |

| Date | Description | Amount |
|---|---|---|
| 4/20/2022 | Hotel; Meeting space deposit for LTL mediation | 5,000.00 |
| 5/12/2022 | Hotel; LTL mediation in NYC (Andy Birchfield) | 1,556.84 |
| 1/27/2022 | Mileage Reimbursement (Ted Meadows) | 25.00 |
| 5/3/2022 | Mileage reimbursement; LTL Bankruptcy hearing (Andy Birchfield) | 198.90 |
| 5/3/2022 | Mileage reimbursement; LTL Bankruptcy hearing (Leigh O'Dell) | 198.90 |
| 5/12/2022 | Mileage reimbursement; LTL Mediation in NYC (Leigh O'Dell) | 198.90 |
| 3/30/2022 | Hotel meal charges; LTL bankruptcy hearing (Andy Birchfield) | 35.87 |
| 4/12/2022 | Meal; LTL Bankruptcy hearing (Andy Birchfield) | 5.27 |
| 4/12/2022 | Meal; LTL Bankruptcy hearing (Ted Meadows) | 20.06 |
| 4/19/2022 | Meal; LTL Mediation hotel meals, 2 (Ted Meadows) | 63.26 |
| 4/12/2022 | Meal; LTL Bankruptcy hearing (Leigh O'Dell) | 18.36 |
| 4/12/2022 | Meal; LTL bankruptcy hearing (Leigh O'Dell) | 34.28 |
| 4/12/2022 | Meal; LTL bankruptcy heaeing (Leigh O'Dell) | 53.78 |
| 4/20/2022 | Hotel meal charges; LTL mediation (Leigh O'Dell) | 191.52 |
| 4/19/2022 | Meal; Food and Beverage for LTL mediation | 400.00 |
| 5/9/2022 | Meal; LTL mediation (Andy Birchfield) | 14.46 |
| 5/3/2022 | Meal; LTL Bankruptcy hearing (Andy Birchfield) | 8.00 |
| 4/20/2022 | Meal charges; Food and Beverage for LTL mediation | 1,270.38 |
| 4/20/2022 | Meeting Space rental remainder of fees; LTL mediation | 2,001.33 |
| 5/4/2022 | Cash Tips Reimbursement; LTL Bankruptcy hearing (Ted Meadows) | 10.00 |
| 4/18/2022 | FedEx Office; LTL mediation preparation (Leigh O'Dell) | 52.36 |
| 4/19/2022 | FedEx Office; LTL mediation preparation (Leigh O'Dell) | 79.98 |
| 4/19/2022 | FedEx Office; LTL mediation preparation (Leigh O'Dell) | 4.95 |
| 4/19/2022 | FedEx Office; LTL mediation preparation (Leigh O'Dell) | 23.25 |
| 5/12/2022 | Cash Tips Reimbursement; LTL Bankruptcy hearing (Ted Meadows) | 25.00 |
| 5/12/2022 | Cash Tips Reimbursement; LTL Bankrupcy mediaton (Leigh O'Dell) | 10.00 |
| 5/24/2022 | Cash Tips Reimbursement; LTL Bankruptcy hearing (Ted Meadows) | 10.00 |
| 4/25/2022 | Parking; LTL bankruptcy hearing | 12.00 |
| 4/12/2022 | Parking; LTL bankruptcy hearing (Leigh O'Dell) | 12.00 |
| 4/12/2022 | Parking; LTL bankruptcy hearing (Leigh O'Dell) | 38.00 |
| 4/20/2022 | Parking; LTL Mediation (Leigh O'Dell) | 56.00 |
| 3/30/2022 | CourtSolutions; Access to 3/30/2022 hearing | 50.00 |
| 5/8/2022 | Uber; LTL Mediation (Leigh O'Dell) | 125.10 |
| 4/18/2022 | Uber; LTL Mediation (Ted Meadows) | 109.29 |
| 5/3/2022 | Uber; LTL bankruptcy hearing (Leigh O'Dell) | 339.08 |
| | | 22,810.21 |

202100017080

Earlier flight out to NJ

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | |
|---|---|
| **Passenger(s):** | **BIRCHFIELD/ANTHONY DOW** |
| **Date:** | 25 March 2022 |
| **Invoice No:** | 5155055 |
| **Billing:** | BEASLEY ALLEN LAW FIRM |
| | 4160 PO BOX |
| | MONTGOME RY 36103 |

| | |
|---|---|
| **Booking Ref.:** | VNGAXV S-B30C |
| **Customer:** | 011677 |
| **Delivery Address:** | ANDY BIRCHFIELD |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com

| Delta Air Lines  Flight DL1623  Economy Class | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 03:20 PM Tuesday, March 29 2022 |
| **Arrive:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 05:33 PM Tuesday, March 29 2022 |
| **Duration:** | 2 hour(s) and 13 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: HXA2HP |
| **Equipment:** | Boeing 717-200 |
| **Seat:** | 21C Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| **Baggage Allowance:** | NIL |

| Princeton Marriott at Forrestal | |
|---|---|
| **Address:** | 100 College Road East, |
| | Princeton, NJ 08540 |
| | United States |
| **Tel:** | +1 (609) 452-7800 |
| **Fax:** | +1 (609) 452-7883 |
| **Check In/Check Out:** | Tuesday, March 29 2022 – Wednesday, March 30 2022 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 1 |
| **Rate per night:** | USD 153.00 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 81509176 |
| **Frequent Guest ID:** | 660926981 |
| **Cancellation Policy:** | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | KING NONSMOKING |

| Delta Air Lines  Flight DL858  Economy Class | |
|---|---|
| **Depart:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 02:10 PM Wednesday, March 30 2022 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 04:28 PM Wednesday, March 30 2022 |
| **Duration:** | 2 hour(s) and 18 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: HXA2HP |
| **Equipment:** | Boeing 737-800 Passenger |
| **Seat:** | 18A Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| **Baggage Allowance:** | NIL |

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE'S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

**Total Invoice Amount: $382.20 USD**
Electronic Ticket Number: 0067698549031
Invoice No.: 5155055
Ticket Amount: $357.20 USD
Form of Payment: VI************1756

Service Fee Number: 8900820378727
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the
aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Case 21-30589-MBK    Doc 3020-3    Filed 09/13/22    Entered 09/13/22 12:42:42    Desc
3/29/22, 2:15 PM                    Invoice - Itinerary Communication Attachment - VNGAXV - March 29 2022 19013983.html

Exhibit A-3    Page 5 of 61

4a

202100017080

Earlier flight out to NJ

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| **Passenger(s):** | **BIRCHFIELD/ANTHONY DOW** | | |
| **Date:** | 25 March 2022 | **Booking Ref.:** | VNGAXV S-B30C |
| **Invoice No:** | 5155055 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | ANDY BIRCHFIELD |
| | 4160 PO BOX | **Address:** | |
| | MONTGOME RY 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

### Delta Air Lines  Flight DL1623  Economy Class

| | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 03:20 PM Tuesday, March 29 2022 |
| Arrive: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 05:33 PM Tuesday, March 29 2022 |
| Duration: | 2 hour(s) and 13 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: HXA2HP |
| Equipment: | Boeing 717-200 |
| Seat: | 21C Confirmed |
| FF Number: | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| Baggage Allowance: | NIL |

### Princeton Marriott at Forrestal

| | |
|---|---|
| Address: | 100 College Road East |
| | Princeton, NJ 08540 |
| | United States |
| Tel: | +1 (609) 452-7800 |
| Fax: | +1 (609) 452-7883 |
| Check In/Check Out: | Tuesday, March 29 2022 - Wednesday, March 30 2022 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 1 |
| Rate per night: | USD 153.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 81509176 |
| Frequent Guest ID: | 660926981 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

### Delta Air Lines  Flight DL858  Economy Class

| | |
|---|---|
| Depart: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 02:10 PM Wednesday, March 30 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 04:28 PM Wednesday, March 30 2022 |
| Duration: | 2 hour(s) and 18 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: HXA2HP |
| Equipment: | Boeing 737-800 Passenger |
| Seat: | 18A Confirmed |
| FF Number: | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| Baggage Allowance: | NIL |

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE'S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

---

**Total Invoice Amount: $382.20 USD**
Electronic Ticket Number: 0067698549031
Invoice No.: 5155055
Ticket Amount: $357.20 USD
Form of Payment: VI************1756

Service Fee Number: 8900820378727
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the
aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Case 21-30589-MBK   Doc 3020-3   Filed 09/13/22   Entered 09/13/22 12:42:42   Desc
Invoice - Itemized Communication Attachment - VNGAXV - March 29 2022 18353313.html

3/30/22, 8:17 AM

Exhibit A 3  Page 7 of 61

5a

202100017080

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| Passenger(s): | BIRCHFIELD/ANTHONY DOW | | |
| Date: | 29 March 2022 | Booking Ref.: | VNGAXV S-B30C |
| Invoice No: | 5155055 | Customer: | 011677 |
| Billing: | BEASLEY ALLEN LAW FIRM | Delivery | ANDY BIRCHFIELD |
| | 4160 PO BOX | Address: | |
| | MONTGOME RY 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information.
http://exploreflightfees.com/

### Delta Air Lines  Flight DL2769  Economy Class

| | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 01:15 PM Tuesday, March 29 2022 |
| Arrive: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 03:20 PM Tuesday, March 29 2022 |
| Duration: | 2 hour(s) and 5 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: HXA2HP |
| Equipment: | Boeing 737-800 Passenger |
| Seat: | 17F Confirmed |
| FF Number: | DL2223443819 - BIRCHFIELD/ANTHONY DOW |

### Hertz Rent-A-Car

| | |
|---|---|
| Pick Up: | Hertz Newark Liberty Airport |
| | Newark Airport Building 23 |
| | Newark, New Jersey 07114 |
| | United States |
| | 03:30 PM Tuesday, March 29 2022 |
| Tel: | +1 (973) 621-2000 |
| Fax: | +1 (973) 961-3519 |
| Drop Off: | Hertz Newark Liberty Airport |
| | Newark Airport Building 23 |
| | Newark, New Jersey 07114 |
| | United States |
| | 02:10 PM Wednesday, March 30 2022 |
| Tel: | +1 (973) 621-2000 |
| Fax: | +1 (973) 961-3519 |
| Type: | Full Size 2/4 Door |
| Status: | Confirmed |
| Daily Rate: | USD 54.93 Plus Taxes and/or Fees |
| Estimated Total: | USD 85.83 |
| Extra Hour Fee: | USD 18.67 |
| Extra Charges: | 30.90 |
| Confirmation: | K0770932844 |
| Corp. Discount: | 2120375 |
| Frequent Renter ID: | ¤XXXXXX2183 |

### Princeton Marriott at Forrestal

| | |
|---|---|
| Address: | 100 College Road East. |
| | Princeton, NJ 08540 |
| | United States |
| Tel: | +1 (609) 452-7800 |

file:///C:/Users/lindsay.smith/Desktop/Invoice - Itinerary Communication Attachment - VNGAXV - March 29 2022 18353313.html

1/3

Case 21-30589-MBK   Doc 3020-3   Filed 09/13/22   Entered 09/13/22 12:42:42   Desc
3/30/22, 8:17 AM                    Invoice - Itinerary Communication Attachment - VNGAXV - March 29 2022 18353313.html

Exhibit A-3    Page 8 of 61                                                                                           5b

| Fax: | +1 (609) 452-7883 |
| Check In/Check Out: | Tuesday, March 29 2022 - Wednesday, March 30 2022 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 1 |
| Rate per night: | USD 153.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 81509176 |
| Frequent Guest ID: | 660926981 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

| Delta Air Lines  Flight DL858  Economy Class | |
|---|---|
| Depart: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 02:10 PM Wednesday, March 30 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 04:28 PM Wednesday, March 30 2022 |
| Duration: | 2 hour(s) and 18 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: HXA2HP |
| Equipment: | Boeing 737-800 Passenger |
| Seat: | 25C Confirmed |
| FF Number: | DL.2223443819 – BIRCHFIELD/ANTHONY DOW |

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL...
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE'S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS

Exhibit A-3  Page 9 of 61                                                                            5c

POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

---

**Total Invoice Amount: $200.00 USD**
Electronic Ticket Number: 006215749865
Ticket Amount: $175.00 USD
Form of Payment: VI***********1756

Service Fee Number: 8900820472450
Service Fee Amount: $25.00 USD

---

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the
aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's
prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for
transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

202100017080

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| **Passenger(s):** | BIRCHFIELD/ANTHONY DOW | | |
| **Date:** | 29 March 2022 | | |
| **Invoice No:** | 5155055 | **Booking Ref.:** | VNGAXV S-B30C |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Customer:** | 011677 |
| | 4160 PO BOX | **Delivery** | ANDY BIRCHFIELD |
| | MONTGOME RY 36103 | **Address:** | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

### Delta Air Lines Flight DL2769 Economy Class

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 01:15 PM Tuesday, March 29 2022 |
| **Arrive:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 03:20 PM Tuesday, March 29 2022 |
| **Duration:** | 2 hour(s) and 5 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: HXA2HP |
| **Equipment:** | Boeing 737-800 Passenger |
| **Seat:** | 17F Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |

### Hertz Rent-A-Car

| | |
|---|---|
| **Pick Up:** | Hertz Newark Liberty Airport |
| | Newark Airport Building 23 |
| | Newark, New Jersey 07114 |
| | United States |
| | 03:30 PM Tuesday, March 29 2022 |
| **Tel:** | +1 (973) 621-2000 |
| **Fax:** | +1 (973) 961-3519 |
| **Drop Off:** | Hertz Newark Liberty Airport |
| | Newark Airport Building 23 |
| | Newark, New Jersey 07114 |
| | United States |
| | 02:10 PM Wednesday, March 30 2022 |
| **Tel:** | +1 (973) 621-2000 |
| **Fax:** | +1 (973) 961-3519 |
| **Type:** | Full Size 2/4 Door |
| **Status:** | Confirmed |
| **Daily Rate:** | USD 54.93 Plus Taxes and/or Fees |
| **Estimated Total:** | USD 85.83 |
| **Extra Hour Fee:** | USD 18.67 |
| **Extra Charges:** | 30.90 |
| **Confirmation:** | K0770932844 |
| **Corp. Discount:** | 2120375 |
| **Frequent Renter ID:** | ¤XXXXXX2183 |

### Princeton Marriott at Forrestal

| | |
|---|---|
| **Address:** | 100 College Road East, |
| | Princeton, NJ 08540 |
| | United States |
| **Tel:** | +1 (609) 452-7800 |

file:///C:/Users/lindsay.smith/Desktop/Invoice - Itinerary Communication Attachment - VNGAXV - March 29 2022 18353313.html

1/3

| Fax: | +1 (609) 452-7883 |
|---|---|
| Check In/Check Out: | Tuesday, March 29 2022 - Wednesday, March 30 2022 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 1 |
| Rate per night: | USD 153.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 81509176 |
| Frequent Guest ID: | 660926981 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

| Delta Air Lines  Flight DL858  Economy Class | |
|---|---|
| Depart: | Newark Liberty International, TERMINAL B<br>Newark, New Jersey, United States<br>02:10 PM Wednesday, March 30 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL<br>Atlanta, Georgia, United States<br>04:28 PM Wednesday, March 30 2022 |
| Duration: | 2 hour(s) and 18 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: HXA2HP |
| Equipment: | Boeing 737-800 Passenger |
| Seat: | 25C Confirmed |
| FF Number: | DL2223443819 - BIRCHFIELD/ANTHONY DOW |

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN...
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS

POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL....
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

**Total Invoice Amount: $200.00 USD**
Electronic Ticket Number: 006215749865
Ticket Amount: $175.00 USD
Form of Payment: VI************1756

Service Fee Number: 8900820472450
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the
aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's
prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for
transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

202100017080
JNJ Bankruptcy Hearing

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| Passenger(s): | BIRCHFIELD/ANTHONY DOW | | |
| Date: | 07 April 2022 | Booking Ref.: | HHAIVG S-B30C |
| Invoice No: | 5158918 | Customer: | 011677 |
| Billing: | BEASLEY ALLEN LAW FIRM | Delivery | ANDY BIRCHFIELD |
| | 4160 PO BOX | Address: | |
| | MONTGOME RY 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

### Delta Air Lines  Flight DL2769  Economy Class

| | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 12:59 PM Monday, April 11 2022 |
| Arrive: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 03:04 PM Monday, April 11 2022 |
| Duration: | 2 hour(s) and 5 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: G3L7WI |
| Equipment: | Airbus Industrie A320 |
| Seat: | 16D Confirmed |
| FF Number: | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| Baggage Allowance: | NIL |

### Princeton Marriott at Forrestal

| | |
|---|---|
| Address: | 100 College Road East. |
| | Princeton, NJ 08540 |
| | United States |
| Tel: | +1 (609) 452-7800 |
| Fax: | +1 (609) 452-7883 |
| Check In/Check Out: | Monday, April 11 2022 - Tuesday, April 12 2022 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 1 |
| Rate per night: | USD 204.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 70356042 |
| Frequent Guest ID: | 660926981 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

### Delta Air Lines  Flight DL1741  Economy Class

| | |
|---|---|
| Depart: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 06:35 PM Tuesday, April 12 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 08:57 PM Tuesday, April 12 2022 |
| Duration: | 2 hour(s) and 22 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: G3L7WI |
| Equipment: | Boeing 717-200 |
| Seat: | 19C Confirmed |
| FF Number: | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| Baggage Allowance: | NIL |

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE"S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL....
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

**Total Invoice Amount: $482.20 USD**
Electronic Ticket Number: 0067758299900
Invoice No.: 5158918
Ticket Amount: $457.20 USD
Form of Payment: VI************1756

Service Fee Number: 8900820897254
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the
aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Case 21-30589-MBK   Doc 3020-3   Filed 09/13/22   Entered 09/13/22 12:42:42   Desc
Invoice - Exhibit A-3 nicaPage 15 of 61 AIVG - April 11 2022 22351451.html

4/8/22, 8.10 AM

14a

202100017080
JNJ Bankruptcy Hearing

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| **Passenger(s):** | **BIRCHFIELD/ANTHONY DOW** | | |
| **Date:** | 07 April 2022 | **Booking Ref.:** | HHAIVG S-B30C |
| **Invoice No:** | 5158918 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | ANDY BIRCHFIELD |
| | 4160 PO BOX | **Address:** | |
| | MONTGOME RY 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

### Delta Air Lines  Flight DL2769  Economy Class

| | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL Atlanta, Georgia, United States 12:59 PM Monday, April 11 2022 |
| Arrive: | Newark Liberty International, TERMINAL B Newark, New Jersey, United States 03:04 PM Monday, April 11 2022 |
| Duration: | 2 hour(s) and 5 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: G3L7WI |
| Equipment: | Airbus Industrie A320 |
| Seat: | 16D Confirmed |
| FF Number: | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| Baggage Allowance: | NIL |

### Princeton Marriott at Forrestal

| | |
|---|---|
| Address: | 100 College Road East. Princeton, NJ 08540 United States |
| Tel: | +1 (609) 452-7800 |
| Fax: | +1 (609) 452-7883 |
| Check In/Check Out: | Monday, April 11 2022 - Tuesday, April 12 2022 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 1 |
| Rate per night: | USD 204.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 70356042 |
| Frequent Guest ID: | 660926981 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

### Delta Air Lines  Flight DL1741  Economy Class

| | |
|---|---|
| Depart: | Newark Liberty International, TERMINAL B Newark, New Jersey, United States 06:35 PM Tuesday, April 12 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL Atlanta, Georgia, United States 08:57 PM Tuesday, April 12 2022 |
| Duration: | 2 hour(s) and 22 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: G3L7WI |
| Equipment: | Boeing 717-200 |
| Seat: | 19C Confirmed |
| FF Number: | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| Baggage Allowance: | NIL |

file:///C:/Users/lindsay.smith/Desktop/Invoice - Itinerary Communication Attachment - HHAIVG - April 11 2022 22351451.html

1/3

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE'S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL....
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

**Total Invoice Amount: $482.20 USD**
Electronic Ticket Number: 0067758299900
Invoice No.: 5158917
Ticket Amount: $457.20 USD
Form of Payment: VI***********1756

Service Fee Number: 8900820897254
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the
aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

202100017080
PLO Flight to NJ for hearing (needed new firm card)

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | |
|---|---|
| Passenger(s): | **ODELL/PATRICIA LEIGH** |
| Date: | 08 April 2022 |
| Invoice No: | 5159001 |
| Billing: | BEASLEY ALLEN LAW FIRM |
| | 4160 PO BOX |
| | MONTGOME RY 36103 |

| | |
|---|---|
| Booking Ref.: | KNLXNI S-B30C |
| Customer: | 011677 |
| Delivery Address: | ANDY BIRCHFIELD |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information
http://exploreflightfees.com/

### Delta Air Lines  Flight DL2769  Economy Class

| | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 12:59 PM Monday, April 11 2022 |
| Arrive: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 03:04 PM Monday, April 11 2022 |
| Duration: | 2 hour(s) and 5 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: GJIFRD |
| Equipment: | Airbus Industrie A320 |
| Seat: | 16C Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | NIL |

### Princeton Marriott at Forrestal

| | |
|---|---|
| Address: | 100 College Road East, |
| | Princeton, NJ 08540 |
| | United States |
| Tel: | +1 (609) 452-7800 |
| Fax: | +1 (609) 452-7883 |
| Check In/Check Out: | Monday, April 11 2022 - Tuesday, April 12 2022 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 1 |
| Rate per night: | USD 204.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 70359712 |
| Frequent Guest ID: | 859397861 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

### Delta Air Lines  Flight DL1741  Economy Class

| | |
|---|---|
| Depart: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 06:35 PM Tuesday, April 12 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 08:57 PM Tuesday, April 12 2022 |
| Duration: | 2 hour(s) and 22 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference  GJIFRD |
| Equipment: | Boeing 717-200 |
| Seat: | 19E Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | NIL |

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE'S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

**Total Invoice Amount: $522.20 USD**
Electronic Ticket Number: 0067758299987
Invoice No.: 5159001
Ticket Amount: $497.20 USD
Form of Payment: VI************1756

Service Fee Number: 8900820913651
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the
aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

202100017080
PLO Flight to NJ for hearing (needed new firm card)

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| Passenger(s): | **ODELL/PATRICIA LEIGH** | | |
| Date: | 08 April 2022 | **Booking Ref.:** | KNLXNI S-B30C |
| Invoice No: | 5159001 | **Customer:** | 011677 |
| Billing: | BEASLEY ALLEN LAW FIRM | **Delivery** | ANDY BIRCHFIELD |
| | 4160 PO BOX | **Address:** | |
| | MONTGOME RY 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information
http://exploreflightfees.com

| **Delta Air Lines  Flight DL2769  Economy Class** | |
| --- | --- |
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 12:59 PM Monday, April 11 2022 |
| Arrive: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 03:04 PM Monday, April 11 2022 |
| Duration: | 2 hour(s) and 5 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: G3IFRD |
| Equipment: | Airbus Industrie A320 |
| Seat: | 16C Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | NIL |

| **Princeton Marriott at Forrestal** | |
| --- | --- |
| Address: | 100 College Road East, |
| | Princeton, NJ 08540 |
| | United States |
| Tel: | +1 (609) 452-7800 |
| Fax: | +1 (609) 452-7883 |
| Check In/Check Out: | Monday, April 11 2022 - Tuesday, April 12 2022 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 1 |
| Rate per night: | USD 204.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 70359712 |
| Frequent Guest ID: | 859397861 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

| **Delta Air Lines  Flight DL1741  Economy Class** | |
| --- | --- |
| Depart: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 06:35 PM Tuesday, April 12 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 08:57 PM Tuesday, April 12 2022 |
| Duration: | 2 hour(s) and 22 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: G3IFRD |
| Equipment: | Boeing 717-200 |
| Seat: | 19E Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | NIL |

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT--PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE'S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

**Total Invoice Amount: $522.20 USD**
Electronic Ticket Number: 0067758299987
Invoice No.: 5159001
Ticket Amount: $497.20 USD
Form of Payment: VI************1756

Service Fee Number: 8900820913651
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the
aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Case 21-30589-MBK   Doc 3020-3   Filed 09/13/22   Entered 09/13/22 12:42:42   Desc
Invoice - Exhibit A - 3 nica... Page 21 of 61 VVWJ - April 18 2022 22520969.html

4/13/22, 7:58 AM

20a

LTL Mediation
202100017080

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| **Passenger(s):** | **BIRCHFIELD/ANTHONY DOW** | | |
| **Date:** | 12 April 2022 | **Booking Ref.:** | GWVVWJ S-B30C |
| **Invoice No:** | 5160159 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | ANDY BIRCHFIELD |
| | 4160 PO BOX | **Address:** | |
| | MONTGOME RY 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

| **Delta Air Lines  Flight DL549  Economy Class** | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL<br>Atlanta, Georgia, United States<br>12:30 PM Monday, April 18 2022 |
| **Arrive:** | LaGuardia Airport<br>New York, New York, United States<br>02:43 PM Monday, April 18 2022 |
| **Duration:** | 2 hour(s) and 13 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: HI72JG |
| **Equipment:** | Airbus Industrie A321 |
| **Seat:** | 27A Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| **Baggage Allowance:** | NIL |

| **Delta Air Lines  Flight DL529  Economy Class** | |
|---|---|
| **Depart:** | LaGuardia Airport<br>New York, New York, United States<br>12:29 PM Wednesday, April 20 2022 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL<br>Atlanta, Georgia, United States<br>03:02 PM Wednesday, April 20 2022 |
| **Duration:** | 2 hour(s) and 33 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: HI72JG |
| **Equipment:** | Airbus Industrie A320 |
| **Seat:** | 20D Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| **Baggage Allowance:** | NIL |

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....

file:///C:/Users/lindsay.smith/Desktop/Invoice - Itinerary Communication Attachment - GWVVWJ - April 18 2022 22520969.html

1/2

Case 21-30589-MBK   Doc 3020-3   Filed 09/13/22   Entered 09/13/22 12:42:42   Desc
4/13/22, 7:58 AM                    Invoice - Exhibit A-3 nicati Page 22 of 61 WWJ - April 18 2022 22520969.html

20b

THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

---

**Total Invoice Amount: $352.20 USD**
Electronic Ticket Number: 0067759191927
Invoice No.: 5160159
Ticket Amount: $327.20 USD
Form of Payment: VI***********1756

Service Fee Number: 8900821074686
Service Fee Amount: $25.00 USD

---

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

file:///C:/Users/lindsay.smith/Desktop/Invoice - Itinerary Communication Attachment - GWWWJ - April 18 2022 22520969.html

2/2

LTL Mediation
202100017080

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

**Passenger(s):** **BIRCHFIELD/ANTHONY DOW**
**Date:** 12 April 2022
**Invoice No:** 5160159
**Billing:** BEASLEY ALLEN LAW FIRM
4160 PO BOX
MONTGOME RY 36103

**Booking Ref.:** GWVVWJ S-B30C
**Customer:** 011677
**Delivery Address:** ANDY BIRCHFIELD

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

| Delta Air Lines  Flight DL549  Economy Class | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 12:30 PM Monday, April 18 2022 |
| Arrive: | LaGuardia Airport |
| | New York, New York, United States |
| | 02:43 PM Monday, April 18 2022 |
| Duration: | 2 hour(s) and 13 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: HI72JG |
| Equipment: | Airbus Industrie A321 |
| Seat: | 27A Confirmed |
| FF Number: | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| Baggage Allowance: | NIL |

| Delta Air Lines  Flight DL529  Economy Class | |
|---|---|
| Depart: | LaGuardia Airport |
| | New York, New York, United States |
| | 12:29 PM Wednesday, April 20 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 03:02 PM Wednesday, April 20 2022 |
| Duration: | 2 hour(s) and 33 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: HI72JG |
| Equipment: | Airbus Industrie A320 |
| Seat: | 20D Confirmed |
| FF Number: | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| Baggage Allowance: | NIL |

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....

THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

---

**Total Invoice Amount: $352.20 USD**
Electronic Ticket Number: 0067759191927
Invoice No.: 5160159
Ticket Amount: $327.20 USD
Form of Payment: VI************1756

Service Fee Number: 8900821074686
Service Fee Amount: $25.00 USD

---

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the
aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's
prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for
transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

Case 21-30589-MBK   Doc 3020-3   Filed 09/13/22   Entered 09/13/22 12:42:42   Desc
Invoice - Exhibit An3nicaRagen25eof 61/VVWJ - April 18 2022 13564740.html   25a

4/20/22, 9:16 AM

202100017080
LTL Mediation
Return flight change

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | |
|---|---|
| **Passenger(s):** | **BIRCHFIELD/ANTHONY DOW** |
| **Date:** | 20 April 2022 |
| **Invoice No:** | 5162421 |
| **Billing:** | BEASLEY ALLEN LAW FIRM |
| | 4160 PO BOX |
| | MONTGOME RY 36103 |

| | |
|---|---|
| **Booking Ref.:** | GWVVWJ S-B30C |
| **Customer:** | 011677 |
| **Delivery Address:** | ANDY BIRCHFIELD |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

---

**Delta Air Lines  Flight DL549  Economy Class**

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL |
| | Atlanta, Georgia, United States |
| | 12:30 PM Monday, April 18 2022 |
| **Arrive:** | LaGuardia Airport |
| | New York, New York, United States |
| | 02:43 PM Monday, April 18 2022 |
| **Duration:** | 2 hour(s) and 13 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: HI72JG |
| **Seat:** | 27A Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |

---

**Delta Air Lines  Flight DL507  Economy Class**

| | |
|---|---|
| **Depart:** | LaGuardia Airport |
| | New York, New York, United States |
| | 02:45 PM Wednesday, April 20 2022 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 05:15 PM Wednesday, April 20 2022 |
| **Duration:** | 2 hour(s) and 30 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: HI72JG |
| **Equipment:** | Airbus Industrie A320 |
| **Seat:** | 15E Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| **Baggage Allowance:** | NIL |

---

CHANGED RETURN FLIGHT ORIG DL TKT 0067759191927
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN...
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID

THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDAGES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE'S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

**Total Invoice Amount: $245.00 USD**
Electronic Ticket Number: 0067760734266
Invoice No.: 5162421
Ticket Amount: $220.00 USD
Form of Payment: VI************1756

Electronic Ticket Number: 8900821370301
Ticket Amount: $25.00 USD
Form of Payment: VI************1756

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the
aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's
prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for
transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

202100017080
LTL Hearing

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| **Passenger(s):** | BIRCHFIELD/ANTHONY DOW | | |
| **Date:** | 21 April 2022 | | |
| **Invoice No:** | 5163172 | **Booking Ref.:** | DXREBX S-B30C |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Customer:** | 011677 |
| | 4160 PO BOX | **Delivery** | ANDY BIRCHFIELD |
| | MONTGOME RY 36103 | **Address:** | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

### Delta Air Lines  Flight DL2769  Economy Class

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 01:11 PM Tuesday, May 3 2022 |
| **Arrive:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 03:20 PM Tuesday, May 3 2022 |
| **Duration:** | 2 hour(s) and 9 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: JO3AFB |
| **Equipment:** | Airbus Industrie A320 |
| **Seat:** | 16F Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| **Baggage Allowance:** | NIL |

### Princeton Marriott at Forrestal

| | |
|---|---|
| **Address:** | 100 College Road East, |
| | Princeton, NJ 08540 |
| | United States |
| **Tel:** | +1 (609) 452-7800 |
| **Fax:** | +1 (609) 452-7883 |
| **Check In/Check Out:** | Tuesday, May 3 2022 - Wednesday, May 4 2022 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 1 |
| **Rate per night:** | USD 189.00 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 94279754 |
| **Frequent Guest ID:** | 660926981 |
| **Cancellation Policy:** | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | KING NONSMOKING |

### Delta Air Lines  Flight DL1741  Economy Class

| | |
|---|---|
| **Depart:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 06:35 PM Wednesday, May 4 2022 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 08:57 PM Wednesday, May 4 2022 |
| **Duration:** | 2 hour(s) and 22 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: JO3AFB |
| **Equipment:** | Boeing 717-200 |
| **Seat:** | 19E Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| **Baggage Allowance:** | NIL |

Case 21-30589-MBK    Doc 3020-3    Filed 09/13/22    Entered 09/13/22 12:42:42    Desc
Invoice Exhibit A-3 unich  Page 28 of 61 REBX - May 3 2022 19572455.html    26b

4/22/22, 8:46 AM    26b

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDAGES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE'S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

**Total Invoice Amount: $427.20 USD**
Electronic Ticket Number: 0067761067106
Invoice No.: 5163172
Ticket Amount: $402.20 USD
Form of Payment: VI************1756

Service Fee Number: 8900821441046
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the
aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

202100017080
LTL Hearing

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

**Passenger(s):**  **BIRCHFIELD/ANTHONY DOW**
**Date:**        21 April 2022
**Invoice No:**   5163172
**Billing:**     BEASLEY ALLEN LAW FIRM
                4160 PO BOX
                MONTGOME RY 36103

**Booking Ref.:**  DXREBX S-B30C
**Customer:**     011677
**Delivery
Address:**       ANDY BIRCHFIELD

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

| Delta Air Lines  Flight DL2769  Economy Class | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 01:11 PM Tuesday, May 3 2022 |
| Arrive: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 03:20 PM Tuesday, May 3 2022 |
| Duration: | 2 hour(s) and 9 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: JQ8AFB |
| Equipment: | Airbus Industrie A320 |
| Seat: | 16F Confirmed |
| FF Number: | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| Baggage Allowance: | NIL |

| Princeton Marriott at Forrestal | |
|---|---|
| Address: | 100 College Road East. |
| | Princeton, NJ 08540 |
| | United States |
| Tel: | +1 (609) 452-7800 |
| Fax: | +1 (609) 452-7883 |
| Check In/Check Out: | Tuesday, May 3 2022 - Wednesday, May 4 2022 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 1 |
| Rate per night: | USD 189.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 94279754 |
| Frequent Guest ID: | 660926981 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

| Delta Air Lines  Flight DL1741  Economy Class | |
|---|---|
| Depart: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 06:35 PM Wednesday, May 4 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 08:57 PM Wednesday, May 4 2022 |
| Duration: | 2 hour(s) and 22 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: QJ8AFB |
| Equipment: | Boeing 717-200 |
| Seat: | 19E Confirmed |
| FF Number: | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| Baggage Allowance: | NIL |

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE'S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

**Total Invoice Amount: $427.20 USD**
Electronic Ticket Number: 0067761067106
Invoice No.: 5163172
Ticket Amount: $402.20 USD
Form of Payment: VI************1756

Service Fee Number: 8900821441046
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the
aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

| From: | Clay Nottrodt |
|---|---|
| To: | Ted Meadows |
| Cc: | Leigh O"Dell; Lindsay Moore; Brittney Clemons |
| Subject: | [EXT] Apr 11-12 - Confirmation – Ted Meadows |
| Date: | Friday, April 8, 2022 4:36:19 PM |
| Attachments: | Invoice - Itinerary Communication Attachment - TTWUYY - April 11 2022 21325163.html |
| | DL Flight Number 2769 ATL EWR Departs 1259 PM (Local Time)TED GORDON MEADOWS.ics |
| | DL Flight Number 1741 EWR ATL Departs 635 PM (Local Time)TED GORDON MEADOWS.ics |
| | Hotel Confirmation Number 71968368 TED GORDON MEADOWS.ics |

**[EXTERNAL]**

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| Passenger(s): | **MEADOWS/TED GORDON** | | |
|---|---|---|---|
| Date: | 08 April 2022 | | |
| Invoice No: | 5159239 | **Booking Ref.:** | TTWUYY S-B30C |
| Billing: | BEASLEY ALLEN LAW FIRM | **Customer:** | 011677 |
| | 4160 PO BOX | **Delivery** | TED MEADOWS |
| | MONTGOMERY AL 36103 | **Address:** | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

## AIR - Monday, April 11 2022

### Delta Air Lines  Flight DL2769  Economy Class

| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
|---|---|
| | Atlanta, Georgia, United States |
| | 12:59 PM Monday, April 11 2022 |
| Arrive: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 03:04 PM Monday, April 11 2022 |
| Duration: | 2 hour(s) and 5 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: JPLQSY |
| Equipment: | Airbus Industrie A320 |
| Seat: | 27D Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

**Weather**

## HOTEL - Monday, April 11 2022

### Princeton Marriott at Forrestal

| Address: | 100 College Road East, |
|---|---|
| | Princeton, NJ 08540 |
| | United States |
| Tel: | +1 (609) 452-7800 |
| Fax: | +1 (609) 452-7883 |
| Check In/Check Out: | Monday, April 11 2022 - Tuesday, April 12 2022 |

| Status: | Confirmed |
|---|---|
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 1 |
| Rate per night: | USD 221.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 71968368 |
| Frequent Guest ID: | 345029743 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

## AIR - Tuesday, April 12 2022

### Delta Air Lines  Flight DL1741  Economy Class

| Depart: | Newark Liberty International, TERMINAL B |
|---|---|
| | Newark, New Jersey, United States |
| | 06:35 PM Tuesday, April 12 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 08:57 PM Tuesday, April 12 2022 |
| Duration: | 2 hour(s) and 22 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: JPLQ8V |
| Equipment: | Boeing 717-200 |
| Seat: | 21A Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

Weather

## Remarks

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION. CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY... THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE.. USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

**Invoice**

**Total Invoice Amount: $477.20 USD**
Electronic Ticket Number: 0067758534525
Invoice No.: 5159239
Ticket Amount: $452.20 USD
Form of Payment: VI************4404

Service Fee Number: 8900820945228
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on
the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's
prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for
transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

| From: | Clay Nottrodt |
|---|---|
| To: | Ted Meadows |
| Cc: | Leigh O"Dell; Lindsay Moore; Brittney Clemons |
| Subject: | [EXT] Apr 11-12 - Confirmation - Ted Meadows |
| Date: | Friday, April 8, 2022 4:36:19 PM |
| Attachments: | Invoice - Itinerary Communication Attachment - TTWUYY - April 11 2022 21325163.html |
| | DL Flight Number 2769 ATL EWR Departs 1259 PM (Local Time)TED GORDON MEADOWS.ics |
| | DL Flight Number 1741 EWR ATL Departs 635 PM (Local Time)TED GORDON MEADOWS.ics |
| | Hotel Confirmation Number 71968368 TED GORDON MEADOWS.ics |

**[EXTERNAL]**

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| Passenger(s): | **MEADOWS/TED GORDON** | | |
|---|---|---|---|
| Date: | 08 April 2022 | Booking Ref.: | TTWUYY S-B30C |
| Invoice No: | 5159239 | Customer: | 011677 |
| Billing: | BEASLEY ALLEN LAW FIRM | Delivery | TED MEADOWS |
| | 4160 PO BOX | Address: | |
| | MONTGOMERY AL 36103 | | |

Traveler Information:                                     Airline baggage and ancillary fee information:
http://www.tsa.gov/traveler-information/          http://exploreflightfees.com/

## AIR - Monday, April 11 2022

### Delta Air Lines  Flight DL2769  Economy Class

| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
|---|---|
| | Atlanta, Georgia, United States |
| | 12:59 PM Monday, April 11 2022 |
| Arrive: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 03:04 PM Monday, April 11 2022 |
| Duration: | 2 hour(s) and 5 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: JPLQ5V |
| Equipment: | Airbus Industrie A320 |
| Seat: | 27D Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

**Weather**

## HOTEL - Monday, April 11 2022

### Princeton Marriott at Forrestal

| Address: | 100 College Road East. |
|---|---|
| | Princeton, NJ 08540 |
| | United States |
| Tel: | +1 (609) 452-7800 |
| Fax: | +1 (609) 452-7883 |
| Check In/Check Out: | Monday, April 11 2022 - Tuesday, April 12 2022 |

| | |
|---|---|
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 1 |
| **Rate per night:** | USD 221.00 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 71968368 |
| **Frequent Guest ID:** | 345029743 |
| **Cancellation Policy:** | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | KING NONSMOKING |

## AIR - Tuesday, April 12 2022

### Delta Air Lines  Flight DL1741  Economy Class

| | |
|---|---|
| **Depart:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 06:35 PM Tuesday, April 12 2022 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 08:57 PM Tuesday, April 12 2022 |
| **Duration:** | 2 hour(s) and 22 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: JPLQ3 |
| **Equipment:** | Boeing 717-200 |
| **Seat:** | 21A Confirmed |
| **FF Number:** | DL2353000801 - MEADOWS/TED GORDON |
| **Baggage Allowance:** | NIL |

### Weather

### Remarks

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

4-C

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $477.20 USD**
Electronic Ticket Number: 0067758534525
Invoice No.: 5159239
Ticket Amount: $452.20 USD
Form of Payment: VI***********4404

Service Fee Number: 8900820945228
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on
the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's
prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for
transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

| From: | Lindsay Moore |
|---|---|
| To: | Brittney Clemons |
| Subject: | FW: [EXT] Apr 18-20 – Confirmation – Ted Meadows |
| Date: | Wednesday, April 13, 2022 8:42:53 AM |
| Attachments: | Invoice – Itinerary Communication Attachment – GWAZNG – April 18 2022 13244758.html |
| | DL Flight Number 549 ATL LGA Departs 1230 PM (Local Time)TED GORDON MEADOWS.ics |
| | DL Flight Number 529 LGA ATL Departs 1229 PM (Local Time)TED GORDON MEADOWS.ics |
| | Hotel Confirmation Number 80478460 TED GORDON MEADOWS.ics |

## Lindsay M. Moore

Administrative Assistant
334.495.1120 direct

**From:** Clay Nottrodt <claynot@msn.com>
**Sent:** Wednesday, April 13, 2022 8:34 AM
**To:** Lindsay Moore <Lindsay.Moore@BeasleyAllen.com>
**Subject:** [EXT] Apr 18-20 – Confirmation – Ted Meadows

**[EXTERNAL]**

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| Passenger(s): | **MEADOWS/TED GORDON** | | |
|---|---|---|---|
| Date: | 13 April 2022 | **Booking Ref.:** | GWAZNG S-B30C |
| Invoice No: | 5160227 | **Customer:** | 011677 |
| Billing: | BEASLEY ALLEN LAW FIRM | **Delivery** | TED MEADOWS |
| | 4160 PO BOX | **Address:** | |
| | MONTGOMERY AL 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

**AIR - Monday, April 18 2022**
**Delta Air Lines  Flight DL549  Economy Class**
| Depart: | Hartsfield-Jackson ATL. SOUTH TERMINAL |
|---|---|
| | Atlanta, Georgia, United States |

| | 12:30 PM Monday, April 18 2022 |
|---|---|
| **Arrive:** | LaGuardia Airport |
| | New York, New York, United States |
| | 02:43 PM Monday, April 18 2022 |
| **Duration:** | 2 hour(s) and 13 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: HI8B37 |
| **Equipment:** | Airbus Industrie A321 |
| **Seat:** | 28D Confirmed |
| **FF Number:** | DL2353000801 - MEADOWS/TED GORDON |
| **Baggage Allowance:** | NIL |

**Weather**

## HOTEL - Monday, April 18 2022

**The Times Square Edition**

| | |
|---|---|
| **Address:** | 20 Times Sq 701 7th Ave at Wes |
| | New York, NY 10036 |
| | United States |
| **Tel:** | +1 (212) 398-7017 |
| **Fax:** | +1 (212) 398-4747 |
| **Check In/Check Out:** | Monday, April 18 2022 - Wednesday, April 20 2022 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 2 |
| **Rate per night:** | USD 536.00 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 80478460 |
| **Frequent Guest ID:** | 345029743 |
| **Cancellation Policy:** | 03D CANCEL 3 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | KING NONSMOKING |

## AIR - Wednesday, April 20 2022

**Delta Air Lines  Flight DL529  Economy Class**

| | |
|---|---|
| **Depart:** | LaGuardia Airport |
| | New York, New York, United States |
| | 12:29 PM Wednesday, April 20 2022 |
| **Arrive:** | Hartsfield-Jackson ATL. SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 03:02 PM Wednesday, April 20 2022 |
| **Duration:** | 2 hour(s) and 33 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: HI8B37 |
| **Equipment:** | Airbus Industrie A320 |
| **Seat:** | 25D Confirmed |
| **FF Number:** | DL2353000801 - MEADOWS/TED GORDON |
| **Baggage Allowance:** | NIL |

**Weather**

**Remarks**

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID

THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE'S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $352.20 USD**
Electronic Ticket Number: 0067759340778
Invoice No.: 5160227
Ticket Amount: $327.20 USD
Form of Payment: VI************4404

Service Fee Number: 8900821085509
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

| From: | Lindsay Moore |
|-------|---------------|
| To: | Brittney Clemons |
| Subject: | FW: [EXT] Apr 18-20 - Confirmation - Ted Meadows |
| Date: | Wednesday, April 13, 2022 8:42:53 AM |
| Attachments: | Invoice - Itinerary Communication Attachment - GWAZNG - April 18 2022 13244758.html |
| | DL Flight Number 549 ATL LGA Departs 1230 PM (Local Time)TED GORDON MEADOWS.ics |
| | DL Flight Number 529 LGA ATL Departs 1229 PM (Local Time)TED GORDON MEADOWS.ics |
| | Hotel Confirmation Number 80478460 TED GORDON MEADOWS.ics |

## Lindsay M. Moore

Administrative Assistant
334.495.1120 direct

**From:** Clay Nottrodt <claynot@msn.com>
**Sent:** Wednesday, April 13, 2022 8:34 AM
**To:** Lindsay Moore <Lindsay.Moore@BeasleyAllen.com>
**Subject:** [EXT] Apr 18-20 - Confirmation - Ted Meadows

### [EXTERNAL]

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| Passenger(s): | **MEADOWS/TED GORDON** | | |
|---------------|------------------------|---|---|
| Date: | 13 April 2022 | Booking Ref.: | GWAZNG S-B30C |
| Invoice No: | 5160227 | Customer: | 011677 |
| Billing: | BEASLEY ALLEN LAW FIRM | Delivery | TED MEADOWS |
| | 4160 PO BOX | Address: | |
| | MONTGOMERY AL 36103 | | |

Traveler Information:                          Airline baggage and ancillary fee information:
http://www.tsa.gov/traveler-information/       http://exploreflightfees.com/

**AIR - Monday, April 18 2022**

**Delta Air Lines  Flight DL549  Economy Class**
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
|---------|----------------------------------------|
| | Atlanta, Georgia, United States |

| | |
|---|---|
| | 12:30 PM Monday, April 18 2022 |
| Arrive: | LaGuardia Airport |
| | New York, New York, United States |
| | 02:43 PM Monday, April 18 2022 |
| Duration: | 2 hour(s) and 13 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: HH317 |
| Equipment: | Airbus Industrie A321 |
| Seat: | 28D Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

**Weather**

## HOTEL - Monday, April 18 2022

**The Times Square Edition**

| | |
|---|---|
| Address: | 20 Times Sq 701 7th Ave at Wes |
| | New York, NY 10036 |
| | United States |
| Tel: | +1 (212) 398-7017 |
| Fax: | +1 (212) 398-4747 |
| Check In/Check Out: | Monday, April 18 2022 - Wednesday, April 20 2022 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 2 |
| Rate per night: | USD 536.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 80478460 |
| Frequent Guest ID: | 345029743 |
| Cancellation Policy: | 03D CANCEL 3 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

## AIR - Wednesday, April 20 2022

**Delta Air Lines  Flight DL529  Economy Class**

| | |
|---|---|
| Depart: | LaGuardia Airport |
| | New York, New York, United States |
| | 12:29 PM Wednesday, April 20 2022 |
| Arrive: | Hartsfield-Jackson ATL. SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 03:02 PM Wednesday, April 20 2022 |
| Duration: | 2 hour(s) and 33 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: HH817 |
| Equipment: | Airbus Industrie A320 |
| Seat: | 25D Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

**Weather**

**Remarks**

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID

THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $352.20 USD**
Electronic Ticket Number: 0067759340778
Invoice No.: 5160227
Ticket Amount: $327.20 USD
Form of Payment: VI************4404

Service Fee Number: 8900821085509
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

| From: | Clay Nottrodt |
|---|---|
| To: | Ted Meadows |
| Cc: | Lindsay Moore; Brittney Clemons |
| Subject: | [EXT] Apr 20 - Later return flight confirmed - Ted Meadows |
| Date: | Wednesday, April 20, 2022 9:21:38 AM |
| Attachments: | Invoice - Itinerary Communication Attachment - GWAZNG - April 18 2022 14172561.html |
| | DL Flight Number 549 ATL LGA Departs 1230 PM (Local Time)TED GORDON MEADOWS.ics |
| | DL Flight Number 507 LGA ATL Departs 245 PM (Local Time)TED GORDON MEADOWS.ics |
| | Hotel Confirmation Number 80478460 TED GORDON MEADOWS.ics |

**[EXTERNAL]**

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| Passenger(s): | **MEADOWS/TED GORDON** | | |
|---|---|---|---|
| Date: | 20 April 2022 | Booking Ref.: | GWAZNG S-B30C |
| Invoice No: | 5162438 | Customer: | 011677 |
| Billing: | BEASLEY ALLEN LAW FIRM | Delivery | TED MEADOWS |
| | 4160 PO BOX | Address: | |
| | MONTGOMERY AL 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

### AIR - Monday, April 18 2022 (Flown)

**Delta Air Lines Flight DL549 Premium Economy Class**

| Depart: | Hartsfield-Jackson ATL |
|---|---|
| | Atlanta, Georgia, United States |
| | 12:30 PM Monday, April 18 2022 |
| Arrive: | LaGuardia Airport |
| | New York, New York, United States |
| | 02:43 PM Monday, April 18 2022 |
| Duration: | 2 hour(s) and 13 minute(s) Non-stop |
| Status: | Cancelled - Delta Air Lines Booking Reference: |
| Seat: | Assigned at Check-in |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |

**Weather**

### HOTEL - Monday, April 18 2022

**The Times Square Edition**

| Address: | 20 Times Sq 701 7th Ave at Wes |
|---|---|
| | New York, NY 10036 |
| | United States |
| Tel: | +1 (212) 398-7017 |
| Fax: | +1 (212) 398-4747 |
| Check In/Check Out: | Monday, April 18 2022 - Wednesday, April 20 2022 |

| | |
|---|---|
| **Status:** | Confirmed |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 2 |
| **Rate per night:** | USD 536.00 plus tax and/or additional fees |
| **Guaranteed:** | No |
| **Confirmation:** | 80478460 |
| **Cancellation Policy:** | 03D |
| **Additional Information:** | KING NONSMOKING |

## AIR - Wednesday, April 20 2022

### Delta Air Lines  Flight DL507  Economy Class

| | |
|---|---|
| **Depart:** | LaGuardia Airport |
| | New York, New York, United States |
| | 02:45 PM Wednesday, April 20 2022 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 05:15 PM Wednesday, April 20 2022 |
| **Duration:** | 2 hour(s) and 30 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: HI88I7 |
| **Equipment:** | Airbus Industrie A320 |
| **Seat:** | 22E Confirmed |
| **FF Number:** | DL2353000801 - MEADOWS/TED GORDON |
| **Baggage Allowance:** | NIL |

**Weather**

## MISCELLANEOUS

| | |
|---|---|
| **Passive Miscellaneous Info:** | RETENTION 2022 |

## Remarks

CHANGED RETURN FLIGHT ORIG DL TKT 0067759340778
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.

PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $245.00 USD**
Electronic Ticket Number: 0067760734310
Invoice No.: 5162438
Ticket Amount: $220.00 USD
Form of Payment: VI************4404

Service Fee Number: 8900821370306
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on
the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's
prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for
transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

| From: | Ted Meadows |
|---|---|
| To: | Brittney Clemons |
| Cc: | Katie Tucker |
| Subject: | Fwd: [EXT] May 3-4 - Confirmation - Ted Meadows |
| Date: | Thursday, April 21, 2022 3:55:33 PM |
| Attachments: | Invoice - Itinerary Communication Attachment - ZWTRER - May 3 2022 (954)255.html |
| | DL Flight Number 2769 ATL EWR Departs 111 PM (Local Time)TED GORDON MEADOWS.ics |
| | DL Flight Number 1741 EWR ATL Departs 635 PM (Local Time)TED GORDON MEADOWS.ics |
| | Hotel Confirmation Number 94277153 TED GORDON MEADOWS.ics |

**Ted G. Meadows**
Principal
800.898.2034

Ted.Meadows@BeasleyAllen.com
BeasleyAllen.com | My bio

**Learn more about our ongoing litigation.**

CONFIDENTIALITY & PRIVILEGE NOTICE

Begin forwarded message:

> **From:** Clay Nottrodt <claynot@msn.com>
> **Date:** April 21, 2022 at 3:54:26 PM CDT
> **To:** Ted Meadows <Ted.Meadows@beasleyallen.com>
> **Cc:** Leigh O'Dell <Leigh.ODell@beasleyallen.com>, Andy Birchfield <Andy.Birchfield@beasleyallen.com>, Lindsay Moore <Lindsay.Moore@beasleyallen.com>
> **Subject:** [EXT] May 3-4 - Confirmation - Ted Meadows

[EXTERNAL]

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| Passenger(s): | **MEADOWS/TED GORDON** | Booking Ref.: | ZWTRER S-B30C |
|---|---|---|---|
| Date: | 21 April 2022 | Customer: | 011677 |
| Invoice No: | 5163170 | Delivery | TED MEADOWS |
| Billing: | BEASLEY ALLEN LAW FIRM | Address: | |
| | 4160 PO BOX | | |
| | MONTGOMERY AL 36103 | | |

Traveler Information
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information
http://exploreflightfees.com/

**AIR - Tuesday, May 3 2022**
**Delta Air Lines  Flight DL2769  Economy Class**

| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
|---|---|
| | Atlanta, Georgia, United States |
| | 01.11 PM Tuesday, May 3 2022 |
| Arrive: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 03:20 PM Tuesday, May 3 2022 |

| Duration: | 2 hour(s) and 9 minute(s) Non-stop |
|---|---|
| Status: | Confirmed - Delta Air Lines Booking Reference |
| Equipment: | Airbus Industrie A320 |
| Seat: | 17D Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

**Weather**

## HOTEL - Tuesday, May 3 2022

**Princeton Marriott at Forrestal**

| Address: | 100 College Road East. |
|---|---|
| | Princeton, NJ 08540 |
| | United States |
| Tel: | +1 (609) 452-7800 |
| Fax: | +1 (609) 452-7883 |
| Check In/Check Out: | Tuesday, May 3 2022 - Wednesday, May 4 2022 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 1 |
| Rate per night: | USD 189.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 94277153 |
| Frequent Guest ID: | 345029743 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

## AIR - Wednesday, May 4 2022

**Delta Air Lines  Flight DL1741  Economy Class**

| Depart: | Newark Liberty International, TERMINAL B |
|---|---|
| | Newark, New Jersey, United States |
| | 06:35 PM Wednesday, May 4 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 08:57 PM Wednesday, May 4 2022 |
| Duration: | 2 hour(s) and 22 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference |
| Equipment: | Boeing 717-200 |
| Seat: | 23E Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

**Weather**

## Remarks

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL...
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH SOME
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE'S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $427.20 USD**
Electronic Ticket Number: 0067761067104
Invoice No.: 5163170
Ticket Amount: $402.20 USD
Form of Payment: VI************4404

Service Fee Number: 8900821441044
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

| From: | Ted Meadows |
|---|---|
| To: | Brittney Clemons |
| Cc: | Katie Tucker |
| Subject: | Fwd: [EXT] May 3-4 - Confirmation - Ted Meadows |
| Date: | Thursday, April 21, 2022 3:55:33 PM |
| Attachments: | Invoice - Itinerary Communication Attachment - ZWTRER - May 3 2022 19541255.html |
| | DL Flight Number 2769 ATL EWR Departs 111 PM (Local Time)TED GORDON MEADOWS.ics |
| | DL Flight Number 1741 EWR ATL Departs 635 PM (Local Time)TED GORDON MEADOWS.ics |
| | Hotel Confirmation Number 94277153 TED GORDON MEADOWS.ics |

**Ted G. Meadows**
Principal
800.898.2034

Ted.Meadows@BeasleyAllen.com
BeasleyAllen.com | My bio

**Learn more about our ongoing litigation.**

CONFIDENTIALITY & PRIVILEGE NOTICE

Begin forwarded message:

**From:** Clay Nottrodt <claynot@msn.com>
**Date:** April 21, 2022 at 3:54:26 PM CDT
**To:** Ted Meadows <Ted.Meadows@beasleyallen.com>
**Cc:** Leigh O'Dell <Leigh.ODell@beasleyallen.com>, Andy Birchfield <Andy.Birchfield@beasleyallen.com>, Lindsay Moore <Lindsay.Moore@beasleyallen.com>
**Subject: [EXT] May 3-4 - Confirmation - Ted Meadows**

[EXTERNAL]

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| Passenger(s): | **MEADOWS/TED GORDON** | | |
|---|---|---|---|
| Date: | 21 April 2022 | Booking Ref.: | ZWTRER S-B30C |
| Invoice No: | 5163170 | Customer: | 011677 |
| Billing: | BEASLEY ALLEN LAW FIRM | Delivery | TED MEADOWS |
| | 4160 PO BOX | Address: | |
| | MONTGOMERY AL 36103 | | |

Traveler Information
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information.
http://exploreflightfees.com/

| AIR - Tuesday, May 3 2022 | |
|---|---|
| **Delta Air Lines Flight DL2769 Economy Class** | |
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 01:11 PM Tuesday, May 3 2022 |
| Arrive: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 03:20 PM Tuesday, May 3 2022 |

| Duration: | 2 hour(s) and 9 minute(s) Non-stop |
|---|---|
| Status: | Confirmed - Delta Air Lines Booking Reference: /0D 0  |
| Equipment: | Airbus Industrie A320 |
| Seat: | 17D Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

**Weather**

## HOTEL - Tuesday, May 3 2022

### Princeton Marriott at Forrestal

| Address: | 100 College Road East. |
|---|---|
| | Princeton, NJ 08540 |
| | United States |
| Tel: | +1 (609) 452-7800 |
| Fax: | +1 (609) 452-7883 |
| Check In/Check Out: | Tuesday, May 3 2022 - Wednesday, May 4 2022 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 1 |
| Rate per night: | USD 189.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 94277153 |
| Frequent Guest ID: | 345029743 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

## AIR - Wednesday, May 4 2022

### Delta Air Lines  Flight DL1741  Economy Class

| Depart: | Newark Liberty International. TERMINAL B |
|---|---|
| | Newark, New Jersey, United States |
| | 06:35 PM Wednesday, May 4 2022 |
| Arrive: | Hartsfield-Jackson ATL. SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 08:57 PM Wednesday, May 4 2022 |
| Duration: | 2 hour(s) and 22 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: /0DHDn |
| Equipment: | Boeing 717-200 |
| Seat: | 23E Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

**Weather**

### Remarks

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION

WE ADVISE CHECKING YOUR AIRLINE'S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $427.20 USD**
Electronic Ticket Number: 0067761067104
Invoice No.: 5163170
Ticket Amount: $402.20 USD
Form of Payment: VI************4404

Service Fee Number: 890082141044
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on
the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's
prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for
transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

18a

LTL Mediation
202100017080

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

**Passenger(s):** **ODELL/PATRICIA LEIGH**
**Date:** 13 April 2022
**Invoice No:** 5160225
**Billing:** BEASLEY ALLEN LAW FIRM
4160 PO BOX
MONTGOME RY 36103

**Booking Ref.:** GJVWEA S-B30C
**Customer:** 011677
**Delivery Address:** LEIGH ODELL

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

| **Delta Air Lines  Flight DL549  Economy Class** | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 12:30 PM Monday, April 18 2022 |
| Arrive: | LaGuardia Airport |
| | New York, New York, United States |
| | 02:43 PM Monday, April 18 2022 |
| Duration: | 2 hour(s) and 13 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: HKA97J |
| Equipment: | Airbus Industrie A321 |
| Seat: | 20F Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | NIL |

| **Delta Air Lines  Flight DL529  Economy Class** | |
|---|---|
| Depart: | LaGuardia Airport |
| | New York, New York, United States |
| | 12:29 PM Wednesday, April 20 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 03:02 PM Wednesday, April 20 2022 |
| Duration: | 2 hour(s) and 33 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: HKA97J |
| Equipment: | Airbus Industrie A320 |
| Seat: | 16F Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | NIL |

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....

Case 21-30589-MBK    Doc 3020-3    Filed 09/13/22    Entered 09/13/22 12:42:42    Desc
Invoice Exhibit A-3 union statement of 61 JVWEA - April 18 2022 13142661.html
Page 53 of 61

4/13/22, 11:48 AM

18b

THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE'S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

---

**Total Invoice Amount: $352.20 USD**
Electronic Ticket Number: 0067759340776
**Invoice No.: 5160225**
**Ticket Amount: $327.20 USD**
**Form of Payment: VI************9213**

Service Fee Number: 8900821085507
Service Fee Amount: $25.00 USD

---

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/1ATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

file:///C:/Users/lindsay.smith/Desktop/Invoice - Itinerary Communication Attachment - GJVWEA - April 18 2022 13142661.html

2/2

19a

LTL Mediation
202100017080

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| **Passenger(s):** | **ODELL/PATRICIA LEIGH** | | |
| **Date:** | 13 April 2022 | **Booking Ref.:** | GJVWEA S-B30C |
| **Invoice No:** | 5160225 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | LEIGH ODELL |
| | 4160 PO BOX | **Address:** | |
| | MONTGOME RY 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

| **Delta Air Lines  Flight DL549  Economy Class** | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 12:30 PM Monday, April 18 2022 |
| Arrive: | LaGuardia Airport |
| | New York, New York, United States |
| | 02:43 PM Monday, April 18 2022 |
| Duration: | 2 hour(s) and 13 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: HKA87J |
| Equipment: | Airbus Industrie A321 |
| Seat: | 20F Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | NIL |

| **Delta Air Lines  Flight DL529  Economy Class** | |
|---|---|
| Depart: | LaGuardia Airport |
| | New York, New York, United States |
| | 12:29 PM Wednesday, April 20 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 03:02 PM Wednesday, April 20 2022 |
| Duration: | 2 hour(s) and 33 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: HKA87J |
| Equipment: | Airbus Industrie A320 |
| Seat: | 16F Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | NIL |

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....

THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

**Total Invoice Amount: $352.20 USD**
Electronic Ticket Number: 0067759340776
Invoice No.: 5160225
Ticket Amount: $327.20 USD
Form of Payment: VI***********9213

**Service Fee Number: 8900821085507**
**Service Fee Amount: $25.00 USD**

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

202100017080                                                    26a
LTL Mediation Return flight change

## Lindsay Moore

| | |
|---|---|
| **From:** | Clay Nottrodt <claynot@msn.com> |
| **Sent:** | Wednesday, April 27, 2022 10:27 AM |
| **To:** | Lindsay Moore |
| **Subject:** | [EXT] Re: Receipt needed |

**[EXTERNAL]**
Lindsay,

Apparently the wrong service fee number was attached to Leigh's return flight change transaction.
See corrected invoice below....

Thank you!

Clay Nottrodt
Priority Travel LLC
5184 Caldwell Mill Rd
Suite 204-350
Birmingham AL 35244
Phone: 205-982-1500
Text: 205-401-0524

IMPORTANT-REAL-ID IS COMING MAY 2023. SEE WWW.TSA.GOV/REAL-ID

Thank you for using Priority Travel
See: www.facebook.com/PriorityTravelLLC

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | | |
|---|---|---|---|---|
| **Passenger(s):** | **ODELL/PATRICIA LEIGH** | | | |
| **Date:** | 20 April 2022 | | **Booking Ref.:** | GJVWEA S-B30C |
| **Invoice No:** | 5162419 | | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM 4160 PO BOX MONTGOME RY 36103 | | **Delivery Address:** | LEIGH ODELL |

Traveler Information:                    Airline baggage and ancillary fee information

1

http://www.tsa.gov/traveler-information/          http://exploreflightfees.com/

26b

## AIR - Monday, April 18 2022 (Flown)

### Delta Air Lines  Flight DL549  Premium Economy Class

| | |
|---|---|
| Depart: | Hartsfield-Jackson ATL<br>Atlanta, Georgia, United States |
| | 12:30 PM Monday, April 18 2022 |
| Arrive: | LaGuardia Airport<br>New York, New York, United States |
| | 02:43 PM Monday, April 18 2022 |
| Duration: | 2 hour(s) and 13 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: HKA87J |
| Seat: | 14B Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |

## AIR - Wednesday, April 20 2022

### Delta Air Lines  Flight DL507  Economy Class

| | |
|---|---|
| Depart: | LaGuardia Airport<br>New York, New York, United States |
| | 02:45 PM Wednesday, April 20 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL<br>Atlanta, Georgia, United States |
| | 05:15 PM Wednesday, April 20 2022 |
| Duration: | 2 hour(s) and 30 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: HKA87J |
| Equipment: | Airbus Industrie A320 |
| Seat: | 16B Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | NIL |

## Remarks

CHANGED RETURN FLIGHT ORIG DL TKT 0067759340776
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL.
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED.
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $245.00 USD**
Electronic Ticket Number: 8900821359024
Ticket Amount: $25.00 USD
Form of Payment: VI************9213

Electronic Ticket Number: 0067760734257
Invoice No.: 5162419
Ticket Amount: $220.00 USD
Form of Payment: VI************9213

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

202100017080
LTL Mediation
Return flight change

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| **Passenger(s):** | **BIRCHFIELD/ANTHONY DOW** | | |
| **Date:** | 20 April 2022 | **Booking Ref.:** | GWVVWJ S-B30C |
| **Invoice No:** | 5162421 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | ANDY BIRCHFIELD |
| | 4160 PO BOX | **Address:** | |
| | MONTGOME RY 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

| **Delta Air Lines  Flight DL549  Economy Class** | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL |
| | Atlanta, Georgia, United States |
| | 12:30 PM Monday, April 18 2022 |
| **Arrive:** | LaGuardia Airport |
| | New York, New York, United States |
| | 02:43 PM Monday, April 18 2022 |
| **Duration:** | 2 hour(s) and 13 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: HI72JG |
| **Seat:** | 27A Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |

| **Delta Air Lines  Flight DL507  Economy Class** | |
|---|---|
| **Depart:** | LaGuardia Airport |
| | New York, New York, United States |
| | 02:45 PM Wednesday, April 20 2022 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 05:15 PM Wednesday, April 20 2022 |
| **Duration:** | 2 hour(s) and 30 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: HI72JG |
| **Equipment:** | Airbus Industrie A320 |
| **Seat:** | 15E Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| **Baggage Allowance:** | NIL |

CHANGED RETURN FLIGHT ORIG DL TKT 0067759191927
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN.....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID.

THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQUIRES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL....
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

---

**Total Invoice Amount: $245.00 USD**
Electronic Ticket Number: 0067760734266
**Invoice No.: 5162421**
**Ticket Amount: $220.00 USD**
**Form of Payment: VI************1756**

Electronic Ticket Number: 8900821370301
Ticket Amount: $25.00 USD
Form of Payment: VI************1756

---

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

Case 21-30589-MBK    Doc 3020-3    Filed 09/13/22    Entered 09/13/22 12:42:42    Desc
Invoice - Exhibit A-3 Communication Attachment Page 61 of 61 WVVWJ - April 18 2022 13564740.html

4/20/22, 9:16 AM

202100017080
LTL Mediation
Return flight change

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | |
|---|---|
| **Passenger(s):** | **BIRCHFIELD/ANTHONY DOW** |
| **Date:** | 20 April 2022 |
| **Invoice No:** | 5162421 |
| **Billing:** | BEASLEY ALLEN LAW FIRM |
| | 4160 PO BOX |
| | MONTGOME RY 36103 |

| | |
|---|---|
| **Booking Ref.:** | GWVVWJ S-B30C |
| **Customer:** | 011677 |
| **Delivery Address:** | ANDY BIRCHFIELD |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

---

### Delta Air Lines  Flight DL549  Economy Class

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL |
| | Atlanta, Georgia, United States |
| | 12:30 PM Monday, April 18 2022 |
| **Arrive:** | LaGuardia Airport |
| | New York, New York, United States |
| | 02:43 PM Monday, April 18 2022 |
| **Duration:** | 2 hour(s) and 13 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: HIT2JG |
| **Seat:** | 27A Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |

---

### Delta Air Lines  Flight DL507  Economy Class

| | |
|---|---|
| **Depart:** | LaGuardia Airport |
| | New York, New York, United States |
| | 02:45 PM Wednesday, April 20 2022 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 05:15 PM Wednesday, April 20 2022 |
| **Duration:** | 2 hour(s) and 30 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: HIT2JG |
| **Equipment:** | Airbus Industrie A320 |
| **Seat:** | 15E Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| **Baggage Allowance:** | NIL |

---

CHANGED RETURN FLIGHT ORIG DL TKT 0067759191927
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID

file:///C:/Users/lindsay.smith/Desktop/Invoice - Itinerary Communication Attachment - GWVVWJ - April 18 2022 13564740.html

1/2