THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

---

**Total Invoice Amount: $245.00 USD**
Electronic Ticket Number: 0067760734266
Invoice No.: 5162421
Ticket Amount: $220.00 USD
Form of Payment: VI************1756

Electronic Ticket Number: 8900821370301
Ticket Amount: $25.00 USD
Form of Payment: VI************1756

---

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

202100017080
LTL Mediation

| | |
|---|---|
| **Passenger(s):** | **BIRCHFIELD/ANTHONY DOW** |
| **Date:** | 04 May 2022 |
| **Invoice No:** | 5167023 |
| **Billing:** | BEASLEY ALLEN LAW FIRM |
| | 4160 PO BOX |
| | MONTGOME RY 36103 |

| | |
|---|---|
| **Booking Ref.:** | XTTQSX S-B30C |
| **Customer:** | 011677 |
| **Delivery Address:** | ANDY BIRCHFIELD |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

---

### Delta Air Lines  Flight DL505  Economy Class

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 09:35 PM Sunday, May 8 2022 |
| **Arrive:** | LaGuardia Airport |
| | New York, New York, United States |
| | 11:52 PM Sunday, May 8 2022 |
| **Duration:** | 2 hour(s) and 17 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: GHHAK4 |
| **Equipment:** | Airbus Industrie A320 |
| **Seat:** | 25D Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| **Baggage Allowance:** | NIL |

---

### The Michelangelo New York

| | |
|---|---|
| **Address:** | 152 West 51st Street |
| | New York, NY 10019 |
| | United States |
| **Tel:** | +1 (212) 765-1900 |
| **Fax:** | +1 (212) 541-6604 |
| **Check In/Check Out:** | Sunday, May 8 2022 - Thursday, May 12 2022 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 4 |
| **Rate per night:** | USD 449.65 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | CI3VXSVN |
| **Frequent Guest ID:** | 8FB1FD |
| **Cancellation Policy:** | 01D CANCEL 1 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | KING EXECUTIVE SUITE |

---

### Delta Air Lines  Flight DL2177  Economy Class

| | |
|---|---|
| **Depart:** | LaGuardia Airport |
| | New York, New York, United States |
| | 10:30 AM Thursday, May 12 2022 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 01:10 PM Thursday, May 12 2022 |
| **Duration:** | 2 hour(s) and 40 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: GHHAK4 |
| **Equipment:** | Airbus Industrie A321 |
| **Seat:** | 15D Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| **Baggage Allowance:** | NIL |

HTL RATE SPLIT 220.15/8-9MAY 364.65/10MAY 449.65/11MAY AVG 313.65/NT
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

Total Invoice Amount: $507.21 USD
Electronic Ticket Number: 0067763656936
Invoice No.: 5167023
Ticket Amount: $482.21 USD
Form of Payment: VI************1756

Service Fee Number: 8900821985381
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the
aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

202100017080
LTL Bankruptcy hearing

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

**Passenger(s):** **BIRCHFIELD/ANTHONY DOW**

| | | | |
|---|---|---|---|
| **Date:** | 27 April 2022 | **Booking Ref.:** | DXREBX S-B30C |
| **Invoice No:** | 5164913 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | ANDY BIRCHFIELD |
| | 4160 PO BOX | **Address:** | |
| | MONTGOME RY 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

**Delta Air Lines  Flight DL858  Economy Class**

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 11:05 AM Tuesday, May 3 2022 |
| **Arrive:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 01:10 PM Tuesday, May 3 2022 |
| **Duration:** | 2 hour(s) and 5 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: JO8AFB |
| **Equipment:** | Boeing 737-800 Passenger |
| **Seat:** | 19D Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |

**Hertz Rent-A-Car**

| | |
|---|---|
| **Pick Up:** | Hertz Newark Liberty Airport |
| | Newark Airport Building 23 |
| | Newark, New Jersey 07114 |
| | United States |
| | 01:10 PM Tuesday, May 3 2022 |
| **Tel:** | +1 (973) 621-2000 |
| **Fax:** | +1 (973) 961-3519 |
| **Drop Off:** | Hertz Newark Liberty Airport |
| | Newark Airport Building 23 |
| | Newark, New Jersey 07114 |
| | United States |
| | 06:35 PM Wednesday, May 4 2022 |
| **Tel:** | +1 (973) 621-2000 |
| **Fax:** | +1 (973) 961-3519 |
| **Type:** | Full Size 2/4 Door |
| **Status:** | Confirmed |
| **Daily Rate:** | USD 83.40 Plus Taxes and/or Fees |
| **Estimated Total:** | USD 243.35 |
| **Extra Hour Fee:** | USD 28.35 |
| **Extra Charges:** | 76.55 |
| **Confirmation:** | K1100568223 |
| **Corp. Discount:** | 2120375 |
| **Frequent Renter ID:** | ¤XXXXXX2183 |

**Princeton Marriott at Forrestal**

| | |
|---|---|
| **Address:** | 100 College Road East. |
| | Princeton, NJ 08540 |
| | United States |
| **Tel:** | +1 (609) 452-7800 |

| | |
|---|---|
| Fax: | +1 (609) 452-7883 |
| Check In/Check Out: | Tuesday, May 3 2022 - Wednesday. May 4 2022 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 1 |
| Rate per night: | USD 189.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 94279754 |
| Frequent Guest ID: | 660926981 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

**Delta Air Lines  Flight DL1741  Economy Class**

| | |
|---|---|
| Depart: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 06:35 PM Wednesday, May 4 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 08:57 PM Wednesday, May 4 2022 |
| Duration: | 2 hour(s) and 22 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: JO8AFB |
| Equipment: | Boeing 717-200 |
| Seat: | 19E Confirmed |
| FF Number: | DL2223443819 - BIRCHFIELD/ANTHONY DOW |

CHANGED FLIGHT TO NEWARK EXCHANGED FOR DELTA TKT 0067761067106
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE

7c

FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

---

Total Invoice Amount: $95.00 USD
Electronic Ticket Number: 0067762234549
Invoice No.: 5164913
Ticket Amount: $70.00 USD
Form of Payment: VI************1756

Service Fee Number: 8900821676363
Service Fee Amount: $25.00 USD

---

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the
aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's
prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for
transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

202100017080
LTL Mediation

| | | | | |
|---|---|---|---|---|
| **Passenger(s):** | **BIRCHFIELD/ANTHONY DOW** | | | |
| **Date:** | 04 May 2022 | | **Booking Ref.:** | XTTQSX S-B30C |
| **Invoice No:** | 5167023 | | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | | **Delivery** | ANDY BIRCHFIELD |
| | 4160 PO BOX | | **Address:** | |
| | MONTGOME RY 36103 | | | |

Traveler Information:                                       Airline baggage and ancillary fee information:
http://www.tsa.gov/traveler-information/          http://exploreflightfees.com/

---

**Delta Air Lines  Flight DL505  Economy Class**

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 09:35 PM Sunday, May 8 2022 |
| **Arrive:** | LaGuardia Airport |
| | New York, New York, United States |
| | 11:52 PM Sunday, May 8 2022 |
| **Duration:** | 2 hour(s) and 17 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: GHHAK4 |
| **Equipment:** | Airbus Industrie A320 |
| **Seat:** | 25D Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| **Baggage Allowance:** | NIL |

---

**The Michelangelo New York**

| | |
|---|---|
| **Address:** | 152 West 51st Street |
| | New York, NY 10019 |
| | United States |
| **Tel:** | +1 (212) 765-1900 |
| **Fax:** | +1 (212) 541-6604 |
| **Check In/Check Out:** | Sunday, May 8 2022 - Thursday, May 12 2022 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 4 |
| **Rate per night:** | USD 449.65 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | CI3VXSVN |
| **Frequent Guest ID:** | 8FB1FD |
| **Cancellation Policy:** | 01D CANCEL 1 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | KING EXECUTIVE SUITE |

---

**Delta Air Lines  Flight DL2177  Economy Class**

| | |
|---|---|
| **Depart:** | LaGuardia Airport |
| | New York. New York, United States |
| | 10:30 AM Thursday, May 12 2022 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 01:10 PM Thursday, May 12 2022 |
| **Duration:** | 2 hour(s) and 40 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: GHHAK4 |
| **Equipment:** | Airbus Industrie A321 |
| **Seat:** | 15D Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| **Baggage Allowance:** | NIL |

HTL RATE SPLIT 220.15/8-9MAY 364.65/10MAY 449.65/11MAY AVG 313.65/NT
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

---

**Total Invoice Amount: $507.21 USD**
Electronic Ticket Number: 0067763656936
Invoice No.: 5167023
Ticket Amount: $482.21 USD
Form of Payment: VI************1756

**Service Fee Number: 8900821985381**
**Service Fee Amount: $25.00 USD**

---

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the
aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Case 21-30589-MBK    Doc 3020-4    Filed 09/13/22    Entered 09/13/22 12:42:42    Desc
Exhibit A 2210013280 Page 9 of 62
LTL BKY hearing

9



**PRINCETON MARRIOTT FORRESTAL**

**GUEST FOLIO**

| 2522 | BIRCHFIELD/ANDY | | 189.00 | 05/04/22 | 07:26 | | 482 |
| ROOM | NAME | | RATE | DEPART | TIME | | ACCT# |
| CK | XXX | | | 05/03/22 | 15:04 | | |
| TYPE | 234 COMMERCE ST | | | ARRIVE | TIME | | |
| 76 | MONTGOMERY  AL  361042540 | | | | | | |
| ROOM | | | VSXXXXXXXXXXXX1756 | | | | MBV#:      660926981 |
| CLERK | ADDRESS | | PAYMENT | | | | |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|------|-----------|---|---------|---------|--------------|
| 05/03 | MARKET | 40322522 | 8.00 | snack, no receipt | |
| 05/03 | TR ROOM | 2522, 1 | 189.00 | | |
| 05/03 | ROOM TAX | 2522, 1 | 12.52 | | |
| 05/03 | OCC TAX | 2522, 1 | 9.45 | | |
| 05/03 | MUNI TX | 2522, 1 | 5.67 | | |
| 05/04 | CCARD-VS | | | 224.64 | |
| | PAYMENT RECEIVED BY: VISA | XXXXXXXXXXXX1756 | | | |
| | | | | | .00 |

Amount for hotel less food charges - $216.64

See our "Privacy & Cookie Statement" on Marriott.com

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature  X

5/16/22, 8:36 AM                         Invoice - Itinerary Communication Attachment - KYMCVJ - May 22 2022 20425584.html

202100017080
LTL Omnibus Hearing

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

**Passenger(s):**    **BIRCHFIELD/ANTHONY DOW**
**Date:**            13 May 2022
**Invoice No:**      5169660                           **Booking Ref.:**   KYMCVJ S-B30C
**Billing:**         BEASLEY ALLEN LAW FIRM            **Customer:**       011677
                     4160 PO BOX                       **Delivery**        ANDY BIRCHFIELD
                     MONTGOME RY 36103                 **Address:**

Traveler Information:                                  Airline baggage and ancillary fee information:
http://www.tsa.gov/traveler-information/              http://exploreflightfees.com/

| Delta Air Lines  Flight DL1082  Economy Class | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 04:05 PM Sunday, May 22 2022 |
| Arrive: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 06:22 PM Sunday, May 22 2022 |
| Duration: | 2 hour(s) and 17 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: H8KNQV |
| Equipment: | Boeing 737-900 Passenger |
| Seat: | 29D Confirmed |
| FF Number: | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| Baggage Allowance: | NIL |

| Princeton Marriott at Forrestal | |
|---|---|
| Address: | 100 College Road East. |
| | Princeton, NJ 08540 |
| | United States |
| Tel: | +1 (609) 452-7800 |
| Fax: | +1 (609) 452-7883 |
| Check In/Check Out: | Sunday, May 22 2022 - Tuesday, May 24 2022 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 2 |
| Rate per night: | USD 324.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 82159958 |
| Frequent Guest ID: | 660926981 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

| Delta Air Lines  Flight DL2769  Economy Class | |
|---|---|
| Depart: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 04:24 PM Tuesday, May 24 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 06:45 PM Tuesday, May 24 2022 |
| Duration: | 2 hour(s) and 21 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: H8KNQV |
| Equipment: | Boeing 737-900 Passenger |
| Seat: | 17C Confirmed |
| FF Number: | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| Baggage Allowance: | NIL |

12b

HOTEL RATE SPLIT 256.00/22MAY 324.00/23MAY - AVG 290.00/NT
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

Total Invoice Amount: $532.20 USD
Electronic Ticket Number: 0067765738030
Invoice No.: 5169660
Ticket Amount: $507.20 USD
Form of Payment: VI***********1756

Service Fee Number: 8900822356499
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the
aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

202100017080
LTL Omnibus Hearing

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| **Passenger(s):** | **BIRCHFIELD/ANTHONY DOW** | | |
| **Date:** | 13 May 2022 | **Booking Ref.:** | KYMCVJ S-B30C |
| **Invoice No:** | 5169660 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | ANDY BIRCHFIELD |
| | 4160 PO BOX | **Address:** | |
| | MONTGOME RY 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

| Delta Air Lines  Flight DL1082  Economy Class | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 04:05 PM Sunday, May 22 2022 |
| Arrive: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 06:22 PM Sunday, May 22 2022 |
| Duration: | 2 hour(s) and 17 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: H8KNQV |
| Equipment: | Boeing 737-900 Passenger |
| Seat: | 29D Confirmed |
| FF Number: | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| Baggage Allowance: | NIL |

| Princeton Marriott at Forrestal | |
|---|---|
| Address: | 100 College Road East, |
| | Princeton, NJ 08540 |
| | United States |
| Tel: | +1 (609) 452-7800 |
| Fax: | +1 (609) 452-7883 |
| Check In/Check Out: | Sunday, May 22 2022 - Tuesday, May 24 2022 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 2 |
| Rate per night: | USD 324.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 82159958 |
| Frequent Guest ID: | 660926981 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

| Delta Air Lines  Flight DL2769  Economy Class | |
|---|---|
| Depart: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 04:24 PM Tuesday, May 24 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 06:45 PM Tuesday, May 24 2022 |
| Duration: | 2 hour(s) and 21 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: H8KNQV |
| Equipment: | Boeing 737-900 Passenger |
| Seat: | 17C Confirmed |
| FF Number: | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| Baggage Allowance: | NIL |

HOTEL RATE SPLIT 256.00/22MAY 324.00/23MAY - AVG 290.00/NT
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

**Total Invoice Amount: $532.20 USD**
Electronic Ticket Number: 0067765738030
Invoice No.: 5169660
Ticket Amount: $507.20 USD
Form of Payment: VI***********1756

**Service Fee Number: 8900822356499**
**Service Fee Amount: $25.00 USD**

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the
aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

THE HERTZ CORPORATION
Web:        www.hertz.com

**Hertz**

| Rental Agreement No: | 428555540 |
|---|---|
| Date: | 03/30/2022 |
| Document: | 912000525543 |

Direct All Inquiries To:
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120

CHARGE DETAIL

| Renter: | ANTHONY BIRCHFIELD |
|---|---|
| Account No.: | ************1756 VIS |
| CDP No.: | 2120375 |
| CDP Name: | BEASLEY ALLEN ET AL |

ANTHONY DOW BIRCHFIELD
BEASLEY ALLEN LAW FIRM
PO BOX 4160
MONTGOMERY, AL 36103-4160

## RENTAL REFERENCE

| Rental Agreement No: | 428555540 |
|---|---|
| Reservation ID: | K0770932844 |
| Frequent Traveler: | ZE1 |
| Special Bill Info: | COMPANY |

## MISCELLANEOUS INFORMATION

CC AUTH:  096398  DATE: 2022/03/29  AMT:    86.00

## Gold Plus Rewards Points

Earned this rental:    73

## RENTAL DETAILS

| Rate Plan: | IN: RUSD1    OUT: RUSD1 |
|---|---|
| Rented On: | 03/29/2022 16:13  LOC# 190211 |
| | NEWARK, NJ |
| Returned On: | 03/30/2022 15:29  LOC# 190211 |
| | NEWARK, NJ |
| Car Description: | SIR ROGUE AWD S  CTVU13 |
| Veh. No.: | 7240427 |

| CAR CLASS Charged: | F | MILEAGE | In: 30,841 |
|---|---|---|---|
| Rented: | Q4 | | Out: 30,724 |
| Reserved: | F | | Driven:  117 |

## RENTAL CHARGES

| | | | |
|---|---|---|---|
| DAYS | 1 @ | 68.66 | 68.66 |
| SUBTOTAL | | | 68.66 |
| DISCOUNT | | 20.00% | -13.73 |
| SUBTOTAL | | | 54.93 |
| | | | |
| FUEL & SERVICE | | | 18.11 |
| CONCESSION FEE RECOVERY | | | 8.81 |
| VEHICLE LICENSE FEE | | | 0.41 |
| CUSTOMER FACILITY CHARGE | | | 10.43 |
| MOTOR VEHICLE LEASE TAX | | | 3.00 |
| ROAD TAX | | | 2.00 |
| TAX | | 11.625% | 10.78 |

| TOTAL CHARGES | 108.47 USD |
|---|---|

## E-RETURN RECEIPT

THANK YOU FOR RENTING FROM HERTZ

| Rental Agreement No: | 428555540 |
|---|---|
| Date: | 03/30/2022 |
| Document: | 912000525543 |

Direct All Inquiries To:
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120
UNITED STATES

| Renter: | ANTHONY BIRCHFIELD |
|---|---|
| Account No.: | ************1756 VIS |

Web:        www.hertz.com

| TOTAL CHARGES | 108.47 USD |
|---|---|

PlatePass LLC
P.O. Box 25367
Tempe, AZ 85282

Toll fee
LTL bankruptcy hearing
202100017080


18

| RENTAL AGREEMENT: | 428555540 |
|---|---|
| RENTAL ORIGINATION DATE: | 3/29/2022  4:13 PM |
| RENTAL RETURN DATE: | 3/30/2022  3:29 PM |
| PLATEPASS INVOICE: | 169815515 |
| AMOUNT DUE: | $15.65 |
| DUE DATE: | 4/24/2022 |

# INVOICE

**Thank you for renting from *Hertz***

ANTHONY BIRCHFIELD
9813 WYNCHASE CIR
MONTGOMERY, AL  36117

Hertz utilizes a service called PlatePass® which enables its customers to use toll roads and high speed toll lanes without having to stop to pay cash.  The vehicle or vehicles rented by you per the above referenced agreement were detected at the toll roads, plazas, and lanes stated below. You are being charged the service fee disclosed on your rental or membership agreement plus toll charges.

## Summary of Toll Charges

### Account History:

| | |
|---|---|
| Previous PlatePass® Balance: | $0.00 |
| Payments and Credits: | $0.00 |
| Balance: | $0.00 |

### Current Charges:

| | |
|---|---|
| *PlatePass® Balance Forward: | $0.00 |
| Current Charges: | $15.65 |
| Total: | $15.65 |

*Balance forward from previous invoice less payments and credits.

| | Amount Due: | $15.65 |
|---|---|---|

Failure to pay in full may result in:
- Your account being sent to collections.
- Your rental privileges being revoked.

***Thank you for using PlatePass® to avoid long toll lines!***
***Electronic receipts can be found online at www.PlatePass.com.***
Questions?  Please see our Frequently Asked Questions section on page 2.
This may not be your final invoice for tolls associated with this agreement as toll charges can take up to 6 weeks to be processed by the toll authority.

---



*VISA*
*DISC VER*

Please pay with your Visa or MasterCard at www.PlatePass.com
or mail your check or money order with this coupon to the address below.

| NAME: ANTHONY BIRCHFIELD | | DUE: 4/24/2022 |
|---|---|---|
| PLATEPASS INVOICE: 169815515 | | INVOICE DATE: 4/08/2022 |
| RENTAL AGREEMENT: 428555540 | | |

√  Easy payments online at www.PlatePass.com
√  If paying by mail, make check or money orders payable to: PlatePass, LLC
√  DO NOT MAIL CASH
√  Write the PlatePass Invoice number on the front of your payment
√  Insert this tear-off coupon in the enclosed envelope with the address (at the right) showing through the window

PlatePass LLC
PO Box 959363
St. Louis, MO 63195-9363

**AMOUNT DUE :  $15.65**

1 8010427918777 000000000000 0015650

14b

## VIEW RECEIPT

|  |  |  |  | # | 01 MB | RR |  | 525118215 |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | RES |  | X0913007429 |

P O'DELL

### INITIAL CHARGES

| RENT RT | S | 65.28/DAY | @ |  | 1 DAYS | S | 65.28 |
|---|---|---|---|---|---|---|---|
| SUBTOTAL 1 |  |  |  |  |  | S | 65.28 |
| DISCOUNT | R | 20% |  |  |  | S | 13.06 |
| SUBTOTAL LESS DISCOUNT |  |  |  |  |  | T S | 52.22 |

### CHARGES ADDED DURING RENTAL

| LDW | DECLINED |
|---|---|
| LIS | DECLINED |
| PAI, PEC | (DECLINED) |
| PREM RD SVC | DECLINED |
| * ADDITIONAL CHARGES |  |

### SERVICE CHARGES/TAXES

| CONCESSION FEE RECOVERY |  |  | 12.00 % | T S | 6.32 |
|---|---|---|---|---|---|
| VEHICLE LICENSING COST RECOVERY |  |  | .74 % | T S | .39 |
| DOMESTIC SECURITY FEE & TRANS FACILITY CHRG |  |  |  | S | 19.64 |
| TAX/VLC | 11.625% | ON TAXABLE TTL OF S | 58.93 | S | 6.85 |

### TOTAL AMOUNT DUE

|  |  |  |  |  | S | **82.42** |
|---|---|---|---|---|---|---|

| CHARGED ON | VISA | XXXXXXXXXXXX2379 |  |
|---|---|---|---|

| Gold Plus Rewards Points Earned This Rental: |  | 65 |
|---|---|---|

FOR EXPLANATION OF THE ABOVE CHARGES,
PLEASE ASK A REPRESENTATIVE OR GO TO
<u>WWW.HERTZ.COM/CHARGEEXPLAINED</u>

| VEHICLE |  | 01798/2J064201S96 ES/C4W1 SLS |
|---|---|---|
| LICENSE |  | MA28PS13 |
| FUEL |  | FULL 8/8 OUT8/8 IN |
| MILEAGE IN: 26135 |  | TR-X MILES |
| MILEAGE OUT: 26086 |  | MILES ALLOWED: |
| MILES DRIVEN: 99 |  | MILES CHARGED: |
| CDP |  | 0103135-BEASLEY ALLEN ET AL |
| RENTED: |  | NEWARK LIBERTY AIRPORT |
| RENTAL: |  | 04/11/2215 3L |
| RETURN: |  | 04/12/2214 51 |
| RETURNED: |  | NEWARK LIBERTY AIRPORT |
| COMPLETED BY: |  | M64/N/NEW01 |
| PLAN IN: AUX00 |  | RATE CLASS |
| PLAN OUT: |  | RRC00 |

www.Hertz.com

2



202100017080
LTL BKY hearing

16

100 LINDBERG RD
NEWARK NJ 07114

NEWARK AIRPORT
XXXXXXXXXX0001
100 LINBERGH ROAD
NEWARK          , NJ
07114

04/12/2022 /85610503
02:47:02 PM

XXXXXXXXXXXXX9213
Visa
INVOICE 010068
AUTH 095649

PUMP# 15
Regular CR      3.79gG
PRICE/GAL      $4.839

FUEL TOTAL  $  18.35

   Total = $  18.35

CREDIT      $  18.35

Customer activated
Purchase/Capture
Site #:
0000000004814133
Shift Number 1
Sequence Number
50834
Swiped
APPROVED  095649

THE HERTZ CORPORATION
Web:       www.hertz.com

**Hertz.**

| | | |
|---|---|---|
| | Rental Agreement No: | 546187283 |
| | Date: | 05/04/2022 |
| | Document: | 922000771015 |

CHARGE DETAIL

Direct All Inquiries To:
  THE HERTZ CORPORATION
  PO BOX 26120
  OKLAHOMA CITY, OK 73126-0120

| | |
|---|---|
| Renter: | ANTHONY BIRCHFIELD |
| Account No.: | ************1756 VIS |
| CDP No.: | 2120375 |
| CDP Name: | BEASLEY ALLEN ET AL |

202100017080
LTL BKY hearing

ANTHONY DOW BIRCHFIELD
BEASLEY ALLEN LAW FIRM
PO BOX 4160
MONTGOMERY, AL 36103-4160

## RENTAL REFERENCE
Rental Agreement No: 546187283
Reservation ID:    K1100568223
Frequent Traveler:  ZE1

## MISCELLANEOUS INFORMATION
| | | | | | |
|---|---|---|---|---|---|
| CC AUTH: | 050094 | DATE: 2022/05/03 | AMT: | 243.00 |
| CC AUTH: | 050094 | DATE: 2022/05/03 | AMT: | 210.00 |

## Gold Plus Rewards Points
Earned this rental:  140

## RENTAL DETAILS
| | |
|---|---|
| Rate Plan: | IN: RUSD2   OUT: RUSD2 |
| Rented On: | 05/03/2022 13:53  LOC# 190211 |
| | NEWARK, NJ |
| Returned On: | 05/04/2022 16:22  LOC# 190211 |
| | NEWARK, NJ |
| Car Description: | SIR ROGUE AWD S  43BWBV |
| Veh. No.: | 1525534 |

| CAR CLASS | Charged: | F | MILEAGE | In: 36,259 |
|---|---|---|---|---|
| | Rented: | Q4 | | Out: 36,172 |
| | Reserved: | F | | Driven:    87 |

## RENTAL CHARGES
| | | | |
|---|---|---|---|
| DAYS | 1 @ | 104.25 | 104.25 |
| EXTRA HRS | 2 @ | 35.44 | 70.88 |
| SUBTOTAL | | | 175.13 |
| DISCOUNT | | 20.00% | -35.03 |
| SUBTOTAL | | | 140.10 |
| | | | |
| CONCESSION FEE RECOVERY | | | 16.93 |
| VEHICLE LICENSE FEE | | | 1.04 |
| CUSTOMER FACILITY CHARGE | | | 20.86 |
| MOTOR VEHICLE LEASE TAX | | | 6.00 |
| ROAD TAX | | | 4.00 |
| TAX | | 11.625% | 20.80 |

TOTAL CHARGES                    209.73 USD

---

**E-RETURN RECEIPT**

THANK YOU FOR RENTING FROM HERTZ

Direct All Inquiries To:
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120
UNITED STATES

| | |
|---|---|
| Rental Agreement No: | 546187283 |
| Date: | 05/04/2022 |
| Document: | 922000771015 |

| | |
|---|---|
| Renter: | ANTHONY BIRCHFIELD |
| Account No.: | ************1756 VIS |

Web:       www.hertz.com

TOTAL CHARGES                    209.73 USD

202100017080
LTL hearing

14a

**Lindsay Moore**

| | |
|---|---|
| **From:** | Kelli Alfreds |
| **Sent:** | Monday, May 16, 2022 8:30 AM |
| **To:** | Lindsay Moore |
| **Subject:** | FW: [EXT] Hertz Toll Receipt |



**Kelli Griffin Alfreds**
Staff Attorney
334.495.1644 direct | 800.898.2034

Kelli.Alfreds@BeasleyAllen.com
BeasleyAllen.com | My bio

**Learn more about our ongoing litigation.**



CONFIDENTIALITY & PRIVILEGE NOTICE

**From:** HertzTollProcessing@PlatePass.com <HertzTollProcessing@PlatePass.com>
**Sent:** Sunday, May 15, 2022 10:42 PM
**To:** Andy Birchfield <Andy.Birchfield@BeasleyAllen.com>
**Subject:** [EXT] Hertz Toll Receipt

[EXTERNAL]

Receipt 172107686

Rental Agreement: 546187283        Last Name: BIRCHFIELD

Rental Start Date: 05/03/2022       Pickup Location: 0190211 NEWARK LIBERTY
                                    AIRPORT

Rental End Date: 05/04/2022

Return Location: 0190211 NEWARK LIBERTY
AIRPORT

Amount Due: $0.00

Thank you for renting with Hertz.

Hertz utilizes a service called PlatePass which allows its customers to use cashless lanes or all-electronic tollways without using a personal transponder or paying the toll authority directly. The card used for your Hertz rental was charged the cost of the toll(s) and the convenience fee(s) as disclosed in your rental agreement. No further payment or action is necessary. Additional charges may apply if new information is received from toll authorities relating to this rental agreement.

Summary of PlatePass Charges

Toll Charges: $7.10

Convenience Fee: $5.95

Total:       $13.05



**MARRIOTT**

**PRINCETON MARRIOTT FORRESTAL**

**GUEST FOLIO**

| 1508<br>ROOM | BIRCHFIELD/ANDY<br>NAME | 153.00<br>RATE | 03/30/22<br>DEPART | 08:19<br>TIME | 54226<br>ACCT# |
| CK<br>TYPE | XXX | | 03/29/22<br>ARRIVE | 17:20<br>TIME | |
| 84<br>ROOM<br>CLERK | 234 COMMERCE ST<br>MONTGOMERY  AL  361042540<br>ADDRESS | | VSXXXXXXXXXXXX1756<br>PAYMENT | | MBV#:  660926981 |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|------|-----------|--|---------|---------|--------------|
| 03/29 | MARKET | 45321508 | 4.27 | | |
| 03/29 | TR ROOM | 1508, 1 | 153.00 | | |
| 03/29 | ROOM TAX | 1508, 1 | 10.14 | | |
| 03/29 | OCC TAX | 1508, 1 | 7.65 | | |
| 03/29 | MUNI TX | 1508, 1 | 4.59 | | |
| 03/30 | IRON&IVY | 31661508 | 4.27 | | |
| 03/30 | IRON&IVY | 31671508 | 1.00 | | |
| 03/30 | IRON&IVY | 31761508 | 26.33 | | |
| 03/30 | CCARD-VS | | | 211.25 | |
| | PAYMENT RECEIVED BY: VISA | XXXXXXXXXXXX1756 | | | |
| 03/30 | CASH | | .00 | | |
| | | | | | .00 |

================================= EXP. REPORT SUMMARY =================================

| 03/29 | MARKET | 4.27 |
| 03/29 | TR ROOM | 153.00 |
| | ROOM TAX | 10.14 |
| | OCC TAX | 7.65 |
| | MUNI TX | 4.59 |
| 03/30 | IRON&IVY | 31.60 |

See our "Privacy & Cookie Statement" on Marriott.com

Hotel, less meals = $175.38

Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your
Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy
benefits.



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature  X



**PRINCETON MARRIOTT FORRESTAL**

**GUEST FOLIO**

| 1519 | BIRCHFIELD/ANDY | 204.00 | 04/12/22 | 07:38 | | 55884 |
|---|---|---|---|---|---|---|
| ROOM | NAME | RATE | DEPART | TIME | | ACCT# |
| CK | XXX | | 04/11/22 | 16:29 | | |
| TYPE | 234 COMMERCE ST | | ARRIVE | TIME | | |
| 5 | MONTGOMERY AL 361042540 | | | | | |
| ROOM | | | VSXXXXXXXXXXXX1756 | | | MBV#: 660926981 |
| CLERK | ADDRESS | | PAYMENT | | | |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|
| 04/11 | TR ROOM | 1519, 1 | 204.00 | | |
| 04/11 | ROOM TAX | 1519, 1 | 13.52 | | |
| 04/11 | OCC TAX | 1519, 1 | 10.20 | | |
| 04/11 | MUNI TX | 1519, 1 | 6.12 | | |
| 04/12 | IRON&IVY | 39561519 | 5.27 | | |
| 04/12 | CCARD-VS | | | 239.11 | |
| | PAYMENT RECEIVED BY: VISA | XXXXXXXXXXXX1756 | | | .00 |

Hotel fee, less meal charge = $233.84

See our "Privacy & Cookie Statement" on Marriott.com

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ 08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X



Andy Birchfield
234 COMMERCE ST
MONTGOMERY AL 36104
United States

*Company:*    *NO COMPANY NAME*

| | |
|---|---|
| Room Number: | 2118 |
| Arrival Date: | 04-18-22 |
| Departure Date: | 04-20-22 |
| CRS Number: | 74732904 |
| Marriott Bonvoy No: | XXXXX6981 |

## INFORMATION INVOICE

Folio No: 101994

| Date | Description | | | Charges | Credits |
|---|---|---|---|---|---|
| 04-18-22 | Room Charge | | | 564.00 | |
| 04-18-22 | State Sales Tax | | | 50.06 | |
| 04-18-22 | City Occupancy Tax | | | 33.14 | |
| 04-19-22 | Occupancy Tax | 04/18/22 | | 3.50 | |
| 04-19-22 | Room Charge | | | 603.00 | |
| 04-19-22 | State Sales Tax | | | 53.52 | |
| 04-19-22 | City Occupancy Tax | | | 35.43 | |
| 04-19-22 | Occupancy Tax | | | 3.50 | |
| 04-20-22 | Visa Card | XXXXXXXXXXXX1756 | XX/XX | | 1,346.15 |
| | **Total** | | | **1,346.15** | **1,346.15** |
| | **Balance** | | | **0.00** | |

Extraordinary style and signature feel. Bring EDITION home with you. Visit ShopEDITION.com

20 Times Square, 701 7th Avenue at West 47th Street, New York, New York 10036
Telephone: (212) 398-7017 Fax: (212) 398-4747



**MARRIOTT**

### PRINCETON MARRIOTT FORRESTAL

**GUEST FOLIO**

| 1521 | MEADOWS/TED | 221.00 | 04/12/22 | 07:56 | 56057 |
|---|---|---|---|---|---|
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
| CK | NO COMPANY | | 04/11/22 | 16:30 | |
| TYPE | 218 COMMERCE ST | | ARRIVE | TIME | |
| 22 | MONTGOMERY  AL  36104-2540 | | | | |
| ROOM CLERK | ADDRESS | VSXXXXXXXXXXXX4404 PAYMENT | | | MBV#:    345029743 |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|
| 04/11 | TR ROOM | 1521, 1 | 221.00 | | |
| 04/11 | ROOM TAX | 1521, 1 | 14.64 | | |
| 04/11 | OCC TAX | 1521, 1 | 11.05 | | |
| 04/11 | MUNI TX | 1521, 1 | 6.63 | | |
| 04/12 | IRON&IVY | 39951521 | 20.06 | | |
| 04/12 | CCARD-VS | | | 273.38 | |
| | PAYMENT RECEIVED BY: VISA | XXXXXXXXXXXX4404 | | | |
| | | | | | .00 |

================================= EXP. REPORT SUMMARY  =================================

| 04/11 | TR ROOM | 221.00 |
|---|---|---|
| | ROOM TAX | 14.64 |
| | OCC TAX | 11.05 |
| | MUNI TX | 6.63 |
| 04/12 | IRON&IVY | 20.06 |

Hotel fees, less meal charge = $253.32

**See our "Privacy & Cookie Statement" on Marriott.com**

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection including attorney fees.

Signature X

# EDITION

10-A

Ted Meadows
218 COMMERCE ST
MONTGOMERY AL 36104
United States

*Company:* NO COMPANY

| | |
|---|---|
| Room Number: | 2005 |
| Arrival Date: | 04-18-22 |
| Departure Date: | 04-20-22 |
| CRS Number: | 80478460 |
| Marriott Bonvoy No: | XXXXX9743 |

**INFORMATION INVOICE**

Folio No: 102067

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 04-18-22 | Room Charge | | 500.00 | |
| 04-18-22 | State Sales Tax | | 44.38 | |
| 04-18-22 | Occupancy Tax | | 3.50 | |
| 04-18-22 | City Occupancy Tax | | 29.38 | |
| 04-19-22 | The Terrace at EDITION | Room# 2005 : CHECK# 5859 | 17.15 | |
| 04-19-22 | Lobby | Room# 2005 : CHECK# 7155 | 114.72 | |
| 04-19-22 | Room Charge | | 536.00 | |
| 04-19-22 | State Sales Tax | | 47.57 | |
| 04-19-22 | Occupancy Tax | | 3.50 | |
| 04-19-22 | City Occupancy Tax | | 31.49 | |
| 04-20-22 | The Terrace at EDITION | Room# 2005 : CHECK# 15653 | 46.11 | |
| 04-20-22 | Visa Card | XXXXXXXXXXXX4404    XX/XX | | 1,373.80 |
| | **Total** | | **1,373.80** | **1,373.80** |
| | **Balance** | | **0.00** | |

Extraordinary style and signature feel. Bring EDITION home with you. Visit ShopEDITION.com

Hotel fee, less meal charges = $1,195.82



MARRIOTT

PRINCETON MARRIOTT FORRESTAL

GUEST FOLIO

| 3104 ROOM | ODELL/PATRICIA/LEIGH NAME | 204.00 RATE | 04/12/22 DEPART | TIME | DUPLICATEL 10:55 | 55886 ACCT# |
|---|---|---|---|---|---|---|
| GD TYPE | N | | 04/11/22 ARRIVE | TIME | | |
| ROOM CLERK | ADDRESS | VSXXXXXXXXXXXXX9213 PAYMENT | | | | MB#: 859397861 |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|
| 04/11 | IRON&IVY | 38713104 | 53.78 | | |
| 04/11 | TELECOM | FREEHSIA | .00 | | |
| 04/11 | TR ROOM | 3104, 1 | 204.00 | | |
| 04/11 | ROOM TAX | 3104, 1 | 13.52 | | |
| 04/11 | OCC TAX | 3104, 1 | 10.20 | | |
| 04/11 | MUNI TX | 3104, 1 | 6.12 | | |
| 04/12 | CCARD-VS | | | 287.62 | |
| | VSXXXXXXXXXXXXX9213 | | | | .00 |

Hotel fees, less food charge = 233.84



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees

Signature X

202100017080
LTL Mediation

25a

| | | | | |
|---|---|---|---|---|
| Ms Patricia O'Dell | | Room Number: | 2002 | |
| United States | | Arrival Date: | 04-18-22 | |
| | | Departure Date: | 04-20-22 | |
| | | CRS Number: | 74779846 | |
| Company: NO COMPANY NAME | | Marriott Bonvoy No: | XXXXX7861 | |

**INFORMATION INVOICE**

Folio No: 102026

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 04-18-22 | Room Service | Room# 2002 : CHECK# 2344 | 78.80 | |
| 04-18-22 | Room Charge | | 455.00 | |
| 04-18-22 | State Sales Tax | | 40.38 | |
| 04-18-22 | Occupancy Tax | | 3.50 | |
| 04-18-22 | City Occupancy Tax | | 26.73 | |
| 04-19-22 | Room Charge | | 455.00 | |
| 04-19-22 | State Sales Tax | | 40.38 | |
| 04-19-22 | Occupancy Tax | | 3.50 | |
| 04-19-22 | City Occupancy Tax | | 26.73 | |
| 04-20-22 | The Terrace at EDITION | Room# 2004 : CHECK# 5927   Bond Ryan #2004=>O'Dell Patricia #2002 | 112.72 | |
| 04-20-22 | Visa Card | XXXXXXXXXXXX9213       XX/XX | | 1,242.74 |
| | | **Total** | **1,242.74** | **1,242.74** |
| | | **Balance** | **0.00** | |

hotel fees, less meal charges = 1051.22

Extraordinary style and signature feel. Bring EDITION home with you. Visit ShopEDITION.com

## Check Detail

15b

| Check | Table | Check Opened | Minutes | Check Closed | Guests | Info | Reference | Location | Employee |
|-------|-------|--------------|---------|--------------|--------|------|-----------|----------|----------|
| **4061** | | 4/19/2022 2:54 PM | 3.60 | 4/19/2022 2:57 PM | 10 | BEASLEY ALLEN VI | Reference | NYCTE ED Times Square EDITION | Mayra Velasco |
| | | 4/19 2:57 PM | 1 | ROOM RENTAL | | | 5,000.00 | NYCTE PARADISE CLUB EVEN | Mayra Velasco |
| | | 4/19 2:57 PM | 1 | OPEN FOOD | | | 300.00 | NYCTE PARADISE CLUB EVEN | Mayra Velasco |
| | | 4/19 2:57 PM | | BEVERAGE BREAK | | | | NYCTE PARADISE CLUB EVEN | Mayra Velasco |
| | | 4/19 2:57 PM | 1 | OPEN FOOD | | | 1.050.00 | NYCTE PARADISE CLUB EVEN | Mayra Velasco |
| | | 4/19 2:57 PM | | CUSTOM LUNCH BUFFET | | | | NYCTE PARADISE CLUB EVEN | Mayra Velasco |
| | | 4/19 2:57 PM | 1 | OPEN FOOD | | | 450.00 | NYCTE PARADISE CLUB EVEN | Mayra Velasco |
| | | 4/19 2:57 PM | | GRATUITY % | | | 1.224.00 | NYCTE PARADISE CLUB EVEN | Mayra Velasco |
| | | 4/19 2:57 PM | | 18.00 % | | | | NYCTE PARADISE CLUB EVEN | Mayra Velasco |
| | | 4/19 2:57 PM | 1 | ADMIN FEE | | | 408.00 | NYCTE PARADISE CLUB EVEN | Mayra Velasco |
| | | 4/19 2:57 PM | | ACCOUNT CHARGE | | | 9.071.71 | NYCTE PARADISE CLUB EVEN | Mayra Velasco |
| | | 4/19 2:57 PM | | 9069/Beasley Allen Law Firm | | | | NYCTE PARADISE CLUB EVEN | Mayra Velasco |

| | | |
|---|---|---|
| Sub Total | 7.208.00 |
| Tax | 639.71 |
| Service Charge | 1.224.00 |
| Check Total | 9.071.71 |

4/22/2022 4:31 PM

# The Michelangelo

NEW YORK

**Anthony Dow Birchfield**
**United States**

Guest

| | | |
|---|---|---|
| Room No. | : | 711 |
| Arrival | : | 05-08-22 |
| Departure | : | 05-12-22 |
| Folio No. | : | 3572821 |
| Conf No. | : | 3492239 |
| Cashier | : | 18 |
| Booking Number | : | |
| Page No. | : | 1 |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 05-08-22 | Guest Room Charge | | 220.15 | |
| 05-08-22 | State Sales Tax - Room - 8.875% | | 19.54 | |
| 05-08-22 | City Sales Tax -Room - 5.875% | | 12.93 | |
| 05-08-22 | Occupancy Tax - Room | | 2.00 | |
| 05-08-22 | Javits Center Tax - Room | | 1.50 | |
| 05-08-22 | iLounge - Breakfast | CHECK# 0035802 | 7.53 | |
| 05-09-22 | iLounge - Breakfast | CHECK# 0035825 | 41.84 | |
| 05-09-22 | Guest Room Charge | | 220.15 | |
| 05-09-22 | State Sales Tax - Room - 8.875% | | 19.54 | |
| 05-09-22 | City Sales Tax -Room - 5.875% | | 12.93 | |
| 05-09-22 | Occupancy Tax - Room | | 2.00 | |
| 05-09-22 | Javits Center Tax - Room | | 1.50 | |
| 05-10-22 | Guest Room Charge | | 364.65 | |
| 05-10-22 | State Sales Tax - Room - 8.875% | | 32.36 | |
| 05-10-22 | City Sales Tax -Room - 5.875% | | 21.42 | |
| 05-10-22 | Occupancy Tax - Room | | 2.00 | |
| 05-10-22 | Javits Center Tax - Room | | 1.50 | |
| 05-11-22 | Guest Room Charge | | 449.65 | |
| 05-11-22 | State Sales Tax - Room - 8.875% | | 39.91 | |
| 05-11-22 | City Sales Tax -Room - 5.875% | | 26.42 | |
| 05-11-22 | Occupancy Tax - Room | | 2.00 | |
| 05-11-22 | Javits Center Tax - Room | | 1.50 | |
| 05-12-22 | iLounge - Breakfast | CHECK# 0035923 | 53.82 | |
| 05-12-22 | Visa Payment | XXXXXXXXXXXX6047   XX.XX | | 1,556.84 |

| | | |
|---|---|---|
| **Total Charges** | 1,556.84 | |
| **Total Credits** | | **1,556.84** |



LIFESTYLE
Preferred
HOTELS & RESORTS

# BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.

### *EXPENSE FORM*

DATE: __1/27/2022__

MAKE REIMBURSEMENT PAYABLE TO: __Ted Meadows__

CHARGE ALL EXPENSES TO CLIENT: __JNJ Bankruptcy__

FILE #: __202100017080__     (__) CHECK HERE IF OFFICE EXPENSE

DESCRIPTION: __Driving visiting lawyers to and from the Montgomery Airport__

| | CASH REIMB | FIRM CHG CARD |
|---|---|---|
| MILEAGE: ( 50 MILES @ $.50/MILE) | $25.00 | |
| PARKING: | | |
| AIR TRANSPORTATION: (RECEIPTS ATTACHED) | | |
| GROUND TRANSPORTATION: (RECEIPTS ATTACHED) | | |
| LODGING: (RECEIPTS ATTACHED) | | |
| MEALS: (RECEIPTS ATTACHED) | | |
| TELEPHONE | | |
| DUES: _____ | | |
| PHOTOGRAPHS: _____ | | |
| ENTERTAINMENT: (LIST ALL PERSONS, COUNTY & AFFILIATIONS, SPECIFIC CASES REFERRED) | | |
| _____ | | |
| _____ | | |
| _____ | | |
| OTHER: _____ | | |
| _____ | | |
| _____ | | |
| _____ | | |

ATTORNEY APPROVAL: _____

DATE: _____

**TOTAL REIMBURSEMENT:** $25.00

2022-05-04-18-rj



## ATTORNEY/STAFF EXPENSE
## REIMBURSEMENT FORM

**TODAY'S DATE:** 5/4/2022
**EMPLOYEE:** Andy Birchfield
**MATTER ID** *: 202100017080
**MATTER DESCRIPTION:** JNJ Bankruptcy
**TRAVEL DATES:** 5/3/2022 - 5/4/2022
**OFFICE EXPENSE:**

*If there is more than 1 matter for this expense report, please include the matter ID in the details below*

**APPROVAL:** ADB

**DESCRIPTION:** LTL Bankruptcy hearing (round trip airport mileage)

# EXPENSE BREAKDOWN

|  | MILES | TOTAL |
|---|---|---|
| MILEAGE: $0.585/PER MILE | 340 | $ 198.90 |

|  | DETAILS | TOTAL |
|---|---|---|
| PARKING: |  |  |
| AIR TRANSPORTATION |  |  |
| GROUND TRANSPORTATION: |  |  |
| HOTEL/LODGING: |  |  |
| MEALS: |  |  |
| ENTERTAINMENT: |  |  |
| DUES/REGISTRATION FEES: |  |  |
| OTHER  CHARGES: |  |  |
| OTHER  CHARGES: |  |  |
| OTHER  CHARGES: |  |  |
| OTHER  CHARGES: |  |  |
| OTHER  CHARGES: |  |  |
| OTHER  CHARGES: |  |  |
| OTHER  CHARGES: |  |  |
| OTHER  CHARGES: |  |  |
| OTHER  CHARGES: |  |  |
| OTHER  CHARGES: |  |  |
| OTHER  CHARGES: |  |  |
| **REIMBURSEMENT TOTAL:** |  | **$ 198.90** |



# ATTORNEY/STAFF EXPENSE REIMBURSEMENT FORM

| | |
|---|---|
| TODAY'S DATE: | 5/16/2022 |
| EMPLOYEE: | Leigh O'Dell |
| MATTER ID *: | 202100017080 |
| MATTER DESCRIPTION: | JNJ Bankruptcy |
| TRAVEL DATES | 5/3/2022 5/4/2022 |
| OFFICE EXPENSE: | |

*If there is more than 1 matter for this expense report, please include the matter ID in the details below.*

## APPROVAL:   PLO

## DESCRIPTION:   LTL Hearing

# EXPENSE BREAKDOWN

| | MILES | TOTAL |
|---|---|---|
| **MILEAGE: $0.585/PER MILE** | 340 | $ 198.90 |

| | DETAILS | TOTAL |
|---|---|---|
| PARKING: | | |
| AIR TRANSPORTATION | | |
| GROUND TRANSPORTATION: | Uber | $ 339.08 |
| HOTEL/LODGING: | | |
| MEALS: | | |
| ENTERTAINMENT: | | |
| DUES/REGISTRATION FEES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| **REIMBURSEMENT TOTAL:** | | **$ 537.98** |

2022-05-16-16-rj
2022-05-16-17-rj



# ATTORNEY/STAFF EXPENSE
# REIMBURSEMENT FORM

| | |
|---|---|
| TODAY'S DATE: | 5/16/2022 |
| EMPLOYEE: | Leigh O'Dell |
| MATTER ID *: | 202100017080 |
| MATTER DESCRIPTION: | JNJ Bankruptcy |
| TRAVEL DATES: | 5/8/2022 5/12/2022 |
| OFFICE EXPENSE: | |

*If there is more than 1 matter for this expense report, please include the matter ID in the details below.

**APPROVAL:**  PLO

**DESCRIPTION:**  NYC for LTL Mediation

# EXPENSE BREAKDOWN

| | MILES | TOTAL |
|---|---|---|
| **MILEAGE: $0.585/PER MILE** | 340 | $ 198.90 |

| | DETAILS | TOTAL |
|---|---|---|
| PARKING: | | |
| AIR TRANSPORTATION | | |
| GROUND TRANSPORTATION: | Uber | $ 125.10 |
| HOTEL/LODGING: | | |
| MEALS: | | |
| ENTERTAINMENT: | | |
| DUES/REGISTRATION FEES: | | |
| OTHER CHARGES: | Tips | $ 10.00 |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| **REIMBURSEMENT TOTAL:** | | $ 334.00 |



MARRIOTT

**PRINCETON MARRIOTT FORRESTAL**

**GUEST FOLIO**

| 1508 | BIRCHFIELD/ANDY | 153.00 | 03/30/22 | 08:19 | | 54226 |
|------|-----------------|--------|----------|-------|---|-------|
| ROOM | NAME | RATE | DEPART | TIME | | ACCT# |
| CK | XXX | | 03/29/22 | 17:20 | | |
| TYPE | | | ARRIVE | TIME | | |
| 84 | 234 COMMERCE ST | | | | | |
| ROOM CLERK | MONTGOMERY  AL  361042540 | | VSXXXXXXXXXXXX1756 PAYMENT | | | MBV#:    660926981 |
| | ADDRESS | | | | | |

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|------|-----------|---------|---------|--------------|
| 03/29 | MARKET      45321508 | 4.27 | | |
| 03/29 | TR ROOM     1508, 1 | 153.00 | | |
| 03/29 | ROOM TAX    1508, 1 | 10.14 | | |
| 03/29 | OCC TAX     1508, 1 | 7.65 | | |
| 03/29 | MUNI TX     1508, 1 | 4.59 | | |
| 03/30 | **IRON&IVY     31661508** | **4.27** | | |
| 03/30 | **IRON&IVY     31671508** | **1.00** | | |
| 03/30 | **IRON&IVY     31761508** | **26.33** | | |
| 03/30 | CCARD-VS | | 211.25 | |
| | PAYMENT RECEIVED BY: VISA     XXXXXXXXXXXX1756 | | | |
| 03/30 | CASH | .00 | | .00 |

======================================= EXP. REPORT SUMMARY =======================================

| | | | |
|-------|-----------|--------|---|
| 03/29 | MARKET | 4.27 | |
| | TR ROOM | 153.00 | |
| | ROOM TAX | 10.14 | |
| | OCC TAX | 7.65 | |
| | MUNI TX | 4.59 | |
| 03/30 | IRON&IVY | 31.60 | |

Total meal charges = 35.87

See our "Privacy & Cookie Statement" on Marriott.com

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**



MARRIOTT

PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X



MARRIOTT

**PRINCETON MARRIOTT FORRESTAL**

**GUEST FOLIO**

| 1519 | BIRCHFIELD/ANDY | 204.00 | 04/12/22 | 07:38 | | 55884 |
|---|---|---|---|---|---|---|
| ROOM | NAME | RATE | DEPART | TIME | | ACCT# |
| CK | XXX | | 04/11/22 | 16:29 | | |
| TYPE | 234 COMMERCE ST | | ARRIVE | TIME | | |
| 5 | MONTGOMERY  AL  361042540 | | | | | |
| ROOM CLERK | ADDRESS | VSXXXXXXXXXXXX1756 PAYMENT | | | | MBV#:    660926981 |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|
| 04/11 | TR ROOM | 1519, 1 | 204.00 | | |
| 04/11 | ROOM TAX | 1519, 1 | 13.52 | | |
| 04/11 | OCC TAX | 1519, 1 | 10.20 | | |
| 04/11 | MUNI TX | 1519, 1 | 6.12 | | |
| 04/12 | IRON&IVY | 39561519 | **5.27** | | |
| 04/12 | CCARD-VS | | | 239.11 | |
| | PAYMENT RECEIVED BY: VISA | XXXXXXXXXXXX1756 | | | |
| | | | | | .00 |

**See our "Privacy & Cookie Statement" on Marriott.com**

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**



MARRIOTT

PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature :X

PRINCETON, NEW JERSEY
**** IRON & IVY ****

(609) 452-7800

40399 ANATOLIY

------------------------------------------

CHK 3995                     GST 1
         12 Apr'22 7:56 AM
------------------------------------------

1 TALL SBUCKS COFFEE          3.50
1 SBUCKS WHOLE FRUIT          1.50
1 GRND SBUCKS AMERICANO       3.75
1 GRND SBUCKS AMERICANO       3.75
1 ORANGE                      3.50

  Subtotal:              $16.00
  Tax:                    $1.06
7:57 AM
    TOTAL  DUE: $17.06

   PLEASE COMPLETE FOR ROOM CHARGES

GRATUITY_____ 3.00

TOTAL_____ 20.06

ROOM NUMBER___ 1521_____
     PRINT LAST NAME _MEADows_
  SIGNATURE_____

   For your convenience we are
    providing the following
     gratuity calculations:

       20% is $3.20
       18% is $2.88
       15% is $2.40

 18% GRATUITY WILL BE ADDED TO TABLES OF
            SIX OR MORE

# EDITION

Ted Meadows
218 COMMERCE ST
MONTGOMERY AL 36104
United States

*Company:   NO COMPANY*

| | |
|---|---|
| Room Number: | 2005 |
| Arrival Date: | 04-18-22 |
| Departure Date: | 04-20-22 |
| CRS Number: | 80478460 |
| Marriott Bonvoy No: | XXXXX9743 |

**INFORMATION INVOICE**

Folio No: 102067

| Date | Description | | Charges | Credits |
|------|-------------|--|---------|---------|
| 04-18-22 | Room Charge | | 500.00 | |
| 04-18-22 | State Sales Tax | | 44.38 | |
| 04-18-22 | Occupancy Tax | | 3.50 | |
| 04-18-22 | City Occupancy Tax | | 29.38 | |
| **04-19-22** | **The Terrace at EDITION** | Room# 2005 : CHECK# 5859 | **17.15** | |
| 04-19-22 | Lobby | Room# 2005 : CHECK# 7155 | 114.72 | |
| 04-19-22 | Room Charge | | 536.00 | |
| 04-19-22 | State Sales Tax | | 47.57 | |
| 04-19-22 | Occupancy Tax | | 3.50 | |
| 04-19-22 | City Occupancy Tax | | 31.49 | |
| **04-20-22** | **The Terrace at EDITION** | Room# 2005 : CHECK# 15653 | **46.11** | |
| 04-20-22 | Visa Card | XXXXXXXXXXXX4404       XX/XX | | 1,373.80 |
| | **Total** | | **1,373.80** | **1,373.80** |
| | **Balance** | | **0.00** | |

total meals = $63.26

Extraordinary style and signature feel. Bring EDITION home with you. Visit ShopEDITION.com



202100017080
LTL Bankruptcy hearing

WELCOME TO
GREENWAY 614          10

3866 FENOIA RD
FAIRBEAM, GA 30213
770-306-8319
6138968

CUSTOMER COPY

| Description | Qty | Amount |
|---|---|---|
| DT W/ DEW BTL  20Z | 1 | .60 |
| SMARTWATER REMEW DA | 1 | 1.89 |
| CLTI BAR NUT BUTTER | 1 | 1.89 |
| BLUE DIA RST ALMD 1 | 1 | 1.79 |
| NAB FIG NEWTON | 1 | 1.29 |
| SPRITE ZERO DT 200Z | 1 | 1.79 |
| DASANI WATER 200Z | 1 | .49 |
| REESE WHITE KS BAR | 1 | 2.36 |
| MENTOS PEPPERMINT | 1 | 1.59 |
| MENTOS PEPPERMINT | 1 | 1.59 |

Subtotal        17.70
Tax          0.66
TOTAL        18.36
CREDIT  $    18.36

SALE Receipt
VISA CREDIT    USD$18.36
Acct/Card #  ***********9213
Entry:Chip Read
Auth # 035695
Resp Code: 000
Stan: 03714106848



201100017080
Omnibus Hearing          12

www.myclaylallt.com

17b

```
          & & & 404 & & &
         PRINCETON, NEW JERSEY
         **** IRON & IVY ****

            (609) 452-7800
43350  JOSE                        1
-----------------------------------
CHK 3871              TBL 1/1
                        GST 6
            R1519
       11 Apr'22 4:53 PM
-----------------------------------
 1 BONELESS WINGS          16.00
     BBQ
 1 SIDE FRIES               5.00
 1 S MIST                   3.00
 1 DIET PEPSI               3.00
 1 PEPSI                    3.00
 1 COFFEE REG               3.00
 1 COFFEE REG               3.00
 1 COFFEE REG               3.00
 1 ICED TEA                 3.00

   Subtotal:             $42.00
   Tax:                   $2.78
6:32 PM
     TOTAL DUE: $44.78

  PLEASE COMPLETE FOR ROOM CHARGES

                        9.00
GRATUITY_____

                        5 3.78
TOTAL_____

ROOM NUMBER____ 3104
    PRINT LAST NAME  O'Dell
  SIGNATURE  O'Dell
    For your convenience we are
     providing the following
     gratuity calculations:
```

PLO, ADB, TGM

202100017080
LTL Mediation

25a

Ms Patricia O'Dell
United States

| | |
|---|---|
| Room Number: | 2002 |
| Arrival Date: | 04-18-22 |
| Departure Date: | 04-20-22 |
| CRS Number: | 74779846 |
| Marriott Bonvoy No: | XXXXX7861 |

*Company:*    *NO COMPANY NAME*

**INFORMATION INVOICE**

Folio No: 102026

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 04-18-22 | Room Service | Room# 2002 : CHECK# 2344 | 78.80 | |
| 04-18-22 | Room Charge | | 455.00 | |
| 04-18-22 | State Sales Tax | | 40.38 | |
| 04-18-22 | Occupancy Tax | | 3.50 | |
| 04-18-22 | City Occupancy Tax | | 26.73 | |
| 04-19-22 | Room Charge | | 455.00 | |
| 04-19-22 | State Sales Tax | | 40.38 | |
| 04-19-22 | Occupancy Tax | | 3.50 | |
| 04-19-22 | City Occupancy Tax | | 26.73 | |
| 04-20-22 | The Terrace at EDITION | Room# 2004 : CHECK# 5927   Bond Ryan #2004=>O'Dell Patricia #2002 | 112.72 | |
| 04-20-22 | Visa Card | XXXXXXXXXXXX9213        XX/XX | | 1,242.74 |
| | **Total** | | **1,242.74** | **1,242.74** |
| | **Balance** | | **0.00** | |

Total hotel meal charges = $191.52

Extraordinary style and signature feel. Bring EDITION home with you. Visit ShopEDITION.com

20 Times Square, 701 7th Avenue at West 47th Street, New York, New York 10036
Telephone: (212) 398-7017 Fax: (212) 398-4747

## Check Detail

**15b**

| Check | Table | Check Opened | Minutes | Check Closed | Guests | Info | Reference | Location | Employee |
|---|---|---|---|---|---|---|---|---|---|
| **4061** | | 4/19/2022 2:54 PM | 3.60 | 4/19/2022 2:57 PM | 10 | BEASLEY ALLEN VI | | NYCTE ED Times Square EDITION | Mayra Velasco |
| | | 4/19 2:57 PM | 1 | ROOM RENTAL | | | 5.000.00 | NYCTE PARADISE CLUB EVEN | Mayra Velasco |
| | | 4/19 2:57 PM | 1 | OPEN FOOD | | | 300.00 | NYCTE PARADISE CLUB EVEN | Mayra Velasco |
| | | 4/19 2:57 PM | | BEVERAGE BREAK | | | | NYCTE PARADISE CLUB EVEN | Mayra Velasco |
| | | 4/19 2:57 PM | 1 | OPEN FOOD | | | 1.050.00 | NYCTE PARADISE CLUB EVEN | Mayra Velasco |
| | | 4/19 2:57 PM | | CUSTOM LUNCH BUFFET | | | | NYCTE PARADISE CLUB EVEN | Mayra Velasco |
| | | 4/19 2:57 PM | 1 | OPEN FOOD | | | 450.00 | NYCTE PARADISE CLUB EVEN | Mayra Velasco |
| | | 4/19 2:57 PM | | GRATUITY % | | | 1.224.00 | NYCTE PARADISE CLUB EVEN | Mayra Velasco |
| | | 4/19 2:57 PM | | 18.00 % | | | | NYCTE PARADISE CLUB EVEN | Mayra Velasco |
| | | 4/19 2:57 PM | 1 | ADMIN FEE | | | 408.00 | NYCTE PARADISE CLUB EVEN | Mayra Velasco |
| | | 4/19 2:57 PM | | ACCOUNT CHARGE | | | 9.071.71 | NYCTE PARADISE CLUB EVEN | Mayra Velasco |
| | | 4/19 2:57 PM | | 9069/Beasley Allen Law Firm | | | | NYCTE PARADISE CLUB EVEN | Mayra Velasco |

|  |  |
|---|---|
| Sub Total | 7.208.00 |
| Tax | 639.71 |
| Service Charge | 1.224.00 |
| Check Total | 9.071.71 |

$400.00 charged to the case for meals

4/22/2022 4:31 PM

# CHOPT

CREATIVE SALAD CO

Chopt Creative Salad Co.
145 W 51st St
New York, NY 10019

Server: Silvia J
Check #557
Ordered:    5/9/22 12:36 PM

| | |
|---|---|
| Santa Fe Salad | $11.29 |
| Bottled Water | $1.99 |
| | |
| Subtotal | $13.28 |
| Tax | $1.18 |
| Total | $14.46 |

Input Type
                    C (EMV Chip Read)
VISA CREDIT         xxxxxxxx6047

| | |
|---|---|
| Transaction Type | Sale |
| Authorization | Approved |
| Approval Code | 09545C |
| Payment ID | wMbgKwTHbdWO |
| Application ID | A0000000031010 |
| Application Label | VISA CREDIT |
| Terminal ID | 8ff7b72bd8c412f1 |
| Card Reader | BBPOS |

Thank you for dining with
us!
Earn rewards with the Chopt
App or order ahead at
http://choptsalad.com/order
Restroom Code: 1207



# PRINCETON MARRIOTT FORRESTAL

**GUEST FOLIO**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2522 | BIRCHFIELD/ANDY | 189.00 | 05/04/22 | 07:26 | | 482 |
| ROOM | NAME | RATE | DEPART | TIME | | ACCT# |
| CK | XXX | | 05/03/22 | 15:04 | | |
| TYPE | 234 COMMERCE ST | | ARRIVE | TIME | | |
| 76 | MONTGOMERY AL 361042540 | | | | | |
| ROOM CLERK | ADDRESS | | VSXXXXXXXXXXXX1756 PAYMENT | | MBV#: | 660926981 |

| DATE | REFERENCES | | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|---|
| 05/03 | MARKET | 40322522 | | 8.00 | snack, no receipt | |
| 05/03 | TR ROOM | 2522, 1 | | 189.00 | | |
| 05/03 | ROOM TAX | 2522, 1 | | 12.52 | | |
| 05/03 | OCC TAX | 2522, 1 | | 9.45 | | |
| 05/03 | MUNI TX | 2522, 1 | | 5.67 | | |
| 05/04 | CCARD-VS | | | | 224.64 | |
| | PAYMENT RECEIVED BY: VISA | | XXXXXXXXXXXX1756 | | | |
| | | | | | | .00 |

**See our "Privacy & Cookie Statement" on Marriott.com**

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ 08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

202100017080
LTL Mediation

15a

. Beasley Allen Law Firm
PO Box 4160
Montgomery AL 36103
United States

| | |
|---|---|
| Room Number: | 9069 |
| Arrival Date: | 04-12-22 |
| Departure Date: | 04-25-22 |
| CRS Number: | |
| Marriott Bonvoy No: | |

**INFORMATION INVOICE**

Folio No: 102955

$1,270.38 charged for remainder of meeting space deposit

| Date | Description | | | Charges | Credits |
|---|---|---|---|---|---|
| 04-12-22 | Visa Card | XXXXXXXXXXXX9213 | XX/XX | | 6,670.38 |
| 04-19-22 | The Paradise Club | Room# 9069 : CHECK# 4061 | | 9,071.71 | |
| 04-25-22 | Visa Card | XXXXXXXXXXXX9213 | XX/XX | | 2,401.33 |
| | | **Total** | | **9,071.71** | **9,071.71** |
| | | **Balance** | | **0.00** | |

Extraordinary style and signature feel. Bring EDITION home with you. Visit ShopEDITION.com

20 Times Square, 701 7th Avenue at West 47th Street, New York, New York 10036
Telephone: (212) 398-7017 Fax: (212) 398-4747

201200017080    2a

LTL Mediation

. Beasley Allen Law Firm
PO Box 4160
Montgomery AL 36103
United States

| | |
|---|---|
| Room Number: | 9069 |
| Arrival Date: | 04-12-22 |
| Departure Date: | 04-25-22 |
| CRS Number: | |
| Marriott Bonvoy No: | |

## INFORMATION INVOICE

Folio No: 102955              2,001.33 charged for remainder of meeting space, meals and fees

| Date | Description | | | Charges | Credits |
|---|---|---|---|---|---|
| 04-12-22 | Visa Card | XXXXXXXXXXXXX9213 | XX/XX | | 6,670.38 |
| 04-19-22 | The Paradise Club | Room# 9069 : CHECK# 4061 | | 9,071.71 | |
| 04-25-22 | Visa Card | XXXXXXXXXXXXX9213 | XX/XX | | 2,401.33 |
| | | **Total** | | **9,071.71** | **9,071.71** |
| | | **Balance** | | **0.00** | |

Extraordinary style and signature feel. Bring EDITION home with you. Visit ShopEDITION.com

20 Times Square, 701 7th Avenue at West 47th Street, New York, New York 10036
Telephone: (212) 398-7017 Fax: (212) 398-4747

# ATTORNEY/STAFF EXPENSE REIMBURSEMENT FORM

| | |
|---|---|
| TODAY'S DATE: | 5/4/2022 |
| EMPLOYEE: | **Ted Meadows** |
| MATTER ID `:` | 2.021E+11 |
| MATTER DESCRIPTION: | Talc J&J Bankruptcy Master File |
| TRAVEL DATES: | May 3-4 |
| OFFICE EXPENSE: | |

*¹ If there is more than 1 matter for this expense report, please include the matter ID in the details below.*

## DESCRIPTION: Cash Tips while trave

### MILEAGE: $0.585/PER MILE

| DESCRIPTION | DATE | MATTER ID | MILES | TOTAL |
|---|---|---|---|---|
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |

### EXPENSE DETAILS

| EXPENSE | DETAILS | TOTAL |
|---|---|---|
| PARKING: | | |
| AIR TRANSPORTATION | | |
| GROUND TRANSPORTATION: | | |
| HOTEL/LODGING: | | |
| MEALS: | | |
| ENTERTAINMENT: | | |
| DUES/REGISTRATION FEES: | | |
| OTHER  CHARGES: | Cash Tips while traveling | $10.00 |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| TOTAL FROM ADDITIONAL PAGE | | $0.00 |

## REIMBURSEMENT TOTAL:    $10.00



125 W 47th St
New York, NY 10036
(212) 391-2679

202100017080
Bankruptcy meeting prep

Terminal: 0264MIX01
4/18/2022 17:48
Receipt #: 0264HL34176
Type: Purchase

| Qty | Description | Amount |
|-----|-------------|--------|
| 24 | PNG Color S/S 8.5x11 & 8.5x14 | 15.60 |
| 8 | PNG Color S/S 8.5x11 & 8.5x14 | 5.20 |
| 30 | PNG Color S/S 8.5x11 & 8.5x14 | 19.50 |
| 2 | PNG Color S/S 8.5x11 & 8.5x14 | 1.30 |
| 10 | PNG Color S/S 8.5x11 & 8.5x14 | 6.50 |

| | |
|---|---|
| SubTotal | 48.10 |
| District tax | 0.18 |
| City tax | 2.16 |
| County tax | 0.00 |
| State tax | 1.92 |
| Total | USD $52.36 |

Acct #:************9213
VISA CREDIT
Chip Read
Auth No.: 068470
Mode: Issuer
AID: A0000000031010
NO CVM
CVM Result: 1F0002
TVR: 8000008000
IAD: 06011203600000
TSI: 6800
ARC: 00
APPROVED

The Cardholder agrees to pay the Issuer
of the charge card in accordance with
the agreement between the Issuer and
the Cardholder.

Page 1 of 2



125 W 47th St
New York, NY 10036
(212) 391-2679

Terminal: 0264MIX01
4/19/2022 08:47
Receipt #: 0264HL34181
Type: Purchase

| Qty | Description | Amount |
|-----|-------------|--------|
| 63 | PNG Color S/S 8.5x11 & 8.5x14 | 40.95 |
| 50 | PNG Color S/S 8.5x11 & 8.5x14 | 32.50 |

| | | |
|---|---|---|
| SubTotal | | 73.45 |
| District tax | | 0.28 |
| City tax | | 3.31 |
| County tax | | 0.00 |
| State tax | | 2.94 |
| Total | USD | 79.98 |

Acct #:************9213
VISA CREDIT
Chip Read
Auth No.: 040861
Mode: Issuer
AID: A0000000031010
NO CVM
CVM Result: 1F0002
TVR: 8000008000
IAD: 06011203600000
TSI: 6800
ARC: 00
APPROVED

The Cardholder agrees to pay the Issuer
of the charge card in accordance with
the agreement between the Issuer and
the Cardholder.



Tell us how we're doing and get
a coupon for $7 off a print order
of $40˚ Complete our survey by
scanning the QR code below,
visit **fedex.com/welisten**.



Offer expires 6/30/2022

*$7 off print order of $40.00 or more. Discount applies to orders placed in a FedEx Office store or online through FedEx Office® Print Online. Offer is valid at time of purchase only, to cash value and may not be discounted or credited toward past or future purchases, discount cannot be used in combination with custom bid orders, other coupons, or discounts including account pricing. Discount not valid on the following products and services: finishing only or flex self service print, photo station, fax or scan, direct mail, EDDM® or postage. Does not apply to shipping, Custom Branded boxes, rush or delivery charges. Does not apply to retail products. No cash value. Offer void where prohibited or restricted by law. Products, services and hours may vary by location. © 2023 FedEx. All rights reserved. Offer expires 6/30/2022.

By submitting your project to FedEx Office
or by making a purchase in a FedEx Office
store, you agree to all FedEx Office terms
and conditions, including limitations
of liability.

Request a copy of our terms and
conditions from a team member or visit
**fedex.com/officeserviceterms** for details.

202100017080
Mediation prep



125 W 47th St
New York, NY 10036
(212) 391-2679

Terminal: 0264MIX01
4/19/2022 08:49
Receipt #: 0264HL34182
Type: Purchase

| Qty | Description | Amount |
|-----|-------------|--------|
| 7 | PNG Color S/S 8.5x11 & 8.5x14 | 4.55 |

| | | |
|-----|-------------|--------|
| | SubTotal | 4.55 |
| | District tax | 0.02 |
| | City tax | 0.20 |
| | County tax | 0.00 |
| | State tax | 0.18 |
| | Total | USD $4.95 |

Acct #:************9213
VISA CREDIT
Chip Read
Auth No.: 067981
Mode: Issuer
AID: A0000000031010
NO CVM
CVM Result: 1F0002
TVR: 8000008000
IAD: 06011203600000
TSI: 6800
ARC: 00
APPROVED

The Cardholder agrees to pay the Issuer
of the charge card in accordance with
the agreement between the Issuer and
the Cardholder.



Tell us how we're doing and get
a coupon for $7 off a print order
of $40. Complete our survey by
scanning the QR code below,
visit **fedex.com/welisten**.



Offer expires 6/30/2022

*$7 off print order of $40.00 or more. Discount applies to orders placed in a FedEx Office store or online through FedEx Office® Print Online. Offer is valid at time of purchase only, no cash value and may not be discounted or credited toward past or future purchases, discount cannot be used in combination with custom-bid orders, other coupons, or discounts including account pricing. Discount not valid on the following products and services: finishing only orders, self-service print, photo station, fax or scan, direct mail, FedEx® or postage. Does not apply to shipping. Custom-branded boxes, rush or delivery charges. Does not apply to retail products. No cash value. Offer void where prohibited or restricted by law. Products, services and hours may vary by location. © 2022 FedEx. All rights reserved. Offer expires 6/30/2022.

By submitting your project to FedEx Office
or by making a purchase in a FedEx Office
store, you agree to all FedEx Office terms
and conditions, including limitations
of liability.

Request a copy of our terms and
conditions from a team member or visit
**fedex.com/officeserviceterms** for details.



125 W 47th St
New York, NY 10036
(212) 391-2679

Terminal: 0264MIX01
4/19/2022 12:09
Receipt #: 0264HL34191
Type: Purchase

| Qty | Description | Amount |
|-----|-------------|--------|
| 14 | PNG Color S/S 8.5x11 & 8.5x14 | 9.10 |
| 24 | PNG B&W S/S 8.5x11 & 8.5x14 | 3.84 |
| 10 | PNG Color S/S 8.5x11 & 8.5x14 | 6.50 |
| 12 | PNG B&W S/S 8.5x11 & 8.5x14 | 1.92 |

| | | |
|-----|-----|-----|
| SubTotal | | 21.36 |
| District tax | | 0.08 |
| City tax | | 0.96 |
| County tax | | 0.00 |
| State tax | | 0.85 |
| Total | USD | $23.25 |

Acct #:************9213
VISA CREDIT
Chip Read
Auth No.: 003203
Mode: Issuer
AID: A0000000031010
NO CVM
CVM Result: 1F0002
TVR: 8000008000
IAD: 06011203600000
TSI: 6800
ARC: 00
APPROVED

The Cardholder agrees to pay the Issuer
of the charge card in accordance with
the agreement between the Issuer and
the Cardholder.



Tell us how we're doing and get
a coupon for $7 off a print order
of $40*. Complete our survey by
scanning the QR code below,
visit **fedex.com/welisten**.



Offer expires 6/30/2022

*$7 off print order of $40.00 or more. Discount applies to orders placed
in a FedEx Office store or online through FedEx Office® Print Online.
Offer is valid at time of purchase only, no cash value and may not be
discounted or credited toward past or future purchases, discount cannot
be used in combination with custom-bid orders, other coupons, or
discounts, including account pricing. Discount not valid on the following
products and services: finishing only orders, self-service print, photo
station, fax or scan, direct mail, EDDM® or postage. Does not apply to
shipping, Custom Branded boxes, rush or delivery charges. Does not
apply to retail products. No cash value. Offer void where prohibited or
restricted by law. Products, services and hours may vary by location.
© 2022 FedEx. All rights reserved. Offer expires 6/30/2022.

By submitting your project to FedEx Office
or by making a purchase in a FedEx Office
store, you agree to all FedEx Office terms
and conditions, including limitations
of liability.

Request a copy of our terms and
conditions from a team member or visit
**fedex.com/officeserviceterms** for details.

# ATTORNEY/STAFF EXPENSE REIMBURSEMENT FORM

| | |
|---|---|
| **TODAY'S DATE:** | **5/12/2022** |
| **EMPLOYEE:** | **Ted Meadows** |
| **MATTER ID** [1] **:** | **2.021E+11**  202100017080 |
| **MATTER DESCRIPTION:** | **Talc J&J Bankruptcy Master File** |
| **TRAVEL DATES:** | **May 8-12** |
| **OFFICE EXPENSE:** | |

[1] *If there is more than 1 matter for this expense report, please include the matter ID in the details below.*

## DESCRIPTION: Cash Tips while trave

| MILEAGE: $0.585/PER MILE | | | | |
|---|---|---|---|---|
| **DESCRIPTION** | **DATE** | **MATTER ID** | **MILES** | **TOTAL** |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |

| EXPENSE DETAILS | | |
|---|---|---|
| **EXPENSE** | **DETAILS** | **TOTAL** |
| PARKING: | | |
| AIR TRANSPORTATION | | |
| GROUND TRANSPORTATION: | | |
| HOTEL/LODGING: | | |
| MEALS: | | |
| ENTERTAINMENT: | | |
| DUES/REGISTRATION FEES: | | |
| OTHER  CHARGES: | Cash Tips while traveling | $25.00 |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| TOTAL FROM ADDITIONAL PAGE | | $0.00 |

## REIMBURSEMENT TOTAL:

$25.00

2022-05-16-16-rj
2022-05-16-17-rj



# ATTORNEY/STAFF EXPENSE REIMBURSEMENT FORM

| | |
|---|---|
| **TODAY'S DATE:** | 5/16/2022 |
| **EMPLOYEE:** | Leigh O'Dell |
| **MATTER ID \*:** | 202100017080 |
| **MATTER DESCRIPTION:** | JNJ Bankruptcy |
| **TRAVEL DATES:** | 5/8/2022 5/12/2022 |
| **OFFICE EXPENSE:** | |

*\* If there is more than 1 matter for this expense report, please include the matter ID in the details below*

**APPROVAL:**  PLO

**DESCRIPTION:**  NYC for LTL Mediation

## EXPENSE BREAKDOWN

| | MILES | TOTAL |
|---|---|---|
| MILEAGE: $0.585/PER MILE | 340 | $ 198.90 |

| | DETAILS | TOTAL |
|---|---|---|
| PARKING: | | |
| AIR TRANSPORTATION | | |
| GROUND TRANSPORTATION: | Uber | $ 125.10 |
| HOTEL/LODGING: | | |
| MEALS: | | |
| ENTERTAINMENT: | | |
| DUES/REGISTRATION FEES: | | |
| OTHER  CHARGES: | Tips | $ 10.00 |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |

| **REIMBURSEMENT TOTAL:** | $ 334.00 |
|---|---|

2022-05-24-31-rj

# ATTORNEY/STAFF EXPENSE REIMBURSEMENT FORM

| | |
|---|---|
| TODAY'S DATE: | 5/24/2022 |
| EMPLOYEE: | Ted Meadows |
| MATTER ID `*`: | 2021.000.17080 |
| MATTER DESCRIPTION: | Talc J&J Bankruptcy Master File |
| TRAVEL DATES: | May 22-24 |
| OFFICE EXPENSE: | |

`* If there is more than 1 matter for this expense report, please include the matter ID in the details below`

## DESCRIPTION: Cash Tips while trave

| MILEAGE: $0.585/PER MILE | | | | |
|---|---|---|---|---|
| **DESCRIPTION** | **DATE** | **MATTER ID** | **MILES** | **TOTAL** |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |

| EXPENSE DETAILS | | |
|---|---|---|
| **EXPENSE** | **DETAILS** | **TOTAL** |
| PARKING: | | |
| AIR TRANSPORTATION | | |
| GROUND TRANSPORTATION: | | |
| HOTEL/LODGING: | | |
| MEALS: | | |
| ENTERTAINMENT: | | |
| DUES/REGISTRATION FEES: | | |
| OTHER  CHARGES: | Cash Tips while traveling | $10.00 |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| TOTAL FROM ADDITIONAL PAGE | | $0.00 |

## REIMBURSEMENT TOTAL:

$10.00

Trenton Parking Authority – 12.00
Courthouse Parking
(missing receipt)
202100017080
LTL Bankruptcy Hearing



202100017080
Omnibus Hearing                              11

TUE 04-12-22 01:33 P

*LL [BASE]                      $ 12.00
Total                          $ 12.00

Card No.   XXXX XXXX 9213
Charge Amount      $ 12.00

Change                         $ 0.00



**Hartsfield-Jackson Atlanta International Airport**

13

202100017080
LTL BKY hearing

# RECEIPT

SOUTHLAND PRINTING – SHREVEPORT, LA.

829029



24

Hartsfield-Jackson
Atlanta International Airport

9213-072357-02:05:46 04/20/22 17:38-000 00-5056.

202100017080
LTL Mediation

# RECEIPT

SOUTHLAND PRINTING - SHREVEPORT, LA.                825029

(212) 391-2679

**Lindsay Moore**

| | |
|---|---|
| **From:** | Leigh O'Dell |
| **Sent:** | Wednesday, March 30, 2022 9:03 AM |
| **To:** | Lindsay Moore |
| **Subject:** | FW: [EXT] CourtSolutions LLC Transaction Invoice |

**P. Leigh O'Dell**
Principal
334.269.2343

**From:** NoReply@Court-Solutions.com <NoReply@Court-Solutions.com>
**Sent:** Wednesday, March 30, 2022 9:00 AM
**To:** Leigh O'Dell <Leigh.ODell@BeasleyAllen.com>
**Cc:** Leigh O'Dell <Leigh.ODell@BeasleyAllen.com>
**Subject:** [EXT] CourtSolutions LLC Transaction Invoice

**[EXTERNAL]**



CourtSolutions Receipt

Case Name: LTL Management.
Case Number: 21-30589
Judge: Michael Kaplan
Date and Time of Hearing: 3/30/2022 10:00 AM EST

Billing Information

1

leigh.odell@beasleyallen.com

Total: 50.00
CC Number: XXXX2379

Thank you for using CourtSolutions!

 **Lindsay Moore**

| | |
|---|---|
| **From:** | Leigh O'Dell |
| **Sent:** | Monday, May 9, 2022 12:10 AM |
| **To:** | Lindsay Moore |
| **Subject:** | Fwd: [EXT] [Business] Your Monday morning trip with Uber |

Get Outlook for iOS

**P. Leigh O'Dell**
Principal
800.898.2034

Leigh.ODell@BeasleyAllen.com
BeasleyAllen.com | My bio

**Learn more about our ongoing litigation.**

CONFIDENTIALITY & PRIVILEGE NOTICE

**From:** Uber Receipts <noreply@uber.com>
**Sent:** Monday, May 9, 2022 12:42:23 AM
**To:** Leigh O'Dell <Leigh.ODell@BeasleyAllen.com>
**Subject:** [EXT] [Business] Your Monday morning trip with Uber

**[EXTERNAL]**

Total **$125.10**
May 8, 2022

# Thanks for tipping, Leigh

Here's your updated Monday morning ride receipt.

Total                                        $125.10

Learn more about the government-mandated pricing rules, taxes, and fees that
make trips in NYC more expensive.

---

| Trip Fare | $90.15 |
| --- | --- |
| | |
| Subtotal | $90.15 |
| NY Congestion Fee | $2.75 |
| Black Car Fund | $2.98 |
| State Sales Tax | $8.80 |
| Tolls, Surcharges, and Fees | $9.05 |
| Tip | $11.37 |

**Payments**

□  American Express ••••2003                    $125.10

Affiliated with UBER USA, LLC (B03404)

Dispatched by UBER USA, LLC (B03404)

To submit a complaint to the NYC TLC, please call 311.

Download PDF

2