Case Name:   In re LTL Management, LLC Case No.:      21-30589 (MBK)

**SCHEDULE OF EXPENSES FOR MEMBERS AND MEMBERS' REPRESENTATIVES OF THE
OFFICIAL TALC CLAIMANTS COMMITTEE OF LTL MANAGEMENT, LLC**

Applicant Name:  **Leigh O'Dell, Committee Representative for Alishia Landrum**
Role:  **Co-Chair, TCC 1**                                          **Total Expenses Requested: $10,596.56**

| SCHEDULE OF EXPENSES | | |
|---|---|---|
| **Date(s) Incurred** | **Expense Detail (*e.g.* , hotel, airfare and reason)** | **Expense Amount** |
| 4/20/2022 | Flight; return flight change from NYC for LTL mediation (Ted Meadows) | 220.00 |
| 4/27/2022 | Agent fee; NJ for LTL hearing (Ted Meadows) | 25.00 |
| 5/4/2022 | Flights; NYC for LTL meetings (Ted Meadows) | 542.20 |
| 5/3/2022 | Flights; NJ for LTL hearing (Ted Meadows) | 139.99 |
| 5/4/2022 | Agent fee; NYC for LTL meetings (Ted Meadows) | 25.00 |
| 5/13/2022 | Flights; NJ for LTL hearing (Ted Meadows) | 872.71 |
| 5/13/2022 | Agent fee; PA for LTL meetings (Ted Meadows) | 25.00 |
| 5/16/2022 | Agent fee; NJ for LTL hearing (Ted Meadows) | 25.00 |
| 4/20/2022 | Flights; NYC for LTL mediation (Leigh O'Dell) | 220.00 |
| 5/4/2022 | Flights; NYC for LTL meetings (Leigh O'Dell) | 482.21 |
| 5/4/2022 | Agent fee; NYC for LTL meetings (Leigh O'Dell) | 25.00 |
| 5/14/2022 | Flights; NJ for LTL hearing (Leigh O'Dell) | 507.20 |
| 5/13/2022 | Agent fee; PA for LTL meetings (Leigh O'Dell) | 25.00 |
| 5/14/2022 | Agent fee; NJ for LTL hearing (Leigh O'Dell) | 25.00 |
| 5/13/2022 | Flight; PA for LTL meetings (Leigh O'Dell) | 50.00 |
| 4/12/2022 | Toll; NJ LTL hearing (Leigh O'Dell) | 20.07 |
| 5/4/2022 | Fuel for rental car; NJ for LTL hearings (Leigh O'Dell) | 24.28 |
| 5/4/2022 | Hotel; NJ for LTL hearing (Ted Meadows) | 216.64 |
| 5/12/2022 | Hotel; NYC for LTL meetings, less food charges (Ted Meadows) | 1,453.65 |
| 6/2/2022 | Hotel; NYC for LTL meetings, less food charges (Andy Birchfield) | 1,258.86 |
| 5/4/2022 | Hotel; NJ for LTL hearing (Leigh O'Dell) | 221.03 |
| 5/12/2022 | Hotel; NYC for LTL meetings (Leigh O'Dell) | 1,453.65 |
| 5/4/2022 | Mileage Reimbursement; NJ for LTL hearing (Andy Birchfield) | 198.90 |
| 6/3/2022 | Mileage Reimbursement; NYC for LTL meetings (Leigh O'Dell) | 198.90 |
| 6/3/2022 | Mileage Reimbursement; NYC for LTL meetings (Andy Birchfield) | 198.90 |
| 6/6/2022 | Mileage Reimbursement; NJ for LTL hearing (Leigh O'Dell) | 198.90 |
| 6/22/2022 | Mileage Reimbursement; NJ for LTL hearing (Leigh O'Dell) | 198.90 |
| 6/22/2022 | Rental Reimbursment; NJ for LTL hearing (Leigh O'Dell) | 325.62 |
| 6/22/2022 | Meal (Leigh O'Dell, Ted Meadows) | 10.23 |
| 5/4/2022 | Meal (Ted Meadows) | 6.33 |
| 5/4/2022 | Meal (Ted Meadows) | 13.02 |
| 5/19/2022 | Meal (Ted Meadows) | 7.53 |
| 5/12/2022 | Meal (Ted Meadows) | 7.53 |
| 5/31/2022 | Meal (Andy Birchfield, et al.) | 110.54 |
| 6/1/2022 | Meal (Andy Birchfield) | 34.31 |
| 4/25/2022 | Meals; Remainder of food and beverage fees for mediation | 400.00 |
| 5/3/2022 | Meal (Leigh O'Dell) | 30.00 |
| 5/4/2022 | Meal (Leigh O'Dell) | 5.00 |
| 5/8/2022 | Meal (Leigh O'Dell) | 3.55 |
| 5/9/2022 | Meal (Leigh O'Dell) | 15.22 |
| 5/9/2022 | Meal (Leigh O'Dell) | 4.30 |
| 5/12/2022 | Meals (Leigh O'Dell) | 24.11 |
| 6/3/2022 | Cash reimbursement; NYC LTL meetings (Ted Meadows) | 35.00 |
| 6/3/2022 | Cash reimbursement; NYC LTL meetings (Leigh O'Dell) | 10.00 |

| 4/18/2022 | Mediation prep supplies (Leigh O'Del) | 36.71 |
| 6/13/2022 | Cash reimbursement; NJ for LTL hearing (Ted Meadows) | 15.00 |
| 6/22/2022 | Cash reimbursement; NJ for LTL hearing (Leigh O'Dell) | 10.00 |
| 6/23/2022 | Printer/Copier Expenses for Beasley Allen | 8.65 |
| 6/3/2022 | Parking; NYC LTL meeting (Andy Birchfield) | 56.00 |
| 5/4/2022 | Parking; NJ for LTL hearing (Leigh O'Dell) | 117.00 |
| 5/4/2022 | Parking; NJ for LTL hearing (Leigh O'Dell) | 12.00 |
| 5/12/2022 | Parking; LTL mediation (Leigh O'Dell) | 76.00 |
| 5/31/2022 | Uber; NYC LTL meeting (Leigh O'Dell) | 76.39 |
| 6/2/2022 | Uber; NYC LTL meeting (Leigh O'Dell) | 139.53 |
| 5/22/2022 | Car Service to airport; NJ for LTL hearing (Ted Meadows) | 155.00 |
| | | **10,596.56** |

| From: | Clay Nottrodt |
|---|---|
| To: | Ted Meadows |
| Cc: | Lindsay Moore; Brittney Clemons |
| Subject: | [EXT] Apr 20 - Later return flight confirmed - Ted Meadows |
| Date: | Wednesday, April 20, 2022 9:21:38 AM |
| Attachments: | Invoice - Itinerary Communication Attachment - GWAZNG - April 18 2022 14172561.html |
| | DL Flight Number 549 ATL LGA Departs 1230 PM (Local Time)TED GORDON MEADOWS.ics |
| | DL Flight Number 507 LGA ATL Departs 245 PM (Local Time)TED GORDON MEADOWS.ics |
| | Hotel Confirmation Number 80478460 TED GORDON MEADOWS.ics |

**[EXTERNAL]**

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| Passenger(s): | **MEADOWS/TED GORDON** | | |
|---|---|---|---|
| Date: | 20 April 2022 | **Booking Ref.:** | GWAZNG S-B30C |
| Invoice No: | 5162438 | **Customer:** | 011677 |
| Billing: | BEASLEY ALLEN LAW FIRM | **Delivery** | TED MEADOWS |
| | 4160 PO BOX | **Address:** | |
| | MONTGOMERY AL 36103 | | |

Traveler Information:                                Airline baggage and ancillary fee information:
http://www.tsa.gov/traveler-information/             http://exploreflightfees.com/

## AIR - Monday, April 18 2022 (Flown)

### Delta Air Lines  Flight DL549  Premium Economy Class

| Depart: | Hartsfield-Jackson ATL |
|---|---|
| | Atlanta, Georgia, United States |
| | 12:30 PM Monday, April 18 2022 |
| Arrive: | LaGuardia Airport |
| | New York, New York, United States |
| | 02:43 PM Monday, April 18 2022 |
| Duration: | 2 hour(s) and 13 minute(s) Non-stop |
| Status: | Cancelled - Delta Air Lines Booking Reference: HI8B37 |
| Seat: | Assigned at Check-in |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |

Weather

## HOTEL - Monday, April 18 2022

### The Times Square Edition

| Address: | 20 Times Sq 701 7th Ave at Wes |
|---|---|
| | New York, NY 10036 |
| | United States |
| Tel: | +1 (212) 398-7017 |
| Fax: | +1 (212) 398-4747 |
| Check In/Check Out: | Monday, April 18 2022 - Wednesday, April 20 2022 |

| Status: | Confirmed |
|---|---|
| Number of Persons: | 1 |
| Number of Nights: | 2 |
| Rate per night: | USD 536.00 plus tax and/or additional fees |
| Guaranteed: | No |
| Confirmation: | 80478460 |
| Cancellation Policy: | 03D |
| Additional Information: | KING NONSMOKING |

## AIR - Wednesday, April 20 2022

### Delta Air Lines  Flight DL507  Economy Class

| Depart: | LaGuardia Airport |
|---|---|
| | New York, New York, United States |
| | 02:45 PM Wednesday, April 20 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 05:15 PM Wednesday, April 20 2022 |
| Duration: | 2 hour(s) and 30 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: HI8B37 |
| Equipment: | Airbus Industrie A320 |
| Seat: | 22E Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

Weather

## MISCELLANEOUS

| Passive Miscellaneous Info: | RETENTION 2022 |
|---|---|

## Remarks

CHANGED RETURN FLIGHT ORIG DL TKT 0067759340778
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.

PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $245.00 USD**
Electronic Ticket Number: 0067760734310
Invoice No.: 5162438
Ticket Amount: $220.00 USD
Form of Payment: VI************4404

Service Fee Number: 8900821370306
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on
the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's
prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for
transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

| From: | Clay Nottrodt |
|---|---|
| To: | Ted Meadows |
| Cc: | Lindsay Moore; Brittney Clemons; Andy Birchfield; Leigh O"Dell |
| Subject: | [EXT] May 3- Confirmation - Itinerary/Ticket Change - Ted Meadows |
| Date: | Wednesday, April 27, 2022 3:10:14 PM |
| Attachments: | Invoice - Itinerary Communication Attachment - ZWTRER - May 3 2022 20033772.html |
| | DL Flight Number 858 ATL EWR Departs 1105 AM (Local Time)TED GORDON MEADOWS.ics |
| | DL Flight Number 1741 EWR ATL Departs 635 PM (Local Time)TED GORDON MEADOWS.ics |
| | Hotel Confirmation Number 94277153 TED GORDON MEADOWS.ics |

**[EXTERNAL]**

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| Passenger(s): | **MEADOWS/TED GORDON** | | |
|---|---|---|---|
| Date: | 27 April 2022 | Booking Ref.: | ZWTRER S-B30C |
| Invoice No: | 5164918 | Customer: | 011677 |
| Billing: | BEASLEY ALLEN LAW FIRM | Delivery | TED MEADOWS |
| | 4160 PO BOX | Address: | |
| | MONTGOMERY AL 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

## AIR - Tuesday, May 3 2022

### Delta Air Lines  Flight DL858  Economy Class

| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
|---|---|
| | Atlanta, Georgia, United States |
| | 11:05 AM Tuesday, May 3 2022 |
| Arrive: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 01:10 PM Tuesday, May 3 2022 |
| Duration: | 2 hour(s) and 5 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: JOZHD6 |
| Equipment: | Boeing 737-800 Passenger |
| Seat: | 19A Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |

Weather

## HOTEL - Tuesday, May 3 2022

### Princeton Marriott at Forrestal

| Address: | 100 College Road East. |
|---|---|
| | Princeton, NJ 08540 |
| | United States |
| Tel: | +1 (609) 452-7800 |
| Fax: | +1 (609) 452-7883 |
| Check In/Check Out: | Tuesday, May 3 2022 - Wednesday, May 4 2022 |
| Status: | Confirmed |
| Number of Rooms: | 1 |

| | |
|---|---|
| **Number of Persons:** | 1 |
| **Number of Nights:** | 1 |
| **Rate per night:** | USD 189.00 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 94277153 |
| **Frequent Guest ID:** | 345029743 |
| **Cancellation Policy:** | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | KING NONSMOKING |

## AIR - Wednesday, May 4 2022

### Delta Air Lines  Flight DL1741  Economy Class

| | |
|---|---|
| **Depart:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 06:35 PM Wednesday, May 4 2022 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 08:57 PM Wednesday, May 4 2022 |
| **Duration:** | 2 hour(s) and 22 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: JOZHD6 |
| **Equipment:** | Boeing 717-200 |
| **Seat:** | 25E Confirmed |
| **FF Number:** | DL2353000801 - MEADOWS/TED GORDON |

Weather

## Remarks

CHANGED FLIGHT TO NEWARK EXCHANGED FOR DELTA TKT 0067761067104
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE'S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.

YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $164.99 USD**
Electronic Ticket Number: 0067762234555
Invoice No.: 5164918
Ticket Amount: $139.99 USD
Form of Payment: VI************4404

Service Fee Number: 8900821676366
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

| From: | Clay Nottrodt |
|-------|---------------|
| To: | Ted Meadows |
| Cc: | Brittney Clemons |
| Subject: | [EXT] May 8-12 - Confirmation - Ted Meadows |
| Date: | Thursday, May 5, 2022 8:12:10 AM |
| Attachments: | Invoice - Itinerary Communication Attachment - GKCYNK - May 8 2022 00080504.html |
| | DL Flight Number 505 ATL LGA Departs 935 PM (Local Time)TED GORDON MEADOWS.ics |
| | DL Flight Number 2177 LGA ATL Departs 1030 AM (Local Time)TED GORDON MEADOWS.ics |
| | Hotel Confirmation Number CI3VXTKU TED GORDON MEADOWS.ics |

## [EXTERNAL]

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| Passenger(s): | **MEADOWS/TED GORDON** | | |
| Date: | 04 May 2022 | Booking Ref.: | GKCYNK S-B30C |
| Invoice No: | 5167036 | Customer: | 011677 |
| Billing: | BEASLEY ALLEN LAW FIRM | Delivery | TED MEADOWS |
| | 4160 PO BOX | Address: | |
| | MONTGOMERY AL 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

### AIR - Sunday, May 8 2022

#### Delta Air Lines  Flight DL505  Economy Class

| | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 09:35 PM Sunday, May 8 2022 |
| Arrive: | LaGuardia Airport |
| | New York, New York, United States |
| | 11:52 PM Sunday, May 8 2022 |
| Duration: | 2 hour(s) and 17 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: GH3FBT |
| Equipment: | Airbus Industrie A320 |
| Seat: | 25C Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

Weather

### HOTEL - Sunday, May 8 2022

#### The Michelangelo New York

| | |
|---|---|
| Address: | 152 West 51st Street |
| | New York, NY 10019 |
| | United States |
| Tel: | +1 (212) 765-1900 |
| Fax: | +1 (212) 541-6604 |
| Check In/Check Out: | Sunday, May 8 2022 - Thursday, May 12 2022 |
| Status: | Confirmed |
| Number of Rooms: | 1 |

| Number of Persons: | 1 |
| Number of Nights: | 4 |
| Rate per night: | USD 449.65 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | CI3VXTKU |
| Frequent Guest ID: | F86FCB |
| Cancellation Policy: | 01D CANCEL 1 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING EXECUTIVE SUITE |

## AIR - Thursday, May 12 2022

### Delta Air Lines  Flight DL2177  Economy Class

| Depart: | LaGuardia Airport |
| | New York, New York, United States |
| | 10:30 AM Thursday, May 12 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 01:10 PM Thursday, May 12 2022 |
| Duration: | 2 hour(s) and 40 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: GH3FBT |
| Equipment: | Airbus Industrie A321 |
| Seat: | 36A Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

Weather

### Remarks

HTL RATE SPLIT 220.15/8-9MAY 364.65/10MAY 449.65/11MAY AVG 313.65/NT
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST

24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

### Invoice

**Total Invoice Amount: $567.20 USD**
Electronic Ticket Number: 0067763656958
Invoice No.: 5167036
Ticket Amount: $542.20 USD
Form of Payment: VI************4404

Service Fee Number: 8900821985386
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on
the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's
prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for
transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

| From: | Clay Nottrodt |
|---|---|
| To: | Ted Meadows |
| Cc: | Lindsay Moore; Brittney Clemons; Andy Birchfield; Leigh O"Dell |
| Subject: | [EXT] May 3- Confirmation - Itinerary/Ticket Change - Ted Meadows |
| Date: | Wednesday, April 27, 2022 3:10:14 PM |
| Attachments: | Invoice - Itinerary Communication Attachment - ZWTRER - May 3 2022 20033772.html |
| | DL Flight Number 858 ATL EWR Departs 1105 AM (Local Time)TED GORDON MEADOWS.ics |
| | DL Flight Number 1741 EWR ATL Departs 635 PM (Local Time)TED GORDON MEADOWS.ics |
| | Hotel Confirmation Number 94277153 TED GORDON MEADOWS.ics |

**[EXTERNAL]**

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| Passenger(s): | **MEADOWS/TED GORDON** | | |
|---|---|---|---|
| Date: | 27 April 2022 | **Booking Ref.:** | ZWTRER S-B30C |
| Invoice No: | 5164918 | **Customer:** | 011677 |
| Billing: | BEASLEY ALLEN LAW FIRM | **Delivery** | TED MEADOWS |
| | 4160 PO BOX | **Address:** | |
| | MONTGOMERY AL 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

### AIR - Tuesday, May 3 2022
#### Delta Air Lines  Flight DL858  Economy Class

| | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 11:05 AM Tuesday, May 3 2022 |
| Arrive: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 01:10 PM Tuesday, May 3 2022 |
| Duration: | 2 hour(s) and 5 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: JOZHD6 |
| Equipment: | Boeing 737-800 Passenger |
| Seat: | 19A Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |

Weather

### HOTEL - Tuesday, May 3 2022
#### Princeton Marriott at Forrestal

| | |
|---|---|
| Address: | 100 College Road East. |
| | Princeton, NJ 08540 |
| | United States |
| Tel: | +1 (609) 452-7800 |
| Fax: | +1 (609) 452-7883 |
| Check In/Check Out: | Tuesday, May 3 2022 - Wednesday, May 4 2022 |
| Status: | Confirmed |
| Number of Rooms: | 1 |

| Number of Persons: | 1 |
|---|---|
| Number of Nights: | 1 |
| Rate per night: | USD 189.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 94277153 |
| Frequent Guest ID: | 345029743 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

## AIR - Wednesday, May 4 2022

### Delta Air Lines  Flight DL1741  Economy Class

| Depart: | Newark Liberty International, TERMINAL B |
|---|---|
| | Newark, New Jersey, United States |
| | 06:35 PM Wednesday, May 4 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 08:57 PM Wednesday, May 4 2022 |
| Duration: | 2 hour(s) and 22 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: JOZHD6 |
| Equipment: | Boeing 717-200 |
| Seat: | 25E Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |

Weather

## Remarks

CHANGED FLIGHT TO NEWARK EXCHANGED FOR DELTA TKT 0067761067104
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE'S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.

YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $164.99 USD**
Electronic Ticket Number: 0067762234555
Invoice No.: 5164918
Ticket Amount: $139.99 USD
Form of Payment: VI************4404

Service Fee Number: 8900821676366
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

| From: | Clay Nottrodt |
|---|---|
| To: | Ted Meadows |
| Cc: | Brittney Clemons |
| Subject: | [EXT] May 8-12 - Confirmation - Ted Meadows |
| Date: | Thursday, May 5, 2022 8:12:10 AM |
| Attachments: | Invoice - Itinerary Communication Attachment - GKCYNK - May 8 2022 00080504.html |
| | DL Flight Number 505 ATL LGA Departs 935 PM (Local Time)TED GORDON MEADOWS.ics |
| | DL Flight Number 2177 LGA ATL Departs 1030 AM (Local Time)TED GORDON MEADOWS.ics |
| | Hotel Confirmation Number CI3VXTKU TED GORDON MEADOWS.ics |

**[EXTERNAL]**

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| Passenger(s): | **MEADOWS/TED GORDON** | | |
| Date: | 04 May 2022 | Booking Ref.: | GKCYNK S-B30C |
| Invoice No: | 5167036 | Customer: | 011677 |
| Billing: | BEASLEY ALLEN LAW FIRM | Delivery | TED MEADOWS |
| | 4160 PO BOX | Address: | |
| | MONTGOMERY AL 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

## AIR - Sunday, May 8 2022

### Delta Air Lines  Flight DL505  Economy Class

| | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 09:35 PM Sunday, May 8 2022 |
| Arrive: | LaGuardia Airport |
| | New York, New York, United States |
| | 11:52 PM Sunday, May 8 2022 |
| Duration: | 2 hour(s) and 17 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: GH3FBT |
| Equipment: | Airbus Industrie A320 |
| Seat: | 25C Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

Weather

## HOTEL - Sunday, May 8 2022

### The Michelangelo New York

| | |
|---|---|
| Address: | 152 West 51st Street |
| | New York, NY 10019 |
| | United States |
| Tel: | +1 (212) 765-1900 |
| Fax: | +1 (212) 541-6604 |
| Check In/Check Out: | Sunday, May 8 2022 - Thursday, May 12 2022 |
| Status: | Confirmed |
| Number of Rooms: | 1 |

| | |
|---|---|
| **Number of Persons:** | 1 |
| **Number of Nights:** | 4 |
| **Rate per night:** | USD 449.65 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | CI3VXTKU |
| **Frequent Guest ID:** | F86FCB |
| **Cancellation Policy:** | 01D CANCEL 1 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | KING EXECUTIVE SUITE |

## AIR - Thursday, May 12 2022

### Delta Air Lines Flight DL2177 Economy Class

| | |
|---|---|
| **Depart:** | LaGuardia Airport |
| | New York, New York, United States |
| | 10:30 AM Thursday, May 12 2022 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 01:10 PM Thursday, May 12 2022 |
| **Duration:** | 2 hour(s) and 40 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: GH3FBT |
| **Equipment:** | Airbus Industrie A321 |
| **Seat:** | 36A Confirmed |
| **FF Number:** | DL2353000801 - MEADOWS/TED GORDON |
| **Baggage Allowance:** | NIL |

Weather

### Remarks

HTL RATE SPLIT 220.15/8-9MAY 364.65/10MAY 449.65/11MAY AVG 313.65/NT
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST

24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $567.20 USD**
Electronic Ticket Number: 0067763656958
Invoice No.: 5167036
Ticket Amount: $542.20 USD
Form of Payment: VI***********4404

Service Fee Number: 8900821985386
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on
the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's
prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for
transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

| From: | Clay Nottrodt |
|-------|---------------|
| To: | Ted Meadows |
| Cc: | Brittney Clemons; Leigh O"Dell |
| Subject: | [EXT] May 22-24 - Confirmation - Ted Meadows |
| Date: | Friday, May 13, 2022 4:54:27 PM |
| Attachments: | Invoice - Itinerary Communication Attachment - KYKIZF - May 22 2022 21444479.html |
| | DL Flight Number 2137 BHM ATL Departs 1210 PM (Local Time)TED GORDON MEADOWS.ics |
| | DL Flight Number 1082 ATL EWR Departs 405 PM (Local Time)TED GORDON MEADOWS.ics |
| | DL Flight Number 2769 EWR ATL Departs 424 PM (Local Time)TED GORDON MEADOWS.ics |
| | Hotel Confirmation Number 82152759 TED GORDON MEADOWS.ics |

## [EXTERNAL]

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| Passenger(s): | **MEADOWS/TED GORDON** | | |
|---------------|------------------------|---|---|
| Date: | 13 May 2022 | | |
| Invoice No: | 5169675 | **Booking Ref.:** | KYKIZF S-B30C |
| Billing: | BEASLEY ALLEN LAW FIRM | **Customer:** | 011677 |
| | 4160 PO BOX | **Delivery** | TED MEADOWS |
| | MONTGOMERY AL 36103 | **Address:** | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

### AIR - Sunday, May 22 2022

**Delta Air Lines  Flight DL2137  Economy Class**

| Depart: | Birmingham-Shuttlesworth International Airport |
|---------|-----------------------------------------------|
| | Birmingham, Alabama, United States |
| | 12:10 PM Sunday, May 22 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 02:10 PM Sunday, May 22 2022 |
| Duration: | 1 hour(s) and 0 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: H8KIHX |
| Equipment: | Boeing 737-900 Passenger |
| Seat: | 29C Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

Weather

### AIR - Sunday, May 22 2022

**Delta Air Lines  Flight DL1082  Economy Class**

| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
|---------|-----------------------------------------------|
| | Atlanta, Georgia, United States |
| | 04:05 PM Sunday, May 22 2022 |
| Arrive: | Newark Liberty International, TERMINAL B |

| | Newark, New Jersey, United States |
|---|---|
| | 06:22 PM Sunday, May 22 2022 |
| Duration: | 2 hour(s) and 17 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: H8KIHX |
| Equipment: | Boeing 737-900 Passenger |
| Seat: | 29C Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

Weather

## HOTEL - Sunday, May 22 2022

### Princeton Marriott at Forrestal

| Address: | 100 College Road East. |
|---|---|
| | Princeton, NJ 08540 |
| | United States |
| Tel: | +1 (609) 452-7800 |
| Fax: | +1 (609) 452-7883 |
| Check In/Check Out: | Sunday, May 22 2022 - Tuesday, May 24 2022 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 2 |
| Rate per night: | USD 324.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 82152759 |
| Frequent Guest ID: | 345029743 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

## AIR - Tuesday, May 24 2022

### Delta Air Lines  Flight DL2769  Economy Class

| Depart: | Newark Liberty International, TERMINAL B |
|---|---|
| | Newark, New Jersey, United States |
| | 04:24 PM Tuesday, May 24 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 06:45 PM Tuesday, May 24 2022 |
| Duration: | 2 hour(s) and 21 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: H8KIHX |
| Equipment: | Boeing 737-900 Passenger |
| Seat: | 22D Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

Weather

## Remarks

HOTEL RATE SPLIT 256.00/22MAY 324.00/23MAY - AVG 290.00/NT
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK YOUR AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $897.71 USD**
Electronic Ticket Number: 0067765738103
Invoice No.: 5169675
Ticket Amount: $872.71 USD
Form of Payment: VI************4404

Service Fee Number: 8908022356497
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

| From: | Clay Nottrodt |
|---|---|
| To: | Ted Meadows |
| Cc: | Brittney Clemons |
| Subject: | [EXT] May 16-17 - Confirmation - Ted Meadows |
| Date: | Friday, May 13, 2022 3:57:41 PM |
| Attachments: | Invoice - Itinerary Communication Attachment - YGKQCL - May 16 2022 20024962.html |
| | DL Flight Number 1318 ATL PHL Departs 247 PM (Local Time)TED GORDON MEADOWS.ics |
| | DL Flight Number 2125 PHL ATL Departs 342 PM (Local Time)TED GORDON MEADOWS.ics |
| | Hotel Confirmation Number 82046969 TED GORDON MEADOWS.ics |

**[EXTERNAL]**

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| Passenger(s): | **MEADOWS/TED GORDON** | | |
|---|---|---|---|
| Date: | 13 May 2022 | | |
| Invoice No: | 5169639 | **Booking Ref.:** | YGKQCL S-B30C |
| Billing: | BEASLEY ALLEN LAW FIRM | **Customer:** | 011677 |
| | 4160 PO BOX | **Delivery** | TED MEADOWS |
| | MONTGOMERY AL 36103 | **Address:** | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

### AIR - Monday, May 16 2022

**Delta Air Lines  Flight DL1318  Economy Class**

| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
|---|---|
| | Atlanta, Georgia, United States |
| | 02:47 PM Monday, May 16 2022 |
| Arrive: | Philadelphia International Airport, TERMINAL D |
| | Philadelphia, Pennsylvania, United States |
| | 04:48 PM Monday, May 16 2022 |
| Duration: | 2 hour(s) and 1 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: **H6JYH2** |
| Equipment: | Boeing 737-900 Passenger |
| Seat: | 24C Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

Weather

### HOTEL - Monday, May 16 2022

**The Westin Philadelphia**

| Address: | 99 South 17th Street |
|---|---|
| | Philadelphia, PA 19103 |
| | United States |
| Tel: | +1 (215) 563-1600 |
| Fax: | +1 (215) 640-8177 |
| Check In/Check Out: | Monday, May 16 2022 - Tuesday, May 17 2022 |

| | |
|---|---|
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 1 |
| Rate per night: | USD 339.15 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 82046969 |
| Frequent Guest ID: | 345029743 |
| Cancellation Policy: | 01D CANCEL 1 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

## AIR - Tuesday, May 17 2022

### Delta Air Lines  Flight DL2125  Economy Class

| | |
|---|---|
| Depart: | Philadelphia International Airport, TERMINAL D |
| | Philadelphia, Pennsylvania, United States |
| | 03:42 PM Tuesday, May 17 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 05:52 PM Tuesday, May 17 2022 |
| Duration: | 2 hour(s) and 10 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: H6JYH2 |
| Equipment: | Boeing 737-900 Passenger |
| Seat: | 21D Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

Weather

## Remarks

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $692.20 USD**
Service Fee Number: 8900822356495
Invoice No.: 5169639
Service Fee Amount: $25.00 USD

Electronic Ticket Number: 0067765647450
Invoice No.: 5169631
Ticket Amount: $667.20 USD
Form of Payment: VI************4404

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on
the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's
prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for
transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

| From: | Clay Nottrodt |
|---|---|
| To: | Ted Meadows |
| Cc: | Brittney Clemons; Leigh O"Dell |
| Subject: | [EXT] May 22-24 - Confirmation - Ted Meadows |
| Date: | Friday, May 13, 2022 4:54:27 PM |
| Attachments: | Invoice - Itinerary Communication Attachment - KYKIZF - May 22 2022 21444479.html |
| | DL Flight Number 2137 BHM ATL Departs 1210 PM (Local Time)TED GORDON MEADOWS.ics |
| | DL Flight Number 1082 ATL EWR Departs 405 PM (Local Time)TED GORDON MEADOWS.ics |
| | DL Flight Number 2769 EWR ATL Departs 424 PM (Local Time)TED GORDON MEADOWS.ics |
| | Hotel Confirmation Number 82152759 TED GORDON MEADOWS.ics |

## [EXTERNAL]

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| Passenger(s): | **MEADOWS/TED GORDON** | | |
|---|---|---|---|
| Date: | 13 May 2022 | Booking Ref.: | KYKIZF S-B30C |
| Invoice No: | 5169675 | Customer: | 011677 |
| Billing: | BEASLEY ALLEN LAW FIRM | Delivery | TED MEADOWS |
| | 4160 PO BOX | Address: | |
| | MONTGOMERY AL 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

### AIR - Sunday, May 22 2022

**Delta Air Lines  Flight DL2137  Economy Class**

| Depart: | Birmingham-Shuttlesworth International Airport |
|---|---|
| | Birmingham, Alabama, United States |
| | 12:10 PM Sunday, May 22 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 02:10 PM Sunday, May 22 2022 |
| Duration: | 1 hour(s) and 0 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: H8KIHX |
| Equipment: | Boeing 737-900 Passenger |
| Seat: | 29C Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

Weather

### AIR - Sunday, May 22 2022

**Delta Air Lines  Flight DL1082  Economy Class**

| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
|---|---|
| | Atlanta, Georgia, United States |
| | 04:05 PM Sunday, May 22 2022 |
| Arrive: | Newark Liberty International, TERMINAL B |

| | Newark, New Jersey, United States |
| | 06:22 PM Sunday, May 22 2022 |
| Duration: | 2 hour(s) and 17 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: H8KIHX |
| Equipment: | Boeing 737-900 Passenger |
| Seat: | 29C Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

Weather

## HOTEL - Sunday, May 22 2022

### Princeton Marriott at Forrestal

| Address: | 100 College Road East. |
| | Princeton, NJ 08540 |
| | United States |
| Tel: | +1 (609) 452-7800 |
| Fax: | +1 (609) 452-7883 |
| Check In/Check Out: | Sunday, May 22 2022 - Tuesday, May 24 2022 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 2 |
| Rate per night: | USD 324.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 82152759 |
| Frequent Guest ID: | 345029743 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

## AIR - Tuesday, May 24 2022

### Delta Air Lines Flight DL2769 Economy Class

| Depart: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 04:24 PM Tuesday, May 24 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 06:45 PM Tuesday, May 24 2022 |
| Duration: | 2 hour(s) and 21 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: H8KIHX |
| Equipment: | Boeing 737-900 Passenger |
| Seat: | 22D Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

Weather

## Remarks

HOTEL RATE SPLIT 256.00/22MAY 324.00/23MAY - AVG 290.00/NT
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL.

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE'S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $897.71 USD**
Electronic Ticket Number: 0067765738103
Invoice No.: 5169675
Ticket Amount: $872.71 USD
Form of Payment: VI************4404

Service Fee Number: 8908022356497
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

Case 21-30589-MBK    Doc 3020-5    Filed 09/13/22    Entered 09/13/22 12:42:42    Desc
4/20/22, 9:17 AM                Invoice - Itinerary Communication Attachment - GJVWEA - April 18 2022 13564724.html

3a

202100017080
LTL Mediation
Return flight change

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

**Passenger(s):** **ODELL/PATRICIA LEIGH**
**Date:** 20 April 2022
**Invoice No:** 5162419
**Billing:** BEASLEY ALLEN LAW FIRM
4160 PO BOX
MONTGOME RY 36103

**Booking Ref.:** GJVWEA S-B30C
**Customer:** 011677
**Delivery** LEIGH ODELL
**Address:**

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

AIR - Monday, April 18 2022 (Flown)

| Delta Air Lines  Flight DL549  Premium Economy Class | |
|---|---|
| Depart: | Hartsfield-Jackson ATL |
| | Atlanta, Georgia, United States |
| | 12:30 PM Monday, April 18 2022 |
| Arrive: | LaGuardia Airport |
| | New York, New York, United States |
| | 02:43 PM Monday, April 18 2022 |
| Duration: | 2 hour(s) and 13 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: **HKA87J** |
| Seat: | 14B Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |

AIR - Wednesday, April 20 2022

| Delta Air Lines  Flight DL507  Economy Class | |
|---|---|
| Depart: | LaGuardia Airport |
| | New York, New York, United States |
| | 02:45 PM Wednesday, April 20 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 05:15 PM Wednesday, April 20 2022 |
| Duration: | 2 hour(s) and 30 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: **HKA87J** |
| Equipment: | Airbus Industrie A320 |
| Seat: | 16B Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | NIL |

Remarks

CHANGED RETURN FLIGHT ORIG DL TKT 0067759340776
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS,..AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID

file:///C:/Users/lindsay.smith/Desktop/Invoice - Itinerary Communication Attachment - GJVWEA - April 18 2022 13564724.html

1/2

THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...,A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

Invoice

**Total Invoice Amount: $245.00 USD**
Electronic Ticket Number: 8900821370301
Ticket Amount: $25.00 USD
Form of Payment: VI************9213

Electronic Ticket Number: 0067760734257
Invoice No.: 5162419
Ticket Amount: $220.00 USD
Form of Payment: VI************9213

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the
aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's
prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for
transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

202100017080
LTL Mediation

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| **Passenger(s):** | **ODELL/PATRICIA LEIGH** | | |
| **Date:** | 04 May 2022 | **Booking Ref.:** | GZDRVY S-B30C |
| **Invoice No:** | 5167026 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | LEIGH ODELL |
| | 4160 PO BOX | **Address:** | |
| | MONTGOME RY 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

AIR - Sunday, May 8 2022

| **Delta Air Lines  Flight DL505  Economy Class** | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 09:35 PM Sunday, May 8 2022 |
| **Arrive:** | LaGuardia Airport |
| | New York, New York, United States |
| | 11:52 PM Sunday, May 8 2022 |
| **Duration:** | 2 hour(s) and 17 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: GHTGO3 |
| **Equipment:** | Airbus Industrie A320 |
| **Seat:** | 25B Confirmed |
| **FF Number:** | DL2193943038 - ODELL/PATRICIA LEIGH |
| **Baggage Allowance:** | NIL |

HOTEL - Sunday, May 8 2022

| **The Michelangelo New York** | |
|---|---|
| **Address:** | 152 West 51st Street |
| | New York, NY 10019 |
| | United States |
| **Tel:** | +1 (212) 765-1900 |
| **Fax:** | +1 (212) 541-6604 |
| **Check In/Check Out:** | Sunday, May 8 2022 - Thursday, May 12 2022 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 4 |
| **Rate per night:** | USD 449.65 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | CI3VXT4U |
| **Frequent Guest ID:** | E9FA47 |
| **Cancellation Policy:** | 01D CANCEL 1 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | KING EXECUTIVE SUITE |

AIR - Thursday, May 12 2022

| **Delta Air Lines  Flight DL2177  Economy Class** | |
|---|---|
| **Depart:** | LaGuardia Airport |
| | New York, New York, United States |
| | 10:30 AM Thursday, May 12 2022 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 01:10 PM Thursday, May 12 2022 |
| **Duration:** | 2 hour(s) and 40 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: GHTGO3 |
| **Equipment:** | Airbus Industrie A321 |
| **Seat:** | 31A Confirmed |
| **FF Number:** | DL2193943038 - ODELL/PATRICIA LEIGH |
| **Baggage Allowance:** | NIL |

Case 21-30589-MBK   Doc 3020-5   Filed 09/13/22   Entered 09/13/22 12:42:42   Desc
5/5/22, 8:11 AM                    Invoice - Exhibit A-5nicaRaga e30o0f 82DRVY - May 8 2022 23292658.html

8b

**Remarks**

HTL RATE SPLIT 220.15/8-9MAY 364.65/10MAY 449.65/11MAY AVG 313.65/NT
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

**Invoice**

**Total Invoice Amount: $507.21 USD**
Electronic Ticket Number: 0067763656940
Invoice No.: 5167026
Ticket Amount: $482.21 USD
Form of Payment: VI************9213

Service Fee Number: 8900821985382
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the
aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Case 21-30589-MBK   Doc 3020-5   Filed 09/13/22   Entered 09/13/22 12:42:42   Desc
Invoice - Exhibit A-5nicationRage 31 of 82DRVY - May 8 2022 23292658.html

5/5/22, 8:11 AM

9a

202100017080
LTL Mediation

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| **Passenger(s):** | **ODELL/PATRICIA LEIGH** | | |
| **Date:** | 04 May 2022 | **Booking Ref.:** | GZDRVY S-B30C |
| **Invoice No:** | 5167026 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | LEIGH ODELL |
| | 4160 PO BOX | **Address:** | |
| | MONTGOME RY 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

AIR - Sunday, May 8 2022

**Delta Air Lines  Flight DL505  Economy Class**

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 09:35 PM Sunday, May 8 2022 |
| **Arrive:** | LaGuardia Airport |
| | New York, New York, United States |
| | 11:52 PM Sunday, May 8 2022 |
| **Duration:** | 2 hour(s) and 17 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: GHTGO3 |
| **Equipment:** | Airbus Industrie A320 |
| **Seat:** | 25B Confirmed |
| **FF Number:** | DL2193943038 - ODELL/PATRICIA LEIGH |
| **Baggage Allowance:** | NIL |

HOTEL - Sunday, May 8 2022

**The Michelangelo New York**

| | |
|---|---|
| **Address:** | 152 West 51st Street |
| | New York, NY 10019 |
| | United States |
| **Tel:** | +1 (212) 765-1900 |
| **Fax:** | +1 (212) 541-6604 |
| **Check In/Check Out:** | Sunday, May 8 2022 - Thursday, May 12 2022 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 4 |
| **Rate per night:** | USD 449.65 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | CI3VXT4U |
| **Frequent Guest ID:** | E9FA47 |
| **Cancellation Policy:** | 01D CANCEL 1 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | KING EXECUTIVE SUITE |

AIR - Thursday, May 12 2022

**Delta Air Lines  Flight DL2177  Economy Class**

| | |
|---|---|
| **Depart:** | LaGuardia Airport |
| | New York, New York, United States |
| | 10:30 AM Thursday, May 12 2022 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 01:10 PM Thursday, May 12 2022 |
| **Duration:** | 2 hour(s) and 40 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: GHTGO3 |
| **Equipment:** | Airbus Industrie A321 |
| **Seat:** | 31A Confirmed |
| **FF Number:** | DL2193943038 - ODELL/PATRICIA LEIGH |
| **Baggage Allowance:** | NIL |

## Remarks

HTL RATE SPLIT 220.15/8-9MAY 364.65/10MAY 449.65/11MAY AVG 313.65/NT
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $507.21 USD**
Electronic Ticket Number: 0067763656940
Invoice No.: 5167026
Ticket Amount: $482.21 USD
Form of Payment: VI************9213

Service Fee Number: 8900821985382
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the
aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Case 21-30589-MBK   Doc 3020-5   Filed 09/13/22   Entered 09/13/22 12:42:42   Desc
5/16/22, 8:31 AM                Invoice - Exhibit A - Page 33 of 82BEID - May 22 2022 13214257.html

23a

202100017080
LTL Omnibus Hearing

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| **Passenger(s):** | **ODELL/PATRICIA LEIGH** | | |
| **Date:** | 14 May 2022 | **Booking Ref.:** | TGBEID S-B30C |
| **Invoice No:** | 5169661 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | LEIGH ODELL |
| | 4160 PO BOX | **Address:** | |
| | MONTGOME RY 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

AIR - Sunday, May 22 2022

**Delta Air Lines  Flight DL1082  Premium Economy Class**
| | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 04:05 PM Sunday, May 22 2022 |
| Arrive: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 06:22 PM Sunday, May 22 2022 |
| Duration: | 2 hour(s) and 17 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: **H8DYPO** |
| Equipment: | Boeing 737-900 Passenger |
| Seat: | 12B Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |

CAR - Sunday, May 22 2022

**Hertz Rent-A-Car**
| | |
|---|---|
| Pick Up: | Hertz Newark Liberty Airport |
| | Newark Airport Building 23 |
| | Newark, New Jersey 07114 |
| | United States |
| | 06:22 PM Sunday, May 22 2022 |
| Tel: | +1 (973) 621-2000 |
| Fax: | +1 (973) 961-3519 |
| Drop Off: | Hertz Newark Liberty Airport |
| | Newark Airport Building 23 |
| | Newark, New Jersey 07114 |
| | United States |
| | 04:24 PM Tuesday, May 24 2022 |
| Tel: | +1 (973) 621-2000 |
| Fax: | +1 (973) 961-3519 |
| Type: | Standard SUV |
| Status: | Confirmed |
| Daily Rate: | USD 67.12 Plus Taxes and/or Fees |
| Estimated Total: | USD 202.36 |
| Extra Hour Fee: | USD 22.82 |
| Extra Charges: | 68.12 |
| Confirmation: | K1262926943GOLD |
| Corp. Discount: | 2120375 |
| Frequent Renter ID: | ¤XXXXXX1568 |

HOTEL - Sunday, May 22 2022

**Princeton Marriott at Forrestal**
| | |
|---|---|
| Address: | 100 College Road East. |
| | Princeton, NJ 08540 |
| | United States |
| Tel: | +1 (609) 452-7800 |

Case 21-30589-MBK    Doc 3020-5    Filed 09/13/22    Entered 09/13/22 12:42:42    Desc
Invoice - Exhibit A - Communication Page 34 of 82 BEID - May 22 2022 13214257.html

5/16/22, 8:31 AM

23b

| | |
|---|---|
| Fax: | +1 (609) 452-7883 |
| Check In/Check Out: | Sunday, May 22 2022 - Tuesday, May 24 2022 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 2 |
| Rate per night: | USD 324.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 82157118 |
| Frequent Guest ID: | 859397861 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

AIR - Tuesday, May 24 2022

**Delta Air Lines  Flight DL2769  Premium Economy Class**

| | |
|---|---|
| Depart: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 04:24 PM Tuesday, May 24 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 06:45 PM Tuesday, May 24 2022 |
| Duration: | 2 hour(s) and 21 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: H8DYPO |
| Equipment: | Boeing 737-900 Passenger |
| Seat: | 13B Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |

Remarks

HOTEL RATE SPLIT 256.00/22MAY 324,00/23MAY - AVG 290,00/NT
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS,..AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE

file:///C:/Users/lindsay.smith/Desktop/Invoice - Itinerary Communication Attachment - TGBEID - May 22 2022 13214257.html

2/3

```
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY
```

Invoice

**Total Invoice Amount: $532.20 USD**
Electronic Ticket Number: 0067765738031
Invoice No.: 5169661
Ticket Amount: $507.20 USD
Form of Payment: VI*************9213

Service Fee Number: 8900822369050
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

24a

202100017080
LTL Mediation
CANCELLED TRIP

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| **Passenger(s):** | **ODELL/PATRICIA LEIGH** | | |
| **Date:** | 13 May 2022 | **Booking Ref.:** | VMHARV S-B30C |
| **Invoice No:** | 5169634 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | LEIGH ODELL |
| | 4160 PO BOX | **Address:** | |
| | MONTGOME RY 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

AIR - Monday, May 16 2022

**Delta Air Lines Flight DL1318 Economy Class**

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 02:47 PM Monday, May 16 2022 |
| **Arrive:** | Philadelphia International Airport, TERMINAL D |
| | Philadelphia, Pennsylvania, United States |
| | 04:48 PM Monday, May 16 2022 |
| **Duration:** | 2 hour(s) and 1 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: GI2ZOC |
| **Equipment:** | Boeing 737-900 Passenger |
| **Seat:** | 32F Confirmed |
| **FF Number:** | DL2193943038 - ODELL/PATRICIA LEIGH |
| **Baggage Allowance:** | NIL |

HOTEL - Monday, May 16 2022

**The Westin Philadelphia**

| | |
|---|---|
| **Address:** | 99 South 17th Street |
| | Philadelphia, PA 19103 |
| | United States |
| **Tel:** | +1 (215) 563-1600 |
| **Fax:** | +1 (215) 640-8177 |
| **Check In/Check Out:** | Monday, May 16 2022 - Tuesday, May 17 2022 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 1 |
| **Rate per night:** | USD 339.15 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 82048582 |
| **Frequent Guest ID:** | 859397861 |
| **Cancellation Policy:** | 01D CANCEL 1 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | KING NONSMOKING |

AIR - Tuesday, May 17 2022

**Delta Air Lines Flight DL2125 Economy Class**

| | |
|---|---|
| **Depart:** | Philadelphia International Airport, TERMINAL D |
| | Philadelphia, Pennsylvania, United States |
| | 03:42 PM Tuesday, May 17 2022 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 05:52 PM Tuesday, May 17 2022 |
| **Duration:** | 2 hour(s) and 10 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: GI2ZOC |
| **Equipment:** | Boeing 737-900 Passenger |
| **Seat:** | 19F Confirmed |
| **FF Number:** | DL2193943038 - ODELL/PATRICIA LEIGH |
| **Baggage Allowance:** | NIL |

Samarte

FARE THIS ITINERARY BEFORE TICKET EXCHANGE - 667.20
EXCHANGED FOR CANCELLED 617.20 DL TKT 0067764287515
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQUIRES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

Invoice

**Total Invoice Amount: $75.00 USD**
Electronic Ticket Number: 0067765647455
Invoice No.: 5169634
Ticket Amount: $50.00 USD
Form of Payment: VI************9213

Service Fee Number: 8900822356493
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the
aircraft, Federal law requires that I refer you to DOT's disinfection website at:

Case 21-30589-MBK Doc 3020-5 Filed 09/13/22 Entered 09/13/22 12:42:42 Desc
5/16/22, 8:31 AM
Invoice - Exhibit A-5 Page 38 of 82 BEID - May 22 2022 13214257.html

25a

202100017080
LTL Omnibus Hearing

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | |
|---|---|
| **Passenger(s):** | **ODELL/PATRICIA LEIGH** |
| **Date:** | 14 May 2022 |
| **Invoice No:** | 5169661 |
| **Billing:** | BEASLEY ALLEN LAW FIRM |
| | 4160 PO BOX |
| | MONTGOME RY 36103 |

| | |
|---|---|
| **Booking Ref.:** | TGBEID S-B30C |
| **Customer:** | 011677 |
| **Delivery** | LEIGH ODELL |
| **Address:** | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

### AIR - Sunday, May 22 2022

**Delta Air Lines Flight DL1082 Premium Economy Class**

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 04:05 PM Sunday, May 22 2022 |
| **Arrive:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 06:22 PM Sunday, May 22 2022 |
| **Duration:** | 2 hour(s) and 17 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: H8DYPO |
| **Equipment:** | Boeing 737-900 Passenger |
| **Seat:** | 12B Confirmed |
| **FF Number:** | DL2193943038 - ODELL/PATRICIA LEIGH |

### CAR - Sunday, May 22 2022

**Hertz Rent-A-Car**

| | |
|---|---|
| **Pick Up:** | Hertz Newark Liberty Airport |
| | Newark Airport Building 23 |
| | Newark, New Jersey 07114 |
| | United States |
| | 06:22 PM Sunday, May 22 2022 |
| **Tel:** | +1 (973) 621-2000 |
| **Fax:** | +1 (973) 961-3519 |
| **Drop Off:** | Hertz Newark Liberty Airport |
| | Newark Airport Building 23 |
| | Newark, New Jersey 07114 |
| | United States |
| | 04:24 PM Tuesday, May 24 2022 |
| **Tel:** | +1 (973) 621-2000 |
| **Fax:** | +1 (973) 961-3519 |
| **Type:** | Standard SUV |
| **Status:** | Confirmed |
| **Daily Rate:** | USD 67.12 Plus Taxes and/or Fees |
| **Estimated Total:** | USD 202.36 |
| **Extra Hour Fee:** | USD 22.82 |
| **Extra Charges:** | 68.12 |
| **Confirmation:** | K1262926943GOLD |
| **Corp. Discount:** | 2120375 |
| **Frequent Renter ID:** | ¤XXXXXX1568 |

### HOTEL - Sunday, May 22 2022

**Princeton Marriott at Forrestal**

| | |
|---|---|
| **Address:** | 100 College Road East, |
| | Princeton, NJ 08540 |
| | United States |
| **Tel:** | +1 (609) 452-7800 |

Case 21-30589-MBK   Doc 3020-5   Filed 09/13/22   Entered 09/13/22 12:42:42   Desc
5/16/22, 8:31 AM            Invoice - Exhibit A - Itinerary ... Page 39 of 82 BEID - May 22 2022 13214257.html

25b

| Fax: | +1 (609) 452-7883 |
| Check In/Check Out: | Sunday, May 22 2022 - Tuesday, May 24 2022 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 2 |
| Rate per night: | USD 324.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 82157118 |
| Frequent Guest ID: | 859397861 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

AIR - Tuesday, May 24 2022

| Delta Air Lines  Flight DL2769  Premium Economy Class | |
| --- | --- |
| Depart: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 04:24 PM Tuesday, May 24 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 06:45 PM Tuesday, May 24 2022 |
| Duration: | 2 hour(s) and 21 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: H8DYPO |
| Equipment: | Boeing 737-900 Passenger |
| Seat: | 13B Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |

Remarks

HOTEL RATE SPLIT 256.00/22MAY 324.00/23MAY - AVG 290.00/NT
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE

FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

Invoice

**Total Invoice Amount: $532.20 USD**
Electronic Ticket Number: 0067765738031
Invoice No.: 5169661
Ticket Amount: $507.20 USD
Form of Payment: VI************9213

Service Fee Number: 8900822369050
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

Case 21-30589-MBK   Doc 3020-5   Filed 09/13/22   Entered 09/13/22 12:42:42   Desc
5/16/22, 8:34 AM                Invoice - Exhibit A-5 nical Page 41 of 82 HARV - May 16 2022 19562315.html

26a

202100017080
LTL Mediation
CANCELLED TRIP

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

**Passenger(s):** **ODELL/PATRICIA LEIGH**
**Date:** 13 May 2022
**Invoice No:** 5169634
**Billing:** BEASLEY ALLEN LAW FIRM
4160 PO BOX
MONTGOME RY 36103

**Booking Ref.:** VMHARV S-B30C
**Customer:** 011677
**Delivery** LEIGH ODELL
**Address:**

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

AIR - Monday, May 16 2022

| Delta Air Lines Flight DL1318 Economy Class | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 02:47 PM Monday, May 16 2022 |
| Arrive: | Philadelphia International Airport, TERMINAL D |
| | Philadelphia, Pennsylvania, United States |
| | 04:48 PM Monday, May 16 2022 |
| Duration: | 2 hour(s) and 1 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: GI2ZOC |
| Equipment: | Boeing 737-900 Passenger |
| Seat: | 32F Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | NIL |

HOTEL - Monday, May 16 2022

| The Westin Philadelphia | |
|---|---|
| Address: | 99 South 17th Street |
| | Philadelphia, PA 19103 |
| | United States |
| Tel: | +1 (215) 563-1600 |
| Fax: | +1 (215) 640-8177 |
| Check In/Check Out: | Monday, May 16 2022 - Tuesday, May 17 2022 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 1 |
| Rate per night: | USD 339.15 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 82048582 |
| Frequent Guest ID: | 859397861 |
| Cancellation Policy: | 01D CANCEL 1 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

AIR - Tuesday, May 17 2022

| Delta Air Lines Flight DL2125 Economy Class | |
|---|---|
| Depart: | Philadelphia International Airport, TERMINAL D |
| | Philadelphia, Pennsylvania, United States |
| | 03:42 PM Tuesday, May 17 2022 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 05:52 PM Tuesday, May 17 2022 |
| Duration: | 2 hour(s) and 10 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: GI2ZOC |
| Equipment: | Boeing 737-900 Passenger |
| Seat: | 19F Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | NIL |

Case 21-30589-MBK   Doc 3020-5   Filed 09/13/22   Entered 09/13/22 12:42:42   Desc
5/16/22, 8:34 AM                    Invoice - Exhibit A - Itemized Page 42 of 82 HARV - May 16 2022 19562315.html

26b

Remarks

FARE THIS ITINERARY BEFORE TICKET EXCHANGE - 667.20
EXCHANGED FOR CANCELLED 617.20 DL TKT 0067764287515
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
PROTECTIVE MASKS ARE REQUIRED ON ALL FLIGHTS UNTIL
ADVISED OTHERWISE.
REAL-ID IS COMING MAR 3 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL....
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

Invoice

**Total Invoice Amount: $75.00 USD**
Electronic Ticket Number: 0067765647455
Invoice No.: 5169634
Ticket Amount: $50.00 USD
Form of Payment: VI************9213

Service Fee Number: 8900822356493
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the
aircraft, Federal law requires that I refer you to DOT's disinfection website at:

PlatePass LLC
P.O. Box 25367
Tempe, AZ 85282

**PLATEP SS®** 5



**INVOICE**

02565 1 MB 0.482 T 12
P O'DELL
D2115SR  PO BOX 4160
00-ATPPBR1E-2  MONTGOMERY AL 36103-4160
ATPP

---

RENTAL AGREEMENT: 525118215
RENTAL ORIGINATION DATE: 4/11/2022  3:31 PM
RENTAL RETURN DATE: 4/12/2022  2:51 PM
PLATEPASS INVOICE: 170833231
AMOUNT DUE: $20.07
DUE DATE: 5/17/2022

### Thank you for renting from *Hertz*

Hertz utilizes a service called PlatePass® which enables its customers to use toll roads and high speed toll lanes without having to stop to pay cash. The vehicle or vehicles rented by you per the above referenced agreement were detected at the toll roads, plazas, and lanes stated below. You are being charged the service fee disclosed on your rental or membership agreement plus toll charges.

## Summary of Toll Charges

### Account History:

| | |
|---|---|
| Previous PlatePass® Balance: | $0.00 |
| Payments and Credits: | $0.00 |
| Balance: | $0.00 |

### Current Charges:

| | |
|---|---|
| *PlatePass® Balance Forward: | $0.00 |
| Current Charges: | $20.07 |
| Total: | $20.07 |

*Balance forward from previous invoice less payments and credits.

| | | |
|---|---|---|
| Failure to pay in full may result in: | **Amount Due:** | **$20.07** |
| - Your account being sent to collections. | | |
| - Your rental privileges being revoked. | | |

***Thank you for using PlatePass® to avoid long toll lines!***
*Electronic receipts can be found online at www.PlatePass.com.*
**Questions?** Please see our Frequently Asked Questions section on page 2.
This may not be your final invoice for tolls associated with this agreement as toll charges can take up to 6 weeks to be processed by the toll authority.

---

**PLATEP SS®**

Please pay with your Visa or MasterCard at www.PlatePass.com
or mail your check or money order with this coupon to the address below.

| VISA | NAME: P O'DELL | DUE: 5/17/2022 |
|---|---|---|
| MSC VER | PLATEPASS INVOICE: 170833231 | INVOICE DATE: 4/23/2022 |
| | RENTAL AGREEMENT: 525118215 | |

√  Easy payments online at www.PlatePass.com
√  If paying by mail, make check or money orders payable to: PlatePass, LLC
√  DO NOT MAIL CASH
√  Write the PlatePass Invoice number on the front of your payment
√  Insert this tear-off coupon in the enclosed envelope with the address (at the right) showing through the window

PlatePass LLC
PO Box 959363
St. Louis, MO 63195-9363

**AMOUNT DUE : $20.07**

1 8010429195127 000000000000 0020070



202100017080
LTL BKY hearing

6

100 LINDBERG RD
NEWARK NJ 07114

NEWARK AIRPORT
XXXXXXXX0001
100 LINBERGH ROAD
NEWARK          , NJ
07114

05/04/2022 785639851
04:17:34 PM

XXXXXXXXXXXX9213
Visa
INVOICE 024120
AUTH 039613

PUMP#  10
Regular CR      4.947G
PRICE/GAL      $4.909

FUEL TOTAL  $  24.28
---------
Total = $  24.28

CREDIT      $  24.28
=================================
Customer-activated
Purchase/Capture
Site #:
0000000004814133
Shift Number 1
Sequence Number
65459
Swiped
APPROVED  039613
=================================



**PRINCETON MARRIOTT FORRESTAL**

**GUEST FOLIO**

| 3526 | MEADOWS/TED | | 189.00 | 05/04/22 | 08:02 | 494 |
|------|-------------|---|--------|----------|-------|-----|
| ROOM | NAME | | RATE | DEPART | TIME | ACCT# |
| EK | NO COMPANY | | | 05/03/22 | 07:14 | |
| TYPE | 218 COMMERCE ST | | | ARRIVE | TIME | |
| 11 | MONTGOMERY  AL  36104-2540 | | | | | |
| ROOM | | | VSXXXXXXXXXXXX4404 | | | MBV#:    345029743 |
| CLERK | ADDRESS | | PAYMENT | | | |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|------|-----------|---|---------|---------|--------------|
| 05/03 | TR ROOM | 3526, 1 | 189.00 | | |
| 05/03 | ROOM TAX | 3526, 1 | 12.52 | | |
| 05/03 | OCC TAX | 3526, 1 | 9.45 | | |
| 05/03 | MUNI TX | 3526, 1 | 5.67 | | |
| 05/04 | CCARD-VS | | | 216.64 | |
| | PAYMENT RECEIVED BY: VISA | | XXXXXXXXXXXX4404 | | |
| | | | | | .00 |

========================================= EXP. REPORT SUMMARY =========================================

| 05/03 | TR ROOM | 189.00 |
|-------|---------|--------|
| | ROOM TAX | 12.52 |
| | OCC TAX | 9.45 |
| | MUNI TX | 5.67 |

**See our "Privacy & Cookie Statement" on Marriott.com**

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above, (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

# The Michelangelo

### NEW YORK

**Ted Gordon Meadows**
**United States**

<u>Guest</u>

| | |
|---|---|
| Room No. | : 516 |
| Arrival | : 05-08-22 |
| Departure | : 05-12-22 |
| Folio No. | : 3572826 |
| Conf No. | : 3492244 |
| Cashier | : 18 |
| Booking Number | : |
| Page No. | : 1 |

| Date | Description | | | Charges | Credits |
|---|---|---|---|---|---|
| 05-08-22 | Guest Room Charge | | | 220.15 | |
| 05-08-22 | State Sales Tax - Room - 8.875% | | | 19.54 | |
| 05-08-22 | City Sales Tax -Room - 5.875% | | | 12.93 | |
| 05-08-22 | Occupancy Tax - Room | | | 2.00 | |
| 05-08-22 | Javits Center Tax - Room | | | 1.50 | |
| 05-09-22 | iLounge - Breakfast | CHECK# 0035805 | | 7.53 | |
| 05-09-22 | Guest Room Charge | | | 220.15 | |
| 05-09-22 | State Sales Tax - Room - 8.875% | | | 19.54 | |
| 05-09-22 | City Sales Tax -Room - 5.875% | | | 12.93 | |
| 05-09-22 | Occupancy Tax - Room | | | 2.00 | |
| 05-09-22 | Javits Center Tax - Room | | | 1.50 | |
| 05-10-22 | Guest Room Charge | | | 364.65 | |
| 05-10-22 | State Sales Tax - Room - 8.875% | | | 32.36 | |
| 05-10-22 | City Sales Tax -Room - 5.875% | | | 21.42 | |
| 05-10-22 | Occupancy Tax - Room | | | 2.00 | |
| 05-10-22 | Javits Center Tax - Room | | | 1.50 | |
| 05-11-22 | Guest Room Charge | | | 449.65 | |
| 05-11-22 | State Sales Tax - Room - 8.875% | | | 39.91 | |
| 05-11-22 | City Sales Tax -Room - 5.875% | | | 26.42 | |
| 05-11-22 | Occupancy Tax - Room | | | 2.00 | |
| 05-11-22 | Javits Center Tax - Room | | | 1.50 | |
| 05-12-22 | Visa Payment | XXXXXXXXXXXX4404 | XX/XX | | 1,461.18 |
| 05-12-22 | iLounge - Breakfast | CHECK# 0035930 | | 7.53 | |
| 05-12-22 | Visa Payment | XXXXXXXXXXXX4404 | XX/XX | | 7.53 |

| | | |
|---|---|---|
| **Total Charges** | **1,468.71** | |
| **Total Credits** | | **1,468.71** |

total, less meal charges = $1,453.65



L I F E S T Y L E

*Preferred*

HOTELS & RESORTS



THE
KNICKERBOCKER

**Mr. Anthony Dow Birchfield**

**United States**

Company Name:  Internova Worldwide Hotel Program

Group Name:

| | | |
|---|---|---|
| Room No. | : 1117 | |
| Arrival | : 05-31-22 | |
| Departure | : 06-02-22 | |
| Folio No. | : | |
| Conf. No. | : 407075 | |
| Cashier No. | : | |

**INFORMATION INVOICE**

| Date | Description | Charges | Credits |
|---|---|---|---|
| 05-31-22 | St. Cloud - Dinner<br>Room# 1117 : CHECK# 6644 | 110.54 | |
| 05-31-22 | Room Charge | 550.80 | |
| 05-31-22 | City Occupancy Tax - Room | 2.00 | |
| 05-31-22 | City Sales Tax - Room - 5.875% | 32.36 | |
| 05-31-22 | State Sales Tax - Room - 8.875% | 48.88 | |
| 05-31-22 | City Javits Center Tax - Room | 1.50 | |
| 06-01-22 | Charlie Palmer Lounge - Dinner<br>Room# 1117 : CHECK# 5067 | 34.31 | |
| 06-01-22 | Room Charge | 627.30 | |
| 06-01-22 | City Occupancy Tax - Room | 2.00 | |
| 06-01-22 | City Sales Tax - Room - 5.875% | 36.85 | |
| 06-01-22 | State Sales Tax - Room - 8.875% | 55.67 | |
| 06-01-22 | City Javits Center Tax - Room | 1.50 | |
| 06-02-22 | $100 F&B credit | -100.00 | |

meals - 110.54+34.31=$144.85

hotel - 1,403.71 - 144.85 =$1,258.86

| | |
|---|---|
| **Total Charges** | 1,403.71 |
| **Total Credits** | 0.00 |
| **Balance** | **1,403.71** |

Page No. 1 of 1

10



## PRINCETON MARRIOTT FORRESTAL

**GUEST FOLIO**

| 1528 | ODELL/PATRICIA/LEIGH | | 189.00 | 05/04/22 | 08:07 | 495 |
| ROOM | NAME | | RATE | DEPART | TIME | ACCT# |
| CK | | | | 05/03/22 | 07:24 | |
| TYPE | | | | ARRIVE | TIME | |
| 11 | | | | | | |
| ROOM CLERK | ADDRESS | | VSXXXXXXXXXXXXX9213 PAYMENT | | | MBV#:  859397861 |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|
| 05/03 | M CLUB | AA | 30.00 | lounge access | |
| 05/03 | ROOM TAX | AA | 1.99 | | |
| 05/03 | OCC TAX | AA | 1.50 | | |
| 05/03 | MUNI TX | AA | .90 | | |
| 05/03 | TR ROOM | 1528, 1 | 189.00 | | |
| 05/03 | ROOM TAX | 1528, 1 | 12.52 | | |
| 05/03 | OCC TAX | 1528, 1 | 9.45 | | |
| 05/03 | MUNI TX | 1528, 1 | 5.67 | | |
| 05/04 | CCARD-VS | | | 251.03 | |
| | PAYMENT RECEIVED BY: VISA | | XXXXXXXXXXXX9213 | | |
| 05/04 | IRON&IVY | 30221528 | 5.00 | coffee, no receipt | |
| 05/04 | CCARD-VS | | | 5.00 | |
| | PAYMENT RECEIVED BY: VISA | | XXXXXXXXXXXX9213 | | .00 |

================================== EXP. REPORT SUMMARY ==================================

| 05/03 | M CLUB | 30.00 |
|---|---|---|
| | ROOM TAX | 14.51 |
| | OCC TAX | 10.95 |
| | MUNI TX | 6.57 |
| | TR ROOM | 189.00 |
| 05/04 | IRON&IVY | 5.00 |

Total, less lounge access = $221.03

**See our "Privacy & Cookie Statement" on Marriott.com**

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ 08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

2022-05-04-18-rj



## ATTORNEY/STAFF EXPENSE REIMBURSEMENT FORM

**TODAY'S DATE:** 5/4/2022
**EMPLOYEE:** Andy Birchfield
**MATTER ID \*:** 202100017080
**MATTER DESCRIPTION:** JNJ Bankruptcy
**TRAVEL DATES:** 5/3/2022 - 5/4/2022
**OFFICE EXPENSE:**

*\* If there is more than 1 matter for this expense report, please include the matter ID in the details below.*

**APPROVAL:**   ADB

**DESCRIPTION:**   LTL Bankruptcy hearing (round trip airport mileage)

## EXPENSE BREAKDOWN

|  | MILES | TOTAL |
|---|---|---|
| **MILEAGE: $0.585/PER MILE** | 340 | $ 198.90 |

|  | DETAILS | TOTAL |
|---|---|---|
| **PARKING:** | | |
| **AIR TRANSPORTATION** | | |
| **GROUND TRANSPORTATION:** | | |
| **HOTEL/LODGING:** | | |
| **MEALS:** | | |
| **ENTERTAINMENT:** | | |
| **DUES/REGISTRATION FEES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **REIMBURSEMENT TOTAL:** | | $ 198.90 |

2022-06-06-03-rj
2022-06-06-04-rj



# ATTORNEY/STAFF EXPENSE REIMBURSEMENT FORM

| | |
|---|---|
| **TODAY'S DATE:** | 6/3/2022 |
| **EMPLOYEE:** | Leigh O'Dell |
| **MATTER ID \*:** | 202100017080 |
| **MATTER DESCRIPTION:** | JNJ Bankruptcy |
| **TRAVEL DATES:** | 5/31/2022 6/2/2022 |
| **OFFICE EXPENSE:** | |

*\* If there is more than 1 matter for this expense report, please include the matter ID in the details below.*

**APPROVAL:**     PLO

**DESCRIPTION:**   NYC for LTL Meetings

# EXPENSE BREAKDOWN

| | MILES | TOTAL |
|---|---|---|
| **MILEAGE: $0.585/PER MILE** | 340 | $ 198.90 |

| | DETAILS | TOTAL |
|---|---|---|
| **PARKING:** | | |
| **AIR TRANSPORTATION** | | |
| **GROUND TRANSPORTATION:** | Uber (2) | $ 215.92 |
| **HOTEL/LODGING:** | | |
| **MEALS:** | | |
| **ENTERTAINMENT:** | | |
| **DUES/REGISTRATION FEES:** | | |
| **OTHER  CHARGES:** | Tips | $ 10.00 |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **REIMBURSEMENT TOTAL:** | | $ 424.82 |

2022-06-06-05-rj
2022-06-06-06-rj



# ATTORNEY/STAFF EXPENSE REIMBURSEMENT FORM

| | |
|---|---|
| **TODAY'S DATE:** | 6/3/2022 |
| **EMPLOYEE:** | Andy Birchfield |
| **MATTER ID \*:** | 202100017080 |
| **MATTER DESCRIPTION:** | JNJ Bankruptcy |
| **TRAVEL DATES:** | 5/31/2022 - 6/2/2022 |
| **OFFICE EXPENSE:** | |

*\* If there is more than 1 matter for this expense report, please include the matter ID in the details below.*

**APPROVAL:**   ADB

**DESCRIPTION:**   LTL Bankruptcy meetings in NYC

# EXPENSE BREAKDOWN

| | MILES | TOTAL |
|---|---|---|
| **MILEAGE: $0.585/PER MILE** | 340 | $ 198.90 |

| | DETAILS | TOTAL |
|---|---|---|
| **PARKING:** | | $ 56.00 |
| **AIR TRANSPORTATION** | | |
| **GROUND TRANSPORTATION:** | | |
| **HOTEL/LODGING:** | | $ 1,403.71 |
| **MEALS:** | | |
| **ENTERTAINMENT:** | | |
| **DUES/REGISTRATION FEES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **REIMBURSEMENT TOTAL:** | | $ 1,658.61 |



# ATTORNEY/STAFF EXPENSE REIMBURSEMENT FORM

**TODAY'S DATE:** 6/6/2022
**EMPLOYEE:** Leigh O'Dell
**MATTER ID *:** 202100017080
**MATTER DESCRIPTION:** JNJ Bankruptcy
**TRAVEL DATES:** 5/22/2022 5/24/2022
**OFFICE EXPENSE:**

*\* If there is more than 1 matter for this expense report, please include the matter ID in the details below.*

**APPROVAL:** PLO

**DESCRIPTION:** LTL Hearing

# EXPENSE BREAKDOWN

|  | MILES | TOTAL |
|---|---|---|
| **MILEAGE: $0.585/PER MILE** | 340 | $ 198.90 |

| | DETAILS | TOTAL |
|---|---|---|
| **PARKING:** | | |
| **AIR TRANSPORTATION** | | |
| **GROUND TRANSPORTATION:** | | |
| **HOTEL/LODGING:** | | |
| **MEALS:** | | |
| **ENTERTAINMENT:** | | |
| **DUES/REGISTRATION FEES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **REIMBURSEMENT TOTAL:** | | $ 198.90 |

2022-06-22-28-rj
2022-06-22-29-rj



# ATTORNEY/STAFF EXPENSE REIMBURSEMENT FORM

| | |
|---|---|
| **TODAY'S DATE:** | 6/22/2022 |
| **EMPLOYEE:** | Leigh O'Dell |
| **MATTER ID \*:** | 202100017080 |
| **MATTER DESCRIPTION:** | JNJ Bankruptcy |
| **TRAVEL DATES:** | 6/13/2022 6/14/2022 |
| **OFFICE EXPENSE:** | |

*\* If there is more than 1 matter for this expense report, please include the matter ID in the details below.*

**APPROVAL:**   PLO

**DESCRIPTION:**   LTL Bankruptcy hearing, NJ

## EXPENSE BREAKDOWN

| | MILES | TOTAL |
|---|---|---|
| **MILEAGE: $0.585/PER MILE** | 340 | $ 198.90 |

| | DETAILS | TOTAL |
|---|---|---|
| **PARKING:** | | |
| **AIR TRANSPORTATION** | | |
| **GROUND TRANSPORTATION:** | | |
| **HOTEL/LODGING:** | | |
| **MEALS:** | | |
| **ENTERTAINMENT:** | | |
| **DUES/REGISTRATION FEES:** | | |
| **OTHER  CHARGES:** | Tips | $ 10.00 |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **REIMBURSEMENT TOTAL:** | | $ 208.90 |



## ATTORNEY/STAFF EXPENSE REIMBURSEMENT FORM

| | |
|---|---|
| **TODAY'S DATE:** | 6/22/2022 |
| **EMPLOYEE:** | Leigh O'Dell |
| **MATTER ID *:** | 202100017080 |
| **MATTER DESCRIPTION:** | JNJ Bankruptcy |
| **TRAVEL DATES:** | 6/13/2022 6/14/2022 |
| **OFFICE EXPENSE:** | |

*\* If there is more than 1 matter for this expense report, please include the matter ID in the details below.*

**APPROVAL:**    PLO

**DESCRIPTION:**    LTL Bankruptcy hearing, NJ - rental car

## EXPENSE BREAKDOWN

| | MILES | TOTAL |
|---|---|---|
| **MILEAGE: $0.585/PER MILE** | | $ 0.00 |

| | DETAILS | TOTAL |
|---|---|---|
| **PARKING:** | | |
| **AIR TRANSPORTATION** | | |
| **GROUND TRANSPORTATION:** | | $ 325.62 |
| **HOTEL/LODGING:** | | |
| **MEALS:** | | |
| **ENTERTAINMENT:** | | |
| **DUES/REGISTRATION FEES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **REIMBURSEMENT TOTAL:** | | $ 325.62 |

3

RACETRAC298    00002980

$        10.23

MISSING RECEIPT

8

Breakfast for
TGM

## Check Detail

| Check | Table | Check Opened | Minutes | Check Closed | Guests | Reference Info | Location | Employee |
|-------|-------|--------------|---------|--------------|--------|-----------|----------|----------|
| **3020** | | 5/4/2022 8:05 AM | 63.88 | 5/4/2022 9:09 AM | 1 | | TTNDF MHR Princeton Forrestal | RAJESH KUNNATH |
| | | 5/4 8:05 AM | 1 | SBUCKS WHOLE FRUIT | | 1.50 | TTNDF IRON & IVY | RAJESH KUNNATH |
| | | 5/4 8:05 AM | 1 | ORANGE | | 3.50 | TTNDF IRON & IVY | RAJESH KUNNATH |
| | | 5/4 9:09 AM | | ROOM/ACCT CHG | | 6.33 | TTNDF IRON & IVY | RAJESH KUNNATH |
| | | 5/4 9:09 AM | | CHARGE TIP | | 1.00 | TTNDF IRON & IVY | RAJESH KUNNATH |
| | | 5/4 9:09 AM | | 1A000494 | | | TTNDF IRON & IVY | RAJESH KUNNATH |
| | | | | Sub Total | | 5.00 | | |
| | | | | Tax | | 0.33 | | |
| | | | | Service Charge | | 1.00 | | |
| | | | | Check Total | | 6.33 | | |

1/1

6/2/2022 12:14 PM

9

# TGI FRIDAYS 2472

$ 13.02

## MISSING RECEIPT

12-C
TGM

Insieme Restaurant
Michelangelo Hotel
152 West 51Street
New York, New York 10019
212-765-1900

1028 Jose R

Tbl 2/1    Chk 5805    Gst  1
          May09'22 08:01AM

1 Coffee                6.00
  charge tips           1.00
  3691466
  516/Meadows
  Room Charge           7.53

  Subtotal              6.00
  Tax                   0.53
  service chg           1.00
-------1028 Check Closed--------
-------May09'22 08:11AM--------

Insieme Restaurant
Michelangelo Hotel
152 West 51Street
New York, New York 10019
212-765-1900

1028 Jose R

Tbl 2/1    Chk 5805    Gst  1
          May09'22 08:01AM

1 Coffee                6.00

  Subtotal              6.00
  Tax                   0.53
08:01AM Total Due     6 . 53

Tip: _____ 1. 00

Total: _____ 7.53

Room#: _____ 514

Guest Name: _Merow_

Guest Signature: _____

Thank you for dining with us.

13
TGM

Insieme Restaurant
Michelangelo Hotel
152 West 51Street
New York, New York 10019
212-765-1900

1028 Jose R

Tbl 3/1    Chk 5930    Gst 2
       May12'22 08:50AM

1 Coffee                 6.00
  charge tips            1.00
  3691466
  516/Meadows
  Room Charge            7.53

  Subtotal              6.00
  Tax                   0.53
  service chg           1.00
------1028 Check Closed------
------May12'22 09:05AM------

Insieme Restaurant
Michelangelo Hotel
152 West 51Street
New York, New York 10019
212-765-1900

1028 Jose R

Tbl 3/1    Chk 5930    Gst 2
       May12'22 08:50AM

1 Coffee                 6.00

  Subtotal              6.00
  Tax                   0.53
08:50AM Total Due     6.53

Tip:_____ 1.00

Total:_____ 7.53

Room#:_____ 516

Guest Name:_____ McAdam

Guest Signature:_____

Thank you for dining with us.



```
KNIC - POS Check Details

              ST CLOUD

1002 ELIZABET
---------------------------------
              Chk 6644      Gst 2
          05/31/22 18:16:32
---------------------------------
   1 CHICKEN SLIDERS     18.00
   1 LOBSTER ROLL        24.00
   1 CHEESE CAKE MINI    16.00
   1 CHEESE CAKE MINI    16.00
   1 SPRITE               5.00
   1 LEMONADE             6.00
     Tax:                 7.54
    425824
    1117/Birchfield
     ROOM CHARGE        110.54

                    Print        OK
```



```
KNIC - POS Check Details

            MAIN BAR

1063 DANIELA
--------------------------------
Tbl L110/1   Chk 5067      Gst 1
         06/01/22 16:12:05
--------------------------------
  1 CP BURGER          26.00
    Tax:                2.31
   425824
   1117/Birchfield
    ROOM CHARGE        34.31
    CHARGE TIPS         6.00
-----1063 Check Closed----------
-------06/01/22 17:09:51--------

                    Print      OK
```

202100017080  2a
LTL Mediation

. Beasley Allen Law Firm
PO Box 4160
Montgomery AL 36103
United States

Room Number:      9069
Arrival Date:      04-12-22
Departure Date:   04-25-22
CRS Number:
Marriott Bonvoy No:

**INFORMATION INVOICE**

Folio No: 102955

| Date | Description | | | Charges | Credits |
|------|-------------|--|--|--------:|--------:|
| 04-12-22 | Visa Card | XXXXXXXXXXXX9213 | XX/XX | | 6,670.38 |
| 04-19-22 | The Paradise Club | Room# 9069 : CHECK# 4061 | | 9,071.71 | |
| 04-25-22 | Visa Card | XXXXXXXXXXXX9213 | XX/XX | | 2,401.33 |
| | | **Total** | | **9,071.71** | **9,071.71** |
| | | **Balance** | | **0.00** | |

Extraordinary style and signature feel. Bring EDITION home with you. Visit ShopEDITION.com

20 Times Square, 701 7th Avenue at West 47th Street, New York, New York 10036
Telephone: (212) 398-7017 Fax: (212) 398-4747



**PRINCETON MARRIOTT FORRESTAL**

**GUEST FOLIO**

| 1528 ROOM | ODELL/PATRICIA/LEIGH NAME | | | 189.00 RATE | 05/04/22 DEPART | 08:07 TIME | | 495 ACCT# |
| CK TYPE | | | | | 05/03/22 ARRIVE | 07:24 TIME | | |
| 11 | | | | | | | | |
| ROOM CLERK | ADDRESS | | | VSXXXXXXXXXXXX9213 PAYMENT | | | | MBV#:    859397861 |

| DATE | REFERENCES | | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|---|
| 05/03 | M CLUB | AA | | | 30.00 lounge access | |
| 05/03 | ROOM TAX | AA | | 1.99 | | |
| 05/03 | OCC TAX | AA | | 1.50 | | |
| 05/03 | MUNI TX | AA | | .90 | | |
| 05/03 | TR ROOM | 1528, 1 | | 189.00 | | |
| 05/03 | ROOM TAX | 1528, 1 | | 12.52 | | |
| 05/03 | OCC TAX | 1528, 1 | | 9.45 | | |
| 05/03 | MUNI TX | 1528, 1 | | 5.67 | | |
| 05/04 | CCARD-VS | | | | 251.03 | |
| | PAYMENT RECEIVED BY: VISA | | XXXXXXXXXXXX9213 | | | |
| 05/04 | IRON&IVY | 30221528 | | | 5.00 coffee, no receipt | |
| 05/04 | CCARD-VS | | | | 5.00 | |
| | PAYMENT RECEIVED BY: VISA | | XXXXXXXXXXXX9213 | | | |
| | | | | | | .00 |

```
================================ EXP. REPORT SUMMARY =================================
```
| 05/03 | M CLUB | | | 30.00 | | |
| | ROOM TAX | | | 14.51 | | |
| | OCC TAX | | | 10.95 | | |
| | MUNI TX | | | 6.57 | | |
| | TR ROOM | | | 189.00 | | |
| 05/04 | IRON&IVY | | | 5.00 | | |

**See our "Privacy & Cookie Statement" on Marriott.com**

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

Case 21-30589-MBK    Doc 3020-5    Filed 09/13/22    Entered 09/13/22 12:42:42    Desc
Exhibit A-5 2017-030    Page 64 of 82
LTL BLKY hearing

11



## MARRIOTT

### PRINCETON MARRIOTT FORRESTAL

**GUEST FOLIO**

| 1528 ROOM | ODELL/PATRICIA/LEIGH NAME | | 189.00 RATE | 05/04/22 DEPART | 08:07 TIME | | 495 ACCT# |
| CK TYPE | | | | 05/03/22 ARRIVE | 07:24 TIME | | |
| 11 | | | | | | | |
| ROOM CLERK | ADDRESS | | VSXXXXXXXXXXXX9213 PAYMENT | | | MBV#: | 859397861 |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|------|-----------|--|---------|---------|--------------|
| 05/03 | M CLUB | AA | | 30.00 lounge access | |
| 05/03 | ROOM TAX | AA | 1.99 | | |
| 05/03 | OCC TAX | AA | 1.50 | | |
| 05/03 | MUNI TX | AA | .90 | | |
| 05/03 | TR ROOM | 1528, 1 | 189.00 | | |
| 05/03 | ROOM TAX | 1528, 1 | 12.52 | | |
| 05/03 | OCC TAX | 1528, 1 | 9.45 | | |
| 05/03 | MUNI TX | 1528, 1 | 5.67 | | |
| 05/04 | CCARD-VS | | | 251.03 | |
| | PAYMENT RECEIVED BY: VISA | | XXXXXXXXXXXX9213 | | |
| 05/04 | IRON&IVY | 30221528 | | 5.00 coffee, no receipt | |
| 05/04 | CCARD-VS | | | 5.00 | |
| | PAYMENT RECEIVED BY: VISA | | XXXXXXXXXXXX9213 | | |
| | | | | | .00 |

================================= EXP. REPORT SUMMARY =================================

| 05/03 | M CLUB | 30.00 |
|-------|--------|-------|
| | ROOM TAX | 14.51 |
| | OCC TAX | 10.95 |
| | MUNI TX | 6.57 |
| | TR ROOM | 189.00 |
| 05/04 | IRON&IVY | 5.00 |

**See our "Privacy & Cookie Statement" on Marriott.com**

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X



202100017080
LTL mediation

15

### ATLANTA BUSINESS CHRONICLE
### T4

Hartsfield-Jackson Atlanta International
Airport Concourse T Gate 4
ATLANTA, GA 30320
4043050914

Cashier: Adrienne
08-May-2022 9:11:00P

Transaction **000582**

| | | |
|---|---|---|
| 1  Perrier | | $3.29 |
| **Subtotal** | | **$3.29** |
| Tax Rate | 8% | $0.26 |
| **Total** | | **$3.55** |
| CREDIT CARD SALE | | $3.55 |

VISA 9213

08-May-2022 9:11:07P
$3.55 , Method: EMV
VISA CREDIT XXXXXXXXXXXX9213
P LEIGH ODELL
Reference ID: 212900706336 | Auth ID:
035971
MID: ********3885
AID: A0000000031010
AthNtwkNm: VISA

NO REFUNDS OR EXCHANGES ON ANY
ELECTRONIC PRODUCTS. ALL OTHER
PRODUCT EXCHANGES ONLY WITHIN 7 DAYS
OF PURCHASE. NO REFUNDS.

Online: https://clover.com/p
/5B0DGG108A9HY

5B0DGG108A9HY

Order QD1PPGNV5HMAT



202100017080
LTL mediation

17

# CHOPT

CREATIVE SALAD CO.

Chopt Creative Salad Co.
145 W 51st St
New York, NY 10019

Server: Yessica C
Check #553
Ordered:                    5/9/22 12:37 PM

The Orchard Salad              $11.99
Diet Coke                       $1.99

Subtotal                       $13.98
Tax                             $1.24
Total                          $15.22

Input Type          C (EMV Chip Read)
VISA CREDIT             xxxxxxxx9213

Transaction Type               Sale
Authorization              Approved
Approval Code                064773
Payment ID              mtJb7KKfHrjN
Application ID       A0000000031010
Application Label        VISA CREDIT
Terminal ID         6d3ef39308030381
Card Reader                   BBPOS

Amount                        $15.22

Thank you for dining with
us!
Earn rewards with the Chopt
App or order ahead at
http://choptsalad.com/order
Restroom Code: 1267



201100017080
LTL Mediation

18

STARBUCKS  Store #7282
750 Seventh Avenue
New York, NY (212) 974-0032

CHK 729167
05/09/2022 08:02 AM
XXX4869  Drawer: 1  Reg: 3

Order

Gr Americano                3.75
  Quad                      0.20
  W/Room

Subtotal                   $3.95
Tax 8.875%                 $0.35
Total                      $4.30
Change Due                $0.00

Payments

Visa                        4.30
XXXXXXXXXXXX9213
Card Entry: CHIP
Trans Type: SALE
App Label: VISA CREDIT
Auth: 003642
AID: A0000000031010
TVR: 8000008000
TSI: 6800

----------- Check Closed ---------------
05/09/2022 08:02 AM

Join our loyalty program



22a

# The Michelangelo

NEW YORK

Patricia Leigh Odell
United States

Guest

| | |
|---|---|
| Room No. | 504 |
| Arrival | 05-08-22 |
| Departure | 05-12-22 |
| Folio No. | 3572824 |
| Conf No. | 3492242 |
| Cashier | 1B |
| Booking Number | |
| Page No. | 1 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 05-08-22 | Guest Room Charge | 220.15 | |
| 05-08-22 | State Sales Tax - Room - 8.875% | 19.54 | |
| 05-08-22 | City Sales Tax - Room - 5.875% | 12.93 | |
| 05-08-22 | Occupancy Tax - Room | 2.00 | |
| 05-08-22 | Javits Center Tax - Room | 1.50 | |
| 05-09-22 | Guest Room Charge | 220.15 | |
| 05-09-22 | State Sales Tax - Room - 8.875% | 19.54 | |
| 05-09-22 | City Sales Tax - Room - 5.875% | 12.93 | |
| 05-09-22 | Occupancy Tax - Room | 2.00 | |
| 05-09-22 | Javits Center Tax - Room | 1.50 | |
| 05-10-22 | Guest Room Charge | 364.65 | |
| 05-10-22 | State Sales Tax - Room - 8.875% | 32.36 | |
| 05-10-22 | City Sales Tax - Room - 5.875% | 21.42 | |
| 05-10-22 | Occupancy Tax - Room | 2.00 | |
| 05-10-22 | Javits Center Tax - Room | 1.50 | |
| 05-11-22 | Minibar Food charge for use of bottled water available in room. No receipt available. | 8.00 | |
| 05-11-22 | Room Service - Breakfast    CHECK# 0044522 | 16.11 | |
| 05-11-22 | Guest Room Charge | 449.65 | |
| 05-11-22 | State Sales Tax - Room - 8.875% | 39.91 | |
| 05-11-22 | City Sales Tax - Room - 5.875% | 26.42 | |
| 05-11-22 | Occupancy Tax - Room | 2.00 | |
| 05-11-22 | Javits Center Tax - Room | 1.50 | |
| 05-12-22 | Visa Payment   XXXXXXXXXXXX9213   XX/XX | | 1,477.76 |

| | | |
|---|---|---|
| **Total Charges** | **1,477.76** | |
| **Total Credits** | | **1,477.76** |

LIFESTYLE"

*Preferred*

HOTELS & RESORTS

# ATTORNEY/STAFF EXPENSE REIMBURSEMENT FORM

**TODAY'S DATE:** 6/3/2022
**EMPLOYEE:** Ted Meadows
**MATTER ID \*:** 2021.000.17080
**MATTER DESCRIPTION:** Talc J&J Bankruptcy Master File
**TRAVEL DATES:** May 31 - June 3
**OFFICE EXPENSE:**

*\* If there is more than 1 matter for this expense report, please include the matter ID in the details below.*

## DESCRIPTION: Cash Tips

| MILEAGE: $0.585/PER MILE | | | | |
|---|---|---|---|---|
| **DESCRIPTION** | **DATE** | **MATTER ID** | **MILES** | **TOTAL** |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |

| EXPENSE DETAILS | | |
|---|---|---|
| **EXPENSE** | **DETAILS** | **TOTAL** |
| PARKING: | | |
| AIR TRANSPORTATION | | |
| GROUND TRANSPORTATION: | | |
| HOTEL/LODGING: | | |
| MEALS: | | |
| ENTERTAINMENT: | | |
| DUES/REGISTRATION FEES: | | |
| OTHER CHARGES: | Cash Tips while traveling | $35.00 |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| TOTAL FROM ADDITIONAL PAGE | | $0.00 |

## REIMBURSEMENT TOTAL:                                        $35.00

2022-06-06-03-rj
2022-06-06-04-rj



# ATTORNEY/STAFF EXPENSE REIMBURSEMENT FORM

| | |
|---|---|
| **TODAY'S DATE:** | 6/3/2022 |
| **EMPLOYEE:** | Leigh O'Dell |
| **MATTER ID \*:** | 202100017080 |
| **MATTER DESCRIPTION:** | JNJ Bankruptcy |
| **TRAVEL DATES:** | 5/31/2022 6/2/2022 |
| **OFFICE EXPENSE:** | |

*\* If there is more than 1 matter for this expense report, please include the matter ID in the details below.*

**APPROVAL:**    PLO

**DESCRIPTION:**    NYC for LTL Meetings

# EXPENSE BREAKDOWN

| | MILES | TOTAL |
|---|---|---|
| **MILEAGE: $0.585/PER MILE** | 340 | $ 198.90 |

| | DETAILS | TOTAL |
|---|---|---|
| **PARKING:** | | |
| **AIR TRANSPORTATION** | | |
| **GROUND TRANSPORTATION:** | Uber (2) | $ 215.92 |
| **HOTEL/LODGING:** | | |
| **MEALS:** | | |
| **ENTERTAINMENT:** | | |
| **DUES/REGISTRATION FEES:** | | |
| **OTHER CHARGES:** | Tips | $ 10.00 |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **REIMBURSEMENT TOTAL:** | | $ 424.82 |

Office Depot – 36.71
Prep for LTL Mediation – lost receipt
202100017080

# ATTORNEY/STAFF EXPENSE REIMBURSEMENT FORM

| | |
|---|---|
| **TODAY'S DATE:** | 6/14/2022 |
| **EMPLOYEE:** | Ted Meadows |
| **MATTER ID** *: | 2021.000.17080 |
| **MATTER DESCRIPTION:** | Talc J&J Bankruptcy Master File |
| **TRAVEL DATES:** | June 13-14 |
| **OFFICE EXPENSE:** | |

*\* If there is more than 1 matter for this expense report, please include the matter ID in the details below.*

## DESCRIPTION: Cash Tips

| MILEAGE: $0.585/PER MILE | | | | |
|---|---|---|---|---|
| **DESCRIPTION** | **DATE** | **MATTER ID** | **MILES** | **TOTAL** |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |

| EXPENSE DETAILS | | |
|---|---|---|
| **EXPENSE** | **DETAILS** | **TOTAL** |
| PARKING: | | |
| AIR TRANSPORTATION | | |
| GROUND TRANSPORTATION: | | |
| HOTEL/LODGING: | | |
| MEALS: | | |
| ENTERTAINMENT: | | |
| DUES/REGISTRATION FEES: | | |
| OTHER  CHARGES: | Cash Tips while traveling | $15.00 |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| TOTAL FROM ADDITIONAL PAGE | | $0.00 |

## REIMBURSEMENT TOTAL: $15.00

2022-06-22-28-rj
2022-06-22-29-rj



# ATTORNEY/STAFF EXPENSE REIMBURSEMENT FORM

| | |
|---|---|
| **TODAY'S DATE:** | 6/22/2022 |
| **EMPLOYEE:** | Leigh O'Dell |
| **MATTER ID \*:** | 202100017080 |
| **MATTER DESCRIPTION:** | JNJ Bankruptcy |
| **TRAVEL DATES:** | 6/13/2022 6/14/2022 |
| **OFFICE EXPENSE:** | |

*\* If there is more than 1 matter for this expense report, please include the matter ID in the details below.*

**APPROVAL:**   PLO

**DESCRIPTION:**   LTL Bankruptcy hearing, NJ

# EXPENSE BREAKDOWN

| | MILES | TOTAL |
|---|---|---|
| **MILEAGE: $0.585/PER MILE** | 340 | $ 198.90 |

| | DETAILS | TOTAL |
|---|---|---|
| **PARKING:** | | |
| **AIR TRANSPORTATION** | | |
| **GROUND TRANSPORTATION:** | | |
| **HOTEL/LODGING:** | | |
| **MEALS:** | | |
| **ENTERTAINMENT:** | | |
| **DUES/REGISTRATION FEES:** | | |
| **OTHER  CHARGES:** | Tips | $ 10.00 |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **OTHER  CHARGES:** | | |
| **REIMBURSEMENT TOTAL:** | | $ 208.90 |



H. J. ATLANTA INT'L
AIRPORT

PO Box 20786
Atlanta, GA 30320
Customer Service:
404-530-6725

Card Account : XXXXXXXXXXXX6047
Card Type : VISA
Authorization Code : 03294C

Cashier : 259   Seq # 31338
License Plate : 3A00M8N
Ent : 12:17 05/31/22 Lane 9
Exit: 17:59 06/02/22 Lane 27
Duration: 2D(s) 5H(s) 42M(s)
Rate Code: 7  Shift: 057

```
           FEE   $      56.00
AMOUNT TEND   $      56.00
        CASH   $       0.00
CREDIT CARD   $      56.00
       CHECK   $       0.00
      CHANGE   $       0.00

PAID AT CT   $      56.00
       Taxes Included
```

*** Thank You ***

Sign : _____
*** Customer Copy ***



Hartsfield-Jackson
Atlanta International Airport

4

LTL hearing
202100017080

**RECEIPT**

SOUTHLAND PRINTING – SHREVEPORT, LA

825029





202100017080

7

LTL BKY hearing

WED 05-04-22 01:58 P

FEE[BASE]                 $ 12.00
Total                     $ 12.00

Card No.    XXXX XXXX 9213
Charge Amount      $ 12.00

Change               $  0.00



**Lindsay Moore**

| | |
|---|---|
| **From:** | Leigh O'Dell |
| **Sent:** | Wednesday, June 1, 2022 4:50 AM |
| **To:** | Lindsay Moore |
| **Subject:** | Fwd: [EXT] [Business] Your Tuesday evening trip with Uber |



**P. Leigh O'Dell**
Principal
800.898.2034

Leigh.ODell@BeasleyAllen.com
BeasleyAllen.com | My bio
**Learn more about our ongoing litigation.**

   

CONFIDENTIALITY & PRIVILEGE NOTICE

Begin forwarded message:

> **From:** Uber Receipts <noreply@uber.com>
> **Date:** June 1, 2022 at 5:46:46 AM EDT
> **To:** Leigh O'Dell <Leigh.ODell@beasleyallen.com>
> **Subject:** [EXT] [Business] Your Tuesday evening trip with Uber

[EXTERNAL]

Total **$76.39**
May 31, 2022

# Total                    $76.39

Learn more about the government-mandated pricing rules, taxes, and fees that make trips in NYC more expensive.

---

| | |
|---|---|
| Trip Fare | $56.78 |

| | |
|---|---|
| Subtotal | $56.78 |
| NY Congestion Fee | $2.75 |
| State Sales Tax | $5.84 |
| Black Car Fund | $1.97 |
| Tolls, Surcharges, and Fees | $9.05 |

**Payments**

| | | |
|---|---|---|
| | **American Express ••••2003** 6/1/22 5:46 AM | $76.39 |

Affiliated with ANYA TRANSPORTATION CONSULTING INC (B03305)

Dispatched by UBER USA, LLC (B03404)

To submit a complaint to the NYC TLC, please call 311.

**Download PDF**

# You rode with Singh

**Lindsay Moore**

| | |
|---|---|
| **From:** | Leigh O'Dell |
| **Sent:** | Thursday, June 2, 2022 11:18 AM |
| **To:** | Lindsay Moore |
| **Subject:** | Fwd: [EXT] [Business] Your Thursday morning trip with Uber |



**P. Leigh O'Dell**
Principal
800.898.2034

Leigh.ODell@BeasleyAllen.com
BeasleyAllen.com | My bio
**Learn more about our ongoing litigation.**

   

CONFIDENTIALITY & PRIVILEGE NOTICE

Begin forwarded message:

> **From:** Uber Receipts <noreply@uber.com>
> **Date:** June 2, 2022 at 12:17:08 PM EDT
> **To:** Leigh O'Dell <Leigh.ODell@beasleyallen.com>
> **Subject:** [EXT] [Business] Your Thursday morning trip with Uber

[EXTERNAL]

Total **$139.53**
June 2, 2022

# Total                    $139.53

1

Learn more about the government-mandated pricing rules, taxes, and fees that make trips in NYC more expensive.

| | |
|---|---|
| Trip Fare | $91.51 |
| Subtotal | $91.51 |
| NY Congestion Fee | $2.75 |
| Black Car Fund | $3.03 |
| State Sales Tax | $8.97 |
| Tolls, Surcharges, and Fees | $9.55 |
| Tip | $23.72 |

## Payments

| | | |
|---|---|---|
| | **American Express ••••2003**<br>6/2/22 12:16 PM | $115.81 |
| | **American Express ••••2003**<br>6/2/22 12:16 PM | $23.72 |

A temporary hold of $118.61 was placed on your payment method •••• 2003. This is not a charge and will be removed. It should disappear from your bank statement shortly. Learn More

Affiliated with UBER USA, LLC (B03404)

Dispatched by UBER USA, LLC (B03404)

2

| | |
|---|---|
| **From:** | Clay Nottrodt |
| **To:** | Ted Meadows |
| **Cc:** | Brittney Clemons |
| **Subject:** | [EXT] May 22 - Private Car Confirmation - Ted Meadows |
| **Date:** | Tuesday, May 17, 2022 11:15:21 AM |
| **Attachments:** | StandardConfirmation.pdf |

**[EXTERNAL]**

## CROWN TRANSPORTATION
521 30th Ave Northport, AL 35476
US
Tel: (205) 758-3875
Email: info@crowndriven.com

Confirmation

## Reservation Confirmation #53502

Last Modified On: 05/17/2022 10:53 AM

Thank You for choosing CROWN TRANSPORTATION for your ground transportation needs. Your confirmation appears below. REVIEW THE DATE, PICKUP PLACE AND TIME OF PICKUP CAREFULLY. - If anything is incorrect, please call our office at 205-758-3875 immediately to correct.

| | |
|---|---|
| **Pick-up Date:** | 05/22/2022 - Sunday |
| **Pick-up Time:** | 09:30 AM |
| **ServiceType:** | BHAM Departure - Private |
| **Passenger:** | Ted Meadows |
| **Client Ref#:** | |
| **Phone Number:** | (334) 451-0867 |
| **No. of Pass:** | 1 |
| **Vehicle Type:** | MKT SEDAN |
| **Primary/Billing Contact:** | Ted Meadows |
| **Booking Contact:** | Ted Meadows |
| **Payment Method:** | Visa ** 4404 |

| | |
|---|---|
| **Trip Routing Information:** | **PU:** -- :Embassy Suites:, 2410 University Blvd, Tuscaloosa, AL 35401 (United States of America)<br>**DO:** -- : BHM - Birmingham International Airport / DL - Delta Air Lines , From/To: ATL - Hartsfield - Jackson Atlanta International Airport, Flt# 2137, ETA/ETD: 12:10:00 |

| | |
|---|---|
| **Notes/Comments:** | You have reserved a private ride to the BHM Airport. Your pick up time is 9:30am, for your 12:10pm flight. Airport rides are subject to a cancellation fee. Refer to the terms and conditions of your reservation agreement below for more details. Gratuity for your chauffeur is not included. |

| **Charges & Fees** | | |
|---|---|---|
| | Private Ride - Bham Airport | $155.00 |
| | **Reservation Total:** | $155.00 |
| | **Payments/Deposits:** | $155.00 |
| | **Authorizations:** | $0.00 |
| | **Total Due:** | $0.00 |

| **Terms & Conditions/<br>Reservation Agreement:** | **Crown Transportation, Crown Charter Services, Crown Limousine & Sedan Service LLC (APSC 3652) - Terms of Service For all transportation To / From BHM Airport.** All booking passengers agree to Crown's terms and policies regarding this service. **CANCELLATION POLICY:** All reservations are subject to a $50.00 cancellation fee. No refunds will be given for reservations cancelled the day of or the day prior to the scheduled pick-up time. You must speak to a Crown representative (205-758-3875) to cancel your service. Cancellations not accepted by voice mail or email. **ALL PASSENGERS** will be texted their driver's name and telephone number the day prior to pick up. Passengers reserving a WILL SHARE ride, agree to pay the PRIVATE RIDE RATE, if no shared ride is available. All travel must be paid in advance. A shared-ride will have at least 2 passengers and up to 6 other passengers. **DEPARTURES:** All shared rides are subject to STRICT PICKUP TIMES. If a passenger is not outside and ready to go at their scheduled pick up time, the ride may be considered a "no show" with no refund given. Crown transportation is not responsible for missed flights resulting from delays in traffic en route to the airport. **ARRIVALS:** If a flight |
|---|---|