# <u>EXHIBIT 2</u>

# BAILEY GLASSER LLP

209 Capitol Street
Charleston, WV 25301
Tel: 304.345.6555
Toll Free: 877.852.0342
Fax: 304.342.1110

September 8, 2022

LTL Management Talc Creditors' Committee

| | |
|---|---|
| Invoice #: | 96409 |
| Client #: | TCC0001 |
| Matter #: | 2003717 |

---

## INVOICE SUMMARY

For professional services rendered through August 31, 2022:

**RE:    LTL Bankruptcy**

| | |
|---|---|
| Professional Services | $ 92,835.00 |
| Total Expenses Advanced | $ 7,336.89 |
| **TOTAL THIS INVOICE** | **$ 100,171.89** |
| Outstanding Invoices | $ 176,544.00 |
| **TOTAL BALANCE DUE** | **$ 276,715.89** |

## BAILEY & GLASSER LLP

TALC Creditors Committee
LTL Bankruptcy

September 8, 2022
Invoice #: 96409

**PROFESSIONAL SERVICES RENDERED**

**B110 Case Administration**

| Date | Init | Task | Actv | Description of Service | Hours | Rate | Amount |
|------|------|------|------|------------------------|-------|------|--------|
| 8/01/22 | TBB | B110 | | Zoom meeting with co-counsel and counsel for members regarding estimation, Feinberg, and FCR. | .80 | 975.00 | 780.00 |
| 8/04/22 | JEK | B110 | | Review docket and retrieval of recently field documents and correspondence. | .40 | 325.00 | 130.00 |
| 8/10/22 | TBB | B110 | | Analysis of U.S. Trustee's memorandum regarding appointment of 706 expert. | .20 | 975.00 | 195.00 |
| 8/24/22 | TBB | B110 | | Meeting with co-counsel regarding FTI matters. | .50 | 975.00 | 487.50 |
| 8/29/22 | JEK | B110 | | Update case calendar regarding hearing dates and objection deadlines. | .80 | 325.00 | 260.00 |
| 8/31/22 | JEK | B110 | | Review docket and retrieval of recently field documents and correspondence. | 2.10 | 325.00 | 682.50 |

**Sub-Total of Task          $ 2,535.00**

**B150 Meetings of and**

| Date | Init | Task | Actv | Description of Service | Hours | Rate | Amount |
|------|------|------|------|------------------------|-------|------|--------|
| 8/01/22 | KB | B150 | | Call with committee representatives re Feinberg meeting. | .70 | 975.00 | 682.50 |
| | KB | B150 | | Confer with Glasser re Committee call on FCR and Feinberg discussions. | .10 | 975.00 | 97.50 |
| 8/03/22 | KB | B150 | | Counsel call ahead of committee call. | 1.00 | 975.00 | 975.00 |
| | KB | B150 | | Confer with Glasser re counsel and committee calls. | .10 | 975.00 | 97.50 |
| | KB | B150 | | Committee call with representatives. | 1.00 | 975.00 | 975.00 |
| 8/10/22 | TBB | B150 | | Participating in meeting with TCC members, members' counsel, and co-counsel on litigation, Third Circuit appeals, FCR, discovery, and plan matters. | 1.20 | 975.00 | 1,170.00 |
| 8/19/22 | KB | B150 | | Attend counsel pre-call ahead of committee call. | .50 | 975.00 | 487.50 |
| | KB | B150 | | Attend committee rep call. | 1.10 | 975.00 | 1,072.50 |
| 8/24/22 | KB | B150 | | Confer with Committee counsel and other professionals to prepare for upcoming call with committee. | .40 | 975.00 | 390.00 |
| | KB | B150 | | Attend committee meeting. | 1.10 | 975.00 | 1,072.50 |
| | TBB | B150 | | Meeting with TCC members and their counsel regarding litigation and mediation issues. | 1.10 | 975.00 | 1,072.50 |
| 8/31/22 | KB | B150 | | Counsel call ahead of Committee call to discuss agenda items. | .70 | 975.00 | 682.50 |

### BAILEY & GLASSER LLP

TALC Creditors Committee

September 8, 2022

LTL Bankruptcy

Invoice #: 96409

| Date | Init | Task | Actv | Description of Service | Hours | Rate | Amount |
|------|------|------|------|------------------------|-------|------|--------|
| | KB | B150 | | Zoom meeting of committee representatives. | .90 | 975.00 | 877.50 |
| | TBB | B150 | | Meeting of co-counsel with committee members and their counsel regarding various issues including potential litigation, discovery, Third Circuit appeals, FCR, and 706 expert. | .90 | 975.00 | 877.50 |

**Sub-Total of Task       $ 10,530.00**

**B160 Fee/Employment Applic**

| Date | Init | Task | Actv | Description of Service | Hours | Rate | Amount |
|------|------|------|------|------------------------|-------|------|--------|
| 8/01/22 | TBB | B160 | | Review of pre-bill along with emails regarding time entries. | .20 | 975.00 | 195.00 |
| 8/02/22 | TBB | B160 | | Correspondence regarding information for July Monthly Fee Statement. | .20 | 975.00 | 195.00 |
| 8/03/22 | KB | B160 | | Brief review of fee examiner's report and email correspondence with team re same. | .20 | 975.00 | 195.00 |
| | KB | B160 | | Confer with Glasser re fee examiner's report and response. | .10 | 975.00 | 97.50 |
| 8/05/22 | TBB | B160 | | Review of pre-bill for July 2022 for compliance with UST guidelines and for write offs and write downs. | 1.10 | 975.00 | 1,072.50 |
| | TBB | B160 | | Further revisions to pre-bill for conformance with UST guidelines and further write downs and write offs. | .80 | 975.00 | 780.00 |
| 8/06/22 | TBB | B160 | | Preparing information for monthly fee statement and monthly fee statement cover sheet | .50 | 975.00 | 487.50 |
| 8/08/22 | KB | B160 | | Review draft fee statement. | .10 | 975.00 | 97.50 |
| | TBB | B160 | | Finalizing ninth monthly fee statement, ninth monthly fee statement cover sheet and verifying information therein along with transmittal to J. Kittinger for filing and service. | 1.60 | 975.00 | 1,560.00 |
| | JEK | B160 | | Finalize for filing Bailey & Glasser LLP monthly fee statement for July 2022. | .50 | 325.00 | 162.50 |
| 8/10/22 | TBB | B160 | | Verifying filing of monthly fee statement and transmittal of additional information to counsel for debtor. | .60 | 975.00 | 585.00 |
| 8/11/22 | TBB | B160 | | Verifying expense support data and call with G. Spruce about same for monthly fee statement. | .20 | 975.00 | 195.00 |
| 8/12/22 | TBB | B160 | | Verifying service of Ninth Monthly Fee Statement and supporting documents on required parties along with supplemental service of documentation on Fee Examiner, FCR, and UST personnel. | .50 | 975.00 | 487.50 |

**Sub-Total of Task       $ 6,110.00**

**BAILEY & GLASSER LLP**

TALC Creditors Committee
LTL Bankruptcy

September 8, 2022
Invoice #: 96409

**B170 Fee/Employment Objections**

| Date | Init | Task | Actv | Description of Service | Hours | Rate | Amount |
|------|------|------|------|------------------------|-------|------|--------|
| 8/04/22 | KB | B170 | | Review fee examiner's report in detail and begin to formulate responses. | 1.80 | 975.00 | 1,755.00 |
| | KB | B170 | | Confer with Burrus re fee examiner's report on research time and related matters. | .30 | 975.00 | 292.50 |
| 8/13/22 | TBB | B170 | | Analysis of Fee Examiner's preliminary report regarding second fee application. | .40 | 975.00 | 390.00 |
| 8/18/22 | KB | B170 | | Confer with Bennett re response to fee examiner. | .10 | 975.00 | 97.50 |
| 8/24/22 | KB | B170 | | Review fee examiner's report in detail in preparation for call with fee examiner. | 1.10 | 975.00 | 1,072.50 |
| | KB | B170 | | Email correspondence with Joshi re expense issues raised in examiner's report. | .10 | 975.00 | 97.50 |
| | KB | B170 | | Confer with Bennett re fee examiner report and response. | .40 | 975.00 | 390.00 |
| | TBB | B170 | | Call with K. Barrett regarding Fee Examiner's preliminary report and responses thereto. | .40 | 975.00 | 390.00 |
| | TBB | B170 | | Obtaining supporting information for meeting with Fee Examiner regarding preliminary report for second interim fee application. | .20 | 975.00 | 195.00 |
| 8/25/22 | BAG | B170 | | Call with Bennett on fee application issues. | .10 | 975.00 | 97.50 |
| | KB | B170 | | Draft response to fee examiner. | 2.20 | 975.00 | 2,145.00 |
| | KB | B170 | | Email correspondence with Bennett re response to examiner. | .10 | 975.00 | 97.50 |
| | KB | B170 | | Confer with Keach re fee application and examiner's report. | .50 | 975.00 | 487.50 |
| | KB | B170 | | Confer with Bennett re response to examiner's report. | .30 | 975.00 | 292.50 |
| | KB | B170 | | Confer with Glasser re call with fee examiner. | .10 | 975.00 | 97.50 |
| | TBB | B170 | | Meeting with Fee Examiner and K Barrett regarding Fee Examiner's preliminary report on second interim fee application. | .50 | 975.00 | 487.50 |
| | TBB | B170 | | Call with K. Barrett regarding responses to Fee Examiner's preliminary report. | .30 | 975.00 | 292.50 |
| | TBB | B170 | | Call with B. Glasser regarding Fee Examiner's report issues. | .20 | 975.00 | 195.00 |
| 8/26/22 | KB | B170 | | Review and revise draft response to fee examiner. | 2.30 | 975.00 | 2,242.50 |
| | KB | B170 | | Email correspondence with Glasser and team (2x) re draft response. | .10 | 975.00 | 97.50 |
| | TBB | B170 | | Review and resolving issues with M. Mellert related to fee examiner's preliminary report on second interim fee application. | .40 | 975.00 | 390.00 |

**BAILEY & GLASSER LLP**

TALC Creditors Committee
LTL Bankruptcy

September 8, 2022
Invoice #: 96409

| Date | Init | Task | Actv | Description of Service | Hours | Rate | Amount |
|------|------|------|------|------------------------|-------|------|--------|
| | TBB | B170 | | Review and drafting revisions and comments to draft of written response to fee examiner's preliminary report for second interim fee application. | 1.30 | 975.00 | 1,267.50 |
| 8/28/22 | KB | B170 | | Email correspondence with Glasser and Keach re resolution of fee application. | .10 | 975.00 | 97.50 |
| | TBB | B170 | | Review of Fee Examiner's reply to Bailey Glasser's response to the preliminary report along with emails with K. Barrett regarding same. | .20 | 975.00 | 195.00 |
| 8/31/22 | KB | B170 | | Confer with Glasser re BG fee application, examiner report, and hearing. | .10 | 975.00 | 97.50 |

**Sub-Total of Task**        **$ 13,260.00**

**B190 Other Contested Matters**

| Date | Init | Task | Actv | Description of Service | Hours | Rate | Amount |
|------|------|------|------|------------------------|-------|------|--------|
| 8/01/22 | BAG | B190 | | Case status call with FCR. | .90 | 975.00 | 877.50 |
| | BAG | B190 | | Call with Committee on Feinberg meeting. | .70 | 975.00 | 682.50 |
| | BAG | B190 | | Call with Committee representative respecting Feinberg. | .10 | 975.00 | 97.50 |
| | BAG | B190 | | Conference with Todd Mathews on valuation of claims. | .80 | 975.00 | 780.00 |
| | BAG | B190 | | Call with co-counsel on next moves. | .40 | 975.00 | 390.00 |
| | BAG | B190 | | Draft lengthy email to committee on choices to be made in respect of the estimator expert. | .50 | 975.00 | 487.50 |
| | KB | B190 | | Review and revise draft email to clients re FCR coordination. | .10 | 975.00 | 97.50 |
| | MBB | B190 | | Call with co-counsel and committee reps re: K. Feinberg. | .70 | 750.00 | 525.00 |
| | MBB | B190 | | Review proposed communication to committee re: FCR update. | .30 | 750.00 | 225.00 |
| | DTM | B190 | | Zoom meeting to discuss meeting with K. Feinberg | 1.00 | 750.00 | 750.00 |
| | DTM | B190 | | Meeting with B. Glasser to discuss K. Feinberg meeting and additional matters going forward | .70 | 750.00 | 525.00 |
| 8/02/22 | BAG | B190 | | Call with Committee Representative respecting Feinberg. | .10 | 975.00 | 97.50 |
| | BAG | B190 | | Call with estimator expert, Feinberg. | 1.00 | 975.00 | 975.00 |
| | BAG | B190 | | Review as well as respond to email traffic on amicus briefing. | .10 | 975.00 | 97.50 |
| | BAG | B190 | | Review edits to email to committee on expert issues. | .10 | 975.00 | 97.50 |
| | KB | B190 | | Conference with Feinberg and committee. | .50 | 975.00 | 487.50 |
| | KB | B190 | | Email correspondence with Cicero re proposal on FCR. | .10 | 975.00 | 97.50 |
| | DTM | B190 | | Attend Zoom conference with K Feinberg and the TCC | .80 | 750.00 | 600.00 |
| 8/03/22 | BAG | B190 | | Call with committee representatives. | 1.00 | 975.00 | 975.00 |

**BAILEY & GLASSER LLP**

TALC Creditors Committee                                                  September 8, 2022
LTL Bankruptcy                                                            Invoice #: 96409

| Date | Init | Task | Actv | Description of Service | Hours | Rate | Amount |
|------|------|------|------|------------------------|-------|------|--------|
| | KB | B190 | | Confer with Bennett re status of OC claims. | .10 | 975.00 | 97.50 |
| | TBB | B190 | | Zoom meeting with co-counsel regarding appeal issues and discovery regarding estimation issues. | .70 | 975.00 | 682.50 |
| | TBB | B190 | | Zoom meeting with TCC members, members' counsel and co-counsel on various litigation and appeal issues. | 1.00 | 975.00 | 975.00 |
| | TBB | B190 | | Participation in portion of zoom meeting with co-counsel regarding litigation and mediation matters. | .70 | 975.00 | 682.50 |
| | TBB | B190 | | Participation in meeting with co-counsel, counsel for committee members, and members regarding various case administration and litigation issues. | 1.00 | 975.00 | 975.00 |
| | MBB | B190 | | Call with co-counsel re: mediation, FCR, estimation, and exclusivity. | .60 | 750.00 | 450.00 |
| | MBB | B190 | | Call with committee co-counsel and representatives re: mediation, exclusivity, estimation, and plan strategy. | 1.00 | 750.00 | 750.00 |
| | DTM | B190 | | Attend weekly meeting with counsel for TCC re: updates and matters going forward | .50 | 750.00 | 375.00 |
| | DTM | B190 | | Attend weekly zoom meeting with TCC re: updates and matters moving forward | 1.00 | 750.00 | 750.00 |
| 8/04/22 | BAG | B190 | | Draft email to core counsel group on proposed order having to do with 706 expert as well as other estimation issues. | .20 | 975.00 | 195.00 |
| | CED | B190 | | Research on bankruptcy plan issues for Brian Glasser. | 2.10 | 550.00 | 1,155.00 |
| 8/05/22 | BAG | B190 | | Read talc ultimate liability estimate data from FTI. | .30 | 975.00 | 292.50 |
| | BAG | B190 | | Edit proposed order for Feinberg retention, including reading underlying rules. | .70 | 975.00 | 682.50 |
| | BAG | B190 | | Call from FCR's lawyer. | .10 | 975.00 | 97.50 |
| | BAG | B190 | | Reading comments on draft 706 order. | .10 | 975.00 | 97.50 |
| | BAG | B190 | | Respond to email on revised proposed 706 order. | .10 | 975.00 | 97.50 |
| 8/06/22 | BAG | B190 | | Call with Sunni Beville on 706 order draft. | .20 | 975.00 | 195.00 |
| | BAG | B190 | | Read email and attachment from Molton and Goodman and respond to same, all on 706 process. | .20 | 975.00 | 195.00 |
| 8/08/22 | BAG | B190 | | Final review of proposed 706 order. | .10 | 975.00 | 97.50 |
| | BAG | B190 | | Review email traffic among counsel on 706 order. | .10 | 975.00 | 97.50 |
| | TBB | B190 | | Review of revisions to proposed 706 order by FCR. | .10 | 975.00 | 97.50 |
| | CED | B190 | | Continued research on plan litigation issues for B. Glasser. | 3.80 | 550.00 | 2,090.00 |
| 8/09/22 | BAG | B190 | | Read proposed edits to 706 order from FCR and UST. | .20 | 975.00 | 195.00 |
| | CED | B190 | | Continued preparation of memo for Glasser on plan confirmation litigation. | 3.30 | 550.00 | 1,815.00 |
| | CED | B190 | | Continued research on litigation issues regarding reorganization plan. | 2.10 | 550.00 | 1,155.00 |

**BAILEY & GLASSER LLP**

TALC Creditors Committee                                                  September 8, 2022
LTL Bankruptcy                                                            Invoice #: 96409

| Date | Init | Task | Actv | Description of Service | Hours | Rate | Amount |
|------|------|------|------|------------------------|-------|------|--------|
| | CED | B190 | | Further outline of memo to Glasser re litigation issues regarding plan confirmation. | 2.00 | 550.00 | 1,100.00 |
| 8/10/22 | BAG | B190 | | Review research on data for 706 expert. | .20 | 975.00 | 195.00 |
| | TBB | B190 | | Participating in meeting with co-counsel on Third Circuit appeal, discovery, and estimation potential litigation. | .30 | 975.00 | 292.50 |
| | CED | B190 | | Continued research on plan confirmation litigation issues for B. Glasser. | 3.30 | 550.00 | 1,815.00 |
| | DTM | B190 | | Attend meeting with counsel and experts to discuss estimation | 1.20 | 750.00 | 900.00 |
| 8/11/22 | BAG | B190 | | Call with committee representative on 706 process. | .20 | 975.00 | 195.00 |
| | BAG | B190 | | Read 706 expert declaration. | .10 | 975.00 | 97.50 |
| 8/12/22 | CED | B190 | | Continued research on Confirmation issues related to litigation for B. Glasser. | 3.50 | 550.00 | 1,925.00 |
| 8/14/22 | CED | B190 | | Continued drafting of memorandum for B. Glasser re litigation issue involving plan. | 3.60 | 550.00 | 1,980.00 |
| 8/15/22 | CED | B190 | | Continued drafting summary memorandum for B. Glasser re plan confirmation litigation issues. | 2.90 | 550.00 | 1,595.00 |
| | CED | B190 | | Review objection to confidentiality of expert communications for preparing summary of the same for B. Glasser along with related research. | 1.50 | 550.00 | 825.00 |
| 8/16/22 | TBB | B190 | | Analysis of LTL's response brief to Third Circuit for purposes of reply thereto and oral argument. | 2.10 | 975.00 | 2,047.50 |
| | DTM | B190 | | Attend zoom call with TCC asbestos member to discuss valuation of claims | 1.50 | 750.00 | 1,125.00 |
| 8/17/22 | CED | B190 | | Review of Creditors Committee appellate brief and related filings in connection with continued research and drafting memo for Brian Glasser on litigation/appeal issues.. | 3.50 | 550.00 | 1,925.00 |
| 8/18/22 | KB | B190 | | Review Debtor's appellate brief. | .60 | 975.00 | 585.00 |
| | KB | B190 | | Review subsequent Feinberg order and email correspondence with Brown Rudnick re same. | .10 | 975.00 | 97.50 |
| 8/19/22 | BAG | B190 | | Attend counsel call to prepare for committee call. | .50 | 975.00 | 487.50 |
| | BAG | B190 | | Call with Committee Representative largely on appeal and Rule 706 issues. | 1.00 | 975.00 | 975.00 |
| | BAG | B190 | | Call with appeals team to walk through potential themes for the reply brief. | 1.50 | 975.00 | 1,462.50 |
| | KB | B190 | | Attend brainstorming session on appeal brief with committee representatives. | 1.40 | 975.00 | 1,365.00 |
| | TBB | B190 | | Meeting among co-counsel regarding appeals to Third Circuit issues. | .50 | 975.00 | 487.50 |

**BAILEY & GLASSER LLP**

TALC Creditors Committee                                            September 8, 2022
LTL Bankruptcy                                                      Invoice #: 96409

| Date | Init | Task | Actv | Description of Service | Hours | Rate | Amount |
|------|------|------|------|------------------------|-------|------|--------|
| | TBB | B190 | | Meeting with co-counsel and counsel for TCC members regarding various issues including Third Circuit appeals and 706 expert. | 1.10 | 975.00 | 1,072.50 |
| | TBB | B190 | | Meeting of select co-counsel regarding issues for reply brief to Third Circuit and oral argument. | 1.40 | 975.00 | 1,365.00 |
| | DTM | B190 | | Attend zoom meeting with TCC counsel in prep for meeting with TCC | .50 | 750.00 | 375.00 |
| | DTM | B190 | | Zoom meeting with TCC | 1.40 | 750.00 | 1,050.00 |
| 8/24/22 | BAG | B190 | | Call with counsel to prepare for all with committee members. | .40 | 975.00 | 390.00 |
| | BAG | B190 | | Call with Committee Members to update on all matters. | 1.20 | 975.00 | 1,170.00 |
| | BAG | B190 | | Call with Committee Representative on Rule 706 expert question. | .10 | 975.00 | 97.50 |
| | KB | B190 | | Confer with Molton, Cyganowski and Bennett re data. | .20 | 975.00 | 195.00 |
| | KB | B190 | | Confer with Matthews re talc-related cases and MDL. | .30 | 975.00 | 292.50 |
| | KB | B190 | | Confer with Glasser and Bennett re responses to Molton and Cyganowski on data. | .30 | 975.00 | 292.50 |
| | KB | B190 | | Email correspondence with Molton and Cyganowski re data. | .20 | 975.00 | 195.00 |
| | KB | B190 | | Confer with D Molton re legal issues. | .10 | 975.00 | 97.50 |
| | TBB | B190 | | Co-counsel meeting regarding litigation issues. | .30 | 975.00 | 292.50 |
| | DTM | B190 | | Attend weekly call with TCC re: update and matters moving forward | .50 | 750.00 | 375.00 |
| | DTM | B190 | | Attend meeting with TCC to discuss updates and matters moving forward | 1.20 | 750.00 | 900.00 |
| 8/26/22 | BAG | B190 | | Email to committee counsel on my view of an FCR related issue. | .10 | 975.00 | 97.50 |
| 8/27/22 | TBB | B190 | | Further analysis of case law relating to motion to dismiss and issuance of preliminary injunction including recent opinion in 3M case. | .60 | 975.00 | 585.00 |
| 8/29/22 | JEK | B190 | | Retrieval of Amicus Brief filed by the Commerce of the United States of America and American Tort Reform Association and e-mail to C. Duque. | .30 | 325.00 | 97.50 |
| 8/31/22 | BAG | B190 | | Edit reply brief for Third Circuit. | .90 | 975.00 | 877.50 |
| | BAG | B190 | | Email traffic with Lamken as well as Massey on my edits to the reply brief. | .10 | 975.00 | 97.50 |
| | TBB | B190 | | Meeting with co-counsel and counsel for committee members regarding various issues related to upcoming potential litigation and appeals to Third Circuit. | .80 | 975.00 | 780.00 |

**BAILEY & GLASSER LLP**

TALC Creditors Committee                                               September 8, 2022
LTL Bankruptcy                                                         Invoice #: 96409

| Date | Init | Task | Actv | Description of Service | Hours | Rate | Amount |
|------|------|------|------|------------------------|-------|------|--------|
| | CED | B190 | | Continued review of amicus brief filed by Chamber of Commerce and reviewing key citations therein for B. Glasser. | 1.20 | 550.00 | 660.00 |
| | LAB | B190 | | Review and comment on reply brief | 2.50 | 750.00 | 1,875.00 |

|  |  |  |
|--|--|--|
| **Sub-Total of Task** | **$ 57,865.00** | |

**B310 Claims Administration and**

| Date | Init | Task | Actv | Description of Service | Hours | Rate | Amount |
|------|------|------|------|------------------------|-------|------|--------|
| 8/02/22 | TBB | B310 | | Zoom meeting with K. Feinberg, co-counsel, and counsel for TCC members. | .80 | 975.00 | 780.00 |
| 8/10/22 | TBB | B310 | | Participating in meeting with FTI, Brattle, counsel for FCR and counsel for TCC regarding estimation issues. | 1.00 | 975.00 | 975.00 |

|  |  |  |
|--|--|--|
| **Sub-Total of Task** | **$ 1,755.00** | |

**B320 Plan and Disclosure**

| Date | Init | Task | Actv | Description of Service | Hours | Rate | Amount |
|------|------|------|------|------------------------|-------|------|--------|
| | TBB | B320 | | Participating in meeting of co-counsel sub group regarding funding agreement and QSF issues. | .80 | 975.00 | 780.00 |

|  |  |  |
|--|--|--|
| **Sub-Total of Task** | **$ 780.00** | |
| **TOTAL PROFESSIONAL SERVICES** | | **$ 92,835.00** |

**EXPENSES ADVANCED**

Online Research

| Date | Task | Description | Amount |
|------|------|-------------|--------|
| 8/12/22 | E106 | Legal Research for July 2022. | 3,194.27 |

|  |  |
|--|--|
| **Sub-Total of Expenses:** | **$ 3,194.27** |

**Deposition Transcripts**

| Date | Task | Description | Amount |
|------|------|-------------|--------|
| 3/18/22 | E115 | Paszkiewicz Reporting - Transcript of Corp. Rep. Michelle Ryan on 1/27/2022. | 3,794.66 |

**BAILEY & GLASSER LLP**

TALC Creditors Committee                                    September 8, 2022
LTL Bankruptcy                                              Invoice #: 96409

**Sub-Total of Expenses:**              **$ 3,794.66**

**Litigation Support Vendors**

| Date | Task | Description | Amount |
|------|------|-------------|--------|
| 3/17/22 | E118 | Paszkiewicz Reporting - Deposition Conferencing Fee with Corp. Rep. Michelle Goodridge on 12/20/2021 (Daniel M. Stolz). | 50.00 |
| 8/10/22 | E118 | CS Disco - TALC / LTL - Monthly Case Hosting. | 297.96 |

**Sub-Total of Expenses:**              **$ 347.96**

**TOTAL EXPENSES ADVANCED**              **$ 7,336.89**

**TOTAL THIS INVOICE**              **$ 100,171.89**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Init | Staff Level | Hours | Rate | Total |
|------|------|-------------|-------|------|-------|
| Brueckner, Leslie A. | LAB | Partner | 2.50 | 750.00 | 1,875.00 |
| Mathews, D. Todd | DTM | Partner | 10.30 | 750.00 | 7,725.00 |
| Barrett, Kevin W. | KB | Partner | 21.60 | 975.00 | 21,060.00 |
| Bennett, Thomas B. | TBB | Of Counsel | 27.50 | 975.00 | 26,812.50 |
| Burrus, Maggie B | MBB | Partner | 2.60 | 750.00 | 1,950.00 |
| Duque, Carlos E. | CED | Associate | 32.80 | 550.00 | 18,040.00 |
| Glasser, Brian A. | BAG | Partner | 14.40 | 975.00 | 14,040.00 |
| Kittinger, Jason E. | JEK | Paralegal | 4.10 | 325.00 | 1,332.50 |
| **TOTALS** | | | **115.80** | | **$ 92,835.00** |

**BAILEY & GLASSER LLP**

TALC Creditors Committee                                                        September 8, 2022
LTL Bankruptcy                                                                  Invoice #: 96409

**TASK SUMMARY OF PROFESSIONAL SERVICES**

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| B110 | B110 Case Administration | 4.80 | 2,535.00 |
| B150 | B150 Meetings of and | 10.80 | 10,530.00 |
| B160 | B160 Fee/Employment Applic | 6.60 | 6,110.00 |
| B170 | B170 Fee/Employment Objections | 13.60 | 13,260.00 |
| B190 | B190 Other Contested Matters | 77.40 | 57,865.00 |
| B310 | B310 Claims Administration and | 1.80 | 1,755.00 |
| B320 | B320 Plan and Disclosure | .80 | 780.00 |
|      | Time total | $ 92,835.00 | |

**TASK SUMMARY OF EXPENSES ADVANCED**

| Task | Description | Amount |
|------|-------------|--------|
| E106 | Online Research | 3,194.27 |
| E115 | Deposition Transcripts | 3,794.66 |
| E118 | Litigation Support Vendors | 347.96 |
|      | Expense total | $ 7,336.89 |

**BAILEY & GLASSER LLP**

TALC Creditors Committee                                      September 8, 2022
LTL Bankruptcy                                                Invoice #: 96409

**OUTSTANDING INVOICES**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 91664 | 5/09/22 | 249,763.70 | 206,598.70 | 43,165.00 |
| 93087 | 6/06/22 | 371,823.11 | 302,561.11 | 69,262.00 |
| 94121 | 7/07/22 | 140,360.86 | 112,901.36 | 27,459.50 |
| 95438 | 8/08/22 | 186,808.60 | 150,151.10 | 36,657.50 |

Total Outstanding Invoices                                    $ 176,544.00

Balance Due This Invoice                                      $ 100,171.89

**TOTAL BALANCE DUE**                                         **$ 276,715.89**

# BAILEY GLASSER LLP

209 Capitol Street
Charleston, WV 25301
Tel: 304.345.6555
Toll Free: 877.852.0342
Fax: 304.342.1110

September 8, 2022

LTL Management Talc Creditors' Committee

| | |
|---|---|
| Invoice #: | 96409 |
| Client #: | TCC0001 |
| Matter #: | 2003717 |

RE:     LTL Bankruptcy

## REMITTANCE ADVICE

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 100,171.89** |
| Outstanding Invoices | $ 176,544.00 |
| **TOTAL BALANCE DUE** | **$ 276,715.89** |
| AMOUNT PAID WITH THIS REMITTANCE | $_____.____ |

If paying by check, please return
this page with payment to:

Bailey & Glasser LLP
ATTN: Accounts Receivable
209 Capitol Street
Charleston, WV 25301
(304) 345-6555

**Operating Account Wire Transfer Instructions**

| | |
|---|---|
| **Receiving Bank Name:** | Summit Community Bank |
| **Receiving Bank Address:** | 310 N Main St. |
| | Moorefield, WV 26836 |
| **Routing Number:** | 052202225 |
| **Account Number:** | ▮▮▮▮▮▮▮ |
| **Beneficiary Name:** | Bailey & Glasser LLP |
| | Operating Account |
| **Beneficiary Address:** | 209 Capitol Street |
| | Charleston, WV  25301 |