# Exhibit "B"

64835387 v1

**brownrudnick**

| | | Invoice | 6946019 |
|---|---|---|---|
| LTL MANAGEMENT (JOHNSON AND JOHNSON)-THE OFFICIAL COMMITTEE OF TALC TORT VICTIMS | | Date | Sep 14, 2022 |
| C/O DAVID J. MOLTON | | Client | 037381 |
| BROWN RUDNICK LLP | | | |
| SEVEN TIMES SQUARE | | | |
| NEW YORK, NY 10036 | | | |

RE: COSTS

## I N V O I C E

For professional services rendered in connection with the above captioned matter through August 31, 2022:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 037381.0001 | COSTS | 0.00 | 5,358.54 | 5,358.54 |
| | **Total** | **0.00** | **5,358.54** | **5,358.54** |

| | |
|---|---|
| Total Current Fees | $0.00 |
| Total Current Costs | $5,358.54 |
| **Total Invoice** | **$5,358.54** |

****NEW REMITTANCE INSTRUCTIONS****

Please note that our remittance instructions have changed.
New remittance instructions are included on the remittance page of this invoice.
Please update your records to reflect this change.

<a
</a
<b>
</b>



LTL MANAGEMENT (JOHNSON AND JOHNSON)-THE OFFICIAL COMMITTEE OF TALC TORT VICTIMS

Invoice 6946019

RE: COSTS

September 14, 2022

Page 2

## COST DETAIL

| Date | Description | Value |
|---|---|---|
| 07/14/22 | HOTEL - 06/13/22; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-722; DATE: 7/14/2022 | 296.88 |
| 07/14/22 | AIRFARE - 06/21/22; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-722; DATE: 7/14/2022 | 269.19 |
| 07/14/22 | TRAVEL AGENT FEE - 06/21/22; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-722; DATE: 7/14/2022 | 30.00 |
| 07/14/22 | TRAVEL AGENT FEE - 06/22/22; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-722; DATE: 7/14/2022 | 30.00 |
| 07/14/22 | AIRFARE - 06/24/22; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-722; DATE: 7/14/2022 | 536.79 |
| 07/14/22 | TRAVEL AGENT FEE - 06/24/22; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-722; DATE: 7/14/2022 | 30.00 |
| 07/14/22 | AIRFARE - 06/28/22; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-722; DATE: 7/14/2022 | 61.21 |
| 07/14/22 | TRAVEL AGENT FEE - 06/28/22; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-722; DATE: 7/14/2022 | 30.00 |
| 08/01/22 | PACER | 3.10 |
| 08/01/22 | PACER | 10.40 |
| 08/01/22 | PACER | 151.30 |
| 08/01/22 | PACER | 160.10 |
| 08/01/22 | PACER | 21.70 |
| 08/01/22 | PACER | 36.30 |
| 08/01/22 | EDISCOVERY HOSTING | 150.00 |
| 08/01/22 | EDISCOVERY HOSTING | 91.00 |
| 08/02/22 | COPIES | 1.20 |
| 08/02/22 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 20.00 |
| 08/02/22 | HOTEL - 07/25-07/26/22; VENDOR: SUSAN SIEGER-GRIMM; INVOICE#: 080222; DATE: 8/2/2022 | 324.39 |
| 08/02/22 | PARKING AND TOLLS - 07/26/22; VENDOR: SUSAN SIEGER-GRIMM; INVOICE#: 080222; DATE: 8/2/2022 | 12.00 |
| 08/02/22 | MILEAGE - 07/25-26/22; VENDOR: SUSAN SIEGER-GRIMM; INVOICE#: 080222; DATE: 8/2/2022 | 151.88 |
| 08/02/22 | PARKING AND TOLLS - 07/25-26/22; VENDOR: SUSAN SIEGER-GRIMM; INVOICE#: 080222; DATE: 8/2/2022 | 23.69 |
| 08/04/22 | COPIES | 4.00 |
| 08/04/22 | COPIES | 0.40 |
| 08/04/22 | COPIES | 4.90 |
| 08/04/22 | COPIES | 0.20 |
| 08/04/22 | COPIES | 5.50 |



LTL MANAGEMENT (JOHNSON AND JOHNSON)-THE OFFICIAL COMMITTEE OF TALC TORT VICTIMS

Invoice 6946019

RE: COSTS  
September 14, 2022

Page 3

| Date | Description | Value |
| --- | --- | --- |
| 08/04/22 | COPIES | 0.60 |
| 08/04/22 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 08/04/22 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 25.00 |
| 08/04/22 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 08/08/22 | COPIES | 5.60 |
| 08/08/22 | COPIES | 0.60 |
| 08/08/22 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 6.00 |
| 08/08/22 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 50.00 |
| 08/08/22 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 08/09/22 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 15.00 |
| 08/10/22 | TAXI - VENDOR: ELITE LIMOUSINE PLUS, INC; INVOICE#: 2001302; DATE: 8/5/2022 | 720.15 |
| 08/10/22 | COPIES | 4.00 |
| 08/10/22 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 6.00 |
| 08/10/22 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 115.00 |
| 08/11/22 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 08/11/22 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 64.00 |
| 08/11/22 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 08/14/22 | AIRFARE - 07/21/22; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-822; DATE: 8/14/2022 | 183.60 |
| 08/14/22 | TRAVEL AGENT FEE - 07/21/22; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-822; DATE: 8/14/2022 | 30.00 |
| 08/14/22 | TRAVEL AGENT FEE - 07/21/22; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-822; DATE: 8/14/2022 | 30.00 |
| 08/14/22 | TRAVEL AGENT FEE - 07/21/22; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-822; DATE: 8/14/2022 | 30.00 |
| 08/14/22 | TRAVEL AGENT FEE - 07/21/22; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-822; DATE: 8/14/2022 | 32.00 |
| 08/14/22 | TRAVEL AGENT FEE - 07/21/22; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-822; DATE: 8/14/2022 | 30.00 |
| 08/14/22 | TRAVEL AGENT FEE - 07/21/22; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-822; DATE: 8/14/2022 | 30.00 |
| 08/14/22 | TRAIN TRAVEL - 07/21/22; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-822; DATE: 8/14/2022 | 119.00 |
| 08/14/22 | TRAIN TRAVEL - 07/26/22; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-822; DATE: 8/14/2022 | (119.00) |
| 08/15/22 | COPIES | 1.90 |
| 08/15/22 | COPIES | 0.20 |
| 08/16/22 | MEALS - 05/27/22; VENDOR: DINERS CLUB; INVOICE#: 061422SBRC; DATE: 8/16/2022 | 9.44 |



LTL MANAGEMENT (JOHNSON AND JOHNSON)-THE OFFICIAL COMMITTEE OF TALC TORT VICTIMS
Invoice 6946019
RE: COSTS
Page 4
September 14, 2022

| Date | Description | Value |
|---|---|---|
| 08/16/22 | TRAIN TRAVEL - 05/30/22; VENDOR: DINERS CLUB; INVOICE#: 061422SBRC; DATE: 8/16/2022 | 421.00 |
| 08/16/22 | MEALS - 06/02/22; VENDOR: DINERS CLUB; INVOICE#: 061422SBRC; DATE: 8/16/2022 | 10.25 |
| 08/22/22 | TAXI - VENDOR: ELITE LIMOUSINE PLUS, INC; INVOICE#: 2001143; DATE: 7/1/2022 | 350.36 |
| 08/22/22 | TAXI - VENDOR: ELITE LIMOUSINE PLUS, INC; INVOICE#: 2001143; DATE: 7/1/2022 | (535.28) |
| 08/22/22 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 20.00 |
| 08/24/22 | COPIES | 0.20 |
| 08/25/22 | COPIES | 0.10 |
| 08/25/22 | COPIES | 1.90 |
| 08/25/22 | COPIES | 3.20 |
| 08/25/22 | COPIES | 2.60 |
| 08/25/22 | COPIES | 0.50 |
| 08/25/22 | COPIES | 3.40 |
| 08/25/22 | COPIES | 0.30 |
| 08/25/22 | COPIES | 2.90 |
| 08/25/22 | COPIES | 0.10 |
| 08/25/22 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 5.00 |
| 08/26/22 | HOTEL - VENDOR: DAVID MOLTON; INVOICE#: 12968; DATE: 7/25-26/2022 | 346.39 |
| 08/27/22 | COPIES | 0.60 |
| 08/27/22 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 5.00 |
| 08/27/22 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 08/30/22 | COPIES | 0.10 |
| 08/30/22 | COPIES | 3.60 |
| 08/30/22 | COPIES | 2.50 |
| 08/30/22 | COPIES | 2.50 |
| 08/30/22 | COPIES | 0.10 |
| 08/31/22 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 08/31/22 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 167.00 |
| 08/31/22 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 297.00 |
| | **Total Costs** | **5,358.54** |

## COST SUMMARY

| Description | Value |
|---|---|



LTL MANAGEMENT (JOHNSON AND JOHNSON)-THE OFFICIAL COMMITTEE OF TALC TORT VICTIMS

Invoice 6946019
Page 5

RE: COSTS
September 14, 2022

| Description | Value |
|---|---:|
| PARKING AND TOLLS | 35.69 |
| MEALS | 19.69 |
| TRAVEL AGENT FEE | 302.00 |
| TRAIN TRAVEL | 421.00 |
| AIRFARE | 1,050.79 |
| MILEAGE | 151.88 |
| TAXI | 535.23 |
| HOTEL | 967.66 |
| WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 1,197.00 |
| PACER | 382.90 |
| EDISCOVERY HOSTING | 241.00 |
| COPIES | 53.70 |
| **Total Costs** | **5,358.54** |

# brownrudnick

| | | |
|---|---|---|
| LTL MANAGEMENT (JOHNSON AND JOHNSON)-THE OFFICIAL COMMITTEE OF TALC TORT VICTIMS<br>C/O DAVID J. MOLTON<br>BROWN RUDNICK LLP<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 | Invoice<br>Date<br>Client | 6946019<br>Sep 14, 2022<br>037381 |

RE: COSTS



Remittance

**Balance Due: $5,358.54**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:  021000021
SWIFT Code:  CHASUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:

****NEW REMITTANCE INSTRUCTIONS****

Please note that our remittance instructions have changed. New remittance instructions are included on the remittance page of this invoice.
Please update your records to reflect this change.