**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 21-30589 (MBK)<br><br>Judge: Michael B. Kaplan<br><br>**Ref. Docket No. 3017** |
| LTL MANAGEMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEW MEXICO, ex rel. HECTOR H. BALDERAS, Attorney General, and STATE OF MISSISSIPPI, ex rel. JIM HOOD, Attorney General,<br><br>Defendants. | Adv. Proc. No. 22-01231 (MBK)<br><br>**Ref. Docket No. 29** |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                                           ) ss.:
COUNTY OF NEW YORK  )

CASSANDRA MURRAY, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 12, 2022, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on September 14, 2022 at 10:00 a.m.," dated September 12, 2022 [Docket No. 3017 in Case No. 21-30589 and Docket No. 29 in Case No. 22-01231], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Cassandra Murray*
Cassandra Murray

Sworn to before me this
14th day of September, 2022
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2022

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ARNOLD & ITKIN LLP | ATTN KURT B ARNOLD, CAJ BOATRIGHT, ROLAND CHRISTENSEN & JASON ITKIN 6009 MEMORIAL DRIVE HOUSTON TX 77007 |
| ASHCRAFT & GEREL, LLP | ATTN MICHELLE PARFITT, JAMES F. GREEN & PATRICK LYONS 1825 K STREET, NW, STE 70 WASHINGTON DC 20006 |
| AYLSTOCK WITKIN KREIS & | OVERHOLTZ PLLC; ATN MARY PUTNICK & DANIEL THORNBURGH 17 E MAIN ST, STE 200; PO BOX 12630 PENSACOLA FL 32502 |
| BAILEY & GLASSER LLP | (COUNSEL TO OFFICIAL COMITTEE TALC CLAIMANTS) ATTN: CARY JOSHI 1055 THOMAS JEFFERSON ST NW, STE 540 WASHINGTON DC 20007 |
| BALLARD SPAHR LLP | (COUNSEL ALBERTSONS COMPANIES, INC) ATTN: TOBEY M. DALUZ, LESLIE C. HEILMAN, LAUREL D. ROGLEN 919 N. MARKET STREET, 11TH FLOOR WILMINGTON DE 19801 |
| BARNES FIRM | ATTN JOE VAZQUEZ 420 LEXINGTON AVE, STE 2140 NEW YORK NY 10170 |
| BEASLEY ALLEN LAW FIRM | ATTN: CHARLIE STERN & LEIGH O'DELL 218 COMMERCE ST PO BOX 4160 MONTGOMERY AL 36104 |
| BERNSTEIN, SHUR, SAWYER & NELSON, P.A. | FEE EXAMINER ATTN: ROBER J. KEACH, CHRISTINE MASTROGIORGIO 100 MIDDLE ST PO BOX 9729 PORTLAND ME 04104-5029 |
| BLANCO TACKABERY & MATAMOROS, P.A. | (COUNSEL TO IMERYS TALC AMERICA, INC) ATTN: ASHLEY S. RUSHER 404 NORTH MARSHALL ST WINSTON-SALEM NC 27101 |
| BROWN RUDNICK LLP | (COUNSEL TO OFFICIAL COMMITTEE OF TALC CLAIMANTS) ATTN: DAVID J. MOLTON & ROBERT J. STARK SEVEN TIMES SQUARE NEW YORK NY 10036 |
| BROWN RUDNICK LLP | (CO-COUNSEL TO THE COMMITTEE OF TALC CLAIMANTS) ATTN SUNNI P. BEVILLE ONE FINANCIAL CENTER BOSTON MA 02111 |
| BURNS CHAREST LLP | (COUNSEL TO PLAINTIFFS STEERING COMMITTEE) ATTN: DANIEL H CHAREST 900 JACKSON STREET, SUITE 500 DALLAS TX 75202 |
| CELLINO LAW LLP | ATTN BRIAN GOLDSTEIN 800 DELAWARE AVE BUFFALO NY 14209 |
| CLYDE AND CO US LLP | (COUNSEL TO THE CONTINENTAL INSURANCE COMPANY) ATTN: CLINTON E. CAMERON, MEGHAN DALTON 55 WEST MONROE ST, STE 3000 CHICAGO IL 60603 |
| COHEN, PLACITELLA & ROTH, P.C. | ATTN DENNIS M. GEIER & CHRISTOPHER M. PLACITELLA 127 MAPLE AVE RED BANK NJ 07701 |
| COHEN, PLACITELLA & ROTH, P.C. | ATTN JARED M. PLACITELLA 2001 MARKET ST, SUITE 2900 PHILADELPHIA PA 19103 |
| COOLEY LLP | (COUNSEL TO OFFICIAL COMMITTEE OF TALC CLAIMANTS) ATTN: EVAN M. LAZEROWITZ 55 HUDSON YARDS NEW YORK NY 10001 |
| CORDES LAW, PLLC | (COUNSEL TO BCBS OF MASSACHUSETTS, INC.) ATTN STACY C. CORDES & MEGHAN A. VAN VYNCKT 1800 EAST BOULEVARD CHARLOTTE NC 28203 |
| COUGHLIN MIDLIGE & GARLAND LLP | (COUNSEL TO ARROWOOD INDEMNITY COMPANY) ATTN: SUZANNE C. MIDLIGE P.O. BOX 1917 350 MOUNT KEMBLE AVENUE MORRISTOWN NJ 07962-1917 |
| CROWELL & MORING LLP | (COUNSEL TO CENTURY INSURERS, ALLIANZ INSURERS) ATTN GREGORY GENNADY PLOTKO 590 MADISON AVENUE, 19TH FLOOR NEW YORK NY 10022-2524 |
| CROWELL & MORING LLP | (COUNSEL TO CENTURY INSURERS ALLIANZ INSURERS) ATTN TACIE YOON & RACHEL JANKOWSKI 1001 PENNSYLVANIA AVE, N.W. WASHINGTON DC 20004 |
| CROWELL & MORING LLP | (COUNSEL TO CENTURY INSURERS, ALLIANZ INSURERS) ATTN MARK D. PLEVIN & KEVIN D. CACABELOS THREE EMBARCADERO CENTER, 26TH FLOOR SAN FRANCISCO CA 94111 |
| DALIMONTE RUEB STOLLER, LLP | ATTN JOHN A DALIMONTE, JENNIFER ORENDI & GREGORY RUEB 1250 CONNECTICUT AVE NW, STE 700 WASHINGTON DC 20036 |
| DAVID CHRISTIAN ATTORNEYS LLC | (COUNSEL TO THE CONTINENTAL INS CO) ATTN: DAVID CHRISTIAN 105 W. MADISON ST., STE 1400 CHICAGO IL 60602 |
| DEAN OMAR BRANHAM SHIRLEY, LLC | ATTN JESSICA DEAN, J BRADLEY SMITH, CHARLES W BRANHAM III 302 N MARKET ST, STE 300 DALLAS TX 75202 |
| DLA PIPER LLP (US) | (COUNSEL TO CENTURY INSURERS) ATN AIDAN MCCORMACK & BRIAN SEIBERT 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| DRISCOLL FIRM, LLC | ATTN JOHN DRISCOLL 211 NORTH BROADWAY, 40TH FL ST LOUIS MO 63102 |
| DUANE MORRIS LLP | (COUNSEL TO REPUBLIC INDEMNITY & AIG ET AL.) ATTN: SOMMER L. ROSS 1940 ROUTE 70 EAST, STE 100 CHERRY HILL NJ 08003-2171 |
| DUANE MORRIS LLP | (COUNSEL TO ATLANTA INTERNATIONAL INSURANCE CO; AIG ET AL.) ATTN RUSSELL W |

| Claim Name | Address Information |
| --- | --- |
| DUANE MORRIS LLP | ROTEN & JEFF D KAHANE 865 SOUTH FIGUEROA STREET, SUITE 3100 LOS ANGELES CA 90017-5450 |
| DUANE MORRIS LLP | (COUNSEL TO REPUBLIC INDEMNITY) ATTN PHILIP R MATTHEWS SPEAR TOWER ONE MARKET PLAZA, STE 2200 SAN FRANCISCO CA 94105-1127 |
| EMMET, MARVIN & MARTIN LLP | (COUNSEL TO PTI UNION LLC & PTI ROYSTON LLC) ATTN: THOMAS A PITTA 120 BROADWAY, 32ND FLOOR NEW YORK NY 10271 |
| FEARS NACHAWATI LAW FIRM | ATTN DARREN MCDOWEL & MAJED MACHAWATI 5473 BLAIR RD DALLAS TX 75231 |
| FERRARO LAW FIRM | ATN LESLIE ROTHENBERG & JOSE BECERR 600 BRICKELL AVE, STE 3800 MIAMI FL 33131 |
| FISHERBROYLES LLP | (COUNSEL TO TRAVELERS CASUALTY AND SURETY CO.) ATTN: DEBORAH L FLETCHER 338 SHARON AMITY ROAD, #518 CHARLOTTE NC 28211 |
| FLINT LAW FIRM LLC | ATTN ETHAN FLINT 222 E PARK ST, STE 500 EDWARDSVILLE IL 62025 |
| FOX ROTHSCHILD LLP | (COUNSEL TO BECTEL CORP & SEQUOIA VENTURES, INC.) ATTN: JOSEPH J. DIPASQUALE 49 MARKET ST MORRISTOWN NJ 07960 |
| FOX ROTHSCHILD LLP | (COUNSEL TO BECHTEL CORP & SEQUOIA VENTRUES, INC.) ATTN: JOSEPH A. CANECO 101 PARK AVE, STE 1700 NEW YORK NY 10178 |
| GENOVA BURNS LLC | (COUNSEL TO OFFIC. COMMIT. OF TALC CLAIMANTS) ATTN: DANIEL M. STOLZ, ESQ, DONALD W. CLARKE, ESQ, MATTHEW I. W. BAKER, ESQ 110 ALLEN ROAD, STE 304 BASKING RIDGE NJ 07920 |
| GIMIGLIANO MAURIELLO & MALONEY | (COUNSEL TO TRAVELERS) ATTN STEPHEN V. GIMIGLIANO, JOHN MALONEY & ROBIN RABINOWITZ PO BOX 1449 MORRISTOWN NJ 07962-1449 |
| GOLOMB SPIRIT GRUNFELD, PC | ATN RICHARD GOLOMB, ANDREW SPIRIT & KENNETH GRUNFELD 1835 MARKET ST, STE 2900 PHILADELPHIA PA 19103 |
| GREENBAUM, ROWE, SMITH & DAVIS LLP | (COUNSEL TO MOTLEY RICE LLC) ATTN: NANCY ISAACSON, ESQ 75 LIVINGSTON AVENUE STE 301 ROSELAND NJ 07068 |
| GREENBERG TRAURIG, LLP | (COUNSEL TO BAUSCH HEALTH) ATTN: ALAN J. BRODY 500 CAMPUS DRIVE FLORHAM PARK NJ 07932 |
| HALPERIN BATTAGLIA BENZIJA LLP | (COUNSEL TO BLUE CROSS BLUE SHIELD) ATTN: ALAN D. HALPERIN, DONNA H. LIEBERMAN 40 WALL STREET, 37TH FLOOR NEW YORK NY 10005 |
| HERRICK FEINSTEIN LLP | (COUNSEL TO THE AMICI PROFESSORS) ATTN: STEVEN SMITH, RACHEL GINZBURG 2 PARK AVE NEW YORK NY 10016 |
| HILL HILL CARTER FRANCO COLE & | BLACK, PC ATTN ELIZABETH CARTER 425 PERRY STREET MONTGOMERY AL 36104 |
| HONIK LLC | ATTN RUBEN HONIK & DAVID STANOCH 1515 MARKET ST, STE 1100 PHILADELPHIA PA 19102 |
| HUGHES HUBBARD & REED LLP | (COUNSEL TO IMERYS SA) ATTN CHRISTOPHER L. KIPLOK, WILLIAM J. BEAUSOLEIL & ERIN E. DIERS ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| J.C. WHITE LAW GROUP PLLC | (COUNSEL TO ONDERLAW, LLC) ATTN: JAMES C. WHITE 100 EUROPA DRIVE, SUITE 401 CHAPEL HILL NC 27517 |
| JD THOMPSON LAW | (COUNSEL TO BARNES LAW GROUP PLAINTIFFS) ATTN JUDY D. THOMPSON P.O. BOX 33127 CHARLOTTE NC 28233 |
| JOHNSON LAW GROUP | ATTN BLAKE TANASE & BASIL ADHAM 2925 RICHMOND AVE, STE 1700 HOUSTON TX 77098 |
| KARST & VON OISTE LLP | ATTN ERIC KARST 23923 GOSLING RD, STE A SPRING TX 77389 |
| KARST & VON OISTE, LLP | (COUNSEL TO TCC T WHETSEL, ET AL) ATTN DAVID A CHANDLER 505 MAIN ST PORT JEFFERSON NY 11777 |
| KASOWITZ BENSON TORRES LLP | (COUNSEL TO CYPRUS MINES CORPORATION) ATTN: DAVID S. ROSNER, ROBERT M. NOVICK & ANDREW S. GOLDEN 1633 BROADWAY NEW YORK NY 10019 |
| KASOWITZ BENSON TORRES LLP | (COUNSEL TO CYPRUS MINES CORPORATION) ATTN: MICHAEL E. HUTCHINS 1230 PEACHTREE, NE, SUITE 2445 ATLANTA GA 30309 |
| KATTEN MUCHIN ROSENMAN LLP | (COUNSEL TO ATLANTA INTERNATIONAL COMPANY, ETC) ATTN: SHAYA ROCHESTER 575 MADISON AVE NEW YORK NY 10022-2585 |
| KATTEN MUCHIN ROSENMAN LLP | (COUNSEL TO ATLANTA INTERNATIONAL INSURANCE, ETC) ATTN: KELSEY R. PANIZZOLO 550 SOUTH TRYON STREET STE 2900 CHARLOTTE NC 28202-4213 |
| KAZAN MCCLAIN SATTERLY & | GREENWOOD PLC C/O JOSEPH SATTERLEY, STEVEN KAZAN & DENYSE F. CLANCY 55 HARISON ST, STE 400 OAKLAND CA 94607 |

| Claim Name | Address Information |
|---|---|
| KENNEDYS CMK LLP | (COUNSEL TO TIG INSURANCE CO & EVEREST REINSURANCE CO) ATTN: HEATHER E. SIMPSON 120 MOUNTAIN VIEW BLVD PO BOX 650 BASKING RIDGE NJ 07920 |
| KIESEL LAW, LLP | ATTN PAUL R KIESEL & MELANIE PALMER 8648 WILSHIRE BLVD BEVERLY HILLS CA 90211 |
| KING & SPALDING LLP | (COUNSEL TO BESTWALL LLC) ATTN: CHELSEA COREY 300 SOUTH TRYON STREET, STE 1700 CHARLOTTE NC 28202 |
| KING & SPALDING LLP | (COUNSEL TO BESTWALL LLC) ATTN: RICHARD A. SCHNEIDER 1180 PEACHTREE STREET, N.E. ATLANTA GA 30309 |
| KTBS LAW LLP | (COUNSEL TO AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC) ATTN MICHAEL L TUCHIN, ESQ, ROBERT J PFISTER, ESQ, SAMUEL M KIDDER, ESQ & NIR MAOZ, ESQ 1801 CENTURY PARK EAST, 26TH FL LOS ANGELES CA 90067-2328 |
| LANIER LAW FIRM | ATTN MICHAEL A AKSELRUD 21550 OXNARD ST, 3RD FL WOODLANDS HILLS CA 91367 |
| LATHAM & WATKINS LLP | (COUNSEL TO IMERYS TALC AMERICA, INC. ETC.) ATTN ADAM S. RAVIN 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020-1401 |
| LATHAM & WATKINS LLP | (COUNSEL TO IMERYS TALC AMERICA, INC., ETC) ATTN JEFFREY E. BJORK, KIMBERLY A. POSIN, AMY C. QUARTAROLO 355 SOUTH GRAND AVENUE, SUITE 100 LOS ANGELES CA 90071-1560 |
| LAW FIRM OF BRIAN W HOFMEISTER, LLC | (COUNSEL TO VARIOUS CLAIMANTS) ATTN: BRIAN W. HOFMEISTER 3131 PRINCETON PIKE, BLDG 5, STE 110 LAWRENCEVILLE NJ 08648 |
| LAW OFFICES OF MITCHELL J. MALZBERG, LLC | (COUNSEL TO VARIOUS CLAIMANTS) ATTN: MITCHELL MALZBERG, ESQ. PO BOX 5122 6 E MAIN STREET, STE 7 CLINTON NJ 08809 |
| LAW OFFICES OF R. KEITH JOHNSON, P.A. | (COUNSEL TO LINDA RABASCA AND BRANDI CARL) ATTN: R. KEITH JOHNSON 1275 S. NC BUS. HWY. 16 STANLEY NC 28164 |
| LEVIN PAPANTONIO RAFFERTY | ATTN: CHRISTOPHER TISI 316 S BAYLEN STREET, SUITE 600 PENSACOLA FL 325002 |
| LEVY KONIGSBERG LLP | ATTN MOSHE MAIMON 101 GROVERS MILL RD, STE 105 LAWRENCE TWP NJ 08648 |
| LEVY KONIGSBERG LLP | (COUNSEL TO RANDY DEROUEN, PAUL CROUCH) ATTN JEROME BLOCK & AUDREY RAPHAEL 605 THIRD AVE., 33RD FLOOR NEW YORK NY 10158 |
| LEX NOVA LAW LLC | (COUNSEL TO EVAN PLOTKIN) ATTN E RICHARD DRESSEL 10 E STOW RD, STE 250 MARLTON NJ 08053 |
| LITE DEPALMA GREENBERG & AFANADOR, LLC | (COUNSEL TO DISANTO) ATTN ALLEN J. UNDERWOOD, II 570 BROAD ST, STE 1201 NEWARK NJ 07102 |
| LOWENSTEIN SANDLER LLP | (COUNSEL TO JOHNSON & JOHNSON) ATTN: KENNETH A. ROSEN, MARY E. SEYMOUR ONE LOWENSTEIN DR ROSELAND NJ 07068 |
| MANIER & HEROD, P.C. | (COUNSEL TO WESTCHESTER FIRE INSURANCE COMPANY) ATTN: ROBERT W. MILLER 1201 DEMONBREUN ST. SUITE 900 NASHVILLE TN 37203 |
| MARSHACK HAYS LLP | (COUNSEL TO VARIOUS TALC CLAIMANTS) ATTN: LAILA MASUD, ESQ. 870 ROOSEVELT IRVINE CA 92620 |
| MASSEY & GAIL LLP | (SPECIAL COUNSEL TO THE TALC CLAIMANTS) ATTN JONATHAN S. MASSEY 1000 MAIN AVENUE SW, SUITE 4510 WASHINGTON DC 20024 |
| MAUNE RAICHLE HARTLEY FRENCH & | MUDD, LLC ATTN T BARTON FRENCE 1015 LOCUST ST, STE 1200 ST. LOUIS MO 63101 |
| MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC | (COUNSEL TO TCC KATHERINE TOLLEFSON) ATTN SUZANNE M RATCLIFFE 150 WEST 30TH ST, STE 201 NEW YORK NY 10001 |
| MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC | ATTN: CLAYTON L. THOMPSON 150 WEST 30TH STREET, STE 201 NEW YORK NY 10001 |
| MCCARTER & ENGLISH LLP | ATTN: BRETT D. KAHN, THOMAS W. LADD FOUR GATEWAY CENTER 100 MULBERRY STREET NEWARK NJ 07102 |
| MCMANIMON, SCOTLAND & BAUMANN, LLC | (COUNSEL TO ALISHIA LANDRUM) ATTN: ANTHONY SODONO, SARI PLACONA 75 LIVINGSTON AVE, 2ND FL ROSELAND NJ 07068 |
| MENDES & MOUNT LLP | (COUNSEL TO ATLANTA INTERNATIONAL INSURANCE ETC) ATTN: EILEEN T. MCCABE, STEPHEN T. ROBERTS 750 SEVENTH AVENUE NEW YORK NY 10019 |
| MILLER FIRM, LLC | ATTN CURTIS G HOKE 108 RAILROAD AVE ORANGE VA 22960 |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C | (COUNSEL TO ALLIANZ INSURERS) ATTN: PAUL W. KALISH, ELLEN M. FARRELL 555 12TH STREET N.W., STE 1100 WASHINGTON DC 20004 |
| MOON WRIGHT & HOUSTON, PLLC | (COUNSEL TO ARNOLD & ITKIN PLAINTIFFS) ATTN RICHARD S WRIGHT; ANDREW T HOUSTON; CALEB BROWN 212 N MCDOWELL ST, STE 200 CHARLOTTE NC 28204 |

| Claim Name | Address Information |
|---|---|
| MOORE & VAN ALLEN PLLC | (COUNSEL TO J & J AND J & J CONSUMER INC.) ATTN HILLARY B CRABTREE 100 N TRYON ST, STE 4700 CHARLOTTE NC 28202 |
| MORITT HOCK & HAMROFF LLP | (COUNSEL TO PTI UNION, LLC ET AL.) ATTN LESLIE A BERKOFF ALLISON AROTSKY 400 GARDEN CITY PLAZA GARDEN CITY NY 11530 |
| MOTLEY RICE LLC | (COUNSEL TO PLAINTIFFS) ATTN: DANIEL R. LAPINSKI 210 LAKE DRIVE EAST, STE 101 CHERRY HILL NJ 08002 |
| MOTLEY RICE LLC | ATTN JOHN D HURST 50 CLAY ST, STE 1 MORGANTOWN WV 26501 |
| MOTLEY RICE LLC | ATTN CARMEN S. SCOTT 28 BRIDGESIDE BLVD MOUNT PLEASANT SC 29464 |
| NAPOLI SHKOLNIK PLLC | ATTN CHRISTOPHER R LOPALO 919 NORTH MARKET ST, STE 1801 WILMINGTON DE 19801 |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | (COUNSEL FOR THE STATE OF TEXAS) ASSISTANT ATTORNEYS GENERAL BANKRUPTCY & COLLECTIONS DIVISION ATTN: RACHEL R OBALDO & AUTUMN D HIGHSMITH PO BOX 12548-MC 008 AUSTIN TX 78711-2548 |
| OFFICE OF THE U.S. ATTORNEY | (COUNSEL TO PENSION BENEFIT GUARANTY CORP) ATTN: EAMONN O'HAGAN, SR BANKRUPTCY COUNSEL 970 BROAD STREET, STE 700 NEWARK NJ 07102 |
| OFFICE OF THE US TRUSTEE | ATTN LAUREN BIELSKIE, JEFFREY M. SPONDER & MITCHELL B. HAUSMAN ONE NEWARK CENTER, STE 2100 NEWARK NJ 07102 |
| OFFIT KURMAN, P.A. | (COUNSEL TO AWKO) ATTN PAUL J. WINTERHALTER 99 WOOD AVENUE SOUTH, SUITE 203 ISELIN NJ 08830 |
| OFFIT KURMAN, P.A. | (COUNSEL TO AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC) ATTN PAUL R. BAYNARD, ESQ. 301 SOUTH COLLEGE ST, STE 2600 CHARLOTTE NC 28202 |
| ONDERLAW, LLC | ATTN JAMES ONDER 110 EAST LOCKWOOD, SECOND FL ST LOUIS MO 63119 |
| OTTERBOURG P.C. | (COUNSEL TO PLANTIFF'S STEERING COMMITTEE) ATTN: JOHN BOUGIAMAS, MELANIE L CYGANOWSKI & ADAM C SILVERSTEIN 230 PARK AVENUE NEW YORK NY 10169 |
| PACHULSKI STANG ZIEHL & JONES LLP | (COUNSEL TO ARNOLD & ITKIN LLP) ATTN: LAURA JONES, KAREN DINE, COLIN ROBINSON, PETER KEANE 919 N. MARKET ST, 17TH FL WILMINGTON DE 19801 |
| PARKER POE ADAMS & BERNSTEIN LLP | (COUNSEL FOR THE CONTINENTAL INSURANCE COMPANY) ATTN ASHLEY A EDWARDS, ESQ 620 SOUTH TRYON ST, STE 800 CHARLOTTE NC 28202 |
| PARKINS LEE & RUBIO LLP | (COUNSEL TO ONDERLAW, LLC) ATTN: CHARLES M. RUBIO, LENARD M. PARKINS PENNZOIL PLACE 700 MILAM STREET SUITE 1300 HOUSTON TX 77002 |
| PARKINS LEE & RUBIO LLP | (SPECIAL COUNSEL TO THE TALC CLAIMANTS) ATTN LENARD M. PARKINS & CHARLES M. RUBIO PENNZOIL PLACE 700 MILAM STREET, SUITE 130 HOUSTON TX 77002 |
| PENSION BENEFIT GUARANTY CORPORATION | OFFICE OF THE GENERAL COUNSEL ATTN SIMON J TORRES 1200 K STREET, NW WASHINGTON DC 20005 |
| PENSION BENEFIT GUARANTY CORPORATION | OFFICE OF THE GENERAL COUNSEL ATTN CAROLYN J LACHMAN 1200 K STREET, NW, STE 340 WASHINGTON DC 20005-4026 |
| PORZIO, BROMBERG & NEWMAN, P.C. | (COUNSEL TO RIO TINTO AMERICA HOLDINGS INC.,) ATTN: RACHEL A. PARISI, ESQ. 100 SOUTHGATE PARKWAY MORRISTOWN NJ 07962 |
| PRYOR CASHMAN LLP | (COUNSEL WILLIAM HART PLAINTIFFS) ATTN: SETH H. LIEBERMAN & ANDREW S. RICHMOND 7 TIMES SQUARE NEW YORK NY 10036-6569 |
| RABINOWITZ, LUBETKIN & TULLY, LLC | (COUNSEL TO PROFESSOR J. MARIA GLOVER) ATTN: JONATHAN RABINOWITZ 293 EISENHOWER PKWY, STE 100 LIVINGSTON NJ 07039 |
| RANDI S ELLIS LLC | (FUTURE TALC CLAIMANTS REPRESENTATIVE) ATTN RANDI S ELLIS 5757 INDIAN CIRCLE HOUSTON TX 77027 |
| RAWLINGS & ASSOCIATES | (COUNSEL TO BLUE CROSS BLUE SHIELD) ATTN: MARK D FISCHER, ROBERT C GRIFFITH 1 EDEN PARKWAY LA GRANGE KY 40031 |
| REED SMITH LLP | (COUNSEL TO CYPRUS MINES CORPORATION) ATTN: DEREK J. BAKER, ESQ. 506 CARNEGIE CENTER STE 300 PRINCETON NJ 08543 |
| REED SMITH LLP | (COUNSEL TO CYRUS MINES CORPORATION) ATTN JASON D ANGELO, ESQ 1201 MORTH MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| REED SMITH LLP | (COUNSEL CYPRUS MINES CORPORATION) ATTN PAUL M SINGER, ESQ REED SMITH CENTRE 225 FIFTH AVENUE PITTSBURGH PA 15222 |
| RIVKIN RADLER LLP | (COUNSEL TO SENTRY INSURANCE COMPANY) ATTN: BRIAN R. ADE 25 MAIN ST COURT PLAZA NORTH, STE 501 HACKENSACK NJ 07601-7082 |

| Claim Name | Address Information |
|---|---|
| ROBINSON, CALCAGNIE, ROBINSON, | SHAPIRO, DAVIS, INC. ATTN MARK P. ROBINSON, JR. 19 CORPORATE PLAZA DRIVE NEWPORT BEACH CA 92660 |
| ROSS FELLER CASEY, LLP | ATTN: BRIAN J. MCCORMICK, JR. ONE LIBERTY PLACE 1650 MARKET ST, 34TH FL PHILADELPHIA PA 19103 |
| RUGGERI PARKS WEINBERG LLP | (COUNSEL TO HARTFORD ACCIDENT AND INDEMNITY...) ATTN: JOSHUA D. WEINBERG, JOSHUA P. MAYER 1875 K STREET NW, STE 600 WASHINGTON DC 20006-1251 |
| SAIBER LLC | (COUNSEL TO KRISTIE LYNN DOYLE) ATTN: JOHN M AUGUST & MARC E WOLIN 18 COLUMBIA TURNPIKE, STE 200 FLORHAM PARK NJ 07932 |
| SAVO, SCHALK, GILLESPIE, O'GRODNICK | & FISHER, P.A. (COUNSEL TO JEANNE STEPHENSON) ATTN: CHARLES S. SCHALK, JOHN F. BRACAGLIA JR. 56 EAST MAIN ST, STE 301 SOMERVILLE NJ 08876 |
| SHERMAN SILVERSTEIN KOHL ROSE & PODOLSKY, P.A. | (COUNSEL TO OFFICIAL COMMITTEE OF TALC CLAIMANTS) ATTN: ARTHUR J ABRAMOWITZ, ALAN I MOLDOFF ROSS J SWITKES 308 HARPER DRIVE, STE 200 MOORESTOWN NJ 08057 |
| SIMMONS HANLY CONROY LLC | ATTN JAMES KRAMER 112 MADISON AVE, 7TH FL NEW YORK NY 10016-7416 |
| SIMON GREENSTONE PANATIERE | BARTLETT, PC ATTN CHRIS PANATIER 1201 ELM ST, STE 3400 DALLAS TX 75204 |
| SIMPSON THACHER & BARTLETT LLP | (COUNSEL TO BAUSCH HEALTH) ATTN: SANDEEP QUSBA, CRAIG S. WALDMAN, JAMIE J. FELL, ZACHARY J. WEINER, ESQS 425 LEXINGTON AVE NEW YORK NY 10017 |
| SIMPSON THACHER & BARTLETT LLP | (COUNSEL TO TRAVELERS CASUALTY AND SURETY COMPANY) ATTN: MICHAEL H. TORKIN, ANDREW T. FRANKEL, KATHRINE A. MCLENDON 425 LEXINGTON AVENUE NEW YORK NY 10017 |
| SIMPSON THACHER & BARTLETT LLP | (COUNSEL TO TRAVELERS) ATTN ANDREW T. FRANKEL 425 LEXINGTON AVENUE NEW YORK NY 10017 |
| THE GARNER FIRM, LTD | ATTN: MELANIE J. GARNER, ESQUIRE 1617 JOHN F. KENNEDY BLVD., STE 550 PHILADELPHIA PA 19103 |
| THE GORI LAW FIRM | ATTN D TODD MATTHEWS, BETH GORI & SARA SALGER 156 N MAIN ST EDWARDSVILLE IL 62025 |
| THE KELLY FIRM, P.C. | (COUNSEL TO BCBS OF MASSACHUSETTS) ATTN: ANDREW J. KELLY, ESQ. 1011 HIGHWAY 71, STE 200 SPRING LAKE NJ 07762 |
| THE LAYTON LAW FIRM, PLLC | (COUNSEL TO "WILLIAMS HART PLAINTIFFS") ATTN CHRISTOPHER D LAYTON 4525 HEDGEMORE DR CHARLOTTE NC 28209 |
| TOGUT, SEGAL & SEGAL LLP | (COUNSEL TO ROGER FRANKEL) ATTN: ALBERT TOGUT, FRANK OSWALD, BRIAN SHAUGHNESSY ONE PENN PLAZA, SUITE 3335 NEW YORK NY 10119 |
| TRAMMELL PC | ATTN FLETCHER V TRAMMELL 3262 WESTHEIMER RD, STE 423 HOUSTON TX 77098 |
| TRAURIG LAW LLC | ATTN: JEFFREY TAURIG ONE UNIVERSITY PLAZA, STE 124 HACKENSACK NJ 07601 |
| TRIF & MODUGNO LLC | (COUNSEL TO ATLANTA INTERNATIONAL COMPANY, ETC.) ATTN LOUIS A. MODUGNO 89 HEADQUARTERS PLAZA NORTH TOWER, SUITE 1201 MORRISTOWN NJ 07960 |
| US DEPARTMENT OF JUSTICE | CIVIL DIVISION (COUNSEL TO UNITED STATES OF AMERICA) ATTN J ZACHARY BALASKO PO BOX 875 WASHINGTON DC 20044-0875 |
| US DEPARTMENT OF JUSTICE | CIVIL DIVISION (COUNSEL TO UNITED STATES OF AMERICA) ATTN BETHANY THERIOT PO BOX 875 WASHINGTON DC 20044-0875 |
| VINSON & ELKINS LLP | (COUNSEL TO CYPRUS AMAX MINERALS CO) ATTN STEVEN M ABRAMOWITZ 1114 AVENUE OF THE AMERICAS, 32ND FL NEW YORK NY 10036 |
| WALLACE & GRAHAM PA | (COUNSEL TO DEAN OMAR BRANHAM SHIRLEY LLP) ATTN: WILLIAM M. GRAHAM 525 N. MAIN STREET SALISBURY NC 28144 |
| WALSH PIZZI O'REILLY FALANGA | (COUNSEL TO RANDI S. ELLIS, FTCR) ATTN: MARK FALK THREE GATEWAY CENTER 100 MULBERRY ST, 15TH FL NEWARK NJ 07102 |
| WEITZ & LUXENBERG, P.C. | ATTN DANNY KRAFT, LISA N. BUSCH, JUSTINE DELANEY & PERRY WEITZ 700 BROADWAY NEW YORK NY 10003 |
| WEITZ & LUXENBERG, P.C. | ATTN ELLEN RELKIN 220 LAKE DR EAST, STE 210 CHERRY HILL NJ 08002 |
| WHITE & CASE LLP | (COUNSEL TO J & J AND J & J CONSUMER INC) ATTN JESSICA LAURIA, GLENN M KURTZ & RICARDO PASIANOTTO 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1095 |
| WHITE & CASE LLP | (COUNSEL TO J & J AND J & J CONSUMER INC) ATTN MICHAEL C SHEPHERD & LAURA L FEMINO 200 SOUTH BISCAYNE BLVD, STE 4900 MIAMI FL 33131-2352 |
| WILLIAMS HART LAW FIRM | ATN JOHN BOUNDAS, SEJAL BRAHMNHATT, WALT CUBBERLY & MARGOT TREVINO 8441 GULF FREEWAY, STE 600 HOUSTON TX 77017 |

| Claim Name | Address Information |
|---|---|
| WINDELS MARX LANE & MITTENDORF LLP | (COUNSEL TO ALLSTATE INSURANCE CO) ATTN: ANDREW K CRAIG, STEFANO CALOGERO ONE GIRALDA FARMS MADISON NJ 07940 |
| WOLLMUTH MAHER & DEUTSCH LLP | (LOCAL COUNSEL TO THE DEBTOR) ATTN: JAMES N. LAWLOR, PAUL DEFILIPPO, LYNDON M. TRETTER, JOSEPH F. PACELLI 500 FIFTH AVENUE, 12TH FL NEW YORK NY 10110 |
| WOMBLE BOND DICKINSON (US) LLP | (COUNSEL TO AD HOC COMMITTEE OF STATES HOLDING CONSUMER PROTECTION CLAIMS) ATTN MATTHEW WARD & ERICKA JOHNSON 1313 N MARKET ST, STE 1200 WILMINGTON DE 19801 |
| ZELLE LLP | (COUNSEL TO EMPLOYERS INS. COMAPNY OF WAUSAU, ET AL.) ATTN ALEXANDER W COGBILL 45 BROADWAY, SUITE 920 NEW YORK NY 10006 |

**Total Creditor count  147**

# LTL MANAGEMENT LLC
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ASHCRAFT & GEREL, LLP | C/O JAMES F GREEN, PATRICK LYONS & MICHELLE PARFITT 1825 K STREET, NW, STE 700 WASHINGTON DC 20006 |
| BAILEY & GLASSER LLP | (COUNSEL TO OFFICIALL COMM OF TALC CLAIMANTS II) ATTN: CARY JOSHI 1055 THOMAS JEFFERSON ST NW, #540 WASHINGTON DC 20007 |
| BAILEY GLASSER LLP | (CO-COUNSEL TO THE OFFICIAL COMM OF TALC CLAIMANTS II) ATN: B GLASSLER, T BENNETT 1055 THOMAS JEFFERSON ST NW STE 540 WASHINGTON DC 20007 |
| BAILEY GLASSER LLP | (CO-COUNSEL TO THE OFFICIAL COMM OF TALC CLAIMANTS II) ATN: K BARRETT, M BURRUS 1055 THOMAS JEFFERSON ST NW STE 540 WASHINGTON DC 20007 |
| BRIAN L. MORE | P. CHOLLA KHOURY ASSISTANT ATTORNEYS GENERAL 201 3RD ST, NW, STE 300 ALBUQUERQUE NM 87102 |
| BROWN RUDNICK LLP | (COUNSEL TO OFFICIAL COMM OF TALC CLAIMANTS I) ATN DJ MOLTON, RJ STARK SEVEN TIMES SQUARE NEW YORK NY 10036 |
| BROWN RUDNICK LLP | (COUNSEL TO OFFICIAL COMM OF TALC CLAIMANTS I) ATN JL JONAS, M WINOGRAD SEVEN TIMES SQUARE NEW YORK NY 10036 |
| BROWN RUDNICK LLP | (CO-COUNSEL TO COMMITTEE OF TALC CLAIMANTS I) ATN SUNNI P BEVILLE ONE FINANCIAL CENTER BOSTON MA 02111 |
| BUTLER SNOW LLP | MEADE W. MITCHELL 1020 HIGHLAND COLONY PARKWAY, SUITE 1400 RIDGELAND MS 39157 |
| BUTLER SNOW LLP | ATTN: MARK A. DREHER 1020 HIGHLAND COLONY PARKWAY, STE 1400 RIDGELAND MS 39157 |
| BUTLER SNOW LLP | ATTN: MEADE W. MITCHELL PO BOX 6010 RIDGELAND MS 39158-6010 |
| BUTLER SNOW LLP | ATTN: MARK A. DREHER P.O. BOX 6010 RIDGELAND MS 39158-6010 |
| COOLEY LLP | (COUNSEL TO OFFICIAL COMM OF TALC CLAIMANTS II) ATN: EVAN M LAZEROWITZ 55 HUDSON YARDS NEW YORK NY 10001 |
| COOLEY LLP | (COUNSEL TO OFFICIAL COMM OF TALC CLAIMANTS II) ATN C.D. SPECKHART, I.SHAPIRO; 55 HUDSON YARDS NEW YORK NY 10001 |
| COOLEY LLP | (COUNSEL TO OFFICIAL COMM OF TALC CLAIMANTS II) ATN: RUSSELL CAPONE & MICHAEL KLEIN; 55 HUDSON YARDS NEW YORK NY 10001 |
| COOLEY LLP | (COUNSEL TO OFFICIAL COMM OF TALC CLAIMANTS II) ATN: SHAMIS BECKLEY 500 BOYLSTON ST, 14TH FL BOSTON MA 02116-3736 |
| COOLEY LLP | (COUNSEL TO OFFICIAL COMM OF TALC CLAIMANTS II) ATN: MATTHEW KUTCHER 444 W LAKE ST, STE 1700 CHICAGO IL 60606 |
| COOLEY LLP | (COUNSEL TO OFFICIAL COMM OF TALC CLAIMANTS II) ATN K.HARTNETT & J.VEROFF; 3 EMBARCADERO CTR, FL 20 SAN FRANCISCO CA 94111-4004 |
| COVINGTON & BURLING LLP | ATTN: DAN GRANT & CHRIS DENIG ONE CITYCENTER, 850 TENTH ST, NW WASHINGTON DC 20001-4956 |
| FEARS NACHAWATI LAW FIRM | ATTN: MAJED NACHAWATI, S.ANN SAUCER, MATTHEW R. MCCARLEY, GALE PEARSON 5473 BLAIR RD DALLAS TX 75231 |
| GENOVA BURNS LLC | (COUNSEL TO OFFICIAL COMM OF TALC CLAIMANTS I) ATTN: DONALD W CLARKE 110 ALLEN ROAD, STE 304 BASKING RIDGE NJ 07920 |
| GENOVA BURNS LLC | (COUNSEL TO OFFICIAL COMM OF TALC CLAIMANTS I) ATTN: DANIEL STOLZ 110 ALLEN ROAD, STE 304 BASKING RIDGE NJ 07920 |
| GENOVA BURNS LLC | (COUNSEL TO OFFICIAL COMM OF TALC CLAIMANTS I) ATTN: MATTHEW I.W. BAKER 110 ALLEN ROAD, SUITE 304 BASKING RIDGE NJ 07920 |
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | ATTN: WENDY R. FLEISHMAN & PAULINA DO AMARAL 250 HUDSON ST, 8TH FL NEW YORK NY 10013 |
| MASSEY & GAIL LLP | (COUNSEL TO OFFICIAL COMM OF TALC CLAIMANTS II) ATN: J.S. MASSEY 1000 MAIN AVE SW, STE 450 WASHINGTON DC 20024 |
| OFFICE OF THE ATTORNEY GENERAL FOR THE | STATE OF MISSISSIPPI 550 HIGH STREET, STE 1200 JACKSON MS 39201 |
| OFFICE OF THE ATTORNEY GENERAL FOR THE | STATE OF NEW MEXICO 408 GALISTEO ST VILLAGRA BUILDING SANTA FE NM 87501 |
| OFFICE OF THE US TRUSTEE | ATN LAUREN BEILSKIE, JEFFREY M SPONDER & MITCHELL B HAUSMAN ONE NEWARK CENTER, STE 2100 NEWARK NJ 07102 |
| ORRICK | ATTN: ROBERT LOEB COLUMBIA CENTER 1152 15TH STREET, N.W. WASHINGTON DC 20005-1706 |
| OTTERBOURG P.C. | (CO-COUNSEL TO OFFICIAL COMM OF TALC CLAIMANTS I); ATTN: J.S. FEENEY 230 PARK |

| Claim Name | Address Information |
|---|---|
| OTTERBOURG P.C. | AVENUE NEW YORK NY 10169 |
| OTTERBOURG P.C. | (CO-COUNSEL TO OFFICIAL COMM OF TALC CLAIMANTS I) ATN M.L. CYGANOWSKI; A.C. SILVERSTEIN; 230 PARK AVE NEW YORK NY 10169 |
| PARKINS LEE & RUBIO LLP | (SPECIAL COUNSEL TO OFF COMM OF TALC CLAIMANTS I) ATN L.M. PARKINS PENNZOIL PL; 700 MILAN ST #1300 HOUSTON TX 77002 |
| PARKINS LEE & RUBIO LLP | (SPECIAL COUNSEL TO OFF COMM OF TALC CLAIMANTS I) ATTN: C. RUBIO PENNZOIL PL; 700 MILAN ST #1300 HOUSTON TX 77002 |
| PORTER & MALOUF, P.A. | ATTN: TIM PORTER & PATRICK MALOUF POST OFFICE BOX 12768 JACKSON MS 39236 |
| RANDI S ELLIS | (FUTURE TALC CLAIMANTS REPRESENTATIVE) RANDI S. ELLIS, LLC 2220 WESTCREEK LANE SUITE 217 HOUSTON TX 77027 |
| ROBLES, RAEL & ANAYA, P.C. | ATTN: MARCUS J. RAEL, JR., ESQ. 500 MARQUETTE AVE NW STE 700 ALBUQUERQUE NM 87102 |
| SHERMAN, SILVERSTEIN, KOHL, ET AL | (COUNSEL TO OFFICIAL COMM OF TALC CLAIMANTS II) ATTN: A.J. ABRAMOWITZ 308 HARPER DRIVE, STE 200 MOORESTOWN NJ 08057 |
| SHERMAN, SILVERSTEIN, KOHL, ET AL | (COUNSEL TO OFFICIAL COMM OF TALC CLAIMANTS II) ATTN: ALAN I. MOLDOFF 308 HARPER DRIVE, STE 200 MOORESTOWN NJ 08057 |
| SHERMAN, SILVERSTEIN, KOHL, ET AL | (COUNSEL TO OFFICIAL COMM OF TALC CLAIMANTS II) ATTN: ROSS J SWITKES 308 HARPER DRIVE, STE 200 MOORESTOWN NJ 08057 |
| THE OFFICE OF THE GOVERNOR NEW MEXICO | 490 OLD SANTA FE TRAIL ROOM 400 SANTA FE NM 87501 |
| THE SMITH LAW FIRM, P.L.L.C. | ATTN: R. ALLEN SMITH, JR. 618 TOWNE CENTER BLVD, STE B RIDGELAND MS 39157 |
| WALSH PIZZI O'REILLY FALANGA | (COUNSEL TO RANDI S. ELLIS, FTCR) ATTN: MARK FALK THREE GATEWAY CTR, 100 MULBERRY ST,FL 15 NEWARK NJ 07102 |
| WOLLMUTH MAHER & DEUTSCHE LLP | (LOCAL COUNSEL TO DEBTOR) ATTN: PAUL R DEFILIPPO 500 FIFTH AVENUE, 12TH FL NEW YORK NY 10110 |
| WOLLMUTH MAHER & DEUTSCHE, LLP | (COUNSEL TO DEBTOR) ATTN: JAMES N. LAWLOR 500 FIFTH AVENUE, 12TH FL NEW YORK NY 10110 |
| WOLLMUTH MAHER & DEUTSCHE, LLP | (COUNSEL TO DEBTOR) ATTN: JOSPEH F. PACELLI 500 FIFTH AVENUE, 12TH FLOOR NEW YORK NY 10110 |
| WOLLMUTH MAHER & DEUTSCHE, LLP | (COUNSEL TO DEBTOR) ATTN: LYNDON M. TRETTER 500 FIFTH AVENUE, 12TH FL NEW YORK NY 10110 |

**Total Creditor count  46**

**EXHIBIT B**

LTL Management LLC
Case No. 21-30589
Master Service Email List

| Name | Email Address |
| --- | --- |
| ARNOLD & ITKIN LLP | cboatright@arnolditkin.com |
| ARNOLD & ITKIN LLP | rchristensen@arnolditkin.com |
| ARNOLD & ITKIN LLP | jitkin@arnolditkin.com |
| ASHCRAFT & GEREL, LLP | jgreen@ashcraftlaw.com |
| ASHCRAFT & GEREL, LLP | plyons@ashcraftlaw.com |
| ASHCRAFT & GEREL, LLP | mparfitt@ashcraftlaw.com |
| AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC | marybeth@putnicklegal.com |
| AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC | dthornburgh@awkolaw.com |
| BAILEY & GLASSER LLP | cjoshi@baileyglasser.com |
| BALLARD SPAHR LLP | daluzt@ballardspahr.com; heilmanl@ballardspahr.com; roglenl@ballardspahr.com |
| BARNES FIRM | joe.vazquez@thebarnesfirm.com |
| BEASLEY ALLEN LAW FIRM | charlie.stern@beasleyallen.com |
| BEASLEY ALLEN LAW FIRM | leigh.odell@beasleyallen.com |
| BERNSTEIN, SHUR, SAWYER & NELSON, P.A. | rkeach@bernsteinshur.com; lboots@bernsteinshur.com; lkornreich@bernsteinshur.com; astewart@bernsteinshur.com; cmastrogiorgio@bernsteinshur.com |
| BLANCO TACKABERY & MATAMOROS, P.A. | asr@blancolaw.com |
| BROWN RUDNICK LLP | dmolton@brownrudnick.com |
| BROWN RUDNICK LLP | sbeville@brownrudnick.com |
| BROWN RUDNICK LLP | rstark@brownrudnick.com |
| BURNS CHAREST LLP | dcharest@burnscharest.com |
| CELLINO LAW LLP | brian.goldstein@cellinolaw.com |
| CLYDE & CO US LLP | konrad.krebs@clydeco.us; clinton.cameron@clydeco.us; meghan.dalton@clydeco.us; |
| COHEN, PLACITELLA & ROTH, P.C. | dgeier@cprlaw.com; cplacitella@cprlaw.com |
| COHEN, PLACITELLA & ROTH, P.C. | jmplacitella@cprlaw.com |
| COOLEY LLP | elazerowitz@cooley.com |
| CORDES LAW, PLLC | stacy@cordes-law.com |
| CORDES LAW, PLLC | meghan@cordes-law.com |
| COUGHLIN MIDLIGE & GARLAND LLP | smidlige@cmg.law |
| CROWELL & MORING LLP | gplotko@crowell.com |
| CROWELL & MORING LLP | mplevin@crowell.com |
| CROWELL & MORING LLP | kcacabelos@crowell.com |
| CROWELL & MORING LLP | tyoon@crowell.com |
| CROWELL & MORING LLP | rjankowski@crowell.com |
| DALIMONTE RUEB STOLLER, LLP | john@drlawllp.com |
| DALIMONTE RUEB STOLLER, LLP | greg@drlawllp.com |
| DAVID CHRISTIAN ATTORNEYS LLC | dchristian@dca.law |
| DEAN OMAR BRANHAM SHIRLEY, LLP | jdean@dobslegal.com |
| DEAN OMAR BRANHAM SHIRLEY, LLP | tbranham@dobslegal.com; bsmith@dobslegal.com |
| DLA PIPER | aidan.mccormack@dlapiper.com |
| DLA PIPER | brian.seibert@us.dlapiper.com |

LTL Management LLC
Case No. 21-30589
Master Service Email List

| Name | Email Address |
|---|---|
| DUANE MORRIS LLP | prmatthews@duanemorris.com; slross@duanemorris.com |
| DUANE MORRIS LLP | jdkahane@duanemorris.com; rwroten@duanemorris.com |
| EMMET, MARVIN & MARTIN LLP | tpitta@emmetmarvin.com |
| FEARS NACHAWATI LAW FIRM | dmcdowell@fnlawfirm.com |
| FERRARO LAW FIRM | lbr@ferrarolaw.com |
| FERRARO LAW FIRM | jlb@ferrarolaw.com |
| FISHERBROYLES LLP | deborah.fletcher@fisherbroyles.com |
| FLINT LAW FIRM LLC | eflint@flintlaw.com |
| FOX ROTHSCHILD LLP | jdipasquale@foxrothschild.com |
| FOX ROTHSCHILD LLP | jcaneco@foxrothschild.com |
| GENOVA BURNS LLC | dstolz@genovaburns.com |
| GENOVA BURNS LLC | dclarke@genovaburns.com |
| GENOVA BURNS LLC | mbaker@genovaburns.com |
| GIMIGLIANO MAURIELLO & MALONEY | rrabinowitz@lawgmm.com; jmaloney@lawgmm.com; sgimigliano@lawgmm.com; |
| GOLOMB SPIRIT GRUNFELD, P.C. | kgrunfeld@golombhonik.com |
| GOLOMB SPIRIT GRUNFELD, P.C. | rgolomb@golombhonik.com |
| GOLOMB SPIRIT GRUNFELD, P.C. | aspirt@golombhonik.com |
| GOLOMB SPIRIT GRUNFELD, P.C. | rgolomb@golomblegal.com |
| GREENBAUM, ROWE, SMITH & DAVIS LLP | nisaacson@greenbaumlaw.com |
| GREENBERG TRAURIG, LLP | brodya@gtlaw.com |
| HALPERIN BATTAGLIA BENZIJA LLP | ahalperin@halperinlaw.net; dlieberman@halperinlaw.net |
| HONIK LLC | ruben@honiklaw.com |
| HONIK LLC | david@honiklaw.com |
| HUGHES HUBBARD | chris.kiplok@hugheshubbard.com |
| HUGHES HUBBARD | william.beausoleil@hugheshubbard.com |
| HUGHES HUBBARD | erin.diers@hugheshubbard.com |
| JC WHITE LAW GROUP PLC | jwhite@jcwhitelaw.com |
| JD THOMPSON LAW | jdt@jdthompsonlaw.com |
| KARST & VON OISTE LLP | epk@karstvonoiste.com |
| KARST & VON OISTE, LLP | dac@karstvonoiste.com |
| KASOWITZ BENSON TORRES LLP | agolden@kasowitz.com |
| KASOWITZ BENSON TORRES LLP | rnovick@kasowitz.com |
| KASOWITZ BENSON TORRES LLP | drosner@kasowitz.com |
| KASOWITZ BENSON TORRES LLP | mhutchins@kasowitz.com |
| KATTEN MUCHIN ROSENMAN LLP | shaya.rochester@katten.com |
| KATTEN MUCHIN ROSENMAN LLP | kelsey.panizzolo@katten.com |
| KAZAN, MCCLAIN, SATTERLY & GREENWOOD PLC | jsatterley@kazanlaw.com |
| KENNEDYS CMK LLP | heather.simpson@kennedyslaw.com |
| KIESEL LAW, LLP | zukin@kiesel.law; kiesel@kiesel.law; palmer@kiesel.law |
| KING & SPALDING LLP | ccorey@kslaw.com |
| KING & SPALDING LLP | dschneider@kslaw.com |
| KTBS LAW LLP | mtuchin@ktbslaw.com |

LTL Management LLC
Case No. 21-30589
Master Service Email List

| Name | Email Address |
| --- | --- |
| KTBS LAW LLP | rpfister@ktbslaw.com |
| KTBS LAW LLP | skidder@ktbslaw.com |
| KTBS LAW LLP | nmaoz@ktbslaw.com |
| LANIER LAW FIRM | michael.akselrud@lanierlawfirm.com |
| LATHAM & WATKINS LLP | jeff.bjork@lw.com; kim.posin@lw.com; amy.quartarolo@lw.com; adam.ravin@lw.com |
| LAW FIRM OF BRIAN W. HOFFMEISTER, LLC | bwh@hofmeisterfirm.com |
| LAW OFF. OF MITCHELL J MALZBERG LLC | mmalzberg@mjmalzberglaw.com |
| LEVY KONIGSBERG LLP | mmaimon@levylaw.com |
| LEVY KONIGSBERG LLP | jblock@levylaw.com |
| LEX NOVA LAW LLC | rdressel@lexnovalaw.com |
| LITE DEPALMA GREENBERG & AFANADOR, LLC | aunderwood@litedepalma.com |
| LOWENSTEIN SANDLER LLP | krosen@lowenstein.com; mseymour@lowenstein.com |
| MANIER & HEROD, P.C. | rmiller@manierherod.com |
| MARSHACK HAYS LLP | lmasud@marshackhays.com |
| MASSEY & GAIL LLP | jmassey@masseygail.com |
| MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC | sratcliffe@mrhfmlaw.com |
| MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC | cthompson@mrhfmlaw.com |
| MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC | bfrench@mrhfmlaw.com |
| MCCARTER & ENGLISH LLP | bkahn@mccarter.com |
| MCCARTER & ENGLISH LLP | tladd@mccarter.com |
| MCMANIMON, SCOTLAND & BAUMANN, LLC | asodono@msbnj.com |
| MCMANIMON, SCOTLAND & BAUMANN, LLC | splacona@msbnj.com |
| MENDES & MOUNT LLP | eileen.mccabe@mendes.com |
| MENDES & MOUNT LLP | stephen.roberts@mendes.com |
| MILLER FIRM, LLC | choke@millerfirmllc.com |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C. | pwkalish@mintz.com; emfarrell@mintz.com |
| MOON WRIGHT & HOUSTON, PLLC | rwright@mwhattorneys.com |
| MOON WRIGHT & HOUSTON, PLLC | cbrown@mwhattorneys.com |
| MOORE & VAN ALLEN PLLC | hillarycrabtree@mvalaw.com |
| MORITT HOCK & HAMROFF LLP | lberkoff@moritthock.com |
| MORITT HOCK & HAMROFF LLP | aarotsky@moritthock.com |
| MOTLEY RICE LLC | jhurst@motleyrice.com |
| MOTLEY RICE LLC | cscott@motleyrice.com |
| MOTLEY RICE LLC | dlapinski@motleyrice.com |
| NAPOLI SHKOLNIK PLLC | clopalo@napolilaw.com |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | rachel.obaldo@oag.texas.gov |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | autumn.highsmith@oag.texas.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | lauren.bielskie@usdoj.gov; jeffrey.m.sponder@usdoj.gov; mitchell.b.hausman@usdoj.gov |
| OFFIT KURMAN, P.A. | paul.baynard@offitkurman.com |
| OFFIT KURMAN, P.A. | pwinterhalter@offitkurman.com |
| ONDERLAW, LLC | onder@onderlaw.com |
| OTTERBOURG P.C. | jbougiamas@otterbourg.com |
| OTTERBOURG P.C. | mcyganowski@otterbourg.com |

LTL Management LLC
Case No. 21-30589
Master Service Email List

| Name | Email Address |
|---|---|
| OTTERBOURG P.C. | asilverstein@otterbourg.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ljones@pszjlaw.com; kdine@pszjlaw.com; crobinson@pszjlaw.com; pkeane@pszjlaw.com |
| PARKINS LEE & RUBIO LLP | crubio@parkinslee.com |
| PARKINS LEE & RUBIO LLP | lparkins@parkinslee.com |
| PENSION BENEFIT GUARANTY CORP | lachman.carolyn@pbgc.gov |
| PENSION BENEFIT GUARANTY CORP | torres.simon@pbgc.gov |
| PENSION BENEFIT GUARANTY CORP | efile@pbgc.gov |
| PORZIO, BROMBERG & NEWMAN, P.C. | raparisi@pbnlaw.com |
| PORZIO, BROMBERG & NEWMAN, P.C. | kdcurtin@pbnlaw.com |
| PRYOR CASHMAN LLP | slieberman@pryorcashman.com; arichmond@pryorcashman.com |
| RABINOWITZ, LUBETKIN & TULLEY, LLC | jrabinowitz@rltlawfirm.com |
| RANDI S. ELLIS | randi@randiellis.com |
| RAWLINGS & ASSOCIATES | mdf@rawlingsandassociates.com; rg1@rawlingsandassociates.com |
| REED SMITH LLP | jangelo@reedsmith.com |
| REED SMITH LLP | psinger@reedsmith.com |
| REED SMITH LLP | dbaker@reedsmith.com |
| RIVKIN RADLER LLP | brian.ade@rivkin.com |
| ROSS FELLER CASEY, LLP | bmccormick@rossfellercasey.com |
| RUGGERI PARKS WEINBERG LLP | jweinberg@ruggerilaw.com; jmayer@ruggerilaw.com |
| SAIBER LLC | jaugust@saiber.com |
| SAIBER LLC | mwolin@saiber.com |
| SAVO, SCHALK, GILLESPIE, O'GRODNICK & FISHER, P.A. | schalk@centraljerseylaw.com; brokaw@centraljerseylaw.com |
| SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A. | aabramowitz@shermansilverstein.com |
| SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A. | amoldoff@shermansilverstein.com |
| SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A. | rswitkes@shermansilverstein.com |
| SIMMONS HANLY CONROY LLC | jkramer@simmonsfirm.com |
| SIMON GREENSTONE PANATIERE BARTLETT, PC | cpanatier@sgpblaw.com |
| SIMPSON THACHER & BARTLETT LLP | squsba@stblaw.com |
| SIMPSON THACHER & BARTLETT LLP | cwaldman@stblaw.com |
| SIMPSON THACHER & BARTLETT LLP | jamie.fell@stblaw.com |
| SIMPSON THACHER & BARTLETT LLP | zachary.weiner@stblaw.com |
| SIMPSON THACHER & BARTLETT LLP | afrankel@stblaw.com; kmclendon@stblaw.com; |
| SIMPSON THACHER & BARTLETT LLP | michael.torkin@stblaw.com |
| STEVENS & LEE, P.C. | joseph.huston@stevenslee.com |
| STEVENS & LEE, P.C. | andreas.milliaressis@stevenslee.com |
| THE GARNER FIRM, LTD | melanie@garnerltd.com |
| THE GORI LAW FIRM | beth@gorijulianlaw.com |
| THE GORI LAW FIRM | sara@gorijulianlaw.com |
| THE GORI LAW FIRM | todd@gorijulianlaw.com |
| THE KELLY FIRM, P.C. | akelly@kbtlaw.com |
| THE LAYTON LAW FIRM, PLLC | chris@thelaytonlawfirm.com |

LTL Management LLC
Case No. 21-30589
Master Service Email List

| Name | Email Address |
|---|---|
| THE SHAPIRO LAW FIRM | jshapiro@shapirolawfirm.com |
| TOGUT, SEGAL & SEGAL LLP | altogut@teamtogut.com; frankoswald@teamtogut.com; bshaughnessy@teamtogut.com |
| TRAMMELL PC | fletch@trammellpc.com |
| TRAURIG LAW LLC | jtraurig@trauriglaw.com |
| TRIF & MODUGNO LLC | lmodugno@tm-firm.com |
| U.S. DEPARTMENT OF JUSTICE | john.z.balasko@usdoj.gov |
| US DEPARTMENT OF JUSTICE | bethany.theriot@usdoj.gov |
| VINSON & ELKINS LLP | sabramowitz@velaw.com |
| WALLACE & GRAHAM PA | bgraham@wallacegraham.com |
| WALSH PIZZI O'REILLY FALANGA | mfalk@walsh.law |
| WARD AND SMITH, P.A. | paf@wardandsmith.com; njl@wardandsmith.com; |
| WEITZ & LUXENBERG, P.C. | dkraftjr@weitzlux.com |
| WEITZ & LUXENBERG, P.C. | erelkin@weitzlux.com |
| WEITZ & LUXENBERG, P.C. | jdelaney@weitzlux.com |
| WEITZ & LUXENBERG, P.C. | lbusch@weitzlux.com |
| WHITE & CASE LLP | jessica.lauria@whitecase.com |
| WHITE & CASE LLP | ricardo.pasianotto@whitecase.com |
| WHITE & CASE LLP | blair.warner@whitecase.com |
| WHITE & CASE LLP | laura.femino@whitecase.com |
| WHITE & CASE LLP | gkurtz@whitecase.com |
| WHITE & CASE LLP | mshepherd@whitecase.com |
| WINDELS MARX LANE & MITTENDORF, LLP | acraig@windelsmarx.com |
| WINDELS MARX LANE & MITTENDORF, LLP | scalogero@windelsmarx.com |
| WOLLMUTH MAHER & DEUTSCH, LLP | jlawlor@wmd-law.com |
| WOLLMUTH MAHER & DEUTSCH, LLP | pdefilippo@wmd-law.com |
| WOLLMUTH MAHER & DEUTSCH, LLP | ltretter@wmd-law.com |
| WOLLMUTH MAHER & DEUTSCH, LLP | jpacelli@wmd-law.com |
| WOLLMUTH MAHER & DEUTSCH, LLP | baxelrod@wmd-law.com |
| WOMBLE BOND DICKINSON (US) LLP | matthew.ward@wbd-us.com |
| WOMBLE BOND DICKINSON (US) LLP | ericka.johnson@wbd-us.com |
| ZELLE LLP | acogbill@zellelaw.com |

Case 21-30589-MBK    Doc 3041    Filed 09/15/22    Entered 09/15/22 17:49:53    Desc Main
Document    Page 18 of 19

LTL MANAGEMENT LLC (Adv. No. 22-1231 (MBK))
Electronic Mail Additional Service

| NAME | CONTACT | EMAIL |
|---|---|---|
| ASHCRAFT & GEREL, LLP | Michelle A. Parfitt | mparfitt@ashcraftlaw.com |
| ASHCRAFT & GEREL, LLP | James F. Green | jgreen@ashcraftlaw.com |
| ASHCRAFT & GEREL, LLP | Patrick K. Lyons | plyons@ashcraftlaw.com |
| ASSISTANT ATTORNEY GENERAL | Brian L. Moore | bmoore@nmag.gov |
| ASSISTANT ATTORNEY GENERAL | P. Cholla Khoury | ckhoury@nmag.gov |
| ASSISTANT ATTORNEY GENERAL | Farrah Diaz | fdiaz@nmag.gov |
| ASSISTANT ATTORNEY GENERAL | Sydnee Wright | swright@nmag.gov |
| BAILEY GLASSER LLP | Brian A Glassler | bglasser@baileyglasser.com |
| BAILEY GLASSER LLP | Cary Joshi | cjoshi@baileyglasser.com |
| BAILEY GLASSER LLP | Kevin W Barrett | kbarrett@baileyglasser.com |
| BAILEY GLASSER LLP | Maggie B Burrus | mburrus@baileyglasser.com |
| BAILEY GLASSER LLP | Thomas B Bennett | tbennett@baileyglasser.com |
| BROWN RUDNICK LLP | David J Molton | dmolton@brownrudnick.com |
| BROWN RUDNICK LLP | Michael Winograd | mwinograd@brownrudnick.com |
| BROWN RUDNICK LLP | Robert J Stark | rstark@brownrudnick.com |
| BROWN RUDNICK LLP | Sunni P Beville | sbeville@brownrudnick.com |
| BROWN RUDNICK LLP | Jeffrey L Jonas | jjonas@brownrudnick.com |
| BUTLER SNOW LLP | Mark A. Dreher | Mark.Dreher@butlersnow.com |
| BUTLER SNOW LLP | Meade W. Mitchell | Meade.Mitchell@butlersnow.com |
| COOLEY LLP | Cullen D Speckhart | cspeckhart@cooley.com |
| COOLEY LLP | Evan M Lazerowitz | elazerowitz@cooley.com |
| COOLEY LLP | Ian Shapiro | ishapiro@cooley.com |
| COOLEY LLP | Julie Veroff | jveroff@cooley.com |
| COOLEY LLP | Kathleen Hartnett | khartnett@cooley.com |
| COOLEY LLP | Matthew Kutcher | mkutcher@cooley.com |
| COOLEY LLP | Michael Klein | mklein@cooley.com |
| COOLEY LLP | Russell Capone | rcapone@cooley.com |
| COOLEY LLP | Shamis Beckley | sbeckley@cooley.com |
| Covington & Burling LLP | Dan Grant | DGrant@cov.com |
| Covington & Burling LLP | Chris Denig | cdenig@cov.com |
| FEARS NACHAWATI LAW FIRM | Majed Nachawati | mn@fnlawfirm.com |
| FEARS NACHAWATI LAW FIRM | S. Ann Saucer | asaucer@fnlawfirm.com |
| FEARS NACHAWATI LAW FIRM | Matthew R. McCarley | mccarley@fnlawfirm.com |
| FEARS NACHAWATI LAW FIRM | Gale Pearson | gpearson@fnlawfirm.com |
| FEARS NACHAWATI LAW FIRM | Zachary Blend | zbland@fnlawfirm.com |
| FEARS NACHAWATI LAW FIRM | Michael Gorwitz | mgorwitz@fnlawfirm.com |
| FEARS NACHAWATI LAW FIRM | Veronica McNeme | vmcneme@fnlawfirm.com |
| GENOVA BURNS LLC | Daniel Stolz | dstolz@genovaburns.com |
| GENOVA BURNS LLC | Donald W Clarke | dclarke@genovaburns.com |
| GENOVA BURNS LLC | Matthew I W Baker | mbaker@genovaburns.com |
| Lieff Cabraser Heimann & Bernstein, LLP | Wendy R. Fleishman | wfleishman@lchb.com |
| Lieff Cabraser Heimann & Bernstein, LLP | Paulina do Amaral | pdoamaral@lchb.com |
| MASSEY & GAIL LLP | Jonathan S Massey | jmassey@masseygail.com |
| OFFICE OF THE US TRUSTEE | Jeffrey M Sponder | jeffrey.m.sponder@usdoj.gov |
| OFFICE OF THE US TRUSTEE | Lauren Bielskie | lauren.bielskie@usdoj.gov |
| OFFICE OF THE US TRUSTEE | Mitchell B Hausman | Mitchell.B.Hausman@usdoj.gov |
| Orrick | Robert Loeb | rloeb@orrick.com |
| OTTERBOURG P.C. | Jennifer S Feeney | jfeeney@otterbourg.com |
| OTTERBOURG P.C. | Melanie L Cyganowski | mcyganowski@otterbourg.com |
| OTTERBOURG P.C. | Adam C Silverstein | asilverstein@otterbourg.com |

LTL MANAGEMENT LLC Adv. No. 22-1231 (MBK)
Electronic Mail Additional Service

| NAME | CONTACT | EMAIL |
|---|---|---|
| PARKINS LEE & RUBIO LLP | Charles M Rubio | crubio@parkinslee.com |
| PARKINS LEE & RUBIO LLP | Leonard M Parkins | lparkins@parkinslee.com |
| PORTER & MALOUF, P.A. | Tim Porter | tim@portermalouf.com |
| PORTER & MALOUF, P.A. | Patrick Malouf | patrick@portermalouf.com |
| ROBLES, RAEL & ANAYA, P.C. | Marcus J. Rael, Jr., Esq. | marcus@roblesrael.com |
| ROBLES, RAEL & ANAYA, P.C. | Sonia Gnzales | sonia@roblesrael.com |
| ROBLES, RAEL & ANAYA, P.C. | Pauline Wayland | pauline@roblesrael.com |
| SHERMAN, SILVERSTEIN, KOHL, ET AL | Ross J Switkes | rswitkes@shermansilverstein.com |
| SHERMAN, SILVERSTEIN, KOHL, ET AL | Alan I Moldoff | amoldoff@shermansilverstein.com |
| SHERMAN, SILVERSTEIN, KOHL, ET AL | Arthur J Abramowitz | aabramowitz@shermansilverstein.com |
| THE SMITH LAW FIRM, P.L.L.C. | R. Allen Smith, Jr. | allen@smith-law.org |
| WOLLMUTH MAHER & DEUTSCHE, LLP | James N Lawlor | jlawlor@wmd-law.com |
| WOLLMUTH MAHER & DEUTSCHE, LLP | Joseph F Pacelli | jpacelli@wmd-law.com |
| WOLLMUTH MAHER & DEUTSCHE, LLP | Lyndon M Tretter | ltretter@wmd-law.com |
| WOLLMUTH MAHER & DEUTSCHE, LLP | Paul R Defilippo | pdefilippo@wmd-law.com |