**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET FOR THE**
**PERIOD AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

| | |
|---|---|
| Debtor: LTL Management LLC | Applicant: Wollmuth Maher & Deutsch LLP |
| Case No.: 21-30589-MBK | Client: LTL Management LLC |
| Chapter: 11 | Case Filed: October 14, 2021 (the "Petition Date") |

**SECTION 1**
**FEE SUMMARY**

X  Monthly Fee Statement No. 10     or     ☐ Final Fee Application

Summary of Amounts Requested for the Period from August 1, 2022 through August 31, 2022 (the "Tenth Statement Period").

| | |
|---|---|
| Total Fees: | $136,196.50 |
| Total Disbursements: | $400.00 |
| Total Fees Plus Disbursements: | $136,596.50 |
| Minus 20% Holdback of Fees: | $27,239.30 |
| Amount Sought at this Time: | $109,357.20 |

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fees Requested: | $2,243,373.50 | $30,316.74 |
| Total Fees Allowed to Date: | $804,771.00 | $8,121.62 |
| Total Retainer (If Applicable): | $0 | $0 |
| Total Fee Examiner Adjustment: | ($38,062.50) | $0 |
| Total Holdback (If Applicable): | $280,108.00 | $0 |
| Total Received by Applicant: | $1,925,203.00 | $30,316.74 |

-2-

| Name of Professional & Title | Year Admitted | Hours | Rate | Fees |
|---|---|---|---|---|
| Paul R. DeFilippo, Esq., Partner | 1978 | 27.8 | $925 | $25,715.00 |
| James N. Lawlor, Esq., Partner | 1992 | 55.3 | $875 | $48,387.50 |
| Joseph F. Pacelli, Esq., Associate | 2020 | 64.2 | $580 | $37,236.00 |
| Brian Y. Umana, Esq., Associate | 2021 | 4.0 | $425 | $1,700.00 |
| Stephanie A. Weaver, Law Clerk (Admission Pending) | N/A | 56.2 | $340 | $19,108.00 |
| Michele Klinger, Paralegal | N/A | 9.0 | $225 | $2,025.00 |
| Scarlet E. Meltzer, Paralegal | N/A | 5.6 | $225 | $1,260.00 |
| Alexander T. Cukier, Paralegal | N/A | 3.4 | $225 | $765.00 |

## SECTION II
## SUMMARY OF SERVICES

| | SERVICES RENDERED | HOURS | FEES |
|---|---|---|---|
| a) | **Asset Analysis and Recovery:** Identification and review of potential assets including causes of action and non-litigation recoveries. | 0 | 0 |
| b) | **Asset Disposition:** Sales, leases, abandonment and related transaction work. | 0 | 0 |
| c) | **Avoidance Action Litigation:** Preference and fraudulent transfer litigation. | 0 | 0 |
| d) | **Business Operations:** Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | 0 | 0 |
| e) | **Case Administration:** Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 28.8 | $15,104.50 |
| f) | **Claims Administration and Objections:** Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | 0 | 0 |
| g) | **Employee Benefits/Pensions:** Review issues such as severance, retention, 401K coverage and continuance of pension plan. | 0 | 0 |
| h) | **Fee/Employment Applications:** Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 78.4 | $38,252.00 |
| i) | **Fee/Employment Objections:** Review of an objections to the employment and fee applications of others. | 43.2 | $26,820.50 |
| j) | **Financing:** Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | 0 | 0 |
| k) | **Litigation:** Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | 57.6 | $42,470.50 |
| l) | **Meeting of Creditors:** Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | 0 | 0 |

-3-

| SERVICES RENDERED | | HOURS | FEES |
|---|---|---|---|
| m) | **Plan and Disclosure Statement:** | 14.8 | $11,422.50 |
| | Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | | |
| n) | **Relief from Stay Proceedings:** | 2.7 | $2,126.50 |
| | Matters relating to termination or continuation of automatic stay under 362. | | |
| o) | **Accounting/Auditing:** | 0 | 0 |
| | Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) | **Business Analysis:** | 0 | 0 |
| | Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) | **Corporate Finance:** | 0 | 0 |
| | Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r) | **Data Analysis:** | 0 | 0 |
| | Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | | |
| s) | **Litigation Consulting:** | 0 | 0 |
| | Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | | |
| t) | **Reconstruction Accounting:** | 0 | 0 |
| | Reconstructing books and records from past transactions and bringing accounting current. | | |
| u) | **Tax Issues:** | 0 | 0 |
| | Analysis of tax issues and preparation of state and federal tax returns. | | |
| v) | **Valuation:** | 0 | 0 |
| | Appraise or review appraisals of assets. | | |
| w) | **Travel Time** | 0 | 0 |
| **SERVICE TOTALS** | | 225.5 | $136,196.50 |

-5-

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| 6/14/2022 -    CourtSolutions (PRD) | $50.00 |
| 7/14/2022 -    Adversary complaint filing fees | $350.00 |
| **DISBURSEMENTS TOTALS** | $400.00 |

## SECTION IV
## CASE HISTORY

1. Date of Retention: December 16, 2021, effective as of November 12, 2021 [Dkt. 851] (the "Retention Order").[1]

2. Summary explaining the nature of the work performed and the results achieved:

   - Facilitated the drafting, finalization and filing of (i) several oppositions and responses and submission of orders, including the: opposition to Cooley final fee application, reply in support of preliminary injunction in NM/MS adversary proceeding, statement regarding TCC professional fees, motion to extend the exclusivity period, (ii) supplemental certifications and declarations in support of retention applications, (iii) monthly fee statements and supplemental fee statements for the Debtor's professionals, (iv) certifications of no objection regarding monthly fee statements, (v) Debtor's monthly operating report, (vi) ordinary course professionals quarterly report, (vii) supplemental certifications for second interim fee application for Debtor's professionals, (viii) first and second interim fee application for Debtor's professionals, (ix) notice of withdrawal of counsel, and (x) hearing agendas;

   - Analyzed issues and counseled the Debtor with respect to, among other things, (i) retention of the Debtor's professionals, (ii) motion to lift stay, (iii) mediation, (iv) estimation, (v) discovery, and (vi) appeals of the motion to dismiss, preliminary injunction, Skadden retention, Jones Day retention, and Securities Adversary orders;

   - Participated in discussions with the Fee Examiner and Debtor's professionals regarding the Debtor's professionals' First and Second Interim Fee Applications;

   - Participated in the hearings and conferences held during this period, and counseled the Debtor with respect thereto;

   - Monitored main case, adversary proceedings, and appellate dockets; and

   - Interfaced on a daily basis with the Debtor and/or its other professionals to facilitate the Debtor's administrative processes, including adherence to the local bankruptcy rules and filing procedures.

I certify under penalty of perjury that the above is true.

Date: September 16, 2022  /s/ Paul R. DeFilippo
Paul R. DeFilippo

---

[1] The Retention Order is attached hereto as Exhibit A.

-6-