**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jeffrey Traurig
**TRAURIG LAW LLC**
One University Plaza, Suite 124
Hackensack, NJ  07601
Tel: (646) 974-8650
E-mail:  jtraurig@trauriglaw.com
*Local Counsel to the Fee Examiner*

**Order Filed on September 16, 2022**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In Re: | Case No.:    21-30589 (MBK) |
| LTL MANAGEMENT LLC, | Judge:    Michael B. Kaplan |
| Debtor | Chapter 11 |

**ORDER ALLOWING FIRST INTERIM FEE APPLICATION OF**
**BERNSTEIN, SHUR, SAWYER & NELSON, P.A. FOR ALLOWANCE OF FEES AND**
**REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE FEE EXAMINER FOR**
**THE PERIOD MARCH 17, 2022 THROUGH MAY 31, 2022**

The relief set forth on the following page(s), number 2, is hereby **ORDERED.**

**DATED: September 16, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
LTL MANAGEMENT LLC
Chapter 11, Case No. : 21-30589 (MBK)
**Order Allowing First Interim Fee Application of Bernstein, Shur, Sawyer & Nelson, P.A. for Allowance of
Fees and Reimbursement of Expenses as Counsel to the Fee Examiner for the Period March 17, 2022 through
May 31, 2022**

Upon the First Interim Fee Application of Bernstein, Shur, Sawyer & Nelson, P.A.
for Allowance of Fees and Reimbursement of Expenses as Counsel to the Fee Examiner for the
Period March 17, 2022 Through May 31, 2022 (the "Application"); and due and proper notice of
the Application having been given; and it appearing that no other or further notice is required; and
it appearing that the Court has jurisdiction to consider the Application in accordance with 28
U.S.C. §§ 157 and 1334; and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and
1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it
appearing that the fees and expenses requested in the Application are reasonable and for necessary
services provided as counsel to Fee Examiner, Robert J. Keach, Esq.;

IT IS HEREBY ORDERED that:

1.      The Application shall be allowed as set forth herein.

2.      Bernstein, Shur, Sawyer & Nelson, P.A. ("BSSN") shall be allowed fees in
the amount of $201,296.00 and expenses in the amount of $724.00.  The Debtor is authorized to
pay BSSN the foregoing amounts within five (5) days of the entry of this Order.

3.      This Court shall retain jurisdiction over any and all matters arising from or
related to the interpretation and/or implementation of this Order.

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 21-30589-MBK |
|---|---|
| LTL Management LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Sep 16, 2022 | Form ID: pdf903 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2022:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: jkim8@its.jnj.com | Sep 16 2022 20:33:00 | LTL Management LLC, 501 George Street, New Brunswick, NJ 08933-0001 |
| aty | ^ MEBN | Sep 16 2022 20:29:23 | Glenn M. Kurtz, White & Case LLP, 1221 Avenue of the America, New York, NY 10020-1001 |
| aty | ^ MEBN | Sep 16 2022 20:29:11 | Jessica Lauria, White & Case LLP, 1221 Avenue of the America, New York,, NY 10020-1001 |
| aty | + Email/Text: tlindsay@rcdlaw.net | Sep 16 2022 20:33:00 | Rayburn, Cooper & Durham, P.A., The Carillon, Suite 1200, 227 West Trade St., Charlotte, NC 28202-1672 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2022          Signature:          /s/Gustava Winters