| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) <br><br> Jeffrey Traurig <br> **TRAURIG LAW LLC** <br> One University Plaza, Suite 124 <br> Hackensack, NJ  07601 <br> Tel: (646) 974-8650 <br> E-mail:  jtraurig@trauriglaw.com <br> *Local Counsel to the Fee Examiner* | **Order Filed on September 16, 2022 by Clerk U.S. Bankruptcy Court District of New Jersey** |
| In Re: <br><br> LTL MANAGEMENT LLC, <br><br> Debtor | Case No.:    21-30589 (MBK) <br><br> Judge:    Michael B. Kaplan <br><br> Chapter 11 |

**ORDER ALLOWING FIRST INTERIM FEE APPLICATION OF
TRAURIG LAW LLC FOR ALLOWANCE OF FEES AS COUNSEL TO
THE FEE EXAMINER FOR THE PERIOD MARCH 24, 2022 THROUGH MAY 31, 2022**

The relief set forth on the following page(s), number 2, is hereby **ORDERED.**

**DATED: September 16, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
LTL MANAGEMENT LLC
Chapter 11, Case No. : 21-30589 (MBK)
**Order Allowing First Interim Fee Application of Traurig Law LLC for Allowance of Fees as Counsel to the Fee Examiner for the Period March 24, 2022 through May 31, 2022**

Upon the First Interim Fee Application of Traurig Law for Allowance of Fees as Counsel to the Fee Examiner for the Period March 24, 2022 through May 31, 2022 (the "<u>Application</u>"); and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the fees and expenses requested in the Application are reasonable and for necessary services provided to the Fee Examiner, Robert J. Keach, Esq.;

IT IS HEREBY ORDERED that:

1. The Application shall be allowed as set forth herein.

2. Traurig Law LLC shall be allowed fees in the amount of $7,310.00. The Debtor is authorized to pay Traurig Law the foregoing amounts within five (5) days of the entry of this Order.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 21-30589-MBK
LTL Management LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1
Date Rcvd: Sep 16, 2022     Form ID: pdf903     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: jkim8@its.jnj.com | Sep 16 2022 20:33:00 | LTL Management LLC, 501 George Street, New Brunswick, NJ 08933-0001 |
| aty | ^ MEBN | Sep 16 2022 20:29:24 | Glenn M. Kurtz, White & Case LLP, 1221 Avenue of the America, New York, NY 10020-1001 |
| aty | ^ MEBN | Sep 16 2022 20:29:12 | Jessica Lauria, White & Case LLP, 1221 Avenue of the America, New York,, NY 10020-1001 |
| aty | + Email/Text: tlindsay@rcdlaw.net | Sep 16 2022 20:33:00 | Rayburn, Cooper & Durham, P.A., The Carillon, Suite 1200, 227 West Trade St., Charlotte, NC 28202-1672 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 18, 2022     Signature:     /s/Gustava Winters