**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jeffrey Traurig
**TRAURIG LAW LLC**
One University Plaza, Suite 124
Hackensack, NJ 07601
Tel: (646) 974-8650
E-mail: jtraurig@trauriglaw.com
*Local Counsel to the Fee Examiner*

Order Filed on September 16, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No.: 21-30589 (MBK) |
| LTL MANAGEMENT LLC, | Judge: Michael B. Kaplan |
| Debtor | Chapter 11 |

**ORDER ALLOWING INTERIM AND FINAL COMPENSATION FOR SERVICES
RENDERED AND REIMBURSENT OF EXPENSES OF THE RETAINED
PROFESSIONALS FOR
THE PERIOD FROM FEBRUARY 1, 2022 THROUGH MAY 31, 2022**

The relief set forth on the following pages(s), number two (2) through three (3), is hereby
**ORDERED**.

**DATED: September 16, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

LTL MANAGEMENT LLC

Chapter 11, Case No. : 21-30589 (MBK)

**Order Granting Compensation for Retained Professionals**

Upon the interim and final fee applications (the "Applications") of the professionals retained in the above-captioned Debtor's chapter 11 case and listed on **Exhibit A** hereto (collectively, the "Retained Professionals" and each a "Retained Professional"), and this Court having previously authorized the employment of the Retained Professionals in the Debtor's case; and it appearing that all of the requirements of sections 327, 328, 330, and 331 of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and the local rules of this Court have been satisfied; and it further appearing that the fees and expenses incurred were reasonable and necessary; and proper and adequate notice of the Applications has been given and that no other or further notice is necessary; and no objections or other responses having been filed with regard to the Applications; and in consideration of the various recommendations of the fee examiner, Robert J. Keach (the "Fee Examiner") with respect to the Interim Applications as set forth in the *Fee Examiner's Consolidated Final Report Pertaining to the Fee Applications of Retained Professionals for the Period From February 1, 2022 through May 31, 2022* [Docket No. 2958] (the "Consolidated Report"); and the Court having considered the Applications of the Retained Professionals and the Consolidated Report, and good and sufficient cause appearing therefore, accordingly,

**IT IS HEREBY ORDERED THAT:**

1.    The Applications are hereby approved in the amounts set forth on **Exhibits A and B** attached to this Order.

(Page 3)

LTL MANAGEMENT LLC

Chapter 11, Case No. : 21-30589 (MBK)

**Order Granting Compensation for Retained Professionals**

2.      The Retained Professionals are hereby granted allowance of compensation and reimbursement of expenses in the amounts set forth on **Exhibit A** under the columns entitled "Total Amount Allowed per Court Order (Fees)" and "Total Amount Allowed per Court Order (Expenses)" (jointly, the "Allowed Professional Claims").

3.      The Retained Professionals included on **Exhibit B** are hereby granted, on a final basis, allowance of the Allowed Professional Claims set forth on **Exhibit B**.[1]

4.      The Debtor is hereby authorized and directed to remit to each Retained Professional the full amount of the Allowed Professional Claims less any and all amounts previously paid on account of such fees and expenses.  Without limiting the foregoing, any amounts previously held back with respect to the period covered by the Applications may be released in payment of the Allowed Professional Claims.

5.      This Order shall constitute a separate order for each Retained Professional and the appeal of any order with respect to any Retained Professional shall have no effect on the authorized fees and expenses of the other Retained Professionals.

6.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

---

[1] The total expenses awarded to Cooley LLP ("Cooley") reflect Cooley's withdrawal of its request for reimbursement of expenses incurred by certain TCC II committee members.  *See Notice of Withdrawal of Request for Reimbursement of Expenses Incurred by Certain TCC II Committee Members* [Docket No. 2998].

EXHIBIT A

**LTL MANAGEMENT LLC**
**CASE NO. 21-30589-MBK**

| # | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | **First Interim Fee Application** | | | | | | | |
| 1 | Anderson Kill PC [Dkt. No. 2623] *Special Insurance Counsel for the Debtor* | 2/1/2022 - 5/31/2022 | $ 264,856.00 | $ 13,476.00 | $ - | $ - | $ 251,380.00 | $ - |
| 2 | Jones Day [Dkt. No. 2360] *Counsel to the Debtor* | 10/14/2021 - 1/31/2022 | $ 9,799,493.75 | $ 376,790.25 | $ 55,369.17 | $ 251.50 | $ 9,422,703.50 | $ 55,117.67 |
| 3 | Moolakamn LLP [Dkt. No. 2584] *Special Appellate Litigation Counsel to Official Committee of Talc Claimants I* | 5/20/2022 - 5/31/2022 | $ 65,041.00 | $ 12,452.80 | $ - | $ - | $ 52,588.20 | $ - |
| 4 | Orrick Herrington & Sutcliffe LLP [Dkt. No. 2560] *Debtor's Special Talc Litigation Appellate Counsel* | 10/14/2021 - 1/31/2022 | $ 757,879.00 | $ 32,193.98 | $ 25,848.83 | $ - | $ 725,685.02 | $ 25,848.83 |
| 5 | Randi S. Ellis [Dkt. No. 2688] *Legal Representative for Future Talc Claimants* | 3/8/2022 - 5/31/2022 | $ 376,675.00 | $ 15,339.00 | $ 7,086.66 | $ - | $ 361,336.00 | $ 7,086.66 |
| 6 | The Brattle Group, Inc. [Dkt. No. 2668] *Talc Consultants to the Official Committee of Talc Claimants* | 1/15/2022 - 5/31/2022 | $ 897,350.00 | $ 4,832.50 | $ 135.00 | $ - | $ 892,517.50 | $ 135.00 |
| 7 | Wash Paul O'Reilly Fahuga LLP [Dkt. No. 2690] *Counsel for Randi S. Ellis, Legal Representative for Future Talc Claimants* | 3/8/2022 - 5/31/2022 | $ 573,347.00 | $ 16,000.20 | $ 2,561.76 | $ - | $ 557,346.80 | $ 2,561.76 |
| 8 | Womble Bond Dickinson (US) LLP [Dkt. No. 2718] *Counsel for the Ad hoc Committee of States* | 3/10/2022-4/30/2022 | $ 13,781.50 | $ - | $ - | $ - | $ 13,781.50 | $ - |
| | **Second Interim and/or Final Fee Application** | | | | | | | |
| 9 | AlixPartners, LLP [Dkt. No. 2599] *Financial Advisor to the Chapter 11 Debtor* | 2/1/2022 - 5/31/2022 | $ 509,406.25 | $ 14,620.65 | $ 5,641.88 | $ 305.89 | $ 494,785.60 | $ 5,335.99 |
| 10 | Bailey Glasser LLP [Dkt. No. 2381] *Counsel to the Official Committee of Talc Claimants II* | 2/1/2022 - 5/31/2022 | $ 2,152,745.00 | $ 203,562.50 | $ 206,123.66 | $ 19.00 | $ 1,949,182.50 | $ 206,104.66 |
| 11 | Bates White, LLC [Dkt. No. 2597] *Talc Consultants for Debtor* | 2/1/2022 - 5/31/2022 | $ 889,274.50 | $ 23,474.20 | $ 741.72 | $ - | $ 865,800.30 | $ 741.72 |
| 12 | Brown Rudnick LLP [Dkt. No. 2579] *Co-Counsel to the Official Committee of Talc Claimants I* | 3/1/2022 - 5/31/2022 | $ 4,655,854.50 | $ 260,636.00 | $ 126,328.04 | $ 9,018.21 | $ 4,395,218.50 | $ 117,309.83 |
| 13 | FTI Consulting, Inc. [Dkt. No. 2583] *Financial Advisor to the Official Committee of Talc Claimants* | 2/1/2022 - 5/31/2022 | $ 1,952,296.00 | $ 136,396.35 | $ 6,643.55 | $ 486.25 | $ 1,815,899.65 | $ 6,157.30 |
| 14 | Genova Burns LLC [Dkt. No. 2577] *Local Counsel to the Official Committee of Talc Claimants I* | 3/1/2022 - 5/31/2022 | $ 393,415.00 | $ 6,241.50 | $ 14,210.72 | $ - | $ 387,173.50 | $ 14,210.72 |
| 15 | Houlihan Lokey Capital, Inc. [Dkt. No. 2667] *Investment Banker to the Official Committee of Talc Claimants I* | 2/1/2022 - 5/31/2022 | $ 696,432.00 | $ - | $ 4,543.83 | $ - | $ 696,432.00 | $ 4,543.83 |
| 16 | Jones Day [Dkt. No. 2604] *Counsel to the Debtor* | 2/1/2022 - 5/31/2022 | $ 8,161,596.25 | $ 318,985.00 | $ 140,430.02 | $ 440.38 | $ 7,842,611.25 | $ 139,989.64 |
| 17 | King & Spalding LLP [Dkt. No. 2595 ] *Special Counsel for the Debtor* | 2/1/2022 - 5/31/2022 | $ 315,438.80 | $ 25,699.20 | $ 12,380.00 | $ - | $ 289,739.60 | $ 12,380.00 |
| 18 | Massey & Gail [Dkt. No. 2582] *Co-Counsel to the Official Committee of Talc Claimants III* | 2/1/2022 - 5/31/2022 | $ 1,003,801.50 | $ 5,880.00 | $ 9,674.77 | $ 1,378.00 | $ 997,921.50 | $ 8,296.77 |
| 19 | McCarter & English, LLP [Dkt. No. 2598] *Special Insurance Counsel for the Debtor* | 2/1/2022 - 5/31/2022 | $ 270,610.57 | $ 11,649.35 | $ 69.67 | $ - | $ 258,961.22 | $ 69.67 |
| 20 | Orrick, Herrington & Sutcliffe LLP [Dkt. No. 2551] *Debtor's Special Talc Litigation Appellate Counsel* | 2/1/2022 - 5/31/2022 | $ 408,200.70 | $ 22,309.08 | $ 44.12 | $ - | $ 385,891.62 | $ 44.12 |
| 21 | Otterbourg P.C. [Dkt. No. 2588] *Co-Counsel to the Official Committee of Talc Claimants II* | 3/1/2022 - 5/31/2022 | $ 1,627,336.00 | $ 48,105.60 | $ 13,812.63 | $ 571.19 | $ 1,579,230.40 | $ 13,241.44 |
| 22 | Parkins & Rubio LLP [Dkt. No. 2589] *Special Bankruptcy Counsel for the Official Committee of Talc Claimants* | 2/1/2022 - 5/31/2022 | $ 556,450.87 | $ 30,019.99 | $ 12,753.62 | $ 661.27 | $ 526,430.88 | $ 12,092.35 |
| 23 | Skadden, Arps, Slate, Meagher & Flom LLP [Dkt. No. 2602] *Special Counsel to the Debtor* | 2/1/2022 - 5/31/2022 | $ 1,012,386.10 | $ 30,344.59 | $ 157,890.06 | $ 13.29 | $ 982,041.51 | $ 157,876.77 |

LTL MANAGEMENT LLC
CASE NO. 21-30589-MBK

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Special Counsel to the Debtor* | | | | | | | |
| 24 | Weil, Gotshal & Manges LLP [Dkt. No. 2601] | 2/1/2022 - 5/31/2022 | $ 434,219.44 | $ 28,541.81 | $ 52,827.75 | $ 40.00 | $ 405,677.63 | $ 52,787.75 |
| | *Counsel for the Debtor* | | | | | | | |
| 25 | Wollmuth Maher & Deutsch LLP [Dkt. No. 2596] | 2/1/2022 - 5/31/2022 | $ 1,010,483.50 | $ 41,951.55 | $ 13,642.83 | $ - | $ 968,531.95 | $ 13,642.83 |
| | **TOTALS** | | $ 39,509,416.23 | $ 1,710,597.10 | $ 839,318.94 | $ 14,465.72 | $ 37,798,819.13 | $ 824,853.22 |

| | Applicant | Compensation Period | Interim Fees Requested (CAD) | Fee Examiner's Recommended Fee Adjustments (CAD) | Interim Expenses Requested (CAD) | Fee Examiner's Recommended Expense Adjustments (CAD) | Interim Fees Recommended for Approval (CAD) | Interim Expenses Recommended for Approval (CAD) |
|---|---|---|---|---|---|---|---|---|
| | *Counsel for the Debtor* | | | | | | | |
| 26 | Blake, Cassels & Graydon LLP [Dkt. No. 2600] *Second Interim Fee Application* | 2/1/2022 - 5/31/2022 | $ 207,415.49 | $ 9,933.10 | $ 27,604.02 | $ - | $ 197,482.39 | $ 27,604.02 |
| | *Canadian Counsel to the Official Committee of Talc Claimants* | | | | | | | |
| 27 | Miller Thompson LLP [Dkt. No. 2233] *First Interim Fee Application* | 12/10/2021 - 3/31/2022 | $ 256,186.00 | $ - | $ 33,429.23 | $ - | $ 256,186.00 | $ 33,429.23 |
| | *Canadian Counsel to the Official Committee of Talc Claimants* | | | | | | | |
| 28 | Miller Thompson LLP [Dkt. No. 2586] *Second Interim Fee Application* | 4/1/2022 - 5/31/2022 | $ 174,404.00 | $ 6,913.15 | $ 22,672.52 | $ - | $ 167,490.85 | $ 22,672.52 |
| | **TOTALS (CAD)** | | $ 638,005.49 | $ 16,846.25 | $ 83,705.77 | $ - | $ 621,159.24 | $ 83,705.77 |

[1] *Interim Expenses Requested and Interim Expenses Recommended for Approval include the Canadian harmonized sales tax.*

**Final Fee Applications**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Co-Counsel for the Official Committee of Talc Claimants II* | | | | | | | |
| 29 | Cooley LLP [Dkt. Nos. 1767 & 2603] | 12/31/2021 - 4/12/2022 | $ 11,665,152.50 | $ 1,926,278.63 | $ 373,721.37 | $ 373,721.37 | $ 9,738,873.87 | $ - |
| | *Counsel to the Official Committee of Talc Claimants I* | | | | | | | |
| 30 | Sherman, Silverstein, Kohl, Rose & Podolsky, P.A. [Dkt. No. 2578] | 2/1/2022 - 5/31/2022 | $ 337,057.50 | $ 11,095.00 | $ 10,106.94 | $ - | $ 325,962.50 | $ 10,106.94 |
| | *Bankruptcy Co-Counsel to the Official Committee of Talc Claimants II* | | | | | | | |
| 31 | Waldrep Wall Babcock & Bailey PLLC [Dkt. No. 2580] | 2/1/2022 - 4/12/2022 | $ 373,988.50 | $ 20,000.00 | $ 10,451.71 | $ 1,280.74 | $ 353,988.50 | $ 9,170.97 |
| | **TOTALS** | | $ 12,376,198.50 | $ 1,957,373.63 | $ 394,280.02 | $ 375,002.11 | $ 10,418,824.87 | $ 19,277.91 |

**EXHIBIT**

**B**

**LTL MANAGEMENT LLC**
**CASE NO. 21-30589-MBK**

| Applicant | Total Fees Awarded | Total Expenses Awarded |
|---|---|---|
| Cooley LLP | $9,738,873.87 | $0.00 |
| Sherman, Silverstein, Kohl, Rose & Podolsky, P.A. | $517,348.50 | $13,608.19 |
| Waldrep Wall Babcock & Bailey PLLC | $540,371.40 | $10,700.31 |
| **TOTAL:** | **$10,796,593.77** | **$24,308.50** |

1 of 1

United States Bankruptcy Court

District of New Jersey

In re:

LTL Management LLC

Debtor

Case No. 21-30589-MBK

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 17 |
|---|---|---|
| Date Rcvd: Sep 16, 2022 | Form ID: pdf903 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2022:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/Text: jkim8@its.jnj.com | Sep 16 2022 20:33:00 | LTL Management LLC, 501 George Street, New Brunswick, NJ 08933-0001 |
| aty | ^ | MEBN | Sep 16 2022 20:29:25 | Glenn M. Kurtz, White & Case LLP, 1221 Avenue of the America, New York, NY 10020-1001 |
| aty | ^ | MEBN | Sep 16 2022 20:29:13 | Jessica Lauria, White & Case LLP, 1221 Avenue of the America, New York,, NY 10020-1001 |
| aty | + | Email/Text: tlindsay@rcdlaw.net | Sep 16 2022 20:33:00 | Rayburn, Cooper & Durham, P.A., The Carillon, Suite 1200, 227 West Trade St., Charlotte, NC 28202-1672 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2022          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam C. Silverstein | |

on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation asilverstein@otterbourg.com, awilliams@otterbourg.com

Adam C. Silverstein

on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi District Litigation asilverstein@otterbourg.com, awilliams@otterbourg.com

Adam S. Ravin

on behalf of Interested Party Imerys Talc Canada Inc. adam.ravin@lw.com

Adam S. Ravin

on behalf of Interested Party Imerys Talc America  Inc. adam.ravin@lw.com

Adam S. Ravin

on behalf of Interested Party Imerys Talc Vermont  Inc. adam.ravin@lw.com

Alan I. Moldoff

on behalf of Creditor Committee Official Committee of Talc Claimants II amoldoff@shermansilverstein.com

Alan J. Brody

on behalf of Creditor Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International  Inc. brodya@gtlaw.com, NJLitDock@gtlaw.com

Alan J. Brody

on behalf of Creditor Bausch Health US  LLC f/k/a Valeant Pharmaceuticals North America LLC brodya@gtlaw.com, NJLitDock@gtlaw.com

Alan J. Brody

on behalf of Creditor Bausch Health Americas  Inc. f/k/a Valeant Pharmaceuticals International brodya@gtlaw.com, NJLitDock@gtlaw.com

Albert Togut

on behalf of Interested Party Roger Frankel  as Legal Representative for Future Personal Injury Claimants appointed in the Chapter 11 bankruptcy case of Cyprus Mines Corporation altogut@teamtogut.com, eozuna@teamtogut.com;seratner@teamtogut.com;dperson@teamtogut.com

Alexander Walker Cogbill

on behalf of Interested Party Scottsdale Insurance acogbill@zellelaw.com

Alexander Walker Cogbill

on behalf of Interested Party Nationwide Indemnity acogbill@zellelaw.com

Alexander Walker Cogbill

on behalf of Interested Party Employers Ins. of Wausau acogbill@zellelaw.com

Alexander Walker Cogbill

on behalf of Interested Party Employers Ins. Company of Wausau acogbill@zellelaw.com

Alexander Walker Cogbill

on behalf of Interested Party Employers Mutual Casualty Company acogbill@zellelaw.com

Allen Joseph Underwood, II

on behalf of Creditor DeSanto Canadian Class Action Plaintiffs aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com

Allen Joseph Underwood, II

on behalf of Attorney Lite DePalma Greenberg & Afandaor LLC aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com

Allen Joseph Underwood, II

on behalf of Creditor DiSanto Canadian Class Action Creditors aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com

Allison J. Arotsky

on behalf of Creditor PTI Union LLC aarotsky@moritthock.com

Allison J. Arotsky

on behalf of Creditor PTI Royston LLC aarotsky@moritthock.com

Allison J. Arotsky

on behalf of Creditor Broadview Investments LLC aarotsky@moritthock.com

Amanda Rush

on behalf of Plaintiff LTL Management LLC asrush@jonesday.com

Amanda Rush

on behalf of Debtor LTL Management LLC asrush@jonesday.com

Andreas Milliaressis

on behalf of Interested Party Hartford Accident and Indemnity Company adm@stevenslee.com

Andreas Milliaressis

| | |
|---|---|
| | on behalf of Interested Party First State Insurance Company adm@stevenslee.com |
| Andrew Ambruoso | |
| | on behalf of Interested Party Imerys Talc Canada Inc. andrew.ambruoso@lw.com  andrew-ambruoso-6817@ecf.pacerpro.com |
| Andrew Ambruoso | |
| | on behalf of Interested Party Imerys Talc America  Inc. andrew.ambruoso@lw.com, andrew-ambruoso-6817@ecf.pacerpro.com |
| Andrew Ambruoso | |
| | on behalf of Interested Party Imerys Talc Vermont  Inc. andrew.ambruoso@lw.com, andrew-ambruoso-6817@ecf.pacerpro.com |
| Andrew Craig | |
| | on behalf of Creditor Allstate Insurance Company acraig@windelsmarx.com |
| Andrew Golden | |
| | on behalf of Interested Party Cyprus Mines Corporation agolden@kasowitz.com |
| Andrew J. Kelly | |
| | on behalf of Interested Party Blue Cross Blue Shield of Massachusetts  Inc. akelly@kbtlaw.com, wsheridan@kbtlaw.com;tgraga@kbtlaw.com |
| Andrew S. Richmond | |
| | on behalf of Interested Party Williams Hart Boundas Easterby  LLP, on behalf of certain personal injury claimants (Williams Hart Plaintiffs) arichmond@pryorcashman.com |
| Andrew T. Frankel | |
| | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) afrankel@stblaw.com |
| Andy Frankel | |
| | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) afrankel@stblaw.com |
| Anthony Sodono, III | |
| | on behalf of Creditor Alishia Landrum  Committee Member asodono@msbnj.com |
| Anthony Sodono, III | |
| | on behalf of Creditor Dr. Rebecca Love asodono@msbnj.com |
| Arthur Abramowitz | |
| | on behalf of Interested Party Massey & Gail LLP aabramowitz@shermansilverstein.com jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com |
| Arthur Abramowitz | |
| | on behalf of Creditor Committee Official Committee of Talc Claimants II aabramowitz@shermansilverstein.com jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com |
| Arthur Abramowitz | |
| | on behalf of Attorney Sherman  Silverstein, Kohl, Rose & Podolsky, P.A. aabramowitz@shermansilverstein.com, jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com |
| Arthur Abramowitz | |
| | on behalf of Other Prof. FTI Consulting  Inc. aabramowitz@shermansilverstein.com, jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com |
| Arthur Abramowitz | |
| | on behalf of Interested Party Bailey & Glasser LLP aabramowitz@shermansilverstein.com jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com |
| Arthur Abramowitz | |
| | on behalf of Attorney Cooley LLP aabramowitz@shermansilverstein.com, jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com |
| Autumn D. Highsmith | |
| | on behalf of Interested Party State of Texas autumn.highsmith@oag.texas.gov |
| Bethany Theriot | |
| | on behalf of Creditor UNITED STATES OF AMERICA bethany.theriot@usdoj.gov |
| Bill Graham | |
| | on behalf of Attorney Wallace & Graham P.A. bgraham@wallacegraham.com |
| Brad B. Erens | |
| | on behalf of Debtor LTL Management LLC bberens@jonesday.com |
| Brad B. Erens | |
| | on behalf of Plaintiff LTL Management LLC bberens@jonesday.com |
| Brad Jeffrey Axelrod | |
| | on behalf of Debtor LTL Management LLC baxelrod@wmd-law.com |
| Brad Jeffrey Axelrod | |
| | on behalf of Plaintiff LTL Management LLC baxelrod@wmd-law.com |

Brett Kahn
on behalf of Spec. Counsel McCarter & English  LLP bkahn@mccarter.com

Brian J. McCormick, Jr.
on behalf of Interested Party Ross Feller Casey LLP bmccormick@rossfellercasey.com  earend@rossfellercasey.com

Brian R. Ade
on behalf of Interested Party Sentry Insurance Company brian.ade@rivkin.com

Brian W. Hofmeister
on behalf of Attorney Law Firm of Brian W. Hofmeister  of behalf of various claimants bwh@hofmeisterfirm.com,
j119@ecfcbis.com

C. Richard Rayburn, Jr.
on behalf of Plaintiff LTL Management LLC rrayburn@rcdlaw.net  jrobinson@rcdlaw.net

Caitlin K. Cahow
on behalf of Debtor LTL Management LLC ccahow@jonesday.com

Carolyn Lachman
on behalf of Creditor Pension Benefit Guaranty Corporation lachman.carolyn@pbgc.gov  efile@pbgc.gov

Cary Joshi
on behalf of Creditor Committee Official Committee of Talc Claimants II cjoshi@baileyglasser.com

Charles Michael Rubio
on behalf of Interested Party OnderLaw  LLC crubio@parkinslee.com, 7485062420@filings.docketbird.com

Charles Michael Rubio
on behalf of Creditor OnderLaw  LLC crubio@parkinslee.com, 7485062420@filings.docketbird.com

Chelsea Corey
on behalf of Interested Party Bestwall LLC ccorey@kslaw.com

Christopher K. Kiplok
on behalf of Interested Party Imerys SA kiplok@hugheshubbard.com

Christopher M. Placitella
on behalf of Interested Party Cohen  Placitella & Roth, P.C. cplacitella@cprlaw.com, cmcnelis@cprlaw.com

Christopher M. Placitella
on behalf of Unknown Role Type Daniel & Roger Edley cplacitella@cprlaw.com  cmcnelis@cprlaw.com

Christopher M. Placitella
on behalf of Attorney Christopher M. Placitella cplacitella@cprlaw.com  cmcnelis@cprlaw.com

Christopher M. Placitella
cplacitella@cprlaw.com  cmcnelis@cprlaw.com

Christopher Vincent Tisi
on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products
Marketing  Sales Practices and Products Liability Multi-District Litigation ctisis@levinlaw.com

Clay Thompson
on behalf of Creditor Katherine Tollefson cthompson@mrhfmlaw.com

Clay Thompson
on behalf of Interested Party Maune Raichle Hartley French & Mudd  LLC cthompson@mrhfmlaw.com

Clay Thompson
on behalf of Creditor Jan Deborah Michelson-Boyle cthompson@mrhfmlaw.com

Clinton E. Cameron
on behalf of Interested Party The Continental Insurance Company Clinton.Cameron@clydeco.us

Cole Hayes
on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales
Practices and Products Liability Multi District Litigation cole@colehayeslaw.com

Cole Hayes
on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products
Marketing  Sales Practices and Products Liability Multi-District Litigation cole@colehayeslaw.com

Colin R. Robinson
on behalf of Interested Party Arnold & Itkin LLP crobinson@pszjlaw.com

Colin R. Robinson
on behalf of Creditor Arnold & Itkin LLP crobinson@pszjlaw.com

Daniel Lapinski
on behalf of Interested Party Motley Rice LLC dlapinski@motleyrice.com

Daniel Stolz

on behalf of Interested Party Bailey & Glasser LLP dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz

on behalf of Spec. Counsel Massey & Gail LLP dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz

on behalf of Attorney Genova Burns LLC dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz

on behalf of Spec. Counsel Parkins Lee & Rubio LLP dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz

on behalf of Creditor Committee Official Committee of Talc Claimants dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz

on behalf of Spec. Counsel Gilbert  LLP dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz

on behalf of Interested Party Otterbourg P.C dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz

on behalf of Creditor Proposed Local Counsel to Official Committee of Talc Claimants for LTL Management  LLC
dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz

on behalf of Other Prof. Houlihan Lokey Capital  Inc. dstolz@genovaburns.com,
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz

on behalf of Interested Party Brown Rudnick LLP dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz

on behalf of Creditor Committee Official Committee of Talc Claimants I dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz

on behalf of Spec. Counsel MoloLamken LLP dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz

on behalf of Creditor Committee Committee of Talc Claimants dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz

on behalf of Consultant The Brattle Group  Inc. dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz

on behalf of Interested Party Committee of Talc Claimants dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz

on behalf of Spec. Counsel Miller Thomson LLP dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz

on behalf of Other Prof. FTI Consulting  Inc. dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz

on behalf of Interested Party Talc Claimants dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz

on behalf of Spec. Counsel Anderson Kill PC dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel B. Prieto

on behalf of Debtor LTL Management LLC dbprieto@jonesday.com

Daniel B. Prieto

on behalf of Plaintiff LTL Management LLC dbprieto@jonesday.com

Daniel H. Charest

on behalf of Creditor Julia Lathrop dcharest@burnscharest.com  manderson@burnscharest.com;mkweik@burnscharest.com

Daniel H. Charest

on behalf of Creditor Daniel Mercer dcharest@burnscharest.com  manderson@burnscharest.com;mkweik@burnscharest.com

Daniel H. Charest

on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products
Marketing  Sales Practices and Products Liability Multi-District Litigation dcharest@burnscharest.com,
manderson@burnscharest.com;mkweik@burnscharest.com

District/off: 0312-3

Date Rcvd: Sep 16, 2022

User: admin

Form ID: pdf903

Page 6 of 17

Total Noticed: 4

Daniel Robert Lapinski
on behalf of Interested Party Motley Rice LLC dlapinski@motleyrice.com  hfonseca@motleyrice.com,kdotson@motleyrice.com

Danielle Spinelli
on behalf of Interested Party Three Crowns Insurance Company Danielle.Spinelli@wilmerhale.com

Danielle Spinelli
on behalf of Interested Party Rio Tinto America Inc. Danielle.Spinelli@wilmerhale.com

Darren McDowell
on behalf of Interested Party Fears Nachawati PLLC dmcdowell@fnlawfirm.com
mn@fnlawfirm.com;jwoodman@essexrichards.com;cbritton@fnlawfirm.com

David Chandler
on behalf of Interested Party Karst & von Oiste LLP dac@karstvonoiste.com  akk@karstvonoiste.com

David Christian
on behalf of Creditor The Continental Insurance Company dchristian@davodcjrostoamattprmeus.com

David Christian
on behalf of Interested Party The Continental Insurance Company dchristian@davodcjrostoamattprmeus.com

David Rosner
on behalf of Interested Party Cyprus Mines Corporation drosner@kasowitz.com  courtnotices@kasowitz.com

David J. Molton
on behalf of Creditor Committee Official Committee of Talc Claimants dmolton@brownrudnick.com
hcohen@brownrudnick.com

David J. Molton
on behalf of Creditor Committee Committee of Talc Claimants dmolton@brownrudnick.com  hcohen@brownrudnick.com

Dennis Geier
on behalf of Interested Party Cohen  Placitella & Roth, P.C. dgeier@cprlaw.com, cmcnelis@cprlaw.com

Denyse F. Clancy
on behalf of Creditor Various Claimants dclancy@kazanlaw.com

Denyse F. Clancy
on behalf of Interested Party Kazan  McClain, Satterley & Greenwood, PLC dclancy@kazanlaw.com

Derek J. Baker
on behalf of Interested Party Cyprus Mines Corporation dbaker@reedsmith.com

Donald W Clarke
on behalf of Interested Party Parkins Lee & Rubio LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donald W Clarke
on behalf of Attorney Genova Burns LLC dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donald W Clarke
on behalf of Interested Party Bailey & Glasser LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donald W Clarke
on behalf of Interested Party Otterbourg P.C dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donald W Clarke
on behalf of Other Prof. Houlihan Lokey Capital  Inc. dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com

Donald W Clarke
on behalf of Other Prof. FTI Consulting  Inc. dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com

Donald W Clarke
on behalf of Spec. Counsel Parkins Lee & Rubio LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donald W Clarke
on behalf of Consultant The Brattle Group  Inc. dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com

Donald W Clarke
on behalf of Creditor Proposed Local Counsel to Official Committee of Talc Claimants for LTL Management  LLC
dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com

Donald W Clarke
on behalf of Creditor Committee Committee of Talc Claimants dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donald W Clarke
on behalf of Spec. Counsel MoloLamken LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donald W Clarke
on behalf of Interested Party Talc Claimants dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donald W Clarke
on behalf of Creditor Committee Official Committee of Talc Claimants dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donald W Clarke
on behalf of Interested Party Brown Rudnick LLP dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
on behalf of Spec. Counsel Massey & Gail LLP dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
on behalf of Spec. Counsel Anderson Kill PC dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
on behalf of Spec. Counsel Miller Thomson LLP dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
on behalf of Spec. Counsel Gilbert  LLP dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com

Donald W Clarke
on behalf of Interested Party Committee of Talc Claimants dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
on behalf of Creditor Committee Official Committee of Talc Claimants I dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
on behalf of Interested Party Massey & Gail LLP dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

E. Richard Dressel
on behalf of Creditor Evan Plotkin rdressel@lexnovalaw.com

E. Richard Dressel
on behalf of Creditor Giovanni Sosa rdressel@lexnovalaw.com

E. Richard Dressel
on behalf of Interested Party Dean Omar Branham Shirley  LLP rdressel@lexnovalaw.com

E. Richard Dressel
on behalf of Attorney Cooney & Conway rdressel@lexnovalaw.com

Eamonn O'Hagan
on behalf of Creditor UNITED STATES OF AMERICA eamonn.ohagan@usdoj.gov

Eileen McCabe
on behalf of Interested Party Starr Indemnity & Liability Company eileen.mccabe@mendes.com

Eileen McCabe
on behalf of Interested Party Lexington Insurance Company eileen.mccabe@mendes.com

Eileen McCabe
on behalf of Interested Party ASR Schadeverzekering N.V. eileen.mccabe@mendes.com

Eileen McCabe
on behalf of Interested Party The North River Insurance Company eileen.mccabe@mendes.com

Eileen McCabe
on behalf of Interested Party AIG Property Casualty Company eileen.mccabe@mendes.com

Eileen McCabe
on behalf of Interested Party AIG Europe S.A. eileen.mccabe@mendes.com

Eileen McCabe
on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd eileen.mccabe@mendes.com

Eileen McCabe
on behalf of Interested Party The Insurance Company of the State of Pennsylvania eileen.mccabe@mendes.com

Eileen McCabe
on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA eileen.mccabe@mendes.com

Eileen McCabe
on behalf of Interested Party AIU Insurance Company eileen.mccabe@mendes.com

Eileen McCabe
on behalf of Interested Party RheinLand Versicherungen eileen.mccabe@mendes.com

Eileen McCabe
on behalf of Interested Party Atlanta International Insurance Company eileen.mccabe@mendes.com

Eileen McCabe
on behalf of Interested Party Granite State Insurance Company eileen.mccabe@mendes.com

Eileen McCabe
on behalf of Interested Party New Hampshire Insurance Company eileen.mccabe@mendes.com

Emil A. Kleinhaus
on behalf of Interested Party Cyprus Amax Minerals Company EAKleinhaus@WLRK.com

Erica Villanueva

on behalf of Interested Party Three Crowns Insurance Company EVillanueva@fbm.com

Erica Villanueva

on behalf of Interested Party Rio Tinto America Inc. EVillanueva@fbm.com

Ericka Fredricks Johnson

on behalf of Interested Party Ad Hoc Committee of States Holding Consumer Protection Claims ErJohnson@wcsr.com
Heidi.sasso@wbd-us.com;liz.thomas@wbd-us.com;lisa.tancredi@wbd-us.com

Evan Lazerowitz

on behalf of Creditor Committee Official Committee of Talc Claimants II elazerowitz@cooley.com
efiling-notice@ecf.pacerpro.com;jbrown@cooley.com;mklein@cooley.com;rkanowitz@cooley.com

Geoffrey S Brounell

on behalf of Unknown Role Type Reuters News & Media  Inc. geoffreybrounell@dwt.com

Gregory Plotko

on behalf of Interested Party Century Indemnity Company gplotko@crowell.com
mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko

on behalf of Interested Party Pacific Employers Insurance Company gplotko@crowell.com
mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko

on behalf of Interested Party Westchester Fire Insurance Company gplotko@crowell.com
mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko

on behalf of Interested Party Firemans Fund Insurance Company gplotko@crowell.com
mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko

on behalf of Interested Party Federal Insurance Company gplotko@crowell.com
mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko

on behalf of Interested Party Great Northern Insurance Company gplotko@crowell.com
mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko

on behalf of Interested Party ACE Property and Casualty Insurance Company gplotko@crowell.com
mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko

on behalf of Interested Party Allianz Global Risk US Insurance Company gplotko@crowell.com
mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko

on behalf of Interested Party Central National Insurance Company of Omaha gplotko@crowell.com
mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory M. Gordon

on behalf of Debtor LTL Management LLC gmgordon@jonesday.com

Gregory M. Gordon

on behalf of Plaintiff LTL Management LLC gmgordon@jonesday.com

Heather Elizabeth Simpson

on behalf of Interested Party Everest Reinsurance Company heather.simpson@kennedyscmk.com

Heather Elizabeth Simpson

on behalf of Interested Party TIG Insurance Company heather.simpson@kennedyscmk.com

Isley M. Gostin

on behalf of Interested Party Three Crowns Insurance Company Isley.Gostin@wilmerhale.com

Isley M. Gostin

on behalf of Interested Party Rio Tinto America Inc. Isley.Gostin@wilmerhale.com

James E. Cecchi

on behalf of Defendant San Diego County Employees Retirement Association  Individually and on Behalf of All Others Similarly
Situated jcecchi@carellabyrne.com

James Francis Green

on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products
Marketing  Sales Practices and Products Liability Multi-District Litigation jgreen@ashcraftlaw.com,
tnguyen@ashcraftlaw.com;nparfitt@ashcraftlaw.com;plyons@ashcraft.com;twaters@ashcraftlaw.com

James M. Jones

on behalf of Debtor LTL Management LLC jmjones@jonesday.com

James N. Lawlor

on behalf of Spec. Counsel Patterson Belknap Webb & Tyler LLP jlawlor@wmd-law.com

James N. Lawlor

on behalf of Plaintiff LTL Management LLC jlawlor@wmd-law.com

James N. Lawlor

on behalf of Debtor LTL Management LLC jlawlor@wmd-law.com

Janet A. Shapiro

on behalf of Interested Party Employers Mutual Casualty Company jshapiro@shapirolawfirm.com

Janet A. Shapiro

on behalf of Interested Party Scottsdale Insurance jshapiro@shapirolawfirm.com

Janet A. Shapiro

on behalf of Interested Party Employers Ins. of Wausau jshapiro@shapirolawfirm.com

Janet A. Shapiro

on behalf of Interested Party Nationwide Indemnity jshapiro@shapirolawfirm.com

Janet A. Shapiro

on behalf of Interested Party Employers Ins Co of Wausau jshapiro@shapirolawfirm.com

Janet A. Shapiro

on behalf of Interested Party Employers Ins. Company of Wausau jshapiro@shapirolawfirm.com

Jason D Angelo

on behalf of Interested Party Cyprus Mines Corporation jangelo@reedsmith.com

Jeffrey A. Cooper

on behalf of Creditor Baker Canadian Class Action Creditors jcooper@rltlawfirm.com
cooperatty@aol.com;rgaydos@rltlawfirm.com

Jeffrey M. Sponder

on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov

Jeffrey M. Sponder

on behalf of U.S. Trustee United States Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov

Jeffrey M. Traurig

on behalf of Other Prof. Robert J. Keach jtraurig@trauriglaw.com

Jeffrey M. Traurig

on behalf of Examiner Robert J Keach jtraurig@trauriglaw.com

Jeffrey M. Traurig

on behalf of Attorney Bernstein Shur Sawyer & Nelson  P.A. jtraurig@trauriglaw.com

Jeffrey M. Traurig

on behalf of Attorney Traurig Law LLC jtraurig@trauriglaw.com

Jennifer S. Feeney

on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products
Marketing  Sales Practices and Products Liability Multi-District Litigation jfeeney@otterbourg.com

Jerome Howard Block

on behalf of Creditor Paul Crouch jblock@levylaw.com

Jerome Howard Block

on behalf of Interested Party Levy Konigsberg LLP jblock@levylaw.com

Jerome Howard Block

on behalf of Interested Party Talc Claimants jblock@levylaw.com

Joel Rhine

on behalf of Interested Party Clients of Clifford Law Offices  P.C., and Taft Stettinius & Hollister, LLP slc@rhinelawfirm.com

John Bougiamas

on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales
Practices and Products Liability Multi District Litigation jbougiamas@otterbourg.com,
ryan@otterbourg.com;jfeeney@otterbourg.com;mmaizel@otterbourg.com;jhildebrandt@otterbourg.com

John Bougiamas

on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products
Marketing  Sales Practices and Products Liability Multi-District Litigation jbougiamas@otterbourg.com,
ryan@otterbourg.com;jfeeney@otterbourg.com;mmaizel@otterbourg.com;jhildebrandt@otterbourg.com

John Maloney

on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)
jmaloney@lawgmm.com

John A. Baden, IV

District/off: 0312-3                                    User: admin                                    Page 10 of 17
Date Rcvd: Sep 16, 2022                            Form ID: pdf903                            Total Noticed: 4

                                on behalf of Interested Party Motley Rice LLC jbaden@motleyrice.com

John A. Baden, IV

                                on behalf of Other Prof. Epiq Corporate Restructuring  LLC jbaden@motleyrice.com

John A. Bougiamas

                                on behalf of Interested Party Committee of Talc Claimants jbougiamas@oshr.com
                                jfeeney@otterbourg.com;awilliams@otterbourg.com;mpantzer@otterbourg.com

John C. Woodman

                                on behalf of Attorney John C. Woodman jwoodman@essexrichards.com
                                DDiMatteo@essexrichards.com;SMarak@essexrichards.com

John D. Green

                                on behalf of Interested Party Rio Tinto America Inc. JGreen@fbm.com

John D. Green

                                on behalf of Interested Party Three Crowns Insurance Company JGreen@fbm.com

John F. Bracaglia, Jr.

                                on behalf of Creditor Jeanne Stephenson brokaw@centraljerseylaw.com

John M. August

                                on behalf of Creditor Vincent Hill jaugust@saiber.com  rtucker@saiber.com

John M. August

                                on behalf of Creditor Certain Mesothelioma Claimants Represented by Kazan McClain Satterley & Greenwood
                                jaugust@saiber.com  rtucker@saiber.com

John M. August

                                on behalf of Creditor Anthony Hernandez Valadez jaugust@saiber.com  rtucker@saiber.com

John M. August

                                on behalf of Creditor Kristie Lynn Doyle jaugust@saiber.com  rtucker@saiber.com

John M. August

                                on behalf of Creditor Audra Johnson jaugust@saiber.com  rtucker@saiber.com

John R. Miller, Jr.

                                on behalf of Debtor LTL Management LLC jmiller@rcdlaw.net

John R. Miller, Jr.

                                on behalf of Plaintiff LTL Management LLC jmiller@rcdlaw.net

John Zachary Balasko

                                on behalf of Creditor UNITED STATES OF AMERICA john.z.balasko@usdoj.gov

Jonathan I. Rabinowitz

                                on behalf of Attorney J. Maria Glover jrabinowitz@rltlawfirm.com  jcoleman@rltlawfirm.com

Jonathan S Massey

                                on behalf of Interested Party Massey & Gail LLP jloper@masseygail.com

Joseph Satterley

                                on behalf of Creditor Audra Johnson jsatterley@kazanlaw.com

Joseph Satterley

                                on behalf of Creditor Anthony Hernandez Valadez jsatterley@kazanlaw.com

Joseph Satterley

                                on behalf of Creditor Kristie Lynn Doyle jsatterley@kazanlaw.com

Joseph Satterley

                                on behalf of Interested Party Kazan  McClain, Satterley & Greenwood, PLC jsatterley@kazanlaw.com

Joseph A. Caneco

                                on behalf of Interested Party Sequoia Ventures  Inc. jcaneco@foxrothschild.com

Joseph A. Caneco

                                on behalf of Interested Party Bechtel Corporation jcaneco@foxrothschild.com

Joseph F. Rice

                                on behalf of Interested Party Motley Rice LLC jrice@motleyrice.com

Joseph Francis Pacelli

                                on behalf of Debtor LTL Management LLC jpacelli@wmd-law.com

Joseph Francis Pacelli

                                on behalf of Plaintiff LTL Management LLC jpacelli@wmd-law.com

Joseph J. DiPasquale

                                on behalf of Interested Party Sequoia Ventures  Inc. Jdipasquale@foxrothschild.com,
                                cbrown@foxrothschild.com;msteen@foxrothschild.com

District/off: 0312-3                                    User: admin                                    Page 11 of 17
Date Rcvd: Sep 16, 2022                                Form ID: pdf903                                Total Noticed: 4

Joseph J. DiPasquale
on behalf of Interested Party Bechtel Corporation Jdipasquale@foxrothschild.com
cbrown@foxrothschild.com;msteen@foxrothschild.com

Judy D. Thompson
on behalf of Interested Party Barnes Law Group  LLC jdt@jdthompsonlaw.com, sxb@jdthompsonlaw.com

Katherine Scherling
on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA katherine.scherling@katten.com

Katherine Scherling
on behalf of Interested Party AIG Europe S.A. katherine.scherling@katten.com

Katherine Scherling
on behalf of Interested Party RheinLand Versicherungen katherine.scherling@katten.com

Katherine Scherling
on behalf of Interested Party ASR Schadeverzekering N.V. katherine.scherling@katten.com

Katherine Scherling
on behalf of Interested Party AIU Insurance Company katherine.scherling@katten.com

Katherine Scherling
on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd katherine.scherling@katten.com

Katherine Scherling
on behalf of Interested Party Lexington Insurance Company katherine.scherling@katten.com

Katherine Scherling
on behalf of Interested Party The North River Insurance Company katherine.scherling@katten.com

Katherine Scherling
on behalf of Interested Party AIG Property Casualty Company katherine.scherling@katten.com

Katherine Scherling
on behalf of Interested Party Atlanta International Insurance Company katherine.scherling@katten.com

Katherine Scherling
on behalf of Interested Party Granite State Insurance Company katherine.scherling@katten.com

Katherine Scherling
on behalf of Interested Party New Hampshire Insurance Company katherine.scherling@katten.com

Katherine Scherling
on behalf of Interested Party The Insurance Company of the State of Pennsylvania katherine.scherling@katten.com

Katherine Scherling
on behalf of Interested Party Starr Indemnity & Liability Company katherine.scherling@katten.com

Kathleen A Frazier
on behalf of Debtor LTL Management LLC kfrazier@shb.com

Kelly D. Curtin
on behalf of Interested Party Metals & Minerals Insurance Company Pte. Ltd. kdcurtin@pbnlaw.com
mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com

Kelly D. Curtin
on behalf of Interested Party Rio Tinto America Inc. kdcurtin@pbnlaw.com
mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com

Kelly D. Curtin
on behalf of Interested Party Rio Tinto America Holdings Inc. kdcurtin@pbnlaw.com
mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com

Kelly D. Curtin
on behalf of Interested Party Rio Tinto Services Inc. kdcurtin@pbnlaw.com
mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com

Kelly D. Curtin
on behalf of Interested Party Three Crowns Insurance Company kdcurtin@pbnlaw.com
mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com

Kelsey Panizzolo
on behalf of Interested Party ASR Schadeverzekering N.V. kelsey.panizzolo@katten.com  courtalertclt@katten.com

Kelsey Panizzolo
on behalf of Interested Party Atlanta International Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com

Kelsey Panizzolo
on behalf of Interested Party AIG Europe S.A. kelsey.panizzolo@katten.com  courtalertclt@katten.com

Kelsey Panizzolo
on behalf of Interested Party AIG Property Casualty Company kelsey.panizzolo@katten.com  courtalertclt@katten.com

District/off: 0312-3                          User: admin                          Page 12 of 17
Date Rcvd: Sep 16, 2022                       Form ID: pdf903                       Total Noticed: 4

Kelsey Panizzolo
                    on behalf of Interested Party Starr Indemnity & Liability Company kelsey.panizzolo@katten.com  courtalertclt@katten.com

Kelsey Panizzolo
                    on behalf of Interested Party The North River Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com

Kelsey Panizzolo
                    on behalf of Interested Party The Insurance Company of the State of Pennsylvania kelsey.panizzolo@katten.com
                    courtalertclt@katten.com

Kelsey Panizzolo
                    on behalf of Interested Party Granite State Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com

Kelsey Panizzolo
                    on behalf of Interested Party New Hampshire Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com

Kelsey Panizzolo
                    on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd kelsey.panizzolo@katten.com
                    courtalertclt@katten.com

Kelsey Panizzolo
                    on behalf of Interested Party RheinLand Versicherungen kelsey.panizzolo@katten.com  courtalertclt@katten.com

Kelsey Panizzolo
                    on behalf of Interested Party Lexington Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com

Kelsey Panizzolo
                    on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA kelsey.panizzolo@katten.com
                    courtalertclt@katten.com

Kelsey Panizzolo
                    on behalf of Interested Party AIU Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com

Kenneth A. Rosen
                    on behalf of Interested Party Johnson & Johnson krosen@lowenstein.com  dclaussen@lowenstein.com

Kenneth A. Rosen
                    on behalf of Interested Party Johnson & Johnson and Johnson & Johnson Consumer Inc. krosen@lowenstein.com
                    dclaussen@lowenstein.com

Konrad Krebs
                    on behalf of Interested Party The Continental Insurance Company konrad.krebs@clydeco.us

Kristen R. Fournier
                    on behalf of Debtor LTL Management LLC kfournier@kslaw.com

Laila Masud
                    on behalf of Interested Party Talc Claimants lmasud@marshackhays.com

Laura Davis Jones
                    on behalf of Creditor Arnold & Itkin LLP ljones@pszjlaw.com

Lauren Bielskie
                    on behalf of U.S. Trustee United States Trustee lauren.bielskie@usdoj.gov

Lauren Bielskie
                    on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Lenard Parkins
                    on behalf of Creditor OnderLaw  LLC lparkins@parkinslee.com

Leslie Carol Heilman
                    on behalf of Creditor Albertsons Companies  Inc. heilmanl@ballardspahr.com, carbonej@ballardspahr.com

Liza M. Walsh
                    on behalf of Other Prof. Randi S. Ellis lwalsh@walsh.law  btroyan@walsh.law;sfalanga@walsh.law;mfalk@walsh.law

Louis A. Modugno
                    on behalf of Interested Party The North River Insurance Company lmodugno@tm-firm.com

Louis A. Modugno
                    on behalf of Interested Party Atlanta International Insurance Company lmodugno@tm-firm.com

Louis A. Modugno
                    on behalf of Interested Party AIG Europe S.A. lmodugno@tm-firm.com

Louis A. Modugno
                    on behalf of Interested Party Granite State Insurance Company lmodugno@tm-firm.com

Louis A. Modugno
                    on behalf of Interested Party New Hampshire Insurance Company lmodugno@tm-firm.com

Louis A. Modugno

Louis A. Modugno
 on behalf of Interested Party AIG Property Casualty Company lmodugno@tm-firm.com

Louis A. Modugno
 on behalf of Interested Party ASR Schadeverzekering N.V. lmodugno@tm-firm.com

Louis A. Modugno
 on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA lmodugno@tm-firm.com

Louis A. Modugno
 on behalf of Interested Party RheinLand Versicherungen lmodugno@tm-firm.com

Louis A. Modugno
 on behalf of Interested Party Lexington Insurance Company lmodugno@tm-firm.com

Louis A. Modugno
 on behalf of Interested Party Starr Indemnity & Liability Company lmodugno@tm-firm.com

Louis A. Modugno
 on behalf of Interested Party The Insurance Company of the State of Pennsylvania lmodugno@tm-firm.com

Louis A. Modugno
 on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd lmodugno@tm-firm.com

Louis A. Modugno
 on behalf of Interested Party AIU Insurance Company lmodugno@tm-firm.com

Louis A. Modugno
 on behalf of Interested Party Objecting Insurers lmodugno@tm-firm.com

Lyndon Mitchell Tretter
 on behalf of Plaintiff LTL Management LLC ltretter@wmd-law.com

Lyndon Mitchell Tretter
 on behalf of Debtor LTL Management LLC ltretter@wmd-law.com

Marc E. Wolin
 on behalf of Creditor Kristie Lynn Doyle mwolin@saiber.com  ccarfagno@saiber.com

Mark Falk
 on behalf of Other Prof. Randi S. Ellis mfalk@walsh.law

Mark Falk
 on behalf of Attorney Walsh Pizzi O'Reilly Falanga LLP mfalk@walsh.law

Mark P. Robinson, Jr
 on behalf of Interested Party Talc Claimants mrobinson@robinsonfirm.com

Mark W. Rasmussen
 on behalf of Debtor LTL Management LLC mrasmussen@jonesday.com

Mary E. Seymour
 on behalf of Interested Party Johnson & Johnson and Johnson & Johnson Consumer Inc. mseymour@lowenstein.com
 jkimble@lowenstein.com

Matthew I. W. Baker
 on behalf of Creditor Proposed Local Counsel to Official Committee of Talc Claimants for LTL Management  LLC
 mbaker@genovaburns.com

Matthew L Tomsic
 on behalf of Plaintiff LTL Management LLC mtomsic@rcdlaw.net

Matthew L Tomsic
 on behalf of Debtor LTL Management LLC mtomsic@rcdlaw.net

Melanie J. Garner
 on behalf of Creditor Martin Baughman PLLC Claimants melanie@garnerltd.com

Melanie J. Garner
 on behalf of Creditor Waters & Kraus LLP Claimants melanie@garnerltd.com

Melanie Louise Cyganowski
 on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales
 Practices and Products Liability Multi District Litigation mcyganowski@otterbourg.com, awilliams@otterbourg.com

Melanie Louise Cyganowski
 on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products
 Marketing  Sales Practices and Products Liability Multi-District Litigation mcyganowski@otterbourg.com,
 awilliams@otterbourg.com

Michael Hutchins
 on behalf of Interested Party Cyprus Mines Corporation mhutchins@kasowitz.com  courtnotices@kasowitz.com

Michael E. Collins

on behalf of Interested Party Westchester Fire Insurance Company mcollins@manierherod.com

Michael H. Torkin

on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) michael.torkin@stblaw.com

Michael L. Tuchin

on behalf of Interested Party Aylstock  Witkin, Kreis & Overholtz, PLLC mtuchin@ktbslaw.com

Michelle A. Parfitt

on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation mparfitt@ashcraftlaw.com

Mitchell Malzberg

on behalf of Interested Party Talc Claimants mmalzberg@mjmalzberglaw.com  dlapham@mjmalzberglaw.com

Mitchell Malzberg

on behalf of Creditor Various Claimants mmalzberg@mjmalzberglaw.com  dlapham@mjmalzberglaw.com

Nabil Majed Nachawati, II

on behalf of Interested Party Fears Nachawati PLLC MN@fnlawfirm.com

Nancy Isaacson

on behalf of Interested Party Motley Rice LLC nisaacson@greenbaumlaw.com

Nathan David Finch

on behalf of Interested Party Motley Rice LLC nfinch@motleyrice.com

Nir Maoz

on behalf of Interested Party Aylstock  Witkin, Kreis & Overholtz, PLLC nmaoz@ktbslaw.com

P. Leigh O'Dell

on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi District Litigation leigh.odell@beasleyallen.com

Patricia M. Kipnis

on behalf of Interested Party Committee of Talc Claimants pkipnis@baileyglasser.com  mchapman@baileyglasser.com

Paul E. Heath

on behalf of Interested Party Cyprus Amax Minerals Company pheath@velaw.com

Paul J. Winterhalter

on behalf of Interested Party Aylstock  Witkin, Kreis & Overholtz, PLLC pwinterhalter@offitkurman.com, rbarnhart@offitkurman.com

Paul M. Singer

on behalf of Interested Party Cyprus Mines Corporation psinger@reedsmith.com

Paul R. DeFilippo

on behalf of Spec. Counsel Orrick  Herrington & Sutcliffe LLP pdefilippo@wmd-law.com

Paul R. DeFilippo

on behalf of Spec. Counsel King & Spalding  LLP pdefilippo@wmd-law.com

Paul R. DeFilippo

on behalf of Spec. Counsel Skadden  Arps, Slate, Meagher & Flom LLP pdefilippo@wmd-law.com

Paul R. DeFilippo

on behalf of Spec. Counsel Patterson Belknap Webb & Tyler LLP pdefilippo@wmd-law.com

Paul R. DeFilippo

on behalf of Spec. Counsel McCarter & English  LLP pdefilippo@wmd-law.com

Paul R. DeFilippo

on behalf of Debtor LTL Management LLC pdefilippo@wmd-law.com

Paul R. DeFilippo

on behalf of Other Prof. Bates White  LLC pdefilippo@wmd-law.com

Paul R. DeFilippo

on behalf of Spec. Counsel Blake  Cassels & Graydon LLP pdefilippo@wmd-law.com

Paul R. DeFilippo

on behalf of Attorney Rayburn Cooper & Durham  P.A pdefilippo@wmd-law.com

Paul R. DeFilippo

on behalf of Attorney Jones Day pdefilippo@wmd-law.com

Paul R. DeFilippo

on behalf of Spec. Counsel Shook  Hardy & Bacon L.L.P. pdefilippo@wmd-law.com

Paul R. DeFilippo

on behalf of Other Prof. AlixPartners  LLP pdefilippo@wmd-law.com

Paul R. DeFilippo
on behalf of Attorney Wollmuth Maher & Deutsch LLP pdefilippo@wmd-law.com

Paul R. DeFilippo
on behalf of Plaintiff LTL Management LLC pdefilippo@wmd-law.com

Paul R. DeFilippo
on behalf of Spec. Counsel Weil  Gotshal, & Manges, LLP pdefilippo@wmd-law.com

Rachel Ginzburg
on behalf of Unknown Role Type The Amici Professors rginzburg@herrick.com

Rachel R Obaldo
on behalf of Interested Party State of Texas bk-robaldo@texasattorneygeneral.gov

Rashad Blossom
on behalf of Interested Party Joseph McGovern rblossom@blossomlaw.com
pogando@blossomlaw.com;R41929@notify.bestcase.com;ecfnotices2018@gmail.com

Rashad Blossom
on behalf of Attorney Christopher M. Placitella rblossom@blossomlaw.com
pogando@blossomlaw.com;R41929@notify.bestcase.com;ecfnotices2018@gmail.com

Richard A. Schneider
on behalf of Interested Party Bestwall LLC dschneider@kslaw.com

Richard Moss Golomb
on behalf of Interested Party Golomb Spirt Grunfeld rgolomb@golomblegal.com

Richard Moss Golomb
on behalf of Creditor Brandi Carl rgolomb@golomblegal.com

Robert Malone
on behalf of Defendant State of Mississippi  ex rel. Jim Hood, Attorney General rmalone@gibbonslaw.com,
nmitchell@gibbonslaw.com

Robert Malone
on behalf of Defendant State of New Mexico  ex rel. Hector H. Balderas, Attorney General rmalone@gibbonslaw.com,
nmitchell@gibbonslaw.com

Robert Novick
on behalf of Interested Party Cyprus Mines Corporation rnovick@kasowitz.com

Robert J. Keach
rkeach@bernsteinshur.com
astewart@bernsteinshur.com;kquirk@bernsteinshur.com;acummings@bernsteinshur.com;cmastrogiorgio@bernsteinshur.com

Robert J. Pfister
on behalf of Interested Party Aylstock  Witkin, Kreis & Overholtz, PLLC rpfister@ktbslaw.com

Robert W. Hamilton
on behalf of Debtor LTL Management LLC rwhamilton@jonesday.com

Robert William Miller
on behalf of Interested Party Westchester Fire Insurance Company RMiller@ManierHerod.com

Robin Rabinowitz
on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)
rrabinowitz@lawgmm.com

Rochelle Guiton
on behalf of Creditor Aleathea Goodins rochelle@dmillerlaw.com

Ross J. Switkes
on behalf of Other Prof. FTI Consulting  Inc. rswitkes@shermansilverstein.com

Ross J. Switkes
on behalf of Creditor Committee Official Committee of Talc Claimants II rswitkes@shermansilverstein.com

Ross J. Switkes
on behalf of Attorney Sherman  Silverstein, Kohl, Rose & Podolsky, P.A. rswitkes@shermansilverstein.com

Ross J. Switkes
on behalf of Attorney Cooley LLP rswitkes@shermansilverstein.com

Samuel M. Kidder
on behalf of Interested Party Aylstock  Witkin, Kreis & Overholtz, PLLC skidder@ktbslaw.com

Sandy Qusba
on behalf of Creditor Bausch Health Americas  Inc. f/k/a Valeant Pharmaceuticals International squsba@stblaw.com

Sandy Qusba
on behalf of Creditor Bausch Health US  LLC f/k/a Valeant Pharmaceuticals North America LLC squsba@stblaw.com

Sandy Qusba

on behalf of Creditor Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International  Inc. squsba@stblaw.com

Sarah Meiman

on behalf of Creditor Pension Benefit Guaranty Corporation meiman.sarah@pbgc.gov

Sari Blair Placona

on behalf of Creditor Alishia Landrum  Committee Member splacona@msbnj.com

Seth H. Lieberman

on behalf of Interested Party Williams Hart Boundas Easterby  LLP, on behalf of certain personal injury claimants (Williams Hart Plaintiffs) slieberman@pryorcashman.com

Sid Garabato

on behalf of Other Prof. Epiq Corporate Restructuring  LLC sgarabato@epiqglobal.com, rjacobs@ecf.epiqsystems.com

Simon J. Torres

on behalf of Creditor Pension Benefit Guaranty Corporation torres.simon@pbgc.gov  efile@pbgc.gov

Sommer Leigh Ross

on behalf of Interested Party ASR Schadeverzekering N.V. slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sommer Leigh Ross

on behalf of Interested Party Granite State Insurance Company slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sommer Leigh Ross

on behalf of Creditor Republic Indemnity Company of America slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sommer Leigh Ross

on behalf of Interested Party AIG Property Casualty Company slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sommer Leigh Ross

on behalf of Interested Party AIG Europe S.A. slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sommer Leigh Ross

on behalf of Interested Party RheinLand Versicherungen slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sommer Leigh Ross

on behalf of Interested Party Atlanta International Insurance Company slross@duanemorris.com AutoDocketWILM@duanemorris.com

Sommer Leigh Ross

on behalf of Interested Party Objecting Insurers slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sommer Leigh Ross

on behalf of Interested Party Starr Indemnity & Liability Company slross@duanemorris.com AutoDocketWILM@duanemorris.com

Sommer Leigh Ross

on behalf of Interested Party New Hampshire Insurance Company slross@duanemorris.com AutoDocketWILM@duanemorris.com

Sommer Leigh Ross

on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA slross@duanemorris.com AutoDocketWILM@duanemorris.com

Sommer Leigh Ross

on behalf of Interested Party Lexington Insurance Company slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sommer Leigh Ross

on behalf of Interested Party The Insurance Company of the State of Pennsylvania slross@duanemorris.com AutoDocketWILM@duanemorris.com

Sommer Leigh Ross

on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd slross@duanemorris.com AutoDocketWILM@duanemorris.com

Sommer Leigh Ross

on behalf of Interested Party The North River Insurance Company slross@duanemorris.com AutoDocketWILM@duanemorris.com

Sommer Leigh Ross

on behalf of Interested Party AIU Insurance Company slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Stephen M. Packman

on behalf of Interested Party Roger Frankel  as Legal Representative for Future Personal Injury Claimants appointed in the Chapter 11 bankruptcy case of Cyprus Mines Corporation spackman@archerlaw.com, dleney@archerlaw.com,ahuber@archerlaw.com

Stephen T. Roberts

on behalf of Interested Party Clients of Mendes & Mount  LLP stephen.roberts@mendes.com

Stephen V. Gimigliano

District/off: 0312-3
Date Rcvd: Sep 16, 2022

User: admin
Form ID: pdf903

Page 17 of 17
Total Noticed: 4

on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)
sgimigliano@lawgmm.com

Steven Abramowitz

on behalf of Interested Party Cyprus Amax Minerals Company sabramowitz@velaw.com
mmoran@velaw.com;kgrissel@velaw.com;tmitsch@velaw.com;kduchesne@velaw.com

Steven B Smith

on behalf of Unknown Role Type The Amici Professors ssmith@herrick.com  courtnotices@herrick.com;lporetsky@herrick.com

Suzanne Ratcliffe

on behalf of Creditor Committee Official Committee of Talc Claimants sratcliffe@mrhfmlaw.com

Suzanne Ratcliffe

on behalf of Creditor Jan Deborah Michelson-Boyle sratcliffe@mrhfmlaw.com

Suzanne Ratcliffe

on behalf of Creditor Various Claimants sratcliffe@mrhfmlaw.com

Suzanne Cocco Midlige

on behalf of Interested Party Arrowood Indemnity Company smidlige@cmg.law

Thomas Pitta

on behalf of Creditor PTI Royston LLC tpitta@emmetmarvin.com

Thomas Pitta

on behalf of Creditor PTI Union LLC tpitta@emmetmarvin.com

Thomas W. Waldrep, Jr.

on behalf of Interested Party Kazan  McClain, Satterley & Greenwood notice@waldrepwall.com,
8898@notices.nextchapterbk.com;khayden@waldrepwall.com

Thomas W. Waldrep, Jr.

on behalf of Interested Party Levy Konigsberg LLP notice@waldrepwall.com
8898@notices.nextchapterbk.com;khayden@waldrepwall.com

Thomas W. Waldrep, Jr.

on behalf of Interested Party Weitz & Luxenberg P.C. notice@waldrepwall.com
8898@notices.nextchapterbk.com;khayden@waldrepwall.com

Thomas W. Waldrep, Jr.

on behalf of Interested Party Maune Raichle Hartley French & Mudd  LLC notice@waldrepwall.com,
8898@notices.nextchapterbk.com;khayden@waldrepwall.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 398