**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**WOMBLE BOND DICKINSON (US) LLP**
Ericka F. Johnson (NJ #032162007)
1313 N. Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4337
Email: ericka.johnson@wbd-us.com

*Counsel for Ad Hoc Committee of States*

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,<br><br>Debtor.[1] | Case No.: 21-30589 (MBK)<br><br>Chapter: 11<br><br>(Jointly Administered)<br><br>Hon. Michael B. Kaplan |

**NOTICE OF MODIFICATION TO VERIFIED STATEMENT OF THE AD HOC COMMITTEE OF STATES HOLDING CONSUMER PROTECTION CLAIMS PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Womble Bond Dickinson (US) LLP ("Ad Hoc Committee Counsel"), counsel to the Ad Hoc Committee of States Holding Consumer Protection Claims ("Ad Hoc Committee of States"), hereby submits this notice of an amendment to the verified statement previously filed in the Chapter 11 case (the "Bankruptcy Case") of LTL Management LLC (the "Debtor"), and in support thereof states as follows:

1. The Ad Hoc Committee of States was initially formed on or about March 15, 2022, and retained Ad Hoc Committee Counsel to represent the Ad Hoc Committee of States in

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

connection with consumer protection claims alleged or asserted by the members of the Ad Hoc Committee of States against the Debtor or predecessors or affiliates of the Debtor under applicable state law.

2. On May 10, 2022, Ad Hoc Committee Counsel filed the *Verified Statement of the Ad Hoc Committee of the States Holding Consumer Protection Claims Pursuant to Bankruptcy Rule 2019* [Docket No. 2280] (as amended or supplemented, the "Rule 2019 Statement").

3. On May 13, 2022, Ad Hoc Committee Counsel filed a Supplement [Docket No. 2291] to the Rule 2019 Statement.

4. By this Notice, the Rule 2019 Statement is amended to reflect that the State of Mississippi has withdrawn as a Member State of the Ad Hoc Committee of States.

5. The undersigned declares under penalty of perjury that this Rule 2019 Statement is true and accurate to the best of her knowledge, information and belief.

6. Ad Hoc Committee Counsel reserves the right to amend or supplement the Rule 2019 Statement as necessary, in accordance with Bankruptcy Rule 2019.

Dated: September 20, 2022            By:    */s/ Ericka F. Johnson*
                                                                                   Ericka F. Johnson (NJ #032162007)
                                                                                   Womble Bond Dickinson (US) LLP
                                                                                   1313 N. Market Street, Suite 1200
                                                                                   Wilmington, Delaware 19801
                                                                                   Telephone: (302) 252-4337
                                                                                   Email: ericka.johnson@wbd-us.com

*Counsel for the Ad Hoc Committee of States*