RECEIVED

S\SEP 2 0 2022

AT 8:30 AM
WILLIAM WRIGHT
CLERK



# D. MILLER & ASSOCIATES, PLLC
ATTORNEYS AT LAW

2610 W. SAM HOUSTON PARKWAY
HOUSTON, TEXAS 77042

PHONE: (713) 850-8600
FAX: (713) 366-3460

**Rochelle Guiton**
Sexual Abuse Litigation Attorney
Former Sex Crimes Prosecutor

**FILED**
JEANNE A. NAUGHTON, CLERK

September 16, 2022

SEP 2 0 2022

**Clarkson S. Fisher Building**
402 East State Street
Room 2020
Trenton, NJ 08608
*Via* Regular Mail

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____DEPUTY

**Re: Removal From Electronic Notice List for Case No. 21-30589-MBK**

To whom it may concern,

My name is Attorney Rochelle Guiton (Texas Bar Number: 24069838) and I am requesting to be removed from the electronic notice list for case number 21-30589-MBK; case name: LTL Management LLC. The listed email address is rochelle@dmillerlaw.com and I was representing Creditor Aleathea Goodins. We are no longer apart of the case and would like to stop receiving notices on the case.

If you need any more information on my end to complete this request, please reach out to me directly via email at rochelle@dmillerlaw.com, or via telephone at (504) 251-8368.

Best regards,

*RGuiton*

Rochelle Guiton

and Associates, P.L.L.C.
s at Law
Sam Houston Prkwy #200
TX 77042

NORTH HOUSTON TX 773
16 SEP 2022

FIRST-CLASS



US POSTAGE
02 1P    $ 000.57⁰
0002102875    SEP 16 2022
MAILED FROM ZIP CODE 77042

Clarkson S. Fisher Building
402 East State Street
Room 2020
Trenton, NJ 08608

RECEIVED

SEP 20 '22

AT 8:30
WILLIAM T. W...

08608-150020