**AlixPartners, LLP**

**Exhibit B**

**Detailed Description of AlixPartners' Hours**
**<u>and Professional Fees by Matter Category</u>**

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:          Chapter 11 Process / Case Management
Code:        20005188P00001.1.1

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 08/02/2022 | JEC | Update professional fee tracking information to reflect recent payment activity | 1.2 |
| 08/04/2022 | MB | Generate payment support packages for the professional firms eligible for payment | 1.4 |
| 08/05/2022 | JEC | Update professional fee tracking information to support ongoing administration | 0.3 |
| 08/08/2022 | JEC | Compile professional fee payment support to facilitate communications to LTL team regarding payment administration | 0.9 |
| 08/12/2022 | JEC | Compile professional fee payment support to facilitate communications to LTL team regarding payment administration | 1.1 |
| 08/17/2022 | JEC | Compile professional fee payment support to facilitate communications to LTL team regarding payment administration | 1.4 |
| 08/19/2022 | JEC | Finalize professional fee analysis to support LTL team request | 0.2 |
| 08/19/2022 | JEC | Develop professional fee analysis to support LTL team request | 0.3 |
| 08/22/2022 | JEC | Compile professional fee payment support to facilitate communications to LTL team regarding payment administration | 0.3 |
| 08/25/2022 | MB | Generate fee application support for invoices approved for payment for the LTL finance team's review | 0.8 |
| 08/26/2022 | JEC | Update professional fee tracking information to support ongoing administration | 0.6 |
| 08/30/2022 | JEC | Compile professional fee payment support to facilitate communications to LTL team regarding payment administration | 0.7 |
| **Total Professional Hours** | | | **9.2** |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:                     Chapter 11 Process / Case Management
Code:                   20005188P00001.1.1

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---|---|---|
| Jarod E Clarrey | $840 | 7.0 | 5,880.00 |
| Mark Barnett | $700 | 2.2 | 1,540.00 |
| **Total Professional Hours and Fees** | | **9.2** | **$    7,420.00** |

**Alix**Partners

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

| Re: | U. S. Trustee / Court Reporting Requirements |
| Code: | 20005188P00001.1.5 |

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|-------------|------------------------|-------|
| 08/01/2022 | MB | Review/assemble financial information for the July MOR | 1.7 |
| 08/01/2022 | MB | Review of the first interim fee application payments in July for MOR reporting purposes | 0.8 |
| 08/01/2022 | MB | Update the supporting attachment schedule for the July MOR | 1.3 |
| 08/01/2022 | MB | Update the global notes for the July MOR | 0.6 |
| 08/02/2022 | JEC | Prepare analysis of professional fees to support MOR filing | 1.6 |
| 08/02/2022 | JEC | Call with M. Barnett and J. Clarrey (both AlixPartners) to review draft MOR documents | 1.0 |
| 08/02/2022 | MB | Call with M. Barnett and J. Clarrey (both AlixPartners) to review draft MOR documents | 1.0 |
| 08/02/2022 | MB | Finalize the MOR report and support schedule prior to sending to D. Segal for comment | 1.2 |
| 08/03/2022 | MB | Update the MOR based on proposed changes from D. Segal prior to sending to the Jones Day team for review | 0.2 |
| 08/03/2022 | MB | Review of comments to the July MOR from D. Segal | 0.8 |
| 08/04/2022 | MB | Review follow-up questions on the July MOR from I. Perez (Jones Day) | 0.4 |
| 08/08/2022 | MB | Review of diligence questions related to incurred expenses in July in the MOR | 0.6 |
| 08/09/2022 | MB | Update the draft MOR based on feedback from Jones Day and D. Segal | 0.4 |
| **Total Professional Hours** | | | **11.6** |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:                             U. S. Trustee / Court Reporting Requirements
Code:                           20005188P00001.1.5

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---|---|---|
| Jarod E Clarrey | $840 | 2.6 | 2,184.00 |
| Mark Barnett | $700 | 9.0 | 6,300.00 |
| **Total Professional Hours and Fees** | | **11.6** | **$ 8,484.00** |

**Alix**Partners

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:       Retention Applications & Relationship Disclosures
Code:     20005188P00001.1.21

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 08/01/2022 | BFF | Research client revenue question from UST re: supplemental declaration | 0.3 |
| 08/02/2022 | HS | Review internal database re: questions from UST re: client revenue | 0.6 |
| 08/03/2022 | BFF | Assist H. Saydah (AlixPartners) with response to UST re: supplemental disclosures | 0.6 |
| 08/03/2022 | HS | Review results of search for additional disclosures for fourth supplemental declaration | 0.4 |
| 08/03/2022 | HS | Draft fourth supplemental declaration | 0.5 |
| 08/03/2022 | ESK | Review draft response to UST re: retention | 0.3 |
| 08/04/2022 | HS | Revise fourth supplemental declaration | 0.3 |
| 08/04/2022 | ESK | Review draft supplemental disclosure declaration | 0.4 |
| **Total Professional Hours** | | | **3.4** |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re: Retention Applications & Relationship Disclosures
Code: 20005188P00001.1.21

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---|---|---|
| Elizabeth S Kardos | $750 | 0.7 | 525.00 |
| Heather Saydah | $510 | 1.8 | 918.00 |
| Brooke F Filler | $485 | 0.9 | 436.50 |
| **Total Professional Hours and Fees** | | **3.4** | **$ 1,879.50** |

**Alix**Partners

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:         Fee Applications
Code:       20005188P00001.1.22

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 08/01/2022 | JAB | Email to I. Perez and A. Rush (both Jones Day) attaching the Eighth Monthly Fee Statement for filing with the court | 0.2 |
| 08/01/2022 | JAB | Finalize Eighth Monthly Fee Statement (June 2022) | 0.4 |
| 08/01/2022 | ESK | Review LTL requests and responses related to fee applications | 0.3 |
| 08/02/2022 | JAB | Create LEDES file for June 2022 fee statement | 0.6 |
| 08/09/2022 | HS | Draft response to fee examiner's preliminary report regarding second interim fee application | 2.1 |
| 08/10/2022 | JAB | Prepare professional fees for July 2022 Monthly Fee Statement | 0.4 |
| 08/10/2022 | BFF | Provide comments to draft of response to Fee Examiner re: second interim fee period | 0.8 |
| 08/16/2022 | JAB | Gather information for the second interim fee period for the fee examiner | 0.3 |
| 08/16/2022 | HS | Revise response to fee examiner to prepare for discussion | 0.6 |
| 08/17/2022 | JEC | Develop responsive information for Fee Examiner's Report on Second Interim Period | 0.9 |
| 08/19/2022 | JEC | Review professional fees to support preparation of monthly fee statement | 0.4 |
| 08/19/2022 | JEC | Review information to support response to Fee Examiner's Report on Second Interim Period | 0.8 |
| 08/19/2022 | HS | Further revise response to fee examiner | 0.8 |
| 08/22/2022 | JRC | Review and analyze response to fee examiner report | 0.8 |
| 08/22/2022 | JRC | Conference call with H. Saydah, B. Filler, J. Castellano and J. Clarrey (all AlixPartners) to discuss information developed in response to Fee Examiner report for Second Interim period | 0.4 |
| 08/22/2022 | JEC | Conference call with H. Saydah, B. Filler, J. Castellano and J. Clarrey (all AlixPartners) to discuss information developed in response to Fee Examiner report for Second Interim period | 0.4 |
| 08/22/2022 | BFF | Conference call with H. Saydah, B. Filler, J. Castellano and J. Clarrey (all AlixPartners) to discuss information developed in response to Fee Examiner report for Second Interim period | 0.4 |
| 08/22/2022 | HS | Further revise response to fee examiner, per J. Castellano comments | 0.4 |
| 08/22/2022 | HS | Conference call with H. Saydah, B. Filler, J. Castellano and J. Clarrey (all AlixPartners) to discuss information developed in response to Fee Examiner report for Second Interim period | 0.4 |
| 08/22/2022 | HS | Call with E. Kardos and H. Saydah (both AlixPartners) re: response and preparation to Fee Examiner | 0.3 |
| 08/22/2022 | ESK | Call with E. Kardos and H. Saydah (both AlixPartners) re: response and preparation to Fee Examiner | 0.3 |
| 08/23/2022 | JEC | Review draft response to Fee Examiner's Report on Second Interim Period | 0.2 |
| 08/23/2022 | HS | Revise response to fee examiner based on team feedback | 0.4 |
| 08/24/2022 | JEC | Conference call with R. Keach (Fee Examiner), H. Saydah, B. Filler and J. Clarrey (all AlixPartners) to discuss response to Fee Examiner report for Second Interim period | 0.3 |
| 08/24/2022 | JAB | Prepare July 2022 Monthly Fee Statement | 1.8 |
| 08/24/2022 | BFF | Conference call with R. Keach (Fee Examiner), H. Saydah, B. Filler and J. Clarrey (all AlixPartners) to discuss response to Fee Examiner report for Second Interim period | 0.3 |

**Alix**Partners

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:          Fee Applications
Code:        20005188P00001.1.22

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|-------------|------------------------|-------|
| 08/24/2022 | HS | Conference call with R. Keach (Fee Examiner), H. Saydah, B. Filler and J. Clarrey (all AlixPartners) to discuss response to Fee Examiner report for Second Interim period | 0.3 |
| 08/24/2022 | HS | Emails to and from B. Keach (Fee Examiner) re: second interim fee application | 0.2 |
| 08/25/2022 | ESK | Review monthly fee application for July 2022 | 0.5 |
| 08/26/2022 | JEC | Review draft monthly fee application to prepare for filing | 0.3 |
| 08/26/2022 | HS | Review monthly fee statement for filing | 0.2 |
| 08/29/2022 | ESK | Review July 2022 monthly fee statement | 0.2 |
| 08/30/2022 | JAB | Finalize Ninth Monthly Fee Statement (August 2022) | 0.4 |
| 08/30/2022 | JAB | Email to I. Perez and A. Rush (both Jones Day) attaching the Ninth Monthly Fee Statement for filing with the court | 0.2 |
| **Total Professional Hours** | | | **17.3** |

**Alix**Partners

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:                            Fee Applications
Code:                         20005188P00001.1.22

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| John R Castellano | $1,335 | 1.2 | $ | 1,602.00 |
| Jarod E Clarrey | $840 | 3.3 | | 2,772.00 |
| Elizabeth S Kardos | $750 | 1.3 | | 975.00 |
| Heather Saydah | $510 | 5.7 | | 2,907.00 |
| Brooke F Filler | $485 | 1.5 | | 727.50 |
| Jennifer A Bowes | $460 | 4.3 | | 1,978.00 |
| **Total Professional Hours and Fees** | | **17.3** | **$** | **10,961.50** |