# EXHIBIT 3

**Related Party Entity**
3Dintegrated ApS
3M Company
A.G. Securitas
A.O. Smith Corporation
Acclarent, Inc.
ACE Property & Casualty Insurance Company
Actelion Ltd
Actelion Manufacturing GmbH
Actelion Pharmaceuticals Australia
Actelion Pharmaceuticals Korea Ltd.
Actelion Pharmaceuticals Ltd
Actelion Pharmaceuticals Mexico
Actelion Pharmaceuticals Trading
Actelion Pharmaceuticals UK Limited
Actelion Pharmaceuticals US, Inc.
Actelion Registration Limited
Actelion Treasury Unlimited Company
Adela Alfaro
Adler Pollock & Sheehan PC
Advanced Sterilization Products
Aetna Casualty and Surety Company
Affiliated FM Ins. Company
AIG Europe S.A.
AIG Europe S.A. (as successor in interest to Union Atlantique d'Assurances S.A)
AIG Property and Casualty Company
AIG Property Casualty Company (f/k/a Birmingham Fire Insurance Company of Pennsylvania)
AIU Ins. Company
AIU Insurance Company
Akros Medical, Inc.
Albany Street LLC
Albertsons Companies, Inc.
Alexandria Kenny
Alexandria Nikolinos
AlixPartners LLP
Allianz Global Risks US Insurance Company
Allianz Ins. Company
Allstate Insurance Company
Allstate Insurance Company, as successor in interest to Northbrook Excess & Surplus Insurance   Company, form
ALZA Corporation
Alza Land Management, Inc.
Amanda Joyce
American Centennial Ins. Company
American Foundation for Opioid Alternatives
American Motorists Ins. Company
American Re-Insurance Company
AMO (Hangzhou) Co., Ltd.
AMO (Shanghai) Medical Devices
AMO ASIA LIMITED
AMO Australia Pty Limited
AMO Canada Company
AMO Denmark ApS

AMO Development, LLC
AMO France
AMO Germany GmbH
AMO Groningen B.V.
AMO International Holdings
AMO Ireland
AMO Ireland Finance Unlimited Company
AMO Italy SRL
AMO Japan K.K.
AMO Manufacturing Spain S.L.
AMO Manufacturing USA, LLC
AMO Netherlands BV
AMO Nominee Holdings, LLC
AMO Norway AS
AMO Puerto Rico Manufacturing, Inc.
AMO Sales and Service, Inc.
AMO Singapore Pte. Ltd.
AMO Spain Holdings, LLC
AMO Switzerland GmbH
AMO U.K. Holdings, LLC
AMO United Kingdom, Ltd.
AMO Uppsala AB
AMO US Holdings, Inc.
AMO USA Sales Holdings, Inc.
AMO USA, LLC
Andrea Harris
Andrew R. Vara
Angeliza tiz-Ng
Animas Diabetes Care, LLC
Animas LLC
Animas Technologies LLC
Ann Frye-Moragne
Anne Whitley
AorTx, Inc.
Apsis
Aragon Pharmaceuticals, Inc.
Arnold & Itkin LLP
Arnold & Itkin LLP
Arrowood Indemnity Company
Ashcraft & Gerel, LLP
Asia Pacific Holdings, LLC
ASR Schadeverzekering N.V.
ASR Schadeverzekering N.V. (as successor in interest to Assurantiekoor Van Wijk & Co.)
Assurances Generales De France
Assurantiekantoor VanWijk & Co.
Atlanta International Insurance Company
Atlanta International Insurance Company (as successor in interest to Drake Insurance Company)
Atrionix, Inc.
AUB Holdings LLC
Auris Health, Inc.
Aveeno
Avon Products, Inc.

Aylstock, Witkin, Kreis & Overholtz, PLLC
Aylstock, Witkin, Kreis & Overholtz, PLLC
Backsvalan 2 Aktiebolag
Backsvalan 6 Handelsbolag
Bailey Glasser LLP
Bank of America, N.A.
Barbara Busch
Barnes & Thornburg, LLP
Barnes Firm
Barnes Law Group
Barrasso Usdin Kupperman Freeman & Sarver, L.L.C.
Barretts Minerals, Inc.
BASF Catalysts LLC
Bates White LLC
Bausch Health Americas, Inc. f/k/a Valeant Pharmaceuticals International
Bausch Health Companies Inc.
Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International, Inc.
Bausch Health US, LLC f/k/a Valeant Pharmaceuticals North America LLC
Beasley Allen Law Firm
Beatriz Cabeza
Beijing Dabao Cosmetics Co., Ltd.
BeneVir BioPharm, Inc.
Berna Rhein B.V.
Bernadette McGinnis
Bestwall LLC
BioMedical Enterprises, Inc.
Biosense Webster (Israel) Ltd.
Biosense Webster, Inc.
Birmingham Fire Ins. Company of Pennsylvania
Blake, Cassels & Graydon LLP
Blank Rome LLP
Block Drug Company, Inc.
Blood, Hurst & O'Reardon, LLP
Blue Cross Blue Shield Association
Blue Cross Blue Shield of Massachusetts, Inc
Borg Warner Morse Tec, Inc.
Brenntag North America
Brenntag Specialties, Inc.
Bridget Coates
Bristol-Myers Squibb Company
Brown Greer PLC
Burns Charest LLP
Butler Snow LLP Carlton Fields, P.A.
C Consumer Products Denmark ApS
Calibra Medical LLC
Campus-Foyer Apotheke GmbH
Carlo Erba OTC S.r.l.
Carmen S. Scott
Carrier Corporation
Cellino Law LLP
Centocor Biologics, LLC
Centocor Research & Development, Inc.

Central National Ins. Company of Omaha
Century Indemnity Company
Champion Dyeing Allocation Year
Chanel, Inc.
Charles B. Chrystal Co., Inc.
Charlette Hein
Chattem, Inc.
Chehardy, Sherman, Williams, Recile, & Hayes
Christine Hodge
Christine Torres
Christopher V. Tisi
ChromaGenics B.V.
Chubb
Chubb
Ci:Labo Customer Marketing Co., Ltd.
Ci:z. Labo Co., Ltd.
Cilag AG
Cilag GmbH International
Cilag Holding AG
Cilag Holding Treasury Unlimited Company
Cilag-Biotech, S.L.
City Ins. Company
CNA Development GmbH
Codman & Shurtleff, Inc.
Cohen, Placitella & Roth P.C.
Coherex Medical, Inc.
ColBar LifeScience Ltd.
Colgate-Palmolive Company
Colonia Versicherungs AG, Koln
Company I, LLC
Company Store.com, Inc.
Conopco Inc.
Continental Insurance Company
Cora Robinson
Cordis de Mexico, S.A. de C.V.
Cordis International Corporation
Corimmun GmbH
Costco Wholesale Corporation
Costco Wholesale Corporation
CoTherix Inc.
Coty, Inc.
Covington & Burling LLP
Crane Co.
Cravath, Swaine & Moore
CSATS, Inc.
CVS Health Corporation
CVS Pharmacy, Inc.
Cyprus Amax Minerals Company
Cyprus Amax Minerals Company
Cyprus Amax Minerals Company
Cyprus Mines Corporation
Cyprus Mines Corporation

Cyprus Mines Corporation
Cyprus Mines Corporation
Cyprus Talc Corp.
Cyprus Talc Corporation
Dalimonte Rueb Stoller, LLP
Damon Key Leong Kupchak Hastert
Dana Companies, LLC
Daniel C. Kropiewnicki
Daniel R. Lapinski
DAP Products, Inc.
Darag Deutsche Versicherungs-Und
Darlain Trading S.A.
Darlene Holland
David Gerardi
David Shepherd
Davis Hatley Haffeman & Tighe
Dawn Dispensa
De Ark
Dean Omar Branham Shirley, LLP
Debra Fugiel
Debs-Vogue Corporation
Dechert LLP
DePuy France
DePuy Hellas SA
DePuy International Limited
DePuy Ireland Unlimited Company
DePuy Mexico, S.A. de C.V.
DePuy Mitek, LLC
DePuy Orthopaedics, Inc.
DePuy Products, Inc.
DePuy Spine, LLC
DePuy Synthes Gorgan Limited
DePuy Synthes Institute, LLC
DePuy Synthes Leto SARL
DePuy Synthes Products, Inc.
DePuy Synthes Sales, Inc.
DePuy Synthes, Inc.
Dollar General Corporation
Dr. Ci:Labo Co., Ltd.
DR. CI:LABO COMPANY LIMITED
Drake Ins. Company of New York
Driscoll Firm, LLC
Duane Reade Inc.
Dusseldorf
Dutch company Rheinland Verzekeringen
Dutch Holding LLC
Eaton Corporation
ECL7, LLC
Edna Brown
EES, S.A. de C.V.
EIT Emerging Implant Technologies GmbH
Elaine Cook

Eli Lilly and Company
Elizabeth Arden, Inc.
Elliott Law Offices, PA
Employers Ins. Company of Wausau
Employers Ins. of Wausau
Employers Mutual Casualty Company
Epiq Corporate Restructuring LLC
Eric H. Weinberg
Estee Lauder Inc.
Ethicon Biosurgery Ireland
Ethicon Endo-Surgery (Europe) GmbH
Ethicon Endo-Surgery, Inc.
Ethicon Endo-Surgery, LLC
Ethicon Holding Sarl
Ethicon Ireland Unlimited Company
Ethicon LLC
Ethicon PR Holdings Unlimited Company
Ethicon Sarl
Ethicon US, LLC
Ethicon Women's Health & Urology Sarl
Ethicon, Inc.
Ethnor (Proprietary) Limited
Ethnor del Istmo S.A.
Ethnor Farmaceutica, S.A.
Ethnor Guatemala, Sociedad Anomina
Eurinco Allgemeine Versicherungs AG,
Everest Reinsurance Company
Faegre Drinker Biddle & Reath LLP
Family Dollar Stores Inc.
Fears Nachawati Law Firm
Fears Nachawati PLLC
Federal Insurance Company Liberty Mutual Insurance Company
Ferraro Law Firm
Finsbury (Development) Limited
Finsbury (Instruments) Limited
Finsbury Medical Limited
Finsbury Orthopaedics International Limited
Finsbury Orthopaedics Limited
Fireman's Fund Ins. Company
First State Ins. Company
Flint Law Firm LLC
Flowserve US, Inc.
FMC Corporation
FMS Future Medical System SA
Foliart, Huff, Ottaway & Bottom
Food 4 Less of California, Inc.
Ford Motor Company
Foster Wheeler, LLC
Fran B. Steele
Francyne D. Arendas
Future Claims Representative of LTL Management LLC
Gap Inc.

Gardner Denver, Inc.
General Electric Company
Genuine Parts Company
GH Biotech Holdings Limited
Gibraltar Casualty Company
Gibson, Dunn & Crutcher LLP
Global Investment Participation B.V.
Gloria Davis
GMED Healthcare BV
Goldman Ismail Tomaselli Brennan & Baum
Golomb & Honik, PC
Golomb Spirit Grunfeld, P.C.
Goodyear Tire & Rubber Co.
Goulds Pumps, LLC
Granite State Ins. Company
Granite State Insurance Company
Grant & Eisenhofer
Great American
Great Northern Ins. Company
Great Southwest Fire Ins. Company
Grinnell LLC
Groupe Drouot
Guangzhou Bioseal Biotech Co., Ltd.
Hansen Medical Deutschland GmbH
Hansen Medical International, Inc.
Hansen Medical UK Limited
Hansen Medical, Inc.
Harbor Ins. Company
Hartford Accident and Indemnity
Hartline Barger
Healthcare Services (Shanghai) Ltd.
HeplerBroom LLC
Home Ins. Company
Hon. Andrew B. Altenburg, Jr.
Hon. Christine M. Gravelle
Hon. Jerrold N. Poslusny, Jr.
Hon. John K. Sherwood
Hon. Kathryn C. Ferguson
Hon. Michael B. Kaplan
Hon. Rosemary Gambardella
Hon. Stacey L. Meisel
Hon. Vincent F. Papalia
Honeywell International, Inc.
Honik LLC
Hunter J. Shkolnik
I.D. Acquisition Corp.
Ideal Mutual Ins. Company
Imerys S.A.
Imerys Talc America, Inc.
Imerys Talc America, Inc.
Imerys Talc America, Inc.
Imerys Talc America, Inc.

Imerys Talc Canada Inc.
Imerys Talc Vermont, Inc.
Imerys Talc Vermont, Inc.
Imerys Talc Vermont, Inc. (fka Windsor Minerals Inc.)
Imerys USA, Inc.
IMO Industries Inc.
Industrial Indemnity Company Ins. Company of North America
Innomedic Gesellschaft für innovative
Innovalens B.V.
Innovative Surgical Solutions, LLC
Ins. Company of the State of Pennsylvania
Ins. Corporation of Singapore Limited
Instruments Trading LLC
Integrity Insurance Company
International Insurance Company
International Surplus Lines Ins. Company
Irwin Fritchie Urquhart & Moore LLC
Isabel Spano
J & J Company West Africa Limited
J&J Pension Trustees Limited
J.C. General Services BV
J.C. Services CVBA
James L. Patton
James Stives
Janssen Alzheimer Immunotherapy
Janssen Biologics (Ireland) Limited
Janssen Biologics B.V.
Janssen BioPharma, Inc.
Janssen Biotech, Inc.
Janssen Cilag Farmaceutica S.A.
Janssen Cilag S.p.A.
Janssen Cilag SPA
Janssen Cilag, C.A.
Janssen de Mexico, S. de R.L. de C.V.
Janssen Development Finance
Janssen Diagnostics, LLC
Janssen Egypt LLC
Janssen Farmaceutica Portugal Lda
Janssen Global Services, LLC
Janssen Group Holdings Limited
Janssen Holding GmbH
Janssen Inc.
Janssen Irish Finance Company UC
Janssen Korea Ltd.
Janssen Oncology, Inc.
Janssen Ortho LLC
Janssen Pharmaceutica
Janssen Pharmaceutica NV
Janssen Pharmaceutica S.A.
Janssen Pharmaceutical
Janssen Pharmaceutical K.K.
Janssen Pharmaceutical Sciences

Janssen Pharmaceuticals, Inc.
Janssen Products, LP
Janssen R&D Ireland
Janssen Research & Development, LLC
Janssen Sciences Ireland
Janssen Scientific Affairs, LLC
Janssen Supply Group, LLC
Janssen Vaccines & Prevention B.V.
Janssen Vaccines Corp.
Janssen-Cilag
Janssen-Cilag (New Zealand) Limited
Janssen-Cilag A/S
Janssen-Cilag AG
Janssen-Cilag Aktiebolag
Janssen-Cilag AS
Janssen-Cilag B.V.
Janssen-Cilag de Mexico S. de R.L. de C.V.
Janssen-Cilag Farmaceutica Lda.
Janssen-Cilag Farmaceutica Ltda.
Janssen-Cilag GmbH
Janssen-Cilag International NV
Janssen-Cilag Kft.
Janssen-Cilag Limited
Janssen-Cilag Limited
Janssen-Cilag Manufacturing, LLC
Janssen-Cilag NV
Janssen-Cilag OY
Janssen-Cilag Pharma GmbH
Janssen-Cilag Pharmaceutical S.A.C.I.
Janssen-Cilag Polska, Sp. z o.o.
Janssen-Cilag Pty Ltd
Janssen-Cilag S.A.
Janssen-Cilag s.r.o.
Janssen-Cilag, S.A.
Janssen-Cilag, S.A. de C.V.
Janssen-Pharma, S.L.
J-C Health Care Ltd.
Jeff S. Gibson
Jeffrey Sponder
Jevco Holding, Inc.
JJ Surgical Vision Spain, S.L.
JJC Acquisition Company B.V.
JJHC, LLC
JJSV Belgium BV
JJSV Manufacturing Malaysia SDN. BHD.
JJSV Norden AB
JJSV Produtos Oticos Ltda.
JNJ Global Business Services s.r.o.
JNJ Holding EMEA B.V.
JNJ International Investment LLC
JNJ Irish Investments ULC
Jo Ellen Luster

John Crane, Inc.
John Kim
Johnson & Bell Ltd.
Johnson & Johnson
Johnson & Johnson
Johnson & Johnson - Societa' Per Azioni
Johnson & Johnson (Angola), Limitada
Johnson & Johnson (China) Investment Ltd.
Johnson & Johnson (Egypt) S.A.E.
Johnson & Johnson (Hong Kong) Limited
Johnson & Johnson (Ireland) Limited
Johnson & Johnson (Jamaica) Limited
Johnson & Johnson (Kenya) Limited
Johnson & Johnson (Middle East) Inc.
Johnson & Johnson (Mozambique) Limitada
Johnson & Johnson (Namibia)
Johnson & Johnson (New Zealand) Limited
Johnson & Johnson (Philippines), Inc.
Johnson & Johnson (Private) Limited
Johnson & Johnson (Thailand) Ltd.
Johnson & Johnson (Trinidad) Limited
Johnson & Johnson (Vietnam) Co., Ltd
Johnson & Johnson AB
Johnson & Johnson AG
Johnson & Johnson Belgium Finance Company
Johnson & Johnson Bulgaria EOOD
Johnson & Johnson China Ltd.
Johnson & Johnson Consumer (Hong Kong) Limited
Johnson & Johnson Consumer (Thailand) Limited
Johnson & Johnson Consumer B.V.
Johnson & Johnson Consumer Holdings France
Johnson & Johnson Consumer Inc.
Johnson & Johnson Consumer Inc.
Johnson & Johnson Consumer Inc.
Johnson & Johnson Consumer NV
Johnson & Johnson Consumer Saudi Arabia Limited
Johnson & Johnson Consumer Services EAME
Johnson & Johnson Consumer Services EAME
Johnson & Johnson d.o.o.
Johnson & Johnson de Argentina S.A.C.E. I.
Johnson & Johnson de Chile Limitada
Johnson & Johnson de Chile S.A.
Johnson & Johnson de Colombia S.A.
Johnson & Johnson de Costa Rica, S.A.
Johnson & Johnson de Mexico, S.A. de C.V.
Johnson & Johnson de Uruguay S.A.
Johnson & Johnson de Venezuela, S.A.
Johnson & Johnson del Ecuador, S.A.
Johnson & Johnson Del Paraguay, S.A.
Johnson & Johnson del Peru S.A.
Johnson & Johnson do Brasil Industria E Comercio de Produtos Para Saude Ltda.
Johnson & Johnson Dominicana, S.A.S.

Johnson & Johnson Enterprise Innovation Inc.
Johnson & Johnson European Treasury Company
Johnson & Johnson Finance Corporation
Johnson & Johnson Finance Limited
Johnson & Johnson Financial Services
Johnson & Johnson for Export and Import LLC
Johnson & Johnson Foundation Scotland
Johnson & Johnson Gateway, LLC
Johnson & Johnson Gesellschaft m.b.H.
Johnson & Johnson GmbH
Johnson & Johnson Guatemala, S.A.
Johnson & Johnson Health and Wellness Solutions
Johnson & Johnson Health Care Systems, Inc.
Johnson & Johnson Hellas Commercial and Industrial S.A.
Johnson & Johnson Hellas Consumer Products Commercial Societe Anonyme
Johnson & Johnson Hemisferica S.A.
Johnson & Johnson Holding GmbH
Johnson & Johnson Holdings K.K.
Johnson & Johnson Inc.
Johnson & Johnson Industrial Ltda.
Johnson & Johnson Innovation - JJDC, Inc.
Johnson & Johnson Innovation Limited
Johnson & Johnson Innovation LLC
Johnson & Johnson International
Johnson & Johnson International (Singapore) Pte. Ltd.
Johnson & Johnson International Financial Services Company
Johnson & Johnson Japan Inc.
Johnson & Johnson K.K.
Johnson & Johnson Kft.
Johnson & Johnson Korea Ltd.
Johnson & Johnson Korea Selling & Distribution LLC
Johnson & Johnson Limitada
Johnson & Johnson Limited
Johnson & Johnson LLC
Johnson & Johnson Luxembourg Finance Company Sarl
Johnson & Johnson Management Limited
Johnson & Johnson Medical (China) Ltd.
Johnson & Johnson Medical (Proprietary) Ltd
Johnson & Johnson Medical (Shanghai) Ltd.
Johnson & Johnson Medical (Suzhou) Ltd.
Johnson & Johnson Medical B.V.
Johnson & Johnson Medical Devices & Diagnostics Group - Latin America, L.L.C.
Johnson & Johnson Medical GmbH
Johnson & Johnson Medical Korea Ltd.
Johnson & Johnson Medical Limited
Johnson & Johnson Medical Mexico, S.A. DE C.V.
Johnson & Johnson Medical NV
Johnson & Johnson Medical Products GMBH
Johnson & Johnson Medical Pty Ltd
Johnson & Johnson Medical S.A.
Johnson & Johnson Medical S.p.A.
Johnson & Johnson Medical SAS

Johnson & Johnson Medical Saudia Arabia Limited
Johnson & Johnson Medical Servicios Profesionales S. de R.L. de C.V.
Johnson & Johnson Medical Taiwan Ltd.
Johnson & Johnson Medical, S.C.S.
Johnson & Johnson Medikal Sanayi ve Ticaret Limited Sirketi
Johnson & Johnson Middle East FZ-LLC
Johnson & Johnson Morocco Societe Anonyme
Johnson & Johnson Nordic AB
Johnson & Johnson Pacific Pty Limited
Johnson & Johnson Pakistan
Johnson & Johnson Panama, S.A.
Johnson & Johnson Personal Care (Chile) S.A.
Johnson & Johnson Poland Sp. z o.o.
Johnson & Johnson Private Limited
Johnson & Johnson Pte. Ltd.
Johnson & Johnson Pty. Limited
Johnson & Johnson Research Pty Ltd
Johnson & Johnson Romania S.R.L.
Johnson & Johnson S.E. d.o.o.
Johnson & Johnson S.E., Inc.
Johnson & Johnson Sante Beaute France
Johnson & Johnson SDN. BHD.
Johnson & Johnson Services, Inc.
Johnson & Johnson Services, Inc.
Johnson & Johnson Servicios Corporativos, S. de R.L. de C.V.
Johnson & Johnson Surgical Vision India
Johnson & Johnson Surgical Vision, Inc.
Johnson & Johnson Taiwan Ltd.
Johnson & Johnson UK Treasury
Johnson & Johnson Ukraine LLC
Johnson & Johnson Urban Renewal Associates
Johnson & Johnson Vision Care (Shanghai) Ltd.
Johnson & Johnson Vision Care Ireland
Johnson & Johnson Vision Care, Inc.
Johnson & Johnson, S.A.
Johnson & Johnson, S.A. de C.V.
Johnson & Johnson, s.r.o.
Johnson & Johnson, s.r.o.
Johnson and Johnson (Proprietary) Limited
Johnson and Johnson Sihhi Malzeme Sanayi
Johnson Law Group
JOM Pharmaceutical Services, Inc.
Jones Day
Jones, Skelton & Hochuli, P.L.C.
Joseph C. Kern
Judge George Hodges
Judge J. Craig Whitley
Judge Laura T. Beyer
Julie Lamore
K&B Louisiana Corporation
Kaiser Gypsum Company, Inc.
Kaplan, Johnson, Abate & Bird LLP

Karst & von Oiste LLP
Kathleen O'Halloran Lisa O'Neal OnderLaw, LLC
Katrina Adams
Kazan, McClain, Satterley & Greenwood, PLLC
Kazan, McClain, Satterly & Greenwood PLC
Kelley Jasons McGowan Spinelli Hanna & Reber, LLP
King & Spalding LLP
Kirkland & Ellis LLP
Kirsten K. Ardelean
Kitch Drutchas Wagner Valitutti & Sherbrook
Kmart Corporation
Kolmar Laboratories
Kristie M. Hightower
La Concha Land Investment Corporation
Lanier Law Firm
Latam International Investment Company
Lauren Bielskie
Laurence S. Berman
Lawyers for Civil Justice Migration Policy Institute
Levin, Sedran & Berman LLP
Levy Konigsberg LLP
Levy Konigsberg LLP
Lewis Brisbois Bisgaard & Smith, LLP
Lexington Ins. Company
Lexington Insurance Company
Lifescan
Lillian Cohn-Sharon
Lisa Sabatine
London Guarantee and Accident Company of N.Y.
Longs Drug Stores California
L'Oreal USA, Inc.
LTL Management LLC
Lucky Stores, Inc.
Lundy, Lundy, Soileau & South, LLP
L'Union Atlantique S.A. d'Assurances
Luzenac America, Inc.
Luzenac America, Inc.
Maas Lloyd
Macy's, Inc.
Maggie McGee
Manion Gaynor & Manning LLP
Maraldine Schmidt
Marketing, Sales Practices and Precuts Liability Multi- District Litigation
Martha Hildebrandt
Mary Kay Inc.
Mary Leinen
Massey & Gail LLP
Maune Raichle Hartley French & Mudd, LLC
May Virata
Maybelline LLC
McCarter & English, LLP
McNeil AB

McNeil Consumer Pharmaceuticals Co.
McNeil Denmark ApS
McNeil Healthcare (Ireland) Limited
McNeil Healthcare (UK) Limited
McNeil Healthcare LLC
McNeil Iberica S.L.U.
McNeil LA LLC
McNEIL MMP, LLC
McNeil Nutritionals, LLC
McNeil Panama, LLC
McNeil Products Limited
McNeil Sweden AB
MDS Co. Ltd.
Mead Reinsurance Corporation
Medical Device Business Services, Inc.
Medical Devices & Diagnostics Global
Medical Devices International LLC
Medical Industrial do Brasil Ltda.
Medizintechnik und Informatik mbH
Medos International Sarl
Medos Sarl
MegaDyne Medical Products, Inc.
Menlo Care De Mexico, S.A. de C.V.
Mentor B.V.
Mentor Deutschland GmbH
Mentor Medical Systems B.V.
Mentor Partnership Holding
Mentor Texas GP LLC
Mentor Texas L.P.
Mentor Worldwide LLC
Metropolitan Life Insurance Company
Michael Artis
Micrus Endovascular LLC
Middlesex Assurance Company
Middlesex Assurance Company Limited
Midland Ins. Company
Midstates Reinsurance Corp.
Mildred Kirk-Brown
Miles & Stockbridge
Miller Center for Community Protection & Reliance, Eagleton Institute of Politics, Rutgers University
Miller Firm, LLC
Milligan & Herns
Mission Ins. Company
Mission National Ins. Company
Mitchell B. Hausman
Momenta Ireland Limited
Momenta Pharmaceuticals, Inc.
Monica Cambron
Morgan Lewis
Motley Rice LLC
Mris Bart, LLC
Munich Reinsurance America, Inc.

Mutual Fire, Marine, & Inland Ins. Company
N.V. De Ark
N.V. Rotterdamse Assurantiekas
N.V. Schadeverzekeringsmaatschappij
N.V. Schadeverzekeringsmaatschappij Maas Lloyd
Nancy Lyman
Napoli Shkolnik PLLC
National Casualty Company
National Center for State Courts, National Council, McLean Hospital New Jersey Civil Justice    Institute One Min
National Union Fire Ins. Company of Pittsburgh, PA
National Union Fire Insurance Company of Pittsburgh, Pa.
Nationwide
Neidy Fuentes
Nelson Mullins Riley & Scarborough, LLP
NeoStrata Company, Inc.
NeoStrata UG (haftungsbeschränkt)
Netherlands Holding Company
Neuravi Inc.
Neuravi Limited
Neutrogena
NeuWave Medical, Inc.
New Hampshire Ins. Company
New Hampshire Insurance Company
North River Ins. Company
Northbrook Excess and Surplus Ins. Company
Northeastern Fire Ins. Company of Pennsylvania
Novira Therapeutics, LLC
Noxell Corporation
Nutter McClennen & Fish LLP
NuVera Medical, Inc.
Obtech Medical Mexico, S.A. de C.V.
OBTECH Medical Sarl
Official Committee of Tort Claimants (In re Cyprus Mines Corp.)
Official Committee of Tort Claimants (In re Imerys Talc America, Inc.)
OGX Beauty AU Pty Ltd
OGX Beauty Limited
OMJ Holding GmbH
OMJ Ireland Unlimited Company
OMJ Pharmaceuticals, Inc.
Omrix Biopharmaceuticals Ltd.
Omrix Biopharmaceuticals NV
Omrix Biopharmaceuticals, Inc.
OnderLaw, LLC
Orrick, Herrington, & Sutcliffe, LLP
Ortho Biologics LLC
Ortho Biotech Holding LLC
Ortho-McNeil Pharmaceutical, LLC
Orthotaxy
Oshunna Williams
Oshunna Williams
Pacific Employers Ins. Company
Pamela Morrill

Patricia Dunbar
Patriot Pharmaceuticals, LLC
Patterson Belknap Webb & Tyler LLP
Peninsula Pharmaceuticals, LLC
Penta Pty. Limited
Percivia LLC
Perouse Plastie
Personal Care Products Council
Peter J. D'Auria
Pfizer, Inc.
Pharma Tech Industries, Inc.
Pharma Tech Industries, Inc.
Pharmadirect Ltd.
Pharmedica Laboratories (Proprietary)
PMC Holdings G.K.
Pneumo Abex, LLC
Policies subscribed in favor of Johnson & Johnson by N.V. Rotterdamse Assurantiekas, n/k/a RheinLand Versiche
Princeton Laboratories, Inc.
Productos de Cuidado Personal y de La
Proleader S.A.
ProSight
Proskauer Rose LLP
Prudential Reinsurance Company
PT Integrated Healthcare Indonesia
PT. Johnson & Johnson Indonesia
PTI Royston, LLC
PTI Royston, LLC
Publix Super Markets, Inc.
Publix Super Markets, Inc.
Pulsar Vascular, Inc.
Puritan Insurance Company
Quattlebaum, Grooms & Tull PLLC
R.T. Vanderbilt Holding Company, Inc.
Ralphs Grocery Company
Rayburn Cooper & Durham, P.A.
Regency Urban Renewal Associates
Republic Indemnity Company of America
Republic Ins. Company
Republic Western Ins. Company
Repwest Insurance Company
Resolute Management Inc.
RespiVert Ltd.
Revlon Consumer Products Corporation
Revlon, Inc.
Rheinland Versicherungen
RheinLand Versicherungen (as successor in interest only to the subscriptions of the former
Rheinland Verzekeringen
Richard Dickinson
Richard Golomb
Richard H. Meadow
Richard L. Root
Rio Tinto America Inc.

Rio Tinto America, Inc.
Rite Aid Corporation
Rite Aid Corporation
Riverstone Insurers
Robert J. Schneider, Jr.
Robert Wuesthoff
Robinson Calcagnie, Inc.
RoC International
Roger Frankel
Rosemarie Giles
Royal Belge I.R., S.A. d'Assurances
Royal Indemnity Company
Royal Ins. Company
RTZ America, Inc.
Rückversicherungs-AG
Russell Deyo
Rutan Realty LLC
Safety Mutual Casualty Corporation
Safety National Casualty Corporation
Safeway Inc.
Safeway, Inc.
Salud de Bolivia S.R.L.
Sanders Phillips Grossman, LLC
Sanofi-Aventis U.S. LLC
Sarah Scholz
Schnader Harrison Segal & Lewis
Schwabe Williamson & Wyatt
Scios LLC
Sedona Enterprise Co., Ltd.
Sedona Singapore International Pte. Ltd.
Sedona Thai International Co., Ltd.
Seguros La Republica SA
Sentry Insurance A Mutual Company
Serhum S.A. de C.V.
Shanghai Elsker For Mother & Baby
Shanghai Johnson & Johnson
Shanghai Johnson & Johnson Ltd.
Sharon Wildman
Sharon Wildman
Shelley K. Abel
Shelly King
Shook, Hardy & Bacon L.L.P.
Shulton, Inc.
Sidley Austin LLP
Sightbox, LLC
Simmons Hanly Conroy LLC
Simon Greenstone Panatiere Bartlett, PC
Sindu S. Daniel
Skadden, Arps, Slate, Meager & Flom LLP
Sodiac ESV
Southern American Ins. Company
Specialty Minerals Inc.

Spectrum Vision Limited Liability
Spectrum Vision Limited Liability Company
Spectrum Vision Limited Liability Company
Spine Solutions GmbH
Starr Indemnity & Liability Company
Starr Indemnity & Liability Company (as successor in interest to Republic Insurance Company)
State of Texas, Attorney General of Texas
SterilMed, Inc.
Sterilmed, Inc.
Stoel Rives LLP
Sullivan Whitehead & Deluca LLP
Surg Rx
Surgical Process Institute Deutschland
Susan Leach
Swartz Campbell LLC
Synthes Costa Rica S.C.R., Limitada
SYNTHES GmbH
Synthes GmbH
Synthes Holding AG
Synthes Holding Limited
SYNTHES Medical Immobilien GmbH
Synthes Medical Surgical Equipment &
Synthes Produktions GmbH
Synthes Proprietary Limited
Synthes S.M.P., S. de R.L. de C.V.
Synthes Tuttlingen GmbH
Synthes USA Products, LLC
Synthes USA, LLC
Synthes, Inc.
Tabitha Henry
Target Corporation
TARIS Biomedical LLC
Tarshwa Carter
TearScience, Inc.
The Anspach Effort, LLC
The Continental Insurance Company
The Dow Chemical Company
The Estee Lauder Companies, Inc.
The Gori Law Firm
The Insurance Company of the State of Pennsylvania
The Kroger Co.
The North River Insurance Company
The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products
The Procter & Gamble Company
The Vision Care Institute, LLC
The Weinberg Law Firm
The Weinhardt Law Firm
Three Crowns Insurance Company
Thrifty Payless, Inc.
Tia Green
Tibotec, LLC
TIG Insurance Company

Timothy G. Blood
Tina L. Oppelt
Torax Medical, Inc.
Trammell PC
Transamerica Premier Insurance Company
Transit Casualty Company
Travelers Casualty and Surety Company
Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)
Travelers Casualty and Surety Company of America
TriStrata, Incorporated
Tucker Ellis LLP
U.S. Bank N.A.
UAB "Johnson & Johnson"
UAP
Unilever Home & Personal Care USA
Union Atlantique d'Assurances S.A.
Union Carbide Corporation
Union Indemnity Ins. Company of New York
Valeant Pharmaceuticals International, Inc.
Valerie Schultz
Vanderbilt Minerals, LLC
Vania Expansion
Ve Ticaret Limited Sirketi
Verb Surgical Inc.
Veridex
ViacomCBS, Inc.
Victia Maniatis
Victoria Gomes
Vision Care Finance Unlimited Company
Vogue International LLC
Vogue International Trading, Inc.
Voncile Jones
Wagner Reese, LLP
Waldrep Wall Babcock & Bailey PLLC
Walgreen Co.
Walmart Inc.
Walmart, Inc.
Wanda Allen
Warren Pumps, LLC
Warren T. Burns
Weil Gotshal & Manges LLP
Weitz & Luxenberg, P.C.
Westchester Fire Insurance Company
Westchester Fire Insurance Company
Westport Insurance Corporation
WH4110 Development Company, L.L.C.
White & Case LLP
Whittaker Clark & Daniels, Inc.
Willcox & Savage, P.C.
William A. Henry c/o Levin Papantonio Rafferty
William J. Ziemer
Williams Hart Law Firm

Windsor Minerals Inc.
Wyeth Holdings LLC
Xian Janssen Pharmaceutical Ltd.
XL Ins. Company
XO1 Limited
Yves Saint Laurent America, Inc.
Zarbee's, Inc.