Mark Falk, Esq.
Liza M. Walsh, Esq.
Stephen V. Falanga, Esq.
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, N.J. 07102
(973) 757-1100

*Counsel for Randi S. Ellis,*
*Legal Representative for Future Talc Claimants*

### IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC, | Case No. 21- 30589 |
| Debtor. | Honorable Michael B. Kaplan |

### CERTIFICATE OF SERVICE

I, Mark Falk, hereby certify under penalty of perjury the following:

I am counsel for Randi S. Ellis, Legal Representative for Future Talc Claimants, in the above-captioned case ("Chapter 11 Case").

On September 30, 2022, I caused a true and correct copy of APPLICATION FOR RETENTION OF BEDERSON LLP to be filed in the Chapter 11 Case and served via the Court's CM/ECF system upon all parties registered to receive notice in the Chapter 11 Case.

On September 30, 2022, the aforementioned document was also served via electronic mail on the parties listed on the attached exhibit.

I hereby certify the foregoing statements made by me are true.

Dated: September 30, 2022

*s/Mark Falk*
Mark Falk

# EXHIBIT
## E-MAIL SERVICE LIST

| Party | E-Mail Address |
|---|---|
| LTL Management [Fee Related Service]<br>John K. Kim, Esq. | jkim8@its.jnj.com |
| Caitlin K. Cahow, Esq.<br>Brad B. Erens, Esq.<br>Gregory M. Gordon, Esq.<br>Daniel B. Prieto, Esq.<br>Amanda Rush, Esq.<br>Robert W. Hamilton, Esq.<br>James M. Jones, Esq.<br>Isel Perez, Esq.<br>[Fee Related Service]<br>JONES DAY<br>Counsel for Debtor | ccahow@jonesday.com<br>bberens@jonesday.com<br>gmgordon@jonesday.com<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br>rwhamilton@jonesday.com<br>jmjones@jonesday.com<br>iperez@jonesday.com |
| John R. Miller, Jr., Esq.<br>RAYBURN COOPER & DURHAM, P.A.<br>Counsel for Debtor | jmiller@rcdlaw.net |
| James N. Lawlor, Esq.<br>Paul R. DeFilippo, Esq.<br>Brad J. Axelrod, Esq.<br>Lyndon M. Tretter, Esq.<br>Joseph F. Pacelli, Esq.<br>WOLLMUTH MAHER & DEUTSCH, LLP<br>Local Counsel for Debtor | jlawlor@wmd-law.com<br>pdefilippo@wmd-law.com<br>baxelrod@wmd-law.com<br>ltretter@wmd-law.com<br>jpacelli@wmd-law.com |
| Kristen R. Fournier, Esq.<br>KING & SPALDING LLP.<br>Debtor's Special Counsel | kfournier@kslaw.com |
| Allison Meghan Brown, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Debtor's Special Counsel | Allison.Brown@skadden.com |
| Glenn M. Kurtz, Esq.<br>Jessica Lauria, Esq.<br>WHITE & CASE LLP<br>Co-Counsel to Johnson & Johnson and Johnson & Johnson Consumer Inc. | gkurtz@whitecase.com<br>Jessica.boelter@whitecase.com |
| Hillary B. Crabtree<br>MOORE & VAN ALLEN PLLC<br>Co-Counsel to Johnson & Johnson and Johnson & Johnson Consumer Inc. | hillarycrabtree@mvalaw.com |

| | |
|---|---|
| Kenneth A. Rosen, Esq.<br>Mary E. Seymour, Esq.<br>LOWENSTEIN SANDLER LLP<br>Co-Counsel to Johnson & Johnson and Johnson & Johnson Consumer Inc. | krosen@lowenstein.com<br>mseymour@lowenstein.com |
| James F. Murdica<br>BARNES & THORNBURG LLP<br>Co-Counsel to Johnson & Johnson and Johnson & Johnson Consumer Inc. | jmurdica@btlaw.com |
| Jeffrey M. Sponder, Esq.<br>Lauren Bielskie, Esq.<br>Linda Richenderfer, Esq.<br>OFFICE OF THE US TRUSTEE | lauren.bielskie@usdoj.gov<br>Jeffrey.m.sponder@usdoj.gov<br>Linda.richenderfer@usdoj.gov |
| Daniel M. Stolz<br>Donald W. Clarke<br>GENOVA BURNS LLC<br>Local Counsel to Official Committee of Talc Claimants | dstolz@genovaburns.com<br>dclarke@genovaburns.com |
| Susan Sieger-Grimm, Esq.<br>David Molton, Esq.<br>BROWN RUDNICK LLP<br><br>Sunni P. Beville, Esq.<br>Jeffrey L. Jonas, Esq.<br>BROWN RUDNICK LLP (Boston)<br><br>Eric R. Goodman, Esq.<br>BROWN RUDNICK LLP (DC)<br>Co-Counsel to the Official Talc Claimants Committee | ssieger-grimm@brownrudnick.com<br>dmolton@brownrudnick.com<br>sbeville@brownrudnick.com<br>jjonas@brownrudnick.com<br>egoodman@brownrudnick.com |
| Melanie L. Cyganowski<br>John Bourgiamas<br>Adam Silverstein<br>Jennifer S. Feeney<br>Michael R. Maizel<br>OTTERBOURG P.C.<br>Co-Counsel to the Official Talc Claimants Committee | mcyganowski@otterbourg.com<br>jbougiamas@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>mmaizel@otterbourg.com |
| Brian A. Glasser, Esq.<br>Kevin W. Barrett, Esq.<br>Thomas B. Bennett, Esq.<br>Maggie B. Burrus, Esq.<br>Cary Joshi, Esq.<br>BAILEY GLASSER LLP<br>Co-Counsel for the Official Committee of Talc Claimants | bglasser@baileyglasser.com<br>kbarrett@baileyglasser.com<br>tbennett@baileyglasser.com<br>mburrus@baileyglasser.com<br>cjoshi@baileyglasser.com |

| | |
|---|---|
| Lenard M. Parkins, Esq.<br>Charles M. Rubio, Esq.<br>PARKINS LEE & RUBIO LLP<br>Special Counsel for the<br>Official Committee of Talc Claimants | lparkins@parkinslee.com<br>crubio@parkinslee.com |
| Jonathan Standish Massey, Esq.<br>MASSEY & GAIL LLP (DC)<br><br>Rachel Morse, Esq.<br>MASSEY & GAIL LLP (Chicago)<br>Special Counsel for the<br>Official Committee of Talc Claimants | jmassey@masseygail.com<br>rmorse@masseygail.com |
| Robert M. Horkovich<br>Carrie Maylor DiCanio<br>Mark Garbowski<br>Christina Yousef<br>ANDERSON KILL P.C.<br>Special Insurance Counsel for the<br>Official Committee of Talc Claimants | rhorkovich@andersonkill.com<br>cdicanio@andersonkill.com<br>mgarbowski@andersonkill.com<br>cyousef@andersonkill.com |
| Jeff Carhart<br>Asim Iqbal<br>Gavin Finlayson<br>MILLER THOMSON LLP<br>Canadian Counsel for the Official Committee of<br>Talc Claimants | jcarhart@millerthomson.com<br>aiqbal@millerthomson.com<br>gfinlayson@millerthomson.com |
| Robert J. Keach, Esq.<br>BERNSTEIN, SHUR, SAWYER & NELSON, P.A.<br>Court Appointed Fee Examiner | rkeach@bernsteinshur.com |
| TRAURIG LAW LLC<br>Attn: Jeffrey Traurig<br>Attorneys for Robert J. Keach, Esq., the Fee Examiner | jtraurig@trauriglaw.com |
| Letson Douglass Boots, Esq.<br>Louis Kornreich, Esq.<br>Angela Stewart, Esq.<br>BERNSTEIN, SHUR, SAWYER & NELSON, P.A.<br>Counsel to Court Appointed Fee Examiner | rkeach@bernsteinshur.com<br>lboots@bernsteinshur.com<br>lkornreich@bernsteinshur.com<br>astewart@bernsteinshur.com |
| Rachel R. Obaldo<br>Jason B. Binford<br>Layla D. Milligan<br>Autumn D. Highsmith<br>Office of the Attorney General of Texas<br>Attorneys for the State of Texas | rachel.obaldo@oag.texas.gov<br>jason.binford@oag.texas.gov<br>layla.milligan@oag.texas.gov<br>autumn.highsmith@oag.texas.gov |
| Ashley A. Edwards, Esq.<br>PARKER POE ADAMS & BERNSTEIN LLP<br>Attorney for The Continental Insurance Company | ashleyedwards@parkerpoe.com |

| | |
|---|---|
| John C. Woodman, Esq.<br>ESSEX RICHARDS P.C.<br>Local Counsel for Claimants | jwoodman@essexrichards.com |
| Steven Kazan, Esq.<br>Joseph D. Satterley, Esq.<br>Denyse F. Clancy, Esq.<br>KAZAN, MCCLAIN, SATTERLEY & GREENWOOD<br>Counsel to Audra Johnson and Anthony Hernandez Valadez | jsatterley@kazanlaw.com<br>dclancy@kazanlaw.com |
| John A. Northern, Esq.<br>Vicki L. Parrott, Esq,<br>John Paul H. Cournoyer, Esq.<br>NORTHERN BLUE, LLP<br>Counsel for Cyprus Mines Corporation and Cyprus Amax Minerals Company | vlp@nbfirm.com  jpc@nbfirm.com |
| Steven M. Abramowitz, Esq.<br>VINSON & ELKINS LLP<br>Counsel for Cyprus Amax Minerals Company | sabramowitz@velaw.com |

| | |
|---|---|
| Steven J. Reisman<br>Shaya Rochester<br>Terence P. Ross<br>Kelsey R. Panizzolo<br>KATTEN MUCHIN ROSENMAN LLP<br><br>Eileen T. McCabe, Esq.<br>Stephen T. Roberts, Esq.<br>MENDES & MOUNT LLP<br><br>Louis A. Modugno, Esq.<br>TRIF & MODUGNO LLC<br><br>Paul A. Fanning<br>Norman J. Leonard<br>Lance P. Martin<br>WARD AND SMITH, P.A.<br><br>Sommer L. Ross<br>Russell W. Roten<br>Jeff D. Kahane<br>DUANE MORRIS LLP<br><br>Counsel to Atlanta International Insurance Company (as successor in interest to Drake Insurance Company); AIG Property Casualty Company (f/k/a Birmingham Fire Insurance Company of Pennsylvania); AIG Europe S.A. (as successor in interest to Union Atlantique d'Assurances S.A); AIU Insurance Company; ASR Schadeverzekering N.V. (as successor in interest to Assurantiekoor Van Wijk & Co.); Granite State Insurance Company; The Insurance Company of the State of Pennsylvania; Lexington Insurance Company; National Union Fire Insurance Company of Pittsburgh, Pa.; New Hampshire Insurance Company; The North River Insurance Company; Starr Indemnity & Liability Company (as successor in interest to Republic Insurance Company); N.V. Schadeverzekeringsmaatschappij Maas Lloyd (individually and as successor in interest to policies subscribed in favor of Johnson & Johnson by N.V. Rotterdamse Assurantiekas, n/k/a De Ark).; and RheinLand Versicherungen (as successor in interest only to the subscriptions of the former Dutch company Rheinland Verzekeringen) (collectively, the "New Jersey<br>Action Insurers") | sreisman@katten.com<br>srochester@katten.com<br>tross@katten.com<br>kelsey.panizzolo@katten.com<br><br>eileen.mccabe@mendes.com<br>stephen.roberts@mendes.com<br><br>lmodugno@tm-firm.com<br><br>LPM@wardandsmith.com<br>PAF@wardandsmith.com<br>NJL@wardandsmith.com<br><br>SLRoss@duanemorris.com<br>RWRoten@duanemorris.com<br>JDKahane@duanemorris.com |
| Chelsea Corey, Esq.<br>Richard A. Schneider, Esq.<br>KING & SPALDING LLP<br>Attorneys for Bestwall LLC | ccorey@kslaw.com<br>dschneider@kslaw.com |

5

| | |
|---|---|
| Christine L. Myatt<br>Harris M. Watkins<br>NEXSEN PRUET, PLLC<br>Local counsel for Rio Tinto America Inc. and Three Crowns Insurance Company | cmyatt@nexsenpruet.com<br>mwatkins@nexsenpruet.com |
| Robert W. Miller, Esq.<br>MANIER & HEROD, P.C.<br>Counsel for Westchester Fire Insurance Company | rmiller@manierherod.com |
| Sandeep Qusba, Esq.<br>Craig S. Waldman, Esq.<br>Jamie J. Fell, Esq.<br>Zachary J. Weiner, Esq.<br>Katherine A. McLendon, Esq.<br>Jonathan T. Menitove, Esq.<br>Michael Torkin, Esq.<br>SIMPSON THACHER & BARTLETT LLP<br><br>Alan J. Brody, Esq.<br>GREENBERG TRAURIG, LLP<br><br>Counsel to Bausch Health US, LLC f/k/a Valeant Pharmaceuticals North America LLC, Bausch Health Americas, Inc. f/k/a Valeant Pharmaceuticals International, and Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International, Inc. and all of their affiliates | squsba@stblaw.com<br>cwaldman@stblaw.com<br>jamie.fell@stblaw.com<br>zachary.weiner@stblaw.com<br>kmclendon@stblaw.com<br>jonathan.menitove@stblaw.com<br>Michael.torkin@stblaw.com<br><br>brodya@gtlaw.com |
| Derek Baker, Esq.<br>REED SMITH LLP<br>Princeton, NJ<br><br>Paul M. Singer, Esq.<br>Luke A. Sizemore, Esq.<br>REED SMITH LLP<br>Pittsburgh, PA<br><br>Jason D. Angelo, Esq.<br>REED SMITH LLP<br>Wilmington, DE<br>Counsel to Cyprus Mines Corporation | dbaker@reedsmith.com<br>psinger@reedsmith.com<br>jangelo@reedsmith.com<br>lsizemore@reedsmith.com |
| Richard S. Wright, Esq.<br>Andrew T. Houston, Esq.<br>Caleb Brown, Esq.<br>MOON WRIGHT & HOUSTON, PLLC<br>Counsel to The Law Firm of Arnold & Itkin LLP ("Arnold & Itkin"), on behalf of certain personal injury claimants represented by Arnold & Itkin (the "Arnold & Itkin Plaintiffs") | rwright@mwhattorneys.com<br>ahouston@mwhattorneys.com<br>cbrown@mwhattorneys.com |

| | |
|---|---|
| Laura Davis Jones, Esq.<br>Karen B. Dine, Esq.<br>Colin R. Robinson, Esq.<br>Peter J. Keane, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>Counsel to Arnold & Itkin LLP | ljones@pszjlaw.com<br>kdine@pszjlaw.com<br>crobinson@pszjlaw.com<br>pkeane@pszjlaw.com |
| Judy D. Thompson, Esq. JD<br>THOMPSON LAW<br>Counsel to the Barnes Law Group (BLG Plaintiffs) | jdt@jdthompsonlaw.com |
| Paul R. Baynard, Esq.<br>Paul J. Winterhalter, Esq.<br>OFFIT KURMAN, P.A.<br>and-<br>Michael L. Tuchin, Esq.<br>Robert J. Pfister, Esq.<br>Samuel M. Kidder, Esq.<br>Nir Maoz, Esq.<br>KTBS LAW LLP<br>Counsel to Aylstock, Witkin, Kreis & Overholtz, PLLC ("AWKO") | Paul.Baynard@offitkurman.com<br>pwinterhalter@offitkurman.com<br>mtuchin@ktbslaw.com<br>rpfister@ktbslaw.com<br>skidder@ktbslaw.com<br>nmaoz@ktbslaw.com |
| James C. White, Esq.<br>Attorney for OnderLaw, LLC | jwhite@jcwhitelaw.com |
| Andrew S. Golden, Esq.<br>Robert M. Novick, Esq.<br>David S. Rosner, Esq.<br>Michael E. Hutchins, Esq.<br>KASOWITZ BENSON TORRES LLP<br>Counsel for Cyprus Mines Corporation | Agolden@kasowitz.com<br>Rnovick@kasowitz.com<br>Drosner@kasowitz.com<br>Mhutchins@kasowitz.com |
| Deborah L. Fletcher, Esq.<br>FISHERBROYLES LLP<br><br>Andrew T. Frankel, Esq.<br>Kathrine A. McLendon, Esq.<br>Michael H. Torkin, Esq.<br>SIMPSON THACHER & BARTLETT LLP<br><br>Stephen V. Gimigliano, Esq.<br>John Maloney, Esq.<br>Robin Rabinowitz, Esq.<br>GIMIGLIANO MAURIELLO & MALONEY<br><br>Counsel for Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) | deborah.fletcher@fisherbroyles.com<br>afrankel@stblaw.com<br>kmclendon@stblaw.com<br>Michael.torkin@stblaw.com<br>sgimigliano@lawgmm.com<br>jmaloney@lawgmm.com<br>rrabinowitz@lawgmm.com |
| Stacy C. Cordes, Esq.<br>Meghan A. Van Vynckt, Esq.<br>CORDES LAW, PLLC<br>Counsel to BlueCross Blue Shield of Massachusetts, Inc. | stacy@cordes-law.com<br>meghan@cordes-law.com |

7

| | |
|---|---|
| Daniel H. Charest, Esq.<br>BURNS CHAREST LLP<br>Counsel for Plaintiffs' Steering Committee in the In re Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability MultiDistrict Litigation | dcharest@burnscharest.com |
| Law Offices of R. Keith Johnson, P.A.<br>-and-<br>Richard M. Golomb, Esq.<br>GOLOMB SPIRT GRUNFELD<br>Counsel to Linda Rabasca and Brandi Carl | kjparalegal@bellsouth.net<br>rgolomb@golomblegal.com |
| Gregory Gennady Plotko Esq.<br>CROWELL & MORING LLP (NYC)<br><br>Mark D. Plevin, Esq.<br>Kevin D. Cacabelos, Esq.<br>CROWELL & MORING LLP (San Francisco)<br><br>Tacie H. Yoon, Esq.<br>Rachel Jankowski, Esq.<br>CROWELL & MORING LLP (DC)<br><br>Aidan McCormack, Esq.<br>R. Brian Seibert<br>DLA PIPER LLP (US)<br>Counsel to Century Indemnity Company, Federal Insurance Company, Central National Insurance Company of Omaha and ACE Property and Casualty Insurance Company (f/k/a CIGNA Property & Casualty Insurance Company), Great Northern Insurance Company, Pacific Employers Insurance Company, and Westchester Fire Insurance Company | gplotko@crowell.com<br>mplevin@crowell.com<br>kcacabelos@crowell.com<br>tyoon@crowell.com<br>rjankowski@crowell.com<br>aidan.mccormack@dlapiper.com<br>brian.seibert@diapiper.com |
| Leslie C. Heilman, Esq.<br>Tobey M. Daluz, Esq.<br>Laurel D. Roglen, Esq.<br>BALLARD SPAHR LLP<br>Counsel for Albertsons Companies, Inc. | daluzt@ballardspahr.com<br>heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com |
| Brian W. Hofmeister, Esq.<br>LAW FIRM OF BRIAN W. HOFMEISTER, LLC<br>Local counsel for various claimants | bwh@hofmeisterfirm.com |
| Simon J. Torres Esq.<br>Carolyn J. Lachman, Esq.<br>Sarah Meiman, Esq.<br>PENSION BENEFIT GUARANTY CORPORATION<br>Office of the General Counsel<br>Counsel for Pension Benefit Guaranty Corporation | torres.simon@pbgc.gov<br>efile@pbgc.gov<br>lachman.carolyn@pbgc.gov<br>meiman.sarah@pbgc.gov<br><br>eamonn.ohagan@usdoj.gov |

| | |
|---|---|
| Eamon O'Hagan, Esq.<br>Local Counsel Pension Benefit Guaranty Corporation | |
| Christopher K. Kiplok, Esq.<br>William J. Beausoleil, Esq.<br>Erin E. Diers, Esq.<br>HUGHES HUBBARD & REED LLP<br>Counsel to Imerys SA | chris.kiplok@hugheshubbard.com<br>william.beausoleil@hugheshubbard.com<br>erin.diers@hugheshubbard.com |
| Charles W. Branham, III, Esq.<br>J. Bradley Smith, Esq.<br>Dean Omar Branham Shirley, LLC<br>-and-<br>William M. Graham, Esq<br>WALLACE & GRAHAM PA<br>Proposed Co-Counsel for Dean Omar Branham Shirley, LLP | tbranham@dobslegal.com<br>bsmith@dobslegal.com<br>bgraham@wallacegraham.com |
| Albert Togut, Esq.<br>Frank A. Oswald, Esq.<br>Brian F. Shaughnessy, Esq.<br>TOGUT, SEGAL & SEGAL LLP<br>Counsel to counsel for Roger Frankel, as Legal Representative for Future Personal Injury Claimants appointed in the Chapter 11 bankruptcy case of Cyprus Mines Corporation, Case No. 21-10398-LSS (Bankr. D. Del) | altogut@teamtogut.com<br>frankoswald@teamtogut.com<br>bshaughnessy@teamtogut.com |
| Janet A. Shapiro, Esq.<br>THE SHAPIRO LAW FIRM<br>Counsel for Employers Ins. Company of Wausau, Employers Ins. of Wausau, Employers Mutual Casualty Company, Nationwide Indemnity, and Scottsdale Insurance | jshapiro@shapirolawfirm.com |
| Jeffrey E. Bjork, Esq.<br>Kimberly A. Posin, Esq.<br>Amy C. Quartarolo, Esq.<br>Adam S. Ravin, Esq.<br>LATHAM & WATKINS LLP<br>Counsel for Imerys Talc America, Inc., Imerys Talc Vermont, Inc., and Imerys Talc Canada Inc. | jeff.bjork@lw.com<br>kim.posin@lw.com<br>amy.quartarolo@lw.com<br>adam.ravin@lw.com |
| Christopher D. Layton, Esq.<br>THE LAYTON LAW FIRM, PLLC<br>Counsel to Williams Hart Boundas Easterby, LLP, on behalf of certain personal injury claimants | chris@thelaytonlawfirm.com |
| Nabil Majed Nachawati, II, Esq.<br>Darren P. McDowell, Esq.<br>Fears Nachawati Law Firm Associated with Brian Hofmeister<br>Counsel to Various Claimants | MN@fnlawfirm.com<br>dmcdowell@fnlawfirm.com |

9

| | |
|---|---|
| Christopher M. Placitella, Esq.<br>Dennis M. Geier, Esq.<br>Jared M. Placitella, Esq.<br>COHEN, PLACITELLA & ROTH, P.C.<br>Counsel to Mesothelioma and Ovarian Cancer Plaintiffs Represented by Cohen, Placitella & Roth P.C. | dgeier@cprlaw.com<br>cplacitella@cprlaw.com<br>jmplacitella@cprlaw.com |
| Andrew J. Kelly, Esq.<br>THE KELLY FIRM, P.C.<br>Local Counsel for Blue Cross Blue Shield of Massachusetts | akelly@kbtlaw.com |
| Mitchell Malzberg, Esq.<br>LAW OFFICES OF MITCHELL J. MALZBERG LLC<br>Local Counsel to Various Claimants | mmalzberg@mjmalzberglaw.com |
| John M. Garner, Esq.<br>Marc E. Wolin, Esq.<br>Saiber LLC<br>Local Counsel for Kristie Lynn Doyle | jaugust@saiber.com<br>mwolin@saiber.com |
| Sommer L. Ross, Esq.<br>Philip R. Matthews, Esq.<br>DUANE MORRIS LLP<br>Counsel for Republic Indemnity Company of America | SLRoss@duanemorris.com<br>PRMatthews@duanemorris.com |
| Daniel R. Lapinski, Esq.<br>MOTLEY RICE LLC<br>Counsel for Mesothelioma and Ovarian Cancer Plaintiffs | dlapinski@motleyrice.com |
| Alan D. Halperin, Esq.<br>Donna H. Lieberman, Esq.<br>Walter Benzija<br>HALPERIN BATTAGLIA BENZIJA, LLP<br>Co-Counsel to The Blue Cross Blue Shield Association | ahalperin@halperinlaw.net<br>dlieberman@halperinlaw.net<br>wbenzija@halperinlaw.net |
| Mark D. Fischer, Esq.<br>Robert C. Griffiths, Esq.<br>RAWLINGS & ASSOCIATES<br>Co-Counsel to The Blue Cross Blue Shield Association | mdf@rawlingsandassociates.com<br>rcg@rawlingsandassociates.com |
| Seth H. Lieberman, Esq.<br>Andrew S. Richmond, Esq.<br>PRYOR CASHMAN LLP<br>Counsel to Williams Hart Boundas Easterby, LLP, on Behalf of Certain Personal Injury Claimants | slieberman@pryorcashman.com<br>arichmond@pryorcashman.com |

| | |
|---|---|
| Lisa M. Norman, Esq.<br>ANDREWS MYERS, P.C.<br>Counsel to Williams Hart Boundas Easterby, LLP, on Behalf of Certain Personal Injury Claimants | lnorman@andrewsmyers.com<br>eripley@andrewsmyers.com |
| Nancy Isaacson, Esq.<br>GREENBAUM, ROWE, SMITH & DAVIS LLP<br>Local Counsel for Motley Rice LLC | nisaacson@greenbaumlaw.com |
| Stephen M. Packman, Esq.<br>ARCHER & GREINER<br>Local Counsel for Roger Frankel, as the Future Claimants' Representative in the Cyprus Mines Chapter 11 Case | spackman@archerlaw.com |
| Brian J. McCormick, Jr., Esq.<br>ROSS FELLER CASEY LLP<br>Counsel for Multiple Talc Claimants | bmccormick@rossfellercasey.com |
| Laila Masud, Esq.<br>MARSHACK HAYS LLP<br>Counsel for Various Talc Claimants | lmasud@marshackhays.com |
| Rachel Parisi, Esq.<br>Kelly D. Curtin, Esq.<br>PORZIO, BROMBERG & NEWMAN, P.C.<br><br>Danielle Spinelli<br>Isley Markman Gostin<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br><br>John D. Green, Esq.<br>Erica Villanueva, Esq.<br>FARELLA BRAUN + MARTEL LLP<br><br>Counsel for Rio Tinto America Holdings Inc., Rio Tinto America Inc., Rio Tinto Services Inc., Three Crowns Insurance Company (formerly Three Crowns Insurance Company Limited), and Metals & Minerals Insurance Company Pte. Ltd. | rparisi@pbnlaw.com<br>kdcurtin@pbnlaw.com<br><br>danielle.spinelli@wilmerhale.com<br><br>jgreen@fbm.com |
| Charles S. Schalk, Esq.<br>John F. Bracaglia, Jr., Esq.<br>SAVO, SCHALK, GILLESPIE, O'GRODNICK & FISHER, P.A.<br><br>Brett D. Kahn, Esq.<br>Thomas W. Ladd, Esq.<br>McCARTER & ENGLISH LLP<br>Attorneys for Creditor, Jeanne Stephenson | schalk@centraljerseylaw.com<br>brokaw@centraljerseylaw.com<br>bkahn@mccarter.com<br>tladd@mccarter.com |

| | |
|---|---|
| Andreas D. Milliaressis, Esq.<br>STEVENS & LEE, P.C.<br>Joseph H. Huston, Jr., Esq.<br>Attorney for Hartford Accident and Indemnity Company and First State Insurance Company | Andreas.milliaressis@stevenslee.com<br>joseph.huston@stevenslee.com |
| Konrad R. Krebs, Esq.<br>Clinton E. Cameron, Esq.<br>Meghan Dalton, Esq.<br>CLYDE & CO US LLP<br><br>David Christian, Esq.<br>DAVID CHRISTIAN ATTORNEYS LLC<br>Attorneys for The Continental Insurance Company, as successor in interest to Harbor Insurance Company and London Guarantee and Accident Company of New York | clinton.cameron@clydeco.us<br>meghan.dalton@clydeco.us<br>dchristian@dca.law |
| Arthur J. Abramowitz, Esq.<br>Alan I. Moldoff, Esq.<br>Ross J. Switkes, Esq.<br>SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.<br>Local Counsel to Official Committee of Talc Claimants II | aabramowitz@shermansilverstein.com<br>amoldoff@shermansilverstein.com<br>rswitkes@shermansilverstein.com |
| Evan M. Lazerowitz, Esq.<br>Cullen Speckhart, Esq.<br>COOLEY LLP<br>Co-Counsel to Official Committee of Talc Claimants II | elazerowitz@cooley.com<br>cspeckhart@cooley.com |
| Heather Simpson, Esq.<br>KENNEDYS CMK LLP<br>Attorneys for Everest Reinsurance Company and TIG Insurance Company | heather.simpson@kennedyslaw.com |
| Joshua D. Weinberg (admitted pro hac vice)<br>Joshua P. Mayer (admitted pro hac vice)<br>RUGGERI PARKS WEINBERG LLP<br>Attorney for Hartford Accident and Indemnity Company and First State Insurance Company | jweinberg@ruggerilaw.com<br>jmayer@ruggerilaw.com |
| Jerome H. Block, Esq.<br>LEVY KONIGSBERG, LLP<br>Attorneys for Talc Committee Claimant Randy Derouen | jblock@levylaw.com |
| Andrew K. Craig, Esq.<br>Stefano V. Calogero, Esq.<br>WINDELS MARX LANE & MITTENDORF, LLP<br>Attorneys for Allstate Insurance Company, solely as successor in interest to Northbrook Excess & Surplus Insurance Company, formerly Northbrook Insurance Company | acraig@windelsmarx.com<br>scalogero@windelsmarx.com |

| | |
|---|---|
| Anthony Sodono, III, Esq.<br>Sari B. Placona, Esq.<br>McMANIMON, SCOTLAND & BAUMANN, LLC<br>Proposed Local Counsel for Alishia Landrum, Committee Member | asodono@msbnj.com<br>splacona@msbnj.com |
| Thomas A. Pitta, Esq.<br>Emmet, Marvin & Martin LLP<br>Counsel to PTI Union LLC and PTI Royston LLC | tpitta@emmetmarvin.com |
| Steven B. Smith, Esq.<br>Rachel H. Ginzburg, Esq.<br>HERRICK, FEINSTEIN LLP<br>Counsel to the Amici Professors | ssmith@herrick.com<br>rginzburg@herrick.com |
| Jonathan I. Rabinowitz, Esq.<br>RABINOWITZ, LUBETKIN & TULLY, LLC<br>Local Counsel to Professor J. Maria Glover, Proposed Amicus Curiae | jrabinowitz@rltlawfirm.com |
| Allen J. Underwood II, Esq.<br>LITE DEPALMA GREENBERG & AFANADOR, LLC<br>Counsel to DiSanto Canadian Class Action Creditors | aunderwood@litedepalma.com |
| United States Department of Justice<br>Civil Division<br>Brian M. Boynton<br>Principal Deputy Assistant Attorney General<br><br>Ruth A. Harvey<br>Director<br>Margaret Newell<br>Assistant Director<br>J. Zachary Balasko<br>Bethany Theriot<br>Trial Attorney<br>Attorneys for United States of America | john.z.balasko@usdoj.gov<br>bethany.theriot@usdoj.gov |
| Leslie A. Berkoff, Esq.<br>Allison Arotsky, Esq.<br>MORITT HOCK & HAMROFF LLP<br>Attorneys for PTI Union, LLC, PTI Roytson, LLC and Broadview Investments LLC | lberkoff@moritthock.com<br>aarotsky@moritthock.com |
| David A. Chandler, Esq.<br>KARST & von OISTE, LLP<br>Attorneys for Talc Committee Claimant TONYA WHETSEL, JAMES E. WHETSEL, KRISTEN MARY WHETSEL, AVERY GRACE WHETSEL, and KAYLEIGH KLEIN, as Representative of the Estate of BRANDON WHETSEL, Deceased | dac@karstvonoiste.com |

| | |
|---|---|
| Suzanne M. Ratcliffe, Esq.<br>Clayton L. Thompson, Esq.<br>MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC<br>Counsel for Attorneys for Talc Committee Claimant Katherine Tollefson, Jan Deborah, Michelson-Boyle | sratcliffe@mrhfmlaw.com<br><br>cthompson@mrhfmlaw.com |
| Richard Dressel, Esq.<br>LEX NOVA LAW LLC<br>Attorneys for Evan Plotkin, Giovanni Sosa, Erwin Chemerinsky | rdressel@lexnovalaw.com |
| Matthew Ward, Esq.<br>Ericka Johnson, Esq.<br>Lisa Bittle Tancredi<br>WOMBLE BOND DICKINSON LLP<br><br>Attorneys for Ad Hoc Committee of States Holding Consumer Protection Claims | matthew.ward@wbd-us.com<br>ericka.johnson@wbd-us.com<br>lisa.tancredi@wbd-us.com |
| Alexander W. Cogbill<br>ZELLE LLP<br>Attorneys for Employers Ins. Company of Wausau, Employers Ins. of Wausau, Employers Mutual Casualty Company, Nationwide Indemnity, and Scottsdale Insurance | acogbill@zelle.com |
| Suzanne C. Midlige, Esq.<br>COUGHLIN MIDLIGE & GARLAND LLP<br>Attorneys for Arrowood Indemnity Company | smidlige@cmg.law |
| Gregory Gennady Plotko, Esq.<br>Mark D. Plevin, Esq.<br>Kevin D. Cacabelos, Esq.<br>Tacie H. Yoon, Esq.<br>Rachel Jankowski, Esq.<br>CROWELL & MORING LLP<br><br>Paul W. Kalish, Esq.<br>Ellen M. Farrell, Esq.<br>MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.<br><br>Attorneys for Allianz Global Risk US Insurance Company, f/k/a Allianz Insurance Company and Fireman's Fund Insurance Company | gplotko@crowell.com<br>mplevin@crowell.com<br>kcacabelos@crowell.com<br>tyoon@crowell.com<br>rjankowski@crowell.com<br><br>pwkalish@mintz.com<br>emfarrell@mintz.com |
| Brian R. Ade, Esq.<br>RIVKIN RADLER LLP<br>Attorney for Sentry Insurance Company As Assumptive Reinsurer of Great Southwest Fire Insurance Company | brian.ade@rivkin.com |
| Melanie J. Garner<br>THE GARNER FIRM, LTD (PA)<br><br>Leslie MacLean | melanie@garnerltd.com |

14

| | |
|---|---|
| WATERS & KRAUS LLP (TX)<br>Attorneys for Waters & Kraus LLP Claimants | |
| Joseph J. DiPasquale, Esq.<br>Joseph A. Caneco, Esq.<br>FOX ROTHSCHILD LLP<br>Counsel to Bechtel Corporation and Sequoia Ventures, Inc. | jdipasquale@foxrothschild.com<br>jcaneco@foxrothschild.com |
| Jerome H. Block, Esq.<br>LEVY KONIGSBERG, LLP<br><br>Jonathan Ruckdeschel<br>THE RUCKDESCHEL LAW FIRM, LLC<br><br>Counsel for Talc Claimant Paul Crouch, Individually and as Executor and as Executor Ad Prosequendum of the Estate of Cynthia Lorraine Crouch | jblock@levylaw.com<br>ruck@rucklawfirm.com |