|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(B)**<br>Mark Falk<br>WALSH PIZZI O'REILLY FALANGA LLP<br>Three Gateway Center<br>100 Mulberry Street, 15th Floor<br>Newark, NJ 07102<br>(973) 757-1100<br>*Counsel for Randi S. Ellis, Legal Representative for Future Talc Claimants*<br><br>In Re:<br>LTL Management, LLC,<br>　　　　　　　　　　　　Debtor. |  Chapter 11<br>Case No.: 21-30589<br>Judge:　Michael B. Kaplan |

## MODIFIED LOCAL FORM CERTIFICATION OF NO OBJECTION REGARDING MONTHLY FEE STATEMENT OF RANDI S. ELLIS, LEGAL REPRESENTATIVE FOR FUTURE TALC CLAIMANTS, FOR THE PERIOD OF AUGUST 1, 2022 THROUGH AUGUST 31, 2022 (DOCUMENT NO. 3033)

The Court authorized, under D.N.J. LBR 2016-3(a), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professionals* [Dkt. No. 761] and *Order Modifying Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professionals* [Dkt. No. 870] (Dkt. Nos. 761 and 870 together, the "Interim Compensation Procedures Order"), compensation to professionals on a monthly basis. Under the Interim Compensation Procedures Order, objections to the monthly fee statement of Randi S. Ellis, Legal Representative for Future Talc Claimants, for the period of August 1, 2022 through August 31, 2022 (the "Monthly Fee Statement") filed and served on September 15, 2022 [Dkt. Nos. 3033; 3034], were to be filed and served not later than September 29, 2022.

2

I, Mark Falk, Esq., certify that, as of September 30, 2022, I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the above Monthly Fee Statement has been filed. Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of this Certification.

Dated: September 30, 2022          *s/Mark Falk*
                                   Mark Falk