# Exhibit A



430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 0
September 28, 2022

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
   for the District of New Jersey

## INVOICE
### For Services Through August 31, 2022

2023-001: LTL Management / J&J Bankruptcy

### Professional Fees

| Date | Professional | | Hours |
|---|---|---|---|
| 8/3/2022 | Lamken | Weekly counsel meeting; prepare for and participate in weekly call with committee representatives. | 1.50 |
| 8/3/2022 | Lamken | Emails with N. Rubin, R. Kry, C. Hayes-Deats, and firm arranging moot. | 0.40 |
| 8/3/2022 | Lamken | Emails with potential judges re: moot participation. | 0.30 |
| 8/3/2022 | Rubin | Emails with J. Lamken, R. Kry, C. Hayes-Deats, & firm arranging argument moot. | 0.50 |
| 8/3/2022 | Rubin | Counsel committee pre-call. | 0.70 |
| 8/3/2022 | Rubin | Committee representative video conference. | 0.60 |
| 8/4/2022 | Lamken | Emails on moot schedule and argument preparation. | 0.10 |
| 8/4/2022 | Rubin | Prepare moot schedule for coordination with committee. | 0.60 |
| 8/9/2022 | Lamken | Email to M. Winograd regarding schedule; set up moots. | 0.30 |
| 8/9/2022 | Hashem | Review TCC opening brief; review other opening briefs. | 4.90 |
| 8/10/2022 | Lamken | Emails re: moot scheduling. | 0.10 |
| 8/10/2022 | Lamken | Prepare for and participate in call with D. Frederick regarding moots and argument preparation, argument strategy. | 0.30 |
| 8/10/2022 | Hashem | Review opening briefs and amicus briefs. | 3.20 |
| 8/12/2022 | Lamken | Conference with N. Rubin & R. Hashem re reply strategy. | 0.50 |
| 8/12/2022 | Rubin | Conference with J. Lamken & R. Hashem re reply brief strategy; emails to listservs re R. Hashem joining case. | 0.70 |
| 8/12/2022 | Hashem | Meeting with N. Rubin and J. Lamken re: reply brief. | 0.50 |
| 8/13/2022 | Rubin | Legal research re bankruptcy precedents. | 0.60 |
| 8/13/2022 | Hashem | Research reorganizations and parallel cases. | 6.20 |
| 8/15/2022 | Lamken | Strategy call with co-counsel. | 2.50 |
| 8/15/2022 | Rubin | Legal research re two-step postures. | 2.60 |
| 8/15/2022 | Rubin | Discussion w R. Hashem re two-step legal principles. | 0.50 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 8/15/2022 | Rubin | Teleconference with J. Lamken, R. Hashem & co-counsel re brief strategy. | 0.50 |
| 8/15/2022 | Rubin | Emails with R. Hashem re motion to dismiss & legal research re same. | 1.90 |
| 8/15/2022 | Hashem | Research Texas statute and bankruptcy code provisions and applicable precedent. | 4.30 |
| 8/15/2022 | Hashem | Review LTL response brief. | 1.00 |
| 8/15/2022 | Hashem | Supervise N. Rubin in collecting materials and conducting research. | 0.80 |
| 8/16/2022 | Lamken | Emails with R. Hashem regarding strategy for reply. | 0.20 |
| 8/16/2022 | Rubin | Review and analyze LTL brief. | 1.00 |
| 8/16/2022 | Rubin | Teleconference with R. Hashem re brief strategy & planning. | 0.60 |
| 8/16/2022 | Rubin | Emails with Genova Burns re fee application. | 0.40 |
| 8/16/2022 | Hashem | Review LTL response brief. | 1.40 |
| 8/16/2022 | Hashem | Draft outline of reply to LTL response brief. | 6.50 |
| 8/16/2022 | Hashem | Correspondence with J. Lamken and N. Rubin re: LTL response brief; revise outline of reply brief. | 2.20 |
| 8/17/2022 | Lamken | Finish review of LTL brief; conference with R. Hashem and N. Rubin regarding same; conference with M. Rening and J. Massey regarding strategy and issues for reply and upcoming meetings; emails regarding strategy for reply with M. Winograd; review orders in Aereo, et al. | 4.30 |
| 8/17/2022 | Rubin | Emails with Genova Burns team re fee application. | 0.20 |
| 8/17/2022 | Rubin | Emails with R. Hashem, J. Lamken, & J. Markowitz re coordination of fee application & objections thereto. | 0.50 |
| 8/17/2022 | Rubin | Teleconference with R. Hashem & J. Lamken re coordination of fee application & objection thereto. | 0.20 |
| 8/17/2022 | Rubin | Legal research re legislative history of code remedies. | 0.70 |
| 8/17/2022 | Rubin | Teleconference with R. Hashem re LTL briefing & legal research strategy. | 0.30 |
| 8/17/2022 | Rubin | Teleconference with co-counsel re reply brief strategy. | 0.50 |
| 8/17/2022 | Rubin | Teleconference with J. Lamken & R. Hashem re reply brief strategy. | 0.30 |
| 8/17/2022 | Rubin | Emails with J. Corrigan & A. Cummings to coordinate fee application & objections thereto. | 0.30 |
| 8/17/2022 | Rubin | Email to R. Hashem re LTL claimants and 3M. | 0.30 |
| 8/17/2022 | Rubin | Emails with R. Hashem and D. Stolz re fee examiner report. | 0.70 |
| 8/17/2022 | Hashem | Phone conference re: LTL reply brief; phone conference with co-counsel re: same. | 1.30 |
| 8/17/2022 | Hashem | Phone conference with J. Lamken and N. Rubin re: reply brief; correspondence re: same. | 0.20 |
| 8/17/2022 | Hashem | Phone conference with N. Rubin re: talking points for TCC; correspondence with J. Lamken re: same. | 0.80 |
| 8/17/2022 | Hashem | Research precedent on valid bankruptcy purpose. | 2.80 |
| 8/17/2022 | Hashem | Analyze research issues; supervise N. Rubin re: same. | 0.80 |
| 8/17/2022 | Hashem | Review LTL response brief; correspondence with J. Lamken re: scope. | 1.10 |
| 8/18/2022 | Rubin | Legal research re: legislative history of specific code remedies. | 0.20 |
| 8/18/2022 | Rubin | Legal research re bad-faith bankruptcy filing standards. | 2.20 |
| 8/18/2022 | Hashem | Research good faith requirement. | 4.60 |

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 8/19/2022 | Lamken | Reply brief strategy conference with N. Rubin, R. Hashem, & co-counsel. | 1.70 |
| 8/19/2022 | Lamken | Prepare for and participate in brainstorming session. | 3.30 |
| 8/19/2022 | Rubin | Legal research re bankruptcy estate issues and email to R. Hashem re same. | 4.70 |
| 8/19/2022 | Rubin | Emails with R. Hashem & team re prior bankruptcies cited by LTL & legal research into good faith. | 1.60 |
| 8/19/2022 | Rubin | Attend committee counsel pre-call. | 0.50 |
| 8/19/2022 | Rubin | Legal research re bankruptcy bad faith filing. | 0.30 |
| 8/19/2022 | Rubin | Reply brief strategy conference with J. Lamken, R. Hashem, & co-counsel. | 1.90 |
| 8/19/2022 | Rubin | Legal research re bad faith filing. | 0.60 |
| 8/19/2022 | Yaacoub | Review and respond to email from R. Hashem regarding equity research. | 0.20 |
| 8/19/2022 | Hashem | Prepare for and participate in phone conference re: reply brief. | 1.50 |
| 8/19/2022 | Hashem | Research NDS cases; correspondence with N. Rubin re: research issues. | 0.90 |
| 8/19/2022 | Hashem | Draft reply brief; correspondence with N. Rubin re: same. | 8.80 |
| 8/20/2022 | Rubin | Legal research re bad faith bankruptcy filings. | 3.00 |
| 8/20/2022 | Rubin | Email to R. Hashem re bankruptcy treatment of certain transactions/undertakings. | 0.10 |
| 8/20/2022 | Hashem | Draft structure argument of reply brief. | 9.40 |
| 8/20/2022 | Hashem | Research equity arguments. | 0.50 |
| 8/21/2022 | Rubin | Legal research re evasions and email to R. Hashem re same. | 4.30 |
| 8/21/2022 | Hashem | Research good faith and equity issues. | 1.00 |
| 8/21/2022 | Hashem | Review other two-step cases; review N. Rubin research. | 3.90 |
| 8/21/2022 | Hashem | Research cases requiring compliance with bankruptcy code structure. | 0.90 |
| 8/21/2022 | Hashem | Research bankruptcy and corresponding code. | 2.80 |
| 8/21/2022 | Hashem | Draft reply brief structural argument section. | 4.50 |
| 8/22/2022 | Hashem | Research unclean hands cases, manipulation of judicial process cases. | 2.00 |
| 8/22/2022 | Hashem | Correspondence re: moots. | 0.60 |
| 8/22/2022 | Hashem | Research equity cases. | 3.30 |
| 8/22/2022 | Hashem | Draft reply brief structural argument. | 4.90 |
| 8/23/2022 | Lamken | Prepare for and participate in group brainstorming teleconference with N. Rubin, R. Hashem, & co-counsel. | 3.40 |
| 8/23/2022 | Rubin | Legal research re bankruptcy benefits & burdens effects on good faith. | 0.50 |
| 8/23/2022 | Rubin | Conference re appellate briefing coordination with counsel for co-appellants. | 0.60 |
| 8/23/2022 | Rubin | Review draft reply brief. | 0.10 |
| 8/23/2022 | Rubin | Group brainstorming teleconference with J. Lamken, R. Hashem, & co-counsel. | 1.50 |
| 8/23/2022 | Hashem | Prepare for and participate in phone conferences with co-counsel re: reply brief strategy. | 2.80 |
| 8/23/2022 | Hashem | Research other two-step cases; review 3M case materials; review cases cited by LTL. | 3.10 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 8/24/2022 | Lamken | Review debtor-side amicus briefs and rehearing precedent; emails to N. Rubin re same. | 2.70 |
| 8/24/2022 | Lamken | Prepare for and participate in weekly committee meeting. | 1.20 |
| 8/24/2022 | Lamken | Conference with R. Hashem re: structural argument in reply. | 0.40 |
| 8/24/2022 | Rubin | Review debtor-side amicus briefs and email to J. Lamken re same. | 0.90 |
| 8/24/2022 | Rubin | Counsel-only pre-call in preparation for committee call. | 0.40 |
| 8/24/2022 | Rubin | Emails with J. Lamken re committee call. | 0.60 |
| 8/24/2022 | Hashem | Draft reply brief structural argument; discussion with J. Lamken re: same. | 3.50 |
| 8/25/2022 | Hashem | Research key precedents and study. | 0.90 |
| 8/25/2022 | Hashem | Work on reply brief argument section. | 3.60 |
| 8/26/2022 | Lamken | Emails on court orders and strategy, argument division. | 0.50 |
| 8/26/2022 | Lamken | Communicate with R. Hashem & N. Rubin re: key precedents. | 0.40 |
| 8/26/2022 | Rubin | Legal research re specific remedial provisions; email to R. Hashem re same. | 3.40 |
| 8/26/2022 | Rubin | Communicate with R. Hashem & J. Lamken re key cases. | 0.20 |
| 8/26/2022 | Hashem | Revise reply brief structural argument; correspondence with J. Lamken re: same. | 5.70 |
| 8/26/2022 | Hashem | Revise reorganization purpose section reply; integrate into draft sections. | 6.60 |
| 8/27/2022 | Lamken | Work on reply. | 5.70 |
| 8/28/2022 | Lamken | Work on reply; prepare for moot arguments; conference with R. Hashem re: same. | 7.30 |
| 8/28/2022 | Hashem | Phone conference with J. Lamken re: reply brief; research for same. | 1.80 |
| 8/28/2022 | Hashem | Revise reply brief. | 2.20 |
| 8/29/2022 | Lamken | Edit reply brief. | 6.90 |
| 8/29/2022 | Pattillo | Review and revise draft reply brief. | 2.50 |
| 8/29/2022 | Rubin | Emails with J. Lamken & R. Hashem re May & July fee statements. | 0.20 |
| 8/29/2022 | Rubin | Coordinate July fee statement with J. Corrigan. | 0.30 |
| 8/29/2022 | Rubin | Email to J. Corrigan re fee statement. | 0.20 |
| 8/29/2022 | Rubin | Prepare July monthly fee application. | 1.30 |
| 8/29/2022 | Rubin | Prepare entry of appearance for R. Hashem & email re same. | 0.50 |
| 8/29/2022 | Hashem | Research chapter 11 precedent. | 1.40 |
| 8/29/2022 | Hashem | Revise reply brief. | 4.90 |
| 8/30/2022 | Hayes-Deats | Review briefs in preparation for moot of J. Lamken. | 0.40 |
| 8/30/2022 | Lamken | Edit reply brief; prepare for moot. | 8.10 |
| 8/30/2022 | Lamken | Circulate reply brief to team; prepare for moot. | 6.10 |
| 8/30/2022 | Rubin | Coordinate revisions to draft reply brief with R. Hashem. | 0.70 |
| 8/30/2022 | Rubin | Legal research re courtroom procedures. | 0.30 |
| 8/30/2022 | Hashem | Prepare fee application. | 1.80 |
| 8/31/2022 | Hayes-Deats | Review briefs in preparation for moot of J. Lamken. | 0.30 |
| 8/31/2022 | Lamken | Call with D. Stolz on reply issues; review comments on reply; revise and | 2.30 |

Molo Lamken LLP                                                                                                Page: 5

|  |  |  |  |
|---|---|---|---|
|  |  | file CA3 summary of argument. |  |
| 8/31/2022 | Lamken | Prepare for and participate in weekly counsel pre-call and representation call. | 1.90 |
| 8/31/2022 | Hashem | Meetings with co-counsel and TCC re: reply brief. | 2.00 |
| 8/31/2022 | Hashem | Review suggestions from co-counsel re: reply brief; integrate changes; revise reply brief. | 3.80 |
| 8/31/2022 | Hashem | Revise injunction section of reply brief. | 3.50 |
| 8/31/2022 | Hashem | Draft and file CA3 summary of argument. | 0.50 |
|  |  | Total Hours | 247.80 |
|  |  | Total Fees | $249,636.50 |

### Timekeeper Summary

| Name | Hours | Amount |
|---|---|---|
| Rayiner I. Hashem | 135.70 hours at $900.00/hr | $122,130.00 |
| Caleb Hayes-Deats | 0.70 hours at $895.00/hr | $626.50 |
| Jeffrey Lamken | 62.40 hours at $1,450.00/hr | $90,480.00 |
| Michael Pattillo | 2.50 hours at $1,075.00/hr | $2,687.50 |
| Nathaniel Rubin | 46.30 hours at $725.00/hr | $33,567.50 |
| Pamela Yaacoub | 0.20 hours at $725.00/hr | $145.00 |

### Payments/Holdbacks

| Date | Amount |
|---|---|
| 9/19/2022 | $30,140.00 |
| 9/19/2022 | $7,535.00 |
| Sub-total Payments: | $37,675.00 |

### Summary

|  |  |
|---|---|
| Fees: | $249,636.50 |
| Expenses: | $0.00 |
| Total Current Billing: | $249,636.50 |
| Current Amt To be Pd by Debtor (80%): | $199,709.20 |
| Current Holdback Amount (20%): | $49,927.30 |
| **Total Amount Due:** | **$199,709.20** |

Molo Lamken LLP                                                                                         Page: 6

**MoloLamken**

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 0
September 28, 2022

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
  for the District of New Jersey

**REMITTANCE PAGE**
**For Services Through August 31, 2022**

2023-001: LTL Management / J&J Bankruptcy

| | |
|---|---:|
| Total Fees This Statement: | $249,636.50 |
| Total Expenses This Statement: | $0.00 |
| Total Current Billing: | $249,636.50 |
| Current Amt To be Pd by Debtor (80%): | $199,709.20 |
| Current Holdback Amount (20%): | $49,927.30 |
| Previous Balance Due: | $0.00 |
| **Total Now Due:** | **$199,709.20** |

| **Domestic Wire Transfer:** | **International Wire Transfer:** |
|---|---|
| Account Name: MoloLamken LLP | Account Name: MoloLamken LLP |
| Bank info: Signature Bank | Bank info: Wells Fargo Bank |
| 6400 N. Northwest Hwy | 420 Montgomery |
| Chicago, IL 60631 | San Francisco, CA 94104 |
| Routing Number: 071-026-628 | Routing Number: 121-000-248 |
| Account Number: ▮▮▮▮▮ | Account Number: ▮▮▮▮▮ |
| | International SWIFT: ▮▮▮▮▮ |