# Exhibit B

# Molo Lamken LLP

## ML Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component<br>Task Code | Statement Units | Price | Value | Extended Amount |
|---|---|---|---|---|---|---|---|---|
| **Fee** | | | | | | | | |
| 08/03/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Emails with J. Lamken, R. Kry, C. Hayes-Deats, & firm arranging argument moot. | | T<br>L520 | 0.50 | 725.00 | 362.50 | 362.50 |
| 08/03/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Counsel committee pre-call. | | T<br>L520 | 0.70 | 725.00 | 507.50 | 507.50 |
| 08/03/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Committee representative video conference. | | T<br>L520 | 0.60 | 725.00 | 435.00 | 435.00 |
| 08/03/2022 | JAL | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Weekly counsel meeting; prepare for and participate in weekly call with committee representatives | | T<br>L520 | 1.50 | 1,450.00 | 2,175.00 | 2,175.00 |
| 08/03/2022 | JAL | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Emails with N. Rubin, R. Kry, C. Hayes-Deats, and firm arranging moot | | T<br>L520 | 0.40 | 1,450.00 | 580.00 | 580.00 |
| 08/03/2022 | JAL | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Emails with potential judges re: moot participation | | T<br>L520 | 0.30 | 1,450.00 | 435.00 | 435.00 |

# Molo Lamken LLP

## ML Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component<br>Task Code | Statement Units | Price | Value | Extended Amount |
|---|---|---|---|---|---|---|---|---|
| 08/04/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Prepare moot schedule for coordination with committee. | | T<br>L520 | 0.60 | 725.00 | 435.00 | 435.00 |
| 08/04/2022 | JAL | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Emails on moot schedule and argument preparation | | T<br>L520 | 0.10 | 1,450.00 | 145.00 | 145.00 |
| 08/09/2022 | RIH | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Review TCC opening brief; review other opening briefs. | | T<br>L520 | 4.90 | 900.00 | 4,410.00 | 4,410.00 |
| 08/09/2022 | JAL | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Email to M. Winograd regarding schedule; set up moots | | T<br>L520 | 0.30 | 1,450.00 | 435.00 | 435.00 |
| 08/10/2022 | RIH | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Review opening briefs and amicus briefs. | | T<br>L520 | 3.20 | 900.00 | 2,880.00 | 2,880.00 |
| 08/10/2022 | JAL | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Emails re: moot scheduling | | T<br>L520 | 0.10 | 1,450.00 | 145.00 | 145.00 |
| 08/10/2022 | JAL | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Prepare for and participate in call with D. Frederick regarding moots and argument preparation, argument strategy | | T<br>L520 | 0.30 | 1,450.00 | 435.00 | 435.00 |

# Molo Lamken LLP

## ML Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component<br>Task Code | Statement Units | Price | Value | Extended Amount |
|---|---|---|---|---|---|---|---|---|
| 08/12/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Conference with J. Lamken & R. Hashem re reply brief strategy; emails to listservs re R. Hashem joining case. | | T<br>L520 | 0.70 | 725.00 | 507.50 | 507.50 |
| 08/12/2022 | RIH | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Meeting with N. Rubin and J. Lamken re: reply brief. | | T<br>L520 | 0.50 | 900.00 | 450.00 | 450.00 |
| 08/12/2022 | JAL | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br> Conference with N. Rubin & R. Hashem re reply  strategy | | T<br>L520 | 0.50 | 1,450.00 | 725.00 | 725.00 |
| 08/13/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Legal research re bankruptcy precedents. | | T<br>L520 | 0.60 | 725.00 | 435.00 | 435.00 |
| 08/13/2022 | RIH | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Research reorganizations and parallel cases. | | T<br>L520 | 6.20 | 900.00 | 5,580.00 | 5,580.00 |
| 08/15/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Legal research re two-step postures. | | T<br>L520 | 2.60 | 725.00 | 1,885.00 | 1,885.00 |
| 08/15/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Discussion w R. Hashem re two-step legal principles. | | T<br>L520 | 0.50 | 725.00 | 362.50 | 362.50 |

# Molo Lamken LLP

## ML Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component Task Code | Statement Units | Price | Value | Extended Amount |
|---|---|---|---|---|---|---|---|---|
| 08/15/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Teleconference with J. Lamken, R. Hashem & co-counsel re brief strategy. | | T<br>L520 | 0.50 | 725.00 | 362.50 | 362.50 |
| 08/15/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Emails with R. Hashem re motion to dismiss & legal research re same. | | T<br>L520 | 1.90 | 725.00 | 1,377.50 | 1,377.50 |
| 08/15/2022 | RIH | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Research Texas statute and bankruptcy code provisions and applicable precedent. | | T<br>L520 | 4.30 | 900.00 | 3,870.00 | 3,870.00 |
| 08/15/2022 | RIH | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Review LTL response brief. | | T<br>L520 | 1.00 | 900.00 | 900.00 | 900.00 |
| 08/15/2022 | RIH | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Supervise N. Rubin in collecting materials and conducting research. | | T<br>L520 | 0.80 | 900.00 | 720.00 | 720.00 |
| 08/15/2022 | JAL | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Strategy call with co-counsel | | T<br>L520 | 2.50 | 1,450.00 | 3,625.00 | 3,625.00 |
| 08/16/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Review and analyze LTL brief. | | T<br>L520 | 1.00 | 725.00 | 725.00 | 725.00 |

# Molo Lamken LLP

## ML Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component<br>Task Code | Statement Units | Price | Value | Extended Amount |
|---|---|---|---|---|---|---|---|---|
| 08/16/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Teleconference with R. Hashem re brief strategy & planning. | | T<br>L520 | 0.60 | 725.00 | 435.00 | 435.00 |
| 08/16/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Emails with Genova Burns re fee application. | | T<br>B160 | 0.40 | 725.00 | 290.00 | 290.00 |
| 08/16/2022 | RIH | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Review LTL response brief. | | T<br>L520 | 1.40 | 900.00 | 1,260.00 | 1,260.00 |
| 08/16/2022 | RIH | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Draft outline of reply to LTL response brief. | | T<br>L520 | 6.50 | 900.00 | 5,850.00 | 5,850.00 |
| 08/16/2022 | RIH | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Correspondence with J. Lamken and N. Rubin re: LTL response brief; revise outline of reply brief. | | T<br>L520 | 2.20 | 900.00 | 1,980.00 | 1,980.00 |
| 08/16/2022 | JAL | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br> Emails with R. Hashem regarding strategy for reply | | T<br>L520 | 0.20 | 1,450.00 | 290.00 | 290.00 |
| 08/17/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Emails with Genova Burns team re fee application. | | T<br>B160 | 0.20 | 725.00 | 145.00 | 145.00 |

Matter ID begins with '2023-001' and WIP and date >= 8/1/22 and date <= 8/31/22

# Molo Lamken LLP

## ML Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component<br>Task Code | Statement Units | Price | Value | Extended Amount |
|---|---|---|---|---|---|---|---|---|
| 08/17/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Emails with R. Hashem, J. Lamken, & J. Markowitz re coordination of fee application & objections thereto. | | T<br>B160 | 0.50 | 725.00 | 362.50 | 362.50 |
| 08/17/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Teleconference with R. Hashem & J. Lamken re coordination of fee application & objection thereto. | | T<br>B160 | 0.20 | 725.00 | 145.00 | 145.00 |
| 08/17/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Legal research re legislative history of code remedies | | T<br>L520 | 0.70 | 725.00 | 507.50 | 507.50 |
| 08/17/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Teleconference with R. Hashem re LTL briefing & legal research strategy. | | T<br>L520 | 0.30 | 725.00 | 217.50 | 217.50 |
| 08/17/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Teleconference with co-counsel re reply brief strategy. | | T<br>L520 | 0.50 | 725.00 | 362.50 | 362.50 |
| 08/17/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Teleconference with J. Lamken & R. Hashem re reply brief strategy. | | T<br>L520 | 0.30 | 725.00 | 217.50 | 217.50 |

# Molo Lamken LLP

## ML Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component<br>Task Code | Statement Units | Price | Value | Extended Amount |
|---|---|---|---|---|---|---|---|---|
| 08/17/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Emails with J. Corrigan & A. Cummings to coordinate fee application & objections thereto. | | T<br>B160 | 0.30 | 725.00 | 217.50 | 217.50 |
| 08/17/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Email to R. Hashem re LTL claimants and 3M. | | T<br>L520 | 0.30 | 725.00 | 217.50 | 217.50 |
| 08/17/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Emails with R. Hashem and D. Stolz re fee examiner report. | | T<br>B160 | 0.70 | 725.00 | 507.50 | 507.50 |
| 08/17/2022 | RIH | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Phone conference re: LTL reply brief; phone conference with co-counsel re: same. | | T<br>L520 | 1.30 | 900.00 | 1,170.00 | 1,170.00 |
| 08/17/2022 | RIH | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Phone conference with J. Lamken and N. Rubin re: reply brief; correspondence re: same. | | T<br>L520 | 0.20 | 900.00 | 180.00 | 180.00 |
| 08/17/2022 | RIH | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Phone conference with N. Rubin re: talking points for TCC; correspondence with J. Lamken re: same. | | T<br>L520 | 0.80 | 900.00 | 720.00 | 720.00 |

# Molo Lamken LLP

## ML Listing

| Date | Prof | Matter ID/Client Sort  Matter Description  Narrative | Activity Code | Component Task Code | Statement Units | Price | Value | Extended Amount |
|---|---|---|---|---|---|---|---|---|
| 08/17/2022 | RIH | 2023-001/ Official Committee of Talc Claimants  LTL Management / J&J Bankruptcy  Research precedent on valid bankruptcy purpose. | | T  L520 | 2.80 | 900.00 | 2,520.00 | 2,520.00 |
| 08/17/2022 | RIH | 2023-001/ Official Committee of Talc Claimants  LTL Management / J&J Bankruptcy  Analyze research issues; supervise N. Rubin re: same. | | T  L520 | 0.80 | 900.00 | 720.00 | 720.00 |
| 08/17/2022 | RIH | 2023-001/ Official Committee of Talc Claimants  LTL Management / J&J Bankruptcy  Review LTL response brief; correspondence with J. Lamken re: scope. | | T  L520 | 1.10 | 900.00 | 990.00 | 990.00 |
| 08/17/2022 | JAL | 2023-001/ Official Committee of Talc Claimants  LTL Management / J&J Bankruptcy  Finish review of LTL brief; conference with R. Hashem and N. Rubin regarding same; conference with M. Rening and J. Massey regarding strategy and issues for reply and upcoming meetings; emails regarding strategy for reply with M. Winograd; review orders in Aereo, et al. | | T  L520 | 4.30 | 1,450.00 | 6,235.00 | 6,235.00 |
| 08/18/2022 | NFR | 2023-001/ Official Committee of Talc Claimants  LTL Management / J&J Bankruptcy  Legal research re: legislative history of specific code remedies. | | T  L520 | 0.20 | 725.00 | 145.00 | 145.00 |

# Molo Lamken LLP

## ML Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component Task Code | Statement Units | Price | Value | Extended Amount |
|---|---|---|---|---|---|---|---|---|
| 08/18/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Legal research re bad-faith bankruptcy filing standards. | | T<br>L520 | 2.20 | 725.00 | 1,595.00 | 1,595.00 |
| 08/18/2022 | RIH | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Research good faith requirement. | | T<br>L520 | 4.60 | 900.00 | 4,140.00 | 4,140.00 |
| 08/19/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Legal research re bankruptcy estate issues and email to R. Hashem re same. | | T<br>L520 | 4.70 | 725.00 | 3,407.50 | 3,407.50 |
| 08/19/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Emails with R. Hashem & team re prior bankruptcies cited by LTL & legal research into good faith. | | T<br>L520 | 1.60 | 725.00 | 1,160.00 | 1,160.00 |
| 08/19/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Attend committee counsel pre-call. | | T<br>L520 | 0.50 | 725.00 | 362.50 | 362.50 |
| 08/19/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Legal research re bankruptcy bad faith filing. | | T<br>L520 | 0.30 | 725.00 | 217.50 | 217.50 |
| 08/19/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Reply brief strategy conference with J. Lamken, R. Hashem, & co-counsel. | | T<br>L520 | 1.90 | 725.00 | 1,377.50 | 1,377.50 |

Matter ID begins with '2023-001' and WIP and date >= 8/1/22 and date <= 8/31/22

# Molo Lamken LLP

## ML Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component Task Code | Statement Units | Price | Value | Extended Amount |
|---|---|---|---|---|---|---|---|---|
| 08/19/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Legal research re bad faith filing. | T | L520 | 0.60 | 725.00 | 435.00 | 435.00 |
| 08/19/2022 | PIY | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Review and respond to email from R. Hashem regarding equity research. | T | L520 | 0.20 | 725.00 | 145.00 | 145.00 |
| 08/19/2022 | RIH | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Prepare for and participate in phone conference re: reply brief. | T | L520 | 1.50 | 900.00 | 1,350.00 | 1,350.00 |
| 08/19/2022 | RIH | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Research NDS cases; correspondence with N. Rubin re: research issues. | T | L520 | 0.90 | 900.00 | 810.00 | 810.00 |
| 08/19/2022 | RIH | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Draft reply brief; correspondence with N. Rubin re: same. | T | L520 | 8.80 | 900.00 | 7,920.00 | 7,920.00 |
| 08/19/2022 | JAL | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br> Reply brief strategy conference with N. Rubin, R. Hashem, & co-counsel. | T | L520 | 1.70 | 1,450.00 | 2,465.00 | 2,465.00 |
| 08/19/2022 | JAL | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br> Prepare for and participate in brainstorming session | T | L520 | 3.30 | 1,450.00 | 4,785.00 | 4,785.00 |

# Molo Lamken LLP

## ML Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Statement Units | Price | Value | Extended Amount |
|---|---|---|---|---|---|---|---|---|
| 08/20/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Legal research re bad faith bankruptcy filings. | | T<br>L520 | 3.00 | 725.00 | 2,175.00 | 2,175.00 |
| 08/20/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Email to R. Hashem re bankruptcy treatment of certain transactions/undertakings. | | T<br>L520 | 0.10 | 725.00 | 72.50 | 72.50 |
| 08/20/2022 | RIH | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Draft structure argument of reply brief. | | T<br>L520 | 9.40 | 900.00 | 8,460.00 | 8,460.00 |
| 08/20/2022 | RIH | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Research equity arguments. | | T<br>L520 | 0.50 | 900.00 | 450.00 | 450.00 |
| 08/21/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Legal research re evasions and email to R. Hashem re same. | | T<br>L520 | 4.30 | 725.00 | 3,117.50 | 3,117.50 |
| 08/21/2022 | RIH | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Research good faith and equity issues. | | T<br>L520 | 1.00 | 900.00 | 900.00 | 900.00 |
| 08/21/2022 | RIH | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Review other two-step cases; review N. Rubin research. | | T<br>L520 | 3.90 | 900.00 | 3,510.00 | 3,510.00 |

# Molo Lamken LLP

## ML Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity<br>Code | Component<br>Task Code | Statement<br>Units | Price | Value | Extended<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 08/21/2022 | RIH | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Research cases requiring compliance with bankruptcy code structure. | | T<br>L520 | 0.90 | 900.00 | 810.00 | 810.00 |
| 08/21/2022 | RIH | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Research bankruptcy and corresponding code | | T<br>L520 | 2.80 | 900.00 | 2,520.00 | 2,520.00 |
| 08/21/2022 | RIH | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Draft reply brief structural argument section. | | T<br>L520 | 4.50 | 900.00 | 4,050.00 | 4,050.00 |
| 08/22/2022 | RIH | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Research unclean hands cases, manipulation of judicial process cases. | | T<br>L520 | 2.00 | 900.00 | 1,800.00 | 1,800.00 |
| 08/22/2022 | RIH | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Correspondence re: moots. | | T<br>L530 | 0.60 | 900.00 | 540.00 | 540.00 |
| 08/22/2022 | RIH | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Research equity cases. | | T<br>L520 | 3.30 | 900.00 | 2,970.00 | 2,970.00 |
| 08/22/2022 | RIH | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Draft reply brief structural argument. | | T<br>L520 | 4.90 | 900.00 | 4,410.00 | 4,410.00 |

# Molo Lamken LLP

## ML Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity<br>Code | Component<br>Task Code | Statement<br>Units | Price | Value | Extended<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 08/23/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Legal research re bankruptcy benefits & burdens effects on good faith. | | T<br>L520 | 0.50 | 725.00 | 362.50 | 362.50 |
| 08/23/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Conference re appellate briefing coordination with counsel for co-appellants. | | T<br>L520 | 0.60 | 725.00 | 435.00 | 435.00 |
| 08/23/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Review draft reply brief. | | T<br>L520 | 0.10 | 725.00 | 72.50 | 72.50 |
| 08/23/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Group brainstorming teleconference with J. Lamken, R. Hashem, & co-counsel. | | T<br>L520 | 1.50 | 725.00 | 1,087.50 | 1,087.50 |
| 08/23/2022 | RIH | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Prepare for and participate in phone conferences with co-counsel re: reply brief strategy. | | T<br>L520 | 2.80 | 900.00 | 2,520.00 | 2,520.00 |
| 08/23/2022 | RIH | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Research other two-step cases; review 3M case materials; review cases cited by LTL. | | T<br>L520 | 3.10 | 900.00 | 2,790.00 | 2,790.00 |

9/30/2022 2:48:31 PM

Page 13 of 19

Matter ID begins with '2023-001' and WIP and date >= 8/1/22 and date <= 8/31/22

# Molo Lamken LLP

## ML Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component Task Code | Statement Units | Price | Value | Extended Amount |
|---|---|---|---|---|---|---|---|---|
| 08/23/2022 | JAL | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Prepare for and participate in group brainstorming teleconference with N. Rubin, R. Hashem, & co-counsel | | T<br>L520 | 3.40 | 1,450.00 | 4,930.00 | 4,930.00 |
| 08/24/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Review debtor-side amicus briefs and email to J. Lamken re same. | | T<br>L520 | 0.90 | 725.00 | 652.50 | 652.50 |
| 08/24/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Counsel-only pre-call in preparation for committee call. | | T<br>L520 | 0.40 | 725.00 | 290.00 | 290.00 |
| 08/24/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Emails w/ J. Lamken re comm. call. | | T<br>L520 | 0.60 | 725.00 | 435.00 | 435.00 |
| 08/24/2022 | RIH | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Draft reply brief structural argument; discussion with J. Lamken re: same. | | T<br>L520 | 3.50 | 900.00 | 3,150.00 | 3,150.00 |
| 08/24/2022 | JAL | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Review debtor-side amicus briefs and rehearing precedent; emails to N. Rubin re same. | | T<br>L520 | 2.70 | 1,450.00 | 3,915.00 | 3,915.00 |
| 08/24/2022 | JAL | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Prepare for and participate in weekly committee meeting | | T<br>L520 | 1.20 | 1,450.00 | 1,740.00 | 1,740.00 |

Matter ID begins with '2023-001' and WIP and date >= 8/1/22 and date <= 8/31/22

# Molo Lamken LLP

## ML Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component<br>Task Code | Statement Units | Price | Value | Extended Amount |
|---|---|---|---|---|---|---|---|---|
| 08/24/2022 | JAL | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Conference with R. Hashem re: structural argument in reply | | T<br>L520 | 0.40 | 1,450.00 | 580.00 | 580.00 |
| 08/25/2022 | RIH | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Research key precedents and study | | T<br>L520 | 0.90 | 900.00 | 810.00 | 810.00 |
| 08/25/2022 | RIH | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Work on reply brief argument section. | | T<br>L520 | 3.60 | 900.00 | 3,240.00 | 3,240.00 |
| 08/26/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Legal research re specific remedial provisions; email to R. Hashem re same. | | T<br>L520 | 3.40 | 725.00 | 2,465.00 | 2,465.00 |
| 08/26/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Communicate with R. Hashem & J. Lamken re key cases. | | T<br>L520 | 0.20 | 725.00 | 145.00 | 145.00 |
| 08/26/2022 | RIH | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Revise reply brief structural argument; correspondence with J. Lamken re: same. | | T<br>L520 | 5.70 | 900.00 | 5,130.00 | 5,130.00 |
| 08/26/2022 | RIH | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Revise reorganization purpose section reply; integrate into draft sections. | | T<br>L520 | 6.60 | 900.00 | 5,940.00 | 5,940.00 |

Matter ID begins with '2023-001' and WIP and date >= 8/1/22 and date <= 8/31/22

Case 21-30589-MBK    Doc 3098-2    Filed 09/30/22    Entered 09/30/22 16:39:42    Desc
Exhibit B    Page 17 of 20

# Molo Lamken LLP

## ML Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component<br>Task Code | Statement Units | Price | Value | Extended Amount |
|---|---|---|---|---|---|---|---|---|
| 08/26/2022 | JAL | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Emails on court orders and strategy, argument division | | T<br>L520 | 0.50 | 1,450.00 | 725.00 | 725.00 |
| 08/26/2022 | JAL | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Communicate with R. Hashem & N. Rubin re: key precedents | | T<br>L520 | 0.40 | 1,450.00 | 580.00 | 580.00 |
| 08/27/2022 | JAL | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Work on reply | | T<br>L520 | 5.70 | 1,450.00 | 8,265.00 | 8,265.00 |
| 08/28/2022 | RIH | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Phone conference with J. Lamken re: reply brief; research for same. | | T<br>L520 | 1.80 | 900.00 | 1,620.00 | 1,620.00 |
| 08/28/2022 | RIH | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Revise reply brief. | | T<br>L520 | 2.20 | 900.00 | 1,980.00 | 1,980.00 |
| 08/28/2022 | JAL | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Work on reply; prepare for moot arguments; conference with R. Hashem re: same | | T<br>L520 | 7.30 | 1,450.00 | 10,585.00 | 10,585.00 |
| 08/29/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Emails with J. Lamken & R. Hashem re May & July fee statements. | | T<br>B160 | 0.20 | 725.00 | 145.00 | 145.00 |

Matter ID begins with '2023-001' and WIP and date >= 8/1/22 and date <= 8/31/22

# Molo Lamken LLP

## ML Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component<br>Task Code | Statement Units | Price | Value | Extended Amount |
|---|---|---|---|---|---|---|---|---|
| 08/29/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Coordinate July fee statement with J. Corrigan. | T | B160 | 0.30 | 725.00 | 217.50 | 217.50 |
| 08/29/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Email to J. Corrigan re fee statement. | T | B160 | 0.20 | 725.00 | 145.00 | 145.00 |
| 08/29/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Prepare July monthly fee application. | T | B160 | 1.30 | 725.00 | 942.50 | 942.50 |
| 08/29/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Prepare entry of appearance for R. Hashem & email re same. | T | L520 | 0.50 | 725.00 | 362.50 | 362.50 |
| 08/29/2022 | MGP | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Review and revise draft reply brief. | T | L520 | 2.50 | 1,075.00 | 2,687.50 | 2,687.50 |
| 08/29/2022 | RIH | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Research chapter 11 precedent. | T | L520 | 1.40 | 900.00 | 1,260.00 | 1,260.00 |
| 08/29/2022 | RIH | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Revise reply brief. | T | L520 | 4.90 | 900.00 | 4,410.00 | 4,410.00 |
| 08/29/2022 | JAL | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br> Edit reply brief | T | L520 | 6.90 | 1,450.00 | 10,005.00 | 10,005.00 |

# Molo Lamken LLP
## ML Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component<br>Task Code | Statement Units | Price | Value | Extended Amount |
|---|---|---|---|---|---|---|---|---|
| 08/30/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Coordinate revisions to draft reply brief with R. Hashem. | | T<br>L520 | 0.70 | 725.00 | 507.50 | 507.50 |
| 08/30/2022 | NFR | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Legal research re courtroom procedures. | | T<br>L520 | 0.30 | 725.00 | 217.50 | 217.50 |
| 08/30/2022 | CHD | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Review briefs in preparation for moot of J. Lamken. | | T<br>L530 | 0.40 | 895.00 | 358.00 | 358.00 |
| 08/30/2022 | RIH | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Prepare fee application. | | T<br>B160 | 1.80 | 900.00 | 1,620.00 | 1,620.00 |
| 08/30/2022 | JAL | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Edit reply brief; prepare for moot | | T<br>L520 | 8.10 | 1,450.00 | 11,745.00 | 11,745.00 |
| 08/30/2022 | JAL | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Circulate reply brief to team; prepare for moot | | T<br>L520 | 6.10 | 1,450.00 | 8,845.00 | 8,845.00 |
| 08/31/2022 | CHD | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Review briefs in preparation for moot of J. Lamken. | | T<br>L530 | 0.30 | 895.00 | 268.50 | 268.50 |

9/30/2022 2:48:31 PM

Page 18 of 19

Matter ID begins with '2023-001' and WIP and date >= 8/1/22 and date <= 8/31/22

# Molo Lamken LLP

## ML Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity<br>Code | Component<br>Task Code | Statement<br>Units | Price | Value | Extended<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 08/31/2022 | RIH | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Meetings with co-counsel and TCC re: reply brief. | | T<br>L520 | 2.00 | 900.00 | 1,800.00 | 1,800.00 |
| 08/31/2022 | RIH | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Review suggestions from co-counsel re: reply brief; integrate changes; revise reply brief. | | T<br>L520 | 3.80 | 900.00 | 3,420.00 | 3,420.00 |
| 08/31/2022 | RIH | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Revise injunction section of reply brief. | | T<br>L520 | 3.50 | 900.00 | 3,150.00 | 3,150.00 |
| 08/31/2022 | RIH | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Draft and file CA3 summary of argument. | | T<br>L530 | 0.50 | 900.00 | 450.00 | 450.00 |
| 08/31/2022 | JAL | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Call with D. Stolz on reply issues; review comments on reply; revise and file CA3 summary of argument | | T<br>L520 | 2.30 | 1,450.00 | 3,335.00 | 3,335.00 |
| 08/31/2022 | JAL | 2023-001/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy<br>Prepare for and participate in weekly counsel pre-call and representation call | | T<br>L520 | 1.90 | 1,450.00 | 2,755.00 | 2,755.00 |
| | | | | Fee | 247.80 | | 249,636.50 | 249,636.50 |
| | | | | Grand Total: | 247.80 | | $249,636.50 | $249,636.50 |

Matter ID begins with '2023-001' and WIP and date >= 8/1/22 and date <= 8/31/22