# THE LAW OFFICES OF
# KENNETH R. FEINBERG PC

THE WILLARD OFFICE BUILDING
1455 PENNSYLVANIA AVENUE, N.W.
SUITE 390
WASHINGTON, D.C. 20004-1008

(202) 371-1110 (TELEPHONE)                                                                   WRITER'S DIRECT DIAL NUMBER

October 18, 2022

The Honorable Laurie Selber Silverstein
Chief United States Bankruptcy Judge
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 6th Floor Wilmington, Delaware 19801

    *Re:* Imerys Talc America, Inc., et al., Case No. 19-10289 (LSS); In *Re:* Cyprus Mines
        Corporation, Case No. 21-10398 (LSS); In *Re:* LTL Management, LLC, Case No. 21-
        30589 (MBK)

Dear Chief Judge Silverstein:

    On November 30, 2021, Your Honor ordered my appointment as Mediator in the above-referenced Imerys Talc America and Cyprus Mines matters. On August 15, 2022, the United States Bankruptcy Chief Judge for the District of New Jersey, Michael B. Kaplan, issued an Order designating me as a "Court-Appointed Expert," pursuant to Federal Rule of Evidence 706 in conjunction with the above-referenced LTL Management, LLC bankruptcy. (Copies of Judge Kaplan's Order and the accompanying Declaration of Kenneth R. Feinberg for Appointment as Court Expert are attached.) I respectfully request that you have the Clerk of the Court docket my LTL Declaration and appointment Order in the Imerys and Cyprus cases.

    No objections were filed in opposition to either of these appointments.

    I apologize to Your Honor for the delay in notifying you as to my appointment by Chief Judge Kaplan. First, I thought it prudent to wait to see if any objections to my appointment would be filed. None were. Second, in light of Chief Judge Kaplan's Order stating that a robust and fulsome public hearing concerning my Final Report is anticipated – including pre-hearing discovery and the right to cross-examine the Court-Appointed Expert as to the findings and conclusions of such Report (Kaplan Order Paragraph 3e) – I thought it best to retain the services of an attorney to assist me in my task. On October 13, 2022, I submitted the name of my requested attorney to Chief Judge Kaplan. All interested parties have seven days to object; I do not anticipate any such objections.

    I emphasize that my role in LTL Management, LLC is that of a "Court-Appointed Expert," not a Mediator. (Chief Judge Kaplan has already appointed three Mediators in the LTL Management matter.) I do not anticipate any conflict between my very different roles as Mediator in Imerys/Cyprus and Court's Expert in LTL. In the latter, my sole function is to "prepare and file a Rule 706 Report (the "Rule 706 Report") estimating the volume and values of current and future ovarian and mesothelioma claims for which the Debtor may be liable…" (Kaplan Order Paragraph 2).

I am, of course, available to Your Honor to discuss this matter further as you deem appropriate.

Respectively submitted,

Kenneth R. Feinberg
Mediator

Enclosures
Cc: The Honorable Michael B. Kaplan
    Linda Richenderfer, Esq., United States Trustee