| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) | |

Order Filed on October 26, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: | 21-30589 |
|---|---|---|
| LTL Management LLC | Adv. No.: | |
| | Hearing Date: | |
| | Judge: | Michael B. Kaplan |

# SECOND ORDER ADJOURNING EXCLUSIVITY MOTIONS AND EXTENDING DEBTOR'S EXCLUSIVITY PERIODS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 26, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Matthew I.W. Baker, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>mbaker@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br>*Local Counsel for the*<br>*Official Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Robert J. Stark, Esq.<br>Michael S. Winograd, Esq.<br>dmolton@brownrudnick.com<br>rstark@brownrudnick.com<br>mwinograd@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>and<br><br>Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>Eric R. Goodman, Esq.<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>egoodman@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Co-Counsel for the*<br>*Official Committee of Talc Claimants* |
| **BAILEY GLASSER LLP**<br>Brian A. Glasser, Esq.<br>Thomas B. Bennett, Esq.<br>Kevin W. Barrett, Esq.<br>Maggie B. Burrus, Esq.<br>bglasser@baileyglasser.com<br>tbennett@baileyglasser.com<br>kbarrett@baileyglasser.com<br>mburrus@baileyglasser.com<br>1055 Thomas Jefferson St. NW, Suite 540<br>Washington, DC 20007<br>Tel: (202) 463-2101<br>Fax: (202) 463-2103<br>*Co-Counsel for the*<br>*Official Committee of Talc Claimants* | **OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Adam C. Silverstein, Esq.<br>Jennifer S. Feeney, Esq.<br>mcyganowski@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>*Co-Counsel for the*<br>*Official Committee of Talc Claimants* |

| **PARKINS & RUBIO LLP**<br>Lenard M. Parkins, Esq.<br>Charles M. Rubio, Esq.<br>lparkins@parkinsrubio.com<br>crubio@parkinsrubio.com<br>Pennzoil Place<br>700 Milan St., Suite 1300<br>Houston, TX 77002<br>Tel: (713) 715-1666<br>*Special Counsel for the*<br>*Official Committee of Talc Claimants* | **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>jmassey@masseygail.com<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC  20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>*Special Counsel for the*<br>*Official Committee of Talc Claimants* |
|---|---|
| In re:<br><br>LTL MANAGEMENT, LLC,[1]<br><br>                    Debtor. | Chapter 11<br><br>Case No.: 21-30589 (MBK)<br><br>Honorable Michael B. Kaplan |

# SECOND ORDER ADJOURNING EXCLUSIVITY MOTIONS AND EXTENDING DEBTOR'S EXCLUSIVITY PERIODS

The relief set forth on the following pages is **ORDERED**.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

2

(Page 3)
Debtor: LTL Management LLC
Case No.: 21-30589 (MBK)
Caption: Second Order Adjourning Exclusivity Motions and Extending Debtor's Exclusivity Periods

The Official Committee of Talc Claimants (the "TCC") having filed a motion seeking to terminate the Debtor's exclusive period for filing a plan of reorganization (Docket No. 2721) (the "TCC Motion"); the Debtor having filed its third motion for the entry of an order extending the Debtor's exclusive periods to file a plan of reorganization and solicit acceptances thereof (Docket No. 2813) (the "Debtor's Exclusivity Motion" and together with the TCC Motion, the "Exclusivity Motions"); the Court having entered the *Order Adjourning Exclusivity Motions and Extending Debtor's Exclusivity Periods* (Docket No. 2870), adjourning a hearing on the Exclusivity Motions to November 16, 2022 and extending the Debtor's exclusive period to file a plan of reorganization in this case to November 17, 2022; and the Debtor and the TCC having agreed to further adjourn the Exclusivity Motions and extend the Debtor's exclusivity periods, subject to the Court's approval, as set forth in this Order,

**IT IS HEREBY ORDERED THAT:**

1. A hearing on the Exclusivity Motions is hereby adjourned to December 20, 2022 at 10:00 a.m., prevailing Eastern Time.

2. Any supplement or further support for either Exclusivity Motion shall be filed with the Court no later than December 6, 2022, at 5:00 p.m., prevailing Eastern Time.

3. Any opposition to an Exclusivity Motion shall be filed with the Court no later than 5:00 p.m., prevailing Eastern Time on December 13, 2022.

4. The period during which the Debtor has the exclusive right to file a plan of reorganization is hereby extended through and including December 21, 2022, pursuant to section 1121(d) of the Bankruptcy Code.

3

(Page 4)
Debtor: LTL Management LLC
Case No.: 21-30589 (MBK)
Caption: Second Order Adjourning Exclusivity Motions and Extending Debtor's Exclusivity Periods

5. The period during which the Debtor has the exclusive right to solicit acceptances of a plan of reorganization is hereby extended through and including February 21, 2023.

6. The extensions of the exclusive plan filing period and the exclusive plan solicitation period pursuant to this Order are without prejudice to the Debtor's right to seek further extensions of these periods.

7. If the Debtor files a plan of reorganization on or prior to December 21, 2022, the TCC shall have 15 days from the filing of such plan to file a motion seeking authority to permit the TCC to file a competing plan of reorganization.

8. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation or enforcement of this Order.