UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STEVENS & LEE, P.C.
A PA Professional Corporation
Alexis R. Gambale
Attorney ID # 379822021
100 Lenox Drive, Suite 200
Lawrenceville, New Jersey 08648
(609) 243-9111
Alexis.Gambale@stevenslee.com

In Re:

LTL MANAGEMENT LLC,

*Debtor.*

Case No.: __21-30589 (MBK)__

Adv. No.: __21-03032 (MBK)__

Chapter: __11__

Judge: __Michael B. Kaplan__

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Alexis R. Gambale will be substituted as attorney of record for Hartford Accident and Indemnity Company and First State Insurance Company, interested parties in this case.

Date: November 3, 2022      _/s/Andreas D. Milliaressis_____
                            Signature of Former Attorney

Date: November 3, 2022      _/s/Alexis R. Gambale_____
                            Signature of Substituted Attorney

1