## **CERTIFICATE OF SERVICE**

I, Alexis R. Gambale, state that on November 3, 2022, I caused a true and correct copy of the foregoing Notice of Substitution of Attorney to be electronically filed through the Court's CM/ECF system. Notice of this filing will be sent to all parties on the Court's Electronic Mail Notice List by operation of the Court's CM/ECF system, including Debtor's counsel.

By: */s/ Alexis R. Gambale*
Alexis R. Gambale