**UNITED STATES BANKRUTPCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption In Compliance with D.N.J. LBR 9004-1(b)**

Albert Togut, Esq.
Frank A. Oswald, Esq.
Brian F. Shaughnessy, Esq.
**TOGUT, SEGAL & SEGAL LLP**
One Penn Plaza, Suite 3335
New York, NY 10119
Tel:  (212) 594-5000
altogut@teamtogut.com
frankoswald@teamtogut.com
bshaughnessy@teamtogut.com

*Counsel to Kenneth R. Feinberg*
*as the Court's Estimation Expert*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC, | Case No. 21-30589 (MBK) |
| Debtor. | Honorable Michael B. Kaplan |

**APPLICATION FOR AN ORDER FOR ADMISSION**
<u>***PRO HAC VICE*** **OF ALBERT TOGUT**</u>

Pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey, the undersigned counsel hereby seeks entry of an order granting the admission *pro hac vice* of Albert Togut, Esq. of the law firm of Togut, Segal & Segal LLP, to represent Kenneth R. Feinberg, the Court Appointed Estimation Expert (the "<u>Court Appointed Expert</u>") in the above-captioned chapter 11 case.  In support of this application, counsel submits the attached Certification of Albert Togut, Esq., and requests that the proposed form of order submitted herewith be entered.  Counsel certifies that he is admitted, practicing, and

a member in good standing with the Bar of the State of New York.

DATED: New York, New York
November 3, 2022

                TOGUT, SEGAL & SEGAL LLP
                By:

*/s/ Frank A. Oswald*
ALBERT TOGUT
FRANK A. OSWALD
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000

*Counsel for Kenneth R. Feinberg, as the Court's Estimation Expert in the chapter 11 case of LTL Management LLC*