# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br>　　　　　　　Debtor. | Chapter 11<br><br>Case No.: 21-30589 (MBK)<br><br>Judge: Michael B. Kaplan |
| LTL MANAGEMENT LLC,<br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF NEW MEXICO, *ex rel.*<br>HECTOR H. BALDERAS, Attorney General,<br>and STATE OF MISSISSIPPI, *ex rel.* LYNN<br>FITCH, Attorney General,<br>　　　　　　　Defendants. | Adv. Pro. No.: 22-01231 (MBK) |

## [PROPOSED] ORDER GRANTING CERTIFICATION FOR DIRECT APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

The relief set forth on the following page is hereby **ORDERED**.

Dated: November ____, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE MICHAEL B. KAPLAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

Upon consideration of the Motion of the States of New Mexico and Mississippi for Order Certifying Direct Appeal to the United States Court of Appeals for the Third Circuit (the "Motion") filed by States New Mexico and Mississippi ("the States") for certification for direct appeal to the Third Circuit Court of Appeals (the "Third Circuit") of the States' pending appeals (the "Appeals") of the October 27, 2022 (Adv. 22-01231 (MBK), Dkt. 33) ("Stay Order), and all papers filed in support of and in opposition to the Motion, and the oral argument on the Motion held on **[DATE]**, and all prior proceedings herein, and finding good cause for the requested certification; and upon due consideration, the Court hereby finds as follows:

1. The Stay Order involves matters of public importance requiring certification for direct appeal to the Third Circuit;

2. The Stay Order involves questions of law for which there is no controlling decision of the Third Circuit or the United States Supreme Court; and

3. An immediate appeal from the Stay Order may materially advance the progress of this case or these proceedings.

Based on the foregoing, and for good cause shown:

**IT IS HEREBY ORDERED** that, pursuant to 28 U.S.C. § 158(d)(2) and Rule 8006 of the Federal Rules of Bankruptcy Procedure, the States' Appeal of the Stay Order (Adv. 22-01231 (MBK), Dkt. 33), is hereby certified for direct appeal to the United States Court of Appeals for the Third Circuit.