# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br>　　　　　　Debtor. | Chapter 11<br><br>Case No.: 21-30589 (MBK)<br><br>Judge: Michael B. Kaplan |
| LTL MANAGEMENT LLC,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF NEW MEXICO, *ex rel.*<br>HECTOR H. BALDERAS, Attorney General,<br>and STATE OF MISSISSIPPI, *ex rel.* LYNN<br>FITCH, Attorney General,<br>　　　　　　Defendants. | Adv. Pro. No.: 22-01231 (MBK) |

**ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND <u>LIMITING NOTICE</u>**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

**ORDERED**.

Dated: November ____, 2022

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HONORABLE MICHAEL B. KAPLAN
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

3042941.1 117531-107746

Page:      2
In re:     LTL Management LLC
Case No.:  21-30589 (MBK)
Adv. No.:  22-01231 (MBK)
Caption:   Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice

---

Upon consideration of the Application[2] of the States for shortened notice under Fed. R. Bankr. P. 9006(c)(1) for the Motion, and for good cause shown, it is

**ORDERED** as follows:

1. The time period required by Fed. R. Bankr. P. 2002 and D.N.J. LBR 9013-2 is hereby shortened as set forth herein.

2. A hearing shall be conducted on the Motion on **November 16, 2022 at 10:00 a.m. (EST)** before the Honorable Michael B. Kaplan at the United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey 08608.

3. The States shall cause this Order, the Application, and the Motion to be served upon (i) the Office of the United States Trustee for the District of New Jersey; (ii) Jones Day, c/o Gregory M. Gordon, Esq., Dan B. Prieto, Esq., Amanda Rush, Esq., and Brad B. Erens, Esq., as co-counsel for the Debtor; (iii) Wollmuth Maher & Deutsch LLP, c/o James N. Lawlor, Esq., Paul R. DeFlippo, Esq., Brad J. Axelrod, Esq., Lyndon M. Tretter, Esq., and Joseph F. Pacelli, Esq., as co-counsel to the Debtor; (iv) Brown Rudnick LLP, c/o Sunni P. Beville, Esq., David J. Molton, Esq., Robert J. Stark, Esq., Michael Winograd, Esq., and Jeffrey L. Jonas, Esq., as co-counsel to the Official Committee of Talc Claimants; (v) Genova Burns LLC, c/o Donald W. Clarke, Esq., Daniel M. Stolz, Esq., and Matthew I.W. Baker, Esq., as co-counsel to the Official Committee of Talc Claimants; (vi) White & Case LLP, c/o Jessica Lauria, Esq., Michael C. Shepherd, Esq., and Laura L. Femino, Esq., as co-counsel to Johnson & Johnson and Johnson & Johnson Consumer Inc.;

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

Page: 3
In re: LTL Management LLC
Case No.: 21-30589 (MBK)
Adv. No.: 22-01231 (MBK)
Caption: Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice

---

(vii) Lowenstein Sandler LLP, c/o Kenneth A. Rosen, Esq., as co-counsel to Johnson & Johnson and Johnson & Johnson Consumer Inc.; and (viii) Womble Bond Dickinson (US) LLP, c/o Ericka F. Johnson, Esq., as counsel to the Ad Hoc Committee of States via overnight mail so it is received within ___ **days of entry of this Order**; and all parties that have formally requested notice pursuant to Bankruptcy Rule 2002 via the Court's CM/ECF system.

4. The notice authorized by this Order is deemed adequate under the circumstances, and therefore, further notice be and hereby is excused.

5. A *Certificate of Service* must be filed prior to the hearing date.

6. Any objection to the Motion shall be filed and served so as to be received no later than **November ___, 2022 at _____ __.m. (EST)**, on: Gibbons P.C., c/o Robert K. Malone, Esq., as co-counsel for the States; (ii) Massey & Gail LLP, c/o Jonathan Massey, Esq., as co-counsel for the States; and (iii) the Office of the United States Trustee for the District of New Jersey.

7. Any reply by the States shall be filed and served upon any parties that have timely filed objections so as to be received no later than **November ___, 2022 at _____ __.m. (EST)**.

8. Court appearances are required to prosecute the Motion and any objections(s) thereto.

9. Alternatively, any other party may request to appear telephonically by contacting Chambers prior to the hearing date.