| | |
|---|---|
| **UNITED STATES BANKRUTPCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption In Compliance with D.N.J. LBR 9004-1(b)**<br><br>Albert Togut, Esq.<br>Frank A. Oswald, Esq.<br>Brian F. Shaughnessy, Esq.<br>**TOGUT, SEGAL & SEGAL LLP**<br>One Penn Plaza, Suite 3335<br>New York, NY 10119<br>Tel: (212) 594-5000<br>altogut@teamtogut.com<br>frankoswald@teamtogut.com<br>bshaughnessy@teamtogut.com<br><br>*Counsel to Kenneth R. Feinberg*<br>*as the Court's Estimation Expert* | |
| In re:<br><br>LTL MANAGEMENT LLC,<br><br>                  Debtor. | Chapter 11<br><br>Case No. 21-30589 (MBK)<br><br>Honorable Michael B. Kaplan |

## CERTIFICATION OF BRIAN F. SHAUGHNESSY, ESQ.

**BRIAN F. SHAUGHNESSY**, being of full age, hereby certifies that:

    1.    I am an attorney with the law firm of Togut, Segal & Segal LLP, counsel to Kenneth R. Feinberg, the Court Appointed Estimation Expert (the "Court Appointed Expert"). My firm's office is located at One Penn Plaza, Suite 3335, New York, New York 10119. I make this Certification in support of my application to appear in this case *pro hac vice* pursuant to Local Bankruptcy Rule 9010-1.

    2.    I am a member of the State Bar of New York and Massachusetts, admitted to practice in 2007 and 2019 respectively. I am also admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York.

3. I am a member in good standing of the Bar in each of the jurisdictions in which I am admitted to practice.

4. No disciplinary proceedings are pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

5. I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

6. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

*[concludes on following page]*

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED: New York, New York
November 9, 2022

            TOGUT, SEGAL & SEGAL LLP
            By:

            */s/ Brian F. Shaughnessy*
            ALBERT TOGUT
            FRANK A. OSWALD
            BRIAN F. SHAUGHNESSY
            One Penn Plaza, Suite 3335
            New York, New York 10119
            (212) 594-5000

            *Counsel for Kenneth R. Feinberg, as the Court's Estimation Expert in the chapter 11 case of LTL Management LLC*