| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> Jeffrey Traurig <br> **TRAURIG LAW LLC** <br> One University Plaza, Suite 124 <br> Hackensack, NJ  07601 <br> Tel: (646) 974-8650 <br> E-mail:  jtraurig@trauriglaw.com <br> *Local Counsel to the Fee Examiner* | Robert J. Keach, Esq. (admitted *pro hac vice*) <br> **BERNSTEIN SHUR SAWYER & NELSON, P.A.** <br> 100 Middle Street <br> Portland, ME  04104 <br> Tel: (207) 774-1200 <br> Fax: (207) 774-1127 <br> E-Mail: rkeach@bernsteinshur.com <br> *Fee Examiner* <br><br> **BERNSTEIN SHUR SAWYER & NELSON, P.A.** <br> Letson Douglass Boots, Esq. (admitted *pro hac vice*) <br> 100 Middle Street <br> Portland, ME  04104 <br> Tel: (207) 774-1200 <br> Fax: (207) 774-1127 <br> E-Mail: lboots@bernsteinshur.com <br> *Counsel to the Fee Examiner* |
| In Re: <br><br> LTL MANAGEMENT LLC, <br><br> Debtor | Case No.:   21-30589 (MBK) <br><br> Judge:    Michael B. Kaplan <br><br> Chapter 11 |

**MODIFIED LOCAL FORM CERTIFICATION OF NO OBJECTION
REGARDING MONTHLY FEE STATEMENT OF
BERNSTEIN SHUR SAWYER & NELSON, P.A.  FOR THE PERIOD OF
<u>SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022 (DOCUMENT NO. 3193)</u>**

The Court authorized, under D.N.J. LBR 2016-3(a), *the Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professionals* [Dkt. No. 761] *and Order Modifying Order Establishing Procedures for Interim Compensation and Reimbursement of*

*Retained Professionals* [Dkt. No. 870] (Dkt. Nos. 761 and 870 together, the "Interim Compensation Procedures Order"), compensation to professionals on a monthly basis. Under the Interim Compensation Procedures Order, objections to the monthly fee statement of Bernstein Shur Sawyer & Nelson, P.A., for the period of September 1, 2022 through September 30, 2022 (the "Monthly Fee Statement") filed on October 25, 2022 [Dkt. No. 3193], were to be filed and served not later than November 8, 2022.

    I, Jeffrey Traurig, Esq. certify that, as of November 9, 2022, I have reviewed the court's docket in this case and no answer, objection, or other responsive pleading to the above Monthly Fee Statement has been filed. Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of this Certification.

Date: November 9, 2022                              */s/ Jeffrey Traurig*
                                                                                              Jeffrey Traurig