**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 21-30589 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

**MODIFIED LOCAL FORM**
**CERTIFICATION OF NO OBJECTION REGARDING ELEVENTH MONTHLY**
**FEE STATEMENT OF ALIXPARTNERS, LLP, FINANCIAL ADVISOR TO THE**
**CHAPTER 11 DEBTOR, FOR ALLOWANCE OF COMPENSATION FOR**
**PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022**
**DOCUMENT NO. 3203**

The court authorized, under D.N.J. LBR 2016-3(a), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professionals* [Dkt. No. 761] (the "Order"), compensation to professionals on a monthly basis. Under the Order, objections to the Monthly Fee Statement filed on October 25, 2022 were to be filed and served not later than November 8, 2022. I, Paul R. DeFilippo certify that, as of

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

November 10, 2022, I have reviewed the court's docket in this case and no answer, objection, or other responsive pleading to the above Monthly Fee Statement has been filed.

Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of this Certification.

Date: November 10, 2022                              ___/s/ Paul R. DeFilippo_____
                                                                      Signature

*rev.8/1/15*