**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET FOR THE**
**PERIOD SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022**

| | |
|---|---|
| Debtor: LTL Management LLC | Applicant: Bates White, LLC |
| Case No.: 21-30589-MBK | Client: LTL Management LLC |
| Chapter: 11 | Case Filed: October 14, 2021 (the "Petition Date") |

**SECTION 1**
**FEE SUMMARY**

☐ Interim Fee Application No. ____    or    ☐ Final Fee Application

Summary of Amounts Requested for the Period from September 1, 2022 through September 30, 2022 (the "Eleventh Statement Period").

| | |
|---|---:|
| Total Fees – LTL Bankruptcy: | $934,499.00 |
| Total Fees – Imerys Bankruptcy (50% of total): | + $0.00 |
| Total Fees: | $934,499.00 |
| Total Disbursements: | + $0.00 |
| Total Fees Plus Disbursements: | $934,499.00 |
| Minus 20% Holdback of Fees: | − $186,899.80 |
| Amount Sought at this Time: | $747,599.20 |

| | FEES | EXPENSES | TOTAL |
|---|---:|---:|---:|
| Total Previous Fees Requested: | $2,321,929.00 | $1,749.23 | $2,323,678.23 |
| Total Fees Allowed to Date: | $1,419,901.75 | $1,749.23 | $1,421,650.98 |
| Total Retainer (If Applicable): | $0.00 | $0.00 | $0.00 |
| Total Holdback (If Applicable): | $170,669.90 | $0.00 | $170,669.90 |
| Total Received by Applicant: | $2,060,463.21 | $1,749.23 | $2,062,212.44 |

**Summary by timekeeper included in this Fee Application – LTL Bankruptcy**

| Name of Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Capps, Cory | Partner | $1,200 | 9.9 | $11,880.00 |
| Chandler, Kathleen | Partner | $750 | 16.6 | $12,450.00 |
| Evans, Andrew | Partner | $825 | 39.1 | $32,257.50 |
| Lobel, Scott | Partner | $750 | 135.4 | $101,550.00 |
| Mullin, Charles | Partner | $1,150 | 43.9 | $50,485.00 |
| Scher, Benjamin | Partner | $900 | 7.2 | $6,480.00 |
| Kennedy, Pauline | Principal | $750 | 45.0 | $33,750.00 |
| Aharoni, Assaph | Manager | $600 | 65.4 | $39,240.00 |
| Peters, Sarah | Manager | $600 | 15.1 | $9,060.00 |
| Belley, Philippe | Senior Economist | $520 | 112.4 | $58,448.00 |
| Wang, Jinwen | Senior Economist | $480 | 81.9 | $39,312.00 |
| Xu, Alicia | Senior Economist | $545 | 52.3 | $28,503.50 |
| Odio-Zuniga, Mariana | Economist | $460 | 163.5 | $75,210.00 |
| Cumbo, Peter | Senior Consultant | $460 | 0.4 | $184.00 |
| Leander, Ellen | Senior Consultant | $450 | 1.5 | $675.00 |
| Saleeby, George | Senior Consultant | $450 | 64.3 | $28,935.00 |
| Stewart, Samantha | Senior Consultant | $450 | 199.3 | $89,685.00 |
| Duncan, Taylor | Senior Research Analyst | $460 | 10.5 | $4,830.00 |
| Coleman, Nathan | Consultant II | $390 | 171.3 | $66,807.00 |
| Morey, Austin | Consultant II | $390 | 175.0 | $68,250.00 |
| Swope, Madison | Consultant II | $390 | 169.8 | $66,222.00 |
| Weiss, David | Consultant II | $390 | 111.7 | $43,563.00 |
| McBride, Hannah | Consultant | $365 | 163.6 | $59,714.00 |
| Krombach, Jennifer Kim | Librarian | $240 | 12.2 | $2,928.00 |
| Le Gall, Laure | Research Specialist | $240 | 17.0 | $4,080.00 |
| **TOTAL** | | | **1,884.3** | **$934,499.00** |

**Summary by timekeeper included in this Fee Application – Imerys Bankruptcy**

| Name of Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| N/A | | | N/A | N/A |
| **TOTAL** | | | **0.0** | **$0.00** |
| **50% OF TOTAL** | | | **0.0** | **$0.00** |

-3-

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED – LTL BANKRUPTCY | HOURS | FEES |
|---|---:|---:|
| Analysis | 766.7 | $426,307.50 |
| Client Communication | 22.3 | $16,878.00 |
| Data Gathering & Processing | 786.9 | $339,426.00 |
| Fee Request Preparation | 9.3 | $5,535.00 |
| Project Management | 17.3 | $13,708.00 |
| Report | 29.7 | $26,272.50 |
| Research | 252.1 | $106,372.00 |
| **SERVICE TOTALS** | **1,884.3** | **$934,499.00** |

| SERVICES RENDERED – IMERYS BANKRUPTCY | HOURS | FEES |
|---|---:|---:|
| N/A | N/A | N/A |
| **SERVICES TOTAL** | **0.0** | **$0.00** |
| **50% OF SERVICES TOTAL** | **0.0** | **$0.00** |

-4-

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENT TYPE – LTL BANKRUTPCY | AMOUNT |
|---|---|
| N/A | N/A |
| **DISBURSEMENTS TOTAL** | **$0.00** |

| DISBURSEMENT TYPE – IMERYS BANKRUTPCY | AMOUNT |
|---|---|
| N/A | N/A |
| **DISBURSEMENTS TOTAL** | **$0.00** |

-4-

# SECTION IV
# CASE HISTORY

1. Case Filed: October 14, 2021 (the "Petition Date")

2. Chapter under which case commenced: Chapter 11

3. Date of Retention: February 15, 2022, effective as of the Petition Date [Dkt. 1483] (the "Retention Order").[1]

4. Summary explaining the nature of the work performed and the results achieved:[2]

    During the Eleventh Statement Period, Bates White provided the following services including, but not limited to:

    - Reviewing epidemiological literature related to disease incidence.

    - Compiling and analyzing data related to talc claims.

    - Continuing to develop a framework for analyzing current and future claims.

    - Researching and analyzing information on historical talc use.

    - Researching and analyzing information related to State AG claims.

    - Preparing materials related to estimation-related analyses.

    - Preparing the Tenth Monthly Fee Statement for fees incurred in August.

I certify under penalty of perjury that the above is true.

---

[1] The Retention Order is attached hereto as Exhibit B.

[2] The invoice detail submitted hereto as Exhibit C includes detailed time entries summarizing the professional services rendered by Bates White, LLC as talc consultants to the Debtor in the LTL Bankruptcy.

Dated: November 15, 2022
       Washington, DC

Respectfully submitted,

/s/ *Scott M. Lobel*
Scott M. Lobel
BATES WHITE, LLC
2001 K Street NW
North Building, Suite 500
Washington, DC 20006
Telephone: (202) 408-6110
Facsimile: (202) 408-7838
E-mail: scott.lobel@bateswhite.com

TALC CONSULTANTS FOR DEBTOR