# **EXHIBIT A**

Bates White Invoice for Eleventh Monthly Fee Application



2001 K Street, NW, North Building, Suite 500, Washington, DC 20006    main 202.408.6110  fax 202.408.7838

| LTL Management LLC | November 14, 2022 |
| --- | --- |
| 501 George Street | Matter No. 1383-0001 |
| New Brunswick, NJ 08933 | Invoice No: 28189 |

Re:     In re Bankruptcy proceedings for LTL Management LLC

For professional services rendered by Bates White, LLC between September 1, 2022 and September 30, 2022 in connection with the above referenced matter.

|  | Total |
| --- | ---: |
| Total Fees – LTL Bankruptcy: | $934,499.00 |
| Total Fees – Imerys Bankruptcy (50% of total): | $0.00 |
| Total Fees: | $934,499.00 |
| Total Disbursements: | $0.00 |
| Total Fees Plus Disbursements: | $934,499.00 |
| Minus 20% Holdback of Fees: | $186,899.80 |
| **Interim Amount:** | $747,599.20 |
| **TOTAL AMOUNT DUE** | $747,599.20 |

| For Payment by US mail: | For ACH payment or wire transfer |
| --- | --- |
| **Bates White, LLC** | **Bates White, LLC** |
| Attn: Accounts Receivable | ABA 061000104 |
| 2001 K Street, NW | Account 1000195670509 |
| North Building, Suite 500 | SunTrust Bank |
| Washington, DC 20006 | 8330 Boone Boulevard |
|  | Vienna, VA 22182 |
| EIN: 52-2183096 |  |
| SWIFT: SNTRUS3A |  |