## **EXHIBIT A**

## **EXHIBIT A**

**Customary and Comparable Compensation Disclosures with Fee Applications**

| Category of Timekeeper | Blended Hourly Rate | |
| --- | --- | --- |
| | Billed Preceding Year, Excluding Bankruptcy | Billed this Fee Application |
| Partner | $547.00 | $547.00 |
| Associate | $280.00 | $280.00 |
| Paralegal | $219.10 | $219.10 |
| Litigation/Systems Support | $184.00 | $184.00 |
| All Timekeepers Aggregated | $299.70 | $299.70 |

Case Name:              In re LTL Management LLC
Case Number:            21-30589-MBK
Applicant's Name:       McCarter & English, LLP
Date of Application:    November 16, 2022
Interim or Final:       Supplemental First Interim