# **EXHIBIT B**

## EXHIBIT B

## Summary of Timekeepers Included in this Fee Application

| Name | Title | Department | Date of 1st Admission | Fees Billed | Number of Rate Increases | Hourly Rate Billed | |
|---|---|---|---|---|---|---|---|
| | | | | | | In this Application | In Supplemental First Application |
| John C. Garde | Partner | Products Liability | 1986 | $ 40,003.00 | 0 | $ 545.00 | $ 545.00 |
| John E. Flaherty | Partner | Intellectual Property | 1973 | $ 346.80 | 0 | $ 578.00 | $ 578.00 |
| Robert A. Mintz | Partner | Business Litigation | 1984 | $ 523.60 | 0 | $ 748.00 | $ 748.00 |
| Penelope M. Taylor | Partner | Business Litigation | 1987 | $ 2,125.50 | 0 | $ 545.00 | $ 545.00 |
| Ryan Savercool | Associate | Products Liability | 2017 | $ 1,148.00 | 0 | $ 280.00 | $ 280.00 |
| Brenda C. Sherman | Paralegal | Products Liability | | $ 44,559.20 | 0 | $ 218.00 | $ 218.00 |
| Mami Wakimoto | Paralegal | Business Litigation | | $ 394.50 | 0 | $ 263.00 | $ 263.00 |
| Mary Ruth Pazdziora | Paralegal | Products Liability | | $ 3,291.80 | 0 | $ 218.00 | $ 218.00 |
| Bonnie B. Murch | Paralegal | Insurance | | $ 4,332.00 | 0 | $ 228.00 | $ 228.00 |
| James J. Greenstone | Research Analyst | Information Research | | $ 18.40 | 0 | $ 184.00 | $ 184.00 |
| | | | TOTALS: | $ 96,742.80[10] | | | |

Case Name:            In re LTL Management LLC
Case Number:          21-30589-MBK
Applicant's Name:     McCarter & English, LLP
Date of Application:  November 16, 2022
Interim or Final:     Supplemental First Interim

---

[10]  As noted, this Supplemental First Interim Fee Application only seeks fees and expenses that are the responsibility of the Debtor.