**<u>EXHIBIT C</u>**

## EXHIBIT C

### Summary of Compensation Requested by Project Category

| Project Category | Hours Billed | Fees Sought |
|---|---|---|
| Asset Analysis and Recovery | | |
| Asset Disposition | | |
| Avoidance Action Litigation | | |
| Business Operations | | |
| Case Administration | | |
| Claims Administration and Objections | | |
| Employee Benefits/Pensions | | |
| Fee/Employment Applications | | |
| Fee/Employment Objections | | |
| Financing | | |
| Litigation | | |
| Meetings of Creditors | | |
| Plan and Disclosure Statement | | |
| Relief from Stay Proceedings | | |
| Accounting/Auditing | | |
| Business Analysis | | |
| Corporate Finance | | |
| Data Analysis | | |
| Litigation Consulting | 332.8 | $96,742.80 |
| Reconstruction Accounting | | |
| Tax Issues | | |
| Valuation | | |
| Travel Time | | |
| | | |
| **Total:** | **332.8** | **$96,742.80**[11] |

Case Name:           In re LTL Management LLC
Case Number:         21-30589-MBK
Applicant's Name:    McCarter & English, LLP
Date of Application: November 16, 2022
Interim or Final:    Supplemental First Interim

---

[11]    As noted, this Supplemental First Interim Fee Application only seeks fees and expenses that are the responsibility of the Debtor.