**<u>EXHIBIT D</u>**

# EXHIBIT D

## Summary of Expense Reimbursement Requested by Category

| Category | Amount |
|---|---|
| Filing/Court Fees | |
| Computer Assisted Legal Research | |
| Pacer Fees | |
| Fax (with rates) | |
| Case Specific Telephone / Conference Call Charges | |
| In-House Reproduction Services ($0.7/page) | $26.39 |
| Outside Reproduction Services | |
| Other Research | |
| Court Reporting / Deposition Services | $1,699.80 |
| Travel | |
| Courier & Express Carriers (Overnight – Federal Express) | $976.08 |
| Postage | |
| Other (Medical Record Fees): | $4,033.21 |
| Other (Messenger): | $447.50 |
| Other (Services): | $80.00 |
| TOTAL: | $7,262.98 |
| (DEBTOR'S PORTION): | $3,631.49 |

Case Name:             In re LTL Management LLC
Case Number:           21-30589-MBK
Applicant's Name:      McCarter & English, LLP
Date of Application:   November 16, 2022
Interim or Final:      Supplemental First Interim