**<u>EXHIBIT F</u>**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**McCARTER & ENGLISH LLP**
John C. Garde, Esq. (Bar No. 014171986)
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Telephone: (973) 622-4444
Facsimile: (973) 624-7070
jgarde@mccarter.com

ATTORNEYS FOR DEBTOR

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC, | Case No.:  21-30589 |
| Debtor. | Judge:  Michael B. Kaplan |

## CERTIFICATION OF JOHN C. GARDE, ESQUIRE

**JOHN C. GARDE**, certifies pursuant to 28 U.S.C. § 1746, as follows:

1.     I am a partner of McCarter & English, LLP ("M&E"), special counsel to LTL

Management LLC (the "Debtor") in the above-captioned matter.  I submit this Certification in

connection with M&E's Supplemental First Interim Application for an allowance of compensation

for professional services rendered and reimbursement of expenses for the period from October 14,

2021 through January 31, 2022 (the "Application").

2.     In accordance with 18 U.S.C. § 155 and the Rules of this Court, neither I nor any

attorney of my firm has entered into any agreement, written or oral, express or implied, with the

Debtor, any creditor, or any other party in interest, or any attorney of such person, for the purpose

Page            2
Debtor:         LTL Management LLC
Case No.:       21-30589 (MBK)
Caption:        ORDER ALLOWING SUPPLEMENTAL FIRST INTERIM APPLICATION OF McCARTER &
                ENGLISH, LLP AS SPECIAL COUNSEL TO THE DEBTOR FOR ALLOWANCE OF
                COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT
                OF EXPENSES INCURRED FOR THE PERIOD FROM OCTOBER 14, 2021 THROUGH
                JANUARY 31, 2022

of fixing the amount of any of the fees or other compensation to be allowed out of or paid from

the assets of the Debtor.

3.      In accordance with section 504 of the Bankruptcy Code, no agreement or

understanding exists between me, my firm or any attorney thereof, on the one hand, and any other

person, on the other hand, for the division of such compensation as my firm may receive from the

Court herein, nor will any division of fees prohibited by section 504 of the Bankruptcy Code be

made by me, or any attorney of my firm.

4.      The following is provided in response to the request for additional information set

forth in ¶ C.5 of the Revised UST Guidelines.

**Question:**    Did M&E agree to any variations from, or alternatives to, your standard or
                 customary billing rates, fees, or terms for services pertaining to this
                 engagement that were provided during the Fee Period?

**Answer:**      No.

**Question:**    If the fees sought in this Application as compared to the fees budgeted for
                 the time period covered by this Application are higher by 10% or more, did
                 M&E discuss the reasons for the variation with the Debtor?

**Answer:**      N/A

**Question:**    Have any of the professionals included in this Application varied their
                 hourly rate based on the geographic location of these chapter 11 cases?

**Answer**:      No.

**Question**:    Does the Application include time or fees relating to review, revising, or
                 reducing time records or preparing, reviewing or revising invoices? If so,
                 please quantify by hours and fees.

**Answer:**      No.

| Page | 3 |
|---|---|
| **Debtor:** | LTL Management LLC |
| **Case No.:** | 21-30589 (MBK) |
| **Caption:** | ORDER ALLOWING SUPPLEMENTAL FIRST INTERIM APPLICATION OF McCARTER & ENGLISH, LLP AS SPECIAL COUNSEL TO THE DEBTOR FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR <u>THE PERIOD FROM OCTOBER 14, 2021 THROUGH JANUARY 31, 2022</u> |

**Question:**     Does the Application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees.

**Answer:**        No.

**Question:**     If the Application includes any rate increases since M&E's retention, did the Debtor review and approve of those rate increase in advance? Did the Debtor agree when retaining M&E to accept all future rate increases?

**Answer:**        N/A

5.      I have reviewed the requirements of D.N.J. LBR 2016-3, the Revised UST Guidelines and the Compensation Procedures Order[12], and certify to the best of my knowledge and belief that this Application substantially complies with such local rule, order and guidelines.

I certify, under penalty of perjury, that the foregoing statements made by me are true and correct, to the best of my knowledge, information, and belief.

Dated:  November 16, 2022

*/s/ John C. Garde*

---

[12]      Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Application.