**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**McCARTER & ENGLISH LLP**
John C. Garde, Esq. (Bar No. 014171986)
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Telephone: (973) 622-4444
Facsimile: (973) 624-7070
jgarde@mccarter.com

ATTORNEYS FOR DEBTOR

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC, | Case No.: 21-30589 |
| Debtor. | Judge: Michael B. Kaplan |

**ORDER ALLOWING SUPPLEMENTAL FIRST INTERIM APPLICATION OF McCARTER & ENGLISH, LLP AS SPECIAL COUNSEL TO THE DEBTOR FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM OCTOBER 14, 2021 THROUGH JANUARY 31, 2022**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby

**ORDERED**.

| | |
|---|---|
| Page | 2 |
| Debtor: | LTL Management LLC |
| Case No.: | 21-30589 (MBK) |
| Caption: | ORDER ALLOWING SUPPLEMENTAL FIRST INTERIM APPLICATION OF McCARTER & ENGLISH, LLP AS SPECIAL COUNSEL TO THE DEBTOR FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR <u>THE PERIOD FROM OCTOBER 14, 2021 THROUGH JANUARY 31, 2022</u> |

Upon the *Supplemental First Interim Application of McCarter & English, LLP with respect to Representation of the Debtor in the Mesothelioma Cases For Allowance Of Compensation For Professional Services Rendered And Reimbursement Of Expenses Incurred For The Period From October 14, 2021 Through January 31, 2022*[13] (the "Supplemental <u>Application</u>"); the Court having previously granted the *First Interim Application of McCarter & English, LLP as Special Insurance Counsel for the Debtor For Allowance Of Compensation For Professional Services Rendered And Reimbursement Of Expenses Incurred For The Period From October 14, 2021 Through January 31, 2022* and due and proper notice of the Supplemental Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Supplemental Application in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the fees and expenses requested in the Supplemental Application are reasonable and for necessary services provided to the Debtor.

---

[13] This does not include compensation for services rendered identified as Special Insurance Counsel in previously submitted monthly or interim fee applications by McCarter & English, LLP. Pursuant to the Order Amending Retention of McCarter & English LLP, Effective as of October 14, 2021 [Dkt. No. 2350], McCarter's services were expanded to include legal services with respect to representation of the Debtor in the Mesothelioma Cases, as defined in the Application to Amend Retention of McCarter & English LLP, Effective as of October 14, 2021 [Dkt. No. 2273]. All fees and expenses that are the subject of this Supplemental First Period Interim Fee Application relate only to expenses incurred or services provided in connection with the Mesothelioma Cases, for which McCarter has not previously sought payment.

**Page** 3
**Debtor:** LTL Management LLC
**Case No.:** 21-30589 (MBK)
**Caption:** ORDER ALLOWING SUPPLEMENTAL FIRST INTERIM APPLICATION OF McCARTER & ENGLISH, LLP AS SPECIAL COUNSEL TO THE DEBTOR FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM OCTOBER 14, 2021 THROUGH JANUARY 31, 2022

**IT IS HEREBY ORDERED** that:

1. M&E's Supplemental First Interim Application for Allowance of Compensation for Services Rendered to the Debtor in the sum of $48,371.40 and Reimbursement of Expenses in the sum of $3,631.49 for the period of October 14, 2021 through January 31, 2022 shall be allowed as set forth herein.

2. M&E shall be allowed fees in the amount of $48,371.40, plus disbursements of $3,631.49. The Debtor is authorized and directed to make payment of the unpaid portion of the allowed fee, to wit, the sum of $9,674.28, to McCarter & English, LLP within five (5) days of the entry of this Order.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.