# EXHIBIT A

**Customary and Comparable Compensation Disclosures with Fee Applications**

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed Preceding Year, Excluding Bankruptcy | Billed this Fee Application |
| Partner | $547.00 | $675.66 |
| Paralegal | $219.10 | $218.00 |
| All Timekeepers Aggregated | $299.70 | $547.50 |

Case Name:             In re LTL Management LLC
Case Number:           21-30589-MBK
Applicant's Name:      McCarter & English, LLP
Date of Application:   November 23, 2022
Interim or Final:      Supplemental Second Interim