## EXHIBIT B

### Summary of Timekeepers Included in this Fee Application

| Name | Title | Department | Date of 1st Admission | Fees Billed | Number of Rate Increases | Hourly Rate Billed | |
|---|---|---|---|---|---|---|---|
| | | | | | | In this Application | In Supplemental First Application |
| John C. Garde | Partner | Products Liability | 1986 | $ 12,371.50 | 0 | $ 545.00 | $ 545.00 |
| Penelope M. Taylor | Partner | Business Litigation | 1987 | $ 763.00 | 0 | $ 545.00 | $ 545.00 |
| David J. Adler | Partner | Bankruptcy Restructuring & Litigation | 1991 | $ 22,608.00 | 0 | $ 785.00 | N/A |
| Brenda C. Sherman | Paralegal | Products Liability | | $ 4,534.40 | 0 | $ 218.00 | $ 218.00 |
| | | | **TOTALS:** | $ 40,276.90[11] | 0 | | |

| | |
|---|---|
| Case Name: | In re LTL Management LLC |
| Case Number: | 21-30589-MBK |
| Applicant's Name: | McCarter & English, LLP |
| Date of Application: | November 23, 2022 |
| Interim or Final: | Supplemental Second Interim |

---

[11] As noted, this Supplemental Second Interim Fee Application only seeks fees and expenses that are the responsibility of the Debtor.