| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Jeffrey Traurig<br>**TRAURIG LAW LLC**<br>One University Plaza, Suite 124<br>Hackensack, NJ 07601<br>Tel: (646) 974-8650<br>E-mail: jtraurig@trauriglaw.com<br>*Local Counsel to the Fee Examiner* | Robert J. Keach, Esq. (admitted *pro hac vice*)<br>**BERNSTEIN SHUR SAWYER & NELSON, P.A.**<br>100 Middle Street<br>Portland, ME 04104<br>Tel: (207) 774-1200<br>Fax: (207) 774-1127<br>E-Mail: rkeach@bernsteinshur.com<br>*Fee Examiner*<br><br>**BERNSTEIN SHUR SAWYER & NELSON, P.A.**<br>Letson Douglass Boots, Esq. (admitted *pro hac vice*)<br>100 Middle Street<br>Portland, ME 04104<br>Tel: (207) 774-1200<br>Fax: (207) 774-1127<br>E-Mail: lboots@bernsteinshur.com<br>*Counsel to the Fee Examiner* |
| In Re:<br><br>LTL MANAGEMENT LLC,<br><br>Debtor | Case No.:   21-30589 (MBK)<br><br>Judge:   Michael B. Kaplan<br><br>Chapter 11 |

## ORDER ALLOWING SECOND INTERIM FEE APPLICATION OF ROBERT J. KEACH, ESQ. FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS FEE EXAMINER FOR THE PERIOD JUNE 1, 2022 THROUGH <u>SEPTEMBER 30, 2022</u>

The relief set forth on the following page(s), number 2, is hereby **ORDERED.**

(Page 2)
LTL MANAGEMENT LLC
Chapter 11, Case No. 21-30589 (MBK)
**Order Allowing Second Interim Fee Application of Robert J. Keach, Esq. for Allowance of Fees and Reimbursement of Expenses as Fee Examiner for the Period June 1, 2022 Through September 30, 2022**

Upon the *Second Interim Fee Application of Robert J. Keach, Esq. for Allowance of Fees and Reimbursement of Expenses as Fee Examiner for the Period June 1, 2022 Through September 30, 2022* (the "Application"); and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the fees and expenses requested in the Application are reasonable and for necessary services provided as the Fee Examiner;

IT IS HEREBY ORDERED that:

1. The Application shall be allowed as set forth herein.

2. The Fee Examiner shall be allowed fees in the amount of $73,980.00 and expenses in the amount of $50.00. The Debtor is authorized to pay the Fee Examiner the foregoing amounts within five (5) days of the entry of this Order.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.