**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 21-30589 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |
| LTL MANAGEMENT LLC, | |
| Plaintiff, | |
| v. | Adv. No. 22-1231 (MBK) |
| STATE OF NEW MEXICO, ex rel. HECTOR H. BALDERAS, Attorney General, and STATE OF MISSISSIPPI, ex rel. JIM HOOD, Attorney General, | |
| Defendants. | |

**NOTICE OF AGENDA OF MATTER SCHEDULED**
**FOR HEARING ON NOVEMBER 30, 2022 AT 11:00 A.M.**

*Parties are directed to https://www.njb.uscourts.gov/LTL*
*for appearing via Court-Solutions or in-person, or observing via Zoom.*

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

**MATTER GOING FORWARD**

1. Motion of States of New Mexico and Mississippi for Certification of Direct Appeal to the United States Court of Appeals for the Third Circuit [Dkt. 3256; Adv. Pro. Dkt. 37] (the "Certification Motion").

    **Status:  This matter is going forward.**

    Objection Deadline:  November 22, 2022 by 5:00 p.m., prevailing Eastern Time.

    Related Documents:

    A. Debtor's Verified Complaint for Injunctive Relief (I) Preliminarily Enjoining the Prosecution of the New Mexico and Mississippi State Actions and (II) Granting a Temporary Restraining Order Pending a Final Hearing [Adv. Pro. Dkt. 1].

    B. Debtor's Motion for an Order (I) Preliminarily Enjoining the Prosecution of the New Mexico and Mississippi State Actions and (II) Granting a Temporary Restraining Order Pending a Further Hearing [Adv. Pro. Dkt. 2] (the "PI Motion").

    C. Proposed Preliminary Injunction Order [Adv. Pro. Dkt. 3].

    D. Proposed Temporary Restraining Order [Adv. Pro. Dkt. 4].

    E. Declaration of John K. Kim in Support of Debtor's Verified Complaint for Injunctive Relief and Related Motion With Respect to the New Mexico and Mississippi State Actions [Adv. Pro. Dkt. 5].

    F. Application to Shorten Time [Adv. Pro. Dkt. 6].

    G. Order Granting Application to Shorten Time [Adv. Pro. Dkt. 7].

    H. Summons Issued for Service [Adv. Pro. Dkt. 8].

    I. Consent Order Regarding (I) Briefing Schedule for Debtor's Motion for an Order Preliminarily Enjoining the Prosecution of the New Mexico and Mississippi State Actions, (II) Agreed Stay of Such Actions and (III) Extension of the Time For Defendants to Respond to the Complaint [Adv. Pro. Dkt. 15].

    J. The States' Opposition to Debtor's Motion for Injunction Relief [Adv. Pro. Dkt. 18] (the "States' Opposition").

    K. Declaration of Robert K. Malone Pursuant to 28 U.S.C. § 1746 in Support of the States' Opposition [Adv. Pro. Dkt. 19].

    L. Objection of the Ad Hoc Committee of States Holding Consumer Protection Claims to the PI Motion [Adv. Pro. Dkt. 21].

NAI-1534415004

M. Statement of the Official Committee of Talc Claimants in Support of the States' Opposition [Adv. Pro. Dkt. 22].

N. Maune Raichle Hartley French & Mudd, LLC's Joinder to Statements in Support of the States' Opposition [Adv. Pro. Dkt. 23].

O. The Debtor's Reply in Support of the PI Motion [Adv. Pro. Dkt. 24].

P. The Debtor's Letter to the Court, dated August 22, 2022 [Adv. Pro. Dkt. 26].

Q. The States of New Mexico and Mississippi Letter to the Court, dated August 22, 2022 [Adv. Pro. Dkt. 27].

R. Memorandum Opinion [Dkt. 3110; Adv. Pro. Dkt. 31].

S. Order Granting the PI Motion [Adv. Pro. Dkt. 33].

T. Joint Notice of Appeal [Dkt. 3238; Adv. Pro. Dkt. 34].

U. Application for an Order Shortening Time and Scheduling Hearing on the Certification Motion [Dkt. 3257; Adv. Pro. Dkt. 38].

V. Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice of the Certification Motion [Adv. Pro. Dkt. 41].

W. Joinder of the Ad Hoc Committee of States to the Certification Motion [Adv. Pro. Dkt. 46].

X. Reply in Support of the Certification Motion [Dkt. 3375; Adv. Pro. Dkt. 48].

Objections Received:

Y. Debtor's Objection to the Certification Motion [Dkt. 3355; Adv. Pro. Dkt. 47].

-4-

Dated: November 28, 2022

**WOLLMUTH MAHER & DEUTSCH LLP**

*/s/ Paul R. DeFilippo*
Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
Joseph F. Pacelli, Esq. (*pro hac vice*)
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com
jlawlor@wmd-law.com
jpacelli@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*