**UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET FOR THE PERIOD
JUNE 1, 2022 THROUGH SEPTEMBER 30, 2022**

| | | | |
|---|---|---|---|
| Debtor: | LTL Management LLC | Applicant: | Massey & Gail |
| Case No.: | 21-30589 (MBK) | Client: | The Official Committee of Talc Claimants |
| Chapter: | 11 | Case Filed: | October 14, 2021 |

## SECTION 1
## FEE SUMMARY

X  Interim Fee Application No. 3    ☐ Final Fee Application

Summary of Amounts Requested for the Period from June 1, 2022 through September 30, 2022 (the "Third Statement Period")

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fees Requested: | $ 477,129.00 | $ 1,071.93 |
| Total Fees Allowed to Date: | $ 0.00 | $ 0.00 |
| Total Retainer (if applicable) | N/A | N/A |
| Total Holdback (if applicable) | $ 95,425.80 | $ 0.00 |
| Total Received by Applicant | $ 381,703.20 | $ 1,071.93 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1. Matthew Collette (Partner) | 1991 | 48.5 | $ 935.00 | $ 45,347.50 |
| 2. Jonathan Massey (Partner) | 1992 | 332.9 | $ 1,085.00 | $ 361,196.50 |
| 3. Jonathan Massey *[Travel]* | 1992 | 7.4 | $ 542.50 | $ 4,014.50 |
| 4. Rachel Morse (Partner) | 2007 | 82.1 | $ 805.00 | $ 66,090.50 |
| 5. Robert Aguirre (Paralegal) | n/a | 2.4 | $ 200.00 | $ 480.00 |

Fee Totals:              $ 477,129.00
Disbursements Totals:    $     1,071.93
Total Fee Application    $ 478,200.93

# SECTION II
# SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEES |
|---|---|---|
| a) Administration (B100) | 0.30 | $ 241.50 |
| b) Case Administration (B110) | 97.70 | $ 94,416.50 |
| c) Relief from Stay/Opposition to Debtor's PI Motion to Extend the Stay (B140) | 70.30 | $ 72,187.50 |
| d) Fee/Employment Application (B160) | 13.70 | $ 12,428.50 |
| e) Other Contested Matters, including Committee's Motion to Dismiss and Other Motions (B190) | 272.90 | $282,521.50 |
| f) Non-working Travel (B195) | 7.40 | $ 4,014.50 |
| g) Claims and Plan (B300) | 2.20 | $ 1,771.00 |
| h) Plan and Disclosure Statement (B320) | 8.80 | $ 9,548.00 |
| **SERVICES TOTAL:** | 473.30 | $477,129.00 |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | | AMOUNT |
|---|---|---|
| a) | **Filing Fees** <br> Payable to Clerk of Court. | $311.06 |
| b) | **Computer Assisted Legal Research** <br> Westlaw, Lexis and a description of manner calculated. | |
| c) | **Pacer Fees** <br> Payable to the Pacer Service Center for search and/or print. | |
| d) | **Fax** <br> Include per page fee charged. | |
| e) | **Case Specific Telephone/Conference Call Charges** <br> Exclusive of overhead charges. | |
| f) | **In-house Reproduction Services** <br> Exclusive of overhead charges. | |
| g) | **Outside Reproduction Services** <br> Including scanning services. | |
| h) | **Other Research** <br> Title searches, UCC searches, Asset searches, Accurint. | |
| i) | **Court Reporting** <br> Transcripts. | |
| j) | **Travel** <br> Mileage, tolls, airfare, parking. | $760.87 |
| k) | **Courier & Express Carriers** <br> Overnight and personal delivery. | |
| l) | **Postage** | |
| m) | **Other (specify) Other Professionals**  - legal noticing | |
| **DISBURSEMENTS TOTAL:** | | $1,071.93 |

I certify under penalty of perjury that the above is true.

Date:  November 30, 2022                                                                                  /s/ Rachel S. Morse