**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Cohen, Placitella & Roth, P.C.
Christopher M. Placitella
Rachel A. Placitella
Dennis M. Geier
cplacitella@cprlaw.com
rplacitella@cprlaw.com
dgeier@cprlaw.com
127 Maple Avenue
Red Bank, NJ 07701
Telephone: (732) 747-9003
Facsimile: (732) 747-9004

*Attorneys for Movant Lauren Ott*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC, | Case No. 21-30589 (MBK) |
| Debtor. | Hearing Date: January 18, 2023 |

**Hope Flight # 2023**

1. Lauren Ott, age 38, currently suffers from mesothelioma she believes was caused by exposure to asbestos in Johnson & Johnson's Baby Powder.

2. Lauren asks that we share her message of hope with the Court and counsel for 2023.

   "Hello, welcome to Flight #2023. We are prepared to take off into the New Year.
   Please make sure your Attitude and Blessings are secured and locked in an upright position.
   All self-destructive devices should be turned off at this time.
   All negativity, hurt and discouragement should be put away.
   Should we lose Altitude under pressure, during the flight, reach up and pull down a Prayer.
   Prayers will automatically be activated by Faith.
   Once your Faith is activated you can assist other passengers.
   There will be NO BAGGAGE allowed on this flight.
   The Captain (GOD) has cleared us for takeoff.

    Destination GREATNESS.
*Get ready & book your flight!!!"*

3. Unfortunately all flights for claimants in this Court have been grounded for more than a year with no end in sight other than the hope that the Third Circuit will restore the constitituitonal rights to the wrongfully injured.

4. Lauren Ott lives alone with no immediate family to assist and support her as she faces all of the challenges associated with a diagnosis of mesothelioma. Yet she has not lost hope.

5. With death, however, Lauren and other victims lose the opportunity to seek Justice on Earth.

6. Lauren respectfully requests that this Court preserve hope for her and the thousands like her involuatily trapped in this bankruptcy proceeding by terminating the stay of litigation against Johnson and Johnson and by imposing a hard and fast end date to this bankruptcy while she and so many others are still alive.

7. Lauren further prays that her voice be heard and that she and the thousands like her not be treated as a statistic to be "estimated" by human beings who have never met her and respectfully reminds all of the pertinent words of Dr. Irving J. Selikoff that "statistics are people with the tears wiped away."

                          Respectfully submitted:

                          COHEN, PLACITELLA & ROTH, P.C.

                          ___/S/ Christopher M. Placitella_____
                          Christopher M. Placitella (ID 27781981)
                          Rachel A. Placitella (ID 023111982)
                          Dennis M. Geier (ID 035272006)
                          (732) 747-9003
                          cplacitella@cprlaw.com
                          dgeier@cprlaw.com

Dated: December 31, 2022