UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on January 3, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

| Case No.: | _____ |
| Chapter: | _____ |
| Hearing Date: | _____ |
| Judge: | _____ |

### FOURTH ORDER ADJOURNING EXCLUSIVITY MOTIONS AND EXTENDING DEBTOR'S EXCLUSIVITY PERIODS

The relief set forth on the following pages, is **ORDERED**.

**DATED: January 3, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br>*Local Counsel for the*<br>*Official Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Robert J. Stark, Esq.<br>Michael S. Winograd, Esq.<br>dmolton@brownrudnick.com<br>rstark@brownrudnick.com<br>mwinograd@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>and<br><br>Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>Eric R. Goodman, Esq.<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>egoodman@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Co-Counsel for the*<br>*Official Committee of Talc Claimants* |
| **BAILEY GLASSER LLP**<br>Brian A. Glasser, Esq.<br>Thomas B. Bennett, Esq.<br>Kevin W. Barrett, Esq.<br>Maggie B. Burrus, Esq.<br>bglasser@baileyglasser.com<br>tbennett@baileyglasser.com<br>kbarrett@baileyglasser.com<br>mburrus@baileyglasser.com<br>1055 Thomas Jefferson St. NW, Suite 540<br>Washington, DC  20007<br>Tel: (202) 463-2101<br>Fax: (202) 463-2103<br>*Co-Counsel for the*<br>*Official Committee of Talc Claimants* | **OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Adam C. Silverstein, Esq.<br>Jennifer S. Feeney, Esq.<br>mcyganowski@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>*Co-Counsel for the*<br>*Official Committee of Talc Claimants* |

**PARKINS & RUBIO LLP**
Lenard M. Parkins, Esq.
Charles M. Rubio, Esq.
lparkins@parkinsrubio.com
crubio@parkinsrubio.com
Pennzoil Place
700 Milan St., Suite 1300
Houston, TX 77002
Tel: (713) 715-1666
*Special Counsel for the*
*Official Committee of Talc Claimants*

**MASSEY & GAIL LLP**
Jonathan S. Massey, Esq.
jmassey@masseygail.com
1000 Maine Ave. SW, Suite 450
Washington, DC  20024
Tel: (202) 652-4511
Fax: (312) 379-0467
*Special Counsel for the*
*Official Committee of Talc Claimants*

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT, LLC,[1]<br><br>                    Debtor. | Chapter 11<br><br>Case No.: 21-30589 (MBK)<br><br>Honorable Michael B. Kaplan |

# FOURTH ORDER ADJOURNING EXCLUSIVITY
## MOTIONS AND EXTENDING DEBTOR'S EXCLUSIVITY PERIODS

The relief set forth on the following pages is **ORDERED**.

---

[1]   The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

(Page 3)
Debtor:  LTL Management LLC
Case No.:  21-30589 (MBK)
Caption:  Fourth Order Adjourning Exclusivity Motions and Extending Debtor's Exclusivity
Periods

The Official Committee of Talc Claimants (the "TCC") having filed a motion seeking to

terminate the Debtor's exclusive period for filing a plan of reorganization (Docket No. 2721)

(the "TCC Motion"); the Debtor having filed its third motion for the entry of an order extending

the Debtor's exclusive periods to file a plan of reorganization and solicit acceptances thereof

(Docket No. 2813) (the "Debtor's Exclusivity Motion" and together with the TCC Motion,

the "Exclusivity Motions"); the Court having entered the *Order Adjourning Exclusivity Motions*

*and Extending Debtor's Exclusivity Periods* (Docket No. 2870), the *Second Order Adjourning*

*Exclusivity Motions and Extending Debtor's Exclusivity Periods* (Docket No. 3208) and the *Third*

*Order Adjourning Exclusivity Motions and Extending Debtor's Exclusivity Periods* (Docket

No. 3378), adjourning a hearing on the Exclusivity Motions to January 18, 2023 and extending the

Debtor's exclusive period to file a plan of reorganization in this case to January 19, 2023; and the

Debtor and the TCC having agreed to further adjourn the Exclusivity Motions and extend the

Debtor's exclusivity periods, subject to the Court's approval, as set forth in this Order,

**IT IS HEREBY ORDERED THAT:**

1.      A hearing on the Exclusivity Motions is hereby adjourned to February 14,

2023 at 10:00 a.m., prevailing Eastern Time.

2.      Any supplement or further support for either Exclusivity Motion shall be

filed with the Court no later than January 31, 2023, at 5:00 p.m., prevailing Eastern Time.

3.      Any opposition to an Exclusivity Motion shall be filed with the Court no

later than 5:00 p.m., prevailing Eastern Time on February 7, 2023.

(Page 4)
Debtor:  LTL Management LLC
Case No.:  21-30589 (MBK)
Caption:  Fourth Order Adjourning Exclusivity Motions and Extending Debtor's Exclusivity
Periods

4.    The period during which the Debtor has the exclusive right to file a plan of

reorganization is hereby extended through and including February 15, 2023, pursuant to

section 1121(d) of the Bankruptcy Code.

5.    The period during which the Debtor has the exclusive right to solicit

acceptances of a plan of reorganization is hereby extended through and including April 17, 2023.

6.    The extensions of the exclusive plan filing period and the exclusive plan

solicitation period pursuant to this Order are without prejudice to the Debtor's right to seek further

extensions of these periods.

7.    If the Debtor files a plan of reorganization on or prior to February 15, 2023,

the TCC shall have 15 days from the filing of such plan to file a motion seeking authority to permit

the TCC to file a competing plan of reorganization.

8.    This Court shall retain jurisdiction to hear and determine all matters arising

from or related to the interpretation, implementation or enforcement of this Order.