| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Jeffrey Traurig<br>**TRAURIG LAW LLC**<br>One University Plaza, Suite 124<br>Hackensack, NJ  07601<br>Tel: (646) 974-8650<br>E-mail:  jtraurig@trauriglaw.com<br>*Local Counsel to the Fee Examiner* | Robert J. Keach, Esq. (admitted *pro hac vice*)<br>**BERNSTEIN SHUR SAWYER & NELSON, P.A.**<br>100 Middle Street<br>Portland, ME  04104<br>Tel: (207) 774-1200<br>Fax: (207) 774-1127<br>E-Mail: rkeach@bernsteinshur.com<br>*Fee Examiner*<br><br>**BERNSTEIN SHUR SAWYER & NELSON, P.A.**<br>Letson Douglass Boots, Esq. (admitted *pro hac vice*)<br>100 Middle Street<br>Portland, ME  04104<br>Tel: (207) 774-1200<br>Fax: (207) 774-1127<br>E-Mail: lboots@bernsteinshur.com<br>*Counsel to the Fee Examiner* |
| In Re:<br><br>LTL MANAGEMENT LLC,<br><br>Debtor | Case No.:    21-30589 (MBK)<br><br>Judge:    Michael B. Kaplan<br><br>Chapter 11 |

**MODIFIED LOCAL FORM CERTIFICATION OF NO OBJECTION
REGARDING MONTHLY FEE STATEMENT OF
TRAURIG LAW LLC FOR THE PERIOD OF
<u>NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022 (DOCUMENT NO. 3536)</u>**

The Court authorized, under D.N.J. LBR 2016-3(a), *the Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professionals* [Dkt. No. 761] *and Order Modifying Order Establishing Procedures for Interim Compensation and Reimbursement of*

*Retained Professionals* [Dkt. No. 870] (Dkt. Nos. 761 and 870 together, the "Interim Compensation Procedures Order"), compensation to professionals on a monthly basis. Under the Interim Compensation Procedures Order, objections to the monthly fee statement of Traurig Law LLC, for the period of November 1, 2022 through November 30, 2022 (the "Monthly Fee Statement") filed on December 23, 2022 [Dkt. No. 3536], were to be filed and served not later than January 6, 2023.

I, Jeffrey Traurig, Esq. certify that, as of January 9, 2023, I have reviewed the court's docket in this case and no answer, objection, or other responsive pleading to the above Monthly Fee Statement has been filed. Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of this Certification.

Date: January 9, 2023                                            */s/ Jeffrey Traurig*
                                                                             Jeffrey Traurig