**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Gregory S. Kinoian, Esq.<br>Leonard S. Spinelli, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>gkinoian@genovaburns.com<br>lspinelli@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br>*Local Counsel for the*<br>*Official Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Robert J. Stark, Esq.<br>Michael S. Winograd, Esq.<br>dmolton@brownrudnick.com<br>rstark@brownrudnick.com<br>mwinograd@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>and<br><br>Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>Eric R. Goodman, Esq.<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>egoodman@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Co-Counsel for the*<br>*Official Committee of Talc Claimants* |
| **BAILEY GLASSER LLP**<br>Brian A. Glasser, Esq.<br>Thomas B. Bennett, Esq.<br>Kevin W. Barrett, Esq.<br>Maggie B. Burrus, Esq.<br>bglasser@baileyglasser.com<br>tbennett@baileyglasser.com<br>kbarrett@baileyglasser.com<br>mburrus@baileyglasser.com<br>1055 Thomas Jefferson St. NW, Suite 540<br>Washington, DC 20007<br>Tel: (202) 463-2101<br>Fax: (202) 463-2103<br>*Co-Counsel for the*<br>*Official Committee of Talc Claimants* | **OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Adam C. Silverstein, Esq.<br>Jennifer S. Feeney, Esq.<br>mcyganowski@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>*Co-Counsel for the*<br>*Official Committee of Talc Claimants* |

| | |
|---|---|
| **PARKINS & RUBIO LLP**<br>Lenard M. Parkins, Esq.<br>Charles M. Rubio, Esq.<br>lparkins@parkinsrubio.com<br>crubio@parkinsrubio.com<br>Pennzoil Place<br>700 Milan St., Suite 1300<br>Houston, TX 77002<br>Tel: (713) 715-1666<br>*Special Counsel for the*<br>*Official Committee of Talc Claimants* | **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>Rachel S. Morse, Esq.<br>jmassey@masseygail.com<br>rmorse@masseygail.com<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC 20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>*Special Counsel for the*<br>*Official Committee of Talc Claimants* |
| **PARKINS & RUBIO LLP**<br>Leonard M. Parkins, Esq.<br>Charles M. Rubio, Esq.<br>lparkins@parkinsrubio.com<br>crubio@parkinsrubio.com<br>Pennzoil Place<br>700 Milan St., Suite 1300<br>Houston, TX 77002<br>Tel: (713) 715-1666<br>*Co-Counsel for the Official Talc Claimants Committee* | **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>Rachel S. Morse, Esq.<br>jmassey@masseygail.com<br>rmorse@masseygail.com<br>100 Main Ave. SW, Suite 450<br>Washington, DC 20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>*Co-Counsel for the Official Talc Claimants Committee* |
| In re:<br><br>**LTL MANAGEMENT, LLC,**<br><br>Debtor. | Chapter 11<br><br>Case No.: 21-30589(MBK)<br><br>Honorable Michael B. Kaplan |

**DECLARATION OF SUNNI P. BEVILLE REGARDING
BROWN RUDNICK LLP'S RATE INCREASE**

SUNNI P. BEVILLE, pursuant to 28 U.S.C. §1746, declares, under penalty of perjury, as follows:

1. I am a Partner of the firm of Brown Rudnick LLP ("Brown Rudnick"), co-counsel to the Official Talc Claimants Committee in the above Chapter 11 case. I submit this declaration to provide disclosure of Brown Rudnick's rate increases for professionals and paraprofessionals.

2. On November 20, 2021, Brown Rudnick filed an Application for Retention of Professional as Co-Counsel to the Official Talc Claimants Committee [Doc. No. 501], and an Order was entered on December 16, 2021 Granting said Application [Doc. No. 853].

3. In the ordinary course of Brown Rudnick's business and in keeping with Brown Rudnick's established billing practices and procedures, Brown Rudnick implemented its annual rate increase, and hereby provides notice of the increase in hourly rates. Effective January 1, 2023, the standard hourly rates charged by Brown Rudnick in the United States fall within the following ranges:

| Billing Category | U.S. Range |
|---|---|
| **Partners** | $750 - $2,250 |
| **Counsel and Other Non-Associate Attys** | $290 - $2,575 |
| **Associates** | $420 - $975 |
| **Paralegals** | $425 - $530 |
| **Other Professional Staff** | $120 - $665 |

4.  For ease of reference, the rate increases as applied to the professionals routinely involved in this case are set out below:

| Professional/Paraprofessional | 2022 Hourly Rate | 2023 Hourly Rate |
|---|---|---|
| David J. Molton, Partner | $1,620 | $1,950 |
| Jeffrey L. Jonas, Partner | $1,570 | $1,650 |
| Eric R. Goodman, Partner | $1,260 | $1,325 |
| Michael S. Winograd, Partner | $1,215 | $1,280 |
| Sunni P. Beville, Partner | $1,155 | $1,390 |
| Gerard T. Cicero, Associate (Partner effective 2/1/2023) | $955 | $1,000 |
| Susan Sieger-Grimm, Counsel | $955 | $1,055 |
| Michael W. Reining, Associate | $890 | $955 |
| W. Lydell Benson, Jr., Associate | $685 | $765 |
| Matthew A. Sawyer, Associate | $630 | $890 |
| Harriet E. Cohen, Paralegal | $455 | $490 |

5.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 11, 2023

/s/ *Sunni P. Beville*
**SUNNI P. BEVILLE**

64944736 v1