**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Clayton L. Thompson, Esq.
cthompson@mrhfmlaw.com
Suzanne M. Ratcliffe, Esq.
sratcliffe@mrhfmlaw.com
MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC
659 Eagle Rock Avenue
West Orange New Jersey 07052
Tel:  (800) 358-5922

-and-

150 West 30th Street, Suite 201
New York, New York 10001
Tel: (800) 358-5922

*Counsel for Mesothelioma Claimant and Appellant Katherine Tollefson and Certain Mesothelioma Plaintiffs*

| | |
|---|---|
| In Re:<br><br>LTL MANAGEMENT LLC,<br><br>Debtor. | Case No:      21-30589(MBK)<br><br>Chapter:      11<br><br>Hearing Date:  January 18, 2023<br><br>Judge:      Honorable Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1.  I, _____LUCINDA CHRISTMAN_____:

☐ represent _____ in this matter.

☒ am the secretary/paralegal for Clayton L. Thompson, who represents Katherine Tollefson and Certain Mesothelioma Plaintiffs in this matter.

☐ am the _____ in this case an am representing myself.

On 1/12/2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Motion of Maune Raichle Hartley French & Mudd, LLC's Objection to Debtor's Motion for an Order Directing Plaintiff Law Firms to Disclose Third-Party Funding Arrangements.

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   1/12/2023

Signature

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| LTL Management LLC<br>501 George Street<br>New Brunswick, New Jersey 08933 | Debtor | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ ECF _____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Brad Jeffrey Axelrod<br>baxelrod@wmd.law.com<br><br>Paul R. DeFilippo<br>pdefilippo@wmd-law.com<br><br>James N. Lawlor<br>jlawlor@wmd-law.com<br><br>Joseph Francis Pacelli<br>jpacelli@wmd-law.com<br><br>Lyndon Mitchell Tretter<br>ltretter@wmd-law.com | Attorneys for Debtor LTL Management, Jones Day, Rayburn Cooper & Durham, P.A., Wollmuth Maher & Deutsch LLP, AlixPartners LLP, Bates White, LLC, Blake Cassels & Graydon LLP, King & Spalding, LLP, McCarter & English, LLP, Patterson Belknap Webb & Tyler, LLP, Skadden Arps Slate Meagher & Flom, LLP and Weil Gotshal & Manges, LLP | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ ECF _____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| E. Richard Dressel<br>rdressel@lexnovalaw.com | Attorneys for Evan Plotkin, Giovanni Sosa and Erwin Chemerinsky | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ ECF _____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Caitlin K. Cahow<br>ccahow@jonesday.com<br><br>Brad B. Erens<br>bberens@jonesday.com<br><br>Gregory M. Gordon<br>gmgordon@jonesday.com<br><br>Robert W. Hamilton<br>rwhamilton@jonesday.com<br><br>James M. Jones<br>jmjones@jonesday.com<br><br>Daniel B. Prieto<br>dbprieto@jonesday.com<br><br>Mark W. Rasmussen<br>mrasmussen@jonesday.com<br><br>Amanda Rush<br>asrush@jonesday.com | Attorneys for Debtor | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Kristen R. Fournier<br>kfournier@kslaw.com | Attorneys for Debtor | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Steven Abramowitz<br>sabramowitz@velaw.com<br><br>Paul E. Heath<br>pheath@velaw.com | Attorneys for Cyprus Amax Minerals Company | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew Ambruoso<br>andrew.ambruoso@lw.com<br><br>Adam S. Ravin<br>adam.ravin@lw.com | Attorneys for Imerys Talc | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| John A. Baden, IV<br>jbaden@motleyrice.com<br><br>Nathan David Finch<br>nfinch@motleyrice.com<br><br>Daniel Lapinski<br>dlapinski@motleyrice.com<br><br>Joseph F. Rice<br>jrice@motleyrice.com | Attorneys for Motley Rice LLC and Epiq Corporate Restructuring LLC | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Allison J. Arotsky<br>aarotsky@moritthock.com | Attorneys for Broadview Investments, LLC, PTI Royston, LLC and PTI Union, LLC | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Arthur Abramowitz<br>aabramowitz@shermansilverstein.com<br><br>Donald W. Clarke<br>dclarke@genovaburns.com<br><br>Daniel Stolz<br>dstolz@genovaburns.com | proposed local counsel to Official Committee of Talc Claimants, Bailey & Glasser LLP, Brown Rudnick LLP, Massey & Gail LLP, Otterbourg P.C., Parkins Lee & Rubio LLP, Houlihan Lokey Capital, Inc. and Miller Thomson LLP | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Paul R. Baynard<br>paul.baynard@offitkurman.com<br><br>Paul J. Winterhalter<br>pwinterhalter@offitkurman.com | Attorneys for Aylstock, Witkin, Kreis & Overholtz, PLLC | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Lauren Bielskie<br>lauren.bielskie@usdoj.gov<br><br>Mitchell Hausman<br>mitchell.b.hausman@usdoj.gov<br><br>Jeffrey M. Sponder<br>jeffrey.m.sponder@usdoj.gov<br><br>John Z. Balasko<br>john.z.balasko@usdoj.gov<br><br>Eamonn O'Hagan<br>Eamonn.ohagan@usdoj.gov | Attorneys for U.S. Trustee | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Jerome Block<br>jblock@levylaw.com | Attorneys for Levy Konigsberg, LLP | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Rashad Blossom<br>rblossom@blossomlaw.com | Attorneys for Christopher M. Placitella and Joseph McGovern | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| John Bougimas<br>jbougimas@otterbourg.com<br>jbougimas@oshr.com<br><br>Melanie Louise Cyganowski<br>mcyganowski@otterbourg.com<br><br>Adam C. Silverstein<br>asilverstein@otterbourg.com | Attorneys for Steering Committee in the MDL Litigation and Committee of Talc Claimants | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Geoffrey S. Brounell<br>geoffreybrounell@dwt.com | Attorneys for Reuters News & Media, Inc. | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| John F. Bracaglia, Jr.<br>brokaw@centraljerseylaw.com | Attorneys for Jeanne Stephenson | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Morton R. Branzburg<br>mbranzburg@klehr.com<br><br>Carol A. Slocum<br>cslocum@klehr.com | Attorneys for Ad Hoc Mesothelioma Committee | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Alan J. Brody<br>brodya@gtlaw.com<br><br>Sandy Qusba<br>squsba@stblaw.com<br><br>Andrew T. Frankel<br>afrankel@stblaw.com<br><br>Jonathan T. Menitove<br>jonathan.menitove@stblaw.com<br><br>Michael H. Torkin<br>michael.torkin@stblaw.com | Attorneys for Bausch Health Americas, Inc. f/k/a Valeant Pharmaceuticals International | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Clinton E. Cameron<br>clinton.cameron@clydeco.us<br><br>Konrad Krebs<br>Konrad.krebs@clydeco.us | Attorneys for The Continental Insurance Company | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Daniel H. Charest<br>dcharest@burnscharest.com | Attorneys for Daniel Mercer, Julia Lathrop, The Plaintiffs Steering Committee in the MDL Litigation | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| David Christian<br>dchristian@davodcjrostoamattprmeus.com | Attorneys for The Continental Insurance Company | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Arthur Abramowitz<br>aabramowitz@shermansilverstein.com<br><br>Ross J. Switkes<br>rswitkes@shermansilverstein.com | Attorneys for Cooley, LLP, Sherman Silverstein Kohl Rose & Podolsky, P.A., Waldrep Wall Babcock & Bailey, PLLC, Official Committee of Talc Claimants II, Bailey & Glasser, LLP, Massey & Gail, LLP and FTI Consulting, Inc. | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br><span style="font-size:small">(As authorized by the Court or by rule. Cite the rule if applicable)</span> |
| Michael E. Collins<br>mcollins@manierherod.com<br><br>Robert William Miller<br>rmiller@manierherod.com | Attorneys for Westchester Fire Insurance Company | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br><span style="font-size:small">(As authorized by the Court or by rule. Cite the rule if applicable)</span> |
| Chelsea Corey<br>ccorey@kslaw.com<br><br>Richard A. Schneider<br>dschneider@kslaw.com | Attorneys for Bestwall LLC | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br><span style="font-size:small">(As authorized by the Court or by rule. Cite the rule if applicable)</span> |
| Kelly D. Curtin<br>kdcurtin@pbnlaw.com<br><br>Rachel A. Parisi<br>rparisi@pbnlaw.com | Attorneys for Party Metals & Minerals Insurance Company Pte. Ltd.; Rio Tinto America Holdings, Inc.; Three Crowns Insurance Company | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br><span style="font-size:small">(As authorized by the Court or by rule. Cite the rule if applicable)</span> |
| James E. Cecchi<br>jcecchi@carellabyrne.com | Attorneys for San Diego County Employees Retirement Association, Individually and on behalf of All Others Similarly Situated | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br><span style="font-size:small">(As authorized by the Court or by rule. Cite the rule if applicable)</span> |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Salvatore Daniele<br>sal.daniele@wilmerhale.com<br><br>Danielle Spinelli<br>danielle.spinelli@wilmerhale.com<br><br>Isley M. Gostin<br>isley.gostin@wilmerhale.com | Attorneys for Rio Tinto America, Inc.; Three Crowns Insurance Company | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Jennifer S. Feeney<br>jfeeney@ottergourg.com | Attorneys for The Plaintiffs Steering Committee in the MDL Litigation | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Alan Buford Felts<br>afelts@tuggleduggins.com | Attorneys for Bailey & Glasser LLP; Brown Rudnick LLP; Massey & Gail LLP; Otterbourg P.C.; Parkins Lee & Rubio LLP | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| David Chandler<br>dac@karstvonoiste.com | Attorneys for Karst & Von Oiste LLP | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Kathleen A. Frazier<br>kfrazier@shb.com | Attorneys for Debtor | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Sid Garabato<br>sgarabato@epiqglobal.com | Attorneys for Epiq Corporate Restructuring, LLC | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Dennis Geier<br>dgeier@cprlaw.com<br><br>Christopher M. Placitella<br>cplacitella@cprlaw.com | Attorneys for Cohen, Placitella & Roth, P.C.; Christopher M. Placitella; Daniel & Roger Edley | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Stephen V. Gimigliano<br>sgimigliano@lawgmm.com<br><br>John Maloney<br>jmaloney@lawgmm.com<br><br>Robin Rabinowitz<br>rrabinowitz@lawgmm.com | Attorneys for Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew Golden<br>agolden@kasowitz.com<br><br>Michael Hutchins<br>mhutchins@kasowitz.com<br><br>Robert Novick<br>rnovick@kasowitz.com<br><br>David Rosner<br>drosner@kasowitz.com<br><br>Jason D. Angelo<br>jangelo@reedsmith.com<br><br>Derek J. Baker<br>dbaker@reedsmith.com<br><br>Paul M. Singer<br>psinger@reedsmith.com | Attorneys for Cyprus Mines Corporation | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Richard M. Golomb<br>rgolomb@golombhonik.com | Attorneys for Golomb Spirit Grunfeld and Creditor Brandi Carl | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Mark Falk<br>mfalk@walsh.law<br><br>Liza M. Walsh<br>lwalsh@walsh.law | Attorneys for Randi S. Ellis | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Bill Graham<br>bgraham@wallacegraham.com | Attorneys for Wallace & Graham P.A. | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| James Francis Green<br>jgreen@ashcraftlaw.com<br><br>Michelle A. Parfitt<br>mparfitt@ashcraftlaw.com | Attorneys for The Plaintiffs Steering Committee in the MDL Litigation | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| John D. Green<br>jgreen@fbm.com | Attorneys for Rio Tinto America Inc.; Three Crowns Insurance Company | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Rochelle Guiton<br>rochelle@dmillerlaw.com | Attorneys for Aleathea Goodins | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Rachael Ginzburg<br>rginzburg@herrick.com<br><br>Steven B. Smith<br>ssmith@herrick.com | Attorneys for The Amici Professors | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Alexander W. Cogbill<br>acogbill@zelle.com<br><br>Janet A. Shapiro<br>jshapiro@shapirolawfirm.com | Attorneys for Employers Ins. Company of Wausau, Employers Ins. Of Wausau, Employers Mutual Casualty Company, Nationwide Indemnity and Scottsdale Insurance | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Cole Hayes<br>cole@colehayeslaw.com | Attorneys for Steering Committee in the MDL Litigation | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Ericka Fredricks Johnson<br>erjohnson@wcsr.com | Attorneys for Ad Hoc Committee of States Holding Consumer Protection Claims | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Leslie Carol Heiman<br>heilmanl@ballardspahr.com<br><br>Tobey M. Daluz<br>daluzt@ballardspahr.com<br><br>Laurel D. Roglen<br>roglenl@ballardspahr.com | Attorneys for Albertsons Companies, Inc. | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Autumn D. Highsmith<br>autumn.highsmith@oag.texas.gov | Attorneys for State of Texas | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Brian W. Hofmeister<br>bwh@hofmeisterfirm.com | Attorneys for Law Firm of Brian W. Hofmeister on behalf of various claimants | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Evan Lazerowitz<br>elazerowitz@cooley.com | Attorneys for Creditor Committee Official Committee of Talc Claimants II | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Nancy Isaacson<br>nisaacson@greenbaumlaw.com | Attorneys for Motley Rice LLC | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Sari B. Placona<br>splacona@msbnj.com<br><br>Anthony Sodono, III<br>asodono@msbnj.com | Attorneys for Alishia Landrum, Committee Member | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Laura Davis Jones<br>ljones@pszjlaw.com<br><br>Colin R. Robinson<br>crobinson@pszjlaw.com | Attorneys for Arnold & Itkin LLP | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Brett Kahn<br>bkahn@mccarter.com | Special Counsel | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Andrew J. Kelly<br>akelly@kbtlaw.com | Attorneys for Blue Cross Blue Shield of Massachusetts, Inc. | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Cary Joshi<br>cjoshi@baileyglasser.com<br><br>Patricia M. Kipnis<br>pkipnis@baileyglasser.com | Attorneys for Committee Official Committee of Talc Claimants II | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Christopher K. Kiplok<br>kiplok@hugheshubbard.com | Attorneys for Imerys SA | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Jonathan I. Rabinowitz<br>jrabinowitz@rltlawfirm.com | Attorneys for Attorney J. Maria Glover | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Emil A. Kleinhaus<br>eakleinhaus@wlrk.com<br><br>Steven Abramowitz<br>sabramowitz@velaw.com<br><br>Paul E. Heath<br>pheath@velaw.com | Attorneys for Cyprus Amax Minerals Company | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Carolyn Lachman<br>lachman.carolyn@pbgc.gov<br><br>Simon J. Torres<br>torres.simon@pbgc.gov<br><br>Sarah Meiman<br>Meiman.sarah@pbgc.gov | Attorneys for Pension Benefit Guaranty Corporation | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Suzanne C. Midlige<br>smidlige@cmg.law | Attorneys for Arrowood Indemnity Company | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Suzanne Ratcliffe<br>sratcliffe@mrhfmlaw.com<br><br>Clay Thompson<br>cthompson@mrhfmlaw.com | Attorneys for Creditor Jan Deborah Michelson-Boyle | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Seth H. Lieberman<br>slieberman@pryorcashman.com<br><br>Andrew S. Richmond<br>arichmond@pryorcashman.com | Attorneys for Williams Hart Boundas Easterby, LLP, on behalf of certain personal injury claimants | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael Malzberg<br>mmalzberg@mjmalzberglaw.com | Attorneys for Creditor Various Claimants | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Nir Maoz<br>nmaoz@ktbslaw.com<br><br>Robert J. Pfister<br>rpfister@ktbslaw.com<br><br>Michael L. Tuchin<br>mtuchin@ktbslaw.com<br><br>Samuel M. Kidder<br>skidder@ktbslaw.com<br><br>Paul J. Winterhalter<br>pwinterhalter@offitkurman.com<br><br>Paul R. Baynard<br>Paul.baynard@offitkurma.com | Attorneys for Aylstock, Witkin, Kreis & Overholtz, PLLC | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Jonathan S. Massey<br>jloper@masseygail.com | Attorneys for Massey & Gail LLP | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Laila Masud<br>lmasud@marshackhays.com | Attorneys for Talc Claimants | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Eileen McCabe<br>eileen.mccabe@mendes.com<br><br>Louis A. Modugno<br>lmodugno@tm-firm.com<br><br>Kelsey Panizzolo<br>Kelsey.panizzolo@katten.com<br><br>Katherine Scherling<br>Katherine.scherling@katten.com | Attorneys for AIG Europe S.A.; AIG Property Casualty Company; AIU Insurance Company; ASR Schadeverzekering N.V.; Atlanta International Insurance Company; Granite State Insurance Company; Lexington Insurance Company; N.V. Schadeverzekering Maas Lloyd; National Union Fire Insurance Company of Pittsburgh PA; New Hampshire Insurance Company; RheinLand Versicherungen; Starr Indemnity & Liability Company; The North River Insurance Company | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Brian J. McCormick<br>bmccormick@rossfellercasey.com | Attorneys for Ross Feller Casey LLP | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Darren McDowell<br>dmcdowell@fnlawfirm.com<br><br>Nabil Majed Nachawati, II<br>mn@fnlawfirm.com | Attorneys for Fears Nachawati PLLC | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| John R. Miller<br>jmiller@rcdlaw.net<br><br>C. Richard Rayburn, Jr.<br>rrayburn@rcdlaw.net<br><br>Matthew L. Tomsic<br>mtomsic@rcdlaw.net | Attorneys for Debtor | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andreas Milliaressis<br>adm@stevenslee.com | Attorneys for First State Insurance Company; Hartford Accident and Indemnity Company | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |
| Louis A. Modugno<br>lmodugno@m-firm.com | Attorneys for AIG Europe S.A.; AIG Property Casualty Company; AIU Insurance Company; ASR Schadeverzekering N.V.; Atlanta International Insurance Company; Granite State Insurance Company; Lexington Insurance Company; N.V. Schadeverzekering Maas Lloyd; National Union Fire Insurance Company of Pittsburgh PA; New Hampshire Insurance Company; RheinLand Versicherungen; Starr Indemnity & Liability Company; The North River Insurance Company | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |
| Jeffrey M. Traurig<br>jtraurig@trauriglaw.com | Attorneys for Other Prof. Robert J Keach | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |
| Allen J. Underwood, II<br>aunderwood@litedpalma.com | Attorneys for Lite DePalma Greenberg & Afandaor LLC; DeSanto Canadian Class Action Plaintiffs; DeSanto Canadian Class Action Creditors | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| David J. Molton<br>dmolton@brownrudnick.com | Attorneys for Committee of Talc Claimants | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |
| P. Leigh O'Dell<br>leigh.odell@beasleyallen.com | Attorneys for Steering Committee in the MDL Litigation | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |
| Rachel R. Obaldo<br>bk-robaldo@texasattorneygeneral.gov | Attorneys for the State of Texas | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Stephen M. Packman<br>spackman@archerlaw.com | Attorneys for Roger Frankel, as Legal Representative for Future Personal Injury Claimants appointed in the Chapter 11 bankruptcy case of Cyprus Mines Corporation | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kelsey Panizzolo<br>kelsey.panizzolo@katten.com<br><br>Katherine Scherline<br>katherine.scherling@katten.com | Attorneys for AIG Europe S.A.; AIG Property Casualty Company; AIU Insurance Company; ASR Schadeverzekering N.V.; Atlanta International Insurance Company; Granite State Insurance Company; Lexington Insurance Company; N.V. Schadeverzekering Maas Lloyd; National Union Fire Insurance Company of Pittsburgh PA; New Hampshire Insurance Company; RheinLand Versicherungen; Starr Indemnity & Liability Company; The North River Insurance Company | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Thomas Pitta<br>tpitta@emmetmarvin.com | Attorneys for PTI Royston LLC; PTI Union LLC | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Lenard Parkins<br>lparkins@parkinslee.com<br><br>Charles Michael Rubio<br>crubio@parkinslee.com | Attorneys for OnderLaw, LLC | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Gregory Plotko<br>gplotko@crowell.com<br><br>Kevin D. Cacabelos<br>kcacabelos@crowell.com<br><br>Mark Plevin<br>mplevin@crowell.com<br><br>Tacie H. Yoon<br>tyoon@crowell.com<br><br>R. Brian Seibert<br>brian.seibert.@us.diapiper.com<br><br>Aidan McCormack<br>Aidan.mccormack@dlapiper.com | Attorneys for ACE Property and Casualty Insurance Company; Central National Insurance Company of Omaha; Century Indemnity Company; Federal Insurance Company; Great Northern Insurance Company; Pacific Employers Insurance Company; Westchester Fire Insurance Company | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| C Richard Rayburn, Jr.<br>rrayburn@redlaw.net | Attorneys for Debtor | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Joel Rhine<br>slc@rhinelawfirm.com | Attorneys for Clients of Clifford Law Offices, P.C., and Taft Stettinius & Hollister, LLP | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Mark P. Robinson, Jr.<br>mrobinson@robinsonfirm.com | Attorneys for Talc Claimants | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kenneth A. Rosen<br>krosen@lowenstein.com<br><br>Mary E. Seymour<br>mseymour@lowenstein.com | Attorneys for Debtor | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ ECF _____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Sommer Leigh Ross<br>slross@duanemorris.com | Attorneys for Republic Indemnity Company of America | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ ECF _____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Janet A. Shapiro<br>jshapiro@shapirolawfirm.com | Attorneys for Employers Ins. Co. of Wausau; Employers Mutual Casualty Company; Nationwide Indemnity; Scottsdale Insurance | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ ECF _____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Heather Elizabeth Simpson<br>heather.simpson@kennedyscmk.com | Attorneys for Everest Reinsurance Company; TIG Insurance Company | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ ECF _____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Judy D. Thompson<br>jdt@jdthompsonlaw.com | Attorneys for Barnes Law Group, LLC | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ ECF _____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Christopher Vincent Tisi<br>ctisi@levinlaw.com | Attorneys for The Plaintiffs Steering Committee in MDL Litigation | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Albert Togut<br>altogut@teamtogut.com | Attorneys for Roger Frankel, as Legal Representative for Future Personal Injury Claimants appointed in the Chapter 11 bankruptcy case of Cyprus Mines Corporation | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| US Trustee<br>USTPRegion03.NE.ECF@usdoj.gov | US Trustee | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Erica Villanueva<br>evillanueva@fbm.com | Attorneys for Rio Tinto America Inc.; Three Crowns Insurance Company | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Thomas W. Waldrep. Jr.<br>notice@waldrepwall.com | Attorneys for Kazan, McClain, Satterley & Greenwood; Levy Konigsberg LLP; Maune Raichle Hartley French & Mudd, LLC; Ruckdeschel Law Firm, LLC; Weitz & Luxenberg P.C.; Kirk Smith | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew K. Craig<br>acraig@windelsmarx.com<br><br>Stefano V. Calogero | Attorneys for Allstate Insurance Company | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ ECF _____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| John C. Woodman<br>jwoodman@essexrichards.com | Attorneys for John C. Woodman | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ ECF _____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Felice R. Yudkin<br>fyudkin@coleschotz.com | Attorneys for Claimants represented by the Barnes Law Group | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ ECF _____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Jeffrey A. Cooper<br>jcooper@rltlawfirm.com | Attorneys Baker Canadian Class Action Creditors | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ ECF _____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Stefano Calogero<br>Cuyler Burk, LLP<br>Four Century Drive<br>Parsippany, NJ 07054 | Attorneys for Allstate Insurance Company | ☐ Hand-Delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Elizabeth Brannen Carter<br>Pamela B. Slate<br>Hill, Hill, Carter, Franco, Cole & Black<br>425 South Perry Street<br>Montgomery, AL 36104 | Attorneys for Blue Cross Blue Shield of Massachusetts, Inc. | ☐ Hand-Delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Ducera Partners LLC<br>11 Times Square<br>36th Floor<br>New York, NY 10036 | | ☐ Hand-Delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Ellen M. Farrell<br>Pail W. Kalish<br>Mintz Levin Cohen Ferris Glovsky Popeo<br>555 12th St. NW<br>Suite 1100<br>Washington, DC 20004<br><br>Gregory Plotko<br>Crowell & Moring LLP<br>590 Madison Avenue<br>New York, NY 10022 | Attorneys for Allianz Global Risk US Insurance Company | ☐ Hand-Delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Glenn M. Kurtz<br>Jessica Lauria<br>Laura L. Femino<br><br>White & Case LLP<br>1221 Avenue of the America<br>New York, NY 10020 | Attorneys for Johnson & Johnson | ☐ Hand-Delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Aidan McCormack<br>R Brian Seibert<br>DLA PIPER LLP (US)<br>1251 Avenue of The Americas<br>New York, NY 10020 | Attorneys for ACE Property and Casualty Insurance Company | ☐ Hand-Delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kathrine A. McLendon<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017 | Attorneys for Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) | ☐ Hand-Delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |
| Monzack Mersky and Bowder, P.A.<br>1201 N. Orange Street<br>Suite 400<br>Wilmington, DE 19801 | | ☐ Hand-Delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |
| Lisa M. Norman<br>Edward L. Ripley<br>Andrews Myers, PC<br>1885 Saint James Place<br>15th Floor<br>Houston, TX 77056 | Attorneys for Williams Hart Boundas Easterby, LLP, on behalf of certain personal injury claimants | ☐ Hand-Delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |
| Rayburn, Cooper & Durham, P.A.<br>The Carillon<br>Suite 1200<br>227 West Trade St.<br>Charlotte, NC 28202 | Attorneys for Debtor | ☐ Hand-Delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |
| The Brattle Group, Inc.<br>7 Times Square<br>Suite 1700<br>New York, NY 10036 | | ☐ Hand-Delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Shook, Hardy, & Bacon, LLP<br>JPMorgan Chase Tower<br>600 Travis Street<br>Suite 3400<br>Houston, TX 77002 | | ☐ Hand-Delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Weil, Gotshal, & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Special Counsel to the Debtor | ☐ Hand-Delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Kirk Williams<br>Airway Heights Correction Center<br>P.O. Box 2049<br>L-B-05<br>Airway Heights, WA 99001 | | ☐ Hand-Delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |