UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(B)**
Mark Falk
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100
*Counsel for Randi S. Ellis, Legal Representative for Future Talc Claimants*

In Re:

LTL Management, LLC,

                Debtor.

Chapter 11

Case No.: 21-30589

Judge:    Michael B. Kaplan

## NOTICE OF RANDI S. ELLIS, LEGAL REPRESENTATIVE FOR FUTURE TALC CLAIMANTS, RATE INCREASE

1. I was retained to serve as Legal Representative for Future Talc Claimants ("FCR") by Order of this Court, dated March 18, 2022 [ECF No. 1786], which retention was effective March 8, 2022.

2. Effective January 1, 2023, FCR implemented a standard rate increase, and hereby provides notice of the increase in hourly rate. This rate adjustment occurred in the ordinary course of business, for reasons including, but not limited to, changes in the market for legal services, inflation, and additional practice experience.

| Professional | 2022 Hourly Rate | 2023 Hourly Rate |
|---|---|---|
| Randi S. Ellis, FCR | $950.00 | $1015.00 |
| Christina Jacobs, Paralegal | $250.00 | $265.00 |

Dated: January 13, 2023

*s/Randi S. Ellis*
Randi S. Ellis