UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(B)**
Mark Falk
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100
*Counsel for Randi S. Ellis, Legal Representative for Future Talc Claimants*

In Re:

LTL Management, LLC,

　　　　　　　　　Debtor.

Chapter 11

Case No.: 21-30589

Judge:　Michael B. Kaplan

## NOTICE OF WALSH PIZZI O'REILLY FALANGA LLP'S RATE INCREASE

1.　I am of Counsel with the firm of Walsh Pizzi O'Reilly Falanga LLP ("Walsh Firm"), Counsel for Randi S. Ellis, Legal Representative for Future Talc Claimants in the above Chapter 11 case. I submit this notice to provide disclosure of the Walsh Firm's rate increases for professionals and paraprofessionals.

2.　On March 24, 2022, the Walsh Firm filed an *Application for Retention of Professional as Counsel for Randi S. Ellis, Legal Representative for Future Talc Claimants* [ECF No. 1845], and an Order was entered on April 5, 2022, Granting that Application [ECF No. 1986].

3.　Effective January 1, 2023, the Walsh Firm implemented a standard rate increase for the following professionals and paraprofessionals, and hereby provides notice of the increase in hourly rates. These rate adjustments occurred in the ordinary course of business, for reasons including, but not limited to, changes in the market for legal services, inflation, and additional

practice experience.

| Professional/Paraprofessional | 2022 Hourly Rate | 2023 Hourly Rate |
|---|---|---|
| Hon. Mark Falk (Ret.), Counsel | $900.00 | $960.00 |
| Liza M. Walsh, Partner | $850.00 | $905.00 |
| Stephen V. Falanga, Partner | $650.00 | $695.00 |
| Christine I. Gannon, Partner | $490.00 | $520.00 |
| Francis W. Yook, Associate | $380.00 | $405.00 |
| Jessica K. Formichella, Associate | $355.00 | $375.00 |
| Barbara E. Troyan, Paralegal | $200.00 | $210.00 |
| Gemma Pineiro, Paralegal | $200.00 | $210.00 |

Dated: January 13, 2023                           *s/Mark Falk*
                                                   Mark Falk

2