UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption In Compliance with D.N.J. LBR 9004-1(b)**

Albert Togut, Esq. (admitted *pro hac vice*)
Frank A. Oswald, Esq.
Brian F. Shaughnessy, Esq. (admitted *pro hac vice*)
**TOGUT, SEGAL & SEGAL LLP**
One Penn Plaza, Suite 3335
New York, NY 10119
Tel:  (212) 594-5000
E-Mail: altogut@teamtogut.com
frankoswald@teamtogut.com
bshaughnessy@teamtogut.com

*Counsel to Kenneth R. Feinberg
as the Court's Estimation Expert*

| | |
|---|---|
| In re: | Case No. 21-30589 (MBK) |
| LTL MANAGEMENT LLC, | Chapter 11 |
| Debtor. | Honorable Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1.  I, Alexandra Stolp:

☐ represent _____ in this matter.

☒ am the secretary/paralegal for Albert Togut, who represents Kenneth R. Feinberg in this matter.

☐ am the _____ in this case and am representing myself.

2.  On 1/18/2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Notice of Application of the Court-Appointed Estimation Expert for an Order Confirming Procedure for Payment and Reimbursement of hs Professionals

3.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 1/19/2023                    Signature:  *Alexandra Stolp*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| LTL Management LLC<br>501 George Street<br>New Brunswick, New Jersey 08933 | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Brad Jeffrey Axelrod<br>baxelrod@wmd.law.com<br>Paul R. DeFilippo<br>pdefilippo@wmd-law.com<br>James N. Lawlor<br>jlawlor@wmd-law.com<br>Joseph Francis Pacelli<br>jpacelli@wmd-law.com<br>Lyndon Mitchell Tretter<br>ltretter@wmd-law.com | Attorneys for Debtor LTL Management, Jones Day, Rayburn Cooper & Durham, P.A., Wollmuth Maher & Deutsch LLP, AlixPartners LLP, Bates White, LLC, Blake Cassels & Graydon LLP, King & Spalding, LLP, McCarter & English, LLP, Patterson Belknap Webb & Tyler, LLP, Skadden Arps Slate Meagher & Flom, LLP and Weil Gotshal & Manges, LLP | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| E. Richard Dressel<br>rdressel@lexnovalaw.com | Attorneys for Evan Plotkin, Giovanni Sosa and Erwin Chemerinsky | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Caitlin K. Cahow<br>ccahow@jonesday.com<br>Brad B. Erens<br>bberens@jonesday.com<br>Gregory M. Gordon<br>gmgordon@jonesday.com<br>Robert W. Hamilton<br>rwhamilton@jonesday.com<br>James M. Jones<br>jmjones@jonesday.com<br>Daniel B. Prieto | Attorneys for Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| | | |
|---|---|---|
| dbprieto@jonesday.com<br>Mark W. Rasmussen<br>mrasmussen@jonesday.com<br>Amanda Rush<br>asrush@jonesday.com | | |
| Kristen R. Fournier<br>kfournier@kslaw.com | Attorneys for Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other   ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Steven Abramowitz<br>sabramowitz@velaw.com<br>Paul E. Heath<br>pheath@velaw.com | Attorneys for Cyprus Amax Minerals Company | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other   ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Andrew Ambruoso<br>andrew.ambruoso@lw.com<br>Adam S. Ravin<br>adam.ravin@lw.com | Attorneys for Imerys Talc | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other   ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| John A. Baden, IV<br>jbaden@motleyrice.com<br>Nathan David Finch<br>nfinch@motleyrice.com<br>Daniel Lapinski<br>dlapinski@motleyrice.com<br>Joseph F. Rice<br>jrice@motleyrice.com | Attorneys for Motley Rice LLC and Epiq Corporate Restructuring LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other   ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Allison J. Arotsky<br>aarotsky@moritthock.com | Attorneys for Broadview Investments, LLC, PTI Royston, LLC and PTI Union, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other   ECF |

| | | (As authorized by the Court or by rule. Cite the rule if applicable) |
|---|---|---|
| Arthur Abramowitz<br>aabramowitz@shermansilverstein.com<br>Donald W. Clarke<br>dclarke@genovaburns.com<br>Daniel Stolz<br>dstolz@genovaburns.com | proposed local counsel to Official Committee of Talc Claimants, Bailey & Glasser LLP, Brown Rudnick LLP, Massey & Gail LLP, Otterbourg P.C., Parkins Lee & Rubio LLP, Houlihan Lokey Capital, Inc. and Miller Thomson LLP | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Paul R. Baynard<br>paul.baynard@offitkurman.com<br>Paul J. Winterhalter<br>pwinterhalter@offitkurman.com | Attorneys for Aylstock, Witkin, Kreis & Overholtz, PLLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Lauren Bielskie<br>lauren.bielskie@usdoj.gov<br>Mitchell Hausman<br>mitchell.b.hausman@usdoj.gov<br>Jeffrey M. Sponder<br>jeffrey.m.sponder@usdoj.gov<br>John Z. Balasko<br>john.z.balasko@usdoj.gov<br>Eamonn O'Hagan<br>Eamonn.ohagan@usdoj.gov | Attorneys for U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Jerome Block<br>jblock@levylaw.com | Attorneys for Levy Konigsberg, LLP | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Rashad Blossom<br>rblossom@blossomlaw.com | Attorneys for Christopher M. Placitella and Joseph McGovern | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF |

| | | (As authorized by the Court or by rule.  Cite the rule if applicable) |
|---|---|---|
| John Bougiamas<br>jbougimas@otterbourg.com<br>jbougiamas@oshr.com<br>Melanie Louise Cyganowski<br>mcyganowski@otterbourg.com<br>Adam C. Silverstein<br>asilverstein@otterbourg.com | Attorneys for Steering Committee in the MDL Litigation and Committee of Talc Claimants | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |
| Geoffrey S. Brounell<br>geoffreybrounell@dwt.com | Attorneys for Reuters News & Media, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |
| John F. Bracaglia, Jr.<br>brokaw@centraljerseylaw.com | Attorneys for Jeanne Stephenson | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |
| Morton R. Branzburg<br>mbranzburg@klehr.com<br>Carol A. Slocum<br>cslocum@klehr.com | Attorneys for Ad Hoc Mesothelioma Committee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |
| Alan J. Brody<br>brodya@gtlaw.com<br>Sandy Qusba<br>squsba@stblaw.com<br>Andrew T. Frankel<br>afrankel@stblaw.com<br>Jonathan T. Menitove<br>jonathan.menitove@stblaw.com<br>Michael H. Torkin | Attorneys for Bausch Health Americas, Inc. f/k/a Valeant Pharmaceuticals International | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |

| | | |
|---|---|---|
| michael.torkin@stblaw.com | | |
| Clinton E. Cameron<br>clinton.cameron@clydeco.us<br>Konrad Krebs<br>Konrad.krebs@clydeco.us | Attorneys for The Continental Insurance Company | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Daniel H. Charest<br>dcharest@burnscharest.com | Attorneys for Daniel Mercer, Julia Lathrop, The Plaintiffs Steering Committee in the MDL Litigation | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| David Christian<br>dchristian@davodcjrostoamattprmeus.com | Attorneys for The Continental Insurance Company | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Arthur Abramowitz<br>aabramowitz@shermansilverstein.com<br>Ross J. Switkes<br>rswitkes@shermansilverstein.com | Attorneys for Cooley, LLP, Sherman Silverstein Kohl Rose & Podolsky, P.A., Waldrep Wall Babcock & Bailey, PLLC, Official Committee of Talc Claimants II, Bailey & Glasser, LLP, Massey & Gail, LLP and FTI Consulting, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Michael E. Collins<br>mcollins@manierherod.com<br>Robert William Miller<br>rmiller@manierherod.com | Attorneys for Westchester Fire Insurance Company | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| | | |
|---|---|---|
| Chelsea Corey<br>ccorey@kslaw.com<br>Richard A. Schneider<br>dschneider@kslaw.com | Attorneys for<br>Bestwall LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |
| Kelly D. Curtin<br>kdcurtin@pbnlaw.com<br>Rachel A. Parisi<br>rparisi@pbnlaw.com | Attorneys for Party Metals & Minerals Insurance Company Pte. Ltd.; Rio Tinto America Holdings, Inc.; Three Crowns Insurance Company | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |
| James E. Cecchi<br>jcecchi@carellabyrne.com | Attorneys for San Diego County Employees Retirement Association, Individually and on behalf of All Others Similarly Situated | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |
| Salvatore Daniele<br>sal.daniele@wilmerhale.com<br>Danielle Spinelli<br>danielle.spinelli@wilmerhale.com<br>Isley M. Gostin<br>isley.gostin@wilmerhale.com | Three Crowns Insurance Company | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |
| Jennifer S. Feeney<br>jfeeney@ottergourg.com | Attorneys for The Plaintiffs Steering Committee in the MDL Litigation | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |
| Alan Buford Felts<br>afelts@tuggleduggins.com | Attorneys for Bailey & Glasser LLP; Brown Rudnick LLP; Massey & Gail LLP; | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR |

| | | |
|---|---|---|
| | Otterbourg P.C.; Parkins Lee & Rubio LLP | ☒Other    ECF<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |
| David Chandler<br>dac@karstvonoiste.com | Attorneys for Karst & Von Oiste LLP | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒Other    ECF<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |
| Kathleen A. Frazier<br>kfrazier@shb.com | Attorneys for Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒Other    ECF<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |
| Sid Garabato<br>sgarabato@epiqglobal.com | Attorneys for Epiq Corporate Restructuring, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒Other    ECF<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |
| Dennis Geier<br>dgeier@cprlaw.com<br>Christopher M. Placitella<br>cplacitella@cprlaw.com | Attorneys for Cohen, Placitella & Roth, P.C.; Christopher M. Placitella; Daniel & Roger Edley | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒Other    ECF<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |
| Stephen V. Gimigliano<br>sgimigliano@lawgmm.com<br>John Maloney<br>jmaloney@lawgmm.com<br>Robin Rabinowitz<br>rrabinowitz@lawgmm.com | Attorneys for Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒Other    ECF<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |

| | | |
|---|---|---|
| Andrew Golden<br>agolden@kasowitz.com<br>Michael Hutchins<br>mhutchins@kasowitz.com<br>Robert Novick<br>rnovick@kasowitz.com<br>David Rosner<br>drosner@kasowitz.com<br>Jason D. Angelo<br>jangelo@reedsmith.com<br>Derek J. Baker<br>dbaker@reedsmith.com<br>Paul M. Singer<br>psinger@reedsmith.com | Attorneys for Cyprus Mines Corporation | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Richard M. Golomb<br>rgolomb@golombhonik.com | Attorneys for Golomb Spirit Grunfeld and Creditor Brandi Carl | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Mark Falk<br>mfalk@walsh.law<br>Liza M. Walsh<br>lwalsh@walsh.law | Attorneys for Randi S. Ellis | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Bill Graham<br>bgraham@wallacegraham.com | Attorneys for Wallace & Graham P.A. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| James Francis Green<br>jgreen@ashcraftlaw.com<br>Michelle A. Parfitt<br>mparfitt@ashcraftlaw.com | Attorneys for The Plaintiffs Steering Committee in the MDL Litigation | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| | | |
|---|---|---|
| John D. Green<br>jgreen@fbm.com | Attorneys for Rio Tinto America Inc.; Three Crowns Insurance Company | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |
| Rochelle Guiton<br>rochelle@dmillerlaw.com | Attorneys for Aleathea Goodins | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |
| Rachael Ginzburg<br>rginzburg@herrick.com<br>Steven B. Smith<br>ssmith@herrick.com | Attorneys for The Amici Professors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |
| Alexander W. Cogbill<br>acogbill@zelle.com<br>Janet A. Shapiro<br>jshapiro@shapirolawfirm.com | Attorneys for Employers Ins. Company of Wausau, Employers Ins. Of Wausau, Employers Mutual Casualty Company, Nationwide Indemnity and Scottsdale Insurance | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |
| Cole Hayes<br>cole@colehayeslaw.com | Attorneys for Steering Committee in the MDL Litigation | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |
| Ericka Fredricks Johnson<br>erjohnson@wcsr.com | Attorneys for Ad Hoc Committee of States Holding Consumer Protection Claims | ☐ Hand-delivered<br>☐ Regular mail |

| | | |
|---|---|---|
| | | ☐ Certified mail/RR<br>☒Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Leslie Carol Heiman<br>heilmanl@ballardspahr.com<br>Tobey M. Daluz<br>daluzt@ballardspahr.com<br>Laurel D. Roglen<br>roglenl@ballardspahr.com | Attorneys for Albertsons Companies, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Autumn D. Highsmith<br>autumn.highsmith@oag.texas.gov | Attorneys for State of Texas | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Brian W. Hofmeister<br>bwh@hofmeisterfirm.com | Attorneys for Law Firm of Brian W. Hofmeister on behalf of various claimants | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Evan Lazerowitz<br>elazerowitz@cooley.com | Attorneys for Creditor Committee Official Committee of Talc Claimants II | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Nancy Isaacson<br>nisaacson@greenbaumlaw.com | Attorneys for Motley Rice LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒Other    ECF |

| | | |
|---|---|---|
| | | (As authorized by the Court or by rule. Cite the rule if applicable) |
| Sari B. Placona<br>splacona@msbnj.com<br>Anthony Sodono, III<br>asodono@msbnj.com | Attorneys for Alishia Landrum, Committee Member | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Laura Davis Jones<br>ljones@pszjlaw.com<br>Colin R. Robinson<br>crobinson@pszjlaw.com | Attorneys for Arnold & Itkin LLP | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Brett Kahn<br>bkahn@mccarter.com | Special Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Andrew J. Kelly<br>akelly@kbtlaw.com | Attorneys for Blue Cross Blue Shield of Massachusetts, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Cary Joshi<br>cjoshi@baileyglasser.com<br>Patricia M. Kipnis<br>pkipnis@baileyglasser.com | Attorneys for Committee Official Committee of Talc Claimants II | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Christopher K. Kiplok<br>kiplok@hugheshubbard.com | Attorneys for Imerys SA | ☐ Hand-delivered |

| | | |
|---|---|---|
| | | ☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Jonathan I. Rabinowitz<br>jrabinowitz@rltlawfirm.com | Attorneys for Attorney J. Maria Glover | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Emil A. Kleinhaus<br>eakleinhaus@wlrk.com<br>Steven Abramowitz<br>sabramowitz@velaw.com<br>Paul E. Heath<br>pheath@velaw.com | Attorneys for Cyprus Amax Minerals Company | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Carolyn Lachman<br>lachman.carolyn@pbgc.gov<br>Simon J. Torres<br>torres.simon@pbgc.gov<br>Sarah Meiman<br>Meiman.sarah@pbgc.gov | Attorneys for Pension Benefit Guaranty Corporation | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Suzanne C. Midlige<br>smidlige@cmg.law | Attorneys for Arrowood Indemnity Company | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Suzanne Ratcliffe<br>sratcliffe@mrhfmlaw.com<br>Clay Thompson<br>cthompson@mrhfmlaw.com | Attorneys for Creditor Jan Deborah Michelson-Boyle | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF |

| | | (As authorized by the Court or by rule. Cite the rule if applicable) |
|---|---|---|
| Seth H. Lieberman<br>slieberman@pryorcashman.com<br>Andrew S. Richmond<br>arichmond@pryorcashman.com | Attorneys for Williams Hart Boundas Easterby, LLP, on behalf of certain personal injury claimants | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Michael Malzberg<br>mmalzberg@mjmalzberglaw.com | Attorneys for Creditor Various Claimants | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Nir Maoz<br>nmaoz@ktbslaw.com<br>Robert J. Pfister<br>rpfister@ktbslaw.com<br>Michael L. Tuchin<br>mtuchin@ktbslaw.com<br>Samuel M. Kidder<br>skidder@ktbslaw.com<br>Paul J. Winterhalter<br>pwinterhalter@offitkurman.com<br>Paul R. Baynard<br>Paul.baynard@offitkurma.com | Attorneys for Aylstock, Witkin, Kreis & Overholtz, PLLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Jonathan S. Massey<br>jloper@masseygail.com | Attorneys for Massey & Gail LLP | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Laila Masud<br>lmasud@marshackhays.com | Attorneys for Talc Claimants | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF |

| | | (As authorized by the Court or by rule. Cite the rule if applicable) |
|---|---|---|
| Eileen McCabe<br>eileen.mccabe@mendes.com<br>Louis A. Modugno<br>lmodugno@tm-firm.com<br>Kelsey Panizzolo<br>Kelsey.panizzolo@katten.com<br>Katherine Scherling<br>Katherine.scherling@katten.com | Attorneys for AIG Europe S.A.; AIG Property Casualty Company; AIU Insurance Company; ASR Schadeverzekering N.V.; Atlanta International Insurance Company; Granite State Insurance Company; Lexington Insurance Company; N.V. Schadeverzekering Maas Lloyd; National Union Fire Insurance Company of Pittsburgh PA; New Hampshire Insurance Company; RheinLand Versicherungen; Starr Indemnity & Liability Company; The North River Insurance Company | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Brian J. McCormick<br>bmccormick@rossfellercasey.com | Attorneys for Ross Feller Casey LLP | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Darren McDowell<br>dmcdowell@fnlawfirm.com<br>Nabil Majed Nachawati, II<br>mn@fnlawfirm.com | Attorneys for Fears Nachawati PLLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| John R. Miller<br>jmiller@rcdlaw.net<br>C. Richard Rayburn, Jr.<br>rrayburn@rcdlaw.net | Attorneys for Debtor | ☐ Hand-delivered<br>☐ Regular mail |

| | | |
|---|---|---|
| Matthew L. Tomsic<br>mtomsic@rcdlaw.net | | ☐ Certified mail/RR<br>☒ Other     ECF<br><br>(As authorized by the Court or rule. Cite the rule if applicable) |
| Andreas Milliaressis<br>adm@stevenslee.com | Attorneys for First State Insurance Company; Hartford Accident and Indemnity Company | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other     ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Louis A. Modugno<br>lmodugno@m-firm.com | Attorneys for AIG Europe S.A.; AIG Property Casualty Company; AIU Insurance Company; ASR Schadeverzekering N.V.; Atlanta International Insurance Company; Granite State Insurance Company; Lexington Insurance Company; N.V. Schadeverzekering Maas Lloyd; National Union Fire Insurance Company of Pittsburgh PA; New Hampshire Insurance Company; RheinLand Versicherungen; Starr Indemnity & Liability Company; The North River Insurance Company | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other     ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Jeffrey M. Traurig<br>jtraurig@trauriglaw.com | Attorneys for Other Prof. Robert J Keach | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other     ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| | | |
|---|---|---|
| Allen J. Underwood, II<br>aunderwood@litedpalma.com | Attorneys for Lite DePalma Greenberg & Afandaor LLC; DeSanto Canadian Class Action Plaintiffs; DeSanto Canadian Class Action Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail / RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |
| David J. Molton<br>dmolton@brownrudnick.com | Attorneys for Committee of Talc Claimants | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail / RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |
| P. Leigh O'Dell<br>leigh.odell@beasleyallen.com | Attorneys for Steering Committee in the MDL Litigation | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail / RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |
| Rachel R. Obaldo<br>bk-robaldo@texasattorneygeneral.gov | Attorneys for the State of Texas | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail / RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |
| Stephen M. Packman<br>spackman@archerlaw.com | Attorneys for Roger Frankel, as Legal Representative for Future Personal Injury Claimants appointed in the Chapter 11 bankruptcy case of Cyprus Mines Corporation | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail / RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |
| Kelsey Panizzolo<br>kelsey.panizzolo@katten.com<br>Katherine Scherline<br>katherine.scherling@katten.com | Attorneys for AIG Europe S.A.; AIG Property Casualty Company; AIU | ☐ Hand-delivered<br>☐ Regular mail |

| | | |
|---|---|---|
| | Insurance Company; ASR Schadeverzekering N.V.; Atlanta International Insurance Company; Granite State Insurance Company; Lexington Insurance Company; N.V. Schadeverzekering Maas Lloyd; National Union Fire Insurance Company of Pittsburgh PA; New Hampshire Insurance Company; RheinLand Versicherungen; Starr Indemnity & Liability Company; The North River Insurance Company | ☐ Certified mail/RR<br>☒ Other    ECF<br>    (As authorized by the Court or by rule. Cite the rule if applicable) |
| Thomas Pitta<br>tpitta@emmetmarvin.com | Attorneys for PTI Royston LLC; PTI Union LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>    (As authorized by the Court or by rule. Cite the rule if applicable) |
| Lenard Parkins<br>lparkins@parkinslee.com<br>Charles Michael Rubio<br>crubio@parkinslee.com | Attorneys for OnderLaw, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>    (As authorized by the Court or by rule. Cite the rule if applicable) |
| Gregory Plotko<br>gplotko@crowell.com<br>Kevin D. Cacabelos<br>kcacabelos@crowell.com<br>Mark Plevin<br>mplevin@crowell.com<br>Tacie H. Yoon<br>tyoon@crowell.com<br>R. Brian Seibert<br>brian.seibert.@us.diapiper.com | Attorneys for ACE Property and Casualty Insurance Company; Central National Insurance Company of Omaha; Century Indemnity Company; Federal Insurance Company; Great Northern | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>    (As authorized by the Court or by rule. Cite the rule if applicable) |

| | | |
|---|---|---|
| Aidan McCormack<br>Aidan.mccormack@dlapiper.com | Insurance Company;<br>Pacific Employers<br>Insurance Company;<br>Westchester Fire<br>Insurance Company | |
| C Richard Rayburn, Jr.<br>rrayburn@redlaw.net | Attorneys for Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Joel Rhine<br>slc@rhinelawfirm.com | Attorneys for Clients of Clifford Law Offices, P.C., and Taft Stettinius & Hollister, LLP | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Mark P. Robinson, Jr.<br>mrobinson@robinsonfirm.com | Attorneys for Talc Claimants | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Kenneth A. Rosen<br>krosen@lowenstein.com<br>Mary E. Seymour<br>mseymour@lowenstein.com | Attorneys for Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Sommer Leigh Ross<br>slross@duanemorris.com | Attorneys for Republic Indemnity Company of America | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| | | |
|---|---|---|
| Janet A. Shapiro<br>jshapiro@shapirolawfirm.com | Attorneys for Employers Ins. Co. of Wausau; Employers Mutual Casualty Company; Nationwide Indemnity; Scottsdale Insurance | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Heather Elizabeth Simpson<br>heather.simpson@kennedyscmk.com | Attorneys for Everest Reinsurance Company; TIG Insurance Company | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Judy D. Thompson<br>jdt@jdthompsonlaw.com | Attorneys for Barnes Law Group, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Christopher Vincent Tisi<br>ctisi@levinlaw.com | Attorneys for The Plaintiffs Steering Committee in MDL Litigation | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| US Trustee<br>USTPRegion03.NE.ECF@usdoj.gov | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Erica Villanueva<br>evillanueva@fbm.com | Attorneys for Kazan, McClain, Satterley & Greenwood; Levy Konigsberg LLP; Maune Raichle | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR |

| | Hartley French & Mudd, LLC; Ruckdeschel Law Firm, LLC; Weitz & Luxenberg P.C.; Kirk Smith | ☒ Other    ECF <br> (As authorized by the Court or by rule. Cite the rule if applicable) |
|---|---|---|
| Andrew K. Craig <br> acraig@windelsmarx.com <br> Stefano V. Calogero | Attorneys for Allstate Insurance Company | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☒ Other    ECF <br> (As authorized by the Court or by rule. Cite the rule if applicable) |
| John C. Woodman <br> jwoodman@essexrichards.com | Attorneys for John C. Woodman | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☒ Other    ECF <br> (As authorized by the Court or by rule. Cite the rule if applicable) |
| Felice R. Yudkin <br> fyudkin@coleschotz.com | Attorneys for Claimants represented by the Barnes Law Group | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☒ Other    ECF <br> (As authorized by the Court or by rule. Cite the rule if applicable) |
| Jeffrey A. Cooper <br> jcooper@rltlawfirm.com | Attorneys Baker Canadian Class Action Creditors | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☒ Other    ECF <br> (As authorized by the Court or by rule. Cite the rule if applicable) |
| Stefano Calogero <br> Cuyler Burk, LLP <br> Four Century Drive <br> Parsippany, NJ 07054 | Attorneys for Allstate Insurance Company | ☐ Hand-delivered <br> ☒ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other |

| | | |
|---|---|---|
| | | (As authorized by the Court or by rule. Cite the rule if applicable) |
| Pamela B. Slate<br>Hill, Hill, Carter, Franco, Cole & Black<br>425 South Perry Street<br>Montgomery, AL 36104 | Attorneys for Blue Cross Blue Shield of Massachusetts, Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Ducera Partners LLC<br>11 Times Square<br>36th Floor<br>New York, NY 10036 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Ellen M. Farrell<br>Pail W. Kalish<br>Mintz Levin Cohen Ferris Glovsky Popeo<br>555 12th St. NW<br>Suite 1100<br>Washington, DC 20004<br>Gregory Plotko<br>Crowell & Moring LLP<br>590 Madison Avenue<br>New York, NY 10022 | Attorneys for Allianz Global Risk US Insurance Company | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Glenn M. Kurtz<br>Jessica Lauria<br>Laura L. Femino<br>White & Case LLP<br>1221 Avenue of the America<br>New York, NY 10020 | Attorneys for Johnson & Johnson | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Aidan McCormack<br>R Brian Seibert<br>DLA PIPER LLP (US)<br>1251 Avenue of The Americas<br>New York, NY 10020 | Attorneys for ACE Property and Casualty Insurance Company | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Kathrine A. McLendon<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue | Attorneys for Travelers Casualty and Surety Company | ☐ Hand-delivered<br>☒ Regular mail |

| | | |
|---|---|---|
| New York, NY 10017 | (f/k/a The Aetna Casualty and Surety Company) | ☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Monzack Mersky and Bowder, P.A.<br>1201 N. Orange Street<br>Suite 400<br>Wilmington, DE 19801 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Lisa M. Norman<br>Edward L. Ripley<br>Andrews Myers, PC<br>1885 Saint James Place<br>15th Floor<br>Houston, TX 77056 | Attorneys for Williams Hart Boundas Easterby, LLP, on behalf of certain personal injury claimants | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Rayburn, Cooper & Durham, P.A.<br>The Carillon<br>Suite 1200<br>227 West Trade St.<br>Charlotte, NC 28202 | Attorneys for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| The Brattle Group, Inc.<br>7 Times Square<br>Suite 1700<br>New York, NY 10036 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Shook, Hardy, & Bacon, LLP<br>JPMorgan Chase Tower<br>600 Travis Street<br>Suite 3400<br>Houston, TX 77002 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Weil, Gotshal, & Manges, LLP<br>767 Fifth Avenue | Special Counsel to the Debtor | ☐ Hand-delivered |

| | | |
|---|---|---|
| New York, NY 10153 | | ☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Kirk Williams<br>Airway Heights Correction Center<br>P.O. Box 2049<br>L-B-05<br>Airway Heights, WA 99001 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Adelman & Gettleman Ltd.<br>Attn: Erich S. Buck<br>53 W Jackson Blvd, Ste 1050<br>Chicago, Il 60604 | Counsel To Truck Insurance Exchange | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Barnes Firm<br>Attn Joe Vazquez<br>420 Lexington Ave, Ste 2140<br>New York, Ny 10170 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Bernstein Shur Sawyer & Nelson, P.A.<br>Attn: Rober J. Keach, Christine Mastrogiorgio<br>100 Middle St<br>Po Box 9729<br>Portland, Me 04104-5029 | Counsel to the Fee Examiner | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Blanco Tackabery & Matamoros, P.A.<br>Attn: Ashley S. Rusher<br>404 North Marshall St<br>Winston-Salem, Nc 27101 | Counsel To Imerys Talc America, Inc | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| | | |
|---|---|---|
| Cellino Law LLP<br>Attn Brian Goldstein<br>800 Delaware Ave<br>Buffalo, Ny 14209 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Chiesa Shahinian & Giantomasi PC<br>Attn: Terri Jane Freedman<br>One Boland Drive<br>West Orange, Nj 07052 | Counsel For Truck Insurance Exchange | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Cohen Placitella & Roth, PC<br>Attn Jared M Placitella<br>2001 Market St, Ste 2900<br>Philadelphia, Pa 19103 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Attn Stacy C. Cordes & Meghan A. Van Vynckt<br>1800 East Boulevard<br>Charlotte, Nc 28203 | Counsel To Bcbs Of Massachusetts, Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Crowell & Moring LLP<br>Attn Gregory Gennady Plotko<br>590 Madison Avenue, 19th Floor<br>New York, Ny 10022-2524 | Counsel To Century Insurers, Allianz Insurers | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Dalimonte Rueb Stoller, LLP<br>Attn John A Dalimonte,<br>Jennifer Orendi & Gregory Rueb<br>1250 Connecticut Ave Nw, Ste 700<br>Washington, Dc 20036 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |

| | | (As authorized by the Court or by rule. Cite the rule if applicable) |
|---|---|---|
| Dean Omar Branham Shirley, LLC<br>Attn Jessica Dean, J Bradley Smith, Charles W Branham Iii<br>302 N Market St, Ste 300<br>Dallas, Tx 75202 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Driscoll Firm, LLC<br>Attn John Driscoll<br>211 North Broadway, 40th Fl<br>St Louis, Mo 63102 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Ferraro Law Firm<br>Atn Leslie Rothenberg & Jose Becerr<br>600 Brickell Ave, Ste 3800<br>Miami, Fl 33131 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Flint Law Firm LLC<br>Attn Ethan Flint<br>222 E Park St, Ste 500<br>Edwardsville, Il 62025 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Fox Rothschild LLP<br>Attn: Joseph J. Dipasquale<br>49 Market St<br>Morristown, Nj 07960 | Counsel To Bectel Corp & Sequoia Ventures, Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Fox Rothschild LLP<br>Attn: Joseph A. Caneco<br>101 Park Ave, Ste 1700<br>New York, Ny 10178 | Counsel To Bechtel Corp & Sequoia Ventrues, Inc. | ☐ Hand-delivered<br>☒ Regular mail |

| | | |
|---|---|---|
| | | ☐ Certified mail/RR |
| | | ☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Halperin Battaglia Benzija LLP<br>Attn: Alan D. Halperin, Donna H. Lieberman<br>40 Wall Street, 37th Floor<br>New York, Ny 10005 | Counsel To Blue Cross Blue Shield | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Hill Hill Carter Franco Cole & Black, PC<br>Attn Elizabeth Carter<br>425 Perry Street<br>Montgomery, Al 36104 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Honik LLC<br>Attn Ruben Honik & David Stanoch<br>1515 Market St, Ste 1100<br>Philadelphia, Pa 19102 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| J.C. White Law Group PLLC<br>Attn: James C. White<br>100 Europa Drive, Suite 401<br>Chapel Hill, Nc 27517 | Counsel To Onderlaw, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Johnson Law Group<br>Attn Blake Tanase & Basil Adham<br>2925 Richmond Ave, Ste 1700<br>Houston, Tx 77098 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Karst & Von Oiste LLP<br>Attn Eric Karst | | ☐ Hand-delivered |

| 23923 Gosling Rd, Ste A<br>Spring, Tx 77389 | | ☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
|---|---|---|
| Katten Muchin Rosenman LLP<br>Attn: Shaya Rochester<br>575 Madison Ave<br>New York, Ny 10022-2585 | | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Kiesel Law, LLP<br>Attn Paul R Kiesel & Melanie Palmer<br>8648 Wilshire Blvd<br>Beverly Hills, Ca 90211 | | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Lanier Law Firm<br>Attn Michael A Akselrud<br>21550 Oxnard St, 3rd Fl<br>Woodlands Hills, Ca 91367 | | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Latham & Watkins LLP<br>Attn Jeffrey E. Bjork, Kimberly A. Posin, Amy C. Quartarolo<br>355 South Grand Avenue, Suite 100<br>Los Angeles, Ca 90071-1560 | Counsel To Imerys Talc America, Inc., Etc | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Law Offices Of R. Keith Johnson, P.A.<br>Attn: R. Keith Johnson<br>1275 S. Nc Bus. Hwy. 16<br>Stanley, Nc 28164 | Counsel To Linda Rabasca And Brandi Carl | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| | | |
|---|---|---|
| LTL Management LLC<br>Attn John K Kim, Chief Legal Officer<br>501 George St<br>New Brunswick, Nj 08933 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Maune Raichle Hartley French & Mudd, LLC<br>Attn T Barton Frence<br>1015 Locust St, Ste 1200<br>St. Louis, Mo 63101 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Miller Firm, LLC<br>Attn Curtis G Hoke<br>108 Railroad Ave<br>Orange, Va 22960 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Mintz, Levin, Cohn, Ferris, Glovsky And Popeo, P.C<br>Attn: Paul W. Kalish, Ellen M. Farrell<br>555 12th Street N.W., Ste 1100<br>Washington, Dc 20004 | Counsel To Allianz Insurers | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Moon Wright & Houston, PLLC<br>Attn Richard S Wright; Andrew T Houston; Caleb Brown<br>212 N Mcdowell St, Ste 200<br>Charlotte, Nc 28204 | Counsel To Arnold & Itkin Plaintiffs | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Moore & Van Allen PLLC<br>Attn Hillary B Crabtree<br>100 N Tryon St, Ste 4700<br>Charlotte, Nc 28202 | Counsel To J & J And J & J Consumer Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |

| | | |
|---|---|---|
| | | (As authorized by the Court or by rule. Cite the rule if applicable) |
| Napoli Shkolnik PLLC<br>Attn Christopher R Lopalo<br>919 North Market St, Ste 1801<br>Wilmington, De 19801 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Office Of The U.S. Attorney<br>Attn: Eamonn O'hagan, Sr Bankruptcy Counsel<br>970 Broad Street, Ste 700<br>Newark, Nj 07102 | Counsel To Pension Benefit Guaranty Corp | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Parker Poe Adams & Bernstein LLP<br>Attn Ashley A Edwards, Esq<br>620 South Tryon St, Ste 800<br>Charlotte, Nc 28202 | Counsel For The Continental Insurance Company | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Randi S Ellis LLC<br>Attn Randi S Ellis<br>5757 Indian Circle<br>Houston, Tx 77057 | Future Talc Claimants Representative | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Rawlings & Associates<br>Attn: Mark D Fischer, Robert C Griffith<br>1 Eden Parkway<br>La Grange, Ky 40031 | Counsel To Blue Cross Blue Shield | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Rivkin Radler LLP<br>Attn: Brian R. Ade<br>25 Main St<br>Court Plaza North, Ste 501 | Counsel To Sentry Insurance Company | ☐ Hand-delivered<br>☒ Regular mail |

| | | |
|---|---|---|
| Hackensack, Nj 07601-7082 | | ☐ Certified mail/RR<br><br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Ruggeri Parks Weinberg LLP<br>Attn: Joshua D. Weinberg, Joshua P. Mayer<br>1875 K Street Nw, Ste 600<br>Washington, Dc 20006-1251 | Counsel To Hartford Accident And Indemnity... | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Saiber LLC<br>Attn: John M August & Marc E Wolin<br>18 Columbia Turnpike, Ste 200<br>Florham Park, Nj 07932 | Counsel To Kristie Lynn Doyle | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Simmons Hanly Conroy LLC<br>Attn James Kramer<br>112 Madison Ave, 7th Fl<br>New York, Ny 10016-7416 | | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Simon Greenstone Panatiere<br>Bartlett, PC<br>Attn Chris Panatier<br>1201 Elm St, Ste 3400<br>Dallas, Tx 75204 | | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Simpson Thacher & Bartlett LLP<br>Attn: Sandeep Qusba, Craig S. Waldman, Jamie J. Fell, Zachary J. Weiner, Michael H.<br>Torkin, Andrew T. Frankel, Katherine A. McLendon, Esqs<br>425 Lexington Ave<br>New York, Ny 10017 | Counsel To Bausch Health, Travelers Health and Surety Company, Travelers | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Stevens & Lee, P.C.<br>Attn: Alexis R. Gambale | Counsel To Hartford Accident And | ☐ Hand-delivered |

| | | |
|---|---|---|
| 485 Madison Ave, 20th Fl<br>New York, Ny 10022 | Indemnity .. | ☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| The Garner Firm, Ltd<br>Attn: Melanie J. Garner, Esquire<br>1617 John F. Kennedy Blvd., Ste 550<br>Philadelphia, Pa 19103 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| The Gori Law Firm<br>Attn D Todd Matthews, Beth Gori & Sara Salger<br>156 N Main St<br>Edwardsville, Il 62025 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| The Layton Law Firm, PLLC<br>Attn Christopher D Layton<br>4525 Hedgemore Dr<br>Charlotte, Nc 28209 | Counsel To "Williams Hart Plaintiffs" | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Trammell PC<br>Attn Fletcher V Trammell<br>3262 Westheimer Rd, Ste 423<br>Houston, Tx 77098 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Ward And Smith, P.A.<br>Attn: Paul A. Fanning, Norman J. Leonard<br>Post Office Box 2020<br>Asheville, Nc 28802-2020 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| White & Case LLP<br>Attn Jessica Lauria, Glenn M Kurtz &<br>Ricardo Pasianotto<br>1221 Avenue Of The Americas<br>New York, Ny 10020-1095 | Counsel To J & J And<br>J & J Consumer Inc | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court<br>or by rule. Cite the rule if<br>applicable) |
|---|---|---|
| White & Case LLP<br>Attn Michael C Shepherd & Laura L<br>Femino<br>200 South Biscayne Blvd, Ste 4900<br>Miami, Fl 33131-2352 | Counsel To J & J And<br>J & J Consumer Inc | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court<br>or by rule. Cite the rule if<br>applicable) |
| White & Case LLP<br>Attn Blair Warner<br>111 South Wacker Dr, Ste 5100<br>Chicago, Il 60606-4302 | Counsel To J & J And<br>J & J Consumer Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court<br>or by rule. Cite the rule if<br>applicable) |
| Windels Marx Lane & Mittendorf LLP<br>Attn: Andrew K Craig, Stefano Calogero<br>One Giralda Farms<br>Madison, Nj 07940 | Counsel To Allstate<br>Insurance Co | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court<br>or by rule. Cite the rule if<br>applicable) |