# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

## D.N.J. LBR 2016-1. FEE APPLICATION COVER SHEET

| | | | |
|---|---|---|---|
| In Re: | LTL Management LLC | Applicant: | The Brattle Group, Inc. |
| Case No.: | 21-30589 (MBK) | Client: | Official Committee of Talc Claimants |
| Chapter: | 11 | Case Filed: | October 14, 2021 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

**ELEVENTH MONTHLY FEE STATEMENT OF THE BRATTLE GROUP, INC. FOR THE PERIOD OF DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

## SECTION 1
## FEE SUMMARY

☐ Interim Fee Application No. _____   or   ☐ Final Fee Application

| NAME OF PROFESSIONAL | TITLE | HOURLY RATE | HOURS | BILLED FEES |
|---|---|---|---|---|
| YVETTE AUSTIN SMITH | PRINCIPAL | $900.00 | 5.50 | $4,950.00 |
| ALBERT METZ | PRINCIPAL | $700.00 | 11.30 | $7,910.00 |
| JULIA ZHU | SENIOR ASSOCIATE | $550.00 | 28.90 | $15,895.00 |
| MARIANNE B. KOEHLI | ASSOCIATE | $500.00 | 27.50 | $13,750.00 |
| KALAB BEGNA | SENIOR RESEARCH ANALYST | $375.00 | 28.40 | $10,650.00 |
| MONET LEE | SENIOR RESEARCH ANALYST | $375.00 | 42.00 | $15,750.00 |
| MATTHEW MARTINEZ | SENIOR RESEARCH ANALYST | $375.00 | 19.30 | $7,237.50 |
| RACHEL LIU | RESEARCH ANALYST | $325.00 | 31.40 | $10,205.00 |
| JARED MILAZZO | LITIGATION SPECIALIST | $225.00 | 3.50 | $787.50 |
| | TOTAL: | | 197.80 | $87,135.00 |

| | |
|---|---|
| FEE TOTALS | $87,135.00 |
| MINUS 20% HOLDBACK | -  $17,427.00 |
| TOTAL FEES CURRENTLY PAYABLE | $69,708.00 |
| **TOTAL PAYABLE THIS INVOICE** | **$69,708.00** |

_____

## SECTION II – SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS |
|---|---:|
| Client Communication | 17.90 |
| Fee Request Preparation | 3.50 |
| Project Management | 6.10 |
| Research and Analysis | 170.30 |
| **SERVICES TOTAL:** | **197.80** |

## SECTION III – SUMMARY OF EXPENSES

| EXPENSES | AMOUNT |
|---|---:|
| **a) Outside/Information Services** | $0.00 |
| **b) Travel and Overtime Meals** | $0.00 |
| **c) Ground Transportation** | $0.00 |
| **EXPENSE TOTAL:** | **$0.00** |

## SECTION IV - CASE HISTORY

(NOTE: Items 3 – 6 are not applicable to applications under 11 U.S.C. §506)

(1) DATE CASE FILED: **October 14, 2021**

(2) CHAPTER UNDER WHICH CASE WAS COMMENCED: **11**

(3) DATE OF RETENTION:
(ANNEX COPY OF ORDER(S))
**Effective as of January 28, 2022, authorized by Final Order entered on October 1, 2022 [Docket No. 2389]**

IF LIMIT ON NUMBERS OF HOURS OR OTHER LIMITATIONS TO RETENTION, SET FORTH: N/A

(4) SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

The Brattle Group, Inc. ("Brattle") performed economic and financial analyses to examine the allocation of facility proceeds across a range of claims data and participated in communication and strategy calls with TCC I.

(5) ANTICIPATED DISTRIBUTION TO CREDITORS:
  (A) ADMINISTRATION EXPENSES: (unknown at this time)
  (B) SECURED CREDITORS: (unknown at this time)
  (C) PRIORITY CREDITORS: (unknown at this time)
  (D) GENERAL UNSECURED CREDITORS: (unknown at this time)

(6) FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITOR (IF APPLICABLE): Final disposition of case and dividend are unknown at this time.

(7) I certify under penalty of perjury that the above is true.

                                                                                                       _____

Date:  January 20, 2023