# EXHIBIT B

# Time Detail

**The Brattle Group - LTL Management LLC Work Hours Summary**

| Employee | CC | FP | PM | RA | Total |
|---|---|---|---|---|---|
| Austin Smith, Yvette | 1.5 | 0.0 | 4.0 | 0.0 | 5.5 |
| Metz, Albert | 4.5 | 0.0 | 0.0 | 6.8 | 11.3 |
| Zhu, Julia | 7.7 | 0.0 | 0.0 | 21.2 | 28.9 |
| Bernatzky Koehli, Marianne | 4.2 | 0.0 | 0.3 | 23.0 | 27.5 |
| Begna, Kalab | 0.0 | 0.0 | 0.0 | 28.4 | 28.4 |
| Lee, Monet | 0.0 | 0.0 | 1.8 | 40.2 | 42.0 |
| Martinez, Matthew | 0.0 | 0.0 | 0.0 | 19.3 | 19.3 |
| Liu, Rachel | 0.0 | 0.0 | 0.0 | 31.4 | 31.4 |
| Milazzo, Jared | 0.0 | 3.5 | 0.0 | 0.0 | 3.5 |
| **Total** | **17.9** | **3.5** | **6.1** | **170.3** | **197.8** |

**Legend**

| | |
|---|---|
| CC | Client Communication |
| FP | Fee Statement Preparation |
| PM | Project Management |
| RA | Research and Analysis |

**Hours for: Yvette Austin Smith**
**Month of: December 1, 2022 – December 31, 2022**
**Total hours: 5.50**

| Date | Hourly Rate | Billed Hours | Billed Fees | Labor Categorization | Description of Activities |
|---|---|---|---|---|---|
| 12/07/22 | 900.00 | 0.50 | 450.00 | CC | TCC Meeting. |
| 12/13/22 | 900.00 | 1.00 | 900.00 | CC | Meeting with Feinberg and TCC; presentation of estimation methodologies. |
| 12/13/22 | 900.00 | 4.00 | 3,600.00 | PM | Finalize materials to send post-meeting. |

**Hours for: Albert Metz**
**Month of: December 1, 2022 – December 31, 2022**
**Total hours: 11.30**

| Date | Hourly Rate | Billed Hours | Billed Fees | Labor Categorization | Description of Activities |
|---|---|---|---|---|---|
| 12/01/22 | 700.00 | 1.80 | 1,260.00 | RA | Review quantitative memo. |
| 12/02/22 | 700.00 | 1.00 | 700.00 | CC | LTL Committee meeting. |
| 12/02/22 | 700.00 | 3.70 | 2,590.00 | RA | Review technical memo |
| 12/07/22 | 700.00 | 1.00 | 700.00 | CC | LTL Committee meeting. |
| 12/14/22 | 700.00 | 0.50 | 350.00 | RA | Reviewed claims analysis with J. Zhu, M. Bernatzky, R. Liu, M. Lee, K. Begna, M. Martinez. |
| 12/14/22 | 700.00 | 1.00 | 700.00 | CC | LTL Committee meeting. |
| 12/14/22 | 700.00 | 0.80 | 560.00 | RA | Review presentation. |
| 12/30/22 | 700.00 | 1.50 | 1,050.00 | CC | LTL Committee meeting. |

**Hours for: Julia Zhu**
**Month of: December 1, 2022 – December 31, 2022**
**Total hours: 28.90**

| Date | Hourly Rate | Billed Hours | Billed Fees | Labor Categorization | Description of Activities |
|---|---|---|---|---|---|
| 12/01/22 | 550.00 | 1.40 | 770.00 | RA | Outlined claim buildup analysis memo and slides. |
| 12/01/22 | 550.00 | 0.50 | 275.00 | RA | Met with M. Bernatzky, R. Liu, K. Begna, M. Lee to discuss current claims analysis slides. |
| 12/02/22 | 550.00 | 1.30 | 715.00 | RA | Reviewed and edited memo on claim estimation methodologies and assumptions. |
| 12/07/22 | 550.00 | 0.50 | 275.00 | RA | Reviewed and updated claims buildup analysis slides. |
| 12/07/22 | 550.00 | 0.80 | 440.00 | CC | LTL Committee meeting (partial attendance). |
| 12/08/22 | 550.00 | 3.50 | 1,925.00 | CC | TCC meeting: Presentation on Estimation for Ken Feinberg. |
| 12/08/22 | 550.00 | 0.40 | 220.00 | RA | Reviewed and updated memo on claim buildup analysis methodologies. |
| 12/10/22 | 550.00 | 0.80 | 440.00 | RA | Reviewed analysis on private lien data in response to client request. |
| 12/12/22 | 550.00 | 0.30 | 165.00 | CC | Call with TCC representatives re upcoming meeting with Feinberg. |
| 12/12/22 | 550.00 | 2.80 | 1,540.00 | RA | Prepared slide deck on Claim Value Buildup Analysis. |
| 12/12/22 | 550.00 | 2.70 | 1,485.00 | RA | Continued to prepare slide deck on Claim Value Buildup Analysis. |
| 12/12/22 | 550.00 | 0.50 | 275.00 | RA | Meeting with M. Bernatzky, R. Liu, K. Begna, M. Lee, M. Martinez re Claim Value Buildup Analysis slide deck. |
| 12/12/22 | 550.00 | 2.40 | 1,320.00 | RA | Reviewed and updated slide deck on Claim Value Buildup Analysis. |
| 12/14/22 | 550.00 | 0.50 | 275.00 | RA | Reviewed claims analysis with A. Metz, M. Bernatzky, R. Liu, K. Begna, M. Lee. |
| 12/14/22 | 550.00 | 0.80 | 440.00 | CC | Weekly committee meeting. |
| 12/14/22 | 550.00 | 2.10 | 1,155.00 | RA | Prepared technical memo on claims buildup analysis. |
| 12/15/22 | 550.00 | 1.80 | 990.00 | RA | Updated Claim Value Buildup Analysis slide deck. |
| 12/15/22 | 550.00 | 2.30 | 1,265.00 | CC | Met with K. Feinberg, TCC representatives, and advisors re OC claims estimation. |
| 12/16/22 | 550.00 | 3.50 | 1,925.00 | RA | Edited technical memo on claims buildup analysis. |

**Hours for: Marianne B. Koehli**
**Month of: December 1, 2022 – December 31, 2022**
**Total hours: 27.50**

| Date | Hourly Rate | Billed Hours | Hourly Fees | Labor Categorization | Description of Activities |
|---|---|---|---|---|---|
| 12/01/22 | 500.00 | 3.10 | 1,550.00 | RA | Wrote sections of memo on methodology for claim buildup analysis. |
| 12/01/22 | 500.00 | 0.60 | 300.00 | RA | Prepared updates in slides for claim buildup analysis. |
| 12/01/22 | 500.00 | 0.50 | 250.00 | RA | Met with J. Zhu, K. Begna, R. Liu and M. Lee to discuss current claims analysis slides. |
| 12/02/22 | 500.00 | 1.10 | 550.00 | RA | Worked on memo for claim estimation. |
| 12/02/22 | 500.00 | 1.00 | 500.00 | CC | Meeting with TCC related to updates of case - partial attendance. |
| 12/02/22 | 500.00 | 2.50 | 1,250.00 | RA | Wrote sections of memo on claim buildup analysis. |
| 12/05/22 | 500.00 | 4.10 | 2,050.00 | RA | Wrote sections of memo on claim value buildup analysis. |
| 12/05/22 | 500.00 | 1.30 | 650.00 | RA | Prepared tables to include on claim buildup analysis memo. |
| 12/05/22 | 500.00 | 0.40 | 200.00 | RA | Read academic literature related to labor force attachment for work on claim value estimatio. |
| 12/08/22 | 500.00 | 0.40 | 200.00 | RA | Reviewed slides on buildup claim value. |
| 12/09/22 | 500.00 | 2.10 | 1,050.00 | RA | Reviewed memo on claim buildup approach. |
| 12/09/22 | 500.00 | 0.30 | 150.00 | RA | Reviewed slides on claim buildup approach. |
| 12/09/22 | 500.00 | 0.30 | 150.00 | PM | Planned updates to claim buildup analysis. |
| 12/12/22 | 500.00 | 0.50 | 250.00 | RA | Met with J. Zhu, M. Martinez, K. Begna, R. Liu, and M. Lee about Claim Value Buildup Analysis slide deck. |
| 12/12/22 | 500.00 | 1.70 | 850.00 | RA | Reviewed slides on claim buildup analysis. |
| 12/14/22 | 500.00 | 0.50 | 250.00 | RA | Reviewed claims analysis with A. Metz, J. Zhu, M. Lee, K. Begna and R. Liu. |
| 12/14/22 | 500.00 | 0.80 | 400.00 | CC | Met with counsel on case updates. |
| 12/15/22 | 500.00 | 0.30 | 150.00 | RA | Meeting with K. Begna, R. Liu and J. Zhu on slides to discuss claim value buildup slide deck. |
| 12/15/22 | 500.00 | 0.30 | 150.00 | RA | Reviewed slides for presentation in meeting with Feinberg. |
| 12/15/22 | 500.00 | 2.40 | 1,200.00 | CC | Prepped and met with counsel and Feinberg on claim estimation. |
| 12/15/22 | 500.00 | 0.30 | 150.00 | RA | Meeting with R. Liu to discuss claim buildup analysis. |
| 12/23/22 | 500.00 | 2.70 | 1,350.00 | RA | Reviewed and wrote sections of current claims methodology memo. |
| 12/23/22 | 500.00 | 0.30 | 150.00 | RA | Met with M. Martinez to discuss claim estimation code. |

**Hours for: Kalab Begna**
**Month of: December 1, 2022 – December 31, 2022**
**Total hours: 28.40**

| Date | Hourly Rate | Billed Hours | Billed Fees | Labor Categorization | Description of Activities |
|---|---|---|---|---|---|
| 12/01/22 | 375.00 | 0.50 | 187.50 | RA | Met with J. Zhu, M. Bernatzky, M. Lee, and R. Liu to discuss current claims analysis slides. |
| 12/01/22 | 375.00 | 1.90 | 712.50 | RA | Prepared memoranda on current claims analysis methodology. |
| 12/02/22 | 375.00 | 2.50 | 937.50 | RA | Prepared memoranda on current claims analysis methodology. |
| 12/05/22 | 375.00 | 0.70 | 262.50 | RA | Responded to team's edits to current claims methodology memo. |
| 12/07/22 | 375.00 | 2.00 | 750.00 | RA | Responded to team's edits to current claims methodology memo. |
| 12/09/22 | 375.00 | 0.80 | 300.00 | RA | Performed analysis of female unemployment rate statistics for current claim analysis buildup. |
| 12/12/22 | 375.00 | 0.50 | 187.50 | RA | Met with J. Zhu, M. Bernatzky, M. Lee, and R. Liu to discuss updates to claim value buildup slide deck. |
| 12/12/22 | 375.00 | 3.20 | 1,200.00 | RA | Performed analysis for and made updates to claim value buildup slide deck. |
| 12/13/22 | 375.00 | 1.80 | 675.00 | RA | Analyzed future claims code and methodology for audit. |
| 12/14/22 | 375.00 | 0.50 | 187.50 | RA | Reviewed claims analysis with A. Metz, J. Zhu, M. Bernatzky, M. Lee, and R. Liu. |
| 12/15/22 | 375.00 | 0.30 | 112.50 | RA | Met with J. Zhu, M. Bernatzky, M. Lee, and R. Liu to discuss claim value buildup slide deck. |
| 12/15/22 | 375.00 | 1.00 | 375.00 | RA | Updated claim value buildup analysis and slide deck for submission to committee. |
| 12/15/22 | 375.00 | 3.70 | 1,387.50 | RA | Analyzed benchmark trust cases for inflation proxies to use in future claims analysis. |
| 12/22/22 | 375.00 | 1.20 | 450.00 | RA | Analyzed benchmark trust cases for inflation proxies to use in future claims analysis. |
| 12/22/22 | 375.00 | 0.80 | 300.00 | RA | Performed analysis to answer outstanding questions in current claims methodology. |
| 12/29/22 | 375.00 | 4.60 | 1,725.00 | RA | Analyzed benchmark trust cases for inflation proxies to use in future claims analysis. |
| 12/30/22 | 375.00 | 2.40 | 900.00 | RA | Performed analysis to answer outstanding questions in current claims methodology. |

**Hours for: Monet Lee**
**Month of: December 1, 2022 – December 31, 2022**
**Total hours: 42.00**

| Date | Hourly Rate | Billed Hours | Billed Fees | Labor Categorization | Description of Activities |
|---|---|---|---|---|---|
| 12/01/22 | 375.00 | 0.50 | 187.50 | RA | Met to discuss memo and claims Powerpoint presentation to internal team and counsel. |
| 12/01/22 | 375.00 | 1.50 | 562.50 | RA | Finalize drafting nominal wages analysis explanation in memo. |
| 12/01/22 | 375.00 | 1.00 | 375.00 | RA | Incorporate nominal wages audit commentary to claims analysis file. |
| 12/02/22 | 375.00 | 2.60 | 975.00 | RA | Updated claims PowerPoint with figures and tables from updated claims spreadsheet. |
| 12/05/22 | 375.00 | 0.50 | 187.50 | RA | Update of current claims analysis slides. |
| 12/05/22 | 375.00 | 2.50 | 937.50 | RA | Updated current claims analysis slides. |
| 12/05/22 | 375.00 | 1.00 | 375.00 | RA | Updated accompanying current claims Excel analysis in order to paste figures into current claims analysis slides for counsel. |
| 12/05/22 | 375.00 | 1.80 | 675.00 | PM | Drafted summary of modifications and outstanding items to current claims slides analysis and circulated to team members. |
| 12/05/22 | 375.00 | 1.00 | 375.00 | RA | Incorporated updates to memo on present claims. |
| 12/06/22 | 375.00 | 2.60 | 975.00 | RA | Updated memo on present claims following feedback on associate. |
| 12/07/22 | 375.00 | 0.40 | 150.00 | RA | Updated memo on present claims following feedback on associate. |
| 12/09/22 | 375.00 | 1.40 | 525.00 | RA | Addressed comments on current claims analysis and slides for counsel following feedback from associate. |
| 12/12/22 | 375.00 | 0.50 | 187.50 | RA | Internal call. |
| 12/12/22 | 375.00 | 3.50 | 1,312.50 | RA | Update claims slide following feedback from sr. associate and associate to prepare presentation to counsel. |
| 12/14/22 | 375.00 | 0.10 | 37.50 | RA | Reviewed claims analysis with A. Metz, J. Zhu, M. Bernatzky, K. Begna, and R. Liu. |
| 12/15/22 | 375.00 | 0.50 | 187.50 | RA | Meeting with R. Liu on current claim buildup analysis audits. |
| 12/16/22 | 375.00 | 1.20 | 450.00 | RA | Finalize technical memo on estimating current claims. |
| 12/16/22 | 375.00 | 1.80 | 675.00 | RA | Audited buildup analysis workbook. |
| 12/20/22 | 375.00 | 1.40 | 525.00 | RA | Audited claims analysis Excel workbook. |
| 12/21/22 | 375.00 | 2.00 | 750.00 | RA | Audited claims analysis Excel workbook. |
| 12/22/22 | 375.00 | 2.50 | 937.50 | RA | Audited claims analysis Excel workbook. |
| 12/23/22 | 375.00 | 2.60 | 975.00 | RA | Audited claims analysis Excel workbook. |
| 12/29/22 | 375.00 | 4.60 | 1,725.00 | RA | Audited claims analysis Excel workbook. |
| 12/30/22 | 375.00 | 3.30 | 1,237.50 | RA | Audited claims analysis Excel workbook. |
| 12/30/22 | 375.00 | 1.20 | 450.00 | RA | Researched inflation assumptions used by asbestos trust and other comparable mass torts |

**Hours for: Matthew Martinez**
**Month of: December 1, 2022 – December 31, 2022**
**Total hours: 19.30**

| Date | Hourly Rate | Billed Hours | Billed Fees | Labor Categorization | Description of Activities |
|---|---|---|---|---|---|
| 12/05/22 | 375.00 | 0.10 | 37.50 | RA | Met with R. Liu to discuss data inputs. |
| 12/05/22 | 375.00 | 1.20 | 450.00 | RA | Analyzed claims data cleaning methodology. |
| 12/08/22 | 375.00 | 0.20 | 75.00 | RA | Discussed claims analysis with J. Zhu. |
| 12/08/22 | 375.00 | 0.30 | 112.50 | RA | Edited methodology memo. |
| 12/08/22 | 375.00 | 3.90 | 1,462.50 | RA | Analyzed code for claim rate calculation. |
| 12/09/22 | 375.00 | 1.50 | 562.50 | RA | Analyzed code for claim rate calculation. |
| 12/12/22 | 375.00 | 0.50 | 187.50 | RA | Met with M. Bernatzky, J. Zhu, K. Begna, M. Lee, and R. Liu about Claim Value Buildup Analysis slide deck. |
| 12/15/22 | 375.00 | 0.50 | 187.50 | RA | Met with R. Liu to discuss upcoming task for counsel. |
| 12/19/22 | 375.00 | 0.10 | 37.50 | RA | Met with R. Liu to discuss claim estimation code. |
| 12/19/22 | 375.00 | 3.40 | 1,275.00 | RA | Analyzed claim estimation code in R. |
| 12/19/22 | 375.00 | 1.80 | 675.00 | RA | Analyzed claim rate calculations. |
| 12/20/22 | 375.00 | 1.90 | 712.50 | RA | Analyzed claim rate estimation. |
| 12/21/22 | 375.00 | 0.30 | 112.50 | RA | Met with R. Liu to discuss claims estimation code. |
| 12/21/22 | 375.00 | 0.10 | 37.50 | RA | Reviewed claims estimation code. |
| 12/22/22 | 375.00 | 1.20 | 450.00 | RA | Analyzed claims estimation code. |
| 12/23/22 | 375.00 | 0.30 | 112.50 | RA | Met with M. Bernatzky to discuss claim estimation code. |
| 12/29/22 | 375.00 | 0.40 | 150.00 | RA | Met with R. Liu to discuss claims estimation code. |
| 12/29/22 | 375.00 | 1.30 | 487.50 | RA | Updated claims estimation code |
| 12/30/22 | 375.00 | 0.30 | 112.50 | RA | Analyzed claim estimation output. |

**Hours for: Rachel Liu**
**Month of: December 1, 2022 – December 31, 2022**
**Total hours: 31.40**

| Date | Hourly Rate | Billed Hours | Billed Fees | Labor Categorization | Description of Activities |
|---|---|---|---|---|---|
| 12/01/22 | 325.00 | 0.50 | 162.50 | RA | Meeting with M. Lee, J. Zhu, K. Begna, M. Berntazky to discuss current claims analysis slides. |
| 12/01/22 | 325.00 | 1.80 | 585.00 | RA | Prepared claim buildup analysis memo. |
| 12/02/22 | 325.00 | 4.30 | 1,397.50 | RA | Prepared claim buildup analysis memo. |
| 12/05/22 | 325.00 | 0.40 | 130.00 | RA | Update of current claims analysis slides and memo. |
| 12/05/22 | 325.00 | 0.10 | 32.50 | RA | Meeting with M. Martinez re CPS data analysis. |
| 12/05/22 | 325.00 | 1.40 | 455.00 | RA | Updated current claim analysis slides and memo. |
| 12/06/22 | 325.00 | 2.10 | 682.50 | RA | Updated current claim buildup memo. |
| 12/07/22 | 325.00 | 3.80 | 1,235.00 | RA | Updated current claim buildup memo. |
| 12/08/22 | 325.00 | 1.80 | 585.00 | RA | Prepared claim buildup analysis memo. |
| 12/08/22 | 325.00 | 2.10 | 682.50 | RA | Updated claim buildup analysis slides. |
| 12/09/22 | 325.00 | 0.90 | 292.50 | RA | Prepared claim buildup analysis memo. |
| 12/09/22 | 325.00 | 0.50 | 162.50 | RA | Updated claim buildup analysis slides. |
| 12/12/22 | 325.00 | 0.50 | 162.50 | RA | Meeting with J. Zhu, M. Bernatzky, K. Begna, M. Martinez, M. Lee about Claim Value Buildup Analysis slide deck. |
| 12/12/22 | 325.00 | 2.80 | 910.00 | RA | Updated claim buildup slidedeck. |
| 12/15/22 | 325.00 | 0.30 | 97.50 | RA | Meeting with M. Bernatzky, J. Zhu and K. Begna to discuss claim value buildup slide deck. |
| 12/15/22 | 325.00 | 0.10 | 32.50 | RA | Updated Claim Value Buildup Analysis slide deck. |
| 12/15/22 | 325.00 | 1.40 | 455.00 | RA | Updated current claim slidedeck for presentation with Feinberg. |
| 12/15/22 | 325.00 | 0.50 | 162.50 | RA | Meeting with M. Martinez on future claims analysis. |
| 12/15/22 | 325.00 | 0.50 | 162.50 | RA | Meeting with M. Lee on current claim buildup analysis audits. |
| 12/15/22 | 325.00 | 0.30 | 97.50 | RA | Meeting with M. Bernatzky on current claim buildup analysis. |
| 12/15/22 | 325.00 | 0.70 | 227.50 | RA | Prepared audit for current claim buildup analysis. |
| 12/15/22 | 325.00 | 0.40 | 130.00 | RA | Updated current claim buildup analysis memo. |
| 12/19/22 | 325.00 | 0.10 | 32.50 | RA | Meeting with M. Martinez to discuss claim calculation code. |
| 12/21/22 | 325.00 | 0.30 | 97.50 | RA | Meeting with M. Martinez to discuss claim calculation code. |
| 12/23/22 | 325.00 | 2.10 | 682.50 | RA | Updated Current Claim buildup analysis memo. |
| 12/29/22 | 325.00 | 0.40 | 130.00 | RA | Met with M. Martinez to discuss claim calculation code. |
| 12/29/22 | 325.00 | 1.30 | 422.50 | RA | Updated Current Claim buildup analysis memo. |

**Hours for: Jared Milazzo**
**Month of: December 1, 2022 – December 31, 2022**
**Total hours: 3.50**

| Date | Hourly Rate | Billed Hours | Billed Fees | Labor Categorization | Description of Activities |
|---|---|---|---|---|---|
| 12/12/22 | 225.00 | 1.00 | 225.00 | FP | Working on Fee Statement. |
| 12/13/22 | 225.00 | 1.50 | 337.50 | FP | Prepared Fee Statement. |
| 12/14/22 | 225.00 | 1.00 | 225.00 | FP | Finalized fee statement. |