**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

In re:

LTL MANAGEMENT LLC,[1]

Debtor.

Chapter 11

Case No.: 21-30589 (MBK)

Judge: Michael B. Kaplan

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Deborah J. Newman hereby withdraws her appearance *pro hac vice* as counsel for Bates White, LLC, proposed professionals of the Debtor LTL Management LLC in the above-captioned chapter 11 case. Ms. Newman requests that her name be removed from the Court's mailing matrix and service list for this chapter 11 case. LTL Management LLC continues to be represented by Jones Day and Wollmuth Maher & Deutsch

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

LLP.

Dated: January 23, 2023

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

*/s/ Deborah J. Newman*
Deborah J. Newman
51 Madison Avenue, 22nd Floor
New York, NY 10010
Office: 212.849.7480
deborahnewman@quinnemanuel.com