**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No.: 21-30589<br><br>Judge: Michael B. Kaplan |

### NOTICE OF FILING OF ORDINARY COURSE PROFESSIONALS QUARTERLY REPORT FOR THE PERIOD OCTOBER 1, 2022 THROUGH DECEMBER 31, 2022

PLEASE TAKE NOTICE OF THE FOLLOWING:

      1.    In accordance with the *Order Authorizing the Retention and*

*Compensation of Professionals Utilized by the Debtor in the Ordinary Course of Business*

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

NAI-1534887663

[Dkt. 849] (the "OCP Order")[2] and the procedures established therein, LTL Management LLC, the debtor in the above-captioned chapter 11 case (the "Debtor"), submits the following report of payments to Ordinary Course Professionals (the "OCP Report") for the period from October 1, 2022 through and including December 31, 2022. The OCP Report is attached hereto as Exhibit A. As set forth below and in the OCP Report, the Debtor has complied with the OCP Procedures during that period.

2.  Pursuant to paragraph 3(i) of the OCP Order, the OCP Report sets forth the following with respect to each applicable Ordinary Course Professional: (a) the name of the Ordinary Course Professional; (b) the aggregate amounts of fees and expenses incurred by such Ordinary Course Professional and paid by the Debtor during the reported Quarter;[3] (c) the aggregate amount of postpetition payments made to the Ordinary Course Professional through the end of the reported Quarter; and (d) a description of the services rendered by each Ordinary Course Professional during the Quarter.

---

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the *Debtor's Motion for an Order Authorizing the Retention and Compensation of Professionals Utilized by the Debtor in the Ordinary Course of Business* [Dkt. 12].

[3] To the extent an Ordinary Course Professional has not yet invoiced the Debtor for amounts incurred, or an invoice submitted by an Ordinary Course Professional was not in the proper format as of the time of this report, such amounts are not included herein and will be included when, and if, the Ordinary Course Professional submits appropriate invoices to the Debtor.

NAI-1534887663

| | |
|---|---|
| Dated: January 30, 2023 | **WOLLMUTH MAHER & DEUTSCH LLP** |
| | |
| | */s/ Paul R. DeFilippo* |
| | Paul R. DeFilippo, Esq. |
| | James N. Lawlor, Esq. |
| | Joseph F. Pacelli, Esq. (*pro hac vice*) |
| | 500 Fifth Avenue |
| | New York, New York 10110 |
| | Telephone: (212) 382-3300 |
| | Facsimile: (212) 382-0050 |
| | pdefilippo@wmd-law.com |
| | jlawlor@wmd-law.com |
| | jpacelli@wmd-law.com |
| | |
| | **JONES DAY** |
| | Gregory M. Gordon, Esq. |
| | Brad B. Erens, Esq. |
| | Dan B. Prieto, Esq. |
| | Amanda Rush, Esq. |
| | 2727 N. Harwood Street |
| | Dallas, Texas 75201 |
| | Telephone: (214) 220-3939 |
| | Facsimile: (214) 969-5100 |
| | gmgordon@jonesday.com |
| | bberens@jonesday.com |
| | dbprieto@jonesday.com |
| | asrush@jonesday.com |
| | (Admitted *pro hac vice*) |
| | |
| | *ATTORNEYS FOR DEBTOR* |

NAI-1534887663