# AlixPartners, LLP

# Exhibit B

# Detailed Description of AlixPartners' Hours and Professional Fees by Matter Category

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:     Chapter 11 Process / Case Management
Code:   20005188PN0001.1.1

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 44900 | JEC | Continue compiling additional professional fee payment support to facilitate communications to LTL team regarding payment administration | 0.9 |
| 44901 | JEC | Continue compiling additional professional fee payment support to facilitate communications to LTL team regarding payment administration | 1.1 |
| 44902 | JEC | Continue compiling additional professional fee payment support to facilitate communications to LTL team regarding payment administration | 0.5 |
| 44903 | MB | Meeting with J. Clarrey and M. Barnett (both AlixPartners) in order to discuss discovery requests from TCC counsel | 0.6 |
| 44903 | JEC | Meeting with J. Clarrey and M. Barnett (both AlixPartners) in order to discuss discovery requests from TCC counsel | 0.6 |
| 44903 | JEC | Continue compiling additional professional fee payment support to facilitate communications to LTL team regarding payment administration | 0.6 |
| 44907 | MB | Develop an analysis on the legal fees incurred during the case compared to the funding received by the Debtor | 1.8 |
| 44907 | JEC | Compile/review professional fee information to support Jones Day team request | 0.9 |
| 44907 | JEC | Continue compiling additional professional fee payment support to facilitate communications to LTL team regarding payment administration | 0.5 |
| 44908 | JRC | Finalize 2023 rate change notice and provide to company | 0.6 |
| 44908 | JEC | Continue compiling additional professional fee payment support to facilitate communications to LTL team regarding payment administration | 0.6 |
| 44910 | JEC | Review information provided by D. Segal related to diligence request | 0.2 |
| 44910 | JEC | Continue compiling additional professional fee payment support to facilitate communications to LTL team regarding payment administration | 1.3 |
| 44910 | JEC | Review professional fee information to support payment planning process | 0.7 |
| 44911 | JEC | Develop analysis of professional fees to support LTL team request | 0.5 |
| 44911 | JEC | Continue compiling additional professional fee payment support to facilitate communications to LTL team regarding payment administration | 1.4 |
| 44915 | JEC | Continue compiling additional professional fee payment support to facilitate communications to LTL team regarding payment administration | 0.4 |
| 44915 | JEC | Review docket for latest case updates and professional fee activity | 0.3 |
| 44916 | MB | Call with M. Barnett and J. Clarrey (both AlixPartners) to discuss professional fee administration process | 1.4 |
| 44916 | MB | Review CNOs filed by professional firms to develop payment support schedules | 1.4 |
| 44916 | JEC | Review professional fee information to support ongoing administration | 0.2 |
| 44916 | JEC | Call with M. Barnett and J. Clarrey (both AlixPartners) to discuss professional fee administration process | 1.4 |
| 44917 | JEC | Continue compiling additional professional fee payment support to facilitate communications to LTL team regarding payment administration | 0.9 |
| 44922 | MB | Develop reconciliation of professional fee statements based on request from D. Segal | 1.6 |
| **Total Professional Hours** | | | **20.4** |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

| | |
|---|---|
| Re: | Chapter 11 Process / Case Management |
| Code: | 20005188PN0001.1.1 |

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---:|---:|---|---:|
| John R Castellano | $1,335 | 0.6 | $ | 801.00 |
| Jarod E Clarrey | $840 | 13.0 | | 10,920.00 |
| Mark Barnett | $700 | 6.8 | | 4,760.00 |
| **Total Professional Hours and Fees** | | **20.4** | **$** | **16,481.00** |

**AlixPartners**

# AlixPartners

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:     U. S. Trustee / Court Reporting Requirements
Code:    20005188PN0001.1.5

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 44900 | MB | Review questions from the Jones Day team regarding the 2015.3 Report for RAM | 0.4 |
| 44902 | MB | Update the LTL Financial Statements analysis for the November MOR | 2.2 |
| 44902 | MB | Review the MOR file and attachments prior to sending to D. Segal for comments | 1.2 |
| 44902 | MB | Call with M. Barnett and J. Clarrey (both AlixPartners) to discuss draft MOR documents | 0.5 |
| 44902 | MB | Generate analysis of the RAM financial statements for the November MOR | 0.7 |
| 44902 | JEC | Review professional fee information to support MOR preparation | 2.7 |
| 44902 | JEC | Call with M. Barnett and J. Clarrey (both AlixPartners) to discuss draft MOR documents | 0.5 |
| 44902 | JEC | Update analysis of professional fees to support MOR preparation | 2.1 |
| 44903 | MB | Update the Global Notes for the November MOR | 0.4 |
| 44903 | MB | Generate the disbursement support schedule for the November MOR | 1.2 |
| 44903 | MB | Update the November MOR financial details based on request from D. Segal | 0.3 |
| 44907 | MB | Conference call with J. Clarrey and M. Barnett (both AlixPartners) to discuss MOR analysis | 0.4 |
| 44907 | JEC | Review financial information to support MOR preparation | 0.4 |
| 44907 | JEC | Conference call with J. Clarrey and M. Barnett (both AlixPartners) to discuss MOR analysis | 0.4 |
| 44908 | MB | Call with M. Barnett and J. Clarrey (both AlixPartners) to discuss MOR financial information | 0.6 |
| 44908 | JEC | Review financial information to support MOR preparation | 0.6 |
| 44908 | JEC | Call with M. Barnett and J. Clarrey (both AlixPartners) to discuss MOR financial information | 0.6 |
| 44909 | MB | Update the MOR form based on changes to the professional fee expenses during the reporting period | 0.6 |
| 44909 | JEC | Review revised MOR documents and support | 0.7 |
| 44909 | MB | Conference call with M. Barnett, J. Clarrey (both AlixPartners) and D. Segal to discuss MOR updates | 0.2 |
| **Total Professional Hours** | | | **16.7** |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:       U. S. Trustee / Court Reporting Requirements
Code:     20005188PN0001.1.5

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---:|---:|---:|
| Jarod E Clarrey | $840 | 8.0 | 6,720.00 |
| Mark Barnett | $700 | 8.7 | 6,090.00 |
| **Total Professional Hours and Fees** | | **16.7** | **$ 12,810.00** |

# AlixPartners

Mr. John K. Kim  
Chief Legal Officer  
LTL Management LLC  
501 George Street  
New Brunswick, NJ 08933

Re:     Retention Applications & Relationship Disclosures  
Code:   20005188PN0001.1.21

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 44907 | JEC | Review retention disclosure information per AlixPartners team request | 0.3 |
| **Total Professional Hours** | | | **0.3** |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re: Retention Applications & Relationship Disclosures
Code: 20005188PN0001.1.21

| **PROFESSIONAL** | **RATE** | **HOURS** | **FEES** |
|---|---|---|---|
| Jarod E Clarrey | $840 | 0.3 | 252.00 |
| **Total Professional Hours and Fees** | | **0.3** | **$ 252.00** |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:   Fee Applications
Code: 20005188PN0001.1.22

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 44902 | JAB | Prepare professional fees for November 2022 Monthly Fee Statement | 0.3 |
| 44904 | JEC | Review professional fees to support preparation of monthly fee statement | 0.4 |
| 44907 | HS | Review 13th monthly fee statement for filing | 0.2 |
| 44907 | JEC | Review draft fee application to prepare for filing | 0.3 |
| 44907 | JAB | Prepare November 2022 monthly fee statement | 1.6 |
| 44908 | JRC | Review and approve monthly fee statement documentation | 0.6 |
| 44908 | JAB | Create LEDES file for November 2022 fee statement | 0.5 |
| 44908 | JAB | Finalize Thirteenth Monthly Fee Statement (November 2022) | 0.4 |
| 44908 | JAB | Email to I. Perez and A. Rush (both Jones Day) attaching the Thirteenth Monthly Fee Statement for filing with the court | 0.2 |
| **Total Professional Hours** | | | **4.5** |

**Alix**Partners

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

| | |
|---|---|
| Re: | Fee Applications |
| Code: | 20005188PN0001.1.22 |

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---:|---:|---|---:|
| John R Castellano | $1,335 | 0.6 | $ | 801.00 |
| Jarod E Clarrey | $840 | 0.7 | | 588.00 |
| Heather Saydah | $510 | 0.2 | | 102.00 |
| Jennifer A Bowes | $460 | 3.0 | | 1,380.00 |
| **Total Professional Hours and Fees** | | **4.5** | **$** | **2,871.00** |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re: Meetings with Management and Advisors
Code: 20005188PN0001.1.23

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 44903 | MB | Meeting with D. Segal in order to discuss the November MOR | 0.2 |
| 44903 | MB | Conference call with A. Rush, D. Prieto, M. Rasmussen, I. Perez (all Jones Day), M. Barnett, J. Clarrey (both AlixPartners), J. Kim, A. White, R. Dickinson and D. Segal to discuss diligence request from committee counsel | 0.8 |
| 44903 | JEC | Conference call with A. Rush, D. Prieto, M. Rasmussen, I. Perez (all Jones Day), M. Barnett, J. Clarrey (both AlixPartners), J. Kim, A. White, R. Dickinson and D. Segal to discuss diligence request from committee counsel | 0.8 |
| 44907 | MB | Conference call with M. Barnett, J. Clarrey (both AlixPartners) and D. Segal to discuss MOR analysis | 0.5 |
| 44907 | JEC | Conference call with M. Barnett, J. Clarrey (both AlixPartners) and D. Segal to discuss MOR analysis | 0.5 |
| 44908 | MB | Conference call with I. Perez, A. Rush (both Jones Day), M. Barnett, J. Clarrey (both AlixPartners) and D. Segal to discuss MOR financial reporting | 0.3 |
| 44908 | JEC | Conference call with I. Perez, A. Rush (both Jones Day), M. Barnett, J. Clarrey (both AlixPartners) and D. Segal to discuss MOR financial reporting | 0.3 |
| 44909 | MB | Conference call with I. Perez, A. Rush (both Jones Day), M. Barnett, J. Clarrey (both AlixPartners), R. Dickinson and J. Kim to discuss MOR matters | 0.2 |
| 44909 | JEC | Conference call with I. Perez, A. Rush (both Jones Day), M. Barnett, J. Clarrey (both AlixPartners), R. Dickinson and J. Kim to discuss MOR matters | 0.2 |
| 44909 | JEC | Conference call with M. Barnett, J. Clarrey (both AlixPartners) and D. Segal to discuss MOR updates | 0.2 |
| 44911 | JEC | Call with D. Segal to discuss professional fee tracking information | 0.5 |
| **Total Professional Hours** | | | **4.5** |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

| | | |
|---|---|---|
| Re: | Meetings with Management and Advisors | |
| Code: | 20005188PN0001.1.23 | |

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---:|---:|---:|
| Jarod E Clarrey | $840 | 2.5 | 2,100.00 |
| Mark Barnett | $700 | 2.0 | 1,400.00 |
| **Total Professional Hours and Fees** | | **4.5** | **$ 3,500.00** |