**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Matthew I.W. Baker, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>mbaker@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br>*Local Counsel to the Official Talc Claimants Committee* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Robert J. Stark, Esq.<br>Michael Winograd, Esq.<br>Jeffrey L. Jonas, Esq.<br>dmolton@brownrudnick.com<br>rstark@brownrudnick.com<br>mwinograd@brownrudnick.com<br>jjonas@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>and<br><br>Sunni P. Beville, Esq.<br>sbeville@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Co-Counsel for the Official Talc Claimants Committee* |
| **BAILEY GLASSER LLP**<br>Brian A. Glasser, Esq.<br>Thomas B. Bennett, Esq.<br>Kevin W. Barrett, Esq.<br>Maggie Burrus, Esq<br>Cary Joshi, Esq.<br>bglasser@baileyglasser.com<br>tbennett@baileyglasser.com<br>kbarrett@baileyglasser.com<br>mburrus@baieyglasser.com<br>cjoshi@baileyglasser.com<br>105 Thomas Jefferson St. NW, Suite 540<br>Washington, DC 20007<br>Tel: (202) 463-2101<br>Fax: (202) 463-2103<br>*Co-Counsel for the Official Talc Claimants Committee* | **OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Adam C. Silverstein, Esq.<br>Jennifer S. Feeney, Esq.<br>mcyganowski@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>*Co-Counsel for the Official Talc Claimants Committee* |

| **PARKINS LEE & RUBIO LLP**<br>Leonard M. Parkins, Esq.<br>Charles M. Rubio, Esq.<br>lparkins@parkinslee.com<br>crubio@parkinslee.com<br>Pennzoil Place<br>700 Milan St., Suite 1300<br>Houston, TX 77002<br>Tel: (713) 715-1666<br>*Co-Counsel for the Official Talc Claimants Committee* | **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>Rachel S. Morse, Esq.<br>jmassey@masseygail.com<br>rmorse@masseygail.com<br>100 Main Ave. SW, Suite 450<br>Washington, DC 20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>*Co-Counsel for the Official Talc Claimants Committee* |
|---|---|
| In re:<br><br>**LTL MANAGEMENT LLC,**<br><br>        Debtor. | Chapter 11<br><br>Case No.: 21-30589(MBK)<br><br>Honorable Michael B. Kaplan |

**MONTHLY FEE STATEMENT OF BAILEY GLASSER LLP
CO-COUNSEL TO OFFICIAL COMMITTEE OF TALC CLAIMANTS
FOR THE PERIOD JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

Bailey Glasser LLP ("Bailey Glasser") submits its Fifteenth Monthly Fee Statement for Services Rendered and Expenses Incurred as Co-Counsel to the Official Committee of Talc Claimants (the "Statement") for the period commencing January 1, 2023 and ending January 31, 2023 (the "Statement Period"), pursuant to the Modified Order Establishing Procedures for the Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court entered on December 17, 2021, a copy of which is attached as Exhibit 1 (the "Modified Interim Compensation Order").

The billing invoice for the Statement Period is annexed hereto as Exhibit 2. This invoice details the services performed and the expenses incurred. A summary of services performed by attorney is located on page 11 of Exhibit 2 and a summary of services performed by billing category is located on page 12 of Exhibit 2. A detailed breakdown of all out-of-pocket disbursements necessarily incurred by Bailey Glasser is set forth on pages 10 and 11 of Exhibit 2

and a summary of out-of-pocket disbursements is set forth on page 12 of Exhibit 2. The fees and expense reimbursement sought in the within Statement Period is as follows:

| Fees | Less 20% | Fee Payment Requested | Expense Reimbursement (100%) |
|---|---|---|---|
| $145,595.50 | $29,119.10 | $116,476.40 | $368.62 |

WHEREFORE, Bailey Glasser respectfully requests interim payment of fees for this Statement Period in the sum of $116,476.40, together with expenses of $368.62, for a total requested interim payment of $116,845.02, in accordance with the terms of the Modified Interim Compensation Order.

                                              **BAILEY GLASSER LLP**
                                              *Co-Counsel to Official Committee*
                                              *of Talc Claimants*

                                              By: */s/ Thomas B. Bennett*
                                                  **Thomas B. Bennett**

Dated: February 2, 2023