# **EXHIBIT 2**

**BAILEY GLASSER LLP**

209 Capitol Street
Charleston, WV 25301
Tel: 304.345.6555
Toll Free: 877.852.0342
Fax: 304.342.1110

February 1, 2023

LTL Management Talc Creditors' Committee

Invoice #: 103260
Client #: TCC0001
Matter #: 2003717

___

## INVOICE SUMMARY

For professional services rendered through January 31, 2023:

**RE:    LTL Bankruptcy**

| | |
|---|---:|
| Professional Services | $ 145,595.50 |
| Total Expenses Advanced | $ 368.62 |
| **TOTAL THIS INVOICE** | **$ 145,964.12** |
| Outstanding Invoices | $ 186,507.83 |
| **TOTAL BALANCE DUE** | **$ 332,471.95** |

**BAILEY & GLASSER LLP**

TALC Creditors Committee  
LTL Bankruptcy

February 1, 2023  
Invoice #: 103260

**PROFESSIONAL SERVICES RENDERED**

**B110 Case Administration**

| Date | Init | Task | Actv | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1/09/23 | JEK | B110 | | Update case calendar regarding omnibus hearing dates and objection deadlines. | 1.30 | 350.00 | 455.00 |
| | JEK | B110 | | Update case calendar regarding new objection deadlines and hearing dates. | .40 | 350.00 | 140.00 |
| 1/11/23 | MBB | B110 | | Call with committee counsel re: various case updates / upcoming deadlines / case strategy. | .90 | 805.00 | 724.50 |
| 1/13/23 | JEK | B110 | | Update case calendar regarding updated hearing scheduling. | .20 | 350.00 | 70.00 |
| 1/17/23 | JEK | B110 | | Update case calendar regarding omnibus hearing date. | .20 | 350.00 | 70.00 |
| 1/24/23 | KB | B110 | | Email correspondence with T Bennett and B Glasser re upcoming fee budget. | .10 | 1045.00 | 104.50 |
| | TBB | B110 | | Correspondence regarding budget issues for February through May of 2023. | .40 | 1045.00 | 418.00 |
| 1/25/23 | TBB | B110 | | Reviewing data for and preparing budget for fifth interim fee application period of February 1, 2023 through May 31, 2023. | 1.80 | 1045.00 | 1,881.00 |
| 1/26/23 | TBB | B110 | | Correspondence regarding fifth interim fee application budget. | .20 | 1045.00 | 209.00 |

**Sub-Total of Task        $ 4,072.00**

**B150 Meetings of and**

| Date | Init | Task | Actv | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1/04/23 | KB | B150 | | Attend counsel call ahead of committee call. | .70 | 1045.00 | 731.50 |
| | KB | B150 | | Attend committee representative call. | 1.60 | 1045.00 | 1,672.00 |
| | TBB | B150 | | Meeting with TCC committee along with co-counsel and counsel for committee members relating to litigation and related matters along with estimation issues. | 1.60 | 1045.00 | 1,672.00 |
| 1/11/23 | KB | B150 | | Counsel call ahead of committee call. | .90 | 1045.00 | 940.50 |
| | KB | B150 | | Committee member call. | 1.40 | 1045.00 | 1,463.00 |
| | TBB | B150 | | Conference with co-counsel, members of the TCC, and counsel for TCC members on litigation, including estimation, and plan issues. | 1.40 | 1045.00 | 1,463.00 |

**BAILEY & GLASSER LLP**

TALC Creditors Committee  February 1, 2023
LTL Bankruptcy  Invoice #: 103260

| Date | Init | Task | Actv | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
|  | MBB | B150 |  | Call with committee members and counsel re: case updates / strategy re: case matters. | 1.40 | 805.00 | 1,127.00 |
|  | DTM | B150 |  | Weekly zoom with TCC and member clients to discuss next steps | 1.20 | 805.00 | 966.00 |
| 1/18/23 | KB | B150 |  | Zoom with counsel ahead of committee call. | .40 | 1045.00 | 418.00 |
|  | KB | B150 |  | Call with Committee representatives. | .80 | 1045.00 | 836.00 |
|  | TBB | B150 |  | Meeting with co-counsel, counsel for TCC members, and TCC members regarding litigation, litigation related, and estimation matters. | .80 | 1045.00 | 836.00 |
|  | MBB | B150 |  | Meeting with committee re: case status. | .40 | 805.00 | 322.00 |
| 1/25/23 | KB | B150 |  | Attend counsel call ahead of committee representative meeting. | .70 | 1045.00 | 731.50 |
|  | KB | B150 |  | Committee members call. | 1.20 | 1045.00 | 1,254.00 |
|  | TBB | B150 |  | Meeting with co-counsel, counsel for TCC members and TCC members regarding litigation and related issues. | 1.20 | 1045.00 | 1,254.00 |
| 1/31/23 | KB | B150 |  | Email correspondence with Committee representatives and counsel re status conference. | .10 | 1045.00 | 104.50 |

**Sub-Total of Task    $ 15,791.00**

**B160 Fee/Employment Applic**

| Date | Init | Task | Actv | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1/02/23 | TBB | B160 |  | Review of pre-bill for write offs and write downs along with requirements of UST and Court. | .70 | 1045.00 | 731.50 |
| 1/03/23 | TBB | B160 |  | Further review of pre-bill for finalization of write downs/write offs and consistency with UST and Court guidelines along with email to G. Spruce regarding same. | .50 | 1045.00 | 522.50 |
| 1/04/23 | TBB | B160 |  | Preparing monthly fee statement and monthly fee statement cover sheet. | .70 | 1045.00 | 731.50 |
|  | TBB | B160 |  | Call to and from G. Spruce regarding cost entries for monthly fee statement. | .10 | 1045.00 | 104.50 |
| 1/06/23 | TBB | B160 |  | Finalizing Fourteenth Monthly Fee Statement Cover Sheet, Fourteenth Monthly Fee Statement and exhibits thereto along with email to J. Kittinger regarding filing and service. | .90 | 1045.00 | 940.50 |
|  | TBB | B160 |  | Obtaining and transmitting additional support documents for monthly fee statement to counsel for debtor and to C. Rubio. | .30 | 1045.00 | 313.50 |
|  | TBB | B160 |  | Call with G. Spruce regarding expense support documentation. | .10 | 1045.00 | 104.50 |

**BAILEY & GLASSER LLP**

TALC Creditors Committee  February 1, 2023
LTL Bankruptcy  Invoice #: 103260

| Date | Init | Task | Actv | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
|  | JEK | B160 |  | Review Bailey & Glasser LLP December 2022 fee application and e-mail to Co-Counsel. | .50 | 350.00 | 175.00 |
| 1/07/23 | TBB | B160 |  | Correspondence with fee examiner, UST, FCR, and G. Spruce regarding supplemental documentation of December 2022 fee statement. | .40 | 1045.00 | 418.00 |
| 1/11/23 | KB | B160 |  | Initial review of fee examiner's report. | .10 | 1045.00 | 104.50 |
| 1/23/23 | KB | B160 |  | Confer with Bennett re response to fee examiner. | .10 | 1045.00 | 104.50 |
| 1/24/23 | KB | B160 |  | Review in detail and outline fee examiner's report and response. | 1.20 | 1045.00 | 1,254.00 |
| 1/28/23 | TBB | B160 |  | Review and analysis of Fee Examiner report on third interim application | .40 | 1045.00 | 418.00 |
|  | TBB | B160 |  | Obtaining information and data for fifteenth monthly fee statement and fee statement cover sheet. | .20 | 1045.00 | 209.00 |

**Sub-Total of Task**  $ 6,131.50

**B190 Other Contested Matters**

| Date | Init | Task | Actv | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1/02/23 | BAG | B190 |  | Email traffic among lead counsel on responsive pleading. | .10 | 1045.00 | 104.50 |
| 1/03/23 | KB | B190 |  | Review draft objection to motion on funding agreement. | .20 | 1045.00 | 209.00 |
| 1/04/23 | BAG | B190 |  | Call with co-counsel to determine our advice to the committee on two pending motions. | .80 | 1045.00 | 836.00 |
|  | BAG | B190 |  | Meeting of the committee representative, principally on two pending motions. | 1.60 | 1045.00 | 1,672.00 |
|  | TBB | B190 |  | Meeting of co-counsel for committee regarding various litigation issues and administration issues. | .80 | 1045.00 | 836.00 |
|  | TBB | B190 |  | Review and commenting on drafts of response Re: 706 expert. | .30 | 1045.00 | 313.50 |
| 1/05/23 | TBB | B190 |  | Review of revised draft of response to motion Re: 706 expert along with email regarding suggested changes. | .30 | 1045.00 | 313.50 |
|  | MBB | B190 |  | Review TCC statement in response to motion re: K. Feinberg. | .10 | 805.00 | 80.50 |
| 1/06/23 | TBB | B190 |  | Review of revised response to motion Re: 706 expert and responding thereto regarding modifications. | .10 | 1045.00 | 104.50 |
|  | TBB | B190 |  | Conference with T. Basdekis regarding evidentiary issues related to 706 expert. | .40 | 1045.00 | 418.00 |
|  | MBB | B190 |  | Review edits to disqualification response. | .10 | 805.00 | 80.50 |
| 1/07/23 | TBB | B190 |  | Further review of multiple drafts of response to motion to remove 706 expert and emails relating to same. | .10 | 1045.00 | 104.50 |

4

**BAILEY & GLASSER LLP**

TALC Creditors Committee  
LTL Bankruptcy

February 1, 2023  
Invoice #: 103260

| Date | Init | Task | Actv | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| | TBB | B190 | | Analysis of draft objection to insurance funding disclosure motion of debtor and suggesting modifications. | .90 | 1045.00 | 940.50 |
| 1/09/23 | TB | B190 | | Legal research on evidentiary matters relating to use of court-appointed experts. | 5.20 | 860.00 | 4,472.00 |
| | MBB | B190 | | Review C. Placitella update to Court re: death of Kimberly Naranjo. | .10 | 805.00 | 80.50 |
| | MBB | B190 | | Confer with T. Basdeki's re: appointment of 706 expert. | .20 | 805.00 | 161.00 |
| | MBB | B190 | | Review amended draft objection to Debtor's litigation funding disclosure motion. | .20 | 805.00 | 161.00 |
| 1/10/23 | BAG | B190 | | Final review of response brief to motion to disqualify expert. | .30 | 1045.00 | 313.50 |
| | TB | B190 | | Drafting of memo on evidentiary matters relating to use of court-appointed experts. | 3.00 | 860.00 | 2,580.00 |
| | TBB | B190 | | Call with T. Basdekis regarding evidentiary issues related to estimation. | .20 | 1045.00 | 209.00 |
| | MBB | B190 | | Review multiple correspondence re: Debtor's litigation funding motion and potential resolution of the same. | .30 | 805.00 | 241.50 |
| 1/11/23 | KB | B190 | | Confer with Burrus re objection to debtors' litigation funding motion and committee response. | .10 | 1045.00 | 104.50 |
| | TBB | B190 | | Meeting with co-counsel on litigation and related issues. | .90 | 1045.00 | 940.50 |
| | MBB | B190 | | Review Feinberg response to MR objection to 706 expert appointment. | .10 | 805.00 | 80.50 |
| | DTM | B190 | | Weekly call with co-counsel to discuss next steps | 1.00 | 805.00 | 805.00 |
| 1/13/23 | MBB | B190 | | Review draft statement in response to Debtors' reply to MR objection to Feinberg appointment. | .20 | 805.00 | 161.00 |
| 1/17/23 | KB | B190 | | Review statements of mesothelioma claimants in lieu of oral argument on motion to disqualify Feinberg. | .10 | 1045.00 | 104.50 |
| | MBB | B190 | | Read statements of Levy Konigsberg / Kazan McClain re pending motion to disqualify the Court's Rule 706 expert and terminate estimation. | .10 | 805.00 | 80.50 |
| 1/18/23 | TB | B190 | | Drafting of legal memo pertaining to court-appointed experts. | 6.40 | 860.00 | 5,504.00 |
| | TB | B190 | | Brief legal research concerning legal memo pertaining to court-appointed experts. | .70 | 860.00 | 602.00 |
| | KB | B190 | | Attend hearing on Moline discovery motion. | .70 | 1045.00 | 731.50 |
| | TBB | B190 | | Attending court hearings on disputes in adversary proceeding. | .70 | 1045.00 | 731.50 |
| | TBB | B190 | | Meeting with co-counsel regarding litigation and related matters. | .40 | 1045.00 | 418.00 |
| | MBB | B190 | | Attend status conference re: Moline discovery. | .70 | 805.00 | 563.50 |

**BAILEY & GLASSER LLP**

TALC Creditors Committee  February 1, 2023
LTL Bankruptcy  Invoice #: 103260

| Date | Init | Task | Actv | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1/19/23 | BAG | B190 | | Read new case against experts filed by LTL. | .80 | 1045.00 | 836.00 |
| | TB | B190 | | Extensive legal research on Rule 702 and 706 as they pertain to appointment of Kenneth Feinberg as the Court-Appointed expert. | 4.80 | 860.00 | 4,128.00 |
| | TBB | B190 | | Analysis of cases regarding 706 expert witness' reliance issues. | .30 | 1045.00 | 313.50 |
| | TBB | B190 | | Correspondence with T. Basdekis regarding differentiation of cases on admissibility of opinions and scope of research Re: experts. | .30 | 1045.00 | 313.50 |
| 1/20/23 | BAG | B190 | | Call with Bennett on the new suits against the doctors. | .30 | 1045.00 | 313.50 |
| | TB | B190 | | Legal research on issues pertaining to the problems relating to the Court's decision to appoint Kenneth R. Feinberg Expert in the LTL bankruptcy to ascertain the volume and amounts of current and future claims. | .80 | 860.00 | 688.00 |
| | TBB | B190 | | Meeting of co-counsel and counsel for TCC members regarding litigation matters including responses to various adversary proceedings and potential adversary and related proceedings. | .90 | 1045.00 | 940.50 |
| | TBB | B190 | | Call with B. Glasser regarding strategy and legal issues in adversary proceedings brought by LTL against various experts. | .30 | 1045.00 | 313.50 |
| 1/21/23 | BAG | B190 | | Call with Committee Representative on next moves. | .10 | 1045.00 | 104.50 |
| | TB | B190 | | Legal research on issues pertaining to the problems relating to the Court's appointment of Feinberg Expert in the LTL bankruptcy. | 1.50 | 860.00 | 1,290.00 |
| 1/22/23 | BAG | B190 | | Call with Kevin Barrett on next moves with respect to specific questions posed by committee representative. | .20 | 1045.00 | 209.00 |
| 1/24/23 | BAG | B190 | | Read 114 page draft complaint in preparation for call with Committee Representatives on same. | 2.50 | 1045.00 | 2,612.50 |
| | BAG | B190 | | Call with Bennett on legal issue arising out of draft complaint. | .20 | 1045.00 | 209.00 |
| | TB | B190 | | Drafting legal memorandum regarding issues related to appointment of Feinberg as the Court-Appointed Expert. | 4.90 | 860.00 | 4,214.00 |
| | TBB | B190 | | Review and analysis of draft complaint relating to various causes of action under federal and state laws against various non-debtors. | 2.40 | 1045.00 | 2,508.00 |
| | TBB | B190 | | Call with B. Glasser regarding draft complaint on various federal and state claims against various non-debtors. | .20 | 1045.00 | 209.00 |
| 1/25/23 | BAG | B190 | | Telephone call with co-counsel to discuss a complaint we may file. | .70 | 1045.00 | 731.50 |
| | BAG | B190 | | Call with committee members, largely on a complaint we might file. | 1.10 | 1045.00 | 1,149.50 |

**BAILEY & GLASSER LLP**

TALC Creditors Committee  February 1, 2023
LTL Bankruptcy  Invoice #: 103260

| Date | Init | Task | Actv | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| | BAG | B190 | | Call among working group on the content of a complaint. | .90 | 1045.00 | 940.50 |
| | BAG | B190 | | Call with Winograd on draft complaint. | .10 | 1045.00 | 104.50 |
| | BAG | B190 | | Reread parts of the complaint in preparation for meeting. | .70 | 1045.00 | 731.50 |
| | TB | B190 | | Continued drafting of Feinberg-related memo. | 4.90 | 860.00 | 4,214.00 |
| | TBB | B190 | | Meeting of co-counsel and counsel for TCC members regarding litigation and related issues. | .80 | 1045.00 | 836.00 |
| | TBB | B190 | | Review and analysis of additional potential adversary pleadings. | .70 | 1045.00 | 731.50 |
| | RRB | B190 | | Review of draft D&O complaint on behalf of LTL. | .70 | 910.00 | 637.00 |
| | JGT | B190 | | At Glasser's request initial review of the draft New Jersey Complaint. | .70 | 910.00 | 637.00 |
| 1/26/23 | BAG | B190 | | Call with Maggie Burrus explaining assignments on legal research for complaint. | .60 | 1045.00 | 627.00 |
| | BAG | B190 | | Call with Turner and Bell on their assignments for the draft complaint. | .40 | 1045.00 | 418.00 |
| | BAG | B190 | | Call with core group on complaint issues. | .50 | 1045.00 | 522.50 |
| | TB | B190 | | Further drafting of legal memorandum regarding issues related to appointment of Feinberg as the Court-Appointed Expert. | 5.40 | 860.00 | 4,644.00 |
| | KB | B190 | | Confer with Glasser re revising complaint vs. third parties. | .20 | 1045.00 | 209.00 |
| | KB | B190 | | Confer with Burrus re research issues relating to complaint vs. third parties. | .60 | 1045.00 | 627.00 |
| | TBB | B190 | | Drafting memorandum on issues in draft complaint asserting claims against third parties. | .40 | 1045.00 | 418.00 |
| | TBB | B190 | | Conference call with R. Bell, J. Turner, and B. Glasser regarding proposed causes of action against third parties. | .70 | 1045.00 | 731.50 |
| | MBB | B190 | | Confer with B. Glasser re: potential estate claims and research re the same. | .40 | 805.00 | 322.00 |
| | MBB | B190 | | Research re: committee standing and preclusion. | 4.00 | 805.00 | 3,220.00 |
| | MBB | B190 | | Prepare memo re: committee standing and preclusion. | 3.40 | 805.00 | 2,737.00 |
| | RRB | B190 | | Review and revise draft complaint re claims against third parties. | 1.10 | 910.00 | 1,001.00 |
| | RRB | B190 | | Review and analysis of legal issues re complaint vs. third parties, including statute of limitations defense, equitable tolling issues, issues re derivative standing, procedure for derivative standing and the correct legal standard in federal court and in NJ state court. | 4.20 | 910.00 | 3,822.00 |
| | RRB | B190 | | Zoom call with counsel re complaint against third parties. | .50 | 910.00 | 455.00 |

7

**BAILEY & GLASSER LLP**

TALC Creditors Committee  February 1, 2023
LTL Bankruptcy  Invoice #: 103260

| Date | Init | Task | Actv | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| | JGT | B190 | | Continued analysis of the Complaint vs. third parties.. | .50 | 910.00 | 455.00 |
| | JGT | B190 | | Telephone conference with Tom Bennett regarding the draft complaint. | .30 | 910.00 | 273.00 |
| | JGT | B190 | | Telephone conference with Glasser, Bell and Bennett regarding strategy relating to draft Complaint. | .40 | 910.00 | 364.00 |
| | JGT | B190 | | Participate in Zoom call with team regarding status of the complaint vs. third parties. | .50 | 910.00 | 455.00 |
| | JGT | B190 | | Telephone conference with Maggie regarding legal research projects we are doing in connection with the complaint vs. third parties. | .40 | 910.00 | 364.00 |
| | JGT | B190 | | Begin researching potential SOL/tolling issues in New Jersey. | .80 | 910.00 | 728.00 |
| | JGT | B190 | | Continue to research possible tolling doctrines available in New Jersey and legal research regarding the tolling doctrine of "adverse domination" in other jurisdictions. | 1.70 | 910.00 | 1,547.00 |
| 1/27/23 | KB | B190 | | Confer with Turner re complaint vs. third parties. | .40 | 1045.00 | 418.00 |
| | KB | B190 | | Email correspondence with Turner re class action complaint. | .10 | 1045.00 | 104.50 |
| | MBB | B190 | | Continue research re: committee standing and preclusion issues. | 4.00 | 805.00 | 3,220.00 |
| | RRB | B190 | | Cont'd to analyze legal issues re procedure for filing third party lawsuit, including issues re jurisdiction and the applicable law | 2.90 | 910.00 | 2,639.00 |
| | RRB | B190 | | Confer with Turner re issues related to adverse domination and standing. | .20 | 910.00 | 182.00 |
| | JGT | B190 | | Telephone conference with Kevin regarding issues relating to efforts to obtain claims vs. third parties. | .40 | 910.00 | 364.00 |
| | JGT | B190 | | Review and analysis of the proposed fraudulent transfer complaint. | .70 | 910.00 | 637.00 |
| | JGT | B190 | | Telephone conference with Bell regarding status of research projects relating to the third party complaint. | .20 | 910.00 | 182.00 |
| | JGT | B190 | | Compare liability facts alleged in draft complaint to the liability facts alleged in the Securities action. | .50 | 910.00 | 455.00 |
| | JGT | B190 | | Conduct targeted searches in Disco for information relating to potential defendants and corporate information relating to JJCI. | 1.10 | 910.00 | 1,001.00 |
| | JGT | B190 | | Continued legal research regarding tolling doctrines in NJ and the issue of imputation and its potential impact on accrual. | 1.30 | 910.00 | 1,183.00 |
| | JGT | B190 | | Begin drafting memo to team regarding results of the research. | .90 | 910.00 | 819.00 |
| 1/30/23 | BAG | B190 | | Read opinion of the 3rd Circuit, | .80 | 1045.00 | 836.00 |

**BAILEY & GLASSER LLP**

TALC Creditors Committee  
LTL Bankruptcy

February 1, 2023  
Invoice #: 103260

| Date | Init | Task | Actv | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| | BAG | B190 | | Call with committee counsel on next moves. | .30 | 1045.00 | 313.50 |
| | BAG | B190 | | Answering questions on opinion from committee representatives. | .20 | 1045.00 | 209.00 |
| | TB | B190 | | Short call with T. Bennett regarding the Feinberg Appointment Order discussing legal memo. | .10 | 860.00 | 86.00 |
| | TB | B190 | | Review of 3rd Circuit's ruling dismissing the case on bad faith grounds and lack of financial necessity for the debtor. | .40 | 860.00 | 344.00 |
| | TB | B190 | | Continued drafting of legal memorandum on the issues surrounding the Court's Appointment of Kenneth Feinberg pursuant to Rule 706. | 5.00 | 860.00 | 4,300.00 |
| | KB | B190 | | Review Third Circuit opinion and email correspondence re same. | 1.70 | 1045.00 | 1,776.50 |
| | KB | B190 | | Committee meeting re Third Circuit decision and impact on case. | .40 | 1045.00 | 418.00 |
| | KB | B190 | | Confer with Burrus re compensation/bonus/retention issues. | .20 | 1045.00 | 209.00 |
| | TBB | B190 | | Review and analysis of Third Circuit opinion dismissing LTL:'s bankruptcy case as preparation for conference with co-counsel and counsel for TCC members. | 1.30 | 1045.00 | 1,358.50 |
| | TBB | B190 | | Conference with co-counsel and counsel for TCC members regarding Third Circuit dismissal opinion. | .40 | 1045.00 | 418.00 |
| | TBB | B190 | | Correspondence with B. Glasser regarding stay and standing issues on issuance of Third Circuit's mandate. | .10 | 1045.00 | 104.50 |
| | MBB | B190 | | Meeting with committee re: third circuit opinion. | .40 | 805.00 | 322.00 |
| | MBB | B190 | | Continue research and preparation of memorandum re: estate claims. | 3.80 | 805.00 | 3,059.00 |
| | MBB | B190 | | Read third circuit opinion remanding and dismissing case. | .50 | 805.00 | 402.50 |
| | RRB | B190 | | Review of third circuit decision dismissing bankruptcy case. | .90 | 910.00 | 819.00 |
| | RRB | B190 | | T/c with Turner and Burrus re third circuit opinion, issues re any cert application, and strategy going forward. | .80 | 910.00 | 728.00 |
| | RRB | B190 | | Analysis of legal issues re third party procedure and standing; drafted memo re same. | 1.70 | 910.00 | 1,547.00 |
| | JGT | B190 | | Review new assignment from co-counsel relating to identifying defendants and further analysis of same (focusing on who should be defendants and what information we will need to determine same. | .80 | 910.00 | 728.00 |
| | JGT | B190 | | Further review of case law for purposes of continue drafting work on the tolling issues memorandum. | .60 | 910.00 | 546.00 |
| | JGT | B190 | | Review and analysis of the Third Circuit opinion. | .90 | 910.00 | 819.00 |

**BAILEY & GLASSER LLP**

TALC Creditors Committee　　　　　　　　　　　　　　　　　　　　　　　　　February 1, 2023
LTL Bankruptcy　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Invoice #: 103260

| Date | Init | Task | Actv | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
|  | JGT | B190 |  | Put the finishing touches on research and finish initial draft of memo. | .80 | 910.00 | 728.00 |
|  | DTM | B190 |  | Zoom call to discuss 3rd circuit order and steps going forward | .80 | 805.00 | 644.00 |
| 1/31/23 | BAG | B190 |  | Read court order on next hearing. | .10 | 1045.00 | 104.50 |
|  | TB | B190 |  | Finished up drafting of legal memorandum pertaining to Rule 702, Rule 706, and the Court's Appointment of Kenneth Feinberg. | 3.40 | 860.00 | 2,924.00 |
|  | TB | B190 |  | Legal research concerning legal memo pertaining to court-appointed experts. | 1.50 | 860.00 | 1,290.00 |
|  | TB | B190 |  | At the request of Brian Glasser, located/pulled down examples of successful verdicts for actual fraud against Tim Blixseth and Jessica Blixseth for potential strategy of going after LTL/J&J-related entities now that the Third Circuit has ruled in "good faith" re: bankruptcy filing. | 1.00 | 860.00 | 860.00 |
|  | TBB | B190 |  | Review and response to correspondence regarding legal issues arising from Third Circuit ruling. | .10 | 1045.00 | 104.50 |
|  | TBB | B190 |  | Review and analysis of memorandum on evidence issues for trial and appeals. | 1.10 | 1045.00 | 1,149.50 |

　　　　　　　　　　　　　Sub-Total of Task　　　　　　$ 117,266.50

**B320 Plan and Disclosure**

| Date | Init | Task | Actv | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1/12/23 | MBB | B320 |  | Confer with K. Barrett re: estimation. | .90 | 805.00 | 724.50 |
|  | MBB | B320 |  | Research re: 524(g) and estimation. | 2.00 | 805.00 | 1,610.00 |

　　　　　　　　　　　　　Sub-Total of Task　　　　　　$ 2,334.50

　　　　　　　　　　　　　**TOTAL PROFESSIONAL SERVICES**　　　　　　$ 145,595.50

**EXPENSES ADVANCED**

Online Research

| Date | Task | Description | Amount |
|---|---|---|---|
| 1/13/22 | E106 | Legal Research for December 2022. | 11.56 |

　　　　　　　　　　　　　**Sub-Total of Expenses:**　　　　　　$ 11.56

BAILEY & GLASSER LLP

| TALC Creditors Committee | February 1, 2023 |
|---|---|
| LTL Bankruptcy | Invoice #: 103260 |

**Court Fees**

| Date | Task | Description | Amount |
|---|---|---|---|
| 1/18/23 | E112 | Pacer Service Center - Filing Fees for 10/01/2022 - 12/31/2022. | 59.10 |
| | | **Sub-Total of Expenses:** | **$ 59.10** |

**Other**

| Date | Task | Description | Amount |
|---|---|---|---|
| 1/20/23 | E124 | CS Disco - TALC / LTL - Case Hosting for January 2023. | 297.96 |
| | | **Sub-Total of Expenses:** | **$ 297.96** |
| | | **TOTAL EXPENSES ADVANCED** | **$ 368.62** |
| | | **TOTAL THIS INVOICE** | **$ 145,964.12** |

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Init | Staff Level | Hours | Rate | Total |
|---|---|---|---|---|---|
| Bell, Robert R. | RRB | Partner | 13.00 | 910.00 | 11,830.00 |
| Mathews, D. Todd | DTM | Partner | 3.00 | 805.00 | 2,415.00 |
| Turner III, John G. | JGT | Partner | 13.50 | 910.00 | 12,285.00 |
| Barrett, Kevin W. | KB | Partner | 14.00 | 1,045.00 | 14,630.00 |
| Basdekis, Thanos | TB | Of Counsel | 49.00 | 860.00 | 42,140.00 |
| Bennett, Thomas B. | TBB | Of Counsel | 26.80 | 1,045.00 | 28,006.00 |
| Burrus, Maggie B | MBB | Partner | 24.20 | 805.00 | 19,481.00 |
| Glasser, Brian A. | BAG | Partner | 13.30 | 1,045.00 | 13,898.50 |
| Kittinger, Jason E. | JEK | Paralegal | 2.60 | 350.00 | 910.00 |
| **TOTALS** | | | **159.40** | | **$ 145,595.50** |

**BAILEY & GLASSER LLP**

| TALC Creditors Committee | February 1, 2023 |
|---|---|
| LTL Bankruptcy | Invoice #: 103260 |

**TASK SUMMARY OF PROFESSIONAL SERVICES**

| Task | Description | Hours | Amount |
|---|---|---:|---:|
| B110 | B110 Case Administration | 5.50 | 4,072.00 |
| B150 | B150 Meetings of and | 15.80 | 15,791.00 |
| B160 | B160 Fee/Employment Applic | 6.20 | 6,131.50 |
| B190 | B190 Other Contested Matters | 129.00 | 117,266.50 |
| B320 | B320 Plan and Disclosure | 2.90 | 2,334.50 |
|  | Time total | $ 145,595.50 | |

**TASK SUMMARY OF EXPENSES ADVANCED**

| Task | Description | Amount |
|---|---|---:|
| E106 | Online Research | 11.56 |
| E112 | Court Fees | 59.10 |
| E124 | Other | 297.96 |
|  | Expense total | $ 368.62 |

**BAILEY & GLASSER LLP**

| TALC Creditors Committee | | | | February 1, 2023 |
|---|---|---|---|---|
| LTL Bankruptcy | | | | Invoice #: 103260 |

**OUTSTANDING INVOICES**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---:|---:|---:|---:|---:|
| 94121 | 7/07/22 | 140,360.86 | 112,901.36 | 27,459.50 |
| 95438 | 8/08/22 | 186,808.60 | 150,151.10 | 36,657.50 |
| 96409 | 9/08/22 | 100,171.89 | 81,604.89 | 18,567.00 |
| 97618 | 10/04/22 | 84,990.12 | 68,178.12 | 16,812.00 |
| 99188 | 11/01/22 | 66,026.88 | 52,922.38 | 13,104.50 |
| 100420 | 12/01/22 | 39,644.39 | 31,789.39 | 7,855.00 |
| 101856 | 1/05/23 | 66,052.33 | .00 | 66,052.33 |

|  | Total Outstanding Invoices | $ 186,507.83 |
|---|---|---:|
|  | Balance Due This Invoice | $ 145,964.12 |
|  | **TOTAL BALANCE DUE** | **$ 332,471.95** |