UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on January 31, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.: | 21-30589 |
|---|---|---|
| LTL Management LLC | Adv. No.: | |
| | Hearing Date: | |
| | Judge: | Michael B. Kaplan |

## FIFTH ORDER ADJOURNING EXCLUSIVITY MOTIONS AND EXTENDING DEBTOR'S EXCLUSIVITY PERIODS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 31, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br>*Local Counsel for the*<br>*Official Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Robert J. Stark, Esq.<br>Michael S. Winograd, Esq.<br>dmolton@brownrudnick.com<br>rstark@brownrudnick.com<br>mwinograd@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>and<br><br>Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>Eric R. Goodman, Esq.<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>egoodman@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Co-Counsel for the*<br>*Official Committee of Talc Claimants* |
| **BAILEY GLASSER LLP**<br>Brian A. Glasser, Esq.<br>Thomas B. Bennett, Esq.<br>Kevin W. Barrett, Esq.<br>Maggie B. Burrus, Esq.<br>bglasser@baileyglasser.com<br>tbennett@baileyglasser.com<br>kbarrett@baileyglasser.com<br>mburrus@baileyglasser.com<br>1055 Thomas Jefferson St. NW, Suite 540<br>Washington, DC  20007<br>Tel: (202) 463-2101<br>Fax: (202) 463-2103<br>*Co-Counsel for the*<br>*Official Committee of Talc Claimants* | **OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Adam C. Silverstein, Esq.<br>Jennifer S. Feeney, Esq.<br>mcyganowski@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>*Co-Counsel for the*<br>*Official Committee of Talc Claimants* |

| **PARKINS & RUBIO LLP** | **MASSEY & GAIL LLP** |
|---|---|
| Lenard M. Parkins, Esq. | Jonathan S. Massey, Esq. |
| Charles M. Rubio, Esq. | jmassey@masseygail.com |
| lparkins@parkinsrubio.com | 1000 Maine Ave. SW, Suite 450 |
| crubio@parkinsrubio.com | Washington, DC  20024 |
| Pennzoil Place | Tel: (202) 652-4511 |
| 700 Milan St., Suite 1300 | Fax: (312) 379-0467 |
| Houston, TX 77002 | *Special Counsel for the* |
| Tel: (713) 715-1666 | *Official Committee of Talc Claimants* |
| *Special Counsel for the* | |
| *Official Committee of Talc Claimants* | |

| In re: | Chapter 11 |
|---|---|
| LTL MANAGEMENT, LLC,[1] | Case No.: 21-30589 (MBK) |
| Debtor. | Honorable Michael B. Kaplan |

# FIFTH ORDER ADJOURNING EXCLUSIVITY
## MOTIONS AND EXTENDING DEBTOR'S EXCLUSIVITY PERIODS

The relief set forth on the following pages is **ORDERED**.

---

[1]    The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is
501 George Street, New Brunswick, New Jersey 08933.

(Page 3)
Debtor: LTL Management LLC
Case No.: 21-30589 (MBK)
Caption: Fifth Order Adjourning Exclusivity Motions and Extending Debtor's Exclusivity
Periods

The Official Committee of Talc Claimants (the "TCC") having filed a motion seeking to terminate the Debtor's exclusive period for filing a plan of reorganization (Docket No. 2721) (the "TCC Motion"); the Debtor having filed its third motion for the entry of an order extending the Debtor's exclusive periods to file a plan of reorganization and solicit acceptances thereof (Docket No. 2813) (the "Debtor's Exclusivity Motion" and together with the TCC Motion, the "Exclusivity Motions"); the Court having entered the *Order Adjourning Exclusivity Motions and Extending Debtor's Exclusivity Periods* (Docket No. 2870), the *Second Order Adjourning Exclusivity Motions and Extending Debtor's Exclusivity Periods* (Docket No. 3208), the *Third Order Adjourning Exclusivity Motions and Extending Debtor's Exclusivity Periods* (Docket No. 3378) and the *Fourth Order Adjourning Exclusivity Motions and Extending Debtor's Exclusivity Periods* (Docket No. 3570), adjourning a hearing on the Exclusivity Motions to February 14, 2023 and extending the Debtor's exclusive period to file a plan of reorganization in this case to February 15, 2023; and the Debtor and the TCC having agreed to further adjourn the Exclusivity Motions and extend the Debtor's exclusivity periods, subject to the Court's approval, as set forth in this Order,

**IT IS HEREBY ORDERED THAT:**

1.      A hearing on the Exclusivity Motions is hereby adjourned to March 20, 2023 at 10:00 a.m., prevailing Eastern Time.

2.      Any supplement or further support for either Exclusivity Motion shall be filed with the Court no later than March 6, 2023, at 5:00 p.m., prevailing Eastern Time.

(Page 4)
Debtor:  LTL Management LLC
Case No.:  21-30589 (MBK)
Caption:  Fifth Order Adjourning Exclusivity Motions and Extending Debtor's Exclusivity
Periods

3.      Any opposition to an Exclusivity Motion shall be filed with the Court no

later than 5:00 p.m., prevailing Eastern Time on March 13, 2023.

4.      The period during which the Debtor has the exclusive right to file a plan of

reorganization is hereby extended through and including March 21, 2023, pursuant to

section 1121(d) of the Bankruptcy Code.

5.      The period during which the Debtor has the exclusive right to solicit

acceptances of a plan of reorganization is hereby extended through and including May 22, 2023.

6.      The extensions of the exclusive plan filing period and the exclusive plan

solicitation period pursuant to this Order are without prejudice to the Debtor's right to seek further

extensions of these periods.

7.      If the Debtor files a plan of reorganization on or prior to March 21, 2023,

the TCC shall have 15 days from the filing of such plan to file a motion seeking authority to permit

the TCC to file a competing plan of reorganization.

8.      This Court shall retain jurisdiction to hear and determine all matters arising

from or related to the interpretation, implementation or enforcement of this Order.

United States Bankruptcy Court

District of New Jersey

In re:
Case No. 21-30589-MBK

LTL Management LLC
Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                         User: admin                        Page 1 of 18

Date Rcvd: Jan 31, 2023                Form ID: pdf903                Total Noticed: 4

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2023:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/Text: jkim8@its.jnj.com | Jan 31 2023 20:48:00 | LTL Management LLC, 501 George Street, New Brunswick, NJ 08933-0001 |
| aty | ^ | MEBN | Jan 31 2023 20:43:22 | Glenn M. Kurtz, White & Case LLP, 1221 Avenue of the America, New York, NY 10020-1001 |
| aty | ^ | MEBN | Jan 31 2023 20:43:15 | Jessica Lauria, White & Case LLP, 1221 Avenue of the America, New York,, NY 10020-1001 |
| aty | + | Email/Text: tlindsay@rcdlaw.net | Jan 31 2023 20:48:00 | Rayburn, Cooper & Durham, P.A., The Carillon, Suite 1200, 227 West Trade St., Charlotte, NC 28202-1672 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2023                Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam C. Silverstein | |

District/off: 0312-3                                    User: admin                                    Page 2 of 18
Date Rcvd: Jan 31, 2023                           Form ID: pdf903                              Total Noticed: 4

on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation asilverstein@otterbourg.com, awilliams@otterbourg.com

Adam C. Silverstein

on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi District Litigation asilverstein@otterbourg.com, awilliams@otterbourg.com

Adam S. Ravin

on behalf of Interested Party Imerys Talc Canada Inc. adam.ravin@lw.com

Adam S. Ravin

on behalf of Interested Party Imerys Talc America  Inc. adam.ravin@lw.com

Adam S. Ravin

on behalf of Interested Party Imerys Talc Vermont  Inc. adam.ravin@lw.com

Alan I. Moldoff

on behalf of Creditor Committee Official Committee of Talc Claimants II amoldoff@shermansilverstein.com

Alan J. Brody

on behalf of Creditor Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International  Inc. brodya@gtlaw.com, NJLitDock@gtlaw.com

Alan J. Brody

on behalf of Creditor Bausch Health US  LLC f/k/a Valeant Pharmaceuticals North America LLC brodya@gtlaw.com, NJLitDock@gtlaw.com

Alan J. Brody

on behalf of Creditor Bausch Health Americas  Inc. f/k/a Valeant Pharmaceuticals International brodya@gtlaw.com, NJLitDock@gtlaw.com

Albert Togut

on behalf of Spec. Counsel Kenneth Feinberg altogut@teamtogut.com
eozuna@teamtogut.com;seratner@teamtogut.com;dperson@teamtogut.com

Albert Togut

on behalf of Interested Party Roger Frankel  as Legal Representative for Future Personal Injury Claimants appointed in the Chapter 11 bankruptcy case of Cyprus Mines Corporation altogut@teamtogut.com, eozuna@teamtogut.com;seratner@teamtogut.com;dperson@teamtogut.com

Alexander Walker Cogbill

on behalf of Interested Party Scottsdale Insurance acogbill@zellelaw.com

Alexander Walker Cogbill

on behalf of Interested Party Nationwide Indemnity acogbill@zellelaw.com

Alexander Walker Cogbill

on behalf of Interested Party Employers Ins. of Wausau acogbill@zellelaw.com

Alexander Walker Cogbill

on behalf of Interested Party Employers Ins. Company of Wausau acogbill@zellelaw.com

Alexander Walker Cogbill

on behalf of Interested Party Employers Mutual Casualty Company acogbill@zellelaw.com

Alexis R. Gambale

on behalf of Interested Party Hartford Accident and Indemnity Company alexis.gambale@stevenslee.com

Alexis R. Gambale

on behalf of Interested Party First State Insurance Company alexis.gambale@stevenslee.com

Allen Joseph Underwood, II

on behalf of Creditor DeSanto Canadian Class Action Plaintiffs aunderwood@litedepalma.com
ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com

Allen Joseph Underwood, II

on behalf of Attorney Lite DePalma Greenberg & Afandaor LLC aunderwood@litedepalma.com
ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com

Allen Joseph Underwood, II

on behalf of Creditor DiSanto Canadian Class Action Creditors aunderwood@litedepalma.com
ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com

Allison J. Arotsky

on behalf of Creditor PTI Union LLC aarotsky@moritthock.com

Allison J. Arotsky

on behalf of Creditor PTI Royston LLC aarotsky@moritthock.com

Allison J. Arotsky

on behalf of Creditor Broadview Investments LLC aarotsky@moritthock.com

District/off: 0312-3                                          User: admin                                          Page 3 of 18
Date Rcvd: Jan 31, 2023                                  Form ID: pdf903                                  Total Noticed: 4

Allison Meghan Brown
    on behalf of Plaintiff LTL Management LLC allison.brown@skadden.com
    wendy.lamanna@skadden.com;Stephanie.Martin@skadden.com

Amanda Rush
    on behalf of Plaintiff LTL Management LLC asrush@jonesday.com

Amanda Rush
    on behalf of Debtor LTL Management LLC asrush@jonesday.com

Andreas Milliaressis
    on behalf of Interested Party First State Insurance Company amilliaressis@coleschotz.com

Andrew Ambruoso
    on behalf of Interested Party Imerys Talc Canada Inc. andrew.ambruoso@lw.com  andrew-ambruoso-6817@ecf.pacerpro.com

Andrew Ambruoso
    on behalf of Interested Party Imerys Talc America  Inc. andrew.ambruoso@lw.com, andrew-ambruoso-6817@ecf.pacerpro.com

Andrew Ambruoso
    on behalf of Interested Party Imerys Talc Vermont  Inc. andrew.ambruoso@lw.com, andrew-ambruoso-6817@ecf.pacerpro.com

Andrew Craig
    on behalf of Creditor Allstate Insurance Company acraig@windelsmarx.com

Andrew Golden
    on behalf of Interested Party Cyprus Mines Corporation agolden@kasowitz.com

Andrew J. Kelly
    on behalf of Interested Party Blue Cross Blue Shield of Massachusetts  Inc. akelly@kbtlaw.com, wsheridan@kbtlaw.com

Andrew S. Richmond
    on behalf of Interested Party Williams Hart Boundas Easterby  LLP, on behalf of certain personal injury claimants (Williams Hart
    Plaintiffs) arichmond@pryorcashman.com

Andrew T. Frankel
    on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)
    afrankel@stblaw.com

Andy Frankel
    on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)
    afrankel@stblaw.com

Anthony Sodono, III
    on behalf of Creditor Alishia Landrum  Committee Member asodono@msbnj.com

Anthony Sodono, III
    on behalf of Creditor Dr. Rebecca Love asodono@msbnj.com

Arthur Abramowitz
    on behalf of Attorney Cooley LLP aabramowitz@shermansilverstein.com
    jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Arthur Abramowitz
    on behalf of Interested Party Massey & Gail LLP aabramowitz@shermansilverstein.com
    jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Arthur Abramowitz
    on behalf of Creditor Committee Official Committee of Talc Claimants II aabramowitz@shermansilverstein.com
    jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Arthur Abramowitz
    on behalf of Attorney Sherman  Silverstein, Kohl, Rose & Podolsky, P.A. aabramowitz@shermansilverstein.com,
    jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Arthur Abramowitz
    on behalf of Other Prof. FTI Consulting  Inc. aabramowitz@shermansilverstein.com,
    jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Arthur Abramowitz
    on behalf of Interested Party Bailey & Glasser LLP aabramowitz@shermansilverstein.com
    jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Autumn D. Highsmith
    on behalf of Interested Party State of Texas autumn.highsmith@oag.texas.gov

Bethany Theriot
    on behalf of Creditor UNITED STATES OF AMERICA bethany.theriot@usdoj.gov

Bill Graham
    on behalf of Attorney Wallace & Graham P.A. bgraham@wallacegraham.com

Brad B. Erens

District/off: 0312-3  
User: admin  
Page 4 of 18  

Date Rcvd: Jan 31, 2023  
Form ID: pdf903  
Total Noticed: 4  

on behalf of Debtor LTL Management LLC bberens@jonesday.com

Brad B. Erens

    on behalf of Plaintiff LTL Management LLC bberens@jonesday.com

Brad Jeffrey Axelrod

    on behalf of Debtor LTL Management LLC baxelrod@wmd-law.com

Brad Jeffrey Axelrod

    on behalf of Plaintiff LTL Management LLC baxelrod@wmd-law.com

Brett Kahn

    on behalf of Spec. Counsel McCarter & English  LLP bkahn@btlaw.com

Brian J. McCormick, Jr.

    on behalf of Interested Party Ross Feller Casey LLP bmccormick@rossfellercasey.com  earend@rossfellercasey.com

Brian R. Ade

    on behalf of Interested Party Sentry Insurance Company brian.ade@rivkin.com

Brian W. Hofmeister

    on behalf of Attorney Law Firm of Brian W. Hofmeister  of behalf of various claimants bwh@hofmeisterfirm.com,
j119@ecfcbis.com

C. Richard Rayburn, Jr.

    on behalf of Plaintiff LTL Management LLC rrayburn@rcdlaw.net  jrobinson@rcdlaw.net

Caitlin K. Cahow

    on behalf of Debtor LTL Management LLC ccahow@jonesday.com

Carolyn Lachman

    on behalf of Creditor Pension Benefit Guaranty Corporation lachman.carolyn@pbgc.gov  efile@pbgc.gov

Cary Joshi

    on behalf of Creditor Committee Official Committee of Talc Claimants II cjoshi@baileyglasser.com

Charles Michael Rubio

    on behalf of Interested Party OnderLaw  LLC crubio@parkinslee.com, 7485062420@filings.docketbird.com

Charles Michael Rubio

    on behalf of Creditor OnderLaw  LLC crubio@parkinslee.com, 7485062420@filings.docketbird.com

Chelsea Corey

    on behalf of Interested Party Bestwall LLC ccorey@kslaw.com

Christopher K. Kiplok

    on behalf of Interested Party Imerys SA kiplok@hugheshubbard.com

Christopher M. Placitella

    on behalf of Interested Party Cohen  Placitella & Roth, P.C. cplacitella@cprlaw.com, cmcnelis@cprlaw.com

Christopher M. Placitella

    on behalf of Unknown Role Type Daniel & Roger Edley cplacitella@cprlaw.com  cmcnelis@cprlaw.com

Christopher M. Placitella

    on behalf of Attorney Christopher M. Placitella cplacitella@cprlaw.com  cmcnelis@cprlaw.com

Christopher M. Placitella

    cplacitella@cprlaw.com  cmcnelis@cprlaw.com

Christopher Vincent Tisi

    on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products
Marketing  Sales Practices and Products Liability Multi-District Litigation ctisis@levinlaw.com

Clay Thompson

    on behalf of Creditor Katherine Tollefson cthompson@mrhfmlaw.com

Clay Thompson

    on behalf of Interested Party Maune Raichle Hartley French & Mudd  LLC cthompson@mrhfmlaw.com

Clay Thompson

    on behalf of Creditor Jan Deborah Michelson-Boyle cthompson@mrhfmlaw.com

Clinton E. Cameron

    on behalf of Interested Party The Continental Insurance Company Clinton.Cameron@clydeco.us

Cole Hayes

    on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales
Practices and Products Liability Multi District Litigation cole@colehayeslaw.com

Cole Hayes

    on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products
Marketing  Sales Practices and Products Liability Multi-District Litigation cole@colehayeslaw.com

District/off: 0312-3                                    User: admin                                    Page 5 of 18
Date Rcvd: Jan 31, 2023                                 Form ID: pdf903                                 Total Noticed: 4

Colin R. Robinson
on behalf of Interested Party Arnold & Itkin LLP crobinson@pszjlaw.com

Colin R. Robinson
on behalf of Creditor Arnold & Itkin LLP crobinson@pszjlaw.com

Daniel Lapinski
on behalf of Interested Party Motley Rice LLC dlapinski@motleyrice.com

Daniel Stolz
on behalf of Interested Party Talc Claimants dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
on behalf of Interested Party Bailey & Glasser LLP dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
on behalf of Spec. Counsel Massey & Gail LLP dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
on behalf of Attorney Genova Burns LLC dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
on behalf of Spec. Counsel Monzack Mersky and Bowder  P.A. dstolz@genovaburns.com,
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
on behalf of Creditor Committee Official Committee of Talc Claimants dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
on behalf of Spec. Counsel Gilbert  LLP dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
on behalf of Interested Party Otterbourg P.C dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
on behalf of Creditor Proposed Local Counsel to Official Committee of Talc Claimants for LTL Management  LLC
dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
on behalf of Spec. Counsel Parkins & Rubio LLP dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
on behalf of Other Prof. Houlihan Lokey Capital  Inc. dstolz@genovaburns.com,
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
on behalf of Interested Party Brown Rudnick LLP dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
on behalf of Spec. Counsel MoloLamken LLP dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
on behalf of Creditor Committee Official Committee of Talc Claimants I dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
on behalf of Creditor Committee Committee of Talc Claimants dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
on behalf of Consultant The Brattle Group  Inc. dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
on behalf of Interested Party Committee of Talc Claimants dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
on behalf of Spec. Counsel Miller Thomson LLP dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
on behalf of Other Prof. FTI Consulting  Inc. dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
on behalf of Spec. Counsel Anderson Kill PC dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel B. Prieto
on behalf of Debtor LTL Management LLC dbprieto@jonesday.com

Daniel B. Prieto
  on behalf of Plaintiff LTL Management LLC dbprieto@jonesday.com

Daniel H. Charest
  on behalf of Creditor Julia Lathrop dcharest@burnscharest.com  manderson@burnscharest.com;mkweik@burnscharest.com

Daniel H. Charest
  on behalf of Creditor Daniel Mercer dcharest@burnscharest.com  manderson@burnscharest.com;mkweik@burnscharest.com

Daniel H. Charest
  on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products
  Marketing  Sales Practices and Products Liability Multi-District Litigation dcharest@burnscharest.com,
  manderson@burnscharest.com;mkweik@burnscharest.com

Daniel Robert Lapinski
  on behalf of Interested Party Motley Rice LLC dlapinski@motleyrice.com  hfonseca@motleyrice.com,kdotson@motleyrice.com

Darren McDowell
  on behalf of Interested Party Fears Nachawati PLLC dmcdowell@fnlawfirm.com
  mn@fnlawfirm.com;jwoodman@essexrichards.com;cbritton@fnlawfirm.com

David Chandler
  on behalf of Interested Party Karst & von Oiste LLP dac@karstvonoiste.com  akk@karstvonoiste.com

David Christian
  on behalf of Creditor The Continental Insurance Company dchristian@davodcjrostoamattprmeus.com

David Christian
  on behalf of Interested Party The Continental Insurance Company dchristian@davodcjrostoamattprmeus.com

David Rosner
  on behalf of Interested Party Cyprus Mines Corporation drosner@kasowitz.com  courtnotices@kasowitz.com

David J. Molton
  on behalf of Creditor Committee Official Committee of Talc Claimants dmolton@brownrudnick.com
  hcohen@brownrudnick.com

David J. Molton
  on behalf of Creditor Committee Committee of Talc Claimants dmolton@brownrudnick.com  hcohen@brownrudnick.com

Dennis Geier
  on behalf of Interested Party Cohen  Placitella & Roth, P.C. dgeier@cprlaw.com, cmcnelis@cprlaw.com

Denyse F. Clancy
  on behalf of Creditor Various Claimants dclancy@kazanlaw.com

Denyse F. Clancy
  on behalf of Interested Party Kazan  McClain, Satterley & Greenwood, PLC dclancy@kazanlaw.com

Derek J. Baker
  on behalf of Interested Party Cyprus Mines Corporation dbaker@reedsmith.com

Donald W Clarke
  on behalf of Spec. Counsel Monzack Mersky and Bowder  P.A. dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com

Donald W Clarke
  on behalf of Attorney Genova Burns LLC dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donald W Clarke
  on behalf of Spec. Counsel Parkins & Rubio LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donald W Clarke
  on behalf of Interested Party Bailey & Glasser LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donald W Clarke
  on behalf of Interested Party Otterbourg P.C dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donald W Clarke
  on behalf of Other Prof. Houlihan Lokey Capital  Inc. dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com

Donald W Clarke
  on behalf of Other Prof. FTI Consulting  Inc. dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com

Donald W Clarke
  on behalf of Consultant The Brattle Group  Inc. dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com

Donald W Clarke
  on behalf of Creditor Proposed Local Counsel to Official Committee of Talc Claimants for LTL Management  LLC
  dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com

Donald W Clarke
  on behalf of Creditor Committee Committee of Talc Claimants dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

District/off: 0312-3                                     User: admin                                          Page 7 of 18
Date Rcvd: Jan 31, 2023                               Form ID: pdf903                                      Total Noticed: 4

Donald W Clarke

on behalf of Spec. Counsel MoloLamken LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donald W Clarke

on behalf of Interested Party Talc Claimants dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donald W Clarke

on behalf of Creditor Committee Official Committee of Talc Claimants dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donald W Clarke

on behalf of Interested Party Brown Rudnick LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donald W Clarke

on behalf of Spec. Counsel Massey & Gail LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donald W Clarke

on behalf of Spec. Counsel Anderson Kill PC dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donald W Clarke

on behalf of Interested Party Parkins & Rubio LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donald W Clarke

on behalf of Spec. Counsel Miller Thomson LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donald W Clarke

on behalf of Spec. Counsel Gilbert  LLP dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com

Donald W Clarke

on behalf of Interested Party Committee of Talc Claimants dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donald W Clarke

on behalf of Creditor Committee Official Committee of Talc Claimants I dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donald W Clarke

on behalf of Interested Party Massey & Gail LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

E. Richard Dressel

on behalf of Creditor Evan Plotkin rdressel@lexnovalaw.com

E. Richard Dressel

on behalf of Creditor Giovanni Sosa rdressel@lexnovalaw.com

E. Richard Dressel

on behalf of Interested Party Dean Omar Branham Shirley  LLP rdressel@lexnovalaw.com

E. Richard Dressel

on behalf of Attorney Cooney & Conway rdressel@lexnovalaw.com

Eamonn O'Hagan

on behalf of Creditor UNITED STATES OF AMERICA eamonn.ohagan@usdoj.gov

Eileen McCabe

on behalf of Interested Party Starr Indemnity & Liability Company eileen.mccabe@mendes.com

Eileen McCabe

on behalf of Interested Party Lexington Insurance Company eileen.mccabe@mendes.com

Eileen McCabe

on behalf of Interested Party ASR Schadeverzekering N.V. eileen.mccabe@mendes.com

Eileen McCabe

on behalf of Interested Party The North River Insurance Company eileen.mccabe@mendes.com

Eileen McCabe

on behalf of Interested Party AIG Property Casualty Company eileen.mccabe@mendes.com

Eileen McCabe

on behalf of Interested Party AIG Europe S.A. eileen.mccabe@mendes.com

Eileen McCabe

on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd eileen.mccabe@mendes.com

Eileen McCabe

on behalf of Interested Party The Insurance Company of the State of Pennsylvania eileen.mccabe@mendes.com

Eileen McCabe

on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA eileen.mccabe@mendes.com

Eileen McCabe

on behalf of Interested Party AIU Insurance Company eileen.mccabe@mendes.com

Eileen McCabe

on behalf of Interested Party RheinLand Versicherungen eileen.mccabe@mendes.com

District/off: 0312-3                      User: admin                           Page 8 of 18
Date Rcvd: Jan 31, 2023                   Form ID: pdf903                      Total Noticed: 4

Eileen McCabe
on behalf of Interested Party Atlanta International Insurance Company eileen.mccabe@mendes.com

Eileen McCabe
on behalf of Interested Party Granite State Insurance Company eileen.mccabe@mendes.com

Eileen McCabe
on behalf of Interested Party New Hampshire Insurance Company eileen.mccabe@mendes.com

Emil A. Kleinhaus
on behalf of Interested Party Cyprus Amax Minerals Company EAKleinhaus@WLRK.com

Erica Villanueva
on behalf of Interested Party Three Crowns Insurance Company EVillanueva@fbm.com

Erica Villanueva
on behalf of Interested Party Rio Tinto America Inc. EVillanueva@fbm.com

Ericka Fredricks Johnson
on behalf of Interested Party Ad Hoc Committee of States Holding Consumer Protection Claims ErJohnson@wcsr.com
Heidi.sasso@wbd-us.com;liz.thomas@wbd-us.com;lisa.tancredi@wbd-us.com

Evan Lazerowitz
on behalf of Creditor Committee Official Committee of Talc Claimants II elazerowitz@cooley.com
efiling-notice@ecf.pacerpro.com;jbrown@cooley.com;mklein@cooley.com;rkanowitz@cooley.com;efilingnotice@cooley.com

Frank A. Oswald
on behalf of Spec. Counsel Kenneth Feinberg frankoswald@teamtogut.com
seratner@teamtogut.com;dperson@teamtogut.com;bshaughnessy@teamtogut.com;astolp@teamtogut.com;jcohen@teamtogut.co
m;aoden@teamtogut.com;gquist@teamtogut.com;jmurphy@teamtogut.com;bkotliar@teamtogut.com;altogut&#0

Geoffrey S Brounell
on behalf of Unknown Role Type Reuters News & Media  Inc. geoffreybrounell@dwt.com

Gregory Plotko
on behalf of Interested Party Century Indemnity Company gplotko@crowell.com
mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko
on behalf of Interested Party Pacific Employers Insurance Company gplotko@crowell.com
mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko
on behalf of Interested Party Westchester Fire Insurance Company gplotko@crowell.com
mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko
on behalf of Interested Party Firemans Fund Insurance Company gplotko@crowell.com
mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko
on behalf of Interested Party Federal Insurance Company gplotko@crowell.com
mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko
on behalf of Interested Party Great Northern Insurance Company gplotko@crowell.com
mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko
on behalf of Interested Party ACE Property and Casualty Insurance Company gplotko@crowell.com
mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko
on behalf of Interested Party Allianz Global Risk US Insurance Company gplotko@crowell.com
mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory Plotko
on behalf of Interested Party Central National Insurance Company of Omaha gplotko@crowell.com
mschneider@rkollp.com,greg-plotko-2613@ecf.pacerpro.com

Gregory M. Gordon
on behalf of Debtor LTL Management LLC gmgordon@jonesday.com

Gregory M. Gordon
on behalf of Plaintiff LTL Management LLC gmgordon@jonesday.com

Heather Elizabeth Simpson
on behalf of Interested Party Everest Reinsurance Company heather.simpson@kennedyscmk.com

Heather Elizabeth Simpson
on behalf of Interested Party TIG Insurance Company heather.simpson@kennedyscmk.com

Isley M. Gostin

|  |  |
|---|---|
|  | on behalf of Interested Party Three Crowns Insurance Company Isley.Gostin@wilmerhale.com |
| Isley M. Gostin | |
|  | on behalf of Interested Party Rio Tinto America Inc. Isley.Gostin@wilmerhale.com |
| James E. Cecchi | |
|  | on behalf of Defendant San Diego County Employees Retirement Association  Individually and on Behalf of All Others Similarly Situated jcecchi@carellabyrne.com |
| James Francis Green | |
|  | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation jgreen@ashcraftlaw.com, tnguyen@ashcraftlaw.com;nparfitt@ashcraftlaw.com;plyons@ashcraft.com;twaters@ashcraftlaw.com |
| James M. Jones | |
|  | on behalf of Debtor LTL Management LLC jmjones@jonesday.com |
| James N. Lawlor | |
|  | on behalf of Spec. Counsel Patterson Belknap Webb & Tyler LLP jlawlor@wmd-law.com |
| James N. Lawlor | |
|  | on behalf of Plaintiff LTL Management LLC jlawlor@wmd-law.com |
| James N. Lawlor | |
|  | on behalf of Debtor LTL Management LLC jlawlor@wmd-law.com |
| Janet A. Shapiro | |
|  | on behalf of Interested Party Employers Mutual Casualty Company jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | |
|  | on behalf of Interested Party Scottsdale Insurance jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | |
|  | on behalf of Interested Party Employers Ins. of Wausau jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | |
|  | on behalf of Interested Party Nationwide Indemnity jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | |
|  | on behalf of Interested Party Employers Ins Co of Wausau jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | |
|  | on behalf of Interested Party Employers Ins. Company of Wausau jshapiro@shapirolawfirm.com |
| Jason D Angelo | |
|  | on behalf of Interested Party Cyprus Mines Corporation jangelo@reedsmith.com |
| Jeffrey A. Cooper | |
|  | on behalf of Creditor Baker Canadian Class Action Creditors jcooper@rltlawfirm.com cooperatty@aol.com;rgaydos@rltlawfirm.com |
| Jeffrey M. Pollock | |
|  | on behalf of Defendant Jacqueline Miriam Moline jmpollock@foxrothschild.com |
| Jeffrey M. Sponder | |
|  | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov |
| Jeffrey M. Sponder | |
|  | on behalf of U.S. Trustee United States Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov |
| Jeffrey M. Traurig | |
|  | on behalf of Other Prof. Robert J. Keach jtraurig@trauriglaw.com |
| Jeffrey M. Traurig | |
|  | on behalf of Examiner Robert J Keach jtraurig@trauriglaw.com |
| Jeffrey M. Traurig | |
|  | on behalf of Attorney Bernstein Shur Sawyer & Nelson  P.A. jtraurig@trauriglaw.com |
| Jeffrey M. Traurig | |
|  | on behalf of Attorney Traurig Law LLC jtraurig@trauriglaw.com |
| Jennifer S. Feeney | |
|  | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation jfeeney@otterbourg.com |
| Jerome Howard Block | |
|  | on behalf of Creditor Paul Crouch jblock@levylaw.com |
| Jerome Howard Block | |
|  | on behalf of Interested Party Levy Konigsberg LLP jblock@levylaw.com |
| Jerome Howard Block | |

on behalf of Interested Party Talc Claimants jblock@levylaw.com

Joel Rhine

on behalf of Interested Party Clients of Clifford Law Offices  P.C., and Taft Stettinius & Hollister, LLP slc@rhinelawfirm.com

John Bougiamas

on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi District Litigation jbougiamas@otterbourg.com, ryan@otterbourg.com;jfeeney@otterbourg.com;mmaizel@otterbourg.com;jhildebrandt@otterbourg.com

John Bougiamas

on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation jbougiamas@otterbourg.com, ryan@otterbourg.com;jfeeney@otterbourg.com;mmaizel@otterbourg.com;jhildebrandt@otterbourg.com

John Maloney

on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) jmaloney@lawgmm.com

John A. Baden, IV

on behalf of Other Prof. Epiq Corporate Restructuring  LLC jbaden@motleyrice.com

John A. Baden, IV

on behalf of Interested Party Motley Rice LLC jbaden@motleyrice.com

John A. Bougiamas

on behalf of Interested Party Committee of Talc Claimants jbougiamas@oshr.com jfeeney@otterbourg.com;awilliams@otterbourg.com;mpantzer@otterbourg.com

John C. Woodman

on behalf of Attorney John C. Woodman jwoodman@essexrichards.com DDiMatteo@essexrichards.com;SMarak@essexrichards.com

John D. Green

on behalf of Interested Party Rio Tinto America Inc. JGreen@fbm.com

John D. Green

on behalf of Interested Party Three Crowns Insurance Company JGreen@fbm.com

John F. Bracaglia, Jr.

on behalf of Creditor Jeanne Stephenson brokaw@centraljerseylaw.com

John M. August

on behalf of Creditor Vincent Hill jaugust@saiber.com  rtucker@saiber.com

John M. August

on behalf of Creditor Certain Mesothelioma Claimants Represented by Kazan McClain Satterley & Greenwood jaugust@saiber.com  rtucker@saiber.com

John M. August

on behalf of Creditor Anthony Hernandez Valadez jaugust@saiber.com  rtucker@saiber.com

John M. August

on behalf of Creditor Kristie Lynn Doyle jaugust@saiber.com  rtucker@saiber.com

John M. August

on behalf of Creditor Audra Johnson jaugust@saiber.com  rtucker@saiber.com

John R. Miller, Jr.

on behalf of Debtor LTL Management LLC jmiller@rcdlaw.net

John R. Miller, Jr.

on behalf of Plaintiff LTL Management LLC jmiller@rcdlaw.net

John Zachary Balasko

on behalf of Creditor UNITED STATES OF AMERICA john.z.balasko@usdoj.gov

Jonathan I. Rabinowitz

on behalf of Attorney J. Maria Glover jrabinowitz@rltlawfirm.com  jcoleman@rltlawfirm.com

Jonathan S Massey

on behalf of Interested Party Massey & Gail LLP jloper@masseygail.com

Joseph Satterley

on behalf of Creditor Certain Mesothelioma Claimants Represented by Kazan McClain Satterley & Greenwood jsatterley@kazanlaw.com

Joseph Satterley

on behalf of Creditor Vincent Hill jsatterley@kazanlaw.com

Joseph Satterley

on behalf of Creditor Audra Johnson jsatterley@kazanlaw.com

Joseph Satterley

on behalf of Creditor Anthony Hernandez Valadez jsatterley@kazanlaw.com

Joseph Satterley

on behalf of Creditor Kristie Lynn Doyle jsatterley@kazanlaw.com

Joseph Satterley

on behalf of Interested Party Kazan McClain, Satterley & Greenwood, PLC jsatterley@kazanlaw.com

Joseph A. Caneco

on behalf of Interested Party Sequoia Ventures Inc. jcaneco@foxrothschild.com

Joseph A. Caneco

on behalf of Interested Party Bechtel Corporation jcaneco@foxrothschild.com

Joseph F. Rice

on behalf of Interested Party Motley Rice LLC jrice@motleyrice.com

Joseph Francis Pacelli

on behalf of Debtor LTL Management LLC jpacelli@wmd-law.com

Joseph Francis Pacelli

on behalf of Plaintiff LTL Management LLC jpacelli@wmd-law.com

Joseph J. DiPasquale

on behalf of Interested Party Sequoia Ventures Inc. Jdipasquale@foxrothschild.com,
cbrown@foxrothschild.com;msteen@foxrothschild.com

Joseph J. DiPasquale

on behalf of Interested Party Bechtel Corporation Jdipasquale@foxrothschild.com
cbrown@foxrothschild.com;msteen@foxrothschild.com

Judy D. Thompson

on behalf of Interested Party Barnes Law Group LLC jdt@jdthompsonlaw.com, sxb@jdthompsonlaw.com

Katherine Scherling

on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA katherine.scherling@katten.com

Katherine Scherling

on behalf of Interested Party AIG Europe S.A. katherine.scherling@katten.com

Katherine Scherling

on behalf of Interested Party RheinLand Versicherungen katherine.scherling@katten.com

Katherine Scherling

on behalf of Interested Party ASR Schadeverzekering N.V. katherine.scherling@katten.com

Katherine Scherling

on behalf of Interested Party AIU Insurance Company katherine.scherling@katten.com

Katherine Scherling

on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd katherine.scherling@katten.com

Katherine Scherling

on behalf of Interested Party Lexington Insurance Company katherine.scherling@katten.com

Katherine Scherling

on behalf of Interested Party The North River Insurance Company katherine.scherling@katten.com

Katherine Scherling

on behalf of Interested Party AIG Property Casualty Company katherine.scherling@katten.com

Katherine Scherling

on behalf of Interested Party Atlanta International Insurance Company katherine.scherling@katten.com

Katherine Scherling

on behalf of Interested Party Granite State Insurance Company katherine.scherling@katten.com

Katherine Scherling

on behalf of Interested Party New Hampshire Insurance Company katherine.scherling@katten.com

Katherine Scherling

on behalf of Interested Party The Insurance Company of the State of Pennsylvania katherine.scherling@katten.com

Katherine Scherling

on behalf of Interested Party Starr Indemnity & Liability Company katherine.scherling@katten.com

Kathleen A Frazier

on behalf of Debtor LTL Management LLC kfrazier@shb.com

Kelly D. Curtin

on behalf of Interested Party Metals & Minerals Insurance Company Pte. Ltd. kdcurtin@pbnlaw.com
mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com

Kelly D. Curtin

    on behalf of Interested Party Rio Tinto America Inc. kdcurtin@pbnlaw.com
mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com

Kelly D. Curtin

    on behalf of Interested Party Rio Tinto America Holdings Inc. kdcurtin@pbnlaw.com
mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com

Kelly D. Curtin

    on behalf of Interested Party Rio Tinto Services Inc. kdcurtin@pbnlaw.com
mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com

Kelly D. Curtin

    on behalf of Interested Party Three Crowns Insurance Company kdcurtin@pbnlaw.com
mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com

Kelsey Panizzolo

    on behalf of Interested Party ASR Schadeverzekering N.V. kelsey.panizzolo@katten.com  courtalertclt@katten.com

Kelsey Panizzolo

    on behalf of Interested Party AIG Europe S.A. kelsey.panizzolo@katten.com  courtalertclt@katten.com

Kelsey Panizzolo

    on behalf of Interested Party Atlanta International Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com

Kelsey Panizzolo

    on behalf of Interested Party AIG Property Casualty Company kelsey.panizzolo@katten.com  courtalertclt@katten.com

Kelsey Panizzolo

    on behalf of Interested Party Starr Indemnity & Liability Company kelsey.panizzolo@katten.com  courtalertclt@katten.com

Kelsey Panizzolo

    on behalf of Interested Party The North River Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com

Kelsey Panizzolo

    on behalf of Interested Party The Insurance Company of the State of Pennsylvania kelsey.panizzolo@katten.com
courtalertclt@katten.com

Kelsey Panizzolo

    on behalf of Interested Party Granite State Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com

Kelsey Panizzolo

    on behalf of Interested Party New Hampshire Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com

Kelsey Panizzolo

    on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd kelsey.panizzolo@katten.com
courtalertclt@katten.com

Kelsey Panizzolo

    on behalf of Interested Party RheinLand Versicherungen kelsey.panizzolo@katten.com  courtalertclt@katten.com

Kelsey Panizzolo

    on behalf of Interested Party Lexington Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com

Kelsey Panizzolo

    on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA kelsey.panizzolo@katten.com
courtalertclt@katten.com

Kelsey Panizzolo

    on behalf of Interested Party AIU Insurance Company kelsey.panizzolo@katten.com  courtalertclt@katten.com

Kenneth A. Rosen

    on behalf of Interested Party Johnson & Johnson krosen@lowenstein.com  dclaussen@lowenstein.com

Kenneth A. Rosen

    on behalf of Interested Party Johnson & Johnson and Johnson & Johnson Consumer Inc. krosen@lowenstein.com
dclaussen@lowenstein.com

Konrad Krebs

    on behalf of Interested Party The Continental Insurance Company konrad.krebs@clydeco.us

Kristen R. Fournier

    on behalf of Debtor LTL Management LLC kfournier@kslaw.com

Laila Masud

    on behalf of Interested Party Talc Claimants lmasud@marshackhays.com

Laura Davis Jones

    on behalf of Creditor Arnold & Itkin LLP ljones@pszjlaw.com

Lauren Bielskie

    on behalf of U.S. Trustee United States Trustee lauren.bielskie@usdoj.gov

Lauren Bielskie
on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Lenard Parkins
on behalf of Creditor OnderLaw LLC lparkins@parkinslee.com

Leslie Carol Heilman
on behalf of Creditor Albertsons Companies Inc. heilmanl@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com

Liza M. Walsh
on behalf of Other Prof. Randi S. Ellis lwalsh@walsh.law btroyan@walsh.law;sfalanga@walsh.law;mfalk@walsh.law

Louis A. Modugno
on behalf of Interested Party Objecting Insurers lmodugno@tm-firm.com

Louis A. Modugno
on behalf of Interested Party The North River Insurance Company lmodugno@tm-firm.com

Louis A. Modugno
on behalf of Interested Party Atlanta International Insurance Company lmodugno@tm-firm.com

Louis A. Modugno
on behalf of Interested Party AIG Europe S.A. lmodugno@tm-firm.com

Louis A. Modugno
on behalf of Interested Party Granite State Insurance Company lmodugno@tm-firm.com

Louis A. Modugno
on behalf of Interested Party New Hampshire Insurance Company lmodugno@tm-firm.com

Louis A. Modugno
on behalf of Interested Party AIG Property Casualty Company lmodugno@tm-firm.com

Louis A. Modugno
on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA lmodugno@tm-firm.com

Louis A. Modugno
on behalf of Interested Party RheinLand Versicherungen lmodugno@tm-firm.com

Louis A. Modugno
on behalf of Interested Party ASR Schadeverzekering N.V. lmodugno@tm-firm.com

Louis A. Modugno
on behalf of Interested Party Lexington Insurance Company lmodugno@tm-firm.com

Louis A. Modugno
on behalf of Interested Party Starr Indemnity & Liability Company lmodugno@tm-firm.com

Louis A. Modugno
on behalf of Interested Party The Insurance Company of the State of Pennsylvania lmodugno@tm-firm.com

Louis A. Modugno
on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd lmodugno@tm-firm.com

Louis A. Modugno
on behalf of Interested Party AIU Insurance Company lmodugno@tm-firm.com

Lyndon Mitchell Tretter
on behalf of Plaintiff LTL Management LLC ltretter@wmd-law.com

Lyndon Mitchell Tretter
on behalf of Debtor LTL Management LLC ltretter@wmd-law.com

Marc E. Wolin
on behalf of Creditor Kristie Lynn Doyle mwolin@saiber.com ccarfagno@saiber.com

Mark Falk
on behalf of Other Prof. Randi S. Ellis mfalk@walsh.law

Mark Falk
on behalf of Attorney Walsh Pizzi O'Reilly Falanga LLP mfalk@walsh.law

Mark Falk
on behalf of Other Prof. Berkeley Research Group LLC mfalk@walsh.law

Mark P. Robinson, Jr
on behalf of Interested Party Talc Claimants mrobinson@robinsonfirm.com

Mark W. Rasmussen
on behalf of Debtor LTL Management LLC mrasmussen@jonesday.com

Mary E. Seymour

| | |
|---|---|
| | on behalf of Interested Party Johnson & Johnson and Johnson & Johnson Consumer Inc. mseymour@lowenstein.com jkimble@lowenstein.com |
| Matthew I. W. Baker | |
| | on behalf of Creditor Proposed Local Counsel to Official Committee of Talc Claimants for LTL Management  LLC mbaker@genovaburns.com |
| Matthew L Tomsic | |
| | on behalf of Plaintiff LTL Management LLC mtomsic@rcdlaw.net |
| Matthew L Tomsic | |
| | on behalf of Debtor LTL Management LLC mtomsic@rcdlaw.net |
| Melanie J. Garner | |
| | on behalf of Creditor Martin Baughman PLLC Claimants melanie@garnerltd.com |
| Melanie J. Garner | |
| | on behalf of Creditor Waters & Kraus LLP Claimants melanie@garnerltd.com |
| Melanie Louise Cyganowski | |
| | on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi District Litigation mcyganowski@otterbourg.com, awilliams@otterbourg.com |
| Melanie Louise Cyganowski | |
| | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation mcyganowski@otterbourg.com, awilliams@otterbourg.com |
| Michael Hutchins | |
| | on behalf of Interested Party Cyprus Mines Corporation mhutchins@kasowitz.com  courtnotices@kasowitz.com |
| Michael E. Collins | |
| | on behalf of Interested Party Westchester Fire Insurance Company mcollins@manierherod.com |
| Michael H. Torkin | |
| | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) michael.torkin@stblaw.com |
| Michael L. Tuchin | |
| | on behalf of Interested Party Aylstock  Witkin, Kreis & Overholtz, PLLC mtuchin@ktbslaw.com |
| Michael William Sabo | |
| | on behalf of Defendant Jacqueline Miriam Moline msabo@foxrothschild.com |
| Michelle A. Parfitt | |
| | on behalf of Interested Party The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi-District Litigation mparfitt@ashcraftlaw.com |
| Mitchell Malzberg | |
| | on behalf of Interested Party Talc Claimants mmalzberg@mjmalzberglaw.com  dlapham@mjmalzberglaw.com |
| Mitchell Malzberg | |
| | on behalf of Creditor Various Claimants mmalzberg@mjmalzberglaw.com  dlapham@mjmalzberglaw.com |
| Moshe Maimon | |
| | on behalf of Creditor Paul Crouch mmaimon@levylaw.com  mmastrogiacomo@levylaw.com |
| Moshe Maimon | |
| | on behalf of Interested Party Levy Konigsberg LLP mmaimon@levylaw.com  mmastrogiacomo@levylaw.com |
| Nabil Majed Nachawati, II | |
| | on behalf of Interested Party Fears Nachawati PLLC MN@fnlawfirm.com |
| Nancy Isaacson | |
| | on behalf of Interested Party Motley Rice LLC nisaacson@greenbaumlaw.com |
| Nathan David Finch | |
| | on behalf of Interested Party Motley Rice LLC nfinch@motleyrice.com |
| Nir Maoz | |
| | on behalf of Interested Party Aylstock  Witkin, Kreis & Overholtz, PLLC nmaoz@ktbslaw.com |
| P. Leigh O'Dell | |
| | on behalf of Interested Party Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing  Sales Practices and Products Liability Multi District Litigation leigh.odell@beasleyallen.com |
| Patricia M. Kipnis | |
| | on behalf of Interested Party Committee of Talc Claimants pkipnis@baileyglasser.com  mchapman@baileyglasser.com |
| Paul E. Heath | |
| | on behalf of Interested Party Cyprus Amax Minerals Company pheath@velaw.com |
| Paul J. Winterhalter | |

Case 21-30589-MBK   Doc 3702   Filed 02/02/23   Entered 02/03/23 00:14:21   Desc
Imaged Certificate of Notice   Page 20 of 23

District/off: 0312-3

Date Rcvd: Jan 31, 2023

User: admin

Form ID: pdf903

Page 15 of 18

Total Noticed: 4

on behalf of Interested Party Aylstock  Witkin, Kreis & Overholtz, PLLC pwinterhalter@offitkurman.com, rbarnhart@offitkurman.com

Paul M. Singer

on behalf of Interested Party Cyprus Mines Corporation psinger@reedsmith.com

Paul R. DeFilippo

on behalf of Spec. Counsel Orrick  Herrington & Sutcliffe LLP pdefilippo@wmd-law.com

Paul R. DeFilippo

on behalf of Spec. Counsel King & Spalding  LLP pdefilippo@wmd-law.com

Paul R. DeFilippo

on behalf of Spec. Counsel Skadden  Arps, Slate, Meagher & Flom LLP pdefilippo@wmd-law.com

Paul R. DeFilippo

on behalf of Spec. Counsel Patterson Belknap Webb & Tyler LLP pdefilippo@wmd-law.com

Paul R. DeFilippo

on behalf of Spec. Counsel McCarter & English  LLP pdefilippo@wmd-law.com

Paul R. DeFilippo

on behalf of Debtor LTL Management LLC pdefilippo@wmd-law.com

Paul R. DeFilippo

on behalf of Other Prof. Bates White  LLC pdefilippo@wmd-law.com

Paul R. DeFilippo

on behalf of Spec. Counsel Hogan Lovells US LLP pdefilippo@wmd-law.com

Paul R. DeFilippo

on behalf of Spec. Counsel Blake  Cassels & Graydon LLP pdefilippo@wmd-law.com

Paul R. DeFilippo

on behalf of Attorney Rayburn Cooper & Durham  P.A pdefilippo@wmd-law.com

Paul R. DeFilippo

on behalf of Attorney Jones Day pdefilippo@wmd-law.com

Paul R. DeFilippo

on behalf of Spec. Counsel Shook  Hardy & Bacon L.L.P. pdefilippo@wmd-law.com

Paul R. DeFilippo

on behalf of Other Prof. AlixPartners  LLP pdefilippo@wmd-law.com

Paul R. DeFilippo

on behalf of Attorney Wollmuth Maher & Deutsch LLP pdefilippo@wmd-law.com

Paul R. DeFilippo

on behalf of Plaintiff LTL Management LLC pdefilippo@wmd-law.com

Paul R. DeFilippo

on behalf of Spec. Counsel Weil  Gotshal, & Manges, LLP pdefilippo@wmd-law.com

Rachel R Obaldo

on behalf of Interested Party State of Texas bk-robaldo@texasattorneygeneral.gov

Rashad Blossom

on behalf of Interested Party Joseph McGovern rblossom@blossomlaw.com
pogando@blossomlaw.com;R41929@notify.bestcase.com;ecfnotices2018@gmail.com

Rashad Blossom

on behalf of Attorney Christopher M. Placitella rblossom@blossomlaw.com
pogando@blossomlaw.com;R41929@notify.bestcase.com;ecfnotices2018@gmail.com

Richard A. Schneider

on behalf of Interested Party Bestwall LLC dschneider@kslaw.com

Richard Moss Golomb

on behalf of Interested Party Golomb Spirt Grunfeld rgolomb@golomblegal.com

Richard Moss Golomb

on behalf of Creditor Brandi Carl rgolomb@golomblegal.com

Robert Malone

on behalf of Interested Party State of Mississippi  ex rel. Lynn Fitch, Attorney General rmalone@gibbonslaw.com, nmitchell@gibbonslaw.com

Robert Malone

on behalf of Defendant State of Mississippi  ex rel. Jim Hood, Attorney General rmalone@gibbonslaw.com, nmitchell@gibbonslaw.com

Robert Malone

| | |
|---|---|
| | on behalf of Interested Party State of New Mexico  et rel. Hector H. Balderas, Attorney General rmalone@gibbonslaw.com, nmitchell@gibbonslaw.com |
| Robert Malone | |
| | on behalf of Defendant State of New Mexico  ex rel. Hector H. Balderas, Attorney General rmalone@gibbonslaw.com, nmitchell@gibbonslaw.com |
| Robert Novick | |
| | on behalf of Interested Party Cyprus Mines Corporation rnovick@kasowitz.com |
| Robert J. Keach | |
| | rkeach@bernsteinshur.com astewart@bernsteinshur.com;kquirk@bernsteinshur.com;acummings@bernsteinshur.com;cmastrogiorgio@bernsteinshur.com |
| Robert J. Pfister | |
| | on behalf of Interested Party Aylstock  Witkin, Kreis & Overholtz, PLLC rpfister@ktbslaw.com |
| Robert William Miller | |
| | on behalf of Interested Party Westchester Fire Insurance Company RMiller@ManierHerod.com |
| Robin Rabinowitz | |
| | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) rrabinowitz@lawgmm.com |
| Ross J. Switkes | |
| | on behalf of Other Prof. FTI Consulting  Inc. rswitkes@shermansilverstein.com |
| Ross J. Switkes | |
| | on behalf of Creditor Committee Official Committee of Talc Claimants II rswitkes@shermansilverstein.com |
| Ross J. Switkes | |
| | on behalf of Attorney Sherman  Silverstein, Kohl, Rose & Podolsky, P.A. rswitkes@shermansilverstein.com |
| Ross J. Switkes | |
| | on behalf of Attorney Cooley LLP rswitkes@shermansilverstein.com |
| Samuel M. Kidder | |
| | on behalf of Interested Party Aylstock  Witkin, Kreis & Overholtz, PLLC skidder@ktbslaw.com |
| Sandy Qusba | |
| | on behalf of Creditor Bausch Health Americas  Inc. f/k/a Valeant Pharmaceuticals International squsba@stblaw.com |
| Sandy Qusba | |
| | on behalf of Creditor Bausch Health US  LLC f/k/a Valeant Pharmaceuticals North America LLC squsba@stblaw.com |
| Sandy Qusba | |
| | on behalf of Creditor Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International  Inc. squsba@stblaw.com |
| Sarah Meiman | |
| | on behalf of Creditor Pension Benefit Guaranty Corporation meiman.sarah@pbgc.gov |
| Sari Blair Placona | |
| | on behalf of Creditor Alishia Landrum  Committee Member splacona@msbnj.com |
| Seth H. Lieberman | |
| | on behalf of Interested Party Williams Hart Boundas Easterby  LLP, on behalf of certain personal injury claimants (Williams Hart Plaintiffs) slieberman@pryorcashman.com |
| Sid Garabato | |
| | on behalf of Other Prof. Epiq Corporate Restructuring  LLC sgarabato@epiqglobal.com, rjacobs@ecf.epiqsystems.com |
| Simon J. Torres | |
| | on behalf of Creditor Pension Benefit Guaranty Corporation torres.simon@pbgc.gov  efile@pbgc.gov |
| Sommer Leigh Ross | |
| | on behalf of Interested Party ASR Schadeverzekering N.V. slross@duanemorris.com  AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | |
| | on behalf of Interested Party Granite State Insurance Company slross@duanemorris.com  AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | |
| | on behalf of Creditor Republic Indemnity Company of America slross@duanemorris.com  AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | |
| | on behalf of Interested Party AIG Property Casualty Company slross@duanemorris.com  AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | |
| | on behalf of Interested Party AIG Europe S.A. slross@duanemorris.com  AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | |
| | on behalf of Interested Party RheinLand Versicherungen slross@duanemorris.com  AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | |

District/off: 0312-3                        User: admin                        Page 17 of 18

Date Rcvd: Jan 31, 2023                     Form ID: pdf903                     Total Noticed: 4

|  |  |
|---|---|
|  | on behalf of Interested Party Atlanta International Insurance Company slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party Starr Indemnity & Liability Company slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party Objecting Insurers slross@duanemorris.com  AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party New Hampshire Insurance Company slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh PA slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party Lexington Insurance Company slross@duanemorris.com  AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party The Insurance Company of the State of Pennsylvania slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party The North River Insurance Company slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party AIU Insurance Company slross@duanemorris.com  AutoDocketWILM@duanemorris.com |
| Stephen M. Packman | on behalf of Interested Party Roger Frankel  as Legal Representative for Future Personal Injury Claimants appointed in the Chapter 11 bankruptcy case of Cyprus Mines Corporation spackman@archerlaw.com, dleney@archerlaw.com,ahuber@archerlaw.com |
| Stephen T. Roberts | on behalf of Interested Party Clients of Mendes & Mount  LLP stephen.roberts@mendes.com |
| Stephen V. Gimigliano | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) sgimigliano@lawgmm.com |
| Steven Abramowitz | on behalf of Interested Party Cyprus Amax Minerals Company sabramowitz@velaw.com mmoran@velaw.com;kgrissel@velaw.com;tmitsch@velaw.com;kduchesne@velaw.com |
| Steven B Smith | on behalf of Unknown Role Type The Amici Professors ssmith@herrick.com  courtnotices@herrick.com;lporetsky@herrick.com |
| Suzanne Ratcliffe | on behalf of Creditor Committee Official Committee of Talc Claimants sratcliffe@mrhfmlaw.com |
| Suzanne Ratcliffe | on behalf of Creditor Jan Deborah Michelson-Boyle sratcliffe@mrhfmlaw.com |
| Suzanne Ratcliffe | on behalf of Creditor Various Claimants sratcliffe@mrhfmlaw.com |
| Suzanne Cocco Midlige | on behalf of Interested Party Arrowood Indemnity Company smidlige@cmg.law |
| Terri Jane Freedman | on behalf of Creditor Truck Insurance Exchange tfreedman@csglaw.com  mpdermatis@pbnlaw.com;rasegall@pbnlaw.com |
| Thomas Pitta | on behalf of Creditor PTI Royston LLC tpitta@emmetmarvin.com |
| Thomas Pitta | on behalf of Creditor PTI Union LLC tpitta@emmetmarvin.com |
| Thomas W. Waldrep, Jr. | on behalf of Interested Party Kazan  McClain, Satterley & Greenwood notice@waldrepwall.com, 8898@notices.nextchapterbk.com;khayden@waldrepwall.com |
| Thomas W. Waldrep, Jr. | on behalf of Interested Party Levy Konigsberg LLP notice@waldrepwall.com 8898@notices.nextchapterbk.com;khayden@waldrepwall.com |

District/off: 0312-3                                    User: admin                                    Page 18 of 18
Date Rcvd: Jan 31, 2023                                Form ID: pdf903                                Total Noticed: 4

Thomas W. Waldrep, Jr.
　　　　　　　　　　on behalf of Interested Party Weitz & Luxenberg P.C. notice@waldrepwall.com
　　　　　　　　　　8898@notices.nextchapterbk.com;khayden@waldrepwall.com

Thomas W. Waldrep, Jr.
　　　　　　　　　　on behalf of Interested Party Maune Raichle Hartley French & Mudd  LLC notice@waldrepwall.com,
　　　　　　　　　　8898@notices.nextchapterbk.com;khayden@waldrepwall.com

U.S. Trustee
　　　　　　　　　　USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 410