UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**COVER SHEET FOR TWELFTH MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF TALC CLAIMANTS FOR THE PERIOD FROM DECEMBER 1, 2022 THROUGH AND INCLUDING DECEMBER 31, 2022**

| Debtor: LTL Management LLC | Applicant: FTI Consulting, Inc. ("FTI") |
|---|---|
| Case No: Case No. 21-30589 (MBK) | Client: The Official Committee of Talc Claimants |
| Chapter: 11 | Case Filed: October 14, 2021 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746.

<u>FINAL RETENTION ORDER ATTACHED (EXHIBIT A)</u>

<i>/s/ Matthew Diaz</i>      <i>2/1/2023</i>
Matthew Diaz           Date

# SECTION I
# FEE SUMMARY

Summary of the Amounts Requested for the Period from
December 1, 2022 through December 31, 2022 (the "Fee Period")

| | |
|---|---:|
| Fee Total: | $862,994.25 |
| Disbursement Total[1] | 17,170.95 |
| Total Fees Plus Disbursements | $880,165.20 |
| Less: 20% Holdback | ($172,598.85) |
| Total Sought at this Time | $707,566.35 |

Summary of Amounts Requested for Previous Periods

| | FEES | EXPENSES |
|---|---:|---:|
| Total Previous Fee Requested[2]: | $8,830,965.85 | $80,510.87 |
| Total Fees Allowed To Date[2]: | $7,667,557.21 | $80,510.87 |
| Total Received By Applicant: | $7,667,557.21 | $80,510.87 |
| Total Approved Amounts – Unpaid: | $0.00 | $0.00 |
| Total Holdback: | $1,163,408.64 | $0.00 |

---

[1] FTI reserves the right to request, in subsequent fee statements, reimbursement of any additional expenses incurred during the Fee Period, as such expenses may not have been captured in FTI's billing system as of the date of filing this Fee Statement.

[2] Total Fees and Expenses have been reduced to reflect agreed upon fee examiner reductions related to the first and second interim fee applications of $61,000.00 and $136,396.35 in fees and $254.85 and $486.25 in expenses, respectively.

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---:|---:|---:|
| **Restructuring** | | | | |
| Diaz, Matthew | Senior Managing Director | $ 1,325 | 66.0 | $ 87,450.00 |
| Tully, Conor | Senior Managing Director | 1,325 | 26.8 | 35,510.00 |
| Berkin, Michael | Managing Director | 1,055 | 127.9 | 134,934.50 |
| Thalassinos, Angelo | Managing Director | 875 | 8.9 | 7,787.50 |
| Eisenberg, Jacob | Senior Consultant | 695 | 197.1 | 136,984.50 |
| Hardey, Samantha | Consultant | 400 | 9.0 | 3,600.00 |
| Kim, Andrew | Consultant | 475 | 183.2 | 87,020.00 |
| Lampert, Grace | Consultant | 530 | 147.8 | 78,334.00 |
| Weltman, Allison | Consultant | 400 | 6.0 | 2,400.00 |
| **Forensic Litigation** | | | | |
| Bracken, James | Managing Director | 1,055 | 5.9 | 6,224.50 |
| Flaharty, William | Managing Director | 1,055 | 3.5 | 3,692.50 |
| Crippes, Sarah | Consultant | 435 | 13.5 | 5,865.75 |
| Silverstein, Orly | Consultant | 530 | 29.2 | 15,476.00 |
| **Economics** | | | | |
| Heeb, Randal | Senior Managing Director | 1,410 | 11.1 | 15,651.00 |
| Maki, Jennifer | Managing Director | 985 | 20.5 | 20,192.50 |
| Rousskikh, Valeri | Managing Director | 1,180 | 66.8 | 78,824.00 |
| Kubali, Volkan | Senior Director | 1,025 | 88.1 | 90,302.50 |
| Long, Xinyi | Senior Consultant | 730 | 106.5 | 77,745.00 |
| **Subtotal** | | | | **$ 887,994.25** |
| Less: Voluntary Reduction[1] | | | | (25,000.00) |
| **Grand Total** | | | **1,117.8** | **$ 862,994.25** |

1. The voluntary reductions relate to time associated with transitory timekeepers, duplication, and other adjustments made in FTI's billing discretion.

## SECTION II
## SUMMARY OF SERVICES

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 25.6 | $ 23,661.00 |
| 11 | Prepare for and Attend Court Hearings | 16.5 | 14,455.50 |
| 18 | Potential Avoidance Actions & Litigation | 42.8 | 27,687.00 |
| 19 | Case Management | 35.7 | 32,037.00 |
| 20 | General Mtgs with Debtor & Debtors' Prof | 1.3 | 1,722.50 |
| 21 | General Mtgs with UCC & UCC Counsel | 32.3 | 38,612.50 |
| 22 | Meetings with Other Parties | 9.9 | 12,388.50 |
| 24 | Preparation of Fee Application | 35.6 | 19,347.50 |
| 26 | Communications | 22.0 | 12,125.00 |
| 28 | Talc Estimation | 892.6 | 702,265.25 |
| 29 | Insurance Review | 3.5 | 3,692.50 |
|  | **SUBTOTAL** |  | **$ 887,994.25** |
|  | Less: Voluntary Reduction[1] |  | (25,000.00) |
|  | **Grand Total** | **1,117.8** | **$ 862,994.25** |

1. The voluntary reductions relate to time associated with transitory timekeepers, duplication, and other adjustments made in FTI's billing discretion.

## SECTION III
## SUMMARY OF DISBURSEMENTS

| Expense Type | Amount |
|---|---|
| Working Meals [1] | $ 62.06 |
| Transportation | 817.64 |
| Research Access | 1,163.75 |
| Purchased Services | 400.00 |
| External Contractor[2] | 14,727.50 |
| **Grand Total** | **$ 17,170.95** |

1. Working Meals have been voluntarily reduced to the lesser of $20 per person or the actual amount charged.
2. Pursuant to Dkt. No. 2947, Martin Spielauer is retained as a technical consultant.

---

**SECTION IV**
**CASE HISTORY**

---

(1)     Date cases filed:                                October 14, 2021

(2)     Chapter under which cases commenced:     Chapter 11

(3)     Date of Retention:                             December 13, 2021[3]

(4)     Summarize in brief the benefits to the estate and attach supplements as needed:

       (a)     FTI evaluated historical mesothelioma verdicts, trust distribution procedures, estimation methodologies and historical opinions, historical financial information, historical trust administration costs, academic literature, and statistical modeling techniques to assist the Committee in understanding and estimating the Debtor's talc liability in connection to the case.

       (b)     FTI assisted in the case by attending court hearings, monitoring and analyzing strategic considerations in relation to the preliminary injunction motion, estimation process, motion to dismiss appeal, and reviewed the Debtor's restructuring transaction.

       (c)     FTI evaluated the Debtor's current operating results to assist the Committee in understanding the financial position of the Debtor.

       (d)     FTI participated in regular calls with Counsel and Committee member representatives to discuss status of the case and other topics.

       (e)     FTI provided communications updates to the Committee consisting of media monitoring, a communications website, and constituent inquiry management.

       (f)     To the extent not addressed by the foregoing descriptions, FTI performed other services on behalf of the Committee that were necessary and appropriate in this chapter 11 case.

FTI's fee detail for the Fee Period is attached hereto as <u>Exhibit D</u> and the expense detail is attached as <u>Exhibit F</u>.[4]

I certify under penalty of perjury that the foregoing is true and correct.

Dated: February 1, 2023                          <u>/s/ Matthew Diaz</u>
                                                                           Matthew Diaz

---

[3] See the Order Authorizing Final Retention of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Talc Claimants and the Official Committee of Talc Claimants II Effective December 13, 2021 (Dkt. No. 2390) entered on June 1, 2022.

[4] FTI reserves the right to request, in subsequent fee statements, reimbursement of any additional expenses incurred during the Fee Period, as such expenses may not have been captured in FTI's billing system as of the date of filing this Fee Statement.