| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Matthew I.W. Baker, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>mbaker@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br><br>*Local Counsel to the Official Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Robert J. Stark, Esq.<br>Michael S. Winograd, Esq.<br>dmolton@brownrudnick.com<br>rstark@brownrudnick.com<br>mwinograd@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>and<br><br>Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>Sharon I. Dwoskin, Esq.<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>sdwoskin@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br><br>*Co-Counsel for the Official Committee of Talc Claimants* |
| **BAILEY GLASSER LLP**<br>Brian A. Glasser, Esq.<br>Thomas B. Bennett, Esq.<br>bglasser@baileyglasser.com<br>tbennett@baileyglasser.com<br>105 Thomas Jefferson St. NW, Suite 540<br>Washington, DC  20007<br>Tel: (202) 463-2101<br>Fax: (202) 463-2103<br><br>*Co-Counsel for the Official Committee of Talc Claimants* | **OTTERBOURG P.C.**<br>Melanie L. Cyganowski, Esq.<br>Adam C. Silverstein, Esq.<br>Jennifer S. Feeney, Esq.<br>mcyganowski@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br><br>*Co-Counsel for the Official Committee of Talc Claimants* |
| **PARKINS LEE & RUBIO LLP**<br>Lenard M. Parkins, Esq.<br>Charles M. Rubio, Esq.<br>lparkins@parkinslee.com<br>crubio@parkinslee.com<br>Pennzoil Place<br>700 Milan St., Suite 1300 | **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>jmassey@masseygail.com<br>1000 Main Ave. SW, Suite 450<br>Washington, DC  20024<br>Tel: (202) 652-4511 |

| Houston, TX 77002<br>Tel: (713) 715-1666<br><br>*Special Counsel to the Official Committee of Talc Claimants* | Fax: (312) 379-0467<br><br>*Special Counsel for the Official Committee of Talc Claimants* |
|---|---|
| In Re:<br><br>**LTL MANAGEMENT, LLC,**[1]<br><br>Debtor. | Chapter 11<br><br>Case No.: 21-30589 (MBK)<br><br>Honorable Michael B. Kaplan |

# MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR THE PERIOD OF DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022

FTI Consulting, Inc. ("FTI") submits this Monthly Fee Statement for Services Rendered and Expenses Incurred as financial advisor to the Official Committee of Talc Claimants[2] (the "Fee Statement") for the period commencing December 1, 2022 and ending December 31, 2022 (the "Fee Period"), pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professionals and the Modified Order Establishing Procedures for the Allowance of Interim Compensation and Reimbursement of Expenses Retained (Docket Nos. 761, 870). The Official Committee of Talc Claimants has reviewed and approved this Fee Statement.

In support of this monthly Fee Statement, annexed hereto are the following exhibits:

- Exhibit "A" – Final Retention Order
- Exhibit "B" – Summary of Hours By Professional
- Exhibit "C" – Summary of Hours By Task
- Exhibit "D" – Detail of Time Entries
- Exhibit "E" – Summary of Expenses
- Exhibit "F" – Expense Detail
- Exhibit "G" – External Contractor Time Entries

The fees sought in the within the Fee Period are as follows:

| Fees | Less 20% | Fee Payment Requested | Expense Reimbursement (100%) |
|---|---|---|---|
| $862,994.25 | $172,598.85 | $690,395.40 | $17,170.95 |

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

[2] See Exhibit A for the Order Authorizing Final Retention of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Talc Claimants and the Official Committee of Talc Claimants II Effective December 13, 2021 (Dkt. No. 2390) entered on June 1, 2022.

2964195.1

WHEREFORE, FTI respectfully requests interim payment of fees for this Fee Period in the sum of $690,395.40, together with expenses of $17,170.95, for a total requested interim payment of $707,566.35.

| | |
|---|---|
| Date: February 1, 2023 | **FTI CONSULTING, INC.** |
| | By:  /s/ Matthew Diaz  <br>Matthew Diaz |

2964195.1