# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

## FEE APPLICATION COVER SHEET FOR THE
## PERIOD DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022

| | |
|---|---|
| Debtor: LTL Management LLC | Applicant: Orrick, Herrington & Sutcliffe LLP |
| Case No.: 21-30589-MBK | Client: LTL Management LLC |
| Chapter: 11 | Case Filed: October 14, 2021 (the "Petition Date") |

## SECTION 1
## FEE SUMMARY

☒ Monthly Fee Application No. 11    or    ☐ Final Fee Application

Summary of Amounts Requested for the Period from December 1, 2022 through December 31, 2022 (the "Eleventh Statement Period").

| | |
|---|---|
| Total Fees: | $63,663.00[1] |
| Total Disbursements: | $38.87 |
| Total Fees Plus Disbursements: | $63,701.87 |
| Minus 20% Holdback of Fees: | $12,732.60 |
| Amount Sought at this Time: | $50,969.27 |

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fees Requested: | $1,585,410.37 | $26,446.57 |
| Total Fees Allowed to Date: | $1,111,576.64 | $25,892.95 |
| Total Retainer (If Applicable): | $0.00 | $0.00 |
| Total Holdback (If Applicable): | $83,866.13 | $0.00 |
| Total Received by Applicant: | $1,447,041.18 | $26,446.57 |

---

[1] The total amount of fees and expenses incurred by Orrick during the Eleventh Statement Period for matters in which it is solely representing the Debtor (invoice number 2074590) or is representing the Debtor jointly with Johnson & Johnson ("J&J") (invoice number 2074591LTL accounting for the portion allocated to the Debtor) is $63,663.00 in fees and $38.87 in expenses. Of this amount, as set forth in this fee statement, Orrick is seeking payment in the amount of $50,969.27 from the Debtor. Orrick's fees for matters in which it is solely representing J&J are not reflected in this monthly fee statement.

4134-5549-0373.2

**COMPENSATION BY: PROFESSIONAL DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

The attorneys who rendered professional services in these chapter 11 case during the Eleventh Statement Period are:

**Invoice 2074590 (for services rendered on behalf of the Debtor):**

| Name of Professional: Associates | Year Admitted | Department | Hourly Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| Weber, Lauren A. | 2017 | Supreme Court and Appellate | $710.00 | 1.30 | $923.00 |
| **Grand Total** | | | | **1.30** | **$923.00** |

| Professionals | Blended Rate | Total Hours Billed | Total Fees |
|---|---|---|---|
| Associate | $710.00 | 1.30 | $923.00 |
| **Grand Total** | **$710.00** | **1.30** | **$923.00** |

**Invoice 2074591LTL (for services rendered on behalf of the Debtor and J&J):**

| Name of Professional: Partners | Year Admitted | Department | Hourly Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| Loeb, Robert | 1987 | Supreme Court and Appellate | $1,170.00 | 54.70 | $63,999.00 |
| Rosenkranz, Joshua | 1986 | Supreme Court and Appellate | $1,170.00 | 4.90 | $5,733.00 |
| Scotten, Naomi | 2011 | Supreme Court and Appellate | $850.00 | 20.20 | $17,170.00 |
| **Grand Total** | | | | **79.80** | **$86,902.00** |

| Name of Professional: Associates | Year Admitted | Department | Hourly Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| Barnard-Yanni, Alyssa | 2015 | Supreme Court and Appellate | $780.00 | 0.70 | $546.00 |
| Bhatti, Upnit K. | 2015 | Supreme Court and Appellate | $780.00 | 11.90 | $9,282.00 |
| Hallums, Melanie R. | 1998 | Supreme Court and Appellate | $780.00 | 15.10 | $11,778.00 |
| Hennessee, Zachary | 2018 | Supreme Court and Appellate | $655.00 | 1.20 | $786.00 |

4134-5549-0373.2

| Name | Year | Department | Hourly Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| **Savin, Anne** | 2001 | Supreme Court and Appellate | $780.00 | 0.60 | $468.00 |
| **Shaw, Geoffrey** | 2016 | Supreme Court and Appellate | $740.00 | 16.70 | $12,358.00 |
| **Grand Total** | | | | **46.20** | **$35,218.00** |

| Name of Professional: Paralegals | Department | Hourly Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|
| **Gerrish, Amy S.** | Supreme Court and Appellate | $350.00 | 9.10 | $3,185.00 |
| **Kunkler, Patrick** | Litigation General | $350.00 | 0.50 | $175.00 |
| **Grand Total** | | | **9.60** | **$3,360.00** |

| Professionals | Blended Rate | Total Hours Billed | Total Fees |
|---|---|---|---|
| Partner | $1,089.00 | 79.80 | $86,902.00 |
| Associate | $762.29 | 46.20 | $35,218.00 |
| Paralegal | $350.00 | 9.60 | $3,360.00 |
| **Total** | **$925.37** | **135.60** | **$125,480.00** |
| Portion Billed to J&J | | | (62,740.00) |
| **Grand Total** | | | **$62,740.00** |

4134-5549-0373.2

# SECTION II
## SUMMARY OF SERVICES

### COMPENSATION BY WORK TASK CODE FOR SERVICES

### RENDERED BY ORRICK, HERRINGTON & SUTCLIFFE LLP
### FOR THE PERIOD DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022

**Invoice 2074590 (for services rendered on behalf of the Debtor):**

| DESCRIPTION | HOURS | FEES |
|---|---:|---:|
| Litigation | 1.30 | $923.00 |
| **Total Fees Requested** | 1.30 | $923.00 |

**Invoice 2074591LTL (for services rendered on behalf of the Debtor and J&J)**

| DESCRIPTION | HOURS | FEES |
|---|---:|---:|
| Litigation | 135.60 | $125,480.00 |
| Portion Billed to J&J |  | (62,740.00) |
| **Total Fees Requested** |  | $62,740.00 |

# SECTION III
# SUMMARY OF DISBURSEMENTS

### DISBURSEMENT SUMMARY BY ORRICK, HERRINGTON & SUTCLIFFE LLP
### FOR THE PERIOD DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022

| DISBURSEMENTS | AMOUNT |
|---|---|
| Outside Services | $77.74 |
| **DISBURSEMENTS TOTALS** | $77.74 |
| **Portion Billed to J&J** | $(38.87) |
| **DISBURSEMENTS TOTALS** | $38.87 |

4134-5549-0373.2

# SECTION IV
# CASE HISTORY

| | |
|---|---|
| (1) Date Case Filed | October 14, 2021 |
| (2) Chapter Under Which Case Commenced: | Chapter 11 |
| (3) Date of Retention: | April 6, 2022 *nunc pro tunc* to October 14, 2021 [Dkt. 1993] (the "Retention Order")[2] |
| (4) Summarize in brief the benefits to the estate and attach supplements as needed | SEE BELOW |

During the Eleventh Statement Period, Orrick, Herington & Sutcliffe LLP ("Orrick") provided the following services to the Debtor including, but not limited to, the following:

*Litigation*

- Drafted, revised and coordinated the filing of court-mandated status report.

*Litigation*

- Drafted and revised opposition to motion for leave to appeal.

- Reviewed and analyzed pleadings, and performed associated legal research and record review.

- Communicated and coordinated with team and client on case status.

(5) Anticipated distribution to creditors:

| | |
|---|---|
| (a) Administrative expense | Unknown at this time. |
| (b) Secured creditors | Unknown at this time. |
| (c) Priority creditors | Unknown at this time. |
| (d) General unsecured creditors | Unknown at this time. |

---

[2]    The Retention Order is attached hereto as Exhibit A.

4134-5549-0373.2

| | |
|---|---|
| (6) Final disposition of case and percentage of dividend paid to creditors: | Final dividend percentages are unknown at this time. |

I certify under penalty of perjury that the above is true.

Date:  February 3, 2023     /s/ Robert Loeb

-7-

4134-5549-0373.2