# **EXHIBIT B**

Invoices

4134-5549-0373.2



LTL Management LLC
501 George Street
New Brunswick, NJ 08933                                              February 3, 2023
Attn: John K. Kim                                                      Client No. 14740
Chief Legal Officer                                                  Invoice No. 2074590

Orrick Contact: Lisa T. Simpson

| | | |
|---|---|---:|
| FOR SERVICES RENDERED through December 31, 2022 in connection with the matters described on the attached pages: | $ | 923.00 |
| DISBURSEMENTS as per attached pages: | | 0.00 |
| **Total Fees & Disbursements Owed by LTL 100%** | **$** | **923.00** |
| **Holdback of Fees 20%** | | **(184.60)** |
| **Amount Sought at this Time** | **$** | **738.40** |

Matter(s):  14740/2026 – Bankruptcy – LTL
            JJL2021019389

## DUE UPON RECEIPT

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2704.  Fax (304) 231-2501.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|:---:|:---:|:---:|
| Orrick, Herrington & Sutcliffe LLP | *ACH & Wire Transfers:* | Orrick, Herrington & Sutcliffe LLP |
| *2121 Main Street* | **ABA Number 121000248** | *2121 Main Street* |
| *Wheeling, WV 26003* | **SWIFT CODE: WFBIUS6S** | *Wheeling, WV 26003* |
| *Reference: 14740/ Invoice: 2074590* | **Account Number: 4123701088** | *(304) 231-2703* |
| | *Wells Fargo* | *Reference: 14740/ Invoice: 2074590* |
| | *420 Montgomery Street* | |
| | *San Francisco, CA  94104* | |
| | *Account of* | |
| | *Orrick, Herrington & Sutcliffe LLP* | |
| | *Reference: 14740/ Invoice: 2074590* | |
| | *E.I.N. 94-2952627* | |

**To pay online visit www.e-billexpress.com/ebpp/Orrick/**



LTL Management LLC
501 George Street
New Brunswick, NJ 08933
Attn: John K. Kim
Chief Legal Officer

February 3, 2023
Client No. 14740
Invoice No. 2074590

Orrick Contact: Lisa T. Simpson

For Legal Services Rendered Through December 31, 2022 in Connection With:

**Matter: 2026 - Bankruptcy – LTL**
**Matter: JJL2021019389**

### PHASE B100 – ADMINISTRATION

*Task B190 – Other Contested Matters*

| Date | Names | Description of services rendered | Hours | Amount |
|---|---|---|---|---|
| 12/15/22 | L. Weber | (Gutierrez) Draft court-mandated status report. | 0.70 | 497.00 |
| 12/16/22 | L. Weber | (Gutierrez) Revise status report. | 0.30 | 213.00 |
| 12/19/22 | L. Weber | (Gutierrez) Coordinate filing of court-mandated status report. | 0.20 | 142.00 |
| 12/23/22 | L. Weber | (Gutierrez) Confirm recent timing of orders to file status reports. | 0.10 | 71.00 |
| | | *B190 – Other Contested Matters Total* | *1.30* | *923.00* |
| **PHASE B100 – ADMINISTRATION TOTAL** | | | **1.30** | **923.00** |
| | | Total Hours | 1.30 | |
| | | Total For Services | | $923.00 |

| Task Code | Description | Hours | Billed Amount |
|---|---|---|---|
| **PHASE B100 – ADMINISTRATION** | | | |
| B190 | Other Contested Matters | 1.30 | 923.00 |
| **PHASE B100 – ADMINISTRATION TOTALS** | | **1.30** | **923.00** |
| | Totals | 1.30 | $923.00 |



LTL Management LLC - 14740  
page 2

February 3, 2023  
Invoice No. 2074590

| **Timekeeper Summary** | Hours | Rate | Amount |
|---|---|---|---|
| Lauren A. Weber | 1.30 | 710.00 | 923.00 |
| Total All Timekeepers | 1.30 | | $923.00 |
| | | Less Discount | (0.00) |
| | | Total Fees | $923.00 |

| | | |
|---|---|---|
| **Total For This Matter** | | **$923.00** |
| **Holdback of Fees 20%** | | **(184.60)** |
| **Amount Sought at this Time** | | **$738.40** |



LTL Management LLC
501 George Street
New Brunswick, NJ 08933   February 3, 2023
Attn:  John K. Kim   Client No. 14740
Chief Legal Officer   Invoice No. 2074591LTL

Orrick Contact: Lisa T. Simpson

| | | |
|---|---|---|
| FOR SERVICES RENDERED through December 31, 2022 in connection with the matters described on the attached pages: | $ | 125,480.00 |
| DISBURSEMENTS as per attached pages: | | 77.74 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** | **$** | **125,557.74** |
| **Portion Billed to LTL Bankruptcy (J&J) 50%** | | **(62,778.87)** |
| **Portion Owed by LTL 50%** | **$** | **62,778.87** |
| **Holdback of Fees 20%** | | **(12,548.00)** |
| **Amount Sought at this Time** | **$** | **50,230.87** |

Matter(s):  14740/2027 – Bankruptcy – LTL
            JJL2021019389

## DUE UPON RECEIPT

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2704.  Fax (304) 231-2501.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|---|---|---|
| Orrick, Herrington & Sutcliffe LLP | ***ACH & Wire Transfers:*** | Orrick, Herrington & Sutcliffe LLP |
| *2121 Main Street* | **ABA Number 121000248** | *2121 Main Street* |
| *Wheeling, WV 26003* | **SWIFT CODE:  WFBIUS6S** | *Wheeling, WV 26003* |
| *Reference: 14740/ Invoice: 2074591* | **Account Number: 4123701088** | *(304) 231-2703* |
| | *Wells Fargo* | *Reference: 14740/ Invoice: 2074591* |
| | *420 Montgomery Street* | |
| | *San Francisco, CA  94104* | |
| | *Account of* | |
| | *Orrick, Herrington & Sutcliffe LLP* | |
| | *Reference: 14740/ Invoice: 2074591* | |
| | *E.I.N. 94-2952627* | |

**To pay online visit www.e-billexpress.com/ebpp/Orrick/**



LTL Management LLC
501 George Street
New Brunswick, NJ 08933
Attn: John K. Kim
Chief Legal Officer

February 3, 2023
Client No. 14740
Invoice No. 2074591LTL

Orrick Contact: Lisa T. Simpson

For Legal Services Rendered Through December 31, 2022 in Connection With:

**Matter: 2027 - Bankruptcy – LTL**
**Matter: JJL2021019389**

**PHASE B100 – ADMINISTRATION**

*Task B190 – Other Contested Matters*

| Date | Names | Description of services rendered | Hours | Amount |
|---|---|---|---|---|
| 12/02/22 | N. Scotten | Amicus coordination. | 0.80 | 680.00 |
| 12/05/22 | A. Savin | Coordinate to deliver appellate and post-trial status updates to co-counsel. | 0.10 | 78.00 |
| 12/07/22 | A. Savin | Attend monthly telephonic liaison meeting between trial and appellate national oversight counsel. | 0.50 | 390.00 |
| 12/16/22 | Z. Hennessee | Hayes (KY): Research status of LTL Management bankruptcy proceedings and Third Circuit appeal (.6). Draft additional status report concerning those proceedings for Kentucky Supreme Court and circulate to Orrick partners for review (.2). | 0.80 | 524.00 |
| 12/19/22 | Z. Hennessee | Hayes (KY): Finalize additional status report on bankruptcy proceedings (.2). Send to client for review and approval (.1). Coordinate with local counsel to file and serve (.1). | 0.40 | 262.00 |
| 12/19/22 | R. Loeb | Review of Hayes update, and related communications. | 0.20 | 234.00 |
| 12/22/22 | A. Gerrish | Olson (NY): Prepare template for Opposition to Motion for Leave to Appeal. | 1.20 | 420.00 |



LTL Management LLC - 14740  
page 2

February 3, 2023  
Invoice No. 2074591LTL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12/22/22 | R. Loeb | Olson (NY): Analysis of Motion for leave for review by the NY Court of Appeals, and related communications. | 0.60 | 702.00 |
| 12/22/22 | N. Scotten | Olson (NY): Analyze motion for leave to appeal and begin drafting opposition to same. | 6.80 | 5,780.00 |
| 12/22/22 | U. Bhatti | Olson (NY): Review plaintiffs' motion for leave. | 0.60 | 468.00 |
| 12/23/22 | R. Loeb | Bader (CA): Analysis of court decision (1.7). Related communications with client and co-counsel re timing and potential issues (.6). | 2.30 | 2,691.00 |
| 12/23/22 | N. Scotten | Olson (NY): Work on opposition to motion for leave to appeal. | 2.90 | 2,465.00 |
| 12/23/22 | U. Bhatti | Bader (CA): Review decision and determine issues for petitions for rehearing and review. | 1.50 | 1,170.00 |
| 12/24/22 | N. Scotten | Olson (NY): Work on opposition to motion for leave to appeal. | 3.60 | 3,060.00 |
| 12/24/22 | R. Loeb | Olson (NY): Analysis of motion for leave and related materials cited (1.2). Communications with Orrick team re draft opposition (.4). | 1.60 | 1,872.00 |
| 12/25/22 | R. Loeb | Olson (NY): Revisions and edits to opposition to review by the NY Court of Appeals (2.1). | 2.10 | 2,457.00 |
| 12/25/22 | N. Scotten | Olson (NY): Work on opposition to motion for leave to appeal. | 2.00 | 1,700.00 |
| 12/25/22 | U. Bhatti | Bader (CA): Review decision and determine issues for petitions for rehearing and review. | 0.70 | 546.00 |
| 12/26/22 | N. Scotten | Olson (NY): Work on opposition to motion for leave to appeal. | 1.40 | 1,190.00 |
| 12/26/22 | G. Shaw | Olson (NY): Revise and edit draft response to Plaintiffs' motion for leave to appeal (2.8), communicate with Orrick team (.4), and perform associated research and analysis (1.2). | 4.40 | 3,256.00 |
| 12/26/22 | A. Barnard-Yanni | Bader (CA): Correspond with R. Loeb about recently released decision from the Court of Appeal. | 0.10 | 78.00 |
| 12/26/22 | R. Loeb | Olson (NY): Drafting, revisions and edits to opposition to review by the NY Court of Appeals (3.5), and related analysis of briefs and record (4.3). | 7.80 | 9,126.00 |
| 12/26/22 | U. Bhatti | Bader (CA): Review decision and determine issues for petitions for rehearing and review. | 1.20 | 936.00 |



| | | | | |
|---|---|---|---|---|
| LTL Management LLC - 14740 | | | | February 3, 2023 |
| page 3 | | | | Invoice No. 2074591LTL |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12/27/22 | A. Barnard-Yanni | Bader (CA): Draft analysis for R. Loeb regarding the court's decision re challenge to expert testimony on fibrous talc, focusing on how to frame arguments for a petition for review to the California Supreme Court. | 0.50 | 390.00 |
| 12/27/22 | J. Rosenkranz | Olson (NY): Edit opposition to leave motion. | 1.80 | 2,106.00 |
| 12/27/22 | G. Shaw | Olson (NY): Revise and edit draft response to Plaintiffs' motion for leave to appeal (2.1), perform quality control (1.6), and communicate with Orrick team (.5). | 4.20 | 3,108.00 |
| 12/27/22 | R. Loeb | Olson (NY): Drafting, revisions and edits to opposition to review by the NY Court of Appeals (3.1), related analysis of briefs and record (3.7), and related communications with Orrick team and co-counsel (.5). | 7.30 | 8,541.00 |
| 12/27/22 | R. Loeb | Bader (CA): Analysis of court ruling and related record materials, and related communications with Orrick team (2.6). | 2.60 | 3,042.00 |
| 12/27/22 | N. Scotten | Olson (NY): Work on opposition to motion for leave to appeal. | 2.70 | 2,295.00 |
| 12/27/22 | A. Gerrish | Olson (NY): Cite check and review record re opposition to motion for leave to appeal. | 4.80 | 1,680.00 |
| 12/27/22 | U. Bhatti | Bader (CA): Review decision and determine issues for petitions for rehearing and review. | 0.40 | 312.00 |
| 12/28/22 | R. Loeb | Olson (NY): Drafting, revisions and edits to opposition to review by the NY Court of Appeals (1.8), and related communications with Orrick team and co-counsel (.6). | 2.40 | 2,808.00 |
| 12/28/22 | R. Loeb | Bader (CA): Analysis of court ruling and related record materials, and related communications with Orrick team (5.3). Call with counsel for co-defendant (.9). Call with co-counsel re strategy for seeking further review (.7). | 6.90 | 8,073.00 |
| 12/28/22 | A. Barnard-Yanni | Bader (CA): Review R. Loeb's draft analysis on strategy regarding further review of the Court of Appeal's decision and flag further strategic considerations. | 0.10 | 78.00 |
| 12/28/22 | G. Shaw | Olson (NY): Revise draft response to motion for leave to appeal (1.5), perform associated record review and analysis (1.2), communicate with Orrick team (.3), and perform substantive cite check of draft brief (1.3). | 4.30 | 3,182.00 |



LTL Management LLC - 14740  
page 4

February 3, 2023  
Invoice No. 2074591LTL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12/28/22 | A. Gerrish | Olson (NY): Review redlines and cite check opposition to motion for leave to appeal. | 0.50 | 175.00 |
| 12/28/22 | U. Bhatti | Bader (CA): Review decision and determine issues for petitions for rehearing and review. | 0.70 | 546.00 |
| 12/28/22 | U. Bhatti | Bader (CA): Attend call with P. Johnson to discuss issues for petitions. | 0.50 | 390.00 |
| 12/29/22 | J. Rosenkranz | Bader (CA): Reread opinion (.5). | 0.50 | 585.00 |
| 12/29/22 | J. Rosenkranz | Bader (CA): Prepare for and attend meeting re post-appeal strategy. | 2.60 | 3,042.00 |
| 12/29/22 | G. Shaw | Olson (NY): Perform final QC on draft response to motion for leave to appeal (2.5) and coordinate with Orrick team and co-counsel for filing (1.3). | 3.80 | 2,812.00 |
| 12/29/22 | M. Hallums | Bader (CA): Call with R. Loeb re petition for rehearing in Bader (.5); read Bader Court of Appeal decision (.9). | 1.40 | 1,092.00 |
| 12/29/22 | R. Loeb | Olson (NY): Final edits to draft opposition, and related communications (.6). Communications re corporate disclosure statement, and related review of filings (.5). | 1.10 | 1,287.00 |
| 12/29/22 | R. Loeb | Bader (CA): Analysis of court ruling re fact misstatements and distortions (2.0), drafting responses and related analysis of record, MIL filings and briefs (2.7). | 4.70 | 5,499.00 |
| 12/29/22 | A. Gerrish | Olson (NY): Review tables and finalize opposition to motion for leave to appeal. | 2.30 | 805.00 |
| 12/29/22 | U. Bhatti | Bader (CA): Review and revise R. Loeb's notes in preparation for client call to discuss issues for petitions. | 2.70 | 2,106.00 |
| 12/29/22 | U. Bhatti | Bader (CA): Attend call with client to discuss issues for petitions. | 1.00 | 780.00 |
| 12/30/22 | M. Hallums | Bader (CA): Read briefs in Bader appeal (3.4); emails with team re petition for rehearing in Strobel case (.5); review prior petitions for rehearing (3.5). | 7.40 | 5,772.00 |
| 12/30/22 | R. Loeb | Bader (CA): Analysis of court ruling re fact misstatements and distortions (3.1), drafting responses and related analysis of record, MIL filings and briefs (4.3). Related communications with Orrick team and with co-counsel (.3). | 7.70 | 9,009.00 |
| 12/30/22 | R. Loeb | Olson (NY): Communications with Orrick team and co-counsel re supplemental affidavit filed by plaintiffs' counsel and re letter from court (.3). | 0.30 | 351.00 |



LTL Management LLC - 14740  
page 5

February 3, 2023  
Invoice No. 2074591LTL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12/30/22 | A. Gerrish | Bader (CA): Prepare template for Petition for Rehearing. | 0.30 | 105.00 |
| 12/30/22 | P. Kunkler | Strobel (CA): Review and analyze case file to identify petition for rehearing filed for attorney review. | 0.50 | 175.00 |
| 12/30/22 | U. Bhatti | Bader (CA): Review and revise list of factual errors by the appellate court to challenge. | 0.70 | 546.00 |
| 12/31/22 | R. Loeb | Bader (CA): Analysis of court ruling re fact misstatements and distortions (1.0), drafting responses and related analysis of record, MIL filings and briefs (2.7). Analysis of potential due process argument and related case law (3.4). | 7.10 | 8,307.00 |
| 12/31/22 | M. Hallums | Review team fact/issues memo re arguments to make in petition for rehearing in Bader appeal (2.1); draft petition for rehearing in Bader appeal (4.2). | 6.30 | 4,914.00 |
| 12/31/22 | U. Bhatti | Bader (CA): Review and revise list of factual errors by the appellate court to challenge. | 1.90 | 1,482.00 |
|  |  | *B190 – Other Contested Matters Total* | *135.60* | *125,480.00* |

**PHASE B100 – ADMINISTRATION TOTAL**     **135.60**     **125,480.00**

Total Hours 135.60  
Total For Services $125,480.00

| Task Code | Description | Hours | Billed Amount |
|---|---|---|---|
| **PHASE B100 – ADMINISTRATION** | | | |
| B190 | Other Contested Matters | 135.60 | 125,480.00 |
| **PHASE B100 – ADMINISTRATION TOTALS** | | **135.60** | **125,480.00** |
| | Totals | 135.60 | $125,480.00 |



LTL Management LLC - 14740  
page 6

February 3, 2023  
Invoice No. 2074591LTL

| **Timekeeper Summary** | Hours | Rate | Amount |
|---|---:|---:|---:|
| Robert Loeb | 54.70 | 1,170.00 | 63,999.00 |
| Joshua Rosenkranz | 4.90 | 1,170.00 | 5,733.00 |
| Naomi J. Scotten | 20.20 | 850.00 | 17,170.00 |
| Alyssa Barnard-Yanni | 0.70 | 780.00 | 546.00 |
| Upnit K. Bhatti | 11.90 | 780.00 | 9,282.00 |
| Melanie R. Hallums | 15.10 | 780.00 | 11,778.00 |
| Anne Savin | 0.60 | 780.00 | 468.00 |
| Geoffrey Shaw | 16.70 | 740.00 | 12,358.00 |
| Zachary Hennessee | 1.20 | 655.00 | 786.00 |
| Amy S. Gerrish | 9.10 | 350.00 | 3,185.00 |
| Patrick P. Kunkler | 0.50 | 350.00 | 175.00 |
| Total All Timekeepers | 135.60 | | $125,480.00 |

Disbursements  
    Outside Services                                                        77.74  
                   Total Disbursements                              $77.74

Disbursements:  
12/31/22    Outside Services    Vendor: CourtAlert.com, Inc; Invoice#: 280559-2212; Date: 12/31/2022  -  SH - payment of fees By: A. Savin    77.74

                             Disbursements Total                              $77.74

| | |
|---:|---:|
| **Total For This Matter** | **$125,557.74** |
| **Portion Billed to LTL Bankruptcy (J&J) 50%** | **(62,778.87)** |
| **Portion Owed by LTL 50%** | **$62,778.87** |
| **Holdback of Fees 20%** | **(12,548.00)** |
| **Amount Sought at this Time** | **$50,230.87** |