**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**MONTHLY FEE STATEMENT COVER SHEET FOR THE PERIOD**
**JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

| | | | |
|---|---|---|---|
| Debtor: | LTL Management LLC | Applicant: | Anderson Kill PC |
| Case No.: | 21-30589(MBK) | Client: | Official Comm of Talc Claimant |
| Chapter: | 11 | Case Filed: | October 14, 2021 |

**SECTION 1**
**FEE SUMMARY**

X   Monthly Fee Statement No. _9_ or   ☐ Final Fee Application

Summary of Amounts Requested for the Period from January 1, 2023 through January 31, 2023 (the "Ninth Statement Period")

| | |
|---|---|
| Total Fees: | $244,161.00 |
| Total Disbursements: | $      41.75 |
| Minus 20% holdback of Fees: | $ 48,832.20 |
| Amount Sought at this Time: | $195,370.55 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1.  Robert M. Horkovich, Managing Partner | 1980 | 87.00 | $1,245 | $108,315.00 |
| 2.  Mark Garbowski, Partner | 1988 | 43.00 | $950 | $40,850.00 |
| 3.  Mark D. Silverschotz | 1981 | 41.30 | $950 | $39,235.00 |
| 4.  Glenn F. Fields, Insurance Specialist | 34 | 35.70 | $520 | $18,564.00 |
| 5.  Izak Feldgreber, Insurance Specialist | 31 | 47.50 | $460 | $21,850.00 |
| 6.  Harris E. Gershman, Senior Paralegal | 34 | 23.40 | $430 | $10,062.00 |
| 7.  Arline H. Pelton, Senior Paralegal | 35 | 15.10 | $350 | $5,285.00 |

| | |
|---|---|
| Fee Totals: | $244,161.00 |
| Disbursements Totals: | $      41.75 |
| Total Fee Application | $244,202.75 |

## SECTION II SUMMARY
## OF SERVICES

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| a) | **Asset Analysis and Recovery:** <br> Identification and review of potential assets including causes of action and non-litigation recoveries. | 277.42 | $238,253.50 |
| b) | **Asset Disposition** <br> Sales, leases, abandonment and related transaction work. | | |
| c) | **Avoidance Action Litigation** <br> Preference and fraudulent transfer litigation. | | |
| d) | **Business Operations** <br> Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| e) | **Case Administration** <br> Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | | |
| f) | **Claims Administration and Objections** <br> Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | | |
| g) | **Employee Benefits/Pensions** <br> Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| h) | **Fee/Employment Applications** <br> Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 3.50 | $1,225.00 |
| i) | **Fee/Employment Objections** <br> Review of an objections to the employment and fee applications of others. | 12.10 | $4,682.50 |
| j) | **Financing** <br> Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | | |
| k) | **Litigation** <br> Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | | |
| l) | **Meetings of Creditors** <br> Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | | |
| m) | **Plan and Disclosure Statement** <br> Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | | |

docs-100572557.1

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| n) | **Relief from Stay Proceedings**<br>Matters relating to termination or continuation of automatic stay under 362. | | |
| o) | **Accounting/Auditing**<br>Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) | **Business Analysis**<br>Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) | **Corporate Finance**<br>Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r) | **Data Analysis**<br>Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | | |
| s) | **Litigation Consulting**<br>Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | | |
| t) | **Reconstruction Accounting**<br>Reconstructing books and records from past transactions and brining accounting current. | | |
| u) | **Tax Issues**<br>Analysis of tax issues and preparation of state and federal tax returns. | | |
| v) | **Valuation**<br>Appraise or review appraisals of assets. | | |
| w) | **Travel Time** | | |
| **SERVICE TOTALS:** | | **293.00** | **$244,161.00** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | | AMOUNT |
|---|---|---|
| a) | **Filing Fees**<br>Payable to Clerk of Court. | |
| b) | **Computer Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated. | $25.19 |
| c) | **Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | |
| d) | **Fax**<br>Include per page fee charged. | |

3

| | | |
|---|---|---|
| e) | **Case Specific Telephone/Conference Call Charges** <br> Exclusive of overhead charges. | |
| f) | **In-house Reproduction Services** <br> Exclusive of overhead charges. | |
| g) | **Outside Reproduction Services** <br> Including scanning services. | |
| h) | **Other Research** <br> Title searches, UCC searches, Asset searches, Accurint. | |
| i) | **Court Reporting** <br> Transcripts. | |
| j) | **Travel** <br> Mileage, tolls, airfare, parking. | |
| k) | **Courier & Express Carriers** <br> Overnight and personal delivery. | |
| l) | **Postage** | |
| m) | **Other (specify) – Database Hosting Fees** | $16.59 |
| | **DISBURSEMENTS TOTAL:** | **$41.75** |

I certify under penalty of perjury that the above is true.

Date: February 9, 2023                                        /s/ Robert M. Horkovich