**EXHIBIT "A"**

docs-100572558.1

## Anderson Kill P.C.

1251 Avenue of the Americas, New York, NY 10020
(212) 278-1000          EIN:13-2743351
E-Mail: Accounting@andersonkill.com

David J. Molton, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY  10036

| | |
|---|---|
| Invoice No. | 316141 |
| Invoice Date: | February 8, 2023 |
| Client Matter ID: | 106961.11636 |
| Billing Attorney: | Robert M Horkovich |

**Official Committee of Talc Claimants**

**LTL Management LLC**

| | |
|---|---|
| Professional Services: | $244,161.00 |
| Costs: | $41.75 |
| Total Current Invoice: | $244,202.75 |
| Outstanding Balance from Prior Invoices (see listing): | $312,824.74 |
| **Total Amount:** | **$557,027.49** |

**Anderson Kill P.C.**

1251 Avenue of the Americas, New York, NY 10020
(212) 278-1000          EIN:13-2743351
E-Mail: Accounting@andersonkill.com

February 8, 2023                                          Invoice No.    316141

**MATTER:** LTL Management LLC

<u>**INVOICE LIST**</u>

| INVOICE | DATE | INVOICE TOTAL |
|---------|------|---------------|
| 313902 | 07/14/22 | $32,621.08 |
| 314449 | 08/30/22 | $45,310.29 |
| 314705 | 09/15/22 | $36,960.29 |
| 314855 | 10/07/22 | $36,267.69 |
| 315289 | 11/09/22 | $23,639.50 |
| 315530 | 12/02/22 | $24,002.30 |
| 315845 | 01/12/23 | $114,023.59 |
| | | |
| **OUTSTANDING BALANCE FROM PRIOR INVOICES** | | **$312,824.74** |

## Anderson Kill P.C.

1251 Avenue of the Americas, New York, NY 10020
(212) 278-1000          EIN:13-2743351
E-Mail: Accounting@andersonkill.com

David J. Molton, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY  10036

| | |
|---|---|
| Billing Attorney | Robert M Horkovich |
| Invoice No. | 316141 |
| Invoice Date | February 8, 2023 |

**Client Matter #: 106961.11636**
**Official Committee of Talc Claimants**
**RE: LTL Management LLC**
**FOR PROFESSIONAL SERVICES RENDERED THROUGH January 31, 2023**

| Date | Professional | Hours | Task | Narrative | Amount |
|---|---|---|---|---|---|
| 01/03/23 | GFF | 1.80 | B120 | Analyze selected insurance policies re: coverage issues re: policy limits, erosion and defense outside of limits. | 936.00 |
| 01/03/23 | GFF | 1.60 | B120 | Review selected insurance policies re: coverage issues re: policy limits, erosion and defense outside of limits. | 832.00 |
| 01/03/23 | MG | 2.10 | B120 | Analyze insurance assets re discovery. | 1,995.00 |
| 01/03/23 | AHP | 1.20 | B160 | Draft 8th monthly fee application. | 420.00 |
| 01/03/23 | IF | 1.30 | B120 | Analyzed J&J excess policies re:  language on payment of legal fees. | 598.00 |
| 01/03/23 | IF | 1.20 | B120 | Reviewed insurance company successor information. | 552.00 |
| 01/03/23 | HEG | 1.30 | B120 | Research re insurance companies. | 559.00 |
| 01/03/23 | HEG | 1.10 | B120 | Additional review of newly received document production. | 473.00 |
| 01/03/23 | RMH | 1.40 | B120 | Review materials received to identify what has not been produced to support motion to compel. | 1,743.00 |
| 01/04/23 | RMH | 1.60 | B120 | Attend committee meeting. | 1,992.00 |
| 01/04/23 | RMH | 0.50 | B120 | Confer with Mike Winograd re insurance discovery outstanding. | 622.50 |
| 01/04/23 | RMH | 2.30 | B120 | Examine document productions to confirm same. | 2,863.50 |

| Date | Professional | Hours | Task | Narrative | Amount |
|------|-------------|-------|------|-----------|--------|
| 01/04/23 | HEG | 2.30 | B120 | Update motion to compel. | 989.00 |
| 01/04/23 | HEG | 1.40 | B120 | Research re insurance companies. | 602.00 |
| 01/04/23 | IF | 1.20 | B120 | Analyzed J&J excess policies regarding payment of legal fees. | 552.00 |
| 01/04/23 | IF | 0.80 | B120 | Reviewed insurance companies re:  successor information. | 368.00 |
| 01/04/23 | IF | 1.80 | B120 | Reviewed and updated list of non-estimation items we still need to receive. | 828.00 |
| 01/04/23 | GFF | 0.70 | B120 | Review selected insurance policies re: coverage issues re: policy limits, erosion and defense outside of limits. | 364.00 |
| 01/04/23 | GFF | 0.60 | B120 | Analyze selected insurance policies re: coverage issues re: policy limits, erosion and defense outside of limits. | 312.00 |
| 01/04/23 | MG | 3.70 | B120 | Analyze discovery re insurance assets. | 3,515.00 |
| 01/04/23 | MDS | 1.00 | B120 | Analyze new case law re extension of automatic stay. | 950.00 |
| 01/05/23 | GFF | 0.80 | B120 | Analyze selected insurance policies re: coverage issues re: policy limits, erosion and defense outside of limits. | 416.00 |
| 01/05/23 | GFF | 0.90 | B120 | Review selected insurance policies re: coverage issues re: policy limits, erosion and defense outside of limits. | 468.00 |
| 01/05/23 | IF | 1.30 | B120 | Analyzed J&J excess policies re:  provisions for payments of legal fees. | 598.00 |
| 01/05/23 | RMH | 2.20 | B120 | Identify and itemize outstanding insurance discovery refused or not provided. | 2,739.00 |
| 01/05/23 | HEG | 1.20 | B120 | Research re insurance companies. | 516.00 |
| 01/05/23 | HEG | 1.20 | B120 | Update motion to compel. | 516.00 |
| 01/06/23 | RMH | 2.20 | B120 | Work on motion to compel. | 2,739.00 |

| Date | Professional | Hours | Task | Narrative | Amount |
|------|--------------|-------|------|-----------|--------|
| 01/06/23 | IF | 1.40 | B120 | Analyzed J&J excess policies re:  language on reimbursement of legal fees. | 644.00 |
| 01/06/23 | MDS | 0.60 | B120 | Review of potential insurance company objections to possible alternative plan. | 570.00 |
| 01/09/23 | MDS | 4.00 | B120 | Analysis of potential insurance company objections to possible alternative plan. | 3,800.00 |
| 01/09/23 | IF | 1.10 | B120 | Reviewed insurance company successor information. | 506.00 |
| 01/09/23 | IF | 1.30 | B120 | Analyzed J&J excess insurance policies re: provisions on defense obligations. | 598.00 |
| 01/09/23 | AHP | 0.10 | B170 | Review Fee Examiner memorandum for 3rd interim fee application. | 35.00 |
| 01/09/23 | AHP | 0.80 | B170 | Review preliminary report with exhibits for 3rd interim fee application. | 280.00 |
| 01/09/23 | AHP | 0.10 | B170 | Emails to confirm vendor fee and obtain backup. | 35.00 |
| 01/09/23 | AHP | 2.60 | B170 | Begin drafting response to Fee Examiner preliminary report for 3rd interim fee application. | 910.00 |
| 01/09/23 | AHP | 0.30 | B170 | Emails to all timekeepers to request missing information for their entries. | 105.00 |
| 01/09/23 | RMH | 0.50 | B120 | Confer with Mike Winograd re meet and confer with LTL. | 622.50 |
| 01/09/23 | RMH | 2.80 | B120 | Review documents in preparation for meet and confer with LTL re discovery. | 3,486.00 |
| 01/10/23 | HEG | 1.20 | B120 | Assist with responses to recent document requests. | 516.00 |
| 01/10/23 | AHP | 3.20 | B170 | Continue preparing response to Fee Examiner for 3rd interim fee application. | 1,120.00 |
| 01/10/23 | RMH | 0.80 | B120 | Address issues re discovery raised in LTL counsel correspondence. | 996.00 |
| 01/10/23 | RMH | 1.20 | B120 | Respond to LTL counsel re missing discovery. | 1,494.00 |
| 01/10/23 | MG | 2.40 | B120 | Analyze insurance assets. | 2,280.00 |

| Date | Professional | Hours | Task | Narrative | Amount |
|------|--------------|-------|------|-----------|--------|
| 01/10/23 | GFF | 1.40 | B120 | Review selected insurance policies re: coverage issues re: policy limits, erosion and defense outside of limits. | 728.00 |
| 01/10/23 | GFF | 1.80 | B120 | Analyze selected insurance policies re: coverage issues re: policy limits, erosion and defense outside of limits. | 936.00 |
| 01/10/23 | MDS | 3.90 | B120 | Analysis of potential insurance company objections to alternative plan. | 3,705.00 |
| 01/10/23 | IF | 1.10 | B120 | Continued to review J&J excess policies re: provisions dealing with legal fees. | 506.00 |
| 01/11/23 | MDS | 3.60 | B120 | Review of potential insurance company objections to alternative plan. | 3,420.00 |
| 01/11/23 | IF | 1.20 | B120 | Analyzed J&J excess policies re:  language on payment of defense fees. | 552.00 |
| 01/11/23 | HEG | 1.20 | B120 | Research re contemporary insurance company name. | 516.00 |
| 01/11/23 | AHP | 1.30 | B170 | Continue drafting response to Fee Examiner for 3rd interim fee application. | 455.00 |
| 01/11/23 | RMH | 1.40 | B120 | Attend committee member and counsel meeting. | 1,743.00 |
| 01/11/23 | RMH | 4.60 | B120 | Review of document productions to prepare for meet and confer with Debtor re document production deficiencies. | 5,727.00 |
| 01/11/23 | GFF | 1.30 | B120 | Analyze selected insurance policies re: coverage issues re: policy limits, erosion and defense outside of limits. | 676.00 |
| 01/11/23 | GFF | 1.60 | B120 | Review selected insurance policies re: coverage issues re: policy limits, erosion and defense outside of limits. | 832.00 |
| 01/12/23 | HEG | 3.20 | B120 | Assist with LTL Meet and Confer preparation. | 1,376.00 |
| 01/12/23 | AHP | 0.90 | B170 | Continue incorporating timekeeper revised entries into response to Fee Examiner for 3rd Interim Fee Application. | 315.00 |
| 01/12/23 | AHP | 1.20 | B160 | Revisions to new invoice for 8th monthly fee application. | 420.00 |
| 01/12/23 | RMH | 0.80 | B120 | Meet and confer with debtor re discovery needed. | 996.00 |

| Date | Professional | Hours | Task | Narrative | Amount |
|------|-------------|-------|------|-----------|--------|
| 01/12/23 | RMH | 0.50 | B120 | Confer with co-counsel Mike Winograd re same. | 622.50 |
| 01/12/23 | RMH | 5.80 | B120 | Prepare for meet and confer with debtor by going through document productions and identifying deficiencies. | 7,221.00 |
| 01/12/23 | IF | 1.30 | B120 | Analyzed J&J excess policies re:  language on defense obligations. | 598.00 |
| 01/12/23 | IF | 1.10 | B120 | Reviewed insurance company information re: successors. | 506.00 |
| 01/12/23 | MG | 2.10 | B120 | Analyze insurance assets. | 1,995.00 |
| 01/12/23 | MDS | 5.20 | B120 | Analyze potential insurance company objections to potential LTL alternative plan. | 4,940.00 |
| 01/13/23 | MDS | 1.40 | B120 | Review of potential insurance company objections to potential LTL alternative plan. | 1,330.00 |
| 01/13/23 | AHP | 0.80 | B170 | Continue finalizing 1st draft of 8th monthly fee application. | 280.00 |
| 01/13/23 | RMH | 0.10 | B120 | Confer with co-counsel Mike Winograd in preparation for meet and confer. | 124.50 |
| 01/13/23 | RMH | 4.30 | B120 | Respond to LTL correspondence re production. | 5,353.50 |
| 01/13/23 | IF | 1.10 | B120 | Analyzed J&J excess insurance policies regarding loss payable language. | 506.00 |
| 01/13/23 | IF | 1.20 | B120 | Analyzed J&J excess policies re:  language on payment of defense obligations. | 552.00 |
| 01/13/23 | IF | 1.10 | B120 | Reviewed documents for Middlesex insurance policy extension to 2019. | 506.00 |
| 01/13/23 | IF | 1.20 | B120 | Analyzed J&J excess policies re:  provisions dealing with payment of legal fees. | 552.00 |
| 01/13/23 | MG | 2.20 | B120 | Analyze insurance assets. | 2,090.00 |
| 01/16/23 | MDS | 2.10 | B120 | Analyze potential insurance company objections to potential LTL alternative plan. | 1,995.00 |
| 01/16/23 | MG | 1.70 | B120 | Analyze insurance assets. | 1,615.00 |

| Date | Professional | Hours | Task | Narrative | Amount |
|------|--------------|-------|------|-----------|--------|
| 01/16/23 | AHP | 0.50 | B170 | Finalize response to Fee Examiner's preliminary report on Anderson Kill's 3rd Interim Fee Application. | 175.00 |
| 01/17/23 | RMH | 3.30 | B120 | Review discovery provided by LTL against discovery deficiencies. | 4,108.50 |
| 01/17/23 | HEG | 1.60 | B120 | Research re J&J captive insurance. | 688.00 |
| 01/17/23 | MDS | 5.70 | B120 | Analyze potential insurance company objections to potential LTL alternative plan. | 5,415.00 |
| 01/17/23 | IF | 0.90 | B120 | Reviewed policy documents re:  Middlesex coverage. | 414.00 |
| 01/17/23 | IF | 0.80 | B120 | Reviewed information Industrial Indemnity Company. | 368.00 |
| 01/17/23 | IF | 1.10 | B120 | Analyzed J&J excess policies re:  language related to defense costs. | 506.00 |
| 01/17/23 | IF | 1.20 | B120 | Analyzed umbrella insurance policies re:  loss payable language. | 552.00 |
| 01/17/23 | GFF | 1.60 | B120 | Analyze selected insurance policies re: coverage issues re: policy limits, erosion and defense outside of limits. | 832.00 |
| 01/17/23 | GFF | 0.30 | B120 | Review selected insurance policies re: coverage issues re: policy limits, erosion and defense outside of limits. | 156.00 |
| 01/17/23 | AHP | 0.40 | B160 | Prepare LEDES, Excel and PDF files for circulation. | 140.00 |
| 01/17/23 | AHP | 0.30 | B160 | Finalize 8th monthly fee application for filing. | 105.00 |
| 01/17/23 | MG | 2.30 | B120 | Analyze insurance assets. | 2,185.00 |
| 01/18/23 | HEG | 3.80 | B120 | Researched post-1997 coverage issues. | 1,634.00 |
| 01/18/23 | MDS | 4.60 | B120 | Prepare analysis of potential insurance company objections to potential LTL alternative plan. | 4,370.00 |
| 01/18/23 | IF | 2.60 | B120 | Analyzed J&J insurance policies re:  Exhaustion Language. | 1,196.00 |

| Date | Professional | Hours | Task | Narrative | Amount |
|------|-------------|-------|------|-----------|--------|
| 01/18/23 | IF | 1.20 | B120 | Analyzed J&J excess policies re: provisions dealing with payment of defense fees. | 552.00 |
| 01/18/23 | GFF | 1.40 | B120 | Review selected insurance policies re: coverage issues re: policy limits, erosion and defense outside of limits. | 728.00 |
| 01/18/23 | GFF | 2.80 | B120 | Analyze selected insurance policies re: coverage issues re: policy limits, erosion and defense outside of limits. | 1,456.00 |
| 01/18/23 | MG | 2.20 | B120 | Analyze insurance assets. | 2,090.00 |
| 01/18/23 | RMH | 0.80 | B120 | Attend hearing before Judge Kaplan. | 996.00 |
| 01/18/23 | RMH | 0.50 | B120 | Conference with co-counsel. | 622.50 |
| 01/18/23 | RMH | 0.80 | B120 | Conference with committee. | 996.00 |
| 01/18/23 | RMH | 0.50 | B120 | Confer with David Molton and Mike Winograd re significant discovery findings. | 622.50 |
| 01/18/23 | RMH | 5.40 | B120 | Review evidence submitted in support of a presentation to Mr. Feinberg regarding estimation. | 6,723.00 |
| 01/19/23 | RMH | 3.40 | B120 | Review new discovery provided to determine deficiencies. | 4,233.00 |
| 01/19/23 | MDS | 4.40 | B120 | Continue to prepare analysis of potential insurance company objections to potential LTL alternative plan. | 4,180.00 |
| 01/19/23 | IF | 1.60 | B120 | Reviewed J&J umbrella policies re: exhaustion language. | 736.00 |
| 01/19/23 | IF | 1.30 | B120 | Analyzed J&J excess policies re: language on payment of defense costs. | 598.00 |
| 01/19/23 | GFF | 1.10 | B120 | Review selected insurance policies re: coverage issues re: policy limits, erosion and defense outside of limits. | 572.00 |
| 01/19/23 | GFF | 0.70 | B120 | Analyze selected insurance policies re: coverage issues re: policy limits, erosion and defense outside of limits. | 364.00 |
| 01/19/23 | AHP | 0.80 | B170 | Prepare draft budget and staffing plan for future interim period. | 280.00 |

| Date | Professional | Hours | Task | Narrative | Amount |
|---|---|---|---|---|---|
| 01/19/23 | AHP | 0.40 | B160 | Revisions to budget and staffing plan for future interim period. | 140.00 |
| 01/19/23 | MG | 2.80 | B120 | Analyze insurance assets. | 2,660.00 |
| 01/19/23 | RMH | 0.20 | B120 | Confer with co-counsel Melanie Cyzanski regarding significant discovery findings. | 249.00 |
| 01/20/23 | MDS | 0.40 | B120 | Revisions to analysis of potential insurance company objections to potential LTL alternative plan. | 380.00 |
| 01/20/23 | IF | 1.40 | B120 | Analyzed J&J excess insurance policies re: language on defense obligations. | 644.00 |
| 01/20/23 | RMH | 0.90 | B120 | Attend committee conference. | 1,120.50 |
| 01/20/23 | RMH | 3.90 | B120 | Analyze J&J coverage under post-1985 coverage. | 4,855.50 |
| 01/20/23 | MG | 2.70 | B120 | Analyze insurance assets. | 2,565.00 |
| 01/23/23 | MDS | 0.10 | B120 | Revisions to analysis of potential insurance company objections to potential LTL alternative plan. | 95.00 |
| 01/23/23 | IF | 1.10 | B120 | Analyzed J&J excess insurance policies re: language on payment of defense obligations. | 506.00 |
| 01/23/23 | MG | 2.10 | B120 | Analyze issues re post-1986 insurance assets. | 1,995.00 |
| 01/23/23 | RMH | 1.20 | B120 | Identify insurance material produced by LTL impacting estimation. | 1,494.00 |
| 01/24/23 | MDS | 0.40 | B120 | Revisions to analysis of potential insurance company objections to potential LTL alternative plan. | 380.00 |
| 01/24/23 | GFF | 2.70 | B120 | Analyze selected insurance policies re: coverage issues re: policy limits, erosion and defense outside of limits. | 1,404.00 |
| 01/24/23 | GFF | 0.60 | B120 | Review selected insurance policies re: coverage issues re: policy limits, erosion and defense outside of limits. | 312.00 |
| 01/24/23 | IF | 1.30 | B120 | Analyzed J&J excess policies re:  provisions on payment of legal fees. | 598.00 |

| Date | Professional | Hours | Task | Narrative | Amount |
|------|-------------|-------|------|-----------|--------|
| 01/24/23 | MG | 2.30 | B120 | Analyze issues re post-1986 insurance assets. | 2,185.00 |
| 01/24/23 | RMH | 3.80 | B120 | Identify material impacting estimation in the LTL production. | 4,731.00 |
| 01/25/23 | GFF | 1.80 | B120 | Analyze selected insurance policies re: coverage issues re: policy limits, erosion and defense outside of limits. | 936.00 |
| 01/25/23 | GFF | 1.10 | B120 | Review selected insurance policies re: coverage issues re: policy limits, erosion and defense outside of limits. | 572.00 |
| 01/25/23 | IF | 1.20 | B120 | Analyzed J&J excess policies re:  Exhaustion Language. | 552.00 |
| 01/25/23 | IF | 0.60 | B120 | Reviewed insurance policy information re: Travelers/Aetna limits. | 276.00 |
| 01/25/23 | IF | 0.90 | B120 | Analyzed J&J insurance policies re:  provisions related to payment of legal fees. | 414.00 |
| 01/25/23 | RMH | 0.80 | B120 | Attend counsel meeting. | 996.00 |
| 01/25/23 | RMH | 1.20 | B120 | Attend committee member meeting. | 1,494.00 |
| 01/25/23 | RMH | 3.20 | B120 | Identify insurance material produced by LTL impacting estimation. | 3,984.00 |
| 01/26/23 | HEG | 1.40 | B120 | Research re insurance company policy "limit issues.". | 602.00 |
| 01/26/23 | GFF | 1.30 | B120 | Review selected insurance policies re: coverage issues re: policy limits, erosion and defense outside of limits. | 676.00 |
| 01/26/23 | GFF | 1.90 | B120 | Analyze selected insurance policies re: coverage issues re: policy limits, erosion and defense outside of limits. | 988.00 |
| 01/26/23 | IF | 0.70 | B120 | Reviewed J&J insurance policies regarding notice after 1997. | 322.00 |
| 01/26/23 | IF | 0.90 | B120 | Analyzed J&J umbrella-excess insurance policies re:  exhuastion language. | 414.00 |
| 01/26/23 | IF | 0.80 | B120 | Analyzed J&J umbrella and excess policies re: Loss Payable Clause. | 368.00 |

| Date | Professional | Hours | Task | Narrative | Amount |
|------|-------------|-------|------|-----------|--------|
| 01/26/23 | IF | 0.70 | B120 | Analyzed J&J excess policies re:  language on payment of legal fees. | 322.00 |
| 01/26/23 | MG | 2.80 | B120 | Analyze exhaustion issues re insurance assets. | 2,660.00 |
| 01/26/23 | RMH | 4.80 | B120 | Draft correspondence to Ken Feinberg regarding material produced by LTL impacting estimation. | 5,976.00 |
| 01/26/23 | RMH | 3.20 | B120 | Work on identifying deficiencies in debtor's document production. | 3,984.00 |
| 01/27/23 | MDS | 0.20 | B120 | Revisions to analysis of potential insurance company objections to potential LTL alternative plan. | 190.00 |
| 01/27/23 | AHP | 0.20 | B170 | Zoom conference with R. Keach and R. Horkovich re prior interim period. | 70.00 |
| 01/27/23 | IF | 0.90 | B120 | Reviewed J&J insurance documents re:  J&J Notice to Middlesex. | 414.00 |
| 01/27/23 | IF | 1.40 | B120 | Analyzed J&J insurance policies re:  language on payment of law costs. | 644.00 |
| 01/27/23 | MG | 2.70 | B120 | Analyze exhaustion issues re insurance assets. | 2,565.00 |
| 01/27/23 | RMH | 0.20 | B170 | Zoom conference with Fee Examiner. | 249.00 |
| 01/27/23 | RMH | 0.30 | B170 | Prepare for call with fee examiner. | 373.50 |
| 01/27/23 | RMH | 5.30 | B120 | Draft correspondence to LTL counsel re material still not produced. | 6,598.50 |
| 01/30/23 | MG | 3.10 | B120 | Analyze issues re claims under post-1986 insurance assets. | 2,945.00 |
| 01/30/23 | MDS | 2.70 | B120 | Further analysis of potential insurance company objections to potential LTL alternative plan. | 2,565.00 |
| 01/30/23 | IF | 1.30 | B120 | Analyzed excess insurance policies re: language on payment of underlying costs. | 598.00 |
| 01/30/23 | IF | 1.10 | B120 | Analyzed excess insurance policies regarding exhaustion language. | 506.00 |
| 01/30/23 | GFF | 1.90 | B120 | Review selected insurance policies re: coverage issues re: policy limits, erosion and defense outside of limits. | 988.00 |

| Date | Professional | Hours | Task | Narrative | Amount |
|------|--------------|-------|------|-----------|--------|
| 01/30/23 | GFF | 0.40 | B120 | Analyze selected insurance policies re: coverage issues re: policy limits, erosion and defense outside of limits. | 208.00 |
| 01/30/23 | HEG | 0.90 | B120 | Review of 3rd Circuit decision. | 387.00 |
| 01/30/23 | HEG | 1.60 | B120 | Research re talc claim submission. | 688.00 |
| 01/30/23 | RMH | 0.40 | B120 | Confer with co-counsel re missing material. | 498.00 |
| 01/30/23 | RMH | 2.40 | B120 | Analyze  3rd Circuit decision. | 2,988.00 |
| 01/30/23 | RMH | 3.30 | B120 | Analyze 3rd Circuit decision impact on insurance case and NJ action. | 4,108.50 |
| 01/30/23 | MG | 1.40 | B120 | Analyze Third Circuit decision dismissing case. | 1,330.00 |
| 01/30/23 | MG | 2.10 | B120 | Analyze insurance issues re Third Circuit decision dismissing case. | 1,995.00 |
| 01/31/23 | MDS | 1.00 | B120 | Review analysis of potential insurance company objections to potential LTL alternative plan. | 950.00 |
| 01/31/23 | IF | 1.20 | B120 | Analyzed J&J excess policies re:  provisions dealing with payment of law costs. | 552.00 |
| 01/31/23 | IF | 0.60 | B120 | Analyzed J&J excess insurance policies re: exhaustion language. | 276.00 |
| 01/31/23 | GFF | 2.20 | B120 | Analyze selected insurance policies re: coverage issues re: policy limits, erosion and defense outside of limits. | 1,144.00 |
| 01/31/23 | GFF | 1.40 | B120 | Review selected insurance policies re: coverage issues re: policy limits, erosion and defense outside of limits. | 728.00 |
| 01/31/23 | RMH | 4.20 | B120 | Follow up and coordination with co-counsel regarding consequences of Third Circuit dismissal of bankruptcy. | 5,229.00 |
| 01/31/23 | MG | 2.30 | B120 | Analyze insurance issues re Third Circuit decision dismissing case. | 2,185.00 |

**Total Fees:**    **$244,161.00**

## SUMMARY OF PROFESSIONAL SERVICES

| PROFESSIONAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Robert M Horkovich | 87.00 | 1,245.00 | 108,315.00 |
| Mark Garbowski | 43.00 | 950.00 | 40,850.00 |
| Mark D Silverschotz | 41.30 | 950.00 | 39,235.00 |
| Glenn F Fields | 35.70 | 520.00 | 18,564.00 |
| Izak Feldgreber | 47.50 | 460.00 | 21,850.00 |
| Harris E Gershman | 23.40 | 430.00 | 10,062.00 |
| Arline H Pelton | 15.10 | 350.00 | 5,285.00 |
| | **293.00** | | **$244,161.00** |

## SUMMARY OF SERVICES BY ACTIVITY

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| **ACTIVITY CODE B120  ASSET ANALYSIS & RECOVERY** | | | |
| Horkovich, Robert M | 86.50 | 1,245.00 | $107,692.50 |
| Garbowski, Mark | 43.00 | 950.00 | $40,850.00 |
| Silverschotz, Mark D | 41.30 | 950.00 | $39,235.00 |
| Fields, Glenn F | 35.70 | 520.00 | $18,564.00 |
| Feldgreber, Izak | 47.50 | 460.00 | $21,850.00 |
| Gershman, Harris E | 23.40 | 430.00 | $10,062.00 |
| | **277.40** | | **$238,253.50** |
| **ACTIVITY CODE B160  FEE/EMPLOYMENT APPLICATIONS** | | | |
| Pelton, Arline H | 3.50 | 350.00 | $1,225.00 |
| | **3.50** | | **$1,225.00** |
| **ACTIVITY CODE B170  FEE/EMPLOYMENT OBJECTIONS** | | | |
| Horkovich, Robert M | 0.50 | 1,245.00 | $622.50 |
| Pelton, Arline H | 11.60 | 350.00 | $4,060.00 |
| | **12.10** | | **$4,682.50** |

**DISBURSEMENTS**

| 01/01/2023 | CD | Vendor: THOMSON REUTERS - WEST  1000509141; Invoice#: 847578652; Date: 1/1/2023 - DEC WESTLAW RESEARCH | 7.51 |
|---|---|---|---|
| 01/01/2023 | CD | Vendor: THOMSON REUTERS - WEST  1000509141; Invoice#: 847578652; Date: 1/1/2023 - DEC WESTLAW RESEARCH | 17.68 |
| 01/24/2023 | MR | Vendor: NUIX NORTH AMERICA INC; Invoice#: INUS08370; Date: 1/24/2023 - DEC DATABASE HOSTING FEES | 16.56 |

**Sub-Total Disbursements:**        **$41.75**

**SUMMARY OF DISBURSEMENT BY TYPE**

| TYPE | WORK DESCRIPTION | AMOUNT |
|---|---|---|
| PS | Professional Services –Database Hosting Fee | $16.56 |
| WESTLB | Library & Legal Research Westlaw | $25.19 |

**TOTAL CURRENT BILLING:**        **$244,202.75**

# Anderson Kill P.C.

1251 Avenue of the Americas, New York, NY 10020
(212) 278-1000        EIN:13-2743351
E-Mail: Accounting@andersonkill.com

David J. Molton, Esq.                                MATTER:      106961. 11636
Brown Rudnick LLP                                INVOICE:      316141
Seven Times Square
New York, NY  10036

February 8, 2023

Official Committee of Talc Claimants

MATTER: LTL Management LLC

### R E M I T T A N C E   C O P Y

| | |
|---|---|
| Professional Services | $244,161.00 |
| Costs: | $41.75 |
| Total Current Invoice: | $244,202.75 |
| Outstanding Amount From Prior Invoices: | $312,824.74 |
| **TOTAL AMOUNT DUE:** | **$557,027.49** |

PLEASE SEND YOUR REMITTANCE TO US AT:          OR, IF MORE CONVENIENT, YOU MAY WIRE THE FUNDS TO

Anderson Kill P.C.                              BANK: WELLS FARGO BANK, N.A.
1251 Avenue of the Americas                    ABA NUMBER FOR WIRES: ▮▮▮▮
New York, NY 10020                             ABA NUMBER FOR ACHs: ▮▮▮▮
                                               CREDIT TO: ANDERSON KILL P.C.
                                               OPERATING ACCOUNT
                                               ACCOUNT NUMBER: ▮▮▮▮

KINDLY INDICATE:
        CLIENT NUMBER:        106961
        INVOICE NUMBER:       316141
        YOUR FIRM NAME:       Official Committee of Talc Claimants

**THIS INVOICE IS PAYABLE UPON RECEIPT**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE**