**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 21-30589 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |
| LTL MANAGEMENT LLC, | |
| Plaintiff, | |
| v. | Adv. No. 22-1393 (MBK) |
| JACQUELINE MIRIAM MOLINE, | |
| Defendant. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON FEBRUARY 14, 2023 AT 10:00 A.M.**

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

*Parties are directed to https://www.njb.uscourts.gov/LTL
for appearing via Zoom or in-person, or observing via Zoom*

**STATUS CONFERENCE**

**Pursuant to the Court's January 31, 2023 order, a status conference is going forward.**

**CONTESTED MATTERS NOT GOING FORWARD IN THE BASE CASE**

1. The Official Committee of Tort Claimants' Motion to Compel [Dkt. 3336] (the "Motion to Compel").

   **Status:  This matter was previously heard at the December 20, 2022 hearing.  As a result of continuing discussions between the Official Committee of Tort Claimants and the Debtor, the insurance discovery requests in the Motion to Compel have been largely resolved.  The remainder of the Motion to Compel has been adjourned to March 20, 2023.**

2. Debtor's Motion for an Order Directing Plaintiff Law Firms to Disclose Third-Party Funding Arrangements [Dkt. 3551].

   **Status:  This matter has been adjourned to March 20, 2023.**

**MATTER NOT GOING FORWARD IN THE MOLINE ADVERSARY**

3. Plaintiff's Motion for Limited Expedited Discovery [Adv. Dkt. 9].

   **Status:  This matter has been adjourned to March 20, 2023.**

**CONTESTED MATTER GOING FORWARD**

4. Motion of the Official Committee of Talc Claimants for Order Confirming Procedures for the Reimbursement of Expenses Incurred by Committee Member Representatives [Dkt. 3111] (the "Reimbursement Motion").

   **Status:  The Debtor and the Official Talc Claimants Committee have resolved the Debtor's objection.  This matter is going forward solely with respect to the United States Trustee's objection.**

   Objection Deadline:  December 6, 2022, by agreement.

   Related Documents:

   A. Determination of Adjournment Request Granted [Dkt. 3150].

   B. Determination of Adjournment Request Granted [Dkt. 3260].

   C. Maune Raichle Hartley French & Mudd, LLC's Response to Debtor's Objection to the Reimbursement Motion [Dkt. 3452].

  D. Correspondence to the Court from the Official Committee of Talc Claimants, dated December 8, 2022 [Dkt. 3454].

  E. Kimberly Naranjo's Response to the Debtor's Objection to the Reimbursement Motion [Dkt. 3468].

  F. The Official Committee of Talc Claimants Reply in Support of the Reimbursement Motion [Dkt. 3504].

  G. Determination of Adjournment Request Granted [Dkt. 3510].

Objections Received:

  H. United States Trustee's Objection to the Reimbursement Motion [Dkt. 3254].

  I. Debtor's Objection to the Reimbursement Motion [Dkt. 3445].

5. Memorandum of Law in Support of Supplemental Filing by Movant Anthony Hernandez Valadez in Support of His Motion for an Order Granting Relief From the Automatic Stay and Preliminary Injunction, Filed on May 24, 2022, and Status Report [Dkt. 3698] (the "Valadez Stay Motion").

 **Status:  This matter is going forward.**

 Objection Deadline:  At hearing, pursuant to the Order Granting Application to Shorten Time.

 Related Documents:

  A. Motion by Movant Anthony Hernandez Valadez for an Order Granting Relief From the Preliminary Injunction to Allow Him to File His Asbestos Personal-Injury Action in California State Court, or, in the Alternative, (II) Conduct Discovery, and (III) Waiving the Fourteen Day Stay Under Federal Rule of Bankruptcy Procedure 4001(a)(3) [Dkt. 2348].

  B. Maune Raichle Hartley French & Mudd LLC's Joinder in Support of Motions by Anthony Hernandez Valdez and Audra Johnson for an Order Granting Relief from the Preliminary Injunction [Dkts. 2466, 2484].

  C. Movant's Reply to Debtor's Objection to His Motion for an Order Granting Relief from the Preliminary Injunction or, in the Alternative, Conduct Discovery, and Waiving the Fourteen Day Stay Under Federal Rule of Bankruptcy Procedure 4001(a)(3) [Dkt. 2469].

  D. Order Granting Limited Relief from the Automatic Stay [Dkt. 2836].

  E. Letter to Court from Counsel to Movant Anthony Hernandez Valadez [Dkt. 2979].

F.     Claimant Anthony Hernandez Valadez's Status Update [Dkt. 3489].

G.     Application to Shorten Time [Dkt. 3699].

H.     Order Granting Application to Shorten Time [Dkt. 3703].

Objections Received:

I.     Debtor's Omnibus Objection to Anthony Hernandez Valadez's and Audra Johnson's Motions Seeking Relief from the Preliminary Injunction and Certain Related Relief [Dkt. 2429].

Dated: February 10, 2023

**WOLLMUTH MAHER & DEUTSCH LLP**

*/s/ Paul R. DeFilippo*
Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
Joseph F. Pacelli, Esq. (*pro hac vice*)
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com
jlawlor@wmd-law.com
jpacelli@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*