# Exhibit "B"

64963971 v1

brownrudnick

| | | Invoice | 6954589 |
|---|---|---|---|
| LTL MANAGEMENT (JOHNSON AND JOHNSON)-THE OFFICIAL COMMITTEE OF TALC TORT VICTIMS | | Date | Feb 10, 2023 |
| C/O DAVID J. MOLTON | | Client | 037381 |
| BROWN RUDNICK LLP | | | |
| SEVEN TIMES SQUARE | | | |
| NEW YORK, NY 10036 | | | |

RE: COSTS

## I N V O I C E

For professional services rendered in connection with the above captioned matter through January 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 037381.0001 | COSTS | 0.00 | 11,255.21 | 11,255.21 |
| | **Total** | **0.00** | **11,255.21** | **11,255.21** |

| | |
|---|---|
| Total Current Fees | $0.00 |
| Total Current Costs | $11,255.21 |
| **Total Invoice** | **$11,255.21** |




LTL MANAGEMENT (JOHNSON AND JOHNSON)-THE OFFICIAL COMMITTEE    Invoice 6954589
RE: COSTS    Page 2
February 10, 2023

## COST DETAIL

| Date | Description | Value |
|---|---|---|
| 12/14/22 | TRAVEL AGENT FEE - 11/29/22; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-D22; DATE: 12/14/2022 | 30.00 |
| 12/14/22 | TRAVEL AGENT FEE - 11/15/22; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-D22; DATE: 12/14/2022 | 30.00 |
| 12/14/22 | AIRFARE - 11/15/22; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-D22; DATE: 12/14/2022 | 417.21 |
| 12/14/22 | TRAVEL AGENT FEE - 11/16/22; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-D22; DATE: 12/14/2022 | 30.00 |
| 12/14/22 | AIRFARE - 11/18/22; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-D22; DATE: 12/14/2022 | 675.92 |
| 12/14/22 | TRAVEL AGENT FEE - 11/18/22; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-D22; DATE: 12/14/2022 | 30.00 |
| 01/01/23 | PACER | 1.10 |
| 01/01/23 | PACER | 56.80 |
| 01/01/23 | PACER | 96.90 |
| 01/01/23 | PACER | 6.50 |
| 01/01/23 | EDISCOVERY HOSTING | 150.00 |
| 01/01/23 | EDISCOVERY HOSTING | 91.00 |
| 01/03/23 | COPIES | 11.90 |
| 01/03/23 | COPIES | 0.90 |
| 01/03/23 | COPIES | 1.10 |
| 01/03/23 | COPIES | 0.10 |
| 01/03/23 | COPIES | 1.20 |
| 01/03/23 | COPIES | 0.20 |
| 01/03/23 | COPIES | 1.00 |
| 01/03/23 | COPIES | 0.50 |
| 01/03/23 | COPIES | 0.30 |
| 01/03/23 | COPIES | 2.60 |
| 01/03/23 | COPIES | 8.90 |
| 01/03/23 | COPIES | 0.10 |
| 01/03/23 | COPIES | 0.10 |
| 01/03/23 | COPIES | 7.00 |
| 01/03/23 | COPIES | 0.20 |
| 01/03/23 | COPIES | 1.70 |
| 01/03/23 | COPIES | 0.20 |
| 01/03/23 | COPIES | 2.70 |
| 01/03/23 | COPIES | 1.30 |



LTL MANAGEMENT (JOHNSON AND JOHNSON)-THE OFFICIAL COMMITTEE    Invoice 6954589
RE: COSTS    Page 3
February 10, 2023

| Date | Description | Value |
|---|---|---|
| 01/03/23 | COPIES | 0.20 |
| 01/03/23 | COPIES | 2.10 |
| 01/03/23 | COPIES | 0.50 |
| 01/03/23 | COPIES | 0.90 |
| 01/03/23 | COPIES | 1.40 |
| 01/03/23 | COPIES | 0.10 |
| 01/03/23 | COPIES | 1.60 |
| 01/03/23 | COPIES | 0.20 |
| 01/03/23 | COPIES | 1.20 |
| 01/03/23 | COPIES | 2.20 |
| 01/03/23 | MEALS - 12/15/22; VENDOR: DAVID MOLTON; INVOICE#: 010323; DATE: 1/3/2023 | 7.20 |
| 01/03/23 | MEALS - 12/15/22; VENDOR: DAVID MOLTON; INVOICE#: 010323; DATE: 1/3/2023 | 15.26 |
| 01/03/23 | MEALS - 12/20/22; VENDOR: DAVID MOLTON; INVOICE#: 010323; DATE: 1/3/2023 | 12.18 |
| 01/03/23 | MEALS - 12/20/22; VENDOR: DAVID MOLTON; INVOICE#: 010323; DATE: 1/3/2023 | 2.02 |
| 01/04/23 | COPIES | 0.40 |
| 01/04/23 | COPIES | 13.70 |
| 01/04/23 | COPIES | 7.40 |
| 01/04/23 | COPIES | 10.20 |
| 01/04/23 | COPIES | 0.70 |
| 01/04/23 | COPIES | 0.30 |
| 01/04/23 | COPIES | 8.50 |
| 01/04/23 | COPIES | 0.30 |
| 01/04/23 | COPIES | 2.90 |
| 01/04/23 | COPIES | 0.10 |
| 01/04/23 | COPIES | 1.10 |
| 01/04/23 | COPIES | 1.30 |
| 01/04/23 | COPIES | 1.20 |
| 01/04/23 | COPIES | 9.20 |
| 01/04/23 | COPIES | 13.70 |
| 01/04/23 | COPIES | 7.40 |
| 01/04/23 | COPIES | 10.20 |
| 01/04/23 | COPIES | 0.70 |
| 01/04/23 | COPIES | 0.30 |
| 01/04/23 | COPIES | 8.50 |



LTL MANAGEMENT (JOHNSON AND JOHNSON)-THE OFFICIAL COMMITTEE        Invoice 6954589
RE: COSTS                                                                                   Page 4
February 10, 2023

| Date | Description | Value |
| --- | --- | --- |
| 01/04/23 | COPIES | 0.30 |
| 01/04/23 | COPIES | 1.30 |
| 01/04/23 | COPIES | 1.10 |
| 01/04/23 | COPIES | 1.30 |
| 01/04/23 | COPIES | 1.20 |
| 01/04/23 | COPIES | 9.20 |
| 01/04/23 | COPIES | 0.20 |
| 01/04/23 | COPIES | 0.10 |
| 01/05/23 | COPIES | 0.20 |
| 01/05/23 | COPIES | 1.10 |
| 01/05/23 | COPIES | 4.50 |
| 01/05/23 | COPIES | 0.10 |
| 01/05/23 | COPIES | 1.00 |
| 01/05/23 | COPIES | 0.20 |
| 01/05/23 | COPIES | 1.10 |
| 01/05/23 | COPIES | 9.30 |
| 01/05/23 | COPIES | 1.10 |
| 01/05/23 | COPIES | 2.60 |
| 01/05/23 | COPIES | 0.40 |
| 01/05/23 | COPIES | 0.30 |
| 01/05/23 | COPIES | 0.40 |
| 01/05/23 | COPIES | 8.90 |
| 01/05/23 | COPIES | 2.40 |
| 01/05/23 | COPIES | 8.40 |
| 01/05/23 | COPIES | 2.70 |
| 01/05/23 | COPIES | 0.60 |
| 01/05/23 | COPIES | 0.20 |
| 01/05/23 | COPIES | 0.90 |
| 01/05/23 | COPIES | 0.50 |
| 01/05/23 | COPIES | 3.20 |
| 01/05/23 | COPIES | 7.20 |
| 01/05/23 | COPIES | 4.00 |
| 01/06/23 | HOTEL - 12/20/22; VENDOR: MICHAEL WINOGRAD; INVOICE#: 010623; DATE: 1/6/2023 | 193.72 |
| 01/06/23 | MEALS - 12/19/22; VENDOR: MICHAEL WINOGRAD; INVOICE#: 010623; DATE: 1/6/2023 | 49.96 |
| 01/06/23 | MEALS - 12/20/22; VENDOR: MICHAEL WINOGRAD; INVOICE#: 010623; DATE: 1/6/2023 | 30.06 |



LTL MANAGEMENT (JOHNSON AND JOHNSON)-THE OFFICIAL COMMITTEE  Invoice 6954589
RE: COSTS  Page 5
February 10, 2023

| Date | Description | Value |
| --- | --- | --- |
| 01/06/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 158.00 |
| 01/06/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 01/07/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 231.00 |
| 01/07/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 297.00 |
| 01/08/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 118.00 |
| 01/08/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 198.00 |
| 01/09/23 | COPIES | 0.10 |
| 01/09/23 | DOCUMENT PRODUCTION | 0.00 |
| 01/09/23 | COPIES | 9.20 |
| 01/09/23 | COPIES | 0.20 |
| 01/09/23 | COPIES | 0.50 |
| 01/09/23 | COPIES | 9.40 |
| 01/09/23 | COPIES | 0.50 |
| 01/09/23 | COPIES | 5.90 |
| 01/09/23 | COPIES | 4.60 |
| 01/09/23 | FILING FEE - NJ LAWYER FUND CLIENT PROTECTION; VENDOR: KEN AULET; INVOICE#: 011123; DATE: 1/11/2023 | 61.54 |
| 01/09/23 | FILING FEE - NJ LAWYER FUND CLIENT PROTECTION; VENDOR: KEN AULET; INVOICE#: 011123; DATE: 1/11/2023 | 61.55 |
| 01/09/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 84.00 |
| 01/09/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 01/10/23 | COPIES | 9.40 |
| 01/10/23 | COPIES | 0.50 |
| 01/10/23 | COPIES | 9.40 |
| 01/10/23 | COPIES | 0.50 |
| 01/10/23 | COPIES | 6.50 |
| 01/10/23 | COPIES | 5.60 |
| 01/10/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 5.00 |
| 01/10/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 01/11/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 01/11/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 172.00 |
| 01/11/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 01/11/23 | TAXI - VENDOR: ELITE LIMOUSINE PLUS, INC; INVOICE#: 2001950; DATE: 12/16/2022 | 57.43 |
| 01/11/23 | COPIES | 0.10 |
| 01/11/23 | COPIES | 1.70 |
| 01/11/23 | COPIES | 1.90 |
| 01/11/23 | FILING FEE - NJ LAWYERS FUND CLIENT PROTECTION; VENDOR: SUSAN | 246.17 |



LTL MANAGEMENT (JOHNSON AND JOHNSON)-THE OFFICIAL COMMITTEE  Invoice 6954589
RE: COSTS  Page 6
February 10, 2023

| Date | Description | Value |
| --- | --- | --- |
| | SIEGER-GRIMM; INVOICE#: 011123; DATE: 1/11/2023 | |
| 01/12/23 | COPIES | 3.90 |
| 01/12/23 | COPIES | 0.10 |
| 01/12/23 | COPIES | 3.20 |
| 01/12/23 | COPIES | 0.40 |
| 01/12/23 | COPIES | 3.90 |
| 01/12/23 | COPIES | 0.10 |
| 01/12/23 | COPIES | 36.50 |
| 01/12/23 | COPIES | 0.50 |
| 01/12/23 | COPIES | 8.40 |
| 01/12/23 | COPIES | 1.40 |
| 01/12/23 | COPIES | 0.20 |
| 01/12/23 | COPIES | 1.40 |
| 01/12/23 | COPIES | 0.40 |
| 01/12/23 | DOCUMENT PRODUCTION | 0.00 |
| 01/13/23 | COPIES | 16.90 |
| 01/13/23 | COPIES | 5.60 |
| 01/13/23 | COPIES | 5.70 |
| 01/13/23 | COPIES | 7.70 |
| 01/13/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 5.00 |
| 01/17/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 4.00 |
| 01/17/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 314.00 |
| 01/17/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 01/17/23 | COPIES | 0.80 |
| 01/17/23 | COPIES | 2.30 |
| 01/18/23 | COPIES | 0.70 |
| 01/18/23 | COPIES | 0.50 |
| 01/18/23 | COPIES | 0.30 |
| 01/18/23 | COPIES | 0.20 |
| 01/18/23 | COPIES | 0.10 |
| 01/18/23 | COPIES | 1.20 |
| 01/18/23 | COPIES | 0.10 |
| 01/18/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 14.00 |
| 01/18/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 812.00 |
| 01/18/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 1,782.00 |
| 01/19/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 10.00 |
| 01/19/23 | COPIES | 0.60 |



LTL MANAGEMENT (JOHNSON AND JOHNSON)-THE OFFICIAL COMMITTEE  Invoice 6954589
RE: COSTS  Page 7
February 10, 2023

| Date | Description | Value |
| --- | --- | --- |
| 01/19/23 | COPIES | 0.40 |
| 01/19/23 | COPIES | 0.20 |
| 01/19/23 | COPIES | 0.10 |
| 01/19/23 | COPIES | 2.50 |
| 01/19/23 | COPIES | 3.60 |
| 01/19/23 | COPIES | 0.40 |
| 01/19/23 | COPIES | 6.90 |
| 01/20/23 | MEALS - 01/17/23; VENDOR: ERIC GOODMAN; INVOICE#: 012023; DATE: 1/20/2023 | 84.71 |
| 01/20/23 | MEALS - 01/18/23; VENDOR: ERIC GOODMAN; INVOICE#: 012023; DATE: 1/20/2023 | 47.20 |
| 01/20/23 | TRAIN TRAVEL - 01/19/23; VENDOR: ERIC GOODMAN; INVOICE#: 012023; DATE: 1/20/2023 | 15.50 |
| 01/20/23 | HOTEL - 01/19/23; VENDOR: ERIC GOODMAN; INVOICE#: 012023; DATE: 1/20/2023 | 869.34 |
| 01/20/23 | MILEAGE - 01/19/23; VENDOR: ERIC GOODMAN; INVOICE#: 012023; DATE: 1/20/2023 | 33.75 |
| 01/20/23 | PARKING AND TOLLS - 01/19/23; VENDOR: ERIC GOODMAN; INVOICE#: 012023; DATE: 1/20/2023 | 66.00 |
| 01/22/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 10.00 |
| 01/23/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 12.00 |
| 01/23/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 305.00 |
| 01/23/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 495.00 |
| 01/23/23 | COPIES | 2.10 |
| 01/24/23 | COPIES | 4.40 |
| 01/24/23 | COPIES | 13.80 |
| 01/24/23 | COPIES | 0.30 |
| 01/24/23 | COPIES | 0.75 |
| 01/25/23 | COPIES | 0.20 |
| 01/25/23 | COPIES | 0.10 |
| 01/26/23 | EXPERT FEES - VENDOR: CS DISCO INC; INVOICE#: 207662; DATE: 1/1/2023 | 327.41 |
| 01/27/23 | DOCUMENT PRODUCTION | 0.00 |
| 01/27/23 | DOCUMENT PRODUCTION | 0.00 |
| 01/30/23 | COPIES | 0.60 |
| 01/30/23 | COPIES | 0.50 |
| 01/30/23 | COPIES | 0.10 |
| 01/30/23 | COPIES | 0.40 |
| 01/30/23 | COPIES | 1.00 |
| 01/30/23 | COPIES | 1.30 |

LTL MANAGEMENT (JOHNSON AND JOHNSON)-THE OFFICIAL COMMITTEE  Invoice 6954589
RE: COSTS  Page 8
February 10, 2023

| Date | Description | Value |
|---|---|---|
| 01/30/23 | COPIES | 5.60 |
| 01/30/23 | COPIES | 1.10 |
| 01/30/23 | COPIES | 0.50 |
| 01/30/23 | COPIES | 0.40 |
| 01/31/23 | TRAVEL AGENT FEE - 12/13/22;VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-123; DATE: 1/31/2023 | 30.00 |
| 01/31/23 | TRAIN TRAVEL - 12/13/22; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-123; DATE: 1/31/2023 | 34.00 |
| 01/31/23 | TRAIN TRAVEL - 12/13/22; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-123; DATE: 1/31/2023 | 606.00 |
| 01/31/23 | TRAVEL AGENT FEE - 01/11/23; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-123; DATE: 1/31/2023 | 30.00 |
| 01/31/23 | TRAVEL AGENT FEE - 01/11/23; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-123; DATE: 1/31/2023 | 30.00 |
| 01/31/23 | AIRFARE - 01/11/23; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-123; DATE: 1/31/2023 | 732.93 |
| 01/31/23 | TRAVEL AGENT FEE - 01/11/23; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-123; DATE: 1/31/2023 | 30.00 |
| | **Total Costs** | **11,255.21** |



LTL MANAGEMENT (JOHNSON AND JOHNSON)-THE OFFICIAL COMMITTEE    Invoice 6954589
RE: COSTS    Page 9
February 10, 2023

## C O S T   S U M M A R Y

| Description | Value |
| --- | --- |
| AIRFARE | 1,826.06 |
| COPIES | 442.85 |
| DOCUMENT PRODUCTION | 0.00 |
| EDISCOVERY HOSTING | 241.00 |
| EXPERT FEES | 327.41 |
| FILING FEE | 369.26 |
| HOTEL | 1,063.06 |
| MEALS | 248.59 |
| MILEAGE | 33.75 |
| PACER | 161.30 |
| PARKING AND TOLLS | 66.00 |
| TAXI | 57.43 |
| TRAIN TRAVEL | 655.50 |
| TRAVEL AGENT FEE | 240.00 |
| WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 5,523.00 |
| **Total Costs** | **11,255.21** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

# brownrudnick

| | |
|---|---|
| LTL MANAGEMENT (JOHNSON AND JOHNSON)-THE OFFICIAL COMMITTEE OF TALC TORT VICTIMS<br>C/O DAVID J. MOLTON<br>BROWN RUDNICK LLP<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 | Invoice     6954589<br>Date     Feb 10, 2023<br>Client     037381 |

RE: COSTS



Remittance

**Balance Due:  $11,255.21**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:
SWIFT Code:

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:

---

Brown Rudnick LLP | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200