**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Gregory S. Kinoian, Esq.<br>Leonard S. Spinelli, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>gkinoian@genovaburns.com<br>lspinelli@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br>*Local Counsel for the*<br>*Official Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Robert J. Stark, Esq.<br>Michael S. Winograd, Esq.<br>dmolton@brownrudnick.com<br>rstark@brownrudnick.com<br>mwinograd@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>and<br><br>Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>Eric R. Goodman, Esq.<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>egoodman@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Co-Counsel for the*<br>*Official Committee of Talc Claimants* |
| **BAILEY GLASSER LLP**<br>Brian A. Glasser, Esq.<br>Thomas B. Bennett, Esq.<br>Kevin W. Barrett, Esq.<br>Maggie B. Burrus, Esq.<br>bglasser@baileyglasser.com<br>tbennett@baileyglasser.com<br>kbarrett@baileyglasser.com<br>mburrus@baileyglasser.com<br>1055 Thomas Jefferson St. NW, Suite 540<br>Washington, DC  20007<br>Tel: (202) 463-2101<br>Fax: (202) 463-2103<br>*Co-Counsel for the*<br>*Official Committee of Talc Claimants* | **OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Adam C. Silverstein, Esq.<br>Jennifer S. Feeney, Esq.<br>mcyganowski@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>*Co-Counsel for the*<br>*Official Committee of Talc Claimants* |

<table>
<tr><td>

**PARKINS & RUBIO LLP**
Lenard M. Parkins, Esq.
Charles M. Rubio, Esq.
lparkins@parkinsrubio.com
crubio@parkinsrubio.com
Pennzoil Place
700 Milan St., Suite 1300
Houston, TX 77002
Tel: (713) 715-1666
*Special Counsel for the*
*Official Committee of Talc Claimants*

</td><td>

**MASSEY & GAIL LLP**
Jonathan S. Massey, Esq.
Rachel S. Morse, Esq.
jmassey@masseygail.com
rmorse@masseygail.com
1000 Maine Ave. SW, Suite 450
Washington, DC  20024
Tel: (202) 652-4511
Fax: (312) 379-0467
*Special Counsel for the*
*Official Committee of Talc Claimants*

</td></tr>
</table>

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT, LLC,[1] | Case No.: 21-30589 (MBK) |
| Debtor. | Honorable Michael B. Kaplan |

**AGREED ORDER REGARDING**
**PROCEDURES FOR THE REIMBURSEMENT OF EXPENSES**
**INCURRED BY COMMITTEE MEMBER REPRESENTATIVES**

The relief set forth on the following pages is **ORDERED**

---

[1]    The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is
501 George Street, New Brunswick, New Jersey 08933.

(Page 2)
Debtor:  LTL Management LLC
Case No.:  21-30589 (MBK)
Caption:  Agreed Order Regarding Procedures for the Reimbursement of Expenses Incurred by
Committee Member Representatives

Upon consideration of the Joint Application of the Debtor and the Official Committee Of Talc Claimants Regarding Reimbursement of Certain Expenses Incurred by Committee Member Representatives (the "Application"); the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Application and the relief requested therein being a core proceeding within the meaning of 28 U.S.C. § 157(b); venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; due and proper notice having been provided under the circumstances and no other or further notice need be provided; the Court having found and determined that there is just cause for the relief granted herein; and after due deliberation and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED** that:

1.      The relief requested in the Application is GRANTED, subject to the terms and conditions set forth herein.

2.      This Agreed Order is without prejudice to and shall not limit or impair the right of any party to seek (or to object to) reimbursement of fees or expenses of any kind, including, without limitation, the Representative Expenses, pursuant to any other provision of the Bankruptcy Code, including, without limitation, Section 503(b)(3)(D) of the Bankruptcy Code.

3.      If informal objections are raised as to some but not all of the Representative Expenses, those expenses not objected to shall also be paid within 21 days of their submission.

(Page 3)
Debtor: LTL Management LLC
Case No.: 21-30589 (MBK)
Caption: Agreed Order Regarding Procedures for the Reimbursement of Expenses Incurred by
Committee Member Representatives

---

4.      Notwithstanding any Bankruptcy Rule to the contrary, this Agreed Order

shall be immediately effective and enforceable upon its entry.

5.      The Court shall retain jurisdiction with respect to all matters arising from or

related to the implementation, interpretation, and/or enforcement of this Agreed Order and/or the

Stipulation.

The undersigned hereby agree to the
form and entry of the within Order.

| **GENOVA BURNS LLC** | **JONES DAY** |
|---|---|
| By: */s/ Daniel M. Stolz* | By: */s/ Dan B. Prieto* |
| Daniel M. Stolz, Esq. | Dan B. Prieto, Esq. |
| Donald W. Clarke, Esq. | Amanda S. Rush, Esq. |
| dstolz@genovaburns.com | dbprieto@jonesday.com |
| dclarke@genovaburns.com | asrush@jonesday.com |
| 110 Allen Road, Suite 304 | 2727 North Harwood Street |
| Basking Ridge, NJ 07920 | Suite 500 |
| | Dallas, TX 75201-1515 |
| *Local Counsel for the* | |
| *Official Committee of Talc Claimants* | *Counsel for Debtor* |