**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 21-30589 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |
| LTL MANAGEMENT LLC, | |
| Plaintiff, | |
| v. | Adv. No. 22-1393 (MBK) |
| JACQUELINE MIRIAM MOLINE, | |
| Defendant. | |

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

NAI-1535422365

-2-

| |
|---|
| LTL MANAGEMENT LLC,<br><br>                Plaintiff,<br>v.<br><br>DR. THERESA SWAIN EMORY, DR. RICHARD LAWRENCE KRADIN, AND DR. JOHN COULTER MADDOX,<br><br>                Defendants. |

Adv. No. 23-1022 (MBK)

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 14, 2023 AT 10:00 A.M.

*Parties are directed to https://www.njb.uscourts.gov/LTL for appearing via Zoom or in-person, or observing via Zoom*

**STATUS CONFERENCE IN THE BASE CASE**

    Pursuant to the Court's January 31, 2023 order, a status conference is going forward.

**CONTESTED MATTERS NOT GOING FORWARD IN THE BASE CASE**

1. Motion of the Official Committee of Talc Claimants for Order Confirming Procedures for the Reimbursement of Expenses Incurred by Committee Member Representatives [Dkt. 3111] (the "Reimbursement Motion").

   **Status: The Official Committee of Talc Claimants will withdraw the Reimbursement Motion. The Debtor and the Official Committee of Talc Claimants have filed a joint application for entry of an agreed order. This matter is not going forward.**

2. The Official Committee of Tort Claimants' Motion to Compel [Dkt. 3336] (the "Motion to Compel").

   **Status: This matter was previously heard at the December 20, 2022 hearing. As a result of continuing discussions between the Official Committee of Tort Claimants and the Debtor, the insurance discovery requests in the Motion to Compel have been largely resolved. The remainder of the Motion to Compel has been adjourned to March 20, 2023.**

3. Debtor's Motion for an Order Directing Plaintiff Law Firms to Disclose Third-Party Funding Arrangements [Dkt. 3551].

   **Status: This matter has been adjourned to March 20, 2023.**

---

[2] **Amended agenda items appear in bold.**

## MATTER NOT GOING FORWARD IN THE MOLINE ADVERSARY

4.  Plaintiff's Motion for Limited Expedited Discovery [Adv. Dkt. 9].

    **Status: This matter has been adjourned to March 20, 2023.**

## STATUS CONFERENCE IN THE EMORY ADVERSARY

5.  **Correspondence from Counsel to the Defendants to the Court, dated February 13, 2023 Requesting Status Conference [Dkt. 3739].**

    **Status: A status conference on this matter has been requested.**

## CONTESTED MATTER GOING FORWARD

6.  Memorandum of Law in Support of Supplemental Filing by Movant Anthony Hernandez Valadez in Support of His Motion for an Order Granting Relief From the Automatic Stay and Preliminary Injunction, Filed on May 24, 2022, and Status Report [Dkt. 3698] (the "Valadez Stay Motion").

    **Status: This matter is going forward.**

    Objection Deadline: At hearing, pursuant to the Order Granting Application to Shorten Time.

    Related Documents:

    A.  Motion by Movant Anthony Hernandez Valadez for an Order Granting Relief From the Preliminary Injunction to Allow Him to File His Asbestos Personal-Injury Action in California State Court, or, in the Alternative, (II) Conduct Discovery, and (III) Waiving the Fourteen Day Stay Under Federal Rule of Bankruptcy Procedure 4001(a)(3) [Dkt. 2348].

    B.  Maune Raichle Hartley French & Mudd LLC's Joinder in Support of Motions by Anthony Hernandez Valdez and Audra Johnson for an Order Granting Relief from the Preliminary Injunction [Dkts. 2466, 2484].

    C.  Movant's Reply to Debtor's Objection to His Motion for an Order Granting Relief from the Preliminary Injunction or, in the Alternative, Conduct Discovery, and Waiving the Fourteen Day Stay Under Federal Rule of Bankruptcy Procedure 4001(a)(3) [Dkt. 2469].

    D.  Order Granting Limited Relief from the Automatic Stay [Dkt. 2836].

    E.  Letter to Court from Counsel to Movant Anthony Hernandez Valadez [Dkt. 2979].

    F.  Claimant Anthony Hernandez Valadez's Status Update [Dkt. 3489].

NAI-1535422365

G.     Application to Shorten Time [Dkt. 3699].

H.     Order Granting Application to Shorten Time [Dkt. 3703].

I.     **Claimant Anthony Hernandez Valadez's Further Status Update and Reply to the Debtor's Objection to the Valadez Stay Motion [Dkt. 3741].**

<u>Objections Received</u>:

J.     Debtor's Omnibus Objection to Anthony Hernandez Valadez's and Audra Johnson's Motions Seeking Relief from the Preliminary Injunction and Certain Related Relief [Dkt. 2429]

K.     **Debtor's Objection to Valadez Stay Motion [Dkt. 3740].**

Dated: February 13, 2023

**WOLLMUTH MAHER & DEUTSCH LLP**

*/s/ Paul R. DeFilippo*
Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
Joseph F. Pacelli, Esq. (*pro hac vice*)
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com
jlawlor@wmd-law.com
jpacelli@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

NAI-1535422365