UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(B)**

Mark Falk
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100
*Counsel for Randi S. Ellis, Legal Representative for Future Talc Claimants*

In Re:

LTL Management, LLC,

                Debtor.

Chapter 11

Case No.: 21-30589

Judge:   Michael B. Kaplan

**MODIFIED LOCAL FORM CERTIFICATION OF NO OBJECTION REGARDING MONTHLY FEE STATEMENT OF BERKELEY RESEARCH GROUP, LLC FOR THE PERIOD OF DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022 (DOCUMENT NO. 3683)**

The Court authorized, under D.N.J. LBR 2016-3(a), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professionals* [Dkt. No. 761] and *Order Modifying Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professionals* [Dkt. No. 870] (Dkt. Nos. 761 and 870 together, the "Interim Compensation Procedures Order"), compensation to professionals on a monthly basis. Under the Interim Compensation Procedures Order, objections to the monthly fee statement of Berkeley Research Group, LLC, for the period of December 1, 2022 through December 31, 2022 (the "Monthly Fee Statement") filed and served on January 30, 2023 [Dkt. Nos. 3683, 3684], were to be filed and served not later than February 13, 2023.

I, Mark Falk, Esq., certify that, as of February 14, 2023, I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the above Monthly Fee Statement has been filed. Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of this Certification.

Dated: February 14, 2023                           *s/Mark Falk*
                                                                                  Mark Falk