**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE STATEMENT COVER SHEET FOR THE**
**PERIOD NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| | |
|---|---|
| Debtor: LTL Management LLC | Name of Applicant: Weil, Gotshal & Manges LLP |
| Case No.: 21-30589 (MBK) | Client: Special Counsel to LTL Management LLC |
| Chapter: 11 | Case Filed: October 14, 2021 (the "**Petition Date**") |

**SECTION I**
**FEE SUMMARY**

| | |
|---|---|
| ☒ Interim Fee Application No. 13 | ☐ Final Fee Application |

Summary of Amounts Requested for the Period November 1, 2022 through November 30, 2022 (the **"Fee Period"**).

| | |
|---|---|
| **Total Fees for the LTL Debtor:** | $32,044.00 |
| **Total Disbursements:** | $182.62 |
| **Total Fees Plus Disbursements:** | $32,226.62 |
| **Minus 20% Holdback:** | $6,408.80 |
| **Amount Sought at this Time:** | $25,817.82 |

**Summary of Amounts Requested for Previous Periods:**

| | Fees | Expenses |
|---|---|---|
| **Total Previously Requested:** | $1,410,813.17 | $13,426.42 |
| **Total Allowed to Date:** | $1,078,062.96 | $12,368.51 |
| **Total Retainer (If Applicable):** | $0.00 | $0.00 |
| **Remaining Holdback (If Applicable):** | $41,841.59 | $0.00 |
| **Total Received By Applicant:** | $1,224,730.11 | $13,127.14 |

## COMPENSATION BY PROFESSIONAL
## NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022

The attorneys who rendered professional services in this chapter 11 case during the Fee Period are:

| NAME OF PROFESSIONAL: PARTNERS AND COUNSEL | DEPARTMENT[†] | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Cailteux, Konrad L. | LIT | 1985 | $1,420.00 | 2.10 | $2,982.00 |
| Sullivan, Diane P. | LIT | 1987 | $1,420.00 | 0.20 | $284.00 |
| Tsekerides, Theodore E. | LIT | 1994 | $1,420.00 | 1.00 | $1,420.00 |
| Berkovich, Ronit J. | RES | 2002 | $1,420.00 | 1.20 | $1,704.00 |
| **Total Partners and Counsel:** | | | | **4.50** | **$6,390.00** |

| NAME OF PROFESSIONAL: ASSOCIATES | DEPARTMENT[†] | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Friedman, Julie T. | RES | 2003 | $590.00 | 3.20 | $1,888.00 |
| George, Jason | RES | 2019 | $815.00 | 25.70 | $20,945.50 |
| Polishuk, Menachem | RES | 2022 | $575.00 | 20.10 | $11,557.50 |
| **Total Associates:** | | | | **49.00** | **$34,391.00** |

---

[†] RES – Restructuring; LIT – Litigation

The paraprofessionals who rendered professional services in this chapter 11 case during the Fee Period are:

| NAME OF PARAPROFESSIONALS: | DEPARTMENT‡ | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Fabsik, Paul | RES | $375.00 | 10.00 | $3,750.00 |
| Mason, Kyle | RES | $375.00 | 0.30 | $112.50 |
| **Total Paraprofessionals:** | | | **10.30** | **$3,862.50** |

The total fees for the Fee Period are:

| PROFESSIONALS TOTALS: | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel: | $1,420.00 | 4.50 | $6,390.00 |
| Associates: | $701.86 | 49.00 | $34,391.00 |
| Paraprofessionals and Other Non-Legal Staff: | $375.00 | 10.30 | $3,862.50 |
| **Blended Attorney Rate:** | **$762.26** | | |
| **Blended Rate for All Timekeepers:** | **$699.74** | | |
| **Total Fees Incurred:** | | **63.80** | **$44,643.50** |

---

‡ RES – Restructuring

## SECTION II
## SUMMARY OF SERVICES

## COMPENSATION BY WORK TASK CODE FOR
## SERVICES RENDERED BY WEIL, GOTSHAL & MANGES LLP
## FOR THE PERIOD NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022

| TASK CODE | DESCRIPTION | HOURS | AMOUNT | LTL % | LTL PORTION |
|---|---|---|---|---|---|
| L120 | Strategy | 24.90 | $20,636.00 | 50% | $10,318.00 |
| L320 | Document Collection & Production | 6.30 | $2,362.50 | 50% | $1,181.25 |
| L450 | Court Conferences & Hearings | 2.70 | $2,200.50 | 50% | $1,100.25 |
| L602 | Weil Retention/Fee Application Preparation | 29.70 | $19,160.50 | 100% | $19,160.50 |
| L604 | Imerys/Cyprus info for LTL | 0.20 | $284.00 | 100% | $284.00 |
| **Total Fees Requested:** | | **63.80** | **$44,643.50** | | **$32,044.00** |

# SECTION III
# SUMMARY OF DISBURSEMENTS

## DISBURSEMENT SUMMARY BY WEIL, GOTSHAL & MANGES LLP
## FOR THE PERIOD NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022

| DISBURSEMENTS | AMOUNTS | LTL % | LTL PORTION |
|---|---|---|---|
| Court Reporting | $33.60 | 50% | $16.80 |
| Duplicating | $161.63 | 50% | $80.82 |
| Online News Monitoring | $170.00 | 50% | $85.00 |
| **Total Disbursements Requested:** | **$365.23** | | **$182.62** |

WEIL:\98966163\3\54966.0222

## SECTION IV
## CASE HISTORY

| | |
|---|---|
| (1) Date cases filed: | October 14, 2021 |
| (2) Chapter under which case commenced: | Chapter 11 |
| (3) Date of retention: | March 17, 2022 *nunc pro tunc* to October 14, 2021 [Dkt. 1752] (the "**Retention Order**").[1] |
| (4) Summarize in brief the benefits to the estate and attach supplements as needed | SEE BELOW |

During the Thirteenth Fee Period, Weil, Gotshal & Manges LLP ("**Weil**") provided the following services to LTL Management LLC (the "**Debtor**") including, but not limited to, the following:

*Strategy*

- Monitored dockets of the chapter 11 cases of *Imerys Talc America, Inc., et al.*, Case No. 19-10289 (LSS), (Bankr. D. Del.) (the "**Imerys Bankruptcy Cases**"), *In re Cyprus Mines Corporation*, Case No. 21-10398 (LSS), (Bankr. D. Del.) (the "**Cyprus Bankruptcy Case**," and together with Imerys Bankruptcy Cases, "**Imerys/Cyprus Bankruptcy Cases**"), and the Debtor's bankruptcy case, reviewed relevant pleadings filed and orders issued therein to assess any potential impact on the Debtor and its strategy relating to the Imerys/Cyprus Bankruptcy Cases and to protect the Debtor's interests in the Imerys/Cyprus Bankruptcy Cases, and prepared updates to the Debtor regarding same.

*Database and Document Management*

- Prepared daily docket summaries of filings in the Imerys/Cyprus Bankruptcy Cases and LTL case.

*Weil Retention / Fee Application Preparation*

- Prepared, revised, and filed Weil's monthly fee statement and the third interim fee application in accordance with applicable fee guidelines and the Court's order.

| (5) Anticipated distribution to creditors: | |
|---|---|
| (a) Administration expense: | Unknown at this time. |
| (b) Secured creditors: | Unknown at this time. |
| (c) Priority creditors: | Unknown at this time. |
| (d) General unsecured creditors: | Unknown at this time. |

---

[1] The Retention Order entered on March 17, 2022 [Dkt. 1752] is attached hereto as **Exhibit A**.

| (6) Final disposition of case and percentage of dividend paid to creditors: | Final dividend percentages are unknown at this time. |
|---|---|

I certify under penalty of perjury that the above is true.

Date: February 14, 2023            */s/ Ronit J. Berkovich*
                                   Ronit J. Berkovich