**Exhibit B**

Invoices

WEIL:\98966163\3\54966.0222

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2022015353

### ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 11/01/22 | Sullivan, Diane P. | 0.20 | 284.00 | L120 | 66071984 |
| | REVIEW COMMUNICATIONS RE: FEINBERG APPLICATION TO HIRE ADDITIONAL MEDIATION PROFESSIONAL FOR CYPRUS MEDIATION AND BACKGROUND OF CANDIDATE. | | | | |
| 11/01/22 | George, Jason | 0.20 | 163.00 | L120 | 66107343 |
| | REVIEW FEINBERG RETENTION REQUEST (0.1) AND EMAIL WEIL TEAM RE: SAME (0.1). | | | | |
| 11/03/22 | George, Jason | 0.40 | 326.00 | L120 | 66107320 |
| | MEET WITH M. POLISHUK RE: IMERYS STRATEGY ISSUES (0.3); EMAIL TO M. POLISHUK RE: IMERYS STRATEGY ISSUE (0.1). | | | | |
| 11/04/22 | Cailteux, Konrad L. | 1.10 | 1,562.00 | L120 | 66105014 |
| | CALL WITH J. GEORGE, R. BERKOVICH AND T. TSEKERIDES RE: IMERYS STRATEGY ISSUE (.5); REVIEW AND STUDY OF IMERYS STRATEGY ISSUE, RELATED PLEADINGS AND THE INDEMNIFICATION MATERIALS RE: PREPARATION FOR CALL ON IMERYS STRATEGY ISSUE (.6). | | | | |
| 11/04/22 | Tsekerides, Theodore E. | 0.80 | 1,136.00 | L120 | 66107412 |
| | CONFERENCE WITH RX TEAM AND K CAILTEUX RE IMERYS STRATEGY ISSUE (0.5); CONSIDER RELATED PLEADINGS AND IMERYS STRATEGY ISSUE (0.3). | | | | |
| 11/04/22 | Berkovich, Ronit J. | 0.50 | 710.00 | L120 | 66117119 |
| | REVIEW RESEARCH ON IMERYS STRATEGY ISSUE (.1); CALL WITH TEAM RE IMERYS STRATEGY ISSUE (.4). | | | | |
| 11/04/22 | George, Jason | 2.50 | 2,037.50 | L120 | 66107389 |
| | REVIEW IMERYS STRATEGY ISSUE RESEARCH (0.4); REVISE CHART RE: IMERYS STRATEGY ISSUE (0.3); CALLS WITH M. POLISHUK RE: IMERYS STRATEGY ISSUE (0.8); CALL WITH T. TSEKERIDES, K. CAILTEUX AND R. BERKOVICH RE: IMERYS STRATEGY ISSUE (0.5); RESEARCH RE: IMERYS STRATEGY ISSUE (0.5). | | | | |
| 11/04/22 | Polishuk, Menachem | 1.00 | 575.00 | L120 | 66112375 |
| | CONFERENCE WITH J. GEORGE IN ADVANCE OF TEAM MEETING (.5); PREPARE MATERIALS FOR TEAM MEETING (.2); FOLLOW UP CALL WITH J. GEORGE RE. SLIDE DECK ASSIGNMENT (.3). | | | | |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2022015353

### ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 11/07/22 | George, Jason | 0.20 | 163.00 | L120 | 66165210 |
| | REVIEW IMERYS AND CYPRUS MINES DOCKET (0.1) AND CORRESPOND WITH R. BERKOVICH RE: SAME (0.1). | | | | |
| 11/07/22 | Polishuk, Menachem | 2.10 | 1,207.50 | L120 | 66121830 |
| | DRAFT SLIDE RE: IMERYS STRATEGY ISSUE (.9); REVIEW CASE MATERIALS FROM J. GEORGE (1.2). | | | | |
| 11/08/22 | Polishuk, Menachem | 0.50 | 287.50 | L120 | 66129727 |
| | REVIEW PROPOSED IMERYS PLAN AND TRUST MATERIALS. | | | | |
| 11/09/22 | Cailteux, Konrad L. | 1.00 | 1,420.00 | L120 | 66149556 |
| | EMAIL WITH J. GEORGE REGARDING IMERYS STRATEGY ISSUE (.3); REVIEW AND ANALYZE EMAILS REGARDING IMERYS STRATEGY ISSUE (.7). | | | | |
| 11/09/22 | George, Jason | 5.50 | 4,482.50 | L120 | 66165236 |
| | RESEARCH RE: IMERYS STRATEGY ISSUE (2.0) AND DRAFT PRESENTATION RE: SAME (3.5). | | | | |
| 11/09/22 | Polishuk, Menachem | 2.20 | 1,265.00 | L120 | 66145925 |
| | DRAFT SLIDE RE: IMERYS STRATEGY ISSUE (.9); REVIEW PROPOSED TRUST DOCUMENTS TO ANSWER J. GEORGE QUESTION (1); CONFERENCE WITH J. GEORGE RE. SAME (.2); REVIEW AND REPLY TO J. GEORGE FOLLOW UP EMAIL RE: SLIDE DECK (.1). | | | | |
| 11/10/22 | George, Jason | 3.00 | 2,445.00 | L120 | 66165224 |
| | RESEARCH RE: IMERYS STRATEGY QUESTION (1.0); DRAFT AND REVISE SLIDE DECK RE: IMERYS STRATEGY ISSUE (2.0). | | | | |
| 11/10/22 | Polishuk, Menachem | 1.50 | 862.50 | L120 | 66158354 |
| | REVIEW MEMOS RE: RIGHTS (.7); REVIEW SLIDE DECK ON IMERYS STRATEGY ISSUE (.8). | | | | |
| 11/11/22 | George, Jason | 0.60 | 489.00 | L120 | 66165225 |
| | REVISE DRAFT OF SLIDES RE: IMERYS STRATEGY ISSUE (.5); REVIEW ARTICLE RE: FOREIGN TALC CLAIMS AND EMAIL R. BERKOVICH RE: SAME (.1). | | | | |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2022015353

### ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 11/11/22 | Polishuk, Menachem | 0.60 | 345.00 | L120 | 66170153 |
| | REVIEW SLIDE DECK ON IMERYS STRATEGY ISSUE AND SEND J. GEORGE REDLINES RE. SAME. | | | | |
| 11/14/22 | George, Jason | 0.20 | 163.00 | L120 | 66222150 |
| | REVIEW IMERYS AND CYPRUS MINES DOCKETS (0.1) AND CORRESPOND WITH R. BERKOVICH RE: SAME (0.1). | | | | |
| 11/21/22 | Berkovich, Ronit J. | 0.10 | 142.00 | L120 | 66243001 |
| | REVIEW IMERYS FILINGS FOR RELEVANCE TO LTL. | | | | |
| 11/21/22 | George, Jason | 0.40 | 326.00 | L120 | 66262970 |
| | REVIEW IMERYS AND CYPRUS MINES DOCKETS (0.2) AND DRAFT CLIENTS UPDATE RE: SAME (0.2). | | | | |
| 11/28/22 | George, Jason | 0.30 | 244.50 | L120 | 66330949 |
| | DRAFT WEEKLY UPDATE FOR CLIENTS. | | | | |
| **SUBTOTAL TASK L120 - Strategy:** | | **24.90** | **$20,636.00** | | |
| 11/01/22 | Fabsik, Paul | 0.40 | 150.00 | L320 | 66051512 |
| | PREPARE BOY SCOUTS OF AMERICA DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.2); PREPARE LTL DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 11/02/22 | Fabsik, Paul | 0.40 | 150.00 | L320 | 66083439 |
| | PREPARE BOY SCOUTS OF AMERICA DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.2); PREPARE LTL DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 11/03/22 | Fabsik, Paul | 0.40 | 150.00 | L320 | 66093038 |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2022015353

ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|------|----------------------|-------|--------|------|-------|

PREPARE BOY SCOUTS OF AMERICA DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.2); PREPARE LTL DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1).

| 11/04/22 | Fabsik, Paul | 0.40 | 150.00 | L320 | 66107604 |

PREPARE BOY SCOUTS OF AMERICA DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.2); PREPARE LTL DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1).

| 11/07/22 | Fabsik, Paul | 0.40 | 150.00 | L320 | 66116254 |

PREPARE BOY SCOUTS OF AMERICA DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.2); PREPARE LTL DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1).

| 11/08/22 | Fabsik, Paul | 0.40 | 150.00 | L320 | 66126030 |

PREPARE BOY SCOUTS OF AMERICA DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.2); PREPARE LTL DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1).

| 11/11/22 | Fabsik, Paul | 0.40 | 150.00 | L320 | 66166051 |

PREPARE BOY SCOUTS OF AMERICA DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.2); PREPARE LTL DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1).

| 11/14/22 | Fabsik, Paul | 0.40 | 150.00 | L320 | 66176244 |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2022015353

ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | PREPARE BOY SCOUTS OF AMERICA DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.2); PREPARE LTL DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 11/15/22 | Fabsik, Paul | 0.40 | 150.00 | L320 | 66192247 |
| | PREPARE BOY SCOUTS OF AMERICA DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.2); PREPARE LTL DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 11/16/22 | Fabsik, Paul | 0.40 | 150.00 | L320 | 66203288 |
| | PREPARE BOY SCOUTS OF AMERICA DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.2); PREPARE LTL DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 11/17/22 | Fabsik, Paul | 0.40 | 150.00 | L320 | 66210559 |
| | PREPARE BOY SCOUTS OF AMERICA DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.2); PREPARE LTL DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 11/18/22 | Fabsik, Paul | 0.40 | 150.00 | L320 | 66222058 |
| | PREPARE BOY SCOUTS OF AMERICA DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.2); PREPARE LTL DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 11/21/22 | Fabsik, Paul | 0.40 | 150.00 | L320 | 66235937 |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2022015353

### ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | PREPARE BOY SCOUTS OF AMERICA DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.2); PREPARE LTL DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 11/22/22 | Fabsik, Paul | 0.40 | 150.00 | L320 | 66242499 |
| | PREPARE BOY SCOUTS OF AMERICA DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.2); PREPARE LTL DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 11/23/22 | Fabsik, Paul | 0.40 | 150.00 | L320 | 66249730 |
| | PREPARE BOY SCOUTS OF AMERICA DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.2); PREPARE LTL DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 11/29/22 | Mason, Kyle | 0.30 | 112.50 | L320 | 66311642 |
| | REVIEW RECENT PLEADINGS; PREPARE AND DISTRIBUTE DOCKET UPDATE TO TEAM FOR IN RE LTL (.1); REVIEW RECENT PLEADINGS; PREPARE AND DISTRIBUTE DOCKET UPDATE TO TEAM FOR IN RE BOYSCOUTS OF AMERICA(.1); REVIEW RECENT PLEADINGS; PREPARE AND DISTRIBUTE DOCKET UPDATE TO TEAM FOR IN RE IMERYS (.1). | | | | |
| **SUBTOTAL TASK L320 - Document Collection & Production:** | | **6.30** | **$2,362.50** | | |
| 11/09/22 | George, Jason | 0.10 | 81.50 | L450 | 66165257 |
| | CORRESPOND WITH P. FABSIK AND R. BERKOVICH RE: ADJOURNMENT OF STATUS CONFERENCE. | | | | |
| 11/11/22 | George, Jason | 0.10 | 81.50 | L450 | 66165235 |
| | EMAIL WITH P. FABSIK RE: LTL HEARINGS. | | | | |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2022015353

### ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 11/29/22 | George, Jason | 0.40 | 326.00 | L450 | 66330967 |
| | ATTEND CYPRUS MINES HEARING (0.2) AND CORRESPOND WITH R. BERKOVICH RE: SAME (0.2). | | | | |
| 11/30/22 | George, Jason | 2.10 | 1,711.50 | L450 | 66330972 |
| | ATTEND LTL HEARING RE: DIRECT APPEAL REQUEST (2.0) AND CORRESPOND WITH R. BERKOVICH RE: SAME (0.1). | | | | |
| | **SUBTOTAL TASK L450 - Court Conferences & Hearings:** | **2.70** | **$2,200.50** | | |
| 11/01/22 | George, Jason | 0.50 | 407.50 | L602 | 66107316 |
| | REVISE DRAFT OF SEPTEMBER MONTHLY STATEMENT (0.3) AND CORRESPOND WITH JONES DAY AND WEIL TEAMS RE: SAME (0.1); EMAIL U.S. TRUSTEE RE: LEDES FILE FOR SEPTEMBER MONTHLY FEE STATEMENT (0.1). | | | | |
| 11/01/22 | Polishuk, Menachem | 1.70 | 977.50 | L602 | 66061033 |
| | DRAFT INTERIM FEE APPLICATION. | | | | |
| 11/01/22 | Fabsik, Paul | 0.60 | 225.00 | L602 | 66055337 |
| | REVISE THIRD INTERIM FEE APPLICATION FOR LTL. | | | | |
| 11/02/22 | Polishuk, Menachem | 2.20 | 1,265.00 | L602 | 66091314 |
| | DRAFT INTERIM FEE APPLICATION INCLUDING REVIEW OF PRIOR MONTHS FEE APPLICATIONS. | | | | |
| 11/03/22 | Polishuk, Menachem | 2.40 | 1,380.00 | L602 | 66100101 |
| | CONFERENCE WITH J. GEORGE RE. TEAM MEETING AND INTERIM FEE STATEMENT (.4); PREPARE FOR TEAM MEETING (.1); DRAFT INTERIM FEE APPLICATION(1.9). | | | | |
| 11/04/22 | Polishuk, Menachem | 1.40 | 805.00 | L602 | 66112105 |
| | DRAFT INTERIM FEE APPLICATION. | | | | |
| 11/08/22 | George, Jason | 0.20 | 163.00 | L602 | 66165157 |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2022015353

**ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | CORRESPOND WITH WEIL TEAM AND I. PEREZ RE: CERTIFICATE OF NO OBJECTION FOR AUGUST MONTHLY STATEMENT. | | | | |
| 11/09/22 | George, Jason | 0.30 | 244.50 | L602 | 66165233 |
| | REVIEW CERTIFICATE OF NO OBJECTION RE: WEIL AUGUST MONTHLY STATEMENT (0.1) AND EMAIL WEIL AND JONES DAY TEAM RE: SAME (0.1); EMAIL L. LEONE RE: AUGUST MONTHLY STATEMENT (0.1). | | | | |
| 11/09/22 | Polishuk, Menachem | 0.20 | 115.00 | L602 | 66145946 |
| | EMAIL J. GEORGE RE. INTERIM FEE APPLICATION (.1); REVIEW CNO RE. WEIL'S AUGUST FEE APPLICATION (.1). | | | | |
| 11/11/22 | Polishuk, Menachem | 0.50 | 287.50 | L602 | 66170235 |
| | FOLLOW UP WITH P. FABSIK AND J. FRIEDMAN RE. INTERIM FEE APPLICATION AND DISCUSS SAME WITH J. GEORGE. | | | | |
| 11/11/22 | Fabsik, Paul | 2.50 | 937.50 | L602 | 66166138 |
| | REVISE LTL'S THIRD INTERIM FEE APPLICATION. | | | | |
| 11/14/22 | Polishuk, Menachem | 0.40 | 230.00 | L602 | 66189868 |
| | REVIEW INTERIM FEE APPLICATION. | | | | |
| 11/15/22 | Polishuk, Menachem | 0.10 | 57.50 | L602 | 66199301 |
| | FOLLOW UP WITH P. FABSIK RE: INTERIM FEE APP. | | | | |
| 11/16/22 | George, Jason | 0.10 | 81.50 | L602 | 66222081 |
| | EMAIL TO D. SEGAL RE: FEE ESTIMATE. | | | | |
| 11/16/22 | Polishuk, Menachem | 2.70 | 1,552.50 | L602 | 66204984 |
| | REVIEW LTL DOCKET AND JONES DAY CNO AND SEND SAME TO R. BERKOVICH FOR APPROVAL (.6); CONFERENCE WITH P. FABSIK RE. INTERIM FEE APPLICATION (1.5); REVISE INTERIM FEE APPLICATION AND REDLINE SAME (.4); EMAIL J. GEORGE RE. SAME (.2). | | | | |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2022015353

### ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 11/16/22 | Fabsik, Paul | 0.90 | 337.50 | L602 | 66207544 |
| | REVISE THIRD INTERIM FEE APPLICATION. | | | | |
| 11/18/22 | George, Jason | 2.20 | 1,793.00 | L602 | 66222071 |
| | REVIEW AND REVISE DRAFT OF THIRD INTERIM FEE APPLICATION (2.1); EMAIL L. LEONE RE: CERTIFICATE OF NO OBJECTION FOR SEPTEMBER MONTHLY STATEMENT (0.1). | | | | |
| 11/18/22 | Polishuk, Menachem | 0.40 | 230.00 | L602 | 66227635 |
| | REVIEW J. GEORGE COMMENTS ON INTERIM FEE APP (.1); CONFERENCE WITH J. GEORGE RE. SAME (.3). | | | | |
| 11/21/22 | Polishuk, Menachem | 0.20 | 115.00 | L602 | 66237852 |
| | REVIEW J. GEORGE COMMENTS ON INTERIM FEE APP. | | | | |
| 11/22/22 | George, Jason | 0.90 | 733.50 | L602 | 66262935 |
| | REVISE DRAFT OF THIRD INTERIM FEE APPLICATION. | | | | |
| 11/28/22 | Friedman, Julie T. | 1.80 | 1,062.00 | L602 | 66296324 |
| | REVIEW INTERIM FEE APPLICATION AND COMMENT ON SAME. | | | | |
| 11/28/22 | George, Jason | 3.20 | 2,608.00 | L602 | 66330957 |
| | REVIEW AND REVISE DRAFT OF THIRD INTERIM FEE APPLICATION. | | | | |
| 11/29/22 | Berkovich, Ronit J. | 0.40 | 568.00 | L602 | 66303238 |
| | REVIEW AND PROVIDE COMMENTS ON THIRD INTERIM FEE APPLICATION (.2); CONFER WITH J. GEORGE RE FEE APPLICATION (.2). | | | | |
| 11/29/22 | Friedman, Julie T. | 1.40 | 826.00 | L602 | 66305956 |
| | REVIEW FEE APPLICATION AND COMMENT ON SAME (.7); CALLS WITH BILLING (.2) AND MEET WITH J. GEORGE RE: SAME (.5). | | | | |
| 11/29/22 | George, Jason | 0.80 | 652.00 | L602 | 66330981 |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2022015353

### ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | REVISE DRAFT OF THIRD INTERIM FEE APPLICATION (0.3) AND MEET WITH J. FRIEDMAN RE: SAME (0.5). | | | | |
| 11/30/22 | Berkovich, Ronit J. | 0.20 | 284.00 | L602 | 66316956 |
| | FINALIZE FEE APPLICATION (.1); REVIEW AND PROVIDE COMMENTS ON FEE APPLICATION (.1). | | | | |
| 11/30/22 | George, Jason | 1.50 | 1,222.50 | L602 | 66330984 |
| | REVISE AND FINALIZE THIRD INTERIM FEE APPLICATION FOR FILING. | | | | |
| **SUBTOTAL TASK L602 - Weil Retention/Fee Application Preparation:** | | **29.70** | **$19,160.50** | | |
| 11/02/22 | Tsekerides, Theodore E. | 0.20 | 284.00 | L604 | 66096224 |
| | REVIEW EMAIL AND MATERIALS RE: USE OF MATERIALS FROM IMERYS IN LTL. | | | | |
| **SUBTOTAL TASK L604 - Imerys/Cyprus info for LTL:** | | **0.20** | **$284.00** | | |
| **Total Fees Due** | | **63.80** | **$44,643.50** | | |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2022015353

## ITEMIZED DISBURSEMENTS

| DATE | NAME DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 11/03/22 | Fabsik, Paul<br>COURT REPORTING<br>PAYEE: RELIABLE WILMINGTON (18280-03); INVOICE#: WL107592; DATE: 10/19/2022 - IMERYS HEARING TRANSCRIPT | H103 | 41201095 | 20.40 |
| 11/21/22 | Fabsik, Paul<br>COURT REPORTING<br>PAYEE: RELIABLE WILMINGTON (18280-03); INVOICE#: WL107777; DATE: 11/04/2022 - HEARING TRANSCRIPT | H103 | 41218606 | 13.20 |
| **SUBTOTAL DISB TYPE H103:** | | | | **$33.60** |
| 11/09/22 | Fabsik, Paul<br>DUPLICATING<br>144 PRINTING - COLOR IN NEW YORK CITY ON 11/07/2022 15:14PM FROM UNIT 16 | S011 | 41208509 | 72.00 |
| 11/09/22 | WGM, Firm<br>DUPLICATING<br>144 COLOR PRINT(S) MADE IN NEW YORK BETWEEN 11/07/2022 TO 11/07/2022 | S011 | 41208663 | 72.00 |
| **SUBTOTAL DISB TYPE S011:** | | | | **$144.00** |
| 11/14/22 | WGM, Firm<br>DUPLICATING<br>4 PHOTOCOPY(S) MADE IN NEW YORK CITY BETWEEN 11/07/2022 TO 11/07/2022 | S017 | 41214700 | 0.28 |
| **SUBTOTAL DISB TYPE S017:** | | | | **$0.28** |
| 11/09/22 | Fabsik, Paul<br>DOCUMENT BINDING<br>5 DOCUMENT BINDING IN NEW YORK CITY ON 11/07/2022 14:47PM FROM UNIT 12 | S018 | 41208550 | 8.50 |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2022015353

## ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 11/09/22 | Fabsik, Paul<br>DOCUMENT BINDING<br>5 DOCUMENT BINDING IN NEW YORK CITY ON 11/07/2022 15:14PM FROM UNIT 16 | S018 | 41208608 | 8.50 |
| | **SUBTOTAL DISB TYPE S018:** | | | **$17.00** |
| 11/29/22 | George, Jason<br>COMPUTERIZED RESEARCH<br>NEWSWIRE SERVICE - OCTOBER 2022 FOR IMERYS TALC NEWS ALERT ON 03/11/2019 | S064 | 41228750 | 85.00 |
| 11/29/22 | Sullivan, Diane P.<br>COMPUTERIZED RESEARCH<br>NEWSWIRE SERVICE - OCTOBER 2022 FOR TALC/POWDER STUDIES ON 01/08/2020 | S064 | 41228826 | 85.00 |
| | **SUBTOTAL DISB TYPE S064:** | | | **$170.00** |
| 11/16/22 | WGM, Firm<br>DUPLICATING<br>5 PRINT(S) MADE IN NEW YORK BETWEEN 11/15/2022 TO 11/15/2022 | S117 | 41229786 | 0.35 |
| | **SUBTOTAL DISB TYPE S117:** | | | **$0.35** |
| | **TOTAL DISBURSEMENTS** | | | **$365.23** |