**EXHIBIT "A"**



**MILLER THOMSON LLP**  
SCOTIA PLAZA  
40 KING STREET WEST, SUITE 5800  
P.O. BOX 1011  
TORONTO, ON  M5H 3S1  
CANADA  

T  416.595.8500  
F  416.595.8695  

MILLERTHOMSON.COM

# Account Summary and Remittance Form

**January 31, 2023**

Invoice Number 3849599

Official Committee of Talc Claimants
c/o Brown Rudnick LLP
Seven Times Square
New York, NY  10036
United States

Attention:  David Molton, Counselor at Law

**Re:    Johnson & Johnson - Talc Litigation**
**Our File No. 0265758.0001**

| | |
|---|---:|
| **Fees:** | $103,191.00 |
| **Total Amount Due** | $103,191.00 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.



**MILLER THOMSON LLP**
SCOTIA PLAZA
40 KING STREET WEST, SUITE 5800
P.O. BOX 1011
TORONTO, ON  M5H 3S1
CANADA

T 416.595.8500
F 416.595.8695

MILLERTHOMSON.COM

**January 31, 2023**

Invoice Number 3849599

Official Committee of Talc Claimants
c/o Brown Rudnick LLP
Seven Times Square
New York, NY  10036
United States

Attention: David Molton, Counselor at Law

To Professional Services Rendered in connection with the following matter(s) including:

**Re:    Johnson & Johnson - Talc Litigation
        Our File No. 0265758.0001**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 01/01/2023 | MF | Correspondence with J. Carhart and internal MT team regarding call on Canadian claims and other issues involving privacy legislation / K. Feinberg; | 0.80 |
| 01/01/2023 | JCC | Correspondence with Monica Faheim and Asim Iqbal regarding considerations with respect to Ken Feinberg estimation process; | 0.40 |
| 01/01/2023 | JCC | Correspondence with David Molton, Gerard Cicero and other Committee members regarding Ken Feinberg estimation process; | 0.30 |
| 01/02/2023 | GF | Review emails with A Iqbal and J Carhart regarding Canadian claims information and privacy law; | 0.20 |
| 01/02/2023 | AI | Attend weekly committee call with counsel to advise on Canadian strategic issues; | 0.70 |
| 01/02/2023 | JCC | Correspondence with Committee regarding Canadian claims; | 0.10 |
| 01/03/2023 | AM | Compiling and revising letter to Mr. K Feinberg re damages; | 4.50 |
| 01/03/2023 | MGS | Instructions to research team regarding legal research required for memo on personal injury | 0.20 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.

**MILLER THOMSON**
AVOCATS | LAWYERS

| Date | Initials | Description | Hours |
|---|---|---|---|
| | | damages in Canada; | |
| 01/03/2023 | AC | Draft memorandum on Canadian damages awards; | 3.40 |
| 01/03/2023 | AI | Review Feinberg Appointment Order, mediation order and order related to provision of information between TCC and Debtor (referenced in Feinberg Order) in connection with Canadian privacy matters related to provision of specific information to Feinberg; | 1.20 |
| 01/03/2023 | AI | Email to J. Carhart regarding analysis of Mediation Order, Feinberg Appointment Order and other orders in connection with Canadian privacy issues; | 0.20 |
| 01/03/2023 | GF | Emails with A Iqbal and J Carhart regarding Canadian claims data and privacy legislation and existing US orders; | 0.30 |
| 01/03/2023 | AI | Review information officer's fourth report in preparation for conference call with Information Officer; | 0.50 |
| 01/03/2023 | AI | Conference call with Information Officer and Information Officer's counsel regarding Canadian claims data for Court-Appointed Estimator; | 0.50 |
| 01/03/2023 | GF | Call with counsel to foreign representative regarding Canadian claims data; | 0.70 |
| 01/03/2023 | AI | Review email from J. Carhart to US Counsel Team regarding reporting on call with Information Officer; | 0.10 |
| 01/03/2023 | MF | Review correspondence regarding Report on call with Canadian Information Officer, claims issues with J. Carhart, A. Iqbal, G. Finlayson and committee counsel; | 0.60 |
| 01/03/2023 | GF | Review report to David Molton, Leigh O'Dell and other Committee members regarding discussion with Canadian Information Officer; | 0.20 |
| 01/03/2023 | JCC | Correspondence with Leigh O'Dell, David Molton, Michelle Parfitt regarding Canadian Claims; | 0.30 |
| 01/03/2023 | JCC | Conference call with Canadian Information Officer; | 0.70 |
| 01/03/2023 | JCC | Report to David Molton, Leigh O'Dell and other Committee members regarding discussion with | 0.40 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.

**MILLER THOMSON**
AVOCATS | LAWYERS

Page 3

Invoice 3849599

| Date | Initials | Description | Hours |
|---|---|---|---|
| | | Canadian Information Officer; | |
| 01/04/2023 | MGS | Legal research for memo on personal injury damages in Canada; | 0.60 |
| 01/04/2023 | MGS | Draft memo on personal injury damages in Canada; | 0.60 |
| 01/04/2023 | AM | Revising letter to Mr. K Feinberg re damages; | 0.20 |
| 01/04/2023 | MGS | Instructions to research team regarding legal research required for memo on personal injury damages in Canada; | 0.10 |
| 01/04/2023 | GF | Review draft objection to debtor motion regarding funding agreements as Canadian litigation counsel; | 0.70 |
| 01/04/2023 | AC | Revising damages memorandum; | 0.90 |
| 01/04/2023 | MF | Correspondence with J. Carhart and other Committee Counsel regarding call with S. Kukulowicz; | 0.30 |
| 01/04/2023 | GF | Participate in all representative committee call regarding Feinberg objection motion and Canadian claims data; | 1.50 |
| 01/04/2023 | GF | Participate in TCC counsel only call regarding Feinberg objection and Canadian claims data; | 0.70 |
| 01/04/2023 | GF | Communications with TCC and Leigh O'Dell regarding foreign representative and Feinberg and Canadian claims data; | 0.30 |
| 01/04/2023 | AI | Attend weekly committee call with committee members to discuss Canadian strategic matters; | 1.50 |
| 01/04/2023 | AI | Review email exchange among Canadian counsel and Committee counsel regarding Canadian claims issues; | 0.30 |
| 01/04/2023 | GF | Review proposed briefs on estimation objection motion as Canadian litigation counsel; | 0.30 |
| 01/04/2023 | GF | Communications with Canadian foreign representative regarding Canadian claims data; | 0.10 |
| 01/04/2023 | JCC | Correspondence with Susan Sieger-Grimm, David Molton regarding agenda for Committee meeting; | 0.20 |
| 01/04/2023 | JCC | Correspondence with David Molton, Leigh O'Dell, Michelle Parfitt and other Committee members and Canadian Information Officer and Counsel regarding | 0.40 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.

**MILLER THOMSON**
AVOCATS | LAWYERS

Page 4

Invoice 3849599

| Date | Initials | Description | Hours |
|---|---|---|---|
| | | Canadian Claims and dialogue with Ken Feinberg; | |
| 01/04/2023 | JCC | Attend Committee Pre-Call to discuss Canadian Strategic matters; | 0.70 |
| 01/04/2023 | JCC | Attend Committee Meeting to discuss Canadian Strategic matters; | 1.50 |
| 01/05/2023 | MGS | Draft memo on personal injury damages in Canada; | 1.40 |
| 01/05/2023 | MGS | Legal research for memo on personal injury damages in Canada; | 1.70 |
| 01/05/2023 | AI | Prepare for meeting with US legal team and committee counsel regarding Canadian claims; | 0.40 |
| 01/05/2023 | AI | Conference call with US team and Committee Members regarding collection of Canadian data; | 0.50 |
| 01/05/2023 | MF | Correspondence with A. Iqbal and J. Carhart regarding class counsel in Canada involved in LTL in connection with potential privacy issues; | 0.80 |
| 01/05/2023 | MF | Prepare summary table for A. Iqbal of all Canadian class counsel involved in LTL case; | 0.80 |
| 01/05/2023 | MF | Close review of Preliminary report regarding Miller Thomson fee application; | 1.30 |
| 01/05/2023 | MF | Correspondence re takeaways after review of preliminary report regarding Miller Thomson fee application; | 0.80 |
| 01/05/2023 | GF | Communications with Leigh O'Dell and TCC re Canadian claims issues and data and privacy law implications etc.; | 0.20 |
| 01/05/2023 | JCC | Correspondence with Gerard Cicero, Dan Stolz regarding motion to disqualify Estimator; | 0.20 |
| 01/05/2023 | JCC | Conference call with David Molton, Leigh O'Dell, Michelle Parfitt, Andy Birchfield, Asim Iqbal regarding Canadian Claims; | 0.30 |
| 01/05/2023 | JCC | Correspondence and discussions with Asim Iqbal regarding Canadian Claims; | 0.60 |
| 01/06/2023 | MGS | Draft memo on personal injury damages in Canada; | 1.30 |
| 01/06/2023 | MF | Meeting with J. Carhart and A. Iqbal regarding case issues involving Canadian counsel and privacy | 0.60 |

**MILLER THOMSON**
AVOCATS | LAWYERS

Page 5

Invoice 3849599

| Date | Initials | Description | Hours |
|---|---|---|---|
| | | issues; | |
| 01/06/2023 | AI | Call with J. Carhart and M. Faheim regarding debrief and next steps on compiling Canadian data after conference call with US team and committee representatives; | 0.60 |
| 01/06/2023 | MF | Revisions to summary table re Canadian class proceedings based on call with A. Iqbal and J. Carhart; | 1.30 |
| 01/06/2023 | MF | Correspondence with internal team regarding revisions to chart for circulation; | 0.50 |
| 01/06/2023 | GF | Communications with TCC counsel regarding identity of Canadian class action counsel and Canadian claims information and litigation and privacy law considerations; | 0.20 |
| 01/06/2023 | JCC | Correspondence with Monica Faheim and Asim Iqbal regarding Estimation Process concerning Canadian Claims; | 0.40 |
| 01/06/2023 | JCC | Discussion with Monica Faheim and Asim Iqbal re Estimation process concerning Canadian Plaintiff Counsel; | 0.60 |
| 01/06/2023 | JCC | Correspondence with Monica Faheim and Asim Iqbal concerning Canadian Plaintiff counsel; | 0.20 |
| 01/06/2023 | JCC | Correspondence with Gerard Cicero, Dan Stolz, Melanie Cyganowski, Jon Massey, Steve Kazan, Moshe Maimon regarding response with respect to disqualification motion; | 0.20 |
| 01/08/2023 | JCC | Memo to Asim Iqbal re Canadian Claims and Estimation Process; | 0.60 |
| 01/09/2023 | MGS | Instructions to research team regarding legal research required for memo on personal injury damages in Canada; | 0.20 |
| 01/09/2023 | MGS | Legal research for memo on personal injury damages in Canada; | 0.50 |
| 01/09/2023 | MF | Correspondence with J. Carhart and MT general counsel re various potential privacy issues for case; | 0.50 |
| 01/09/2023 | MGS | Draft memo on personal injury damages in Canada; | 3.30 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.

**MILLER THOMSON**
AVOCATS | LAWYERS

Page 6

Invoice 3849599

| Date | Initials | Description | Hours |
|---|---|---|---|
| 01/09/2023 | GF | Review communications with TCC counsel regarding Canadian claims data and privacy concerns for Canadian litigation issues; | 0.20 |
| 01/09/2023 | GF | Review Canadianized claims information form provided by Leigh O'Dell for Canadian litigation issues; | 0.10 |
| 01/09/2023 | AM | Call with Matt Smith regarding research; | 0.10 |
| 01/09/2023 | JCC | Correspondence with Gerard Cicero, Michelle Parfit, Chris Tisi regarding litigation funding motion; | 0.40 |
| 01/09/2023 | JCC | Correspondence with Leigh O'Dell, David Molton, Michelle Parfitt, Asim Iqbal regarding Canadian claims and Estimation Process; | 0.40 |
| 01/09/2023 | AM | Researching and drafting section of memo on damages for personal injury; | 0.90 |
| 01/10/2023 | AI | Review draft objection to Debtor's motion regarding Funding Agreement Disclosures; | 0.40 |
| 01/10/2023 | AI | Conference call with M. Faheim (Associate) and D. Krebs (Privacy Expert) regarding Canadian privacy issues in connection with uploading of health data to Court-Appointed Estimator; | 1.10 |
| 01/10/2023 | MGS | Instructions to research team regarding legal research required for memo on personal injury damages in Canada; | 0.20 |
| 01/10/2023 | MGS | Draft memo on personal injury damages in Canada; | 7.10 |
| 01/10/2023 | MGS | Legal research for memo on personal injury damages in Canada; | 0.80 |
| 01/10/2023 | MF | Internal meeting with A. Iqbal and D. Krebs privacy team member at MT re potential privacy issues for committee; | 0.90 |
| 01/10/2023 | GF | Review communications with court and TCC regarding limited discovery motion and consider implications for Canadian claimants; | 0.30 |
| 01/10/2023 | DK | Attending meeting with A. Iqbal and M. Faheim regarding privacy considerations related to secure upload of personal information; | 0.90 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.

**MILLER THOMSON**
AVOCATS | LAWYERS

Page 7

Invoice 3849599

| Date | Initials | Description | Hours |
|---|---|---|---|
| 01/10/2023 | DK | Review email from M. Faheim regarding privacy considerations in preparation for meeting; | 0.10 |
| 01/10/2023 | MF | Correspondence to D. Krebs regarding privacy issues and required matters to consider for committee counsel concerning privacy; | 0.30 |
| 01/10/2023 | AI | Office Conference with J. Carhart regarding update on status of Canadian privacy issues related to delivery of claims data to Court-Appointed Estimator; | 0.20 |
| 01/10/2023 | GF | Communications with Leigh O'Dell and TCC regarding Canadian claims data and privacy law issues; | 0.20 |
| 01/10/2023 | GF | Review answer in opposition to direct appeal regarding NM appeal of stay; | 0.40 |
| 01/10/2023 | GF | Review Debtor's motion for limited discovery regarding impact on discovery of information from Canadian claimants; | 1.10 |
| 01/10/2023 | DK | Reviewing email and attachments included from J. Carhart; | 0.20 |
| 01/10/2023 | AC | Receiving instructions regarding research into privacy issues; | 0.40 |
| 01/10/2023 | DK | Giving instructions to A. Cutinha regarding Canadian privacy and confidentiality law research; | 0.30 |
| 01/10/2023 | AC | Conduct research on law society rules regarding personal information; | 1.40 |
| 01/10/2023 | MF | Review final memorandum regarding law on Canadian damages / letter Mr. Feinberg; | 0.40 |
| 01/10/2023 | GF | Review agenda for weekly TCC call for Canadian litigation issues; | 0.10 |
| 01/10/2023 | JCC | Discussion with Asim Iqbal re Estimation Process; | 0.20 |
| 01/10/2023 | JCC | Correspondence with David Molton and Leigh O'Dell regarding estimation process; | 0.30 |
| 01/10/2023 | JCC | Correspondence with Gerard Cicero, Dan Stolz, Moshe Maimon regarding litigation funding motion; | 0.40 |
| 01/10/2023 | JCC | Correspondence with David Krebs regarding estimation process; | 0.20 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.

**MILLER THOMSON**
AVOCATS | LAWYERS

Page 8

Invoice 3849599

| Date | Initials | Description | Hours |
|---|---|---|---|
| 01/11/2023 | MGS | Instructions regarding legal research required for memo on personal injury damages in Canada; | 0.20 |
| 01/11/2023 | MGS | Draft memo on personal injury damages in Canada; | 3.40 |
| 01/11/2023 | AC | Conduct research on law society rules regarding personal information; | 0.90 |
| 01/11/2023 | DK | Review research findings prepared by A. Cutinha regarding disclosure rules of law societies; | 0.40 |
| 01/11/2023 | DK | Consider the impact of the research findings on the analysis of information disclosure issues; | 0.30 |
| 01/11/2023 | DK | Draft email with advice pertaining to information disclosure and privacy considerations; | 0.40 |
| 01/11/2023 | MF | Review G. Finlayson comments on revised damages Memo for K. Feinberg in preparation of incorporating revisions; | 0.70 |
| 01/11/2023 | AI | Email exchange with J. Carhart regarding response to fee examiner interim report; | 0.30 |
| 01/11/2023 | GF | Revise memo to Ken Feinberg regarding Canadian law on damages relevant to estimation process; | 3.20 |
| 01/11/2023 | AI | Email exchange with M. Smith regarding calculation of damages in Canada; | 0.20 |
| 01/11/2023 | GF | Review Motion to Extend Time and Application to Shorten Limited Discovery request regarding potential Canadian litigation issues; | 0.70 |
| 01/11/2023 | MF | Correspondence with internal team regarding committee calls on January 11 and various takeaways / next steps for internal team with J. Carhart, G. Finlayson, P. Cloutier, D. Krebs; | 0.80 |
| 01/11/2023 | JCC | Correspondence with Susan Sieger-Grimm re Committee meetings; | 0.20 |
| 01/11/2023 | JCC | Attend Weekly Counsel Pre-Call to discuss Canadian Strategic matters; | 0.80 |
| 01/11/2023 | JCC | Attend Committee Meeting to discuss Canadian Strategic matters; | 1.40 |
| 01/11/2023 | JCC | Report to Asim Iqbal and Gavin Finlayson regarding Committee meetings; | 0.60 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.

**MILLER THOMSON**
AVOCATS | LAWYERS

Page 9

Invoice 3849599

| Date | Initials | Description | Hours |
|---|---|---|---|
| 01/12/2023 | MGS | Legal research for memo on personal injury damages in Canada; | 2.60 |
| 01/12/2023 | DK | Reviewing email from J. Carhart regarding update call; | 0.20 |
| 01/12/2023 | GF | Review MRHF&M's Objection to Motion for Order Directing Disclosure of Third-Party Funding Agreements regarding impact on estimation and Canadian claims data; | 1.30 |
| 01/12/2023 | MF | Complete first draft response to fee examiners preliminary report, including preparing comments and clarification on disputed fees; | 1.80 |
| 01/12/2023 | DK | Drafting advice regarding Canadian privacy considerations; | 2.80 |
| 01/12/2023 | MGS | Draft memo on personal injury damages in Canada; | 3.70 |
| 01/12/2023 | MGS | Instructions to research team regarding legal research required for memo on personal injury damages in Canada; | 0.10 |
| 01/12/2023 | AM | Correspondence with M. Smith regarding research on damages for personal injury; | 0.20 |
| 01/12/2023 | MF | Review J. Carhart comments on damages memorandum including requirement to focus on provincial and federal health authorities in preparation of incorporating further changes to memorandum; | 0.70 |
| 01/12/2023 | GF | Review and revise draft memo on Canadian claims law; | 0.80 |
| 01/12/2023 | AC | Receiving instructions regarding privacy research; | 0.20 |
| 01/12/2023 | MF | Review M. Smith comments on damages memorandum in preparation for incorporation of further changes to memorandum; | 0.70 |
| 01/12/2023 | DK | Giving instructions to A. Amanda Cutinha regarding research into client information disclosure aspects; | 0.20 |
| 01/12/2023 | DK | Email to A. Cutinha regarding client information research; | 0.10 |
| 01/12/2023 | DK | Consultation with A. Ajami regarding Quebec-specific | 0.70 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.

**MILLER THOMSON**
AVOCATS | LAWYERS

Page 10

Invoice 3849599

| Date | Initials | Description | Hours |
|---|---|---|---|
| | | considerations surrounding data disclosure; | |
| 01/12/2023 | AC | Revise privacy law findings regarding disclosure of personal information; | 1.80 |
| 01/12/2023 | AI | Review email exchange from Brown Rudnick and committee members regarding upcoming hearing; | 0.60 |
| 01/12/2023 | AI | Discussion with J. Carhart re damages memo; | 0.20 |
| 01/12/2023 | AI | Review FCR objection to motion to disqualify court appointed estimator; | 0.40 |
| 01/12/2023 | DK | Research into Canadian (federal and provincial) privacy requirements; | 2.30 |
| 01/12/2023 | JCC | Review and comment on memo regarding Canadian law concerning damages; | 0.80 |
| 01/12/2023 | AM | Research on damages for personal injury; | 1.70 |
| 01/13/2023 | DK | Review research and commentary provided by A. Cutinha on email regarding Canadian privacy considerations; | 0.40 |
| 01/13/2023 | DK | Revising email regarding Canadian privacy considerations; | 0.30 |
| 01/13/2023 | AC | Revise privacy law findings for D. Krebs review; | 0.40 |
| 01/13/2023 | AI | Review and comment on Memorandum re damages in Canada; | 1.20 |
| 01/13/2023 | GF | Confer with A Iqbal and J Carhart regarding memo for Feinberg on Canadian claims estimation and damages law from litigation standpoint; | 0.60 |
| 01/13/2023 | DK | Finalize email to A. Iqbal regarding Canadian privacy considerations; | 0.70 |
| 01/13/2023 | AI | Review email from D. Krebs (MT Privacy Expert) on Canadian privacy issues; | 0.50 |
| 01/13/2023 | MF | Correspondence with A. Iqbal regarding completion of response to fee examiner preliminary report; | 0.30 |
| 01/13/2023 | MF | Complete first draft of response to fee examiner preliminary report for A. Iqbal; | 0.80 |
| 01/13/2023 | DK | Reviewing email from A. Iqbal regarding privacy considerations; | 0.10 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.

**MILLER THOMSON**
AVOCATS | LAWYERS

Page 11

Invoice 3849599

| Date | Initials | Description | Hours |
|---|---|---|---|
| 01/13/2023 | MF | Correspondence internally including with A. Iqbal and privacy lawyer at Miller Thomson regarding PIPEDA and other privacy issues / findings; | 0.70 |
| 01/13/2023 | GF | Communications with TCC counsel re Reply regarding Debtor re Maunes Motion; | 0.30 |
| 01/13/2023 | GF | Review communications with Leigh O'Dell and Canadian court appointed information officer re Canadian claims data and privacy issues; | 0.20 |
| 01/13/2023 | JCC | Discussion with Asim Iqbal and Gavin Finlayson regarding memo regarding Canadian damage calculations; | 0.20 |
| 01/13/2023 | JCC | Correspondence to Gavin Finlayson regarding memo regarding Canadian damage calculations; | 0.20 |
| 01/13/2023 | JCC | Correspondence with Susan Sieger-Grimm regarding Committee calls; | 0.10 |
| 01/13/2023 | JCC | Correspondence with Eric Goodman regarding Motion to Disqualify Expert; | 0.20 |
| 01/13/2023 | JCC | Correspondence with Natalie Levine and Asim Iqbal regarding Estimation process and dialogue with Canadian Information Officer; | 0.40 |
| 01/13/2023 | AI | Email to J. Carhart with conclusions and next steps with respect to Canadian privacy issues; | 0.20 |
| 01/15/2023 | JCC | Correspondence with Asim Iqbal and David Krebs regarding Estimation process; | 0.30 |
| 01/15/2023 | JCC | Correspondence with Gavin Finlayson regarding memo concerning damage calculations; | 0.20 |
| 01/16/2023 | GF | Review Reply of Debtor to Maune Objection to Estimation regarding Canadian claims issues; | 0.60 |
| 01/16/2023 | AI | Comments on response to Fee Examiner's second preliminary report; | 0.60 |
| 01/16/2023 | MF | Discussion with A. Iqbal re comments on response to fee examiner preliminary report; | 0.30 |
| 01/16/2023 | AI | Email to Committee Counsel regarding advice and conclusions on Canadian privacy issues; | 0.40 |
| 01/16/2023 | JCC | Review updated pleading of Committee regarding | 0.30 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.



Page 12

Invoice 3849599

| Date | Initials | Description | Hours |
|---|---|---|---|
| | | Debtor's Objection to motion to disqualify Kenneth Feinberg; | |
| 01/16/2023 | JCC | Correspondence with Asim Iqbal, Michelle Parfitt regarding Estimation process; | 0.20 |
| 01/17/2023 | MGS | Legal research for memo on personal injury damages in Canada; | 2.30 |
| 01/17/2023 | GF | Review Dr. Moline letter to court regarding extension of time; | 0.10 |
| 01/17/2023 | GF | Review Debtor response to Dr. Moline request for extension; | 0.30 |
| 01/17/2023 | MF | Review TCC reply to debtor's objection to Maune Raichle motion re Ken Feinberg filed in U.S. proceeding; | 0.60 |
| 01/17/2023 | GF | Review agenda for January 18 Omnibus hearing as Canadian litigation counsel; | 0.10 |
| 01/17/2023 | GF | Review statement of Levy Konigsberg LLP in support of disqualification of Estimation expert as Canadian litigation counsel; | 0.10 |
| 01/17/2023 | GF | Review statement of Kazan, McClain, Satterley & Greenwood on motion to disqualify estimation expert as Canadian litigation counsel; | 0.10 |
| 01/17/2023 | GF | Communications with Leigh O'Dell regarding Canadian privacy law and estimation process Canadian claims data; | 0.20 |
| 01/17/2023 | JCC | Correspondence with Susan Sieger - Grimm re upcoming meetings and hearings including motion with respect to Dr Moline; | 0.20 |
| 01/18/2023 | MF | Email to J. Carhart, G. Finlayson and A. Iqbal regarding explanation of various clarification items for fee examiner preliminary report; | 0.50 |
| 01/18/2023 | GF | Attend at Omnibus hearing regarding Moline motion etc. as Canadian litigation counsel; | 1.10 |
| 01/18/2023 | AI | Attend Committee Counsel Call prior to committee meeting to discuss updates on Canadian privacy matters; | 0.40 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.



Page 13

Invoice 3849599

| Date | Initials | Description | Hours |
|---|---|---|---|
| 01/18/2023 | GF | Review working agenda for the TCC call (non-member) regarding Canadian litigation issues; | 0.10 |
| 01/18/2023 | GF | Review Feinberg motion requesting redaction of discussions with parties; | 0.20 |
| 01/18/2023 | GF | Revise draft memorandum on Canadian claims law; | 0.80 |
| 01/18/2023 | JCC | Correspondence with Susan Sieger - Grimm regarding Committee meetings; | 0.20 |
| 01/18/2023 | JCC | Attend Pre-Committee Counsel meetings to discuss Canadian strategic matters; | 0.50 |
| 01/18/2023 | JCC | Attend Committee meeting to discuss Canadian Strategic matters; | 0.80 |
| 01/19/2023 | MF | Discussion with A. Iqbal re tax and HST issues involving LTL matter; | 0.20 |
| 01/19/2023 | GF | Review letter from Feinberg regarding potential medical expert and qualifications; | 0.10 |
| 01/19/2023 | GF | Emails with TCC regarding Feinberg proposed expert; | 0.20 |
| 01/19/2023 | GF | Provide comments on memo to fee examiner; | 0.10 |
| 01/19/2023 | MF | Correspondence with G. Finlayson and J. Carhart re comments on response to preliminary report; | 0.70 |
| 01/19/2023 | JCC | Report with respect to January 28th Committee meeting; | 0.60 |
| 01/19/2023 | JCC | Correspondence with Asim Iqbal regarding memo to Robert Keach; | 0.40 |
| 01/19/2023 | JCC | Correspondence with David Molton, Chris Tisi, Leigh O'Dell, Joe Satterley regarding discussions with Ken Feinberg; | 0.40 |
| 01/20/2023 | GF | Review Response to Proposed Pathologist by Feinberg as Canadian litigation counsel; | 0.20 |
| 01/20/2023 | GF | Communications with TCC regarding response to Feinberg proposal of causation expert; | 0.40 |
| 01/20/2023 | JCC | Conference call with Eric Goodmans and other Committee representatives concerning Exclusivity considerations; | 0.80 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.

**MILLER THOMSON**
AVOCATS | LAWYERS

Page 14

Invoice 3849599

| Date | Initials | Description | Hours |
|---|---|---|---|
| 01/20/2023 | JCC | Correspondence with Adam Silverstein regarding exclusivity issues; | 0.20 |
| 01/20/2023 | JCC | Correspondence with Leigh O'Dell, Steve Kazan, David Molton regarding response with respect to Dr. David Chapel; | 0.30 |
| 01/22/2023 | MF | Email to A. Filazzola to determine specific information to complete firm budget and staffing plan for A. Iqbal in response to Parkins Rubio request; | 0.30 |
| 01/22/2023 | GF | Communications with J Carhart and M Faheim regarding new Canadian jurisprudence on valuing personal injury claims in insolvency proceedings; | 0.20 |
| 01/22/2023 | GF | Review recent Canadian jurisprudence on claims valuation for personal injury claims in insolvency proceedings; | 0.80 |
| 01/23/2023 | AI | Review emails from Committee Members regarding Estimator's proposed pathologist; | 0.40 |
| 01/23/2023 | AI | Review draft response from Committee regarding Estimator's proposed Pathologist; | 0.30 |
| 01/23/2023 | AI | Review email from Committee Member regarding additional thoughts on response to proposed Pathologist; | 0.20 |
| 01/23/2023 | MF | Correspondence with A. Iqbal regarding preparation for meeting with fee examiner regarding preliminary report; | 0.30 |
| 01/23/2023 | JCC | Correspondence with Harriet Cohen regarding LTL Operating Report; | 0.10 |
| 01/23/2023 | JCC | Correspondence with Eric Goodman, Dan Stolz, Michelle Parfitt regarding Committee meeting; | 0.10 |
| 01/24/2023 | AI | Prepare for call with Fee Examiner; | 0.20 |
| 01/24/2023 | MF | Call with A. Filazzola re issues involving MT accounts and budget for upcoming year in advance of deadline to provide budget; | 0.50 |
| 01/24/2023 | AI | Call with Fee Examiner; | 0.60 |
| 01/24/2023 | MF | Meeting with A. Iqbal and Fee examiner regarding preliminary report; | 0.50 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.

**MILLER THOMSON**
AVOCATS | LAWYERS

Page 15

Invoice 3849599

| Date | Initials | Description | Hours |
|---|---|---|---|
| 01/24/2023 | AI | Review email from D. Molton (Brown Rudnick) regarding Estimator response in connection with Dr. Chapel; | 0.10 |
| 01/24/2023 | JCC | Correspondence with Susan Sieger - Grimm, David Molton regarding upcoming motions including with respect to Dr Chapel; | 0.20 |
| 01/25/2023 | AI | Review and comment on Budget; | 0.30 |
| 01/25/2023 | AI | Review Agenda for upcoming committee call; | 0.10 |
| 01/25/2023 | AI | Attend weekly conference call with Committee counsel to address Canadian issues; | 0.80 |
| 01/25/2023 | AI | Attend weekly conference call with Committee members (dropped early); | 1.00 |
| 01/25/2023 | MF | Review lengthy reporting correspondence with J. Carhart regarding issues from meeting regarding K. Feinberg, upcoming Feb 14 hearing, and concept of standalone complaint, among other issues; | 0.70 |
| 01/25/2023 | JCC | Correspondence with Susan Sieger - Grimm, David Molton regarding meeting agendas; | 0.20 |
| 01/25/2023 | JCC | Attend counsel pre-call to discuss Canadian Strategic matters; | 0.80 |
| 01/25/2023 | JCC | Attend Committee meeting to discuss Canadian Strategic matters; | 1.20 |
| 01/25/2023 | JCC | Report on January 25th meeting; | 0.70 |
| 01/26/2023 | AI | Review draft supplemental response to motion to extend exclusivity; | 0.90 |
| 01/26/2023 | GF | Review communications from J Carhart regarding TCC meeting and Feinberg retention of medical expert; | 0.20 |
| 01/26/2023 | GF | Review litigation complaints against Dr. Moline and Maddox; | 0.70 |
| 01/26/2023 | MF | Close Review of decision in CCAA proceedings of Roman Catholic Episcopal Corp for A. Iqbal regarding valuation of abuse claims; | 1.30 |
| 01/26/2023 | MF | Prepare draft e-mail summary for U.S. counsel regarding decision in CCAA proceedings of Roman | 0.80 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.

**MILLER THOMSON**
AVOCATS | LAWYERS

Page 16

Invoice 3849599

| Date | Initials | Description | Hours |
|---|---|---|---|
| | | Catholic Episcopal Corp for A. Iqbal regarding valuation of abuse claims; | |
| 01/26/2023 | GF | Review communication from D Molton regarding Feinberg and selection of medical expert; | 0.10 |
| 01/26/2023 | MF | Follow up correspondence from G Finlayson and A. Iqbal re summary of Episcopal Corp case regarding valuing damages; | 0.60 |
| 01/26/2023 | AI | Email exchange with M. Faheim Re changes to monthly fee statement ; | 0.20 |
| 01/27/2023 | GF | Review emails from TCC regarding 3m analogous appeal issues and impact on case; | 0.20 |
| 01/27/2023 | JCC | Correspondence with Monica Faheim regarding contact by Preszler Injury Lawyers; | 0.20 |
| 01/27/2023 | GF | Review communications from TCC regarding analogous decisions in 3M chapter 11 and impact on case; | 0.70 |
| 01/27/2023 | GF | Review case law for memo on Canadian disposition of mass tort claims in cross-border insolvency proceedings; | 2.80 |
| 01/28/2023 | JCC | Correspondence with Leigh O'Dell, David Molton, Gerard Cicero regarding contact by Preszler Injury lawyers; | 0.20 |
| 01/30/2023 | GF | Communications with Preszler Injury Lawyers re meeting with Canadian litigation counsel about claims issues; | 0.10 |
| 01/30/2023 | AI | Review Third Circuit Decision overturning bankruptcy case; | 1.30 |
| 01/30/2023 | GF | Review Third Circuit opinion dismissing bankruptcy case regarding impact on Canadian recognition proceedings; | 1.20 |
| 01/30/2023 | GF | Review communications from D Molton and TCC regarding dismissal of bankruptcy case and impact on Canadian recognition proceeding; | 0.80 |
| 01/30/2023 | GF | Attend at call with TCC to consider implications of dismissal of case by Third Circuit and impact on Canadian litigation; | 0.60 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.



| Date | Initials | Description | Hours |
|---|---|---|---|
| 01/30/2023 | AI | Attend conference call with Committee regarding third circuit decision; | 0.60 |
| 01/30/2023 | AI | Review emails from Committee counsel regarding Third Circuit decision; | 0.40 |
| 01/30/2023 | JCC | Correspondence with Russ Howe, David Molton, Leigh O'Dell, Asim Iqbal regarding Committee meeting; | 0.20 |
| 01/30/2023 | JCC | Correspondence and discussion with Committee members regarding decision of Third Circuit Court of Appeals; | 1.40 |
| 01/31/2023 | GF | Review communications from TCC members including D Molton regarding J&J appeal of bankruptcy dismissal; | 0.40 |
| 01/31/2023 | AI | Review emails from Committee members regarding Third Circuit Dismissal; | 0.40 |
| 01/31/2023 | GF | Review communication from court regarding status hearing February 6th; | 0.10 |
| 01/31/2023 | JCC | Correspondence with Len Parkins, Joe Satterley, Joe Satterley, Dan Stolz, David Molton, Michelle Parfitt, Melanie Cyganowski, Jerry Block, Perry Weitz regarding effects of Court of Appeal decision; | 1.20 |

**Total Hours**  157.70

**Our Fee:**  103,191.00

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.



Page 18

Invoice 3849599

| TK ID | Initials | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 02945 | AC | A. Cutinha | Associate | $315.00 | 9.40 | $2,961.00 |
| 01177 | AI | A. Iqbal | Partner | $700.00 | 21.00 | $14,700.00 |
| 02939 | AM | A. McGivney | Associate | $315.00 | 7.60 | $2,394.00 |
| 04924 | DK | D. Krebs | Partner | $765.00 | 10.40 | $7,956.00 |
| 01208 | GF | G. Finlayson | Partner | $975.00 | 28.50 | $27,787.50 |
| 00615 | JCC | J. Carhart | Partner | $900.00 | 26.80 | $24,120.00 |
| 02853 | MF | M. Faheim | Associate | $445.00 | 23.70 | $10,546.50 |
| 02684 | MGS | M. Smith | Associate | $420.00 | 30.30 | $12,726.00 |

**Total Amount Due**                                                                                          $103,191.00

E.&O.E.

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.