# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

## FEE STATEMENT COVER SHEET FOR THE
## PERIOD JANUARY 1, 2023 THROUGH JANUARY 31, 2023

| Debtor: LTL Management LLC ("**LTL**") | Name of Applicant: Shook, Hardy & Bacon, L.L.P. ("**Shook**") |
|---|---|
| Case No.: 21-30589 (MBK) | Client: Special Counsel to LTL Management LLC |
| Chapter: 11 | Case Filed: October 14, 2021 (the "**Petition Date**") |

## SECTION I
## FEE SUMMARY

| ☒  Monthly Fee Statement No. 10 | ☐  Final Fee Application |
|---|---|

Summary of Amounts Requested for the Period January 1, 2023 through January 31, 2023 (the "**Tenth Statement Period**").

| Total Fees for the LTL Debtor: | $32,594.12[1] |
|---|---|
| Total Disbursements: | $74.53 |
| Total Fees Plus Disbursements: | $32,668.65 |
| Minus 20% Holdback of Fees | $6,518.82 |
| Amount Sought at this Time: | $26,149.83 |

**Summary of Amounts Requested for Previous Periods:**

|  | FEES | EXPENSES |
|---|---|---|
| **Total Previous Fee Requested:** | $1,001,749.57 | $133,299.42 |
| **Total Fees Allowed To Date:** | $0.00 | $0.00 |
| **Total Retainer (If Applicable):** | $0.00 | $0.00 |
| **Total Holdback (If Applicable):** | $200,349.92 | $0.00 |
| **Total Received By Applicant:** | $759,664.98 | $129,002.58 |

---

[1] The total amount of fees and expenses incurred by Shook during the Tenth Statement Period for matters in which it is solely representing LTL or is representing LTL jointly with Johnson & Johnson is $32,668.65. Of this amount, as set forth in this fee statement, Shook is seeking payment in the amount of $32,594.12 in fees and $74.53 in expenses from LTL. Shook's fees for matters in which it is solely representing Johnson & Johnson are not reflected in this monthly fee statement.

**COMPENSATION BY PROFESSIONAL**
**JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

The attorneys who rendered professional services in these chapter 11 cases from January 1, 2023 through January 31, 2023 (the "**Fee Period**") are:

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL: | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Frazier, Kathleen | 2004 | $487.90 | 45.65 | $22,272.64 |
| James, Scott | 2001 | $475.60 | 4.70 | $2,235.32 |
| Ahern, Hunter | 2005 | $498.15 | 3.40 | $1,693.74 |
| Mangrum, Michelle | 1986 | $630.00 | 2.10 | $1,323.00 |
| Healy, Mike | 1980 | $661.13 | 1.25 | $826.41 |
| McGroder, Lori | 1989 | $576.00 | 0.50 | $288.00 |
| McLoone, Jennifer | 2006 | $452.03 | 0.50 | $226.01 |
| Kelly, Colin | 2001 | $592.45 | 0.20 | $118.50 |
| **Total Partners and Counsel:** | | **$497.15** | **58.30** | **$28,983.61** |

| NAME OF PROFESSIONAL: ASSOCIATES: | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Weissenberger, Emily | 2006 | $445.88 | 0.30 | $133.77 |
| **Total Associates:** | | **$445.88** | **0.30** | **$133.77** |

The paraprofessionals who rendered professional services in these chapter 11 cases during the Fee Period are:

| NAME OF PARAPROFESSIONALS AND OTHER NON-LEGAL STAFF | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Lingor, Stephanie | $188.00 | 14.85 | $2,791.80 |
| Stufflebean, Kerry | $164.00 | 1.65 | $270.60 |
| Azpell, Jana | $164.00 | 0.80 | $131.20 |
| Gratton, Michelle | $172.00 | 0.65 | $111.80 |
| Wood, Lindsay | $50.00 | 1.90 | $95.00 |
| Quigley, Jennifer | $155.00 | 0.25 | $38.75 |
| Lewis, Deborah | $188.00 | 0.20 | $37.60 |
| **Total Paraprofessionals & Other Non-Legal Staff:** | **$171.27** | **20.30** | **$3,476.75** |

The total fees for the Fee Period are:

| PROFESSIONALS TOTALS: | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel: | $497.15 | 58.30 | $28,983.61 |
| Associates: | $445.88 | 0.30 | $133.77 |
| Paraprofessionals and Other Non-Legal Staff: | $171.27 | 20.30 | $3,476.75 |
| **Blended Attorney Rate:** | **$496.88** | **58.60** | **$29,117.37** |
| **Blended Rate for All Timekeepers:** | **$413.11** | **78.90** | **$32,594.12** |
| **Total Fees Incurred:** | | | **$32,594.12** |

**SECTION II**
**SUMMARY OF SERVICES**

**COMPENSATION BY WORK TASK CODE FOR**
**SERVICES RENDERED BY SHOOK, HARDY & BACON, L.L.P.**
**FOR THE PERIOD JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| B190 | Litigation Consulting | 58.60 | $22,689.75 |
| B160 | Fee/Employment Applications | 20.30 | $9,904.37 |
| **Total Fees Requested:** | | | **$32,594.12** |

**SECTION III**
**SUMMARY OF DISBURSEMENTS**

**DISBURSEMENT SUMMARY BY SHOOK, HARDY & BACON L.L.P.**
**FOR THE PERIOD JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

| DISBURSEMENTS | AMOUNTS |
|---|---|
| Delivery services/messengers | $74.53 |
| **Total Disbursements Requested:** | **$74.53** |

## SECTION IV
## CASE HISTORY

( 1 ) Date cases filed: October 14, 2001

( 2 ) Chapter under which case commenced: Chapter 11

( 3 ) Date of retention: December 16, 2021 *nunc pro tunc* to October 14, 2021 [Dkt. 860] (the "Retention Order")[2].

( 4 ) Summarize in brief the benefits to the estate and attach supplements as needed: SEE BELOW

During the Tenth Statement Period, Shook, Hardy & Bacon L.L.P. provided the following services to the Debtor including, but not limited to, the following:

*Litigation Counseling*

- Updated pending ovarian case lists and other materials for bankruptcy teams.
- Assisted Jones Day with matters relating to the estimation process.
- Addressed issues and other matters relating to talc-related litigation involving ovarian cancer.

*Fee / Employment Application Preparation*

- Reviewed invoices for purposes of preparing ninth monthly fee statement in accordance with Interim Compensation Order.
- Responded to questions from the fee examiner in connection with first, second, and third interim fee applications.

*Litigation Counseling (50% Johnson & Johnson Split)*

- Addressed issues relating to automatic stay and impact on ovarian litigation cases, including communications with counsel and the court and drafting of joint reports and similar items.
- Addressed necessary ovarian case-related litigation matters, including record intake.

(5) Anticipated distribution to creditors:

| | |
|---|---|
| (a) Administration expense: | Unknown at this time. |
| (b) Secured creditors: | Unknown at this time. |
| (c) Priority creditors: | Unknown at this time. |
| (d) General unsecured creditors: | Unknown at this time. |

(6) Final disposition of case and percentage of dividend paid to creditors: Final dividend percentages are unknown at this time.

I certify under penalty of perjury that the above is true.

Date: February 17, 2023

/s/ *Kathleen A. Frazier*
Kathleen A. Frazier

---

[2] The Retention Order is attached hereto as Exhibit A.