# EXHIBIT B



**Shook, Hardy & Bacon L.L.P.**
2555 Grand Boulevard
Kansas City, MO 64108-2613
(816) 474-6550

- 13008.377775 -

| | |
|---|---|
| **LTL MANAGEMENT LLC**<br>JOHN KIM, ESQ.<br>501 GEORGE STREET<br>NEW BRUNSWICK, NJ  08933-1161 | **Invoice No:** 2279839<br>Invoice Date:  2/16/2023<br>Matter Number:  13008.377775<br>Billing Attorney:  Kathleen A. Frazier |

## Summary of Invoice

For professional services and disbursements thru January 31, 2023

LTL Bankruptcy (LTL, LLC)
Client Reference #: JJL2021019389

| | |
|---|---:|
| Current Fees | $ 25,335.50 |
| Current Disbursements | 0.00 |
| **Total Current Fees and Disbursements** | **$ 25,335.50** |

## REMITTANCE INFORMATION

*Please verify your records reflect our new Wiring Instructions and Remit Address.*

**Wiring Instructions**
Commerce Bank
1000 Walnut
Kansas City, MO 64106
ABA Number: 101000019
SWIFT: CBKCUS44
Account Number: 43056

**Remit Address**
Shook, Hardy & Bacon L.L.P.
PO Box 843718
Kansas City, MO 64184-3718

**Federal Tax ID:**
44-0585497

Payments received after 2/9/2023 may not be reflected herein.

**SHOOK**
HARDY & BACON

13008.377775 • Inv# 2279839 • 2/16/2023    **2**

## Summary of Invoice

For professional services and disbursements thru January 31, 2023

LTL Bankruptcy (LTL, LLC)
Client Reference #: JJL2021019389

**Professional Services**

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| **B160** | **Fee/Employment Applications** | | | |
| 01/07/23 | KAF | Analyze questions and concerns noted in Fee Examiner's Preliminary Reports regarding First, Second and Third Interim Fee Applications. | 3.80 | $ 1,854.02 |
| 01/09/23 | KAF | Begin working on Ninth Fee Statement (0.4) and correspond with N. Brown (0.2) regarding same. | 0.60 | 292.74 |
| 01/12/23 | KAF | Continue to work on ninth fee statement (2.0) and correspond with N. Brown (0.3) regarding same. | 2.30 | 1,122.17 |
| 01/12/23 | KAF | Call with J. Pacelli regarding reports in connection with first three fee applications (0.9) and follow-up regarding same (0.2). | 1.10 | 536.69 |
| 01/13/23 | KAF | Continue to work on ninth fee statement (0.9) and correspond with I. Perez (0.2) regarding same. | 1.10 | 536.69 |
| 01/15/23 | KAF | Continue to analyze first, second, and third interim fee examiner reports in preparation for upcoming call with fee examiner regarding same. | 2.10 | 1,024.59 |
| 01/15/23 | KAF | Continue to work on ninth fee statement (0.2) and correspond with N. Brown (0.1) and with I. Perez (0.1) regarding same. | 0.40 | 195.16 |
| 01/17/23 | KAF | Attend call with fee examiner regarding preliminary reports regarding Shook's first, second, and third interim fee applications. | 1.00 | 487.90 |
| 01/18/23 | KAF | Prepare detailed response to questions raised in fee examiner's preliminary reports regarding First, Second, and Third Interim Fee Applications. | 5.90 | 2,878.61 |
| 01/19/23 | KAF | Continue to prepare detailed response to questions raised in fee examiner's preliminary reports regarding First, Second, and Third Interim Fee Applications. | 0.30 | 146.37 |
| 01/22/23 | KAF | Analyze fee examiner's revised proposal regarding Shook's first three interim fee applications (0.2) and correspond with J. Pacelli regarding same (0.1). | 0.30 | 146.37 |



13008.377775 • Inv# 2279839 • 2/16/2023    **3**

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 01/24/23 | KAF | Continue to prepare ninth fee statement and supporting documents (0.2) and correspond with N. Brown (0.1) and with B. Morgan (0.1) regarding same. | 0.40 | 195.16 |
| 01/25/23 | KAF | Correspond with B. Morgan (0.1) and with N. Brown (0.1) regarding preparation of ninth fee statement and invoices supporting same. | 0.20 | 97.58 |
| 01/26/23 | KAF | Finalize ninth fee statement (0.3) and corresponding invoices and correspond with B. Morgan (0.1), N. Brown (0.1), and with I. Perez (0.1) regarding same. | 0.60 | 292.74 |
| 01/27/23 | KAF | Follow up with N. Brown (0.1) and with I. Perez (0.1) regarding ninth fee statement. | 0.20 | 97.58 |
| **Subtotal for B160 Fee/Employment Applications** | | | **20.30** | **$ 9,904.37** |
| **B190** | **Other Contested Matters** | | | |
| 01/03/23 | KAF | Attend bankruptcy team strategy call (0.9) and follow up with H. Ahern and S. James (0.2) regarding same. | 1.10 | $ 536.69 |
| 01/04/23 | KAF | Analyze ovarian case materials (0.8) and correspond with A. Karp regarding ovarian expert matters (0.3). | 1.10 | 536.69 |
| 01/04/23 | KAF | Communications with bankruptcy team (0.6) and with G. McKee (0.5) regarding talc ovarian matters and bankruptcy court proceedings. | 1.10 | 536.69 |
| 01/04/23 | KAF | Correspond with client regarding retailer indemnity matters. | 0.20 | 97.58 |
| 01/04/23 | DRL | (Anderson) Review communications received from retail defendant (0.1) and update the file to reflect same (0.1). | 0.20 | 37.60 |
| 01/05/23 | HKA | Correspond with S. James regarding expert matters and bankruptcy court proceeding. | 0.20 | 99.63 |
| 01/05/23 | KAF | Call with M. Rasmussen regarding talc ovarian litigation and expert matters (0.3) and follow-up with M. Rasmussen (0.2) and with S. Lingor (0.3) regarding same. | 0.80 | 390.32 |
| 01/05/23 | KAF | Correspond with S. Sharko regarding ovarian litigation matters and bankruptcy court proceedings. | 0.20 | 97.58 |
| 01/05/23 | MRM | (Anderson) Review correspondence and related materials related to indemnity matters. | 0.40 | 252.00 |
| 01/05/23 | MRM | (Anderson) Telephone conference with retail counsel regarding indemnity matters. | 0.30 | 189.00 |
| 01/05/23 | MRM | (Anderson) Prepare response letter to retail counsel regarding indemnity matters. | 0.20 | 126.00 |



13008.377775 • Inv# 2279839 • 2/16/2023    **4**

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 01/06/23 | KAF | Analysis of ovarian case matters (0.7) and communications with H. Ahern, S. James (0.3) and with A. Brown (0.3) regarding ovarian expert matters and bankruptcy court proceedings. | 1.30 | 634.27 |
| 01/06/23 | KAF | Follow-up with S. Lingor regarding ovarian litigation materials and bankruptcy court proceedings. | 0.30 | 146.37 |
| 01/06/23 | SAJY | Correspondence with K. Frazier and H. Ahern re: expert issues and bankruptcy court proceeding. | 0.20 | 95.12 |
| 01/06/23 | SSL | Assimilate talc ovarian litigation materials for bankruptcy team. | 1.30 | 244.40 |
| 01/08/23 | SAJY | Identify case materials for bankruptcy team (0.4), and correspondence with S. Lingor and K. Frazier re: same (0.2). | 0.60 | 285.36 |
| 01/08/23 | SSL | Continue to assimilate talc ovarian litigation materials for bankruptcy team. | 6.40 | 1,203.20 |
| 01/08/23 | KSY | Continue to assimilate talc ovarian litigation materials for bankruptcy team. | 0.60 | 98.40 |
| 01/09/23 | HKA | Communications with A Brown, K. Frazier regarding expert matter and bankruptcy case proceeding. | 0.30 | 149.45 |
| 01/09/23 | KAF | Review talc litigation case materials (0.4) and communications with M. Mangrum (0.2) and with retailer's counsel (0.1) regarding indemnity matters. | 0.70 | 341.53 |
| 01/09/23 | KAF | Correspondences with S. Lingor (0.2) and with M. Rasmussen (0.2) regarding ovarian case materials. | 0.40 | 195.16 |
| 01/09/23 | KAF | Review correspondence regarding expert matters (0.1) and correspond with A. Brown (0.1) and with H. Ahern (0.1) regarding same. | 0.30 | 146.37 |
| 01/09/23 | MRM | (Anderson) Prepare correspondence to retail counsel regarding litigation matters and bankruptcy case proceeding. | 0.20 | 126.00 |
| 01/09/23 | MRM | (Anderson) Review and respond to correspondence from retail defense counsel (0.1) and Ms. Frazier (0.1) regarding case pleadings and bankruptcy case status. | 0.20 | 126.00 |
| 01/09/23 | MRM | (Anderson) Review and analyze correspondence and related material from retail defendant regarding case status and indemnity matters. | 0.20 | 126.00 |
| 01/09/23 | MRM | (Anderson) Prepare memorandum to Ms. Frazier regarding retail defendant indemnity matters and bankruptcy stay. | 0.10 | 63.00 |
| 01/09/23 | SAJY | Identify ovarian case materials for bankruptcy team. | 2.20 | 1,046.32 |
| 01/09/23 | SSL | Assimilate talc ovarian litigation materials for bankruptcy team. | 1.00 | 188.00 |



13008.377775 • Inv# 2279839 • 2/16/2023    5

| Date | Attorney | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 01/09/23 | KSY | Assimilate talc ovarian litigation materials for bankruptcy team. | 0.40 | 65.60 |
| 01/11/23 | KAF | Analyze pleading in bankruptcy matter (0.5) and correspond with K. Stufflebean (0.1) and with bankruptcy counsel (0.2) regarding response to same. | 0.80 | 390.32 |
| 01/11/23 | KAF | (Anderson) Conduct call with retailer's counsel regarding indemnity matters. | 0.50 | 243.95 |
| 01/11/23 | KAF | (Anderson) Follow-up correspondence with retailer counsel regarding indemnity matters. | 0.30 | 146.37 |
| 01/11/23 | KAF | (Anderson) Review case materials in advance of call with retailer counsel regarding indemnity matters. | 0.30 | 146.37 |
| 01/11/23 | MRM | (Anderson) Review and respond to correspondence with Ms. Frazier regarding discussions with retail counsel. | 0.10 | 63.00 |
| 01/11/23 | MRM | (Anderson) Review and respond to correspondence from outside counsel for retail defendant regarding indemnity matters. | 0.10 | 63.00 |
| 01/11/23 | KSY | Compile ovarian case materials (0.1) and correspondence with K. Frazier (0.1) regarding same. | 0.20 | 32.80 |
| 01/12/23 | KAF | Correspond with S. Weaver (0.1) and with S. Saum (0.1) regarding pro hac vice matters. | 0.20 | 97.58 |
| 01/16/23 | HKA | Review correspondence related to expert matters and bankruptcy court proceeding. | 0.30 | 149.45 |
| 01/17/23 | KAF | Attend weekly strategy call with bankruptcy team, including Jones Day, Skadden, King & Spalding, and client. | 0.90 | 439.11 |
| 01/20/23 | KAF | Correspond with client regarding Shook January fee estimate. | 0.20 | 97.58 |
| 01/20/23 | MRM | (Anderson) Review and respond to correspondence from retail defendant regarding indemnity matters. | 0.10 | 63.00 |
| 01/23/23 | KAF | Correspond with M. Healy regarding ovarian litigation and bankruptcy stay. | 0.20 | 97.58 |
| 01/24/23 | KAF | Attend weekly bankruptcy team strategy call with Jones Day, Wolmuth, Skadden, King & Spalding, and client. | 0.50 | 243.95 |
| 01/24/23 | KAF | Analyze correspondence regarding request for ovarian case materials (0.2) and correspond with M. Rasmussen (0.1) and with S. Lingor (0.1) regarding same. | 0.40 | 195.16 |
| 01/25/23 | KAF | Correspond with S. Lingor (0.2) and with M. Rasmussen (0.1) regarding ovarian case materials to be provided to expert. | 0.30 | 146.37 |

**SHOOK** HARDY & BACON

13008.377775 • Inv# 2279839 • 2/16/2023   **6**

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 01/25/23 | KAF | (McCurdy) Follow up with client regarding next steps in case. | 0.20 | 97.58 |
| 01/25/23 | SSL | Assimilate talc ovarian litigation materials for bankruptcy team. | 3.50 | 658.00 |
| 01/26/23 | JAMY | (Matthey) Review court order relative to bankruptcy court proceeding. | 0.10 | 45.20 |
| 01/26/23 | KAF | Review materials to be provided to expert (0.4) and correspond with S. Lingor (0.1) and with M. Rasmussen (0.1) regarding same. | 0.60 | 292.74 |
| 01/26/23 | SSL | Assimilate talc ovarian litigation materials for bankruptcy team. | 1.60 | 300.80 |
| 01/30/23 | HKA | Review Third Circuit Opinion (0.4) and communications with S. James and K. Frazier (0.3) regarding same. | 0.70 | 348.71 |
| 01/30/23 | JAMY | Review Third Circuit opinion (0.2) and email communications with B. Guthrie and S. O'Rourke (0.2) regarding same. | 0.40 | 180.81 |
| 01/30/23 | KAF | Prepare ovarian case materials for upcoming call with Skadden, K&S, and client regarding Third Circuit decision and next steps. | 1.80 | 878.22 |
| 01/30/23 | KAF | Call (0.4) and follow-up email (0.1) with M. Healy regarding Third Circuit decision and impact on California ovarian cases. | 0.50 | 243.95 |
| 01/30/23 | KAF | Call with Skadden, K&S, and client regarding Third Circuit decision and next steps. | 0.50 | 243.95 |
| 01/30/23 | KAF | Communications with H. Ahern, S. James, M. Hegarty, and K. Fournier regarding Third Circuit ruling. | 0.40 | 195.16 |
| 01/30/23 | KAF | (McCurdy) Correspond with J. Pacelli regarding local counsel matters. | 0.30 | 146.37 |
| 01/30/23 | SSL | Assimilate talc ovarian litigation materials for bankruptcy team. | 0.50 | 94.00 |
| 01/31/23 | HKA | Communications with K Frazier, S James regarding bankruptcy court developments. | 0.30 | 149.45 |
| 01/31/23 | KAF | Attend weekly bankruptcy team strategy call with Jones Day, Skadden, K&S, and client. | 1.10 | 536.69 |
| 01/31/23 | KAF | Correspond with G. McKee regarding communications with LTL CCAA Information Officer regarding developments in bankruptcy proceeding. | 0.20 | 97.58 |
| 01/31/23 | MRM | Telephone conference with retail defense counsel regarding bankruptcy case developments. | 0.20 | 126.00 |
| **Subtotal for B190 Other Contested Matters** | | | **40.80** | **$ 15,431.13** |



13008.377775 • Inv# 2279839 • 2/16/2023    **7**

| | | | | |
|---|---|---|---|---|
| **Total Hours and Fees** | | | 61.10 | $25,335.50 |

**Timekeeper Summary**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Mr. James | Partner | 3.00 | $ 475.60 | $ 1,426.80 |
| Ms. Ahern | Partner | 1.80 | 498.15 | 896.69 |
| Ms. Frazier | Partner | 38.00 | 487.90 | 18,540.20 |
| Ms. Mangrum | Partner | 2.10 | 630.00 | 1,323.00 |
| Ms. McLoone | Partner | 0.50 | 452.03 | 226.01 |
| Ms. Lewis | Senior Analyst | 0.20 | 188.00 | 37.60 |
| Ms. Lingor | Senior Analyst | 14.30 | 188.00 | 2,688.40 |
| Ms. Stufflebean | Paralegal | 1.20 | 164.00 | 196.80 |
| **Total Hours and Fees** | | **61.10** | | **$ 25,335.50** |

| Invoice Summary | |
|---|---|
| Current Fees | $ 25,335.50 |
| Current Disbursements | 0.00 |
| **Total Current Fees and Disbursements** | **$ 25,335.50** |



**Shook, Hardy & Bacon L.L.P.**
2555 Grand Boulevard
Kansas City, MO 64108-2613
(816) 474-6550

LTL MANAGEMENT LLC - 13008.381277.42875 - 42875

**LTL Management LLC**
John Kim, Esq.
501 George Street
New Brunswick NJ 08933-1161

| | |
|---|---|
| Invoice No: | **2279840LTL** |
| Invoice Date: | 2/16/2023 |
| Matter Number: | 13008.381277 |
| Billing Attorney: | Kathleen A. Frazier |

## Summary of Invoice

For professional services and disbursements thru January 31, 2023

LTL - J&J 50% (LTL Bankruptcy)
Client Reference #: JJL2021019364

| | |
|---|---:|
| Current Fees | $ 14,517.24 |
| Current Disbursements | 149.06 |
| **Total Current Fees and Disbursements** | **$ 14,666.30** |
| **LTL MANAGEMENT LLC - 50.00% share due** | **$ 7,333.15** |

## REMITTANCE INFORMATION

*Please verify your records reflect our new Wiring Instructions and Remit Address.*

**Wiring Instructions**
Commerce Bank
1000 Walnut
Kansas City, MO 64106
ABA Number: 101000019
SWIFT: CBKCUS44
Account Number: 43056

**Remit Address**
Shook, Hardy & Bacon L.L.P.
PO Box 843718
Kansas City, MO 64184-3718

**Federal Tax ID:**
44-0585497

Payments received after 2/9/2023 may not be reflected herein.



13008.381277 • Inv# 2279840 • 2/16/2023    **2**

## Summary of Invoice

For professional services and disbursements thru January 31, 2023

LTL - J&J 50% (LTL Bankruptcy)
Client Reference #: JJL2021019364

**Professional Services**

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| **B190** | **Other Contested Matters** | | | |
| 01/03/23 | MRKZ | (Smith) Download and format plaintiff's medical records for review and reporting purposes. | 0.40 | $ 68.80 |
| 01/04/23 | HKA | (Hood) Correspond with M. Mitchell, M. Dreher regarding expert matters. | 0.70 | 348.71 |
| 01/04/23 | MFH | Telephone conference with plaintiffs' liaison counsel re case management conference. | 0.30 | 198.34 |
| 01/04/23 | MFH | Review court order regarding case management conference. | 0.10 | 66.11 |
| 01/05/23 | SAJY | (State of Mississippi) Correspondence with M. Mitchell and H. Ahern regarding expert matters. | 0.20 | 95.12 |
| 01/05/23 | JEF | (Rausa) Call with healthcare provider contact regarding pathology matters. | 0.50 | 82.00 |
| 01/05/23 | JEF | (Rausa) Prepare memorandum to defense expert concerning pathology matters. | 0.20 | 32.80 |
| 01/05/23 | JEF | (Rausa) Correspond with Ms. Ahern and Ms. Stufflebean concerning correspondence with healthcare facility regarding pathology matters. | 0.10 | 16.40 |
| 01/06/23 | JEF | (Rausa) Correspond with defense expert concerning pathology matters. | 0.20 | 32.80 |
| 01/06/23 | JEF | (Rausa) Telephone calls (2) with healthcare facility pathology department concerning pathology matters. | 0.20 | 32.80 |
| 01/06/23 | JEF | (Rausa) Prepare shipping correspondence related to pathology materials. | 0.20 | 32.80 |
| 01/06/23 | JEF | (Rausa) Review memorandum from defense expert regarding pathology materials. | 0.10 | 16.40 |
| 01/09/23 | HKA | (Hood) Review expert materials and consider next steps. | 0.60 | 298.89 |
| 01/09/23 | KAF | Correspond with C. Kelly regarding status of Georgia ovarian case litigation and next steps. | 0.20 | 97.58 |
| 01/09/23 | JEF | (Rausa) Review correspondence from vendor regarding status of pathology materials. | 0.10 | 16.40 |



13008.381277 • Inv# 2279840 • 2/16/2023    **3**

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 01/09/23 | KSY | Prepare recent court orders for Epiq. | 0.40 | 65.60 |
| 01/10/23 | SSL | (Ross) Analyze court order and update case status. | 0.10 | 18.80 |
| 01/10/23 | SSL | (Nasatsky) Analyze court order and update case status. | 0.10 | 18.80 |
| 01/10/23 | SSL | (Verkuilen) Analyze court order and update case status. | 0.10 | 18.80 |
| 01/10/23 | SSL | (Villalobos) Analyze court order and update case status. | 0.10 | 18.80 |
| 01/10/23 | SSL | (Keller) Analyze court order and update case status. | 0.10 | 18.80 |
| 01/11/23 | CKKY | Email confirmation from State Bar of Georgia General Counsel regarding annual bar fees/dues. | 0.10 | 59.25 |
| 01/17/23 | MFH | Telephone conference with plaintiffs' counsel regarding ovarian litigation status. | 0.50 | 330.57 |
| 01/18/23 | KAF | (McCurdy) Analyze claimant's communications and pleading (0.3) and correspond with clients and S. Saum (0.2) regarding same. | 0.50 | 243.95 |
| 01/18/23 | JSQ | (Davis) Download and format plaintiff's medical records for reporting purposes. | 0.50 | 77.50 |
| 01/18/23 | LLWX | (Davis) Review, retrieve and distribute medical records provided by vendor to case team for reporting. | 0.60 | 30.00 |
| 01/19/23 | KAF | (McCurdy) Correspond with clients regarding next steps in case. | 0.40 | 195.16 |
| 01/19/23 | MFH | (Schultz) Follow up with M. Robinson re case status. | 0.40 | 264.45 |
| 01/19/23 | EMW | (Talc/Ovarian Cancer California Consolidated) Review plaintiff fact sheet and discovery to respond to Plaintiff's communication regarding case. | 0.60 | 267.53 |
| 01/20/23 | KAF | (McCarty) Communication with plaintiffs' counsel regarding request for in extremis deposition of plaintiff. | 0.20 | 97.58 |
| 01/20/23 | SSL | (Foote) Analyze court order and update case status. | 0.10 | 18.80 |
| 01/20/23 | LLWX | Receive notice of additional medical records from in extremis plaintiff counsel, retrieve same and transmit to case team for reporting. | 1.00 | 50.00 |
| 01/24/23 | SSL | (Carkhuff) Analyze letter from insurer and update case status. | 0.10 | 18.80 |
| 01/24/23 | LLWX | (Welch) review and process additional medical records produced by plaintiff for file and reporting purposes for in extremis plaintiff. | 0.80 | 40.00 |
| 01/25/23 | SSL | (Ortiz) Analyze letter from insurer and update case status. | 0.10 | 18.80 |

**SHOOK**
HARDY & BACON

13008.381277 • Inv# 2279840 • 2/16/2023    **4**

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 01/25/23 | KSY | Assimilate talc ovarian litigation materials for bankruptcy team and follow up with Ms. Lingor regarding same. | 0.30 | 49.20 |
| 01/25/23 | KSY | Review pleadings regarding upcoming in extremis depositions. | 0.10 | 16.40 |
| 01/26/23 | KAF | (Mulet) Correspond with plaintiff's counsel regarding request for in extremis deposition. | 0.10 | 48.79 |
| 01/26/23 | LLWX | (Diaz Mulet) Review medical records produced on behalf of in extremis plaintiff for file and reporting purposes. | 0.60 | 30.00 |
| 01/26/23 | MRKZ | (De La Cordad Diaz Mulet) Download and format plaintiff's medical records for review and reporting purposes. | 0.50 | 86.00 |
| 01/26/23 | MRKZ | (Welch) Download and format plaintiff's medical records for review and reporting purposes. | 0.40 | 68.80 |
| 01/27/23 | KAF | (McCurdy) Email communications (3 sets) with local counsel regarding case status and coordination of next steps. | 0.40 | 195.16 |
| 01/27/23 | KAF | (McCurdy) Revise pleading and supporting documents relative to bankruptcy stay. | 0.40 | 195.16 |
| 01/27/23 | KAF | (McCurdy) Prepare correspondence to plaintiffs regarding LTL bankruptcy proceeding. | 0.30 | 146.37 |
| 01/27/23 | SSL | (Lan) Analyze court order and update case status. | 0.10 | 18.80 |
| 01/30/23 | CKKY | (Buckley) Review Notice of Hearing (0.1) and revise letter regarding case status (0.2). | 0.30 | 177.74 |
| 01/30/23 | HKA | Correspond with S. James regarding expert discovery matters. | 0.90 | 448.34 |
| 01/30/23 | HKA | Review talc ovarian matters and consider next steps. | 0.40 | 199.26 |
| 01/30/23 | KAF | Correspond with ovarian trial counsel regarding talc ovarian litigation. | 1.40 | 683.06 |
| 01/30/23 | KAF | Consider bankruptcy case developments and ovarian litigation coordination. | 0.80 | 390.32 |
| 01/30/23 | KAF | Correspond with S. Lingor, K. Stufflebean, and D. Fennesy regarding status of talc litigation and next steps. | 0.50 | 243.95 |
| 01/30/23 | KAF | Correspond with H. Ahern and S. James regarding bankruptcy case developments and expert matters. | 0.50 | 243.95 |
| 01/30/23 | KAF | Correspond with S. James regarding status of ovarian state court litigations and next steps. | 0.40 | 195.16 |
| 01/30/23 | KAF | Correspond with B. Bauer regarding status of Missouri and Illinois cases and next steps. | 0.40 | 195.16 |

**SHOOK HARDY & BACON**

13008.381277 • Inv# 2279840 • 2/16/2023        5

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/30/23 | KAF | Correspond with J. McLoone and B. Guthrie regarding bankruptcy case developments and Florida ovarian litigation status. | 0.30 | 146.37 |
| 01/30/23 | KAF | Correspond with C. Kelly regarding bankruptcy case developments and status of Georgia ovarian litigation. | 0.30 | 146.37 |
| 01/30/23 | KAF | (McCurdy) Correspond with C. Beckstedt regarding next steps in case. | 0.20 | 97.58 |
| 01/30/23 | KAF | Correspond with K. Fournier regarding bankruptcy case developments and in extremis depositions. | 0.20 | 97.58 |
| 01/30/23 | MFH | Telephone conference with M. Robinson re ovarian litigation status. | 0.80 | 528.90 |
| 01/30/23 | MFH | Telephone conference with Ms. Frazier re bankruptcy case developments and next steps. | 0.40 | 264.45 |
| 01/30/23 | SSL | (Matthey) Analyze court order and update case status. | 0.10 | 18.80 |
| 01/30/23 | SSL | (Vazquez) Analyze court order and update case status. | 0.10 | 18.80 |
| 01/30/23 | KSY | Review MDL pleadings for relevant pleadings. | 0.10 | 16.40 |
| 01/31/23 | HKA | Review expert matters (0.3) and correspond with S. James (0.2) regarding same. | 0.60 | 298.89 |
| 01/31/23 | KAF | (Smith, L) Correspondences with L. Wood (0.3), K. Stufflebean (0.3), L. McGroder (0.7), and with plaintiffs' counsel (0.2) regarding in extremis deposition request. | 1.40 | 683.06 |
| 01/31/23 | KAF | Follow-up communications (7) with ovarian trial counsel regarding talc ovarian litigation. | 1.30 | 634.27 |
| 01/31/23 | KAF | Prepare memorandum for client regarding ovarian litigation matters. | 0.90 | 439.11 |
| 01/31/23 | KAF | (McCurdy) Follow up with C. Beckstedt regarding case status and next steps. | 0.50 | 243.95 |
| 01/31/23 | KAF | (McCurdy) Correspondences (2) with D. Prieto and clients regarding case pleadings. | 0.50 | 243.95 |
| 01/31/23 | KAF | Call with S. James regarding litigation contingency planning. | 0.70 | 341.53 |
| 01/31/23 | KAF | Correspond with S. James regarding bankruptcy court developments and litigation contingency matters. | 0.40 | 195.16 |
| 01/31/23 | KAF | Continue to consider ovarian litigation contingencies (0.3) and correspond with K. Stufflebean (0.1) regarding same. | 0.40 | 195.16 |



13008.381277 • Inv# 2279840 • 2/16/2023    **6**

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 01/31/23 | KAF | (Tyler) Revise communication to claimant regarding claim (0.2) and correspond with clients (0.1) regarding same. | 0.30 | 146.37 |
| 01/31/23 | KAF | Correspond with D. Curry and S. Sharko regarding expert matters. | 0.30 | 146.37 |
| 01/31/23 | KAF | Follow up with J. McLoone (0.1) and with B. Guthrie (0.2) regarding Florida ovarian case status and contingency planning. | 0.30 | 146.37 |
| 01/31/23 | KAF | Correspond with clients regarding talc litigation status and associated matters. | 0.20 | 97.58 |
| 01/31/23 | KAF | Call with J. Voss regarding bankruptcy case developments and ovarian case matters. | 0.20 | 97.58 |
| 01/31/23 | KAF | Correspond with K. Fournier regarding bankruptcy court developments and talc litigation matters. | 0.20 | 97.58 |
| 01/31/23 | KAF | (Williams, D) Correspond with L. Wood regarding in extremis deposition notice and next steps. | 0.20 | 97.58 |
| 01/31/23 | LMG | (Smith) Prepare for extremis deposition of plaintiff. | 1.00 | 576.00 |
| 01/31/23 | SAJY | Calls and correspondences with K. Frazier and team members to discuss litigation and expert issues. | 3.20 | 1,521.92 |
| 01/31/23 | LLWX | (Williams) Review, research and handle medical records and deposition notices for in extremis plaintiff. | 0.40 | 20.00 |
| 01/31/23 | LLWX | (Smith) Review, research and handle medical records and deposition notices for in extremis plaintiff. | 0.40 | 20.00 |
| **Subtotal for B190 Other Contested Matters** | | | **35.60** | **$ 14,517.24** |
| **Total Hours and Fees** | | | **35.60** | **$14,517.24** |

**Timekeeper Summary**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Mr. Healy | Partner | 2.50 | $ 661.13 | $ 1,652.82 |
| Mr. James | Partner | 3.40 | 475.60 | 1,617.04 |
| Mr. Kelly | Partner | 0.40 | 592.45 | 236.99 |
| Ms. Ahern | Partner | 3.20 | 498.15 | 1,594.09 |
| Ms. Frazier | Partner | 15.30 | 487.90 | 7,464.87 |
| Ms. McGroder | Partner | 1.00 | 576.00 | 576.00 |
| Ms. Weissenberger | Associate | 0.60 | 445.88 | 267.53 |
| Ms. Lingor | Senior Analyst | 1.10 | 188.00 | 206.80 |



13008.381277 ▪ Inv# 2279840 ▪ 2/16/2023    **7**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Ms. Quigley | Senior Analyst | 0.50 | 155.00 | 77.50 |
| Mr. Wood | Analyst | 3.80 | 50.00 | 190.00 |
| Ms. Gratton | Analyst | 1.30 | 172.00 | 223.60 |
| Ms. Azpell | Paralegal | 1.60 | 164.00 | 262.40 |
| Ms. Stufflebean | Paralegal | 0.90 | 164.00 | 147.60 |
| **Total Hours and Fees** | | **35.60** | | **$ 14,517.24** |

**Disbursements**

| Date | Description | Amount |
|---|---|---|
| **Expense Code: E107** | | |
| 01/06/23 | (Rausa, Pasqualina) Delivery - Federal Express - 770964584306 | $ 149.06 |
| | **Subtotal for E107** | **$ 149.06** |
| **Total Disbursements** | | **$ 149.06** |

| Invoice Summary | |
|---|---|
| Current Fees | $ 14,517.24 |
| Current Disbursements | 149.06 |
| **Total Current Fees and Disbursements** | **$ 14,666.30** |
| **LTL MANAGEMENT LLC - 50.00% share due** | **$ 7,333.15** |