# AlixPartners, LLP

# Exhibit B

# Detailed Description of AlixPartners' Hours and Professional Fees by Matter Category

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re: Chapter 11 Process / Case Management
Code: 20005188PN0001.1.1

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 01/03/2023 | MB | Develop support for additional recently approved professional fee payments for the company finance team | 2.7 |
| 01/04/2023 | MB | Develop support for additional recently approved professional fee payments for the company finance team | 0.3 |
| 01/06/2023 | MB | Develop support for additional recently approved professional fee payments for the company finance team | 0.7 |
| 01/09/2023 | MB | Develop support for additional recently approved professional fee payments for the company finance team | 0.6 |
| 01/10/2023 | MB | Update the professional fee tracking schedule based on filed fee applications | 0.2 |
| 01/11/2023 | MB | Develop support for additional recently approved professional fee payments for the company finance team | 0.9 |
| 01/11/2023 | MB | Update the professional fee tracking schedule based on monthly fee applications filed | 0.5 |
| 01/13/2023 | MB | Analyze the payments made to Debtor's advisor during the case | 0.8 |
| 01/17/2023 | MB | Generate support for approved professional fees for the company finance team | 0.8 |
| 01/17/2023 | MB | Update the professional fee tracking schedule based on additional monthly fee statements filed | 0.4 |
| 01/18/2023 | JEC | Develop analysis of professional fees to support LTL team request | 0.4 |
| 01/18/2023 | MB | Generate support for additional approved professional fees for the company finance team | 0.4 |
| 01/19/2023 | MB | Update the professional fee tracking schedule based on monthly fee applications | 0.2 |
| 01/23/2023 | MB | Update the professional fee tracking schedule based on additional monthly fee statements filed | 0.1 |
| 01/27/2023 | MB | Update the professional fee tracker based on the filed fee applications | 0.3 |
| 01/27/2023 | MB | Generate support for additional approved professional fees for the company finance team | 0.7 |
| 01/31/2023 | MB | Update the professional fee tracking schedule based on additional monthly fee statements filed | 0.6 |
| 01/31/2023 | MB | Generate payment support schedules for the company finance team related to approved professional fees | 0.5 |
| **Total Professional Hours** | | | **11.1** |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re: Chapter 11 Process / Case Management
Code: 20005188PN0001.1.1

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---:|---:|---:|
| Jarod E Clarrey | $950 | 0.4 | 380.00 |
| Mark Barnett | $805 | 10.7 | 8,613.50 |
| **Total Professional Hours and Fees** | | **11.1** | **$ 8,993.50** |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:   U. S. Trustee / Court Reporting Requirements
Code: 20005188PN0001.1.5

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 01/10/2023 | MB | Develop reconciliation of the disbursement history in December 2022 to the Bank Statement for MOR purposes | 0.9 |
| 01/10/2023 | MB | Review the Debtor's December financial statements for MOR purposes | 1.2 |
| 01/11/2023 | JEC | Review professional fee information to support MOR preparation | 2.3 |
| 01/11/2023 | MB | Update the Global Notes for the December MOR | 0.6 |
| 01/11/2023 | MB | Review the December MOR and support schedules prior to sending to J. Clarrey (AlixPartners) for review | 1.3 |
| 01/12/2023 | MB | Review the December MOR prior to sending to D. Segal for comment | 0.4 |
| 01/13/2023 | MB | Call with M. Barnett and J. Clarrey (both AlixPartners) to discuss MOR preparation | 0.4 |
| 01/13/2023 | JEC | Call with M. Barnett and J. Clarrey (both AlixPartners) to discuss MOR preparation | 0.4 |
| 01/17/2023 | JEC | Analyze professional fee information to support MOR reporting | 1.3 |
| 01/17/2023 | MB | Call with M. Barnett and J. Clarrey (both AlixPartners) to discuss MOR reporting | 0.2 |
| 01/17/2023 | JEC | Call with M. Barnett and J. Clarrey (both AlixPartners) to discuss MOR reporting | 0.2 |
| 01/17/2023 | MB | Review questions from the Jones Day team related to the December MOR | 0.2 |
| 01/20/2023 | MB | Review edits to the MOR global notes provided by I. Perez (Jones Day) | 0.2 |
| **Total Professional Hours** | | | **9.6** |

**AlixPartners**

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re: U. S. Trustee / Court Reporting Requirements
Code: 20005188PN0001.1.5

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---:|---:|---:|
| Jarod E Clarrey | $950 | 4.2 | 3,990.00 |
| Mark Barnett | $805 | 5.4 | 4,347.00 |
| **Total Professional Hours and Fees** | | **9.6** | **$ 8,337.00** |

**AlixPartners**

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:     Adversary Proceedings and Contested Matters
Code:   20005188PN0001.1.18

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 01/30/2023 | JRC | Review 3rd Circuit decision in LTL matter | 1.8 |
| **Total Professional Hours** | | | **1.8** |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re: Adversary Proceedings and Contested Matters
Code: 20005188PN0001.1.18

| **PROFESSIONAL** | **RATE** | **HOURS** | **FEES** |
|---|---|---|---|
| John R Castellano | $1,400 | 1.8 | $ 2,520.00 |
| **Total Professional Hours and Fees** | | **1.8** | **$ 2,520.00** |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re: Retention Applications & Relationship Disclosures
Code: 20005188PN0001.1.21

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 01/03/2023 | BFF | Draft disclosures for new parties-in-interest beginning with letters A to Co | 3.0 |
| 01/03/2023 | BFF | Draft disclosures for new parties-in-interest beginning with letters Co to Gr | 2.1 |
| 01/04/2023 | HS | Review relationship disclosures for supplemental declaration | 0.5 |
| 01/04/2023 | BFF | Draft six-month refresh disclosures for parties beginning with letters Gr to Pm | 3.0 |
| 01/04/2023 | BFF | Draft disclosures for new parties-in-interest beginning with letters A to G | 0.8 |
| 01/04/2023 | BFF | Draft disclosures for new parties-in-interest beginning with letters Pn through Z | 3.0 |
| 01/05/2023 | BFF | Draft disclosures for new parties-in-interest beginning with letters G to Z | 0.9 |
| 01/08/2023 | HS | Revise relationship disclosures for supplemental declaration | 0.6 |
| 01/09/2023 | HS | Revise relationship disclosures for supplemental declaration | 0.7 |
| 01/09/2023 | BFF | Revise supplemental disclosures per H. Saydah (AlixPartners) feedback | 0.6 |
| 01/11/2023 | HS | Review email from I. Perez (Jones Day) re: revisions to supplemental declaration | 0.1 |
| 01/11/2023 | JRC | Review and finalize supplemental declaration | 0.5 |
| 01/11/2023 | HS | Revise supplemental declaration | 0.2 |
| 01/17/2023 | ESK | Review third disclosure for filing | 0.1 |
| **Total Professional Hours** | | | **16.1** |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

| | |
|---|---|
| Re: | Retention Applications & Relationship Disclosures |
| Code: | 20005188PN0001.1.21 |

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---:|---:|---:|
| John R Castellano | $1,400 | 0.5 | $ 700.00 |
| Elizabeth S Kardos | $800 | 0.1 | 80.00 |
| Heather Saydah | $550 | 2.1 | 1,155.00 |
| Brooke F Filler | $510 | 13.4 | 6,834.00 |
| **Total Professional Hours and Fees** | | **16.1** | **$ 8,769.00** |

# AlixPartners

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re: Fee Applications
Code: 20005188PN0001.1.22

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 01/05/2023 | HS | Review fee examiner's initial report re: third interim fee application | 0.3 |
| 01/05/2023 | JRC | Review fee examiner report for third interim fee app | 0.5 |
| 01/06/2023 | LV | Prepare initial draft response to the Fee Examiner's Preliminary Report of AlixPartners 3rd Interim Fee Application | 2.2 |
| 01/06/2023 | JEC | Review information related to Fee Examiner's response to Third Interim Fee Application | 0.6 |
| 01/06/2023 | ESK | Communicate via email re: fee examiner objection | 0.2 |
| 01/06/2023 | ESK | Review fee examiner report | 0.4 |
| 01/06/2023 | ESK | Begin drafting response to fee examiner report | 0.4 |
| 01/17/2023 | HS | Revise response to fee examiner re: Third Interim Fee Application | 1.4 |
| 01/17/2023 | ESK | Provide comments to response to Fee Examiner report | 0.2 |
| 01/17/2023 | HS | Call with H. Saydah and J. Clarrey (both AlixPartners) to discuss response to fee examiner report | 0.2 |
| 01/17/2023 | JEC | Call with H. Saydah and J. Clarrey (both AlixPartners) to discuss response to fee examiner report | 0.2 |
| 01/18/2023 | JEC | Review draft of response to Fee Examiner regarding Third Interim Fee Application | 0.3 |
| 01/19/2023 | ESK | Email with H. Saydah (AlixPartners) re: response to fee examiner report | 0.1 |
| 01/19/2023 | JAB | Prepare professional fees for December 2022 Monthly Fee Statement | 0.3 |
| 01/20/2023 | HS | Call with H. Saydah and E. Kardos (both AlixPartners) re: comments to response to fee examiner report | 0.1 |
| 01/20/2023 | ESK | Call with H. Saydah and E. Kardos (both AlixPartners) re: comments to response to fee examiner report | 0.1 |
| 01/24/2023 | HS | Revise response to fee examiner | 0.2 |
| 01/25/2023 | ESK | Review final response to fee examiner report | 0.1 |
| 01/30/2023 | JEC | Review information to support preparation of monthly fee application | 0.3 |
| **Total Professional Hours** | | | **8.1** |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:        Fee Applications
Code:      20005188PN0001.1.22

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---|---|---|
| John R Castellano | $1,400 | 0.5 | $ 700.00 |
| Jarod E Clarrey | $950 | 1.4 | 1,330.00 |
| Elizabeth S Kardos | $800 | 1.5 | 1,200.00 |
| Heather Saydah | $550 | 2.2 | 1,210.00 |
| Laura Verry | $540 | 2.2 | 1,188.00 |
| Jennifer A Bowes | $485 | 0.3 | 145.50 |
| **Total Professional Hours and Fees** | | **8.1** | **$ 5,773.50** |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:     Meetings with Management and Advisors
Code:   20005188PN0001.1.23

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 01/10/2023 | MB | Meeting with D. Segal to discuss the Q4 2022 US Trustee Fees | 0.1 |
| 01/13/2023 | MB | Meeting with D. Segal in order to discuss the December MOR | 0.4 |
| 01/24/2023 | MB | Meeting with D. Segal in order to discuss the professional fee tracking schedule | 0.1 |
| **Total Professional Hours** | | | **0.6** |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

| | | | | |
|---|---|---|---|---|
| Re: | Meetings with Management and Advisors | | | |
| Code: | 20005188PN0001.1.23 | | | |

| **PROFESSIONAL** | **RATE** | **HOURS** | | **FEES** |
|---|---|---|---|---|
| Mark Barnett | $805 | 0.6 | | 483.00 |
| **Total Professional Hours and Fees** | | **0.6** | **$** | **483.00** |