**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

| | | | |
|---|---|---|---|
| In Re: | LTL Management LLC[1] | Applicant: | Houlihan Lokey Capital, Inc. |
| Case No.: | 21-30589 (MBK) | Client: | Official Committee of Talc Claimants ("TCC") |
| Chapter: | 11 | Case Filed: | October 14, 2021 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

**THIRTEENTH MONTHLY FEE STATEMENT OF HOULIHAN LOKEY CAPITAL, INC. FOR THE PERIOD OF DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

**SECTION 1**
**FEE SUMMARY**

☒ Interim Fee Application No. __13__    or    ☐ Final Fee Application

| NAME OF PROFESSIONAL | TITLE | HOURS |
|---|---|---|
| SAUL BURIAN | MANAGING DIRECTOR | 27.0 |
| TOM HEDUS | DIRECTOR | 38.0 |
| TIM PETERSEN | ASSOCIATE | 34.0 |
| TOPE ODUSANYA | ASSOCIATE | 41.0 |
| DANNY GENDLER | ANALYST | 29.5 |
| CHARLIE VRATTOS | ANALYST | 46.0 |
| | **TOTAL:** | **215.5** |

| | |
|---|---|
| FEE TOTALS | $175,000.00[2] |
| MINUS 20% HOLDBACK | -$35,000.00 |
| TOTAL FEES CURRENTLY PAYABLE | $140,000.00 |
| DISBURSEMENTS | $0.00 |
| **TOTAL PAYABLE THIS INVOICE** | **$140,000.00** |

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.
[2] Houlihan Lokey's Monthly Fee was amended to $175,000 beginning March 1, 2022 and for each monthly anniversary of March 1, 2022 thereafter, per the Final Order Authorizing Retention of Houlihan Lokey Capital, Inc. as filed with the Court [Docket No. 2618].

### SECTION II – SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS |
|---|---:|
| a) **General Case Administration** | 17.5 |
| b) **Analysis, Presentations, and Due Diligence** | 102.5 |
| c) **Correspondence with TCC Advisors** | 62.5 |
| d) **Correspondence with TCC Members** | 33.0 |
| **SERVICES TOTAL:** | **215.5** |

### SECTION III – SUMMARY OF EXPENSES

| EXPENSES | AMOUNT |
|---|---:|
| a) **Travel and Overtime Meals** | $0.00 |
| b) **Telephone and Data** | $0.00 |
| c) **Ground Transportation** | $0.00 |
| **EXPENSE TOTAL:** | **$0.00** |

## SECTION IV - CASE HISTORY

(NOTE: Items 3 – 6 are not applicable to applications under 11 U.S.C. §506)

(1) DATE CASE FILED: **October 14, 2021**

(2) CHAPTER UNDER WHICH CASE WAS COMMENCED: **11**

(3) DATE OF RETENTION:
(ANNEX COPY OF ORDER(S))
IF LIMIT ON NUMBERS OF HOURS OR OTHER
LIMITATIONS TO RETENTION, SET FORTH:

**June 28, 2022, effective as of December 17, 2021 [Docket No. 2618]**

**None**

(4) SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

   **(a) Produced various financial analyses requested by Committee representatives with respect to mediation and other issues;**
   **(b) Reviewed various documents drafted by Committee professionals, and case related documents in connection with precedent transactions and other related cases;**
   **(c) Performed due diligence on Royalty A&M's monthly operating reports, including analyzing Royalty A&M's income statement, balance sheet and cash flows;**
   **(d) Reviewed docket entries by case professionals; and**
   **(e) Created and produced documents related to case administration, including monthly fee statements and fee examiner requests**

(5) ANTICIPATED DISTRIBUTION TO CREDITORS:
   (A) ADMINISTRATION EXPENSES:        (unknown at this time)
   (B) SECURED CREDITORS:              (unknown at this time)
   (C) PRIORITY CREDITORS:             (unknown at this time)
   (D) GENERAL UNSECURED CREDITORS:    (unknown at this time)

(6) FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITOR (IF APPLICABLE):   Final disposition of case and dividend are unknown at this time.

(7) I certify under penalty of perjury that the above is true.

Date: February 16, 2023

Tom Hedus
Director
Houlihan Lokey Capital, inc.

3