**EXHIBIT B**

**Time Detail**

**Houlihan Lokey - LTL Management LLC Work Hours Summary**
**(Dec. 01, 2022 - Dec. 31, 2022)**

| Employee | A | B | C | D | Total |
|---|---|---|---|---|---|
| Saul Burian | 1.0 | 10.5 | 10.0 | 5.5 | 27.0 |
| Tom Hedus | 1.5 | 20.0 | 11.0 | 5.5 | 38.0 |
| Tim Petersen | 1.5 | 16.0 | 11.0 | 5.5 | 34.0 |
| Tope Odusanya | 3.5 | 21.5 | 10.5 | 5.5 | 41.0 |
| Danny Gendler | 1.0 | 13.0 | 10.0 | 5.5 | 29.5 |
| Charlie Vrattos | 9.0 | 21.5 | 10.0 | 5.5 | 46.0 |
| **Total** | **17.5** | **102.5** | **62.5** | **33.0** | **215.5** |

**Legend**

| | | |
|---|---|---|
| | A | General Case Administration |
| | B | Analysis, Presentations, and Due Diligence |
| | C | Correspondence with TCC Advisors |
| | D | Correspondence with TCC Members |

**Hours for:** Saul Burian
**Month of:** December 2022
**Total Hours:** 27.0

### Task Reference Table

| | |
|---|---|
| A | General Case Administration |
| B | Analysis, Presentations, and Due Diligence |
| C | Correspondence with TCC Advisors |
| D | Correspondence with TCC Members |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, December 2, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Review of draft presentation regarding bankruptcy and estimation considerations |
| Wednesday, December 7, 2022 | C | Correspondence with TCC Advisors | 1.0 | Call with Advisors |
| Wednesday, December 7, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Advisors and Members |
| Thursday, December 8, 2022 | C | Correspondence with TCC Advisors | 3.0 | Presentation regarding bankruptcy and estimation |
| Thursday, December 8, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Review of Funding Agreement |
| Thursday, December 8, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of draft Committee materials regarding Member expenses |
| Tuesday, December 13, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of draft reply in support of TCC motion with regard to procedures for reimbursement |
| Wednesday, December 14, 2022 | C | Correspondence with TCC Advisors | 1.0 | Call with Advisors |
| Wednesday, December 14, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Advisors and Members |
| Thursday, December 15, 2022 | C | Correspondence with TCC Advisors | 2.0 | Discussion of estimation process |
| Thursday, December 15, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of TCC draft reply in further support of the motion to compel regarding discovery produced by the Debtor to the FCR |
| Friday, December 16, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of FCR statement regarding the TCC motion to compel |
| Friday, December 16, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of Debtor complaint regarding plaintiff expert witness |
| Monday, December 19, 2022 | C | Correspondence with TCC Advisors | 0.5 | Meeting with Ken Feinberg |
| Monday, December 19, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of memorandum opinion and order regarding American International Industries |
| Tuesday, December 20, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of third order extending period within which Debtor may remove actions |
| Wednesday, December 21, 2022 | C | Correspondence with TCC Advisors | 1.0 | Call with Advisors |
| Wednesday, December 21, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Advisors and Members |
| Wednesday, December 21, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of estimation methodology materials prepared by FTI |
| Wednesday, December 21, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of hearing transcript |
| Thursday, December 22, 2022 | A | General Case Administration | 1.0 | Fee statement review |
| Thursday, December 22, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Review of discovery materials regarding RAM diligence request |
| Thursday, December 22, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of order granting remand to "Wave 1 Plaintiffs" in connection with 3M proceedings |
| Thursday, December 22, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Review of discovery materials regarding RAM diligence request |
| Tuesday, December 27, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of report regarding talc powder and ovarian cancer |
| Wednesday, December 28, 2022 | C | Correspondence with TCC Advisors | 1.0 | Call with Advisors |
| Wednesday, December 28, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of Debtor motion for plaintiff law firms to disclose third party funding arrangements |
| Wednesday, December 28, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of draft motion prepared by Committee counsel |
| Thursday, December 29, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Advisors and Members regarding Litigation Funding Motion |
| Thursday, December 29, 2022 | C | Correspondence with TCC Advisors | 0.5 | Call with Advisors regarding Litigation Funding Motion |
| Friday, December 30, 2022 | D | Correspondence with TCC Members | 1.5 | Call with Advisors and Members regarding J&J litigation strategy |

**Hours for:** Tom Hedus
**Month of:** December 2022
**Total Hours:** 38.0

**Task Reference Table**

| | |
|---|---|
| A | General Case Administration |
| B | Analysis, Presentations, and Due Diligence |
| C | Correspondence with TCC Advisors |
| D | Correspondence with TCC Members |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, December 2, 2022 | B | Analysis, Presentations, and Due Diligence | 1.5 | Monthly operating report review and analysis with respect to RAM |
| Friday, December 2, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of draft presentation regarding bankruptcy and estimation considerations |
| Tuesday, December 6, 2022 | C | Correspondence with TCC Advisors | 0.5 | Coordination with Advisors regarding due diligence |
| Wednesday, December 7, 2022 | C | Correspondence with TCC Advisors | 1.0 | Call with Advisors |
| Wednesday, December 7, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Advisors and Members |
| Thursday, December 8, 2022 | C | Correspondence with TCC Advisors | 3.0 | Presentation regarding bankruptcy and estimation considerations |
| Thursday, December 8, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Review of Funding Agreement |
| Thursday, December 8, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of draft Committee materials regarding Member expenses |
| Tuesday, December 13, 2022 | A | General Case Administration | 1.0 | Fee statement review |
| Tuesday, December 13, 2022 | C | Correspondence with TCC Advisors | 0.5 | Coordination with Advisors regarding presentation to committee |
| Tuesday, December 13, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of draft reply in support of TCC motion with regard to procedures for reimbursement |
| Tuesday, December 13, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Review of court filing regarding RAM |
| Tuesday, December 13, 2022 | B | Analysis, Presentations, and Due Diligence | 1.5 | Review of Funding Agreement and debtor discovery documents related thereto |
| Wednesday, December 14, 2022 | C | Correspondence with TCC Advisors | 1.0 | Call with Advisors |
| Wednesday, December 14, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Advisors and Members |
| Wednesday, December 14, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Financial analysis at the request of the Committee |
| Thursday, December 15, 2022 | C | Correspondence with TCC Advisors | 2.0 | Discussion of estimation process |
| Thursday, December 15, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of TCC draft reply in further support of the motion to compel regarding discovery produced by the Debtor to the FCR |
| Friday, December 16, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of FCR statement regarding the TCC motion to compel |
| Friday, December 16, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of Debtor complaint regarding plaintiff expert witness |
| Monday, December 19, 2022 | C | Correspondence with TCC Advisors | 0.5 | Meeting with Ken Feinberg |
| Monday, December 19, 2022 | B | Analysis, Presentations, and Due Diligence | 2.0 | Monthly operating report review and analysis with respect to RAM |
| Monday, December 19, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of memorandum opinion and order regarding American International Industries |
| Tuesday, December 20, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of third order extending period within which Debtor may remove actions |
| Wednesday, December 21, 2022 | C | Correspondence with TCC Advisors | 1.0 | Call with Advisors |
| Wednesday, December 21, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Advisors and Members |
| Wednesday, December 21, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Review of estimation methodology materials prepared by FTI |
| Wednesday, December 21, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of hearing transcript |
| Wednesday, December 21, 2022 | B | Analysis, Presentations, and Due Diligence | 2.0 | Review of Funding Agreement and debtor discovery |
| Thursday, December 22, 2022 | A | General Case Administration | 0.5 | Fee statement review |
| Thursday, December 22, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Review of discovery materials regarding RAM diligence request |
| Thursday, December 22, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of press release regarding completion of Abiomed Acquisition |
| Thursday, December 22, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of order granting remand to "Wave 1 Plaintiffs" in connection with 3M proceedings |
| Thursday, December 22, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Review of discovery materials regarding RAM diligence request |

LTL Management LLC
*Houlihan Lokey Time Sheet*
*(Dec. 01, 2022 - Dec. 31, 2022)*

**Hours for:** Tom Hedus
**Month of:** December 2022
**Total Hours:** 38.0

### Task Reference Table

| | |
|---|---|
| A | General Case Administration |
| B | Analysis, Presentations, and Due Diligence |
| C | Correspondence with TCC Advisors |
| D | Correspondence with TCC Members |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, December 27, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of report regarding talc powder and ovarian cancer |
| Wednesday, December 28, 2022 | C | Correspondence with TCC Advisors | 1.0 | Call with Advisors |
| Wednesday, December 28, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of Debtor motion for plaintiff law firms to disclose third party funding arrangements |
| Wednesday, December 28, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of draft motion prepared by Committee counsel |
| Thursday, December 29, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Advisors and Members regarding Litigation Funding Motion |
| Thursday, December 29, 2022 | C | Correspondence with TCC Advisors | 0.5 | Call with Advisors regarding Litigation Funding Motion |
| Friday, December 30, 2022 | D | Correspondence with TCC Members | 1.5 | Call with Advisors and Members regarding J&J litigation strategy |

**Hours for:** Tim Petersen
**Month of:** December 2022
**Total Hours:** 34.0

### Task Reference Table

| | |
|---|---|
| A | General Case Administration |
| B | Analysis, Presentations, and Due Diligence |
| C | Correspondence with TCC Advisors |
| D | Correspondence with TCC Members |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, December 2, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Monthly operating report review and analysis with respect to RAM |
| Friday, December 2, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of draft presentation regarding bankruptcy and estimation considerations |
| Tuesday, December 6, 2022 | A | General Case Administration | 1.0 | Fee statement preparation |
| Tuesday, December 6, 2022 | C | Correspondence with TCC Advisors | 0.5 | Coordination with Advisors regarding due diligence |
| Wednesday, December 7, 2022 | C | Correspondence with TCC Advisors | 1.0 | Call with Advisors |
| Wednesday, December 7, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Advisors and Members |
| Thursday, December 8, 2022 | C | Correspondence with TCC Advisors | 3.0 | Presentation regarding bankruptcy and estimation considerations |
| Thursday, December 8, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Review of Funding Agreement |
| Thursday, December 8, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of draft Committee materials regarding Member expenses |
| Tuesday, December 13, 2022 | C | Correspondence with TCC Advisors | 0.5 | Coordination with Advisors regarding presentation to committee |
| Tuesday, December 13, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of draft reply in support of TCC motion with regard to procedures for reimbursement |
| Wednesday, December 14, 2022 | C | Correspondence with TCC Advisors | 1.0 | Call with Advisors |
| Wednesday, December 14, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Advisors and Members |
| Wednesday, December 14, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Financial analysis at the request of the Committee |
| Thursday, December 15, 2022 | C | Correspondence with TCC Advisors | 2.0 | Discussion of estimation process |
| Thursday, December 15, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of TCC draft reply in further support of the motion to compel regarding discovery produced by the Debtor to the FCR |
| Friday, December 16, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of FCR statement regarding the TCC motion to compel |
| Friday, December 16, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of Debtor complaint regarding plaintiff expert witness |
| Monday, December 19, 2022 | C | Correspondence with TCC Advisors | 0.5 | Meeting with Ken Feinberg |
| Monday, December 19, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Monthly operating report review and analysis with respect to RAM |
| Monday, December 19, 2022 | B | Analysis, Presentations, and Due Diligence | 1.5 | Financial analysis at the request of the Committee |
| Monday, December 19, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of memorandum opinion and order regarding American International Industries |
| Tuesday, December 20, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of third order extending period within which Debtor may remove actions |
| Wednesday, December 21, 2022 | C | Correspondence with TCC Advisors | 1.0 | Call with Advisors |
| Wednesday, December 21, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Advisors and Members |
| Wednesday, December 21, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Monthly operating report review and analysis with respect to RAM |
| Wednesday, December 21, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of estimation methodology materials prepared by FTI |
| Wednesday, December 21, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of hearing transcript |
| Wednesday, December 21, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Financial analysis at the request of the Committee |
| Thursday, December 22, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Financial analysis at the request of the Committee |
| Thursday, December 22, 2022 | A | General Case Administration | 0.5 | Case administration |
| Thursday, December 22, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of order granting remand to "Wave 1 Plaintiffs" in connection with 3M proceedings |
| Thursday, December 22, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Review of discovery materials regarding RAM diligence request |
| Tuesday, December 27, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of report regarding talc powder and ovarian cancer |
| Wednesday, December 28, 2022 | C | Correspondence with TCC Advisors | 1.0 | Call with Advisors |

**Hours for:** Tim Petersen
**Month of:** December 2022
**Total Hours:** 34.0

### Task Reference Table

| | |
|---|---|
| A | General Case Administration |
| B | Analysis, Presentations, and Due Diligence |
| C | Correspondence with TCC Advisors |
| D | Correspondence with TCC Members |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Wednesday, December 28, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of Debtor motion for plaintiff law firms to disclose third party funding arrangements |
| Wednesday, December 28, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of draft motion prepared by Committee counsel |
| Thursday, December 29, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Advisors and Members regarding Litigation Funding Motion |
| Thursday, December 29, 2022 | C | Correspondence with TCC Advisors | 0.5 | Call with Advisors regarding Litigation Funding Motion |
| Friday, December 30, 2022 | D | Correspondence with TCC Members | 1.5 | Call with Advisors and Members regarding J&J litigation strategy |

**LTL Management LLC**  
*Houlihan Lokey Time Sheet*  
(Dec. 01, 2022 - Dec. 31, 2022)

**Hours for:** Tope Odusanya  
**Month of:** December 2022  
**Total Hours:** 41.0

### Task Reference Table

| | |
|---|---|
| A | General Case Administration |
| B | Analysis, Presentations, and Due Diligence |
| C | Correspondence with TCC Advisors |
| D | Correspondence with TCC Members |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, December 2, 2022 | B | Analysis, Presentations, and Due Diligence | 2.0 | Monthly operating report review and analysis with respect to RAM |
| Friday, December 2, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of draft presentation regarding bankruptcy and estimation considerations |
| Monday, December 5, 2022 | A | General Case Administration | 0.5 | Fee statement preparation |
| Tuesday, December 6, 2022 | A | General Case Administration | 0.5 | Fee statement preparation |
| Tuesday, December 6, 2022 | C | Correspondence with TCC Advisors | 0.5 | Coordination with Advisors regarding due diligence |
| Wednesday, December 7, 2022 | C | Correspondence with TCC Advisors | 1.0 | Call with Advisors |
| Wednesday, December 7, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Advisors and Members |
| Wednesday, December 7, 2022 | A | General Case Administration | 0.5 | Fee statement preparation |
| Thursday, December 8, 2022 | C | Correspondence with TCC Advisors | 3.0 | Presentation regarding bankruptcy and estimation considerations |
| Thursday, December 8, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of Funding Agreement |
| Thursday, December 8, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of draft Committee materials regarding Member expenses |
| Monday, December 12, 2022 | A | General Case Administration | 0.5 | Fee statement preparation |
| Tuesday, December 13, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of draft reply in support of TCC motion with regard to procedures for reimbursement |
| Wednesday, December 14, 2022 | C | Correspondence with TCC Advisors | 1.0 | Call with Advisors |
| Wednesday, December 14, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Advisors and Members |
| Wednesday, December 14, 2022 | B | Analysis, Presentations, and Due Diligence | 2.5 | Financial analysis at the request of the Committee |
| Wednesday, December 14, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of press release regarding Abiomed Acquisition TO extension |
| Thursday, December 15, 2022 | C | Correspondence with TCC Advisors | 2.0 | Discussion of estimation process |
| Thursday, December 15, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Financial analysis at the request of the Committee |
| Thursday, December 15, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of TCC draft reply in further support of the motion to compel regarding discovery produced by the Debtor to the FCR |
| Friday, December 16, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Financial analysis at the request of the Committee |
| Friday, December 16, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of FCR statement regarding the TCC motion to compel |
| Friday, December 16, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of Debtor complaint regarding plaintiff expert |
| Saturday, December 17, 2022 | A | General Case Administration | 0.5 | Fee statement preparation |
| Saturday, December 17, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Monthly operating report review and analysis with respect to RAM |
| Monday, December 19, 2022 | A | General Case Administration | 0.5 | Fee statement preparation |
| Monday, December 19, 2022 | C | Correspondence with TCC Advisors | 0.5 | Meeting with Ken Feinberg |
| Monday, December 19, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Monthly operating report review and analysis with respect to RAM |
| Monday, December 19, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of memorandum opinion and order regarding American International Industries |
| Tuesday, December 20, 2022 | A | General Case Administration | 0.5 | Fee statement preparation |
| Tuesday, December 20, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of third order extending period within which |
| Wednesday, December 21, 2022 | C | Correspondence with TCC Advisors | 1.0 | Call with Advisors |
| Wednesday, December 21, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Advisors and Members |
| Wednesday, December 21, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of estimation methodology materials prepared by FTI |
| Wednesday, December 21, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of hearing transcript |
| Wednesday, December 21, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Financial analysis at the request of the Committee |
| Thursday, December 22, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Financial analysis at the request of the Committee |
| Thursday, December 22, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Review of press release regarding completion of Abiomed Acquisition |
| Thursday, December 22, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of order granting remand to "Wave 1 Plaintiffs" in connection with 3M proceedings |

LTL Management LLC
*Houlihan Lokey Time Sheet*
*(Dec. 01, 2022 - Dec. 31, 2022)*

**Hours for:** Tope Odusanya
**Month of:** December 2022
**Total Hours:** 41.0

**Task Reference Table**

| | |
|---|---|
| A | General Case Administration |
| B | Analysis, Presentations, and Due Diligence |
| C | Correspondence with TCC Advisors |
| D | Correspondence with TCC Members |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Thursday, December 22, 2022 | B | Analysis, Presentations, and Due Diligence | 2.5 | Review of discovery materials regarding RAM diligence request |
| Tuesday, December 27, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of report regarding talc powder and ovarian cancer |
| Wednesday, December 28, 2022 | C | Correspondence with TCC Advisors | 1.0 | Call with Advisors |
| Wednesday, December 28, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of Debtor motion for plaintiff law firms to disclose third party funding arrangements |
| Wednesday, December 28, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of draft motion prepared by Committee counsel |
| Thursday, December 29, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Advisors and Members regarding Litigation Funding Motion |
| Thursday, December 29, 2022 | C | Correspondence with TCC Advisors | 0.5 | Call with Advisors regarding Litigation Funding Motion |
| Friday, December 30, 2022 | D | Correspondence with TCC Members | 1.5 | Call with Advisors and Members regarding J&J litigation strategy |

**LTL Management LLC**
*Houlihan Lokey Time Sheet*

*(Dec. 01, 2022 - Dec. 31, 2022)*

|  | Hours for: | Danny Gendler |
|---|---|---|
|  | Month of: | December 2022 |
|  | Total Hours: | 29.5 |

### Task Reference Table

| | |
|---|---|
| A | General Case Administration |
| B | Analysis, Presentations, and Due Diligence |
| C | Correspondence with TCC Advisors |
| D | Correspondence with TCC Members |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, December 2, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of draft presentation regarding bankruptcy and estimation considerations |
| Monday, December 5, 2022 | A | General Case Administration | 1.0 | Fee statement preparation |
| Wednesday, December 7, 2022 | C | Correspondence with TCC Advisors | 1.0 | Call with Advisors |
| Wednesday, December 7, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Advisors and Members |
| Thursday, December 8, 2022 | C | Correspondence with TCC Advisors | 3.0 | Presentation regarding bankruptcy and estimation considerations |
| Thursday, December 8, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of draft Committee materials regarding Member expenses |
| Tuesday, December 13, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of draft reply in support of TCC motion with regard to procedures for reimbursement |
| Wednesday, December 14, 2022 | C | Correspondence with TCC Advisors | 1.0 | Call with Advisors |
| Wednesday, December 14, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Advisors and Members |
| Thursday, December 15, 2022 | C | Correspondence with TCC Advisors | 2.0 | Discussion of estimation process |
| Thursday, December 15, 2022 | B | Analysis, Presentations, and Due Diligence | 2.0 | Financial analysis at the request of the Committee |
| Thursday, December 15, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of TCC draft reply in further support of the motion to compel regarding discovery produced by the Debtor to the FCR |
| Friday, December 16, 2022 | B | Analysis, Presentations, and Due Diligence | 3.0 | Financial analysis at the request of the Committee |
| Friday, December 16, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Monthly operating report review and analysis with respect to RAM |
| Friday, December 16, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of FCR statement regarding the TCC motion to compel |
| Friday, December 16, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of Debtor complaint regarding plaintiff expert witness |
| Monday, December 19, 2022 | C | Correspondence with TCC Advisors | 0.5 | Meeting with Ken Feinberg |
| Monday, December 19, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of memorandum opinion and order regarding American International Industries |
| Tuesday, December 20, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of third order extending period within which Debtor may remove actions |
| Wednesday, December 21, 2022 | C | Correspondence with TCC Advisors | 1.0 | Call with Advisors |
| Wednesday, December 21, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Advisors and Members |
| Wednesday, December 21, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of estimation methodology materials prepared by FTI |
| Wednesday, December 21, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of hearing transcript |
| Thursday, December 22, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of order granting remand to "Wave 1 Plaintiffs" in connection with 3M proceedings |
| Tuesday, December 27, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of report regarding talc powder and ovarian cancer |
| Wednesday, December 28, 2022 | C | Correspondence with TCC Advisors | 1.0 | Call with Advisors |
| Wednesday, December 28, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of Debtor motion for plaintiff law firms to disclose third party funding arrangements |
| Wednesday, December 28, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of draft motion prepared by Committee counsel |
| Thursday, December 29, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Advisors and Members regarding Litigation Funding Motion |
| Thursday, December 29, 2022 | C | Correspondence with TCC Advisors | 0.5 | Call with Advisors regarding Litigation Funding Motion |
| Friday, December 30, 2022 | D | Correspondence with TCC Members | 1.5 | Call with Advisors and Members regarding J&J litigation strategy |

**Hours for:** Charlie Vrattos
**Month of:** December 2022
**Total Hours:** 46.0

### Task Reference Table

| | |
|---|---|
| A | General Case Administration |
| B | Analysis, Presentations, and Due Diligence |
| C | Correspondence with TCC Advisors |
| D | Correspondence with TCC Members |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, December 2, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of draft presentation regarding bankruptcy and estimation considerations |
| Monday, December 5, 2022 | A | General Case Administration | 1.0 | Fee statement preparation |
| Tuesday, December 6, 2022 | A | General Case Administration | 1.0 | Fee statement preparation |
| Wednesday, December 7, 2022 | C | Correspondence with TCC Advisors | 1.0 | Call with Advisors |
| Wednesday, December 7, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Advisors and Members |
| Thursday, December 8, 2022 | A | General Case Administration | 2.0 | Fee statement preparation |
| Thursday, December 8, 2022 | C | Correspondence with TCC Advisors | 3.0 | Presentation regarding bankruptcy and estimation considerations |
| Thursday, December 8, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of draft Committee materials regarding Member expenses |
| Tuesday, December 13, 2022 | A | General Case Administration | 1.0 | Fee statement preparation |
| Tuesday, December 13, 2022 | B | Analysis, Presentations, and Due Diligence | 1.5 | Monthly operating report review and analysis with respect to RAM |
| Tuesday, December 13, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of draft reply in support of TCC motion with regard to procedures for reimbursement |
| Wednesday, December 14, 2022 | C | Correspondence with TCC Advisors | 1.0 | Call with Advisors |
| Wednesday, December 14, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Advisors and Members |
| Thursday, December 15, 2022 | C | Correspondence with TCC Advisors | 2.0 | Discussion of estimation process |
| Thursday, December 15, 2022 | B | Analysis, Presentations, and Due Diligence | 3.0 | Financial analysis at the request of the Committee |
| Thursday, December 15, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of TCC draft reply in further support of the motion to compel regarding discovery produced by the Debtor to the FCR |
| Friday, December 16, 2022 | A | General Case Administration | 1.5 | Fee statement preparation |
| Friday, December 16, 2022 | B | Analysis, Presentations, and Due Diligence | 4.0 | Financial analysis at the request of the Committee |
| Friday, December 16, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Monthly operating report review and analysis with respect to RAM |
| Friday, December 16, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of FCR statement regarding the TCC motion to compel |
| Friday, December 16, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of Debtor complaint regarding plaintiff expert witness |
| Monday, December 19, 2022 | C | Correspondence with TCC Advisors | 0.5 | Meeting with Ken Feinberg |
| Monday, December 19, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of memorandum opinion and order regarding American International Industries |
| Tuesday, December 20, 2022 | A | General Case Administration | 1.0 | Fee statement preparation |
| Tuesday, December 20, 2022 | B | Analysis, Presentations, and Due Diligence | 2.0 | Financial analysis at the request of the Committee |
| Tuesday, December 20, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Monthly operating report review and analysis with respect to RAM |
| Tuesday, December 20, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of third order extending period within which Debtor may remove actions |
| Wednesday, December 21, 2022 | C | Correspondence with TCC Advisors | 1.0 | Call with Advisors |
| Wednesday, December 21, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Advisors and Members |
| Wednesday, December 21, 2022 | A | General Case Administration | 1.0 | Fee statement preparation |
| Wednesday, December 21, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of estimation methodology materials prepared by FTI |
| Wednesday, December 21, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of hearing transcript |
| Wednesday, December 21, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Financial analysis at the request of the Committee |
| Thursday, December 22, 2022 | A | General Case Administration | 0.5 | Fee statement preparation |
| Thursday, December 22, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Financial analysis at the request of the Committee |
| Thursday, December 22, 2022 | B | Analysis, Presentations, and Due Diligence | 1.0 | Monthly operating report review and analysis with respect to RAM |
| Thursday, December 22, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of order granting remand to "Wave 1 Plaintiffs" in connection with 3M proceedings |
| Tuesday, December 27, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of report regarding talc powder and ovarian |

*LTL Management LLC*
*Houlihan Lokey Time Sheet*

*(Dec. 01, 2022 - Dec. 31, 2022)*

**Hours for:** Charlie Vrattos
**Month of:** December 2022
**Total Hours:** 46.0

### Task Reference Table

| | |
|---|---|
| A | General Case Administration |
| B | Analysis, Presentations, and Due Diligence |
| C | Correspondence with TCC Advisors |
| D | Correspondence with TCC Members |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Wednesday, December 28, 2022 | C | Correspondence with TCC Advisors | 1.0 | Call with Advisors |
| Wednesday, December 28, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of Debtor motion for plaintiff law firms to disclose third party funding arrangements |
| Wednesday, December 28, 2022 | B | Analysis, Presentations, and Due Diligence | 0.5 | Review of draft motion prepared by Committee counsel |
| Thursday, December 29, 2022 | D | Correspondence with TCC Members | 1.0 | Call with Advisors and Members regarding Litigation Funding Motion |
| Thursday, December 29, 2022 | C | Correspondence with TCC Advisors | 0.5 | Call with Advisors regarding Litigation Funding Motion |
| Friday, December 30, 2022 | D | Correspondence with TCC Members | 1.5 | Call with Advisors and Members regarding J&J litigation strategy |