UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GENOVA BURNS LLC
Daniel M. Stolz, Esq.
Donald W. Clarke, Esq.
dstolz@genovaburns.com
dclarke@genovaburns.com
110 Allen Road, Suite 304
Basking Ridge, NJ 07920
Tel: (973) 467-2700
Local Counsel to Official Committee of Talc Claimants

In Re:

LTL MANAGEMENT, LLC,

                Debtor.

Case No.: 21-30589
Adv. Pro. No.: _____
Chapter: 11
Subchapter V:  ☐ Yes  ☒ No
Hearing Date: May 3, 2023
Judge: MBK

## ADJOURNMENT REQUEST

1. I, _____Donald Clarke_____,

   ☒ am the attorney for: ____Official Committee of Talc Claimants ("TCC")____,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion to Compel Discovery [Doc 3336]

   Current hearing date and time: May 3, 2023 at 10:00 a.m.

   New date requested: May 22, 2023 at 10:00 a.m.

   Reason for adjournment request: Efficiency would best be served if the above referenced matter is adjourned.

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

   _____
   _____

I certify under penalty of perjury that the foregoing is true.

Date: March 17, 2023                             /s/Don Clarke
                                                 Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: 5/22/2023 at 10:00 a.m.            ❑ Peremptory

❑ Granted over objection(s)   New hearing date: _____            ❑ Peremptory

❑ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*