**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

IN RE: LTL Management LLC              APPLICANT: Massey & Gail LLP

CASE NO.: 21-30589 (MBK)               CLIENT: Official Committee of Talc Claimants

CHAPTER: 11                            CASE FILED: October 14, 2021

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

**SECTION I**
**FEE SUMMARY**

Monthly fee Statement Covering the Period
February 1, 2023 Through February 28, 2023

Interim Monthly Fee Statement No. 16

Summary of Accounts Requested for the Period from February 1, 2023 through February 28, 2023 (the "Sixteenth Statement Period"):

| | |
|---|---|
| Total fees: | $ 74,558.00 |
| Total disbursements: | $ 0.00 |
| Minus 20% Holdback of Fees: | $ 14,911.60 |
| Amount Sought at this Time: | $ 59,646.40 |

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Jonathan Massey | 1992 | $1160.00 | 60.3 | $69,948.00 |
| Rachel Morse | 2007 | $860.00 | 5.1 | $4,386.00 |
| Rob Aguirre | n/a | $320.00 | 0.7 | $224.00 |
| TOTAL FEES | | | | $74,558.00 |
| BLENDED RATE | | $1,127.96 | 66.1 | |

Pursuant to the Amended Fee Procedures Order, currently requested fees are net of a 20% holdback. A request for the holdback amount will be included in the next interim fee application:

| | |
|---|---|
| Fees | $ 74,558.00 |
| Less: Holdback (20%) | -$ 14,911.60 |
| Total Fees Currently Payable | $ 59,646.40 |
| Add: Disbursements | $ 0.00 |
| **Total Payable This Invoice** | **$ 59,646.40** |

2

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---:|---:|
| Case Administration (B110) | 12.1 | $12,686.00 |
| Relief from Stay / Adequate Protection Proceedings (B140) | 0.1 | $86.00 |
| Fee/Employment Application (B160) | 1.2 | $654.00 |
| Other Contested Matters, including Committee's MTD and Other Motions (B190) | 52.7 | $61,132.00 |
| **TOTAL** | **66.1** | **$74,558.00** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

|  | AMOUNT |
|---|---:|
| None | $0.00 |
|  |  |
| **TOTAL DISBURSEMENTS** | **$0.00** |

I certify under penalty of perjury that the foregoing is true and correct.

/s/*Jonathan S. Massey*
Jonathan S. Massey

Dated:  March 21, 2023