# EXHIBIT A
# TIME DETAIL



50 E. Washington St.
Suite 400
Chicago, IL 60602
(312) 283-1590

1000 Maine Ave. SW
Suite 450
Washington, D.C. 20024
(202) 652-4511

# PRIVILEGED & CONFIDENTIAL

March 13, 2023

**Official Committee of Talc Claimants**
In re LTL Management, LLC, No. 21-30589
United States Bankruptcy Court for the District of New Jersey

Invoice Period: 02-01-2023 - 02-28-2023

**RE: LTL Management Bankruptcy**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-01-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 2.20 | 1,160.00 | 2,552.00 |
| | | Drafting argument in response to LTL's expected post-decision filings. | | | |
| 02-01-2023 | JSM | B110 - Case Administration | 1.10 | 1,160.00 | 1,276.00 |
| | | Zoom with committee members and representatives to discuss Third Circuit decision and next steps. | | | |
| 02-01-2023 | JSM | B110 - Case Administration | 0.70 | 1,160.00 | 812.00 |
| | | Zoom with committee counsel to discuss Third Circuit decision and next steps. | | | |
| 02-01-2023 | JSM | B110 - Case Administration | 0.30 | 1,160.00 | 348.00 |
| | | Telephone call with Jeff Lamken to discuss Third Circuit decision and next steps. | | | |
| 02-01-2023 | RSM | B110 - Case Administration | 0.60 | 860.00 | 516.00 |
| | | Zoom conference with co-counsel re next steps after Third Circuit opinion. | | | |
| 02-01-2023 | RSM | B110 - Case Administration | 1.20 | 860.00 | 1,032.00 |
| | | Zoom conference with committee members, representatives, and co-counsel re next steps after appeal and related strategic concerns. | | | |
| 02-01-2023 | RSM | B110 - Case Administration | 0.30 | 860.00 | 258.00 |
| | | Confer with colleagues re post-appeal strategic issues. | | | |
| 02-02-2023 | RSM | B110 - Case Administration | 0.10 | 860.00 | 86.00 |
| | | Correspondence with committee member representatives re additional next steps after Third Circuit ruling. | | | |
| 02-02-2023 | JSM | B110 - Case Administration | 0.90 | 1,160.00 | 1,044.00 |
| | | Zoom with ovarian cancer creditors' counsel to discuss Third Circuit decision and next steps. | | | |
| 02-02-2023 | JSM | B110 - Case Administration | 0.20 | 1,160.00 | 232.00 |
| | | Email communication with Jerry Block of Levy Konigsberg discuss Third Circuit decision and next steps. | | | |
| 02-02-2023 | JSM | B110 - Case Administration | 0.20 | 1,160.00 | 232.00 |
| | | Email communication with Jeff Lamken to discuss Third Circuit decision and next steps. | | | |
| 02-03-2023 | RSM | B110 - Case Administration | 0.40 | 860.00 | 344.00 |
| | | Correspondence with committee member representatives re post-appeal next steps and strategies. | | | |
| 02-03-2023 | RSM | B160 - Fee/Employment Application | 0.20 | 860.00 | 172.00 |
| | | Worked on fee application for January 2023 services. | | | |
| 02-05-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 2.40 | 1,160.00 | 2,784.00 |
| | | Drafting additional argument in response to LTL's expected post-decision filings. | | | |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-06-2023 | RA | B160 - Fee/Employment Application | 0.70 | 320.00 | 224.00 |
| | | Review and revise January 2023 monthly fee application. | | | |
| 02-06-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 3.60 | 1,160.00 | 4,176.00 |
| | | Drafting further argument in response to LTL's expected post-decision filings. | | | |
| 02-06-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.20 | 1,160.00 | 232.00 |
| | | Email communication with committee counsel regarding LTL rehearing petition. | | | |
| 02-07-2023 | RSM | B160 - Fee/Employment Application | 0.20 | 860.00 | 172.00 |
| | | Revised draft fee application for January services. | | | |
| 02-08-2023 | RSM | B110 - Case Administration | 0.10 | 860.00 | 86.00 |
| | | Reviewed analysis of third circuit ruling and related effects. | | | |
| 02-08-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.20 | 1,160.00 | 232.00 |
| | | Email communication with committee appellate counsel regarding LTL rehearing petition. | | | |
| 02-09-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.20 | 1,160.00 | 232.00 |
| | | Email communication with committee counsel regarding LTL rehearing petition. | | | |
| 02-09-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 2.90 | 1,160.00 | 3,364.00 |
| | | Drafting new argument in response to LTL's expected post-decision filings. | | | |
| 02-09-2023 | RSM | B110 - Case Administration | 0.20 | 860.00 | 172.00 |
| | | Correspondence with co-counsel re NAM request for consent to file amicus brief re rehearing en banc. | | | |
| 02-09-2023 | RSM | B110 - Case Administration | 0.10 | 860.00 | 86.00 |
| | | Correspondence with committee member representatives re court order re estimation expert professionals. | | | |
| 02-10-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 3.30 | 1,160.00 | 3,828.00 |
| | | Drafting supplemental argument in response to LTL's expected post-decision filings. | | | |
| 02-11-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 2.80 | 1,160.00 | 3,248.00 |
| | | Drafting final argument in response to LTL's expected post-decision filings. | | | |
| 02-12-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 2.50 | 1,160.00 | 2,900.00 |
| | | Revising argument in response to LTL's expected post-decision filings. | | | |
| 02-12-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.30 | 1,160.00 | 348.00 |
| | | Email communication with committee appellate counsel regarding LTL rehearing petition. | | | |
| 02-13-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.50 | 1,160.00 | 580.00 |
| | | Zoom with TCC appellate counsel regarding LTL rehearing petition. | | | |
| 02-13-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.80 | 1,160.00 | 928.00 |
| | | Reviewing LTL petition for rehearing. | | | |
| 02-13-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.40 | 1,160.00 | 464.00 |
| | | Email communication with committee counsel regarding LTL rehearing petition. | | | |
| 02-13-2023 | RSM | B110 - Case Administration | 0.10 | 860.00 | 86.00 |
| | | Reviewed Debtor's response to limited request for relief from stay. | | | |
| 02-13-2023 | RSM | B140 - Relief from Stay / Adequate Protection Proceedings | 0.10 | 860.00 | 86.00 |
| | | Correspondence with co-counsel re Debtor's response to limited request for relief from stay. | | | |
| 02-14-2023 | RSM | B110 - Case Administration | 0.10 | 860.00 | 86.00 |
| | | Correspondence with J. Massey re omnibus court hearing preparation. | | | |
| 02-14-2023 | RSM | B110 - Case Administration | 0.10 | 860.00 | 86.00 |
| | | Correspondence with J. Massey re drafting potential responsive arguments to petition for rehearing en banc. | | | |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-14-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 3.60 | 1,160.00 | 4,176.00 |
| | | Drafting "no circuit conflict" argument in response to LTL rehearing petition and application for stay. | | | |
| 02-14-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.50 | 1,160.00 | 580.00 |
| | | Email communication with committee counsel regarding LTL rehearing petition. | | | |
| 02-14-2023 | JSM | B110 - Case Administration | 1.20 | 1,160.00 | 1,392.00 |
| | | Attending bankruptcy court status conference before Judge Kaplan. | | | |
| 02-14-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.50 | 1,160.00 | 580.00 |
| | | Zoom with TCC appellate counsel regarding LTL rehearing petition. | | | |
| 02-15-2023 | JSM | B110 - Case Administration | 1.10 | 1,160.00 | 1,276.00 |
| | | Zoom with TCC representatives and members to discuss legal strategy and next steps. | | | |
| 02-15-2023 | JSM | B110 - Case Administration | 0.80 | 1,160.00 | 928.00 |
| | | Zoom with TCC counsel to discuss legal strategy and next steps. | | | |
| 02-15-2023 | JSM | B110 - Case Administration | 0.30 | 1,160.00 | 348.00 |
| | | Email communication with committee counsel regarding form of order for bankruptcy dismissal order. | | | |
| 02-15-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.40 | 1,160.00 | 464.00 |
| | | Email communication with committee counsel regarding LTL rehearing petition. | | | |
| 02-15-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 1.80 | 1,160.00 | 2,088.00 |
| | | Revising "no circuit conflict" argument in response to LTL rehearing petition and application for stay. | | | |
| 02-15-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 1.90 | 1,160.00 | 2,204.00 |
| | | Drafting argument that CA3 decision does not conflict with any Supreme Court decision in response to LTL rehearing petition and application for stay. | | | |
| 02-15-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 2.30 | 1,160.00 | 2,668.00 |
| | | Drafting response to LTL's statement of the case in response to LTL rehearing petition and application for stay. | | | |
| 02-16-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 4.20 | 1,160.00 | 4,872.00 |
| | | Drafting response to LTL's policy argument in response to LTL rehearing petition and application for stay. | | | |
| 02-16-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.40 | 1,160.00 | 464.00 |
| | | Email communication with committee counsel regarding LTL rehearing petition. | | | |
| 02-17-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.40 | 1,160.00 | 464.00 |
| | | Further email communication with committee counsel regarding LTL rehearing petition. | | | |
| 02-18-2023 | RSM | B160 - Fee/Employment Application | 0.10 | 860.00 | 86.00 |
| | | Correspondence with Fee Examiner re fee application for January services. | | | |
| 02-20-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.40 | 1,160.00 | 464.00 |
| | | Reviewing Washington Legal Foundation amicus brief in support of rehearing. | | | |
| 02-21-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.50 | 1,160.00 | 580.00 |
| | | Reviewing National Assn of Manufacturers amicus brief in support of rehearing. | | | |
| 02-21-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.60 | 1,160.00 | 696.00 |
| | | Reviewing Chamber of Commerce amicus brief in support of rehearing. | | | |
| 02-21-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.50 | 1,160.00 | 580.00 |
| | | Reviewing draft dismissal order to submit to bankruptcy court on remand from Third Circuit. | | | |
| 02-21-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.40 | 1,160.00 | 464.00 |
| | | Email communication with committee counsel regarding amicus briefs in support of rehearing. | | | |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-22-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.30 | 1,160.00 | 348.00 |
| | | Reviewing draft order terminating stay relief to submit to bankruptcy court on remand from Third Circuit. | | | |
| 02-22-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 1.40 | 1,160.00 | 1,624.00 |
| | | Reviewing research on post-dismissal jurisdiction of bankruptcy court. | | | |
| 02-22-2023 | RSM | B110 - Case Administration | 0.40 | 860.00 | 344.00 |
| | | Participated in weekly co-counsel Zoom conference re case status and ongoing work, including next steps post-appeal. | | | |
| 02-22-2023 | RSM | B110 - Case Administration | 0.50 | 860.00 | 430.00 |
| | | Participated in weekly Zoom conference with committee members, member representatives, and co-counsel re case status and next steps post-appeal. | | | |
| 02-23-2023 | RSM | B110 - Case Administration | 0.10 | 860.00 | 86.00 |
| | | Correspondence with J. Massey re Third Circuit directing responses to petition for rehearing. | | | |
| 02-23-2023 | RSM | B110 - Case Administration | 0.20 | 860.00 | 172.00 |
| | | Reviewed analysis of issues re Third Circuit directing responses to petition for rehearing. | | | |
| 02-23-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.40 | 1,160.00 | 464.00 |
| | | Email communication with committee counsel regarding CA3 order calling for response to rehearing petition. | | | |
| 02-23-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.30 | 1,160.00 | 348.00 |
| | | Email communication with committee appellate counsel regarding CA3 order calling for response to rehearing petition. | | | |
| 02-23-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 3.20 | 1,160.00 | 3,712.00 |
| | | Revising draft TCC opposition to rehearing petition. | | | |
| 02-24-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 1.90 | 1,160.00 | 2,204.00 |
| | | Further revising draft TCC opposition to rehearing petition. | | | |
| 02-27-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 2.60 | 1,160.00 | 3,016.00 |
| | | Drafting insert for response to LTL petition for rehearing. | | | |
| 02-27-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.30 | 1,160.00 | 348.00 |
| | | Email communication with TCC representatives re response to LTL petition for rehearing. | | | |
| 02-27-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.40 | 1,160.00 | 464.00 |
| | | Email communication with TCC counsel re response to LTL petition for rehearing. | | | |
| 02-28-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.40 | 1,160.00 | 464.00 |
| | | Further email communication with TCC counsel re response to LTL petition for rehearing. | | | |
| 02-28-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.30 | 1,160.00 | 348.00 |
| | | Email communication with CA3 co-appellants regarding responses to rehearing petition. | | | |
| 02-28-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.30 | 1,160.00 | 348.00 |
| | | Reviewing Brian Glasser edits to TCC response to rehearing petition. | | | |
| 02-28-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.20 | 1,160.00 | 232.00 |
| | | Reviewing Steve Kazan edits to TCC response to rehearing petition. | | | |
| 02-28-2023 | JSM | B110 - Case Administration | 0.80 | 1,160.00 | 928.00 |
| | | Reviewing legal research regarding bankruptcy court jurisdiction in relation to dismissal order. | | | |
| | | | **Total** | | 74,558.00 |

## Time Summary

| Professional | Hours | Amount |
|---|---:|---:|
| Jonathan Massey | 60.30 | 69,948.00 |
| Rachel Morse | 5.10 | 4,386.00 |
| Rob Aguirre | 0.70 | 224.00 |
| **Total** | | 74,558.00 |
| | | |
| **Total for this Invoice** | | 74,558.00 |