| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| **SHERMAN, SILVERSTEIN,** |
| **KOHL, ROSE & PODOLSKY, P.A.** |
| Arthur J. Abramowitz |
| Alan I. Moldoff |
| Ross J. Switkes |
| 308 Harper Drive, Suite 200 |
| Moorestown, NJ 08057 |
| Tel: (856) 662-0700 |
| Email: aabramowitz@shermansilverstein.com |
| amoldoff@shermansilverstein.com |
| rswitkes@shermansilverstein.com |
| |
| *Counsel to Substantial Contribution Claimants* |

| | |
|---|---|
| In Re: | Case No. 21-30589 (MBK) |
| LTL MANAGEMENT LLC, | Chapter 11 |
| Debtor. | Honorable Michael B. Kaplan, U.S.B.J., Chief |

**ORDER GRANTING OMNIBUS MOTION OF THE SUBSTANTIAL CONTRIBUTION CLAIMANTS FOR ALLOWANCE OF ADMINISTRATIVE CLAIMS FOR REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM OCTOBER 14, 2021 THROUGH NOVEMBER 12, 2021**

The relief set forth on the follow pages, numbered two (2) through four (4), be and hereby is **ORDERED**.

3310441.1

(Page 2)
Debtor:     LTL Management, LLC
Case No.    21-30589 (CMG)
Caption:    Order Granting Omnibus Motion of the Substantial Contribution Claimants for Allowance of Administrative Claims for Reimbursement of Expenses Incurred for the Period from October 14, 2021 through November 12, 2021

**THIS MATTER** having been brought before the Court by the Substantial Contribution Claimants (as defined in the Motion), by and through their undersigned counsel, Sherman, Silverstein, Kohl, Rose & Podolsky, P.A., upon the filing of a motion (the "Motion") seeking allowance of administrative claims for reimbursement of fees and expenses incurred for the twenty-nine (29) day period from October 14, 2021 through November 12, 2021 from the Petition Date (as defined in the Motion) until the appointment of the Official Committee of Talc Claimants and its retention of counsel; and the Court having considered the pleadings filed in support of the Motion and opposition thereto, if any, and oral argument, if any; and finding good cause for the entry of the within Order;

**IT IS HEREBY ORDERED** as follows:

1.    The Motion is Granted.

2.    The Plaintiffs Steering Committee in the *In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Multi-District Litigation*, MDL No. 2738 ("PSC") be and hereby is granted an allowed administrative claim under 11 U.S.C. §§ 503(b)(3)(D), 503(b)(4), afforded the priority under 11 U.S.C. § 507(a)(2), for reimbursement of the following expenses as a result of the substantial contribution it made in this case, and the Debtor be and hereby is directed to make payment to the PSC on account of the following allowed claims within seven (7) business days of entry of this Order[1]:

---

[1] The payment directives herein are subject to the Court's disposition of the Debtor's motion seeking authority to, *inter alia*, satisfy the conditions of the Dismissal Order (as defined in the Motion) which was filed in the second bankruptcy proceeding under Case. No. 23-12825, Docket 319.

3310441.1

(Page 3)
Debtor: LTL Management, LLC
Case No. 21-30589 (CMG)
Caption: Order Granting Omnibus Motion of the Substantial Contribution Claimants for Allowance of Administrative Claims for Reimbursement of Expenses Incurred for the Period from October 14, 2021 through November 12, 2021

    a. $927,548.55 in fees and $20,696.97 in expenses as a result of services provided by Otterbourg, P.C.

    b. $66,297.00 in fees and $6,609.16 in expenses as a result of services provided by Cole Hayes, Esq.

    c. $115,280.00 in fees and $4,519.36 in expenses as a result of services provided by Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A.

    d. $177,945.00 in fees and $6,042.85 in expenses as a result of services provided by Burns Charest, LLP

3. Maune, Raichle, Hartley, French & Mudd, LLC ("MRHFM"), as representative for the Meso Committee (as defined in the Motion), be and hereby is granted an allowed administrative claim under 11 U.S.C. §§ 503(b)(3)(D), 503(b)(4), afforded the priority under 11 U.S.C. § 507(a)(2), as a result of the substantial contribution it made in this case, for the reimbursement of expenses arising from services provided by Waldrep, Wall, Babcock & Bailey, PLLC, in the amount of $308,327.00 in legal fees and $4,586.19 in expenses. The Debtor be and hereby is directed to make payment to MRHFM on account of its claim allowed herein within seven (7) business days of entry of this Order:

4. Levy Konigsberg, LLP, as counsel for and on behalf of certain mesothelioma claimants, including Randy Derouen, be and hereby is granted an allowed administrative claim under 11 U.S.C. §§ 503(b)(3)(D), 503(b)(4), afforded the priority under 11 U.S.C. § 507(a)(2), for reimbursement of the following expenses as a result of the substantial contribution it made in this

(Page 4)

| | |
|---|---|
| Debtor: | LTL Management, LLC |
| Case No. | 21-30589 (CMG) |
| Caption: | Order Granting Omnibus Motion of the Substantial Contribution Claimants for Allowance of Administrative Claims for Reimbursement of Expenses Incurred for the Period from October 14, 2021 through November 12, 2021 |

---

case, and the Debtor be and hereby is directed to make payment to Levy Konigsberg, LLP, on account of the following allowed claims within seven (7) business days of entry of this Order:

    a. $178,313.08 in legal fees and $3,136.92 in expenses as a result of services provided Massey & Gail.

    b. $85,140.00 in fees and $12,328.05 in expenses as a result of services provided by Jerome Block, Esq. of Levy Konigsberg, LLP.

5.    The Court shall retain jurisdiction to hear and determine all matters arising the entry of the within Order, including the interpretation, implementation, or enforcement of the within Order.

3310441.1