Time Entries for the Period
10/14/2021 Through 11/16/2021

| Date | Timekeeper | Narrative | Hours Billed | Amount Billed |
|---|---|---|---|---|
| 10/14/2021 | RJP | Analyze bankruptcy petition and associated initial filings; exchange email correspondence with client group re same and next steps, including impending complaints | 1.70 | $2,031.50 |
| 10/14/2021 | MLT | Analyze first-day declaration and prepare notes re same; analyze correspondence re scope of stay | 1.40 | $2,212.00 |
| 10/15/2021 | RJP | Telephone conference with L. Davis Jones re case commencement and first day hearing | 0.20 | $239.00 |
| 10/15/2021 | MLT | Analyze first-day pleadings and order scheduling first-day hearing | 2.60 | $4,108.00 |
| 10/18/2021 | RJP | Analyze emergency motion to stay talc litigation and outline response to same | 1.50 | $1,792.50 |
| 10/18/2021 | RJP | Telephone conference with L. Davis Jones re first day hearing and stay motion | 0.40 | $478.00 |
| 10/18/2021 | SMK | Analyze case filings to date, including first-day motions and motion to enforce automatic stay | 2.60 | $2,795.00 |
| 10/18/2021 | NM | Draft objection to motion to enforce | 2.50 | $1,700.00 |
| 10/18/2021 | NM | Review motion to enforce automatic stay; research and correspondence re the same | 2.20 | $1,496.00 |
| 10/19/2021 | RJP | Revise, finalize, and file opposition to Debtor's emergency motion to stay talc litigation | 1.80 | $2,151.00 |
| 10/19/2021 | SMK | Analyze pleadings re objections to first day motions and motion re automatic stay | 0.60 | $645.00 |
| 10/19/2021 | SMK | Draft preliminary objection to motion to enforce automatic stay, including further analysis of motion and research re same | 6.10 | $6,557.50 |
| 10/19/2021 | MLT | Exchange e-mail correspondence re committee formation and opposition to stay motion; analyze oppositions to stay motion; work on objection to stay motion | 1.20 | $1,896.00 |
| 10/19/2021 | NM | Draft objection to motion to enforce; correspondence re the same | 5.80 | $3,944.00 |
| 10/19/2021 | NM | Review MDL Plaintiffs' Committee limited objection to first day motions | 0.30 | $204.00 |
| 10/20/2021 | RJP | Appear and argue at first day hearing, including final preparations and follow-up re same | 7.90 | $9,440.50 |
| 10/20/2021 | SMK | Preliminary research re TRO/PI opposition brief | 0.70 | $752.50 |
| 10/20/2021 | SMK | Research re venue transfer to 3d Circuit | 0.40 | $430.00 |
| 10/20/2021 | NM | Analyze funding agreement | 0.40 | $272.00 |
| 10/20/2021 | NM | Prepare objection to TRO and conduct preliminary research | 1.80 | $1,224.00 |
| 10/21/2021 | RJP | Video conference with D. Bussel and D. Stern re strategy | 1.00 | $1,195.00 |
| 10/21/2021 | SMK | Research in advance of October 22 hearing re 362 and AH Robins-related case law | 2.30 | $2,472.50 |
| 10/21/2021 | SMK | Analyze debtor's new complaint and TRO motion | 0.90 | $967.50 |
| 10/21/2021 | NM | Research re automatic stay and injunction issues | 3.80 | $2,584.00 |
| 10/21/2021 | NM | Analyze motion to for preliminary injunction | 1.30 | $884.00 |
| 10/21/2021 | NM | Analyze excerpts of first day hearing in preparation for TRO hearing | 2.60 | $1,768.00 |
| 10/22/2021 | RJP | Appear and argue at hearing on motion to stay talc litigation, including final preparation and follow-up re same | 3.30 | $3,943.50 |
| 10/22/2021 | NM | Research re automatic stay issues | 2.90 | $1,972.00 |
| 10/24/2021 | RJP | Exchange email correspondence with Debtor's counsel and other objectors re meet-and-confer | 0.10 | $119.50 |
| 10/25/2021 | RJP | Analyze competing proposed orders on TRO motion, draft discovery schedule for PI hearing, and Debtor's document production re same | 0.60 | $717.00 |
| 10/25/2021 | RJP | Analyze Bankruptcy Administrator's motion to transfer venue; confer and correspond with working group re same | 0.40 | $478.00 |
| 10/25/2021 | RJP | Meet-and-confer videoconference with Debtor re discovery | 0.40 | $478.00 |

Time Entries for the Period
10/14/2021 Through 11/16/2021

| Date | Timekeeper | Narrative | Hours Billed | Amount Billed |
|---|---|---|---|---|
| 10/25/2021 | SMK | Analyze steering committee and debtor emails re proposed discovery schedule and order on TRO motion | 0.30 | $322.50 |
| 10/25/2021 | MLT | Analyze motion of Bankruptcy Administrator to transfer venue; analyze Declaration of Shelley Abel in support | 0.60 | $948.00 |
| 10/25/2021 | NM | Review motion to transfer | 0.50 | $340.00 |
| 10/25/2021 | NM | Appear at telephonic status conference | 1.00 | $680.00 |
| 10/26/2021 | RJP | Analyze Court's order to show cause re venue and entered order denying TRO; follow-up re same | 0.50 | $597.50 |
| 10/26/2021 | RJP | Analyze draft and final discovery requests to Debtor; exchange email correspondence re same and re proposed case management order for November 4-5 hearing | 0.50 | $597.50 |
| 10/26/2021 | SMK | Analyze entered order re TRO and redline vs. parties' submissions | 0.10 | $107.50 |
| 10/26/2021 | SMK | Analyze extensive email exchanges re proposed discovery order and scheduling | 0.30 | $322.50 |
| 10/26/2021 | SMK | Analyze steering committee and Waldrep discovery requests | 0.20 | $215.00 |
| 10/26/2021 | SMK | Analyze steering committee's draft discovery requests and exchange emails with N. Maoz, R. Pfister re same | 0.20 | $215.00 |
| 10/26/2021 | MLT | Analyze order denying TRO as to J&J | 0.10 | $158.00 |
| 10/26/2021 | NM | Analyze TRO denial as to J&J; exchange email correspondence re entered form of order | 0.40 | $272.00 |
| 10/26/2021 | NM | Research re automatic stay issues | 1.00 | $680.00 |
| 10/26/2021 | NM | Review order to show cause re venue | 0.20 | $136.00 |
| 10/26/2021 | NM | Review discovery requests; correspondence re the same | 0.50 | $340.00 |
| 10/27/2021 | RJP | Meet-and-confer with Debtor's counsel re discovery and procedures for November 4 and 5 hearing | 0.60 | $717.00 |
| 10/27/2021 | RJP | Meet with S. Kidder and N. Maoz re opposition to preliminary injunction motion | 0.70 | $836.50 |
| 10/27/2021 | RJP | Analyze Debtor's witness disclosure for November 4-5 hearing; exchange email correspondence re discovery, document production, and hearing preparation | 1.00 | $1,195.00 |
| 10/27/2021 | SMK | Analyze extensive email exchange among Debtor and steering committee re discovery issues | 0.30 | $322.50 |
| 10/27/2021 | SMK | Analyze Debtor's document production, including plan of divisional merger | 0.50 | $537.50 |
| 10/27/2021 | SMK | Research re opposition to PI motion, including potential arguments to distinguish prior Texas Two-Step decisions | 2.80 | $3,010.00 |
| 10/27/2021 | SMK | Meet and confer with Debtor's counsel and steering committee counsel re discovery issues | 0.60 | $645.00 |
| 10/27/2021 | SMK | Meet with R. Pfister and N. Maoz re strategy and research re opposition to PI motion | 0.70 | $752.50 |
| 10/27/2021 | NM | Analyze Debtor's document production | 1.00 | $680.00 |
| 10/27/2021 | NM | Meet with R. Pfister and S. Kidder re objection to preliminary injunction motion | 0.70 | $476.00 |
| 10/27/2021 | NM | Draft objection to preliminary injunction motion | 10.30 | $7,004.00 |
| 10/28/2021 | RJP | Exchange email correspondence with Debtor's counsel and objecting parties re discovery and scheduling for November 4-5 hearing; follow-up re same and re draft opposition brief | 0.70 | $836.50 |
| 10/28/2021 | SMK | Research re opposition to PI motion | 0.90 | $967.50 |
| 10/28/2021 | SMK | Draft opposition to PI motion | 5.30 | $5,697.50 |
| 10/28/2021 | SMK | Analyze debtor's responses and objections to written discovery | 0.60 | $645.00 |
| 10/28/2021 | SMK | Meet and confer call with debtor and steering committee re discovery | 0.70 | $752.50 |
| 10/28/2021 | NM | Draft objection to preliminary injunction motion | 5.00 | $3,400.00 |
| 10/28/2021 | NM | Analyze Debtor's discovery responses | 0.40 | $272.00 |

| Date | Timekeeper | Narrative | Hours Billed | Amount Billed |
|---|---|---|---|---|
| 10/29/2021 | SMK | Analyze Jones Day letter re privilege assertions | 0.10 | $107.50 |
| 10/29/2021 | SMK | Extensive email correspondence with Debtor and PSC re confidentiality agreement, deposition scheduling, and hearing logistics | 0.30 | $322.50 |
| 10/29/2021 | SMK | Analyze expert report of C. Mullin in connection with PI motion | 0.60 | $645.00 |
| 10/29/2021 | SMK | Analyze PSC motion to transfer venue | 0.40 | $430.00 |
| 10/29/2021 | RJP | Analyze MDL Steering Committee's venue transfer motion; exchange email correspondence with P. Baynard re same | 0.60 | $717.00 |
| 10/29/2021 | MLT | Analyze Motion of MDL plaintiffs' steering committee to transfer venue; analyze limited objection to committee appointment; prepare notes re same | 1.10 | $1,738.00 |
| 10/29/2021 | NM | Review motion to transfer | 0.60 | $408.00 |
| 10/30/2021 | SMK | Analyze N. Maoz summaries of October 30 depositions | 0.30 | $322.50 |
| 10/30/2021 | NM | Appear at deposition of A. Lisman | 5.10 | $3,468.00 |
| 10/30/2021 | NM | Appear at deposition of E. Kuffner | 3.70 | $2,516.00 |
| 10/31/2021 | SMK | Appear at deposition of S. Schirger-Ward | 3.20 | $3,440.00 |
| 10/31/2021 | NM | Appear at deposition of J. Kim | 7.00 | $4,760.00 |
| 11/01/2021 | RJP | Revise, finalize, and file opposition to PI motion | 3.50 | $4,182.50 |
| 11/01/2021 | SMK | Emails with Debtor's counsel re supplemental document production | 0.20 | $215.00 |
| 11/01/2021 | SMK | Analyze filed oppositions to PI motion, including PSC and Waldrep oppositions | 1.10 | $1,182.50 |
| 11/01/2021 | SMK | Further revisions to and finalization of brief re opposition to PI motion | 2.50 | $2,687.50 |
| 11/01/2021 | MLT | Analyze oppositions to debtor's request for preliminary injunction and Bankruptcy Administrator's motion to appoint committee; exchange e-mail correspondence re same | 2.20 | $3,476.00 |
| 11/01/2021 | NM | Review objections and oppositions to PI motion | 0.60 | $408.00 |
| 11/01/2021 | NM | Review and revise opposition to PI motion | 1.20 | $816.00 |
| 11/01/2021 | NM | Appear at deposition of C. Mullin | 4.30 | $2,924.00 |
| 11/02/2021 | SMK | Research re response to venue motion | 1.20 | $1,290.00 |
| 11/02/2021 | SMK | Analyze responses to venue motion | 0.30 | $322.50 |
| 11/03/2021 | SMK | Analyze Arnold Itkin motion to transfer venue to Delaware | 0.50 | $537.50 |
| 11/03/2021 | SMK | Analyze debtor's reply brief re PI motion | 1.10 | $1,182.50 |
| 11/03/2021 | SMK | Analyze debtor's exhibit list for PI hearing and review exhibits themselves | 0.30 | $322.50 |
| 11/03/2021 | SMK | Analyze extensive emails and letter from debtor's counsel re privilege and other document production issues | 0.60 | $645.00 |
| 11/03/2021 | MLT | Analyze pleadings re enforcement of stay and preliminary injunction, committee formation and venue transfer | 2.10 | $3,318.00 |
| 11/03/2021 | NM | Review venue transfer motion | 0.40 | $272.00 |
| 11/03/2021 | NM | Review debtor's reply brief in support of PI motion | 0.60 | $408.00 |
| 11/03/2021 | NM | Meet and confer re open discovery issues | 0.30 | $204.00 |
| 11/04/2021 | RJP | Appear at hearing on Committee formation and preliminary injunction hearing (first day) | 8.20 | $9,799.00 |
| 11/04/2021 | NM | Review debtor's document production | 0.30 | $204.00 |

**Time Entries for the Period
10/14/2021 Through 11/16/2021**

| Date | Timekeeper | Narrative | Hours Billed | Amount Billed |
|---|---|---|---:|---:|
| 11/05/2021 | RJP | Appear at preliminary injunction hearing (second day) | 7.00 | $8,365.00 |
| 11/05/2021 | SMK | Analyze responses to venue transfer motion | 0.60 | $645.00 |
| 11/05/2021 | SMK | Draft response to OSC re venue, including legal research re same | 4.70 | $5,052.50 |
| 11/05/2021 | MLT | Analyze pleadings re venue; analyze report on hearing | 1.30 | $2,054.00 |
| 11/05/2021 | NM | Review Debtor's objection to venue transfer | 0.40 | $272.00 |
| 11/05/2021 | NM | Draft brief re venue transfer; correspondence re the same | 3.80 | $2,584.00 |
| 11/08/2021 | SMK | Analyze committee's statement re venue | 0.10 | $107.50 |
| 11/09/2021 | SMK | Exchange email correspondence with debtor's counsel re clawback of unredacted versions of documents | 0.10 | $107.50 |
| 11/10/2021 | RJP | Appear at venue transfer hearing and preliminary injunction ruling announcement | 4.80 | $5,736.00 |
| 11/11/2021 | RJP | Analyze Debtor's proposed preliminary injunction order; follow-up re same | 0.20 | $239.00 |
| 11/16/2021 | RJP | Analyze opinion and order transferring case to New Jersey | 0.40 | $478.00 |
| **Total:** | | | **178.80** | **$175,537.50** |