## Time Entries for the Period
## 11/17/2021 Through 02/25/2022

| Date | Timekeeper | Narrative | Hours Billed | Amount Billed |
|---|---|---|---|---|
| 11/22/2021 | RJP | Appear at initial status conference before Judge Kaplan, including final preparation and follow-up (summary) re same | 2.10 | $2,509.50 |
| 12/01/2021 | SMK | Analyze committee's motion to dismiss case | 0.60 | $645.00 |
| 12/01/2021 | RJP | Briefly review Committee's motion to dismiss; confer with working group re same | 0.30 | $358.50 |
| 12/01/2021 | MLT | Analyze motion to dismiss chapter 11 case | 0.60 | $948.00 |
| 12/01/2021 | NM | Review TCC's motion to dismiss | 0.40 | $272.00 |
| 12/07/2021 | RJP | Analyze discovery-related correspondence | 0.20 | $239.00 |
| 12/07/2021 | SMK | Analyze letters to court re discovery dispute in connection with motion to dismiss | 0.20 | $215.00 |
| 12/07/2021 | MLT | Analyze correspondence re discovery re motion to dismiss case; cursory review of schedules and SOFAs | 0.80 | $1,264.00 |
| 12/08/2021 | RJP | Exchange email correspondence with TCC counsel re depositions and discovery | 0.30 | $358.50 |
| 12/09/2021 | RJP | Analyze A&I motion to dismiss | 0.50 | $597.50 |
| 12/09/2021 | RJP | Analyze Debtor's PI memorandum | 0.80 | $956.00 |
| 12/09/2021 | SMK | Analyze Arnold Itkin motion to dismiss case | 0.60 | $645.00 |
| 12/09/2021 | SMK | Analyze Debtor's supplemental brief re PI motion | 0.90 | $967.50 |
| 12/09/2021 | MLT | Analyze supplemental memo in support of preliminary injunction; analyze Arnold & Itkin motion to dismiss case; analyze correspondence re possible additions to committee | 1.60 | $2,528.00 |
| 12/09/2021 | NM | Review supplemental PI motion brief | 0.70 | $476.00 |
| 12/15/2021 | SMK | Analyze UST's examiner motion and M. Tuchin's email re same | 0.60 | $645.00 |
| 12/15/2021 | NM | Review UST's motion for examiner | 0.40 | $272.00 |
| 12/16/2021 | SMK | Research re trustee component of motion to dismiss/appoint trustee | 1.60 | $1,720.00 |
| 12/16/2021 | SMK | Begin drafting motion to dismiss or alternatively appoint chapter 11 trustee | 0.90 | $967.50 |
| 12/16/2021 | RJP | Outline motion to dismiss arguments; confer and correspond with S. Kidder and N. Maoz re preparation of motion | 0.80 | $956.00 |
| 12/17/2021 | SMK | Emails with R. Pfister and committee counsel re deposition scheduling | 0.20 | $215.00 |
| 12/17/2021 | SMK | Review proposed confidentiality/protective order and email R. Pfister, N. Maoz re same | 0.40 | $430.00 |
| 12/17/2021 | RJP | Exchange email correspondence with Committee counsel re December 20 and 22 depositions; prepare for same | 0.60 | $717.00 |
| 12/18/2021 | RJP | Exchange email correspondence with J. Morris re J&J depositions | 0.10 | $119.50 |
| 12/19/2021 | RJP | Telephone conference with J. Morris re J&J depositions | 0.30 | $358.50 |
| 12/20/2021 | RJP | Appear at deposition of M. Goodrich (JJCI President) | 8.80 | $10,516.00 |
| 12/20/2021 | SMK | Analyze Debtor's objection to motion to withdraw reference | 0.50 | $537.50 |
| 12/21/2021 | RJP | Prepare opposition to PI motion | 0.70 | $836.50 |
| 12/21/2021 | RJP | Analyze Debtor's objection to motion to withdraw reference re PI motion | 0.50 | $597.50 |
| 12/21/2021 | SMK | Work on opposition to Debtor's preliminary injunction motion | 1.70 | $1,827.50 |
| 12/21/2021 | MLT | Analyze Debtor's objection to TCC motion for withdrawal of reference; analyze Hill relief from stay motion | 1.00 | $1,580.00 |
| 12/21/2021 | NM | Draft opposition to PI motion | 1.40 | $952.00 |
| 12/22/2021 | RJP | Analyze Debtor's opposition to motion to dismiss; confer and correspond with working group re depositions and discovery incident thereto | 1.30 | $1,553.50 |
| 12/22/2021 | RJP | Prepare, finalize, and file opposition to renewed PI motion and Skadden employment application; analyze Committee's filings re same | 3.20 | $3,824.00 |
| 12/22/2021 | SMK | Emails with Pachulski (J. Morris) re document production and upcoming depositions | 0.10 | $107.50 |
| 12/22/2021 | SMK | Analyze Debtor's opposition to motion to dismiss case | 0.70 | $752.50 |
| 12/22/2021 | SMK | Analyze TCC's opposition to PI motion | 0.90 | $967.50 |

Time Entries for the Period
11/17/2021 Through 02/25/2022

| Date | Timekeeper | Narrative | Hours Billed | Amount Billed |
|---|---|---|---|---|
| 12/22/2021 | SMK | Draft opposition to renewed PI motion, including review and incorporation of R. Pfister comments | 4.40 | $4,730.00 |
| 12/22/2021 | NM | Review TCC objection to PI motion; draft and revise objection to PI motion; correspondence re the same | 2.00 | $1,360.00 |
| 12/22/2021 | NM | Appear at deposition of R. Wuesthoff | 8.00 | $5,440.00 |
| 12/23/2021 | RJP | Analyze discovery requests re motions to dismiss; exchange email correspondence re same and next steps | 0.30 | $358.50 |
| 12/23/2021 | NM | Draft joinder to motions to dismiss | 0.30 | $204.00 |
| 12/23/2021 | NM | Review Debtor's response to motion to dismiss | 0.50 | $340.00 |
| 12/27/2021 | RJP | Exchange email correspondence with PSZ&J and Committee counsel re upcoming discovery and scheduling order | 0.20 | $239.00 |
| 12/28/2021 | SMK | Work on motion to dismiss case | 0.50 | $537.50 |
| 12/28/2021 | RJP | Revise and finalize motion to dismiss; exchange email correspondence re same | 0.40 | $478.00 |
| 12/28/2021 | NM | Draft motion to dismiss | 0.80 | $544.00 |
| 12/29/2021 | RJP | Review correspondence re discovery disputes, scheduling, and examiner motion / Committee re-composition; follow-up re same | 0.50 | $597.50 |
| 12/30/2021 | RJP | Exchange email correspondence with PSZ&J re hearing, discovery, and next steps; confer with S. Kidder re same | 0.30 | $358.50 |
| 12/31/2021 | RJP | Review correspondence re M. Goodridge and R. Wuesthoff deposition designations | 0.10 | $119.50 |
| 12/31/2021 | RJP | Review A&I letter re motion to dismiss briefing | 0.10 | $119.50 |
| 01/03/2022 | RJP | Exchange email correspondence with J. Morris (PSZ&J) and M. Rasmussen (Jones Day) re discovery matters, deposition designations, and document production | 0.40 | $530.00 |
| 01/03/2022 | RJP | Appear at hearing re discovery matters and case management / scheduling in connection with preliminary injunction and motions to dismiss | 1.30 | $1,722.50 |
| 01/04/2022 | RJP | Exchange email correspondence with Debtor's counsel and working group re document production | 0.20 | $265.00 |
| 01/04/2022 | SMK | Analyze summary of Debtor's supplemental document production | 0.20 | $235.00 |
| 01/04/2022 | SMK | Analyze M. Rasmussen email re Debtor's supplemental document production | 0.10 | $117.50 |
| 01/04/2022 | NM | Analyze Debtor's document production | 0.50 | $387.50 |
| 01/05/2022 | RJP | Analyze Debtor's omnibus reply in support of preliminary injunction motion; prepare for hearing re same | 1.00 | $1,325.00 |
| 01/05/2022 | RJP | Analyze mark-ups of CMO re discovery dates/deadlines and expert testimony; exchange email correspondence re same | 0.50 | $662.50 |
| 01/05/2022 | SMK | Analyze Debtor's reply re preliminary injunction motion, including case law cited therein | 1.20 | $1,410.00 |
| 01/05/2022 | SMK | Analyze and revise notices of deposition for J. Kim and R. Dickinson | 0.20 | $235.00 |
| 01/06/2022 | RJP | Review revisions to CMO and email correspondence re same and discovery matters | 0.20 | $265.00 |
| 01/06/2022 | RJP | Appear at hearing re discovery matters and case administration | 1.00 | $1,325.00 |
| 01/07/2022 | RJP | Review discovery-related notices and correspondence; exchange email correspondence with K. Charonko re CMO and discovery plan | 0.40 | $530.00 |
| 01/07/2022 | RJP | Analyze Committee's letter re adjournment of preliminary injunction hearing; follow-up re same | 0.20 | $265.00 |
| 01/07/2022 | SMK | Exchange email correspondence with TCC and Debtor re discovery concerning motions to dismiss | 0.20 | $235.00 |
| 01/07/2022 | SMK | Analyze TCC letter re status/scheduling of preliminary injunction motion | 0.20 | $235.00 |
| 01/07/2022 | MLT | Analyze reply re motion to lift preliminary injunction; joinder in motions to dismiss; correspondence re adjournment of preliminary injunction hearing; and hearing agenda | 0.90 | $1,570.50 |
| 01/07/2022 | NM | Review Debtor's reply re preliminary injunction | 0.80 | $620.00 |
| 01/08/2022 | RJP | Review discovery-related correspondence | 0.10 | $132.50 |
| 01/09/2022 | RJP | Review CMO mark-up; exchange email correspondence re same and re discovery | 0.20 | $265.00 |
| 01/10/2022 | RJP | Appear at hearing re preliminary injunction motion, discovery, and scheduling | 1.00 | $1,325.00 |

Case 21-30589-MBK    Doc 3951-5    Filed 05/04/23    Entered 05/04/23 14:40:14    Desc
Exhibit D- MTD Plaintiff Trial Time Entries    Page 3 of 7

Time Entries for the Period
11/17/2021 Through 02/25/2022

| Date | Timekeeper | Narrative | Hours Billed | Amount Billed |
|---|---|---|---|---|
| 01/12/2022 | SMK | Analyze subpoena to S&P | 0.20 | $235.00 |
| 01/12/2022 | RJP | Review order denying motion to withdraw reference; client correspondence re same | 0.20 | $265.00 |
| 01/12/2022 | RJP | Review subpoena to S&P Global and draft A&I 30(b)(6) deposition notice re motions to dismiss; exchange email correspondence with working group re upcoming depositions and finalization of case management deadlines for February hearing on motions to dismiss | 0.80 | $1,060.00 |
| 01/12/2022 | RJP | Meet-and-confer conference call with Debtor, Committees, and A&I re discovery and trial management for February hearings on motions to dismiss | 1.00 | $1,325.00 |
| 01/12/2022 | NM | Exchange email correspondence re depositions | 0.20 | $155.00 |
| 01/12/2022 | NM | Review document production | 0.50 | $387.50 |
| 01/13/2022 | RJP | Analyze Committees' letter to Court re preliminary injunction hearing | 0.10 | $132.50 |
| 01/13/2022 | RJP | Analyze Committees' letters to Court re discovery issues | 0.40 | $530.00 |
| 01/13/2022 | RJP | Exchange email correspondence with working group re depositions and discovery matters | 0.20 | $265.00 |
| 01/13/2022 | SMK | Analyze TCC's motion to quash Debtor's discovery requests | 0.20 | $235.00 |
| 01/13/2022 | SMK | Analyze Debtor's and TCC's letters to Court re discovery disputes | 0.40 | $470.00 |
| 01/13/2022 | SMK | Review A&I deposition notice | 0.10 | $117.50 |
| 01/13/2022 | SMK | Review and revise deposition notices re motions to dismiss | 0.10 | $117.50 |
| 01/13/2022 | NM | Review letter re discovery issues | 0.20 | $155.00 |
| 01/13/2022 | NM | Draft deposition notices; correspondence re same | 0.40 | $310.00 |
| 01/14/2022 | RJP | Review and revise draft discovery; exchange email correspondnece with working group re same | 0.50 | $662.50 |
| 01/14/2022 | RJP | Appear at hearing re preliminary injunction motion and discovery issues | 2.00 | $2,650.00 |
| 01/14/2022 | SMK | Analyze Debtor's responses and objections to discovery | 0.40 | $470.00 |
| 01/14/2022 | SMK | Review TCC's deposition notices and subpoenas | 0.10 | $117.50 |
| 01/14/2022 | SMK | Analyze selected documents produced by Debtor, including re incentive bonuses | 0.20 | $235.00 |
| 01/14/2022 | SMK | Analyze Debtor's further correspondence to Court re discovery disputes | 0.20 | $235.00 |
| 01/17/2022 | RJP | Exchange email correspondence re depositions and document discovery; follow-up re case management order and discovery protocol | 0.50 | $662.50 |
| 01/17/2022 | SMK | Exchange email correspondence with Debtor's counsel and A&I re deposition scheduling | 0.20 | $235.00 |
| 01/18/2022 | SMK | Review Debtor's expert disclosures | 0.10 | $117.50 |
| 01/18/2022 | SMK | Analyze Debtor's document production re T. Mongon and privilege log | 0.10 | $117.50 |
| 01/18/2022 | SMK | Review email correspondence re Debtor's 30(b)(6) deposition | 0.10 | $117.50 |
| 01/18/2022 | RJP | Exchange email correspondence with Debtor's counsel and Committee counsel re depositions and document discovery | 0.40 | $530.00 |
| 01/18/2022 | NM | Review Debtor's document production | 0.30 | $232.50 |
| 01/19/2022 | SMK | Review amended deposition notices re R. Dickinson and J. Kim | 0.10 | $117.50 |
| 01/19/2022 | RJP | Appear at hearing re Committee reconstitution | 2.60 | $3,445.00 |
| 01/19/2022 | NM | Appear at deposition of T. Mongon | 8.40 | $6,510.00 |
| 01/20/2022 | SMK | Review fourth request for production of documents | 0.10 | $117.50 |
| 01/20/2022 | SMK | Analyze Debtor's letter to TCC re expert disclosures | 0.20 | $235.00 |
| 01/22/2022 | SMK | Exchange email correspondence with J. Morros and C. Joshi re depositions and witness lists | 0.10 | $117.50 |
| 01/22/2022 | RJP | Review email correspondence re witness list for motion to dismiss hearing and discovery matters | 0.10 | $132.50 |
| 01/23/2022 | RJP | Analyze J&J's letter to Court re open discovery issues | 0.20 | $265.00 |

**Time Entries for the Period**
**11/17/2021 Through 02/25/2022**

| Date | Timekeeper | Narrative | Hours Billed | Amount Billed |
|---|---|---|---|---|
| 01/24/2022 | SMK | Exchange email correspondence with R. Pfister, N. Maoz re privilege issue in connection with Debtor's document production, including research re same | 0.30 | $352.50 |
| 01/24/2022 | SMK | Analyze Committee's additional subpoenas re motions to dismiss | 0.20 | $235.00 |
| 01/24/2022 | RJP | Confer and correspond with working group re discovery matters; follow-up re same | 0.50 | $662.50 |
| 01/24/2022 | RJP | Appear at discovery conference re February hearing on motions to dismiss | 1.50 | $1,987.50 |
| 01/24/2022 | NM | Analyze supplemental document production | 1.80 | $1,395.00 |
| 01/24/2022 | NM | Appear at J. Azevedo deposition | 3.70 | $2,867.50 |
| 01/25/2022 | RJP | Analyze bankruptcy scholars' amicus brief re motions to dismiss | 0.70 | $927.50 |
| 01/25/2022 | RJP | Prepare for R. Dickinson deposition; analyze discovery-related notices and correspondence; exchange email correspondence with objecting parties' working group re February hearing preparation | 0.80 | $1,060.00 |
| 01/25/2022 | SMK | Review M. Ryan privilege log in advance of deposition | 0.20 | $235.00 |
| 01/25/2022 | NM | Review document production | 0.50 | $387.50 |
| 01/26/2022 | RJP | Telephone conference with J. Morris re Committee issues and discovery | 0.50 | $662.50 |
| 01/26/2022 | SMK | Analyze professors' amici brief | 0.50 | $587.50 |
| 01/26/2022 | SMK | Appear at portion of R. Dickinson deposition | 6.40 | $7,520.00 |
| 01/27/2022 | RJP | Review order re in camera review of Board minutes; review and approve joint discovery plan; analyze discovery-related filings and correspondence | 0.40 | $530.00 |
| 01/27/2022 | SMK | Review email correspondence re supplemental document production | 0.10 | $117.50 |
| 01/27/2022 | SMK | Exchange email correspondence re February hearing logistics | 0.10 | $117.50 |
| 01/27/2022 | SMK | Appear at deposition of M. Ryan | 7.60 | $8,930.00 |
| 01/28/2022 | SMK | Analyze J. Kim privilege log | 0.20 | $235.00 |
| 01/28/2022 | SMK | Analyze Debtor's letter re 30(b)(6) notice and responses/objections to document requests | 0.20 | $235.00 |
| 01/28/2022 | SMK | Review Debtor's letter re confidentiality designations for deposition transcripts | 0.10 | $117.50 |
| 01/28/2022 | SMK | Exchange email correspondence re meet and confer on discovery | 0.10 | $117.50 |
| 01/28/2022 | SMK | Review and categorize Debtor's January 27 document production | 3.60 | $4,230.00 |
| 01/28/2022 | SMK | Conference call with TCC counsel re trial strategy for February hearing | 0.60 | $705.00 |
| 01/28/2022 | RJP | Conference call with Committees and A&I re February hearing (coordination and allocation of time) and discovery | 0.50 | $662.50 |
| 01/29/2022 | SMK | Review Debtor's email re supplemental document production | 0.10 | $117.50 |
| 01/29/2022 | RJP | Analyze expert reports | 1.20 | $1,590.00 |
| 01/29/2022 | RJP | Meet-and-confer call with Debtor, Committees, and A&I re February hearing logistics and discovery | 1.00 | $1,325.00 |
| 01/29/2022 | NM | Review and send correspondence re document production | 0.20 | $155.00 |
| 01/30/2022 | SMK | Exchange email correspondence with R. Pfister re C. Andrew deposition | 0.20 | $235.00 |
| 01/30/2022 | SMK | Review Debtor's letter re clawback of privileged document | 0.10 | $117.50 |
| 01/30/2022 | RJP | Exchange email correspondence re upcoming depositions and expert discovery matters; coordinate with S. Kidder re same | 0.30 | $397.50 |
| 01/31/2022 | SMK | Analyze E. Chemerinsky amicus brief | 0.20 | $235.00 |
| 01/31/2022 | SMK | Analyze tort professors' amicus brief re motion to dismiss | 0.40 | $470.00 |
| 01/31/2022 | SMK | Review Debtor's application for approval of discovery plan and ESI protocol | 0.10 | $117.50 |
| 01/31/2022 | SMK | Appear at deposition of J. Kim | 7.90 | $9,282.50 |
| 01/31/2022 | SMK | Review Debtor's January 29 document production | 1.90 | $2,232.50 |
| 01/31/2022 | RJP | Analyze proposed amicus briefs from constitutional law professors and E. Chemerinsky | 0.70 | $927.50 |

Case 21-30589-MBK    Doc 3951-5    Filed 05/04/23    Entered 05/04/23 14:40:14    Desc
Exhibit D- MTD Plaintiff Trial Time Entries    Page 5 of 7

Time Entries for the Period
11/17/2021 Through 02/25/2022

| Date | Timekeeper | Narrative | Hours Billed | Amount Billed |
|---|---|---|---|---|
| 01/31/2022 | RJP | Exchange email correspondence with Debtor's counsel and other objecting parties re February hearing time allocation and discovery matters; follow-up re same | 0.40 | $530.00 |
| 02/01/2022 | RJP | Exchange email correspondence with Debtor's counsel and Committees' counsel re hearing logistics, timing, and remaining open discovery matters; follow-up re same | 0.50 | $662.50 |
| 02/01/2022 | MLT | Analyze filings re amicus briefs, hearing on dismissal motions, preliminary injunction, and automatic stay; review hearing agendas | 0.80 | $1,396.00 |
| 02/01/2022 | SMK | Exchange email correspondence with Committees and Debtor re expert deposition dates and C. Mullin report issues | 0.20 | $235.00 |
| 02/01/2022 | SMK | Analyze Committee's supplemental brief re preliminary injunction motion | 0.40 | $470.00 |
| 02/01/2022 | SMK | Review Debtor's supplemental document production | 0.50 | $587.50 |
| 02/01/2022 | SMK | Appear at deposition of J. Kim as 30(b)(6) representative | 5.80 | $6,815.00 |
| 02/02/2022 | RJP | Review discovery-related notices and correspondence; follow-up re same | 0.20 | $265.00 |
| 02/02/2022 | RJP | Review Debtor's objection to amicus briefing | 0.20 | $265.00 |
| 02/02/2022 | RJP | Appear at trial management conference and discovery hearing re motions to dismiss | 1.00 | $1,325.00 |
| 02/02/2022 | SMK | Analyze Debtor's objection to amicus motions | 0.20 | $235.00 |
| 02/02/2022 | SMK | Exchange email correspondence with Committees and Debtor re A. Lisman deposition, document production, and privilege log | 0.10 | $117.50 |
| 02/02/2022 | MLT | Analyze opposition to amicus motion; review amended agenda | 0.40 | $698.00 |
| 02/03/2022 | RJP | Appear at hearing re amicus briefs and motions to dismiss | 1.50 | $1,987.50 |
| 02/03/2022 | MLT | Analyze filing re alleged breach of protective order; exchange e-mail correspondence re results of hearing; analyze replies in support of motion to dismiss; analyze motion for TRO against Reuters | 1.30 | $2,268.50 |
| 02/03/2022 | SMK | Analyze Debtor's TRO motion re Reuters | 0.20 | $235.00 |
| 02/03/2022 | SMK | Analyze Debtor's correspondence to Court re alleged breach of protective order | 0.10 | $117.50 |
| 02/03/2022 | SMK | Review Debtor's supplemental document production | 0.60 | $705.00 |
| 02/03/2022 | SMK | Exchange email correspondence with R. Pfister re supplemental briefing re motions to dismiss, including research re same | 0.30 | $352.50 |
| 02/03/2022 | SMK | Analyze replies in support of motions to dismiss | 1.30 | $1,527.50 |
| 02/04/2022 | SMK | Analyze A&I motion in limine re motion to dismiss | 0.10 | $117.50 |
| 02/04/2022 | SMK | Analyze Reuters, Committees and Debtor correspondence re TRO | 0.30 | $352.50 |
| 02/04/2022 | RJP | Analyze sur-reply briefing re motions to dismiss; prepare for hearing re same | 1.80 | $2,385.00 |
| 02/05/2022 | RJP | Exchange email correspondence with B. Glasser, J. Morris, J. Jonas, and L. Davis Jones re trial preparation and planning | 0.30 | $397.50 |
| 02/05/2022 | RJP | Conference call with B. Glasser, J. Jonas, L. Davis Jones, and J. Morris re trial preparation | 0.50 | $662.50 |
| 02/06/2022 | RJP | Exchange email correspondence with C. Joshi, B. Glasser, J. Jonas, and J. Morris re trial preparation and logistics / strategy | 0.80 | $1,060.00 |
| 02/07/2022 | SMK | Review M. Ryan deposition transcript for designation at trial | 0.30 | $352.50 |
| 02/07/2022 | SMK | Analyze Debtor's motion in limine re expert witnesses | 0.10 | $117.50 |
| 02/07/2022 | SMK | Analyze Debtor's objection to preliminary injunction sur-reply | 0.20 | $235.00 |
| 02/07/2022 | SMK | Analyze Debtor's response letter re privilege dispute | 0.20 | $235.00 |
| 02/07/2022 | SMK | Analyze draft outline of proof and exhibit list, including email correspondence re same | 0.30 | $352.50 |
| 02/07/2022 | SMK | Analyze Committees' motion in limine re J. Castellano expert testimony | 0.20 | $235.00 |
| 02/07/2022 | SMK | Analyze Debtor's expert reports in advance of expert depositions | 0.70 | $822.50 |
| 02/07/2022 | SMK | Review production of A. Lisman custodial files | 1.90 | $2,232.50 |
| 02/07/2022 | RJP | Analyze motions in limine re certain expert witnesses | 0.60 | $795.00 |

Case 21-30589-MBK    Doc 3951-5    Filed 05/04/23    Entered 05/04/23 14:40:14    Desc
Exhibit D- MTD Plaintiff Trial Time Entries    Page 6 of 7

Time Entries for the Period
11/17/2021 Through 02/25/2022

| Date | Timekeeper | Narrative | Hours Billed | Amount Billed |
|---|---|---|---|---|
| 02/07/2022 | RJP | Exchange email correspondence with B. Glasser, J. Jonas, A. Silverstein, D. Stolz, and J. Morris re trial preparation, logistics / timing, and negotiations with Debtor's counsel re same | 0.80 | $1,060.00 |
| 02/08/2022 | RJP | Appear at expert deposition of D. Bell | 5.90 | $7,817.50 |
| 02/08/2022 | SMK | Analyze Canadian plaintiffs' opposition to motions to dismiss | 0.20 | $235.00 |
| 02/08/2022 | SMK | Analyze filings re further briefing on preliminary injunction motion | 0.10 | $117.50 |
| 02/08/2022 | SMK | Analyze Debtor's supplemental unredacted production | 0.30 | $352.50 |
| 02/08/2022 | SMK | Appear at A. Lisman deposition | 5.60 | $6,580.00 |
| 02/08/2022 | NM | Analyze S&P document production re J&J rating; prepare for S&P depositions | 5.60 | $4,340.00 |
| 02/08/2022 | NM | Analyze expert reports | 1.20 | $930.00 |
| 02/09/2022 | SMK | Analyze Debtor's objection to motions in limine re expert witnesses | 0.20 | $235.00 |
| 02/09/2022 | SMK | Analyze Debtor's sur-reply re motions to dismiss | 0.60 | $705.00 |
| 02/09/2022 | SMK | Analyze preliminary hearing exhibit lists | 0.20 | $235.00 |
| 02/09/2022 | SMK | Review correspondence re production of unredacted documents | 0.10 | $117.50 |
| 02/09/2022 | MLT | Analyze filings and correspondence re expert reports, discovery, FCR, and dismissal motions | 1.50 | $2,617.50 |
| 02/09/2022 | RJP | Review S&P subpoenas, N. Maoz deposition summaries, and correspondence / filings re discovery matters | 0.50 | $662.50 |
| 02/09/2022 | RJP | Exchange email correspondence with co-movants re preparations and logistics for trial of motions to dismiss | 0.70 | $927.50 |
| 02/09/2022 | RJP | Analyze briefing re motions in limine | 0.30 | $397.50 |
| 02/09/2022 | RJP | Telephone conference with B. Glasser re trial preparations | 0.20 | $265.00 |
| 02/09/2022 | NM | Appear at expert deposition of S. Burian | 7.10 | $5,502.50 |
| 02/10/2022 | SMK | Analyze Debtor's supplemental document production | 0.10 | $117.50 |
| 02/10/2022 | SMK | Appear at expert deposition of J. Castellano | 6.60 | $7,755.00 |
| 02/10/2022 | RJP | Exchange email correspondence with co-movants re trial planning and preparation, deposition designations, and exhibits lists; follow-up re same | 0.70 | $927.50 |
| 02/10/2022 | RJP | Prepare for final depositions (S&P); coordinate with N. Maoz re same; analyze deposition summaries | 0.80 | $1,060.00 |
| 02/10/2022 | RJP | Appear at hearing re motions in limine and trial logistics | 0.80 | $1,060.00 |
| 02/10/2022 | NM | Appear at expert deposition of M. Diaz | 7.00 | $5,425.00 |
| 02/11/2022 | RJP | Appear at expert deposition of C. Mullin | 3.00 | $3,975.00 |
| 02/11/2022 | SMK | Exchange email correspondence re trial logistics, objections to exhibits, and designations | 0.50 | $587.50 |
| 02/11/2022 | NM | Review stipulation re record on preliminary injunction motion; correspondence re same | 0.40 | $310.00 |
| 02/11/2022 | NM | Conference call with Debtor's counsel and objecting parties re preliminary injunction scheduling | 0.20 | $155.00 |
| 02/11/2022 | NM | Appear at S&P depositions (D. Kaplan and A. Wong) | 6.60 | $5,115.00 |
| 02/12/2022 | SMK | Exchange email correspondence re trial coordination and exhibit lists | 0.40 | $470.00 |
| 02/12/2022 | NM | Analyze and compile hearing exhibits | 0.70 | $542.50 |
| 02/13/2022 | RJP | Prepare opening statement for trial on motions to dismiss and preliminary injunction motion; analyze and comment on draft openings from B. Glasser, J. Jonas, and L. Davis Jones; exchange extensive email correspondence re same and trial strategy generally | 3.30 | $4,372.50 |
| 02/13/2022 | RJP | Meet with trial team to prepare for first day of trial on motions to dismiss and preliminary injunction motion | 2.00 | $2,650.00 |
| 02/13/2022 | NM | Review exhibits and compile trial exhibits | 0.40 | $310.00 |
| 02/14/2022 | RJP | Meet with trial team to prepare for second day of hearings on motions to dismiss and preliminary injunction motion | 1.70 | $2,252.50 |
| 02/14/2022 | RJP | Appear at first day of trial on motions to dismiss and preliminary injunction motion | 9.80 | $12,985.00 |

Case 21-30589-MBK    Doc 3951-5    Filed 05/04/23    Entered 05/04/23 14:40:14    Desc
Exhibit D- MTD Plaintiff Trial Time Entries    Page 7 of 7

Time Entries for the Period
11/17/2021 Through 02/25/2022

| Date | Timekeeper | Narrative | Hours Billed | Amount Billed |
|---|---|---|---|---|
| 02/14/2022 | SMK | Exchange email correspondence with D. Prieto, N. Maoz, and local counsel re stipulation re preliminary injunction motion | 0.10 | $117.50 |
| 02/14/2022 | NM | Appear at portion of first day of trial on motions to dismiss and preliminary injunction motion | 7.20 | $5,580.00 |
| 02/15/2022 | RJP | Appear at second day of trial on motions to dismiss and preliminary injunction motion | 9.50 | $12,587.50 |
| 02/15/2022 | NM | Calls and correspondence re preliminary injunction stipulation | 0.40 | $310.00 |
| 02/16/2022 | RJP | Research and prepare closing argument re motions to dismiss | 1.50 | $1,987.50 |
| 02/16/2022 | RJP | Meet with co-movants re closing statements and remaining evidence / argument | 1.00 | $1,325.00 |
| 02/16/2022 | RJP | Appear at third day of trial on motions to dismiss and preliminary injunction motion | 8.50 | $11,262.50 |
| 02/16/2022 | SMK | Review confidentiality designations re C. Mullin expert report | 0.10 | $117.50 |
| 02/16/2022 | SMK | Legal research and analysis re closing argument | 0.30 | $352.50 |
| 02/16/2022 | NM | Research re bad faith standards in Third Circuit for closing argument | 1.00 | $775.00 |
| 02/17/2022 | SMK | Follow-up research and analysis for closing argument | 0.40 | $470.00 |
| 02/17/2022 | RJP | Prepare for closing argument on preliminary motion | 1.30 | $1,722.50 |
| 02/17/2022 | RJP | Appear at fourth day of trials on motions to dismiss and preliminary injunction motion | 8.80 | $11,660.00 |
| 02/17/2022 | NM | Research re bad faith dismissal issues for closing argument | 1.50 | $1,162.50 |
| 02/18/2022 | RJP | Appear at fifth day of trial on motions to dismiss and preliminary injunction motion | 8.30 | $10,997.50 |
| 02/19/2022 | RJP | Review email correspondence from D. Stolz re trial on motions to dismiss and preliminary injunction motion | 0.10 | $132.50 |
| 02/20/2022 | RJP | Review email correspondence from C. Speckhart re trial on motions to dismiss and preliminary injunction motion | 0.10 | $132.50 |
| 02/22/2022 | RJP | Analyze J&J's response to amicus briefs; review portions of trial transcripts and exchange email correspondence with co-movants re trial and next steps | 0.70 | $927.50 |
| 02/25/2022 | RJP | Analyze opinions re motions to dismiss and preliminary injunction motion; confer with M. Tuchin re same and next steps | 1.50 | $1,987.50 |
| **Total:** | | | **286.50** | **$325,601.00** |