Time Entries for the Period
02/26/2022 Through 03/31/2023

| Date | Timekeeper | Narrative | Hours Billed | Amount Billed |
|---|---|---|---|---|
| 02/26/2022 | RJP | Prepare email correspondence to co-movants re appellate options and considerations; follow-up with L. Davis Jones re same | 0.20 | $265.00 |
| 02/27/2022 | RJP | Exchange follow-up email correspondence with co-movants re appellate options and next steps | 0.30 | $397.50 |
| 03/01/2022 | RJP | Videoconference with counsel for Committees re appellate options and strategy | 0.80 | $1,060.00 |
| 03/01/2022 | MLT | Confer with R. Pfister re appeal issues | 0.20 | $349.00 |
| 03/03/2022 | SMK | Exchange email correspondence with working group re appellate strategy | 0.20 | $235.00 |
| 03/03/2022 | RJP | Analyze A/P complaint in connection with proposed order on preliminary injunction and appellate issues; prepare for videoconference with objecting parties re appellate matters | 0.30 | $397.50 |
| 03/03/2022 | RJP | Videoconference with objecting parties re appellate matters and March 8 hearing | 0.50 | $662.50 |
| 03/03/2022 | RJP | Telephone conference with L. Davis Jones re appellate matters and timing | 0.20 | $265.00 |
| 03/03/2022 | RJP | Telephone conference with T. Bennett re appellate and certification options | 0.20 | $265.00 |
| 03/03/2022 | RJP | Telephone conference with D. Molton re appellate and Committee issues | 0.20 | $265.00 |
| 03/03/2022 | RJP | Telephone conference with M. Cyganowski re appellate issues and mediation strategy | 0.40 | $530.00 |
| 03/04/2022 | RJP | Prepare for conference call with Debtor's counsel re consent to certification; exchange email correspondence with co-objecting parties re same and next steps | 0.50 | $662.50 |
| 03/04/2022 | RJP | Telephone conference with M. Winograd re timing of notices of appeal and certification requests | 0.20 | $265.00 |
| 03/04/2022 | RJP | Videoconference with G. Gordon, I. Shapiro, and D. Molton re request for Debtor's consent to certification of direct appeal | 0.20 | $265.00 |
| 03/05/2022 | RJP | Prepare for conference call with objecting parties re appellate timing and certification motions; exchange email correspondence re same | 0.10 | $132.50 |
| 03/05/2022 | RJP | Conference call with objecting parties re appellate timing and certification motions | 0.40 | $530.00 |
| 03/07/2022 | SMK | Analyze TCC 2's motion for continued existence for limited purpose of appeal | 0.20 | $235.00 |
| 03/07/2022 | SMK | Analyze TCC 2's draft certification motion | 0.60 | $705.00 |
| 03/07/2022 | SMK | Review and revise draft notices of appeal | 0.20 | $235.00 |
| 03/07/2022 | NM | Research re certification for direct appeal | 0.70 | $542.50 |
| 03/07/2022 | NM | Draft notices of appeal; correspondence re same | 3.10 | $2,402.50 |
| 03/08/2022 | SMK | Exchange email correspondence with N. Maoz and R. Pfister re certification of interlocutory order | 0.20 | $235.00 |
| 03/08/2022 | NM | Draft motion for certification of orders for direct appeal | 5.50 | $4,262.50 |
| 03/09/2022 | NM | Prepare motion to certify direct appeal | 6.60 | $5,115.00 |
| 03/10/2022 | SMK | Prepare motion for certification of direct appeal | 3.20 | $3,760.00 |
| 03/10/2022 | RJP | Confer and correspond with N. Maoz and S. Kidder re certification motion and appellate matters | 0.70 | $927.50 |
| 03/10/2022 | RJP | Analyze correspondence re Debtor's non-consent to certification of direct appeal | 0.10 | $132.50 |
| 03/11/2022 | NM | Review and revise motion to certify; correspondence re same | 4.80 | $3,720.00 |
| 03/11/2022 | SMK | Analyze TCC 1's certification motion | 0.50 | $587.50 |
| 03/11/2022 | SMK | Revise and finalize motion for certification of direct appeal | 2.30 | $2,702.50 |
| 03/11/2022 | RJP | Revise, finalize, and file motion for certification of direct appeal to Third Circuit | 5.20 | $6,890.00 |
| 03/11/2022 | RJP | Meet with K. Klee re absolute priority rule issues (appellate strategy) | 0.60 | $795.00 |
| 03/13/2022 | RJP | Review email correspondence from M. Cyganowski re A&I motion for certification | 0.10 | $132.50 |
| 03/14/2022 | SMK | Analyze A&I certification motion re direct appeal | 0.50 | $587.50 |
| 03/14/2022 | SMK | Analyze and revise draft statement of issues and designation of record on appeal | 0.50 | $587.50 |
| 03/14/2022 | RJP | Analyze A&I motion for certification of direct appeal; confer with N. Maoz re statement of issues on appeal and appellate timing | 0.70 | $927.50 |
| 03/14/2022 | MLT | Analyze A&I's request for certification of direct appeal | 0.40 | $698.00 |
| 03/14/2022 | NM | Review A&I motion to certify | 0.30 | $232.50 |
| 03/14/2022 | NM | Draft statement of issues on appeal | 0.60 | $465.00 |

Time Entries for the Period
02/26/2022 Through 03/31/2023

| Date | Timekeeper | Narrative | Hours Billed | Amount Billed |
|---|---|---|---|---|
| 03/15/2022 | SDP | Prepare designations of record on appeal | 2.40 | $1,296.00 |
| 03/15/2022 | NM | Draft designation of record on appeal | 1.20 | $930.00 |
| 03/16/2022 | SMK | Analyze amended notice of appeal filed by TCC 2 | 0.10 | $117.50 |
| 03/16/2022 | SMK | Review and revise designation of record on appeal | 0.30 | $352.50 |
| 03/16/2022 | NM | Revise designation of record on appeal | 0.80 | $620.00 |
| 03/17/2022 | SDP | Work on designations of record on appeal | 1.30 | $702.00 |
| 03/17/2022 | NM | Revise designation of record on appeal | 3.00 | $2,325.00 |
| 03/18/2022 | NM | Research re appellate issues | 2.30 | $1,782.50 |
| 03/21/2022 | SMK | Analyze designation of record and statement of issues on appeal filed by TCC 2 | 0.20 | $235.00 |
| 03/21/2022 | SMK | Finalize statement of issues and designation of record on appeal | 0.30 | $352.50 |
| 03/21/2022 | RJP | Revise, finalize, and file statement of issues on appeal and designation of record | 0.70 | $927.50 |
| 03/21/2022 | NM | Review TCC statement of issues and designation | 0.30 | $232.50 |
| 03/21/2022 | NM | Revise statement of issues and designation; correspondence re same | 0.50 | $387.50 |
| 03/22/2022 | SMK | Analyze certification re direct appeal motions and TCC 2 issues | 0.20 | $235.00 |
| 03/22/2022 | SMK | Exchange email correspondence with R. Pfister and N. Maoz re potential amendment of designation of record | 0.10 | $117.50 |
| 03/22/2022 | RJP | Review briefing schedule re Committee issues and certification motions; exchange email correspondence re same and re proposed orders | 0.30 | $397.50 |
| 03/22/2022 | RJP | Analyze statements of appellate issues; exchange email correspondence re appellate timing and deadlines | 0.30 | $397.50 |
| 03/22/2022 | NM | Review statements of issue and designations; correspondence re same | 0.30 | $232.50 |
| 03/23/2022 | RJP | Analyze Debtor's objection to certification motions | 0.80 | $1,060.00 |
| 03/23/2022 | SMK | Analyze Debtor's opposition to certification motions | 0.30 | $352.50 |
| 03/23/2022 | SMK | Analyze TCC 1 statement of issues on appeal and designation of record | 0.20 | $235.00 |
| 03/23/2022 | NM | Review objection to motions to certify | 1.80 | $1,395.00 |
| 03/23/2022 | NM | Review TCC 1 statement of issues on appeal | 0.30 | $232.50 |
| 03/24/2022 | SMK | Draft reply in support of certification motion | 3.50 | $4,112.50 |
| 03/24/2022 | SMK | Analyze Debtor's opposition to certification motions; outline reply to same | 1.20 | $1,410.00 |
| 03/24/2022 | NM | Revise notice of appeal; correspondence re same | 0.20 | $155.00 |
| 03/24/2022 | NM | Draft reply in support of motion to certify | 4.60 | $3,565.00 |
| 03/25/2022 | SMK | Analyze A&I statement of issues and designation of record on appeal | 0.20 | $235.00 |
| 03/25/2022 | NM | Revise reply in support of certification; correspondence re same | 0.60 | $465.00 |
| 03/26/2022 | RJP | Coordinate with S. Kidder and N. Maoz re reply in further support of certification motions | 0.20 | $265.00 |
| 03/28/2022 | RJP | Review and revise certification reply; analyze briefing filed by other appellants and prepare for argument re same | 1.00 | $1,325.00 |
| 03/28/2022 | SMK | Analyze certification replies filed by A&I, TCC 1 and TCC 2 | 1.80 | $2,115.00 |
| 03/28/2022 | SMK | Revise and finalize reply in support of certification motion | 0.70 | $822.50 |
| 03/28/2022 | NM | Review reply briefs in support of motions to certify | 0.60 | $465.00 |
| 03/28/2022 | NM | Revise reply in support of motion to certify | 0.80 | $620.00 |
| 03/29/2022 | RJP | Conference call with M. Winograd and L. Davis Jones re certification argument | 0.30 | $397.50 |
| 03/30/2022 | RJP | Appear at hearing on certification motions | 3.50 | $4,637.50 |
| 03/31/2022 | SMK | Analyze draft order re direct certification and email correspondence re same | 0.20 | $235.00 |
| 03/31/2022 | RJP | Analyze draft orders granting certification motions; confer and correspond with working group re same and next steps (Third Circuit motion) | 0.80 | $1,060.00 |
| 03/31/2022 | NM | Review proposed orders certifying orders for direct appeal | 0.20 | $155.00 |

Time Entries for the Period
02/26/2022 Through 03/31/2023

| Date | Timekeeper | Narrative | Hours Billed | Amount Billed |
|---|---|---|---|---|
| 04/01/2022 | RJP | Exchange email correspondence re certification orders; confer and correspond re certification filings in Third Circuit and timing / next steps re same | 0.50 | $662.50 |
| 04/04/2022 | SMK | Analyze entered certification order and review deadlines re next steps | 0.10 | $117.50 |
| 04/04/2022 | SMK | Analyze Debtor's counter-designations of record re PI and MTD appeal | 0.20 | $235.00 |
| 04/04/2022 | RJP | Analyze Debtor's counter-designation re appeals; analyze Court's entered certification order; confer and correspond with working group re Third Circuit appeal | 0.50 | $662.50 |
| 04/05/2022 | SMK | Analyze district court notice re appellate briefing schedule and exchange emails with R. Pfister, N. Maoz re next steps | 0.20 | $235.00 |
| 04/05/2022 | SMK | Prepare 3rd Circuit certification motion | 0.20 | $235.00 |
| 04/05/2022 | RJP | Prepare certification petition to Third Circuit | 0.70 | $927.50 |
| 04/05/2022 | RJP | Conference call with co-objecting parties re Third Circuit certification petition | 0.30 | $397.50 |
| 04/05/2022 | NM | Revise designation of record | 0.30 | $232.50 |
| 04/05/2022 | NM | Prepare petition for third circuit appeal | 0.30 | $232.50 |
| 04/06/2022 | SMK | Analyze Debtor's counter-designation of record re TCC1 designation | 0.10 | $117.50 |
| 04/07/2022 | RJP | Exchange email correspondence with working group re Third Circuit petitions for direct review; review Debtor's request for extension of time re same | 0.30 | $397.50 |
| 04/08/2022 | RJP | Analyze TCC II petition for direct appeal to Third Circuit | 0.60 | $795.00 |
| 04/08/2022 | SMK | Analyze TCC2 petition for direct appeal in 3rd Circuit | 0.50 | $587.50 |
| 04/10/2022 | RJP | Prepare petition for direct appeal | 2.50 | $3,312.50 |
| 04/11/2022 | RJP | Conference call with Debtor's counsel re response to proposal re certification briefing | 0.20 | $265.00 |
| 04/11/2022 | RJP | Conference call with co-appellants re response to Debtor's proposal re certification briefing | 0.30 | $397.50 |
| 04/11/2022 | NM | Status call re appeal brief scheduling | 0.20 | $155.00 |
| 04/12/2022 | MLT | Analyze petitions for direct appeal and correspondence re briefing | 1.10 | $1,919.50 |
| 04/12/2022 | RJP | Revise, finalize, and file petition for direct appeal | 2.80 | $3,710.00 |
| 04/12/2022 | SMK | Analyze A&I petition for direct appeal | 0.40 | $470.00 |
| 04/12/2022 | SMK | Exchange email correspondence with TCC and Debtor's counsel re 3rd circuit briefing | 0.20 | $235.00 |
| 04/12/2022 | SMK | Prepare 3rd Circuit petition for direct appeal | 3.30 | $3,877.50 |
| 04/12/2022 | SMK | Research and analysis re petition for direct appeal | 0.50 | $587.50 |
| 04/12/2022 | NM | Review and revise petition for direct appeal; correspondence re same | 1.00 | $775.00 |
| 04/13/2022 | RJP | Coordinate with working group re Third Circuit briefing and logistics; follow-up re same | 1.10 | $1,457.50 |
| 04/13/2022 | RJP | Negotiations and correspondence with appellants / objectors and Debtor re briefing of Third Circuit petitions and stay of District Court appeals; analyze as-filed petitions and draft motion to stay District Court appeals | 0.80 | $1,060.00 |
| 04/13/2022 | MLT | Analyze correspondence re briefing schedule re petitions for direct appeal; analyze joint motion to stay district court appeals briefing; analyze exclusivity extension motion | 0.80 | $1,396.00 |
| 04/13/2022 | SMK | Extensive email exchange with Debtor's and TCC's counsel re appellate briefing | 0.20 | $235.00 |
| 04/13/2022 | SMK | Analyze and revise joint motion to stay district court briefing | 0.20 | $235.00 |
| 04/13/2022 | NM | Review case opening letter and prepare admission and appearance forms; correspondence re same | 2.70 | $2,092.50 |
| 04/13/2022 | NM | Review TCC II petition for certification | 0.40 | $310.00 |
| 04/14/2022 | RJP | Review as-filed Third Circuit stipulation | 0.10 | $132.50 |
| 04/14/2022 | RJP | Exchange email correspondence re revisions to motion to stay District Court appeal | 0.20 | $265.00 |
| 04/14/2022 | SMK | Exchange emails with TCC counsel re appellate procedural issues, including stay of district court briefing schedule | 0.20 | $235.00 |
| 04/14/2022 | SMK | Review and finalize case commencement forms re 3rd Circuit appeal | 0.20 | $235.00 |
| 04/14/2022 | MLT | Analyze correspondence re motion to stay District Court appeal | 0.10 | $174.50 |

Time Entries for the Period
02/26/2022 Through 03/31/2023

| Date | Timekeeper | Narrative | Hours Billed | Amount Billed |
|---|---|---|---|---|
| 04/15/2022 | RJP | Review order re Third Circuit briefing schedule; review email correspondence re District Court stay motions | 0.10 | $132.50 |
| 04/15/2022 | MLT | Analyze correspondence re joint motion to stay | 0.10 | $174.50 |
| 04/18/2022 | RJP | Exchange email correspondence re appellate briefing and timing stipulations | 0.30 | $397.50 |
| 04/22/2022 | RJP | Prepare appellate briefing; confer and correspond with working group re same | 0.60 | $795.00 |
| 04/22/2022 | NM | Review appeal dockets and related filings; correspondence re same | 0.70 | $542.50 |
| 04/25/2022 | SMK | Finalize and file appearance form re 3rd Circuit appeal | 0.10 | $117.50 |
| 04/26/2022 | SMK | Analyze Debtor's opposition to 3rd Circuit certification motions | 0.80 | $940.00 |
| 04/26/2022 | RJP | Analyze Debtor's omnibus opposition to petitions for direct appeal; exchange email correspondence re same | 1.00 | $1,325.00 |
| 04/26/2022 | NM | Draft opening appellate brief | 1.40 | $1,085.00 |
| 04/26/2022 | MLT | Analyze consolidated answer in opposition to direct appeal and prepare notes re same; analyze objection of Maune Raichle to motion of certain ovarian cancer claimants for appointment to Committee | 1.40 | $2,443.00 |
| 04/30/2022 | RJP | Prepare opening appellate brief | 2.20 | $2,915.00 |
| 04/30/2022 | NM | Draft opening appellate brief | 3.40 | $2,635.00 |
| 05/11/2022 | RJP | Analyze order granting direct appeal to Third Circuit; prepare client update re same and implications / next steps; confer and correspond with working group re briefing, consolidation, and scheduling | 1.50 | $1,987.50 |
| 05/11/2022 | SMK | Analyze order re grant of direct appeal and next steps following same | 0.30 | $352.50 |
| 05/11/2022 | MLT | Analyze order granting direct appeal; analyze correspondence re same | 0.10 | $174.50 |
| 05/12/2022 | RJP | Confer and correspond with D. Bussel re Third Circuit appeal; follow-up research and analysis re same | 0.40 | $530.00 |
| 05/14/2022 | RJP | Review email correspondence from J. Massey re forthcoming Third Circuit motion concerning briefing schedule and consolidation | 0.10 | $132.50 |
| 05/15/2022 | RJP | Review follow-up email correspondence from J. Massey re Third Circuit matters | 0.10 | $132.50 |
| 05/16/2022 | RJP | Analyze draft motion to consolidate and expedite Third Circuit appeals; confer and correspond with co-appellants re timing, next steps, and Debtor's response | 0.80 | $1,060.00 |
| 05/16/2022 | RJP | Telephone conference with J. Massey re appellate strategy | 0.40 | $530.00 |
| 05/18/2022 | RJP | Prepare for videoconference with appellant group; prepare appellate briefing; exchange email correspondence re same | 1.30 | $1,722.50 |
| 05/18/2022 | RJP | Telephone conference with D. Molton re appellate strategy | 0.20 | $265.00 |
| 05/18/2022 | RJP | Videoconference with appellant group re briefing deadlines and procedural matters | 0.70 | $927.50 |
| 05/18/2022 | SMK | Analyze TCC's revised draft Third Circuit motion re consolidation, standing, and expedition | 0.20 | $235.00 |
| 05/20/2022 | NM | Research re standard of review issues for appeal | 4.00 | $3,100.00 |
| 05/21/2022 | RJP | Analyze revised proposed motion re Third Circuit appeals (consolidation, briefing schedule, page limits); exchange email correspondence re same | 0.20 | $265.00 |
| 05/23/2022 | SMK | Analyze final version of TCC motion to consolidate appeals | 0.30 | $352.50 |
| 05/23/2022 | SMK | Revise and file Third Circuit case opening documents | 0.80 | $940.00 |
| 05/23/2022 | NM | Draft Third Circuit case opening documents | 2.30 | $1,782.50 |
| 05/24/2022 | SMK | Analyze Clerk's notice re Third Circuit motion | 0.10 | $117.50 |
| 05/25/2022 | NM | Prepare opening brief | 2.70 | $2,092.50 |
| 05/26/2022 | RJP | Analyze draft joint Third Circuit appendix; prepare opening appellate brief | 0.80 | $1,060.00 |
| 05/26/2022 | SMK | Analyze draft joint appendix re Third Circuit appeal | 0.30 | $352.50 |
| 05/27/2022 | RJP | Exchange email correspondence with co-appellants re coordination of Third Circuit briefing | 0.10 | $132.50 |
| 05/27/2022 | RJP | Analyze as-filed Third Circuit motion re consolidation, timing, and procedural matters; review Clerk's order re same | 0.30 | $397.50 |
| 05/27/2022 | RJP | Revise and finalize case-opening documents in Third Circuit (concise statement, disclosure statement, docketing statement) and coordinate filing of same; analyze filings by co-appellants | 0.60 | $795.00 |
| 05/27/2022 | SMK | Review Third Circuit notice re deadline to respond to TCC's consolidation motion | 0.10 | $117.50 |

Time Entries for the Period
02/26/2022 Through 03/31/2023

| Date | Timekeeper | Narrative | Hours Billed | Amount Billed |
|---|---|---|---|---|
| 05/27/2022 | SMK | Analyze revised drafts of Third Circuit case opening documents | 0.20 | $235.00 |
| 05/27/2022 | SMK | Analyze TCC's renewed/refiled motion to consolidate Third Circuit appeals | 0.10 | $117.50 |
| 05/28/2022 | RJP | Exchange email correspondence with co-appellants re discussion of Third Circuit briefing | 0.10 | $132.50 |
| 05/30/2022 | RJP | Exchange email correspondence with co-appellants re Third Circuit briefing | 0.10 | $132.50 |
| 05/31/2022 | NM | File case opening documents for Third Circuit appeal | 1.10 | $852.50 |
| 06/01/2022 | RJP | Videoconference with co-appellants re Third Circuit briefing | 1.00 | $1,325.00 |
| 06/02/2022 | RJP | Prepare opening appellate brief | 2.40 | $3,180.00 |
| 06/03/2022 | RJP | Coordinate with counsel for co-appellants re amicus support; exchange email correspondence re same and next steps | 0.30 | $397.50 |
| 06/05/2022 | NM | Research re opening appellate brief | 1.50 | $1,162.50 |
| 06/08/2022 | RJP | Prepare opening Third Circuit brief | 1.20 | $1,590.00 |
| 06/10/2022 | RJP | Analyze Third Circuit filings and order re appellate briefing | 0.30 | $397.50 |
| 06/12/2022 | RJP | Prepare Third Circuit brief | 1.00 | $1,325.00 |
| 06/13/2022 | RJP | Telephone conference with J. Massey re Third Circuit briefing coordination and strategy | 0.30 | $397.50 |
| 06/14/2022 | SMK | Review of Third Circuit motion re modification of briefing schedule | 0.10 | $117.50 |
| 06/14/2022 | SMK | Analyze joint appendix in Third Circuit appeal | 0.10 | $117.50 |
| 06/14/2022 | SMK | Prepare Third Circuit opening brief | 4.30 | $5,052.50 |
| 06/14/2022 | NM | Analyze evidentiary record for Third Circuit opening brief | 1.70 | $1,317.50 |
| 06/15/2022 | RJP | Exchange email correspondence with appellant working group re Third Circuit joint appendix; confer with N. Maoz re opening brief | 0.50 | $662.50 |
| 06/15/2022 | NM | Prepare additions to Third Circuit appendix | 0.30 | $232.50 |
| 06/16/2022 | RJP | Prepare Third Circuit opening brief | 1.20 | $1,590.00 |
| 06/17/2022 | NM | Confer with M. Reining re joint appendix | 0.10 | $77.50 |
| 06/19/2022 | RJP | Exchange email correspondence with J. Massey and D. Gupta re Third Circuit opening briefs; review draft portions of same | 0.50 | $662.50 |
| 06/20/2022 | SMK | Draft Third Circuit opening brief | 2.60 | $3,055.00 |
| 06/20/2022 | RJP | Prepare opening appellate brief | 1.00 | $1,325.00 |
| 06/20/2022 | NM | Draft Third Circuit opening brief | 4.20 | $3,255.00 |
| 06/21/2022 | SMK | Analyze Third Circuit order re briefing | 0.10 | $117.50 |
| 06/21/2022 | RJP | Analyze Third Circuit order re briefing; exchange email correspondence with D. Gupta re opening briefs and with P. Winterhalter re appearances | 0.50 | $662.50 |
| 06/22/2022 | RJP | Research re opening appellate brief | 1.00 | $1,325.00 |
| 06/23/2022 | RJP | Prepare opening appellate brief | 6.50 | $8,612.50 |
| 06/23/2022 | SMK | Analyze draft Third Circuit appendix | 0.20 | $235.00 |
| 06/23/2022 | NM | Prepare Third Circuit opening brief | 3.00 | $2,325.00 |
| 06/24/2022 | RJP | Prepare opening appellate brief | 7.30 | $9,672.50 |
| 06/25/2022 | RJP | Research and draft opening appellate brief | 8.30 | $10,997.50 |
| 06/26/2022 | RJP | Prepare and revise opening appellate brief; follow-up research | 8.80 | $11,660.00 |
| 06/27/2022 | SMK | Coordinate with UST and TCC re Third Circuit appendix | 0.20 | $235.00 |
| 06/27/2022 | SMK | Research and draft Third Circuit brief | 2.40 | $2,820.00 |
| 06/27/2022 | RJP | Prepare and revise opening appellate brief; coordinate with S. Kidder and N. Maoz re revisions to same | 9.60 | $12,720.00 |
| 06/27/2022 | RJP | Coordinate with co-appellants re appendix and briefing logistics | 0.70 | $927.50 |
| 06/27/2022 | NM | Prepare opening appellate brief | 5.20 | $4,030.00 |
| 06/28/2022 | SMK | Analyze draft joint appendix | 0.20 | $235.00 |
| 06/28/2022 | SMK | Prepare opening appellate brief | 1.10 | $1,292.50 |

Time Entries for the Period
02/26/2022 Through 03/31/2023

| Date | Timekeeper | Narrative | Hours Billed | Amount Billed |
|---|---|---|---|---|
| 06/28/2022 | SMK | Analyze court notice re oral arguments; follow-up re same | 0.10 | $117.50 |
| 06/28/2022 | RJP | Prepare and revise opening appellate brief | 9.70 | $12,852.50 |
| 06/28/2022 | RJP | Analyze final joint appendix; coordinate with N. Maoz re same and finalization of brief | 0.80 | $1,060.00 |
| 06/28/2022 | NM | Revise opening brief; follow-up research re same | 3.40 | $2,635.00 |
| 06/29/2022 | RJP | Analyze joint appendix; coordinate with appellant group re finalization of briefing and Third Circuit preparations | 1.50 | $1,987.50 |
| 06/29/2022 | RJP | Prepare and revise opening appellate brief | 9.80 | $12,985.00 |
| 06/29/2022 | SMK | Finalize opening appellate brief; follow-up research re same | 2.30 | $2,702.50 |
| 06/29/2022 | NM | Revise and finalize opening appellate brief | 6.30 | $4,882.50 |
| 06/30/2022 | RJP | Analyze UST's Third Circuit amicus brief and opening appellate briefs of co-appellants; prepare client correspondence re Third Circuit appeal | 2.00 | $2,650.00 |
| 06/30/2022 | RJP | Revise, finalize, and file opening appellate brief | 9.40 | $12,455.00 |
| 06/30/2022 | NM | Analyze Third Circuit briefs | 2.20 | $1,705.00 |
| 06/30/2022 | SMK | Analyze opening briefs of TCC, A&I, mesothelioma committee, and US Trustee | 2.40 | $2,820.00 |
| 06/30/2022 | SMK | Research re remaining issues in connection with Third Circuit opening brief | 1.30 | $1,527.50 |
| 06/30/2022 | SMK | Draft, revise, and finalize opening Third Circuit brief | 7.40 | $8,695.00 |
| 06/30/2022 | MLT | Analyze appellate briefs and comment; correspondence re same and hearing re preliminary injunction | 3.20 | $5,584.00 |
| 06/30/2022 | NM | Review and revise brief; correspondence re filing | 7.20 | $5,580.00 |
| 07/01/2022 | RJP | Analyze other appellants' opening briefs and UST amicus brief | 1.50 | $1,987.50 |
| 07/01/2022 | RJP | Exchange email correspondence with appellant group re amicus briefs and UST oral argument participation; review follow-up filings in Third Circuit re briefing and oral argument | 0.60 | $795.00 |
| 07/01/2022 | RJP | Meet with M. Tuchin re Third Circuit briefing | 0.20 | $265.00 |
| 07/01/2022 | MLT | Continue review of appellate briefs; analyze correspondence re appellate oral argument; analyze filings re status; confer with R. Pfister, S. Kidder and N. Maoz re briefs and oral argument | 3.30 | $5,758.50 |
| 07/02/2022 | RJP | Exchange email correspondence re Third Circuit briefing | 0.40 | $530.00 |
| 07/05/2022 | RJP | Exchange email correspondence re Third Circuit briefing and amicus filings; analyze letter re oral argument and UST's motion to participate in argument | 0.80 | $1,060.00 |
| 07/07/2022 | SMK | Analyze Third Circuit briefing | 1.40 | $1,645.00 |
| 07/07/2022 | RJP | Analyze Third Circuit amicus briefs | 1.50 | $1,987.50 |
| 07/07/2022 | MLT | Analyze amici briefs in Third Circuit appeal and prepare notes re same | 2.20 | $3,839.00 |
| 07/07/2022 | NM | Analyze Third Circuit amicus briefs | 0.90 | $697.50 |
| 07/08/2022 | RJP | Meet with M. Tuchin re Third Circuit briefing and strategy moving forward in connection with estimation and July 26 omnibus hearing; prepare for omnibus hearing | 1.00 | $1,325.00 |
| 07/08/2022 | MLT | Continue review of Third Circuit briefing; confer with R. Pfister re results of hearing and next steps; analyze filings re status | 2.40 | $4,188.00 |
| 07/19/2022 | NM | Review notice re Third Circuit argument; file acknowledgment re same | 0.30 | $232.50 |
| 07/20/2022 | RJP | Coordinate with Third Circuit clerk's office re oral argument; prepare for argument; exchange email correspondence with co-counsel re argument preparation | 1.00 | $1,325.00 |
| 07/21/2022 | RJP | Prepare for Third Circuit oral argument | 1.50 | $1,987.50 |
| 07/21/2022 | RJP | Videoconference with appellate co-counsel re oral argument preparations | 0.50 | $662.50 |
| 07/22/2022 | RJP | Review Third Circuit argument scheduling order; follow-up re same | 0.20 | $265.00 |
| 07/29/2022 | RJP | Exchange email correspondence re amicus participation in Third Circuit appeals | 0.20 | $265.00 |
| 08/15/2022 | RJP | Preliminary review of LTL's Third Circuit Answering Brief | 0.70 | $927.50 |
| 08/15/2022 | SMK | Analyze Debtor's Answering Brief in Third Circuit appeal | 1.60 | $1,880.00 |

**Time Entries for the Period**
**02/26/2022 Through 03/31/2023**

| Date | Timekeeper | Narrative | Hours Billed | Amount Billed |
|---|---|---|---|---|
| 08/16/2022 | RJP | Exchange email correspondence re Third Circuit briefing | 0.10 | $132.50 |
| 08/16/2022 | MLT | Analyze Debtor's Answering Brief | 1.40 | $2,443.00 |
| 08/19/2022 | RJP | Exchange email correspondence re Third Circuit briefing | 0.10 | $132.50 |
| 08/20/2022 | RJP | Coordinate with co-appellant group re Third Circuit oral argument; exchange email correspondence with M. Tuchin re moot court in advance of same | 0.50 | $662.50 |
| 08/21/2022 | RJP | Exchange email correspondence re Third Circuit briefing | 0.10 | $132.50 |
| 08/22/2022 | RJP | Prepare for Third Circuit oral argument | 0.70 | $927.50 |
| 08/22/2022 | RJP | Analyze amicus briefs in support of LTL in Third Circuit appeal; prepare notes re reply brief | 1.20 | $1,590.00 |
| 08/22/2022 | SMK | Analyze Third Circuit amicus briefs | 1.30 | $1,527.50 |
| 08/22/2022 | MLT | Analyze Third Circuit amicus briefs and prepare notes re same | 2.80 | $4,886.00 |
| 08/22/2022 | NM | Analyze Answering Brief | 0.50 | $387.50 |
| 08/23/2022 | RJP | Analyze correspondence from co-appellants re reply briefs in Third Circuit appeal | 0.50 | $662.50 |
| 08/23/2022 | RJP | Videoconference with counsel for co-appellants re Third Circuit argument preparation | 0.50 | $662.50 |
| 08/24/2022 | RJP | Analyze Answering Brief in Third Circuit appeal and outline Reply Brief; research re same | 2.20 | $2,915.00 |
| 08/24/2022 | RJP | Exchange email correspondence with counsel for co-appellants re Third Circuit argument preparation and Reply Brief points; follow-up re same | 0.50 | $662.50 |
| 08/25/2022 | NM | Research re standard of review (Third Circuit Reply Brief) | 2.50 | $1,937.50 |
| 08/26/2022 | RJP | Analyze Third Circuit orders re panel and argument; confer and correspond with working group re same | 0.70 | $927.50 |
| 08/26/2022 | MLT | Analyze correspondence re assignment of panel and oral argument | 0.10 | $174.50 |
| 08/26/2022 | MLT | Confer with N. Maoz re Reply Brief | 0.20 | $349.00 |
| 08/26/2022 | NM | Research re Third Circuit Reply Brief | 0.60 | $465.00 |
| 08/26/2022 | NM | Confer with M. Tuchin re Reply Brief | 0.20 | $155.00 |
| 08/28/2022 | RJP | Research and analysis re Third Circuit Reply Brief | 2.30 | $3,047.50 |
| 08/28/2022 | NM | Research re Third Circuit Reply Brief | 1.60 | $1,240.00 |
| 08/29/2022 | RJP | Analyze co-appellants' Third Circuit argument summaries; confer with N. Maoz re Third Circuit Reply Brief | 0.70 | $927.50 |
| 08/29/2022 | SMK | Analyze and revise standard of review section re Third Circuit Reply Brief | 0.60 | $705.00 |
| 08/29/2022 | NM | Draft Third Circuit Reply Brief | 7.60 | $5,890.00 |
| 08/30/2022 | RJP | Analyze correspondence from co-appellants re Third Circuit appeal; confer with N. Maoz re Reply Brief | 0.30 | $397.50 |
| 08/30/2022 | NM | Draft Reply Brief | 6.40 | $4,960.00 |
| 08/31/2022 | SMK | Draft oral argument summary for Third Circuit appeal | 0.30 | $352.50 |
| 08/31/2022 | SMK | Analyze and revise draft Reply Brief re Third Circuit appeal | 0.30 | $352.50 |
| 08/31/2022 | RJP | Prepare Third Circuit Reply Brief | 1.70 | $2,252.50 |
| 08/31/2022 | RJP | Prepare and file Third Circuit argument summary; analyze co-appellants' and LTL's summaries | 0.80 | $1,060.00 |
| 08/31/2022 | MLT | Prepare Third Circuit argument summary | 0.20 | $349.00 |
| 08/31/2022 | NM | Prepare and file summary of oral argument; correspondence re same | 0.30 | $232.50 |
| 08/31/2022 | NM | Review and revise Reply Brief | 0.80 | $620.00 |
| 09/01/2022 | NM | Prepare Third Circuit reply brief | 2.30 | $1,782.50 |
| 09/05/2022 | RJP | Prepare and revise Third Circuit reply brief; research re same | 5.50 | $7,287.50 |
| 09/06/2022 | RJP | Revise, finalize, and file Third Circuit reply brief | 6.00 | $7,950.00 |
| 09/06/2022 | MLT | Analyze correspondence from R. Brubaker to Third Circuit re Texas Two-Step | 0.50 | $872.50 |
| 09/06/2022 | SMK | Review and revise Third Circuit reply brief | 1.90 | $2,232.50 |
| 09/06/2022 | NM | Review and revise reply brief | 4.40 | $3,410.00 |

Time Entries for the Period
02/26/2022 Through 03/31/2023

| Date | Timekeeper | Narrative | Hours Billed | Amount Billed |
|---|---|---|---|---|
| 09/07/2022 | RJP | Analyze Third Circuit reply briefs; prepare for oral argument | 1.60 | $2,120.00 |
| 09/08/2022 | RJP | Exchange email correspondence with co-appellants re oral argument; prepare for same | 0.80 | $1,060.00 |
| 09/08/2022 | MLT | Analyze Third Circuit reply briefs | 2.30 | $4,013.50 |
| 09/09/2022 | RJP | Videoconferences and conference calls (multiple) with co-appellants and clients re oral argument division and preparation; extensive follow-up re same | 2.50 | $3,312.50 |
| 09/14/2022 | RJP | Videoconference with Judge Ambro and appellate counsel re potential recusal issues | 0.40 | $530.00 |
| 09/14/2022 | RJP | Analyze correspondence from Third Circuit re requested videoconference with Judge Ambro; prepare for same | 0.40 | $530.00 |
| 09/14/2022 | MLT | Analyze correspondence re Judge Ambro conference | 0.10 | $174.50 |
| 09/16/2022 | RJP | Exchange email correspondence with co-appellants re oral argument preparations and logistics | 0.30 | $397.50 |
| 09/19/2022 | RJP | Appear at Third Circuit oral argument | 4.80 | $6,360.00 |
| 02/13/2023 | SMK | Analyze Debtors' petition for rehearing en banc re Third Circuit opinion | 0.60 | $777.00 |
| 02/14/2023 | SMK | Analyze issues re response to petition for rehearing en banc | 0.60 | $777.00 |
| 02/14/2023 | RJP | Appear at post-Third-Circuit-decision status conference | 1.10 | $1,606.00 |
| 02/21/2023 | SMK | Review amicus briefs filed in support of rehearing en banc | 0.80 | $1,036.00 |
| 02/23/2023 | SMK | Work on response to Debtors' petition for rehearing en banc | 4.60 | $5,957.00 |
| 02/24/2023 | SMK | Work on response to petition for rehearing in Third Circuit appeal | 1.60 | $2,072.00 |
| 02/28/2023 | SMK | Analyze draft response to rehearing petition; exchange correspondence with R. Pfister re same | 0.60 | $777.00 |
| 02/28/2023 | RJP | Exchange correspondence with M. Winograd, D. Gupta, D. Frederick, and J. Lamken re rehearing response coordination; follow-up re same | 0.20 | $292.00 |
| 03/01/2023 | RJP | Videoconference with appellate co-counsel re response to petition for rehearing | 0.60 | $876.00 |
| 03/02/2023 | SMK | Analyze and revise draft response to Third Circuit rehearing petition | 1.20 | $1,554.00 |
| 03/03/2023 | RJP | Revise draft joint response to rehearing request; exchange correspondence re same | 0.50 | $730.00 |
| 03/03/2023 | SMK | Revise response to rehearing petition | 1.60 | $2,072.00 |
| 03/05/2023 | SMK | Exchange correspondence with appellate counsel group re oppositions to rehearing in Third Circuit | 0.20 | $259.00 |
| 03/22/2023 | RJP | Review order denying rehearing; exchange correspondence with N. Katyal re opposition to stay of mandate; review LTL motion to stay mandate; exchange correspondence with co-appellants re preparation of brief in opposition to same | 0.50 | $730.00 |
| 03/22/2023 | SMK | Review motion to stay issuance of mandate | 0.60 | $777.00 |
| 03/22/2023 | NM | Review motion for stay of mandate | 0.20 | $175.00 |
| 03/23/2023 | NM | Review bankruptcy court order re dismissal; correspondence re same | 0.10 | $87.50 |
| 03/26/2023 | RJP | Review draft opposition to motion to stay mandate; exchange correspondence with co-appellants re same | 0.30 | $438.00 |
| 03/26/2023 | SMK | Analyze draft oppositions to motion to stay mandate | 0.50 | $647.50 |
| 03/28/2023 | RJP | Review as-filed oppositions to motion to stay mandate | 0.20 | $292.00 |
| 03/28/2023 | SMK | Exchange correspondence with appellate counsel re opposition to motion to stay mandate | 0.10 | $129.50 |
| 03/30/2023 | SMK | Analyze debtor's reply in support of motion to stay mandate | 0.40 | $518.00 |
| 03/31/2023 | NM | Review revised Third Circuit opinion | 0.20 | $175.00 |
| **Total:** | | | **400.20** | **$460,150.50** |