| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> **OFFIT KURMAN, P.A.** <br> Paul J. Winterhalter, Esquire (006961986) <br> 99 Wood Avenue South, Suite 302 <br> Iselin, New Jersey 08830 <br> Telephone:    (267) 338-1370 <br> Facsimile:    (267) 338-1335 <br> E-mail:    pwinterhalter@offitkurman.com <br><br> **KTBS LAW LLP** <br> Michael L. Tuchin, Esq. (*pro hac vice*) <br> Robert J. Pfister, Esq. (*pro hac vice*) <br> Samuel M. Kidder, Esq. (*pro hac vice*) <br> Nir Maoz, Esq. (*pro hac vice*) <br> 1801 Century Park East, 26th Floor <br> Los Angeles, California 90067 <br> Telephone:    (310) 407-4000 <br> Facsimile:    (310) 407-9090 <br> Email:    mtuchin@ktbslaw.com <br>          rpfister@ktbslaw.com <br>          skidder@ktbslaw.com <br>          nmaoz@ktbslaw.com <br><br> *Attorneys for Aylstock, Witkin, Kreis & Overholtz, PLLC* | |
| In re: <br><br> LTL MANAGEMENT LLC,[1] <br><br> Debtor. | Chapter 11 <br><br> Case No.:  21-30589 (MBK) <br><br> Judge:  Michael B. Kaplan |

## CERTIFICATE OF SERVICE

I, Julie Tran, hereby certify that:

1.     I am over the age of eighteen years, am employed by KTBS Law LLP, and am not a party to the action herein.

2.     On May 4, 2023, a copy of the *Motion of Aylstock, Witkin, Kreis, and Overholtz, PLLC for Allowance of Substantial Contribution Claim* was filed electronically.  Notice of this

---

[1]  The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

filing will be sent to parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Executed on the 4th day of May 2023.

/S/ Julie Tran
Julie Tran
KTBS Law LLP