UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SHERMAN, SILVERSTEIN,
KOHL, ROSE & PODOLSKY, P.A.
Arthur J. Abramowitz
Alan I. Moldoff
Ross J. Switkes
308 Harper Drive, Suite 200
Moorestown, NJ 08057
Tel: (856) 662-0700

Counsel to Substantial Contribution Claimants

In Re:

LTL Management, LLC,

Debtor.

Case No.: 21-30589
Adv. Pro. No.: _____
Chapter: 11
Subchapter V: Yes ___ No ✓
Hearing Date: July 11, 2023
Judge: Kaplan

## ADJOURNMENT REQUEST

1. I, __Ross J. Switkes__,

   ✓ am the attorney for: __Certain Substantial Contribution Claimants__,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motions seeking allowance of substantial contribution claims. Docket Nos. 3949, 3951

   Current hearing date and time: July 11, 2023 at 10:00 a.m.

   New date requested: August 2, 2023 at 10:00 a.m.

   Reason for adjournment request: The parties seek to adjourn the motions to the August 2 omnibus hearing date due to scheduling conflicts.

2. Consent to adjournment:

   ✓ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

   _____
   _____

I certify under penalty of perjury that the foregoing is true.

Date: June 27, 2023                               /s/ Ross J. Switkes
                                                  Signature

**COURT USE ONLY:**

The request for adjournment is:

  x  Granted                  New hearing date: 8/2/2023 at 10:00 am      Peremptory

     Granted over objection(s)   New hearing date: _____      Peremptory

     Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*