| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**WOLLMUTH MAHER & DEUTSCH LLP**<br>Paul R. DeFilippo, Esq.<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>Facsimile: (212) 382-0050<br>pdefilippo@wmd-law.com<br><br>**JONES DAY**<br>Gregory M. Gordon, Esq.<br>Brad B. Erens, Esq.<br>Dan B. Prieto, Esq.<br>Amanda Rush, Esq.<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>gmgordon@jonesday.com<br>bberens@jonesday.com<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br>(Admitted *pro hac vice*)<br><br>*ATTORNEYS FOR DEBTOR* | |
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>                 Debtor. | Chapter 11<br><br>Case No.: 21-30589 (MBK)<br><br>Judge: Michael B. Kaplan |
| In re:<br><br>LTL MANAGEMENT LLC,[2]<br><br>                 Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Judge: Michael B. Kaplan |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 2, 2023 AT 10:00 A.M.**

*Parties are directed to https://www.njb.uscourts.gov/LTL
for appearing via Zoom or in-person, or observing via Zoom*

---

[1]     The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

[2]     The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

## STATUS CONFERENCE GOING FORWARD IN 2023 CHAPTER 11 CASE

1. A status conference is going forward in the Debtor's current chapter 11 case pursuant to the Court's July 24, 2023 text order.

## CONTESTED MATTERS GOING FORWARD IN 2021 CHAPTER 11 CASE

2. Omnibus Motion of the Substantial Contribution Claimants for Allowance of Administrative Claims for Reimbursement of Expenses Incurred for the Period From October 14, 2021 Through November 12, 2021 (Prior to the Official Committee of Talc Claimants' Retention of Counsel) That Provided a Substantial Contribution in the Debtor's Case [No. 21-30589, Dkt. 3949] (the "Substantial Contribution Claimant Motion").

    **Status: This matter is going forward.**

    Objection Deadline: July 26, 2023

    Related Documents:

    A. Order Granting Adjournment Request [No. 21-30589, Dkt. 3959].

    B. Reply in Support of the Substantial Contribution Claimant Motion [No. 21-30589, Dkt. 3964].

    Objection Received:

    C. Debtor's Omnibus Objection to Motions for Allowance of Substantial Contribution Claims [No. 21-30589, Dkt. 3962] (the "Debtor Omnibus Objection").

    D. United States Trustee's Omnibus Objection to the Substantial Contribution Motions Filed at Docket Nos. 3949 and 3951 [No. 21-30589, Dkt. 3963] (the "U.S. Trustee Omnibus Objection").

3. Motion of Aylstock, Witkin, Kreis & Overholtz, PLLC for Allowance of Substantial Contribution Claim [No. 21-30589, Dkt. 3951] (the "AWKO Motion").

    **Status: This matter is going forward.**

    Objection Deadline: July 26, 2023

    Related Documents:

    A. Order Granting Adjournment Request [No. 21-30589, Dkt. 3959].

    B. Reply in Support of the AWKO Motion.

Objection Received:

C. The Debtor Omnibus Objection.

D. The U.S. Trustee Omnibus Objection.

| | |
|---|---|
| Dated: July 31, 2023 | **WOLLMUTH MAHER & DEUTSCH LLP** |

*/s/ Paul R. DeFilippo*
Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
Joseph F. Pacelli, Esq. (admitted *pro hac vice*)
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com
jlawlor@wmd-law.com
jpacelli@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*