**OFFIT KURMAN, P.A.**
Paul J. Winterhalter, Esq. (006961986)
21 Main Street, Suite 158
Hackensack, NJ 07601
Telephone: (267) 338-1370
Facsimile: (267) 338-1335
E-mail: pwinterhalter@offitkurman.com

*Attorneys for Appellant Aylstock, Witkin, Kreis & Overholtz, PLLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re<br><br>LTL MANAGEMENT LLC,[1]<br><br>    Debtor. | Case No. 21-30589 (MBK)<br><br>Chapter 11 |
| AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC,<br><br>    Appellant,<br><br>v.<br><br>LTL MANAGEMENT LLC,<br><br>    Appellee. | Case No. 23-21176 (MAS)<br><br>Honorable Michael A. Shipp |

## STIPULATION TO DISMISS APPEAL

Appellant Aylstock, Witkin, Kreis & Overholtz, PLLC and Appellee

LLT Management LLC f/k/a LTL Management LLC (together, the "Parties"),

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933. The Debtor formally changed its name to LLT Management LLC on December 29, 2023.

1188504.1

pursuant to Rule 8023(a) of the Federal Rules of Bankruptcy Procedure, hereby stipulate to dismissal of the above-captioned appeal (the "Appeal") with prejudice, with each party to bear its own costs. The Parties respectfully request that the Court enter an order dismissing the Appeal.

DATED:  July 26, 2024

*/s/ Paul J. Winterhalter*
Paul J. Winterhalter, Esq. (006961986)
**OFFIT KURMAN, P.A.**
21 Main Street, Suite 158
Hackensack, NJ 07601
Telephone: (267) 338-1370
Facsimile: (267) 338-1335
E-mail: pwinterhalter@offitkurman.com

*Attorneys for Appellant Aylstock, Witkin, Kreis & Overholtz, PLLC*

*[Signatures continue on following page]*

**SO ORDERED** on this 29th day of July 2024,

_____
MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE

1188504.1

DATED: July 26, 2024  */s/ Paul R. DeFilippo*

Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
Joseph F. Pacelli, Esq. (admitted pro hac vice)
**WOLMUTH MAHER & DEUTSCH LLP**
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com
jlawlor@ wmd-law.com
jpacelli@wmd-law.com

Dan B. Prieto, Esq. (admitted pro hac vice)
**JONES DAY**
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
dbprieto@jonesday.com

C. Kevin Marshall, Esq. (admitted pro hac vice)
Brett Wierenga, Esq. (admitted pro hac vice)
**JONES DAY**
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879 3851
Facsimile: (202) 626-1700
ckmarshall@jonesday.com
bwierenga@jonesday.com

*Attorneys for Appellee LLT Managemnet LLC f/k/a LTL Management LLC*

1188504.1